UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER** and **DARRIUS WILLIAMS**, on behalf of themselves and all others similarly situated;<br><br> *Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**;<br><br> *Defendants*. | Civil Action No. 3:23-cv-1304 |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs, through undersigned counsel, hereby move pursuant to Local Rule 83.8.A for an Order admitting Oren Nimni *pro hac vice* as counsel in the above-captioned matter.

Mr. Nimni is a licensed attorney admitted to practice in the State of Massachusetts. He is an attorney at Rights Behind Bars, a civil rights law firm based in Washington, D.C. Mr. Nimni's contact information is as follows: Oren Nimni, Rights Behind Bars, 416 Florida Ave. NW, Washington, D.C. 20001, Tel: (202) 540-0029, oren@rightsbehindbars.org.

1

Attached as **Exhibit A** is Mr. Nimni's declaration under oath that no disciplinary proceedings or criminal charges have been instituted against him. *See* Local Rule 83(b)(8)(C). That declaration also includes the statement required by Local Rule 83(b)(8)(D).

Attached as **Exhibit B** is a Certificate of Good Standing issued by the Supreme Court of Massachusetts. *See* Local Rule 83(b)(8)(B).

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: September 16, 2023

        Respectfully submitted,

/s/ *Lydia Wright*
Lydia Wright, La. Bar No. 37926
**THE PROMISE OF JUSTICE INITIATIVE**
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
lwright@defendla.org