## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * | **CIVIL ACTION** <br><br> **NO.:  3:23-cv-1304-BAJ-EWD** |
| **VERSUS** | * * | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | **JUDGE BRIAN A. JACKSON** <br><br> **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANTS' RULE 12 MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, come Defendants herein, **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** and **PRISON ENTERPRISES** ("Defendants"), who file this Rule 12 motion to dismiss.

1

As more fully briefed in the attached memorandum in support, Plaintiffs fail to state a claim for relief under the Thirteenth Amendment. These claims are barred under *Heck v. Humphrey*[1] because a ruling in Plaintiffs' favor, that they were not "duly convicted," would necessarily imply the invalidity of their convictions. In addition, Plaintiff's attempt to retroactively apply a new rule of criminal procedure has been rejected by the Supreme Court in *Edwards v. Vannoy*.[2] As such, these claims should be dismissed.

WHEREFORE, Defendants pray that this motion be granted, dismissing Plaintiffs' claims under the Thirteenth Amendment against them, with prejudice, at Plaintiffs' cost.

                                        Respectfully submitted,

                                        **JEFF LANDRY**
                                        **Attorney General**

                            By:    s/Andrew Blanchfield
                                      Andrew Blanchfield, T.A. (#16812)
                                      Email: ablanchfield@keoghcox.com
                                      C. Reynolds LeBlanc (#33937)
                                      Email: rleblanc@keoghcox.com
                                      Chelsea A. Payne (#35952)
                                      Email: cpayne@keoghcox.com
                                      Special Assistant Attorneys General
                                      Post Office Box 1151
                                      Baton Rouge, Louisiana 70821
                                      Telephone: (225) 383-3796
                                      Facsimile: (225) 343-9612

---

[1] *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).
[2] *Edwards v. Vannoy*, 141 S. Ct. 1547, 1551, 209 L. Ed. 2d 651 (2021).

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 7th day of December, 2023.

s/Andrew Blanchfield<br>
Andrew Blanchfield