UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * | CIVIL ACTION |
| | * | NO.:  3:23-cv-1304-BAJ-EWD |
| **VERSUS** | * * | |
| | * | JUDGE BRIAN A. JACKSON |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

Considering the foregoing Rule 12 Motion to Dismiss filed herein on behalf of Defendants, JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary, MISTY STAGG, in her official capacity as Director of Prison Enterprises, Inc., LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS and PRISON ENTERPRISES, INC.;

**IT IS HEREBY ORDERED** that the motion be and it is hereby granted, dismissing Plaintiffs' claims under the Thirteenth Amendment against Defendants, JAMES LEBLANC, in

1

his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary, MISTY STAGG, in her official capacity as Director of Prison Enterprises, Inc., LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS and PRISON ENTERPRISES, INC., with prejudice, at Plaintiffs' costs.

Baton Rouge, Louisiana, this _____ day of _____, 202__.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA