UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED, ET AL.**              **CIVIL ACTION**

**VERSUS**                                        **NO. 23-1304-BAJ-EWD**

**JAMES LEBLANC, ET AL.**

## ORDER

The deadlines established below are based on the parties' submissions and are **final deadlines**. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **January 31, 2024.**[1] Regardless of whether leave is timely under this provision, a party seeking to amend must comply with the requirements of Fed. R. Civ. Proc. 15.

2. Discovery must be completed as follows:[2]

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **7 days before the scheduling conference by Local Civil Rule, unless otherwise ordered**

   b. Class related discovery deadline (except expert discovery): **June 17, 2024**

   c. Opening class expert reports: **July 1, 2024**

   d. Rebuttal class expert reports: **July 22, 2024**

   e. Class expert depositions: **August 16, 2024**

   f. Class certification motion due: **September 30, 2024**

   g. Opposition to Class Certification: **October 31, 2024**

   h. **Filing** all discovery motions and **completing** all discovery except experts: **April 15, 2025**

   i. Disclosure of identities and resumés of experts:
      **Plaintiff(s):**       **April 15, 2025**
      **Defendant(s):**       **May 15, 2025**

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.
[2] Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

   j.  Expert reports must be submitted to opposing parties as follows:
      **Plaintiff(s):**  **June 15, 2025**
      **Defendant(s):**  **July 15, 2025**

   k.  Rebuttal reports, if any, due 14 days after the initial expert report.

   l.  Discovery from experts must be completed by:  **September 15, 2025**

3. Deadline to file dispositive motions and Daubert motions: **November 17, 2025**

4. Deadline to file pre-trial order: **March 9, 2026**[3]

5. Deadline to file motions in limine: **April 6, 2026.**  Responses to motions in limine shall be filed within the time period provided by the local rules.

6. Deadline to file an affidavit of settlement efforts: **April 20, 2026**

7. Pre-trial conference date: **March 26, 2026 at 3:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

8. Deadline to submit proposed findings of fact and conclusions of law: **May 18, 2026**

**The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at** (http://www.lamd.uscourts.gov) **under "Judges' Info."**

9. A **7-day bench trial** is scheduled for **8:30 a.m. beginning on June 1, 2026 in Courtroom 2 before the Honorable Brian A. Jackson.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

---

[3] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on January 8, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**