## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, *et al.*,<br><br>*Defendants*. | 3:23-CV-1304-BAJ-EWD |

## PLAINTIFFS' MOTION TO SUBSTITUTE

Plaintiffs, through undersigned counsel, respectfully request leave to substitute the attached Certificates of Good Standing for those submitted with the Motion to Enroll Joshua Hill Jr. *Pro Hac Vice*. *See* ECFs 26-2, 26-4. These new Certificates were issued within the last six months. *See* Local Rule 83(8)(b). Counsel has also requested a Certificate of Standing from the California Supreme Court, and will plan to file it into the record upon receipt.

Respectfully submitted,

/s/ *Lydia Wright*
Lydia Wright, 37926
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504)529-5955
lwright@defendla.org

*Counsel for Plaintiffs*