IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

This Court has considered Plaintiffs' application for a preliminary injunction and temporary restraining order and supporting authorities, the submissions of the other parties, and the evidence and pleadings of record, and finds that Plaintiffs have clearly established their burden of persuasion as to each of the elements required for a preliminary injunction and temporary restraining order.

Plaintiffs' motion for preliminary injunction and temporary restraining order is therefore **GRANTED**.

**IT IS SO ORDERED**:

Defendants, as well as their agents and successors in office, are PRELIMINARILY ENJOINED AND TEMPORARILY RESTRAINED from operating the Farm Line when the heat index exceeds 88 degrees Fahrenheit.

This Court has exercised its discretion to determine that no bond shall be required and that this Order shall be effective immediately.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE