UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD<br><br>**DECLARATION OF NORRIS HENDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Pursuant to 28 U.S.C. § 1746, I, Norris Henderson, hereby declare as follows:

1.  I am over the age of 18, competent to testify in this matter, and have personal knowledge of the facts set forth herein. I submit this declaration on behalf of Voice of the Experienced (VOTE) in support of Plaintiffs' motion for a preliminary injunction and temporary restraining order.

1

NORRIS HENDERSON DECLARATION

2.   I am the Executive Director of VOTE. VOTE is a nonpartisan, grassroots nonprofit organization comprised of currently and formerly incarcerated people, including approximately 150 men who are incarcerated at the Louisiana State Penitentiary (LSP).

3.   I understand well the racism and brutality of the criminal legal system on communities of color across Louisiana. I was incarcerated at LSP from the early 80s until 2003. At various points during those decades at LSP, I was forced to labor on the Farm Line. I also found meaningful work as a jailhouse lawyer, now known as counsel substitute. Along with several other incarcerated men, I co-founded the Angola Special Civics Project in 1987, while incarcerated at LSP. That organization eventually became VOTE.

4.   I was released from LSP in 2003. Since then, my work has included shaping public policy and discourse about reentry, police accountability, public defense for poor and indigent people, and reforming the notorious Orleans Parish Prison (OPP), also known as the Orleans Justice Center (OJC). I am an Open Society Institute Soros Justice Fellow, the former co-director of Safe Streets/Strong Communities, the community outreach coordinator of the Louisiana Justice Coalition, and a co-founder and steering committee member of the Formerly Incarcerated Convicted People and Families Movement. In 2018, I served as the statewide campaign director for the Unanimous Jury Coalition, a ballot campaign that ended non-unanimous juries, and thus Jim Crow's last stand in Louisiana.

5.   VOTE's work seeks to secure and protect the civil, constitutional, and human rights of incarcerated and formerly incarcerated people, particularly in the areas of voting rights, medical rights, housing rights, and employment rights. In a society that often treats incarcerated and formerly incarcerated people as second-class citizens, our members depend on VOTE for support and community.

6. VOTE is a statewide membership organization. We are headquartered in New Orleans, with chapters in Baton Rouge and Lafayette. We also have members in prisons throughout Louisiana, including LSP. In addition to our formal members, VOTE serves thousands of community members every year through programs, events, and services.

7. We engage our Currently-Incarcerated Members (CIMs) through a program called "Mission Possible." Based on their level of engagement with the organization, CIMs are classified as Supporters, Members, or Leaders. At all levels, CIMs are germane to the mission and operation of the organization: they engage others with VOTE's work, share information, and provide critical input on our initiatives, policies, and goals.

8. Although some of our CIMs are challenging the Farm Line in their own right, VOTE brings claims on behalf of all of its members to represent their interests, to shield them from harm and retaliation, and to vindicate their constitutional and statutory rights.

9. Representing the interests of these members in challenging the Farm Line is directly connected to VOTE's mission of restoring and protecting the fundamental rights of those most impacted by the criminal legal system. To fulfill our mission, we use avenues available to us to challenge institutionalized systems of cruel and unusual punishment. This includes, but is not limited to, working to pass local, state and federal legislation and litigating matters that cannot be resolved outside of the court system.

10. Advocating for CIMs who are subject to and/or threatened with assignment to the Farm Line diverts precious resources from VOTE itself. During the summer months, for instance, we must allocate additional time, resources, and staff to effectively communicate with and advocate for CIMs, including those assigned to the Farm Line, who report medical, disciplinary, and/or other issues caused or exacerbated by the extreme heat.

11. At LSP, our CIMs are assigned and/or at constant risk of assignment to the Farm Line, a punitive form of physical labor that can be life threatening, especially in conditions of extreme heat. Our CIMs and others report that on the Farm Line, the State forces them to engage in difficult and pointless physical labor in extreme heat and humidity. The State does not provide them with clean drinking water throughout the work day, shade, basic protective gear like adequate gloves and workboots, modern farming equipment, or adequate medical care.

12. By statute, the State, via Prison Enterprises, pays our CIMs and others two pennies an hour—or nothing at all—for their compulsory field labor. Importantly, an incarcerated person does not even have access to earn incentive wages until after their third year of incarceration. As a result, many individuals working in the Farm Line are actually not getting paid at all.

13. Our membership includes individuals with medical vulnerabilities and disabilities like high blood pressure, diabetes, sickle cell trait, and physical impairments. Other CIMs suffer from mental illnesses like depression, anxiety, and bipolar disorder. These disabilities and conditions, among others, impair a person's ability to thermoregulate. As a result, these individuals are more likely to suffer illness or injury when forced to labor in the fields in the extreme heat.

14. LSP officials are responsible for providing our CIMs and others with healthcare and medical care. They routinely prescribe medications like antidepressants and blood pressure medication. Still, our members report that LSP officials routinely fail to protect these medically vulnerable CIMs from the dangers of extreme heat.

15. VOTE's CIMs also include younger and healthier people. Those members are also assigned or subject to reassignment to the Farm Line at any time, including during periods of extreme heat. Even those individuals report suffering heat-related injuries on the Farm Line.

16. Our CIMs have reported suffering injuries and illnesses because of their forced labor on the Farm Line. For example, our members have reported an accelerated heartbeat and feeling chilled, despite the heat. These are symptoms of heat stroke. Members have also reported dehydration, fainting, and physical injuries (including rashes, blisters, sprains, cuts, and sunburns) caused by working in the fields without proper protective equipment.

17. At LSP, CIMs who refuse to work on the Farm Line or fail to meet quotas risk additional serious punishment. This includes solitary/disciplinary confinement and serious legal harm, like loss of good time credit and loss of eligibility to apply for clemency. They risk being sent to disciplinary confinement (the "Dungeon"), or losing access to the canteen or the ability to communicate with their families via phone calls and visitation. These punishments are severe. As a result, CIMs have no meaningful choice but to submit to the brutal conditions on the Farm Line.

18. In my opinion, both as the Executive Director of VOTE and as a person formerly incarcerated at LSP, I do not believe the Farm Line serves an institutional or rehabilitative purpose. Instead, it is meant to break our members' bodies and spirits.

19. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of May, 2024.

*Norris Henderson*
NORRIS HENDERSON