DECLARATION OF JOSEPH GUILLORY

I, JOSEPH GUILLORY, declare as follows:

1. I am 40 Years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since April 2005. I currently live in Main Prison. My DOC number is 492565. I was forced to work the Farm Line out of camp C over the summer of 2023. I was assigned to a different job at Camp C in the fall of 2023, but then about a week later, I was transferred to Camp D and assigned to work the Farm Line out of Camp D.

3. When I first arrived at Angola, prison officials issued me a handbook that outlined the disciplinary rules and assigned me to work on a Farm Line. I never worked in farming before. My understanding is that almost every incarcerated person must work the Farm Line when they first arrive at Angola. I also understand, based on prison policy and practice, that individuals can be reassigned to the Farm Line as punishment for an alleged disciplinary violation.

Signed Initials: JH

JOSEPH GUILLORY DECLARATION

1

4.     I did not choose to work on the Farm Line. I did not volunteer or request to work on the Farm Line. I only worked on the Farm Line to avoid serious harm and punishment. From my review of the disciplinary chart in the handbook and based on my personal knowledge of prison practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

5.     During the summer of 2023, every morning on the Farm Line, I reported to the call-out at the gate. We either had to walk or ride a bus into the fields. I worked in a crew of around 30 other incarcerated men for about five hours a day, five days a week. Most, if not all, other Farm Line workers are Black, like me.

6.     We can work long hours and be forced to labor in extreme heat without food for long stretches of time. In August of last year, Farm Line workers were fed at 4 am, brought back from the line at 11am and were not able to eat lunch until 1pm.

7.     I have never been provided with proper work boots, proper work gloves, sunscreen, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields. We are expected to do all the field work by hand.

Signed Initials: _____

8. I've seen tractors and other modern farming equipment at Angola. Still, we are forced to do our manual labor by hand.

9. Prison officials supervised and controlled all aspects of my work in the field. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my Farm Line work.

10. Armed officers stand at the perimeter of the field. If someone crosses the perimeter, the officers will fire a warning shot into the air and write the person up.

11. Conditions in the field are brutal and unsafe. There is no shade. Sometimes there was a portable toilet in the field for everyone to share. It is often overflowing with human waste. Once, a guard suggested that I defecate in the field if the portable toilet was full. There was nowhere to wash our hands. Because there are no other ways of sanitizing, we are forced to wash our hands with the same cooler that we must drink from.

12. The drinking water was often dirty. The coolers are covered in mildew and there are often bug infested. When I have asked about the mildew or bugs in the water, the guards threatened to send me to the dungeon. In the triple-digit heat, the prison officials know we'll drink it no matter what.

Signed Initials: _JG_

3

JOSEPH GUILLORY DECLARATION

13. Other men on the Farm Line have been written up for complaining about the unsafe and unsanitary working conditions on the Farm Line.

14. I have gotten heat rashes and poison ivy rashes from working in the fields in the triple-digit heat. We also breathe in pesticides, since we're not given dust masks. The heat and humidity in the fields is unbearable.

15. Working on the Farm Line, especially in the high heat and humidity, exceeds my physical capabilities. It is unduly painful and exacerbates my serious medical conditions. Specifically, I have hyperthyroidism. Because I take Synthroid, it is dangerous for me to work in the Angola fields, especially in high heat and humidity. Prison authorities know about my medical condition. The prison's medical staff prescribes me the medications I need to manage my condition.

16. I requested reasonable accommodations in an ARP. Specifically, I requested a duty status so I will not be forced to work on the Farm Line. My ARP has not been granted. I previously filed an ARP asking for the same relief and it was rejected.

17. I have previously requested reassignment to a different job. Prison officials denied my request, even though I had not had a disciplinary write-up recently.

Signed Initials: _[signature]_

4

JOSEPH GUILLORY DECLARATION

18. I also understand, based on prison policy and practice, that even though I am not currently assigned to the Farm Line, I could be reassigned to the Farm Line as punishment for any alleged disciplinary violation, at any time. I could also be reassigned to the Farm Line randomly, which is what happened when I was assigned the Farm Line out of Camp D in the fall of 2023.

19. After about three years of working without any compensation, I started earning two cents an hour for my labor. The canteen prices are sky-high and the incentive wage never changes. If I wanted to buy a bottle of sunscreen, it would take me a year.

20. If given a meaningful choice, I would not work on the Farm Line.

21. To the best of my knowledge, about a hundred men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

I declare that the foregoing is true and correct.

*Joseph Guillory*

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on April 25TH, 2024.