## DECLARATION OF KEVIAS HICKS

I, KEVIAS HICKS, declare as follows:

1. I am thirty-three, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2013. My DOC number is 579490. I currently live in Camp D and was forced to work Farm Line 24/25.

3. When I first arrived at Angola, I was sent to extended lockdown for about 16 months. I was given one hour every day out of my cell to shower and use the phone. Then, I was transferred to the working cell block in Main Prison and assigned to the Farm Line. I was transferred to Camp D around 2018 and was assigned to the Farm Line there.

4. On Line 24/25, about 20 of us generally walk or ride an old school bus into the fields. More people are assigned to the Farm Line at any given time, but they don't all go out every day because some have court or medical appointments. We worked from about 7:30 until 11:30 a.m., even when there was a heat advisory. We rarely got breaks. There is not always drinking water or portapotties.

5. Recently, I was forced to pick rotten watermelons with my hands. My understanding is that the temperature is so hot in the fields that the watermelons are rotting on the vine. We are forced to pick vegetables, goosepick grass, and sometimes dig ditches. Then, after our shift, we have to walk back to Camp.

Signed Initials: _K.H_

1

KEVIAS HICKS DECLARATION

5. The heat and humidity is brutal and unsafe. It is extremely hot. I have seen people pass out in the sun. I once witnessed a man have a seizure. The guards thought he was faking it. When I'm working in the fields, I often feel light-headed and dizzy, with headaches and muscle cramps. My feet often swell up.

7. 6. The prison does not provide us with sufficient safety equipment, like proper work gloves, proper work boots, sunscreen, sunglasses, and hats. I have had to buy my own work boots just to keep myself safe in the fields. This is very difficult, since I only make two cents an hour on the Farm Line, if anything at all. I have to rely on friends and family to help me buy basic necessities, like soap and work boots.

8. I did not choose to work on the Farm Line. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment. From my understanding of the disciplinary system and based on my personal knowledge of prison practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. This has happened to me, several times. Prison officials have also threatened to punish me if I stopped working, worked too slow, or complained about the unsafe work conditions. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

Signed Initials: _K.H_

2

KEVIAS HICKS DECLARATION

K.H 6, 7. I have received disciplinary write-ups for work violations. For instance, I was recently locked in the dungeon for allegedly refusing a work call. After several days in the dungeon, I was sent back to the Farm Line. The dungeon is inhumane. The cells are very small, we're deprived of basic necessities like toothpaste and soap, and there's very little interaction with others. At various points, the prison has also taken away my phone time and canteen access.

K.H 9. 8. Prison officials supervise and control all aspects of my work.

K.H 10. 9. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my Farm Line work.

K.H 11. 10. I am an individual with a disability. Working on the Farm Line exceeds my physical capabilities. It is unduly painful and exacerbates my serious medical conditions. Specifically, I have anxiety and depression. I also suffer from allergies. The prison's medical staff has prescribed me medications including Elavil, Prozac, and Benadryl to manage my health conditions. Because of these conditions and the drugs I take for them, it is dangerous for me to work in the Angola fields, especially in high heat and humidity.

K.H 12, 11. I have requested reasonable accommodations for my disability. Specifically, I requested a duty status so I will not be forced to work on the Farm Line.

K.H 13, 12. If given a meaningful choice, I would not work on the Farm Line.

K.H 14, 13. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

Signed Initials: K.H

3

KEVIAS HICKS DECLARATION

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March __21__, 2024.

_(signature)_