DECLARATION OF DAMARIS JACKSON

I, DAMARIS JACKSON, declare as follows:

1. I am 43 years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2002. My DOC number is 454295.

3. In mid-October 2023, I was moved to Main Prison, where I enrolled in the New Man Program.

4. Before that, I lived in Camp D and was forced to work Farm Line 25. I have worked on the Farm Line, on and off, for about 21 years.

5. When I first arrived at Angola in 2002, prison officials issued me a disciplinary rules handbook and assigned me to work on a Farm Line. I had never worked in farming before. My understanding is that almost every incarcerated person must work the Farm Line when they first arrive at Angola. Even people with a duty status are sometimes forced to work in the field. I also understand, based on prison policy and practice, that individuals can be reassigned to the Farm Line as punishment for an alleged disciplinary violation.

6. I worked on the Farm Line from 2002 until approximately 2005. After that, I worked on and off the Farm Line until about 2021. Around June 2021, I was working in the mattress factory. Prison officials reassigned me to Farm Line 15b, even though I had not received a disciplinary write-up. I refused to work in the field and received a Rule 28 write-up.

Signed Initials: _DJ_

1

DEMARIS JACKSON DECLARATION

7. I was assigned to Farm Line 25, alongside approximately 20 other incarcerated men. Every weekday, we reported to work call-out around 6 a.m. We either walked or took a bus to the field, where a "field farmer" told us what to do. We typically worked from 7 a.m. until 11 or 11:30a.m. Sometimes, we were sent back in the afternoon for a second shift.

8. We were not provided with tools or equipment to use in the fields. Instead, the prison officials forced us to use our hands to cultivate crops like squash, zucchini, corn, and okra. We did not even get sufficient gloves or protective work clothing or work boots. I have never been provided with sunscreen, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields. I have been forced to buy necessary work equipment, like bottled water, gloves, and boots, from the prison's canteen.

9. Work on the Farm Line is unsafe. For example, the okra makes my skin break out wherever I have touched it. I have also gotten severe blisters from working without proper gloves. My right knee swells frequently when I work in the field. Prison officials still send me into the field.

10. The heat and humidity in the fields are unbearable. When working outside on the Farm Line, I often feel dehydrated, lightheaded, and dizzy. I have felt chilled despite the extreme heat and humidity. I often get muscle aches and headaches. These symptoms have all gotten worse this summer, as the heat and humidity have been extreme.

Signed Initials: _DJ_

2

DEMARIS JACKSON DECLARATION

11. I am an individual with a disability. Specifically, I have high blood pressure. Working on the Farm Line exceeds my physical capabilities, is unduly painful, and exacerbates my serious medical condition. Because of my condition, it is dangerous for me to work in the fields, especially in high heat and humidity. Prison officials know this, and they know I have high blood pressure. They even prescribed me Valsartan to manage it.

11. I requested reasonable accommodations under the Americans with Disabilities Act and a duty status so I will not be forced to work on the Farm Line. My request for relief was denied. See LSP-2023-0828.

12. I've seen tractors and other modern farming equipment at Angola. The prison forces us to do manual agricultural labor that could be accomplished more efficiently with modern farming equipment.

13. Prison officials supervise and control all aspects of my work. These officials are known as "freemen." I believe officials from Prison Enterprises, sometimes known as field farmers, also supervise and direct the agricultural work at Angola.

14. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training for my work on the Farm Line.

15. Most, if not all, other Farm Line workers are Black, like me.

Signed Initials: DJ

3

DEMARIS JACKSON DECLARATION

16. I did not choose to work on the Farm Line. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment. From my review of the disciplinary rules in the handbook and based on my personal knowledge of prison practices, I know that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

17. I applied for a job change around March 2023. The classification officer denied my request, even though I had not had a disciplinary infraction in the previous 90 days.

18. After that, I began refusing to work the Farm Line. The Farm Line is purely punishment and serves no rehabilitative purpose. It is mentally and physically grueling, and it prevents me from working on my legal case or participating in self-improvement programs. Prison officials punished me with a disciplinary and a suspended sentence of 90 days. Officers also threated to send me to segregation in the cellblock. I was still forced to go out into the field.

19. I again refused to work the Farm Line around June 2023. Prison officials punished me with another disciplinary write-up and another suspended sentence.

Signed Initials: DJ

20. Prison officials have locked me in the cellblocks several times for refusing to work. I have also been punished at least eight times with serious harm like loss of canteen, phone time, and yard time. Prison officials have also taken my incentive pay. This means I can't purchase basic necessities, like food and hygiene products, from canteen.

21. On several occasions, prison officials have threatened to punish me if I stopped working, encouraged other incarcerated men to stop working, or complained about the unsafe work conditions, including the extreme heat in the fields.

22. Knowing I cannot refuse to work, or to stand up for my basic human and civil rights, without facing severe physical and psychological harm makes me feel powerless. It is psychologically and mentally traumatizing. It makes me feel numb, anxious, and depressed. Working in the field, like a slave, makes me feel the same way. Being sent to lockup is extremely difficult. I am in a no-win situation: I either have to work the plantation crops on the Farm Line against my will, or be locked up in the cellblocks. Both situations are intolerable, and both keep me from participating in rehabilitative programs or working on my case.

23. I made two cents an hour for my labor on the Farm Line. I would not work for two cents an hour if I had a choice. I cannot afford to purchase necessities from canteen, like soap and deodorant, without financial support from my family.

24. If given a meaningful choice, I would not work on the Farm Line.

25. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

Signed Initials: DJ

26. I understand that I am bringing this case on behalf of all current and future individuals incarcerated at Angola, not just myself. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of myself and all other class members. I understand that means that I may be required to have my deposition taken, to testify at trial, and to respond to other discovery. I am prepared to help prepare for and attend trial, to testify, and to assist my attorneys as needed and to continue to participate actively in the direction of this case.

Signed Initials: _DJ_

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 21, 2024.

*Damaris Jackson*