# DECLARATION OF MYRON SMITH

I, MYRON SMITH, declare as follows:

1. I am over fifty years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 1998. I was convicted in Caddo Parish. I currently live in Camp D. My DOC number is 396328.

3. When I first arrived at Angola in 1998, prison officials issued me a handbook that included the disciplinary rules. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

4. When I first arrived at Angola in 1998, I was housed in the working cellblock at Camp D Raven and assigned to the Farm Line. I became a yard orderly in 2000. In 2003, I became a diet cook.

5. I received a disciplinary write-up in 2005 and was sent back to the Farm Line. By the end of that year, I was transferred to Camp D Falcon, which is a general population housing unit. Even though I was no longer housed in the working cellblock, I was still forced to work on the Farm Line. Around 2007, I became an orderly in the lockdown unit of Camp D Hawk. I cleaned tiers and served trays, and I was paid about eight cents an hour for my work.

Signed Initials: _M.S._

6. Around 2008, I became a trusty and was assigned to the range crew. In that capacity, I cared for cattle and horses. I realized that I love working with animals. I was paid 20 to 24 cents an hour for my work. This job helped me buy the basic necessities like soap, deodorant, mouth wash, and toothpaste. I also used my earnings to buy high-protein foods like oysters and tuna from canteen, because the food at Angola did not meet my nutritional needs.

7. I received a disciplinary write-up in 2022. I was sent to the dungeon for approximately 38 days and lost my trusty status. When I was released from the dungeon, I was sent to Main Prison and assigned to Farm Line 15b. Shortly after that, I was transferred to Camp D. I believe all the incarcerated men assigned to Line 15b were transferred to Camp D. I have worked on Line 15b since then.

8. Approximately 10 men work on line 15b on any given workday, though sometimes we work alongside Lines 24 and 25. Work call occurs every weekday around 6 a.m. We work in the fields from approximately 7 a.m. until mid-morning, and then again from around 11 a.m. to around 1:30 p.m. We generally walk or take a bus to the work site, where field farmers assign us tasks. We pick crops, cut grass, and sometimes do maintenance. Sometimes we use weed eaters, but other times we are forced to use our hands.

9. The working conditions are harsh. The drinking water is dirty, in a moldy cooler that often contains dead insects. There is no shade. Breaks are rare. Armed guards patrol the fields, sometimes riding four-wheelers. My understanding is that guards generally don't use horses anymore because the weather is too hot for them. There is often no place to use the bathroom. When there are portapotties, they are extremely unsanitary.

Signed Initials: _M.S._

2

MYRON SMITH DECLARATION

10. Due to unsanitary water, I have had to purchase my own water, at significant expense, in an attempt to stay hydrated on the Farm Line.

11. To the best of my recollection, I have never been provided with sunscreen, proper work gloves, proper work boots, sunglasses, or other safety equipment necessary to safely work in the fields. Instead, we are issued black rubber boots, which cause painful blisters and provide inadequate protection from the elements. I had to buy my own work boots, at significant expense, for basic safety.

12. The heat and humidity in the fields are unbearable. I often feel woozy, dehydrated, and dizzy. Sometimes, these symptoms are even more serious. For instance, in approximately 2021, I was working on Line 15b when my muscles began locking up. I could barely move. An emergency medical technician arrived and told me to drink more water and rest. But instead of being taken inside to cool off, I was forced to sit in the field, in the hot sun, for the rest of the shift.

13. For Line 15b, heat advisories are ignored. Typically, we can see that there will be a heat advisory before even going on the Line. And the heat advisories are clearly audible from the prison official's radios. Those advisories are completely ignored, and we are forced to continue working in the heat.

14. I've seen tractors and other modern farming equipment at Angola. Based on my experience, I believe the agricultural work we are forced to do could be done more efficiently using this equipment.

Signed Initials: _M. S._

15. Earlier this year, officials gave me a five gallon bucket and a styrofoam cup and forced me to hand-water rows of watermelons. This was physically painful and difficult work, particularly given the extreme heat and humidity in the fields. I have also been forced to hand-pick grass. I could not refuse to do this make-work without risking disciplinary action and serious harm.

16. Recently, in preparation for the Angola Rodeo, we were forced to work even longer hours than normal to 'beautify' the grass, because the prison wanted to make sure the guests of the rodeo were happy. We would work as late 3:30pm every day in the week proceeding the rodeo.

17. Prison officials supervise and control all aspects of my work. These officials are known as "freemen." I believe officials from Prison Enterprises, sometimes known as field farmers, also supervise and direct the agricultural work at Angola.

18. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my Farm Line work.

19. I make two cents an hour for my labor. I would not work for two cents an hour if I had a choice.

20. I did not choose to work on the Farm Line or to participate in compulsory agricultural labor. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment, like solitary confinement and loss of phone time and canteen access.

Signed Initials: _M. S._

MYRON SMITH DECLARATION

21. From my review of the disciplinary rules and based on my personal knowledge of Angola's practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

22. Since I've been incarcerated at Angola, I've received approximately three Rule 28 disciplinary write-ups. On several occasions, prison officials threatened to punish me if I stopped working, encouraged other incarcerated men to stop working, complained about the unsafe work conditions, or failed to work "efficiently."

23. I have requested a duty status so I will not be forced to work on the Farm Line. My request for relief was denied. *See* LSP-2023-0735.

24. If given a meaningful choice, I would not work on the Farm Line.

25. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

Signed Initials: *M S*

5
MYRON SMITH DECLARATION

26. I understand that I am bringing this case on behalf of all current and future individuals incarcerated at Angola, not just myself. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of myself and all other class members. I understand that means that I may be required to have my deposition taken, to testify at trial, and to respond to other discovery. I am prepared to help prepare for and attend trial, to testify, and to assist my attorneys as needed and to continue to participate actively in the direction of this case. *See* Appendix A.

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on April 25th, 2024.

_Myron Smith 396328_