# DECLARATION OF KENDRICK STEVENSON

I, KENDRICK STEVENSON, declare as follows:

1. I am 45 years old, competent to testify in this matter, and do so based on personal knowledge. I was born ▮▮▮▮, 1979.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 1999. I was convicted by a non-unanimous jury. My DOC number is 413328.

3. I currently live in Main Prison, where I am enrolled in the New Man Program. I was moved to Main Prison in approximately December 2023. Before that, I lived in Camp D and was forced to work Farm Line 24/25.

4. When I arrived at Angola, prison officials issued me a handbook that included the disciplinary guidelines. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

5. I have worked on the Farm Line, off and on, since around 2004. Back then, we were given a sling blade and told to cut tall, thick grass in the blazing heat. My hands blistered almost immediately. Another incarcerated person working the line told me to urinate on my hands to make them tough. Someone else advised me to tie a wet handkerchief on my hands. An armed guard on horseback patrolled the rows.

Signed Initials: _KS_

1

KENDRICK STEVENSON DECLARATION

6. At some point, I became a barber. I liked that work. I treated people with kindness and respect, and I made sure the barbershop was clean and nice. I later entered a GED program and signed up for self-help programs. I wanted to improve myself and make a difference. I also worked in the hospice for about 10 years. That was an incredible experience. I helped people who were near death. I made sure they had drinking water and clean sheets. I fed guys who could not feed themselves. I really took care of people.

7. Until December 2023, prison officials forced me to hand-pick crops on Farm Line 24/25. The work was punitive and degrading. Along with at least 20 other men, I worked the fields from about 7:30 a.m until 11:30 a.m., five days a week. The work was back-breaking. We had to squat and pluck grass with our fingers.

8. We were not provided with tools. Instead, we were forced to use our hands to cultivate crops like squash, zucchini, and okra. We did not even get sufficient work gloves or protective work boots. I have never been provided with sunscreen, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields. There were around 20 other men on the Line. We were paid two cents an hour, or nothing at all, under the barrel of a gun.

9. Prison officials supervised and controlled all aspects of my work. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training for my work on the Farm Line.

10. The heat and humidity in the fields are unbearable. We were forced to work outside even when there is a heat advisory. Doing this difficult manual labor, I often felt dehydrated,

Signed Initials: _KS_

2

KENDRICK STEVENSON DECLARATION

lightheaded, and dizzy. My muscles have locked up, like a charley horse in my back and arms. These symptoms are worse in the extreme heat.

11. I am an individual with a disability. Specifically, I have ventricular tachycardia, high blood pressure, anxiety, depression, high blood pressure, pre-diabetes, and other cardiac conditions. Prison officials know about my conditions, because they diagnosed me with them and prescribe medications for them. For instance, I take losartan, Zyrtec, and Zyprexa, among other medications. Until recently, I also took metformin and naltrexone.

12. I have requested reasonable accommodations under the Americans with Disabilities Act and a duty status so I will not be forced to work on the Farm Line. Due to my conditions, my body is not able to thermoregulate properly. Despite knowledge of the substantial risk to my health that working the Farm Line imposes, Angola still forced me into the field.

13. Working on the Farm Line exceeds my physical capabilities, is unduly painful, and exacerbates my disabilities and serious medical conditions. Because of these disabilities, it is dangerous for me to work in the fields, especially in high heat and humidity.

14. I did not choose to work on the Farm Line. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment. From my review of the disciplinary rules and based on my personal knowledge of prison practices, I know that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

Signed Initials: _KS_

3

KENDRICK STEVENSON DECLARATION

15. This has happened to me, several times. For example, around February 2023, I got a disciplinary write-up. I was transferred to Camp D and forced out on the Farm Line. Around the beginning of August 2023, I got another write-up for failing to work the plantation row crops "efficiently." That day, prison officials forced me to wear canvas shoes into the field, because they would not provide me with work boots. My punishment included cell confinement and two weeks lost canteen, suspended for 90 days. This has caused me serious physical, emotional, and psychological harm. It also caused me legal harm because it jeopardized my eligibility to file a clemency petition.

16. If given a meaningful choice, I would not work on the Farm Line

17. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

Signed Initials: KS

4

KENDRICK STEVENSON DECLARATION

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on April 25, 2024.

*[Signature]*