# DECLARATION OF NATE WALKER

I, NATE WALKER, declare as follows:

1. I am fourty-three years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2009. I currently live in Camp D and was assigned to the Farm Line. My DOC number is 433462.

3. When I first arrived at Angola in 2009, prison officials issued me a handbook that outlined the disciplinary guidelines. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

4. When I first arrived at Angola in 2009, I was housed in Camp J. I worked as a unit orderly for around fifteen months. I received a disciplinary write-up in 2010 and was transferred to Camp D, where I was assigned to the Farm Line. I have worked on the Farm Line, off and on, since 2011.

5. In my experience, work call-out occurs every weekday around 6 a.m. We work in the fields from approximately 7 a.m. until mid-morning, and then sometimes again from around 11 a.m. to around ~~1:30~~ 3:00 p.m. [handwritten: 3:00p.m. N.W. 3/21/2024] We generally walk or take a bus to the work site, where field farmers or officers assign us tasks. We pick crops, dig ditches, and cut grass. In the past, we used L blades or hoes. Other times, we are forced to pick the grass using our ungloved hands.

Signed Initials: N.W.

1

NATE WALKER DECLARATION

6. Most recently, I planted potatoes on a field that was about 20 acres. I have also planted watermelon and hand-picked sacks or crates of vegetables like carrots, cabbage, peas, okra, squash, zucchini, broccoli, and cauliflower. Once a crate is full, we stack it on the trailer. When we are done, the prison staff and guards do a count; last time we did cabbage, it was over 300 sacks. If the count is high enough, we are allowed to go to chow. If it is not enough, we have to go back into the fields. It is backbreaking work.

7. The working conditions are harsh. The drinking water is dirty. There is no shade. Breaks are rare. Armed guards patrol the fields. There is often no place to use the bathroom. When we have access to a port-a-potty, they are extremely unsanitary.

8. To the best of my recollection, I have never been provided with sunscreen, proper work gloves, proper work boots, sunglasses, or other safety equipment necessary to safely work in the fields. The boots are rubber and do not provide protection or support for our feet. My hands have been blistered as a result of being forced to work without gloves.

9. The heat and humidity in the fields are unbearable. I have glaucoma and working in direct sunlight causes severe eye pain. I often feel light headed, nauseous, dizzy, dehydrated, and exhausted. For instance, in approximately 2017, I was working in the field on a hot day. I was feeling weak and light headed. I notified the guards that I was not feeling good, but I was ignored. I could barely stand or walk. When I tried to walk, I began to sway. The guards called medical and told them that I was intoxicated. I was arrested and received a disciplinary write-up for intoxication. I was not intoxicated.

Signed Initials: N.W.

10. I am an individual with a disability. Specifically, I suffer from high blood pressure, depression, glaucoma, thyroid cancer and other thyroid issues, stomach issues, sleeping problems, and heart arrhythmia. The prison prescribes me medications to manage those conditions, like a sleeping aid, stool softeners, thyroxine, and Benadryl. I also have a family history of sickle-cell anemia. Because of these conditions, it is dangerous for me to work in the Angola fields, especially in high heat and humidity.

11. Prison officials know about my disabilities, but they refuse to give me a permanent duty status. I have requested a duty status so I will not be forced to work on the Farm Line. My request for relief was denied. *See* LSP-2023-0768.

12. I've seen tractors and other modern farming equipment at Angola. Based on my experience, I believe the agricultural work we are forced to do could be done more efficiently using this equipment.

13. Prison officials supervise and control all aspects of my work. These officials are known as "freemen." I believe officials from Prison Enterprises, sometimes known as field farmers, also supervise and direct the agricultural work at Angola.

14. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my Farm Line work.

15. I make two cents an hour for my labor. I would not work for two cents an hour if I had a choice.

Signed Initials: N.W.

16. I did not choose to work on the Farm Line or to participate in compulsory agricultural labor. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment, like solitary confinement and loss of phone time and canteen access. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

17. From my review of the disciplinary matrix and based on my personal knowledge of Angola's practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement.

18. Since I've been incarcerated at Angola, I've received several Rule 28 disciplinary write-ups. On several occasions, prison officials threatened to punish me if I stopped working, encouraged other incarcerated men to stop working, complained about the unsafe work conditions, or failed to work "efficiently."

19. If given a meaningful choice, I would not work on the Farm Line.

To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

Signed Initials: N.W.

20. I understand that I am bringing this case on behalf of all current and future individuals incarcerated at Angola, not just myself. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of myself and all other class members. I understand that means that I may be required to have my deposition taken and to respond to other discovery. I am prepared to help prepare for and attend trial, to testify, and to assist my attorneys as needed and to continue to participate actively in the direction of this case. *See* Appendix A.

21. The prison has issued me a "heat precaution" duty status because of my disabilities. That status exempts me from working the Farm Line from May to October. But it does not protect me from being forced to work in the fields at any other time. I believe that I will be forced back into the field at some point.

Signed Initials: _N, W_

I declare under penalty of perjury that the foregoing is true and correct.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 21, 2024.

*Nate Walker*
Nate Walker #433462