## DECLARATION OF ALVIN WILLIAMS

I, ALVIN WILLIAMS declare as follows:

1. I am thirty-eight years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2009. I was convicted by a non-unanimous jury in Orleans Parish. I currently live in Camp D. My DOC number is 480922.

3. When I first arrived at Angola in 2009, prison officials issued me a handbook that included the disciplinary rules. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

4. When I arrived at Angola, I was assigned to work Farm Line 7/8/9 out of Main Prison. I worked that line for three years. In 2012, I was reclassified to a nine-month welding training program. I graduated from that course with my welding certification, but there were no welding jobs available. Instead, I became a health orderly. I worked in that position until about 2017. Then, I was reclassified to work in the mattress factory, which I believe is run by Prison Enterprises. I worked there about a year and a half, and then as a dorm orderly for about three years.

Signed Initials: _AW_

5. Around 2020 or 2021, I received a disciplinary writeup and was transferred from Main Prison to lockdown in Camp D. I spent about 18 months in a working cellblock. During this time, I was forced to work on the Farm Line. I was transferred from the working cellblock to general population (Camp D Falcon) in 2022. I have been forced to work on Farm Line 25 ever since.

6. Approximately 15 to 20 people work on Line 25 on any given workday. Work call occurs every weekday around 6 a.m. We start work in the fields around 7 a.m. Around 9 a.m., there will sometimes be an announcement about whether there is a heat advisory that day. A heat advisory means that the heat and humidity are dangerously high. We are still forced to work in the fields, even when there is a heat advisory, until around 11:30 a.m.

7. I have been assigned to tasks with such as "goose picking" where I am forced to pick blades of grass, by hand, from the dirt.

8. On Line 25, we are not provided with tools. Instead, we are forced to use our hands to cultivate crops and do other work. The working conditions are harsh. The drinking water is dirty, in a moldy cooler that often contains dead insects. There is no shade. Our breaks are rare. Armed guards patrol the fields, sometimes riding four-wheelers.

Signed Initials: _AW_

9. To the best of my recollection, I have never been provided with sunscreen, proper work gloves, proper work boots, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields. We are issued black rubber boots, similar to rain boots, which cause painful blisters and provide inadequate protection from the elements. Sometimes, we don't even get those.

10. I've seen tractors and other modern farming equipment at Angola. We don't use that equipment on Line 25.

11. Prison officials, including officials from Prison Enterprises, supervise and control all aspects of my work. These officials are known as "freemen."

12. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my work in the fields.

13. Most other Farm Line workers are Black, like me.

14. In aproximately April 2023, I applied for reassignment from the Farm Line to be a yard orderly. I was denied reassignment, even though I had a clean disciplinary record.

15. Since I've been incarcerated at Angola, prison officials have given me several disciplinary writeups, including for Rule 28 work offenses. For instance, in April 2023, after I was denied reassignment to be a yard orderly, officials wrote me up for allegedly not coming to a work callout. My punishment was four weeks loss of canteen privileges, suspended for 90 days, preventing me from purchasing basic necessities like food and hygiene products.

Signed Initials: _AW_

16. I did not choose to work on the Farm Line or to participate in compulsory agricultural labor. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment, like solitary confinement and loss of phone time. I also work, against my will, because I don't want to risk losing the opportunity to participate in rehabilitative programming.

17. From my review of the disciplinary rules and based on my personal knowledge of Angola's practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

18. On several occasions, prison officials threatened to punish me if I stopped working, encouraged other incarcerated men to stop working, complained about the unsafe work conditions, or failed to work "efficiently."

19. I make two cents an hour for my labor. I would not work for two cents an hour if I had a choice.

20. The heat and humidity in the fields are unbearable. I often feel lightheaded and exhausted from doing manual labor in the fields in the summers. I have felt my heart racing and felt chilled, despite the heat. I often feel dehydrated. I have suffered from blistered hands and feet, sunburns. I have an ankle injury and working in the fields often causes my ankle to swell painfully.

I have requested a duty status so I will not be forced to work on the Farm Line. My request for relief was denied. *See* LSP-2023-0954.

Signed Initials: *AW*

4

ALVIN WILLIAMS DECLARATION

21. If given a meaningful choice, I would not work on the Farm Line.

22. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

23. I am a member of Voice of the Experienced ("VOTE"). I became a member about two years ago, through VOTE's Mission Possible program. My membership status is "Leader." As a Leader, I help VOTE disseminate information, advocate for people, and educate people about changes in the law related to the criminal legal system. I also provide input about VOTE's goals, priorities, and advocacy efforts. For example, during the 2023 legislative session, VOTE asked me to educate other incarcerated people about certain legislation and then collect their feedback. This process ensures that incarcerated people are at the forefront of VOTE's decision-making process.

24. I understand that VOTE is dedicated to restoring the full human and civil rights of those most impacted by the criminal (in)justice system. The coerced labor I perform on the Farm Line under threat of severe punishment violates my human, civil, and constitutional rights.

25. It is my understanding that other VOTE members are also forced to work the Farm line. All VOTE members who are incarcerated at Angola could be reassigned to the Farm Line at any time.

Signed Initials: *AW*

I declare that the foregoing is true and correct.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 21, 2024.

*/s/ Alvin Williams*