# DECLARATION OF DARRIUS WILLIAMS

I, DARRIUS WILLIAMS, declare as follows:

1. I am 33 years old, competent to testify in this matter, and do so based on personal knowledge. I was born on ▮▮▮▮ 1990.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2011. I was convicted by a non-unanimous jury in Caddo Parish. I currently live in Camp C. My DOC number is 584590.

3. When I first arrived at Angola in 2011, prison officials issued me a handbook that outlined the disciplinary rules. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

4. When I first arrived at Angola in 2011, I was assigned to work on the Farm Line out of Main Prison. I worked that line on and off for seven years. I became an orderly in 2018. I worked in that position until 2019.

5. I received a disciplinary write up in 2019 and was reassigned to work the Farm Line out of Camp D Raven. I worked that line for around one year. In 2021, I was transferred to Camp C, where I worked in the kitchen as a clerk. I worked in that position for around a year.

Signed Initials: DW

6. Although I received no disciplinary infractions during this time, I was transferred from Camp C to Main Prison in 2022 and sent back to the Farm Line. Around August of that year, I received a disciplinary write-up for refusal to work. I refused to go into the field because prison officials did not provide me with sufficient work boots, jeans, or work gloves. Prison officials told me to wear my regular clothes and shoes into the field, which would have been unsafe. I was punished with about one month in disciplinary segregation. I later got another write-up and was placed on extended lockdown for eight months.

7. I cannot refuse to work without severe consequences like disciplinary confinement. Lockdown is a toxic, dangerous environment where there are no programs or classes. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

8. For the first seven years at Angola, I was paid nothing for my labor. Then, I started making two cents an hour. I would not work for two cents if I had a choice.

9. When I worked the Farm Line, I would report to the call-out around 6 a.m. every morning. The size of the Farm Line crews vary, but generally there are dozens of people. We had to walk into the fields or ride an old schoolbus. Once we arrived in the fields around 7 a.m., we would be told to pick crops, like digging up sweet potatoes by hand. We were still forced to work, even when there was a heat advisory.

10. Prison officials supervise and control all aspects of my work. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training at all for my work in the field.

Signed Initials: _DW_

11. To the best of my recollection, I have never been provided with sunscreen, proper work gloves, proper work boots, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields.

12. Conditions in the field are brutal and unsafe. There is no shade. The heat and humidity in the fields are unbearable. It can get to 105 to 110 degrees outside. It's so hot out in the corn fields that it's hard to breathe. I've had to make several medical calls.

13. Once, I was forced to work the Farm Line in the summer and was in the corn fields. The temperature was over 100 degrees and I started feeling chills. I was shaking, as though it was freezing. I started sweating profusely. I started to feel dizzy, I lost control of limbs and fainted. Medical came and reported that my blood pressure was very high. Despite all this, prison officials sent me back out into the field the next day. I refused. I was placed in lockdown.

14. Most other Farm Line workers are Black, like me.

15. I did not choose to work on the Farm Line or to participate in compulsory agricultural labor. I did not volunteer or request to work on the Farm Line. I only work on the Farm Line to avoid serious harm and punishment, like disciplinary confinement and loss of phone time. I also work, against my will, because I don't want to risk losing the oppportunity to participate in rehabilitative programming and visit with my family.

16. From my review of the disciplinary matrix and based on my personal knowledge of Angola's practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet quotas can be subject to serious disciplinary action, including disciplinary confinement. I fear being reassigned to the Farm Line.

Signed Initials: _DW_

17. On several occasions, prison officials threatened to punish me if I stopped working, encouraged other incarcerated men to stop working, complained about the unsafe work conditions, or failed to work "efficiently."

18. The worst part of the Farm Line is the emotional or psychological toll. I would rather be taking classes or going to self-help groups, to benefit myself and my community. These programs are productive and keep me focused. But when I am forced to work the fields on the Farm Line, those positive outlets are taken from me.

19. I requested a duty status so I will not be forced to work on the Farm Line. My ARP request was denied.

20. If given a meaningful choice, I would not work on the Farm Line.

21. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line this year.

22. I understand that I am bringing this case on behalf of all current and future individuals incarcerated at Angola, not just myself. I understand the responsibilities involved in being both a plaintiff and a class representative in this lawsuit. I am prepared to cooperate with my counsel and meet all of my duties and obligations to make sure this lawsuit is pursued in the best interest of myself and all other class members. I understand that means that I may be required to have my deposition taken and to respond to other discovery. I am prepared to help prepare for and attend trial, to testify, and to assist my attorneys as needed and to continue to participate actively in the direction of this case. *See* Appendix A.

Signed Initials: 

I declare that the foregoing is true and correct.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on April 25, 2024.

*Darrius Willis* (signature)