# DECLARATION OF DAMION THOMPSON

I, DAMION THOMPSON declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2022. I currently live in Camp D. My DOC number is 741171.

3. When I first arrived at Angola in 2022, prison officials issued me a handbook that outlined the disciplinary rules. Based on these disciplinary policies and my personal knowledge of the prison's disciplinary practices, I understand that nearly all incarcerated people must work on the Farm Line when they first arrive at Angola, and that anyone may be reassigned to the Farm Line as punishment for a disciplinary infraction.

4. When I arrived at Angola around June of 2022, I was assigned to work Farm Lines 21 and 24 out of Main Prison. I was forced to work on those Lines for about three months. I was transferred to Camp D around August of 2022, and I was forced to work farm lines out of Camp D for about six months.

5. Around February of 2023, I received a disciplinary write up for refusal to work out in the fields and was forced into lockdown in the working cellblock of Camp D. I am still in lockdown. I am confined to a two-person cell for most of the day, seven days a week. I am only allowed out of my cell for 30 minutes to shower or make a phone call, and around one hour to exercise. Being on lockdown is psychologically traumatic. We are cut off from meaningful human interaction and opportunities for rehabilitation. It's also physically dangerous because you are trapped in a tiny cell with a person who may want to do you harm.

1

6. Approximately 30 people worked on the Farm Lines out of Camp D on any given workday. Work call occured every weekday around 6 a.m. We were forced to work in the fields from around 7 a.m. until around 11:30 a.m. Sometimes, we would have to do a second shift in the afternoon.

7. We were not provided with tools. Instead, we were forced to use our hands to cultivate crops and do other work. The working conditions are harsh. The drinking water is dirty. The water cooler is never cleaned. Although I didn't want to, I still had to drink the dirty water just to stay hydrated and avoid passing out. There was no shade. The breaks were too short to provide any meaningful rest and recovery, and they were given at the discretion of the guards. Sometimes there were portable toilets available, but they were almost never sanitary.

8. To the best of my recollection, I have never been provided with sunscreen, proper work gloves, proper work boots, sunglasses, a sunhat, or other safety equipment necessary to safely work in the fields.

9. I've seen tractors and other modern farming equipment at Angola. We didn't use that equipment on the Lines out of Camp D.

10. Prison officials, including officials from Prison Enterprises, supervised and controlled all aspects of my work.

11. I have never been taught, trained, or asked to provide input about crop planting or farming decisions. I have never received any training for my work in the fields.

12. Most other Farm Line workers were Black, like me.

13. I did not choose to work on the Farm Line or to participate in compulsory agricultural labor. I did not volunteer or request to work on the Farm Line. I only worked on the Farm Line to avoid serious harm and punishment, like disciplinary confinement.

14. To the best of my knowledge, I have never been paid for my labor. I would not work without compensation if I had a choice.

15. From my review of the disciplinary rules and based on my personal knowledge of Angola's practices, I understand that incarcerated people who disobey prison officials, refuse to work, or fail to meet work quotas can be subject to serious disciplinary action, including disciplinary confinement. Refusal to work can also result in serious legal harm, such as the loss of good time credit and the loss of eligibility to apply for clemency.

16. On several occasions, prison officials threatened to punish me if I stopped working, complained about the unsafe work conditions, or failed to work "efficiently."

17. I am an individual with a disability. Specifically, I was shot above my groin in 2016. As a result, I have nerve damage that causes undue pain in my leg, especially when I have to stand, walk, and squat for long periods. Working in the field exacerbated that severe pain. At times, the pain was so severe that I would have to sit down for some relief. On several occasions, prison officials demanded that I get up and threatened to punish me, including by keeping me in the field all day, if I didn't do it fast enough.

18. The heat and humidity in the fields is extreme and unbearable I often felt dizzy and nauseaous. I've seen other incarcerated men pass out in the heat. I've suffered from blistered hands.

19. Working on the Farm Line exceeds my physical capabilities, is unduly painful, and exacerbates my serious medical condition. It is dangerous for me to work in the fields, especially in high heat and humidity. Prison officials know this, and they know I have a physical disability.

20. I have requested reasonable accommodations under the Americans with Disabilities Act and a duty status so I will not be forced to work on the Farm Line. My ARP request for relief was denied at the Second Step in July 2023.

21. If given a meaningful choice, I would not work on the Farm Line.

22. To the best of my knowledge, hundreds of men incarcerated at Angola, if not more, have been forced to work on the Farm Line just this year.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on August 17, 2023.

*Damion Thompson*
Damion Thompson
#741171