# Exhibit 8

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Joseph Guillory  B/m

DOC: 492565

DATE: _____

### REPORT / BOARD ACTION

| No. | Incident Date | Rule No. | Hearing Date | Reprimand | Extra Duty | Isol. | Loss of G.T. | Rec. Change (Job, Qtrs., Inst.) | Loss of Privileges/ Incentive Wages | Room Conf. | Rest | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 8-28-18 | 5 | 8-31-18 | | | | | wait 2 low privileged dorm | 12 wks canteen | | | RB |
| 32 | 8-31-18 | 3/5 | 9-5-18 | | | | | | 2 wks canteen | | | RB |
| 33 | 10-5-18 | 28 | 10-11-18 | | | | | | 6 wk canteen | | | RB |
| 34 | 12-9-18 | 1 | 1-2-19 | | | | 10 days | SUS (90) WCB | | | | RB |
| 35 | 1-29-19 | 3,5 27 | 1-31-19 | | | | | SUS (30) WCB | 2 wks canteen | | | RB |
| 36 | 7-14-19 | 10 | 7-23-19 | | | | | SUS (90) med F/L | 6 wks canteen | | | RB |
| 37 | 8-30-19 | 1 | 9-25-19 | | | | | | 12 wks phone 12 wks canteen | | | RB |
| 38 | 11-5-19 | 1 | 11-7-19 | | | | | | 8 wk phone 8 wk canteen | | | RB |
| 39 | 6-18-22 | 17 22 | 6-23-22 | | | | | (90) 5 day d.seg. | 2 wks canteen | | ✓ | RB |
| 40 | 12-5-23 | 28 | 12-7-23 | Verbal | | | | | | | | OB |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4 Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (B)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen. Prohibited Behavior (B)

003824

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: Joseph Guillory
DOC: 492565
DATE:

| No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 3.16.10 | 5 | 3.23.10 | | | | | | 8 wks yard | | (TL) |
| 17 | 9.5.10 | 5 | 9.14.10 | | | | | | sus. 90 days 8 wks yard | | (TL) |
| 18 | 11.19.10 | 21e | 11.23.10 11.29.10 | | | | | WCB | | | (TL) |
| 19 | 7.14.12 | 5 | 7.17.12 | | | | | | 24 wks smoking materials | | (AL) |
| 20 | 2.9.13 | 5 | 2.13.13 | | | | | | 4wk canteen | | LM |
| 21 | 6/7/13 | 1 | 6/11/13 | | | | | Jmanagement | | | LM |
| 22 | 3-13-14 | 5 | 3-17-14 | | | | | | 4 wk canteen | | LM |
| 23 | 11/17/14 | 21E | 11/21/14 | | | | | ext 4D | 6wks yard | | (S) |
| 24 | 7-16-15 | 5 | 7-21-15 | | | | | | 2wks canteen | | (AL) |
| 25 | 7-19-15 | 26 | 7-22-15 | | | | | | 2wk canteen sus 90days | | (CF) |
| 26 | 11-3-15 | 1 | 11-3-15 | | | | | | 8wk yd | | VL |
| 27 | 11-3-15 | 30e | 11-9-15 | | | | | Sus 90days MPWCB | | | |
| 28 | 1-5-17 | 1 | 1-9-17 | | | | | | 6wk phone | | |
| 29 | 5-8-17 | 1/24 | 5-10-17 | | | | | | 6wk phone 6wk pay | | |
| 30 | 9-5-17 | 10 | 9-7-17 | | | | | outcamp | | | ✓ |

1. Contraband
2. Contraband, Att. Poss. (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
8. Att. Escape (B) Escape (B)
9. Favoritism
10. Fighting (B)
11. Agg. Fighting
14. Intoxication
15. Malingering (A)
16. Agg. Malingering (B)
17. Prop. Destruction (B)
18. Radio/TV Abuse (B)
21. Agg. Sex Off (B)
22. Theft (B)
23. Theft, Att. (A)
24. Unauth.
25. Unauth. Food (A)

003825

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

**NAME:** Joseph Guillory
**DOC:** 492565
**DATE:** 03/03/05

| REPORT No. | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of G.T. | Rec. Change (Job, Qtrs, Inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/28/05 | 5 | 03/03/05 | | | | | | 2 wks canteen 4 wks phone 4 wks canteen | | |
| 2 | 3-10-05 | 5 | 3-11-05 | | | | | | | | |
| 3 | 3-19-06 | 5 | 3-21-06 | | | | | | 3 wks canteen | | |
| 4 | 4-28-06 | 3 | 5-1-06 | | | | | WCB | | 30 da | |
| 5 | 5-25-06 | 5 | 5-30-06 | | | | | | 6 wks canteen | | |
| 6 | 2-7-07 | 28 | 2-9-07 / 2-16-07 | | | | | RT Q | 2 wks inc pay | | |
| 7 | 7-7-07 | 1A | 7-11-07 | | | | | | 2 wk canteen | | S |
| 8 | 9-11-07 | 4 | 9-17-07 | ✓ | | | | | | | S |
| 9 | 10-13-07 | 3 | 10-16-07 | | | | | WCB | 4 wks yard 4 wk inc pay | | |
| 10 | 1-13-08 | 1 | 1-16-08 | | | | | | 4 wk yard 4 wk inc pay 2 wk canteen | | |
| 11 | 3-12-08 | 1 | 3-14-08 | | | | | | 12 wk yard 8 wk inc pay | | |
| 12 | 10-15-08 | 5 | 10-17-08 | | | | | | 2 wk yard | | |
| 13 | 11-6-08 | 27 | 11-10-08 | | | | | | 2 wk canteen | | |
| 14 | 12-8-08 | 30u | 12-22-08 | | | | | | | | |
| 15 | 12-10-09 | 3 | 12-14-09 | | | | | max MP WCB | | | |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense
30. Gen. Prohibited Behav

