# Exhibit 27



# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT
### INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Darrius Williams | 584590 | August 8, 2022 | Approx. 7:00 AM |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Camp D Falcon Check out gate | Line 24 | Camp D Falcon 4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Work offence Aggravated | (28) |

**10. Description of Incident** (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary)

On August 8, 2022 at approximately 7:00 AM offender Darrius Williams 584590 failed to report to the Falcon Check out gate for work call.

| 11. Inmate Placed in Adm Seg. | Yes | X No |
|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| [signature] | John S. Reed, Major, Camp D A-Team |

| 14. Date of Report: | 15. Time of Report: | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| August 8, 2022 | Approx: 8:00 AM | JSR | Refused to Sign |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty ✓ |
|---|---|---|---|---|---|

| 20. Date of Hearing: 8-10-22 | 21. Counsel Substitute: DOC#: 743052 |
|---|---|

22. Motions: _____

**23. Reasons for Disposition:**
[✓] Report is clear and precise.   [✓] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.   [ ] Pled guilty/accepted guilty plea.
[✓] Only defense is denying contents of report..   [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.   [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

**24. Reasons for Sentence:**
[✓] Seriousness of offense.   [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

**25. Sentence:** 5 days d-ss    Suspended [ ] _____ Days    Imposed [✓]

**26. Sentence:** 1 week loss of Canteen    Suspended [ ] _____ Days    Imposed [✓]

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER) [signature]

MEMBER [signature]

RECEIVED
AUG 1 2 2022
002504
LSP RECORD