# Exhibit 50

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants.* | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

### CERTIFICATE OF SERVICE

I certify that on May 9, 2024, I served a true and correct copy of the below listed documents on Andrew Blanchfield (ablanchfield@keoghcox.com), Chelsea Payne (cpayne@keoghcox.com), and Reynolds LeBlanc (rleblanc@keoghcox.com), counsel for Defendants, via e-mail, and, in the case of the below-referenced exhibits, via secure FTP transfer, pursuant to the parties' agreement on e-mail service:

- PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER;

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER;

- DECLARATION OF ARIELLE B. McTOOTLE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER;

- EXHIBIT NOS. 1–50;

- DECLARATION OF DR. SUSI VASSALLO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

- DECLARATION OF MARGUERITE GREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

- DECLARATION OF NORRIS HENDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

- DECLARATION OF ALVIN WILLIAMS

- DECLARATION OF DARRIUS WILLIAMS

- DECLARATION OF JOSEPH GUILLORY

- DECLARATION OF KEVIAS HICKS

- DECLARATION OF DAMARIS JACKSON

- DECLARATION OF MYRON SMITH

- DECLARATION OF KENDRICK STEVENSON

- DECLARATION OF NATE WALKER

- [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

_Jeremy A. Benjamin_