**EXHIBIT B-7**

**SDE –MYRON SMITH**

**(TO BE FILED UNDER SEAL)**