

EXHIBIT C-1





















