

EXHIBIT A-6











