**EXHIBIT B-8**

**SDE – NATE WALKER**

**(TO BE FILED UNDER SEAL)**