**EXHIBIT F-6**

**MEDICAL RECORDS – NATE WALKER**

**(TO BE FILED UNDER SEAL)**