**EXHIBIT F-8**

**MEDICAL RECORDS – DARRIUS WILLIAMS**

**(TO BE FILED UNDER SEAL)**