UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### AMENDED SCHEDULING ORDER

**IT IS ORDERED** that the Court's August 11, 2024, Order (Doc. 59) be and is hereby **AMENDED** as follows:

1. The deadline to join other parties or to amend the pleadings is **EXPIRED**.

2. Plaintiffs' class certification motion due: **July 12, 2024**. Defendants' response due: **August 2, 2024**.

3. Discovery must be completed by: **August 9, 2024**.

4. Class certification hearing date: **August 12, 2024 at 10:00 A.M.** in Courtroom 2.

5. Deadline to file dispositive motions and Daubert motions: **August 16, 2024**.

6. Deadline to file pre-trial order: **August 30, 2024**.

7. Deadline to file motions in limine: **August 30, 2024**. Responses to motions in limine due: **September 13, 2024**.

8. Deadline to file an affidavit of settlement efforts: **September 20, 2024**.

9. Pre-trial conference date: **September 9, 2024 at 2:00 P.M.** in chambers.

10. Deadline to submit proposed findings of fact and conclusions of law: **September 23, 2024**.

11. A 5-day **bench** trial is set for **September 30, 2024**, beginning each day at 8:30 A.M. in Courtroom 2.

The deadlines and stipulations set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the Court at (225) 389-3584 should they wish to schedule a settlement conference.

Baton Rouge, Louisiana, this 20th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA