UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A                      CIVIL ACTION
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

VERSUS

JAMES LEBLANC, ET AL.                            NO. 23-01304-BAJ-EWD

THIRD AMENDED SCHEDULING ORDER

Considering Plaintiffs' **Motion To Amend Second Amended Scheduling Order To Extend The Deadline For Class Certification (Doc. 68)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's June 20, 2024, Amended Scheduling Order (Doc. 63) be and is hereby **AMENDED** as follows:

1. The deadline to join other parties or to amend the pleadings is **EXPIRED**.

2. Plaintiffs' class certification motion due: **August 16, 2024**. Defendants' response due: **September 4, 2024**. Plaintiffs' reply brief due: **September 16, 2024**.

3. Discovery must be completed by: **August 9, 2024**. Parties must disclose their expert witness lists by: **July 19, 2024**.

4. Class certification hearing date: **September 19, 2024 at 1:30 P.M.** in Courtroom 2.

5. Deadline to file dispositive motions and Daubert motions: **August 16, 2024**.

6. Deadline to file pre-trial order: **August 30, 2024**.

7. Deadline to file motions in limine: **August 30, 2024**. Responses to motions in limine due: **September 13, 2024**.

8.  Deadline to file an affidavit of settlement efforts: **September 20, 2024**.

9.  Pre-trial conference date: **September 23, 2024 at 2:00 P.M.** in chambers.

10. Deadline to submit proposed findings of fact and conclusions of law: **September 23, 2024**.

11. A 5-day **bench** trial is set for **September 30, 2024**, beginning each day at 8:30 A.M. in Courtroom 2.

The deadlines and stipulations set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the Court at (225) 389-3584 should they wish to schedule a settlement conference.

Baton Rouge, Louisiana, this 2nd day of July, 2024

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**