# Exhibit 2

| | |
|---|---|
| **From:** | Chelsea Payne <cpayne@keoghcox.com> |
| **Sent:** | Tuesday, July 9, 2024 7:38 PM |
| **To:** | Benjamin, Jeremy |
| **Cc:** | Andrew Blanchfield; Lydia Wright; oren@rightsbehindbars.org |
| **Subject:** | Re: VOTE v. LeBlanc - ESI production |

We have collected all email boxes. The remaining boxes are in the process of being uploaded to our document review software and then OCRed. Warden Hooper, Dr Lavespere, Ashli oliveaux all were very large files that have taken longer to download to our system and then to upload to the document management system. Those are the email boxes that are getting the priority now that we have downloaded them to our system. As we advised in our initial conference, it can take more than 24 hours to upload one email box, and another 24 hours to OCR if the files are large.
Chelsea Payne

On Jul 9, 2024, at 6:29 PM, Benjamin, Jeremy <jbenjamin@paulweiss.com> wrote:

Thanks Chelsea we will review and get back to you with a proposal. However, we really need you to prioritize the custodians whose depositions have been noticed. Are the names below the only ones whose emails have been collected and OCR'd?

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 9, 2024 6:57 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Hit counts on searches to date are below. We will agree to review all hits on the Hebert/Pidgeon searches because of the small amount of emails. For the remaining boxes, we reiterate the need for some sort of connector or limiter for "field", "duty status", "Dizz!" and "Nauseous" OR "nausea." Please let us know what you propose so we can move forward with these.

| Email Box | "Farm Line" | "field" OR (Line /3 24) OR (Line /3 25) OR (Line /3 15b) | "Heat Alert" OR "Heat advisory!" | "Heat Pathology" | "Heat" /5 ("stroke" OR "stress") | "Disciplin!" & ("Line" OR "field") | "Accommodat!" & ("Line" OR "field") | "Dai Line Cou |
|---|---|---|---|---|---|---|---|---|

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cashio | 0 | 2878 | 3 | 23 | 140 | 781 | 133 |
| Hebert / Pidgeon | 14 | 988 | 4 | 19 | 34 | 489 | 143 |
| Stickels / Ducote | 0 | 1869 | 0 | 35 | 86 | 719 | 38 |
| Vittorio | 41 | 3097 | 0 | 19 | 58 | 1332 | 449 |

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 9, 2024 1:17 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

We understand your position, with the caveat that I think you (and previously I) meant **June** 21, not July 21.  The issue appears to be joined.

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 9, 2024 2:11 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Jeremy there is obviously no point in going back and forth on this issue as we do not agree. It is our position that (1) the parties agreed to conduct email searches in response to certain discovery requests; (2) plaintiffs agreed to provide proposed custodians; (3) plaintiffs provided their proposed custodians on

July 21 following the compressed discovery schedule; and (4) defendants diligently worked to obtain the custodians that plaintiffs requested.

---

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 9, 2024 12:42 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Chelsea, this is not the result of a compressed discovery schedule, it is the result of Defendants' failure to conduct a reasonable search for the emails we requested back in February. There is no basis for Defendants to have waited until July 21 to begin collecting documents from Ashli Oliveau, who Defendants' identified as a likely source of relevant information on ADA-related policies and practices in their initial disclosures served in January.

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 9, 2024 1:16 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Jeremy-

On June 4, 2024, you all agreed to propose search terms and custodians. That was the agreement between the parties regarding custodians and obtaining email boxes. You provided those proposed custodians on July 21. We immediately requested her email box, and due to the file size and technical difficulties, we were only recently able to download her email box. There is nothing unreasonable that defendants relied on the agreement between the parties on custodians. Once again, this is an issue stemming from the compressed discovery schedule that the court imposed on July 18.

---

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 9, 2024 12:01 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Chelsea, this really isn't acceptable. Our complaint alleges an ADA claim. We served document requests in February that request documents, including emails (see Definition No 9 and Instruction No 9), in connection with that claim. Ashli Oliveau is the ADA coordinator and perhaps the most obvious custodian for the ADA claim. It is completely unreasonable that Defendants waited until last week to collect her emails and now expect Plaintiffs to take her deposition without having the discovery to which we are entitled.

