# Exhibit 3

| | |
|---|---|
| **From:** | Chelsea Payne <cpayne@keoghcox.com> |
| **Sent:** | Tuesday, July 2, 2024 7:42 PM |
| **To:** | Benjamin, Jeremy; Andrew Blanchfield; lwright@defendla.org; oren@rightsbehindbars.org |
| **Cc:** | Jonathan Vining; Peggy Deen |
| **Subject:** | RE: Vote |

Jeremy-

Ashli is out on leave beginning July 16th so she does not have any later dates.

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Tuesday, July 2, 2024 4:07 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; lwright@defendla.org; oren@rightsbehindbars.org
**Cc:** Jonathan Vining <Jonathan.Vining@LA.GOV>; Peggy Deen <peggy@keoghcox.com>
**Subject:** RE: Vote

Hi Chelsea, we may be able to double up Ashli Oliveaux and Samantha Lanus but will need those depositions to be a bit later. What other dates are available?

Also, please find attached a 30(b)(6) notice. Once you have a chance to consult with your clients, please let us know who will be the witness for each topic. Where there is overlap between fact and 30(b)(6) witnesses, we are amendable to scheduling both the fact and 30(b)(6) testimony in the same sitting.

Thanks,
Jeremy


**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*


**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Tuesday, July 2, 2024 3:56 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; lwright@defendla.org; oren@rightsbehindbars.org
**Cc:** Jonathan Vining <Jonathan.Vining@LA.GOV>; Peggy Deen <peggy@keoghcox.com>
**Subject:** RE: Vote

Jeremy-

We have worked out the following dates:
- July 12th – Ashli Oliveaux and Samantha Lanus

- July 15th – Pidgeon and Guilino
- July 26th – working to confirm this date for Warden Hooper. Will advise ASAP
- July 29th – Dr. Lavespere and Misty Stagg

As we previously advised, Jared Lancombe is no longer employed.

We will provide dates for named plaintiffs ASAP.

---

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Monday, July 1, 2024 5:37 PM
**To:** Andrew Blanchfield <ablanchfield@keoghcox.com>; lwright@defendla.org; oren@rightsbehindbars.org
**Cc:** Chelsea Payne <cpayne@keoghcox.com>; Jonathan Vining <Jonathan.Vining@LA.GOV>; Peggy Deen <peggy@keoghcox.com>
**Subject:** RE: Vote

Drew, please confirm whether July 15th works for Pidgeon and Guilino, and about the dates for the other deponents we noticed.

Please let us know as soon as possible.

Thanks,
Jeremy

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502(Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Andrew Blanchfield <ablanchfield@keoghcox.com>
**Date:** Wednesday, Jun 26, 2024 at 1:07 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>, lwright@defendla.org <LWright@defendla.org>, oren@rightsbehindbars.org <oren@rightsbehindbars.org>
**Cc:** Chelsea Payne <cpayne@keoghcox.com>, Jonathan Vining <Jonathan.Vining@LA.GOV>, Peggy Deen <peggy@keoghcox.com>
**Subject:** Re: Vote

I think that should work Jeremy. Let me confirm.

Drew

Get Outlook for iOS

---

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Wednesday, June 26, 2024 12:03:40 PM
**To:** Andrew Blanchfield <ablanchfield@keoghcox.com>; lwright@defendla.org <LWright@defendla.org>; oren@rightsbehindbars.org <oren@rightsbehindbars.org>
**Cc:** Chelsea Payne <cpayne@keoghcox.com>; Jonathan Vining <Jonathan.Vining@LA.GOV>; Peggy Deen

<peggy@keoghcox.com>
**Subject:** RE: Vote

Drew, fine to double up on Guilino and Pidgeon, but can we do both on July 15 rather than July 10?

**Jeremy A. Benjamin** | Pro Bono Attorney
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Andrew Blanchfield <ablanchfield@keoghcox.com>
**Sent:** Tuesday, June 25, 2024 4:06 PM
**To:** Benjamin, Jeremy <jbenjamin@paulweiss.com>; lwright@defendla.org; oren@rightsbehindbars.org
**Cc:** Chelsea Payne <cpayne@keoghcox.com>; Jonathan Vining <Jonathan.Vining@LA.GOV>; Peggy Deen <peggy@keoghcox.com>
**Subject:** Vote

Can we schedule Tommy Guilino and Huey Pidgeon on July 10 at 9:00 and 1:00 and Misty Stagg on July 12 at 9:00?

Drew

Andrew Blanchfield
Managing Partner
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796
F 225 343 9612
C 225 281 8058
ablanchfield@keoghcox.com



WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.