| | |
|---|---|
| **From:** | Lydia Wright <LWright@defendla.org> |
| **Sent:** | Tuesday, June 04, 2024 2:02 PM |
| **To:** | Chelsea Payne; Andrew Blanchfield; jbenjamin@paulweiss.com |
| **Cc:** | Reynolds LeBlanc; Azure Risbrook; oren@rightsbehindbars.org; Han, Jae Hee |
| **Subject:** | Re: VOTE v. LeBlanc - 3:23-cv-01304 - Meet and Confer re Discovery Responses |

Drew and Chelsea:

Thanks for the productive call this morning. My notes follow; please advise if anything below does not accord with your recollection.

1. Plaintiffs will propose dates in July and August for our inspection of LSP.

2. Given the status of discovery and the outstanding PI/TRO motion, Plaintiffs propose a joint motion to amend the class certification scheduling order (all other dates to remain the same). If these proposed dates are acceptable, we'll circulate a draft joint motion:

| | **Current deadline (ECF 25)** | **Proposed new deadline** |
|---|---|---|
| Class related discovery deadline (except expert discovery) | June 17, 2024 | September 1, 2024 |
| Opening class expert reports | July 1, 2024 | September 30, 2024 |
| Rebuttal class expert reports | July 22, 2024 | October 21, 2024 |
| Class expert depositions | August 16, 2024 | November 15, 2024 |
| Class certification motion due | September 30, 2024 | December 6, 2024 |
| Opposition to Class certification | October 31, 2024 | January 6, 2025 |

3. <u>Definition of Farm Line</u>:  In our written discovery requests, Plaintiffs defined "Farm Line" as "including but not limited to Lines 15b, 24, 25." We understand Lines 6a & 6b are trustee lines. We are not interested in trustee lines. To the extent there remains any confusion, we are interested in the programs where people work in the fields, either when they first arrive at Angola or as a disciplinary measure, for approx. 2 cents an hour. **Defendants agreed to provide Plaintiffs with a list of lines considered by LSP to be "Farm Lines."**
Relatedly, Defendants responded to several requests by reference to "vegetables" harvested on the Farm Line. See, e.g., RFP 63, 64. Defendants represented on the call today that they mean any and all crops or commodities produced on the Farm Line, not just vegetables.

4. <u>Status of production</u>: Defendants represented that they are not withholding any documents on the basis of their written objections. Defendants also represented that to the extent any documents are missing from the existing productions (ex: Daily Line Counts from January, February, and March 2023), those documents simply may not exist. Defendants agreed to identify and produce all records responsive to (RFP 41, 44, 45) (training records).

5. <u>Timeframes</u>: Plaintiffs propose amending the timeframes for their discovery requests. Please confirm your agreement with the following:
   - Three years for most documents (going back to September 2020) and

1

- Ten years for policies/directives/regulations/procedures etc. (going back to September 2013). See RFPs 8, 9, 10, 11, 16, 19, 32, 37, 36.

6. <u>RFPs 48 and 53</u>: Defendants agreed to obtain and produce a list of categories/criteria used to categorize ARPs in the "ARP database."

7. <u>RFPs 54 and 70</u>: Plaintiffs will propose search terms, custodians, and time frames for these requests. Plaintiffs reiterated that we are not seeking any privileged communications.

8. <u>Interrogatory No. 3</u>: Defendants agreed to supplement their response to Interrogatory No. 3 because they have received additional information about the farming methods used on the Farm Line in preparing for their TRO opposition.

9. <u>Interrogatory No. 2, 5, 7</u>: Plaintiffs' position is that Defendants' response to these interrogatories is incomplete because Rule 33(d) requires that where Defendants are relying on business records, they must identify specific documents responsive to Plaintiffs' request and cannot generally point to the entire document production. Defendants represented that their understanding is that they can rely on business records generally. Defendants will discuss and revisit this issue.

Thanks,

Lydia Wright (she/her)
Associate Director of Civil Litigation
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955
lwright@defendla.org

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Thursday, May 30, 2024 9:27 AM
**To:** Lydia Wright <LWright@defendla.org>; Andrew Blanchfield <ablanchfield@keoghcox.com>; jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>
**Cc:** Reynolds LeBlanc <rleblanc@keoghcox.com>; Azure Risbrook <azure@keoghcox.com>; oren@rightsbehindbars.org <oren@rightsbehindbars.org>; Han, Jae Hee <jhan@paulweiss.com>
**Subject:** RE: VOTE v. LeBlanc - 3:23-cv-01304 - Meet and Confer re Discovery Responses

Tuesday at 9:00 am works. Thanks Lydia.

---

**From:** Lydia Wright <LWright@defendla.org>
**Sent:** Thursday, May 30, 2024 7:51 AM
**To:** Chelsea Payne <cpayne@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; jbenjamin@paulweiss.com
**Cc:** Reynolds LeBlanc <rleblanc@keoghcox.com>; Azure Risbrook <azure@keoghcox.com>; oren@rightsbehindbars.org; Han, Jae Hee <jhan@paulweiss.com>
**Subject:** Re: VOTE v. LeBlanc - 3:23-cv-01304 - Meet and Confer re Discovery Responses

How about Monday at 10am CST or Tuesday at 9am?