UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, | * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON |
| **VERSUS** | * * | |
| **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF CHELSEA PAYNE

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**BEFORE ME**, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:

### CHELSEA PAYNE

Who, based upon her personal knowledge, did depose and say the following:

1. I am counsel of record for Defendants in this matter. I have been personally involved in discovery performed to date.

1

2. On June 4, 2024, the parties conducted a meet and confer concerning plaintiffs' initial discovery requests. Regarding email searches, plaintiffs agreed to propose custodians, search terms and the date range for the email searches.

3. On Friday June 21, at the end of the day, plaintiffs provided their proposed custodians and search terms. No date range was included in the request (the date range was left blank).

4. The parties conducted a meet and confer to discuss the custodians, search terms and date range on June 24, 2024. On that call, we explained the process for collecting, uploading, OCRing and searching the email communications: (1) DPSC would request the email boxes from the Office of Technology services; (2) undersigned counsel's office would then have to download the email boxes to the servers; (3) each email box would have to be uploaded to the document management software system, which, depending on the size of the email boxes could take over 24 hours to upload per custodian; (4) each email box would need to be OCRed and TIFFed, which again can take more then 24 hours depending on the file size; (5) running searches could begin.

5. Counsel for plaintiffs did not raise issues with the time frames provided nor did they request that any email searches be complete prior to the start of any deposition.

6. On June 24, 2024, after the parties agreed upon custodians and date parameters, DPSC requested the following email boxes from the Office of Technology Services: 1)Gabriel Hebert 2) Tommy Guilino 3) Misty Stagg 4) James LeBlanc 5) Timothy Hooper 6) Amber Vittorio 7) Bill Hawkins 8) Randy Lavespere 9) Paul Toce 10) Darren Cashio 11)

Ashli Oliveaux 12) Lars Ducote 13) Jennifer Stickells 14) Warden Sanders 15) Huey Pidgeon.

7. I received a link with the following email boxes on June 27: Gabriel Hebert; Amber Vittorio; Darren Cashio; Lars Ducote; Jennifer Stickells; and Huey Pidgeon. The download of those email boxes to our firm's system was complete on June 28. The link for the remaining email boxes did not allow download to our file system.

8. I immediately began ingesting the first six email files into Eclipse, our document management software used to OCR/TIFF, search and produce .pst (email) files. As we advised plaintiffs' counsel in our meeting on June 24, 2024, depending on the file size, ingesting to Eclipse can take more than 24 hours per upload. In addition, OCR/TIFFing email files can also take more than 24 hours, depending on the file size.

9. From June 28 through July 8, I ingested, OCRed/TIFFed, and searched the following email files: Gabriel Hebert; Amber Vittorio; Darren Cashio; Lars Ducote; Jennifer Stickells; and Huey Pidgeon. I provided hit counts to plaintiffs' counsel on July 9. I produced the search term results for Huey Pidgeon and Gabriel Hebert on July 10, 2024, totaling over 12,000 pages.

10. On July 2, 2024, I received a new link for the remaining email boxes. These files were significantly larger, and were not downloaded to our system until July 3. Our Eclipse license to ingest email files was still in use on July 5 finishing the ingestion of Amber Vittorio's email box. On July 8, I began uploading Ashli Oliveaux's email file.

11. Similar to our original difficulties in downloading Oliveaux's email file into our system, I have encountered difficulties in ingesting this email file into Eclipse. The ingestion of Oliveaux's email box is complete and it is currently being OCRed. Once this file is

3

complete, our office will search and review for production, while simultaneously continuing ingestion of the remaining email boxes. Warden Hooper's email box is currently being ingested into Eclipse.

12. On July 11, 2024, counsel for plaintiffs requested hit counts for new limiters for proposed search terms. The parties continue to work through hit counts for those the email boxes of Amber Vittorio, Darren Cashio, Jennifer Stickells and Lars Ducote. Once the parties agree on hit counts, we will review and produce the email search term results.

_____
CHELSEA PAYNE

SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC, this 11th day of July, 2024

_____
NOTARY PUBLIC

Tori Sherer Bowling
Bar # 30058
Comm. expires @ death

4