UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

Considering Plaintiffs' **Motion To Compel Documents (Doc. 77)**,

**IT IS ORDERED** that a telephone status conference be and is hereby **SET** for July 15, 2024, at 8:30 A.M. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 12th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**