**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | CIVIL ACTION <br><br> NO.: 3:23-cv-1304 <br><br> JUDGE BRIAN A. JACKSON |
| **VERSUS** | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## ORDER

The foregoing Unopposed Motion for Entry of Joint Stipulated Protective Order considered;

IT IS ORDERED that the Unopposed Motion for Entry of Joint Stipulated Protective Order be and it is hereby GRANTED, and the Stipulated Protective Order will be entered into the record by the Clerk of Court.

Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE