IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**DECLARATION OF JEREMY A. BENJAMIN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO RULING AND ORDER ON MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
AND IN OPPOSITION TO DEFENDANTS' PROPOSED REMEDIES**

I, Jeremy A. Benjamin declare as follows:

1.  I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced ("VOTE"), Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams on behalf of themselves and those similarly situated (collectively, "Plaintiffs"). I respectfully submit this Declaration in Support of Plaintiffs'

Response to Ruling and Order on Motion for a Temporary Restraining Order and Preliminary Injunction and in Opposition to Defendants' Proposed Remedies.

2.  On July 22, 2024, certain of Plaintiffs' counsel, a representative from VOTE, and Plaintiffs' experts, Dr. Susi Vassallo, Marguerite Green, and Dr. Joshua Sbicca attended a site inspection at Louisiana State Penitentiary ("Angola") in order to observe and document the conditions on the Farm Line.

3.  Plaintiffs' counsel observed approximately 25-30 men assigned to Lines 24 and 25, some of whom were elderly, laboring outdoors, including after a heat advisory was issued.

4.  A single pop-up tent casting very little shade, and single porta-John that did not have toilet paper or soap were visible.

5.  Coolers with ice and liquid were placed on crates and directly on the muddy ground.

6.  Plaintiffs' counsel were present when a formal five-minute break was called, during which time most men sat on crates in the field under direct sun.

7.  Many men were wearing some form of a hat, although these hats often did not have flaps or wide brims to provide protection from the sun.

8.  Defendants distributed new gloves and plastic drinking cups while Plaintiffs' representatives were present. Multiple men expressed that the distribution of these items was extremely unusual.

9.  Attached hereto as Exhibit A is a true and correct copy of an excerpt from the deposition transcript of Thomas Gulino, Farm Supervisor at Angola.

10. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the deposition transcript of Huey Pidgeon, Corrections Major at Angola.

11. Attached hereto as Exhibit C are true and correct copies of images taken during the site inspection on July 22, 2024, reflecting the location and position of the shade tent.

12. Attached hereto as Exhibit D is a true and correct copy of an image taken during the site inspection on July 22, 2024, reflecting sun coverage provided by the shade tent.

13. Attached hereto as Exhibit E is a true and correct copy of an image taken during the site inspection on July 22, 2024, reflecting the location of coolers.

14. Attached hereto as Exhibit F is a true and correct copy of Louisiana State Penitentiary Directive No. 19.004, dated June 7, 2023, produced by Defendants in this action and bearing Bates number 017909.

15. Attached hereto as Exhibit G is a true and correct copy of Louisiana Department of Public Safety and Corrections Health Care Policy on Health Care Co-Payments, dated August 20, 2023, produced by Defendants in this action and bearing Bates number 019883.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 26, 2024.

_____
Jeremy A. Benjamin