# Exhibit A

Thomas Gulino
July 15, 2024

```
         UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA
-------------------------------------------
VOICE OF THE EXPERIENCED, a
membership organization on behalf
of itself and its members; and
MYRON SMITH, DAMARIS JACKSON,
NATE WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH GUILLORY,
KENDRICK STEVENSON, and ALVIN
WILLIAMS, on behalf of themselves
and all others similarly
situated,
                        Plaintiffs,

          vs.         Civil Action No.
                      3:23-cv-1304-BAJ-EWD

JAMES LEBLANC, in his official
capacity as Secretary of the
Louisiana Department of Public
Safety and Corrections, TIMOTHY
HOOPER, in his official capacity
as Warden of Louisiana State
Penitentiary; MISTY STAGG, in her
official capacity as Director of
Prison Enterprises, Inc.; the
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS; and PRISON
ENTERPRISES, INC.,
                        Defendants.
-------------------------------------------


         REMOTE VIDEOTAPED DEPOSITION OF

                  THOMAS GULINO



             Monday, July 15, 2024
                9:12 a.m. (CDT)




Reported By:
Joan Ferrara, RMR, FCRR
Job No. 6663631
```

1

2

3

4                              July 15, 2024

5                              9:12 a.m. (CDT)

6

7

8

9

10     Videotaped Deposition of TOMMY GULINO,

11  held remotely via Zoom, before Joan

12  Ferrara, a Registered Merit Reporter,

13  Federal Certified Realtime Reporter and

14  Notary Public.

15

16

17

18

19

20

21

22

23

24

25

Thomas Gulino
July 15, 2024

```
 1        Q    Does the Department of
 2   Corrections have any formal policies
 3   concerning the availability of sun hats for
 4   people assigned to the Farm Line?
 5        A    Farm hats?
 6        Q    Sun hats?
 7        A    Not that I know of.
 8        Q    What about any formal policies
 9   concerning the use of shade tents for
10   people working --
11        A    Yes.
12        Q    -- on the Farm Line?
13        A    Yes, ma'am.  They're putting out
14   a 10x10 tent for each line on the -- they
15   get under when they take a break.
16        Q    Do you know if there is a formal
17   policy regarding those tents?
18        A    Yes, ma'am.  I heard about it
19   verbally.
20        Q    Are you aware of any written
21   policy regarding those tents?
22        A    No, ma'am.
23        Q    When you heard about it
24   verbally, who did you hear about it from?
25        A    What did I say about it?
```

Thomas Gulino
July 15, 2024

```
 1         Q     My question was, when you heard
 2   about it verbally, who told you about this?
 3         A     I can't remember who told me.
 4         Q     Do you remember --
 5         A     Go ahead.
 6         Q     Do you remember when you heard
 7   about this?
 8         A     A couple of weeks ago.
 9         Q     So it's around the same time as
10   the sunscreen?
11         A     Yes, ma'am.
12         Q     Does DOC have any formal
13   policies concerning the administration of
14   its farm programs in connection with
15   feeding the people in custody at Angola?
16         A     No, ma'am, not that I know of.
17         Q     And, again, I'm going to ask you
18   some questions that we may have already
19   discussed at the beginning of the
20   deposition, but I'm asking you them now in
21   your capacity as the official designee for
22   the DOC and for Secretary LeBlanc.
23               So my first question is, the
24   Farm Line works with vegetables, correct?
25         A     Yes, ma'am.
```