# Exhibit B

```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF LOUISIANA
    -------------------------------------------
    VOICE OF THE EXPERIENCED, a
    membership organization on behalf
    of itself and its members; and
    MYRON SMITH, DAMARIS JACKSON,
    NATE WALKER, DARRIUS WILLIAMS,
    KEVIAS HICKS, JOSEPH GUILLORY,
    KENDRICK STEVENSON, and ALVIN
    WILLIAMS, on behalf of themselves
    and all others similarly
    situated,
                            Plaintiffs,

            vs.         Civil Action No.
                        3:23-cv-1304-BAJ-EWD

    JAMES LEBLANC, in his official
    capacity as Secretary of the
    Louisiana Department of Public
    Safety and Corrections, TIMOTHY
    HOOPER, in his official capacity
    as Warden of Louisiana State
    Penitentiary; MISTY STAGG, in her
    official capacity as Director of
    Prison Enterprises, Inc.; the
    LOUISIANA DEPARTMENT OF PUBLIC
    SAFETY & CORRECTIONS; and PRISON
    ENTERPRISES, INC.,
                            Defendants.
    -------------------------------------------


           REMOTE VIDEOTAPED DEPOSITION OF

                    HUEY PIDGEON




              Monday, July 15, 2024
                 1:40 p.m. (CDT)




    Reported By:
    Joan Ferrara, RMR, FCRR
    Job No. 6663648
```

 1

 2

 3

 4                    July 15, 2024

 5                    1:40 p.m. (CDT)

 6

 7

 8

 9

10      Videotaped Deposition of HUEY PIDGEON,

11   held remotely via Zoom, before Joan

12   Ferrara, a Registered Merit Reporter,

13   Federal Certified Realtime Reporter and

14   Notary Public.

15

16

17

18

19

20

21

22

23

24

25

1        A    No.

2        Q    So on what basis is a person --

3   just to clarify, on what basis is a person

4   living in Camp C assigned to Line 15?

5        A    Like I say, that's pretty much

6   done through classification.  So I couldn't

7   tell you the process of what they use to

8   assign an offender to what job title or

9   whatever, how they put it.  I don't know.

10       Q    That's not under the purview of

11  your job responsibilities?

12       A    No.  We don't -- we don't have

13  anything to do with how they get assigned

14  or where they get assigned.  You know, we

15  don't have anything to do with that.

16       Q    So what's the incentive pay rate

17  for people assigned to Line 15?

18       A    It starts at I think anywhere

19  from -- I think they still do the good

20  time.  If they get good time, I don't think

21  they get an incentive.

22            But after that, I think it

23  starts at 2 cents and it goes up to, I

24  think, 4 cents for the Farm Lines.

25       Q    So 2 cents -- somewhere between

```
 1    2 cents and 4 cents, unless they're getting
 2    good time credit?
 3         A    I'm thinking that's how it
 4    works, yes, ma'am.
 5         Q    And just to be sure, do you know
 6    whether there are any specific criteria
 7    that men must have in order to be assigned
 8    to Line 15?
 9         A    It's not just Line 15.  It's any
10    Farm Line, period.
11              I couldn't say there's any
12    criteria.  They have to be able bodied,
13    which they were.  But other than that, I
14    mean...
15         Q    If we could scroll back up to
16    the first page, the second row, Line 15B.
17         A    Uh-huh.
18         Q    What type of work does Line 15B
19    perform?
20         A    15B is a weed eater crew.
21         Q    What does that mean?
22         A    It's -- they get picked up and
23    they go on a bus and they go around just
24    weeding around the vegetations, like the
25    feed, with fruit orchards and stuff like
```

1   and one portable restroom with hand wash
2   station.
3             Do you see that?
4        A    Yes.
5        Q    What is a pop-up tent?
6        A    It's a little 10x10 tent we put
7   up which is where the watercoolers sit.
8        Q    So does LSP provide access to
9   shade for men on the Farm Line?
10       A    They didn't have a tent.  No.
11       Q    When did you -- when were tents
12  first used on the Farm Line?
13       A    That's been about 3 weeks.
14       Q    So before June 2024, did you
15  provide any shade tents to men working on
16  the lines?
17       A    No.
18       Q    Were you or your staff told by
19  anyone to provide tents on the Farm Line?
20       A    I wasn't told or notified,
21  just -- I was just told that they may be
22  provided and to give it to them, so...
23       Q    Who told you to provide tents?
24       A    It was getting told to me by my
25  colonel.

```
 1        Q    By your -- I'm sorry?
 2        A    He didn't tell me to provide the
 3   tents.  He just said that tents would be
 4   purchased and they would start using them.
 5        Q    And how were you told?
 6        A    What do you mean?
 7        Q    How did he communicate it to
 8   you?
 9        A    It really just in conversation.
10   I'm not -- you know, I don't put the tents
11   out.  They have a guy that's assigned to
12   deal with that.  But it was just in
13   conversation.  You can just tell them that
14   there was -- they purchased some tents, and
15   they were supposed to start putting them
16   out in the fields, going to specific
17   coolers and stuff or run it for them and
18   have a little shade.
19        Q    So you didn't see any written
20   policy about the tents?
21        A    I haven't.
22        Q    Other than the tents, have there
23   been any other changes recently on the Farm
24   Line?
25        A    No.  I think everything else has
```