# Exhibit F

| Directive No. 19.004 | CHAPTER:<br>INMATE WORK PROGRAMS |
|---|---|
| LOUISIANA STATE PENITENTIARY<br><br>June 7, 2023 | SUBJECT:<br>LEATHER WORK GLOVES AND PLASTIC DRINKING CUPS |
| | REFERENCE:<br>Penitentiary Directive No. 12.003 |
| | ACA STANDARD:<br>5-ACI-5D-09 |

PURPOSE:  To establish procedures for the issuance of leather work gloves and plastic drinking cups to those inmates assigned to field operations at Louisiana State Penitentiary.

APPLICABILITY:  To all Louisiana State Penitentiary Field Operation Supervisors, Shift Supervisors, and Clothing Room Officers.

POLICY:  Inmates assigned to Field Operations at Louisiana State Penitentiary shall be issued appropriate items related to their work assignment. The responsibility for these items issued rests with the inmate. [5D-09]

PROCEDURE:

A.  LEATHER WORK GLOVES

   1.  The inmate's housing area clothing room shall be responsible for the issuance of work gloves.

   2.  The clothing room officer and/or shift supervisor shall record all issues on the inmate's individual clothing card.

   3.  Inmates receive one pair of gloves every six (6) months, unless unusual circumstances exist.

   4.  The shift supervisor shall evaluate each request for additional gloves on a case-by-case basis.

B.  PLASTIC DRINKING CUPS

   1.  The inmate's farm line supervisor shall be responsible for the issuance of plastic drinking cups.

017909

Penitentiary Directive No. 19.004
June 7, 2023
Page 2 of 2

    2.    When the inmate reports to his assigned line on the first day he shall be issued a plastic drinking cup.

    3.    The inmate is responsible for maintaining his drinking cup and only receive one every six months, if needed.


s/Tim Hooper
Warden


This policy supersedes Penitentiary Directive No. 19.004 dated September 30, 2019.

017910