# Exhibit G

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

**Department Regulation**
**No. HCP14**



**20 August 2023**

INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy – Care and Treatment of Patients
Health Care Co-Payments

1. **AUTHORITY:**  The Secretary of the Department of Public Safety and Corrections; La. R.S. 36:404.

2. **REFERENCES:**  La. R.S. 15:824, La. R.S. 15: 831, La. R.S. 15:874, and La. R.S. 15:875;  ACA Standards 5-ACI-6A-01, 5-ACI-6A-02 "Access to Care," 5-ACI-6A-21, 5-ACI-6A-22 "Health Screens," 5-ACI-6A-25 "Health Appraisal," 5-ACI-6A-27 "Periodic Examinations," 5-ACI-6A-28 "Mental Health Program," 5-ACI-6A-31 "Mental Health Screen," 5-ACI-6A-32 "Mental Health Appraisal," 5-ACI-6A-33 "Mental Health Evaluations," 5-ACI-6A-40 "Prostheses and Orthodontic Devices," 5-ACI-6B-02 "Provision of Treatment" (ACI 5th ed. January 2021);  Department Regulation Nos. AM-C-2 "Offender Banking," AM-C-3, "Offender Welfare Fund," AM-C-4 "Medical Reimbursement Plan," AM-C-7 "Indigent Offenders," AM-I-4 "Activity Reports/Unusual Occurrence Reports-Operational Units," HCP13 "Access to Care and Clinical Services," HCP15 "Continuity of Care," HCP16 "Health Screens, Appraisals and Examinations," HCP26 "Influenza and Pandemic Viral Diseases: Preparedness, Response and Recovery," HCP35 "Elective Procedures, Prostheses and Orthodontic Devices;" HCP36 "Effective Communication with the Hearing Impaired," HCP50 "Non-Prescription Medication," JO-1 "Basic Jail Guidelines," OP-C-1 "Disciplinary Rules and Procedures for Adult Offenders (Rulebook and Disciplinary Matrix)," OP-C-11 "Imposition of Restitution via the Disciplinary Board," and Department Offender Posted Policy (DOPP) #031 "Access to Health Care and Clinical Services."

3. **PURPOSE:**  This Department Regulation governs inmate health care and mental health care co-payment fees, while ensuring all inmates have access to appropriate health care based upon their medical and mental health needs.

4. **APPLICABILITY:**  Deputy Secretary, Undersecretary, Chief of Operations, Deputy Assistant Secretary, Department's Chief Medical Officer, Chief Mental Health Director, and Chief Nursing Officer; Facility Medical, Mental Health, Nursing Directors, and Health Authorities; Regional Wardens; and Wardens.  Each Unit Head shall ensure appropriate unit written policies and procedures are in place to comply with this regulation.

019883

**Department Regulation No. HCP14**
**20 August 2023**
**Page Two**

**5.    POLICY:** Inmates shall pay co-payments for their health care and mental health care needs, as required by law.  Nonetheless, no inmate shall be denied access to health care or to mental health care because of an inmate's inability to pay a co-payment.  Co-payment fees shall not be excessive so as to discourage inmates from seeking health care or mental health care.

**6.    DEFINITIONS:**

A.   **Access to Care:**  This term means an inmate seen in a timely manner by a health care or mental health care professional, as applicable, and receives professional care using the health care or mental health care professional's clinical judgment.

B.   **Chronic illness:**  A disease process or condition that persists over an extended period of time.  Chronic illnesses include, but are not limited to: Diabetes, hypertension, asthma, HIV, seizures, and mental health diagnoses.

C.   **Co-payment:**  A fee charged to an inmate by a facility for health care or other services.

D.   **Emergency Care:**  Care of an acute illness or unexpected health care need that cannot be deferred until the next scheduled sick call.  Emergency care shall be provided to the resident population by the medical director, physician, or other staff, local ambulance services, and/or outside hospital emergency rooms.  Emergency care shall be expedited by following specific written procedures for medical emergencies described in the standards.

E.   **Facility:**  A place, institution, building (or part thereof), set of buildings, or area (whether or not enclosing a building or set of buildings) that is used for the lawful custody and/or treatment of individuals.  It may be owned and/or operated by public or private agencies and includes the staff and services as well as the buildings and grounds.

F.   **Health Appraisals:**  A health assessment that includes a review of previous health records, collection of data including any laboratory results or diagnostic tests, vital signs, and other information necessary to provide care.

G.   **Health Care Personnel:**  Individuals whose primary duty is to provide health services to juveniles or adult inmates in keeping with their respective levels of health care training, licensure, or experience.

H.   **Health Care Practitioners or Providers:**  Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, licensed

019884

**Department Regulation No. HCP14**
**20 August 2023**
**Page Three**

      professional counselors, licensed social workers, podiatrists, optometrists, nurse practitioners, and physician assistants.

I.   **Health Care Professionals:** Staff who perform clinical duties, such as health care practitioners, nurses, licensed professional counselors, social workers, and emergency medical technicians in accordance with each health care professional's scope of training applicable licensing, registration, certification, and regulatory requirements.

