UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members; and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary; MISTY STAGG, in her official capacity as Director or Prison Enterprises, Inc.; the LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; and PRISON ENTERPRISES, INC.<br><br>*Defendants*. | 3:23-CV-1304-BAJ-EWD<br><br>**MOTION TO ENROLL MICHAEL C. MCGREGOR PRO HAC VICE** |

NOW INTO COURT, Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, who respectfully move this Honorable Court pursuant to Local Rules for an order permitting MICHAEL C. MCGREGOR to appear pro hac vice as counsel for Plaintiffs in this case.

In support of this motion, Plaintiffs, through undersigned counsel state as follows:

1.    MICHAEL C. MCGREGOR is a counsel at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP;

2.    MICHAEL C. MCGREGOR is a member of good standing in the Bar of the State of New York.  His New York State Bar Registration Number is 5510490.  There have

been no disciplinary proceedings or criminal charges instituted against him. In support of this motion, attached are a Declaration and Certificate of Good Standing for MICHAEL C. MCGREGOR.

3. The mailing address for MICHAEL C. MCGREGOR is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.

4. The telephone number for MICHAEL C. MCGREGOR is 212-373-2218.

5. The facsimile number for MICHAEL C. MCGREGOR is 347-704-8622.

6. The e-mail address for MICHAEL C. MCGREGOR is mmcgregor@paulweiss.com.

7. The name and office address of the Louisiana attorney with whom MICHAEL C. MCGREGOR is associated for the purpose of this case is Lydia Wright, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70119. Mr. McGregor seeks admission *pro hac vice* in this case to represent Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, in association with Ms. Wright, a resident attorney admitted to practice in this Court.

8. MICHAEL C. MCGREGOR is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

    Respectfully submitted,

    By: */s/ Lydia Wright*

    Lydia Wright, La. Bar No. 37926
    THE PROMISE OF JUSTICE INITIATIVE
    1024 Elysian Fields Avenue
    New Orleans, LA 70117
    Tel: (504)529-5955
    lwright@defendla.org

    *Counsel for Plaintiffs*