UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A  
MEMBERSHIP ORGANIZATION ON  
BEHALF OF ITSELF AND ITS  
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering the parties' **Joint Motion To Extend Expert Deadlines (Doc. 93)**,

**IT IS ORDERED** that the **Motion (Doc. 93)** be and is hereby **UNREFERRED** and **GRANTED**. The expert discovery deadline be and is hereby extended to August 30, 2024, and the *Daubert* motion deadline be and is hereby extended to September 9, 2024.

**IT IS FURTHER ORDERED** that all expert reports and declarations shall be served on the opposing party at least seven days prior to such expert's scheduled deposition.

Baton Rouge, Louisiana, this 30th day of July, 2024

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA