UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

ORDER

Considering Plaintiffs' **Motion To Compel Documents (Doc. 77)**, which requests that Defendants be compelled to produce certain discovery materials for requested deponents prior to their respective deposition, or for the Court to allow Plaintiffs to reopen such depositions once discovery materials are received, and in accordance with discussions held with counsel at the July 15 Telephone Status Conference regarding the same,

**IT IS ORDERED** that the **Motion (Doc. 77)** be and is hereby **GRANTED IN PART**, and that Plaintiffs shall be permitted to reopen the deposition of Ashli Oliveaux. The Court finds that leave should be granted to reopen Oliveaux's deposition because of her importance as a witness to the above-captioned matter and because new discovery materials relating to Oliveaux will or have been produced since her initial deposition. *See Doucet v. R. & R. Boats, Inc.*, No. CV 17-421-BAJ-EWD, 2019 WL 13143669, at *2 (M.D. La. Oct. 11, 2019) (courts "typically" reopen depositions when new information, such as newly produced discovery materials, are provided after the initial deposition); *Kleppinger v. Texas Dep't of Transp.*, 283 F.R.D.

330, 333 (S.D. Tex. 2012) (same). Plaintiffs shall limit their questioning in this supplemental deposition to pertain only to discovery materials received since Oliveaux's initial deposition. *See Kleppinger*, 283 F.R.D. at 333.

**IT IS FURTHER ORDERED** that the reopened deposition of Oliveaux must be completed no later than seven days after her mid-August return from leave. Defendants shall duly inform Plaintiffs of Oliveaux's return date once known.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion For Expedited Consideration Of Plaintiffs' Motion To Compel Documents (Doc. 78)** be and is hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 30th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**