IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**JOINT MOTION FOR EXPEDITED CONSIDERATION OF**
<u>**JOINT MOTION TO AMEND THIRD AMENDED SCHEDULING ORDER**</u>

NOW COME PLAINTIFFS AND DEFENDANTS in the above-captioned matter, through undersigned counsel, who move this Honorable Court to consider the parties' *Joint Motion to Amend Third Scheduling Order* (Dkt. No. 102) on an expedited basis, in light of the upcoming August 9, 2024 deadline for the completion of all class and merits discovery and on August 16, 2024 commencement of class certification briefing. (*See* Dkt. No. 72.) For reasons detailed in the Motion to Amend, despite the parties' best efforts, the current deadlines in the Third Amended

Scheduling Order (Dkt. No. 72) are not feasible. Consistent with the Court's instruction, the parties seek modification of those deadlines in advance of their passing. Swift resolution of this joint motion will enable the parties to fully litigate their class certification and merits claims and defenses, respectively.

Respectfully submitted this 30th day of July,

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Samantha Bosalavage, La. Bar No. 39808
Claude-Michael Comeau, La. Bar No. 35454
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org
sbosalavage@defendla.org
ccomeau@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Oren Nimni*
Oren Nimni (PHV) MA Bar No. 691821
Amaris Montes (PHV) MD Bar No. 2112150205
416 Florida Avenue NW, Se. 26152
Washington, D.C. 20001
Tel: (202) 455-4399
oren@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Joshua Hill Jr.*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com

2

>jbenjamin@paulweiss.com
>amctootle@paulweiss.com
>rsabater@paulweiss.com
>lweiser@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*


**LIZ MURRILL**
**Attorney General**

*/s/Andrew Blanchfield*
Andrew Blanchfield, T.A. (#16812)
C. Reynolds LeBlanc (#33937)
Chelsea A. Payne (#35952)
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
ablanchfield@keoghcox.com
rleblanc@keoghcox.com
cpayne@keoghcox.com

*Attorneys for Defendants*