## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A  
MEMBERSHIP ORGANIZATION ON  
BEHALF OF ITSELF AND ITS  
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                NO. 23-01304-BAJ-EWD

### FOURTH AMENDED SCHEDULING ORDER

Considering the **Joint Motion To Amend Third Amended Scheduling Order (Doc. 102)** and the **Joint Motion To Expedite Consideration Of Joint Motion To Amend Third Amended Scheduling Order (Doc. 103)**,

**IT IS ORDERED** that the Motions be and are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Third Amended Scheduling Order (Doc. 72) be and is hereby **AMENDED** as follows:

1. The deadline to join other parties or to amend the pleadings is **EXPIRED**.

2. Plaintiffs' class certification motion due: **September 30, 2024**. Defendants' response due: **October 21, 2024**. Plaintiffs' reply brief due: **October 31, 2024**.

3. Plaintiffs' expert reports due: **August 30, 2024**. Defendants' expert reports due: **September 13, 2024**.

4. Discovery must be completed by: **September 16, 2024**. Expert discovery, including depositions, must be completed by: **September 30, 2024**.

5. Deadline to file dispositive motions and Daubert motions: **October 7, 2024**.

6. Deadline to file pre-trial order: **October 14, 2024**.

7. Deadline to file motions in limine: **October 14, 2024**. Responses to motions in limine due: **October 28, 2024**.

8. Deadline to file an affidavit of settlement efforts: **November 4, 2024**.

9. Pre-trial conference date: **November 11, 2024 at 2:00 P.M.** in chambers.

10. Deadline to submit proposed findings of fact and conclusions of law: **November 7, 2024**.

11. A 5-day **bench** trial is set for **November 18, 2024**, beginning each day at 8:30 A.M. in Courtroom 2.

The deadlines and stipulations set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the Court at (225) 389-3584 should they wish to schedule a settlement conference.

Baton Rouge, Louisiana, this 2nd day of August, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**