# Exhibit B

## Daily Line Counts

Line #: ___15___          Date: __8-5-24__

Pusher: __Msgt. Caleb Harvey__
Gun Guard: __Msgt. J Broussard__
Gun Guard: __Msgt. L Ellis__

$B1 = 0$
$B2 = 5$
$B3 = 11$
$B4 = 1$
$total = 17$

AM Count: ___17 X___

PM Count: _____

## Comments:

6:29am arrived at Bear gate.

7:05am Opened Bear gate.

7:19am Closed Bear gate, checked out 17 X for line 15.

7:29am arrived in A-land Potatoe field, offered Sunscreen to all 17 x, 0 x accepted.

7:35am 2x water buckets 2x Juice buckets 1x Shade tent 1x PortaPotty and Sink.

8:00am heat advisory announced over radio.

8:30am 5 minute heat Percaution break.

9:00am 5 minute heat Percaution break.

9:30am 5 minute heat Percaution break.

9:45am Called Medical for Milton Mccoy Doc #631992

10:00am 5 minute heat Percaution break.

10:30am 5 minute heat Percaution break.

11:00am 5 minute heat Percaution break. Doc#631992

11:05am Medical arrived, Milton mccoy Cleared

11:35am leaving A-land 5 minute heat Percaution break

11:42am arrived at Bear gate

11:45am Opened Bear gate

11:51am Closed Bear gate line done for the day - Caleb Harvey

VOTE000332

**Daily Line Counts**

Line #: _24+25 Camp-D_

Date: _8-5-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFaland_
Gun Guard: _MSgt. J. Bourgeyne_

AM Count: _23 x_

PM Count: _0 x_

Count → Time _9:45 am_

F① _3_
F② _1_
F③ _15_
F④ _4_

Total _23 x_

Comments:

:30 Arrived at Camp D, picked up Keys to Falcon gates to checkout Line 24+25

:35 Arrived at Falcon gates and open outter gate to Falcon yard, standing by

:00 Open inner gate to Falcon yard to checkout Line 24+25

:05 Start checking out Line 24+25 with Capt. Bynum and Capt. Lewis

:19 Checked out 23 x for Line 24+25, Closed gates to Falcon Yard

:20 Turned Keys over to Col. Hebert and exit Camp-D to D-Land

:27 Arrived at D-Land with 23 x for Line 24+25 and unload the Bus, walked to Sweet Potato Field to cut slips to plant Sweet Potatoes

:35 Issue snips out to Line 24+25, ① Pop Up Tent ① Portable Restroom with Hand wash station ② coolers of water ② coolers of Squincher and offer Sun Screen to all inmates, no inmates wanted Sun Screen

:05 Angola announced a Heat Alert all work stop, inmates was given a Break to cool off

:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

:45 Shutdown, conduct a "Breakdown" count and call it in to Camp D Sallyport

:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

:40 Trailer went in with 158 crates of sweet potato slips

:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

:20 Picked up all snips, all snips accounted for Box #1 54 snips

:25 Trailer went in with 20 crates of sweet potato slips

VOTE000333

**Daily Line Counts**

Line #: _24 & 25 Camp-D_    Date: _8-5-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _MSgt. J. Bourgoyne_

AM Count: _23x_

PM Count: _0x_

<u>Comments:</u>

7:35 Headland for the day and walked to the bus
7:39 Load up 23x for Line 24 & 25 on the Bus and exit D-land to Camp-D
7:43 Arrived at Camp-D with 23x for Line 24 & 25, picked up the Keys
7:47 Arrived at Camp-D Falcon gates with 23x for Line 24 & 25, open gates
7:52 Checked in 23x for Line 24 & 25 and turned them over to Capt. Bynum
7:54 Turned Keys over to Col. Hebert and exit Camp-D to the Bus Lot
    after the gates to Falcon Yard was locked and secured
2:00 Arrived at the Bus Lot and parked the Bus

## Daily Line Counts

Line #: __6A/B__    __15/B__          Date: __8-5-24__

Pusher: __P Moore__                     15b                    6 AB

Gun Guard: _____              F 1 0                  F 1 0
Gun Guard: _____                 20                    F 2 0
                                         3 4                   F 3 3
AM Count: | 12 | 4 |                     4 0                   F 4 4

PM Count: | 12 | 4 |

                    Bus 1301
                    206083

Comments:

arrive - 6:27
open gate 6:32
Closed gate 6:48
tx Issued Gaterade @ 7:15
Opened gate @ 1:42
Closed Gate @ 1:51

