PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

August 26, 2024

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

   Re: *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

  We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period August 19–August 23, 2024,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

  The heat index data listed below was recorded by the National Weather Service ("NWS") location at the New Roads False River Regional Airport. As noted below, the NWS did not publish heat data from the New Roads False River Regional Airport for certain time spans between August 19–August 23. The NWS data underlying this summary is attached as Exhibit A to this report.

  Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, August 19: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 12:15 a.m. to 12:55 a.m. and from 11:35 a.m. to 8:15 p.m.[2] The Farm Line was operating during some of this period.

- Tuesday, August 20: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 10:55 a.m. to 6:35 p.m.[3] The Farm Line was operating during some of this period.

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2] NWS did not record heat index data at 5:55 a.m.

[3] NWS did not record heat index data from 3:55 a.m. to 8:15 a.m. or from 9:35 p.m. to 11:55 p.m.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Brian A. Jackson                                                                 2

- Wednesday, August 21:  The heat index at LSP met or exceeded 88 degrees Fahrenheit from 11:35 a.m. to 1:55 p.m.[4]  The Farm Line was operating during some of this period.

- Thursday, August 22: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 9:35 a.m. to 11:35 a.m. and from 9:35 p.m. to 10:55 p.m.[5]  The Farm Line was operating during some of this period.

- Friday, August 23:  The heat index at LSP met or exceeded 88 degrees Fahrenheit from 9:35 a.m. to 12:15 p.m. and 7:15 p.m. to 8:35 p.m.[6]  The Farm Line was operating during some of this period.

The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeremy Benjamin*

Jeremy Benjamin

cc:     All Counsel of Record (via ECF)

---

[4] NWS did not record heat index data from 12:15 a.m. to 9:15 a.m. or from 1:55 p.m. to 8:15 p.m.

[5] NWS did not record heat index data from 12:15 a.m. to 8:15 a.m. or from 11:35 a.m. to 8:55 p.m.

[6] NWS did not record heat index data from 1:55 a.m. to 2:55 a.m.; from 3:55 a.m. to 7:55 a.m.; from 12:15 p.m. to 7:15 p.m.; or from 11:35 p.m. to 11:55 p.m..