# Exhibit B

## Daily Line Counts

Line #: 24/25            Date: 8-19-24

Pusher: P Moore
Gun Guard: Mgt Lawkins
Gun Guard: _____

AM Count: 22

PM Count: _____

F1  2
F2  2
F3  13
F4  5

Bus 36
2355.9

**Comments:**

Arrived @ 6:22
Opened @ 6:31
Closed gate 6:52
Issued Gatorade @ 7:00 and offered Sun block
Break time @ 7:45 to 8:00
Break time @ 8:45 to 9:00
9:30 count 22x
Break time @ 9:45 10:00
Break time @ 10:45 11:00
11:30 Head lane
Opened gate @ 11:42
Closed gate @ 11:51

VOTE000411

## Daily Line Counts

Line #: 15-B Camp-D        Date: 8-19-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: MSgt. S. Lanus

AM Count: 6X

PM Count: 6X

Count        Time 9:35 A
F① 0        E① 0
F② 0        E② 1
F③ 5        E③ 0
F④ 0        E④ 0

Total 6X

**Comments:**
6:30 Arrived at Camp-D, picked up the keys to the Falcon Gates
6:33 Arrived at Camp-D Falcon gates, Open the outter to Falcon yard, standing by
7:12 Open the inner gate to Falcon yard to checkout Line 15B
7:15 Start checking out Line 15B with Capt. Bynum, Capt. Lewis and Capt. Minor
7:30 Closed gates to Falcon yard after checking out 6X for Line 15B
7:33 Turned the keys over to Col. Hebert and exit Camp-D to the Processing Plant
7:37 Arrived at the Processing Plant with 6X to pick ① cooler of water and ① cooler of squincher, standing by for Major Pidgeon
8:00 Exit the Processing Plant to Line 15A Shop, offer Sun Screen ⓞX for Sun Scke
8:05 Arrived at 15A Shop picked up the weed eaters, string and gas
8:08 Exit Line 15A Shop to Camp-C Road to weed eat Camp-C Road
8:15 Arrived at Camp-C Road and start weed eating Camp-C Road with 6X
7:20 Started down Camp-H Road weed eating with 6X for Line 15B
9:35 Shutdown, conduct and call in the "Breakdown Count" to Camp-D Sallyport, all inmates was given a "Break" to cool off before Heat Alert
10:30 Exit Camp-H Road to the Processing Plant for chow 6X
10:38 Arrived at the Processing Plant with 6X for Line 15B for Chow
11:12 Exit the Processing Plant to Camp-H Road with 6X
11:15 Arrived at Camp-H Road and start back weed eating Camp-H Road
11:30 Call Medical-3 for inmate Matthew Sonnier #507916 hurt his right knee when he step back in a hole and fell down notified Capt. Roberson
12:00 Inmates was given a "Break" to cool off before Heat Alert
12:12 LPN Darby Elkin arrived and evaluated inmate Sonnier right knee, gave him 3 day no

VOTE000412

## Daily Line Counts

Line #: **15B Camp-D**          Date: **8-19-2024**

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: MSgt. S. Lanus

AM Count: **6 X**

PM Count: **6 X**

**Comments:**
12:14 Angola announced a "Heat Alert" all work stop, inmates was given a "Break" to cool off
12:42 Lt. Col. Vittorio swap gun guard MSgt. Ellis with MSgt. Lanus
12:50 "Breaktime" all work stop, inmates was given a Break to cool off
1:20 Exit Camp-H Road to Line 15A Shop to put up weed eaters and gas
1:29 Arrived at Line 15A Shop with 6X and put up weed eaters and gas
1:35 Exit Line 15A Shop to Camp D
1:40 Arrived at Camp-D with 6X, picked up the keys to Falcon Gates
1:42 Arrived at Camp-D Falcon gates with 6X for Line 15B, Open both gates
1:46 Checked in 6X for Line 15B and turned them over to Capt. Bynum
1:48 Turned Keys in to Camp-D and exit to the Bus Lot
1:52 Arrived at the Bus Lot and parked the bus

