UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A  
MEMBERSHIP ORGANIZATION ON  
BEHALF OF ITSELF AND ITS  
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering Plaintiffs' **Unopposed Motion To Partially Amend Fourth Amended Scheduling Order (Doc. 112)** and **Motion For Expedited Consideration Of Unopposed Motion To Partially Amend Fourth Amended Scheduling Order (Doc. 113)** (collectively, the "Motions"),

**IT IS ORDERED** that the Motions be and are hereby **GRANTED**. Plaintiffs shall provide Defendants with Dr. Robert T. Carter's expert report by September 13, 2024.

Baton Rouge, Louisiana, this **29th** day of August, 2024

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA