## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

NOW INTO COURT come Plaintiffs Voice of the Experience ("VOTE"), Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, by and through their attorneys, by way of this Motion for Class Certification, who respectfully request, for the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, the Declaration of Jeremy A. Benjamin, together with the exhibits annexed thereto, and the Declarations of Ray Faria, Joseph Guillory, Damaris Jackson, Patrick Jones, Chadarius Morehead, Darrius Williams, Joshua Hill Jr., Oren Nimni, and Lydia Wright, and that this Court enter an order certifying the following class and subclass under Rule 23(b)(2) of the Federal Rules of Civil Procedure:

- A class comprising all persons incarcerated at LSP who currently are, or may in the future be, assigned to the Farm Line (the "General Class"); and

- A subclass comprising all persons incarcerated at LSP with disabilities that substantially limits one or more of their major life activities, who currently are, or may in the future, be assigned to the Farm Line (the "ADA Subclass").

Plaintiffs further respectfully request that:

- Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams be appointed as class representatives for the General Class.

- Damaris Jackson, Nate Walker, Kevias Hicks, and Joseph Guillory be appointed as class representatives for the ADA Subclass.

Plaintiffs further respectfully request that, for the reasons set forth in the Hill Declaration, the Nimni Declaration, and the Wright Declaration, undersigned counsel be appointed as class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Respectfully submitted,
September 30, 2024

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Samantha Bosalavage, La. Bar No. 39808
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org
sbosalavage@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Oren Nimni*
Oren Nimni (PHV) MA Bar No. 691821
Amaris Montes (PHV) MD Bar No. 2112150205
416 Florida Avenue NW, Se. 26152

2

Washington, D.C. 20001
Tel: (202) 455-4399
oren@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Joshua Hill Jr.*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Michael McGregor (PHV) NY Bar No. 5510490
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo R. Sabater (PHV) NY Bar No. 5933379
Leah R. Weiser (PHV) NY Bar No. 6027601
1285 Avenue of the Americas,
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*