# Exhibit 21

# Offender Orientation Information/Manual

# Louisiana State Penitentiary

Prepared by:

The Classification Department

Louisiana State Penitentiary

May 2020



Amber Vittorio

**EX 0048**

M.S. 08.02.24

Vittorio Emails
0019325.02



# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

To:   All new offenders assigned to Louisiana State Penitentiary

Re:   Offender Information

The following manual was compiled to provide new offenders with basic information concerning the functions of various departments at Louisiana State Penitentiary; this information will enable offenders to contact the most appropriate department necessary to address their problems/concerns. If an offender is unsure or has problems identifying the proper department, they should contact the Classification officer (also known as ARDC Specialist) assigned to their housing area for assistance.

Our goal at Louisiana State Penitentiary is to provide offenders with the safest, most productive, and most rehabilitative environment possible. In order to accomplish this, all offenders are encouraged and expected to follow the rules, regulations, and policies of the Department of Public Safety and Corrections and Louisiana State Penitentiary.

Vittorio Emails
0019325.03

Vittorio Emails
0019325.04

# TABLE OF CONTENTS

I.   **Responsible Departments**

II.  **Security**

A. Posted Policies
B. Offender Mail, Packages and Publications
C. Hobby Craft
D. Personal Property

III. **Programming/Treatment**

A. Classification/ARDC Specialist/Supervisor/Manager
B. Visitation
C. Medical & Auxiliary Aids and Services
D. Religion/Chaplains
E. Records
F. Recreation
G. Prison Rape Elimination Act (PREA)
H. Education
I. Mental Health

IV.  **Administrative Services**

A. Legal Programs/Administrative Remedy Procedure/Law Library
B. Offender Banking/ JPay/Incentive Wages

Vittorio Emails
0019325.05

Vittorio Emails
0019325.06

# SECTION I.    **RESPONSIBLE DEPARTMENTS**

**Warden:**    The Head Administrative Officer in charge of the institution. Informal and formal complaints and comments may be directed to the Warden's office. It is the philosophy of the Warden to provide offenders with a safe and clean environment; and to encourage offenders to participate in a variety of effective and productive programs available at Louisiana State Penitentiary.

**Deputy Warden Security:** Responsible for assisting the Warden on all security related issues.

**Deputy Warden Operations:** Responsible for assisting the Warden in all areas relating to the overall operations of the prison.

**Deputy Warden Programming:** Responsible for assisting the Warden in all areas pertaining to programming.

**Assistant Warden (Security/Programming/Treatment Center):** Responsible for assisting the Deputy Warden of their area/department, to ensure the mission of the Department of Corrections and Louisiana State Penitentiary are accomplished.

**Offender Records:** responsible for processing new admissions and releases, maintains and updates all institutional offender records, calculates release dates, including their GTPS dates with awarded CTRP credits, parole eligibility and submittals to the board.

**Cashiers Office (Offender Banking):** Processes all money sent through JPay, visiting areas, offender organizations, rodeos, and hobby craft sales. ALL outside deposits must be processed through JPay.

**Offender Banking/Accounts Office:** responsible for maintaining record of all offender monies/account activity and processing requests for withdrawals or transferring money to savings account.

**Chaplains Office:** regular religious services are held throughout the facility in every housing area. Offenders should check the bulletin boards in their living area for announcements and call-out information pertaining to religious programs. They may also consult the offender Ministers in their living areas.

1

Vittorio Emails
0019325.07

Vittorio Emails
0019325.08

# SECTION I.          <u>RESPONSIBLE DEPARTMENTS</u>

<u>Mail and Package Room:</u> Processes and distributes incoming and outgoing mail and packages. They also monitor all JPay correspondence.

<u>R.E. Barrow Treatment Center:</u> The On-site treatment center (hospital) that cares for the offender population by providing assessments, treatment, and nursing care. The Hospice Chapel is also provided for mediation and funeral services.

<u>Legal Programs:</u> provides legal aid services and processes all request for Administrative Remedy Procedure.

<u>Classification:</u> Classification Staff (ARDC Specialist) are assigned to all areas of the prison to assist the offenders with their questions and concerns and may direct the offender to the most appropriate department to handle their concern.

2

Vittorio Emails
0019325.09

Vittorio Emails
0019325.10

## SECTION II.          SECURITY

### A.    Posted Policies

Violations of the Posted Policies enforced by Louisiana State Penitentiary and The Department of Public Safety and Corrections are actionable under the appropriate rule(s) as described in the **Disciplinary Rules and Procedures for Adult Offenders.** Posted Polices are available throughout the prison, if you have questions you may direct them to the offender Legal Aid Counsels in your housing area.

**Wake up/Lights on:** Lights on in all areas at 5:00 a.m. and count time immediately following Shift Change. All offenders are to get up, make their beds, dress, prepare for breakfast, and work call and to receive medication (pill call). Lights are also turned on at 5:00am on the weekends and holidays. Offenders are not required to get out of bed on weekends and holidays unless they have a work assignment/job that requires them to get up during the weekend and/or holiday or they are required to get up for pill call for needed medication.

**Work Call:** Offenders will report to the proper work gate immediately following morning and noon meals. Normal Check out times are 7:00am and 1:00pm. The check-out times may change due to weather, special functions inside the prison, season changes, and other reasons deemed necessary by Administration and Security staff. Some offenders may have differing work schedules depending on the need of their work area. Each offender will be instructed by his work supervisor when he is to report to work if required to work a different schedule. Any offender failing to report on time to the check-out gate officer is in violation of Aggravated Work Offense (Rule #28). (Exceptions: offenders who have been placed on callouts and/or offenders with a shift work assignment) Offenders must be properly prepared for work, including having appropriate clothing and footwear. Offenders will line up in roll call order with a minimum of milling about and/or confusion.

Offenders reporting to a work assignment for the first time are expected to line up at the end of the lines until they are assigned a roll call spot.

All offenders returning from work will be subject to searches. Offenders will prepare themselves for searches by removing all headgear, coats and footwear. Pockets will be completely emptied and personal items held in hands or cap. Offenders can be subjected to searches at any time. Offenders will report promptly to housing areas when returning from work in order to be prompt for counts.

3

Vittorio Emails
0019325.11

**Section II.**              **Security**

**A.    Posted Policies**

**Incentive pay:** It is the policy of Louisiana State Penitentiary to compensate all offenders who have served at least three (3) years of their sentence in the physical custody of the department of corrections. Also those offenders who have performed well and satisfactory work in their assigned work area/job assignment. Offenders shall be compensated under a pay grade, requests for increases must be directed to the offender's work supervisor, or offenders may contact their Classification officer for instructions.

**Access to Medical Care:** All offenders requiring evaluation by Emergency Medical Technician must complete a sick call form from their housing location and present it to the EMT when sick call is called.

**Sick Call areas**

**Main Prison**
East Yard – East Yard Major's office
West Yard – West Yard Major's office

**Camp C**
Bear – Bear Office
Wolf – Wolf office

**Camp D**
Eagle – Eagle office
Falcon – Falcon office

**Camp F**
All dorms – E-Building

4

Vittorio Emails
0019325.12

## Section II.          Security

### A.    Posted Policies

**Armed Officers:** Offenders are not permitted within 75 feet of an armed officer unless properly restrained in handcuffs, waist chains and leg irons. Offender shall NOT approach an armed officer.

**Perimeter Fences:** Offenders are not allowed within 10 feet of any perimeter fence without the expressed permission of a Correctional Officer supervising a work detail.

**Identification Cards:** Offenders must have an identification card issued by the Louisiana State Penitentiary ID Department. Offenders must produce their cards on demand at any time or place. Lost or destroyed ID cards must be replaced at the expense of the offender. Offender needing a new ID card should see their unit Classification officer.

**Proper Clothing:** Offenders will wear state issued clothing (or the equivalent) between 6:00am and the evening meal, Monday through Friday. Offenders must wear state issued clothing (or the equivalent) to dining halls, to visits, or to any weekend/holiday assignment. Authorized cutoffs or shorts may be worn only during weekends, holidays, and off duty hours.

In addition, offenders will be required to be fully dressed to attend call outs of any kind.

**Improper Clothing:** Offenders wearing articles of clothing depicting sexual content, profanity or any other clothing with inappropriate material will be subject to disciplinary action and the articles of clothing will be confiscated. While sleeping, offenders must wear at least underwear or pajamas.

State issued clothing, including blue chambray work shirts and blue denim jeans shall not be cut to make short sleeve shirts, short pants or other unnecessary alterations. Offenders in violation may be subject to disciplinary action for Property Destruction (Rule #17).

All offender clothing both personal and state issued, must be marked with an offender's name and DOC number. Any other markings, drawings, paintings, etc., will be considered a violation, and the offender will be subject to disciplinary action. Only the Warden or his designee may approve for exceptions such as logos, monograms, and other designs.

5

Vittorio Emails
0019325.13

**Section II.**          **Security**

**A.      Posted Policies**

**Offender Telephone Calls:** Offenders are allowed to make telephone calls to friends and family using the offender telephone. These calls may not exceed 15 minutes. Offenders are allowed to purchase phone minutes through the offender canteen to pay for calls to their family and friends. Each number an offender wishes to call must be on his approved phone list of twenty (20) numbers, the offender's phone list is maintained by the SECURUS Company. The Telephone add/drop forms may be obtained through the offender's unit Classification officer. The completed form should be signed by the offender and a Correctional Officer or Classification staff and then mailed to Securus at the Old Administration building.

Securus requires all offenders to enter their personal identification number (PIN) when placing calls on the offender telephone system. Offenders' PINs are their department of Corrections (DOC) number, followed by their date of birth (using the day and last two digits of the year). Offenders having five digit DOC Numbers, should enter a Zero (0) before their number. When Offenders place calls, the automated operator instructs them when to enter their PIN. Instructions pertaining to proper use of the telephone are available in all housing areas.

Numbers with prefixes 800, 877, 888 are not allowed, NO TOLL FREE NUMBERS. All phone calls with the exception of Legal Calls are recorded and may be monitored by LSP staff.

**Money:** Cash money is considered contraband. Money seized from offenders is placed in General Funds. Violators are subject to disciplinary action for Contraband (Rule #1).

**Gambling:** Offenders are not allowed to use any object to "gamble" on events and/or card games. Violators are subject to disciplinary action for Gambling (Rule #12), even if the objects are personal property.

Offenders are not allowed to buy, sell, barter, or trade with state or personal property.

**Unauthorized Items:** Offenders are not allowed to carry unauthorized items through gates when leaving their living areas.

Vittorio Emails
0019325.14

## Section II.    Security

### A.    Posted Policies

**Canteen:** Offenders must present their identification card in order to make canteen purchases. Offenders must check the items they have purchased when the canteen officer issues them. No changes will be made after the order has been accepted.

Over the counter medications may be purchased in the canteen when available. Offenders who abuse their canteen privileges are subject to having their privileges suspended/restricted. This includes but not limited to the following actions, cutting in line, shouting in line, horseplay and/or being difficult or disrespectful with the canteen officers.

**Visitation/Banquets:** Offenders are notified of visitors by their dorm officers and the offender has 30 minutes to prepare himself for the visit, showering, dressing, etc. They shall report to the designated visiting area and check in with security. Offenders are not permitted to wear their hair braided, platted, any extreme style, or have any object such as rubber bands, bread wrappers, etc. in their hair for visitation. Offenders may have in their possession an identification card, and hobby craft approved by their unit security. Hobby Craft cannot be returned with the offender at completion of the visit. All unauthorized items in an offender's possession following completion of a visit will be confiscated and held pending disposition.

While visiting an offender may eat and drink items bought by their visitors or themselves from the offender concession area; these concession items cannot be taken out of the visitation area.

Offenders are not permitted to table hop. Offenders who have contact visits may embrace (hug) and exchange a brief kiss (briefly to indicate fondness, not a lingering kiss) with their visitor at beginning and end of the visit. During the visit the only contact permitted is holding hands. Excessive displays of affection or sexual misconduct between offenders and visitors is strictly prohibited. Small children may be permitted to sit on the lap of the visitor or offender. Any improper contact between an offender and visitor shall be grounds for stopping the visit immediately; improper contact may include but is not limited to the following, placing a leg over a another's leg, touching genitals, touching breasts or other behavior that may be considered offensive to the general public. Violations are actionable under Disorderly Conduct (Rule #6) and/or Aggravated Sex Offense (Rule #21). A visitor may be suspended or removed from an offender's approved visiting list as a result of such inappropriate or prohibited behavior.

