**DECLARATION OF CHADARIUS MOREHEAD**

I, CHADARIUS MOREHEAD declare as follows:

1.    I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2.    I am incarcerated at the Louisiana State Penitentiary in Angola, Louisiana. My DOC number is 779234. I live in Camp D. Until recently, I worked Farm Line 24/25. After I was deposed in this case on August 22, 2024, I was reassigned to the position of groundskeeper.

3.    It is common knowledge that Angola used to be a slave plantation. Enslaved people were beat, hung, traded, and forcibly separated from their families. My ancestors went through that. My mother's grandfather was enslaved here in Louisiana. When I'm digging through the dirt at Angola with my hands, my back seizing and drenched with sweat, overseen by a guard with a gun, I think of my enslaved ancestors. Generations later, not much has changed.

4.    I have recurring nightmares about the Farm Line. In one, I am standing in the prison field at night. I am ordered to bend down and pick a vegetable, and I refuse. A uniformed gun guard walks over and shoots me, point blank, in the upper body. I've woken in a cold sweat, shaking, my heart pounding, and gasping for air.

5.    In another nightmare, I am in the field along with other Black men. We are chained together, with heavy metal chains around our necks, waists, and wrists. We are slaves.

6.    In a third recurring nightmare, I am standing in Angola's pecan grove at night. Through the darkness, I can see bodies hanging from trees, lynched. The wind is blowing gently, rustling the leaves. When I move closer, I see that each corpse is actually me.

Signed Initials: _CM_

1

DECL. OF CHADARIUS MOREHEAD

7.      I never had nightmares like this before I arrived at Angola in 2023. Now, I have these nightmares several times a week.  I am constantly anxious and paranoid. I fear being targeted in the field by a gun guard. When I'm picking crops by hand like my enslaved ancestors under threat of an armed overseer, I feel angry, irritable, and sad. Because of my recurring nightmares, I struggle to sleep at night.

8.      This summer, I declared a medical emergency from the field because my back was aching. Every time I bent down to pick something, I felt a shooting pain down my back. A medical officer came and checked my blood pressure, temperature, and pulse. She never assessed my back, even after I explained the problem. She gave me a prescription—I'm not sure for what—and said I was cleared to return to the fields. I could not continue working in the fields, though, because of my back pain. A prison official wrote me up for that. I lost access to canteen for two weeks.

9.      The message was clear: my body is not valued by the prison, unless I am on my hands and knees in an okra bush. And even then, to the prison, I am worthless.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on September 23rd, 2024.

CHADARIUS MOREHEAD

Signed Initials

DECL. OF CHADARIUS MOREHEAD

2

FarmLine_00002689