**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

October 14, 2024

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

   Re: *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

  We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period October 7–October 11, 2024,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

  The heat index data listed below was recorded by the National Weather Service ("NWS") location at the Baton Rouge Ryan Field Station at the Baton Rouge Metropolitan Airport.[2] The NWS did not publish heat data from the New Roads False River Regional Airport for certain time spans between October 7–October 11.[3] The NWS data underlying this summary is attached as Exhibit A to this report.

  Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, October 7: The heat index at the Baton Rouge Metropolitan Airport met or exceeded 88 degrees from 10:53 a.m. to 5:53 p.m.[4] The Farm Line was operating during some of this period.

- Tuesday, October 8: The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees Fahrenheit.[5] The Farm Line was operating on this day.

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2] The NWS records weather data on an hourly basis at the Baton Rouge Ryan Field Station location.

[3] The New Roads False River Regional Airport location did not record any weather data on October 7; October 8; October 9 from 12:00 a.m. to 3:35 p.m. and from 7:50 p.m. to 11:55 p.m.; October 10 from 12:00 a.m. to 4:15 a.m.

[4] NWS did not record heat index data from 12:53 a.m. to 7:53 a.m.

[5] NWS did not record heat index data from 12:53 a.m. to 9:53 a.m. or from 7:53 p.m. to 11:53 p.m.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Brian A. Jackson                                                                                                              2

- Wednesday, October 9:  The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees.[6]  The Farm Line was operating on this day.

- Thursday, October 10:  The heat index at the Baton Rouge Metropolitan Airport met or exceeded 88 degrees Fahrenheit at 1:53 p.m.[7]  The Farm Line was operating during this period.

- Friday, October 11:  The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees Fahrenheit.[8]  The Farm Line was operating on this day.

The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeremy Benjamin*

Jeremy Benjamin

cc:     All Counsel of Record (via ECF)

---

[6]  NWS did not record heat index data from 12:53 a.m. to 9:53 a.m. or from 10:53 p.m. to 11:53 p.m.

[7]  NWS did not record heat index data from 12:35 a.m. to 8:53 a.m.

[8]  NWS did not record heat index data at 8:53 a.m. or from 7:53 p.m. to 11:53 p.m.