# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 12 | 17:53 | W 3 | 10.00 | Fair | CLR | 84 | 55.9 | | | 38% | | 83 | 30.07 | 1018.0 | | | |
| 12 | 16:53 | Calm | 10.00 | Fair | CLR | 88 | 53.1 | | | 30% | | 86 | 30.07 | 1018.0 | | | |
| 12 | 15:53 | W 5 | 10.00 | Fair | CLR | 88 | 55 | | | 33% | | 86 | 30.07 | 1018.2 | | | |
| 12 | 14:53 | Vrbl 7 | 10.00 | Fair | CLR | 88 | 54 | | | 31% | | 86 | 30.08 | 1018.6 | | | |
| 12 | 13:53 | Calm | 10.00 | Fair | CLR | 86 | 55.9 | | | 36% | | 85 | 30.11 | 1019.6 | | | |
| 12 | 12:53 | Vrbl 6 | 10.00 | Fair | CLR | 84.9 | 60.1 | 86 | 59 | 43% | | 85 | 30.14 | 1020.6 | | | |
| 12 | 11:53 | W 7 | 10.00 | Fair | CLR | 84.9 | 57.9 | | | 40% | | 84 | 30.17 | 1021.5 | | | |
| 12 | 10:53 | Calm | 10.00 | Fair | CLR | 82 | 57.9 | | | 44% | | 82 | 30.18 | 1021.9 | | | |
| 12 | 09:53 | Calm | 10.00 | Fair | CLR | 78.1 | 61 | | | 56% | | 80 | 30.18 | 1021.9 | | | |
| 12 | 08:53 | Calm | 10.00 | Fair | CLR | 70 | 61 | | | 73% | | | 30.18 | 1021.7 | | | |
| 12 | 07:53 | Calm | 10.00 | Fair | CLR | 61 | 57 | | | 87% | | | 30.16 | 1021.2 | | | |
| 12 | 06:53 | NE 3 | 10.00 | Fair | CLR | 59 | 55 | 63 | 59 | 87% | | | 30.14 | 1020.7 | | | |
| 12 | 05:53 | NE 3 | 10.00 | Fair | CLR | 60.1 | 55.9 | | | 86% | | | 30.13 | 1020.2 | | | |
| 12 | 04:53 | Calm | 10.00 | Fair | CLR | 60.1 | 55.9 | | | 86% | | | 30.13 | 1020.1 | | | |
| 12 | 03:53 | Calm | 10.00 | Fair | CLR | 61 | 57 | | | 87% | | | 30.13 | 1020.2 | | | |
| 12 | 02:53 | NE 3 | 10.00 | Fair | CLR | 60.1 | 55.9 | | | 86% | | | 30.14 | 1020.4 | | | |
| 12 | 01:53 | Calm | 10.00 | Fair | CLR | 63 | 57.9 | | | 84% | | | 30.14 | 1020.5 | | | |
| 12 | 00:53 | NE 3 | 10.00 | Fair | CLR | 63 | 57 | 80.1 | 62.1 | 81% | | | 30.14 | 1020.4 | | | |
| 11 | 23:53 | Calm | 10.00 | Fair | CLR | 64.9 | 57.9 | | | 78% | | | 30.14 | 1020.4 | | | |
| 11 | 22:53 | NE 5 | 10.00 | Fair | CLR | 64.9 | 57.9 | | | 78% | | | 30.14 | 1020.6 | | | |
| 11 | 21:53 | Calm | 10.00 | Fair | CLR | 71.1 | 55.9 | | | 59% | | | 30.14 | 1020.6 | | | |
| 11 | 20:53 | Calm | 10.00 | Fair | CLR | 71.1 | 59 | | | 66% | | | 30.13 | 1020.3 | | | |
| 11 | 19:53 | Calm | 10.00 | Fair | CLR | 73 | 57 | | | 57% | | | 30.13 | 1020.1 | | | |
