# Exhibit B

## Daily Line Counts

Line #: 15b               Date: 10/7/24

Pusher: Moore
Gun Guard: Alis
Gun Guard: _____

AM Count: 4

PM Count: 4

$E1 - 1$
$E2 - 1$

$F3 - 2$

Bus 1301

206330

Comments:

Arrived at Gate 618
Opened gate @ 6:45
Closed gate & Read Memorandum @ 7:15
Issued Gatorade & water & offered Sunblock at 8:00
Break time 8:45 - 9:00
count called at 9:38 - 4x
Break time 9:45 - 10:00
Lunch time 10:15 - 10:45
Break time 10:45 - 11:00
Break time 11:45 - 12:00
Break time 12:45 - 1:00
opened Gate @ 1:32
Closed Gate @ 1:42

VOTE000700

## Daily Line Counts

Line #: __24 + 25__          Date: __10-7-24__

Pusher: __Brassard__
Gun Guard: __BROWN__          F 1 = 2
Gun Guard: __Lanus__          F 2 = 2
                              F 3 = 5
                              F 4 = 2
AM Count: __12__

PM Count: _____


Comments:

618ᴬ Arrived at check out gate. (Falcon)

643ᴬ K-9 handlers Removed Dogs From Fence.

645ᴬ opened outer Gate.

715ᴬ opened inner Gate For check out.

716ᴬ Read memo to Line.

718ᴬ Proceeded For Line check out For work.

728ᴾ Checked out twelve offenders.

732ᴬ Locked Both Gates. (Check out.)

736ᴬ offender williams Fell at Check out gate. Cpt. Roberson called medical to check him.

744ᴬ Arrived at Zuchinni' Field.

745ᴬ offered sun screen, No one wanted it. Supplied water and gatoraid + tents.

750ᴬ Emt arrived to check out offender williams.

757ᴬ assigned cuts to pick Zuchinni.

816ᴬ col Hebert Transporting offender williams to 9th.

830ᴬ called Break.

845ᴬ break over.

900ᴬ swung around to Pick other side of Field.

936ᴬ called in count verification.

945ᴬ called Break.

1000 Break over.

VOTE000701

## Daily Line Counts

Line #: __24 + 25__          Date: __10-7-24__

Pusher: __Broussard__
Gun Guard: __Brown__
Gun Guard: __Langus__

AM Count: __12__

PM Count: _____

Comments: (cont.)
1010 - Checked Rows For zuchinni.
10⁴⁵ - Called Break.
11⁰⁰ - Break Over.
1135 - Head Land.
1136 - Enroute to Falcon Checkout Site. Advsd D5.
1143 - arrived at Fakon Checkout Site.
1146 - opened Outer & inner gate. (Cpt. D5 Present.)
1149 - offender Back in camp. Both Gates Locked.

186
2nd 75

## Daily Line Counts

Line #: __#15__     Date: __10 / 7 /24__

Pusher: __Lt. Lewis__
Gun Guard: __MSgt. McFarland__
Gun Guard: __MSgt. Fleming__

B-3    W-0   (22)

B-7    W-0

AM Count: (23 x)

B-11   W-0

PM Count: _____

B-1    W-0

**Comments:**
- Checked out bus #36 to go check out line #15 to pick yellow squash
- Arrived back at Camp-C check out gate at 6⁴⁷ AM
- Open outer gate at 7¹³ AM
- Open Iner gate at 7³⁴ AM
- Read the Field Operation Procedure memo before checking line out
- Checked out (23) offenders
- Closed both Iner and outer gate at 7⁴³ AM
- Arrived to the yellow squash field at 8⁰⁰ AM, offenders were provided with shade wings, (2) water (2) squeder coolers, Restroom, Hand wash Station, Sunscreen, gloves, cups, Hats, and buck crates to pick with
- 8¹⁴ AM Medical arrived to the field to see offender Phillip Brown #508873 and Desmond Clark #568467 for Medical Emergency. Phillip Brown was sent in and Desmond Clark stayed in field.
- offenders were given a 15 min break at 8⁴⁵ AM
- Offenders were given a 15 min break at 9⁴⁵ AM
- Got count at 10⁰⁰ AM and called in to C-Sally Port B1-3, B2-7, B3-11, B4-1
- Offenders were given a 15 min break at 10⁴⁵ AM
- Head land at 11²⁰ AM, Sent in (2) trailers a total of 266 crates
- No Heat Alert was called today
- Arrived to Camp-C Check out gate at 11³⁶ AM
- Open outer gate at 11³⁸ AM
- Open Iner gate at 11⁴⁶ AM
- Close both Iner and outer gate at 11⁵⁰ AM
- Done for the day

