UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

Considering Plaintiffs' **Motion For Class Certification (Doc. 120, the "Motion")**,

**IT IS ORDERED** that all deadlines set forth in the Fourth Amended Scheduling Order (Doc. 106) that are unrelated to the Motion be and are hereby **CONTINUED WITHOUT DATE**.

Baton Rouge, Louisiana, this 17th day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA