**Department Regulation No. HCP8**
**Attachment A**
**20 October 2024**

| ACH Risk Score | Medication Drug Class | Examples | Mechanism of Heat Pathology |
|---|---|---|---|
| **Heat Pathology Medications List** | | | |
| 3 | **Anticholinergics** | Benztropine (Cogentin) | Decreased sweating<br>Impaired thermoregulation |
| | **Antihistamines with anticholinergic properties (*Scheduled/ daily-maintenance medication)** | Cyproheptadine (Periactin)<br>Diphenhydramine (Benadryl)<br>Doxylamine (Unisom)<br>Hydroxyzine (Atarax, Vistaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Antispasmodic/ Antimuscarinics** | Dicyclomine (Bentyl)<br>Hyoscyamine (Levsin)<br>Darifenacin (Enablex)<br>Oxybutynin (Ditropan)<br>Propantheline (Pro-Banthine)<br>Tolterodine (Detrol, Detrol LA) | Decreased sweating<br>Impaired thermoregulation |
| | **Antipsychotics** | Chlorpromazine<br>Clozapine (Clozaril)<br>Thioridazine (Mellaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Tricyclic antidepressants (TCAs)** | Amitriptyline (Elavil)<br>Clomipramine (Anafranil)<br>Desipramine (Norpramin)<br>Doxepin (Sinequan)<br>Imipramine (Tofranil)<br>Nortriptyline (Aventyl, Pamelor) | Decreased sweating |
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Carisoprodol (Soma)<br>Tizanidine (Zanaflex)<br>Carisoprodol (Soma, Vanadom).<br>Chlorzoxazone (Lorzone, Parafon Forte DSC).<br>Metaxalone (Metaxall, Skelaxin).<br>Dantrolene (Dantrium)<br>Orphenadrine (Norflex) | Decreased sweating<br>Impaired thermoregulation |
| | **Mood stabilizer** | Lithium (Eskalith, Lithobid)<br>*(Not ACH Risk)* | Diabetes insipidus induced water loss and risk for fainting, falls<br>Electrolyte imbalance<br>Risk for toxicity in setting of dehydration because of narrow therapeutic index |
| | **Antiseizure medications** | Carbamazepine (Tegretol) | Decreased sweating<br>Increased sweating |
| 2 | **Antiseizure medications** | Oxcarbazepine (Trileptal)<br>Topiramate (Topamax) | Increased urination<br>Dizziness and weakness, especially after increased dose |

1 of 2

**\* Scheduled/ daily-maintenance medication\*= >7-10 consecutive days**
**\*\* The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.**

**Department Regulation No. HCP8**
**Attachment A**
**20 October 2024**

| ACH Risk Score | Medication Drug Class | Examples | Mechanism of Heat Pathology |
|---|---|---|---|
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Baclofen (Lioresal) Cyclobenzaprine (Fexmid, Flexeril) Dantrolene (Dantrium) | Decreased sweating Impaired thermoregulation |
| 1 | **Antipsychotics** | Aripiprazole (Abilify) Haloperidol (Haldol) Olanzapine (Zyprexa) Paliperidone (Invega) Quetiapine (Seroquel) Risperidone (Risperdal) Ziprasidone (Geodon) | Impaired sweating Impaired temperature |
| 0-1 | **Diuretics** | **Loop Diuretics**: Acetazolamide (Diamox) Bumetanide (Bumex) Furosemide (Lasix) Metolazone (Zaroxolyn) Spironolactone (Aldactone) Torsemide (Demadex) | Electrolyte imbalance Volume depletion, dehydration and increased risk of fainting and falls Reduced thirst sensation |
| | **Beta-Adrenergic Blocking Agents And Alpha/Beta-Adrenergic Blocking Agents** | Beta-Adrenergic Blockers: Acebutolol (Sectral) Atenolol (Tenormin) Bisoprolol (Zebeta) Metoprolol (Lopressor, Toprol XL) Nadolol (Corgard) Nebivolol (Bystolic) Pindolol (Visken) Propranolol (Inderal, InnoPran) Sotalol (Betapace)<br><br>Alpha/Beta-Adrenergic Blockers: Carvedilol (Coreg) Labetalol hydrochloride (Trandate, Normodyne) | Reduced superficial vasodilation Decreased sweating Reduced blood pressure, increased risk of fainting and falls The negative chronotropic and inotropic effects lead to a decreased oxygen demand |
| | **Non-dihydropyridines Calcium channel blocker** | Diltiazem (Cardizem, Tiazac) Verapamil (Calan) | Decreased blood pressure, increased risk of fainting and falls Electrolyte imbalance<br><br>The negative chronotropic and inotropic effects lead to a decreased oxygen demand |

Table title: **Heat Pathology Medications List**

2 of 2
**\* Scheduled/ daily-maintenance medication\*= >7-10 consecutive days**
**\*\* The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.**

**Department Regulation No. HCP8**
**Attachment A**
**20 October 2024**

| ACH Risk Score | Medication Drug Class | Examples | Mechanism of Heat Pathology |
|---|---|---|---|
| | | **Heat Pathology Medications List** | |
| | **Nitrates** | Isosorbide Dinitrate (Isordil) Isosorbide Mononitrate (Ismo) Nitroglycerin (NitroBid) | Peripheral Vasodilatation |
| | **Stimulants** | Amphetamine Salts (Adderall) Methylphenidate (Ritalin) | Increased body temperature |

3 of 2

* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.