UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON |
| **VERSUS** | * * | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**Exhibit List**</u>

NOW INTO COURT, through undersigned counsel, come Defendants herein, JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ("Defendants"), who submit the corrected named exhibits:

Exhibit A1 – Photograph of Farm Line

Exhibit A2 – Photograph of Farm Line

Exhibit A3 – Photograph of Farm Line (Under Seal)

Exhibit A4 – Photograph of Farm Line (Under Seal)

Exhibit B – HCP8 – Health Care Policy – Pharmacy and Formulary Heat Pathology

Exhibit B1 – Attachment A to HCP8 – Heat Pathology Medications List

Exhibit B2 – Attachment B to HCP8 – Medical Exclusions

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By:   s/Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

*(Attorneys for Defendants)*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 21st day of October, 2024.

      s/Andrew Blanchfield
      Andrew Blanchfield