# EXHIBIT A3 PLACEHOLDER

# FILED UNDER SEAL