# EXHIBIT A4 PLACEHOLDER

# FILED UNDER SEAL