JOSEPH #492565

07/18/2024

**EXHIBIT D** Page 1

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS; ET AL | CIVIL ACTION NO.3:23-CV-1304 |
| VS. | JUDGE BRIAN A. JACKSON |
| JAMES LEBLANC, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; ET AL | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

Testimony of

JOSEPH GUILLORY #492565

taken on Thursday, July 18, 2024, before Caroline D. Escude', Certified Court Reporter in and for the State of Louisiana, at Louisiana State Penitentiary, 17544 Tunica Trace, Angola, Louisiana.

COURT REPORTERS OF LOUISIANA, L.L.C.
9522 Brookline Avenue, Suite 217
Baton Rouge, Louisiana 70809
PHONE (225) 201-9650 * FAX (225) 201-9651
E-Mail:  depos@courtreportersla.com

I N D E X

|                          | Page |
|--------------------------|------|
| Caption                  | 1    |
| Appearances              | 3    |
| Agreement of Counsel     | 4    |
| Examination              |      |
|   BY MR. BLANCHFIELD      | 5    |
|   BY MS. BOSALAVAGE       | 52   |
| Re-Examination           |      |
|   BY MR. BLANCHFIELD      | 53   |
| Reporter's Certificate   | 56   |

* * * * *

Exhibits:

(None.)

07/18/2024

Page 34

supposed to pass him any paper, so I will just --

BY MR. BLANCHFIELD:

Q.    I can show it to you, but I think -- it's only a few things.  I mean, I'm going to read them to you and if you don't understand just tell me and I'll rephrase it, okay?  It says -- this is Number 7 -- I have never been provided with proper work boots, proper work gloves, sunscreen, sunglasses, sun hat or other safety equipment necessary to work in the fields.  Is that correct?

A.    Yes, sir.

Q.    Okay.  Work boots, what -- when you were in the field in the summer of 2023, what kind of boots were you wearing?

A.    They gave us rubber boots.

Q.    Do you still have those boots?

A.    No, sir.

Q.    And I know that your work in the fields, although on and off, it spanned a pretty long length of time.  Is that fair to say?

A.    Yes, sir.

Q.    And during that time was it always rubber boots?

A.    Yes, sir.

Q.    Okay.  Did you ever ask for lace-up boots?

Page 35

A.    I have requested lace-up boots.

Q.    Do you know when you requested lace-up boots?

A.    I couldn't -- I couldn't, you know, give you a definite time of when I requested them.  I never wore them because they wasn't -- they was very low grade, low quality, no insoles, tear your feet up.  It was worse than the rubber boots.

Q.    So it was -- you were better off wearing the rubber boots?

A.    I would say.

Q.    What about gloves, did you ever ask for gloves?

A.    Yes, I have.

Q.    Did you get gloves?

A.    Yes, sir.

Q.    Does everyone -- when you're out there on the farm line, does everyone prefer to wear gloves or do some just go bare?

MS. BOSALAVAGE:

Objection.  You can answer.

A.    I can speak for myself, that the gloves -- they only good for one time to wear them in the field.  Once they get wet they start tearing up and you have no other choice but to go by hand after