# EXHIBIT "F"

# Photographs
# (to be filed under seal)