# Exhibit B

## Daily Line Counts

**Line #:** 15

**Pusher:** Lt. Lut
**Gun Guard:** MSgt. Brown
**Gun Guard:**

**AM Count:** (25x)

**PM Count:**

**Date:** 10/14/24

B-2    W-0
B-11   W-1
B-9    W-0     (25)
B-2    W-0

**Comments:**
- Checked bus #36 out to go check line 15 out to go Plant
- Arrived to the Check out gate at 6:37 AM
- Open outer gate at 7:43 AM
- Open Iner gate at 7:51 AM
- Read Field operation procedure memo before checking line out
- Checked out (25x) offenders
- Closed both Iner and outer gate at 8:10 AM
- Arrived to the Pecan field at 8:20 AM, offenders were provided with a Sade Wagon, Restroom, Hand wash station, (2) water /(2) Squencher coolers, sunscreen, cups, gloves, and white sacks to pick Pecans with
- Called Medical #3 for offender Desmond Clark #568467 at 8:35 AM, for a rash
- Offenders were given a 15 min break at 9:05 AM
- Medical #3 showed up and saw offender Clark, Medical cleared Clark to work
- Offenders were given a 15 min break at 10:05 AM
- Called Count in to Camp-C sally Port at 10:08 AM, B1-2, B2-11, B3-9, B4-2, w2
- Offender were given a 15 min break at 11:05 AM
- Head land at 11:27 AM, No Heat Alerts were called today
- Sent in 27 sacks of Pecans
- Arrived back to the Check out gate at 11:48 AM
- Open both outer and Iner gate at 11:50 AM
- Closed both Iner and outer gate at 11:56 AM
- Done for the Day

VOTE000762

## Daily Line Counts

Line #: __15A & 15B__   Date: __10-14-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. S. Lanus__
Gun Guard: _____

AM Count: __7X__

PM Count: __7X__

Combine Count   Time __9:48am__

$F^①$ __∅__   $E^①$ __2__
$F^②$ __∅__   $E^②$ __1__
$F^③$ __3__   $E^③$ __∅__
$F^④$ __∅__   $E^④$ __1__

Total __7X__

Comments:
6:47 Arrived at Camp-D, picked up the keys to the Falcon gates
6:50 Arrived at the Falcon gate, standing by to checkout Line 15B
6:13 Open the outter gate to Falcon yard
7:14 Open the inner gate to Falcon yard
7:17 Read the Field Operations Procedures
7:26 Checked out 5 x for Line 15B with Capt. Bynum
7:31 Turned in the keys, picked up 2 x for Line 15A and exit to the Processing Plan
7:34 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of squenchel
7:48 Exit to Line 15A Shop
7:52 Arrived at Line 15A Shop, picked up Tools and Equipment; weedeaters #VP-146, #15A-/ #65-146, #15B-5 #15A-21 #15A-12 and string, offer Sun Screen "No Takers"
7:55 Exit Line 15A Shop to Camp-C Road
8:04 Arrived at Camp-C Road with 7 x for Line 15A & 15B, offer Sun Screen "No Takers"
8:06 Start weed eating ditches and fence line
9:48 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport 7x Line 15A+
10:00 Start weed eating in front of Prison Enterprise
10:27 Exit Prison Enterprise to the Processing Plant
10:30 Arrived at the Processing Plant with 7x for chow Line 15A & 15B
11:16 Exit to Camp-A
11:21 Arrived at Camp-A, start weed eating
12:35 Exit Camp-A and start weed eating down A-Land
1:13 Exit A-Land to Line 15A Shop
1:15 Arrived at Line 15A Shop, put up the tools and equipment

NP4E000763

## Daily Line Counts

Line #: 15A & 15B                Date: 10-14-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. S. Lanus
Gun Guard: _____

AM Count: 7X

PM Count: 7X

Comments:
1:20 Exit Line 15A Shop to Camp-D
1:27 Arrived at Camp-D, dropped off 2x for line 15A, picked up the keys
1:30 Arrived at the Falcon gates with 5x for Line 15B, Open gates
1:36 Checked in 5x for Line 15B and turned them over to Capt. Bynum and Closed the gates to Falcon yard
1:39 Turned in the keys to Tower-1 and exit to the Bus Lot

