PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

November 11, 2024

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

   Re: *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

  We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period November 4–November 8, 2024,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

  As noted in our letter of November 4, 2024, ECF No. 150, the parties respectfully ask the Court for guidance on whether they should continue filing weekly heat updates in light of the changing seasons and the end of the formal heat season at LSP. As also noted in our November 4 letter, even if the Court decides it is appropriate to halt the parties' weekly heat updates, Defendants will continue to provide Farm Line information to Plaintiffs, and Plaintiffs' counsel will continue to review Defendants' weekly reporting.

  The heat index data listed below was recorded by the National Weather Service ("NWS") at the New Roads False River Regional Airport. The NWS data underlying this summary is attached as Exhibit A to this report.

  Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, November 4: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 10:55 a.m. to 11:55 a.m.; from 12:35 p.m. to 1:15 p.m.; from 1:55 p.m. to 2:35 p.m.; and from 3:15 p.m. to 3:35 p.m. The Farm Line was operating during some of this time period.

- Tuesday, November 5: The heat index at LSP did not meet or exceed 88 degrees Fahrenheit. The Farm Line was not operating on this day.

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Brian A. Jackson 2

- Wednesday, November 6: The heat index at LSP did not meet or exceed 88 degrees. The Farm Line was operating on this day.

- Thursday, November 7: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 12:15 p.m. to 4:15 p.m. The Farm Line was operating during some of this time period.

- Friday, November 8: The heat index at LSP did not meet or exceed 88 degrees Fahrenheit. The Farm Line was operating on this day.

The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeremy Benjamin*

Jeremy Benjamin

cc:All Counsel of Record (via ECF)