UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A  
MEMBERSHIP ORGANIZATION ON  
BEHALF OF ITSELF AND ITS  
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering Plaintiffs' November 5 correspondence, (Doc. 150),

**IT IS ORDERED** that a telephone status conference be and is hereby **SET** for December 3, 2024, at 10:00 A.M. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 12th day of November, 2024

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA