# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### FIFTH AMENDED SCHEDULING ORDER

Considering the matters discussed at the December 5 Telephone Status Conference,

**IT IS ORDERED** that the parties may cease providing the Court with weekly updates on the conditions at the Louisiana State Penitentiary.

**IT IS FURTHER ORDERED** that the following deadlines and trial settings be and are hereby **SET**:

1. Responses to pending motions in limine, (Docs. 125, 126, 129), are due by: **January 10, 2025**.

2. Additional discovery requests, relating *only* to Defendants' adoption of the revised HPC-8, (Doc. 132-5), must be made by: **January 10, 2025**. Defendants' response due by: **February 3, 2025**.

3. Additional motions in limine, relating *only* to supplemental discovery, are due by: **February 18, 2025**.

4. Plaintiffs' motion for court-appointed expert must be made by: **January 10, 2025**. Defendants' response due: **February 3, 2025**.

5. Oral Argument on Plaintiffs' motion for class certification shall be held on: **February 19, 2025, at 10:00 A.M.** in Courtroom 2.

6. Pre-trial conference date: **March 25, 2025, at 2:00 P.M.** in chambers.

7. Deadline to submit proposed findings of fact and conclusions of law: **April 7, 2025**.

8. A 7-day **bench** trial is set for **April 21, 2025**, beginning each day at 8:30 A.M. in Courtroom 2.

The deadlines and stipulations set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the Court at (225) 389-3584 should they wish to schedule a settlement conference.

Baton Rouge, Louisiana, this 6th day of December, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**