IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>       v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>   *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**JOINT MOTION FOR PARTIAL DISMISSAL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **VOICE OF THE EXPERIENCED, MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY**, and **ALVIN WILLIAMS**, on behalf of themselves and those similarly situated, and Defendants, **JAMES LEBLANC, TIMOTHY HOOPER, MISTY STAGG, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, AND PRISON ENTERPRISES, INC.,** who, move jointly for a voluntary dismissal of any and all claims asserted by Plaintiffs against Defendants **MISTY STAGG** and **PRISON ENTERPRISES, INC.**, only, without prejudice, with each party to bear their own costs,

and, specifically reserving to Plaintiffs all rights to prosecute claims and/or actions against any and all other parties, persons and/or entities, including **JAMES LEBLANC, TIMOTHY HOOPER,** and **LOUISIANA DEPARTMENT OF PUBLIC SAFETY.**

Respectfully Submitted,
Dated:  December 16, 2024

>  /s/ Lydia Wright
>  Lydia Wright, La. Bar No. 37926
>  Samantha Bosalavage, La. Bar No. 39808
>  **THE PROMISE OF JUSTICE INITIATIVE**
>  1024 Elysian Fields Avenue
>  New Orleans, LA 70117
>  Tel: (504) 529-5955
>  lwright@defendla.org
>  sbosalavage@defendla.org
>
>  /s/ Amaris Montes
>  **RIGHTS BEHIND BARS**
>  Amaris Montes (PHV) MD Bar No. 2112150205
>  416 Florida Avenue NW, Se. 26152
>  Washington, D.C. 20001
>  Tel: (202) 455-4399
>  amaris@rightsbehindbars.org
>
>  /s/ Jeremy A. Benjamin
>  **PAUL, WEISS, RIFKIND, WHARTON**
>   **& GARRISON LLP**
>  Joshua Hill Jr. (PHV) NY Bar No. 4297826
>  Jeremy A. Benjamin (PHV) NY Bar No. 4770277
>  Michael C. McGregor (PHV) NY Bar No. 5510490
>  Arielle B. McTootle (PHV) NY Bar No. 5993217
>  Ricardo R. Sabater (PHV) NY Bar No. 5933379
>  Leah R. Weiser (PHV) NY Bar No. 6027601
>  1285 Avenue of the Americas,
>  New York, NY 10019-6064
>  Tel: (212) 373-3000
>  jhill@paulweiss.com
>  jbenjamin@paulweiss.com
>  mmcgregor@paulweiss.com
>  amctootle@paulweiss.com
>  rsabater@paulweiss.com
>  lweiser@paulweiss.com
>
>  *Attorneys for Plaintiffs and the Proposed Classes*

**LIZ MURRILL**
**Attorney General**

*/s/Andrew Blanchfield*
Andrew Blanchfield, T.A. (#16812)
C. Reynolds LeBlanc (#33937)
Chelsea A. Payne (#35952)
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone:  (225) 383-3796
ablanchfield@keoghcox.com
rleblanc@keoghcox.com
cpayne@keoghcox.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                            */s/ Jeremy A. Benjamin*  
                                            Jeremy A. Benjamin