UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### PARTIAL JUDGMENT

Considering the **Joint Motion For Partial Dismissal (Doc. 163)** which the Court construes as a stipulation of dismissal that dismisses Plaintiff's claims against Defendants Misty Stagg and Prison Enterprises, Inc., *only*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants Misty Stagg and Prison Enterprises, Inc. be and are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

Plaintiff's additional claims remain pending.

Baton Rouge, Louisiana, this 17th day of December, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA