UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members; and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary; MISTY STAGG, in her official capacity as Director or Prison Enterprises, Inc.; the LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; and PRISON ENTERPRISES, INC.<br><br>*Defendants*. | 3:23-CV-1304-BAJ-EWD<br><br>**MOTION TO ENROLL CHIZOBA D. WILKERSON PRO HAC VICE** |

NOW INTO COURT, Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, who respectfully move this Honorable Court pursuant to Local Rules for an order permitting CHIZOBA D. WILKERSON to appear pro hac vice as counsel for Plaintiffs in this case.

In support of this motion, Plaintiffs, through undersigned counsel state as follows:

1. CHIZOBA D. WILKERSON is an Associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP;

2. CHIZOBA D. WILKERSON is a member of good standing in the Bar of the State of New York. Her New York State Bar Registration Number is 5903943. There have

been no disciplinary proceedings or criminal charges instituted against her. In support of this motion, attached are a Declaration and Certificate of Good Standing for CHIZOBA D. WILKERSON.

3. The mailing address for CHIZOBA D. WILKERSON is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.

4. The telephone number for CHIZOBA D. WILKERSON is 212-373-2993.

5. The facsimile number for CHIZOBA D. WILKERSON is 347-292-0878.

6. The e-mail address for CHIZOBA D. WILKERSON is cwilkerson@paulweiss.com.

7. The name and office address of the Louisiana attorney with whom CHIZOBA D. WILKERSON is associated for the purpose of this case is Lydia Wright, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70119. Mrs. Wilkerson seeks admission *pro hac vice* in this case to represent Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, in association with Ms. Wright, a resident attorney admitted to practice in this Court.

8. CHIZOBA D. WILKERSON is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Respectfully submitted,

Dated: January 8, 2025

By: *Lydia Wright*

Lydia Wright, La. Bar No. 37926
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504)529-5955
lwright@defendla.org

*Counsel for Plaintiffs*