## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members; and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>            *Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary; MISTY STAGG, in her official capacity as Director of Prison Enterprises, Inc.; the LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; and PRISON ENTERPRISES, INC.<br><br>            *Defendants*. | 3:23-CV-1304-BAJ-EWD<br><br>**DECLARATION OF CHIZOBA D. WILKERSON** |

Declarant, and after being duly sworn, stated as follows:

1.      My name is Chizoba D. Wilkerson. I am over 18 years of age. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated herein are true and correct.

2.      I am licensed in the State of New York, and am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. I make this declaration in support of my application for my admission *pro hac vice* in the above captioned matter.

3.      I am a member in good standing in the Bar of the State of New York. Attached hereto is a certificate of good standing from the State of New York.

4.   In compliance with LR 83(b)(8), I hereby affirm my oath that there have been no disciplinary proceedings or criminal charges instituted against me.

5.   In accordance with the Uniform Local Rules for the United States District Court, Middle District of Louisiana, Lydia Wright will act as local counsel.

6.   I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor in this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2025
New York, NY

_____
CHIZOBA D. WILKERSON