IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs, through undersigned counsel, hereby move pursuant to Local Rule 83.8.A for an Order admitting D Dangaran *pro hac vice* as counsel in the above-captioned matter.

D Dangaran is an attorney licensed by the District of Columbia bar. They are the Director of Gender Justice at Rights Behind Bars in Washington D.C. They can be reached by phone at (202) 455-4399 and by email at d@rightsbehindbars.org.

1

Attached as **Exhibit A** is D Dangaran's declaration under oath that no disciplinary proceedings or criminal charges have been instituted against them. *See* Local Rule 83(b)(8)(C). That declaration also includes the statement required by Local Rule 83(b)(8)(D).

Attached as **Exhibit B** is a Certificate of Good Standing issued by the District of Columbia bar. *See* Local Rule 83(b)(8)(B).

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: January 8, 2025

Respectfully submitted,

/s/ *Lydia Wright*
Lydia Wright, La. Bar No. 37926
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504)529-5955
lwright@defendla.org

*Counsel for Plaintiffs*