UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, KENDRICK STEVENSON, NATE WALKER** and **DARRIUS WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**,<br><br>    *Defendants*. | Civil Action No. 3:23-cv-1304-BAJ-EWD |

**DECLARATION OF D DANGARAN**

I, D Dangaran, declare the following:

    1.    I am over 18 years of age. I am fully competent to make this declaration, and I have personal knowledge of the facts stated herein. To my knowledge, all of the facts stated herein are true and correct.

    2.    I am the Director of Gender Justice at Rights Behind Bars in Washington D.C.

    3.    I am a member in good standing of the bar of District of Columbia Bar. My bar number is 90023981. I have attached hereto a certificate of good standing from the District of

Columbia Bar.

4.      In compliance with Local Rule 83(b)(8), I hereby affirm my oath that there have been no disciplinary proceedings or criminal charges instituted against me.

5.      In accordance with the Uniform Local Rules for the United States District Court, Middle District of Louisiana, Lydia Wright will act as local counsel.

6.      I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor in this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2025

Respectfully submitted,

/s/ D Dangaran
D Dangaran
RIGHTS BEHIND BARS
1800 M St. NW Fnt. 1 # 33821
Washington, D.C. 20033
Tel: (202) 455-4399
Email: d@rightsbehindbars.org