# Exhibit A

Misty Stagg
July 29, 2024

THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF LOUISIANA


VOICE OF THE EXPERIENCED, a
membership organization on
behalf of itself and its
members; and MYRON SMITH,
DAMARIS JACKSON, NATE
WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH              Civil Action No.
GUILLORY, KENDRICK               3:23-cv-1304-BAJ-EWD
STEVENSON, and ALVIN
WILLIAMS, on behalf of
themselves and all others
similarly situated

Vs.

JAMES LEBLANC, in his
official capacity as
Secretary of the Louisiana
Department of Public Safety
and Corrections; TIMOTHY
HOOPER, in his official
capacity as Warden of
Louisiana State
Penitentiary; MISTY STAGG,
in her official capacity as
Director of Prison
Enterprises, Inc.; the
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS;
and PRISON ENTERPRISES, INC.

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

REMOTE VIDEOTAPED DEPOSITION OF

MISTY STAGG

IN HER PERSONAL CAPACITY AND AS A 30(B)(6) WITNESS


July 29, 2024

Misty Stagg
July 29, 2024

Page 2

```
 1    REMOTE APPEARANCES:
 2
 3    REPRESENTING THE PLAINTIFFS AND THE PROPOSED
      CLASS:
 4
 5    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
      BY:   JEREMY A. BENJAMIN, ESQ.
 6    1285 Avenue of the Americas
      New York, New York  10019
 7    212-373-3000
      rsabater@paulweiss.com
 8    jbenjamin@paulweiss.com
          - AND -
 9
10    THE PROMISE OF JUSTICE INITIATIVE
      BY:   LYDIA WRIGHT, ESQ.
11    BY:   SAMANTHA BOSALAVAGE, ESQ.
      BY:   CLAUDE-MICHAEL COMEAU, ESQ.
12    1024 Elysian Fields Avenue
      New Orleans, Louisiana  70117
13    504-529-5955
      lwright@defendla.org
14
15
16    REPRESENTING THE DEFENDANTS:
17    KEOGH, COX & WILSON, LTD.
      BY:   ANDREW BLANCHFIELD, ESQ.
18    701 Main Street
      Baton Rouge, Louisiana  70802
19    225-383-3796
      ablanchfield@keoghcox.com
20    cpayne@keoghcox.com
21
22
23
24
25
```

Page 3

```
 1    REMOTE APPEARANCES:   (CONTINUED)
 2    REPRESENTING THE DEFENDANT LOUISIANA DEPARTMENT OF
      PUBLIC SAFETY & CORRECTIONS:
 3
      LOUISIANA DEPARTMENT OF PUBLIC SAFETY &
 4    CORRECTIONS
      BY:   JONATHAN R. VINING, ESQ.
 5    504 Mayflower Street
      Baton Rouge, Louisiana  70802
 6    225-342-6728
      jonathan.vining@la.gov
 7
 8
 9    Also Present:
10       Linda Griffin; Videographer
         Erica Paul; Paul, Weiss
11       Andru Okun; The Promise of Justice Initiative
         Grace Waibel; The Promise of Justice Initiative
12       Jenna Bao; The Promise of Justice Initiative
         Luisa Graden; The Promise of Justice Initiative
13
14
15    Reported by:
16       Rita A. DeRouen, Certified
         Court Reporter No. 2014018
17       in and for the State of
         Louisiana
18
19
20
21
22
23
24
25
```

Page 4

```
 1                     I N D E X
 2
 3    Stipulation                                     5
      Reporter's Page                               179
 4    Certificate                                   180
 5    EXAMINATION
         BY MS. WRIGHT                                7
 6
 7                   * * * * *
 8              List of Exhibits
 9    Exhibit 22                                     29
         (Organizational Overview, Department of
10       Public Safety and Corrections, Corrections
         Services, 04 May 2022, Stagg Emails
11       00009562)
12    Exhibit 23                                     43
         (Prison Enterprises 2023 Annual Report)
13
      Exhibit 24                                     47
14       (Department Regulation No. PE-1, 2-27-22,
         Stagg Emails 00009657 - 9657.09)
15
      Exhibit 25                                    142
16       (Affidavit)
17    Exhibit 26                                    149
         (Notice of Rule 30(b)(6) Deposition)
18
      Exhibit 27                                    171
19       (Documents brought to deposition by Misty
         Stagg)
20
21
22
23
24
25
```

Page 5

```
 1               S T I P U L A T I O N
 2
 3         It is stipulated and agreed by and between
 4    counsel that the testimony of the witness,
 5    MISTY STAGG, is hereby being taken pursuant to
 6    Notice under the Federal Rules of Civil Procedure
 7    for all purposes permitted under law.
 8
 9         The witness reserves the right to read and
10    sign the deposition.  The original is to be
11    delivered to and retained by LYDIA WRIGHT, ESQ.,
12    for proper filing with the Clerk of Court.
13
14         All objections, except those as to the form
15    of the questions and/or responsiveness of the
16    answers, are reserved until the time of the trial
17    in this cause.
18
19                      * * *
20
21         Rita DeRouen, Certified Court Reporter in
22    and for the State of Louisiana and Registered
23    Professional Reporter, officiated in administering
24    the oath to the witness.
25
```

Misty Stagg
July 29, 2024

Page 6

1    THE VIDEOGRAPHER:
2        We are now on the record.
3    Participants should be aware that this
4    proceeding is being recorded and, as such,
5    all conversations held will be recorded
6    unless there is a request and agreement to
7    go off the record.
8        Private conversations and/or
9    attorney-client interactions should be
10   held outside the presence of the remote
11   interface.  For the purpose of creating a
12   witness-only video recording, the witness
13   is being spotlighted or locked on all
14   video screens while in speaker view.
15       We ask that the witness not remove the
16   spotlight setting during the deposition,
17   as it may cause other participants to
18   appear on the final video rather than just
19   the witness.
20       For anyone who does not want the
21   witness video to take up a large part of
22   your screen, you may click the gallery
23   view button in the upper right-hand corner
24   of the remote depo interface.
25       This is the remote video-recorded

Page 7

1    deposition of Misty Stagg being taken for
2    counsel by the plaintiff.  Today is
3    Monday, July 29th, 2024.  The time is now
4    9:13 a.m. Central Standard Time.
5        We are here in the matter of Voice of
6    the Experienced, et al., vs. James
7    LeBlanc, et al.  My name is Linda Griffin,
8    remote video technician with US
9    Legal Support.  I'm not related to any
10   party in this action, nor am I financially
11   interested in the outcome.
12       At this time, will the reporter, Rita
13   DeRouen, on behalf of US Legal, please
14   swear in the witness.
15       MISTY STAGG,
16   having been first duly sworn, was examined and
17   testified as follows:
18       EXAMINATION
19   BY MS. WRIGHT:
20   Q.  Good morning, Ms. Stagg.
21   A.  Good morning.
22   Q.  Can you please state your full name for
23   the record.
24   A.  Misty Gant Stagg.
25   Q.  Can you spell your middle name, please.

Page 8

1    A.  G-A-N-T.
2    Q.  Ms. Stagg, you're the director of Prison
3    Enterprises, Incorporated?
4    A.  Yes.
5    Q.  And Prison Enterprises is a division of
6    the Louisiana Department of Public Safety and
7    Corrections?
8    A.  Correct.
9    Q.  If I use the acronym DOC during this
10   deposition, will you understand that I'm referring
11   to the Department of Public Safety and
12   Corrections?
13   A.  Yes.
14   Q.  And if I say LSP, will you understand I'm
15   referring to the Louisiana State Penitentiary?
16   A.  Yes.
17   Q.  How long have you been the director of
18   Prison Enterprises?
19   A.  Going on I think four years.
20   Q.  When did you become the director of Prison
21   Enterprises?
22   A.  It was I think officially 2021.
23   Q.  You said "officially 2021."  Were you
24   unofficially the director before that?
25   A.  Yeah, I was detail a little while before

Page 9

1    that.
2    Q.  What does that mean?
3    A.  It was just like a temporary appointment
4    with the outgoing director while he was still
5    there.
6    Q.  And who was that?
7    A.  Michael J. Moore.
8    Q.  How long were you the detail?  Is that
9    what you called it?
10   A.  Yeah, it was probably like, I would say,
11   four to six months-ish.
12   Q.  Did you work at Prison Enterprises before
13   you became the detail or temporary director?
14   A.  Yes, yes.
15   Q.  What was your position before that?
16   A.  Deputy director.
17   Q.  How long were you the deputy?
18   A.  Let me think.  I'm going to -- three
19   years.
20   Q.  Did you have a position at Prison
21   Enterprises before you were the deputy director?
22   A.  Uh-huh.
23   Q.  You've had a long career at Prison
24   Enterprises?
25   A.  Uh-huh.

Misty Stagg
July 29, 2024

Page 10

1     Q.  What were you before the deputy?
2     A.  Assistant deputy director.
3     Q.  And how long were you in that position?
4     A.  I don't -- I'm not 100 percent sure.  I
5  I've been there a long time.  Five to seven years.
6     Q.  Oh, wow, okay.
7        And before that?
8     A.  Oh, gosh.  What was I before that?  This
9  is a lot -- I was there 20-something years.  Let's
10  see.  Let me think.  This is crazy.  I honestly
11  can't remember if I was marketing manager or
12  headquarters quality assurance coordinator.
13     Q.  You've held both positions?
14     A.  Yeah.  It all is running together.  I've
15  been in a lot of positions at PE.
16     Q.  When did you first find yourself employed
17  at Prison Enterprises?
18     A.  I became a student worker while I was at
19  LSU in 1997, I think.
20     Q.  What did you study at LSU?
21     A.  Animal science.
22     Q.  Oh, interesting.  What is animal science?
23     A.  It's basically an agriculture degree that
24  has to do with livestock, mainly, and farm animals
25  in general.

Page 11

1     Q.  What degree did you get?
2     A.  Animal science.
3     Q.  A bachelor's?
4     A.  Uh-huh.
5     Q.  A BA?
6     A.  Uh-huh.  A BS.
7     Q.  A BS, a bachelor of science?
8     A.  Uh-huh.
9     Q.  Okay.  You got a bachelor of science from
10  LSU in -- what year did you graduate LSU?
11     A.  2000.
12     Q.  After you graduated from LSU, have you
13  been continually employed by Prison Enterprises?
14     A.  Yes.
15     Q.  Okay.  So you first became a student
16  worker at Prison Enterprises in 1997?
17     A.  Uh-huh.
18     Q.  How did you get that job?
19     A.  A friend of mine recommended me because
20  she was quitting.
21     Q.  And in 2000, when you obtained your BS in
22  animal sciences, what was your job title at that
23  point with Prison Enterprises?
24     A.  I was basically like an admin assistant.
25  I don't remember the exact title, but I was

Page 12

1  basically like a secretary essentially.
2     Q.  So you've worked yourself up from student
3  worker all the way to the director of Prison
4  Enterprises?
5     A.  Uh-huh.
6     Q.  Okay.  You are a defendant in this
7  lawsuit, Vote vs. LeBlanc.  What do you understand
8  this lawsuit to be about?
9     A.  Inmate labor on farm lines and/or
10  agricultural programs.
11     Q.  Have you been deposed before?
12     A.  I have not.
13     Q.  Okay.  Do you understand that you are
14  under oath today?
15     A.  Yes, yes.
16     Q.  Is there any reason that you might not be
17  able to give truthful testimony today?
18     A.  No.
19     Q.  If you don't understand a question that
20  I'm asking, will you let me know?
21     A.  Uh-huh.
22     Q.  And this deposition is by Zoom, obviously,
23  and we've already had some technical difficulties,
24  so please just bear with me.  If our Internet cuts
25  out, we'll figure out a solution as quickly as

Page 13

1  possible, okay?
2     A.  Okay.
3     Q.  Who's in the room with you?
4     A.  Drew Blanchfield and Jonathan Vining.
5     Q.  And where are you physically located right
6  now?
7     A.  I'm in the IMC room at DOC headquarters.
8     Q.  What does IMC stand for?
9     A.  Incident management center, I think.
10     Q.  Do you have any documents with you?
11     A.  Yes.
12     Q.  What do you have with you?
13     A.  Like a fee policy and a department reg.
14     Q.  Can you read the title of the document,
15  please.
16     A.  PE Policy Incentive Pay and DOC
17  Regulation, Inmate Incentive Wage and Other Wage
18  Compensation.
19     Q.  Are there Bates numbers on the bottom of
20  those pages?
21     A.  What numbers?
22     Q.  Is there a printed number of about eight
23  digits on the bottom of those pages?  Andrew
24  Blanchfield can help you locate the Bates number.
25     A.  No.

Misty Stagg
July 29, 2024

Page 14

1   Q.  Okay.  So the first document you have in
2  front of you is called PE Policy Incentive Pay; is
3  that correct?
4   A.  Uh-huh.
5   Q.  Is there a date on that document?
6   A.  Yes.
7   Q.  What's the date?
8   A.  April 5th, 2007.
9   Q.  Is there a number of -- attached to the
10  policy in any way, policy number?
11   A.  Yes.
12   Q.  What's the policy number?
13   A.  VI-63.
14   Q.  Okay.  And the second document in front of
15  you, what is the title of that?
16   A.  Inmate Incentive Pay and Other Wage
17  Compensation.
18   Q.  And what's the date of that document?
19   A.  July 20th, 2024.
20   Q.  Have these documents been produced in
21  discovery in this case?
22   A.  I don't know.  I don't know.
23   Q.  Okay.
24      MS. WRIGHT:
25         Mr. Blanchfield, I'm going to ask that

Page 15

1      both of these documents in front of
2      Ms. Stagg that she brought with her today
3      to the deposition are scanned and e-mailed
4      to me during this deposition.
5      MR. BLANCHFIELD:
6         Sure.
7      MS. WRIGHT:
8         Will you agree to do that?
9      MR. BLANCHFIELD:
10         Yep.
11      MS. WRIGHT:
12         Thank you.
13  BY MS. WRIGHT:
14   Q.  Do you have anything else with you today?
15   A.  No.
16   Q.  If anybody sends you a message on your
17  phone or passes you a note, will you let me know?
18   A.  Sure.
19   Q.  I'm sorry, I didn't catch that.
20   A.  Sure.
21   Q.  Thank you.
22      Did you do anything to prepare for your
23  testimony today?
24   A.  I just looked at those policies we just
25  talked about, I reviewed them.

Page 16

1   Q.  Did you review any other documents?
2   A.  No.
3   Q.  About how much time did you spend
4  preparing for your deposition today?
5   A.  15 minutes.
6   Q.  When was that?
7   A.  Friday.
8   Q.  Where did you grow up, Ms. Stagg?
9   A.  Like the Brownsfield area, near
10  Baton Rouge, between Baker and Central.
11   Q.  Where did you go to high school?
12   A.  Scotlandville Magnet High.
13      MS. WRIGHT:
14         I hear some background noise.
15      (Discussion off the record.)
16      MS. WRIGHT:
17         Let's go off the record for a moment,
18      please.
19      THE VIDEOGRAPHER:
20         Going off the record.  The time is
21      9:24 a.m. Central Standard Time.
22      (Brief delay.)
23      THE VIDEOGRAPHER:
24         We're now back on the record.  The
25      time is 9:24 a.m.

Page 17

1  BY MS. WRIGHT:
2   Q.  And you already told me that you graduated
3  from LSU in 2000 with a bachelor of science in
4  animal science; is that correct?
5   A.  Uh-huh.
6   Q.  Do you have any other degrees?
7   A.  No.
8   Q.  Do you have any licenses or vocational
9  certificates?
10   A.  No.
11   Q.  Where do you live now?
12   A.  Zachary.
13   Q.  Where is that?
14   A.  North of Baton Rouge, between Baton Rouge
15  and St. Francisville.
16   Q.  Do you have any family members who are
17  employed by Prison Enterprises?
18   A.  No.
19   Q.  How about by DOC in any other department?
20   A.  My husband is a WAE at DCI, which is a
21  part-time employee.
22   Q.  Okay.  Who's your husband?
23   A.  Harry Stagg.
24   Q.  And what is WAE?
25   A.  It's part-time.  He's retired.

Misty Stagg
July 29, 2024

Page 18

1    Q. But WAE, what does that acronym mean?
2    A. It's like -- how does it -- I can't
3  remember. I don't remember.
4    Q. What is his job at D -- at Dixon
5  Correctional?
6    A. He is an investigator, works in
7  investigations.
8    Q. Is he employed by DOC?
9    A. Yes.
10    Q. So he's retired, but he works in
11  investigations at Dixon Correctional part time?
12    A. Uh-huh. He's currently not working there
13  right now because he met his hours. He can only
14  work so many hours a year.
15    Q. Understood.
16       Are you related to anybody working at LSP
17  or the Louisiana State Penitentiary?
18    A. No.
19    Q. It's a very Louisiana question that you
20  had to think about it.
21    A. Yeah, it is.
22    Q. Okay. So, Ms. Stagg, you told me earlier
23  that Michael Moore was the director of Prison
24  Enterprises before you came on; is that correct?
25    A. Uh-huh.

Page 19

1    Q. And that you've worked at Prison
2  Enterprises continuously ever since you graduated
3  from LSU in 2000?
4    A. Uh-huh.
5    Q. You've worked yourself up from a student
6  worker, which you started in 1997, all the way up
7  to the director, which you are now?
8    A. Uh-huh.
9    Q. Can you say "yes," please, for the record.
10    A. Oh, yes.
11    Q. What are your duties as director of Prison
12  Enterprises?
13    A. I basically oversee the deputy director
14  and just pretty much all the functions of PE
15  with -- I mean, I have subordinates, obviously.
16  Make sure everything is running smooth, you know,
17  keeping up with the budget, make sure everybody is
18  doing what they're supposed to be doing, you know,
19  setting forth a vision, that kind of thing.
20    Q. Who's your deputy director?
21    A. Scot Floyd.
22    Q. And how many subordinates do you have?
23    A. Direct, two.
24    Q. Who are they?
25    A. Scot Floyd and Beth Labello.

Page 20

1    Q. What are they responsible for?
2    A. He oversees the -- all the administrative
3  and operational functions. And she's basically --
4  she's an executive management officer, so she's
5  kind of like my assistant basically.
6    Q. How many people are employed by Prison
7  Enterprises?
8    A. Our TO, which is our official number of
9  positions, is 72. It fluctuates from, you know,
10  60, 65, just depends.
11    Q. What does TO stand for?
12    A. Official number of positions that we have,
13  that we're granted.
14    Q. What do you mean, "we're granted"?
15    A. Like by D of -- like you have a staffing
16  number of official positions that you can fill,
17  that's 72 for PE.
18    Q. And who sets that staffing number?
19    A. I'm not 100 percent sure.
20    Q. Is it DOC sets the number?
21    A. Oh, I don't -- I don't believe.
22    Q. If you need an additional staff member,
23  how would you go about getting that position?
24    A. We would have to request funding from the
25  legislature and approval from civil service for a

Page 21

1  full-time position.
2    Q. So Prison Enterprises is funded by the
3  Louisiana State legislature?
4    A. Prison Enterprises is self-funded.
5    Q. What does that mean?
6    A. We don't receive any general fund money.
7  So we're ancillary.
8    Q. So how -- how is Prison Enterprises
9  funded?
10    A. We make the money that we spend.
11    Q. Prison Enterprises operates --
12    A. We don't -- right. So we don't receive
13  general fund money from the State. We have to
14  make the revenue by selling products and services
15  and agriculture items.
16    Q. Does that mean that Prison Enterprises
17  endeavors to ensure that its revenue exceeds its
18  expenses?
19    A. Ideally, yeah.
20    Q. Does Prison Enterprises endeavor to earn a
21  profit?
22    A. Not necessarily.
23    Q. What do you mean?
24    A. I mean, if we cover our expenses, we're
25  not exactly making a profit. Like if that's what

Misty Stagg
July 29, 2024

Page 22

1  we -- you know, we just earn enough to cover our
2  expenses.
3      Q.  So Prison Enterprises earns enough revenue
4  to cover the agency's expenses but not to make a
5  profit?
6      A.  Well, it depends on what -- when, what --
7  sometimes we make a profit, sometimes we don't.
8      Q.  Is it good to make a profit?
9          MR. BLANCHFIELD:
10             Object to the form.
11         THE WITNESS:
12             Did you hear that?
13         MR. BLANCHFIELD:
14             Yeah, you can still answer.
15  BY MS. WRIGHT:
16      Q.  Yeah, you can answer.
17      A.  Oh, I didn't know.  Can you ask that
18  again.
19      Q.  Is it good to make a profit?  It's not
20  meant to be a trick question.
21      A.  Yeah, I know.  I'm not saying that it is.
22          But I guess, in general, yeah.
23      Q.  It probably makes your board happy when
24  you have a profitable year, right?
25      A.  I mean, yeah.

Page 23

1      Q.  So you said that Prison Enterprises is
2  self-funded but that an additional staff position
3  would have to be approved by the legislature; is
4  that right?
5      A.  Correct.
6      Q.  Why would the legislature have to approve
7  a position for Prison Enterprises if Prison
8  Enterprises is self-funded?
9      A.  The easiest way I can answer that is that
10  PE still has to adhere to all of the guidelines of
11  a regular state agency.  So as I understand it --
12  now, I've never requested a position, so I'm not
13  familiar with the process exactly.
14      Q.  So when you say Prison Enterprises has to
15  adhere to all the guidelines of a state agency,
16  what do you mean?
17      A.  So we still have to follow civil service
18  rules when it comes to employment.  We still have
19  to follow procurement rules when it comes to
20  purchasing things.  We still have to -- I mean, we
21  still have to abide by the state's guidelines.
22      Q.  Do you have to comply with the Americans
23  with Disabilities Act?
24      A.  Yes.
25      Q.  Does Prison Enterprises receive any

Page 24

1  federal funding?
2      A.  No.
3      Q.  Let's go back to your duties as a director
4  of Prison Enterprises.  You mentioned the budget.
5          Are you responsible for managing the
6  budget of Prison Enterprises?
7      A.  Overall, yes.
8      Q.  What is the current budget for Prison
9  Enterprises?
10      A.  Let me think.  Numbers are running
11  together.  It's 33 or 34 million.
12      Q.  And is that for the current fiscal year?
13      A.  Yes, as I -- yes.
14      Q.  Which is the '24 --
15      A.  '25.  We're in the '25 now.
16      Q.  Okay.  So the budget for Prison
17  Enterprises is 33 or 34 million for the current
18  fiscal year, which is 2025?
19      A.  Yes.
20      Q.  Are you responsible for setting or
21  approving the prices for products sold by Prison
22  Enterprises?
23      A.  Yes.
24      Q.  Are you responsible for tracking product
25  sales?

