# Exhibit B

**STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

| | | |
|---|---|---|
| **Department Regulation**<br>**No. AM-C-1** |  | **11 February 2024** |

**ADMINISTRATION AND MANAGEMENT
Fiscal Management – Offender Funds
Inmate Incentive Pay and Other Wage Compensation**

**1.     AUTHORITY:** The Secretary of the Department of Public Safety and Corrections, La. R.S. 36:404.

**2.     REFERENCES:** La. R.S. 15:571.3, 15:832, 15:870, 15:871, 15:873, 15:874, and 15:1158; LAC 22:I.331; 5-ACI-7A-13 "Inmate Compensation;" Department Regulation Nos. AM-C-2 "Offender Banking," HCP18 "Duty Status Classification System;" OP-C-1 Attachment "Disciplinary Rules and Procedures for Adult Offenders," OP-D-5 "Corrections Reentry Court Workforce Program," and PS-D-5 "American Sign Language Program, American Sign Language Interpreting Program and Louisiana Braille Program."

**3.     PURPOSE:** This Department Regulation governs payment of incentive pay and other wage compensation to inmates.

**4.     APPLICABILITY:** Deputy Secretary, Undersecretary, Chief of Operations, Director of Prison Enterprises, Regional Wardens, and Wardens. Each Warden and the Director of Prison Enterprises shall ensure appropriate facility written policies and procedures are in place to comply with the provisions of this department regulation.

**5.     POLICY:** Compensation shall be paid, in accordance with the provisions of this Department Regulation and the applicable and governing laws, to inmates who have performed satisfactory work in the job assignment in which they have been classified, except for those offenders who opt to receive good time in lieu of incentive pay pursuant to La. R.S. 15:571.3.

**6.     ELIGIBILITY:**

   A.     An inmate sentenced or resentenced or who is returning to the physical custody of the Department on or after September 20, 2008, who is *not eligible* to earn good time at any rate shall serve three years from the date of reception prior to becoming eligible to earn incentive pay.

         1)     Grandfather Clause: Inmates Received at a Reception and Diagnostic Center prior to September 20, 2008

               The provisions of Section 6.A. above shall apply to inmates received at a Reception and Diagnostic Center on or after September 20, 2008. Inmates received at a Reception and Diagnostic Center prior to September 20, 2008 shall be subject to the waiting period previously in effect for this regulation. Inmates who are currently receiving incentive pay shall not be affected and

017879

        shall continue to be eligible to receive incentive pay as they did on the effective date of this regulation, but shall be subject to the provisions of Section 7.B.1) as it applies to job changes.

    2)    Exception: Inmates Participating in a Certified Apprenticeship Program

        Inmates in the physical custody of the Department who are participating in a certified apprenticeship program shall not be required to serve three years from the date of reception prior to becoming eligible to earn incentive pay. These inmates shall be eligible to earn incentive pay while participating in the certified apprenticeship program.

B.    An inmate sentenced or re-sentenced or who is returning to the physical custody of the Department on or after September 20, 2008, who is *eligible* to earn good time at any rate shall not be eligible to earn incentive pay.

    1)    Grandfather Clause: Inmates Earning Good Time Pursuant to Act 1099 of the 1995 Regular Session

        Inmates currently earning good time at a rate of three days for every seventeen days served pursuant to Act 1099 of the 1995 Regular Session who are also earning incentive pay shall be allowed to continue to earn incentive pay at authorized rates.

**7.    PROCEDURES:**

A.    Pay Rules

    1)    80 Hours in a Two-Week Period

        a.    No inmate shall earn incentive pay for more than 80 hours in a two-week period, unless specifically authorized by mutual agreement of the Director of Prison Enterprises and the Warden of the respective institution.

        b.    Exception:  Governor's Mansion

        Inmates assigned to job duties at the Governor's Mansion shall not be limited to 80 hours in a two-week period.

    2)    Actual Hours Worked

        Inmates who are eligible to earn incentive pay shall be paid only for actual hours worked in their job assignment.  Inmates shall not be paid for time spent away from their job assignment due to circumstances such as holidays, callouts, duty status, weather, illness, etc.

    3)    Extra Duty Assignments

017880

**Department Regulation No. AM-C-1**
**11 February 2024**
**Page Three**

    Incentive pay shall not be paid for extra duty assignments that are imposed as sanctions through the offender disciplinary process.

4) Forfeiture Due to Disciplinary Sanction

    Any inmate whose incentive pay is forfeited as a disciplinary sanction shall return to the "Introductory Pay Level" of $0.02 per hour for a six-month period if his eligibility to earn incentive pay is reinstated. At the end of the six-month period, the inmate's pay shall be automatically adjusted to the lowest pay rate for the assigned job.

