# Exhibit D

| Directive No. 13.032 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| LOUISIANA STATE PENITENTIARY<br><br>June 12, 2024 | SUBJECT:<br>HEALTH CARE CO-PAYMENTS |
| | REFERENCE:<br>Department Regulation No. HCP14 |
| | ACA STANDARD:<br>5-ACI-6A-02 |

PURPOSE: This Penitentiary Directive governs inmate health care and mental health care copayment fees, while ensuring all inmates have access to appropriate health care based upon their medical and mental health needs.

APPLICABILITY: All Louisiana State Penitentiary Wardens, Long Term Care Hospital Administrator, all medical, dental and mental health staff, inmate banking staff, and inmates.

POLICY: Inmates shall pay copayments for their health care and mental health care needs, as required by law. Nonetheless, no inmate shall be denied access to health care or to mental health care because of an inmate's inability to pay a copayment. Copayment fees shall not be excessive so as to discourage inmates from seeking health care or mental health care.

DEFINITIONS:

Access to Care: This term means an inmate is seen in a timely manner by a health care or mental health care professional, as applicable, and receives professional care using the health care or mental health care professional's clinical judgment.

Chronic illness: A disease process or condition that persists over an extended period of time. Chronic illnesses include, but are not limited to: Diabetes, hypertension, asthma, HIV, seizures, and mental health diagnoses.

Copayment: A fee charged to an inmate by a facility for health care or other services.

Emergency Care: Care of an acute illness or unexpected health care need that cannot be deferred until the next scheduled sick call. Emergency care shall be provided to the resident population by the medical director, physician, or other staff, local ambulance services, and/or outside hospital emergency rooms. Emergency care shall be expedited by following specific written procedures for medical emergencies described in the standards.

Facility: A place, institution, building (or part thereof), set of buildings, or area (whether or not enclosing a building or set of buildings) that is used for the lawful custody and/or treatment of

022779

Penitentiary Directive No. 13.032
June 12, 2024
Page 2 of 5

individuals. It may be owned and/or operated by public or private agencies and includes the staff and services as well as the buildings and grounds.

<u>Health Appraisals</u>: A health assessment that includes a review of previous health records, collection of data including any laboratory results or diagnostic tests, vital signs and other information necessary to provide care.

<u>Health Care Practitioners or Providers</u>: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, licensed professional counselors, licensed social workers, podiatrists, optometrists, nurse practitioners, and physician assistants.

<u>Health Care Personnel</u>: Individuals whose primary duty is to provide health services to juveniles or adult inmates in keeping with their respective levels of health care training, licensure, or experience

<u>Health Care Professionals</u>: Staff who perform clinical duties, such as health care practitioners, nurses, licensed professional counselors, social workers, and emergency medical technicians in accordance with each health care professional's scope of training applicable licensing, registration, certification, and regulatory requirements.

<u>Health Care/Health Care Services</u>: A system of preventative and therapeutic services, which provide for the physical and/or mental wellbeing of a population. "Health care" includes, but is not limited to: Medical services, dental services, behavioral/mental health services, nursing services, pharmaceutical services, personal hygiene, dietary services, and environmental conditions.

<u>Health/Medical Screen:</u> A structured inquiry and observation to prevent inmates who pose a health or safety threat to themselves or others from being admitted to the general population and to identify inmates who require immediate medical attention. The screen can be initiated at the time of admission, at scheduled intervals, or other times as appropriate, by health care personnel or by a health-trained correctional officer.

<u>Health Trained Personnel</u>: Correctional officers or other correctional personnel who may be trained and appropriately supervised to carry out specific duties with regard to the administration of health care.

<u>Influenza-like Illness (ILI):</u> A fever (temperature of 100°F or greater) and a cough and/or a sore throat. This includes illnesses having presentation similar to flu, such as coronavirus or other viral pathogens.

<u>Mental Health Services</u>: The sum of all actions taken for the mental wellbeing of the inmate population including a range of diagnosis, treatment and follow up services. These services may include the use of a variety of psychosocial, psychoeducational, and pharmacological therapies, either individually or in group settings, to alleviate symptoms, attain appropriate functioning, prevent relapses, and help the patient develop and pursue the patient's personal recovery plan.

022780

PROCEDURES

A. Access to health care and mental health care services shall be available to all inmates regardless of their ability to pay, their classifications, or their housing assignments. The efficient utilization of the health care system can be achieved by using a health care co-payment program, which shall include the following:

1. All inmates shall be informed, orally and in writing at the time of admission to a facility, about the procedures to access health care/mental health care services, including co-pay requirements; [6A-02]

2. Needed inmate health care shall not be denied due to a lack of available funds; [6A-02]

3. Co-payment fees shall be waived when appointments or services, including follow-up appointments, are initiated by healthcare staff.[6A-02]

4. Co-payment fees shall be waived for sick call for inmates who have $200.00 or less in their respective drawing accounts at the time of the sick call. Account balance and any applicable waivers shall be determined by the business office.

