# Exhibit F

# PRISON ENTERPRISES



# 2022 ANNUAL REPORT



# TABLE OF CONTENTS

**INTRODUCTION TO PRISON ENTERPRISES** ................................................................ 3

**A MESSAGE FROM OUR DIRECTOR** ................................................................ 4

**MEET OUR EXECUTIVE STAFF** ................................................................ 5–6

**OUR MISSION STATEMENT** ................................................................ 7

**OUR GOALS AND OBJECTIVES** ................................................................ 8–10

**OUR GOALS AND OBJECTIVES— ANALYSIS OF PROGRESS** ................... 11–18

**CHANGES AND DEVELOPMENTS IN OPERATIONS** ................................ 19

**ASSESSMENT OF REENTRY ACTIVITIES** ........................................... 20

**RECIDIVISM IN ADULT CORRECTIONS (PE)** ....................................... 21

**SUMMARY OF OFFENDERS EMPLOYED BY JOB TITLE (FY 21-22)** .......... 22

**SUMMARY OF INCENTIVE WAGES PAID FOR OFFENDERS (FY 21-22)** ........ 23–26

**PREA** ................................................................................... 27

**HUMAN RESOURCES - WORKFORCE ANAYLYSIS** ................................ 28–29

**TRAINING** ............................................................................. 30

**OVERVIEW OF PE OPERATIONS** ................................................... 31

**SALES BY OPERATION (FY 21-22)** ............................................... 32

**SALES BY CUSTOMER (FY 21-22)** ............................................... 33

**HIGHLIGHTS** .......................................................................... 34–39

     *INDUSTRY OPERATIONS* ..................................... 34-35

     *AGRICULTURAL OPERATIONS* ........................... 36

     *LIVESTOCK* .................................................... 37

     *WAREHOUSING OPERATIONS* ........................... 38

     *PE PERFORMANCE INDICATORS* ............... 39



# INTRODUCTION TO PRISON ENTERPRISES

**Prison Enterprises (PE),** a division of the Department of Public Safety and Corrections (DPS&C), operates a diversified group of industry, agriculture and service programs located at seven correctional facilities throughout Louisiana. These operations provide unique work opportunities and job training for offenders that may otherwise be unavailable. These jobs teach offenders valuable skills as well as a work ethic and a sense of responsibility; all of which are vital for eventual re-entry into society and/or contribute to stability and security within the prison. The trades these offenders learn in Prison Enterprises' operations include, but are not limited to sewing, carpentry, welding, various equipment operation, printing, embroidery, silk screening and farming. Prison Enterprises currently pays their eligible offender workers incentive wages, ranging from $0.02-0.40 per hour. As established in Louisiana Revised Statutes, Prison Enterprises also pays the offender incentive wages for all other eligible offenders working within the Department of Corrections, thereby relieving that burden from the general fund.

Prison Enterprises' goods and services are available for sale and delivery within Louisiana to any institution or agency supported by funds derived from public taxation and operated under the supervision of the State of Louisiana or some political subdivision, including parish and local governments. Also eligible are bona fide non-profit organizations. Some advantages to buying from Prison Enterprises: free statewide delivery; all PE items are on state contract (no bidding required); excellent customer service and follow-up; and providing productive work and training to offenders. Although Prison Enterprises operates as a business, as a subdivision of the DPS&C, PE must follow all guidelines set forth by regulatory agencies, including the Office of State Procurement. This requires that all significant amounts of raw materials procured follow the state bid processes.

Since 1994, Prison Enterprises has been the sole certificate holder in Louisiana authorized by the Prison Industry Enhancement (PIE) Certification Program to establish employment opportunities for offenders. The program's objectives are to place offenders in work environments that mimic the private sector, pay them a prevailing local wage and enable them to acquire transferable skills to increase their potential for successful rehabilitation and meaningful employment upon release. Until January 31, 2011 Prison Enterprises had been in a 17-year partnership with a firm named Company Apparel Safety Items (CASI) at Winn Correctional Center. Prison Enterprises continues to explore opportunities for new PIE programs, although in recent years it has been difficult due to economic conditions and facility requirements to house an operation.

Prison Enterprises has been an accredited member of the American Correctional Association (ACA) since 1998 and was re-accredited under the new Performance Based Standards for Correctional Industries beginning in 2001. PE has received an accreditation score of 100% on every official three-year performance based audit. Our most recent reaccreditation took place in October 2019 resulting in another overall score of 100%. Also, many of our employees are members of ACA, the National Correctional Industries Association (NCIA), as well as the Louisiana Association of Wardens (LAWs) and the North American Association of Wardens and Superintendents (NAAWS).

# A MESSAGE FROM OUR
# DIRECTOR
## MISTY STAGG



"

The past year has been a trying one for Prison Enterprises. Some of the challenges we continued to face included continuing quarantines and staffing shortages due to the pandemic, substantially increased raw material and commodity pricing, supply chain shortages and staff turnover. However, due to the hard work and continued dedication illustrated day in and day out by our staff, our revenues increased $1.5 million over the previous year. Many of our employees worked overtime throughout the year, and especially nearing fiscal year end to ensure that all orders were delivered by June 30th. I would like to recognize and thank my staff for the amazing work they do and their efforts in making Prison Enterprises a success.

Our accomplishments over the past year are explained in detail throughout this report and I'm proud to say our staff faced many challenges head on to achieve them. On the horizon for the next fiscal year, we must continue to replace aging equipment and vehicles to assist us in our goals of increasing efficiency. We intend to expand our Metal Fabrication operation at Louisiana State Penitentiary, also the site of our Welder/Fitter Apprenticeship program, as our job orders at that location continue to grow exponentially. We continue to utilize our website and social media to expand our customer base and name recognition. That being said, we must continue to work on selecting a suitable replacement name and logo that more appropriately reflects our purpose and mission. We are also constantly looking for ways to expand into new industries or agriculture programs, where feasible, as well as improving our abilities to provide marketable job skills in an effort to decrease recidivism rates.

I have worked in this organization for 20 plus years for a reason. That reason is that I'm extremely proud of the work we do for the State of Louisiana, the Department of Corrections and the offender population and also I truly believe in this mission. I am so proud of the amazing work we do here, along with being able to provide opportunities for growth and training to inmates, which could otherwise be unavailable. I look forward to this new year and all of the opportunities it brings! Thank you to everyone who helps to make PE's continued success possible!

"

**Misty Stagg**
**Director of Prison Enterprises**





# MEET OUR
# EXECUTIVE STAFF



## SCOT FLOYD
DEPUTY DIRECTOR



## KELLY RANSOME
ADMINISTRATIVE
PROGRAM DIRECTOR



## VACANT
CHIEF FINANCIAL OFFICER



## BROOKE FARRAR
ACA & QAC

# MEET OUR
# EXECUTIVE STAFF



## KENNY JUNEAU
INDUSTRIES MANAGER



## LOYD SMITH
AGRICULTURE MANAGER



## VICKII MELIUS
MARKETING MANAGER

# OUR MISSION STATEMENT

*The mission of Prison Enterprises is to lower the cost of incarceration by providing job opportunities to offenders that instill occupational and skills training, while producing quality products and services for sale to state and local governments, non-profit organizations, political subdivisions and others. Operation of the Prison Enterprises' programs serves to further the Department of Corrections Reentry initiative by enabling offenders to increase the potential for successful rehabilitation and reintegration into society.*



# OUR GOALS AND OBJECTIVES

## GOAL 1

Increase the volume of sales to non-profits, parish and local government entities.

**Objective A:** Establish and maintain contact with administrators of all parish and local correctional facilities apprising them of the range of products and services available through Prison Enterprises and strive to increase the volume of sales to state, non-state and non-profit agencies.

**Target date for Objective A is on-going.**

## GOAL 2

Increase efficiency and reduce costs in Prison Enterprises' administration and field operations.

