# Exhibit 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, on behalf of itself and its members; and **MYRON SMITH**, **DAMARIS JACKSON**, **NATE WALKER, DARRIUS WILLIAMS**, **KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.,**

     *Defendants*.

Civil Action No.: 3:23-cv-1304-BAJ-EWD

## EXPERT REPORT OF EVELYNN HAMMONDS

**TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION .................................................................................................... 1

    A.    Background, Qualifications, and Experience ............................................ 1

    B.    Assignment ........................................................................................... 2

    C.    Materials Reviewed .............................................................................. 2

II.   Summary of Opinions ......................................................................................... 2

III.  Conclusion ........................................................................................................ 7

## I.     INTRODUCTION

### A.     Background, Qualifications, and Experience

1.     I am the Barbara Gutmann Rosenkrantz Professor of the History of Science and Professor of African and African American Studies in the Faculty of Arts and Sciences at Harvard University; Professor of Social and Behavioral Sciences at the Harvard T.H. Chan School of Public Health at Harvard University; Director of the Project on Race & Gender in Science and Medicine at the Hutchins Center for African American Research; and, for the 2024-2025 academic year, interim Director of the Charles Warren Center for Studies in American History at Harvard University.  My research focuses on histories of science, medicine, and public health in the United States; race, gender, and sexuality in science studies; feminist theory; and, African American history.

2.     I received a B.S. in Physics from Spelman College and a Bachelor of Electrical Engineering from the Georgia Institute of Technology both in 1976; a Master of Science in Physics from Massachusetts Institute of Technology in 1980; and a Doctor of Philosophy in the History of Science from Harvard University in 1993.

3.     My service at Harvard includes serving as the first Senior Vice Provost for Faculty Development and Diversity at Harvard University (2005-2008), Dean of Harvard College (2008-2013), and Chair of the Department of History of Science (2017-2022).  My University-wide service includes:  The President's Initiative on Harvard and the Legacy of Slavery (2020-2022); the Faculty Executive Committee of the Peabody Museum and the Chair of the University-wide Steering Committee on Human Remains in the Harvard Museum Collections.  I also work on projects to increase the participation of People of Color in the fields of Science, Technology, Engineering, and Mathematics.  I am an elected member of the National Academy of Medicine (NAM) and the American Academy of Arts and Sciences.  I am the current president of the History of Science Society.  I hold honorary degrees from Bates College and Spelman College.

4.     I have published extensively, including writing articles in leading peer-reviewed academic journals and books and editing volumes for academic presses.  My research has appeared in journals such as *Nature*, *American Psychologist*, and *Science*.  I am also the author or co-author of the following books:  *The Nature of Difference: Sciences of Race in the United States from Jefferson to Genomics*; *Childhood's Deadly Scourge: The Campaign to Control Diphtheria in New York City, 1880-1930*; and *Science, Medicine, and Technology in the 20th Century: What Difference Feminism Made?*, among other editorial and membership positions.

5.     I include with this report a complete *curriculum vitae* (Appendix A), with my academic qualifications, academic positions, publications (academic and public), reports and research translations, awards and fellowships, presentations, invited lectures, and media appearances.  I have not prepared an expert report or testified as an expert at a trial, hearing, or deposition within the last four years.

**B.     Assignment**

6.     I was retained by Plaintiffs' counsel to provide expert opinions on the fields of Epidemiology, the History of Science, and the History of Medicine.  Specifically, I was tasked with providing opinions, from the perspectives of Epidemiology, the History of Science, the History of Medicine, and African American History on the risk of serious psychological and physical harm imposed by compulsory work on the Farm Line at the Louisiana State Penitentiary ("LSP" or "Angola").[1]

7.     My opinions are based on my personal and professional experience, especially my familiarity with the historical lineage of scientific practice, healthcare, and racial discrimination in the United States in conjunction with my exposure to and development of the field of the history of science, medicine, and public health in the United States from the 18th century to the present.

8.     I am being compensated at a rate of $450.00 per hour for my work preparing this report.  This compensation is not contingent on my conclusions or the outcome of this litigation. My work in this matter is ongoing, and I may review additional materials or conduct further analysis, including but not limited to analyzing and responding to expert reports or testimony offered by any experts that Defendants may retain, as well as to any rulings by the Court.  I reserve the right to update, refine, or revise my opinions as set forth in this report.

**C.     Materials Reviewed**

9.     For the purposes of this report, I have reviewed the amended complaint and other filings in this case, including the sworn declarations of named plaintiffs and class members in this case, deposition transcripts, and other discovery material produced in this action.  A complete list of the documents and data that I have relied upon for purposes of this report is provided in Appendix B.

## II.     Summary of Opinions

10.     I understand one of Plaintiffs' claims in this action is that the Farm Line violates the Eighth Amendment and Americans with Disabilities Act because it simulates chattel slavery and indentured servitude in numerous ways, thereby subjecting incarcerated individuals who work on or may be assigned to work on the Farm Line to serious psychological and physical harm.

11.     My conclusions are summarized below:

12.     **Epidemiology**.  In the United States, chattel slavery, indentured servitude, and the Jim Crow laws that enforced racial segregation and disenfranchisement created health disparities, which continue to exist.  Epidemiological research demonstrates that America's violent, inhumane, and abusive history of enslavement has had an impact on contemporary health

---

[1] For purposes of this report, I understand the "Farm Line" to refer to the compelled labor vegetable operations at Angola.

outcomes.[2]  Specifically, epidemiological research confirms that, due to the experiences of chattel slavery, indentured servitude, and the Jim Crow era, Black people in the U.S. face higher risks of posttraumatic stress disorder, obsessive-compulsive disorder, depression, and other physical and mental health conditions.[3]

13.    Epidemiologists and public health researchers have long noted the strong relationship between stressors associated with structural racism and persistent discrimination.[4] Epidemiological research has demonstrated how racial discrimination and economic inequality have contributed to negative health outcomes for Black Americans and poor white Americans.[5] As Nancy Krieger, an internationally recognized social epidemiologist, notes:  "Jim Crow as well as its abolition had both immediate and enduring health consequences for African Americans."[6]  In addition, specialists studying social determinants of health have noted the ongoing somatic and mental health consequences of historical trauma.[7]  These historians have developed methodologies to define, track, and measure the health and economic inequalities caused by discrimination, or as Krieger puts it, "day to day unfair treatment."[8]

14.    From an epidemiological perspective, the Farm Line poses a substantial risk of psychological and physical harm to the incarcerated men who are or who may be assigned to it. The fact that these individuals are compelled at gunpoint or by punishment to perform menial agricultural labor that appears intentionally designed to degrade and demean their humanity[9] for effectively no pay atop a former plantation is a simulation of past enslavement and indentured labor—a traumatic history well known as one of the most abhorrent and inhumane legacies of

---

[2] Jones, DS, Hammonds, E, Gone, JP, Williams, DR, "Explaining Health Inequities – The Enduring Legacy of Historical Biases." *New England Journal of Medicine*, 2024 Feb. 1; 390(5): 389-395; Sharla M. Fett, *Working Cures:  Healing, Health, and Power on Southern Plantations*. Chapel Hill: University of North Carolina Press, 2002; Rana Hogarth, *Medicalizing Blackness: Making Racial Difference in the Atlantic World, 1780-1840*. Chapel Hill, University of North Carolina Press, 2017; Sean M. Smith and Christopher D. E. Willoughby, Healing and History in the Atlantic World. Louisiana University Press, 2021; Jim Downs, Sick From Freedom:  African American Illness and Suffering during the Civil War and Reconstruction. New York: Oxford University Press, 2012.

