# Exhibit 3

```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF LOUISIANA
---------------------------------------------
VOICE OF THE EXPERIENCED, a
membership organization on behalf
of itself and its members; and
MYRON SMITH, DAMARIS JACKSON,
NATE WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH GUILLORY,
KENDRICK STEVENSON, and ALVIN
WILLIAMS, on behalf of themselves
and all others similarly
situated,
                         Plaintiffs,

           vs.           Civil Action No.
                         3:23-cv-1304-BAJ-EWD

JAMES LEBLANC, in his official
capacity as Secretary of the
Louisiana Department of Public
Safety and Corrections, TIMOTHY
HOOPER, in his official capacity
as Warden of Louisiana State
Penitentiary; MISTY STAGG, in her
official capacity as Director of
Prison Enterprises, Inc.; the
LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS; and PRISON
ENTERPRISES, INC.,
                         Defendants.
---------------------------------------------


          REMOTE VIDEOTAPED DEPOSITION OF

                   HUEY PIDGEON



              Monday, July 15, 2024
                 1:40 p.m. (CDT)




Reported By:
Joan Ferrara, RMR, FCRR
Job No. 6663648
```

Page 158
1  into the history of it, but yeah, I have
2  heard that.
3      Q   So are you aware of Angola being
4  sold -- the land that Angola is now
5  premised on -- by former plantation owners?
6      A   Like I say, I don't know the
7  history -- the history of it, just talk.
8  But I've never sat down and read the
9  whole -- the thing of it, but yeah.
10     Q   Have you ever heard any --
11 anyone compare agricultural work on the
12 Farm Line at Angola to pre-Civil War slave
13 labor?
14     A   Have I heard it?  Yeah, I have.
15     Q   And have you ever heard anyone
16 at Angola complain that being forced to
17 work on former plantation lands is akin to
18 slavery?
19     A   You hear a lot if you listen to
20 the convicts talk.  I mean, what -- you say
21 that I've never heard it.  No, yeah, I have
22 heard them say that, convict-wise.
23     Q   Do you see any connection
24 between the history of slavery in Louisiana
25 and in America and work on the Farm Line?

Page 159
1      A   Resemblance?  Yeah.
2      Q   Okay.  What do you mean when you
3  say, "resemblance"?
4      A   I mean, if I looked at a picture
5  of a slave and a picture of a Farm Line,
6  you can see where there's some resemblance.
7  Where slaves working in the field, picture
8  of a Farm Line working in the field.
9          But what's going on is two
10 different things as far as the way that a
11 slave would be treated versus what's going
12 on with this, to me, in my opinion.
13         MS. McTOOTLE:  Okay.
14     Mr. Pidgeon, I think that's all the
15     questions I have for you today.
16         THE WITNESS:  Okay.
17         MR. BLANCHFIELD:  Okay.  We're
18     good.  We're done.
19
20         (Continued on next page to
21     include signature and jurat.)
22
23
24
25

Page 160
1          MS. McTOOTLE:  Thank you for
2      your time today, Mr. Pidgeon.
3          MR. BENJAMIN:  Thanks, everyone.
4          THE VIDEOGRAPHER:  This is the
5      end of the deposition.  The time is
6      10:21 p.m. UTC, 5:21 p.m. Central.  We
7      are off the record.
8          (Time noted 5:21 p.m.)
9                * * *
10
11
12         _____
13         HUEY PIDGEON
14
15
16 Subscribed and sworn to
17 before me this     day
18 of           , 20__
19
20 _____
21 NOTARY PUBLIC
22
23
24
25