003826

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

**INSTITUTION:** LSP

| | | | |
|---|---|---|---|
| 1. Name of Offender: Joseph Guillory | 2. Number: #492565 | 3. Date of Incident: 7/14/2019 | 4. Time of Incident: 1:15 pm |
| 5. Place of Incident: Oak-1-Doorway | 6. Job Assignment (Offender): | 7. Housing Assignment (Offender): Oak-1 WPWY | |
| 8. Rule Violated: Simple Fight | | 9. Rule Number: #10 | |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On 7/18/2019 offender Joseph Guillory #492565 came to me Lt. Col. William Rosso and stated that he was the offender that had a push and shove altercation with offender Shamichael Tillman #589147 on 7/14/2019 and it was not Ronald Benson #449493. I reviewed the incident on camera on 7/18/2019 and positively identified Joseph Guillory #492565 and not Ronald Benson #492565. Place offenders in each others enemys concern. This is for your information and further handling.

**11. Offender Placed in Adm. Seg.**  ☐ Yes  ☒ No   walk in

**12. Signature of reporting employee:** [signature]
**13. Name, Title, Assignment (Print):** William Rosso, Lt Col WPWY

**14. Date of Report:** 7/18/2019
**15. Time of Report:** 2:00 pm
**16. Report (copy) given to above Offender by:** WR / Joseph G
**17. Offender's Signature:** Joseph Guillory

**18. Plea by Offender:** ☐ Not Guilty  ☒ Guilty
**19. Verdict:** ☐ Not Guilty  ☒ Guilty

**20. Date of Hearing:** 7-23-19
**21. Counsel Substitute:** DOC# 351810  M. Thompson

**22. Motions:** ___

**23. Reasons for Disposition:**
- ☒ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☒ The officer's version is determined to be more credible than the Offender's.
- ☒ Pled guilty/accepted guilty plea.
- ☒ Only defense is denying contents of report.
- ☐ The Offender presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☒ Plea bargain.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other___

**24. Reasons for Sentence:**
- ☒ Seriousness of offense.
- ☒ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since ___
  A total of ___ # ___ rule violations since ___
- ☐ Other___

push + shove

**25. Sentence:** 6 weeks loss of canteen
Suspended ☐ ___ Days
Imposed ☒

**26. Sentence:** Job change to Med Farm Line
Suspended ☒ 90 Days
Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER): [signature]
MEMBER: Joshua Jackson, Asst. Sup.

RECEIVED JUL 25 2019 LSP/RECORDS

004104

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: _____   CBB 4/L

1. Name of Offender: Joseph Guillory
2. Number: 492565
3. Date of Incident: 8-31-18
4. Time of Incident: 1:30 pm
5. Place of Incident: Oak 1
6. Job Assignment (Offender): Yard orderly
7. Housing Assignment (Offender): Oak 1 Bed 78
8. Rule Violated: Defiance Aggravated / Disobedience
9. Rule Number: 3, 5

10. Description of Incident:
On the above date and approximate time, I Cadet King was making rounds and the above offender Joseph Guillory 492565 stated "What the fuck you looking at?" "Are you looking for some dumb shit to write me up on?" "Cause im fucking retarded." My beeper was actived and my supervisors was notified.

11. Offender Placed in Adm. Seg.: ☒ Yes ☐ No

12. Signature of reporting employee: [signature]
13. Name, Title, Assignment (Print): Shakinah King Cadet Main prison NY
14. Date of Report: 8-31-18
15. Time of Report: 1:32 pm
16. Report (copy) given to above offender by: [initial]
17. Offender's Signature: Not Present to sign

18. Plea by Offender: ☐ Not Guilty ☒ Guilty
19. Verdict: ☐ Not Guilty ☒ Guilty
20. Date of Hearing: 9/5/18
21. Counsel Substitute: Marvin Wallace  DOC#: 117760
22. Motions: None

23. Reasons for Disposition:
☒ Report is clear and precise.
☐ Lack of a credible defense/little or no defense.
☐ Based on his statement.
☒ The officer's version is determined to be more credible than the offender's.
☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.
☒ The offender presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's.
☒ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☒ Seriousness of offense.
☒ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since ___
A total of ___ # ___ rule violations since ___
☐ Other

RECEIVED SEP 07 2018 LSP/RECORDS

25. Sentence: #3) Qtrs change to Med Farmline. (Caps-0 Falcon)  Suspended ☐ ___ Days  Imposed ☒
26. Sentence: #5) Qtrs change to WCB.  Suspended ☒ 60 Days  Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER): [signature] Mgor
MEMBER: [signature]

004140