3

We will review and respond to the information regarding Pidgeon and Guillino. At a quick glance, however, the concerns you raise in connection with the "duty status"; "Dizz!"; "nauseous" search terms do not seem to apply to those custodians. Even if the counts below are non-overlapping and reflect distinct documents, that would require Defendants to review less than 200 documents for those two custodians combined. We ask that you promptly review and produce the responsive documents.

We reserve all rights.

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 9, 2024 11:45 AM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Jeremy-

As we explained on our last conference on 6/21, we would advise of hit counts and work through issues with overboard search terms. That was the process the parties agreed to.

I do not have hit counts on Ashli Oliveaux. Due to the size of her email box (17,991,921 KB), we were not able to receive and download her emails until 7/3. They are being uploaded into our software, and still need to be OCRed. We will not be prepared to review and produce the emails from your over 20 search terms before her deposition. Again, as we advised, Ashli is going out on leave, so that is her only available date. This are unavoidable issues that arise with such a compressed discovery schedule.

Below are the hit counts for Pigeon and Guilino. Please see in the email below regarding our issues with the search terms we identified.

| "Farm Line" | "field" OR (Line /3 24) OR (Line /3 25) OR (Line /3 15b) | "Heat Alert" OR "Heat advisory!" | Heat Pathology | "Heat" /5 ("stroke" OR "stress") | "Disciplin!" & ("Line" OR "field") | "Accommodat!" & ("Line" OR "field") | "Daily Line Count" | "Line Roste |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 988 | 4 | 19 | 34 | 489 | 143 | 0 |

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 9, 2024 10:21 AM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Chelsea, the instructions and definitions in our first document requests, which we served on February 9, leave no doubt that we were seeking ESI data. At the June 18 hearing, Drew acknowledged we were seeking ESI. In all of our meet and confers, we have raised ESI issues. At your request, we proposed search terms and custodian lists to narrow the searches and to date have not received a counteroffer. Meanwhile, Defendants have accelerated the deposition schedule for custodians who likely have highly relevant ESI data. For example, Defendants pushed Ms. Oliveau's deposition up significantly earlier than the date for which it was noticed, stating it was the only date Ms. Oliveau is available. We have yet to receive a single email to or from Ms. Oliveau. In fact, it is not clear whether you have even searched her email data. Please provide hit counts this morning on her data as well as that of deponents Pidgeon and Guilino, whose depositions are scheduled for Monday.

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 9, 2024 9:57 AM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** RE: VOTE v. LeBlanc - ESI production

Jeremy-

I am not sure what you mean by repeated requests, as this is the first time we have discussed the ESI searches since our conference when you issued your proposed search terms and custodians two weeks ago. As we advised that day, once we received the email boxes, it would take awhile to OCR and TIFF the very large email boxes. Then, we would advise on any hit count issues we encounter during our searches. Particularly with the search terms we identified in our conference that were extremely generalized and not narrowly tailored to email searches. There was never an agreement or

5

understanding that all the email production on the 15 email boxes using over 20 search terms would be completed prior to depositions. Nor is that reasonable.

To that end, we can discuss hit count issues that we have encountered thus far that we will need to resolve prior to review and production.

1. Field OR Line/3 24 OR line /3 25 OR line /3 15b – the search term "field" is extremely general and we have received extremely high hit counts on the email searches we have run to date. Field is a broad word that is not limited to the Farm Line at LSP. For example, common phrases such as medical field appear in these searches. We are happy to run an AND connector between field and the separate lines.
2. Duty status – as we discussed, duty status have broad uses at LSP and this search term received high hit counts. Please propose a connector with duty status
3. The Dizz! And Nauseous search terms also produced higher hit counts. Again, we are searching email boxes of medical professionals. We ask that you reconsider these search terms or add specific connectors.

We look forward to your response on these issues.

---

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 9, 2024 7:51 AM
**To:** Andrew Blanchfield <ablanchfield@keoghcox.com>; Chelsea Payne <cpayne@keoghcox.com>
**Cc:** Lydia Wright <LWright@defendla.org>; oren@rightsbehindbars.org
**Subject:** VOTE v. LeBlanc - ESI production

Drew and Chelsea, please let us know the status of your ESI searches. Depositions begin in just a few days, we have not received any responsive email data, and despite repeated requests, it is still not clear to us whether you have even run search terms on the deponents' mailboxes.

We reserve the right to call back any deponents whose depositions occur prior to Defendants' production of responsive ESI.

Thanks,
Jeremy

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.