J.   **Health Care/Health Care Services:** A system of preventative and therapeutic services, which provide for the physical and/or mental well-being of a population. "Health care" includes, but is not limited to: Medical services, dental services, behavioral/mental health services, nursing services, pharmaceutical services, personal hygiene, dietary services, and environmental conditions.

K.   **Health/Medical Screen:** A structured inquiry and observation to prevent inmates who pose a health or safety threat to themselves or others from being admitted to the general population and to identify inmates who require immediate medical attention. The screen can be initiated at the time of admission, at scheduled intervals, or other times as appropriate, by health care personnel or by a health-trained personnel.

L.   **Health Trained Personnel:** Correctional officers or other correctional personnel who may be trained and appropriately supervised to carry out specific duties with regard to the administration of health care.

M.   **Influenza-like Illness (ILI):** A fever (temperature of 100°F or greater) and a cough and/or a sore throat. This includes illnesses having presentation similar to flu, such as coronavirus or other viral pathogens.

N.   **Mental Health Services:** The sum of all actions taken for the mental well-being of the inmate population including a range of diagnoses, treatment and follow up services. These services may include the use of a variety of psychosocial, psychoeducational, and pharmacological therapies, either individually or in group settings, to alleviate symptoms, attain appropriate functioning, prevent relapses, and help the patient develop and pursue the patient's personal recovery plan.

**7.   PROCEDURES:**

A.   Access to health care and mental health care services shall be available to all inmates regardless of their ability to pay, their classification, or their housing assignments. The efficient utilization of the health care system can

019885

**Department Regulation No. HCP14**
**20 August 2023**
**Page Four**

       be achieved by using a health care co-payment program, which shall include the following:

       1)    All inmates shall be informed, orally and in writing at the time of admission to a facility, about the procedures to access health care/mental health care services, including co-payment requirements;

       2)    Needed inmate health care shall not be denied due to a lack of available funds;

       3)    Co-payment fees shall be waived when appointments or services, including follow-up appointments, are initiated by healthcare staff;

       4)    Co-payment fees shall be waived for sick call for inmates who have $200.00 or less in their respective drawing accounts at the time of the sick call. Account balance and any applicable waivers shall be determined by the Business Office.

B.    Health care co-payments are not to be confused with restitution. Restitution may be imposed for various disciplinary infractions. Health care co-payments are <u>not</u> disciplinary. Inmates nonetheless may be assessed disciplinary restitution by disciplinary boards, whether or not a health care co-payment has been assessed for the same event or unrelated events. See <u>OP-C-11</u> "Imposition of Restitution via the Disciplinary Board".

C.    No inmate shall be refused medical, mental health, dental services, prescriptions, or other medication necessary for basic health care because of an inmate's financial status.

D.    Inmates shall be charged a $1.00 fee for each self-initiated request for healthcare services made during regularly scheduled sick call times. A $1.00 fee for mental health services may be charged if circumstances warrant. All self-initiated emergency health care encounters and assessments resulting from an altercation shall be assessed a $2.00 medical co-payment fee.

E.    Inmates shall not be charged for the following (except as stated by other policies or required by statute):

       1)    New, current, recurring, and future prescriptions, including refills;
       2)    Annual physicals and health screenings and appraisals for transfers;
       3)    Lab work;
       4)    X-rays;

**Department Regulation No. HCP14**
**20 August 2023**
**Page Five**

- 5) Immunizations, tuberculosis testing, Hepatitis A/B vaccine, and other testing and/or treatments instituted by the Department or by a facility for public health reasons;
- 6) Initial health screens/assessments at Reception and Diagnostic Centers. (However, requests for treatment of conditions identified in the health assessment may be subject to a co-payment at the Reception and Diagnostic Center or the receiving unit);
- 7) Any referral or scheduled return visits resulting from the initial request, until released from care by the health care practitioner;
- 8) EKGs, dressing changes, and other treatments ordered by a qualified health care provider/professional/personnel;
- 9) Prenatal care;
- 10) Health care practitioner referral to outside agencies or institutional specialty clinics;
- 11) Work-related injuries or illnesses (as determined by the Warden or designee);
- 12) Health care encounters scheduled by the Warden or designee;
- 13) Social service programs provided by mental health staff (for example, substance abuse groups.);
- 14) Self-initiated requests for health care services related to influenza-like illnesses in response to a pandemic threat or during an ongoing pandemic;
- 15) DNA tests;
- 16) Prosthetics;
- 17) PREA assessments; or
- 18) Any other instance the Secretary deems appropriate, expressed in writing.

F. Form HCP13-a "Request for Medical Treatment" shall be utilized for the co-payment draw slip.

G. If an inmate refuses to sign the Form HCP13-a "Request for Medical Treatment," then the health care professional present at the refusal shall write "REFUSED" in the blank for the inmate's signature and shall place the provider's initials next to the written "REFUSED". An additional witness shall be present and also shall sign the form in the "Witness Signature" blank.

s/James M. LeBlanc
Secretary

Form: HCP13-a    Request for Medical Treatment

019887

**Department Regulation No. HCP14**
**20 August 2023**
**Page Six**

This Department Regulation supersedes Department Regulation HCP14 dated 07 August 2022.

019888