VOTE000335

**Daily Line Counts**

Line #: _24 +25 Camp-D_          Date: _8-6-2024_

Pusher: _MSgt O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _Col. G. Hebert_

AM Count: _23x/21x_   New Count
PM Count: _0x_

| | Count | Time 9:55a |
|---|---|---|
| F① | 3 | |
| F② | 1 | |
| F③ | 16 | |
| F④ | 3 | |
| | Total 23x | |

Comments:

6:27 Arrived at Camp-D, picked up the keys to Falcon Gates to checkout Line 24 + 25

6:30 Arrived at the Falcon gates, open outter gate to Falcon Yard, standing by to checkout line 24+25

6:41 Open inner gate to Falcon yard to checkout line 24 + 25

6:58 Start Checking out Line 24 + 25 with Capt. Bynum and Lt. Minol

7:06 Checked out 23x for 24 + 25 and Closed gates to Falcon Yard

7:09 Turned keys over to Col. Hebert and exit Camp-D to A-Land

7:19 Arrived at the A-Land with 23x and unload the Bus, start walking to the Sweet Potato Field

7:25 Arrived at the A-Land sweet potato field with 23x to plant sweet potato slips, offer Sun Screen to all inmates and no inmates wanted Sun screen, Arrived to ① Pop-Up Tent ① Portable Restroom with Hand Wash Station ② coolers of Water ② coolers of Sqwincher

7:30 Call Medical-3 for inmate William Olivier #130632 for tooth and jaw pain

7:35 Capt. Roberson dropped off 10 rod for punching holes to plant the sweet potato slips

7:38 Issue 10 rods out to 10 inmates in each group and start planting sweet potato slips

9:53 Call Medical-3 for inmate Kemon Howard #784655 for head ache, pain behind left eye and he stated he feel like he about to pass out

9:35 LPN Darby Elkins and LPN I. Jackson to evaluate the inmates

9:40 LPN Elkins evaluated inmate Olivier for tooth and jaw pain and advised me to send him in to the Camp-D for the rest of the day

9:41 Angola announced a "Heat Alert" all work stop, inmates was given a Break to cool off

9:42 LPN I. Jackson evaluated inmate Howard for head pain, left eye pain and dizziness and advised me to send him in to Camp-D for the rest of the day

9:43 LPN Elkins evaluated inmate Joshua Stephens #626275 for chest pain and cleared him to go back to work, Notified Major Lidgean that I got 2x that need to go in

NOTE000337

**Daily Line Counts**

Line #: _24+25 Camp - D_    Date: _8-6-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _Col. G. Hebert_

\* Inmates Sent in was
— William Olivieri #130632    F-3
— Kemon Howard #784655    F-3

AM Count: _23x/21x_ New Count

PM Count: _0x_

\* Notified Camp-D Sallyport that they on my count

Comments:

9:55 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport

10:05 Major Pidgeon arrived and transported 2x inmate Olivieri and inmate Howard in to Camp-D per Nurses, notified Camp-D Sallyport

10:10 "Breaktime" all work stop, all inmates was given a "Break" to cool off

10:40 "Breaktime" all work stop, inmates was given a "Break" to Cool off

11:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

11:25 Head land for the day, picked up 10 rods all accounted for, walking 21X to the Bus from A-Land sweet potato Field

11:33 Arrived at the Bus and load up 21x for Line 24+25, then exit A-Land

11:37 Arrived at Camp-D with 21x for Line 24+25

11:39 Arrived at Camp-D Falcon Gates with 21x for Line 24+25, Open both gates

11:45 Checked in 21x for Line 24+25 and turned them over to Capt. Bynum then Closed the gates to the Falcon Yard

11:50 Turned Keys into Camp-D Tower-1 then exit Camp-D to the Bus lot

11:55 Arrived at the Bus Lot and parked the bus

_O.B. Scott, MSgt._

VOTE000338

# Daily Line Counts

Line #: ___15B___          Date: 8-6-24

Pusher: _J. Bourgoyne_
Gun Guard: _L. Ellis_
Gun Guard: _____

AM Count: ___5 X___

PM Count: ___4 X___

Bus: 1301
Mileage: 206089

Comments:

6³³ Am Arrived at Falcon Gate for check out Line 15B

7⁰⁵ Am Checked out 5X for Line 15B

Arrived at Processing Plant. Pick up weedeaters gas and 2 water coolers

(1) Water (1) Squincher and Sun screen offered

Picked up (1) Push mower from Line 15A Shop

Arrived on Air Strip at yellow Bridge to start cutting grass.

941 Am Heat Alert called by Control Center.

10⁰⁰ Am 5 min Work break

10 15 Am Break over Return to Work.