VOTE000413

## Daily Line Counts

Line #: 15                              Date: 8-20-24

Pusher: Moore
Gun Guard: Mgt Mosure
Gun Guard: Mgt Flinurry

AM Count: 15

PM Count: 13

```
1  0
2  6  5
3  9  8
4  0  0
```

Bus 36
2356.9

**Comments:**

arrived at gate 6:22
Opened gate @ 7:00
Closed Gate @ 7:15
Issued Gatorade @ 7:15 and Issued Sunscreen
Break @ 7:45 - 8:00
Break @ 8:45 - 9:00
Short line chow @ 9:45 to 10:30 (Heat alert at 10:0
Break at 10:45 to 11:00
Break at 11:45 to 12:00
Break at 12:45 to 1:00
Left field at 1:20
Opened gate at 1:30
Closed gate at 1:40

VOTE000414

## Daily Line Counts

Line #: __15B Camp-D__          Date: __8-20-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. L. Ellis__
Gun Guard: _____

AM Count: __5 x__
PM Count: __5 x__

Count          Time 9:45 a
F① __0__        E① __1__
F② __0__        E② __1__
F③ __3__        E③ __0__
F④ __0__        E④ __0__

Total __5x__

Comments:
6:30 Arrived at Camp-D, picked up the keys to the Falcon Gates from Tower-1 to checkout Line
6:34 Open the outter gate to Falcon Yard, standing by to checkout Line 15B
7:27 Open the inner gate to Falcon Yard to checkout Line 15B
7:28 Start checking out Line 15B with Capt. Bynum
7:37 Checked out 5 x for Line 15B and closed gates to Falcon Yard
7:40 Turned keys in to Camp-D Tower-1 and exit to the Processing Plant
7:43 Arrived at the Processing Plant and picked up ① cooler of water ① cooler of Sqwincher, offer Sun Screen to all inmates, no inmate wanted any ⊘
7:57 Exit the Processing Plant to Line 15A Shop
8:00 Arrived at Line 15A Shop and picked up weedeaters, string and gas
8:07 Exit Line 15A Shop to the Mule Barn
8:12 Arrived at the Mule Barn with 5 x for Line 15B to stack hay
8:20 Start weedeating grass at the Mule Barn
9:45 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:01 Angola announced a "Heat Alert" all work stop, inmates was given a 15 minute "Break" to cool off
10:15 "Break over", exit Mule Barn to the Processing Plant for Chow
10:20 Arrived at the Processing Plant with 5x for Chow
10:54 Exit the Processing Plant to the Mule Barn
10:57 Arrived at the Mule Barn with 5x to unload and stack hay
11:40 "Break time" all work stop, inmates was given a "Break" to cool off 15 minutes
11:55 "Break over" start unloading and stacking hay again
12:40 "Break time" all work stop, inmate was given a 15 minute "Break" to cool off

NOTE 000415

## Daily Line Counts

Line #: **15B Camp-D**   Date: **8-20-2024**

Pusher: **MSgt. O. Scott**
Gun Guard: **MSgt. L. Ellis**
Gun Guard: _____

AM Count: **5X**

PM Count: **5X**

**Comments:**
12:55 "Break over" start unloading and stacking hay again
1:40 "Break time" all work stop, inmates was given a "Break" to cool off 15 minute
1:45 Exit the Mule Barn to Line 15A Shop / 1:48 Arrived at Line 15A Shop
1:54 Exit Line 15A Shop to Camp-D
1:58 Arrived at Camp-D, picked up the keys to the Falcon Gates
2:01 Arrived at the Falcon gates with 5X, Open both gates
2:08 Checked in 5X for Line 15B and turned them over to Capt. Bynum
2:10 Turned keys into Camp-D Tower-1 and exit to Bus Lot
2:14 Arrived at the Bus Lot and parked the bus

O.Scott, MSgt.

VOTE000416

# Daily Line Counts

Line #: 15                Date: 8-21-24

Pusher: PMoore
Gun Guard: MSgt Brusuad
Gun Guard: _____

AM Count: 16

PM Count: 14

B1 0
2  8
3  8
4  0
  16

## Comments:

arrived @ Gate 8:05 AM
opened Gate @ 8:30
Closed Gate @ 8:50
Issued Gaterade & Sunblock @ 9:00
called Med 3 at 9:20 for Haker Murphy 496331
Break at 9:21 to 9:36
Chow Short line 9:36 to 10:45
Break time 11:30 to 11:45
12:01 pm Heat alert
12:05 open Gate
12:40 closed Gate