7

Vittorio Emails
0019325.15

## Section II.           Security

### A.    Posted Policies

**Contraband:** Contraband is described as those items included in (but not limited to) the description of Rule #1 in the Disciplinary Rules and Procedures for Adult Offenders. If you have a question about a particular item in your possession, contact the security supervisor in your housing area. Items of contraband found in your possession or immediate area of control including but not limited to cell, bed area, hobby shop box, or your specific work area will subject you to disciplinary action.

**Kitchen Policies:** Kitchen policies are posted in each dining area. Generally all head gear shall be removed when entering a dining area and armpits must be covered by shirts. Special or Medical diets will be coordinated by the dieticians, Religious Department/Chaplains, and the medical staff. Any questions regarding special diets should be brought to the attention of the Dietician or EMT in your area.

**Television Policies:** Television policies may vary according to your custody status or housing assignment. Generally, the choice of programs will be made by the majority of offenders who wish to watch TV. More television time is allowed on weekends and holidays. Questions regarding the use of televisions may be directed to the security supervisor in your housing area. Abuses of television privileges (loud volume, etc) may result in disciplinary action under Rule violation #18 Radio/Tape player abuse.

**Personal Property:** A list of approved personal property items can be found in the Offender Posted Policy #028, Personal Property – Offender Population. Certain housing locations at Louisiana State Penitentiary have specific policies regulating the items an offender can have, Death Row, Closed Cell Restriction (CCR), Preventative Segregation, Disciplinary Segregation, Investigative Segregation, etc.

**Note:** Offenders shall not be allowed to possess identification documents such as state identification card, driver's license, social security card, birth certificate/card, passport, etc. Therefore should an identification document be found in an offender's possession/property, it shall be forwarded to the Transition Specialist Office for appropriate handling.

Musical instruments may be allowed on an individual basis, however, it must be approved by the Recreation Director and stored in an area designated by the Unit Warden.

No Camouflage color, no female clothing, and no clothing articles that are similar to security clothing.

Vittorio Emails
0019325.16

## Section II.            Security

### A.    Posted Policies

**Laundry:** Laundry days vary according to each living area. Clothing should be clearly marked with your name and DOC number to insure proper return. If you have questions regarding the laundry procedures see a security supervisor in your housing area.

**Lights Out:** Lights out time is generally at 10:30pm on week nights and 11:00pm on weekends. This may vary according to custody statuses, specialty dorms or during emergency situations. Movement will be restricted to the bathroom after lights out. Exceptions to this rule are for early morning work calls or according to the dorm officer or security supervisor's orders. Violations of this could result in disciplinary action Rule #24 Unauthorized Area or #4 Disobedience.

**Living Area Procedures:** Policies pertaining to shower use, bed area arrangement and storage of personal property will vary according to custody status and housing area/assignments. Each offender is responsible for making his own bed and keeping his bed area, locker box and laundry sack in a neat and orderly fashion. Failure to meet these responsibilities may result in disciplinary action under #4 Disobedience and #26 Unsanitary Practice. Security staff assigned to the living area may give further instructions for that specific housing area.

**Counts:** Counts will begin at different times according to the length of daylight hours during the different seasons of the year; however, the major count times will typically be at the following times; 5:00 am, 12:00 pm (noon), 4:00 pm, 7:00 pm (fall) or 8:00 pm (spring) and 12:00 am (midnight). During MAJOR count times in the dormitory, all offenders will be seated at the end of their beds facing toward the front of the dormitory. Offenders who are "stuck out" to work areas, visiting areas, callouts, or other areas away from their housing location will be accounted for in those locations. At all counts other than MAJOR counts, the offenders will be counted in the area they are located in the dormitory, shower, lobby, TV area, etc.

**GI/Cleaning Days:** Cleaning days will vary according to housing location. Dorm orderlies and offenders with no duty/bed rest may be allowed to remain in the dormitories during the cleaning; however, other offenders may be ordered to leave the units during the cleaning time.

9

Vittorio Emails
0019325.17

## Section II.          Security

### A.     Posted Policies

**Offender Organizations:** Offender organizations exist for the mental, spiritual, social, and athletic betterment of the offenders. Although offenders provide direct leadership for these organizations, club sponsors (security/staff personnel), the Unit Assistant Warden, and Assistant Warden Security monitor and supervise all club activities.

Members of these organizations are urged to keep their affairs in order, as abuse of these privileges can result in suspension or termination of any program or organization. As in all cases, the behavior of one offender can harm the benefits enjoyed by many. Funds are raised mainly through approved concessions and accounted for in accordance with all applicable regulations and directives.

**Transporting Offenders:** Transporting offenders by foot or by vehicle is a daily necessity. Offenders are not allowed to yell or holler at each other when in transit from one area to another. Violations may result in disciplinary action.

**Indigent Offenders:** Departmental Regulation B-09-004 defines an indigent offender as: Those who do not have sufficient funds in the appropriate account(s) at the time of their request for indigent services and/or supplies to fully cover the cost of the requested services or supplies.

Indigent services and/or supplies: those services and/or supplies that are deemed necessary to be provided at state expense if the offender does not have sufficient funds to purchase them himself. This includes, but is not limited to the following, medical services for which co-payments are assessed; infectious disease testing prior to parole; postage for approved legal mail and two personal letters per week; approved legal supplies; reasonable copies related to legal work; offender padlocks; personal hygiene supplies and replacement of identification cards where such replacement is chargeable to the offender.

Indigent Postage/Legal Mail: This process will be handled by your unit ARDC Specialist-Classification officer. You must submit a completed drawslip and a completed Offender's request for Legal/Indigent Mail slip. The Classification officer will sign your request for Legal/Indigent mail slip and give you your copy; they will then collect your drawslip and legal mail to be sent to the mail room for further handling. The original copy of the Request for Legal/Indigent Mail slip will be placed in your classification file. The mail room will determine the appropriate amount for postage and will return a copy of your drawslip to you with the amount indicated and will also forward a copy to offender banking for processing.

10

Vittorio Emails
0019325.18

**Section II.**          **Security**

## B.     Offender Mail, Packages and Publications

### Privileged Correspondence mail (to and from):

    a.  Identifiable courts
    b.  Identifiable prosecuting attorneys
    c.  Identifiable Probation and Parole Officers, Parole and Pardon Board
    d.  State and Local executive officers
    e.  Identifiable attorneys
    f.  Secretary, Deputy Secretary, Chief of Staff, Undersecretary, Assistant Secretary; other officials and administrators of grievance systems of the Department
    g.  Local, State, or Federal Law enforcement agencies and/or officials

### Identification of Privileged Correspondence: It is the responsibility and duty of institutional staff to verify the legitimacy of the official listed on the envelope. If official or legal capacity of the addressee cannot be verified the letter is to be treated as general correspondence.

### All Outgoing Privileged Correspondence shall include:

    a.  A complete legible name and address of the party the correspondence is being sent to
    b.  The offender's name, DOC number, housing unit, and the address of the institution on the upper left hand corner of the envelope
    c.  Drawings, writing, and marking on envelopes, other than return and sending address are not permitted.

### Incoming Privileged Correspondence: All incoming privileged correspondence must contain the return address of the sender and the name and DOC number of the offender. All incoming privileged correspondence shall be opened in the presence of the offender to whom it is addressed and inspected for presence of contraband. If the material does not appear to be entitled to the privilege or if any contraband is present, the correspondence may be restricted, confiscated, returned to sender, retained for further investigation, referred for disciplinary proceedings or forwarded to law enforcement officials.

Vittorio Emails
0019325.19

Section II.           Security

**B.**    **Offender Mail, Packages and Publications**

**An offender may write to anyone except the following:**

a.  a victim of any criminal offense for which the offender has been convicted or for which disposition is pending, except in accordance with specific procedures established by the Warden in conjunction with the Crime Victims Services Bureau.

b.  Any person under the age of 18 when the person's parent or guardian objects verbally or in writing to such correspondence

c.  Any person whom the offender is restrained from writing to by court order

d.  Any person who has provided verbal or written request to not receive correspondence from an offender

Each offender shall pay personal mailing expenses except an indigent offender.

Foreign language, letters, publications or materials which are written in a foreign language or which are utilized to learn a foreign language are prohibited.

**Offender to offender correspondence:** offenders at LSP may correspond with each other if their letters are not considered a threat to security of the institution. **Exception:** Offenders assigned to Preventative Segregation and Death Row may not send correspondence to or receive correspondence from other offenders housed at LSP. An offender may not send a package, merchandise, books, newspapers and/or magazines to another offender at LSP or another institution.

12

Vittorio Emails
0019325.20

**Section II.**            **Security**

**B.**      **Offender Mail, Packages and Publications**

<u>**Outgoing General Correspondence and Farm Mail - Review, Inspection and Rejection:**</u> Outgoing general correspondence and farm mail shall not be sealed by the offender and may be read and inspected by staff. Outgoing general correspondence and farm mail may be restricted, confiscated, returned to offender, retained for further investigation, referred for disciplinary proceeding, or forwarded to law enforcement officials, if review discloses correspondence or materials which contain or concern the following:

   a.  The transport of contraband
   b.  Plans to escape
   c.  Plans for activities in violation of LSP or Departmental rules
   d.  Information which, if communicated, would create a clear and present danger of violence and physical harm to a human being
   e.  Letters or Materials written in code, or a foreign language when the offender understands English (unless the Warden or designee determines that the recipient is not fluent in English)
   f.  Mail which attempts to forward unauthorized correspondence to a third party
   g.  Threats to the safety and security of staff, other offenders or the public, facility order or discipline or rehabilitation (including racially inflammatory material)
   h.  Sexually explicit material
   i.  Other general correspondence for which rejection is reasonably related to a legitimate penological interest.

13

Vittorio Emails
0019325.21

**Section II.**          **Security**

**B.**     **Offender Mail, Packages and Publications**

**Incoming General Correspondence - Review, Inspection and Rejection:** All incoming general correspondence and emails must contain the return address of the sender and the name and DOC number of the offender. All incoming general correspondence shall be opened and inspected for contraband, cash, checks, and money orders and is subject to being read. Any stick on label or stamp may be removed. All incoming general correspondence may be rejected if such review discloses correspondence or material(s) which would reasonably jeopardize legitimate penological interests, including but not limited to, material(s) which contain or concern the following:

a. The transport of contraband in or out of the facility
b. Plans to escape
c. Plans for activities in violation of LSP or Department rules
d. Plans for criminal activity
e. Violations of LSP Penitentiary Directive No. 16.002
f. Letters or materials written in code
g. Threats to the safety and security of staff, other offenders, or the public, facility operations/order, discipline or rehabilitation (including racially inflammatory material)
h. Sexually explicit material
i. Greeting cards and Post cards
j. Decorative stationary or stationary stickers
k. Other general correspondence for which rejection is reasonably related to a legitimate penological interest

**Notice of Rejection:** The offender shall be notified within three working days, in writing, of the correspondence rejection and the reason; this shall be on the Incoming/Outgoing General Correspondence and Farm Mail Notice of Rejection form. Rejections are appealable through the Administrative Remedy Procedure through Legal Programs Department.

14

Vittorio Emails
0019325.22

**Section II.**                    **Security**

**B.**    **Offender Mail, Packages and Publications**

**Packages:** All packages must be sent directly from an approved vendor from which the items were purchased with the sales receipt enclosed. All items must be new. The vendor's return address must be rubber ink stamped on the package or on a pre-printed return address label. If a package does not meet the previously stated requirements it will be refused and returned to sender.

Offenders in certain housing assignments, including but not limited to Investigative Segregation and Disciplinary segregation may be restricted from receiving packages and publications during their stay in those housing assignments. Approved packages will be held for the offender and sent to him upon his release from those housing assignments.

All accepted packages will be inspected for the purpose of discovering contraband. A list will be kept of items an offender received in the package; including brand names of each item when possible.

Upon discovery of unapproved items or contraband in an incoming package, the following procedures will be implemented:

    a.  All perishable items will be disposed of
    b.  Contraband will be handled in accordance with LSP Penitentiary Directive No. 16.006 Procedures for Handling Contraband
    c.  Notice to the offender of unapproved items other than perishables and contraband, the date of receipt, the reason the items are unacceptable, and that the offender has 21 days to provide return postage for the package, or it will be otherwise disposed of at the end of 21 days.
    d.  Indigent offenders may request postage for this service in accordance with LSP Penitentiary Directive No. 16.007 Indigent Mail. At the end of the 21 days, the disposal process will begin.
    e.  When postage is received, the package will be returned to sender. The offender may provide fees for postal insurance if desired
    f.  Appeals of unapproved items should be handled through the Administrative Remedy Procedure through the Legal Programs Department.