| 11 | 18:53 | Calm | 10.00 | Fair | CLR | 75 | 59 | 89.1 | 75 | 58% | | 77 | 30.11 | 1019.6 | | | |
| 11 | 17:53 | Calm | 10.00 | Fair | CLR | 86 | 54 | | | 33% | | 84 | 30.11 | 1019.4 | | | |
| 11 | 16:53 | N 3 | 10.00 | Fair | CLR | 89.1 | 50 | | | 26% | | 86 | 30.1 | 1019.3 | | | |
| 11 | 15:53 | Vrbl 5 | 10.00 | Fair | CLR | 88 | 52 | | | 29% | | 86 | 30.11 | 1019.4 | | | |
| 11 | 14:53 | E 6 | 10.00 | Fair | CLR | 88 | 52 | | | 29% | | 86 | 30.12 | 1019.7 | | | |
| 11 | 13:53 | NE 5 | 10.00 | Fair | CLR | 88 | 53.1 | | | 30% | | 86 | 30.14 | 1020.4 | | | |
| 11 | 12:53 | NE 6 | 10.00 | Fair | CLR | 86 | 54 | 86 | 57.9 | 33% | | 84 | 30.17 | 1021.4 | | | |
| 11 | 11:53 | E 7 | 10.00 | Fair | CLR | 84 | 53.1 | | | 34% | | 83 | 30.19 | 1022.3 | | | |
| 11 | 10:53 | E 7 | 10.00 | Fair | CLR | 81 | 55 | | | 41% | | 81 | 30.2 | 1022.5 | | | |
| 11 | 09:53 | E 8 | 10.00 | Fair | CLR | 77 | 55 | | | 47% | | 78 | 30.2 | 1022.4 | | | |
| 11 | 08:53 | NE 7 | 10.00 | Fair | CLR | 69.1 | 55 | | | 61% | | | 30.19 | 1022.1 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (<u>Metric</u>)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 13:53 | E 10 | 10.00 | Fair | CLR | 89.1 | 57 | | | 34% | | 88 | 30.02 | 1016.5 | | | |
| 10 | 12:53 | Calm | 10.00 | Fair | CLR | 87.1 | 57 | 87.1 | 63 | 36% | | 86 | 30.05 | 1017.4 | | | |
| 10 | 11:53 | N 10 | 10.00 | Fair | CLR | 84.9 | 57 | | | 39% | | 84 | 30.06 | 1017.9 | | | |
| 10 | 10:53 | NE 5 | 10.00 | Fair | CLR | 81 | 55.9 | | | 42% | | 81 | 30.06 | 1018.0 | | | |
| 10 | 09:53 | N 6 | 10.00 | Fair | CLR | 77 | 57 | | | 50% | | 79 | 30.06 | 1017.9 | | | |
| 10 | 08:53 | NE 7 | 10.00 | Fair | CLR | 72 | 57 | | | 59% | | | 30.06 | 1017.8 | | | |
| 10 | 07:53 | N 3 | 10.00 | Fair | CLR | 64.9 | 57 | | | 76% | | | 30.04 | 1017.1 | | | |
| 10 | 06:53 | Calm | 10.00 | Fair | CLR | 63 | 55.9 | 70 | 63 | 78% | | | 30.02 | 1016.5 | | | |
| 10 | 05:53 | Calm | 10.00 | Fair | CLR | 64 | 57 | | | 78% | | | 29.99 | 1015.5 | | | |
| 10 | 04:53 | Calm | 10.00 | Fair | CLR | 66 | 57 | | | 73% | | | 29.98 | 1014.9 | | | |
| 10 | 03:53 | Calm | 10.00 | Fair | CLR | 66.9 | 57.9 | | | 73% | | | 29.96 | 1014.4 | | | |