VOTE000703

**Daily Line Counts**

Line #: _____15_____          Date: _10/8/24_

Pusher: _Lt. Leut_
Gun Guard: _Msgt. Brussard_
Gun Guard: _Msgt. Brown_

B-3      W-0      (22)

B-87      W-0

AM Count: _(22x)_

B-10      W-0

PM Count: _____

B-2      W-0

**Comments:**
- Checked out bus #36 to go check out line #15 to go pick Pecans
- Arrived at the Camp-C check out gate at 6:45 Am
- Open outer gate at 7:27 Am
- open Iner gate at 7:34 Am
- Read the Field Operation Procedure memo before checking line out
- Checked out (22x) offenders
- Closed both Iner and outer gate at 7:50 Am
- Arrived to the Pecon field at 8:00 Am, offenders were provided shade wagen, (2) water (2) Squencher coolers, Restroom, Hand wash Station Sunscreen, gloves, cups and white sacks to pick Pecans with, along with (4) Rakes to collect them together
- Offenders were given a 15 min break at 8:45 Am
- Offenders were given a 15 min break at 9:45 Am
- 9:47 Am Medical #3 Arrived to see offender Levi Lee #751173 for his leg, check up from when Lee Protisipated in the Rodeo Past Sunday
- Called count in to Camp-C Sally Port at 10:28 Am B1-3, B2-7, B3-10, B4=
- Offenders were given a 15 min break at 10:42 Am
- Head kund at 11:24 Am, No Heat Alert was called today
- Sent in 20 bag of Pecons
- Arrived back at Check out gate at 11:39 Am
- Open Outer gate at 11:40 Am
- Open Iner gate at 11:41 Am
- Closed both Iner and outer gate at 11:42 Am
- Done for the day

VOTE000704

**Daily Line Counts**

Line #: _15B & 15A_        Date: _10-8-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _8 X_

PM Count: _8 X_

| | Count | | Time 9:45AM | | MP |
|---|---|---|---|---|---|
| | | | Combine | | |
| F① | Ø | E① | 2 | | Ash④ 1 |
| F② | Ø | E② | 2 | | |
| F③ | 2 | E③ | Ø | | |
| F④ | Ø | E④ | 1 | | |
| | | | Total 7x | | |

**Comments:**

6:33  Arrived at Camp D, picked up the keys to the Falcon Gates

6:36  Arrived at the Falcon gates, standing by until the dogs are picked up

7:04  Open the outlet gate to Falcon yard, standing by

7:17  Open the inner gate to Falcon yard to checkout Line 15B

7:18  Read the Field Operations Procedures before checkout

7:22  Start checking out Line 15B with Capt. Cummings

7:28  Checked out 4 x for Line 15B and Closed the gates to Falcon yard

7:31  Picked up 3 x for Line 15A, turned in the keys to Tower-1 and exit to the Processing Plant

7:34  Arrived at the Processing Plant, picked up ① cooler of water ① cooler of squincher

7:55  Exit the Processing Plant to Line 15A Shop, offer Sun Screen "No Takers"

8:00  Arrived at Line 15A Shop, picked up 1 X for Line 15A and the Tools and equipment
       Weed eaters; #VP-148 #GS-148 #15A-22 #15A-12 #15B-5 #15A-10 #15A-5 #15A-21 and string

8:08  Exit Line 15A Shop to the Ranch House.