*O. Scott, MSgt.*

VOTE000764

## Daily Line Counts

Line #: 15                           Date: 10-15-24

Pusher: Broussard
Gun Guard: MacFarland
Gun Guard: Fleming

B-1   2
B-2   12
B-3   9
B-4   2
       ___
       25

AM Count: 25

PM Count: _____

**Comments:**
635 Picked up keys to checkout gate.
638 arrived at checkout gate.
713 Dog pen crew on site, picking up dogs.
723 opened checkout gates.
728 Proceeded to checkout inmates, read memo.
752 Finished checking out inmates, locked both gates
756 enroute to field
803 arrived at field.
806 offered sunscreen, supplied tent, water, bathroom.
813 Started planting cabbage.
930 called in count verification.
1026 all accounted for.
1102 called in begr 3 recount. 9X.
1120 called head land.
1125 Enroute to camp C.
1133 Got checkout gate keys.
1134 at checkout gate.
1135 opened checkout gate.
1137 Checked inmates back in camp C.
1140 Locked checkout gates.

## Daily Line Counts

Line #: 15A & 15B     Date: 10-15-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. S. Lanus
Gun Guard: ___

AM Count: 8X
PM Count: 8X / New Count 7X

| Combine Count | Time 9:45 am | MP |
|---|---|---|
| F① ∅    E① 2 | | Ash 3  1X |
| F② ∅    E② 1 | | |
| F③ 3    E③ ∅ | | |
| F④ ∅    E④ 1 | | |
| Total 7X | | |

Comments:
6:33 Arrived at Camp-D, picked up the keys to Falcon gates
6:36 Arrived at the Falcon gates, standing by
7:08 Open outter gate to Falcon yard
7:09 Open inner gate to Falcon yard to checkout Line 15B
7:10 Read the Field Operations Procedures at the gate
7:13 Checked out 5X for Line 15B with Capt. Bynum and closed the gate
7:18 Turned in the keys, picked up 2X for Line 15A and exit to Processing Plant
7:21 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Squincher and 1X for Line 15A, offer Sun Screen "No Takers"
7:37 Exit the Processing Plant to the Zucchini Field
7:40 Arrived at the Zucchini Field with 8X for Line 15A & 15B, ① trailer with cover and portable restroom with hand wash station
7:45 Start picking Zucchini Squash in D-Land Zucchini Field
8:15 "Break time" all work stop, inmates was given a break for 15 minutes
9:15 "Break time" all work stop, inmates was given a break for 15 minutes
9:37 Exit the Zucchini Field to the Processing Plant, sent in 41 sack of Zucchini
9:42 Arrived at the Processing Plant with 8X for Line 15A & 15B for chow
9:45 Verified 1X Alvin Hyman Ash-3 with A-Building Sallyport and conduct, call in the count to Camp-D Sallyport 7X for Line 15A & 15B
10:05 Major Pidgeon arrived with the chow cart "chowtime"
10:50 Standing by at the Processing Plant until truck arrived at Line 37 Shop for the empty milk crates
12:16 Major Pidgeon transported inmate Alvin Hyman #376094 into A-Building Sallyport, new count

## Daily Line Counts

Line #: 15A & 15B                Date: 10-15-2024

Pusher: MSgt. D. Scott
Gun Guard: MSgt. S. Lanus
Gun Guard: _____

AM Count: 8X

PM Count: 8X / New Count 7X

Comments:
12:53 Exit the Processing Plant to Line 37 Shop
12:58 Arrived at Line 37 Shop and start loading empty crates
1:44 Exit Line 37 Shop to Camp-D
1:49 Arrived at Camp-D, picked up the keys and dropped off 2X for Line 15A
1:52 Arrived at the Falcon gates with 5X for line 15B, Open the gates
1:58 Checked in 5X for Line 15B and turned them over to Capt. Bynum then closed the gates to Falcon yard
2:00 Turned in the keys and exit