Page 25

1      A.  Yes.
2      Q.  Are you responsible for managing product
3  development and design?
4      A.  Yes.
5      Q.  Are you responsible for developing
6  marketing or sales plans?
7      A.  Yes.
8      Q.  I'm sorry, did you say yes?
9      A.  I did.  Yes.
10      Q.  Are you responsible for reviewing or
11  responding to complaints or feedback from
12  customers?
13      A.  I don't directly, but I am over it
14  overall, yes.
15      Q.  Are you responsible for hiring and firing
16  staff?
17      A.  I don't know how to answer that.  I
18  oversee all that, but I don't always hire or fire
19  exclusively myself.
20      Q.  Sure, okay.
21          Who is in charge of that?
22      A.  Well, it just depends on the position.
23      Q.  Are you in charge of signing anyone's
24  paychecks?
25      A.  No.

Misty Stagg
July 29, 2024

Page 26

1    Q. Who signs your paycheck?
2    A. I have no idea.
3    Q. Fair enough.
4       Is it Secretary LeBlanc, do you think?
5    A. I -- we -- it's direct deposit as I
6 understand it.  I have no idea.
7    Q. Okay.  Do you attend Prison Enterprises'
8 board meetings?
9    A. Yes.
10   Q. How often are those meetings?
11   A. Typically once a month.
12   Q. Are they in person?
13   A. Yes.
14   Q. Are they -- do they take place at the
15 Prison Enterprises' office?
16   A. Mostly, yes.
17   Q. Are you responsible for drafting or
18 reviewing Prison Enterprises' annual reports?
19   A. Yes.
20   Q. Are you responsible for establishing the
21 pay range for Prison Enterprises jobs?
22   A. Do you mean like staff or offenders?
23   Q. Offenders.
24   A. What was the question again?
25   Q. Are you responsible for establishing the

Page 27

1 pay range for Prison Enterprises jobs, referring
2 specifically to offender positions?
3    A. Yes.
4    Q. Are you responsible for establishing the
5 pay range for Prison Enterprises jobs for staff?
6    A. No.
7    Q. Who sets the salaries for staff?
8    A. Civil service.
9    Q. Have you ever heard the term "free men"
10 used to refer to non-incarcerated workers?
11   A. Yes.
12   Q. Just so that we're -- we have a common
13 language, set of vocabulary moving forward, I
14 might use the term "staff" to refer to
15 non-incarcerated people, will you understand that
16 that's the term I'm using, or "free men"; is that
17 okay with you?
18   A. Yeah.
19   Q. Are you responsible for reviewing DOC
20 policies or directives?
21   A. Only those that pertain to Prison
22 Enterprises.
23   Q. Are you responsible for helping to draft
24 DOC policies or directives?
25   A. Only those that pertain to Prison

Page 28

1 Enterprises.
2    Q. So you -- are you responsible for
3 providing feedback about DOC policies or
4 directives?
5    A. Just those that pertain to Prison
6 Enterprises.
7    Q. So you help draft, you review, and you
8 provide feedback on DOC policies or directives
9 that pertain to Prison Enterprises?
10   A. Yes.
11   Q. Those policies that you brought with you
12 today, did you review, help draft, or provide
13 feedback on those?
14   A. The PE policy, no.  The department reg, at
15 some point, yes.
16   Q. Okay.  When was the first time that you
17 saw the PE policy?
18   A. I don't know.
19   Q. Was it before Friday?
20   A. That I've seen it, yes.
21   Q. Yes.
22   A. Yes.
23   Q. Okay.  I want to understand a bit more
24 about the structure of Prison Enterprises, so I am
25 going to show you what has been marked as

Page 29

1 Plaintiff's Exhibit 22, and I'm going to share my
2 screen.
3       (Exhibit 22, remotely introduced and
4       provided electronically to the reporter.)
5    MS. WRIGHT:
6       Can anybody hear me?
7    THE WITNESS:
8       I can hear you.
9    MS. WRIGHT:
10      Apologies about this, everyone.  Can
11 we go off the record for a moment, please.
12   MR. BLANCHFIELD:
13      Sure.
14   THE VIDEOGRAPHER:
15      Going off the record.  The time is
16 9:41 a.m. Central Standard Time.
17      (Brief delay.)
18 BY MS. WRIGHT:
19   Q. Okay.  On your screen in front of you, you
20 should see Defendants' Exhibit 22.  There's a
21 Bates stamp on this exhibit at the bottom.  It's
22 Bates stamped 00009562.  And this document is
23 entitled "Organizational Overview, Department of
24 Public Safety and Corrections," with the date of
25 May 4th, 2022.

Misty Stagg
July 29, 2024

Page 30

1     Do you see this document?
2  A.  Yes.
3     MS. WRIGHT:
4     Samantha, can you please zoom in --
5     okay.
6  BY MS. WRIGHT:
7  Q.  So what is this document?
8  A.  An org chart.
9  Q.  Of what organization?
10 A.  DOC.
11    THE COURT REPORTER:
12    Linda, I think we might have lost
13    Ms. Wright, if you want to go off the
14    record.
15    THE VIDEOGRAPHER:
16    I was just getting ready to ask if you
17    wanted to wait just a minute.  Sure.
18    We're going off the record.  The time
19    is 9:45 a.m. Central Standard Time.
20    (Brief delay.)
21    THE VIDEOGRAPHER:
22    We're now back on the record.  The
23    time is 9:47 a.m. Central Standard Time.
24 BY MS. WRIGHT:
25 Q.  Ms. Stagg, we were just discussing

Page 31

1  Exhibit 22, which is the organizational chart of
2  the Department of Public Safety and Corrections.
3  At the top of this chart, I see a spot for
4  Secretary LeBlanc.
5     Do you see that spot?
6  A.  Uh-huh, yes.
7  Q.  And I see Prison Enterprises under the
8  Division of Administrative Services.
9     Do you see that?
10 A.  Yes.
11 Q.  Does this organizational chart look
12 accurate to you?
13 A.  All of it or specifically that part?
14 Q.  All of it.
15 A.  I -- I'm not -- I'm not sure.
16 Q.  Okay.  How about the chain of command
17 from -- starting with the PE board, Prison
18 Enterprises board, all the way up to the
19 secretary, does that look accurate to you?
20 A.  Yes.
21 Q.  So the Prison Enterprises board reports to
22 Prison Enterprises; is that correct?
23 A.  Correct.
24 Q.  And Prison Enterprises reports to the
25 Division of Administrative Services, specifically

Page 32

1  the undersecretary; is that correct?
2  A.  Yes, yes.
3  Q.  And who is the undersecretary?
4  A.  Thomas Bickham.
5  Q.  And Mr. Bickham reports to Secretary
6  LeBlanc; is that accurate?
7  A.  Yes.
8  Q.  Do you ever consult with Warden Tim
9  Hooper?
10 A.  Yes.
11 Q.  About what?
12 A.  A lot.  I don't know how to answer that.
13 Lots of different things.  Things that have to do
14 with Prison Enterprises at Angola typically as a
15 general statement.
16 Q.  "Angola," meaning the Louisiana State
17 Penitentiary?
18 A.  Yeah, sorry.
19 Q.  What are some of the things that have to
20 do with Prison Enterprises at Angola?
21 A.  Just sometimes the operation of our shops
22 or our, you know, industries or ag operations.
23 Q.  When was the last time that you spoke to
24 Warden Hooper?
25 A.  Let me think.  This might take me a

Page 33

1  minute.  It was two weeks ago-ish.
2  Q.  Was that in person?  By e-mail?  By phone?
3  A.  It was over the phone.
4  Q.  What did you discuss with Warden Hooper?
5  A.  One of his employees, staff, wanted to
6  transfer to come work at Prison Enterprises, so I
7  was calling him to facilitate that transfer.
8  Q.  Would that be considered an interagency
9  transfer?
10 A.  It would.
11    MS. WRIGHT:
12    Samantha, you can take down the
13    exhibit, please.
14 BY MS. WRIGHT:
15 Q.  Is Warden Hooper involved with any aspect
16 of Prison Enterprises' activities?
17 A.  In some respects, yes.
18 Q.  How so?
19 A.  Well, obviously, you know, as the warden,
20 he's over like, I guess, the classification of
21 inmates, where they go.  But also, he is sometimes
22 involved with some of the ag operations as far as
23 fields and things that, you know, that need to be
24 cut for hay and things like that.  Just the
25 grounds, I guess you would say, that we utilize

Misty Stagg
July 29, 2024

Page 34

1  for farming.
2      Q.  Okay.  Anything else that Warden Hooper --
3  are there any other ways that Warden Hooper is
4  involved in Prison Enterprises' activities aside
5  from classification of inmates and the grounds?
6      A.  I'm trying to think.  I can't think of
7  anything specific right now.  I mean, he helps me
8  sometimes with like maintenance stuff, but...
9      Q.  What do you mean, "maintenance stuff"?
10     A.  Just we don't have our own maintenance
11 department, so sometimes we utilize his
12 maintenance department if we have an issue with
13 like, you know, power at a plant or something like
14 that.
15     Q.  Okay.  How does Warden Hooper -- how does
16 the classification of inmates impact Prison
17 Enterprises, or what did you mean by that?
18     A.  Well, their assignment to where they go.
19 He just over -- he's the warden, so he's over all
20 of that.  But...
21     Q.  So do you mean that Warden Hooper
22 classifies incarcerated people into Prison
23 Enterprises jobs?
24     A.  Not himself, no.
25     Q.  Okay.  Well, what did you mean by

Page 35

1  classification of inmates?
2      A.  The classification department.
3      Q.  Okay.  So Warden Hooper oversees the
4  classification department at LSP, and the
5  classification department at LSP assigns or
6  classifies inmates into Prison Enterprises
7  positions?
8      A.  Yes.
9      Q.  You mentioned that Warden Hooper is
10 involved with maintaining the grounds that Prison
11 Enterprises uses at LSP.
12         What did you mean by that?
13     A.  So just -- it's hard to explain.  It's
14 like we maintain a lot of the pasturelands and
15 other lands that we have to cut.  So sometimes,
16 you know, he'll direct us and help us like where
17 we're cutting stuff or what needs to be cut, that
18 kind of stuff.
19     Q.  So Warden Hooper will direct Prison
20 Enterprises which pastures to use or which acreage
21 to use for certain things?
22     A.  Not to -- not to use, not to use.  We
23 determine that ourselves.
24     Q.  Prison Enterprises determines which
25 acreage at LSP to use for different activities?

Page 36

1      A.  Yeah, for our agriculture operations, we
2  determine that.
3      Q.  What happens if Prison Enterprises wants
4  to use the same piece of land that LSP wants to
5  use for something?
6      A.  I -- I don't know.  I don't -- I don't
7  know.
8      Q.  Has that ever happened, to your knowledge?
9      A.  Not to my knowledge.
10     Q.  How does Prison Enterprises determine
11 which land to use for which activities?
12     A.  For agriculture operations?
13     Q.  Sure.
14     A.  Okay.  So we have -- we have cropland
15 that's already developed, and we just use rotation
16 for the different crops because of residual
17 nutrients.  So it's basically like a rotation for
18 the corn and the soybeans.  And then, of course,
19 the cattle, whatever we have fenced off that's
20 usable, we also rotate that for grazing.
21     Q.  You mentioned corn and soybeans.  Are
22 there any other row crops that Prison Enterprises
23 cultivates at LSP?
24     A.  Not now, no.
25     Q.  In the past?

Page 37

1      A.  Uh-huh.  We -- yeah.
2      Q.  What crops?
3      A.  Wheat, milo, and cotton.
4      Q.  Why doesn't Prison Enterprises cultivate
5  wheat, milo, or cotton anymore at LSP?
6      A.  So wheat, that was kind of before my time.
7  I don't really know why.  And cotton, we were
8  having -- we contract a harvester to come in and
9  harvest the cotton, and we were having trouble
10 being able to get anybody in there to harvest it.
11 And the price, obviously, sometimes affects that
12 as well with the market price.
13     Q.  So it wasn't profitable enough to harvest
14 cotton?
15     A.  Well, in the case of cotton, it wasn't --
16 it was the fact that we could not get -- we were
17 having issues getting people in to come and
18 harvest it.
19     Q.  What were the -- why is it so hard to get
20 somebody to come and harvest it?
21     A.  Because I guess everybody that grows
22 cotton in Louisiana is harvesting it at the same
23 time, and so we were having trouble getting
24 somebody to get in there and do it, like finding
25 somebody.

Misty Stagg
July 29, 2024

Page 38

1    Q. Why not just get inmates to do it?
2    A. Because you need equipment to do it, and
3 we don't have a cotton harvester.
4    Q. So Prison Enterprises couldn't have rented
5 it?
6    A. I'm sorry?
7    Q. Prison Enterprises couldn't have rented a
8 harvester and then gotten some inmates to do the
9 harvesting?
10   A. I don't -- I don't know.
11   Q. Okay. What about milo, why doesn't Prison
12 Enterprises cultivate milo at LSP anymore?
13   A. I don't know.
14   Q. Who would know?
15   A. Probably our previous agriculture
16 director, because that's the last time we grew it.
17 But he's retired.
18   Q. You said that Prison Enterprises
19 determines which land at LSP to use for
20 agricultural purposes.
21       Does Prison Enterprises also determine
22 which land to use at LSP for other purposes?
23   A. I don't -- I don't understand the
24 question.
25   Q. Well, are there other industries or

Page 39

1 activities that Prison Enterprises directs or
2 operates at LSP?
3    A. Oh, yeah.
4    Q. And does Prison Enterprises determine
5 where those activities occur, or does LSP
6 determine that?
7    A. I have no idea. They've been there a long
8 time.
9    Q. You mentioned that Warden Hooper will
10 sometimes help Prison Enterprises with
11 maintenance.
12       Can you tell me a little bit more about
13 what you meant there?
14   A. It's just if, say we lose power at an
15 industry, you know, sometimes his maintenance
16 staff will help us figure out what the problem is,
17 just general day-to-day stuff.
18   Q. By "maintenance staff," you mean free
19 people, not incarcerated people?
20   A. Well, I mean, I'm not 100 percent sure,
21 but there are some free people, yes.
22   Q. Does Warden Hooper ever help Prison
23 Enterprises maintain the equipment that you use
24 for agricultural operations?
25   A. Maintain it? No, not to my knowledge.

Page 40

1    Q. Does LSP staff or inmates help maintain
2 Prison Enterprises' equipment?
3    A. LSP inmates, yes.
4    Q. How about LSP staff?
5    A. I'm not sure.
6    Q. Does LSP provide security for -- security
7 officers, gun guards, for Prison Enterprises'
8 activities at LSP?
9    A. Gun guards, no.
10   Q. Does Prison Enterprises have gun guards on
11 staff?
12   A. No. Our employees are security trained.
13   Q. How many Prison Enterprises employees work
14 at LSP?
15   A. Let me -- I would say between 20 and 25
16 perhaps, maybe 30. The majority of our operations
17 are at LSP.
18   Q. How many of those 20 to 25 Prison
19 Enterprises staff work in an agricultural
20 operation at LSP?
21   A. Hold on, let me think. Seven or so.
22   Q. And what do those employees do?
23   A. So some of them are the farm manager at
24 their operation, and then there's a regional
25 manager that oversees them that is a regional

Page 41

1 manager at LSP.
2    Q. Who's the regional manager at LSP?
3    A. Allen Barton.
4    Q. And the manager --
5    A. I'm sorry?
6    Q. Who's the farm manager?
7    A. It's -- there's a farm manager for each
8 operation.
9    Q. Oh, okay. Can you tell me each of them,
10 please.
11   A. Okay. So there's Brian Spell at the row
12 crops operation, Jody Jensen at the cattle
13 operation, then there's the tractor repair
14 operation. It's a newer guy there, and I'm
15 drawing a blank on his name, I'm sorry.
16   Q. That's okay.
17   A. And I think that's it.
18   Q. Okay. We talked about some ways that
19 Warden Hooper is involved with Prison Enterprises'
20 activities.
21       Are there any ways that Prison Enterprises
22 is ever involved with any aspect of LSP's
23 operations?
24   A. Not that I can think of, no.
25   Q. Okay. Ms. Stagg, you testified earlier

Misty Stagg
July 29, 2024

Page 42

1  that Prison Enterprises is a division of the
2  Department of Public Safety and Corrections,
3  right?
4      A.  Right.
5      Q.  Is it correct that the mission of Prison
6  Enterprises is to reduce the overall cost of
7  prison operations by operating self-supported
8  industrial and agricultural businesses?
9      A.  Yes.
10     Q.  So Prison Enterprises operates as a
11  business; is that correct?
12     A.  Yes.
13     Q.  And that means that it seeks to ensure
14  that revenues exceed expenditures, right?
15     A.  Yes.
16     Q.  And Prison Enterprises also seeks to make
17  a profit, I think you testified?
18     A.  I don't know that I said that.  I think I
19  said that we seek to cover our costs.
20     Q.  And it's correct that Prison Enterprises
21  operates a diversified group of industry,
22  agriculture, and service programs located at seven
23  correctional facilities throughout Louisiana?
24     A.  Yes.
25         MS. WRIGHT:

Page 43

1             Samantha, could you please pull up
2             Exhibit 23, which is the 2023 Prison
3             Enterprises annual report.
4         (Exhibit 23, remotely introduced and
5             provided electronically to the reporter.)
6  BY MS. WRIGHT:
7      Q.  Ms. Stagg, do you see on your screen the
8  2023 annual report?
9      A.  Uh-huh, yes.
10     Q.  Does this look familiar?
11     A.  Yes.
12     Q.  Have you seen this before?
13     A.  Yes.
14     Q.  Were you involved in drafting this report?
15     A.  Yes.
16         MS. WRIGHT:
17             Samantha, let's go to page 31, please.
18  BY MS. WRIGHT:
19     Q.  Page 31 of the report is titled Overview
20  of Prison Enterprises Operations, and it appears
21  to be a map of the state of Louisiana.
22         This map points to seven different
23  correctional facilities and identifies the
24  industries that -- and activities that Prison
25  Enterprises operates at each.  We can zoom in if

Page 44

1  it's difficult to see the screen.
2         My question is:  Is this map accurate, or
3  are there any programs or operations that are not
4  represented in this map?
5      A.  It looks right.
6      Q.  Does Prison Enterprises operate any
7  programs or activities at parish jails?
8      A.  No.
9      Q.  So there are no Prison Enterprises
10  positions available for people who are
11  incarcerated at a parish jail?
12     A.  You broke up, I'm sorry.
13     Q.  There are no Prison Enterprises positions
14  available for people who are incarcerated at
15  parish jails?
16     A.  No.
17     Q.  So my statement was correct?
18     A.  Yes.
19     Q.  Looking specifically at the Louisiana
20  State Penitentiary, according to this map, Prison
21  Enterprises operates a row crop program at LSP; is
22  that correct?
23     A.  Yes.
24     Q.  Is LSP the only facility in Louisiana
25  where Prison Enterprises operates a row crop

Page 45

1  program?
2      A.  Yes.
3      Q.  What crop commodities does Prison
4  Enterprises cultivate at LSP?
5      A.  Corn and soybeans.
6      Q.  Does Prison Enterprises cultivate any
7  crops, row crops or otherwise, for human
8  consumption?
9      A.  No.
10     Q.  And is that the case anywhere in
11  Louisiana?
12     A.  Yeah, there's no -- there's nowhere.
13     Q.  Now, going back to this map, Prison
14  Enterprises also enters into contracts for
15  services outside the prison walls, right?
16     A.  Right.
17     Q.  And those are not represented in this map,
18  correct?
19     A.  They are.
20     Q.  Can you point those out for me, please.
21     A.  Under Dixon Correctional Institute,
22  janitorial services.
23     Q.  Okay.  Anywhere else?
24     A.  No.
25     Q.  Is the janitorial service program at Dixon

Misty Stagg
July 29, 2024

Page 46

1  the only contract for services that Prison
2  Enterprises has?
3      A.  Yeah, yes.
4      Q.  And what is that contract for janitorial
5  services?
6      A.  It's basically like a cleaning service for
7  State buildings.
8      Q.  So incarcerated people leave Dixon
9  Correctional Institute and clean State buildings
10  as part of their Prison Enterprises job?
11      A.  Correct.
12      Q.  Which State buildings do they clean?
13      A.  I don't know the names of all of them, but
14  the contract is with the Office of State Buildings
15  and DOTD.  I don't know the -- I don't know the
16  individual names of buildings.
17      Q.  DOT is --
18      A.  I'm sorry?
19      Q.  DOT is the Department of Transportation?
20  What does DOT stand for?
21      A.  DOTD, Department of Transportation and
22  Development.
23      Q.  Are those incarcerated people who work the
24  janitorial services program paid an incentive
25  wage?