5) Professional Inmate Job Classifications

    a. Inmates who were previously incarcerated and working in a professional offender job classification who return to the physical custody of the Department shall not be ensured placement in the previously worked professional offender job classification. Placing an inmate in a previously worked professional inmate job classification shall be at the discretion of the Warden or designee.

    b. Once eligible to earn incentive pay, if a returning inmate is placed in a previously worked professional inmate job classification, the inmate shall be paid at the lowest pay rate and shall earn any increases in pay rate by working his way up the pay scale as if he had not previously worked in the professional inmate job classification.

    NOTE: For the purpose of this regulation, a professional inmate job classification is defined as a tutor, mentor, facilitator, American Sign Language interpreter, or counsel substitute. <u>See</u> Department Regulation Nos. <u>OP-D-5</u> "Corrections Reentry Court Workforce Program", <u>PS-D-1</u> "Education, Workforce Programs, and Library Services" and <u>PS-D-4</u> "Offender Tutors, Mentors and Facilitators."

6) Private Sector/ Prison Industry Enhancement (PS/PIE) Programs or Work Release Programs

    For the purpose of this regulation, wages earned from a Private Sector/ Prison Industry Enhancement (PS/PIE) program or a work release program shall not be considered "incentive pay." Therefore, inmates employed in any of these programs are eligible to earn good time. The Director of Prison Enterprises shall establish record-keeping procedures relating to wages earned by inmates employed in a PS/PIE program which shall include all mandatory deductions from inmate wages, other deductions such as child support or garnishment, and the distribution of net inmate wages to inmate banking.

B. Pay Rates

017881

**Department Regulation No. AM-C-1**
**11 February 2024**
**Page Four**

    1)      Once eligible to earn incentive pay, each inmate shall initially be paid an "Introductory Pay Level" of $0.02 per hour for a period of six months. After six months, the inmate shall be paid at the lowest pay rate that is commensurate with the job assignment he is placed in by the institution. In the event of a change in an inmate's job assignment or custody status, the inmate's rate of compensation shall automatically be adjusted to the lowest pay rate of the assigned job. If a change in job assignment is not for disciplinary reasons, the Warden may approve the inmate to be paid at the same rate as the previous job assignment and the rate of compensation shall not be automatically adjusted to the lowest pay rate of the new job assignment.

        a.      Grandfather Clause: Inmates Earning Incentive Pay Prior to Effective Date of this Regulation

             Inmates earning incentive pay at any rate, prior to the effective date of this regulation, shall continue to earn at these rates. If the inmate is reassigned to a new job or vacates the job for any reason and it has been determined the rate of pay for the job that he is leaving should be lower, the next inmate to fill that position shall receive the adjusted lower rate.

    2)      An inmate may receive an increase in his/her hourly pay rate of no greater than $0.04 per hour on an annual basis unless specifically authorized by mutual agreement of the Director of Prison Enterprises and the Warden of the respective institution, except as provided below in Sections 7.B.6) – 13).

    3)      A series of pay ranges and a standardized list of job titles shall be established by the Director of Prison Enterprises and approved by the Secretary or designee. The institutions shall be assigned limits on the total amount of incentive pay paid in certain pay ranges. These limits shall be derived on a percentage basis determined by the total hours worked by inmates who are eligible to earn incentive pay at each institution and shall be approved by the Director of Prison Enterprises and the Secretary or designee. Prison Enterprises shall issue reports detailing each institution's status with regard to their limits on a quarterly basis. Inmate Banking shall monitor the assigned limits to ensure that the institutions remain within their limits and report discrepancies to the Chief of Operations, the appropriate Regional Warden, the Director of Prison Enterprises and the Warden of the institution.

        a.      The Regional Wardens shall work closely with the Director of Prison Enterprises to ensure that any institution that exceeds the established limits is brought back into compliance in an expeditious manner.

        b.      Exception: Inmates in PE Job Titles

017882

**Department Regulation No. AM-C-1**
**11 February 2024**
**Page Five**

        Inmates who work in Prison Enterprises job titles shall not affect an institution's pay range percentage limits.

4) All inmates classified in Limited Duty status (as defined in Health Care Policy No. HCP18 "Duty Status Classification System") and who are eligible to earn incentive pay shall earn at a rate of no more than $0.04 per hour. This excludes inmates classified as Regular Duty with restrictions or those with a temporary Limited Duty status.

5) All inmates classified in working cellblocks and maximum custody field lines who are eligible to earn incentive pay shall earn at the rate of $0.02 per hour.

6) All inmates assigned as students to educational or career and technical education programs who are eligible to earn incentive pay shall be paid at the rate of $0.04 per hour.

    a. Exception: Inmates in NOBTS

    Inmates enrolled in the New Orleans Baptist Theological Seminary program shall earn incentive pay at the following rates:

| Freshmen: | $0.14 per hour |
| Sophomores: | $0.16 per hour |
| Juniors: | $0.18 per hour |
| Seniors: | $0.20 per hour |

    b. Upon completion of any educational or career and technical education program, the inmate may, upon request and at the discretion of the Warden and based upon availability, return to the same job at the same rate of pay he held prior to enrollment in the program.