B. Health care co-payments are not to be confused with restitution. Restitution may be imposed for various disciplinary infractions. Health care copayments are not disciplinary. Inmates nonetheless may be assessed disciplinary restitution by disciplinary boards, whether or not a health care co-payment has been assessed for the same event or unrelated events. See OP-C-11 "Imposition of Restitution via the Disciplinary Board".

C. No inmate shall be refused medical, mental health, or dental services, or prescription or other drugs necessary for basic health care because of an inmate's financial status. [6A-02] Inmates with insufficient funds to pay an assessed fee at the time of collection shall be charged all current funds available in their drawing and savings account and shall owe the difference, which charge shall be reflected as a debt in the inmate's drawing and savings account.

D. Inmates shall be charged a $1.00 fee for each self-initiated request for healthcare services made during regularly scheduled sick call times. A $1.00 fee for mental health services may be charged if circumstances warrant. All self-initiated emergency health care encounters and assessments resulting from an altercation shall be assessed a $2.00 medical co-payment fee.

E. Inmates shall not be charged for the following (except as stated by other policies or required by statute):

022781

Penitentiary Directive No. 13.032
June 12, 2024
Page 4 of 5

1. Annual physicals and health screenings and appraisals for transfers;
2. Lab work;
3. X-rays;
4. Immunizations, tuberculosis testing, Hepatitis A/B vaccine, and other testing and/or treatments instituted by the Department or by a facility for public health reasons;
5. Initial health screens/assessments at Reception and Diagnostic Centers. (However, requests for treatment of conditions identified in the health assessment may be subject to a co-payment at the Reception and Diagnostic Center or the receiving unit);
6. EKGs, dressing changes, and other treatments ordered by a qualified health care provider/professional/personnel;
7. Health care practitioner referral to outside agencies or institutional specialty clinics;
8. Work-related injuries or illnesses (as determined by the Warden or designee);
9. Fee waiver by the Warden or designee;
10. Social service programs provided by mental health staff (for example, substance abuse groups.); and
11. Sick calls related to influenza-like illnesses in response to a pandemic threat or during an ongoing pandemic;
12. DNA tests;
13. Prosthetics
14. PREA assessments
15. New, current, recurring, and future prescriptions, including refills;
16. No fees shall be charged for any referral or scheduled return visits resulting from the initial request until released from care by the health care practitioner. [6A-02]
17. Healthcare encounters scheduled by the Warden or designee;
18. Any other instance the Secretary deems appropriate and expressed in writing.

F.   Form HCP13-a "Request for Medical Treatment" shall be utilized for the copayment draw slip.

G.   If an inmate refuses to sign the Form HCP13-a "Request for Medical Treatment," then the health care professional present at the refusal shall write "REFUSED" in the blank for the inmate's signature and shall place their initials next to the written "REFUSED". A witness shall be present and also shall sign the form in the "Witness Signature" blank.

The inmate will be given his copy, and the original and remaining copy will be forwarded to the Health Information Services Department.  The assessed fees will still be withdrawn from the inmate's account.

H.   Upon completion of the Request for Medical Treatment (Form HCP13-a), the inmate's signature is obtained and the inmate is given a copy and should be instructed to keep his copy on his person when accessing medical treatment, or he may be charged again.  The original and remaining blue copy will be forwarded to the Health Information Management Department.  The original will be filed in the inmate's medical record.  If the yellow copy

022782

has charges for medical access fee and/or a prescription fee, this will be forwarded to Inmate Accounts for processing.

I. Triage

Triage is provided 24 hours a day for those inmates who declare themselves as having a medical emergency. Upon declaring himself an emergency, the inmate will be seen by a Health Care Professional either on location or in the Assessment and Treatment Unit. Appropriate medical co-payment and prescription fees will be assessed.

J. Ambulance Run

Ambulance service is provided 24 hours a day and is provided at the request of any employee that deems an ambulance is necessary. Any time an inmate is seen by an ambulance crew, medical co-payment fees may be assessed. At no time will medical care for the inmate be interrupted by the completion of medical co-payment paperwork.

K. Clinic Visits

Co-payment fees will be assessed as determined by the treating health care practitioner. If chargeable services are provided, the treating health care practitioner will document applicable charges, and the form will be completed with the assistance of the nursing staff.

L. Refunding Non-Valid Charges

Decisions concerning erroneous medical co-payment fees will be addressed by the appropriate Department Head or designee. Upon determination that a charge is incorrect, a medical co-payment refund slip will be completed including the date of charge, description of services provided, and an explanation as to why the charge is incorrect. The original will be forwarded to Inmate Accounts, a copy placed in the medical record, and a copy forwarded to the inmate.

s/Tim Hooper                    s/Paul Toce, MD
Warden                          Medical Director

Form: HCP13-a    Request for Medical Treatment

This directive supersedes Penitentiary Directive No. 13.032 dated May 2, 2023.

022783