**Objective A:** Constantly seek innovative ways to reduce costs per unit produced at each Prison Enterprises operation. Improve quality assurance and control on all jobs in relation to both production and shipping of merchandise to reduce the number of complaints and errors, thereby increasing efficiency.

**Objective B:** Continue to monitor and control warehousing of raw materials and finished goods in preparation for the next hurricane season, while also considering the effects of budget reductions on total sales volumes. Continue preventative maintenance on machinery, buildings and property and carefully consider timing of new equipment purchases.

**Target dates for Objectives A & B are on-going.**

## GOAL 3

Realize maximum productivity in farming and cattle operations.

**Objective A:** Improve rangeherd production, as well as maximize efficiency through the use of best management practices as they relate to utilization of land, equipment, etc. Continue to improve the efficiency of the row crop operations to meet or exceed state and regional yields and prices for similar operations.

**Target date for Objective A is on-going.**

# OUR GOALS AND OBJECTIVES

## GOAL 4

**Improve offender job training opportunities and documentation in support of the Department's Reentry Initiative.**

**Objective A:** Improve our involvement by obtaining additional training and clearer understanding of how industry operations can better document offender skills and work history including utilization of the new offender job titles for job placement upon release.

**Objective B:** Continue to expand the reach of Apprenticeship programs to increase PE offender job involvement.

**Target dates for Objectives A & B are on-going.**

## GOAL 5

**Promote and expand private sector involvement in prison-based work programs through Private Sector/Prison Industry Enhancement (PS/PIE) activities.**

**Objective A:** Continue attempts to attract and recruit private sector companies to establish PS/PIE Programs to further contribute to the mission of Prison Enterprises.

**Target date for Objective A is on-going.**

## GOAL 6

**Expand employment opportunities for offenders through the creation/expansion of Prison Enterprises' operations to allow further participation in PE programs proven to produce lower recidivism rates.**

**Objective A:** Investigate or identify the feasibility of expanding existing or creating new product lines.

**Objective B:** Confer with appropriate institutional and PE Executive Staff to identify additional opportunities within DOC to further establish PE programs.

**Target dates for Objectives A & B are on-going.**

# OUR GOALS AND OBJECTIVES

## GOAL 7

Evaluate Prison Enterprises' existing product lines, identify slow moving items, research viable replacements and  implement changes to better meet customers' expectations.

**Objective A:**  Survey existing customers to determine current needs.  Collect data from customer satisfaction surveys  to track progress towards optimizing customer relations and fulfillment of their expectations.

**Objective B:**  Analyze sales data to identify products that have little to no customer interest and gather information from other Correctional Industries to identify products that are marketable.

**Target dates for Objectives A & B  are on-going.**

## GOAL 8

Evaluate the opportunity to change the organization's name to something that more appropriately reflects the reentry mission, including job skills training and job readiness training.

**Objective A:** Survey current Prison Enterprise staff, as well as DOC Administration, to collect ideas for rebranding the organization, and investigate the impact that a new name will have.

**Target date for Objective A is on-going.**

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 1

**Increase the volume of sales to non-profits, parish and local government entities.**

**Objective A:** Establish and maintain contact with administrators of all parish and local correctional facilities apprising them of the range of products and services available through Prison Enterprises and strive to increase the volume of sales to state, non-state and non-profit agencies.

**Target date for Objective A is on-going.**

Prison Enterprises saw increased sales to non-state agencies, including non-profits, parish and local government entities by over $620,000 from the previous fiscal year. This was accomplished by implementing some new marketing strategies, and concentrating efforts to make new connections with some previous customers that we have not been able to connect with for some time. The fiscal year started with the same difficulties as the previous year but as time went on COVID pandemic restrictions eased and our staff were able to resume face-to-face customer sales calls. Additionally, our team was able to attend more statewide conferences, which put us in contact with many more potential customers and ultimately resulted in new job orders. We continued to manage our Facebook page to highlight not only our recent installations, but to showcase some of our staff as well.

PE purchased iPads for several of the sales representatives. This affords them the ability to show PE's capabilities through the use of pictures, slideshows, etc. on a device larger and more practical than their phone. In particular, our sales team is able to access online fabric catalogs and produce virtual renderings of upholstered furniture covered in those fabrics. PE is excited about the year to come and expects to see steady to increasing sales, progressive strides in marketing campaigns and customer outreach.

Due to the hard work of our dedicated staff, we were able to secure job orders from many new customers and were able to reconnect with some who had not purchased in a while. Some notable orders were from the Louisiana Department of Education for metal outdoor furniture totaling over $300,000, the Baton Rouge Fire Department placed an order for uniform polo shirts for $100,000, and the Youth Challenge Program for lockers and beds for $171,000. Many sheriffs' offices continued or began ordering from PE, including Webster Parish for mattresses, Sabine Parish for office furniture, Lafayette Parish for pillows and laundry bags, Desoto Parish for uniform jackets, and Terrebonne Parish for bunks. Other new customers included: the Capitol Area Transit System (CATS), the Vinton Police Department, and the Bossier Parish Max Security Facility. We certainly thank all of those who support our mission.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 2

**Increase efficiency and reduce costs in Prison Enterprises' administration and field operations.**

**Objective A:**  Constantly seek innovative ways to reduce costs per unit produced at each Prison Enterprises operation.  Improve quality assurance and control on all jobs in  relation to both production and shipping of merchandise to reduce the number of complaints and errors, thereby increasing efficiency.

**Objective B:**  Continue to monitor and control warehousing of raw materials and finished goods in preparation for the next hurricane season, while also considering the effects of budget reductions on total sales volumes.  Continue preventative maintenance on machinery, buildings and property and carefully consider timing of new equipment purchases.

**Target dates for Objectives A  & B are  on-going.**

We continue to search for new ways to reduce and/or control our operations' expenses. To a certain degree, any efficiencies and reduction of costs achieved may not clearly reflect in our financial numbers. This is due to several factors, including increased costs added to us that may be beyond our control. Some examples are continuing State budget issues, continued fluctuations in market prices in cattle and crops, and substantial increases in cost and turnaround time of raw materials and supplies. We also continue to monitor our customer complaints to determine causes and implement improvements to avoid future problems and associated costs. For these reasons, as well as our cash position, we have to carefully monitor our spending, including new equipment purchases.  When feasible, we are making an effort to purchase new vehicles and equipment to increase our efficiency in day-to-day operations. We look for these upgrades to eliminate down time, lower repair costs and boost our capabilities.

Through careful consideration of agency needs, in some cases, we have purchased additional equipment necessary to improve our quality assurance processes and efficiency. Some examples are: two new pickup trucks for the Agriculture and Industry operations, motorized pallet jacks at the Canteen Distribution Center and at the Wakefield Meat Plant, a new dust collection system at the Allen Correctional Center (ALC) Furniture Plant, a new process chiller for the Elayn Hunt Correctional Center (EHCC) Soap Plant, a used Peterbuilt tractor truck for Transportation, a new walking foot sewing machine for the Louisiana State Penitentiary (LSP) Mattress Factory, three new air compressors for the various shops at LSP and a new Xante' printer for the LSP Print Shop.

Also, due to the difficulty in establishing a consistent inmate workforce at some locations, the product mix for our Raymond Laborde Correctional Center (RLCC) and Southwest Transitional Work Program (SWTWP) Garment plants was re-evaluated and some product lines were moved between the plants.  The most impactful move was the relocation of all jean production to the Garment Plant at RLCC. This has enabled PE to increase production of this line to help satisfy the demand for jeans.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 3

### Realize maximum productivity in farming and cattle operations.

**Objective A:** Improve rangeherd production, as well as maximize efficiency through the use of best management practices as they relate to utilization of land, equipment, etc. Continue to improve the efficiency of the row crop operations to meet or exceed state and regional yields and prices for similar operations.