[3] Nancy Krieger, "Discrimination and Health Disparities", Int, Journal of Health Services 2014; 44 (4): 643-710; Edward Beardsley, *A History of Neglect: Health Care for Black and Mill Workers in the Twentieth Century South*. Knoxville: University of Tennessee Press, 1990; Williams, D. R. (2018). Stress and the Mental Health of Populations of Color: Advancing Our Understanding of Race-related Stressors. *Journal of Health and Social Behavior,* 59(4), 466-485. https://doi-org.ezp-prod1.hul.harvard.edu/10.1177/0022146518814251

[4] Jones, DS, Hammonds, E, Gone, JP, Williams, DR, 2024

[5] Krieger, 2014; Beardsley, 1990; Williams, 2018

[6] Krieger, 2014: 690

[7] Krieger, 2014; Williams, D. R. (2018). Stress and the Mental Health of Populations of Color: Advancing Our Understanding of Race-related Stressors. *Journal of Health and Social Behavior,* 59(4), 466-485. https://doi-org.ezp-prod1.hul.harvard.edu/10.1177/0022146518814251; Nancy Krieger, "Discrimination and Health Disparities", *Int, Journal of Health Services* 2014; 44 (4): 643-710

[8] Id. 692

[9] *See*, e.g., Deposition of Paul Toce at 194 (describing the Farm Line as so degrading that its social connotations influence behavior)

the United States.  Consequently, the Farm Line straddles a thin line of punishment and humiliation while instigating a considerable risk of psychological and physical harm.

15.      In my view, these risks stem from two overarching factors:

16.      First, the physical environment of the Farm Line engenders an aura of traumatic memory that some employees of Angola ask us to collectively ignore—namely, that Angola was once a plantation,[10] and since pre-Civil War chattel slavery, has never stopped being a source of compelled labor.[11]  But both Plaintiffs and Defendants have expressed an understanding that objectively and subjectively the Farm Line mirrors this vicious past.  The Field Operations Colonel at Angola stated that if we were to look "at a picture of a slave and a picture of the Farm Line, you can see where there's some resemblance."[12]  Indeed, many staff members at Angola have "heard inmates complain" about being treated as if they are slaves.[13]  For their part, Plaintiffs have complained of psychological malaise, ranging from mental health concerns to psychological pressure.[14]  Yet Defendants believe this is acceptable.  In fact, Defendants believe this is the Farm Line's mission.  "Living at Angola is a beast," explained Angola's Chief Medical Officer, "and [Plaintiffs] should have anxiety and fear, and they do."[15]  This reveals very similar rhetoric from the 18th century to mid-19[th] century that Black men on plantations should fear their masters and their conditions of servitude.  This abusive idea of control and fear based on racial and social hierarchy created the precise health outcomes that scholars study today.

17.      This leads to my second point:  the Farm Line is an atavism.  In science, an atavism is an evolutionary characteristic that once served the survival of an organism but has since lost its use value.  That plantation slavery in essence vanished from American culture was a necessary step in the evolution of universal freedom, but the Farm Line asks us to negate the lasting effects of this pivotal transformation in American life.  In lieu of the profit motive and social engineering elements of old that tried to limit the expansion of Black populations while deriving handsome profits from their labor, the Farm Line's modern plantation serves no social scientific purpose other than to punish, degrade, and dehumanize its captives beyond the fact of their imprisonment.[16]  All of these incarcerated men, whether Black or not, are compelled by guards with guns and a pusher to work at a certain level of efficiency.  Additionally, as per Angola's Disciplinary Matrix and Defendants' testimony, a quota system exists on the Farm

---

[10] *See* Deposition of Amber Vittorio at 59 to 62 (stating that society is sensitive to the topic of slavery and that Angola no longer discusses it during prison tours)

[11] Armstrong, Andrea C. 2012. *Slavery Revisited in Penal Plantation Labor*. Seattle University Law Review.

[12] *See* Deposition of Huey Pidgeon at 159.

[13] *See id.* at 158 (attesting to knowledge that incarcerated men compare the Farm Line to slavery); Deposition of Orlando Scott at 160.

[14] *See* Deposition of Nate Walker at 23; *See also* Deposition of Joseph Guillory at 18; Deposition of Tyrone Washington at 15; Deposition of Diego Comeaux at 26; Deposition of Chadarius Morehead at 28-30.

[15] *See* Deposition of Paul Toce at 198.

[16] *See* Deposition of Roland Sylvester at 15–20.

Line, which historians and sociologists of American slavery understand as the backbone of the managerial infrastructure of the American South.[17]

18.    Further highlighting the Farm Line's resurrection of past violence is the fact that Angola's employees face the risk of some form of punishment if incarcerated men working on the Farm Line do not complete their tasks successfully.[18]  Menial agricultural labor for effectively no pay, all atop a former plantation, runs the risk of creating psychological torment.  Specifically, this is the architecture of psychological torture for those whose enslaved ancestors were forced to work similar fields to those of Angola.

19.    **History of Science.**  From a history of science perspective, doctors and medical professionals participating in social regimes, such as concentration camps in Nazi Germany and plantations during chattel slavery, under which certain groups were deemed sub-human, have historically misdiagnosed and/or mistreated patients from the subjugated groups in order to prioritize the needs of the social regime.  The discovery record indicates that this is occurring at LSP, where medical professionals profess strong doubt about patient accounts of symptoms, assume malingering and manipulation, and prioritize purported needs of the carceral institution, specifically labor supply, over known health risks.[19]

20.    Today, scholars agree that these early scientific notions of racial inferiority coalesced around the concept of "soundness."[20]  Soundness focused on the capacity of enslaved people to labor.  All medical treatment which included mental ailments they received on plantations was oriented toward preserving their ability to labor because the presence of illness diminished their value as property.  Soundness defined slave health "as the capacity to labor, reproduce, obey and submit."[21]  As the historian of health and race Sharla Fett notes, slaveholders who were not medical experts themselves shared these medical ideas about soundness.  Injuries—both psychological and physical—abounded on plantations, which bled into other areas of America's healthcare infrastructure.

21.    Consequently, much like the idea of "soundness," white physicians came to focus a great deal of commentary about slaves' health involving what they called "feigned illness."  This concept was used to argue that the enslaved were pretending to be ill in order to avoid work.  Feigned illness, white physicians argued, was a racial trait that all enslaved people carried, and served as a sign that the enslaved were being resistant to medical authority.  In this way there was a thin line between medical treatment and discipline on plantation.[22]

---

[17] *See* Disciplinary Rules and Procedures for Adult Inmates, 022238 at -273 ("Falling far short of fulfilling reasonable work quotas is not permitted" and is punishable by, among other things, solitary confinement); *See also* Ed. Sven Beckert and Seth Rockman, *Slavery's Capitalism: A New History of American Economic Development* (University of Pennsylvania Press, 2016)
[18] *See* Deposition of Orlando Scott at 95
[19] *See* generally Deposition of Paul Toce; Deposition of Randall Lavespere.
[20] Fett, 2002; *See also* Todd Lee Savitt, *Medicine and Slavery: The Diseases and Health Care of Blacks in Antebellum Virginia, Blacks in the New World*. Urbana: University of Illinois Press, 1978.
[21] Id. 20
[22] Id. 150

22.    The Farm Line continues this harmful tradition.  Even though Black people experienced the brunt of this racialized violent past, the Farm Line's regime of discipline and psychological abuse ultimately impacts all people who are compelled to work on it. Nonetheless, it poses an especially dangerous risk to Black people, who suffer from an enhanced risk of psychological and physical harm based on historical circumstances.[23]

23.    **History of Medicine.**  The field of medicine developed against this backdrop of racial inequality and legal discrimination.  As a consequence, medical professionals routinely ignored or mistreated psychological harm to ensure that certain categories of people continued to labor on plantations as slaves, on private land as sharecroppers, or as patients in mental health institutions.  Such inequalities in healthcare persist today, as medical professionals proceed to misdiagnose or altogether ignore the risks of psychological and physical harm so that certain categories of people face can continue performing compelled labor.

24.    This racialized perspective on health continued into in the post-Civil War period, creating an array of discriminatory medical practices, treatments, and experimentation that disrupted and worsened black people's already weakened mental health.[24]  Until about the middle of the 19th century many white physicians believed that enslaved people were immune to mental illness.  They mistakenly reasoned that the controlled environment of the plantation protected black people from the stresses of civilization and freedom that white Americans enjoyed—owning property, participating in business ownership, civic life, and rearing a family. In this vein, white medical practitioners ignored the psychological impact of the constant surveillance, harsh working conditions, and the threat and use of violence that dehumanized Black people.