Page 161
1  --------------- I N D E X ----------------
2  WITNESS           EXAMINATION BY      PAGE
3  HUEY PIDGEON
4          MS. MCTOOTLE                     5
5
6  ------ EXHIBITS FOR IDENTIFICATION ------
7
8  EXHIBIT 11    Job description for a     34
9                corrections major
10
11 EXHIBIT 12    Chart entitled, "Field    53
12               Operation," dated
13               7/7/2023, Bates stamped
14               013697 through 788
15
16 EXHIBIT 13    Document entitled,       102
17               "Corrections, Criminal
18               Justice and Law
19               Enforcement," 12 pages
20
21 EXHIBIT 14    Letter dated July 10,    104
22               2024, 10 pages
23
24 EXHIBIT 15    Declaration of Myron     108
25               Smith, 6 pages

Page 162

```
              ----------------  I N D E X  ----------------
 1
 2   EXHIBIT 16      Document entitled, "Daily        109
 3                   Line Counts," dated
 4                   4-17-2023, Bates stamped
 5                   013549
 6
 7   EXHIBIT 17      Health Care Policy No.           125
 8                   HCP8, dated 21 August
 9                   2018, 13 pages with
10                   various Bates stamps
11
12   EXHIBIT 18      Document entitled, "Daily        136
13                   Line Counts," dated
14                   9-21-23, Bates stamped
15                   013647
16
17   EXHIBIT 19      Document entitled, "Daily        137
18                   Line Counts," dated
19                   7-5-23, Bates stamped
20                   013537
21
22   EXHIBIT 20      Document entitled, "Daily        142
23                   Line Counts," dated
24                   6-27-2024, Bates stamped
25                   VOTE000025 through 26
```

Page 163

```
 1                    REPORTER CERTIFICATE
 2
 3        I, JOAN FERRARA, do hereby certify:
 4        That said deposition was taken at the
 5   time and place herein named; and that the
 6   transcript is a true record of the testimony
 7   as reported by me, a disinterested person,
 8   and was thereafter transcribed.
 9        I further certify that I am not
10   interested in the outcome of the said
11   action, nor connected with, nor related to
12   any of the parties in said action, nor to
13   their respective counsel.
14        IN WITNESS WHEREOF, I have hereunto
15   set my hand this 22nd day of July, 2024.
16
17                    [signature: Joan Ferrara]
18
19
20                    _____
                      JOAN FERRARA, RMR, CFRR
21
```

Page 164

```
 1               DEPOSITION ERRATA SHEET
 2
     Case Caption:
 3
                 VOICE OF THE EXPERIENCED
 4                          vs.
                  JAMES LEBLANC, at al.
 5
 6
 7      DECLARATION UNDER PENALTY OF PERJURY
 8
       I declare under penalty of perjury
 9
    that I have read the entire transcript
10
    of my deposition taken in the captioned
11
    matter or the same has been read to me,
12
    and the same is true and accurate, save
13
    and except for changes and/or corrections,
14
    if any, as indicated by me on the
15
    DEPOSITION ERRATA SHEET hereof, with the
16
    understanding that I offer these changes
17
    as if still under oath.
18
19
     SIGNATURE_____DATE:_____
20         HUEY PIDGEON
21
     Subscribed and sworn to on the _____ day of
22   _____, 20___ before me,
     _____
23   Notary Public,
     in and for the State of _____
24
25
```

Page 165

```
 1               DEPOSITION ERRATA SHEET
 2
     Page No._____Line No._____Change
 3   to:_____
     Reason for
 4   change:_____
 5
     Page No._____Line No._____Change
 6   to:_____
     Reason for
 7   change:_____
 8
     Page No._____Line No._____Change
 9   to:_____
     Reason for
10   change:_____
11
     Page No._____Line No._____Change
12   to:_____
     Reason for
13   change:_____
14
     Page No._____Line No._____Change
15   to:_____
     Reason for
16   change:_____
17
     Page No._____Line No._____Change
18   to:_____
     Reason for
19   change:_____
20
     Page No._____Line No._____Change
21   to:_____
     Reason for
22   change:_____
23
     SIGNATURE:_____DATE:_____
24         HUEY PIDGEON
25
```