10 30 Am Locked up Thomas Davis # 114866 for Agg. Work offense, Defiance, Agg. Disobedence

10 33 Am Lunch Break at Processing Plant.

1150 Am Arrived Back on Air Strip cutting Grass.

1220 pm 5 min Heat Break

1225 pm Break over

1⁰⁰ pm Turned all equipment

1²⁶ pm Arrived at Camp D Falcon Gate for Turn in Gate Opened

140 pm Gate Closed Turned in 4 inmates.

VOTE000340

## Daily Line Counts

Line #: ___15___          Date: 8-6-24

Pusher: _Msgt. Caleb Harry_
Gun Guard: _msgt. J Broussard_
Gun Guard: _____

AM Count: ___18 X___

PM Count: _____

B1 = 0
B2 = 8
B3 = 8
B4 = 1
total = 17x

## Comments:

6:28am (arrived) at Bear gate
7:13 am opened Bear gate
7:23am (closed) Bear gate, checked out 18 x.
7:34am arrived in A-land, offered sunscreen to all 18X, 2 X accepted.
7:35am 2x Juice buckets, 2x water buckets, 1x Shade tent 1x Porta Potty
nt Sink, 16x Potatoe cakes.
8:13am Captain a robertson brought 1x back to the camp, Bobby
lewis assign Doc #32071. count at 17x.
4:00 am heat precaution break.
9:50am heat percaution break.
10:00am heat pucaution break.
10:06am gathered count.
10:30am heat percaution break
11:10am leaving A-land
11:14am arrived at bear gate
11:16am open bear gate
11:20am (closed) bear gate, line done for the day - Clb Harry

VOTE000336

## Daily Line Counts

Line #: _____15 B_____          Date: _8-7-24_____

Pusher: _J. Bourgoyne_____
Gun Guard: _L. Ellis_____
Gun Guard: _____

AM Count: _____3X_____

PM Count: ____3X_____

Bus: 1301
Mileage: Odometer Broken

Comments:

634 Am  Arrived at Camp D Falcon Gate to check out Line 15B

703 Am  Opened Inner Gate for check-out.

720 Am  Departed from Falcon Gate Camp D with 3 inmates.

725 Am  Arrived at Processing Plant to Pick up (1) cooler water (1) cooler squincher Sun screen offered at this time NO offender wanted any.

735 Am  Departed processing Plant headed to 15A office for weedeaters and fuel.

747 Am  Arrived on air strip to continue cutting grass

8:00 Am  Cutting grass on Air strip   839 Am Contacted Plaisance about Port a-Potty

901 Am  Heat Alert called By central center.

921 Am  5 min Heat Alert break. Turned in Count to Camp D Sallyport 3x

926 Am  5 min Heat Alert break over Returned to work

954 Am  5 min Heat Alert break

1002 Am  5 min Heat Alert break over

1020 Am  Chow Time at Processing Plant.

1030 Am  Arrived at Processing Plant For Chow.

1130 Am  Departed From Processing Plant From Chow.

VOTE000329

## Daily Line Counts

**Line #:** _15B_                     **Date:** _9-7-24_

**Pusher:** _T. Bourgoyne_
**Gun Guard:** _L Ellis_
**Gun Guard:** _____

**AM Count:** _3X_

**PM Count:** _3X_

## Comments:

12:00pm   In the shade on Air Strip cutting grass
12:30pm   5 min Heat Alert Break
12:35pm   Heat Alert Break over
1:00 pm  Prepared Air Strip for equipment turn in
1:05 pm  Arrived at 15A Shop turned in (4) weedeaters (2) crates, (1) gas can
1:10 pm  Depart 15A Shop for processing Plant
1:15
1:13 pm  Arrived at processing Plant to turn in (2) water coolers and
            pick up Line 6A+6B
1:20pm  Departed Processing Plant with 6A+6B
1:22 pm  Arrived at Falcon Gate Camp D to turn in Line 15A 6A+6B
1:30 pm  Departed Camp D Falcon Gate to turn in Bus. End of Day

VOTE000330

# Daily Line Counts

Line #: __15__                     Date: __8-7-24__

Pusher: Msgt. C.bt Harv
Gun Guard: Msgt. J broussard
Gun Guard: Msgt. S Janus

AM Count: __20 X__

PM Count: _____

B1 = 0        W1 = 0x
B2 = 9x       W2 = 1x
B3 = 8x       W3 = 0x
B4 = 1x       W4 = 0x
              total = 19x