VOTE000417

## Daily Line Counts

Line #: __15B Camp-D__   Date: __8-21-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. S. Lanus__
Gun Guard: _____

AM Count: __4 X__

PM Count: __4 X__

| | Count | | Time 9:55 am |
|---|---|---|---|
| F① | 0 | E① | 1 |
| F② | 0 | E② | 0 |
| F③ | 3 | E③ | 0 |
| F④ | 0 | E④ | 0 |

Total __4 X__

Comments:

6:35 Arrived at Camp-D, picked up the keys to Falcon gates from Tower-1
6:38 Open the Outter gate to Falcon Yard, standing by to checkout Line 15B
6:58 Open the inner gate to Falcon Yard to checkout Line 15B
7:00 Start checking out Line 15B with Capt. Cummings
7:08 Checked out 4 X for Line 15B, Closed the gates to Falcon Yard
7:14 Turned in the keys to Camp-D Tower-1 and exit to the Processing Plant
7:18 Arrived at the Processing Plant and picked ① cooler of water ① cooler of Sqwincher, offer "Sun Screen" to all inmates 0x inmates wanted Sun Screen
7:34 Exit the Processing Plant to Line 15A Shop with 4 X for Line 15B
7:38 Arrived at Line 15A Shop and picked up weedeaters, string and gas for Line 15B
7:42 Exit Line 15A Shop to the Mule Barn with 4 X for Line 15B
7:48 Arrived at the Mule Barn with 4 X Line 15B to unload and stack hay
8:00 Stacking hay and moving drums, Hobby craft, etc. out of shed
9:55 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:20 Major Pidgeon brought stickout trays to Mule Barn for Line 15B
10:55 Weedeating around sheds at the Mule Barn
11:20 Start back unloading and stacking hay
12:01 Angola announced a Heat Alert all work stop, inmates was given a "Break" to cool off "15" minutes
12:16 Start back unloading and stacking hay
1:01 "Break time" all work stop, inmates was given a "Break" to cool for "15" minutes
1:16 Break over start back stacking hay

VOTE000418

## Daily Line Counts

Line #: _15B Camp D_         Date: _8-21-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. Lanus_
Gun Guard: _____

AM Count: _4x_

PM Count: _4x_

**Comments:**
1:20 Turn Line over to MSgt. M. McFarland 4x for Line 15B so I can go on an Emergency Trip, Headland for the day
1:25 Exit Mule Barn and parked bus at Bus Lot

VOTE000419

## Daily Line Counts

Line #: **15B Camp-D**　　　Date: **8-22-2024**

Pusher: **MSgt. O. Scott**
Gun Guard: **MSgt. L. Ellis**
Gun Guard: _____

AM Count: **4x**

PM Count: **4x**

```
         Count            Time 9:50 a
F①   ∅         E①   1
F②   ∅         E②   1
F③   2         E③   ∅
F④   ∅         E④   ∅
                       Total  4
```

**Comments:**

6:25 Arrived at Camp-D, picked up the keys to the Falcon gates from Tower-1
6:28 Arrived at Camp-D Falcon gates and Open the outter gate to Falcon yard, standing by
6:58 Open the inner gate to Falcon yard to checkout Line 15B
7:00 Start checking out Line 15B with Lt. E. Williams
7:02 Checked out 4x for Line 15B and Closed the gates to Falcon yard
7:05 Turned in the keys to Camp-D Tower-1 and exit to the Processing Plant
7:08 Arrived at the Processing Plant and picked up ① cooler of water ① cooler of Squincher
7:19 Exit the Processing Plant to Line 15A Shop
7:22 Arrived at Line 15A Shop and picked up the weed eater, string and gas
7:28 Exit Line 15A Shop to Camp-H Road
7:35 Arrived at Camp-H Road with 4x for Line 15B, offer "Sun Screen" no inmates wanted any Sun Screen
7:40 Start weed eating grass on Camp-H Road
8:28 Capt. Roberson picked up 2x, inmates Ralph Taylor #102594 and Don Smiley #353624 to get their TB Test read, count is 2x
8:33 Capt. Roberson brought 2x back inmate Taylor and Smiley to Line 15B count is 4x
9:50 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:30 Exit Camp-H Road to the Processing Plant for chow
10:32 Arrived at the Processing Plant with 4x for chow
11:00 Angola announced a "Heat Alert" all work stop, inmates was given a 15 minute "Break"
11:15 Break over, exit the Processing Plant with 4x for Line 15B to Camp-H Road
11:20 Arrived at Camp-H Road with 4x for Line 15B, start back weed eating
12:00 "Break time" all work stop, inmates was given a 15 minute Break, weed eater off