Vittorio Emails
0019325.23

**Section II.**          **Security**

**B.**      **Offender Mail, Packages and Publications**

**Stamps:** Offenders may not purchase in excess of $25.00 worth of US Postage stamps at one time. Offenders will store their stamps in their personal locker boxes. Offenders may not carry stamps out of their living area unless the stamps are placed on addressed outgoing mail to be dropped in the mail box, this includes his work area and any type of callout. An offender leaving the institution on court order, who expects to be gone for more than one day, may take his stamps with him.

**Mailboxes on Cell Block Area/Tiers:** Mail boxes are placed at the head of each tier for outgoing mail to be deposited. It is the responsibility of each offender to deposit his mail in these boxes when he is going to the shower, callout, recreation/yard time, and tier time. Security Officers in these areas are not authorized to handle outgoing offender correspondence.

**Federal Electronic Filing Program:** All Pleadings to the United States District Courts for the Middle, Western and Eastern Districts of Louisiana, the Louisiana Supreme Court, the Louisiana Fourth Circuit Court of Appeals, and the Louisiana Fifth Circuit Court of Appeals shall be placed in the standard outgoing mailboxes at each location. No postage shall be placed on these envelopes. After pick-up by the Mail/Package Department Personnel, all pleadings will be delivered to the Legal Programs Department for scanning to these courts. After scanning is complete, the originals will be returned to the offender through the farm mail.

16

Vittorio Emails
0019325.24

## Section II.           Security

### C.    Hobby Craft

Various Hobby Craft activities will be allowed to the offender population, each unit may have specific rules and guidelines pertaining to what is allowed.  Any questions or concerns regarding Hobby Craft should be directed to the Security Supervisor in the offender's assigned location. An offender must be approved and assigned a Hobby Craft box by a Security Supervisor before any Hobby Craft materials or tools can be obtained. If Hobby Craft materials or tools are found in the offender dormitories, disciplinary action may be taken.

Security shift supervisors and work area supervisors are responsible for maintaining appropriate controls and records, such as but not limited to; tool control inventories, flammables, toxins and caustics control inventories, and all other rules and procedures concerning Hobby Craft.

The sale of offender Hobby Craft to employees and their immediate family members must be closely monitored by supervisory staff at the highest levels to ensure there is no undue influence by or preference given to employees and their immediate family members relative to price, quality, and/or other factors related to the transaction. Offenders may not give, sell or trade, or transfer to employees or family members of employees any Hobby Craft item of value unless Unit procedures are complied with.

Commercial arrangements between staff and offenders where resale of the item is contemplated are prohibited. If you should have any further questions regarding sale of Hobby Craft to an employee or immediate family member you may request a copy of Offender Posted Policy #017.

No offender will be allowed in the Hobby Shop unless he is assigned a box or is assigned as a helper.

No horseplay of any type will be permitted in the hobby shop.

Offenders must wear safety goggles when operating motorized tools or any tool that may create dust or fragments. The offender is responsible for the purchase of goggles for his own use.

Each offender is responsible for cleaning his own hobby shop area at the end of the day.

17

Vittorio Emails
0019325.25

**Section II.**                    **Security**

**D.    Personal Property**

A list of all items an offender may possess and/or obtain while housed at Louisiana State Penitentiary can be found in offender Posted Policy #028 Personal Property-Offender Population. The items offenders may have will vary depending on the offender's assigned housing location.

**Marking of Clothing:** Offenders must mark their personal clothing with the initial of their first name, their full last name, and DOC number. Nicknames are not permitted. It is the offender's responsibility to mark his clothing. An offender that has unmarked clothing in his possession is subject to disciplinary action.

**Alterations to Clothing:** Offenders may not alter personally owned or state issue clothing, shoes, boots, etc, in any fashion. Alterations such as drawings, writings, cutouts, etc. will not be permitted. Offenders are permitted to make reasonable repairs to their clothing, including the stitching of the garment to repair a tear or ripped seam.

**Concealing Contraband:** an offender found to be hiding any type of contraband within any of his personal possessions will have that piece of personal property confiscated. The confiscated property will be sent to the offender's home at his expense within 30 days from the date of confiscation or it will be disposed of in accordance with Department Regulation C-03-007. For a period of one year following the confiscation, the offender will not be permitted to have another similar item.

**Use of Personal Property to engage in fights, attacks, etc:** An offender who uses an item of personal property or any appendage of an item of personal property to attack, hit, or otherwise attempt to inflict harm upon an employee or another offender will have that item of personal property confiscated.

**Storage of Personal Property:** Offenders must store all their personal property and state issue property in the locker or lockers issued to them by the institution. This includes clothing, shoes, radios/music/media players, canteen items, books, legal materials, etc. The only time an item will be allowed out of the locker is when it is in use.

Each offender may have one picture frame on top of his footlocker. A maximum of four pairs of footwear (shoes, boots, etc) may be placed under the offender's bed. On GI days, the footwear must be placed on the bed or footlocker.

18

Vittorio Emails
0019325.26

## Section III.             Programming/Treatment

### A.     Classification/ARDC Specialist/Supervisor/Manager

The Classification Department and its officers function as mediators between the offender population and various other departments such as, Administration, Security, Parole and Pardon Board, etc. They serve as advisors who listen to offender problems and complaints in order to offer possible solutions and/or information. They will also direct the offender to the proper department to seek resolutions to their problems.

ARDC Specialist-Classification are available to assist offenders in general population through office visits and the officer being available in the dining hall during the lunch/noon meal. ARDC Specialist-Classification officers will make rounds in cellblock areas a minimum of two times per week.

### Initial Classification Procedures:

Each offender shall be interviewed by the initial intake board, which will include; medical, Mental Health, Transition Specialist Staff, Classification and Security (Major or above). The offender's master prison record shall be reviewed if available during the Initial Classification Board to assist with appropriate placement of the offender. Offenders shall be classified to work and school assignments and referred to programs as appropriate. The members of the Initial Classification board shall take the following into consideration when placing an offender; conviction, sentence, age, previous arrest history, previous incarceration(s), previous conduct at parish/local level or DOC facility, medical condition, mental health condition and attitude/behavior during interview.

All offenders received in admission shall be clean shaven (head and face) for the purpose of identification photographs. Exception: any offender whom has a documented and approved Religious exemption. Each offender will also be required to have photographs taken of all tattoos. Each offender will be fingerprinted.

All new intake offenders arriving at Louisiana State Penitentiary are required to work in the field/farm line (large vegetable gardens/field) for at least six months, subject to medical and mental health clearance. After working six months in the field and remaining disciplinary report free for a period of 90 days, offenders can request consideration for a job change through their unit Classification Officer.

Vittorio Emails
0019325.27

## Section III.                    Programming/Treatment

### A. Classification/ARDC Specialist/Supervisor/Manager

**Reclassification Board (Job, Quarters, and/or Custody):** Any offender, who has been assigned to Louisiana State Penitentiary for six months and has been in his present custody status, job assignment and/or quarters assignment for ninety days without a disciplinary report, may be reclassified upon either the request of the offender or the recommendation of any staff member. Repeated requests which are deemed inappropriate and/or excessive may not be accepted or acted upon.

Offenders selected for a Reclassification Board will be notified by a posting on the bulletin board in the offender's housing area 48 hours prior to the board, unless precluded for security or other substantial reasons. This may include special boards that are held to reclassify offenders based on security requests.

Offenders receiving changes in their job may be reassigned based on institutional need. There are many job opportunities available at Louisiana State Penitentiary; which include but not limited to the following:

a. Kitchen Workers
b. Laundry Workers
c. Groundskeeper/Yard Orderly
d. Janitor/Cleaner/Dorm Orderly
e. Offender Counsel Support (Legal Aide)
f. Nursing Aide
g. Educational/Library worker
h. Non-Farm Animal Worker
i. Barber
j. Stock Clerk
k. Farm Animal Worker
l. Painter-Construction
m. Maintenance
n. Highway Maintenance Worker (Road and Levee)
o. File Clerk
p. Electrician
q. Refrigeration Mechanic
r. Metal/Plastic Machine operator

s. Welder
t. Field work/Field line
u. Social Mentors
v. Certified Tutors
w. Vocational Mentors
x. Sign Language interpreters

20

Vittorio Emails
0019325.28

## Section III.    Programming/Treatment

### A. Classification/ARDC Specialist/Supervisor/Manager

**Occupational Opportunities offered at LSP:** In addition to the farm line and orderly jobs, Louisiana State Penitentiary offers on the job training in the following occupation areas:

**Prison Enterprises Occupation Areas**

- a. Mattress Factory
- b. Metal Fabrication
- c. Tag Plant
- d. Print Shop
- e. Silk Screen
- f. Tractor Driving
- g. Tractor Repair
- h. Range Herd Management
- i. Food quick-freeze operation

**Institution Occupation Areas**

- a. All types of Maintenance
- b. Automotive, maintenance and repair
- c. Canine Training
- d. Culinary
- e. Warehouse Operations
- f. Tutors
- g. Angolite Staff
- h. Tractor Drivers
- i. Landscaping/Horticulture
- j. Vegetable Grading Shed/Processing
- k. Incinerator Operations
- l. Para-Legal/Offender Counsel Substitutes
- m. Radio Station disc jockeys
- n. Television Station
- o. Laundry Workers
- p. Small Engine Repair
- q. Librarians
- r. Pest Control
- s. Telephone Repair
- t. Refrigeration Repair
- u. Road and Levee
- v. Offender Ministers

21

Vittorio Emails
0019325.29

**Section III.**            **Programming/Treatment**

**A. Classification/ARDC Specialist/Supervisor/Manager**

**Cell Block Review Board:** All cell block review boards are composed of a Security (Major or above), a Corrections ARDC Specialist-Classification, and a Mental Health professional. Two members will suffice as a quorum, as long as Security and Corrections ARDC Specialist-Classification are present.

    a. Working Segregation: all offenders assigned to this maximum custody housing area will be reviewed by a Cell Block review board every 90 Days. This review board will be a "live" board, meaning the offender and his master prison record will be present during the review board.

    b. Preventative Segregation 1, 2 and 3: Offenders housed in maximum custody preventative segregation (except for Death Row) will be reviewed every 30 days. Boards held every ninety days will be "live" boards, meaning the offender and his master prison record will be present during the review. The remaining review boards will be "silent" boards, meaning the offender will not be present; however, the offender's master prison record will be reviewed.

**Custody/Trusty Reclassification:** Offenders assigned to Louisiana State Penitentiary are eligible for assignment to Level 3 Trusty status if the following criteria are met:

    a. Must have served at least ten years of sentence in a DOC Facility. A waiver may be granted by the Warden or his designee

    b. No history of sex offense convictions. A waiver may be granted by the Warden or his designee to allow the offender to work on facility grounds only, not including the staff residential area. Offenders convicted of a sex offense must complete Risk Management (Sex Offender Treatment) or be on the waiting list to attend Risk Management prior to being recommended for a custody change to minimum/Trusty

    c. No active detainers other than misdemeanor charges

    d. No major rule infractions/disciplinary reports in the last 90 days

    e. No history of escape in the last seven years

Vittorio Emails
0019325.30

## Section III.    Programming/Treatment

### A. Classification/ARDC Specialist/Supervisor/Manager

Louisiana State Penitentiary has three Classes of Trusty offenders:

a. **Class A Trusty** – may be assigned to any minimum security job assignment
b. **Class B Trusty** – may be assigned to any job assignment inside of a secure perimeter (inside double fenced areas) that requires minimal direct supervision. Class B Trusty may be approved to work minimum job assignments outside the secure perimeter, these assignments must be approved on a case-by-case basis by the Warden, Deputy Warden Security or Assistant Warden Security. Class B Trusty are not allowed on the employee residential area (B-line) nor will they be allowed to go on outside trips (such as but not limited to; band trips, speaking trips, cleanup crews, etc.) unless approved by the Warden, Deputy Warden/Security, or Assistant Warden/Security.
c. **Class C Trusty** – may be assigned to any job assignment inside of a secure perimeter (inside double fenced areas) that require minimal direct supervision. Any time a Class C Trusty is outside of a secure perimeter, he must be in restraints or be under continuous direct supervision of a gun guard. Class C Trusties are not allowed to be assigned to Camp F nor will they be allowed on the employee residential area (B-line) or allowed to go on outside trips (such as but not limited to; band trips, speaking trips, clean-up crews, etc.) unless approved by the Warden, Deputy Warden/Security or Assistant Warden/Security. Class C Trusties have the same store spending limits, phone privileges, and hobby shop privileges as Class A and Class B Trusties. Class C Trusties shall be treated the same as medium custody offenders during any function at the rodeo grounds.