| 10 | 02:53 | N 5 | 10.00 | Fair | CLR | 66.9 | 57.9 | | | 73% | | | 29.96 | 1014.5 | | | |
| 10 | 01:53 | N 3 | 10.00 | Fair | CLR | 69.1 | 59 | | | 70% | | | 29.96 | 1014.5 | | | |
| 10 | 00:53 | N 5 | 10.00 | Fair | CLR | 70 | 59 | 79 | 70 | 68% | | | 29.96 | 1014.4 | | | |
| 09 | 23:53 | N 7 | 10.00 | Fair | CLR | 73 | 59 | | | 62% | | | 29.95 | 1014.2 | | | |
| 09 | 22:53 | N 5 | 10.00 | Fair | CLR | 72 | 59 | | | 64% | | | 29.96 | 1014.4 | | | |
| 09 | 21:53 | N 7 | 10.00 | Fair | CLR | 75 | 59 | | | 58% | | 77 | 29.95 | 1014.1 | | | |
| 09 | 20:53 | N 7 | 10.00 | Fair | CLR | 75.9 | 59 | | | 56% | | 78 | 29.94 | 1013.7 | | | |
| 09 | 19:53 | NW 5 | 10.00 | Fair | CLR | 77 | 61 | | | 58% | | 79 | 29.92 | 1013.0 | | | |
| 09 | 18:53 | NW 7 | 10.00 | Fair | CLR | 79 | 61 | 90 | 79 | 54% | | 80 | 29.9 | 1012.3 | | | |
| 09 | 17:53 | NW 7 | 10.00 | Fair | CLR | 84.9 | 57.9 | | | 40% | | 84 | 29.88 | 1011.7 | | | |
| 09 | 16:53 | NW 7 | 10.00 | Fair | CLR | 87.1 | 55.9 | | | 35% | | 86 | 29.87 | 1011.4 | | | |
| 09 | 15:53 | NW 6 | 10.00 | Fair | CLR | 89.1 | 55.9 | | | 33% | | 87 | 29.88 | 1011.6 | | | |
| 09 | 14:53 | Calm | 10.00 | Fair | CLR | 88 | 55.9 | | | 34% | | 86 | 29.89 | 1012.0 | | | |
| 09 | 13:53 | N 8 | 10.00 | Fair | CLR | 88 | 55.9 | | | 34% | | 86 | 29.9 | 1012.6 | | | |
| 09 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 86 | 57.9 | 86 | 59 | 39% | | 85 | 29.93 | 1013.3 | | | |
| 09 | 11:53 | N 7 | 10.00 | Fair | CLR | 82.9 | 57.9 | | | 43% | | 83 | 29.94 | 1013.9 | | | |
| 09 | 10:53 | Vrbl 6 | 10.00 | Fair | CLR | 79 | 57 | | | 47% | | 80 | 29.96 | 1014.3 | | | |
| 09 | 09:53 | NE 6 | 10.00 | Fair | CLR | 73 | 55 | | | 53% | | | 29.95 | 1014.1 | | | |
| 09 | 08:53 | NE 9 | 10.00 | Fair | CLR | 68 | 52 | | | 57% | | | 29.95 | 1014.0 | | | |
| 09 | 07:53 | N 7 | 10.00 | Fair | CLR | 62.1 | 51.1 | | | 67% | | | 29.94 | 1013.8 | | | |
| 09 | 06:53 | N 6 | 10.00 | Fair | CLR | 59 | 50 | 64.9 | 59 | 72% | | | 29.93 | 1013.5 | | | |
| 09 | 05:53 | N 5 | 10.00 | Fair | CLR | 60.1 | 50 | | | 70% | | | 29.93 | 1013.3 | | | |
| 09 | 04:53 | N 7 | 10.00 | Fair | CLR | 61 | 50 | | | 67% | | | 29.91 | 1012.7 | | | |