8:16  Arrived at the Ranch House with 8 x for Line 15A & 15B

9:45  Shutdown, conduct and call in the Breakdown Count on Line 15A & 15B to Camp-D Sallyport
       and Verified 1x Ash 4 with A-Building Sallyport for a total of 8 X for Line 15A & 15B

10:25 Exit to Ranch House to the Processing Plant

10:33 Arrived at the Processing Plant with 8 x for chow for Line 15A & 15B

11:12 Exit the Processing Plant to the Ranch House

11:18 Arrived at the Ranch House with 8 x for Line 15A & 15B, start weed eating

12:35 Exit the Ranch House to the ditch in front of the Shakedown office

12:37 Arrived in front of the Shakedown office, start weed eating ditches

2:46  Lt. Col. C. Vittorio picked up #inmate Lovell Wilson and transport to the Main Prison for callout

VOTE000705

## Daily Line Counts

Line #: _15A & 15B_          Date: _10-8-2024_

Pusher: _MSgt. D. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _8X_

PM Count: _8X_

Comments:

1:33 Exit from in front of the shakedown office to Line 15A Shop

1:40 Arrived at Line 15A Shop, put up the tools and equipment

1:45 Exit Line 15A Shop to Camp-D

1:50 Arrived at Camp-D dropped of 3x for Line 15A and picked up the keys

1:53 Arrived at the Falcon gates with 4x for 15B, open the gates

1:58 Checked in 4x for Line 15B and turned them over to Capt. Cummings then closed the gates

2:00 Turned in the keys to Camp-D Tower-1 and parked the Bus at the Bus Lot

VOTE000706

**Daily Line Counts**

Line #: 15                Date: 10/9/24

Pusher: Lt. Lut
Gun Guard: MSgt. Brussard
Gun Guard: MSgt. Brown

AM Count: (20 x)

PM Count: _____

B - 3        W - 0
B - 7        W - 0
B - 9        W - 0
B - 1        W - 0

**Comments:**
- Checked out bus #36 to go check out line 15 to go Pick Pecans
- Arrived to Camp-C Check out gate at 6⁴⁶ Am
- Open the outer gate at 7²³ Am
- Open Iner gate at 7²⁴ Am
- Read Field operation Procedure memo before checking out line
- Checked out (20x) offenders
- Closed both Iner and outer gate at 7⁴¹ Am
- Arrived to the Pecan field at 7⁵¹ Am, offenders were Provided
with a Shade wagen, (2) water /(2) squenchrs Cooler, Restroom, Hand wash
Station, Gloves, Cups, Sunscreen, and white Sacks to Pick Pecans with
- Offenders were given a 15 min break at 8³⁵ Am
- Offenders were given a 15 min break at 9³⁵ Am
- Called Count in to Camp C- Sally Port at 10²⁶ Am B1-3, B2-7, B3-9, B4-1
- Offenders were given a 15 min break at 10³¹ Am
- Head Land at 11²³ Am, No Heat Alert was Called today
- Sent in 20½ Sacks of Pecons
- Arrived back to the gate at 11³⁶ Am
- Open the outer gate at 11⁴⁶ Am
- Open the Iner gate at 11⁴⁷ Am
- Closed both Iner and outer gate at
- Dorm for the Day

VOTE000708

# Daily Line Counts

Line #: __15B ✓ 15A__          Date: __10-9-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. M. McFarland__
Gun Guard: _____

AM Count: __7X__

PM Count: __7X__

Combine Count   Time 9:50am
F① ∅        E① 2
F② ∅        E② 2
F③ 2        E③ ∅
F④ ∅        E④ ∅

Total 6x

MP
Ash④ 1x

## Comments:

6:35 Arrived at Camp D, picked up the keys to the Falcon gates

6:38 Arrived at the Falcon gates, standing by until the dogs are removed from the fence

7:07 Open the outter gate to Falcon yard, standing by to checkout Line 15B

7:10 Open the inner gate to Falcon yard to checkout Line 15B

7:11 Read the Field Operations Procedures before checkout

7:16 Start checking out Line 15B with Major Holliday and Capt. Bynum

7:19 Checked out 4 x for Line 15B and Closed the gates to Falcon yard

7:24 Turned in the keys to Tower-1 at Camp D, picked up 2 x for Line 15A and exit to the Processing Plant

7:27 Arrived at the Processing Plant, picked up 1 x for Line 15A for a total of 3x for Line A and picked up 1 cooler of water 1 cooler of squincher

7:50 Exit the Processing Plant to Line 15A Shop

7:53 Arrived at the Line 15A Shop, offer Sun Screen "No Taker", picked up the Tools & Equipment 1 weed eaters: #UP-148, #65-148, #15A-22, #15B-5, #15A-21 #15A-5 #15A-10 and string