*D. Scott, MSgt*

# Daily Line Counts

Line #: 24+25                          Date: 10-16-24

Pusher: Broussard
Gun Guard: Brown
Gun Guard: Lanus

F1 - 1
F2 - 1
F3 - ~~05~~ 5
F4 - ~~05~~ 5
─────
12

AM Count: 12

PM Count: _____

Comments:
705 arrived at check out gate.
706 outer gate unlocked and open.
710 inner gate unlocked and open.
721 Staff having difficulties getting L 24+25 out.
725 memo read to lines.
734 checked out 12.
737 enroute to Pecan orchard.
742 arrived at Pecan orchard.
746 offered sunscreen - no one took any.
747 supplied tent, water buckets + latrines
750 start to pick pecans.
830 all accounted for.
943 called in count verification.
1030 all accounted for.
1120 called headguard.
1121 enroute to camp D.
1127 arrived at camp D.
1130 opened + unlocked outer gate.
1133 opened + unlocked inner gate.
1135 checked inmates in.
1136 closed + locked both gates.

## Daily Line Counts

Line #: 15                                Date: 10/16/24

Pusher: H. Lut
Gun Guard: MSgt. McFarland
Gun Guard: MSgt. Fleming

AM Count: (24x)

PM Count: _____

B-1     W-0
B-12    W-0
B-10    W-0
B-1     W-0

**Comments:**
- Checked out bus #36 to go check out line #15 to go plant veg.
- Arrived at the check out gate at 6:58 AM
- Open outer gate at 7:21 AM
- Open Iner gate at 7:25 AM
- Read Field operation Procedure memo before check out the line
- Checked out (24x) offenders
- Closed both Iner and outer gate at 7:36 AM
- Arrived to the field at 7:45 AM, offenders were provided with a shade wagon, (2) water/(2) squencher coolers, Restroom, Hand wash Station, sunscreen, gloves, Hats, cups, and water bucket to water plants
- offenders were given a 15 min break at 8:30 AM
- offenders were given a 15 min break at 9:30 AM
- offenders were given a 15 min break at 10:28 AM
- Called count in to Camp P-C Sally Port at 10:35 AM B1-1, B2-12, B3-10, B4-1
- Head Land at 11:22 AM, No Heat Alert was called today
- All 13 Rows were water 700g of water used
- Arrived back to the check out gate at 11:34 AM
- Open the outer gate at 11:40 AM
- Open the Iner gate at 11:40 AM
- Closed both Iner and outer gate at 11:43 AM
- Done for the day.

## Daily Line Counts

Line #: __15A & 15B__   Date: __10-16-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. L. Elliss__
Gun Guard: _____

AM Count: __6X__

PM Count: __6X__

Combine Count   Time __10:00__

F① __∅__    E① __2__
F② __∅__    E② __1__
F③ __3__    E③ __∅__
F④ __∅__    E④ __∅__

Total __6X__

Comments:
6:45 Arrived at Camp-D, picked up the keys to the Falcon gates
6:48 Arrived at the Falcon gates, Open the outter gate, standing by
7:10 Open the inner gate to the Falcon yard
7:26 Read the Field Operations Procedures befor checkout
7:28 Checked out 5 X for Line 15B with Capt. Cummings, Capt. Williams and Closed gates
7:31 Turned in the keys to Tower-1, picked up 1 X for Line 15A and exit to the Processing Plant
7:39 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of squincher, white sacks to pick pecans
7:54 Exit the Processing Plant to the Ranch House
8:04 Arrived at the Ranch House to pick pecans, offer Sun Screen "No Takers" ① Portable restroom and start picking pecans in front of the Ranch House
10:00 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:30 Exit the Ranch House to the Processing Plant
10:40 Arrived at the Processing Plant with 6X for Line 15A & 15B for Chow, dropped off 3½ sacks of pecans
11:25 Start bagging ice for the Rodeo
1:29 Exit the Processing Plant to Camp-D
1:32 Arrived at Camp-D, dropped of 1X for 15A, picked up the keys
1:34 Arrived at the Falcon gate with 5X for 15B, Open the gates
1:40 Checked in 5X for 15B, turned them over to Capt. Cummings, Closed the gates
1:44 Turned key in and exit Camp-D to Bus Lot

## Daily Line Counts

Line #: 15A & 15B           Date: 10-17-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. M. McFarland
Gun Guard: ___

AM Count: 7X

PM Count: 7X

Combine Count           Time 9:55 a
F① ∅        E① 2
F② ∅        E② 1
F③ 3        E③ ∅
F④ ∅        E④ 1