Page 47

1      A.  Yes, unless they receive good time.
2      Q.  What is the incentive wage that they're
3  paid?
4      A.  I don't know.  It depends.
5      Q.  What does it depend on?
6      A.  Whatever the rate is set for that
7  particular job that they're in.  I don't know all
8  the rates for each job.
9      Q.  Does Prison Enterprises ever enter into
10  contracts to help clean up after Mardi Gras
11  parades?
12      A.  No.
13      Q.  How about to supply labor for oil rigs?
14      A.  No.
15      Q.  I'm sorry?
16      A.  No.
17      MS. WRIGHT:
18          Samantha, we can take down the map,
19      and we're going to pull up Exhibit 24.
20      (Exhibit 24, remotely introduced and
21      provided electronically to the reporter.)
22  BY MS. WRIGHT:
23      Q.  This is Department Regulation Number PE-1.
24  The Bates number is 00009657.  It's a nine-page
25  document, and the title is Responsibilities and

Page 48

1  Functions of Prison Enterprises.
2          Do you see this on your screen?
3      A.  Yes.
4      Q.  Have you seen this document before?
5      A.  Yes.
6      Q.  Did you help draft this document?
7      A.  Draft, no; but review and comment for
8  changes, yes, if that makes sense.
9      Q.  The date on this document is February 27,
10  2022.  Is this the most recent version of this
11  document?
12      A.  I don't know.
13      Q.  Under paragraph 3, Purpose, it says, "This
14  department regulation establishes and outlines the
15  functions and responsibilities of the Division of
16  Prison Enterprises."
17          Do you see that?
18      A.  Uh-huh, yes.
19      Q.  Does Prison Enterprises have to comply
20  with this regulation?
21      A.  Yes.
22      Q.  Paragraph 5 -- we can zoom in if it's
23  difficult to read, just let me know.  Let's look
24  at paragraph 5 on page 1.
25          The last sentence states, "Prison

Page 49

1  Enterprises provides products and services to
2  state and local agencies, other political
3  subdivisions, open market customers, and public
4  employees."
5          Do you see that sentence?
6      A.  Yes.
7      Q.  Is Prison Enterprises a political
8  subdivision?
9      A.  I don't know.
10      Q.  Let's talk about the open market customers
11  referred to in this sentence.  So some Prison
12  Enterprises products are sold through open market
13  sales; is that correct?
14      A.  Yes.
15      Q.  What does that mean?
16      A.  So it's agriculture products that are sold
17  on the open market, as in not to state and local
18  agencies or political subdivisions but just the
19  open market essentially.
20      Q.  What agricultural products are sold on the
21  open market?
22      A.  What?  I'm sorry.
23      Q.  Which agricultural products does Prison
24  Enterprises sell on the open market?
25      A.  Corn, soybeans, and cattle and horses,

Misty Stagg
July 29, 2024

Page 50

1   sorry.
2       Q.   And who buys those products?
3       A.   In some cases, I'm not -- I don't know.
4   But for the crops, we sell them to like -- to
5   grain elevators.
6       Q.   What is the process by which you sell
7   crops?
8       A.   Can you repeat that.
9       Q.   What is the process by which you sell
10  crops on the open market to grain elevators?
11          THE COURT REPORTER:
12              We lost her.
13          THE WITNESS:
14              She was breaking up.
15          THE VIDEOGRAPHER:
16              Going off the record.  The time is
17      10:20 a.m. Central Standard Time.
18      (Brief delay.)
19          THE VIDEOGRAPHER:
20              We're now back on the record.  The
21      time is 10:22 a.m. Central Standard Time.
22  BY MS. WRIGHT:
23      Q.   Ms. Stagg, what is the process by which
24  agricultural products are sold on the open market
25  to grain elevators?

Page 51

1       A.   Basically we harvest the crops, we load up
2   the truck, and we bring them to the grain
3   elevator.
4       Q.   And at what point in that process do the
5   grain elevators bid or create an offer?
6       A.   So the prices are set by the elevator
7   previous to that, so it's market price, and then
8   it depends on which elevator is taking what crop.
9   And, you know, there's no -- it's whatever their
10  price is set at.
11      Q.   So the grain elevators set the price that
12  they'll pay for the crops?
13      A.   Yes.
14      Q.   And Prison Enterprises agrees to that
15  price?
16      A.   Right.  If we're dropping our product off,
17  yes.
18      Q.   Where are the grain elevators located?
19      A.   I'm not sure where all of them are
20  located.  I know there's one in Batchelor,
21  Louisiana, but I'm not -- I don't know all the
22  locations.
23      Q.   Does Prison Enterprises sell agricultural
24  products across state lines?
25      A.   No.

Page 52

1       Q.   Why not?
2       A.   We never have.  We're the -- we don't -- I
3   don't think there's -- no, there's -- I don't
4   think we sell anything across state lines.
5       Q.   Prison Enterprises does not sell any
6   products across state lines?
7       A.   I think the only thing that we're allowed
8   to by statute is to other correctional industries
9   in other states.
10      Q.   So Prison Enterprises could sell, say,
11  mattresses to the Arkansas Correctional
12  Department?
13      A.   Yes.
14      Q.   Does that mean that Prison Enterprises
15  could not sell agricultural products to a grain
16  elevator located in another state?
17      A.   As far as I know, yes.
18      Q.   My understanding is that Prison
19  Enterprises sells other products through sealed
20  bids.
21          What are those?
22      A.   I'm sorry, you're like really, really hard
23  to understand.
24      Q.   My understanding -- can you hear me now?
25      A.   Yes.

Page 53

1       Q.   My understanding is that Prison
2   Enterprises sells other products through a sealed
3   bid process.
4          What is a sealed bid?
5       A.   So I don't know.  I know that's in the
6   policy, but I -- that hasn't been done, as far as
7   I know, in years and years.  I don't know.
8       Q.   Okay.  How about auctions, does Prison
9   Enterprises ever sell products by auction?
10      A.   Yes.
11      Q.   What products?
12      A.   Horses and cattle.
13      Q.   Who are the customers for horses and
14  cattle sold at auction?
15      A.   So I don't know who the customers are,
16  because we're facilitating it through either a
17  stockyard or a livestock auction company.
18      Q.   What do you mean?
19      A.   So we have a contract with the stockyard
20  and/or the livestock auction company, and they
21  facilitate the auction.  So in other words, we
22  don't know who the end user -- who the person is
23  that buys it.
24          Does that make sense?
25      Q.   Okay, sure.

Misty Stagg
July 29, 2024

Page 54

1    Let's go back to Exhibit 24, and let's
2  read the last part of the sentence on paragraph 5.
3  It reads, "Prison Enterprises utilizes the DOC's
4  resources to lower imprisonment costs."
5    Did I read that correctly?
6  A.  Yes.
7  Q.  What does that mean?
8    Hello?
9  A.  I'm sorry, I'm thinking.
10  Q.  I didn't know if I lost you.
11  A.  No, no, I'm here.  Oh, yeah, you can't see
12  me anymore.
13    I'm trying to figure out how I can explain
14  this generally.  I guess the resources of the
15  department, in order to provide goods and services
16  to lower imprisonment costs, savings to the State,
17  as well as we also pay all the incentive wages,
18  which that lowers costs as well.
19  Q.  So Prison Enterprises lowers imprisonment
20  costs by paying incentive wages?
21  A.  Well, that's part of it.
22  Q.  What's the other part?
23  A.  We also maintain the land by, you know,
24  using it for crops.  That's a savings to DOC
25  because then they don't incur that cost.

Page 55

1  Q.  So aside from paying incentive wages and
2  maintaining the land, are there any other ways
3  that Prison Enterprises lowers imprisonment costs?
4  A.  Well, employing inmates.
5  Q.  Anything else?
6  A.  Let me think.  Reducing recidivism.
7  Q.  Anything else?
8  A.  That's all I can think of right now.
9  Q.  Okay.  So Prison Enterprises lowers
10  imprisonment costs first by paying incentive
11  wages.  We'll discuss that more in a bit.
12    Prison Enterprises also lowers
13  imprisonment costs by maintaining the land.  Can
14  you tell me how maintaining the land lowers
15  imprisonment costs.
16  A.  Well, if we did not maintain the land for
17  agriculture programs, that cost would fall to LSP.
18  So cropland, cattle land, all that maintenance
19  would fall to -- well, DOC.
20  Q.  What do you do to maintain the land at
21  LSP?
22  A.  We grow crops on it, we put cattle on it,
23  we cut hay on it, we grow ryegrass for the cattle,
24  we farm --
25  Q.  So in addition --

Page 56

1  A.  -- 2,000-plus acres-ish, depending on the
2  year.
3  Q.  So in addition to growing corn and soy,
4  Prison Enterprises also grows hay and grass at
5  LSP?
6  A.  Yeah.
7  Q.  Are there any other crops besides corn,
8  soy, hay, and grass that Prison Enterprises grows
9  at LSP?
10  A.  No.
11  Q.  So when you say that Prison Enterprises
12  farms 2,000-plus acres at LSP, you're talking
13  specifically about corn, soy, hay, and grass?
14  A.  I'm talking specifically in that case
15  about corn and soybeans.
16  Q.  How many acres does Prison Enterprises
17  farm for hay and grass at LSP?
18  A.  I don't know off the top of my head.
19  Q.  Okay.  You also mentioned that employing
20  inmates is a way that Prison Enterprises utilizes
21  DOC's resources to lower imprisonment costs.
22    What did you mean by that?
23  A.  Well, what I mean is that we have -- so
24  when they're working, they're being overseen by
25  our employees.  So in most cases, there's not --

Page 57

1  they don't -- there's no additional security; in
2  some cases there are, but in some cases there are
3  not.
4    So that's, I guess, what you would call
5  like a particular salary, like we're talking with
6  them and we're working with them every day.  We're
7  paying for the -- the staff, essentially.
8  Q.  So Prison Enterprises is paying for the
9  security staff that supervises the incarcerated
10  people working in Prison Enterprises jobs?
11  A.  Yeah, our staff.  They are
12  security-trained staff.  They go to security
13  training just like a correction officer would go.
14  Q.  Understood.
15    But they're Prison Enterprises employees?
16  A.  That's correct.
17  Q.  Is there anything specifically about
18  employing incarcerated people, though, that lowers
19  imprisonment costs?
20  A.  I don't -- my -- I don't understand what
21  you're asking.
22  Q.  You told me that employing inmates is one
23  way that Prison Enterprises lowers imprisonment
24  costs, and you just told me about Prison
25  Enterprises employees who oversee those inmates.

Misty Stagg
July 29, 2024

Page 58

1    I'm asking you now, is there anything
2  about employing inmates that lowers imprisonment
3  costs?
4    A.  As far as for Prison Enterprises, in our
5  case, it reduces recidivism.
6    Q.  How does it do that?
7    A.  Because we give them the skills that they
8  need when they leave, job training, soft skills,
9  so they don't come back because they're able to
10  establish themselves because they have a trade or
11  skills.
12    Q.  Okay.  So reducing recidivism, would you
13  say that's an important part of Prison
14  Enterprises' mission?
15    A.  Yes.
16    Q.  Let's go to page 5 of Exhibit 24.  Let's
17  look at paragraph 9, it's at the very bottom of
18  the page that's Bates stamped 00009657.04.
19    Do you see on the screen in front of you
20  the title Sales?
21    A.  Yes.
22    Q.  Underneath that, we can scroll to the next
23  page, on page 5.  We're going to look at
24  paragraph 3.  This paragraph says that Prison
25  Enterprises may sell commodity products to full-

Page 59

1  or part-time public employees who reside in the
2  state of Louisiana, provided the public employee
3  certifies the product shall not be resold or
4  transferred outside the state.
5    Do you see that?
6    A.  Yes.
7    Q.  Is that an accurate statement?
8    A.  Yes.
9    Q.  What are commodity products?
10    A.  I think, as it pertains to this, it's
11  agricultural products.
12    Q.  So soybeans, corn, wheat, rice, cotton,
13  vegetables, grasses, and their byproducts?
14    A.  If I remember correctly when we were
15  writing this, yes.  Or when we were reviewing
16  this, let me say.
17    Q.  Which commodity products does Prison
18  Enterprises sell to public employees?
19    A.  Corn.
20    Q.  Anything else?
21    A.  Huh-uh, I don't think so.
22    Q.  Why does Prison Enterprises sell corn to
23  public employees?
24    A.  I don't -- I don't know exactly.  It's
25  just -- that's something that we've always --

Page 60

1  that's been done for as long as I've been there.
2  So I don't know the answer to that question.
3    Q.  Okay.  So like a public employee can go to
4  Prison Enterprises to buy a couple ears of corn
5  for dinner?
6    A.  No.  It's feed corn, so it's hard corn.  I
7  know people buy them.  It's only at Angola.  They
8  buy it by the sack.  And I don't know what they
9  use it for, but that's what -- it's feed corn, so
10  it's not like what you eat.
11    Q.  Okay.  What is the process by which public
12  employees can buy feed corn from Prison
13  Enterprises?
14    A.  So usually the agricultural director sets
15  a price per -- well, I don't want to lie to you.
16  I can't remember if it's per pound or per sack.  I
17  don't remember.  But it's equivalent to the market
18  price.
19    It's done -- it's established internally.
20  And then -- then, you know, the employees pay by
21  check to the person working at Angola, and they
22  get -- I think it's a 50-pound sack, but I'm not
23  100 percent sure.  Basically that's how it works.
24    Q.  Why would they buy -- if it costs market
25  price, why would the employees buy through Prison

Page 61

1  Enterprises as opposed to some other vendor?
2    A.  Well, it's people at Angola.  But, I mean,
3  I don't know, but I would assume convenience.
4    Q.  Okay.  You said that the employees pay at
5  Angola or at LSP.  How exactly do they do that?
6    A.  They bring a check to the office at PE.
7    Q.  Okay.  So they bring a check to the Prison
8  Enterprises office that's located at Angola?
9    A.  Yes.
10    Q.  Where is the office located at Angola?
11    A.  I'm not -- I don't -- so we have a support
12  office, which is where like the person that works
13  that's kind of like the hub that does the mail and
14  all the things for all the operations since we're
15  spread out, it's my understanding that they bring
16  it to the person that works in there.
17    It's -- I don't know how to tell you where
18  it's at.  It's across from the hospital kind of.
19    Q.  Okay.  Paragraph 3, the last sentence
20  says, "Pricing shall be determined based on
21  current Prison Enterprises contract prices or
22  established Prison Enterprises pricing
23  methodology."
24    Do you see that?
25    A.  Uh-huh.

Misty Stagg
July 29, 2024

Page 62

1    Q. And is that accurate?
2    A. Yes.
3    Q. Does Prison Enterprises have an
4  established pricing methodology?
5    A. Yes.
6    Q. What is it?
7    A. I don't know how to answer that.
8  Basically, it's several factors that we take into
9  consideration. We look at break-even revenues and
10  we look at other states -- like other correctional
11  industries, what their pricing is.
12       We look at our competitors. We do look at
13  our costs. We look at -- you know, like our cost
14  of raw material. It's a lot of factors.
15    Q. Okay. You started with breakevens. What
16  are breakevens?
17    A. So basically it's like whatever -- what
18  percentage you would apply to make sure that you
19  at least cover your costs, you break even, no
20  profit. So we look at that.
21    Q. Okay. And then you said revenues. What
22  does that mean?
23    A. So we look at -- it's kind of like the
24  process of running the reports for the breakeven.
25  We just -- we look at -- it's part of how the

Page 63

1  breakeven -- and I'm not going to lie to you, this
2  is done internally via like the computer system.
3  Like we are not doing it.
4       So all that's kind of factored into the
5  breakeven, and we look at a three-year average.
6  But like I said, it's something that's computed.
7  It's not like we do it.
8    Q. Okay. You have software that does this
9  for you?
10    A. Right, yeah.
11    Q. Do you know what the software is called?
12    A. JD Edwards.
13    Q. You said you look at other correctional
14  industries. Why do you do that?
15    A. We do what we consider benchmarking. So
16  we look at other correctional industries and see,
17  you know, what their prices look like in
18  comparison to ours. It's not like we base it off
19  that, it's just benchmarking. We document what
20  other states are doing, what our competitors are
21  doing. That's just part of our process.
22    Q. Okay. And you look at your competitors.
23  Who are Prison Enterprises' competitors?
24    A. So Bob Barker is one of our competitors.
25  Hold on, let me think of them. Charm -- is it

Page 64

1  Charm-Tex maybe? I'm not sure on all the names.
2       But, yeah, so Bob Barker is a -- they sell
3  institutional jail supplies on a pretty much
4  global scale.
5    Q. Where are they based?
6    A. I have -- I don't know where they're based
7  out of.
8    Q. Is that a correctional industry or is it a
9  private company?
10    A. No, it's a private company, yes.
11    Q. What about Charm-Tex, are they a private
12  company?
13    A. Yes.
14    Q. Okay. So you look at the practices and
15  the costs or the prices charged by Bob Barker,
16  Charm-Tex, and other private companies when you
17  set the prices of Prison Enterprises products?
18    A. Yes.
19    Q. And then you look at the cost of raw
20  materials. Can you tell me about that.
21    A. Yeah, we just have to look at what each
22  item costs as far as raw materials. Like each
23  item has a cost of raw materials including
24  packaging or whatnot. We look at those as well.
25    Q. Okay. Are there any other factors that go

Page 65

1  into setting the cost of Prison Enterprises'
2  products that we haven't discussed?
3    A. No. What I'm talking to you about
4  exclusively right now is manufactured products,
5  let me say that.
6    Q. Okay. What are manufactured products?
7    A. Well, non-agriculture products.
8    Q. Okay. That's --
9    A. So --
10    Q. I interrupted you. Go ahead.
11    A. No, that's all. That's it that I can
12  think of right now.
13    Q. Okay. So just so that I am clear, to
14  establish product prices for non-agricultural
15  manufactured products, Prison Enterprises factors
16  in the cost of raw materials and applies a markup
17  percentage to ensure that costs are covered; is
18  that right?
19    A. Right. So we -- we adjust it based on the
20  breakeven markup, and then -- you know, that's not
21  to say we utilize the breakeven markup.
22       We may utilize above the breakeven markup
23  depending on, you know, what other -- like we have
24  to -- like there's all these factors that we look
25  at as far as not -- you know, you don't want to, I

Misty Stagg
July 29, 2024

1  guess, price too high and price yourself out of
2  the market, but you also want to make sure you try
3  to cover your costs, obviously, so that you're not
4  losing money. But it's a whole process.
5  Q. Right. Okay.
6      So the cost of raw materials, and then you
7  add a markup percentage to cover the cost to make
8  the item, and then do you also add a profit
9  markup?
10  A. Well, anything over breakeven would be a
11  profit markup. And so yes, most times we do, yes.
12  I can't say always, because in some cases it
13  doesn't -- due to the market, you know, like other
14  things on the market, sometimes it's not much --
15  it's a very small percentage profit to keep
16  ourselves in the market.
17  Q. What percentage profit do you generally
18  mark up goods?
19  A. Okay. So we look at between -- because
20  this is the report that runs, and I don't know
21  why, but this has always been the report that
22  runs. We look at between a breakeven and a
23  14 percent profit margin. That's what we look at
24  in between there.
25      We don't always use 14 percent, most times

1  probably we don't -- we do not use 14 percent, but
2  it's going to be somewhere -- should ideally be
3  somewhere in there. And I can't really tell you,
4  because it's not the same across the board for
5  every single item, if that makes sense.
6  Q. Sure.
7      So after you establish the cost to make
8  it, to make the item, then you apply a profit
9  markup of up to 4 percent?
10  A. Yes.
11  Q. And then that is the cost of the item?
12  A. Yes.
13  Q. Okay. And we're talking about
14  non-agricultural manufactured items. Can you give
15  me an example.
16  A. Yeah, like an office chair or a bunk bed.
17  Q. Okay. Do you charge different profit --
18  or do you add different profit margins depending
19  on who the customer might be?
20  A. No. We have an established set of
21  contract prices.
22  Q. What's the methodology by which Prison
23  Enterprises determines the sale prices for
24  agricultural commodity products?
25  A. The sale prices -- so we -- as far as corn

1  and soybeans, we don't determine the price. It's
2  just whatever the elevator is paying for that
3  particular commodity at the time.
4      And, again, with the horses and cows, it's
5  auction, so I can't -- I'm not -- and then I told
6  you about the corn in the sack. That's just --
7  the ag manager looks at the market price as well
8  as what other people are selling, like Walmart or
9  Tractor Supply, to make it comparable to what --
10  benchmarking, again, make it comparable to what's
11  being sold.
12  Q. Okay.
13  A. But we don't set the prices for the crops.
14  Q. Okay. Let's go down to Subsection D on
15  page 6 of Exhibit 24. This is on the page Bates
16  stamped 00009657.06.
17      Do you see this on your page -- on your
18  screen?
19  A. Yes, yes.
20  Q. Okay. So this provision discusses the
21  sale of services. And we've talked about this a
22  little bit more, but this refers to services that
23  are provided by incarcerated people; is that
24  correct?
25  A. Yes.