7) Inmates assigned to Prison Enterprises industrial, agricultural service, or other Prison Enterprises jobs may be compensated at a rate up to $0.40 per hour, pursuant to 2009 La. Acts No. 85, § 1 (La. R.S. 15:873). The pay range for Prison Enterprises jobs shall be established by the Director of Prison Enterprises and approved by the Secretary or designee.

8) Tutors shall earn incentive pay at the following rates:

| Registered Academic Tutor | $0.25 per hour | Registered CTE Tutor | $0.25 per hour |
| Certified Academic Tutor | $0.65 per hour | Certified CTE Tutor | $0.65 per hour |
| Certified College Tutor | $0.75 per hour | Lead Certified CTE Tutor | $0.75 per hour |

017883

**Department Regulation No. AM-C-1**
**11 February 2024**
**Page Six**

Registered Tutors may earn $0.25 per hour during the first twelve months after registration and may receive an annual increase of $0.05 per hour, up to a maximum of $0.50 per hour. Certified Tutors may earn $0.65 per hour during the first twelve months after certification and may receive an annual increase of $0.05 per hour, up to a maximum of $1.00 per hour.

In accordance with the provisions of Department Regulation No. PS-D-5 "American Sign Language Program, American Sign Language Interpreting Program and Louisiana Braille Program," inmates who have successfully completed the Department's American Sign Language Interpreter course and have been hired as Inmate Sign Language Interpreters shall earn incentive pay at a rate of $0.75 an hour and may receive an annual increase of $0.05 per hour, up to a maximum of $1.00.

9) In accordance with the provisions of Department Regulation No. PS-D-4, inmates working as Mentors shall earn incentive pay at the following rates:

| Mentor | $0.50 per hour |
|---|---|
| Certified Mentor | $0.65 per hour |
| Lead Certified Mentor | $0.75 per hour |

Mentors may earn $0.50 per hour during the first twelve months in this position and may receive an annual increase of $0.05 per hour, up to a maximum of $0.65 per hour. Certified Mentors may earn $0.65 per hour during the first twelve months in this position and may receive an annual increase of $0.05 per hour, up to a maximum of $0.75 per hour. Lead Certified Mentors may earn $0.75 per hour during the first twelve months in this position and may receive an annual increase of $0.05 per hour, up to a maximum of $1.00.

10) Inmates who are assigned to work as counsel substitutes shall be paid in accordance with their education and years of legal experience. Incentive pay shall be earned at the following rates:

| Legal Worker 1 | $0.25 per hour<br><br>Must be enrolled in paralegal classes OR have less than five years legal work experience. |
|---|---|
| Legal Worker 2 | $0.50 per hour<br><br>Must have attained paralegal certificate or paralegal degree and have less than three years legal work experience OR have five years legal work experience |

017884

|  | and no paralegal certificate or paralegal degree. |
|---|---|
| Legal Worker 3 | $0.80 per hour<br><br>Must have attained paralegal certificate or paralegal degree and have a minimum of three years legal work experience OR have ten years legal work experience and no paralegal certificate or paralegal degree. |
| Counsel Substitutes | May receive an annual increase of $0.05 per hour, up to a maximum of $1.00 per hour, at the discretion of the Secretary or designee. |

11) In accordance with the provision of the Department Regulation No. PS-D-4 "Offender Tutors, Mentors and Facilitators," inmates working as Facilitators shall earn incentive pay at the following rates:

| Facilitator | $0.20 per hour |
|---|---|

Facilitators may earn $0.20 per hour during the first twelve months in this position and may receive an annual increase of $0.05 per hour, up to a maximum of $0.40 per hour.

**8.    SOURCES OF FUNDING:**

A. Pursuant to La. R.S. 15:873, inmate compensation may be paid from the following sources:

1) Inmates assigned to any state agency that operates from self-generated revenues shall be paid from those self-generated revenues, or

2) The Division of Prison Enterprises.

B. Pursuant to La. R.S. 15:873, inmates who are employed in a certified PS/PIE program shall be paid by one of the following, in accordance with the PS/PIE program's operational model and the terms of the employment agreement:

1) The private business that employs the inmate, or

2) The Division of Prison Enterprises.

C. Inmates who are participating in a transitional work program shall be paid by the private business that employs them, in accordance with the terms of the employment agreement.

017885

**Department Regulation No. AM-C-1**
**11 February 2024**
**Page Eight**

s/James M. LeBlanc
Secretary

Attachment:   Incentive Pay for Offenders in Prison Enterprise Job Titles/Positions

This regulation supersedes Department Regulation No. AM-C-1 dated 20 May 2022.

017886