**Target date for Objective A is on-going.**

PE continues to try to maximize its productivity in agriculture. The beginning of the fiscal year began with the harvesting of corn, milo and soybeans. By the end of the first quarter, all corn and milo had been harvested and soybean harvest was completed by the end of October. Agriculture recognized increased sales, almost $400,000, mostly due to favorable crop yields and elevated crop prices.

In total 528 acres of corn were harvested with a per acre yield of over 200 bu/acre. Soybeans totaled 1,560 acres yielding 50 bu/acre. Milo was planted at 160 acres with a yield of 96bu/acre. Yields for corn and Milo exceeded the US averages of 177 bu/acre for corn and 69 bu/acre for milo, according to the USDA National Agriculture Statistics Service. A new round of planting began in March 2022 with 525 acres of corn and approximately 1,900 acres of soybeans. All planting activity was completed before the end of June.

Although PE's cattle operations recognized some substantial increases in costs, not the least of those being fertilizer for rye grass, PE continues to produce high quality uniform steers and heifers that have resulted in a following for our calves when they go to auction. Additionally, Prison Enterprises occasionally sells (via livestock auctions) horses from those we produce to work in our operations. During the past fiscal year, PE auctioned eight (8) horses, generating approximately $35,000 of revenue.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 4

**Improve offender job training opportunities and documentation in support of the Department's Reentry Initiative.**

**Objective A:**  Improve our involvement by obtaining additional training and clearer understanding of how industry operations can better document offender skills and work history including utilization of the new offender job titles for job placement upon release.

**Objective B:**  Continue to expand the reach of Apprenticeship programs to increase PE offender job involvement.

**Target dates for Objectives A  & B are  on-going.**

PE continues to operate two Apprenticeship Programs: the Welder-Fitter Apprenticeship Program at the LSP Metal Fab shop, and the Cabinet Maker Apprenticeship Program at the ALC Furniture plant, which started in June of 2021.  The Welder-Fitter program has 10 certified journeymen that provide twice weekly classroom instruction, as well as 6,000-8,000 hours of hands on training in basic shop safety, rigging, maintenance of equipment, welding, layout, and fabrication. The Cabinet Maker program has four certified journeymen, which also provide weekly classroom instruction and 7,000 hours of hands on training in shop safety, working from bills and drawings, laying and matching, dressing, gluing, sanding, assembly, and finish carpentry.  Apprentices gain actual experience in these skilled trades and can earn a nationally recognized credential.  Even if an individual releases prior to completion, they can continue their apprenticeship with a recognized provider outside of corrections.

Prison Enterprises also provides job opportunities to hundreds of other offenders across all of our locations.  We currently in excess of 1,000 positions, all of which teach transferable job skills.  Each offender working in a PE job undergoes a quarterly evaluation and can receive a certificate of successful completion for their work in that quarter.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 5

**Promote and expand private sector involvement in prison-based work programs through Private Sector/Prison Industry Enhancement (PS/PIE) activities.**

**Objective A:** Continue attempts to attract and recruit private sector companies to establish PS/PIE Programs to further contribute to the mission of Prison Enterprises.

**Target date for Objective A is on-going.**

Prison Enterprises continues to have difficulty locating private sector companies in order to establish new PS/PIE programs, as are other PIE certificate holders across the country. However, we are still seeking partners and continually assessing the feasibility of new programs throughout the year.

In the past fiscal year, we continued to meet with potential partners and explore the feasibility of repurposing the Wakefield Meat Plant to potentially accommodate a slaughterhouse. Due to offender staffing issues and availability of facilities, this program was not a suitable fit for Prison Enterprises at this time and was not established. As of June 30, 2022, PE does not have a PIE program in operation.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 6

**Expand employment opportunities for offenders through the creation/expansion of Prison Enterprises' operations to allow further participation in PE programs proven to produce lower recidivism rates.**

**Objective A:** Investigate or identify the feasibility of expanding existing or creating new product lines.

**Objective B:** Confer with appropriate institutional and PE Executive Staff to identify additional opportunities within DOC to further establish PE programs.

**Target dates for Objectives A & B are on-going.**

Due to recent year's moves of some of our garment plants, and to maintain continuity of product lines, all garment lines were evaluated to determine the best location for production.  PE now operates garment plants at three locations. The largest is at RLCC where we have moved the blue jean production line, the SWTWP where we now produce scrubs, jumpsuits and linens, and the LSP T-shirt factory where we make white and orange t-shirts. In total, we offer up to 200 inmate worker positions between these three locations.

In total, PE offers over 1,000 inmate positions in our programs. PE continually seeks ways to modernize and expand work opportunities to offer relevant training and work experience enabling inmates to be better prepared for the workforce upon their release.  PE has also upgraded its capabilities at the LSP Print shop with new production equipment, and we are exploring the feasibility of expanding our sand blasting, painting and powder coating operations at the LSP Metal Fabrication Shop.  We continue to demonstrate that our programs work to lower recidivism, as evidenced by our latest 5-year recidivism rate (21.8%), which is among the lowest of any program in the department.

# OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 7

**Evaluate Prison Enterprises' existing product lines, identify slow moving items, research viable replacements and implement changes to better meet customers' expectations.**

**Objective A:** Survey existing customers to determine current needs. Collect data from customer satisfaction surveys to track progress towards optimizing customer relations and fulfillment of their expectations.

**Objective B:** Analyze sales data to identify products that have little to no customer interest and gather information from other Correctional Industries to identify products that are marketable.

**Target dates for Objectives A & B are on-going.**

This year, due to unavailability of some kit furniture items and in an effort to modernize our lounge furniture line, as well as some of the task chairs we offer, PE Sales and Marketing staff have proposed two new sofas, as well as new task chairs. The additions/replacements have been approved and contracts for these items are being established. In addition, PE was successful in establishing a new line of officer uniforms for customers outside the Department of Corrections.

Prison Enterprises was also able to begin production of items for the Department of Culture, Recreation and Tourism, and the Louisiana Department of Education with outdoor metal furniture, including picnic tables, benches, trashcans, picnic grills and fire rings when other vendors were not able to do so, citing on-going supply chain issues. PE will continue to seek opportunities like this to maintain productivity in our shops as well as fulfill customer need.

OUR GOALS AND OBJECTIVES
# ANALYSIS OF PROGRESS

## GOAL 8

Evaluate the opportunity to change the organization's name to something that more appropriately reflects the reentry mission, including job skills training and job readiness training.

**Objective A:** Survey current Prison Enterprise staff, as well as DOC Administration, to collect ideas for rebranding the organization, and investigate the impact that a new name will have.

**Target date for Objective A is on-going.**

The PE Director has solicited suggestions from PE headquarters and field staff for new name and logo suggestions.  Several have been received and reviewed.  At this time, no suitable name or logo has been selected.

# CHANGES AND DEVELOPMENTS IN OPERATIONS



- Overall sales increased significantly during FY 21/22.  The greatest increase was realized in our industry and service division. Sales in this area rose by over $1,000,000 for the fiscal year. The agriculture division saw a gain of nearly $400,000, mostly due to favorable crop yields and crop prices.  The retail sector only had a slight gain of approximately $26,000.

- Due to the Mississippi River remaining below flood stage, PE was able to plant approximately 300 additional acres of soybeans outside the main levee.  This brought the total acreage of bean planted to approximately 1,900.

- Due to continued supply chain issues, we continue to struggle in obtaining raw materials and supplies.  This has extended delivery times and has made some jobs difficult to complete.  We are working through these issues on a case-by-case basis and have had to create suitable alternative solutions to overcome this obstacle.

- In the winter of 2021 and spring of 2022, due to increased pricing, PE had to reestablish most of its contracts for items at the Canteen Distribution Center.  This was an arduous task due to the volume of items and demand for these items.  PE worked with the Office of State Procurement (OSP) and managed to establish the needed contracts, however we are uncertain if they will be renewed for the next calendar year.