25.    As time passed, it became glaringly obvious that Black people indeed suffered from mental illnesses.  In response, many states, such as Maryland, erected mental institutions.[25] Built to allegedly rehabilitate Black people facing mental health crises, and known for their harsh labor regimes as a form of treatment, these institutes argued that subjecting the body to heightened forms of physical and emotional stress provided palliative effects.  In other words, suffering had so-called healing qualities for Black people.  This draconian view would ultimately leave Black people with few opportunities to receive proper medical care.

26.    As such, white physicians came to collectively ignore or downplay the effects of systemic racism, increasing poverty, urban living, adverse family structures and migration that led to mental illness among Black people.  Instead, they focused on putting these people to work. Scholars today continue to note that corporal punishment and labor emerged as so-called curatives for both disease and mainstream psychological ailments.  As a result, mental health care for Black people was limited, ineffective and largely served to remove those with mental illness from having contact with white communities.

---

[23] Krieger, 2014; Beardsley, 1990; Williams, 2018
[24] David R. Williams, Selina Mohammed "Discrimination and Racial Disparities: Evidence and Needed Research," *J. Behav. Med*. 2009, Feb. 32(1): 20-47; Tony N. Brown, David R. Williams, James Jackson et al. "Being Black and Feeling Blue:  The Mental Health Consequences of Racial Discrimination," *Race & Society*, 2000, Vol. 2 (2)p. 117-131.
[25] Antonia Hylton, *Madness: Race and Insanity in America*. New York: Legacy Lit., 2024.

27.    The historical record shows that Black people in the antebellum and post-Reconstruction periods rarely received treatment as "patients" by most white physicians.  Rather, society objectified them for medical research and experimentation.  They, too, simply neglected them.  As Fett notes, "60 years after slavery," contemporaneous white historians believed, "[t]he negro slave was a child, anxious to shirk work and making much of his illnesses."[26]  It was widely believed that the unhealthful environmental conditions many Black people lived under—particularly in urban and rural environments—were not the cause of ill health, but rather a consequence of the inability of Black people to care for themselves properly.

28.    That the Farm Line disciplines, punishes, degrades, and dehumanizes while instigating a considerable risk of psychological and physical harm is a remnant of earlier plantation management ideologies, medical theories, and practices about racial differences.  Angola's Farm Line personnel's troubling comments that men on the line fake mental health episodes to shirk punishment confers an eerie vignette of a dangerous, bygone era—slavery and de facto discrimination.[27]  The Farm Line boastfully carries this tradition.  LSP employees know that the Farm Line is degrading and that it comes with social connotations that might engineer new behavioral conduct, all while downplaying or championing the psychological harm it creates.[28]  In turn, the Farm Line evidences structural indifference to the pain and suffering it engenders.  It is the continuation and progeny of the plantation.

## III.    Conclusion

29.    It is my opinion, based on the materials presented to me, that the Farm Line at LSP creates a significant risk of exacerbating or generating psychological and physical harm because its operation and punitive power continues, mimics, and relies upon the precise history that has created the differential health outcomes Black people face today.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 30, 2024, in Cambridge, Massachusetts.

/s/   Evelynn Hammonds
Evelynn Hammonds

---

[26] Fett, 2002
[27] *See* Deposition of Orlando Scott at 132-133
[28] *See* Deposition of Paul Toce at 194-195; 198

# CURRICULUM VITAE

**Evelynn M. Hammonds**
**Barbara Gutmann Rosenkrantz Professor of the History of Science**
**Professor of African and African American Studies**
**Faculty of Arts and Sciences**
**Professor of Social and Behavioral Sciences**
**Harvard T. H. Chan School of Public Health**
**Harvard University**

Office Telephone:  (617) 495-4336
Office FAX:  (617) 495-3344
E-mail:  evelynn_hammonds@harvard.edu

## EDUCATION

1993  Ph.D.  Harvard University, History of Science

1980  S.M.   Massachusetts Institute of Technology, Physics

1976  B.S.    Spelman College, Physics

1976  B.E.E. Georgia Institute of Technology, Electrical Engineering

## ACADEMIC POSITIONS

2024-2025 Interim director of the Charles Warren Center for Studies in American History, Harvard University

**2022-2024**  Audre Lorde Visiting Professor of Queer Studies, Spelman College

**2022 - present** Professor of the Social and Behavioral Sciences, Harvard T.H. Chan School of Public Health

**2017 – 2022** Chair**,** Department of the History of Science, Harvard University

**2013 – present** Director, Project on Race & Gender in Science & Medicine, Hutchins Center for African and African American Research, Harvard University

**2007- present** Barbara Gutmann Rosenkrantz Professor of the History of Science and Professor of African and African American Studies, Harvard University

2008- 2013   Dean of Harvard College

2005- 2008   Senior Vice Provost for Faculty Development and Diversity, Harvard University

2005-2006   Director of Undergraduate Studies, Dept. of African and African American Studies, Harvard University

**2002-present** Professor of the History of Science and Professor of African and African American Studies, Harvard University

1999- 2002   Associate Member, Department of the History of Science Harvard University

2001         Founding Director, MIT Center for the Study of Diversity in Science Technology and Medicine

1999         Visiting Associate Professor of the History of Science And Women's Studies, University of California Los Angeles

1998-2002   Associate Professor of the History of Science (w tenure) Massachusetts Institute of Technology

1997- 1998   Associate Professor of the History of Science, (w/o tenure) Massachusetts Institute of Technology

1992 -1997   Assistant Professor of the History of Science, Massachusetts Institute of Technology

1990 - 1991  Visiting Assistant Professor of the History of Science Hampshire College

## FELLOWSHIPS AND HONORS

President, History of Science Society 2024-2026.

Vice President - President- Elect, History of Science Society, 2024-2026.

Pauli Murray Award, Outstanding Contribution to the LGBTQ+ Community at Spelman College, Lavender Graduation 2023

Honoree, Boston's Black Women Lead Project, 2023.

Elected Fellow of the American Academy of Arts and Sciences, 2021.

Fielding H. Garrison, Distinguished Lecture, American Association for the History of Medicine, April, 2021.

Harvard Graduate School of Arts and Sciences (GSAS) names new award, "The Evelynn M. Hammonds Award for Exceptional Service to the BGLTQ+ Inclusion" May, 2021.

Middle Tennessee State University Strickland Lecture, October 22, 2020

Making a Difference for Women Award, Women in the Enterprise of Science & Technology (WEST), September 23, 2020

Boston University 5th Annual ARROWS Lecture, May, 2019

Harvard Foundation, Scientist of the Year, April, 2019

SYZGY Lecture, Center for the Study of Race and Ethnicity, Connecticut College, April, 2019

Elected, National Academy of Medicine, October, 2018

Lyne Starling Trimbling Lecture, American Center for Physics, May, 2018

G. R. Patterson Lecture, Canadian Society for the History of Medicine, CHM Annual Meeting, Toronto, Canada, May 28, 2017

History of Science Society Distinguished Lecture, History of Science Society Annual Meeting, Atlanta, Ga.,Nov. 6, 2016

Founder's Award, Lawyers' Committee for Civil Rights and Economic Justice, Boston, MA, June 10, 2014

The Centennial Yerby Lecture in Public Health, Harvard School of Public Health, "The Progressives' Vision: Public Health is Purchasable."  May 6, 2014

"Woman of Courage and Conviction Award," Greater Boston Chapter of the National Council of Negro Women, March 2014

Ida B. Wells Distinguished Lecture, Spelman College, Sept.  2013

"Leaders: The New Face of Progress," The Root.com, June, 2013

Women Science and Technology (WST), Distinguished Lecturer Award, The Center for the Study of Women, Science, and Technology (WST) Georgia Institute of Technology, 2013

Honorary Doctorate of Humane Letters, Bates College, 2011

YWCA Empowering Women Award, 2010
YWCA, Cambridge, MA

Catalyst Award, Science Club for Girls, Cambridge, MA, 2009

Fellow of the Association of Women in Science (AWIS), 2008

Trailblazer Award, 125th Anniversary, Spelman College, 2006

Honorary Doctorate of Humane Letters, Spelman College, 2004

Walker Ames Distinguished Professor
University of Washington, Seattle, 2004

Spelman College Alumnae Achievement Award, 2003

Sigma Xi, Distinguished Lecturer
Sigma Xi, The Scientific Research Society, 2003-2005