## Comments:

6:24am Arrived at Bear gate
7:12am Opened Bear gate
7:22am Closed Bear gate, checked out 20x
7:40am Arrived in a Tank (Parker Field), offered sunscreen to all 20x, X accepted.
7:44am Called Medical for James Pearson Doc#559823 Phillip brown Doc#508873
       Hakeem Munphry Doc#496331
7:45am 2x Juice buckets, 2x water buckets, 1x shade tent, 1x PortaPotty and sink
8:45am Medical arrived
Saw James Pearson Doc#559823, cleared with no use of right hand.
Saw Philip Brown Doc#508873, brought to camp, count at 19x.
Saw Hakeem munphry Doc#496331, cleared to work.
9:00am heat Alert (Amarican).
9:30am 5 minute heat Percaution break.
10:00am 5 minute heat Percaution break. gathered count.
10:30am 5 minute heat Percaution break
11:00am 5 Minute heat Percaution break
11:33am leaving A-lan
11:40am arrived at bear gate
11:52m Opened bear gate
11:56m Closed bear gate line done for the day

**Daily Line Counts**

Line #: _24 & 25 Camp-D_     Date: _8-7-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _Col. G. Hebert_

AM Count: _23 x_

PM Count: _0 x_

|   | Count | Time 9:50 am |
|---|-------|--------------|
| F ① | 3 | |
| F ② | 3 | |
| F ③ | 13 | |
| F ④ | 4 | |
| | Total | 23 x |

**Comments:**

6:27 Arrived at Camp-D, picked up the Keys to the Falcon Gates to checkout line 24 & 25

6:30 Arrived at Camp-D Falcon gates, Open outer gate to Falcon yard, standing by

7:02 Open the inner gate to Falcon yard to checkout Line 24 & 25

7:12 Start checking out Line 24 & 25 with Lt. Walker and Capt. Cummings

7:22 Checked out 23 x for Line 24 & 25, then Closed gates to Falcon Yard

7:35 Turned Keys into Camp-D Tower-1 and exit Camp-D to D-Land

7:32 Arrived at D-Land with 23 x for Line 24 & 25 and unload the Bus to walk to the Sweet Potato Field to cut sweet potato slips to plant

7:38 Arrived at the sweet Potato Field with 23 x for Line 24 & 25 to cut slips issue garden snips to inmates, ① Pop Up Tent ① Portable Restroom with Hand Wash Station ② coolers of water ② coolers of Sqwincher, offer Sun Screen to all inmates, only 1 wanted Sun Screen

9:00 Angola announced a "Heat Alert" all work stop, inmates was given a "Break" to cool off

9:30 "Break time" all work stop, inmate was given a "Break" to cool off

9:50 Shutdown, conduct and call in the Breakdown count to Camp-D Sallyport

10:00 "Break time" all work stop, inmate was given a "Break" to cool off

10:30 "Break time" all work stop, inmate was given a "Break" to cool off

10:35 Trailer went in with 90 crates of sweet potato slips

11:00 "Break time" all work stop, inmate was given a "Break" to cool off

11:25 Picked up all snips, all 54 snips accounted for in Box #1

11:27 Trailer went in with 95 crates of sweet potato slips

NOTE000342

**Daily Line Counts**

Line #: _24 & 25 Camp-D_         Date: _8-7-2024_

Pusher: _MSgt. D. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _Col. G. Hebert_

AM Count: _23x_

PM Count: _0x_

Comments:
11:30 Headland for the day and walked to the Bus in D-Land
11:35 Load up 23x for Line 24 & 25, exit D-Land to Camp-D
11:40 Arrived at Camp-D with 23x for Line 24 & 25
11:42 Arrived at Camp-D Falcon gates with 23x for Line 24 & 25, Open gates to Falcon Yard
11:49 Checked in 23x for 24 & 25 and turned them over to Capt. Williams then closed the gates to Falcon Yard
11:53 Turned Keys in to Camp-D and exit Camp-D to the Bus Lot
11:58 Arrived at the Bus Lot and parked the bus

_D.D. Scott, MSgt._

VOTE000343

# Daily Line Counts

**Line #:** __15__

**Date:** __8-8-24__

**Pusher:** MSgt. C.M. Harvs, MSgt. O. Scott
**Gun Guard:** MSgt. J. Broussard
**Gun Guard:** MSgt. J. Borgogne

**AM Count:** __17 X__

**PM Count:** _____

B1 = 0        W1 = 0
B2 = 8x       W2 = 1x
B3 = 5x       W3 = 1x
B4 = 0        W4 = 0
                total = 15

## Comments:

6:30am arrived at Bear gate.