VOTE000420

# Daily Line Counts

Line #: 15B (Camp-D)          Date: 8-22-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: _____

AM Count: 4X

PM Count: 4X

**Comments:**

12:15 Break over, start back weed eating Camp-H Road
1:00 "Break time" all work stop, inmates was given a "Break" to cool off
1:15 Break over, start back weed eating Camp-H Road
1:20 Finish Camp-H Road, exit to Line 15A Shop
1:26 Arrived at Line 15A Shop, put up weed eaters and gas
1:32 Exit Line 15A Shop to Camp-D with 4x for Line 15B
1:36 Arrived at Camp-D, picked up the keys to Falcon Gates
1:39 Arrived at Falcon Gates with 4x for Line 15B, Open both gate
1:42 Checked in 4X for Line 15B and turned them over to Capt. Williams and Closed gates to Falcon yard
1:43 Turned in keys to Camp-D Tower-1 and exit Camp-D to Bus Lot
1:46 Arrived at the Bus Lot and parked the bus

O. Scott, MSgt.

VOTE000421

## Daily Line Counts

Line #: 15B Camp-D                    Date: 8-23-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: _____

AM Count: 7x

PM Count: 7x

Count        Time 9:50 am

F① 0          E① 1
F② 0          E② 1
F③ 5          E③ 0
F④ 0          E④ 0

Total 7x

Comments:
6:27 Arrived at Camp-D, picked up the keys to the Falcon Gates
6:30 Arrived at Camp-D Falcon gates and open the Outter gate to Falcon yard, standing by
7:17 Open the inner gate to Falcon yard to checkout Line 15B
7:18 Start checking out Line 15B with Capt. Bynum
7:22 Checked out 7x for Line 15B and Closed gates to Falcon yard
7:25 Turned in the keys to Falcon gate to Camp-D Tower-1 and exit Camp-D to the Processing Plant
7:27 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of squinche
7:37 Exit the Processing Plant to Line 15A Shop
7:40 Arrived at Line 15A Shop, picked up weed eater, string and gas
7:47 Exit Line 15A Shop to the Air Strip with 7x for Line 15B
7:57 Arrived at the Air Strip offer Sun Screen to all inmates only ① inmate wanted Sun Screen
8:00 Start weed eating the fence line on the air strip with 7x Line 15B
9:00 Gave all inmates a ⑤ minute "Break" before the "Heat Alert" was announced
9:50 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:00 Gave all inmates a ⑤ minute "Break" before the "Heat Alert" was announced
10:04 Angola announced a "Heat Alert" all work stop, inmates was given a ⑮ minute "Break" to cool off
10:19 Break over start back weed eating the fence line on the air strip
10:25 Exit the Air Strip to the Processing Plant with 7x for chow
10:35 Arrived at the Processing Plant with 7x for Line 15B
11:08 Exit the Processing Plant with 7x for Line 15B to the MOTE 000422

## Daily Line Counts

Line #: 15B Camp-D      Date: 8-23-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: _____

AM Count: 7x

PM Count: 7x

**Comments:**
11:14 Arrived at the Air Strip with 7x for Line 15B
11:15 Start back weed eating the fence line
12:00 "Break time" all work stop, inmates was given a "Break" to cool off
12:15 Break over start back weed eating the air strip and the tree line
1:00 "Break time" all work stop, inmates was given a "Break" to cool off
1:05 Exit the Air Strip to Line 15A Shop
1:15 Arrived at Line 15A Shop and put up weed eaters and gas
1:23 Exit Line 15A Shop to Camp-D
1:26 Arrived at Camp-D, picked up the Keys to the Falcon gates
1:29 Arrived at Camp-D Falcon gates with 7x for Line 15B, Open the gates
1:33 Checked in 7x for Line 15B and turned them over to Capt Bynun and Closed the gates to Falcon yard
1:35 Turned Keys in to Camp-D Tower-1 and exit to the Bus Lot
1:39 Arrived at the Bus Lot and parked the bus

VOTE000423