**Parole or Pardon Boards:** An ARDC Specialist-Classification officer will initiate contact with an offender approximately 60 – 90 days prior to his assigned hearing date to begin his Parole or Pardon package that will be forwarded to the Board of Parole and Pardons on the offender's behalf. This information will consist of but is not limited to the following; Residence Plan, Employment Plan, certificates, conduct history, and risk score. There will be a designated ARDC Manager-Classification that will serve as the liaison between the offender and the Board of Parole and Pardons. Should an offender have questions or concerns he may see his unit ARDC Specialist-Classification and they will communicate his questions and concerns to the ARDC Manager-Classification.

23

Vittorio Emails
0019325.31

**Section III.**                    **Programming/Treatment**

   **A. Classification/ARDC Specialist/Supervisor/Manager**

<u>Parole or Pardon Boards continued:</u>

In order to apply for Pardon consideration an offender must complete the appropriate application which can be obtained through his unit ARDC Specialist-Classification and once the application is complete the offender must submit to the ARDC Specialist-Classification and they will then forward to the ARDC Manager Classification. The application will be reviewed by the ARDC Manager-Classification and any corrections or changes must be completed before the application will be submitted to the Board of Pardons.

An offender will automatically be placed on the Parole board if he is eligible for his first hearing. In the event an offender is denied he must wait the specified time frame and reapply by form; which can be obtained through his unit ARDC Specialist-Classification.

24

Vittorio Emails
0019325.32

**Section III.**                    **Programming/Treatment**

### B. Visitation

Louisiana State Penitentiary will adhere to the Departmental Regulation C-02-008 and Louisiana State Penitentiary Directives and Policies governing visitation. These regulations and policies recognize the importance of visitation in the maintenance of an offender's family connections. Visitation with family members is a vital aspect in the rehabilitation of an offender and an integral component in institutional management. Louisiana State Penitentiary also recognizes the importance of maintaining positive and strong relationships with extended family members and friends. Therefore, the regulations and policies are designed to allow the offender the privilege to visit with his family and friends at the same time.

Each offender is allowed to have the following on his approved visitation list; ten adults, anyone 18 years or older; unlimited minor children, age 17 and younger (given the offender is not convicted or have a previous conviction for a sex crime involving a minor child) and one religious/spiritual advisor. Each minor child must have written consent to visit the offender by the child's legal guardian.

Each offender will have a visiting file that is maintained for his duration of time at LSP, should the offender transfer to another DOC facility his file and approved visiting list will transfer with him.

An offender must fill out a "Request for Changes to Approved Visiting List" form if he wishes to make changes to his already approved visiting list. The form must be submitted with a drawslip to his unit ARDC Specialist-Classification. A drawslip is necessary to pay for the postage to send his requested visitors an application. If an offender is a new intake and he is trying to establish an approved visiting list he must complete the "Initial Request for Visitors" form and this must be submitted with a drawslip to his unit ARDC Specialist-Classification.

Each potential adult visitor much honestly complete the application for visiting privileges and mail back to the visitation department. Once received in the visitation department a criminal history will be completed; if the potential visitor has criminal charges, a supervisor must approve or deny the visitor. The offender will be sent a final disposition of the decision to approve or deny the visitor and the visitor will also receive a letter in the mail letting them know if they have been approved or denied.

Vittorio Emails
0019325.33

## Section III.              Programming/Treatment

### B. Visitation

VISITING DAYS: Are Friday, Saturday and Sunday. Each approved **Visitor** is limited to *TWO (2)* visits per month. When a *Fifth Sunday* occurs in a month, there will be *__NO__* visiting on that Sunday or Saturday, only that Friday. *__The number of visitors allowed at one time shall not exceed FIVE (5), this includes children and babies.__*

VISITING HOURS: Are 6:00 am until 4:15pm on all regular visiting days; Friday, Saturday and Sunday. A visitor must plan on arriving for your visit prior to 2:00pm to visit on that day.

LOCATION: Louisiana State Penitentiary (Angola) is located approximately 59 miles northwest of Baton Rouge, Louisiana. The nearest town is St. Francisville, Louisiana; from St. Francisville, proceed NORTH on Highway 61; turn LEFT onto Highway 66, which will lead you directly to the Front Gate of LSP. **Our physical address is 17544 Tunica Trace, Angola, Louisiana 70712. LSP Telephone number is 225-655-4411.**

Visitors will be required to follow the Dress Code for Visitors which is included in the Visiting Guidelines they are sent with their application for visitation. The visitors will be subject to search of their vehicles, possessions and persons including body scanning and/or use of a metal detection system to identify external and/or internal contraband or other prohibited items that are on or in a visitor. A visitor's refusal of the use of body scanning and/or metal detection system may result in the denial of the visitation. There are exceptions for individuals and if deemed appropriate and necessary they will undergo alternative search methods.

An offender visiting area is designated for each offender housing unit which provides for contact and non-contact visits. There is also an area to entertain and occupy young children who are visiting.

The offender will be notified by security staff that he has a visit and will be given 30 minutes to prepare himself for the visit. He shall wear blue jeans, white t-shirt, gray sweatshirt, or blue chambray shirt (short or long sleeve) and underwear; he may also wear a blue denim jacket. Offenders housed in a restrictive housing unit may be required to wear a jumpsuit. Offenders will wear socks and some type of shoes or boots (no bedroom slippers, shower shoes or rubber boots).

Vittorio Emails
0019325.34

## Section III.                     Programming/Treatment

### B.   Visitation

Offenders are allowed to bring the below items to their visit, note: all hobby craft and legal work brought to the visit must be taken home by the visitor, the offender will not be allowed to return the items to his housing unit or work area:

    a.   ID Card
    b.   Hobby Craft (6 small, 3 medium, or 1 large)
    c.   Legal papers

Each offender will be subjected to a visual body cavity search prior to their visit and immediately following their visit in the designated area in the visiting area.

Sexual misconduct between offenders and visitors is strictly prohibited. Offenders shall refrain from "offensive behavior" and heavy petting.

Visitors may deposit money in an offender's account while visiting by using the JPay kiosk located in the front gate visiting center.

**Special visits:** An offender may request a special visit through his unit ARDC Specialist-Classification for the Unit Warden's consideration. Special Visits will be granted on a case-by-case basis at the unit Warden's discretion. The offender must complete the special visit form and submit to his unit ARDC Specialist-Classification officer for processing, the form must be submitted 14 days prior to the date of the requested special visit.

If the Warden determines an emergency exists or is likely to develop, the Warden may suspend visitation. If visitation is suspended, all visits and visiting activities (including Banquets) shall be immediately terminated and visitors escorted from the facility.

**Restriction of an Offender's visiting privileges:** Any offender who pleads guilty or has been found guilty at a Disciplinary Board Hearing of any of the following shall be subject to have his visitation privileges suspended for up to six months.

    a.   Violation of disciplinary rule no. 21, Aggravated Sex Offense
    b.   Assault on Staff
    c.   Any Schedule B Disciplinary Rule violation that occurs in the visitation area

Vittorio Emails
0019325.35

**Section III.**          **Programming/Treatment**

**B.   Visitation**

<u>Restriction of Visitor's visiting privileges:</u> Any visitor who introduces contraband into or upon the grounds of Louisiana State Penitentiary, including inside their personal vehicles, or commits any illegal activity on the grounds of Louisiana State Penitentiary shall be subject to suspension of visiting at the discretion of the Warden. The suspension may be temporary or indefinite depending on the severity of the offense.

<u>Attorney Visits:</u> Attorney visits are arranged through the Deputy Warden of Security's office. The offender must submit a request to add the Attorney to his approved "Attorney Visiting List" to the Deputy Warden of Security. The Attorney must contact the Deputy Warden of Security's office in order to set up a visit with their client/offender. The attorney shall call at least 24 hours in advance of the visit to make arrangements so Louisiana State Penitentiary will have ample time to ensure that the offender is available for the visit. The Attorney may contact the Deputy Warden, Security by calling LSP at 225-655-4411 and asking for the Deputy Warden of Security's secretary.

28

Vittorio Emails
0019325.36

**Section III.**                    **Programming/Treatment**

### C. Medical

Louisiana State Penitentiary utilizes the triage system for furnishing Medical Care.

Upon arriving to LSP, an offender is seen by medical personnel for a medical evaluation and the assigning of a duty status if deemed necessary. If after his initial evaluation an offender requires medical assistance, the offender will see the Emergency Medical Technician (EMT) in his housing area during routine sick call days. If the offender feels that he is in need of immediate medical treatment, the offender can declare himself a "medical emergency". After being seen by the EMT, the offender will be provided over the counter medications if needed by sick call procedure. All sick call encounters are reviewed by a Doctor, Nurse Practitioner or Physician's Assistant. After review the following may occur:

   a.  Continue with over the counter medications for medical complaint
   b.  Schedule a clinic appointment with Health Care Provider for medical complaint
   c.  Sent to the Treatment Center for medical complaint

If referred to the physician's clinic, the offender will go to the assigned physician's clinic and be treated and returned to his housing area with instructions or temporarily assigned to the Treatment Center Nursing Unit 1. If assigned to the Treatment Center, the offender will be treated at the Treatment Center until well enough to return to his housing area or sent to an outside hospital.

In addition to medical, the Treatment Center also provides psychological, dental and optical care. Dental care can be received using the same procedure for medical care (sick call). Psychological care may be received by requesting to see a social worker (Mental Health staff) in the offender's housing area. An offender may also seek non-emergency mental health treatment by writing a letter to the Mental Health Department/Staff through farm mail.

Department Regulation B-06-001 establishes that offenders will be charged a co-payment for each self-initiated request for medical and dental services. Additionally a co-payment will be charged for each new prescription written and dispensed with the exception of psychotropic medications and medications prescribed for public health reasons and chronic diseases. There is no co-payment for psychological services.

Vittorio Emails
0019325.37

**Section III.**          **Programming/Treatment**

## C. Medical

**Auxiliary Aids and Services:** It is the policy of Louisiana State Penitentiary to take appropriate steps to provide auxiliary aids and services to qualified individuals with disabilities. If you need an auxiliary aid or service, make your request to any staff member of Louisiana State Penitentiary. LSP will furnish appropriate auxiliary aids and/or services where necessary to afford an individual with a disability an equal opportunity to participate in and enjoy the benefits of, services, programs, or activity conducted by LSP; where the auxiliary aid or service does not constitute an undue administrative and financial burden or fundamentally alter the service, program or activity.

**Requests for Accommodations:** A qualified individual with a known disability of a long-term nature shall be accommodated where reasonably possible. A request for accommodation may be made orally or in writing. A request for accommodation can be a request for auxiliary aids and services.

If an offender files a grievance through the Administrative Remedy Procedure process or merely states to staff that he/she cannot participate in a program or service due to a medical condition or complaint, the offender has stated a request for accommodation.

Once any request for accommodation has been received, either verbally or in writing, the person receiving the request is to immediately contact the Unit ADA (Americans with Disabilities Act) Coordinator and communicate the request.

Once the request for accommodation has been received by the facility ADA Coordinator, the interactive process begins (dialogue between the requestor and the facility). At this point, all communications shall be documented. The facility ADA Coordinator will require the requestor to complete the Request for Accommodation form. The ADA Coordinator will conduct an investigation into the nature and extent of the complaint. Additional medical information may be obtained from the requestor's physician or through a second medical opinion. Once the information is obtained, a dialogue concerning resolution will begin. If the medical condition is deemed to be a qualified disability, charting this decision begins.

The goal is to reach a mutually acceptable accommodation, if possible. LSP will make the final decision on what the actual accommodation will be.

30

Vittorio Emails
0019325.38

**Section III.**        **Programming/Treatment**

### C.  Medical

**Auxiliary Aids and Services continued:**  Once the decision to accommodate or not is made, the applicant for the accommodation must be informed in writing of the decision of whether or not an accommodation will be made, the reason for the decision, and the accommodation to be made, if applicable, including any particularized details concerning the accommodation.

The applicant must also be informed of his/her right to appeal the decision to the DOC Headquarters ADA Coordinator. All information regarding the request must be forwarded to the Headquarters ADA Coordinator and retained in accordance with the Department's retention policy.