| 09 | 03:53 | N 6 | 10.00 | Fair | CLR | 61 | 50 | | | 67% | | | 29.91 | 1012.6 | | | |
| 09 | 02:53 | N 7 | 10.00 | Fair | CLR | 63 | 50 | | | 63% | | | 29.92 | 1013.1 | | | |
| 09 | 01:53 | N 5 | 10.00 | Fair | CLR | 64 | 50 | | | 60% | | | 29.92 | 1013.2 | | | |
| 09 | 00:53 | N 7 | 10.00 | Fair | CLR | 64.9 | 48.9 | 77 | 64.9 | 56% | | | 29.91 | 1012.7 | | | |
| 08 | 23:53 | N 6 | 10.00 | Fair | CLR | 66 | 50 | | | 56% | | | 29.91 | 1012.8 | | | |
| 08 | 22:53 | N 6 | 10.00 | Fair | CLR | 66.9 | 50 | | | 55% | | | 29.91 | 1012.9 | | | |
| 08 | 21:53 | N 7 | 10.00 | Fair | CLR | 69.1 | 50 | | | 51% | | | 29.91 | 1012.8 | | | |
| 08 | 20:53 | N 7 | 10.00 | Fair | CLR | 71.1 | 50 | | | 47% | | | 29.9 | 1012.4 | | | |
| 08 | 19:53 | N 6 | 10.00 | Fair | CLR | 73.9 | 51.1 | | | 45% | | | 29.89 | 1012.1 | | | |
| 08 | 18:53 | N 3 | 10.00 | Fair | CLR | 77 | 48.9 | 86 | 77 | 37% | | 78 | 29.87 | 1011.3 | | | |
| 08 | 17:53 | N 7 | 10.00 | Fair | CLR | 82.9 | 48 | | | 30% | | 81 | 29.85 | 1010.7 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 08 | 16:53 | Vrbl 7 | 10.00 | Fair | CLR | 86 | 48 | | | 27% | | 83 | 29.84 | 1010.2 | | | |
| 08 | 15:53 | N 8 G 18 | 10.00 | Fair | CLR | 86 | 48 | | | 27% | | 83 | 29.83 | 1010.2 | | | |
| 08 | 14:53 | N 10 G 20 | 10.00 | Fair | CLR | 86 | 48 | | | 27% | | 83 | 29.84 | 1010.3 | | | |
| 08 | 13:53 | N 8 G 20 | 10.00 | Fair | CLR | 84 | 48.9 | | | 30% | | 82 | 29.87 | 1011.2 | | | |
| 08 | 12:53 | NE 9 | 10.00 | Fair | CLR | 82.9 | 48.9 | 82.9 | 63 | 31% | | 81 | 29.9 | 1012.3 | | | |
| 08 | 11:53 | NE 8 | 10.00 | Fair | CLR | 80.1 | 51.1 | | | 37% | | 80 | 29.92 | 1013.1 | | | |
| 08 | 10:53 | N 7 | 10.00 | Fair | CLR | 75.9 | 53.1 | | | 45% | | 78 | 29.93 | 1013.4 | | | |
| 08 | 09:53 | N 6 | 10.00 | Fair | CLR | 72 | 52 | | | 50% | | | 29.94 | 1013.7 | | | |
| 08 | 08:53 | N 6 | 10.00 | Fair | CLR | 68 | 52 | | | 57% | | | 29.93 | 1013.4 | | | |
| 08 | 07:53 | N 7 | 10.00 | Fair | CLR | 64 | 51.1 | | | 63% | | | 29.92 | 1012.9 | | | |
| 08 | 06:53 | N 7 | 10.00 | Fair | CLR | 63 | 51.1 | 73.9 | 63 | 65% | | | 29.91 | 1012.7 | | | |
| 08 | 05:53 | N 6 | 10.00 | Fair | CLR | 64 | 51.1 | | | 63% | | | 29.9 | 1012.5 | | | |