8:00 Exit Line 15A Shop to th Ranch House Fork

8:12 Arrived at the Ranch House Fork and start weed eating fence line, ditches

9:21 Arrived at Point Lookout and start weed eating the big ditches

9:45 Verified 1 x Lovell Wilson #444188 Ash-4 with A-Building Sallyport

9:50 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport   6x for 15A+1

10:37 Exit Point Lookout to the Processing Plant

10:50 Arrived at the Processing Plant with 7x for Line 15A & 15B for Chow

11:27 Exit the Processing Plant to Dog Pen Road

11:35 Arrived at the Point Lookout with 7x, weed eating the ditch

12:00 Start weed eating down Dog Pen Road, power poles, ditches

VOTE000709

## Daily Line Counts

Line #: _15A & 15B_          Date: _10-9-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _7x_

PM Count: _7x_

Comments:
1:30 Exit Dog Pen Road to Line 15A Shop, dropped off 1x at Main Prison
1:44 Arrived at Line 15A Shop, put up the Tools and Equipment
1:48 Exit Line 15A Shop to Camp D
1:57 Arrived at Camp-D, dropped 2x at Camp-D Sallyport, picked up the Keys
2:00 Arrived at the Falcon gate with 4x for Line 15B, Open the gates
2:06 Checked in 4x for Line 15B and turned them over to Capt. Bynum
       then closed the gates to Falcon yard
2:08 Turned in the Keys to Tower 1 and exit to the Bus Lot

VOTE000710

## Daily Line Counts

Line #: _15_                    Date: _10 / 10 / 24_

Pusher: _LY. Leet_
Gun Guard: _MSgt. Brussard_
Gun Guard: _____

AM Count: _(25x)_

PM Count: _____

B - 0      W -
B - 13     W -
B - 10 11  W -
B - 1      W -

### Comments:
- Checked out bus #36 to go Check out line 15 to go Pick Pecons
- Arrived to the Check out gate at 6⁴³ Am
- open the outer gate at 7²¹ Am
- open the Iner gate at 7²² Am
- Read the field operation Procedure memo before checking out the field line
- Checked out (25x) offenders
- Closed both Iner and outer gate at 7⁵⁶ Am
- Arrived to the Pecun field at 8⁰⁵ Am, offenders were Provided with a Shade Wagon, (2) water / (2) Squeezer coolers, Sunscreen, Restroom, Hand wash Station, Gloves, cups, and white Sacks to Pick Pecons with
- offenders were given a 15 min break at 8⁵⁰ Am
- offenders were given a 15 min break at 9⁵⁰ Am
- Count was turned in to Camp-c Sally Port at 10⁰³ Am / B1-0, B2-13, B3-11, B4-1
- offenders were given a 15 min break at 10⁵⁰ Am
- Head Land at 11²⁵ Am, NO Heat Alert was Called today
- Sent in 18 Sacks of Pecons in
- Arrived back to Check out gate at 11⁴⁴ Am
- open outer gate at 11⁵⁰ Am
- open Iner gate at 11⁵⁰ Am
- Closed Both Iner and outer gate at 11⁵⁸ Am
- Done for the day

VOTE000713

# Daily Line Counts

Line #: __15B & 15A__                Date: __10-10-2024__

Pusher: __MSgt. D. Scott__
Gun Guard: __MSgt. M. McFarland__
Gun Guard: _____

|  | Combine Count | Time 9:50Am | MP |
|---|---|---|---|
|  |  |  | Ash④ 1x |
| F① | ∅ | E① 2 |  |
| F② | ∅ | E② ∅ |  |
| F③ | 3 | E③ ∅ |  |
| F④ | ∅ | E④ 1 |  |