Total 7x

Comments:
6:30 Arrived at Camp-D, picked up the keys to Falcon gates
6:33 Arrived at the Falcon gates, standing by until dogs are picked up
6:58 Open the outer gate, standing by to checkout Line 15B
7:28 Open the inner gate to Falcon yard
7:30 Read the Field Operations Procedures at the gate
7:31 Checked out 5 X for 15B with Capt. Cummins, Capt. Williams and Closed the gates to Falcon yard
7:38 Turned in the keys to Tower-1, picked up 2 x for 15A and exit to the Processing Plant
7:41 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of squinchel.
8:00 Exit the Processing Plant to Line 15A Shop
8:05 Arrived at Line 15A Shop, picked up Tools and Equipment; Weedeaters #15A-21, #15B-5, #15A-12, UPA #65-148, #15B-10, #15A-22, string
8:12 Exit Line 15A Shop to Camp H Road
8:25 Arrived at Camp-H Road with 7 x for Line 15A&15B, offer Sun Screen "No Takers"
8:27 Start weed eating ditches, poles and around Camp-H
9:55 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport    7x 15A&15
10:45 Exit Camp-H to the Processing Plant
10:50 Arrived at the Processing Plant with 7x for Line 15A & 15B for Chow
11:34 Exit Processing Plant to the Air Strip
11:40 Arrived at the Air Strip, start weed eating ditches and fence line
1:22 Exit the Air Strip to Line 15A Shop/ 1:29 Arrived at Line 15A Shop put up tools and equipment
1:34 Exit to Camp-D/ 1:37 Arrived at Camp-D, Dropped of 2x for 15A, picked up the keys
1:40 Arrived at the gates with 5x for 15A, open the gates/ 1:48 Checked in 5x for 15B
1:50 Turned Keys in and exit to Bus Lot

VOTE000771

## Daily Line Counts



Line #: 15                                Date: 10-17-24

Pusher: Broussard
Gun Guard: Brown
Gun Guard: Fleming

B1 - 1
B2 - 17
B3 - 9~~8~~7
B4 - 2
       ___
        22

AM Count: 22

PM Count: ____

**Comments:**
630 enroute to camp C.
637 arrived at camp C and got keys to checkout gate.
640 at checkout gate.
706 waiting on dog handlers to arrive.
709 Dog handlers arrived.
715 Dogs removed from fence. Dog handlers left
717 Outer gate unlocked and opened.
735 Opened innergate.
740 proceeded to check out inmates; Read memo.
746 Finished checking out 22 inmates; Closed both gates.
755 enroute to field.
802 arrived at field.
815 offered sunscreen. No one took any. Supplied tent, w/coolers, Latrine.
930 called in count verification.
1030 all accounted for.
1050 called in Recount.
1125 called Head Count.
1129 Enroute to camp C.
1138 arrived at camp C & got keys to checkout gate.
1140 at checkout gate.
1141 unlocked & open both gates.
1147 checked in inmates.
1149 Both gates closed & lock-ed.

VOTE000772

# Daily Line Counts

**Line #:** 15            **Date:** 10/18/24

**Pusher:** Lt. Leet
**Gun Guard:** MSgt. Brown
**Gun Guard:** MSgt. Fleming

B-1        W2-1

B-10

B-9

B-1

**AM Count:** 22x

**PM Count:** _____

**Comments:**
- Checked out bus #36 to go check out line 15 to go pick yellow squash
- Arrived to the check out gate at 6:39 AM
- Open the outer gate at 7:31 AM
- Open the Inner gate at 7:40 AM
- Read the Field Operation Procedure memo before checking out
- Checked out (22) offenders
- Closed both Inner and outer gate at 7:54 AM
- Arrived to the yellow squash field at 8:10 AM, offenders were provided with shade wagon, (2) water, (2) Sqwincher coolers, Restrooms, Hand wash station, sunscreen, hats, gloves, cups, and black crates for picking
- Offenders were given a 15 min break at 8:55 AM
- Offenders were given a 15 min break at 9:50 AM
- Head count at 9:55 AM, No Heat Alert was called today
- Sent in 182 crates of yellow squash
- Arrived back at the check out gate at 10:12 AM
- Open the outer gate at 10:14 AM
- Open the Inner gate at 10:17 AM
- Closed both Inner and outer gate at 10:28 AM