1  Q. Are there any restrictions on who can
2  purchase the services of incarcerated people?
3  A. So as far as -- so as far as like in this
4  case, it is state agencies alone. PE has the
5  ability to contract with private companies under
6  something called the PIE Program, which is a
7  federal program that applies to all correctional
8  industries.
9      We currently don't have a PIE Program, and
10  we haven't had one in, I don't know, 20 years. So
11  that's the mechanism we have used in the past to
12  partner with private companies, but right now we
13  only have contracts with state agencies.
14  Q. Tell me more about the PIE Program. What
15  is that?
16  A. I'm not that well-versed in it because,
17  like I said, we haven't done it in a very, very
18  long time. But basically it's a program
19  administered by, I think, the Bureau of Justice
20  Assistance that basically allows correctional
21  industries to partner with private companies.
22      There's different models, but the -- in
23  order to do that, the inmates have to be paid a
24  prevailing wage. And like I said, I'm not
25  well-versed. I haven't operated one as long as

Misty Stagg
July 29, 2024

Page 70

1    I've been in like a management level.  It's been
2    like, I think, 17 or 18 years since we've had one.
3        Q.  So the PIE Program refers to Prison
4    Industry Enhancement Certification Program?
5        A.  Yes.
6        Q.  And that's a federal program?
7        A.  As I understand it, yes.
8        Q.  And it allows private industry to
9    establish joint ventures with correctional
10   agencies to produce goods?
11       A.  Yes, yes.
12       Q.  And the objective is that the work
13   environments mimic the private sector, and so the
14   incarcerated people are paid the prevailing local
15   minimum wage?
16       A.  Yes.
17       Q.  Why would DOC want to enter into a program
18   like this?  What's the benefit?
19       A.  Why would PE want to?
20       Q.  Yes.
21       A.  You know, honestly, I haven't really been
22   involved with this program, so I really don't
23   know.  I mean, I really don't -- I don't know a
24   lot about that.
25       Q.  Okay.  What's the difference between the

Page 71

1    PIE Program and a cooperative endeavor agreement?
2        A.  So, again, I have not been involved in any
3    cooperative endeavors, per se, either.  So I
4    don't -- I'm not -- I'm not sure about that one
5    either.
6        Q.  Have you ever heard of a cooperative
7    endeavor agreement --
8        A.  Yes.
9        Q.  -- in the context of Prison Enterprises?
10       A.  Yes.
11       Q.  Do you know what it is?
12       A.  Specifically as it relates to P -- no.
13       Q.  How about generally?
14       A.  I'm just -- I'm trying to think if I
15   remember a time where PE was in a cooperative
16   endeavor, and I don't.  So no.
17       Q.  Okay.  Is Prison Enterprises currently
18   trying to establish a PIE Program?
19       A.  Trying to, no.  We're not seeking
20   partners.  No.  I think it was in our goals and
21   objectives recently, but we took it out for this
22   upcoming year because we're not actively seeking a
23   partner.
24       Q.  Why not?
25       A.  Well, I haven't been actively seeking a

Page 72

1    partner since I've been director.  But prior to
2    when I was director, we did have some meetings
3    with some companies, and it just -- it never
4    really seemed to pan out, I guess, you know, for
5    whatever reason.  And so I just -- I haven't been
6    actively seeking --
7        Q.  Okay.
8        A.  -- that program.
9        Q.  What were some of those companies -- what
10   were some of those companies that you met with?
11       A.  I don't -- like I said, it was when Mike
12   was here, and I honestly don't remember, Michael
13   was here, and I don't remember.  It's been a
14   while.
15       Q.  So going back to Exhibit 24, this sale of
16   services provision that we were just looking at,
17   about how many incarcerated people are currently
18   working in Prison Enterprises service jobs?
19       A.  Off the top of my head, let me think.  I'm
20   trying to think.  I'm going to give you a range of
21   between like 40 and 50 maybe.
22       Q.  And those people are all employed in
23   janitorial services?
24       A.  Yes.
25       Q.  And they're all from -- incarcerated at

Page 73

1    Dixon?
2        A.  Yes.
3        Q.  Are they all working in the same -- for
4    the same State entities or in the same State
5    buildings?
6        A.  I don't know what you mean.
7        Q.  Well, where are they providing janitorial
8    services?
9        A.  They're -- yeah, all in State buildings.
10   But there's two different contracts, like one is
11   OSB and one is DOTD.
12       Q.  Okay.  How does Prison Enterprises set the
13   prices for those service contracts?
14       A.  So I was not involved in the
15   implementation of the pricing when it originally
16   began at either one of these places.  I was
17   probably a student worker.  But -- and I wasn't
18   intimately involved whenever they were priced
19   later on when Michael was the director.
20           But as I understand it, it's -- when we
21   looked at it this past year, what we looked at
22   were what the going rates were for these types of
23   services with other janitorial services that are
24   private.
25       Q.  Like which companies?

Misty Stagg
July 29, 2024

Page 74

1     A.  Like Jani-King.
2         We also take into consideration the cost
3  in the contract, because in the contract we also
4  provide all the paper goods.  It's not just
5  cleaning.  We provide them with materials as well.
6  Like the buildings get paper towels and toilet
7  paper and that kind of stuff.  That's part of the
8  contract.
9     Q.  Okay.  So Prison Enterprises does a survey
10 of janitorial service contracts in the private
11 sector and then factors in the cost of paper
12 goods?
13    A.  Well, the cost of that and then the
14 officers that have to be paid to oversee it and
15 all that stuff.  Just the costs, essentially.
16    Q.  And is there a 14 percent profit markup
17 added to that too?
18    A.  No, no.
19    Q.  Why not?
20    A.  It's just -- it's different, I guess,
21 because we're not talking about a manufactured
22 item, and the reporting that we do for that is
23 different.  So it's just not the same type of --
24 of item, service.
25    Q.  The 40 to 50 incarcerated people who do

Page 75

1  this work, are they paid?
2     A.  If they're eligible and choose to receive
3  incentive wages, yes.  But if they are not
4  eligible and/or they prefer to receive good time,
5  they get that.
6     Q.  How does one become eligible to receive
7  wages?
8     A.  So you have to have at least -- I think
9  it's three years, have to have been incarcerated
10 for at least three years or worked for three
11 years, I'm not 100 percent sure.
12        But you cannot receive incentive pay and
13 good time.  As I understand it, a lot of the guys
14 on the janitorial crew do receive the good time.
15 And then, obviously, it's whatever the rate is
16 established for whatever job title they're in.
17    Q.  Do you know what the incentive pay rate is
18 for the 40 to 50 people working in janitorial
19 services?
20    A.  No.  I don't think they're all getting the
21 same, honestly, but I don't know the range.  I
22 don't know exactly.
23    Q.  Does Prison Enterprises provide those
24 people with personal protective equipment, or PPE?
25    A.  Yes.

Page 76

1     Q.  Like what?
2     A.  So it just depends on what job they're
3  doing.  Some do inside work, like janitorial --
4  like you and I are saying cleaning.  Some do
5  grounds work.  If they're weed eating or cutting
6  grass, they get safety glasses.  If they need
7  gloves, they get gloves.  They get just whatever
8  the job requires, they should receive PPE.
9     Q.  How do they actually get that PPE?
10    A.  So I don't want to -- I'm not -- I don't
11 know for sure if they get it before they leave for
12 the day or if they get it where they are.  I'm not
13 sure.  I don't know exactly how it's issued.
14    Q.  Okay.  But they're provided PPE by Prison
15 Enterprises?
16    A.  Yes.
17    Q.  And does Prison Enterprises expect the
18 customer, so in this case the State entity, to
19 provide a safe workplace to the incarcerated
20 workers?
21    A.  Say that again, I'm sorry.
22    Q.  Does Prison Enterprises expect the State
23 entity customer to provide a safe workplace for
24 the incarcerated workers?
25    A.  I would say yes.  And they also have

Page 77

1  security officers there to ensure that they're
2  safe.
3     Q.  To ensure that the workers are safe?
4     A.  Uh-huh.  They have officers that are with
5  the crews.
6     Q.  Okay.  I just want to remind you to say
7  "yes" instead of "uh-huh" for the court reporter.
8     A.  I'm sorry, I'm a big "uh-huh."  I'm sorry.
9     Q.  No, you're doing great.  I'm going to ask
10 you that question again just for the record.
11        So does Prison Enterprises expect the
12 customer, in this case the State entities, to
13 provide a safe workplace for the incarcerated
14 workers?
15    A.  Yes.
16    Q.  I want to ask you about Provision E on
17 this page of Exhibit 24, the sale of livestock.
18 This says that "Prison Enterprises may sell cattle
19 by private" --
20    A.  I'm sorry, I'm sorry, I can't see anything
21 on my screen, sorry.
22    Q.  No problem, let's troubleshoot.
23        Okay, now I can.
24    Q.  Okay, great.
25        So Provision E, the sale of livestock.

Misty Stagg
July 29, 2024

Page 78

1  We're talking about cattle now.  "Prison
2  Enterprises may sell cattle by private treaty with
3  the approval of the director or designee," you
4  being the director; is that accurate?
5      A.  Apparently that is accurate, and it is
6  something we're allowed to do, but, again, I can't
7  remember a time that we've ever done that.
8      Q.  What is a private treaty, what does that
9  mean?
10     A.  I'm assuming it's a private agreement, but
11 I don't -- like I said, I've not been privy to
12 this process at all, ever.
13     Q.  And then it says, "This method of sale
14 shall be used if the agriculture manager
15 determines the sale is financially or
16 operationally advantageous."
17         What does that mean?
18     A.  I don't -- like I said, I don't know.  I
19 have never been involved in this process.
20     Q.  Okay.
21     A.  I really don't -- I don't know.
22     Q.  Why would it be important that the sale of
23 cattle is financially or operationally
24 advantageous?
25     A.  I mean, I wouldn't want to necessarily

Page 79

1  lose money.  I mean, it does cost to operate a
2  cattle operation, so we would like to at least
3  cover our costs.
4      Q.  Does Prison Enterprises cover your costs
5  most years?
6      A.  Not necessarily.  Depending on
7  the operation --
8      Q.  When was the last -- what do you mean?
9      A.  I'm just saying some operations lose
10 money, some operations don't.  It just depends.
11     Q.  So is the goal for Prison Enterprises to
12 cover costs for each individual operation, or is
13 the goal for Prison Enterprises to cover costs and
14 maybe then generate additional revenue for the
15 organization as a whole?
16     A.  I would say it's pretty important for us
17 to at least cover our costs.
18     Q.  What happens if you don't?
19     A.  Well, I don't -- I mean, I don't know.  We
20 just -- we go back to the drawing board and try to
21 figure out if pricing is off or if, you know, like
22 some of that -- that's probably why we don't grow
23 certain crops anymore, things like that.
24     Q.  When was the last time that Prison
25 Enterprises had a year where the costs were not

Page 80

1  covered or didn't break even?
2      A.  Well, let's see.  We haven't closed this
3  year yet.  I don't want to -- I don't want to -- I
4  don't want to lie.  I'm not 100 percent sure.
5      Q.  Has that happened since you've been the
6  director?
7      A.  That we've not covered -- that we've had a
8  net loss?
9      Q.  Yes.
10     A.  Yes.
11     Q.  Are some Prison Enterprises industries
12 more profitable than others?
13     A.  I'm sure, yes.
14     Q.  What are -- what are kind of the
15 big-ticket activities or operations for Prison
16 Enterprises, meaning which particular activities
17 are reliable earners?
18     A.  I don't want to say earners off the top of
19 my head, but I can just say like revenue
20 generators, perhaps.  Because we have a lot of
21 cost centers that I -- so it runs together.
22         But, I mean, our tag plant generates a
23 significant amount of -- which is license plates.
24 You know, depending on the market price of certain
25 crops, soybeans has been profitable -- or I didn't

Page 81

1  mean to say profitable; a revenue generator.
2  Probably our janitorial program.
3         And honestly, depending on the year, our
4  metal fab shop has been a -- sometimes it just
5  fluctuates as well as to what is -- you know, what
6  people are wanting or buying, you know.
7      Q.  Okay.  Returning to Exhibit 24, let's go
8  to page 8.  We're going to look at paragraph F,
9  Sale of Crop Commodities.
10         Do you see that on your screen?
11     A.  I do.
12     Q.  Okay.  So when we're talking about crop
13 commodities, we're talking about, I think we
14 already agreed, soybeans, corn, wheat, rice,
15 cotton, vegetables, grasses, and their byproducts.
16         Do you agree?
17     MR. BLANCHFIELD:
18         Object to the form.
19     A.  That's --
20     MR. BLANCHFIELD:
21         You can answer.
22     A.  That's the definition that you got from
23 here, I'm assuming.
24 BY MS. WRIGHT:
25     Q.  Yeah, it is.  I can show you if you'd

Misty Stagg
July 29, 2024

Page 82

1  like.
2       A.  That's okay, I just can't see it.  I was
3  looking for it in that paragraph.  Yeah, that's
4  fine.
5       Q.  No problem.  Okay.  Well, why don't we
6  just go up.  It's on page 2.
7       A.  Okay.
8       Q.  Section E, let me know if you can see
9  this.  It says, "Crop Commodities."  It's defined
10  as "Food and fiber products that cover a broad
11  range of goods from both processed and unprocessed
12  bulk commodities.
13           "Crop commodities include, but are not
14  limited to: soybeans, corn, wheat, rice, cotton,
15  vegetables, grasses, and their byproducts."
16       A.  Okay.
17       Q.  Did I read that correctly?
18       A.  Yes.
19       Q.  Okay.  Great.  Now let's go back down to
20  page 8.
21           So Prison Enterprises can sell crop
22  commodities for cash, right?
23       A.  Not specifically cash.  Like I don't know
24  what you're saying -- what your definition of
25  "cash" is.  Like not dollars, not dollar bills.

Page 83

1  But yes, for a check, yes.  We don't deal in cash,
2  I guess.
3       Q.  Probably for the best.
4       A.  Yeah, right.
5       Q.  I think what I'm asking is that the
6  cash -- I see under Section F, Sale of Crop
7  Commodities, it says that Prison Enterprises can
8  enter into contracts for the sale of crop
9  commodities for a cash price, a
10  basis-only-with-futures price to be called for at
11  a later date, or futures only with basis
12  determined before delivery.
13           Do you see that?
14       A.  Hold on one second.  My -- hold on, I lost
15  it here.  It's trying to update the Zoom app.
16           Okay, sorry.  Yes, I see it.
17       Q.  What does that mean?
18       A.  So the cash price is the price that you
19  receive if you harvest your crop, you fill up your
20  trailer, and you just go to the grain elevator.
21  It's that day's price, right?
22           So a basis-only-with-futures price to be
23  called for at a later date, so we can book crop
24  prices at a futures price.  So in other words, you
25  can look on a crop price website, and it will tell

Page 84

1  you a futures price, meaning what the futures
2  determine that will be worth at whatever month you
3  so choose.
4           So it would be like if you're going to
5  harvest in, you know, September, you would look
6  for the September futures price.  The elevator
7  itself establishes a basis.  So don't ask me how
8  they do that, I have no idea.  I don't know
9  anything really about how a basis is come up with.
10          And then he can call the grain elevator
11  essentially and basically what they call -- it's
12  called booking, but it's basically reserving a
13  certain number of bushels for a certain price when
14  delivered at a later date, if that makes sense.
15       Q.  Okay.  Thank you for explaining all of
16  that.
17          Let's go down to Subsection 2 on this
18  page, page 8.  Now, it's towards the -- Prison
19  Enterprises can also bid a contract to gin
20  harvested cotton, right?
21       A.  Right.
22       Q.  What does it mean to gin cotton?
23       A.  So it's basically when it -- they take it
24  and they like remove the seeds and they do certain
25  processes to it after it's harvested and baled.

Page 85

1  I'm not an expert, but they basically process it,
2  get the seeds out, that kind of stuff.
3       Q.  Does Prison Enterprises currently have a
4  contract to gin cotton?
5       A.  No.
6       Q.  When was the last time it did?
7       A.  I'm not exactly sure, but it's been
8  several years.  I don't know the exact year.
9       Q.  Since you've been the director, has Prison
10  Enterprises had a contract to gin cotton?
11       A.  Let me think.  No.
12       Q.  Does Prison Enterprises have the machinery
13  necessary to gin cotton?
14       A.  No.
15       MS. WRIGHT:
16           This is a good point for a break.  Up
17       to you, Ms. Stagg or Mr. Blanchfield.
18       Would anybody like to take a break, or
19       should we press on?
20       MR. BLANCHFIELD:
21           Why don't we take a few minutes.  That
22       would be good.
23       MS. WRIGHT:
24           Okay, 15 minutes.  Let's come back at
25       half past.

Misty Stagg
July 29, 2024

Page 86

1     THE VIDEOGRAPHER:
2          Going off the record.  The time is
3     11:14 a.m. Central Standard Time.
4     (A break was taken from 11:14 a.m. to
5     11:36 a.m.)
6     THE VIDEOGRAPHER:
7          We're now back on the record.  The
8     time is 11:36 a.m. Central Standard Time.
9  BY MS. WRIGHT:
10    Q.  Ms. Stagg, we're going to turn back to
11 Exhibit 23, 2023 Prison Enterprises Annual Report
12 that we were looking at earlier, and we're going
13 to look at page 4 of that report.  And you should
14 see on your screen the page that's entitled "A
15 Message from Our Director."
16         Do you see that?
17    A.  Yes.
18    Q.  Did you write that?
19    A.  I'm sorry?
20    Q.  Did you write this?
21    A.  Yes.
22    Q.  At paragraph 1 you wrote, "One of our main
23 focuses this past year, and moving forward, is to
24 try to shift some of the negative perceptions
25 associated with correctional industry."

Page 87

1          What negative perceptions are associated
2  with correctional industries?
3     A.  Basically that, you know, we're not trying
4  to help the inmates in our programs, we're
5  basically trying to utilize them, you know, just
6  for work and we're not trying to train them or
7  teach them anything and to help them in their
8  future when they get out.
9          A lot of people don't see that as a big
10 part of our -- of what we're trying to accomplish.
11    Q.  So how are you going to try to shift some
12 of those negative perceptions?
13    A.  We're trying to offer more certification
14 programs, having -- I don't -- I don't want to say
15 testimonial from inmates that work in our
16 programs; talk about volunteers who volunteer to
17 make videos to tell what they've learned, what the
18 advantages are to them, why they like working for
19 correctional industries.
20         We -- I don't know that it's in there, but
21 we recently reimagined our logo.  So our logo
22 before kind of had a prison tower and some, you
23 know, very prison-associated images in it, and we
24 recently have updated our logo.
25         That's, you know, off the top of my

Page 88

1  head -- I'm trying to think.  That's all that
2  comes to mind at the moment.
3     Q.  Let's look at paragraph 2 of the Message
4  from Our Director.  It says, "In order to continue
5  to provide these valuable opportunities, which
6  lower recidivism rates, proven as Prison
7  Enterprises has one of the lowest recidivism rates
8  in the department, Prison Enterprises must
9  continue to generate sales."
10    A.  Yes.
11    Q.  What did you mean when you wrote -- what
12 did you mean when you wrote that "Prison
13 Enterprises has one of the lowest recidivism rates
14 in the department"?
15    A.  In that -- and I don't -- I don't remember
16 the percentage, but in that particular report
17 you're looking at, it is -- there is a recidivism
18 report, and it has proven to -- PE has proven to
19 have a lower recidivism rate than a lot of other
20 programs in DOC.  So that's why.
21    Q.  How do you measure recidivism in this
22 context?
23    A.  So as I understand it, the report
24 itself -- and we don't generate the report.  The
25 Department's data section generates it.

Page 89

1          So honestly, I'm not sure exactly the
2  process, but I think it's based off a five-year --
3  returns within five years of having worked within
4  the PE program for a certain amount of time.
5          It may say on that chart.  I don't want to
6  misspeak, but it's something like that.  There's a
7  parameter.
8     Q.  Okay.  So Prison Enterprises tracks the
9  outcomes for people released from DOC custody?
10    A.  We do not.  DOC does.
11    Q.  Thank you for that clarification.
12         So DOC tracks the outcomes for people
13 released from DOC custody, and there's a
14 correlation between working a Prison Enterprises
15 job and having a lower recidivism rate?
16    A.  Correct.
17    Q.  Why do you think that is?
18    A.  Because I think that we provide them with
19 transferable skills, whether that be, you know,
20 specific skilled trades like welding or, you know,
21 woodworking, but also soft skills, you know,
22 having to get up, having to come to work, having a
23 responsibility to, you know, create -- manufacture
24 things, a purpose.  Specifically those things I
25 just said.

Misty Stagg
July 29, 2024

Page 90

1    Q.  And what did you mean when you wrote that
2    "Prison Enterprises must continue to generate
3    sales"?  What is the relationship between
4    generating sales and lower recidivism rates?
5        A.  Well, I'm not sure that that's a direct
6    correlation other than the fact that the programs
7    cost money to facilitate.  There are costs
8    involved in these programs, and in order to cover
9    the costs that are involved -- we have to buy the
10   materials for the manufacturing, et cetera,
11   et cetera, pay the incentive wages -- you have to
12   generate sales.
13       Q.  So the more sales you generate, the more
14   programs you could add?
15       A.  I'm not sure if that's, again, a direct
16   correlation.  I think that it depends on what your
17   profit and losses are.  But, you know, as far as
18   expansion of programs, you know, we're not opposed
19   to expanding programs.
20           It's just finding the inmates a place and
21   that kind of stuff, you know, like a location and
22   some sort of a trade that's transferable, that
23   kind of thing.  There's more than just, you know,
24   I guess, having the revenue.
25       Q.  Okay.  In paragraph 3 of your statement

Page 91

1    you write that Prison Enterprises is "researching
2    the feasibility of launching a new website with
3    e-commerce capabilities."
4        Tell me more about this website.
5        A.  So we've had -- and let me just say there
6    are some things that have come up since this has
7    been done.
8            Our JD Edwards software that you asked me
9    about earlier is sort of antiquated, so I think
10   before we can do a new website with e-commerce
11   capabilities, we may have to change our entire
12   operating system.  That's something we're starting
13   to look at.
14           But the website we have now, it's been --
15   it's been in place for several, several years.  So
16   we're just looking to do a new website potentially
17   with customers' ability to buy through the
18   website.  Other states do that, a lot of other
19   states do that.  And so that was the intent.  But,
20   again, that probably isn't right down the road
21   now.
22       Q.  Do you have a launch date for that?
23       A.  No.
24       Q.  Do you have an anticipated cost?
25       A.  No, because we've had to regroup.  Because

Page 92

1    now our operating system, JD Edwards, that is kind
2    of a priority as to we have to figure that part
3    out and potentially implement a new software
4    before we can really think about that at this
5    point.
6        Q.  When I asked you about the launch date, I
7    think I cut you off.  You were about to say
8    something?
9        A.  No, there is no launch date.  We're not
10   even close.
11       Q.  Do you know who would develop the website?
12   Would it be LPS?
13       A.  No, likely not.  Right now we have a
14   contract with a company that developed it that
15   they've been on contract for ten-plus years
16   probably, I guess.
17       Q.  Okay.  What company is that?
18       A.  The name of the company is Barnstorm, but
19   I don't remember if it's like Barnstorm Websites
20   or I don't -- but that's the name of the company.
21       Q.  Okay.  And what else does that company do
22   for Prison Enterprises?
23       A.  The only other thing that they do is --
24   that I know of is they take like the pictures for
25   the web -- they took -- let me rephrase that.