- PE's Garment Product mix was evaluated to determine the most efficient location for production of these items. Major changes included moving the jean production to the RLCC Garment plant and moving the scrubs, jumpsuits and linens to the SWTWP Garment plant.  We have been able to get average daily production of jeans consistently over 200 pairs, and the SWTWP Garment plant has been able to increase production of all of their finished good items.

- PE has expanded the marketing staff by filling a vacant Marketing Representative position. This will strengthen our marketing capabilities and encourage our sales staff to turn their focus entirely towards the consumer experience, ensuring contentment amongst our existing customers, as well as building rapport with new clientele.

- PE partners with a commissary supply vendor to offer its Canteen Package Program.  This year, PE's five year contract with Union Supply Group expired, and, as a result of the competitive bid process, we have now partnered with the Keefe Group to continue the program.  This package program, located at LSP, allows PE to complement our existing Canteen services by offering items for sale to eligible offenders as well as offenders' families and friends on behalf of the offender. The items can be ordered via phone, mail or internet and are shipped directly to eligible offenders.

# ASSESSMENT OF
# REENTRY ACTIVITIES

Prison Enterprises' operations provide unique work opportunities and job training for offenders, teaching them valuable skills as well as a work ethic and a sense of responsibility; all of which are vital for eventual re-entry into society. Some of the trades these offenders learn in Prison Enterprises' operations include sewing, carpentry, welding, various equipment operation, warehousing, order fulfillment, printing, embroidery, silk screening and farming. Prison Enterprises currently pay their eligible offender workers incentive wages, ranging from $0.02-$0.40 per hour.

In collaboration with DOC Staff, Prison Enterprises continues adding transferable offender job titles in accordance with the Dictionary of Occupational Job Titles to the current list created by Department Regulation AM- C-1 "Offender Incentive Pay and Other Wage Compensation". We plan to review and update the current list of offender job titles annually to identify emerging labor trends and develop new industries and training opportunities for offenders. In addition to the offender job titles, we continue to utilize our "In-Service Awards" that are presented to offenders that include the jobs' tasks that are performed which are specific to their job title. These awards are presented for every three months of employment with Prison Enterprises and are placed in the offenders' files.

In an effort to provide additional training opportunities to eligible offenders, we continue to operate our apprenticeship programs that include welding/fitting at the LSP Metal Fabrication shop, and cabinet making at the Allen Furniture Plant.  The apprenticeship programs are a combination of hands on training with additional classroom instruction.  PE is working with the DOC's Reentry Department to identify additional journeymen for these programs to offer more opportunities to offenders.  PE, along with support and assistance form DOC Reentry, continues to look for more areas to expand on this model and hopes to add other apprenticeship programs in the future.

Another way PE continues to assist in the Department's reentry efforts is by working to find additional PIE programs. The PIE Certification Program is designed to place offenders in a realistic work environment, pay them the prevailing local or minimum wage for similar work and enable them to acquire skills to increase their potential for successful rehabilitation and meaningful employment upon release. By researching and developing new PIE programs, PE will be able to increase the availability of these job opportunities to the offender population. Due to current economic uncertainty, PE, as well as other national PIE Certificate holders, have had difficulty locating private sector companies willing to partner at this time.

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
# RECIDIVISM IN ADULT CORRECTIONS
## (PRISON ENTERPRISES)

**September 21, 2022**

**RECIDIVISM:** RETURN TO CUSTODY FOLLOWING CONVICTION FOR A NEW FELONY OR TECHNICAL REVOCATION OF SUPERVISION AFTER HAVING BEEN RELEASED FROM INCARCERATION THROUGH COMPLETED SENTENCE, RELEASED ON PAROLE, CONDITIONAL RELEASE, OR SPLIT PROBATION SENTENCE. OFFENDERS RELEASEED TO A DETAINER, RELEASED IN ERROR, DECEASED, OR TRANSFERRED TO ANOTHER JURISDICTION ARE NOT INCLUDED. AN OFFENDER MAY BE RELEASED MULTIPLE TIMES BUT IS ONLY COUNTED ONCE PER RELEASE YEAR.

**OFFENDERS ARE TRACKED FOR A PERIOD OF TIME FROM DATE OF RELEASE BASED ON THE YEAR OF THE RETURN:**

**1st Year Returns:**  12 Months
**2nd Year Returns:**  24 Months
**3rd Year Returns:**  36 Months
**4th Year Returns:**  48 Months
**5th Year Returns:**  60 Months

| | Total Releases | 1st Year Returns | % | 2nd Year Returns | % | 3rd Year Returns | % | 4th Year Returns | % | 5th Year Returns | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2009** | 140 | 12 | 8.6% | 20 | 14.3 | 34 | 24.3 | 40 | 28.6 | 43 | 30.7 |
| **2010** | 109 | 12 | 11.0 | 20 | 18.3 | 29 | 26.6 | 31 | 28.4 | 35 | 32.1 |
| **2011** | 152 | 7 | 4.6% | 22 | 14.5 | 34 | 22.4 | 41 | 27.0 | 44 | 28.9 |
| **2012** | 144 | 11 | 7.6% | 28 | 19.4 | 44 | 30.6 | 48 | 33.3 | 48 | 33.3 |
| **2013** | 156 | 10 | 6.4% | 23 | 14.7 | 29 | 18.6 | 34 | 21.8 | 37 | 23.7 |
| **2014** | 87 | 5 | 5.7% | 10 | 11.5 | 13 | 14.9 | 17 | 19.5 | 21 | 24.1 |
| **2015** | 91 | 6 | 6.6% | 14 | 15.4 | 23 | 25.3 | 26 | 28.6 | 28 | 30.8 |
| **2016** | 78 | 3 | 3.8% | 11 | 14.1 | 15 | 19.2 | 17 | 21.8 | 17 | 21.8 |
| **2017** | 85 | 6 | 7.1% | 13 | 15.3 | 17 | 20.0 | 24 | 28.2 | | |
| **2018** | 80 | 1 | 1.3% | 6 | 7.5% | 8 | 10.0 | | | | |
| **2019** | 65 | 3 | 4.6% | 6 | 9.2% | | | | | | |
| **2020** | 73 | 0 | 0.0% | | | | | | | | |