The HistoryMakers, Interview in Library of Congress, 2002

Phi Beta Kappa, Epsilon Chapter of Georgia , 2001
(elected as alumni of Spelman College)

Visiting Scholar, Max Planck Institute for the History of
Science, Berlin, Germany, 2001

Class of 1947 Career Development Chair, MIT, 1995-98

Post-doctoral Fellowship, National Endowment
for the Humanities, in residence at the Institute for Advanced
Study, Princeton, 1994-1995

Sadie T. M. Alexander Prize for Outstanding Contributions to
Black Women, Spelman College, 1995

Ford Foundation Doctoral Dissertation Fellowship for Minorities
1991-92

Five College Minority Dissertation Fellow, 1989-90

Minority Prize Fellowship, Harvard University, 1985-91


**FIELDS OF RESEARCH**

History of Science, Medicine, Biomedical Sciences and Public Health in the
United States, 19th and 20th centuries
Race, Gender and Science Studies, United States
Feminist Theory, United States
Genetics and Society

**SELECTED PUBLICATIONS/Webinars**

**Most Recent**

2024.       Michael Yudell, Evelynn Hammonds, "What  does it Mean to
            Abandon Race in Science?" *Experimental Physiology,* 2024:
            109, 1246-1248

2024         D.S. Jones, S.H. Podolsky, M. Kerr, E.M. Hammonds,
            "Slavery    and the Journal – reckoning with History and
            Complicity, *New England Journal of Medicine,* Dec. 7, 2023.

2023        Mildred K. Cho, Stephanie Malia Fullerton, Evelynn M.
            Hammonds, Sandra Soo-Jin Lee, Aaron Panofsky & Jenny
            Reardon, "Pangenomics: Prioritize diversity in Collaborations",
            *Nature* 619, 698 (2023)

2023        M. Yudell, S. Gil-Riano and E. Hammonds, "The Evolution of
            Race and Population Identifiers in Scientific Thought and
            Practice," ELSIhub Collection Series, The Race Concept in
            Genomic Age, Center for ELSI Resources and Analysis
            (CERA) Spring, 2023.

2023        Jenny Reardon, Sandra Soo-Jin Lee, Sara Goering, Stephanie
            M. Fullerton, Mildred K. Cho, Aaron Panofsky, and Evelynn
            M. Hammonds, "Trustworthiness matters: Building Equitable
            and Ethical Science," *Cell* 186, Feb 16, 2023, pp. 1-5.

2023        Michelle Meyer, Erik Parens, P. Applebaum, S. Soo-Jin Lee, D.
            O. Marstschenko, D. J. Benjamin,S. Callier,N. Comfort, D.
            Conley, J. Freese,N.A. Garrison, E. M. Hammonds, K. P.
            Harden, A. Martin, B. Neale, R.Palmer.,J. Tabery,E.
            Turkheimer, P. Turley, "Wrestling with Social and Behavioral
            Genomics: Risks, Potential Benefits and Ethical Responsibility"
            *Hastings Center Report*s 53, no.2, pp. S2-S49, March-April
            2023.

2023        Lewis, A.C., Molina, S.J., Applebaum, P.S.,Dauda, B., Fuentes,
            A., Fullerton, S.M.,Nanibaa, A., G., Ghosh, N., Green,
            R,C.,Hammonds, E.M., Jeff, J.M., "An Ethical Framework for
            Research Using Genetic Ancestry, " *Perspectives In Biology
            and Medicine,* 66, no.2 (2023):225-248

2022        Anna C. F. Lewis, Santiago J. Molina, Paul S. Appelbaum,
            Bege Duada, Anna Di Renzo, Augustin Fuentes, Stephanie M.
            Fullerton, Nanibaa Garrison, Nyanika Ghosh, Evelynn M
            .Hammonds, David S. Jones, Eimear E. Kenny, Peter Kraft,
            Sandra S.-J Lee, Madelyn Mauro, John Novembre, Aaron
            Panofsky, Mashaal Sohail, Benjamin M. Neale, Danielle Allen,
            "Getting Genetic Ancestry Right for Science and Society"
            *Science* , 2022(376) 6590, 250-252)

2022        Evelynn Hammonds,Valerie Taylor, Rebekah Hutton, Editors.
            "Transforming Trajectories for Women of Color In Tech ",
            National Academies of Science, Engineering and Medicine.

2022        Evelynn M. Hammonds, Howard Markel, David Rosner,
            Rosemary Stepvens, eds.; authors: Laura H DeStafano,Andrea
            Schultz,Edward Berkowitz, *A History of the National Academy
            of Medicine:  50 Years of Transformational Leadership* ,
            Washington, DC: The National Academies Pres.
            https:/doi.org/10.17226/26708.

2021        Evelynn M. Hammonds, "A Moment or A Movement? The
            Pandemic, Political Upheaval and Racial Reckoning," *Signs:
            Journal of Women in Culture and Society*, 2021, vol. 47, no. 11.

2020        Producer and Host, 7-part webinar series, "Epidemics and
            Health Disparities in African American Communities, Apr. –
            May 2020, Project on Race & Gender in Science &Medicine,
            Hutchins Center for African and African Research, Harvard
            University.

2020        Evelynn Hammonds, "Enshrining Equity in Democracy,"
            *Science* 4 Sept. 2020, vol. 369, issue 6508, p. 1147

2020        Evelynn Hammonds and Susan Reverby, "Economic reforms
            might be the best health-care reforms." *The Washington Post*,
            Aug. 3, 2020

2020        Isaac Chotiner, Interview with Evelynn Hammonds, "How
            Racism is Shaping the Coronavirus Pandemic, *The New Yorker*,
            May 7, 2020

2019        Evelynn Hammonds and Susan Reverby, "Toward A
            Historically Informed Analysis of Racial Health Disparities
            Since 1619" *American Journal of Public Health*, Oct. 2019,
            vol, 109, no. 10, 1348-1349

2017        Correspondence, with Susan Reverby, "Statues: Researchers to
            mind their history," *Nature*, vol. 549, 21 Sept. 2017, p. 334.

2012        Lundy Braun and Evelynn Hammonds, " The Dilemma of
            Classification: The Past in the Present" in Wailoo, Nelson, et
            al, editors, <u>Genetics and the Unsettled Past</u> (Rutgers University
            Press, 2011)

2011        Evelynn Hammonds, Foreword, Sheldon Krimsky and Kathleen
            Sloan, <u>Race and the Genetic Revolution: Science, Myth and
            Culture</u> (Columbia Univ. Press, 2011)

2008        Lundy Braun and Evelynn Hammonds, Race, "Population, and
            Genomics: Africa as laboratory," <u>Social Science and Medicine,</u>
            vol. 30 (2008) pp. 1-9

2007        Evelynn Hammonds (w co-authors) "Racial Categories in
            Medical Practice: How Useful Are They?" <u>PLOS Medicine,</u>
            vol. 4, issue 9, (Sept. 2007) e271

2005        "Straw men and their Followers: The return of biological race"
            published in on-ine web forum on Race and Genomics by the
            Social Science Research Council (SSRC) at
            http://raceandgenomics.ssrc.org/

            The Use of Race Variables in Genetic Studies of Complex Traits
            and the Goal of Reducing Health Disparities: A
            Transdisciplinary Perspective" (with co-authors<u>) American
            Psychologist</u>, vol. 60, no. 1 January 2005.