7:12am opened Bear gate.

7:19am closed Bear gate. Checked out 17 X.

7:31am arrived in Sweet Potatoe Field offered sunscreen to all 17 x. 2x accepted.

7:32am 2x water buckets, 2x Juice buckets, 1x Porta Potty and sink 1x Shade tent and 10x poking rods in field.

9:27am Sent 2x in tobias williams Doc # 562602 and Kenyon Walker Doc # 787644 count at 15x

9:55am gathered count.

9:59am heat alert called over radio. 5 minute heat precaution break

10:30am 5 minute heat precaution break.

11:00am 5 minute heat precaution break.

11:30am 5 minute heat precaution break.

11:50am leaving Sweet Potatoe Field

11:58am arrived at bear gate

11:59am opened bear gate

12:04pm closed bear gate, line done for the day - C.M. Harvs

*O.M. Scott, MSgt.*

VOTE000328

**Daily Line Counts**

Line #: _24 + 25 Camp - D_          Date: _8-9-2024_

Pusher: _MSgt. D. Scott / MSgt. C. Harvey_
Gun Guard: _MSgt. J. Broussard_
Gun Guard: _MSgt. M. McFarland_

AM Count: _18 X_

PM Count: _0 X_

| | Count | Time 9:45 |
|---|---|---|
| F① | 3 | |
| F② | 2 | |
| F③ | 12 | |
| F④ | 1 | |
| Total | 18 X | |

<u>Comments:</u>
6:29 Arrived at Camp-D, picked up the keys to Falcon gates to checkout Line 24 + 25
6:33 Arrived at Camp-D Falcon gates, Open outter gate to falcon yard, standing by
7:05 Open inner gate to falcon yard to checkout Line 24 + 25
7:10 Start checking out Line 24 + 25 with Capt. Bynum and Lt. Minor, Capt. Lewis
7:20 Checked out 18 x for Line 24 + 25, closed gates to Falcon Yard
7:21 Turned in the keys to Camp-D Tower-1 and exit Camp-D to A-Land Cucumber field
7:25 Arrived at A-Land Cucumber Field with 18 x for Line 24 + 25, offer Sun
     Screen to all inmates, no inmate wanted Sun Screen, Unload 18 x Line 24 + 25
7:30 ① Pop Up Tent ① Portable Restroom with Hand Wash Station ② Coolers of Water
     ② Coolers of Squincher
7:35 Call Medical-3 for inmate James Susan #608638 said his right hand swollen
     and hurting him
9:05 RN Eames and RN Jackson arrived and evaluated inmate Susan right
     hand for pain and swollen, they cleared him to go back to work
9:45 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:02 Angola announced a "Heat Alert" all work stop, inmates was given a "Break" to cool off
10:10 Trailer went with 30 crates of cucumbers
10:30 Headland for the day, sweep the field of empty and full crates all 18 x accounted for
10:33 Load up 18 x for Line 24 + 25 and exit A-Land to Camp-D
10:37 Arrived at Camp-D with 18 x for Line 24 + 25
10:40 Arrived at Camp-D Falcon gates with 18 x, open gates to Falcon yard
10:47 Checked in 18 x for Line 24 + 25, turned them over to Capt. Bynum, Closed gates
10:50 Exit Camp-D to Bus Lot and parked the Bus

# Daily Line Counts

Line #: _____15B_____          Date: _8-9-24_

Pusher: _J. Bourgoyne_____
Gun Guard: _L. Ellis_____
Gun Guard: _____

AM Count: _____5 X_____

PM Count: _____

## Comments:

634 Am Arrived at Camp D Falcon Gate to check out Line 15B. Outer Gate opened at

715 Am Checked out 5x Line 15B 2B 1X Line 15A

720 Am Arrived at Processing Plant picked up 1 cooler of water 1 cooler squinch sunscreen offered.

730 Am Arrived at Line 15A shop to pick up 5 weedeaters 1 one can of gas and Porta Potty.

800 Am Arrived on air strip to cut grass.

848 Am Col. Hebert brought 4 pr. safety glasses by the Line.

940 Am Called in count to Camp D sallyport 5x Line 15B 1X Line 15A Count cleared

945 Am Loaded bus for turn in.

1000 Am Heat Alert called by Control Center.

1000 Am Arrived and unloaded weedeaters gas cans and Porta Potty at Line 15A shop.

1016 Am Arrived at Processing Plant to unloaded 2 water coolers and pick up Line 6A & 6B

1035 Am Departed Processing Plant for turn in at Camp D Falcon Gate

VOTE000345