The requestor has the right to appeal:

   a.   The finding that the medical condition is not a qualifying disability
   b.   The denial of a requested accommodation
   c.   The nature of the accommodation

At the discretion of the Headquarters ADA Coordinator, additional information or medical documentation may be requested. The Headquarters ADA Coordinator will issue a written appeal decision based upon the appeal request of the applicant and send a copy of the decision to the facility ADA Coordinator. No additional appeal will be accepted and the Headquarters ADA Coordinator's decision will be final.

All ADA requests for accommodation shall utilize the Administrative Remedy Procedure process regardless of means of initiating the request. A request for accommodation under the American with Disabilities Act made using the Administrative Remedy Procedure process and the resolution of the offender's request shall be deemed to be exhaustion of the administrative procedure. The initiation of the process and deadlines and time limits stated in the Administrative Remedy Procedure remain applicable. Offenders may request administrative remedies to situations arising from policies, conditions or events within the institution that affect them personally including discrimination based on disability.

31

Vittorio Emails
0019325.39

**Section III.**          **Programming/Treatment**

**C.    Medical**

**Auxiliary Aids and Services continued:**

**Procedures to insure effective communication with individuals with qualified Hearing and/or Speech Disabilities:**

**Offender Initial Communication Assessment:** The initial offender communication assessment shall be made at the time of the initial intake interview. This shall be documented as part of the offender's record.

**Offender Ongoing Communication Assessment:** A minimum yearly assessment will be made of each offender with hearing or speech disability regarding the provision of auxiliary aids and services. If an intervening problem or adjustment is required, the offender merely needs to request a medical call-out. Department personnel shall keep appropriate records that reflect ongoing assessments, such as notations in the offender's medical and/or master record.

**Policy and Security Concern:** Nothing in policy shall require that an electronic device or piece of equipment used as an appropriate auxiliary aid be used when or where its use may be inconsistent with Departmental Policies or pose security concerns.

**Individual Notice of Absence of Request:** If an offender or visitor who is hearing disabled does not request appropriate auxiliary aids or services but Department personnel have reason to believe that the person would benefit from appropriate auxiliary aids or services for effective communication, the Department shall inform the person directly that appropriate auxiliary aids and services are available for no charge.

**Qualified Interpreters:** Qualified interpreters shall be provided when necessary for effective communication with or effective participation in LSP programs and activities by offenders and visitors who are hearing disabled. The following are examples of circumstances when it may be necessary to provide interpreters:

- Initial Intake and Classification Processing
- Regular scheduled health care appointments and programs, such as medical, dental, visual, mental health, and drug and alcohol recovery services.

**NOTE:** An offender may waive his use of an outside interpreter and utilize a properly trained and certified offender sign language interpreter at Louisiana State Penitentiary.

Vittorio Emails
0019325.40

**Section III.**          **Programming/Treatment**

   **C.    Medical**

## Auxiliary Aids and Services continued:

### Hearing Aids, Assistive Listening Device (ALD) and Batteries:

Replacement batteries: Appropriate types of replacement batteries shall be purchased and kept in stock in the medical supply room and the canteen during the length of time that offenders who wear a hearing aid or ALD are in the custody of LSP.

Hearing Aid/Assistive Listening Device (ALD) repairs: Offender hearing aids shall be sent to a hearing aid repair company as soon as possible but no later than 24 hours (excluding weekends and holidays) following a request by an offender for repair of his or her hearing aid. The offender will be informed as soon as possible when this hearing aid was sent for repair, and when it is expected to be returned. The same procedure will be followed for an Assistive Listening Device.

Telephones: Offenders diagnosed with hearing disabilities that meet the established criteria, shall have access to TTYs (telecommunication device) to communicate with family members or friends who are hearing disabled. TTYs will be made available for use in the visiting area and in the housing units and can be used to the same extent that telephones are available to other offenders.

Portable TTYs may be used; in situations where portable TTYs are used, request must be made to the security assigned to the offender's housing unit. The officer will then notify the facility ADA Coordinator of the offender's request.

TTY 800 numbers are provided for toll free access to telephone relay services or TTY operators. Signs posting 800 numbers will be displayed near all telephones, with notice that they are toll free numbers. The telephone call the TTY operator will be provided free of charge; however, there will be charges for the call as there would be for standard offender telephone calls. The offender or the party receiving the call will be responsible for the charges.

Due to the fact that the transmission is slower on TTY lines than that on standard voice calls, time limits on the TTY lines shall be four times that allowed for voice telephone calls.

Vittorio Emails
0019325.41

**Section III.**          **Programming/Treatment**

   **C.   Medical**

## Auxiliary Aids and Services continued:

### Hearing Aids, Assistive Listening Device (ALD) and Batteries continued:

Volume Control and Hearing Aid Compatible Telephones: 25% of the telephones located in general population and visiting areas have volume control and are hearing aid compatible. These telephones will be identifiable with appropriate universal signs. All of the telephones in the housing units will be equipped with volume control and will be hearing aid compatible.

Visual Alarms: Where there are audible emergency alarms in visiting and housing units, visual alarms are also installed to alert hearing or speech disabled individuals.

Televisions: Closed Captioned television decoders (or built in decoder televisions) shall be provided and maintained in television rooms to enable offenders who are hearing disabled to enjoy the same opportunity for television viewing as that afforded to other offenders.

To ensure effective communication with offenders and their visitors who are hearing disabled, LSP will provide free of charge appropriate auxiliary aids and services. This may include, sign language, oral interpreters, TTYs, note takers, computer-assisted real time transcription services, written material, telephone handset amplifiers, assistive listing devices, telephones compatible with hearing aids, and closed caption decoders.

Vittorio Emails
0019325.42

## Section III.                 Programming/Treatment

### D.   Religion/Chaplains

It is the policy of Louisiana State Penitentiary to make available to offenders religious services and programs that satisfy the beliefs of various faith groups, such as but not limited to Catholic, Jewish, Muslim, Protestant, and Rastafarian.

Each Warden shall ensure that there is a full time chaplain and the chaplain has access to areas of the institution to minister to offenders. At Louisiana State Penitentiary there are approximately four full time Chaplains and five part time or contract Chaplains. LSP also offers "offender Ministers"; offenders that have graduated from New Orleans Baptist Theological Seminary.

Offenders shall have the opportunity to participate in practices of their religious faith that are deemed essential by the faith's judicatory, limited only by documentation showing threat to the safety of persons involved in such activity or that the activity itself disrupts order in the institution.

Faith based programs shall aim to assist offenders in becoming more productive members of society upon release and to further the Department's Re-Entry initiatives.

Religious materials can be obtained through a written or verbal request to the Chaplain's Department. The Chaplain's office is open and available to you. The Chaplains are here to help all of your spiritual matters and needs. We encourage you to take advantage of the programs offered. You may contact the Chaplains in one of the following ways:

- Drop a letter/note in the mailbox addressed to the "Chaplains office" through farm mail. The Chaplain or one of the NOBTS graduates will contact you to assist you with your request or need.
- If you see a Chaplain in your housing area or down the walk, in the cell blocks, stop them and ask your question or make your request.
- Talk to the Chaplain or NOBTS Graduate/Pastor before or after worship/Religious services.
- If you have an urgent matter, have the dorm security officer call for a Chaplain. Matters considered urgent are cases of serious illness or death to an immediate family member. Have your family notify the Deputy Warden of Security's office to insure verification of the illness/death, location and arrangements. The Warden's office will contact the Chaplain's Department when verification has been validated and the Chaplain or a NOBTS Graduate will notify the offender as soon as possible.

35

**Section III.**                    **Programming/Treatment**

### D. Religion/Chaplains

## Communication with Clergy

<u>Clergy:</u> Clergy refers to a minister, priest, rabbi, Christian Science practitioner, Imam or other similar functionary of a religious organization, or an individual reasonably believed to be so by the person consulting him/her.

<u>Confidential Communication:</u> a communication is "confidential" if it is made privately to a member of the Clergy and is not intended for further disclosure, except to other persons present furtherance of the purpose of the communication.

<u>Approved and/or authorized:</u> these terms mean in accordance with Department Regulations, Institutional Directives and Policies and posted policies.

<u>Rule of Privilege:</u> a person has a privilege to refuse to disclose or to prevent another person from disclosing a confidential communication by the person to a member of the Clergy in their professional role as a spiritual advisor. The privilege may be claimed by the person or by his legal representative. The member of the Clergy is presumed to have authority to claim the privilege on behalf of the person or deceased person.

To be declared "privileged" a confidential communication must satisfy the considerations below:

- The communication to a member of the Clergy is motivated by spiritual or penitential (remorseful) considerations.
- The communication is made to the member of Clergy in their professional capacity.
- The communication is intended to be confidential and was not intended for further disclosure.
- The communication does not waive the privilege.

<u>Confidentiality:</u> although central to pastoral care, may not be absolute in a Correctional setting

- In a counseling situation, the member of Clergy should inform the offender at the outset that issues involving life and communal safety may not be kept in confidence

36

**Section III.**                    **Programming/Treatment**

### D. Religion/Chaplains

#### Communication with Clergy continued

Confidentiality continued:

- Should the offender tell a member of the Clergy something in confidence, the member of Clergy shall be morally obligated to relay the information to other staff for the safety of others in the institution. Under most circumstances this can be achieved without revealing the identity of the informing offender. Custodial and security staff have always been encouraged to accept and act on the information given to a member of the Clergy without demanding that they reveal the source of information.

Dietary Requirements Based on Faith: In certain faiths, adherence to dietary requirements constitutes a religious practice. Offenders shall not be required to consume foods that are forbidden by their faith. When the objectionable food is the main entrée, the Warden or designee shall ensure a nutritionally acceptable alternative is offered as a replacement. The Head Chaplain shall approve all food replacements due to the dietary requirements of the offender's faith.

Religious Exemptions: Offenders who have a sincerely held religious belief that would cause him to violate the provisions of a Department Regulation or offender policy, may request a religious exemption by completing the offender portion of the Exemption for Religious Program form and submitting to the designated Chaplain. If the offender is not satisfied with the decision rendered from the religious exemption request, he may pursue his religious exemption request through the Administrative Remedy Procedure (ARP) system.

Vittorio Emails
0019325.45

**Section III.**          **Programming/Treatment**

    **E.  Records**

The following jobs are performed by the Louisiana State Penitentiary Records Department.

1) Responsible for processing all new admissions/intakes into this facility.
2) Responsible for screening whether an offender earns Good Time (CTRP credits) or earns incentive pay. Upon screening, an email is sent to the Business Office stating whether an offender will earn Good Time Credits or Incentive wages.
3) Records handles the discharge/release process for LSP. This requires preparing a submittal (list of names of offenders who are eligible for release and the date of scheduled release). There are different types of discharges that are handled at LSP, the different types of releases are explained below.

**Types of Release:**

Good Time Release: Persons who committed their offense prior to July 1, 1982. The CTRP credits are deducted from the sentence. The good time is computed on the balance after credits are deducted at the rates specified by Law (R.S. 15:571.4).

Good Time Release under Parole Supervision: Persons who committed their offense on or after July 1, 1982.

This offender shall be supervised in the same manner and to the same extent as if he was released on Parole. This supervision shall be for the remainder of the original full term of sentence. If this offender violates a condition imposed by the Board of Parole, the Board shall proceed in the same manner as if it would revoke parole to determine if the release upon diminution of sentence should be revoked. Upon revocation of an offender released upon diminution of sentence (good time under parole supervision) by the Parole Board, the offender shall be recommitted to the Department of Corrections for the remainder of the original term.

Completion of Sentence: Full term date is one of the three final dates on the sentence calculation worksheet and is the date on which an offender fully satisfies the sentence he is serving and cannot be confined thereafter.

Vittorio Emails
0019325.46

## Section III.                    Programming/Treatment

### E. Records

**Types of Release continued:**

Parole: This type of release is a conditional release from the Department of Corrections, the offender is under supervision for the remainder of the sentence. No credit can be given for the time spent at large on parole status if the parole is revoked. Should the parole be revoked for any reason, the parolee will be returned to the Department of Corrections custody and revoked by the Parole Board. He must serve the balance of his sentence as of parole date. Offenders must have committed the offense on or after July 26, 1972 in order to forfeit up to 180 days good time earned prior to Parole (R.S. 15:571.4).

If the parole violator did not earn 180 days good time prior to parole, he forfeits what he did earn. If the parole violator is paroled on or after August 13, 1997, he forfeits all good time earned prior to parole.

Parole dates are calculated within the guidelines of Department Regulation B-04-004, IS-B-5 and R.S. 15:571.4.

4) Responsible for processing detainers placed/withdrawn. A detainer is a verbal or written request from a law enforcement agency requesting that they be notified when an offender is available to be picked up and transported to their jurisdiction. Sometimes this detainer is referred to as a "hold" or "warrant". The offender and Classification are notified by letter when a detainer is lodged or withdrawn.