| 08 | 04:53 | N 5 | 10.00 | Fair | CLR | 66 | 51.1 | | | 59% | | | 29.9 | 1012.4 | | | |
| 08 | 03:53 | N 8 | 10.00 | Fair | CLR | 68 | 51.1 | | | 55% | | | 29.89 | 1012.1 | | | |
| 08 | 02:53 | N 8 | 10.00 | Fair | CLR | 70 | 52 | | | 53% | | | 29.9 | 1012.3 | | | |
| 08 | 01:53 | N 7 | 10.00 | Fair | CLR | 71.1 | 54 | | | 55% | | | 29.9 | 1012.5 | | | |
| 08 | 00:53 | N 9 | 10.00 | Fair | CLR | 73.9 | 55.9 | 82 | 73.9 | 54% | | | 29.9 | 1012.5 | | | |
| 07 | 23:53 | N 10 | 10.00 | Fair | CLR | 75.9 | 59 | | | 56% | | 78 | 29.91 | 1012.6 | | | |
| 07 | 22:53 | N 9 | 10.00 | Fair | CLR | 77 | 61 | | | 58% | | 79 | 29.91 | 1012.6 | | | |
| 07 | 21:53 | N 7 | 10.00 | Fair | CLR | 78.1 | 63 | | | 60% | | 80 | 29.9 | 1012.6 | | | |
| 07 | 20:53 | N 6 | 10.00 | Fair | CLR | 79 | 63 | | | 58% | | 81 | 29.9 | 1012.3 | | | |
| 07 | 19:53 | N 5 | 10.00 | Fair | CLR | 77 | 64.9 | | | 66% | | 79 | 29.88 | 1011.7 | | | |
| 07 | 18:53 | N 3 | 10.00 | Fair | CLR | 82 | 62.1 | 93.9 | 81 | 51% | | 83 | 29.87 | 1011.3 | | | |
| 07 | 17:53 | N 6 | 10.00 | A Few Clouds | FEW080 | 90 | 59 | | | 35% | | 89 | 29.85 | 1010.7 | | | |
| 07 | 16:53 | N 10 G 17 | 10.00 | A Few Clouds | FEW075 | 91.9 | 57.9 | | | 32% | | 91 | 29.85 | 1010.7 | | | |
| 07 | 15:53 | NE 15 G 21 | 10.00 | A Few Clouds | FEW070 | 93 | 59 | | | 32% | | 92 | 29.86 | 1011.0 | | | |
| 07 | 14:53 | NE 12 G 21 | 10.00 | Fair | CLR | 91.9 | 60.1 | | | 34% | | 92 | 29.88 | 1011.6 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 07 | 18:53 | N 3 | 10.00 | Fair | CLR | 82 | 62.1 | 93.9 | 81 | 51% | | 83 | 29.87 | 1011.3 | | | |
| 07 | 17:53 | N 6 | 10.00 | A Few Clouds | FEW080 | 90 | 59 | | | 35% | | 89 | 29.85 | 1010.7 | | | |
| 07 | 16:53 | N 10 G 17 | 10.00 | A Few Clouds | FEW075 | 91.9 | 57.9 | | | 32% | | 91 | 29.85 | 1010.7 | | | |
| 07 | 15:53 | NE 15 G 21 | 10.00 | A Few Clouds | FEW070 | 93 | 59 | | | 32% | | 92 | 29.86 | 1011.0 | | | |
| 07 | 14:53 | NE 12 G 21 | 10.00 | Fair | CLR | 91.9 | 60.1 | | | 34% | | 92 | 29.88 | 1011.6 | | | |
| 07 | 13:53 | N 12 | 10.00 | A Few Clouds | FEW065 | 91 | 61 | | | 37% | | 91 | 29.9 | 1012.3 | | | |
| 07 | 12:53 | NE 16 G 23 | 10.00 | A Few Clouds | FEW060 | 91 | 63 | 91 | 70 | 39% | | 92 | 29.94 | 1013.5 | | | |