New Count
AM Count: __7X / 6X__

PM Count: __6X__

Total __6X__

Comments:
6:30 Arrived at Camp-D, picked up the keys to the Falcon gates
6:32 Arrived at the Falcon gates, standing by until dogs are removed
6:50 Open the outter gate to falcon yard standing by
7:10 Open the inner gate to Falcon yard to checkout Line 15B
7:11 Read the Field Operation Procedures before checkout
7:18 Start checking out Line 15B with Capt. Bynum
7:20 Checked out 4 x for Line 15B and closed the gates to Falcon yard
7:25 Turned in the keys to Falcon yard, picked up 3 x for Line 15A and exit to the Processing Plant
7:30 Arrived at the Processing Plant, picked ①cooler of water ①cooler of Squincher
7:48 Exit the Processing Plant to Line 15A Shop
7:52 Arrived at Line 15A Shop, picked up the Tools & Equipment; weedeaters #15A-22, #15A-21, VP-148, ES-148, 15B-
#15A-12, #15A-13 #15A-25, string
7:58 Exit the 15A Shop to Dog Pen Road
8:08 Arrived on Dog Pen Road with 7x and start weed eating fence line and poles
8:44 Exit the Dog Pen Road to the Air Strip
8:52 Arrived at the Air Strip with 7x and start weed eating fence line and ditches
9:45 Verified inmate Lovell Wilson #444188 Ash 4 with A-Building Sallyport
9:50 Call in the count to Camp-D Sallyport after conducting a Breakdown Count
10:10 Col. G. Hebert arrived and transport inmate Christopher Pell #545415 into Camp-D for
Trustee Board, New Count 6X for Line 15A & 15B
10:38 Exit the Air Strip to the Processing Plant
10:45 Arrived at the Processing Plant with 6 x for Line 15A & 15B for Chow
11:28 Exit the Processing Plant to the Air Strip

VOTE000714

**Daily Line Counts**

Line #: _15A + 15B_     Date: _10-10-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _7x/6x_     ← New Count

PM Count: _6X_

Comments:

11:34 Arrived at the Air Strip with 6x for Line 15A & 15B, start weed eating

12:15 Arrived in the trees on the Main Road, weed eating around the trees and fence

12:40 Exit Main Road to Main Prison dropped 1x Line 15A for callout

12:45 Arrived at Line 15A Shop, put up Equipment and start loading empty crates

2:00 Finish loading crates, exit to Camp-D

2:03 Arrived at Camp-D, dropped off 1X for 15A, picked up the key to Falcon

2:07 Arrived at the Falcon gate with 4x for Line 15B, Open the gates

2:12 Checked in 4x for Line 15B and turned them over to Lt. MacPhillips then

Closed the gate

2:14 Turned in the key and exit to the Bus Lot

_O. Scott, MSgt._

VOTE000715

**Daily Line Counts**

Line #: ___15___          Date: __10/11/24__

Pusher: _Lt. Lut_
Gun Guard: _MSgt. Brussard_
Gun Guard: _MSgt. Brown_

B-2  15  W-
B-15+16  W-
B-12  W-
B-2  W-

AM Count: (31 x)

PM Count: _____

**Comments:**
- Checked out bus #36 to go check out line #15 to go Pick Pecons
- Arrived to the check out gate at Camp-C at 6⁵⁵ AM
- Open the Outer gate at 7²⁰ AM
- Open the Iner gate at 7²⁰ AM
- Read the Field operation procedure memo before checking line #15 out
- Check out (31 x) Offenders
- Closed both Iner and outer gate at 7⁴⁵ AM
- Arrived to the field at 8⁰⁰ AM, offenders were Provided with a Shade Wagon, (2) water / (2) Spruncher Coolers, Restroom, Hand wash Station, Sunscreen, Cups, Gloves, and white Sacks to Pick Pecons with
- Offenders were given 15 min break at 8⁴⁵ AM
- Offenders were given 15 min break at 9⁴⁵ AM
- Called Count in to Camp-C Sally Port at 10³⁰ AM, B1-2, B2-15, B3-12, B4-
- Offenders were given 15 min break at 10⁴⁷ AM
- Head Land at 11³¹ AM, No Heat Alert was called
- Sent in 31 Sacks of Pecons
- Arrived back to the Check out gate at 11⁴⁷ AM
- Open the Outer gate at 11⁵¹ AM
- Open the Iner gate at 11⁵¹ AM
- Closed both the Iner and Outer gate at 11⁵⁹ AM
- Done for the Day

VOTE000716

## Daily Line Counts

Line #: _15A & 15B_        Date: _10-11-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _9 X_

PM Count: _9 X_

| Combine Count | Time 9:55am | Main Prison |
|---|---|---|
| F① ∅   E① 2 | | Ash① ∅ |
| F② ∅   E② 1 | | Ash② |
| F③ 3   E③ ∅ | | Ash③ 1 |
| F④ ∅   E④ 1 | | Ash④ 1 |
| | Total 7X | Total 2x |