VOTE000773

Dardy Elkins

# Daily Line Counts

Line #: 24 & 25

Date: 10-18-24

Pusher: Broussard
Gun Guard: MacFarland
Gun Guard: Lauks

AM Count: 9

PM Count: _____

F1 = 1
F2 = 1
F3 = 4
F4 = 3
       9

**Comments:**

638 arrived at Falcon checkout gate.
644 K9 handlers arrived to pickup dogs from fence.
648 unlocked and opened outer gate.
708 unlocked and opened inner gate.
711 Proceeded to check out inmates & read memo to line.
719 checked out 9 inmates for line 24 & 25.
723 closed and locked both gates.
726 en route to field.
730 arrived at field and started to water cabbage plants.
736 offered sunscreen, no one took any, supplied water buckets, tent & latrine
830 all accounted for.
930 called in count verification.
1030 all accounted for.
1132 called headland, finished watering cabbage plants.
1138 leaving field, enroute to camp D.
1147 arrived at camp D, got checkout keys.
1150 arrived at Falcon check out gate.
1151 opened outer gate.
1153 opened inner gate, checked in 9 inmates.
1156 closed and locked both gates.

VOTE000777

## Daily Line Counts

Line #: 15A & 15B            Date: 10-18-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: _____

AM Count: 8x

PM Count: 8x

Combine Count                    Time 9:35 am

| F① | 0 | E① | 2 |
| F② | 0 | E② | 1 |
| F③ | 3 | E③ | 0 |
| F④ | 0 | E④ | 1 |

MP
Ash 3  1

Total 7 x

Comments:
6:35 Arrived at Camp-D, picked up the keys to the Falcon gates
6:38 Arrived at the Falcon gates, standing by for dogs to be remove from the fence
6:48 Open outer gate to Falcon yard, standing by
7:08 Open inner gate to Falcon yard to checkout Line 15B
7:11 Read the Field Operations Procedures before checkout at the gate
7:13 Checked out 5 x for Line 15B and turned keys over to MSgt. Broussard
7:20 Picked up 2 x for Line 15A and exit Camp-D to the Processing Plant
7:23 Arrived at the Processing Plant, picked up ① cooler of water ② cooler of Sqwincher
7:44 Exit the Processing Plant to Line 15A Shop
7:48 Arrived at Line 15A Shop, picked up the Tools & Equipment; weed eater #15A-25, #15A-12, #15B-5, #15A-21, #VP-148, #GS-148, #15A-22, #15B-10, string and picked up 1x for Line 15A
7:53 Exit Line 15A Shop to May Haw Trees
8:00 Arrived at the May Haw Trees with 8 x for Line 15A & 15B
8:02 Start weed eating around the May Haw Trees and poles
8:56 Exit the May Haw Trees to the Red Hat
9:00 Arrived at the Red Hat, start weed eating around the Red Hat and ditches
9:35 Verified 1x Alvin Hyman Ash-3 with the A-Building Sallyport and conduct, calling the Breakdown Count to Camp-D Sallyport 7 x for a total of 8x, 15A & 15B
10:20 Exit the Red Hat Road to the Processing Plant
10:22 Arrived at the Processing Plant with 8x for chow Line 15A & 15B
11:00 Start weed eating the Grading Shed and the Processing Plant inside and out the fences, ditches and the buildings
12:35 Exit the Processing Plant to Line 15A Shop

VOTE000778

## Daily Line Counts

Line #: 15A & 15B          Date: 10-18-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard: _____

AM Count: 8X

PM Count: 8X

**Comments:**
12:40 Arrived at Line 15A Shop, put up the tools and equipment
12:45 Exit Line 15A Shop to Camp-D
12:50 Arrived at Camp-D, dropped of 2X for Line 15A, picked up the Keys
12:53 Arrived at Falcon gates with 5x for Line 15B, open gates
12:58 Checked in 5X, turned them over to Capt. Bynum and closed the gates
1:00 Turned in the Keys and exit to Main Prison
1:04 Arrived at the A-Building Sallyport dropped off 1X for Line 15A
1:20 Exit and fuel the bus and park at the Bus Lot

O. Scott, MSgt.

VOTE000779