Page 93

1        They took the pictures for the website and
2    they maintain it, I guess.  So there's certain
3    things that we -- our staff can change on the
4    website, but there are certain things that we
5    can't change on the website that they facilitate
6    the changes.
7        Q.  Okay.  I'd like to go to page 5 of the
8    Prison Enterprises 2023 report.
9        A.  Uh-huh.
10       Q.  This page says, "Introducing Our Executive
11   Staff."
12           Do you see that in front of you?
13       A.  I do.
14       Q.  So are these individuals the leadership of
15   Prison Enterprises?
16       A.  Yes.
17       Q.  And you said that there are 72 positions
18   for staff at Prison Enterprises, correct?
19       A.  Yes.
20       Q.  How many of those positions are currently
21   filled?
22       A.  Oh, gosh.  I don't know exactly.  Not all
23   of them.
24       Q.  Are most of them filled?
25       A.  Most, yes, uh-huh.

Misty Stagg
July 29, 2024

Page 94

1  Q.  And Prison Enterprises also has a board,
2  right?
3  A.  Right.
4  Q.  What is the role of the board?
5  A.  They're an advisory board, so I guess they
6  just provide advice and, you know, that's
7  basically it.
8  Q.  Are they paid for their service on the
9  board?
10  A.  They're paid -- they are on our payroll,
11  and they are paid for their mileage, for their
12  travel, but I'm not sure if they're paid
13  regularly.  I'm not sure.
14  Q.  Okay.  All right.  Is anybody on the
15  board -- does anybody on the board have farming
16  experience?
17  A.  I'm sorry, have farming experience?
18  Q.  Yes.
19  A.  Yes.
20  Q.  And who is that?
21  A.  Eric Lane and Harvey Honore, that I know
22  of.
23  Q.  Okay.
24  MS. WRIGHT:
25  Samantha, you can take down Exhibit 23

Page 95

1  for now.
2  BY MS. WRIGHT:
3  Q.  So, Ms. Stagg, my understanding is that
4  Prison Enterprises is organized into departments.
5  Is that an accurate understanding?
6  A.  I guess it depends on what you mean.
7  Q.  Well, I understand that there's a
8  procurement department, accounting, industries,
9  operations, and agricultural operations.
10  A.  Yes, yes.  Sorry.
11  Q.  No problem.
12  Are there any other departments at Prison
13  Enterprises?
14  A.  So we're a relatively small agency.  So
15  when you say "department," sometimes I guess that
16  could be like one person.  That's why it's -- like
17  we have property control, we have a warehouse, we
18  have the sales and marketing department, I don't
19  know if you mentioned that, of course accounting,
20  procurement.
21  We have like a compliance department, you
22  know, industries and ag, of course, as you said.
23  Q.  Okay.
24  A.  That's probably it.
25  Q.  And as director of Prison Enterprises --

Page 96

1  sorry, okay.
2  And as director of Prison Enterprises, you
3  are responsible for each department, right?
4  A.  Right.  I have subordinates who are
5  direct, but yes, I am.
6  Q.  What is the role of the agricultural
7  operations department?
8  A.  It's the -- several things.  It's to,
9  obviously, produce agricultural commodities, and
10  also as a work program for inmates so that they
11  can learn skills that are transferable upon
12  release.  So we want --
13  Q.  Which agricultural -- I'm so sorry, I
14  interrupted you.  Go ahead.
15  A.  You're good.  Go ahead.
16  Q.  It's hard now that I can't see you, so I'm
17  sorry, I don't mean to interrupt you or speak over
18  you.  So please just bear with me here in this
19  kind of awkward conversation.
20  A.  That's okay.
21  Q.  So you said that the agricultural
22  operations program produces agricultural
23  commodities and provides incarcerated people with
24  marketable skills; is that correct?
25  A.  I prefer the word "transferable" rather

Page 97

1  than "marketable," but yes.
2  Q.  What is a transferable skill?
3  A.  Well, I think transferable includes things
4  like soft skills that we also provide rather than,
5  say, specifically a trade, like welding.
6  But a transferable skill could be anything
7  like learning how to take direction from your
8  supervisor, you know, certain things that are
9  considered -- what I would consider soft skills.
10  Q.  Okay.  What sorts of hard skills does
11  Prison Enterprises provide to incarcerated people?
12  A.  Specifically I guess you mean like trade
13  skills.  Welding; sewing; carpentry; upholstery;
14  handling farm animals; obviously machinery and
15  equipment use or operation; clerks, we have
16  clerking, like that do paperwork; warehousing,
17  which is, you know, inventory control --
18  Q.  In the context of --
19  A.  Go ahead.
20  Q.  In the context of agricultural operations,
21  what are the transferable skills that Prison
22  Enterprises teaches to incarcerated people?
23  A.  So as far as ag goes, heavy equipment
24  operation or farm equipment operation, which is a
25  number of different pieces of equipment and

Misty Stagg
July 29, 2024

Page 98

1   implements; livestock handling and, you know,
2   breeding, which could be a lot of different things
3   as well.
4           And then we have like farm equipment
5   repair, maintenance.  Let me think.  That's pretty
6   much it.  Just under those different titles, just
7   lots of different, I guess, duties, you know.  But
8   that's the gist.
9       Q.  Okay.  And how does Prison Enterprises
10  know that those particular skills are
11  transferable, meaning that there are employment
12  opportunities in the outside world for those
13  skills?
14      A.  Well, I just know that these jobs exist in
15  the outside world.  Offenders who have released
16  from PE have gone to work in some of these
17  positions.  So there are farmers, there are, you
18  know, livestock auction houses, there are, for
19  lack of a better word, ranchers.
20          We've had an inmate who left and went to
21  work for the stockyard.  So these jobs exist.
22      Q.  Sure, okay.
23          Does Prison Enterprises ever hire formerly
24  incarcerated people?
25      A.  No, we have not.

Page 99

1       Q.  Why not?
2       A.  I don't -- to my knowledge, the
3   opportunity hasn't presented itself, to my
4   knowledge.  And honestly, I think because it
5   hasn't -- I'm not -- I don't -- I don't know what
6   the rules for DOC are, honestly, for that.  I'm
7   not sure.  But I know -- as I know it, no one --
8   it's never really presented itself.
9       Q.  Is there a policy about hiring formerly
10  incarcerated people at Prison Enterprises?
11      A.  Prison Enterprises does not have a policy
12  that I know of, no.
13      Q.  Now, the agricultural manager is currently
14  Loyd Smith; is that right?
15      A.  Correct, yes.
16      Q.  Did you hire Mr. Smith?
17      A.  Yes.
18      Q.  Why did you hire him?
19      A.  Because he has an extensive knowledge of
20  agricultural programs.  He retired from the Texas
21  correctional industry, so he also has experience
22  in correctional settings.  So he has -- I think he
23  has a -- I think he has a -- two degrees.  I think
24  he has a master's in like agrobusiness or
25  something like that.  He's qualified.

Page 100

1       Q.  And what are Mr. -- what are Mr. Smith's
2   job responsibilities?
3       A.  He oversees all agricultural programs
4   throughout the state, not just at Angola, and he's
5   direct supervisor of the two regional managers
6   that we spoke -- we spoke about Allen Barton
7   earlier that's over Angola; he oversees all that.
8       Q.  And is he responsible for the daily
9   operation and management of the rancher operations
10  at Angola?
11      A.  Ultimately, yes, he's responsible, but I
12  don't know that he directs it daily.
13      Q.  Okay.  And he's ultimately responsible for
14  the crop commodities production at Angola?
15      A.  Yes.
16      Q.  Do you know Thomas Gulino, or Tommy
17  Gulino?
18      A.  Yes.
19      Q.  Who is that?
20      A.  He works for Angola, and he does the
21  vegetables.
22      Q.  He's not a Prison Enterprises employee?
23      A.  No.
24      Q.  How do you know him?
25      A.  I don't know if he still does, but he used

Page 101

1   to share an office with our guy at row crops.  I
2   don't know him, but I've seen him sitting at his
3   desk.
4       Q.  Let's go back to Exhibit 23, the annual
5   report.  We're going to go to page 7.  Please let
6   me know when this is on your screen.
7       A.  Page 7 or 27?
8       Q.  Page 7.
9       A.  Oh, okay.
10      Q.  "Our goals and objectives."
11          See it?
12      A.  Okay, I do.
13      Q.  Okay.  I want to ask about Goal Number 1,
14  which is to "increase the volume of sales to
15  non-profit organizations, parish, and local
16  government entities."
17          Did I read that correctly?
18      A.  Yeah, but you're kind of breaking up.
19      Q.  Okay.  Let me try that again.
20          Can you hear me now?
21      A.  Yes.
22      Q.  Okay.  So Goal 1 is to "increase the
23  volume of sales to non-profit organizations,
24  parish, and local government entities."
25      A.  Uh-huh.

Misty Stagg
July 29, 2024

Page 102

1    Q.  Correct?
2    A.  Yes.
3    Q.  Why is Goal Number 1 to increase the
4  volume of sales?
5    A.  Because we have to make sales in order to
6  operate these programs to cover our costs.  I
7  mean, these programs cost money to run, to buy raw
8  materials.  And there's costs that are incurred up
9  front, you know, prior to the sales being made.
10  So we have to generate sales in order to run these
11  operations.
12    Q.  And which non-state agencies are customers
13  of Prison Enterprises?
14    A.  A lot.  You mean like specific customers?
15    Q.  Well, why don't we do this, why don't I
16  run through a list of entities, and you just tell
17  me whether they are customers of Prison
18  Enterprises.
19        Can we do it that way?
20    A.  Okay.
21    Q.  Okay.  Is Batchelor Elevator a customer of
22  Prison Enterprises?
23    A.  Yes.
24    Q.  Currently?
25    A.  Well, we haven't sold any crops yet this

Page 103

1  year, so I can't really say.  I mean, so, yeah,
2  all the crops have not been harvested.  So...
3    Q.  When was the last time Batchelor Elevator
4  was a customer of Prison Enterprises?
5    A.  I can't -- I don't know.  I just know we
6  have sold to Batchelor Elevator.
7    Q.  Okay.  How about Employee Sales, are they
8  a current customer?
9    A.  That would be what they call -- like the
10  corn stuff that we discussed to the employees, I
11  guess that's what they -- how they code it.  They
12  don't charge it to the person, it goes to Employee
13  Sales.  So, yes, if we're selling corn, yes.
14    Q.  Okay.  So those are the public employees
15  that we talked about earlier?
16    A.  Right.  I guess they don't -- they don't
17  sell it to their name.  There's this account set
18  up that's called Employee Sales.
19    Q.  Okay.  How about Tri-Parish Co-op?
20    A.  We have sold to them, yes.  I don't know
21  when, but yes.
22    Q.  Do you know if they're a current customer?
23    A.  I don't know when the last time we sold to
24  them specifically, no.
25    Q.  How about Louis Dreyfus, is that a

Page 104

1  customer?
2    A.  They were a customer, but I don't think
3  that they have been in a few years, to my
4  knowledge.
5    Q.  Do you know why they haven't been a
6  customer in the last few years?
7    A.  Basically because of articles that came
8  out about private companies that do business with
9  correctional industries.
10    Q.  What do you mean?
11    A.  I'm sorry?
12    Q.  What do you mean?
13    A.  Just that there have been articles
14  published that name companies that do -- private
15  companies that do business with agricultural
16  commodities with correctional industries, and they
17  have -- they opted out of us bringing our grain
18  there.
19    Q.  Okay.  So Louis Dreyfus cut ties with
20  Prison Enterprises?
21    A.  Uh-huh.
22    Q.  Recently?
23    A.  As I know -- it's been several years.  I
24  can't tell you if we've gone back to selling there
25  or not recently.  I don't know.  But as it stands,

Page 105

1  last I know, we don't.
2    Q.  Okay.  How about Viserion Corporation,
3  LLC?
4    A.  Viverion?  Oh, Viserion.
5    Q.  V-I-S -- yeah -- E-R-I-O-N.
6    A.  Yes.
7    Q.  Are they a current customer?
8    A.  I don't know when the last time they've
9  done anything.
10    Q.  What do they buy from Prison Enterprises?
11    A.  I'm pretty sure it's a crop commodity.  I
12  don't know specifically.  I don't want to lie.  I
13  don't know if it's corn or soybeans or both, but I
14  think it's crops.
15    Q.  Okay.  Consolidated Grain?
16    A.  That does not ring a bell.
17    Q.  Okay.  Dykes Feed Mill, are they a current
18  customer?
19    A.  Yes -- well, I know the name.
20    Q.  What do they buy?
21    A.  I'm assuming they buy corn.
22    Q.  Express Grain, a customer?
23    A.  That doesn't ring a bell.
24    Q.  And how about Staplcotn, spelled
25  S-T-A-P-L-C-O-T-N?

Misty Stagg
July 29, 2024

Page 106

1    A.  Staplcotn, yes, that's who we contracted
2  with when we sold -- when we grew cotton, but it's
3  been many years.
4    Q.  Okay.  So of this list of companies that I
5  just read to you, Louis Dreyfus is the only one
6  who has cut ties with Prison Enterprises?
7    A.  Some years ago.  Now, like I said, I'm not
8  sure that we're not delivering there now.
9    Q.  Okay.
10   A.  But I know at one time we were not.
11   Q.  But none of the other ones are in a
12 similar situation that you're aware of?
13   A.  No, no.
14   Q.  Okay.  Have any companies that we didn't
15 just talk about cut ties with Prison Enterprises
16 because of the articles that came out about prison
17 labor?
18   A.  No, no.
19   Q.  Let's go to Goal Number 2, which is to
20 "increase efficiency and reduce costs in Prison
21 Enterprises' administration and field operations."
22      Is it true that Prison Enterprises
23 consistently seeks innovative ways to reduce costs
24 per unit produced at each Prison Enterprises
25 operation?

Page 107

1    A.  Yes.
2    Q.  And Prison Enterprises also seeks to
3  increase efficiency?
4    A.  Yes.
5    Q.  Why?
6    A.  Well, it's hard to do those things
7  simultaneously, just so -- because, obviously, we
8  don't -- when we talk about -- when we talk about
9  reducing costs, we're more or less, in this case,
10 talking about purchasing, let's say, new machinery
11 or -- and I don't mean -- I don't necessarily mean
12 new machinery as in new as in something we don't
13 currently have, but I mean even just replacing
14 that machinery, because some of that can be quite
15 costly.
16      So there -- you know, we're trying
17 to always try to figure out ways how to keep our
18 costs down but also trying to increase our
19 efficiency with the machinery and the materials
20 that we have.  So it's -- in this case, it's -- it
21 has a lot to do with raw material costs and
22 equipment costs.
23   Q.  Okay.  Let's talk about Goal 3, which is
24 to "realize maximum productivity in farming and
25 cattle operations."

Page 108

1    You'd agree that Prison Enterprises
2  continues to seek to improve the efficiency of the
3  row crop operations to meet or exceed state and
4  regional yield and prices for similar operations?
5    A.  Yes.
6    Q.  Okay.  So Prison Enterprises seeks to
7  maximize crop yields, right?
8    A.  Yes.
9    Q.  And Prison Enterprises seeks to maximize
10 productivity in farming operations?
11   A.  Yes.
12   Q.  And Prison Enterprises seeks to maximize
13 sales of agricultural commodities?
14   A.  To some extent, yes.  But it is very
15 dependent on the market.  You know, we're not
16 setting prices.  So we would obviously --
17   Q.  You're not setting prices?
18   A.  We're not setting prices like we set for
19 our manufactured items.  That's market price.
20   Q.  I don't understand.  You're not checking
21 prices for your manufactured --
22   A.  Huh?  What?
23   Q.  Can you explain what you meant by that?
24   A.  It says "to meet or exceed state and
25 regional yields and prices for similar

Page 109

1  operations."  But I'm saying, yes, we want to
2  cover our costs and we want to get good prices for
3  our crops, but it's market based.
4    Q.  Right.
5    You're not setting the prices in the same
6  way that you are setting the prices for bunk beds?
7    A.  Correct, that's what I'm saying.  That is
8  not controllable, I guess, for us.
9    Q.  Sure, okay.
10     So how does Prison Enterprises maximize
11 crop yields and maximize productivity in farming
12 operations?
13   A.  Well, that's -- so it -- this is many,
14 manyfold.  Crop rotation is one of the ways that
15 we do it so that we can utilize residual, you
16 know, fertilizers and things.  That helps increase
17 efficiency and production.  You know, there's lots
18 of different ways.  We're managing pests, weather.
19 I'm trying to think.
20     What was the second part of the question?
21   Q.  I'm asking how Prison Enterprises
22 maximizes crop yields and also how Prison
23 Enterprises maximizes productivity in farming
24 operations.
25   A.  Okay.  So crop yields, we do our best; of

Misty Stagg
July 29, 2024

Page 110

1    course, it's dependent on the weather.  There's a
2    lot of outside factors when it comes to crops.
3    But obviously we fertilize, we monitor the crops
4    daily, like they go out and look at the crops
5    daily.
6          As far as, you know, productivity, we try
7    to you, know, utilize the most appropriate,
8    productive machinery to kind of make the farming
9    easier for lack of a better word, you know.  You
10   know, buying equipment that's specific to the
11   needs of the rows and the planting and the
12   spraying and the harvesting, that kind of stuff.
13        Q.  Okay.  You mentioned managing pests.
14        Does Prison Enterprises ever crop dust?
15        A.  Yes.
16        Q.  How often?
17        A.  I can't answer.  I don't know.  It's
18   specific to weather.  You know, like sometimes
19   they do it if the fields are too wet and you can't
20   get a tractor in there.  So it kind of just
21   depends.
22        Q.  Okay.  When was the last time, if you
23   know, when Prison Enterprises crop dusted at LSP?
24        A.  I don't, I'm sorry.
25        Q.  That's okay.

Page 111

1          Does Prison Enterprises ever crop dust
2    other land at LSP that's not used for Prison
3    Enterprises' operations?
4          A.  Not that I'm aware of.
5          Q.  What kinds of chemicals does Prison
6    Enterprises use in the crop dusting at LSP?
7          A.  I'm not sure on the crop dusting
8    specifically.
9          Q.  Okay.  Does Prison Enterprises use
10   herbicides?
11         A.  Yes.
12         Q.  At LSP?
13         A.  Yes.
14         Q.  Do you know what kind?
15         A.  No, not names specifically, no.
16         Q.  That's fair enough.
17         How about pesticides?
18         A.  Yes.
19         Q.  Do you know what kinds?
20         A.  No.
21         Q.  Okay.  Does Prison Enterprises ever use
22   those herbicides or pesticides on non-Prison
23   Enterprises agricultural operations?
24         A.  Not to my knowledge, no.
25         Q.  You also mentioned that Prison Enterprises

Page 112

1    uses machinery to make the agricultural operations
2    go smoother or easier.  What did you mean by that?
3          A.  So just -- there's so many different like
4    things that you use, implements, machinery, like,
5    you know, a disc we disc up the dirt with.  That
6    gets pulled behind a tractor.
7          And, you know, we recently bought a used
8    Kelly plow because it goes behind a tractor,
9    again, but it covers more area, and it actually
10   does a better job at turning up the dirt, and it's
11   a larger implement.
12         So instances like that where we sometimes
13   find alternative ways or alternative implements
14   that just go faster.  You know, all this is --
15         Q.  Okay.
16         A.  Fuel costs.  So we're always just trying
17   to find ways to improve efficiency.
18         Q.  Does Prison Enterprises ever loan any of
19   that equipment to LSP?
20         A.  No, I don't think so.
21         Q.  Who operates the agricultural equipment at
22   LSP?
23         A.  The PE agricultural equipment?
24         Hello?
25         Q.  Can you hear me?

Page 113

1          A.  Yes, I'm sorry.  The PE agricultural
2    equipment?
3          Q.  Yes.  Let me ask the question again just
4    for the record.
5          A.  Okay.
6          Q.  Who operates the agricultural equipment
7    at -- in PE's agricultural operation at LSP?
8          A.  The inmates that are employed at row crop,
9    some of them, not all of them, and then sometimes
10   the manager, the farm manager, the stack person
11   operates them.
12         Q.  Okay.  How many inmates are employed in
13   Prison Enterprises' agricultural operation at LSP?
14         A.  I'm not sure.
15         Q.  Does the number fluctuate?
16         A.  Yeah.
17         Q.  Let's go to Goal 6.  Let me know when
18   you're there.
19         A.  I'm here.
20         Q.  Goal 6 is to "expand employment
21   opportunities for inmates through the creation and
22   expansion of Prison Enterprises' operations to
23   allow further participation in PE programs proven
24   to produce lower recidivism rates."
25         So Prison Enterprises continually seeks

Misty Stagg
July 29, 2024

Page 114

1  ways to modernize like buying new, modernized
2  machinery; is that right?
3      A.  If we can, yes.
4      Q.  Does Prison Enterprises conduct any
5  workforce assessments to see what jobs are
6  available in the free world?
7      A.  We have in the past.  So we have, yes.
8      Q.  When was the last time?
9      A.  I think -- I don't remember the year, but
10  I know that Michael J. Moore was the director.
11      Q.  Do you remember what the assessment was
12  called?
13      A.  No.
14      Q.  What was the result of the assessment?
15      A.  I don't -- I don't remember.  I'm sorry.
16      Q.  Do you have any plans to do a similar
17  workforce assessment to see what jobs are
18  available in the free world?
19      A.  At this time, we don't have a specific
20  plan, no.
21      Q.  Does Prison Enterprises help incarcerated
22  people secure employment after they're released?
23      A.  We have.  But I'm not -- I don't know that
24  there's a plan in place, but we have, yes.
25      Q.  How have you helped people get jobs after

Page 115

1  they're released?
2      A.  I know that in the ag program, our former
3  ag manager, this is just an example, he assisted
4  an inmate that released to get a job at the
5  stockyard.  That inmate since had left the state
6  and died of cancer.
7      Q.  I'm sorry to hear that.
8      A.  Yes.  But he did, he helped him get that
9  job, and then I think he helped him get another
10  job after that, before he left.
11      Q.  Is there any sort of program or policy at
12  Prison Enterprises about helping incarcerated
13  people get jobs after they're released, or was
14  this just kind of the kindness of the former
15  agricultural manager?
16      A.  Yeah, there's no policy in place.
17      Q.  Let's go to page 19.  You should see on
18  your screen a page entitled Changes and
19  Developments in Operations.
20          Do you see that?
21      A.  Yes.
22      Q.  You reported in this report that during
23  fiscal year 2022 to '23 Prison Enterprises'
24  overall sales increased by over $700,000; is that
25  right?