**OFFENDERS RELEASED WHO WORKED IN A PE JOB FOR AT LEAST 6 MONTHS OR MORE WITH IN A YEAR OF RELEASE .**

# SUMMARY OF OFFENDERS EMPLOYED BY PE JOB TITLE

## FISCAL YEAR 2021-2022

| Job Title | Count | Job Title | Count | Job Title | Count |
|---|---|---|---|---|---|
| Agriculture Equipment Operator 4 | 9 | General Maintenance/Repair 3 | 1 | Photo Process Worker 4 | 3 |
| Agriculture Equipment Operator 5 | 4 | General Maintenance/Repair 4 | 13 | Photo Process Worker 5 | 1 |
| Auto Service Tech/Mechanic 3 | 1 | General Maintenance/Repair 5 | 1 | Printing Machine Operator 1 | 2 |
| Auto Service Tech/Mechanic 4 | 1 | Graphics Designer 4 | 3 | Printing Machine Operator 2 | 1 |
| Auto Service Tech/Mechanic 5 | 1 | Groundskeeper | 5 | Printing Machine Operator 3 | 3 |
| Bindery Machine Operator 4 | 3 | Groundskeeper 1 | 15 | Printing Machine Operator 4 | 6 |
| Butcher 1 | 3 | Groundskeeper 2 | 1 | Printing Machine Operator 5 | 4 |
| Cabinetmaker 4 | 1 | Groundskeeper 3 | 1 | Production Worker 1 | 14 |
| Cafeteria Attendant | 2 | Hand Packer/Packager 1 | 1 | Production Worker 2 | 11 |
| Carpenter 1 | 1 | Helper-Production Worker | 10 | Production Worker 3 | 15 |
| Carpenter 2 | 2 | Helper-Production Worker 1 | 8 | Production Worker 4 | 40 |
| Carpenter 3 | 2 | Helper-Production Worker 2 | 4 | Production Worker 5 | 1 |
| Carpenter 4 | 8 | Helper-Production Worker 3 | 3 | Religious 1 | 1 |
| Cert Votec Tutor 1 | 8 | Highway Maintenance Worker 1 | 1 | Religious 3 | 2 |
| Cert Votec Tutor 2 | 3 | Highway Maintenance Worker 3 | 1 | Sewing Machine Operator 1 | 40 |
| Clergy 3 | 1 | Janitor/Cleaner | 4 | Sewing Machine Operator 2 | 56 |
| Education | 2 | Janitor/Cleaner 1 | 71 | Sewing Machine Operator 3 | 18 |
| Fabric Patternmaker 2 | 1 | Janitor/Cleaner 2 | 8 | Sewing Machine Operator 4 | 25 |
| Fabric Patternmaker 3 | 1 | Janitor/Cleaner 3 | 14 | Stock Clerk 1 | 5 |
| Fabric Patternmaker 4 | 1 | Machinery Maintenance 2 | 1 | Stock Clerk 2 | 3 |
| Farm Animal Worker 1 | 5 | Machinery Maintenance 5 | 1 | Stock Clerk 3 | 1 |
| Farm Animal Worker 3 | 8 | Medium Cust Field Line | 19 | Textile Cutting Operator 1 | 2 |
| Farm Animal Worker 4 | 17 | Metal/Plastic Worker 1 | 1 | Textile Cutting Operator 2 | 2 |
| Farm Animal Worker 5 | 3 | Metal/Plastic Worker 4 | 3 | Tractor-Trailor Operator 4 | 2 |
| Farmworker/Greenhouse 1 | 24 | Metal/Plastic Worker 5 | 1 | Tractor-Trailor Operator 2 | 1 |
| File Clerk 1 | 3 | Metal/Plastic Machine Operator 3 | 1 | Tractor-Trailor Operator 3 | 3 |
| File Clerk 2 | 3 | Multiple Machine Operator 2 | 1 | Textile Wind/Twst Operator | 2 |
| File Clerk 3 | 4 | Multiple Machine Operator 3 | 2 | Unassigned | 10 |
| File Clerk 4 | 17 | Multiple Machine Operator 4 | 3 | Upholsterer 3 | 1 |
| File Clerk 5 | 2 | No Duty | 1 | Upholsterer 4 | 6 |
| Food Prep/Server 1 | 1 | NOBTS - SENIOR | 1 | Welder 1 | 6 |
| Food Prep/Server 2 | 1 | Nursing Aid 4 | 5 | Welder 2 | 2 |
| Furniture Finisher 1 | 1 | Paint Spray Machine Operator 4 | 4 | Welder 4 | 4 |
| Furniture Finisher 3 | 6 | Paint Spray Machine Operator | 1 | Welder 5 | 2 |
| Furniture Finisher 4 | 5 | Painter-Const/Maintenance 1 | 3 | Woodworking Machine Operator 5 | 2 |
| General Maintenance/Repair 1 | 1 | Pest Controller | 2 | | |

**Total All Offenders    668**

www.prisonenterprises.org

# SUMMARY OF INCENTIVE
# WAGES PAID FOR OFFENDERS
## FISCAL YEAR 2021-2022

| JOB TITLE | WAGES PAID |
|---|---|
| AG EQUIP OPER 1 | $ 16.80 |
| AG EQUIP OPER 2 | $ 273.12 |
| AG EQUIP OPER 4 | $ 6,797.10 |
| AG EQUIP OPER 5 | $ 5,401.60 |
| ATHLETE/COMPETITOR 1 | $ 23.84 |
| AUTO BODY REPAIR 3 | $ 312.00 |
| AUTO SVC TECH/MECH 1 | $ 243.88 |
| AUTO SVC TECH/MECH 2 | $ 437.40 |
| AUTO SVC TECH/MECH 3 | $ 10,401.92 |
| AUTO SVC TECH/MECH 4 | $ 438.00 |
| AUTO SVC TECH/MECH 5 | $ 1,638.00 |
| BAKER 1 | $ 1,637.16 |
| BAKER 2 | $ 997.44 |
| BAKER 3 | $ 4,690.64 |
| BARBER | $ 1,730.54 |
| BINDERY MACH OPER 4 | $ 714.82 |
| BUTCHER 1 | $ - |
| BUTCHER 2 | $ 338.48 |
| BUTCHER 3 | $ 294.84 |
| CABINETMAKER 4 | $ 6,733.60 |
| CAFETERIA ATTENDANT | $ 202.52 |
| CARPENTER 1 | $ 344.28 |
| CARPENTER 2 | $ 3,373.00 |
| CARPENTER 3 | $ 1,855.40 |
| CARPENTER 4 | $ 30,902.80 |
| CERT ACADEMIC TUTOR 1 | $ 46,459.09 |
| CERT ACADEMIC TUTOR 2 | $ 2,340.00 |
| CERT COLLEGE TUTOR 1 | $ 59,374.17 |
| CERT CTE TUTOR 1 | $ 56,123.46 |
| CERT CTE TUTOR 2 | $ 41,499.26 |

| JOB TITLE | WAGES PAID |
|---|---|
| CERTIFIED MENTOR 1 | $ 2,530.00 |
| CERTIFIED MENTOR 2 | $ 14.40 |
| CLERGY 1 | $ 9,296.00 |
| CLERGY 3 | $ 48.64 |
| CONST EQUIP OPER 1 | $ 69.12 |
| CONST EQUIP OPER 2 | $ 3,635.36 |
| COOK-CAFETERIA 1 | $ 3,821.00 |
| COOK-CAFETERIA 2 | $ 6,966.72 |
| COOK-CAFETERIA 3 | $ 139.68 |
| CRAFT ARTIST | $ 129.12 |
| CRAFT ARTIST 1 | $ 501.44 |
| CRAFT ARTIST 2 | $ 624.00 |
| CRAFT ARTIST 3 | $ 5,263.46 |
| DISHWASHER | $ 1,756.16 |
| DORM/TIER REPRESENT | $ 1,142.94 |
| EDUC/TRAIN/LIB WKR 1 | $ 370.76 |
| EDUC/TRAIN/LIB WKR 2 | $ 5,150.45 |
| EDUC/TRAIN/LIB WKR 3 | $ 13,407.96 |
| EDUCATION | $ 59.20 |
| ELEC EQUIP REPAIR 1 | $ 48.32 |
| ELEC EQUIP REPAIR 2 | $ 296.00 |
| ELEC EQUIP REPAIR 3 | $ 219.36 |
| ELECTRICIAN 1 | $ 854.00 |
| ELECTRICIAN 2 | $ 1,359.72 |
| ELECTRICIAN 3 | $ 454.00 |
| FABRIC PATTERNMAKER 3 | $ 437.52 |
| FABRIC PATTERNMAKER 4 | $ 324.66 |
| FARM ANML WKR 1 | $ 879.60 |
| FARM ANML WKR 2 | $ 7,688.28 |
| FARM ANML WKR 3 | $ 12,141.40 |