2003        Conversation on Feminist Science Studies," with B.
            Subramanian, <u>Signs: Journal of Women in Society.</u>


## Books

2022        Evelynn M. Hammonds, Valerie Taylor and Rebekah Hutton,
            eds. <u>Transforming Trajectories for Women of Color in Tech,</u>
            National Academy of Sciences Press, 2022


2011        <u>The Harvard Sampler: Liberal Education for the Twenty-first
            Century,</u>  edited by Jennifer M. Shephard, Stephen M. Kosslyn,
            and Evelynn M. Hammonds (Harvard University Press)

2008        <u>The Nature of Difference:  Sciences of Race in the United
            States from Jefferson to Genomics</u> ,co-authored with Rebecca
            Herzig (MIT Press)

            <u>The Logic of Difference: A History of Race in Science and
            Medicine in the United States, 1850-1990</u> – in progress

            Consulting Editor, <u>Encyclopedia of Science, Technology, and
            Society</u> (forthcoming from Oxford University Press)

1999        <u>Childhood's Deadly Scourge: The Campaign to Control
            Diphtheria</u> in New York City, 1880-1930 (Johns Hopkins
            University Press)

## Chapters in Books

2011        Foreword to Sheldon Krimsky & K. Sloan, "Race and the
            Genetic Revolution: Science, Myth, and Culture," (Columbia
            University Press)

2005        "Gendering the Epidemic:  Feminism and the Epidemic of
            HIV/AIDS in the United States, 1981-1999" in Angela Creager,
            Elizabeth Lunbeck and Londa Schiebinger, eds. <u>Science,</u>

    Medicine, and Technology in the 20th Century:  What
Difference Has Feminism Made? (University of Chicago Press)

1997    "Toward a Genealogy of Black Female Sexuality:  The
Problematic of Silence" in M. Jacqui Alexander and Chandra
Talpade Mohanty, eds.,  Feminist Genealogies, Colonial
Legacies, Democratic Futures (Routledge). Also appears in
Janet Price and Margrit Shildrick, eds, Feminist Theory and the
Body, A Reader (Routledge, 1999)

1997    "Seeing AIDS: Race, Gender and Representation" in J.
Manlowe and N. Goldstein, eds. The Gender Politics of
HIV/AIDS in Women: Perspectives on the Pandemic in the
U.S., New York University Press.

1997    "When the Margin is the Center: African-American
Feminism(s) and 'Difference'" in Joan W. Scott, Cora Kaplan,
and Debra Keates, eds. Transitions, Environments,
Translations:  Feminisms in International Politics, Routledge.

1997    "New Technologies of Race" in Jennifer Terry, Melodie
Calvert, eds. Processed Lives: Gender and Technology in
Everyday Life, Routledge.

1995    "Science, Politics, and the Art of Persuasion: Promoting the
New Scientific Medicine in New York City" with Elizabeth Fee
in David Rosner ed., Hives of Sickness: Public Health and
Epidemics in New York City, New Brunswick: Rutgers
University Press, 155-196.

## Other Major Publications

2004    "Power and Politics in Feminism's History and Future," Journal
of Women's History,

1996    Barbara Laslett, Sally G. Kohlstedt, Helen Longino, and
Evelynn Hammonds, eds. Gender and Scientific Authority,
University of Chicago Press.

1995    "Black (W)holes and the Geometry of Black Female Sexuality,"

<table>
<tbody>
<tr><td></td><td>differences: A Journal of Feminist Cultural Studies, 6.2+3, 1994, 127-145. (Also appears in Kum-Kum Bhavani, ed. Feminism and 'Race,' Oxford University Press, 2000)</td></tr>
</tbody>
</table>

|      |                                                                                                                                                                                                              |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1993 | "Clarence Thomas, Affirmative Action and the Academy" in B. Thompson and S. Tyagi, eds., Beyond A Dream Deferred: Multicultural Education and the Politics of Excellence, Univ. of Minnesota Press            |
| 1992 | "Science" and "Roger Arliner Young" in Darlene Clark Hine, ed. Black Women in America: An Historical Encyclopedia, New York: Carlson Publishing, Inc., 1992                                                   |
| 1990 | "Missing Persons: Black Women and AIDS," Radical America, 24:2, (April-June 1990, pub. July 1992) pp. 7-24. (Also appears in Beverly Guy-Sheftall, ed., Words of Fire: An Anthology of African-American Feminist Thought, The New Press, 1995) |
| 1990 | "Conflicts and Tensions in the Feminist Study of Gender and Science" with Helen Longino in E. F. Keller and M. Hirsch |

eds.,

|      |                                                                                                                                 |
|------|---------------------------------------------------------------------------------------------------------------------------------|
|      | Conflicts in Feminism, New York: Routledge, 164-183.  (Part 2 of this essay, (pp, 176-181) were written by me as identified in the text.) |
| 1987 | "AIDS in Africa," with M. Cerullo, Radical America, vol 20, no. 7, 1987                                                          |
| 1986 | "Race, Sex, AIDS: The Construction of Other," Radical America, 5:6. (Also appears in Margaret Andersen and Patricia Hill Collins, eds. Race, Class, and Gender; An Anthology, Belmont, CA: Wadsworth Publishing Co., 1991 and 1995, and S. Maasik and J. Solomon eds. Signs of Life in the U. S. A.: Readings on Popular Culture for Writers, Boston: Bedford Books of St. Martin's Press, 1994) |

## Reviews

2002        Review of Keith Wailoo, <u>Dying in the City of the Blues: Sickle</u>
            <u>Cell Anemia and the Politics of Race and Health</u> (Chapel Hill:
            University of North Carolina Press, 2001) <u>Journal of Health</u>
            <u>Politics, Policy and Law</u> 27: 125-129.

1998        Review of Susan L. Smith, <u>Sick and Tired of Being Sick and</u>
            <u>Tired: Black</u> Women's Health Activism in America, 1890-
            <u>1950.</u>(Philadelphia: University of Pennsylvania Press, 1995),
            <u>Bulletin of the History of Medicine</u> 72: 158-159.

1997        Review of Donna J. Haraway,
            <u>Modest_Witness@Second_Millennium.FemaleMan©</u>
            <u>Meets_Oncomouse™: Feminism and Technoscience</u> (New
            York: Routledge, 1997) <u>Journal of the History of Biology</u> 30:
            494-497, 1997

1994        Review of  Barbara Bair and Susan Cayleff, eds. <u>Wings of</u>
            <u>Gauze: Women of Color and the Experience of Health and</u>
            <u>Illness</u>, <u>Women's Review of</u> Books, November, 1994

1993        "Physician, Heal Thyself," Review of "Medicine at the
            Crossroads" <u>Technology Review</u>, April, 1993

1993        Review of Barbara Bates, <u>Bargaining for Life: A Social History</u>
            <u>of Tuberculosis, 1876-1938</u>, <u>Journal of American History</u>.
            Winter, 1993

1993        Review of Helen Bequaert Holmes and L. Purdy, <u>Feminist</u>
            <u>Perspectives in Medical Ethics</u> and Susan Sherwin, <u>No Longer</u>
            <u>Patient: Feminist Ethics and Health Care</u>, in <u>Women's Review</u>
            <u>of Books</u>, May,                    1993

1991        Review of  ""Science and Technology," <u>Sage: A Scholarly</u>
            <u>Journal on Black Women</u>," <u>Science</u>, Aug. 31, 1991, p. 919.

1990        Review of Evelyn C. White, <u>The Black Women's Health</u>
            <u>Book: Speaking For Ourselves</u>, <u>Women's Review of Books</u>,
            June, 1990, p. 1.

1989        Review of Darlene Clark Hine, <u>Black Women in White: Racial Conflict in the Nursing Profession</u>, <u>Women's' Review of Books</u>, October, 1989


**SEMINARS, COLLOQUIA, ETC.**


Panelist, Conversation on the Use of Ancestry, AAAS Annual Meeting 2023.

Panelist, Reproductive Justice Against Eugenics, Past and Present, University of Wisconsin-Madison, April, 2023

Project Scholar, "Long Division: The Persistence of Race Project," online magazine, **Undark**. Video Commentary, "How Difference became Destiny". December, 2022.

Lecture, Who Counts? Workshop, Institute for Pure and Applied Math, UCLA, June 2022.

Panelist, Reckoning with Race and Racism in Academic Medicine, Johns Hopkins University, May 5, 2022

Panel Presentation, Workshop on Structural Racism and Rigorous Models of Social Inequity, NASEM, May 17, 2002

Lecture, "The Double Bind Revisited:  The Price of Being a Minority Woman in Science in the 21st Century". Diversity, Equity and Inclusion Project, National Academy of Science, Engineering and Medicine (NASEM), March 30, 2022

Interview with Dr. Shirley Malcom, Living Legends Project, National Academy of Medicine, (NAM) February, 2022.