5) The Records Department determines offender status/class. Offender Class is a term designating how many felonies the offender has committed whether it is in the state of Louisiana or other US State. An offender who has committed one felony as an adult is a First Offender, two felonies Second Offender and so forth. Offender status/class is determined pursuant to Department Regulation B-04-004, IS-B-5.

Vittorio Emails
0019325.47

**Section III.**                         **Programming/Treatment**

    **E. Records**

6) Completes all time computation worksheets on offenders received at LSP. Every offender who receives supplemental commitments has to have his release date(s) recomputed whether the additional sentence is to run concurrently or consecutively with any other sentence he may be serving. The Records Department is responsible for notifying the offender of any changes to his record. Usually this notification is in the form of a new prison master record (rap sheet) which shows all pertinent data.

7) Responsible for processing 12:01 am discharge/release requests. If an offender requests to release at 12:01 am on his release date and has a family member or friend available to pick him up at LSP, he shall make the request in writing through his unit ARDC Specialist - Classification. The Records Department will notify the offender and the unit ARDC Specialist – Classification if the request is approved or denied.

40

Vittorio Emails
0019325.48

## Section III.                    Programming/Treatment

### F. Recreation

It is the policy of Louisiana State Penitentiary to provide a broad range of programs, activities and services to meet the recreational needs of the offender population. These programs and activities will be provided under conditions of security and supervision that ensure, to the greatest extent possible, the offender's safety and welfare.

Every offender will be given the opportunity to participate in indoor and outdoor recreational activities. Participation in recreational activities is a privilege that is based on an individual's desire to better use his leisure time.

The recreation program is organized under the supervision of the Recreation Supervisor, he or she is responsible for providing comprehensive indoor and outdoor recreational activities.

Outdoor and Team Sports: will include football, softball, basketball, volleyball, tennis, rodeo, and weight lifting (wellness/fitness)

- Offenders participating in weight lifting may do so only as a wellness and fitness exercise activity and a tool for physical therapy or rehabilitation and not a means to significantly increase muscular strength or a mechanism for "body building". Competitive Power Lifting is PROHIBITED.
- Fixed weights are required; use of free weights is strictly PROHIBITED.
- The maximum allowable weight is 100 pounds plus the weight of the bar.

Indoor Activities: will include racquetball, basketball, table tennis, billiards, weightlifting (Wellness/fitness), board games (checkers, chess, card games, dominos, scrabble, puzzles, etc.), music, television and boxing.

Special Recreation Activities: will be planned for holidays. Such special activities may include track events, tug of war, and tournaments – tennis, racquetball, billiards, etc.

Special Needs Offenders: (mentally/physically) will be provided with a variety of recreational activities to meet their needs. These activities may include board games, outdoor basketball/volleyball, and television.

41

Vittorio Emails
0019325.49

**Section III.**                         **Programming/Treatment**

**F. Recreation**

<u>Exclusion from Team Sports:</u>

Offenders in the below listed situations will be **EXCLUDED from participating in <u>team sports</u>**.

- Offenders with no duty, limited duty with restrictions, or regular duty with restrictions, unless specifically ordered by a physician and noted on the duty status.
- Offenders confined to the cell block areas (Working Cell Block may be allowed on a case by case basis to play team sports)
- Offenders housed at the Treatment center
- Offenders diagnosed with serious mental health conditions
- Offenders housed in restricted dormitory units

Offenders in the below listed situations will be **EXCLUDED from participating in certain <u>indoor activities.</u>**

(Specifically: weight lifting, basketball, racquetball and boxing)

- Offenders with no duty, limited duty with restrictions, or regular duty with restrictions, unless specifically ordered by a physician and noted on the duty status.
- Offenders housed at the Treatment Center
- Offenders diagnosed with serious mental health conditions.

Offenders that are assigned a duty status can participate as indicated below.

<u>Regular Duty:</u> can participate in any sports or recreational activity.

<u>No Duty:</u> this duty status limits an offender in the sports and recreational activity and may only allow for an offender to engage in sedentary activities such as dominos, cards, etc.

<u>Limited Duty:</u> offender will be given a written specification as to their limitations regarding sports and activities.

Vittorio Emails
0019325.50

## Section III.          Programming/Treatment

## G. Prison Rape Elimination Act (PREA)

It is the policy of Louisiana State Penitentiary to provide a safe, humane and appropriately secure environment, free from threat or sexual abuse and sexual harassment for all offenders by maintaining a program of prevention, detection, response, reporting, investigating and tracking all alleged and substantiated incidents of sexual abuse. The Louisiana State Penitentiary shall have zero tolerance for incidents of sexual abuse or sexual harassment within its facility.

**Offender on Offender:**

Nonconsensual Sexual Acts: contact of any person without his/her consent, or of a person who is unable to consent or refuse. Contact between the penis and the vagina or the penis and the anus including penetration, however slight. Penetration orally, anally or vaginally of another person by mouth, hand, finger or other object.

Abusive Sexual Contact: contact with any person without his/her consent or of a person who is unable to consent or refuse. Intentional touching, either directly or through the clothing, of the genitalia, anus, breast, inner thigh, or buttocks of any person.

Sexual Harassment: Repeated and unwanted sexual advances, unwanted touching, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one offender directed toward another offender.

**Staff on Offender:**

Sexual Misconduct: any behavior or act of sexual nature directed toward an offender by an employee, volunteer, contractor, official visitor or other agency representative (Exclude offender family, friends, or other visitors). Intentional touching of the genitalia, anus, groin, breasts, inner thigh or buttocks of any person. Completed, attempted, threatened or requested sexual acts. Occurrences of indecent exposure, invasion of privacy or staff voyeurism for sexual gratification.

Sexual Harassment: Repeated verbal statements or comments of a sexual nature to an offender by an employee, volunteer, contractor, official visitor or other agency representative. Demeaning references to gender or derogatory comments about body or clothing. Repeated profane language or gestures

There is NO consensual sex in a custodial or supervisory relationship (between staff and offenders).

43

Vittorio Emails
0019325.51

**Section III.**            **Programming/Treatment**

**G. Prison Rape Elimination Act (PREA)**

<u>Self-Protection:</u>

- Don't accept items from other offenders
- Trust your instinct
- Talk to staff if you feel threatened
- Stay out of other offender's cell, don't sit on another offender's bed, etc.
- Show respect to get respect
- Don't brag about being tough
- Be ALERT
- Get involved in programs
- Follow the Dress Code – NO SAGGING

<u>How to Report Sexual Abuse:</u>

a.  Offenders can report sexual abuse to a staff member in the mental health or medical department by self-referral through a letter or by making emergency sick/mental health call.

b.  Offenders can use the Administrative Remedy Procedure (ARP) as a means to report an alleged sexual assault or sexual misconduct. There is no time limit imposed regarding when an offender may submit a grievance regarding an allegation of sexual abuse.

c.  Offenders may report allegations to an outside agency by calling Crime Stoppers toll free at 1-877-723-7867, the outside agency will immediately forward a report to agency officials at LSP, and the offender may request to remain anonymous.

d.  Third parties (other offenders, unit staff, family members, attorneys, and outside advocates) may also assist offenders by making sexual abuse harassment reports, and/or initiating formal grievances. However, once this formal grievance process has been initiated by a third party, the offender must authorize the request for remedy and must continue the process.

Following the conclusion of an investigation into an offender's allegation that the offender suffered sexual abuse, the PREA investigators shall inform the offender as to whether the allegation was determined to be substantiated or unfounded.

44

## Section III.                    Programming/Treatment

### G. Prison Rape Elimination Act (PREA)

How to Report Sexual Abuse continued:

Offenders may also contact the below locations to report allegations of sexual abuse either in writing or by telephone:

By Writing only:

Chief of Operations
Department of Public Safety and Corrections
P.O. Box 94304
Baton Rouge, LA 70804-9304

LaFASA
LA Foundation against Sexual Assault
P.O. Box 82458
Baton Rouge, LA 70884

By Writing or Calling:

Victim Advocacy Services
Just Detention International
3325 Wilshire BLVD
Suite 340
Los Angeles, CA 90010
Telephone number: 213-384-1400

45

Vittorio Emails
0019325.53

**Section III.**                    **Programming/Treatment**

### H. Education

It is the policy of Louisiana State Penitentiary to provide comprehensive education and training programs to all eligible offenders. These programs shall be designed to assist offenders in becoming more productive members of society upon release and to further develop the Department's Re-Entry initiatives.

Offenders may be placed in the following academic programs, career and technical education (CTE) programs, tutor certification programs, the Department's American Sign Language Program, and library services. Offenders shall also be afforded participation in the following programs (Dependent on program availability, the offender's classification and custody considerations, and criteria established by the Warden or Designee): Literacy programs, ABE/GED, special education, Job Life Skills, college (including New Orleans Baptist Theological Seminary) or correspondence courses.

Louisiana State Penitentiary's Education Coordinator, in conjunction with the Assistant Warden, Programming, shall ensure the following:

- Within 60 days of arrival at LSP, each offender is evaluated by education staff, counseled on educational programming, and placed into appropriate educational programming
- An education plan is developed for each offender-student based on the offender's current academic achievement, educational needs, and the earliest release date
- Academic and CTE Programs are available at times when a majority can take advantage of the programs (not during visitation, counseling, and/or work assignments) and to the extent feasible based upon unit staffing and resources. The schedule for LSP is typically Monday through Friday 7:00 am – 10:00 am and 12:00 pm – 3:00 pm. Evening classes/programs may be available in some areas based on need and security.

46

Vittorio Emails
0019325.54

## Section III.                    Programming/Treatment

### H. Education

<u>Application and Enrollment in Academic and CTE Programs:</u> any interested offender, including those offenders housed in a restrictive housing unit may submit an Academic and CTE Programs Request form. The LSP Education Coordinator shall ensure all Academic and CTE Programs Request forms received are evaluated in conjunction with the offender educational level of care. Approvals shall be contingent upon the appropriate level of staffing and resources necessary to accommodate such requests.

In the event that the number of qualified applicants exceeds available slots/space in programs, waiting lists shall be maintained by the Education Coordinator or designated staff.

75 % of the enrollment in academic and CTE Programs shall be prioritized by those offenders that are within five years of their earliest release date or in some cases Parole eligibility date (PED).

In instances where the Parole Board requires that an offender complete certain Academic and/or CTE programs/courses prior to being granted release, such offenders shall be given priority enrollment in these required programs/courses.

Louisiana State Penitentiary provides a variety of work assignments within the facility that affords offenders an opportunity to learn job skills and/or exercise acquired CTE skills to develop good work habits and attitudes that can be applied after release. Examples of work assignments available include, but are not limited to:

- Automotive mechanic/Master Mechanic
- Carpenter/ Carpenter Helper
- Electrical / Electrical repairer
- Electrician
- Food Service worker
- Heating and Air Conditioning Mechanic (HVAC)
- Painter, Construction and maintenance
- Plumber / Plumber Helper
- Refrigeration Mechanic
- Sheet Metal Worker
- Transportation Worker
- Welder – Fitter

47

Vittorio Emails
0019325.55

**Section III.**                **Programming/Treatment**

**H. Education**

**Academic programs offered:**

**GED/HiSET:** classes are offered at Main Prison, Camp C, Camp D, Camp F and Death Row. An offender shall request enrollment in writing to the Education Department at Main Prison. The Education staff is responsible for screening each offender and appropriately placing him into class. An offender's disciplinary conduct may exclude him from participating in GED/HiSET classes.

**Vocational:** an offender must submit a request for enrollment in writing to the Education Department at Main Prison. The Education staff is responsible for screening and appropriately placing an offender in a Vocational Trade. Typically an offender must be within three to five years of his earliest release date before he is eligible for placement in a Vocational trade; however, exceptions may be made for offenders with Parole Eligibility dates, scheduled Parole or Pardon Hearings, Institutional need, etc.

**Correspondence Courses:** offenders must have sufficient funds to pay for these courses. The offender must submit his request in writing to the Education Coordinator. The Education Coordinator will review and make his/her recommendation to the Deputy Warden, Programming for final approval. Once the offender is notified by the Education Coordinator of the decision; if approved, the offender must submit a draw slip to the Education Coordinator for payment of his requested Correspondence Course.

**Literacy Programs:** academic programs that provide basic reading and other academic skills for functionally illiterate offenders.

**New Orleans Baptist Theological Seminary:** (NOBTS) is an accredited college, has a branch campus at Louisiana State Penitentiary. Offenders possessing a high school diploma or GED/HiSET who wish to enroll should do so in writing to the Head Chaplain at the Bible College or to the Education Coordinator.