| 07 | 11:53 | N 13 G 18 | 10.00 | Fair | CLR | 89.1 | 64.9 | | | 45% | | 91 | 29.97 | 1014.6 | | | |
| 07 | 10:53 | NE 14 | 10.00 | Fair | CLR | 87.1 | 66 | | | 50% | | 89 | 29.98 | 1014.9 | | | |
| 07 | 09:53 | NE 8 | 10.00 | Fair | CLR | 82 | 66.9 | | | 60% | | 85 | 29.98 | 1015.1 | | | |
| 07 | 08:53 | NE 7 | 10.00 | Fair | CLR | 77 | 66 | | | 69% | | 79 | 29.98 | 1015.2 | | | |
| 07 | 07:53 | N 7 | 10.00 | Fair | CLR | 72 | 64.9 | | | 79% | | | 29.97 | 1014.8 | | | |
| 07 | 06:53 | NE 5 | 10.00 | Fair | CLR | 70 | 64.9 | 73.9 | 70 | 84% | | | 29.96 | 1014.4 | | | |
| 07 | 05:53 | N 6 | 10.00 | Fair | CLR | 71.1 | 64.9 | | | 81% | | | 29.95 | 1014.0 | | | |
| 07 | 04:53 | NE 6 | 10.00 | Fair | CLR | 71.1 | 66 | | | 84% | | | 29.94 | 1013.6 | | | |
| 07 | 03:53 | NE 7 | 10.00 | Fair | CLR | 72 | 66 | | | 82% | | | 29.94 | 1013.6 | | | |
| 07 | 02:53 | NE 7 | 10.00 | Fair | CLR | 73 | 66 | | | 79% | | | 29.94 | 1013.8 | | | |
| 07 | 01:53 | NE 7 | 10.00 | Fair | CLR | 73.9 | 66 | | | 76% | | | 29.95 | 1014.0 | | | |
| 07 | 00:53 | NE 7 | 10.00 | Fair | CLR | 73.9 | 66 | 84 | 73.9 | 76% | | | 29.96 | 1014.3 | | | |
| 06 | 23:53 | NE 7 | 10.00 | Fair | CLR | 75 | 66.9 | | | 76% | | 76 | 29.97 | 1014.8 | | | |
| 06 | 22:53 | NE 6 | 10.00 | Fair | CLR | 75.9 | 66.9 | | | 74% | | 77 | 29.99 | 1015.2 | | | |
| 06 | 21:53 | NE 6 | 10.00 | Fair | CLR | 77 | 66.9 | | | 71% | | 79 | 29.98 | 1015.0 | | | |
| 06 | 20:53 | NE 6 | 10.00 | A Few Clouds | FEW065 | 80.1 | 66.9 | | | 64% | | 82 | 29.97 | 1014.6 | | | |
| 06 | 19:53 | N 6 | 10.00 | Fair | CLR | 81 | 66.9 | | | 62% | | 83 | 29.95 | 1013.9 | | | |
| 06 | 18:53 | NE 6 | 10.00 | A Few Clouds | FEW060 | 84 | 66.9 | 91.9 | 84 | 57% | | 87 | 29.92 | 1013.2 | | | |
| 06 | 17:53 | N 6 | 10.00 | Fair | CLR | 89.1 | 66.9 | | | 48% | | 92 | 29.91 | 1012.9 | | | |
| 06 | 16:53 | NE 7 | 10.00 | Fair | CLR | 91 | 66 | | | 44% | | 94 | 29.91 | 1012.7 | | | |
| 06 | 15:53 | NE 12 | 10.00 | A Few Clouds | FEW055 | 91 | 66 | | | 44% | | 94 | 29.92 | 1013.0 | | | |
| 06 | 14:53 | E 9 | 10.00 | A Few Clouds | FEW048 FEW060 | 91 | 66.9 | | | 45% | | 94 | 29.93 | 1013.5 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE000693