Comments:

6:30 Arrived at Camp-D, picked up the keys to Falcon gates
6:53 Open the outter gate to Falcon, standing by
7:31 Open the inner gate to Falcon yard to checkout Line 15B
7:32 Read the Field Operations Procedures
7:34 Start checking out Line 15B with Capt. Cummings and Capt. Williams
7:36 Checked out 5 x for Line 15B and closed the gates to Falcon yard
7:40 Turned in the keys to Tower-1, picked up 2x for Line 15A and exit to the Processing Plant
7:44 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Squinchel, 2x 15A
8:10 Exit the Processing Plant to Line 15A Shop
8:13 Arrived at Line 15A Shop, picked up Tools and Equipment; weed eaters VP-148, ES-148, ISA-5, 15A-21, 15A-22, 15A-25, 15A-5, 15
8:28 Arrived at the B-Line Intersection with 9x for Line 15A and 15B, start weed eating ditches
8:50 Exit the B-Line intersection to the Yellow Bridge.
8:55 Arrived at the Yellow Bridge, with 9x for Line 15A & 15B, start weedeating big ditch
9:55 Verified 1x Ash③, 1x Ash④ with the R-Building Sallyport Line 15A and call in the coun
/ to Camp-D Sallyport for Line 15B and 15A  7x for a total of 9x
10:30 Exit the Yellow Bridge to the Processing Plant
11:34 Arrived at the Processing Plant with 9x for Line 15A & 15B for chow
11:25 Exit the Processing Plant to the Old Maintenance Road
11:30 Arrived at the Old Maintenance Road start weed eating ditches
12:33 Exit the Old Maintenance Road to Camp-H Road
12:35 Arrived at Camp-H Road, start weed eating ditches and poles
1:15 Exit Camp-H Road to Main Prison dropped 2x for Line 15A
1:20 Exit to Line 15A Shop with 7x for Line 15A & 15B

VOTE000722

**Daily Line Counts**

Line #: _15A & 15B_          Date: _10-11-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _____

AM Count: _9X_

PM Count: _9X_

Comments:
1:24 Arrived at Line 15A Shop, put the Tools and equipment
1:28 Exit Line 15A Shop to Camp-D
1:33 Arrived at Camp-D, dropped off 2x for Line 15A and picked up the Keys
1:35 Arrived at the Falcon gates with 5X for Line 15B, open the gates
1:39 Checked in 5X for Line 15B and turned them over to
     then Closed the gates to Falcon yard
1:40 Turned in the Keys to Tower-1 and exit to the Bus Lot