Page 116

1      A.  Yes.
2      Q.  And that much of that was because of
3  increased agricultural sales; is that correct?
4      A.  Yes.
5      Q.  How did Prison Enterprises increase
6  agricultural sales that you reported here?
7      A.  Well, it wasn't just agriculture.  A
8  portion of it was agriculture, some of it was
9  industries.  And if you look at it, the industries
10  were the ones, I think, that made the significant
11  difference, but ag did generate additional
12  revenue.  Some of that was probably due to market
13  prices.
14      Q.  So you also wrote that the corn crop
15  yields have far exceeded the average for this time
16  period you were looking at.  Is that also because
17  of the market prices, or is there something else
18  you attribute that to?
19      A.  Oh, for the yield?  No, we just had a good
20  yield.  Just good management practices as far as
21  taking good care of the crop.  And, obviously, the
22  yield plus the market prices would have generated
23  more revenue.
24      Q.  Okay.  We'll look at page 22.  This page
25  is entitled Summary of Inmates Employed by Prison

Page 117

1  Enterprises Job Title Fiscal Year 2022 to 2023.
2  Do you see that page?
3      A.  Yes.
4      Q.  Okay.  As director of Prison Enterprises
5  you establish a list of job titles for approval by
6  Secretary LeBlanc, right?
7      A.  So for PE, yes.  PE job titles, yes.
8      Q.  Okay.  How do you do that?
9      A.  So the way that we did this was we used
10  the Dictionary of Occupational Job Titles which I
11  think is now O*NET.  It's like the same job titles
12  the Department of Labor uses.  That's how we did
13  it when we established them.
14      Q.  And then what was the process?
15      A.  Well, you just -- okay, so I was not
16  involved in the establishment of these job titles.
17  However, throughout time I have looked at changing
18  some wording or some of the names so -- and I'm
19  familiar with the Dictionary.
20          So you find -- basically, they have a job
21  description, the O*NET or the occupational --
22  Dictionary of Occupational Job Titles, and you
23  read the job description.  If it's comparable to
24  what the inmates are doing, then you would assign
25  that title, if that makes sense.

Misty Stagg
July 29, 2024

Page 118

1    Q. Okay. And how do you communicate these
2    job titles or changes to the job titles to
3    Secretary LeBlanc?
4    A. So when PE established a different
5    structuring for our job titles, which added the
6    Number 4 and 5, I just made a proposal to him for
7    his approval.
8    Q. Proposal in writing?
9    A. Yeah.
10    Q. And he approved it?
11    A. Yes.
12    Q. Why add 4 or 5 to a job title?
13    A. Because Prison Enterprises got -- we
14    changed -- we got statutory approval. We changed
15    the statute that our inmates could earn up to
16    $0.40 an hour working in PE programs, whereas the
17    other inmates that work in DOC only earn up to
18    $0.20, so we had to figure out a way to facilitate
19    that change in PE.
20    Q. So what does the 4 or 5 have to do with
21    that?
22    A. That just brings the range up to $0.40.
23    Q. Oh, does the 4 mean $0.40?
24    A. No, the 4 means a certain range. Like the
25    3, they're like, say, if there's a 3, that goes up

Page 119

1    to $0.20. And the 4 and the 5 facilitate the
2    range to go up to $0.40. So over $0.20, up to
3    $0.40, if that makes sense.
4    Q. Okay. Got it. So if somebody has a -- if
5    an incarcerated person has a job title that has a
6    4 at the end or a 5 at the end, we know that
7    that's a Prison Enterprises job; is that correct?
8    A. Correct, yes.
9    Q. And if a person has the same job title but
10    it ends with a 1, 2, or 3, we know that that's an
11    LSP job, a non-Prison Enterprises job?
12    A. Not necessarily.
13    Q. What do you mean?
14    A. They can still be a PE person, they're
15    just not above that $0.20 in what they earn.
16    Q. Okay, I see. When did you go to the
17    legislature to get approval to pay up to $0.40 an
18    hour?
19    A. It's been a while. I was not director, so
20    I don't remember when exactly.
21    Q. And why did Prison Enterprises make that
22    ask?
23    A. Well, recruitment, retention. There are
24    other opportunities --
25    Q. What do you mean?

Page 120

1    A. -- that these guys can go out and make
2    over $0.20 if they're a mentor or tutor or
3    whatever. So they were not -- we wanted them to
4    come to our programs, work for us.
5    Q. So and what has the result been?
6    A. I think at first it was good. Like I
7    think we had a lot of initial recruitment. As of
8    now, I'm not sure, honestly. But I do know at
9    first because, you know, we had a lot of interest
10    from, you know, they were talking to the shop
11    supervisors, hey, you know. So initially it was
12    really good. How it has played out to now, I'm
13    not sure.
14    Q. Okay. So -- so just so I'm understanding
15    correctly, some years ago, Prison Enterprises
16    raised the incentive pay rates for Prison
17    Enterprises positions to $0.40 an hour depending
18    on position in order to increase recruitment and
19    retention?
20    A. Uh-huh.
21    Q. I'm sorry, is that a yes?
22    A. Yes. I'm sorry.
23    Q. What is the maximum amount that a
24    non-Prison Enterprises person can make at LSP?
25    A. $0.20.

Page 121

1    Q. How do incarcerated people apply for
2    Prison Enterprises jobs at LSP?
3    A. So typically they just request -- there's
4    a -- there's a form, and they can request to be
5    moved to a Prison Enterprises operation. There's
6    not -- it's not -- we -- call it an application.
7    Q. Huh? You wouldn't call it an application?
8    A. No, it's more of just -- they would make a
9    request to transfer into one of our operations.
10    Q. Is it fairly competitive?
11    A. I don't know.
12    Q. And have you ever proposed a new or
13    different job title for an offender position?
14    A. Let me think. Not that I can recall up to
15    this point.
16    Q. Does Prison Enterprises ever have trouble
17    filling jobs?
18    A. Yeah.
19    Q. I'm specifically talking about offender
20    jobs at LSP.
21    A. Right. Yeah, we do, uh-huh.
22    Q. Why do you think that is?
23    A. Some of it has to do with getting like
24    enough people in a certain custody level. Some of
25    it is just, you know, not having -- say you

Misty Stagg
July 29, 2024

Page 122

1  need -- you might would want an offender with a --
2  or an inmate with a certain skill and maybe there
3  aren't any with that skill or wanting to learn
4  that skill.
5       So it's just like anything else, I think.
6  It's, you know, just like in -- with staff, you
7  know, like --
8       Q.  Sure.
9       A.  -- I have the same trouble with staff.
10      Q.  Okay, okay.  Are Prison Enterprises jobs
11 at LSP for trustees?
12      A.  Some are, some aren't.
13      Q.  You mentioned offender level being a
14 consideration when filling these jobs.  What did
15 you mean by that?
16      A.  Well, I meant what you just said.  Some of
17 them have to be trustees, and some of them don't.
18 There's not an unlimited pool of trustees to
19 choose from.  So that's what I meant.
20      Q.  Okay.  With respect to agricultural
21 operations at LSP, which jobs are for trustees
22 only?
23      A.  All of them.
24      Q.  So all agricultural jobs in Prison
25 Enterprises' operations at LSP are for trustees

Page 123

1  only?
2       A.  Yes, yes.
3       Q.  Why is that?
4       A.  Because these operations or these things
5  are outside the secure perimeter of the, you know,
6  the prison fences.
7       Q.  The fields where the row crops are
8  cultivated are outside the prison perimeter?
9       A.  Right.  Right.  Right.
10      Q.  And what is a trustee?
11      A.  I don't know the technical definition of
12 it.
13      Q.  What's your best --
14      A.  I know they have to have a certain amount
15 of time in, and that's pretty much all I really
16 know about it, is I know there's a time frame, and
17 otherwise, I don't know.
18      Q.  Is Prison Enterprises responsible for
19 supervising the incarcerated people who work
20 outside the secure perimeter?
21      A.  Yes.
22      Q.  Is Prison Enterprises responsible for
23 providing those people with protective equipment?
24      A.  Yes.
25      Q.  Returning to page 22, Summary of Inmates

Page 124

1  Employed by PE Job Title, is it still on your
2  screen?
3       A.  Yes.
4       Q.  I want to ask you about a couple of these
5  job titles starting with Agriculture Equipment
6  Operator 4 and 5.  Do you see these in the chart?
7       A.  Yes.
8       Q.  It suggests that there are nine
9  individuals employed on a Level 4 and four
10 employed on a Level 5; am I understanding that
11 correctly?
12      A.  Yes.
13      Q.  And what exactly do these jobs do, if you
14 know?
15      A.  So the specific job description I'm not
16 sure, but as far as, you know, what it says, they
17 operate agricultural machinery.  So tractors,
18 implements, things like that.
19      Q.  Do you know what they're paid?
20      A.  No.  It just depends.
21      Q.  On what?
22      A.  It depends on, number one, if you're a 4
23 or 5, and then there's a range.  So depending on
24 your experience level and those things and how --
25 like if you've gotten raises and all that stuff,

Page 125

1  you could fall anywhere in that range.  Does that
2  make sense?
3       So if it's like from $0.30 to $0.40 you
4  fall -- your pay is in between $0.30 and $0.40,
5  but depending on who it is, it could be anywhere
6  in there, if that makes sense.
7       Q.  Okay, sure.
8       And are there written job descriptions for
9  these positions anywhere?
10      A.  Yes.
11      Q.  Prison Enterprises maintains written job
12 descriptions for these positions?
13      A.  Yes.
14      Q.  Where are those kept?
15      A.  Well, they're kept -- so they're kept at
16 headquarters.  And the applicable job descriptions
17 for each, you know, operation, they keep theirs,
18 right, I guess is what -- so they keep theirs on
19 file.  And then the inmates are presented with
20 quarterly certificates and they're also on the
21 back of those certificates.
22      Q.  There's a line here for Medium Custody
23 Field Line.  Do you see that?
24      A.  I do.
25      Q.  What does that mean?

Misty Stagg
July 29, 2024

Page 126

1    A.  So -- okay.  This report -- and this is
2  just the way that it's always been.  These
3  movements from job to job are fluid; in other
4  words, these guys are moving between jobs no
5  matter where they are daily, right?  So when we
6  get this report run for us, it's a snapshot in
7  time.
8        And so some of these are kind of like in
9  between, if that makes sense.  We don't really
10  have any inmates that are in a job title Medium
11  Custody Field Line, nor do we have a Nursing
12  Aide 2, if you look down at the bottom.  It's the
13  manner in which the data is pulled.
14    Q.  Okay.
15    A.  It's like there's a crossover because
16  you're -- you're -- like some of these guys could
17  be sitting in two -- I don't want to say two job
18  titles.  It's like they're in between.  It's hard
19  to explain, but it's a snapshot in time.
20        So there are job titles on here that are
21  not necessarily PE job titles but they could be
22  transferring in or out of, if that makes sense.
23  So when you do a job change for these guys, they
24  don't -- it doesn't happen instantaneously, if
25  that makes sense.  It's hard to describe.

Page 127

1    Q.  Yeah, yeah.  So this could refer to -- so
2  in this chart where it says Medium Custody Field
3  Line, this could refer to you're transferring from
4  the Medium Custody Field Line to the Agriculture
5  Equipment Operator position at Prison Enterprises;
6  is that right?
7    A.  Right, or any -- right, or any other.
8  Yeah, correct.
9    Q.  Okay, okay.
10    A.  It's not the best reliable report.  It's
11  the best we've got.
12    Q.  Okay, that's good to know.  It's the best
13  you've got.
14    A.  Yeah.
15    Q.  A couple lines above that it says Limited
16  Duty Status.  What does that refer to?
17    A.  Again, that is -- that's a -- I guess more
18  of a prison term than a PE term, but that just
19  means they're limited on what they can do for
20  work.  But as far as that, I don't know much else
21  about that.
22    Q.  Does Prison Enterprises have a job that is
23  titled Limited Duty Status?
24    A.  We do not, but we have employed people who
25  do have a limited duty status.

Page 128

1    Q.  Okay.
2    A.  That's not specific to Prison Enterprises,
3  I guess is what I'm saying.
4    Q.  Okay.  Let's go to page 24, Summary of
5  Incentive Wages Paid to Inmates Fiscal Year 2022
6  to 2023.
7        So just so that I'm clear, this chart
8  details the incentive wages paid to all
9  incarcerated people in DOC custody, not just at
10  LSP; is that right?
11    A.  Yes.
12    Q.  And that's because Prison Enterprises pays
13  the incentive wages of all eligible inmate workers
14  throughout the system?
15    A.  Yes.
16    Q.  That's whether they work for Prison
17  Enterprises or DOC?
18    A.  Yes.
19    Q.  And if Prison Enterprises didn't pay the
20  incentive wages of everyone throughout the system,
21  those wages would be paid out of the State general
22  funds?
23    A.  Presumably, yeah.
24    Q.  So according to this chart, if we look
25  down at page 25 under Maximum Custody Field Line,

Page 129

1  Prison Enterprises paid $4,811.14 in fiscal year
2  2022-2023 in incentive wages for that job
3  description?
4    A.  I'm just now getting there.  What was it
5  again?  I'm sorry.
6    Q.  No problem.  Where it says Maximum Custody
7  Field Line.
8    A.  Uh-huh.
9    Q.  Do you see that?
10    A.  Yes.
11    Q.  I want to know if I'm reading this chart
12  correctly.  Is it correct that in 2022 to 2023,
13  Prison Enterprises paid a total of $4,811.14 in
14  incentive wages to incarcerated people working the
15  Maximum Custody Field Line at LSP?
16    A.  Yes.
17    Q.  And it's also true that Prison Enterprises
18  paid $8,156.76 to all -- in incentive wages to the
19  incarcerated people working the Medium Custody
20  Field Line at LSP?
21    A.  Yes.
22    Q.  And that's the case even though Prison
23  Enterprises does not operate the Maximum or Medium
24  Custody Field Lines at LSP?
25    A.  Yes.

Misty Stagg
July 29, 2024

Page 130

1    Q. Why did Prison Enterprises pay for the
2 Working Cell Block, if we look at -- we can scroll
3 down. It appears that Prison Enterprises paid
4 $269.22 for a position called Working Cell Block.
5 What does that refer to?
6    A. I have no idea. I mean, I don't -- that's
7 not a PE job title. I don't know.
8    Q. Let's go to page 32 of this document. You
9 should see the title Sales by Operations Fiscal
10 Year 2022 to 2023. Let me know when you're there.
11    A. I'm there.
12    Q. This indicates that Prison Enterprises'
13 agricultural sales in fiscal year 2022 to 2023
14 totaled almost $3.2 million; am I understanding
15 this correctly?
16    A. Yes.
17    Q. Does that include only row crops, or does
18 it also include ranchers?
19    A. It's all -- it includes rancher. It's
20 all -- it's not just LSP. It's all the
21 agricultural sales across the state.
22    Q. You testified earlier that LSP is the only
23 location where there's a row crop operation for
24 Prison Enterprises; is that accurate?
25    A. Yes.

Page 131

1    Q. Do you know what portion of this
2 $3.18 million in agricultural sales is
3 attributable to row crops?
4    A. No.
5    Q. So you don't know how much revenue was
6 generated from row crops?
7    A. Not specifically broke down, no.
8    Q. Okay. It looks like the agricultural
9 sales were about 10 percent of the total sales,
10 Prison Enterprises' total sales during this term.
11    And in contrast, the retail sales were
12 about 49 percent of total sales, and Prison
13 Enterprises' industry sales were about 40 percent
14 of total sales. Am I understanding this
15 correctly?
16    A. Yes.
17    Q. If Prison Enterprises' goal is to increase
18 or maximize revenue, then why does Prison
19 Enterprises operate an agricultural program at
20 all? Why not just focus on industry and retail?
21    A. Well, obviously, the -- partially it has
22 to do with us helping to maintain the lands across
23 DOC, and also it offers a diverse -- more diverse
24 job opportunities for inmates.
25    You know, we -- we not -- we don't have

Page 132

1 the facilities just to operate as many
2 manufacturing -- or let me say, I don't want to
3 say facilities, but locations to operate as much,
4 and also, like I said, it helps with the land
5 management. It's an efficient use of the land.
6    Q. Do you know how many incarcerated people
7 go into agricultural professions after they're
8 released to DOC custody?
9    A. No.
10    Q. Let's go to page 33, Sales by Customer.
11 Do you see that page?
12    A. Well, I can't see the chart all the way at
13 the bottom, but -- there we go.
14    Q. So Sales by Customer in Fiscal Year 2022
15 to 2023. It looks like Prison Enterprises
16 realized total sales of about $31.3 million that
17 year; is that correct?
18    A. Yes.
19    Q. And about 29 percent of that revenue, or
20 $9 million, came from sales to canteens. Do you
21 see that?
22    A. Yes.
23    Q. Is that accurate?
24    A. I presume so, yes.
25    Q. What does sales to canteens refer to?

Page 133

1    A. We sell canteen items to DOC institutions
2 in bulk, and then they turn around and sell it to
3 the inmates in the canteen. We sell them like
4 cake, like the bulk.
5    Q. Like what kind of items are we talking
6 about?
7    A. It's mostly food and hygiene and some
8 personal property, like clothing.
9    Q. Where does Prison Enterprises get the food
10 that it sells to canteens?
11    A. We bid out all of the contracts for the
12 different items through State procurement. So,
13 you know, several different vendors. I mean, it's
14 a bunch of vendors.
15    Q. And is that the same process for the
16 hygiene products and the clothing?
17    A. It is.
18    Q. What kinds of hygiene products are
19 included in the canteen sales?
20    A. They have shampoo, soap, lotion. I'm
21 trying to think, deodorant maybe. Toothpaste
22 maybe, just stuff like that.
23    Q. Okay. Just like general necessities?
24    A. Yeah.
25    Q. And how about clothing, what kind of

Misty Stagg
July 29, 2024

Page 134

1  clothing items are included in the canteen sales?
2      A.  They have like boots, different kinds of
3  boots, tennis shoes, jeans, T-shirts, caps -- not
4  caps, like knit hats, that kind of stuff.
5      Q.  How does Prison Enterprises determine what
6  products to offer through canteen sales?
7      A.  There's a canteen standards committee, and
8  so there's -- we have a meeting once a year with
9  all of the representatives from the DOC
10  institutions.  They make recommendations of what
11  items the inmates have showed interest that they
12  would like to buy and/or items that they aren't
13  selling that we delete.
14          And then it goes before an approval
15  committee, a DOC committee of people that have to
16  approve or disapprove the items, and that's how
17  they're chosen.
18      Q.  Okay.  So this $9 million figure or
19  29 percent of Prison Enterprises' revenue, is that
20  DOC-wide or is that just LSP?
21      A.  That's DOC-wide.
22      Q.  Okay.  Let's go to page 36.  You should
23  see Agricultural Operations Highlights.  Let me
24  know when you see this page, please.
25      A.  I see it.

Page 135

1      Q.  Okay.  And forgive me if we've already
2  discussed this, but how many incarcerated people
3  at LSP are employed right now in Prison
4  Enterprises' row crop operation?
5      A.  I don't know specifically.
6      Q.  Do you have a ballpark guess?
7      A.  So -- I mean, no, not really.
8      Q.  Do you know how many people it takes to
9  sustain the row crop operation?
10      A.  Each one of our operations has what we
11  call an inmate quota that was set up years ago.
12  But I don't know what theirs is, so I don't know
13  exactly, no.
14      Q.  Do you know what the inmate quota is for
15  any other Prison Enterprises operation?
16      A.  Not off the top of my head.
17      Q.  Is Prison Enterprises monitored --
18      A.  You broke up, I didn't hear you.
19          THE COURT REPORTER:
20              You're still breaking up.
21  BY MS. WRIGHT:
22      Q.  Can you hear me now?
23      A.  Yes.
24      Q.  Okay.  Can -- does Prison Enterprises
25  monitor the heat index at LSP?

Page 136

1      A.  No.
2      Q.  Does Prison Enterprises' commercial
3  agricultural operation ever cease when the heat
4  index is too high?
5      A.  I mean, officially related to the heat
6  index, not that I know of.  Generally speaking,
7  when you're working in the ag operations, most of
8  the work is done first thing in the morning, like
9  the outside work, so -- for those reasons when
10  it's hot.  But officially related to the heat
11  index, no.
12      Q.  Let's talk about corn.  In crop year 2022,
13  Prison Enterprises planted 528 acres of corn at
14  LSP; is that right?
15      A.  Yes.
16      Q.  What methods did Prison Enterprises use to
17  plant those acres?
18      A.  You mean like equipment method?
19      Q.  Sure, yeah.
20      A.  We have a tractor that pulls a planter,
21  and it's planted mechanically with an implement on
22  the back of a tractor.
23      Q.  Okay.  How many tractors did you use?
24      A.  Oh, I -- I don't know.  Likely one because
25  I think we only have one planter.