# SUMMARY OF INCENTIVE WAGES PAID FOR OFFENDERS

## FISCAL YEAR 2021-2022

| JOB TITLE | WAGES PAID | JOB TITLE | WAGES PAID |
|---|---|---|---|
| FARM ANML WKR 4 | $ 5,246.40 | HEAT/AIR COND MECH 1 | $ 383.20 |
| FARM ANML WKR 5 | $ 2,984.93 | HEAT/AIR COND MECH 2 | $ 693.84 |
| FARMWKR/GRNHOUSE | $ 1,592.56 | HEAT/AIR COND MECH 3 | $ 130.64 |
| FARMWKR/GRNHOUSE 1 | $ 1,276.28 | HLPR-CONST TRADE | $ 480.40 |
| FARMWKR/GRNHOUSE 2 | $ 713.62 | HLPR-PRODUCTION WKR | $ 766.74 |
| FARMWKR/GRNHOUSE 3 | $ 840.00 | HLPR-PRODUCTION WKR 1 | $ 1,389.16 |
| FILE CLERK 1 | $ 2,551.34 | HLPR-PRODUCTION WKR 2 | $ 1,034.08 |
| FILE CLERK 2 | $ 5,858.48 | HLPR-PRODUCTION WKR 3 | $ 1,435.46 |
| FILE CLERK 3 | $ 5,612.82 | HWY MAINT WKR 1 | $ 807.14 |
| FILE CLERK 4 | $ 3,378.20 | HWY MAINT WKR 2 | $ 7,154.80 |
| FILE CLERK 5 | $ 7,929.16 | HWY MAINT WKR 3 | $ 111.04 |
| FOOD PREP/SERVER 1 | $ 4,076.66 | INFO/RECORD CLERK 1 | $ 128.80 |
| FOOD PREP/SERVER 2 | $ 21,443.40 | INFO/RECORD CLERK 2 | $ 3,280.68 |
| FOOD PREP/SERVER 3 | $ 231.00 | INFO/RECORD CLERK 3 | $ 12,930.96 |
| FURNITURE FINISHER 3 | $ 1,494.28 | JANITOR/CLEANER | $ 39,355.96 |
| FURNITURE FINISHER 4 | $ 4,233.48 | JANITOR/CLEANER 1 | $ 51,590.80 |
| GENERAL MAINT/REPAIR 1 | $ 4,182.50 | JANITOR/CLEANER 2 | $ 95,674.31 |
| GENERAL MAINT/REPAIR 2 | $ 26,884.12 | JANITOR/CLEANER 3 | $ 450.06 |
| GENERAL MAINT/REPAIR 3 | $ 6,993.74 | LAUNDRY/DRY-CLEANING | $ 2,344.76 |
| GENERAL MAINT/REPAIR 4 | $ 700.00 | LAUNDRY/DRY-CLEANING 1 | $ 1,197.76 |
| GENERAL MAINT/REPAIR 5 | $ 259.42 | LAUNDRY/DRY-CLEANING 2 | $ 7,622.60 |
| GRAPHICS DESIGNER 4 | $ 882.04 | LAUNDRY/DRY-CLEANING 3 | $ 9,631.72 |
| GRAPHICS DESIGNER 5 | $ 7,155.26 | LEAD CERT CTE TUTOR 1 | $ 462.40 |
| GROUNDSKEEPER | $ 13,074.94 | LEAD CERT CTE TUTOR 2 | $ 23,161.00 |
| GROUNDSKEEPER 1 | $ 20,913.24 | LEAD CERT MENTOR 1 | $ 1,332.90 |
| GROUNDSKEEPER 2 | $ 46,668.04 | LEAD CERT MENTOR 2 | $ 637.00 |
| GROUNDSKEEPER 3 | $ 391.68 | LEGAL SUPPORT 1 | $ 459.20 |
| HAIRDRESSER/STYLIST 1 | $ 997.12 | LEGAL SUPPORT 3 | $ 6,278.28 |
| HAIRDRESSER/STYLIST 2 | $ 2,829.72 | LEGAL WORKER 1 | $ 14,859.60 |
| HAIRDRESSER/STYLIST 3 | $ 204.00 | LEGAL WORKER 2 | $ 59,037.39 |

# SUMMARY OF INCENTIVE WAGES PAID FOR OFFENDERS

## FISCAL YEAR 2021-2022

| JOB TITLE | WAGES PAID | JOB TITLE | WAGES PAID |
|---|---|---|---|
| LEGAL WORKER 3 | $ 28.80 | NURSING AID 4 | $ 8,339.30 |
| LIB ASST/CLERICAL | $ 820.32 | NURSING AIDE 1 | $ 2,905.16 |
| LIB ASST/CLERICAL 1 | $ 56.84 | NURSING AIDE 2 | $ 14,767.16 |
| LIB ASST/CLERICAL 2 | $ 4,006.80 | NURSING AIDE 3 | $ 316.52 |
| LIB ASST/CLERICAL 3 | $ 7,804.08 | OFFENDER FACILITATOR 1 | $ 550.00 |
| LIMITED DUTY STATUS | $ - | OUTDOOR EQUIP MECH 3 | $ 327.76 |
| MACHINERY MAINT 1 | $ 475.20 | PAINT SPRAY MACH OPER 4 | $ 905.16 |
| MACHINERY MAINT 3 | $ 480.40 | PAINT SPRAY MACH OPER 5 | $ 419.52 |
| MACHINERY MAINT 5 | $ - | PAINT SPRAY MACH OPER | $ 3,874.88 |
| MATERIAL PRESSER 1 | $ 40.80 | PAINTER-CONST/MAINT 1 | $ 1,426.88 |
| MATERIAL PRESSER 2 | $ 3,287.24 | PAINTER-CONST/MAINT 2 | $ 6,166.96 |
| MAXIMUM CUST FIELD LN | $ 6,613.18 | PAINTER-CONST/MAINT 3 | $ 7,619.16 |
| MEDIUM CUST FIELD LN | $ 27,637.90 | PEST CONTROLLER | $ 20.52 |
| MENTOR 1 | $ 3,288.00 | PHOTO PROCESS WKR 1 | $ 269.10 |
| MENTOR 2 | $ 963.58 | PHOTO PROCESS WKR 4 | $ 953.38 |
| METAL/PLASTIC WKR 4 | $ 521.20 | PHOTO PROCESS WKR 5 | $ 27.20 |
| METAL/PLASTIC WKR 5 | $ - | PLUMBER 1 | $ 69.68 |
| MIXING MACH OPER 3 | $ 53.28 | PLUMBER 2 | $ 1,945.52 |
| MULTIPLE MACH OPER 1 | $ 729.84 | PLUMBER 3 | $ 108.72 |
| MULTIPLE MACH OPER 3 | $ 770.48 | PRINTING MACH OPER 1 | $ 21.92 |
| MULTIPLE MACH OPER 4 | $ 1,239.16 | PRINTING MACH OPER 3 | $ 1,475.08 |
| NO DUTY | $ 2,411.44 | PRINTING MACH OPER 4 | $ 2,255.78 |
| NOBTS - FRESHMAN | $ 4,167.20 | PRINTING MACH OPER 5 | $ 646.78 |
| NOBTS - JUNIOR | $ 4,254.60 | PRODUCTION WORKER 1 | $ 1,166.78 |
| NOBTS - SENIOR | $ 2,833.92 | PRODUCTION WORKER 2 | $ 3,214.92 |
| NOBTS - SOPHOMORE | $ 7.04 | PRODUCTION WORKER 3 | $ 10,505.58 |
| NONFARM ANML WKR | $ 658.40 | PRODUCTION WORKER 4 | $ 19.60 |
| NONFARM ANML WKR 1 | $ 577.20 | PRODUCTION WORKER 5 | $ 792.00 |
| NONFARM ANML WKR 2 | $ 3,048.80 | RADIO/TV ANNOUNCER | $ 30.64 |
| NONFARM ANML WKR 3 | $ 3,827.20 | RECREATION WKR | $ 182.32 |