Interview with Prof. Anita F. Hill Book Talk, Radcliffe Institute for Advanced Study, February 10, 2022

Lecture, Hess Faculty Seminar on Bioethics, United States Holocaust Museum. January 5, 2022

Podcast, Harvard Museum of Science and Culture (HMSC) Connects! Podcast with Jennifer Berglund, Aug. 15, 2020

Participant, Social/Behavioral Genomics Working Group, Hastings Center, 2019-2020

Lecture, Tisch College Webinar on Navigating the Pandemic, Tufts University, July 22, 2020

Lecture, Race & Resistance Workshop, Research Centre in the Humanities, Oxford University, June 5, 2020

Panelist, Secret Court 100: Harvard's Queer Century Series – Living History, Harvard University May 21, 2020

Panelist, Creating a Usable Past: Epidemic History COVID-19 and the Future of Health, American Assoc. of the History of Medicine, May 8, 2020.

Sexuality & Social Justice, 2nd Annual Dr. Levi Watkins Lecture Series, Spelman College, Feb. 20, 2020

Keynote, Black Health Matters Conference, Harvard University, February 2020

Keynote Panelist, University Forum: Racism in America IV:  The Return of Biological Race: Has the Old Become New Again,  American Psychoanalytic Association Annual Meeting, February13, 2020

Panelist, "The New York Times, 1619 Project and the History of Public Health, Harvard T. H. Chan School of Public Health, October 2020

Moderator, Flash Talk Session, American Association for the History of Medicine, Annual Meeting, April, 2019

Paper, "W.E.B. DuBois and the Challenge to Scientific Racism," Boston Colloquium for the Philosophy of Science, April, 2019

Panelist, "Human Genetic Research:  Overcoming Race" AAAS Annual Meeting,  February, 2019

Moderator, "Race-making and Reproductive Medicine in N. America, 1830-1910" American Historical Assoc. Annual Meeting            January, 2019

Panelist, Colloquium on Social Equity, Diversity and Inclusion in Higher Education:  South African and U. S. Perspectives, Mellon Foundation, Zimbali Lodge, Durban South Africa,                    October, 2018

Panelist, Human Sciences Research Council, South Africa- United States Partnership, Cape, Town, SA                         July , 2018

Commentator, "Ordering the Human:  Global Science and Racial Reason," Program on Race, Science and Society, Univ. of Pennsylvania,  April , 2018

Panelist, African Ancestry, Human Genetics and Population Health in Latin America, Medical University of Havana, Cuba,
 June 15-16, 2017, Havana, Cuba.

Introduction, Norton Lecture, 2017, Toni Morrison: "Narrating the Other," April 11, 2017, Harvard University

Panelist, "Slavery and Public Health: Past, Present, and Future" Harvard T.H. Chan School of Public Health, May 4, 2017, Boston, Ma.

Lecture, *Science on the Screen: Hidden Figures,* Coolidge Corner Theatre, April 24, 2017, Brookline, MA

Keynote Address, Black Women in the Academy Conference, Northeastern University, Feb. 10, 2017, Boston.MA

Panelist, Diversity in Troubled Times, American Physical Society, April Meeting, 2017, Washington, DC.

Comment, Screening of *Hidden Figures*, Kendall Square Theatre, Dec. 8, 2016, Cambridge, Ma.

Respondent, The Tanner Lectures on Human Values- Dorothy E. Roberts, "The Ethics of Biosocial Science," Nov. 2, 2016, Harvard University

Panelist, "Race in the Natural and Medical Sciences," Race and Racialisation: International and Interdisciplinary Perspectives," Geneva, Switzerland, Oct. 28-29, 2016.

Keynote Lecture, "History Matters:  Women Scientists in America – A Review" National Collegiate Research Conference, Harvard College January 11, 2016.

Keynote Lecture, "Being Color Brave" Not Color Blind: Creating an Inclusive Academy in the 21st century,"  C3 Summit, Bates College, Nov. 14, 2015.

Keynote Lecture, "Science Confronts 'Race':  Challenges and Opportunities," Brown University, Nov. 3, 2015

Keynote Lecture, "The State of Race and Racism in Contemporary Biomedicine" Georgia Inst. of Technology, Oct. 16, 2015.

Lecture, "W.E.B. Du Bois, "The Negro Scientist"" Spring Colloquium W.E.B. DuBois Fellows, Harvard University, February 2, 2015.

Moderator, Screening and panel discussion "DNA Dreams"with George Church, Peter Galison, Arthur Kleinman, and Bregte van der Haak, Harvard University February 4, 2015.

Facilitator, "Developing Scholars and Leaders through Intergenerational Education:  The Harvard Experiment" Harvard University, May 14, 2015.

Panelist,  "Gender: A Dialogue Between the Sciences and Humanities," Barnard College, April 25, 2015.

Panelist, Public Forum on Ebola, First Parish , Cambridge, MA December 8, 2014.

Lecture, Presidential W.E.B. DuBois Lecture,  "W.E.B. Du Bois and the Challenge to Scientific Racism,"  University of Maryland- Baltimore County, November 11, 2014.

Keynote Address, "Science Confronts Race:  A Contested History,"  Illinois Holocaust Museum and Evanston/North Shore YWCA, November 6, 2014.

Panelist, *United in Anger* Film Screening and Q&A. Harvard Film Archive, October 20, 2014.

Panelist, "Diversity in Physics: Challenges and Opportunities", Scattering, Superconductivity and Exotic States of Matter, Symposium in Honor of Chancellor Emeritus Robert J. Birgeneau. University of California Berkeley, Ocotber 18, 2014.

Keynote Address, "Your Silence Will Not Protect You: A Personal View of the Challenge of Gay Rights in the Workplace,"  National Science Foundation, June 19, 2014.

Panelist, "Talking About Race: Science, Politics, Art – 1959, 1970, 2014" The Public Forum, The Public Theater, New York City, May 30, 2014.

Moderator, "Historicizing Racial Embodiment in the Transnational U.S." Berkshire Conference on the History of Women, Toronto, Canada, May 25, 2014.

Panelist, "Feminism, Feminist Theory, and Science: Where We've Been and Where We are Going, A Symposium in Honor of Prof. Anne Fausto-Sterling," Brown University, May 2, 2014.

Panelist, "The Future of Race and Science:  Regression or Revolution" Program in Race, Science and Society, University of Pennsylvania, April 11, 2014.

Paper, "The Concept of 'Race' and/in the History of Science and Medicine" Science, Technology, and Society Program, University of British Columbia, Feb. 27, 2014.

Panelist, "Seeking Solutions: Maximizing American Talent by Advancing Women of Color in Academia," National Academy of Sciences, June 7, 2012.

Panelist, Celebration of the Life of Adrienne Rich, MIT, October 28, 2012.

Panelist, "Eliminating Health Disparities:  Transdisciplinary Perspectives" Harvard University, October 11, 2012

Moderator, 15th Anniversary Celebration of Women in Science, Museum of Science, Boston, September, 2012.

Keynote, Panel, "Seeking Solutions: Maximizing Talent by Advancing Women of Color in Academia," National Academy of Sciences, June 7, 2012.

Keynote lecture, "Resisting Partial Victories," Emory University," April, 2012

ADVANCE Distinguished lecture, University of Maryland College Park, 2011

Helen Rogers Reid Memorial Lecture, Barnard College, 2011

"African –American Women and HIV/AIDS" in the ACT-in UP: The Living Legacy of AIDS Protest Lecture Series, Harvard University, November 19, 2009

Co-Chair Committee on Equal Opportunities in Science and Engineering (CEOSE) Mini-Symposium on Women of Color in STEM:  Perspectives on Experiences, Research, Education, and Policy in Higher Ed. Careers. National Science Foundation October 27-28, 2009

Keynote Address, Black Women in the Ivory Tower Conference, Rutgers University March 3 -4, 2009

Muriel V. Roscoe Lecture, McGill University, October 23, 2008

Commentator, The Tanner Lectures on Human Values 2006-2007, Harvard University, November, 2006.

Panelist, National Council of Research on Women Summit on Diversity, June, 2006.

Co-Leader, Mellon Foundation-United Negro College Fund Workshop on AIDS In America, Africa and the Diaspora, Accra, Ghana  June, 2006

Keynote Address, MIT Center for the Study of Diversity in Science, Technology, and Medicine, April, 2006.