**Ashland University:** offers the longest, continuously operating, post-secondary corrections education. Ashland University offers "online" courses to eligible offenders. If interested an offender should contact the Education Coordinator via Farm Mail.

48

Vittorio Emails
0019325.56

**Section III.**              **Programming/Treatment**

### I. Mental Health

It is the Secretary of Corrections' policy that each DOC facility have a comprehensive approach for identifying offenders who have mental health needs and providing mental health services to those offenders requiring mental health care.

The services provided should include but are not limited to the following:

- Mental Health screening, appraisal and if necessary evaluation upon intake
- Non-mental health staff may refer an offender for mental health services at any point during an offender's incarceration
- Outpatient services for the detection, diagnosis and treatment of mental illness
- Crisis Intervention and the management of acute psychiatric episodes
- Stabilization of the mentally ill and the prevention of psychiatric deterioration in the correctional setting
- Elective therapy services and preventative treatment (where resources permit)

Upon an offender's release, relevant mental health information shall be provided to the Division of Probation and Parole, Office of Behavioral Health and any other after care provider that may be necessary and in compliance with state and federal laws.

A treatment plan shall be developed for offenders with diagnosed Mental Health concerns. The Treatment plan shall include but is not limited to the following:

- Long-term goals
- Short-term goals
- Methods of Treatment
- Housing Assignments
- Directions to mental health staff and other personnel regarding their roles in the care and supervision of the offender

Communication between an offender and mental health staff is confidential and shall not be disclosed. However, there are limits to confidentiality as regulated by law and departmental regulations. Prior to the initiation of treatment, the limits to confidentiality shall be explained to the offender and documented in the offender's medical record.

Vittorio Emails
0019325.57

## Section IV.                    Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

**Legal Programs:**

The Legal Programs Department at LSP coordinates and processes offender requests concerning the disciplinary system, Administrative Remedy Procedure, Lost Property Claims, Offender Counsel Substitutes and Notary Public services.

Any questions regarding these matters may be addressed to the Legal Programs Department through a written request addressed to the New Administration Building through the farm mail system; or you may communicate your concerns to your offender counsel substitute.

The Legal Programs department will make copies of legal documents for a fee per page. This service can be obtained by sending a letter to Legal Programs requesting the number of copies, the material to be copied and a withdraw slip to pay for the cost of copies. Indigent offenders will follow the same procedure even though they do not have funds in their account; their accounts will be "billed" for the amount to be paid and when funds become available the debt will be paid.

**Counsel Substitutes:** persons not admitted to the practice of law, but offenders who aid and assist, without cost, an accused offender in the preparation and presentation of his defense and/or appeal. Counsel substitutes are only those offenders appointed by the Warden or designee and Legal Programs Department.

Offender counsel substitutes shall be allowed to aid and assist offenders assigned to every area of the institution.

Offenders are not allowed to select a particular counsel substitute for legal assistance, counsel substitutes are allowed to assist only those offenders or groups of offenders assigned to them by the Warden or designee or Legal Programs Department.

Offenders who are NOT approved counsel substitutes shall NOT provide services to other offenders without the approval of the Warden or designee.

Each Counsel substitute shall be provided with or have participated in training appropriate to his assignment prior to assuming his duties.

Vittorio Emails
0019325.58

## Section IV.    Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

**Law Library:**

Offenders assigned to the Main Prison minimum and medium custody housing areas may have access to the Main Prison Law Library via callout issued by their unit ARDC Specialist – Classification.

Callouts will be issued based on the below schedule:

**8:00 am to 10:30 am Monday through Friday:** Minimum and Medium custody offenders who are assigned night duty jobs, kitchen, and other workers who are on their days off and offenders who are assigned to duty status.

**1:00 pm to 3:30 pm Monday through Friday:** Minimum and medium custody offenders who are assigned night duty jobs, kitchen and other workers who are on their days off and offenders who are assigned no duty status.

**8:00 am to 10:30 am Saturday and Holidays; 1:00 pm to 3:30 pm Saturday, Sunday and Holidays; and 6:00 pm to 8:30 pm Sunday through Saturday:** Minimum and medium custody offenders from the MAIN PRISON.

**8:00 am to 10:30 am Sunday:** This callout period is reserved for special group research per approved callout by the Legal Programs Department.

**Offenders assigned to Out Camps, Cell Blocks, Transitional Unit, and the Treatment Center:** offenders will be provided legal aid and access to legal reference materials through the offender counsel substitutes assigned to their respective housing areas. Offenders assigned to the previously mentioned housing areas may check out up to three books or cases from the Westlaw system at a time and may keep these books or cases for up to three days. Offender Counsels are responsible for assisting these offenders by obtaining the books/cases from the appropriate areas, delivering the books/cases to the offenders, retrieving the books at the appropriate time, and returning them to the appropriate areas.

No more than 30 offenders (excluding offender counsel substitutes) may proceed to the Law Library via callout and/or pass during any callout period.

51

Vittorio Emails
0019325.59

## Section IV.            Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

### Administrative Remedy Procedure (ARP):

The Administrative Remedy Procedure (ARP) is a system for offenders to seek formal review of a complaint relating to most parts of his incarceration, if less formal methods have not resolved the matter. The Administrative Remedy Procedure, which includes lost property claims, will be managed by the Legal Programs Director.

Such complaint and grievances include but are not limited to; seeking monetary, injunctive, declaratory or any other form of relief authorized by law and by way of illustration, includes actions pertaining to conditions of confinement, personal injuries, medical malpractice, time computations (even though urged as a writ of habeas corpus), or challenges to rules, regulations, policies, statutes, including grievances such as offender requests for accommodations under the Americans with Disabilities Act and for complaints of sexual abuse under the Prison Rape Elimination Act (PREA).

Through this procedure, offenders shall receive reasonable responses and where appropriate, meaningful remedies.

**Administrative Remedy Procedure request** is a written complaint by an offender on the offender's own behalf regarding a policy applicable within an institution, a condition within an institution, an action involving an offender of an institution or an incident occurring within an institution.

**EMERGENCY Administrative Remedy Procedure request** is a written complaint that is in a matter in which disposition within the regular time limits would subject the offender to a substantial risk of personal injury or cause other serious and irreparable harm to the offender.

Offenders may request Administrative Remedies to situations arising from policies, conditions or events within the institution that affect them personally INCLUDING discrimination based on disability.

All offenders, regardless of their classification, impairment or disability, shall be entitled to invoke the grievance procedure.

Vittorio Emails
0019325.60

## Section IV.        Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

## Administrative Remedy Procedure (ARP) continued:

## The following matters shall NOT be appealable through the Administrative Remedy Procedure:

1) Court decisions and pending criminal matters over which the Department has no control

2) Board of Pardons and Parole decisions (Under Louisiana Law, these decisions are discretionary and may not be challenged)

3) Sex Offender assessment Panel recommendations

4) Lockdown Review Board Decisions: Offenders are given a written disposition at the time this decision is made as to why they are not being released from lockdown. The Board's decision may NOT be challenged. However, a request for administrative remedy on Lockdown Review Board hearings can be made in the following instances:

   a. That no reason(s) were given for the decision of the board

   b. A hearing was NOT held within 90 days from the offender's original placement in lockdown or from the last hearing. There will be a 20 day grace period attached hereto, due to administrative scheduling problems of the Board; therefore, a claim based on this ground will not be valid until 110 days have passed and no hearing has been held.

5) Warden's decision regarding restoration of good time pursuant to Department Regulation No. B-04-006

A request for accommodation under the Americans with Disabilities Act made using the Administrative Remedy Procedure process and the resolution of the offender's request shall be deemed to be exhaustion of the administrative procedure. The initiation of the process and deadlines and time limits stated in the Administrative Remedy Procedure remain applicable.

At each stage of decision and review, offenders will be provided written answers that explain the information gathered or the reason for the decision reached along with simple directions for obtaining further review.

Prior to filing a grievance in Federal or State Court, unless specifically accepted by law, the offender MUST exhaust all administrative remedies. Only after the request for administrative remedy is accepted can proper exhaustion occur. Exhaustion can only occur when a Second Step Response on the merits has been issued.

Vittorio Emails
0019325.61

## Section IV.                    Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

**Administrative Remedy Procedure (ARP) continued:**

If an offender submits multiple requests during the review of a previous request, they will be logged and set aside for handling in such time as the request currently in the system has been exhausted at the Second Step or until time limits to proceed from the First Step to the Second Step have lapsed. American with Disabilities Act/ADA requests shall NOT be backlogged, once received by Legal Programs, they shall be assigned a number and forwarded to the ADA Coordinator or RN Manager responsible for ARP responses.

The institution is not responsible for furnishing the offender with copies of his letter of complaint. It is the offender's responsibility for obtaining or duplicating a copy of his letter of complaint through established institutional procedures and for retaining the copy for his own records. Original letters or requests to the Warden should be as brief as possible. Offenders should present as many facts as possible to answer all questions, (who, what, when, where and how) concerning the incident. If a request is unclear or the volume of attached material is too great, it may be rejected and returned to the offender with a request to clarify/or summarization on one additional page.

If, after filing a formal request for administrative remedy, an offender receives a satisfactory response through informal means, the offender may request (in writing) that the Warden cancel/withdraw the administrative remedy request. In order to withdraw a request for administrative remedy, the appropriate form must be submitted to Legal Programs. If the form is filled out incorrectly or does not have a clear thumb print, Legal Programs shall return the form to the Warden over the area that submitted the form.

The ARP screening office/Legal Programs shall provide notice to the offender that his request is either:

    A. Accepted and will be processed, or

    B. Rejected and will not be processed until the noted deficiency is corrected

Vittorio Emails
0019325.62

## Section IV.            Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

### Administrative Remedy Procedure (ARP) continued:

Accepted Requests:

    A. If the request is processed, the Warden or designee, will assign staff to conduct further fact finding information prior to rendering a response

    B. Once an offender's request is accepted into the procedure, he must use the manila envelope that is furnished to him with the First Step Response form to continue in the procedure.

Rejected Requests:

    A. If a request is rejected, it must be for one of the following reasons:

        1) This matter is not appealable through this process such as:
            a. Court decisions
            b. Board of Pardons and Parole Decisions
            c. Sex Offender Assessment Panel Recommendations
            d. Lockdown Review Board

        2) There are specialized administrative remedy procedures in place for his specific type of complaint such as:
            a. Disciplinary proceedings
            b. Lost Property Claims

        3) It is a duplicate request.

        4) The complaint concerns an action not yet taken or a decision which has not yet been made.

        5) The offender has requested remedy for another offender (unless the request is a third party report of an allegation of sexual abuse).

        6) The request was not written by the offender and a waiver was not approved. The only exception is if the offender has alleged sexual abuse. In this instance, the offender:
            a. May seek help from a third party to file the initiation grievance
            b. Must attach written authorization for the named third party to submit the grievance on the offender's behalf
            c. Must personally pursue any remaining subsequent steps in the process

Vittorio Emails
0019325.63

## Section IV.                    Administrative Services

### A. Legal Programs/Administrative Remedy Procedure/Law Library

**Administrative Remedy Procedure (ARP) continued:**

**Rejected Requests (continued):**

A.  If a request is rejected, it must be for one of the following reasons:

 7) The offender has requested remedy for more than one incident (multiple complaints) unless the request is a report of an allegation of sexual abuse.

 8) Established rules and procedures were not followed.

 9) There has been a time lapse of more than 90 days between the event and the initial request, unless waived by the Warden (some exceptions may apply, time computation issues, ADA and PREA issues, on-going medical issues, etc.)

 10) The offender does not request some type of remedy unless the request pertains to an allegation of sexual abuse, in which case stopping the abuse is the implied request for remedy.

 11) The offender's request is unclear or the volume of attached materials is too great.

 12) The offender requests a religious exemption via this Administrative Remedy Procedure prior to exhausting the religious exemption process outlined in Departmental Regulation No. B-05-005 and Penitentiary Directive No. 23.002.

B.  The offender shall be provided written notification of the grounds upon which the rejection is based.

C.  A rejected request is not appealable to the Second Step. If a request is rejected for any of the reasons listed above, the offender must correct the noted deficiencies and resubmit the request to the ARP Screening Officer.

D.  The offender has not properly exhausted administrative remedies if his request is rejected for any of the reasons listed above.