VOTE000723

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 24

10/07/2024 - 10/11/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 538879 | OTT, DANIEL | D EAG 1 | B | Med | | | | | |
| 584675 | PAYNE, VINCENT | D EAG 1 | B | Med | | | | | |
| 704077 | PARKER, RANDY | D EAG 2 | B | Med | | | | | |
| 595850 | KATO, JAMARIO | D EAG 2 | B | Med | | | | | |
| 395187 | ROUTE, MARLON | D EAG 3 | B | Med | | | | | |
| 373366 | BRIDGES, NIGUEL | D EAG 3 | B | Med | | | | | |
| 733559 | BROWN, RAYJOHN | D EAG 3 | B | Med | | | | | |
| 93154 | CURRY, PERRY | D FAL 1 | B | Med | | | | | |
| 99339 | MCCOY, LOVAIR | D FAL 1 | B | Med | | | | | |
| 103355 | MONROE, BILLY | D FAL 1 | B | Med | | | | | |
| 115231 | TEZANO, CARL | D FAL 1 | B | Med | | | | | |
| 96267 | NICHOLSON, FLOYD | D FAL 1 | B | Med | | | | | |
| 120348 | BYRD, BRIAN | D FAL 1 | B | MED | | | | | |
| 305523 | KOON, JAMES | D FAL 1 | B | Med | | | | | |
| 205818 | SMITH, COREY | D FAL 1 | B | Med | | | | | |
| 129701 | MAGEE, JERRY | D FAL 1 | B | MIN-B | | | | | |
| 334258 | TAYLOR, DALLAS | D FAL 1 | B | MED | | | | | |
| 78855 | GORDON, DANIEL | D FAL 1 | B | Med | | | | | |
| 493960 | PENNINGTON, MICHAEL | D FAL 1 | B | MED | ✓ | | | | |
| 257862 | DAVIS, ALVIN | D FAL 1 | B | MED | | | | | |
| 512943 | HAWTHORNE, JEREMY | D FAL 1 | B | Med | ✓ | | | | |
| 767633 | TRAHAN, NATHANIEL | D FAL 1 | B | Med | | | | | |
| 489564 | MCDAVIS, JEREMY | D FAL 1 | B | Med | | | | | |
| 781379 | LOGGINS, LAMONTE | D FAL 1 | B | Med | | | | | |
| 402397 | ROSS, CHARLES | D FAL 1 | B | Med | | | | | |
| 784980 | HONORE, JOHN | D FAL 1 | B | Med | | | | | |
| 725892 | AUSBERRY, THOMAS | D FAL 1 | B | Med | | | | | |
| 351197 | ROBERTS, COBEY | D FAL 1 | W | Med | | | | | |
| 115638 | YOUNG, ROBERT | D FAL 2 | B | Med | | | | | |
| 98926 | STEWART, KEITH | D FAL 2 | B | Med | | | | | |
| 93305 | JOHNSON, LESLIE | D FAL 2 | B | Med | | | | | |
| 393488 | GREVIOUS, TRAVIS | D FAL 2 | B | MED | | | | | |
| 446734 | JEFFERSON, FLOYD | D FAL 2 | B | Med | | | | | |
| 490526 | MUNSON, LLOYD | D FAL 2 | B | Med | | | | | |
| 595515 | RICHARD, QUINTYLAN | D FAL 2 | B | Med | | | | | |
| 581530 | KIRSH, CORNELIUS | D FAL 2 | B | Med | | | | | |
| 84576 | BURGE, MICHAEL | D FAL 2 | W | Med | | | | | |
| 496405 | JACKSON, DONEA | D FAL 2 | B | Med | | | | | |
| 730043 | SOUTHALL, KEVON | D FAL 2 | B | Med | | | | | |
| 302277 | JOHNSON, TRELANE | D FAL 2 | B | Med | | | | | |
| 620898 | TATE, TYRAIL | D FAL 2 | B | Med | | | | | |
| 636718 | DOOLEY, RASHEED | D FAL 2 | B | Med | ✓ | | | | |
| 738495 | MATTHEWS, MALIK | D FAL 2 | B | Med | | | | | |
| 627744 | RANDOLPH, JERMAL | D FAL 2 | B | Med | | | | | |
| 616223 | DILLON, CHRISTOPHER | D FAL 2 | B | Med | | | | | |
| 396195 | GOLDSTON, FREDERICK | D FAL 3 | B | Med | ✓ | | | | |
| 130632 | OLIVIERI, WILLIAM | D FAL 3 | W | Med | | | | | |
| 450380 | ACHELLES, GARARD | D FAL 3 | B | Med | | | | | |

VOTE000729

| 581343 | FLAG, COREY | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 739112 | RANDAZZO, VINCENZO | D FAL 3 | W | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 439017 | WILLIAMS, JARRET | D FAL 3 | B | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 626275 | STEPHENS, JOSHUA | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 784655 | HOWARD, KEMON | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 790574 | RAY, KENMICCAEL | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 92834 | ROBINSON, WILLIE | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 301291 | WASHINGTON, VERNON | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 591199 | SPIEHLER, CHRISTOPHER | D FAL 4 | W | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 498931 | BRANCH, WILLIAM | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 704426 | BRANDON, DALDURAN | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 539773 | LEWIS, CAMERON | D FAL 4 | B | Med | [✗] | [ ] | [ ] | [ ] | [ ] |
| 746938 | CLARKS, DEONDRIC | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 710367 | HICKS, DEMARIOUS | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 739500 | WILLIAMS, JERMAINE | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 711669 | KESTLE, BRANDON | D FAL 4 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 583818 | SYLVESTER, TROY | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 406671 | BOWIE, BARRY | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 557004 | MOSELY, JAMAR | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |

**Signature:** _____

VOTE000730

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 25

10/07/2024 - 10/11/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 122529 | THOMPSON, DAVID | D FAL 1 | W | Med | | | | | |
| 123820 | HILL, KENNETH | D FAL 1 | B | Med | | | | | |
| 161377 | CAMPBELL, WINFRED | D FAL 2 | B | Med | | | | | |
| 437853 | DIGGINS, ROBERT | D FAL 2 | B | Med | | | | | |
| 216886 | BAILEY, GREGORY | D FAL 2 | B | MED | | | | | |
| 271732 | SIMS, DAVID | D FAL 2 | B | MED | | | | | |
| 496356 | SKINNER, JAMES | D FAL 2 | B | Med | | | | | |
| 112939 | CHARLES, MARLO | D FAL 2 | B | Med | | | | | |
| 446823 | FISHER, ASHLEY | D FAL 2 | B | Med | | | | | |
| 95816 | GREEN JR., THOMAS | D FAL 3 | B | Med | | | | | |
| 189935 | RICE, GREGORY | D FAL 3 | B | Med | | | | | |
| 365790 | DEFFENBAUGH, JOHN | D FAL 3 | W | Med | | | | | |
| 398885 | NELSON, LAVAR | D FAL 3 | B | Med | | | | | |
| 452478 | GILLIAM, TERRANCE | D FAL 3 | B | Med | | | | | |
| 440360 | CLEMMONS, CARLOS | D FAL 3 | B | Med | | | | | |
| 636791 | BATISTE, ADAM | D FAL 3 | B | MED | | | | | |
| 471288 | GEORGE, DARRELL | D FAL 3 | B | Med | | | | | |
| 712806 | BROWN, JEREMY | D FAL 3 | B | Med | | | | | |
| 608638 | SUSAN, JAMES | D FAL 3 | W | MED | | | | | |
| 741171 | THOMPSON, DAMION | D FAL 3 | B | Med | | | | | |
| 579031 | SWAN, JOSHUA | D FAL 3 | B | Med | | | | | |
| 107922 | ELLIS, VIRGIL | D FAL 4 | B | Med | | | | | |
| 108470 | WALKER, JEFFERY | D FAL 4 | B | Med | | | | | |
| 109229 | EL MUMIT, ABDULLAH | D FAL 4 | B | MED | | | | | |
| 127405 | MORAN, LESTER | D FAL 4 | B | Med | | | | | |
| 183273 | DENOMES, DARRYL | D FAL 4 | B | MED | | | | | |
| 394828 | SIMS, DONALD | D FAL 4 | B | Med | | | | | |
| 295058 | TAYLOR, AARON | D FAL 4 | B | Med | | | | | |
| 351810 | THORNTON, MELVIN | D FAL 4 | B | Med | | | | | |
| 296539 | HUNTER, TYRONE | D FAL 4 | B | Med | | | | | |
| 304599 | HOWARD, BRODERICK | D FAL 4 | B | Med | | | | | |
| 552935 | EVANS, MARCUS | D FAL 4 | B | Med | | | | | |
| 569364 | PARKER, ROY | D FAL 4 | B | Med | | | | | |
| 596275 | ROCHELLE, FARRELL | D FAL 4 | B | Med | | | | | |
| 339667 | LAMPKIN, GLEN | D FAL 4 | B | Med | | | | | |
| 702511 | TATE, JORDAN | D FAL 4 | B | Med | | | | | |
| 708544 | RILEY, HARRISON | D FAL 4 | B | Med | | | | | |
| 96134 | JONES, WILLIE | D FAL 4 | B | Med | | | | | |
| 314846 | DUGAS, RONALD | D FAL 4 | B | Med | | | | | |
| 611539 | JOHNSON, DESMON | D FAL 4 | B | Med | | | | | |
| 572870 | PATTERSON, JEREMY | D FAL 4 | B | Med | | | | | |
| 552051 | PATT, JERRELL | D FAL 4 | B | Med | | | | | |
| 305881 | DILLON, WILLIE | D FAL 4 | B | Med | | | | | |
| 112981 | WASHINGTON, GEORGE | D FAL 4 | B | Med | | | | | |
| 630198 | LOTTS, RODERICK | D FAL 4 | B | Med | | | | | |
| 582248 | MILLER, ROBERT | D FAL 4 | W | Med | | | | | |

Signature: _____

VOTE000732