Page 137

1      Q.  And than same year, it looks like Prison
2  Enterprises harvested just over 200 bushels an
3  acre of corn?
4      A.  Yes.
5      Q.  For a total sales of $725,011.  Was that a
6  good year, a profitable year?
7      A.  I can't say -- I don't know off the top of
8  my head whether it was profitable, but the yield
9  is good, but we've had higher yields before.  But
10  as far as profit goes, I'm not sure.
11      Q.  Okay.  For soybeans, what methods did
12  Prison Enterprises use to plant 2,000 acres of
13  soybeans at LSP?
14      A.  A planter pulled behind a tractor.
15      Q.  The same equipment as used for the corn?
16      A.  Yes.
17      Q.  And the -- it looks like Prison
18  Enterprises harvested 45 bushels an acre for total
19  sales of just over a million dollars.  Was that --
20  is that considered a good revenue for soybeans?
21      A.  As far -- I really can only look at
22  what -- the yield is the easiest way for me to
23  tell, not knowing the market price and all the
24  costs and everything.  That yield is pretty
25  average.

Misty Stagg
July 29, 2024

Page 138

1    Q. I see. So the bushels per acre harvested
2 is the number that matters to you?
3    A. I mean, in this context, yeah, because I
4 can't remember the profits and losses for every
5 single one of our operations year over year.
6    Q. In fiscal year 2022 to 2023, did Prison
7 Enterprises operate at a profit?
8    A. I'm sorry, say that again.
9    Q. In fiscal year 2022 to '23, did Prison
10 Enterprises operate at a profit?
11    A. I'm not -- I don't remember.
12    Q. Did Prison Enterprises operate at a loss?
13    A. I don't remember.
14    Q. Does the board ask you questions like
15 this?
16    A. Well, they -- they get -- they see these
17 numbers. They get numbers in the meeting. So
18 they -- they see it.
19    Q. But it wouldn't be memorable to you if
20 Prison Enterprises operated at a profit or a loss
21 last year?
22    A. It would be memorable to me, but some of
23 these are kind of running together.
24    Q. Let's go to page 38, Warehouse Operations.
25 Let me know when you see this page, please.

Page 139

1    A. I see it.
2    Q. Okay. This page discusses the CDC canteen
3 items sold and the CDC personal property items
4 sold. The CDC stands for canteen distribution
5 center; is that right?
6    A. Yes.
7    Q. And the sales represented in these charts
8 are DOC-wide as opposed to just at LSP; is that
9 right?
10    A. Yes.
11    Q. With the exception of the canteen package
12 program, which is just located at LSP?
13    A. Yes.
14    Q. So only LSP inmates can purchase items
15 from the canteen package program?
16    A. No, everybody can, it's just located at
17 LSP.
18    Q. Oh, I see. The warehouse, their actual
19 operation is at LSP, but people throughout the
20 system can access the program; is that right?
21    A. Yes.
22    Q. How does Prison Enterprises establish the
23 cost of items that are sold through the canteen?
24    A. We bid out the product through LSP, we
25 award -- or they award, and then when we get the

Page 140

1 cost we add a 20.5 percent markup across the board
2 for canteen.
3    Q. So I guess the process for --
4    A. I can't hear you.
5       THE COURT REPORTER:
6          You're breaking up a lot.
7 BY MS. WRIGHT:
8    Q. Can you hear me now?
9    A. Yes.
10    Q. Hello, can you hear me? Okay, great.
11       You said that Prison Enterprises applies a
12 20.5 percent markup across the board as to canteen
13 items. Do you also apply a 20.5 percent markup
14 across the board as to personal property items?
15    A. No. It's a little bit different. It's
16 kind of more like we do some of our manufactured
17 items in that you have to -- you can't apply a
18 20. -- I mean, I guess you could, but it doesn't
19 make sense to do a 20.5 because the items
20 themselves are just --
21       It's more like -- like we involve
22 benchmarking, like we document what other places
23 are selling them for, what is the, you know,
24 average selling price for these items because it's
25 not -- it's not -- it's like, you know, a pair of

Page 141

1 jeans. It's not a case of cookies, if that makes
2 sense.
3    Q. It doesn't make sense. Let me ask you,
4 okay, so is it correct, then, for personal
5 property items, like let's say a pair of jeans,
6 the process for determining the sales price is, in
7 part, looking at what a pair of jeans would sell
8 for at Walmart or Target?
9    A. We do look at that, but it's not
10 exclusively that. It's just like I was telling
11 you earlier about the manufactured items, there's
12 a range. We try to keep it in that range, the
13 percentage, but it's not nailed down to like the
14 canteen where it's 20 and a half percent every
15 single item. It's -- they're priced like on a --
16 on a case-by-case basis by the type of item.
17    Q. Does Prison Enterprises try to -- does the
18 cost of a pair of jeans that's sold through
19 canteen, is that going to be the same price as the
20 cost of a pair of jeans sold at Walmart?
21    A. I can't -- I don't know. I can't say that
22 for sure. But we do look at other sellers just to
23 see if we can -- it's kind of like what I was
24 explaining to you like with the corn. Like we
25 look and see what other people are selling it for,

Misty Stagg
July 29, 2024

Page 142

1  you know, the going rate, we set a price.
2      It's kind of like that.  We don't -- we're
3  not -- we don't want to overcharge, but we
4  definitely, you know, don't want to go under cost
5  either, if that makes sense.
6      Q.  Sure, okay.  And these personal property
7  items, outerwear, underwear, footwear,
8  miscellaneous, are any of those garments or
9  products manufactured by Prison Enterprises?
10     A.  No.  Like those specific items, or do we
11 make jeans?
12     Q.  Yeah, let me rephrase my question.  Are
13 any of the items sold through canteens items that
14 are manufactured by Prison Enterprises?
15     A.  No.
16     Q.  Okay.  We're going to go to -- well,
17 actually, let me ask, do you need a break,
18 Ms. Stagg?
19     A.  No.
20     Q.  Okay, we'll keep going.
21         Let's go to Exhibit 25.
22         (Exhibit 25, remotely introduced and
23         provided electronically to the reporter.)
24 BY MS. WRIGHT:
25     Q.  Let me know when this is up on your

Page 143

1  screen, please.  This is the affidavit that you
2  submitted in this case at ECS 46-36.
3         Do you see this on your screen?
4      A.  Yes.
5      Q.  And if you could scroll to the last page,
6  is that your signature?
7      A.  Yes.
8      Q.  You said in your affidavit that Prison
9  Enterprises operates several programs at the
10 Louisiana State Penitentiary.  And I think that
11 we've discussed most of them at this point, but
12 are there any that we haven't discussed?
13     A.  You're talking about specifically
14 agriculture programs?
15     Q.  I'm talking about the programs that Prison
16 Enterprises operates at LSP?
17     A.  Oh, there are -- there are manufacturing
18 programs, but we've talked about all the ag
19 programs.
20     Q.  What kinds of goods are manufactured at
21 LSP by Prison Enterprises?
22     A.  Mattresses, brooms and mops, license
23 plates, metal fabricated furniture and things.
24 There's a silkscreening and sign shop, a print
25 shop, a T-shirt factory, a transportation hub,

Page 144

1  canteen and canteen package program.  I think
2  that's all.
3      Q.  What is the transportation hub?
4      A.  It's just where our transportation -- our
5  trucks like our delivery trucks are located, and
6  that's where like everything -- it's located at
7  Angola, and the trucks go out and deliver our
8  items throughout the state.
9      Q.  Give me one moment.  I'm just trying to
10 see what I can -- how I can skip forward in my
11 notes here.
12         Does Prison Enterprises ever harvest its
13 own beef?
14     A.  No.
15     Q.  Why not?
16     A.  I -- I mean, we never have as long as I've
17 been there.  And as I understand it, there's just
18 a lot of restrictions and regulations when it
19 comes to handling meat, like -- or dealing with
20 slaughter and all that.  I mean, we don't have the
21 facility.  We can't -- we don't even have the
22 ability to like slaughter and process anything.
23     Q.  Okay.  You mention in your affidavit that
24 Prison Enterprises operates a tractor repair
25 operation at LSP.  Who owns those tractors?

Page 145

1      A.  Prison Enterprises.
2      Q.  And how many tractors does Prison
3  Enterprises own?
4      A.  I -- I don't know.
5      Q.  I'm sorry, I didn't catch that.
6      A.  I don't know a specific number.
7      Q.  Can you give me a ballpark?
8      A.  I mean, throughout the state?
9      Q.  No, just at LSP?
10     A.  Oh, just at LSP.
11     Q.  Uh-huh.
12     A.  Ten, perhaps more.
13     Q.  Does Prison Enterprises own any other
14 agricultural machinery at LSP?
15     A.  Implements maybe.  Is that what you're
16 referring to?
17     Q.  I'm sorry, can you repeat that.
18     A.  Like an implement, like a hay baler or
19 like a -- that's what you mean?
20     Q.  That's what I mean, yes.
21     A.  Oh, okay.  Yeah, we do.
22     Q.  What else do you-all own?
23     A.  We have discs, Bush Hogs, planter, hay
24 baler, hay fluffer, hay rake.  I'm sure I'm
25 forgetting something.

Misty Stagg
July 29, 2024

Page 146

1    Q. I've never heard of most of those things,
2  so I'm learning a lot. Okay.
3    A. Spray rig.
4    Q. Does Prison Enterprises use irrigation
5  systems --
6    A. No.
7    Q. -- in its row crop operation at LSP?
8    A. No.
9    Q. Why not?
10   A. We never have as far as I know, and I
11 think it's just, generally speaking, we've -- the
12 rain does its job.
13   Q. How does Prison Enterprises decide which
14 row cop -- excuse me, let me start again.
15       How does Prison Enterprises decide which
16 row crop to plant at any given point?
17   A. On the -- you know, we've been growing
18 just corn and soybeans for a while now, but in the
19 past you look at market prices, you look at what
20 grows well here. Not every row crop is going to
21 do okay in South Louisiana.
22       And then, you know, certain row crops
23 require certain pieces of equipment. So if you
24 were to change, for example, sugarcane. Well, we
25 don't have the equipment to grow sugarcane, and it

Page 147

1  costs millions of dollars to get it. So you have
2  to operate in the parameters in which you
3  already -- you have, you know.
4    Q. Uh-huh, okay. And who makes those
5  decisions?
6    A. Probably the agriculture manager would --
7  would -- if we were going to change something
8  drastically, would make a proposal to me, but that
9  would be the person who would suggest a change,
10 you know.
11   Q. Are incarcerated people ever involved in
12 decisions about what crops to plant?
13   A. Not to my knowledge.
14   Q. And how does Prison Enterprises decide
15 where to plant each crop?
16   A. It's -- the easiest way I can explain it
17 is they do a certain rotation based on what
18 nutrients were provided or fertilizers were
19 provided to the previous crop. It's like a crop
20 rotation, that's how they decide.
21       And then also the size of the fields. You
22 know, if you know you want to plant X amount of
23 acres, then you have to, you know, manage your
24 fields, because all your fields are different
25 sizes, to come up with that number of acres too,

Page 148

1  if that makes sense.
2    Q. Does Prison Enterprises ever purchase crop
3  insurance?
4    A. Yes, we have crop insurance.
5    Q. Which crops are covered?
6    A. Soybeans and corn, I'm pretty sure.
7    Q. How much does that cost?
8    A. I'm not -- I don't know.
9    Q. What does it cover? I mean, what does the
10 crop insurance do for you?
11   A. As far as -- so we haven't really had to
12 deal with it or use it a lot. But I think that
13 mainly it's natural disasters, things that are
14 like, I don't want to say Acts of God. I don't
15 think it covers like bad management. I think it's
16 things that are completely out of your control, if
17 that makes sense, without listing all of the, you
18 know, like a hurricane or, you know.
19   Q. Okay. Does LSP have any crop insurance,
20 do you know?
21   A. I have no idea.
22   Q. Does Prison Enterprises have any crop
23 insurance that covers LSP's agricultural
24 operations?
25   A. No.

Page 149

1    Q. Okay. Let's take down that exhibit, and
2  I'm going to show you now the 30(b)(6) notice of
3  your deposition. This will be marked as
4  Plaintiff's Exhibit 26.
5        (Exhibit 26, remotely introduced and
6        provided electronically to the reporter.)
7  BY MS. WRIGHT:
8    Q. Please let me know when you see that.
9    A. Okay, I see it.
10   Q. All right. You understand that you've
11 been designated as an official witness for the DOC
12 and Prison Enterprises on Topics 9 and 18? Do you
13 understand that?
14   A. I'm looking at -- okay. And 18?
15   Q. That's all right. Are you aware that
16 you've been designated as an official witness?
17   A. Yes.
18   Q. And so you understand that for the rest of
19 this deposition, you will be giving testimony on
20 behalf of Prison Enterprises and the DOC? Do you
21 understand that?
22   A. Yes.
23   Q. Let's look at Topic 9. Let me know when
24 you see it.
25   A. I see it.

Misty Stagg
July 29, 2024

Page 150

1   Q. Topic 9 reads, "Defendants' policies and
2   practices concerning incentive pay rates for all
3   agricultural work, including the policies and
4   practices for establishing the incentive pay rate,
5   making payments to incarcerated persons, and
6   determining an incarcerated persons' eligibility
7   for changes to their incentive pay rate."
8       Did I read that correctly?
9   A. Yes.
10  Q. Okay. And you understand that you have
11  been designated to testify regarding incentive pay
12  rates for agricultural work; do you understand
13  that?
14  A. Yes.
15  Q. Are you prepared to testify on that topic
16  today?
17  A. Yes.
18  Q. Okay. Let's go to Topic 18, which is the
19  relationship between the Department and Prison
20  Enterprises, including funding, staffing, and
21  allocation of responsibilities.
22      Are you prepared to testify on Topic 18
23  today?
24  A. Yes.
25      MS. WRIGHT:

Page 151

1       Okay. You can take down the
2       deposition notice. Thank you.
3   BY MS. WRIGHT:
4   Q. Okay. So you agree -- and just at the
5   outset, Ms. Stagg, some of this will be repetitive
6   from the initial portions of our conversation, and
7   I apologize for that. But we're nearing the end,
8   that's the good news.
9       So, Ms. Stagg, do you agree that the
10  purpose of Prison Enterprises is to lower the cost
11  of incarceration, to provide products and services
12  to state and local agencies, and to provide work
13  opportunities for offenders?
14  A. Yes.
15  Q. And Prison Enterprises accomplishes this
16  goal by paying incentive wages for all DOC
17  offenders, whether they work for Prison
18  Enterprises or DOC that would otherwise be paid
19  out of the State general fund?
20  A. Yes.
21  Q. You agree that Prison Enterprises
22  incentive wage rates range from an introductory
23  rate --
24      THE COURT REPORTER:
25      Sorry, can we go off the record for a

Page 152

1   second?
2       MS. WRIGHT:
3       Yes.
4   (Brief delay.)
5   THE VIDEOGRAPHER:
6       We're now back on the record. The
7   time is 1:12 p.m. Central Standard Time.
8   BY MS. WRIGHT:
9   Q. Ms. Stagg, is it true that Prison
10  Enterprises' incentive wage rates range from an
11  introductory rate of $0.02 an hour to $0.20 an
12  hour depending on the skill, industry, and nature
13  of the work performed?
14  A. I'm sorry, can you say that again.
15  Q. Is it true that Prison Enterprises'
16  incentive wage rates range from an introductory
17  rate of $0.02 an hour to $0.20 an hour depending
18  on the skill, industry, and nature of the work
19  performed?
20  A. No.
21  Q. What's incorrect about that sentence?
22  A. It's $0.02 to $0.40.
23  Q. Is it correct that the rate is $0.02 to
24  $0.20 for LSP positions, but the rate is $0.02 to
25  $0.40 for Prison Enterprises positions?

Page 153

1   A. Yes.
2   Q. Is it true that state law authorizes
3   Prison Enterprises to pay higher rates to
4   offenders working in Prison Enterprises
5   operations?
6   A. Yes.
7   Q. Is it true that some offender workers can
8   choose to earn a reduction in their sentences
9   known as good time instead of wages?
10  A. Yes.
11  Q. Is it true that under DOC policy,
12  offenders who are not eligible to earn good time
13  must work three years before they can earn
14  incentive pay?
15  A. Yes.
16  Q. Is it true the introductory pay level for
17  LSP jobs or Prison Enterprises jobs is $0.02 an
18  hour?
19  A. Yes.
20  Q. And it's true that a series of pay ranges
21  and a standardized list of job titles is
22  established by you as the director of Prison
23  Enterprises and approved by the Secretary or his
24  designee?
25  A. Yes.

Misty Stagg
July 29, 2024

Page 154

1    Q. It's true that Prison Enterprises sells
2  products and services to state and local agencies,
3  including the DOC itself?
4    A. Yes.
5    Q. Is it true that the sale of prison-made
6  goods on the open market is prohibited by state
7  law?
8    A. Yes.
9    Q. Is there an exception for agricultural
10 commodities?
11   A. Yes.
12   Q. So it's true that Prison Enterprises sells
13 agricultural commodities on the open market, so
14 across state lines?
15   A. You said across state lines?
16   Q. Yes.
17   A. We don't sell -- no.
18   Q. Why doesn't Prison Enterprises sell
19 agricultural commodities to entities or companies
20 or organizations located in other states?
21   A. We -- well, cattle we auction, so we just
22 do that in-house, and there's elevators here we
23 sell to.
24   Q. Is there a reason that Prison Enterprises
25 doesn't take advantage of customers in other

Page 155

1  states?
2    A. I'm not -- I don't -- I'm trying to think
3  if we ever have. But we don't sell directly to
4  like a person, we sell through auction. And that
5  was -- I think we were talking about the private
6  treaty stuff. We just never have done that.
7        We've always -- I say we've always. Since
8  I've been around, we've done auction. So we just
9  don't sell directly to a person outside of the
10 state, if that makes --
11   Q. What about crop commodities?
12   A. I don't know why, we just never have.
13   Q. Is it true that Prison Enterprises aims to
14 create a work environment that simulates
15 real-world work experiences?
16   A. Yes.
17   Q. Does Prison Enterprises aim to train and
18 prepare offenders for the transition to private
19 sector employment upon release?
20   A. Yes.
21   Q. Does Prison Enterprises consult with
22 private sector employers and business associations
23 to determine the kind of technical and soft skills
24 they require?
25   A. No.

Page 156

1    Q. Is it true that most offenders
2  participating in Prison Enterprises programs are
3  serving life sentences?
4    A. I don't know. I don't know the answer to
5  that.
6    Q. Is it correct that part of Prison
7  Enterprises' mission is to operate self-supporting
8  programs?
9    A. Yes.
10   Q. And it's important that Prison Enterprises
11 recovers manufacturing costs on its products?
12   A. Yes.
13   Q. You testified earlier that Prison
14 Enterprises is a division within the Louisiana
15 Department of Public Safety and Corrections,
16 right?
17   A. Yes.
18   Q. And is it correct that the Department of
19 Corrections headquarters training department
20 provides training services for Prison Enterprises?
21   A. Yes.
22   Q. As between Prison Enterprises and DOC, I
23 want to know which entity is responsible for the
24 following activities.
25       So which entity, Prison Enterprises or

Page 157

1  DOC, is responsible for operating or administering
2  the transitional work program?
3    A. DOC.
4    Q. How about the Angola rodeo?
5    A. DOC.
6    Q. The hobby craft fair?
7    A. DOC.
8    Q. Louisiana Workforce, LLC?
9    A. DOC.
10   Q. The Department of Corrections Credit
11 Union?
12   A. I don't know.
13   Q. Does Prison Enterprises have any role in
14 the operation of the Department of Corrections
15 Credit Union?
16   A. No.
17   Q. How about the certified apprenticeship
18 program?
19   A. PE has two certified apprenticeship
20 programs. I don't know if DOC has any.
21   Q. What are those two programs?
22   A. One is welding and one is carpentry.
23   Q. Are those at LSP?
24   A. Welding is at LSP, carpentry is not.
25   Q. As between Prison Enterprises and DOC,

Misty Stagg
July 29, 2024

Page 158

1  who's responsible for operating or administering
2  GED programs?
3      A.  DOC.
4      Q.  The Newman program?
5      A.  I'm assuming DOC.  I've never heard of
6  that before.
7      Q.  Offenders assigned to job duties at, say,
8  cleaning the governor's mansion, who's responsible
9  for that program?
10     A.  Not Prison Enterprises.
11     Q.  Because it's not a State building?
12     A.  Well, I don't know if it's a State
13  building or not, it's just not part of our
14  contract.
15     Q.  Who's responsible for private sector
16  prison industry enhancement programs under --
17     A.  Prison --
18     Q.  -- PS-PIU?
19     A.  P, Prison Enterprises.
20     Q.  Who's responsible for offender banking?
21     A.  DOC.
22     Q.  Who's responsible for facilitating
23  restitution payments?
24     A.  DOC.
25     Q.  Who's responsible for the New Orleans

Page 159

1  Baptist Theological Seminary program?
2      A.  Not Prison Enterprises.
3      Q.  Who's responsible for the Louisiana
4  Restitution Industry?
5      A.  Again, not Prison Enterprises.
6      Q.  Who's responsible for maintaining the
7  B-Line at LSP?
8      A.  I don't know.  Not Prison Enterprises.
9      Q.  Do you know what the B-Line is?
10     A.  Yeah, I think.
11     Q.  What is your understanding of the B-Line?
12     A.  It's like a street or a neighborhood or
13  something.
14     Q.  Can prison employees -- I'm sorry.
15         Can Prison Enterprises employees live on
16  the B-Line?
17     A.  Uh-huh.
18     Q.  Is that a yes?
19     A.  Yes.  But only those that work at LSP.
20     Q.  Have you ever lived on the B-Line?
21     A.  No.
22     Q.  You're laughing.  Why are you laughing?  I
23  can't see your face.
24     A.  I don't know.  Sorry, I just didn't expect
25  that.

Page 160

1      Q.  Who's responsible for calculating good
2  time credit?
3      A.  DOC.
4      Q.  Who's responsible for applying the
5  disciplinary matrix to offenders?
6      A.  DOC.
7      Q.  Now let's focus just on LSP.
8          Who's responsible for hiring incarcerated
9  people to work in Prison Enterprises jobs at LSP?
10     A.  Hiring or -- well, I'm going to say
11  classification.
12     Q.  I'm going to go on mute for just one
13  moment.
14         MS. WRIGHT:
15             Why don't we go off the record and
16         take a break for five minutes.  Is that
17         all right?
18         THE WITNESS:
19             Certainly.
20         MS. WRIGHT:
21             And I should be able to finish up when
22         I get back.
23         THE VIDEOGRAPHER:
24             Going off the record.  The time is
25         1:23 p.m. Central Standard Time.