# SUMMARY OF INCENTIVE WAGES PAID FOR OFFENDERS
## FISCAL YEAR 2021-2022

| JOB TITLE | WAGES PAID |
|---|---|
| RECREATION WKR 1 | $ 218.40 |
| RECREATION WKR 2 | $ 77.60 |
| RECREATION WKR 3 | $ 88.32 |
| RECYCLABLE MAT COLL | $ 348.24 |
| RECYCLABLE MAT COLL 2 | $ 2.76 |
| REFRIGERATION MECH 2 | $ 1,297.12 |
| REFRIGERATION MECH 3 | $ 10,414.69 |
| REG ACADEMIC TUTOR 1 | $ 140.00 |
| REG ACADEMIC TUTOR 2 | $ 3,024.58 |
| REGISTERED CTE TUTOR 1 | $ 17.88 |
| RELIGIOUS | $ 657.44 |
| RELIGIOUS 1 | $ 868.80 |
| RELIGIOUS 2 | $ 17,575.20 |
| RELIGIOUS 3 | $ 1,564.80 |
| REPORTER/CRSPDNT | $ 379.52 |
| SEPTIC/SEWER SERVICE 1 | $ 192.00 |
| SEPTIC/SEWER SERVICE 2 | $ 312.00 |
| SEPTIC/SEWER SERVICE 3 | $ 1,580.70 |
| SEWING MACH OPER 1 | $ 2,791.76 |
| SEWING MACH OPER 2 | $ 6,500.42 |
| SEWING MACH OPER 3 | $ 5,274.44 |
| SEWING MACH OPER 4 | $ 1,847.49 |
| SEWING MACH OPER 5 | $ - |
| SHEET METAL WKR 1 | $ 19.36 |
| SHEET METAL WKR 2 | $ 16,716.40 |
| SIGN LANGUAGE INTERPRE | $ 268.56 |
| STOCK CLERK | $ 3,418.94 |
| STOCK CLERK 1 | $ 3,109.70 |
| STOCK CLERK 2 | $ 10,186.54 |
| STOCK CLERK 3 | $ 36.80 |

| JOB TITLE | WAGES PAID |
|---|---|
| TAILOR/DRESSMAKER 1 | $ 108.88 |
| TEXTILE CUTTING OPER 1 | $ 239.20 |
| TEXTILE CUTTING OPER 2 | $ 388.32 |
| TEXTILE CUTTING OPER 3 | $ 188.16 |
| TEXTILE CUTTING OPER 4 | $ 230.00 |
| TXTILE WINTWST OPER 4 | $ 1,919.04 |
| TRACTOR-TRAILOR OPER 3 | $ 65.76 |
| TXTILE WIND/TWST OPER | $ 14,252.59 |
| UNASSIGNED | $ 11.36 |
| UPHOLSTERER 1 | $ - |
| UPHOLSTERER 2 | $ 201.00 |
| UPHOLSTERER 3 | $ 858.70 |
| UPHOLSTERER 4 | $ 291.04 |
| VEH/EQUIP CLEANER 2 | $ 550.36 |
| WELDER 1 | $ 149.94 |
| WELDER 2 | $ 2,056.90 |
| WELDER 3 | $ 1,402.74 |
| WELDER 4 | $ 2,223.20 |
| WELDER 5 | $ 383.92 |
| WOODWRKNG MACH OPER 4 | $ 674.40 |
| WOODWRKNG MACH OPER 5 | $ 141.28 |
| WORKING CELL BLOCK | $ - |

**GRAND TOTAL FOR ALL OFFENDERS: $ 1,178,839.67**

In response to the 2003 Federal Prison Rape Elimination Act (PREA), the Department enacted Regulation No. C-01-022 "Sexual Assault and Sexual Misconduct." Prison Enterprises has complied with the requirements of the regulations through the posting of appropriate PREA literature at all of our locations. In addition, to meet the needs of the facilities in regards to PREA requirements, PE printed and distributed all of the necessary PREA literature and posters through our Print Shop at Louisiana State Penitentiary.

## DURING FISCAL YEAR 21-22, PRISON ENTERPRISES HAD NO PREA ALLEGATIONS TO REPORT

## PRISON RAPE ELIMINATION ACT (PREA)

# HUMAN RESOURCES
## WORKFORCE ANALYSIS FY 21-22

## Separation by Reason



| | |
|---|---|
| Resign-Pay Reasons | 1 |
| Resign-Personal | 2 |
| Resign-Reason Not Stated | 1 |
| Resign-Work Related | 1 |
| Transfer Vol/Dept to Dept | 4 |
| Transfer-Personal | 1 |
| **Grand Total** | **10** |

■ Resign-Pay Reasons    ■ Resign-Personal    ■ Resign-Reason Not Stated
■ Resign-Work Related    ■ Transfer Vol/Dept to Dept    ■ Transfer-Personal



# HUMAN RESOURCES
## WORKFORCE ANALYSIS FY 21-22



**Applicants by Race**

- 159, 29%
- 2, 0%
- 8, 1%
- 0, 0%
- 8, 1%
- 31, 6%
- 349, 63%

- American Indian
- Asian/Pacific Islander
- Hispanic
- Black
- White
- 2 or more
- declined to state



**Jobs by Gender Females**

- 11
- 387
- Female Applicants
- Female Hires

**Jobs by Gender Males**

- 9
- 150
- Male Applicants
- Male Hires



During Fiscal Year 2021/2022, Prison Enterprises provided training for an average of 62 employees via various training opportunities. Training services for the Division of Prison Enterprises are provided by the Department of Corrections Headquarters Training Department. Prison Enterprises does not have its own Training Officer, but does have a Training Liaison. All PE employees met the required mandatory 40 hours of training annually, with the exception of new hires who must receive 80 hours. Included in these hours, all employees must receive the following 28 mandatory classes: Sexual Harassment, PREA, Violence-Free Workplace, DOC Ethics, Social Networking, Drug-Free Work-place, Blood Borne Pathogens, LA Code of Governmental Ethics, Americans with Disabilities, Appropriate Conduct/Boundaries, Fire Safety and Emergency Procedures, Return to Work, Rights and Responsibilities of Corrections Employees, Hazardous Communication, Interpersonal relations/Communication Skills, Safety Plan/Emergency Procedures/Shelter in place, Compound & Work Area Security, Employee Dress Code, Drivers Safety, Defensive Driving, Preventing Workplace Violence, Diversity & Inclusion, Employee Rules, No Tolerance Policy, Policy Review, Sustainability, Work Through Challenging Times, and Exploring Diversity.

Prison Enterprises Headquarters' employees also receive quarterly safety training provided by the PE Headquarters' Safety Officer. Field employees also attend training as required by the institution at which their operations are located. In addition to these classes, other training opportunities are provided on an as needed basis, such as Driver's Safety, CPTP, on-the-job training, conferences, and National Correctional Industries Association (NCIA) webinars .



## Employee Training by Hours Attended
### (% of Employees)

**Training Hours**

- 150 +
- 40 - 149.99
- 0 - 39.99

13% | 70% | 17%

# OVERVIEW OF
# PE OPERATIONS



**David Wade Correctional Center (DWCC) Homer, LA**
Timber
**Rangeherd**

**Louisiana State Penitentiary (LSP) Angola, LA**
Mops & Brooms
Signs
Silk Screening
Metal Fabrication & Powder Coating
Welder Fitter Apprenticeship
Print Shop
T-Shirt Factory
Tag Plant
Mattress , Broom & Mop
Rangeherd
Row Crops
Tractor Repair
Transportation
Canteen Distribution Center/Personal Property
Canteen Package Program

**Raymond LaBorde Correctional Center (RLCC) Cottonport, LA**
Garments
Linens
Livestock

**Dixon Correctional Institute (DCI) Jackson, LA**
Chairs
Embroidery
Replacement Heifers
Wakefield Meat Plant
Janitorial Services

**Allen Correctional Center (ALC) Kinder, LA**
Furniture Plant
Cabinet Maker Apprenticeship

**South West Transitional Work Program (SWTWP) DeQuincy, LA**
Garments
Timber

**Elayn Hunt Correctional Center (EHCC) St Gabriel, LA**
Soap Plant
Rangeherd

31

www.prisonenterprises.org

# SALES BY OPERATION
## FISCAL YEAR 2021-2022

| OPERATING REVENUES | TOTAL | % SALES |
|---|---|---|
| Industry Sales | $ 10,996,909 | 35.96% |
| Agriculture Sales | $ 3,042,449 | 9.95% |
| Retail Sales | $ 16,542,369 | 54.09% |
| TOTAL SALES | $ 30,581,727 | 100.00% |

## FY 21/22 SALES BY OPERATION



■ Industry Sales   ■ Agriculture Sales   ■ Retail Sales

Industry Sales, $10,996,909 , 36%

Retail Sales, $16,542,369 , 54%

$ 30,581,727

Agriculture Sales, $3,042,449 , 10%

# SALES BY CUSTOMER
## FISCAL YEAR 2021-2022

| OPERATING REVENUES | TOTAL | % SALES |
|---|---|---|
| Sales to Corrections | $   9,732,699 | 31.83% |
| Sales to State Agencies | $   5,713,674 | 18.68% |
| Sales to Non-State Agencies | $   4,612,922 | 15.08% |
| Sales to Canteens | $  10,522,432 | 34.41% |
| TOTAL SALES | $  30,581,727 | 100.00% |

### FY 21/22 SALES BY CUSTOMER



# INDUSTRY OPERATIONS
## HIGHLIGHTS

### MATTRESS, BROOM & MOP
*Louisiana State Penitentiary*
Angola, LA

| Mattress | 17,713 ea. |
|---|---|
| Brooms & Mops | 15,402 ea. |
| Pillows | 5,329 ea. |
| **Total Sales** | **$875,446** |

### METAL FABRICATION
*Louisiana State Penitentiary*
Angola, LA

| Lockers | 672 ea. |
|---|---|
| BBQ Pits/Tables | 656 ea. |
| Beds | 92 ea. |
| **Total Sales** | **$576,694** |

### TAG PLANT
*Louisiana State Penitentiary*
Angola, LA

| License Plates (embossed & screened) | 1,171,225 ea. |
|---|---|
| **Total Sales** | **$2,046,752** |

### CHAIR PLANT
*Dixon Correctional Institute*
Jackson, LA

| Chairs | 1,086 ea. |
|---|---|
| **Total Sales** | **$299,171** |



# INDUSTRY OPERATIONS
## HIGHLIGHTS

## FURNITURE MANUFACTURING & RESTORATION

*Allen Correctional Center*
*Kinder*, LA

| | |
|---|---|
| Chairs, Loveseats & Sofas | 742 ea. |
| Desks, Hutches, Tables, Bookcases & Credenzas | 346 ea. |
| **Total Sales** | **$672,013** |

## SOAP PLANT

*Elayn Hunt Correctional Center*
*St. Gabriel*, LA

| | |
|---|---|
| Deodorant Bar Soap | 3,271 cs. |
| Liquid Bleach | 2,898 gal. |
| All Purpose Cleaner | 1,463 gal. |
| Floor Wax | 733 gal. |
| **Total Sales** | **$1,181,742** |

## GARMENT FACTORIES

*Raymond Laborde Correctional Center*
*Cottonport*, LA
*Southwest Transitional Work Program*
*DeQuincy*, LA
*Louisiana State Penitentiary*
*Angola*, LA

| | |
|---|---|
| Linens | 120,204 ea. |
| Boxers | 56,274 ea. |
| Jeans/Pants | 36,330 ea. |
| Blankets | 25,301 ea. |
| **Total Sales** | **$2,479,953** |



# AGRICULTURAL OPERATIONS
## HIGHLIGHTS

### Corn

**FISCAL YEAR 2021/2022 (Crop Year 2021)**

| Acres Planted | 528 |
|---|---|
| Bushels/Acre Harvested | 200 |
| **Total Sales** | **$526,290** |





### Soybeans

**FISCAL YEAR 2021/2022 (Crop Year 2021)**

| Acres Planted | 1,560 |
|---|---|
| Bushels/Acre Harvested | 50 |
| **Total Sales** | **$1,154,876** |

### Grain Sorghum (Milo)

**FISCAL YEAR 2021/2022 (Crop Year 2021)**

| Acres Planted | 160 |
|---|---|
| Bushels/Acre Harvested | 96 |
| **Total Sales** | **$109,590** |



# LIVESTOCK
## HIGHLIGHTS

|  | Ending Inventory 06/30/2022 | Sold Total Fiscal Year 2021/2022 |
|---|---|---|
| Brood Cows | 1,578 | 473 |
| 2019 Heifers | 0 | 9 |
| 2020 Heifers | 390 | 0 |
| 2020 Calves | 0 | 160 |
| 2021 Calves | 591 | 1,084 |
| 2022 Calves | 1,619 | 88 |
| Bulls | 87 | 23 |

## TOTAL LIVESTOCK SALES & PROCEDDS — FISCAL YEAR 2021/2022

| | |
|---|---|
| DCI Replacement Heifers | $355,555.23 |
| LSP Rangeherd | $774,291.43 |
| EHCC Rangeherd | $112,918.55 |
| RLCC Rangeherd | $0.00 |
| DWCC Rangeherd | $394,333.46 |



# WAREHOUSING OPERATIONS
## HIGHLIGHTS

| CDC "Canteen Items" Sold Fiscal Year 2021/2022 | | CDC "Personal Property Items" Sold Fiscal Year 2021/2022 | |
|---|---|---|---|
| Smokeless Tobacco Products | 173,866 units | Outerwear | 9,125 units |
| Food & Beverage | 378,667 units | Underwear | 14,962 units |
| Health & Grooming | 33,462 units | Footwear | 6,223 units |
| Miscellaneous | 23,122 units | Miscellaneous | 13,125 units |
| Total Sales $10,522,432 | | | |

## Canteen Package Program

This package program, located at the Louisiana State Penitentiary (LSP), allows PE to complement our existing Canteen services by offering items for sale to eligible offenders as well as offenders' families and friends on behalf of the offender.   The items can be ordered via phone, mail or internet and are shipped directly to eligible offenders.

### Total Sales $455,182

## Wakefield Meat Plant (lbs.)

This operation procures meat and related products in bulk and ships ordered quantities to the various correctional institutions in the state.   Products sold include, but are not limited to, chicken leg quarters, sausage patties, beef roast, turkey wings, pork chops, deli meats and cheeses.   The following is a breakdown of pounds of products sold, as well as total sales for the entire operation.

| *Beef Products* | *Poultry Products* | *Pork Products* | *Other Products* |
|---|---|---|---|
| 594,897 lbs. | 1,509,635 lbs. | 277,956 lbs. | 670,291 lbs. |
| Total :   3,052,779 lbs. | | Total Sales:   $5,564,753 | |

# PE PERFORMANCE INDICATORS
## HIGHLIGHTS

| Indicator | Original Projection | FY22 Actual | Variance % | Explanation of Variance |
|---|---|---|---|---|
| Total Sales | $28,000,000.00 | $30,581,727.00 | 9.22% | Due to increases in sales to State Agencies & Non-State Agencies |
| % Complaints vs. Orders Delivered | 0.96% | 1.64% | 70.83% | There were 74 complaints out of a total of 4,511 jobs, compared to the previous fiscal year, with 53 complaints and 4,273 jobs. |
| % of Orders Damaged | 0.15% | 0.02% | -86.67% | The percent of damaged orders decreased. The number of damaged orders was again only one but the number of jobs increased causing the % to decrease. |
| % of Orders Delivered on or Before Due Date | 89.9% | 41.9% | -53.37% | The percent of on-time deliveries decreased.  The decrease is due to continued delays of raw materials and decreases in available offender workers. |
| % of Units in Compliance with ACA% | 100% | 100% | 0% | |
| % of Increase Offenders Working with PE | 1% | -0.89% | -0.89% | Total # on 6/30/2021 was 674, and total # on 6/30/2022 was 668; there were no increases or decreases in operations, fluctuation was due to  job |






**Prison Enterprises**
604 Mayflower St.
Baton Rouge, LA 70802

DOC_PE_Sales@la.gov
www.prisonenterprises.org
1-888-399-6633


Prison Enterprises