Romano Lecture, State University of New York, Binghamton  March, 2006

Distinguished lecture in Science Studies, Richmond University, September 2005

Clendenning Lecture in the History of Medicine, University of Kansas Medical Center, September 2005.

NSF ADVANCE Distinguished Lecture, University of Maryland, Baltimore County, February, 2005

Lecture, Race, Health and Medicine Series, Department of African American Studies, Yale University, January, 2005

Martin Luther King, Jr. Day Lecture, University of Rochester, School of Medicine, January, 2005

Panelist, Race and the New Genetics, American Anthropological Assoc., September 2004

Keynote Lecture, "AIDS the Secret, Silent, Suffering, Shame" Conference on "Learning From Our Lives: Women, Girls &HIV/AIDS in the African American and African Diaspora," Spelman College, June, 2004.

Keynote Lecture, Race and the Human Genome Conference, Brown University, October, 2004

Lecture, W. E. B. DuBois Institute Colloquia, Harvard University, November 2003

Allison Davis Lecture, The Department of African American Studies and the Judd A. and Marjorie Weinberg of College of Arts and Sciences, Northwestern University, November 2003

Panelist, Radcliffe Institute for Advanced Study,
"Gender, Race and Rights in African American Women's History", October 2003

Rolf Buchdahl Lecture in Science, Technology & Values
North Carolina State University, September 2003

Lecture, African American Studies Program's Fall Lecture Series, Wesleyan
University, October 2002

Keynote Address, National Conference of Ford Fellows, "Looking
Backward, Moving Forward:  Scholarship in a Global Society,"  October
2002

Panelist, Radcliffe Institute for Advanced Study at Harvard University,
"Defining Women's Health", May 2002

Keynote Address, Spelman College, Phi Beta Kappa Induction Ceremony,
April 2002

Panelist, National Institutes of Health Conference, "Racial and Ethnic Bias
in Health: Scientific Evidence, Methods and Policy Implications", April
2002

Lecture, Brown University, Center for the Study of Race and Ethnicity in
American Faculty Seminar Series,  "The Science of Race", March 2002

Panelist, Georgetown University,  "Emerging Ethical Issues in Smoking and
Genetics", March 2002

Lecture, Tufts University, The Black Cultural Studies Seminar, "Race,
Racism and Science", March 2002

Inaugural Address, Drew University, Women's Studies Visiting Scholar
Series, February 2002

Panelist, Barnard College, "Balancing the Equation: Where are Women and
Girls in Science and Technology?", February 2002

Lecture, The University of North Carolina at Chapel Hill, "The Logic of
Difference: Racial Categories in Medicine", January 2002

Panelist, Society for the Social Study of Science, Annual Meeting, Boston, MA.,, "Race, Science, and Culture" November 2001

Lecture, Brown University, Science Studies Series, October 2001

Lecture, Hobart and William Smith College, October 2001

Panelist, Rutgers University, Institute for Health, Health Care Policy and Aging Research, "The Politics of Racial Health: Myths, Maladies, and the History of Policy" October 2001

Keynote Address, Centennial Lecture, New York State Department of Health,  Wadsworth Research Center, September 2001

Lecture, Rutgers University, Douglass College, September 2001

Lecture, McGovern Lecture,  Dept. of the History of Science and African American Studies, Harvard University May 2001

Lecture, Max Planck Institute for the History of Science, Berlin, May 2001

Lecture, Dept. of the History and Philosophy of Science, Cambridge
            University, May 2001

Lecture, First Annual Domna Stanton Lecture, Women's Studies Program, Wellesley College, April 2001

Pennsylvania State University, April 2001

Panelist, Radcliffe Institute for Advanced Study, Feminism, Science, and Civil Society Series, April 2001

Panelist, American Public Health Assoc. Annual Meeting, Boston, MA, October 2000

Lecture, Annenberg Lecture in Women's History, University of Pennsylvania, April 2000

Lecture, The Diane Weiss Memorial Lecture, Wesleyan University, April 2000

Lecture, Department of History, Carnegie Mellon University, March 2000

Lecture, Women's Studies Program, Barnard College, October 1999

Lecture, UCLA School of Public Health, April 1999

Panelist, Race in the 21st Century Conference, Michigan State University March 1999

Lecture, UCLA Center for the Study of Women, UCLA, March 1999

Lecture, UCLA Program in Medical Classics, UCLA February 1999

Panelist, Conference on Science, Medicine and Technology:  What Difference Has Feminism Made?,  Princeton University, April 1998

Panelist, University of Warwick, England, August 1998.

Keynote, The William Snow Miller Memorial Lecture, Dept. of the History of Medicine University of Wisconsin- Madison, April 1998

Lecture,  "Feminism's "Race" Question Conference, UCLA March 1998

Keynote, The Miller Lecture on Science and Ethics, Program in Science, Technology, and Society, MIT, March 1998

Panelist, American Anthropological Assoc., Annual Meeting, San Francisco, November 1996

Panelist, Berkshire Conference of Women Historians, Mohonk House, New Paltz, New York, November 1996

Lecture, Rutgers University, Douglass College, January 1996

Lecture, National Institutes of Health, Bethesda, Md., National Library of Medicine, February 1996

Panelist, 10th Berkshire Conference on the History of Women, Univ. of North Carolina, Chapel Hill, June 1996

Panelist, Gender and Technologies of the Body Conference, Ohio State University, April 1995

Panelist, Transitions, Environments, Translations Conference Rutgers University, Institute for Advanced Study Princeton and Institute for Research on Women, Rutgers University, April 1995.

Lecture, Institute for Advanced Study, Princeton, March 1995

Lecture, Universidad de Granada, Granada, Spain, Mujeres De Ciencia. Pasado Y Presente, June 1994

Annual Meeting, History of Science Society, Santa Fe, New Mexico, November 1993


## PROFESSIONAL ORGANIZATIONS/ACTIVITIES

Member of the Lancet Commission on Antiracism in Solidarity, 2023-present.

Unit Editor, *Racism In Context*, Oxford University Press, 2023-present.

Reviewer, National Academies of Science, Engineering and Medicine, 2023 *Using Population Descriptors in Genetics and Genomics Research: A new Framework for an Evolving Field*. Washington, DC. The National Academies Press. https://doi.org/10.17226/26902.

Chair, Steering Committee on Human Remains in the Harvard University's Museum Collections, 2021-2022.

Member, University Committee on Harvard and the Legacy of Slavery, 2020-2022.

Expert Advisory Panel, American Society of Human Genetics, Facing Our History Project, 2021-2022

Convener seven week webinar series, "Epidemics and African American Communities from 1793 to the Present" Project on Race & Gender in

Science and Medicine, Hutchins Center for African and African American Research, March – May, 2020

Co-chair, Committee Addressing the Underrepresentation of Women of Color in Technology, National Academies of Science, Engineering and Medicine, Sept. 2019 - January 2021.

Member of Roundtable on Black Men and Black Women in Science, Engineering and Medicine, The National Academies of Sciences, Engineering and Medicine, 2019-2021

Project Scholar and member of Scientific Advisory Board, ,Unladylike 2020.

Member  Comparative Inequality Cluster, Weatherhead Center for International Affairs, Harvard University

Member, Administrative Board, Graduate School of Arts and Sciences Harvard University

Women of Color in Computing (WOC) Advisory Board, Kapor Center 2018- present

Member, Committee on Women in Science, Engineering and Medicine, (CWSEM) of the National Academies, 2017-present

Advisory Editor, Online Bibliography of African American Studies, Oxford University Press, 2015

Editorial Board,  Catalyst, *Journal of Feminist Technosciences*, 2014

Associate Editor, *Signs: Journal of Women in Culture and Society*, 2014 – present

Member of President Obama's Advisory Committee on Educational Excellence for African Americans, 2014 -

Member of the Board, Arcus Foundation, 2013 - present

Member of the Ad Hoc Advisory Committee on the Merit Review Process (MRPAC) of the National Science Foundation, 2011- 2012

Member of the Advisory Committee, Education and Human Resources (EHR) Directorate, National Science Foundation- 2015

Member of the Board of the National Humanities Center, 2009- 2012

Member of President Obama's National Advisory Committee on Historically Black Colleges and Universities , 2010 - 2012

Member of the MIT Corporation Visiting Committee for the Dean of Undergraduate Education, 2010 - present

Member, Committee on Equal Opportunities in Science and Engineering (CEOSE) Congressionally Mandated Advisory Committee to the National Science Foundation   2009 –  2014

Member, Board of Trustees, Spelman College, 2008- 2015

Trustee of The Charity of Edward Hopkins, 2008 -present

Member of the Board of Trustees, Association of American Colleges and Universities 2007 -2011

Associate Faculty, Broad Institute of Harvard and MIT, 2006 - present

Member of the Board of Governors, University of California Humanities Research Institute, 2006-2008

Reviewer, "Beyond Bias and Barriers:  Fulfilling the Potential of Women in Academic Science and Engineering," National Academy of Sciences 2006.

Member, Board of Overseers, Museum of Science,  Boston, Ma.  2006 - 2015

Member, Board of Trustees, Social Science Research Council,  May, 2006 - 2009

Member of the Board of Trustees, Bennett College for Women, 2002-2005.

Chair, Task Force on Women Faculty, Harvard University, January – May, 2005

Member, Social Science Advisory Committee, Faculty of Arts and Sciences, Harvard University, September, 2004 – 2006.

Member, General Education Committee, Harvard University, September, 2004 -May, 2005

Member, Standing Committee on Women, Harvard University, September, 2004 - present

Member, National Advisory Committee, Brandeis University Women's Studies Program, 2004 -present

Member,  Advisory Committee on Degrees in Women's, Gender and Sexuality Studies, Harvard University, 2003 - present

Co-Editor, Race and Gender in Science Studies Book Series, University of Illinois Press, 2004

Berkshire Conference of Women's Historians, Program Committee, 2000-2002

Woodrow Wilson Foundation, Panelist, Minority Dissertation Fellowship Program, March 2002

NSF Review panel ADVANCE Program, June 2001

Project Scholar, "Race – The Power of an Illusion"  California Newsreel Productions, 2001-2002

Member, National Panel on Higher Education BEST (Building Engineering and Science Talent) Project, 2001-2002

Member of the Advisory Committee, "Race, Gender and the Sciences at a Historically Black College" Curriculum Development Project. Spelman College 2000-2003.

Panelist, Greater Expectations Project, Association of American Colleges and Universities, 2000-2002

Associate Editor, *Signs:  Journal of Women in Culture and Society*, 1999-2002

History of Science Society , Council, Member 1999 – 2001;

Co-organizer of Black Women in the Academy II: Service and Leadership, June, 1999

Member of the Board of Directors, Graduate Consortium in Women's Studies, Radcliffe College, 1997- 1998

Consultant, Association of American Colleges and Universities, Project: Women and Scientific Literacy: Building Two-Way Streets, 1996-1999

History of Science Society, Co-chair, Committee on Women, 1993-95

Organization of American Historians, Program Committee, 1996-97

American Association for the History of Medicine

Berkshire Conference of Women Historians, Program Committee, 1992-93

Project Scholar, "Breakthrough: The Changing Face of American Science" documentary produced by Blackside Productions, Boston, 1994

Co-organizer of Black Women in the Academy: Defending Our Name, 1894-1994, National Conference January, 1994

Project Scholar, "The People's Plague: The American Response to Tuberculosis" documentary produced by Florentine Films, funded by NEH, 1993

Consultant, Spelman College, Ford Foundation Curricula Project in Women's Studies, 1994-1997

Consultant, University of California, Berkeley, Department of African and African American Studies, Ford Foundation Curricula Project, 1997

Evelynn M. Hammonds Page   28

## APPENDIX B

## WORKS REFERENCED

### Articles

Armstrong, Andrea C. 2012. Slavery Revisited in Penal Plantation Labor. Seattle University Law Review.

Brown, Tony N., Williams, David R., Jackson, James et al. "Being Black and Feeling Blue:  The Mental Health Consequences of Racial Discrimination," *Race & Society*, 2000, Vol. 2 (2)p. 117-131.

Hoffmann, Kelly M., S. Trawalter, Jordan R. Axt, and M. Norman Oliver, "Racial Bias in Pain Assessments and Treatment Recommendations and False Beliefs about Biological Differences  between Blacks and Whites." *Proceedings of the National Academy of Sciences* (PNAS) 113, no.15 (April 2016); 4296-4301.

Hylton, Antonia, *Madness: Race and Insanity in America* (New York: Legacy Lit., 2024)

Jones, DS, Hammonds, E, Gone, JP, Williams, DR, "Explaining Health Inequities – The Enduring Legacy of Historical Biases. "*New England Journal of Medicine* , 2024 Feb. 1; 390(5): 389-395.

Krieger, Nancy S. "Discrimination and Health Disparities", *Int, Journal of Health Services* 2014; 44 (4): 643-710

Williams, David R. and Mohammed, Selina, "Discrimination and Racial Disparities: Evidence and Needed Research," *J. Behav. Med*. 2009, Feb. 32(1): 20-47

Williams, D. R. (2018). Stress and the Mental Health of Populations of Color: Advancing Our Understanding of Race-related Stressors. *Journal of Health and Social Behavior,*59(4),466-485.
**Error! Hyperlink reference not valid.**


### Books

Beardsley, Edward, *A History of Neglect: Health Care for Black and Mill Workers in the Twentieth Century South* (Knoxville: University of Tennessee Press, 1990)

Beckert, Sven and Rockman, Seth, *Slavery's Capitalism: A New History of American Economic Development* (University of Pennsylvania Press, 2016)

Berry, Daina Ramey, *The Price for their Pound of Flesh:  The Value of the Enslaved from Womb to Grave, in the Building of a Nation* (  Boston: Beacon Press, 2017

Downs, Jim, *Sick From Freedom:  African American Illness and Suffering during the Civil War and Reconstruction* (New York: Oxford University Press, 2012)

Fett, Sharla M., *Working Cures: Healing, Health, and Power on Southern Plantations* (Chapel Hill: University of North Carolina Press, 2002.

Hogarth, Rana, *Medicalizing Blackness: Making Racial Difference in the Atlantic World, 1780-1840* (Chapel Hill, University of North Carolina Press, 2017)

Johnson, Walter, *Soul by Soul:  Life Inside the Antebellum Slave Market* (Cambridge, MA: Harvard University Press, 1999)

Long, Gretchen, *Doctoring Freedom: The Politics of African American Medical Care in Slavery and Emancipation* ( Chapel Hill: University of North Carolina Press, 2012)

Savitt, Todd Lee, *Medicine and Slavery: The Diseases and Health Care of Blacks in Antebellum Virginia, Blacks in the New World (*Urbana: University of Illinois Press, 1978)

Smith, Sean M. and Willoughby, Christopher D. E., *Healing and History in the Atlantic World* (Louisiana University Press, 2021)

Stowe, Steven, *Doctoring the South: Southern Physicians and Everyday Medicine in the Nineteenth Century* (Chapel Hill: University of North Carolina Press, 2014)

### ***VOTE v. LeBlanc* Case Documents**

Declaration of Joseph Guillory (FarmLine_00000054)

Declaration of Kevias Hicks (FarmLine_00000064)

Declaration of Damaris Jackson (FarmLine_00000068)

Declaration of Myron Smith (FarmLine_00000078)

Declaration of Kendrick Stevenson (Redacted) (FarmLine_00000084)

Declaration of Nate Walker (FarmLine_00000270)

Declaration of Alvin Williams (FarmLine_00000019)

Declaration of Darrius Williams (Redacted) (FarmLine_00000025)

Supplemental Declaration of Myron Smith (ECF No. 51-6)

Supplemental Declaration of Kendrick Stevenson (ECF No. 51-5)

Supplemental Declaration of Alvin Williams (ECF No. 51-4)

Deposition of Diego Comeaux

Deposition of Randall Lavespere

Deposition of Chadarius Morehead

Deposition of Huey Pidgeon

Deposition of Gregory Reaux

Deposition of Orlando Scott

Deposition of Roland Sylvester

Deposition of Paul Toce

Deposition of Amber Vittorio

Deposition of Nate Walker

Deposition of Tyrone Washington

Exhibit 42 to Deposition of Gabriel Hebert, "Disciplinary Rules and Procedures For Adult Inmates" (022238)