Vittorio Emails
0019325.64

**Section IV.**                    **Administrative Services**

### A. Legal Programs/Administrative Remedy Procedure/Law Library

## Administrative Remedy Procedure (ARP) continued:

**FIRST STEP (Time limit 40 days/5 days for PREA)**

The Warden shall respond to the offender within 40 days/five days for PREA from the date the request is received at the First Step utilizing the First Step Response form.

**SECOND STEP (Time limit 45 days)**

An offender that is dissatisfied with the First Step Response may appeal to the Secretary of the Department of Public Safety and Corrections by so indicating that he is not satisfied in the appropriate space on the response form and forwarding it to the ARP Screening Officer within five days of receipt of the decision.

Vittorio Emails
0019325.65

## Section IV.                Administrative Services

### B. Offender Banking/JPay/Incentive Wages

**Offender Banking:**

All offender funds and fund accounts held by LSP will be controlled and monitored by a system that incorporates generally accepted accounting principles under state law and regulation.

All fund transactions will be recorded appropriately to enable total reconstruction of the handling of each offender's funds at all times.

All funds accompanying an offender from a Local Jail facility shall be credited to the offender's drawing account in the Offender Banking System.

When an offender's savings account attains a balance of at least $250.00, future compensation may be deposited into either the savings or drawing account. Offenders may transfer any amount in excess of $250.00 from their savings account to their drawing account.

Generally, all outstanding debts, owed to LSP/The Department of Corrections (restitution), the courts, victims, etc., or other obligations which would otherwise be payable out of the savings account must be satisfied prior to the transfer unless otherwise approved by the Warden.

Funds CANNOT be sent to offenders from other offenders or the families of other offenders without prior approval of the Warden. Funds CANNOT be sent to offenders from ex-offenders or their families, or employees and their families, except to purchase Hobby Craft items properly supported by a Hobby Craft agreement or other contract approved by the Warden or Deputy Warden, Operations.

All Hobby Craft transactions between offenders and employees or their immediate family members will be closely monitored by supervisory staff at the highest levels to ensure there is no undue influence by or preference given to employees and their immediate family members relative to price, quality or other factors related to the transaction. All Hobby Craft transactions between offenders and employees or immediate family members **must** be reviewed and approved by the Warden or Deputy Warden, Operations.

Vittorio Emails
0019325.66

## Section IV.                    Administrative Services

### B. Offender Banking/JPay/Incentive Wages

**Offender Banking (continued):**

An offender's account may be suspended due to the following reasons:

1) Funds sent to an offender from an unidentified source
2) Funds received are in excess of $500.00 – if this does occur the Warden will be notified and the below will be the procedure for handling the funds
    a. The cashier's office will forward photocopies of all acceptable monetary forms received for deposit to an offender's account to Investigative Services, along with any correspondence/envelope.
    b. Investigative Services will review the deposit and use discretion in determining if an investigation into the source is required
    c. The offender is notified by the Cashier's office if the source of the deposit cannot be identified. If the document has been altered in any way, it will be returned to the sender
    d. If the funds are withheld for more than three days pending investigation, Investigative Services will notify the Cashier's office so that the offender may also be notified.
    e. If an investigation is not required, the documentation will be returned to the Cashier's office for deposit into the offender's account.


Offenders have a **DRAWING ACCOUNT** that shall be available for the below:

1) Transfers to immediate family members
2) Approved Business or Legal expenses
3) Transfer to approved savings account with outside banking institutions or other approved transactions with outside banks
4) Approved Services or merchandise
5) Other legitimate and verifiable purposes as approved by the Warden

Vittorio Emails
0019325.67

## Section IV.                    Administrative Services

### B. Offender Banking/JPay/Incentive Wages

**Offender Banking (continued):**

Offenders will also have a **RESERVE ACCOUNT** that shall be available for the below:

1) Purchases of items from the canteen
2) Transfers to drawing account to pay for court costs and clemency costs
3) Transfer to drawing account to pay for postage needed to return personal checks and checks payable to multiple parties
4) Transfers to drawing account upon release to cover discharge payments
5) Transfers to drawing account to pay for a Louisiana Driver's License (ID), Birth Certificate, etc.

Offenders will also have a **SAVINGS ACCOUNT** that shall be available for the below:

1) Purchase of accredited education courses
2) Payment of court cost and clemency cost
3) Payments to satisfy restitution charges
4) Payments to satisfy medical co-payments
5) Payments to satisfy Crime Victims Reparations
6) Transfers to drawing account upon release to cover discharge payments
7) Transfers to drawing account to pay for a Louisiana Driver's license, ID Card, Birth Certificate, etc.

Discharging offenders: all funds due to an offender released/discharged shall be sent to him at his last given address within 90 days after his release/discharge. A fee of $12.95 shall be assessed for issuance of a release debit card to offenders who have available funds. A discharging offender shall have available to him a minimum of $20.00 and a suitable means of returning to his home in Louisiana. The Department of Corrections is NOT responsible for transporting an offender to a residence outside of Louisiana.

All property, including money, which an offender leaves at the institution or anywhere within the Department of Corrections, or which he fails to take with him upon release, and to which he makes no claim prior to his release or within 90 days thereafter, shall be considered abandoned.

Vittorio Emails
0019325.68

**Section IV.**           **Administrative Services**

  **B. Offender Banking/JPay/Incentive Wages**

<u>**Offender Banking (continued):**</u>

Upon the death of an offender, Offender Banking will check the offender's master record and visiting list to determine if there is a living spouse or living heirs listed in the offender's personal information. If so, Offender Banking staff shall attempt to notify the spouse or heirs of the funds available in the deceased offender's accounts. The funds shall be released to the claimant after payment for all debts incurred by the offender and upon receipt of the necessary form.

<u>**Mail Orders:**</u> all orders for Hobby Craft, catalog orders, subscriptions, club purchases, etc., **MUST** be sent to the Colonel or LT. Colonel at the respective housing area for prior approval. The Unit Warden will review and approve/deny all requested orders and forward approved orders appropriately for processing.

ALL offender withdrawal forms **MUST** be approved by the Unit Warden, Colonel or Lt. Colonel in charge of the offender's respective housing area.

Offenders requesting to use funds from his savings for approved educational courses/materials must obtain the written approval of the LSP Principal/Education Coordinator and the Deputy Warden, Programming prior to the processing of any such expenditure.

Withdrawal forms for indigent mail and visitation requests will be signed by ARDC Specialist – Classification in the offender's housing area and forwarded appropriately for processing.

Vittorio Emails
0019325.69

**Section IV.**                 **Administrative Services**

**B. Offender Banking/JPay/Incentive Wages**

**JPay:**

JPay is a Securus Technologies Company that offers services for family and friends of incarcerated offenders to deposit funds in a fast and secure method into the offender's account. Your family and friends simply need the state of incarceration and your DOC number to get started with setting up a deposit.

Money from permissible sources may be accepted and processed through JPAY in the following forms:

1) Cash and/or credit or debit card payments made at the Front Gate Visiting center kiosk machine
2) Payments made by credit/debit card on the JPay website (jpay.com) or by telephone 1-800-574-5729
3) Payments made at JPay's designated walk-up collection centers
4) Postal, bank or commercially issued money orders, government checks, bank cashier's checks, checks drawn on federal, state and local government, political subdivisions or public officials, checks drawn on reputable commercial accounts such as department stores, insurance companies, etc. shall be processed by the Business Office.

Vittorio Emails
0019325.70

## Section IV.                  Administrative Services

### B. Offender Banking/JPay/Incentive Wages

#### Incentive Wages(pay):

Compensation shall be paid to offenders who have performed satisfactory work in the job assignment in which they have been classified; EXCEPT for offenders who opt to receive good time in lieu of incentive wages/pay.

An offender sentenced or resentenced or who is returning to the physical custody of the Department of Corrections on or after September 20, 2008 who is not eligible to earn good time at any rate shall serve THREE years from the date of reception prior to becoming eligible to earn incentive wages.

An offender sentenced or re-sentenced or who is returning to the physical custody of the Department of Corrections on or after September 20, 2008, who is eligible to earn good time at any rate shall NOT be eligible to earn incentive pay.

PAY RULES:

80 Hours in a two week period: no offender shall earn incentive pay for more than 80 hours worked in a two week period, UNLESS specifically authorized by mutual agreement of the Director of Prison Enterprises and the Warden.

Actual Hours Worked: Offenders who are eligible to earn incentive pay shall be paid only for actual hours worked in their job assignment. Offenders shall NOT be paid for time spent away from their job assignment due to circumstances such as holidays, callouts, duty status, visitation, weather, illness, etc.

Extra Duty Assignments: incentive pay shall NOT be paid for extra duty assignments that are imposed as sanctions through the offender disciplinary process

Forfeiture due to Disciplinary Sanction: Any offender whose incentive pay is forfeited as a disciplinary sanction shall return to the "introductory pay level" of $.02 per hour for a six month period if his eligibility to earn incentive pay has been reinstated. At the end of the six month period, the offender's pay shall be automatically adjusted to the lowest pay rate for the assigned job.

Vittorio Emails
0019325.71

**Section IV.**                **Administrative Services**

### B. Offender Banking/JPay/Incentive Wages

<u>Incentive Wages(pay) continued:</u>

<u>PAY RULES (continued):</u>

<u>Professional Offender Job Classification:</u> Professional Job Classification is defined as a peer minister/tutor, mentor/tutor, American Sign Language interpreter, or Legal Counsel Substitute.

<u>Establishment of offender Job Assignment and Pay Rate:</u>
1) The appropriate Classification review board (Job Board) shall be responsible for assigning offenders to jobs based on the criteria established in the Penitentiary Directive No. 18.002.
2) Offenders will be assigned to a job and corresponding incentive wage from the standardized job titles and incentive pay list.

<u>Pay Rates:</u>
    1) An offender sentenced or resentenced or who is returning to the physical custody of the Department of Corrections on or after September 20, 2008, who is NOT eligible to earn good time at any rate shall serve THREE years from the date of reception before becoming eligible to earn incentive pay.

    2) After an offender has served THREE years in the physical custody of the Department of Corrections, he shall initially be paid/earn $.02 (two cents) per hour for a period of six months. After six months, the offender shall be paid at the lowest pay rate of the assigned job.

In the event of a change in an offender's job assignment or custody status, he will automatically be paid at the lowest pay rate that is equal with the job assignment he is placed in. If the change in job assignment is NOT for disciplinary reasons, but Institutional needs, the offender shall be paid at the same rate as the previous job assignment.

    3) Offender Banking will ensure that an offender's incentive pay is correctly changed as a result of Disciplinary Board Action.

Vittorio Emails
0019325.72

## Section IV.    Administrative Services

### B. Offender Banking/JPay/Incentive Wages

#### Incentive Wages(pay) continued:

#### Pay Rates (continued):

4) Offenders assigned to Preventative Segregation (Extended Lockdown) and to a "NO Duty" medical status shall have their incentive pay discontinued immediately.

5) ALL offenders classified in "Limited Duty" medical status and who are eligible to earn incentive wages shall earn at a rate of NO MORE than $0.04 (four cents) per hour. This excludes offenders classified as "Regular Duty with Restrictions" or those with a temporary "Limited Duty" medical status.

6) Offenders assigned to Working Segregation (cellblocks) and maximum custody field lines who are eligible to earn incentive pay shall earn at a rate of $0.02 (two cents) per hour.

7) Offenders newly assigned to Educational or Vocational programs who are eligible to earn incentive pay shall be paid at the rate of $0.04 (four cents) per hour. Exception: offenders enrolled in the New Orleans Baptist Theological Seminary shall earn incentive pay at the following rates:

| | |
|---|---|
| Freshman | $0.14 per hour |
| Sophomore | $0.16 per hour |
| Junior | $0.18 per hour |
| Senior | $0.20 per hour |

8) Offender academic Tutors with an Associate Degree or higher who receive certification from the Corrections Education Association (CEA), or a National Center for Construction Education and Research (NCCER), an Automotive Service Excellence (ASE), or other Industry Based Certification (IBC) may be paid on a graduating scale, while working as a Tutor or Mentor in the area of certification.

#### Incentive Pay Raise:

An offender may be considered for an hourly pay raise of no greater than $0.04 per hour, only ONCE annually. Offenders will be screened during their Annual Review Board for possible eligibility for a pay raise recommendation. An offender's supervisor may also complete the appropriate form to request a pay raise on the offender's behalf.

Vittorio Emails
0019325.73

*This concludes the offender orientation manual. If an offender should have any questions or concerns that were not specifically addressed or covered in this manual, they should write or speak to their unit ARDC Specialist – Classification Officer for guidance and direction to the correct department for handling their concern or problem.*

Vittorio Emails
0019325.74