Page 161

1  (A break was taken from 1:23 p.m. to
2  1:26 p.m.)
3          THE VIDEOGRAPHER:
4              We're now back on the record.  The
5          time is 1:26 p.m. Central Standard Time.
6  BY MS. WRIGHT:
7      Q.  Ms. Stagg, focusing just on LSP, who is
8  responsible for hiring or assigning incarcerated
9  people to work in Prison Enterprises jobs?
10     A.  The classification office.
11     Q.  Is that LSP or is that Prison Enterprises?
12     A.  Yeah, it's LSP.
13     Q.  Okay.  Who is responsible for providing
14  security for Prison Enterprises jobs?
15     A.  LSP and some of our staff.  Like some of
16  our locations don't have LSP security, our people
17  are security.
18     Q.  At LSP in the row crop operation, who
19  provides security?
20     A.  Prison Enterprises.
21     Q.  Who's responsible for processing incentive
22  pay for Prison Enterprises jobs?
23     A.  Offender banking.
24     Q.  So DOC?
25     A.  Yes.

Misty Stagg
July 29, 2024

Page 162

1    Q.  Who is responsible for providing medical
2  care for incarcerated people who are injured on
3  Prison Enterprises jobs?
4    A.  DOC.
5    Q.  Now focusing just on agricultural
6  operations at LSP, who's responsible for deciding
7  which row crops to plant?
8    A.  Prison Enterprises.
9    Q.  Who's responsible for deciding when and
10 where to plant those crops?
11   A.  Prison Enterprises.
12   Q.  Who's responsible for hiring, training,
13 and scheduling the staff, the non-incarcerated
14 staff who oversee the row crops?
15   A.  Prison Enterprises.
16   Q.  Who's responsible for paying crop
17 insurance?
18   A.  Prison Enterprises.
19   Q.  Who's responsible for applying herbicides
20 and pesticides to those crops?
21   A.  Prison Enterprises.
22   Q.  Who's responsible for paying the salaries
23 of the free men who oversee the row crops?
24   A.  Prison Enterprises.
25   Q.  Who's responsible for maintaining the

Page 163

1  tools and machines used to cultivate the row
2  crops?
3    A.  Prison Enterprises.
4    Q.  Who's responsible for purchasing new
5  machinery to use in the row crop operation?
6    A.  Prison Enterprises.
7    Q.  Who's responsible for training
8  incarcerated men to drive the tractors and operate
9  the machinery?
10   A.  Prison Enterprises.
11   Q.  Who's responsible for telling the
12 incarcerated men where to drive those tractors and
13 what tasks to do on any given day?
14   A.  Prison Enterprises.
15   Q.  Who's responsible for overseeing or
16 supervising the incarcerated men assigned to work
17 the row crops?
18   A.  Prison Enterprises.
19   Q.  Who's responsible for providing safety
20 equipment to the free men who work the row crops
21 or supervise the row crops?
22   A.  Prison Enterprises.
23   Q.  Who's responsible for providing safety
24 equipment to the incarcerated men who work the row
25 crops?

Page 164

1    A.  Prison Enterprises.
2    Q.  Who's responsible for harvesting the row
3  crops?
4    A.  Prison Enterprises.
5    Q.  Who is responsible for processing the row
6  crops?
7    A.  For processing?
8    Q.  Yes.
9    A.  If we did process it, it would be Prison
10 Enterprises.
11   Q.  Who is responsible for transporting the
12 row crops?
13   A.  Prison Enterprises.
14   Q.  Who's responsible for securing buyers for
15 and selling the row crops once they're harvested?
16   A.  Prison Enterprises.
17   Q.  Who's responsible for paying the incentive
18 pay of the men who work the row crops?
19   A.  Prison Enterprises.
20   Q.  Okay.  Earlier you testified that Prison
21 Enterprises pays the incentive wages for all
22 eligible inmates working within the DOC, whether
23 they're Prison Enterprises -- whether they hold
24 Prison Enterprises positions or not.
25       Do you recall that testimony?

Page 165

1    A.  Yes.
2    Q.  How does Prison Enterprises decide how
3  much to pay incarcerated men on the maximum
4  custody field line?
5    A.  We don't set the rates for the -- so we
6  set our rates for the PE jobs.  We didn't -- we
7  don't set the rates for the non-PE jobs.
8    Q.  Who sets those rates?
9    A.  It was done a long time ago.  And I think
10 it was probably -- if I remember, it was like a
11 collaborative effort between DOC and wardens and
12 PE and a whole slew of people, if I remember
13 right.  It's been a while.
14   Q.  Do you know how long -- like in your
15 lifetime?
16   A.  Yeah, before I was director.  I was
17 probably not even a -- I think Mike was probably
18 just becoming director around that time maybe.  So
19 like ten -- 14 years ago, something like that.
20   Q.  Okay.  So Prison Enterprises establishes
21 the incentive pay for Prison Enterprises
22 agricultural jobs but not for DOC agricultural
23 jobs; is that correct?
24   A.  Correct, correct.
25   Q.  What do men who work the maximum custody

Misty Stagg
July 29, 2024

Page 166

1  field lines make in incentive pay?
2      A.  I don't know.
3      Q.  So as you sit here today as the
4  representative of the DOC, you don't know what the
5  going incentive pay is for a man who's working the
6  maximum custody field line?
7      A.  No.
8      Q.  Can individuals who are assigned to the
9  farm line or the field line earn less than $0.02
10  an hour?
11     A.  I don't know.
12     Q.  Can they earn more than $0.02 an hour?
13     A.  I have no idea.
14     Q.  Can they earn $0.02 an hour?
15     A.  I don't know.
16     Q.  Can they be paid in food items?
17     A.  Can they be paid in food items, is that
18  what you said?
19     Q.  Yes.
20     A.  Not that I know of.
21     Q.  So incarcerated men who are assigned to
22  Prison Enterprises agricultural service jobs can
23  make up to $0.40 an hour; is that correct?
24     A.  Uh-huh, yes.
25     Q.  Why does Prison Enterprises pay so much

Page 167

1  more for Prison Enterprises positions than for DOC
2  positions?
3      A.  You mean why did we establish the rate at
4  $0.40, like why higher?
5      Q.  Yes.
6          Why did you establish the rate at $0.40 an
7  hour for a Prison Enterprises position?
8      A.  Well, at the time, it was for recruitment
9  and retention.  And also some of our -- some of
10  our programs are skilled programs, you know.  We
11  have the apprenticeship program and metal and
12  carpentry.
13     Q.  Can you describe the process by which
14  incentive wages are recorded?
15     A.  So it -- so -- you get put in a job title.
16  I think if you're newly earning, you get set at
17  the bottom of the job title.  I think you can --
18  they're recorded basically -- like they receive
19  their rate via whatever job title they are, which
20  I'm sure is programmed into offender banking.
21          And they fill out their roster, how many
22  hours they work, and that's how it gets keyed in.
23  So that's how it works.
24     Q.  Are there limits on the total amount of
25  incentive wages that Prison Enterprises will pay?

Page 168

1      A.  Overall?  If you mean like overall, no.
2  No, there's not, no.
3      Q.  In some other context that's not overall,
4  are there any limits on the total amount of
5  incentive wages that Prison Enterprises will pay?
6      A.  There's not, no.
7      Q.  But there's no limit assigned to each
8  institution on the total amount of incentive pay
9  paid in certain pay ranges?
10     A.  No.
11     Q.  What does introductory rate mean?
12     A.  I would assume the lowest -- the lowest of
13  that pay range.
14     Q.  As the director of Prison Enterprises, you
15  can establish the incentive pay ranges for
16  approval by Secretary LeBlanc, right?
17     A.  Right, I can propose them, yes.
18     Q.  Have you ever proposed a new or different
19  pay range for any offender position?
20     A.  Yes.  I proposed the ranges for when we
21  went up to $0.40 an hour.
22     Q.  And those are for Prison
23  Enterprises-specific positions, right?
24     A.  Right.
25     Q.  Have you ever proposed any other different

Page 169

1  or new pay ranges for offender positions?
2      A.  No.
3      Q.  Have you ever proposed any new or
4  different pay ranges for any DOC positions?
5      A.  No.
6      Q.  Could Prison Enterprises pay higher
7  incentive wages if it wanted to?
8      A.  Higher than $0.40?  No.
9      Q.  Could Prison Enterprises pay higher
10  incentive wages for a given position if it wanted
11  to?
12     A.  For a PE job, no.
13     Q.  So if an offender is hired into a PE job
14  for a pay of $0.20 an hour, could Prison
15  Enterprises increase that person's pay?
16     A.  If a PE offender is hired at $0.20, could
17  we increase it?
18     Q.  Yes.
19     A.  Yes.
20     Q.  If an incarcerated person is hired into a
21  DOC position for $0.02 an hour, could Prison
22  Enterprises increase that pay?
23     A.  No.
24     Q.  Is Prison Enterprises required to follow
25  the guidelines set forth by the Louisiana

Misty Stagg
July 29, 2024

Page 170

1    Department of Health?
2         MR. BLANCHFIELD:
3              Object to the form.
4    A.  I know they come by and inspect our shops.
5    BY MS. WRIGHT:
6    Q.  The Louisiana Department of Health comes
7    by and inspects Prison Enterprises' shops?
8    A.  Uh-huh.  When they inspect the DOC, they
9    come by our shops.
10   Q.  Do they inspect the row crops operation?
11   A.  I don't know specifically if they have
12   been to the row crops operation.  But I know
13   they've been to some of our places, but
14   specifically that, I don't know.
15   Q.  Okay.  Have you received the results of
16   any audits or inspections that were done by the
17   Louisiana Department of Public Health?
18   A.  Yes.  If they go to our shops, yes.
19   Q.  When was the last such inspection?
20   A.  I would have -- I don't know.  I'd have
21   to -- I don't know off the top of my head.
22   Q.  Was it while you were director?
23   A.  Hopefully, but I don't know.
24   Q.  I'm going to -- we'll put on the screen
25   the documents that you had in front of you that

Page 171

1    you brought with you to the deposition today, and
2    we'll mark this as Exhibit 27.
3              (Exhibit 27, remotely introduced and
4              provided electronically to the reporter.)
5    BY MS. WRIGHT:
6    Q.  Let me know when this is on your screen,
7    please.
8    A.  It is.
9    Q.  Let's just scroll through this document.
10   I have not had time to review it in-depth.
11             Did you make the notes at the top that
12   says "revised 2-10-20"?
13   A.  I did not.
14   Q.  Is that your handwriting?
15   A.  It is not.
16   Q.  Do you know who wrote that?
17   A.  No.
18   Q.  Are you -- did you highlight this first
19   bullet point on page 1 that says, "Exception to
20   three-year waiting period prior to being able to
21   earn incentive pay if participating in a certified
22   apprenticeship program"?
23   A.  Yes.
24   Q.  Why did you highlight that?
25   A.  Because I knew that there was an exception

Page 172

1    to the three-year period, and I was verifying that
2    it was an apprenticeship program.
3    Q.  What's the three-year period?
4    A.  You know, they have to work for three
5    years before they can earn incentive pay, but it's
6    waived if you're in an apprenticeship program.
7    Q.  Let's keep moving through the document.
8    On the third page of this PDF there's some more
9    highlighting.
10             Is this -- did you highlight this text?
11   A.  Yes.
12   Q.  Okay.  You highlighted the sentence, "The
13   supervisor must complete a promotion/demotion
14   sheet, including the following information: Work
15   location, inmate's name, DOC number, current pay
16   rate, net pay rate, and reason for promotion or
17   demotion.
18             "This sheet will be given to the
19   appropriate regional manager or the appropriate
20   quality assurance coordinator for approval and
21   then will be forwarded to the incentive pay desk
22   for entry into the department's MAPPER system."
23             Why did you highlight that?
24   A.  Just because I don't like -- I don't do
25   this every day, and I was just trying to

Page 173

1    refamiliarize myself with the process to make sure
2    I understood it.
3    Q.  And is this accurate, is this the process
4    by which inmate incentive pay is logged?
5    A.  Yes.
6    Q.  And inmates receiving double good time are
7    not eligible for monetary promotions by Prison
8    Enterprises; is that correct?
9    A.  Yes.
10   Q.  What does "monetary promotion" mean in
11   that sentence?
12   A.  Well, it just means that they're -- if
13   they're earning good time, they can't earn wages.
14   So they can still get a promotion, but they
15   wouldn't get like a raise, if that -- does that...
16             Like it doesn't -- earning double good
17   time does not prevent them from getting promoted
18   to maybe a higher job level, but they wouldn't be
19   eligible for the pay.
20   Q.  Okay, I understand.
21   A.  Okay.
22   Q.  Okay.  Let's scroll down to the document
23   dated 20 July of 2024.  This is Department
24   Regulation AM-B-1.  It's titled Fiscal Management,
25   Offender Funds, Inmate Incentive Pay, and Other

Misty Stagg
July 29, 2024

Page 174

1  Wage Compensation.
2        Do you see that page?
3     A.  Yes.
4     Q.  Do you know why this regulation was
5  updated on July 20th, 2024?
6     A.  No.
7     Q.  Do you know what changes were made?
8     A.  No.
9     Q.  Were you consulted about any changes that
10  were made?
11     A.  No.  But sometimes it's just a review
12  process.  It's like they do an annual review and
13  they just -- you don't necessarily have to make a
14  revision to it.  But I don't know if that's the
15  case here.  But I don't recall being consulted on
16  this in and around that date.
17     Q.  And same thing, did you make the
18  highlights on this page?
19     A.  Yes.
20     Q.  Do you know why the policy of the DOC is
21  that incarcerated people are not eligible to earn
22  incentive pay within three years of the date of
23  their entry?
24     A.  No.
25     Q.  Okay, let's keep going down.  You've

Page 175

1  highlighted the exception "Inmates participating
2  in a certified apprenticeship program."  And it's
3  written "Waiver three years only" -- it says "only
4  apprenticeship"; is that accurate?
5     A.  Yeah -- I'm sorry.  Oh, okay.  Yeah.  I
6  just want to make sure.  I thought there was a
7  waiver in place, but I wanted to make sure that
8  was the only one.
9     Q.  Okay.  Why did you highlight the sentence
10  that says, "No inmate shall earn incentive pay for
11  more than 80 hours in a two-week period unless
12  specifically authorized by mutual agreement of the
13  director of Prison Enterprises and the warden of
14  the respective institution"?
15     A.  Just because I couldn't remember --
16  basically, I remembered there was some language
17  somewhere about 80 hours a week, but I knew they
18  could still earn, but I didn't remember what the
19  stipulation was, and that's why.  I was looking
20  for the stipulation as to why they could earn more
21  than 80 hours.
22     Q.  (Inaudible) working in Prison Enterprises
23  jobs work more than 80 hours a week, every two
24  weeks?
25        THE COURT REPORTER:

Page 176

1        I'm sorry, you're --
2     A.  Do they?
3        THE COURT REPORTER:
4        Sorry, this is the court reporter.
5        I'm having trouble following you because
6        your connection isn't the greatest.
7        (Discussion off the record.)
8  BY MS. WRIGHT:
9     Q.  Can incarcerated people working in Prison
10  Enterprises jobs work more than 80 hours in a
11  two-week period?
12     A.  Yes.
13     Q.  Can incarcerated people working in DOC
14  jobs work more than 80 hours in a two-week period?
15     A.  Yes.
16     Q.  Why did you highlight this exception about
17  the governor's mansion?
18     A.  Just because.  I didn't -- I was just
19  trying to think of -- like I said, with the
20  80-hour thing, I was just trying to remember,
21  there were some exceptions to that and what -- and
22  how it was facilitated.
23     Q.  Are you aware of any incarcerated people
24  assigned to job duties at the governor's mansion?
25     A.  I know they are assigned there, but I

Page 177

1  don't know who.
2     Q.  Are they Prison Enterprises jobs?
3     A.  No, huh-uh.
4     Q.  Are they DOC jobs?
5     A.  Presumably, yes.
6        MS. WRIGHT:
7        Okay.  Why don't we go off the record
8        for five minutes.  I'll look through the
9        rest of this document, and then we'll
10        finish up.
11        THE VIDEOGRAPHER:
12        Going off the record.  The time is
13        1:49 p.m. Central Standard Time.
14        (A break was taken from 1:49 p.m. to
15        1:52 p.m.)
16        THE VIDEOGRAPHER:
17        We're now back on the record.  The
18        time is 1:52 p.m. Central Standard Time.
19        MS. WRIGHT:
20        Ms. Stagg, thank you so much for your
21        patience today throughout all of these
22        technical difficulties.  I really
23        appreciate it.  And I have no further
24        questions for you.
25        THE WITNESS:

Misty Stagg
July 29, 2024

Page 178

1          Okay.
2     MS. WRIGHT:
3          Drew?
4     MR. BLANCHFIELD:
5          We'll leave this open for
6     Dr. Lavespere, the same link?
7     (Discussion off the record.)
8     THE VIDEOGRAPHER:
9          This concludes today's testimony of
10    Misty Stagg.  Going off the record at
11    1:53 p.m. Central Standard Time.
12    DEPOSITION CONCLUDED AT 1:53 P.M.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 179

1               REPORTER'S PAGE
2     I, RITA DEROUEN, Certified Court Reporter in and
3     for the State of Louisiana, (CCR #2014018),
4     Registered Professional Reporter (RPR #006908),
5     the officer, as defined in Rule 28 of the Federal
6     Rules of Civil Procedure and/or Article 1434(B) of
7     the Louisiana Code of Civil Procedure, do hereby
8     state on the record:
9       That due to the interaction in the spontaneous
10    discourse of the proceeding, double dashes (--)
11    have been used to indicate pauses, changes in
12    thought, and/or talkovers; that same is the proper
13    method for a transcription of proceedings, and
14    that the double dashes (--) do not indicate that
15    words or phrases have been left out of this
16    transcript;
17      That any spelling of words and/or names which
18    could not be verified through reference material
19    have been denoted with the parenthetical
20    "(phonetic)";
21      That the parenthetical "(sic)" is used to denote
22    when a witness stated a word or phrase that
23    appears odd or erroneous to show that it was
24    quoted exactly as it stands.
25               RITA DEROUEN, CCR, RPR

Page 180

1               CERTIFICATE
2
3     This certification is valid only for a
4     transcript accompanied by my original signature
5     and original required seal on this page.
6     I, RITA A. DEROUEN, Certified Court Reporter in
7     and for the State of Louisiana, (CCR #2014018),
8     Registered Professional Reporter (RPR #006908), as
9     the officer before whom this testimony was taken,
10    do hereby certify that MISTY STAGG, having been
11    duly sworn by me upon authority of R.S. 37:2554,
12    did testify on July 29, 2024, as hereinbefore set
13    forth in the foregoing 179 pages; that this
14    testimony was reported by me in stenographic
15    shorthand, was prepared and transcribed by me or
16    under my personal direction and supervision, and
17    is a true and correct transcript to the best of my
18    ability and understanding; that the transcript has
19    been prepared in compliance with the transcript
20    format guidelines required by statute and rules of
21    the Board; that I am informed about the complete
22    arrangement, financial or otherwise, with the
23    person or entity making arrangements for
24    deposition services; that I have acted in
25    compliance with the prohibition on contractual

Page 181

1     relationships, as defined by Louisiana Code of
2     Civil Procedure Article 1434 and the Rules and
3     Advisory Opinions of the Board; that I have no
4     actual knowledge of any prohibited employment or
5     contractual relationship, direct or indirect,
6     between a court reporting firm and any party
7     litigant in this matter, nor is there any such
8     relationship between myself and a party litigant
9     in this matter; that I am not related to counsel
10    or to any of the parties hereto, I am in no manner
11    associated with counsel for any of the interested
12    parties to this litigation, and I am in no way
13    concerned with the outcome thereof.
14    Signed and stamped this 1st day of August, 2024,
15    Baton Rouge, Louisiana.
16
17
18
19
20
21
22           Rita DeRouen, RPR, CCR
23
24
25

Misty Stagg
July 29, 2024

Page 182

1          ACKNOWLEDGMENT OF DEPONENT

2

3          I, MISTY STAGG, do hereby acknowledge I have

4     read and examined the foregoing pages of testimony,

5     and the same is a true, correct and complete

6     transcription of the testimony given by me, and any

7     changes or corrections, if any, appear in the attached

8     errata sheet signed by me.

9

10

11    _____    _____

12         DATE                MISTY STAGG

13

14

15

16    Subscribed and sworn to

17    before me on this_____ day

18    of _____, _____.

19

20    _____

21         Notary Public

22

23

24

25

Page 183

1          *** ERRATA SHEET ***

2     NAME OF CASE:VOICE OF THE EXPERIENCED v. JAMES LEBLANC

      DATE OF DEPOSITION:  July 29, 2024

3     NAME OF WITNESS:  MISTY STAGG

4     PAGE  LINE  FROM      TO       REASON

5     _____|_____|_____|_____|_____

6     _____|_____|_____|_____|_____

7     _____|_____|_____|_____|_____

8     _____|_____|_____|_____|_____

9     _____|_____|_____|_____|_____

10    _____|_____|_____|_____|_____

11    _____|_____|_____|_____|_____

12    _____|_____|_____|_____|_____

13    _____|_____|_____|_____|_____

14    _____|_____|_____|_____|_____

15    _____|_____|_____|_____|_____

16    _____|_____|_____|_____|_____

17    _____|_____|_____|_____|_____

18    _____|_____|_____|_____|_____

19    _____|_____|_____|_____|_____

20

21                   _____

22    Subscribed and sworn before me

23    this____day of_____,20__.

24    _____    _____

25    (Notary Public)        My Commission Expires: