# Exhibit 5

THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, a
membership organization on
behalf of itself and its
members; and MYRON SMITH,
DAMARIS JACKSON, NATE
WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH               Civil Action No.
GUILLORY, KENDRICK                 3:23-cv-1304-BAJ-EWD
STEVENSON, and ALVIN
WILLIAMS, on behalf of
themselves and all others
similarly situated

Vs.

JAMES LEBLANC, in his
official capacity as
Secretary of the Louisiana
Department of Public Safety
and Corrections; TIMOTHY
HOOPER, in his official
capacity as Warden of
Louisiana State
Penitentiary; MISTY STAGG,
in her official capacity as
Director of Prison
Enterprises, Inc.; the
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS;
and PRISON ENTERPRISES, INC.

    * * * * * * * * * * * * * * * * * * * * * * * * *

REMOTE VIDEOTAPED DEPOSITION OF

CARL J. KELDIE, M.D.

September 20, 2024

Carl J. Keldie, M.D.
September 20, 2024

Page 78

1  Q. You also toured the hospice unit at your
2  request. How much time did you spend at the
3  hospice unit?
4  A. Probably in the hospice unit itself was
5  10, 12, 15 minutes. I -- I met a nurse there,
6  Lisa. She's not in my report. I don't know if --
7  I don't know if I even talk about her. But she
8  was about to retire.
9      So we talked for a few minutes, and then
10 we went in and actually saw a patient in their
11 private hospice room.
12 Q. And what was your impression of the
13 hospice unit?
14 A. I thought it was -- I thought it was kind
15 of small, but compared to a double-bunk cell, it
16 was pretty spacious. Had its own private sink, a
17 bathroom, some -- some storage area, and what
18 looked to be a bed that probably looked more
19 comfortable than the standard housing and
20 double-bunk cells.
21 Q. You also toured the skilled nursing unit;
22 is that right?
23 A. Yes.
24 Q. How much time did you spend there?
25 A. Probably in the -- 10, 12, 15 minutes.

Page 79

1  Q. What is the skilled nursing unit?
2  A. It is adjacent to the hospice unit. But
3  that's the -- it's kind of the civilian
4  terminology, but it's where you're not sick enough
5  to be in the hospital, but you can't be in just a
6  nursing home or self-care facility.
7      And it was -- it was bigger than I had
8  imagined. There were multiple patients that had
9  IVs running. There were patients that were --
10 were probably -- probably had pretty extensive and
11 end-stage dementia. There were patients that had
12 had significant trauma and had to be very closely
13 assisted with their activities of daily living of
14 being able to get up and about.
15     And it was a -- it was a large unit. I --
16 as I was touring there, I thought of the unit at
17 Hamilton AI in Alabama. Hamilton AI is for the
18 aged and infirmed. It was probably a little
19 bigger than that and a lot less cramped than
20 Hamilton A&I.
21     But it was -- it was people coming to work
22 and doing their job, and they're taking care of
23 people that couldn't take care of themselves.
24 Q. You said it was impressive, to say the
25 least?

Page 80

1  A. Yeah, they had -- they had IV poles, they
2  had -- I mean, they -- it was -- I walked to the
3  back of the unit, and they must have had a half a
4  dozen IV poles with the calibrators and drip
5  machines so that they could give medications.
6      And it was -- I don't -- I don't say
7  "impressive, to say the least" for every prison or
8  jail I visit, but there's some -- there's some
9  standouts, more the -- you know.
10 Q. You said in your report that you toured
11 many of the housing facilities. You've already
12 told me about Camp D.
13     What other housing facilities did you
14 visit?
15 A. I don't know exactly which housing
16 facilities. I know Raven -- the Raven Center was
17 a housing facility. And as we walked from unit to
18 unit, we went through some housing areas. And I
19 didn't take note of every housing unit I walked
20 through.
21 Q. Did you visit cellblocks?
22 A. Yeah. When I say a housing unit, that
23 usually is -- a cellblock is where they're usually
24 housed.
25 Q. Did you visit any dorms?

Page 81

1  A. I think so. I don't remember the exact
2  facility. I'm trying to remember where it was
3  that there was more like dorm housing. But I did
4  see dorms. And, of course, the assisted living
5  facility was a large dorm -- dorm-like setting.
6  Q. Did you visit any segregation units,
7  administrative segregation?
8  A. I am pretty sure I did at Raven, but I may
9  be mistaken. I'm not sure.
10 Q. Have you heard the term "the dungeon"?
11 A. I may have seen that in one of the medical
12 records, but I don't -- I don't know that I have.
13 Q. Do you know if you visited the place known
14 as "the dungeon"?
15 A. I think I would have remembered if I was
16 told I was going to the dungeon. But maybe, you
17 know, just like -- just like they don't refer to
18 LSP as Angola, they don't use the colloquialism.
19 So I could have gone to the dungeon without
20 anybody saying it's the dungeon.
21 Q. What do you mean when you say "they don't
22 refer to LSP as Angola"?
23 A. I didn't hear anybody call it Angola.
24 Q. What do you mean by "they"?
25 A. Correctional officers. I didn't hear

Page 82

1  any -- I didn't hear any of the inmates -- Flash
2  Gordon didn't refer to it as Angola, the officers
3  didn't.
4      Q.  Have you ever heard LSP referred to as
5  Angola?
6      A.  On -- I have.
7      Q.  In what context?
8      A.  Probably years ago just in corrections,
9  and I think it was some reference to Angola's
10 hospice unit.  I know in my first discussion with
11 Chelsea and Drew I used the term "Angola" just
12 as -- and I was -- I was told, We don't use that
13 term.  I said, That makes sense to me.
14     Q.  Why -- why don't you think they use the
15 term "Angola" to describe LSP?
16     A.  Because Angola has negative connotations.
17     Q.  What do you mean?
18     A.  Did you ask a question?
19     Q.  Yeah, I'm sorry.
20         What do you mean?  You said "Angola has
21 negative connotations."  What are those
22 connotations?
23     A.  The connotations that it was -- it was the
24 name of a plantation and that the slaves on the
25 plantation came from the country of Angola.

Page 83

1      Q.  So it's your understanding that officers,
2  officials, the State, would prefer to use the term
3  "LSP" over the term "Angola" to describe the
4  Louisiana State Penitentiary?
5      A.  I think it's -- I think it's stronger than
6  "prefer"; I think that's what they do.  They -- it
7  is Louisiana State Penitentiary.
8      Q.  You said that you saw multiple fans in
9  each housing facility that you toured.  Where were
10 those fans located?
11     A.  Almost all the fans were in the hallways
12 of the cellblocks or in the -- or in the dormitory
13 units.  It's where the inmates either lived or
14 congregated.
15     Q.  Were the fans running?
16     A.  Every one that I saw was running, to the
17 best of my memory.
18     Q.  How was the --
19     A.  There may have been one down that I didn't
20 notice.
21     Q.  How was the weather that day?
22     A.  It was -- it was fine.  It was -- it
23 wasn't a hot day.
24     Q.  Do you know what the temperature was that
25 day?

Page 84

1      A.  I don't.
2      Q.  You also visited the ATU; we've discussed
3  that.
4          Tell me about recovery.  What is recovery?
5      A.  Recovery is actually a section.  And,
6  Lydia, I can't remember if it was in D Camp or
7  which camp it was.  But it was -- it was where --
8  it was where we met Flash Gordon, the -- who
9  started the recovery program there.
10         And there's a specific housing unit where
11 people that are in this yearlong recovery unit are
12 housed.  It's where there's peer support.
13         And I may have taken more than 15 pictures
14 now that I'm describing, but I do have a picture
15 of Flash Gordon with his peer support T-shirt on.
16 And so it was as big a smile as you can imagine
17 when he saw Dr. Lavespere.
18         And we walked and talked, and then we --
19 we went to an area where -- it's kind of a small
20 industry area where they put together dolls and --
21 and then there was a second peer-review specialist
22 there that just talked about the program.
23         And they were -- they were very proud of
24 the fact of -- what I said in my report is their
25 percent clean rate at a year is in the 30s.

Page 85

1          And I didn't -- I didn't cross-check to
2  see if his statement of communities being 5 to
3  7 percent, but having done some practice in
4  recovery in the communities, it's pretty sad how
5  abysmal it is with the recidivism to specifically
6  opiate-use disorder, but all substance use
7  disorders.
8      Q.  So Flash Gordon is an inmate --
9      A.  Yes.
10     Q.  -- or an LSP official?
11     A.  Yes, inmate.
12     Q.  Do you know his real name?
13     A.  His real name has Gordon in it, but
14 everybody called him Flash.  Of course, that's
15 something that was a little easier for me to
16 remember than Roland's first and last name.
17     Q.  You said that you spoke with a second
18 peer-review specialist.  Was Flash Gordon the
19 first peer-review specialist?
20     A.  Yes.
21     Q.  Who was the second?
22     A.  I have -- I have no idea what his name
23 was.
24     Q.  Was it another inmate?
25     A.  Yes.  All of the peer-review -- this is

Page 254

1  inappropriate use of restraints in solitary
2  confinement by Wellpath for people with mental
3  health needs?
4      MR. BLANCHFIELD:
5          Object to the form.
6  A.  No, I'm not.
7      MS. WRIGHT:
8          Dr. Keldie, this has been a long day,
9      and thank you very much for answering all
10     of my questions today.  That's all that I
11     have.
12     THE WITNESS:
13         Thank you.  Have a great weekend
14     everyone.
15     THE VIDEOGRAPHER:
16         This concludes today's deposition.
17     The time is 9:56 p.m. UTC, 4:56 p.m.
18     Central.  And we are off the record.
19     DEPOSITION CONCLUDED AT 4:56 P.M.

Page 255

1               REPORTER'S PAGE
2      I, RITA DEROUEN, Certified Court Reporter in and
3  for the State of Louisiana, (CCR #2014018),
4  Registered Professional Reporter (RPR #006908),
5  the officer, as defined in Rule 28 of the Federal
6  Rules of Civil Procedure and/or Article 1434(B) of
7  the Louisiana Code of Civil Procedure, do hereby
8  state on the record:
9      That due to the interaction in the spontaneous
10 discourse of the proceeding, double dashes (--)
11 have been used to indicate pauses, changes in
12 thought, and/or talkovers; that same is the proper
13 method for a transcription of proceedings, and
14 that the double dashes (--) do not indicate that
15 words or phrases have been left out of this
16 transcript;
17     That any spelling of words and/or names which
18 could not be verified through reference material
19 have been denoted with the parenthetical
20 "(phonetic)";
21     That the parenthetical "(sic)" is used to denote
22 when a witness stated a word or phrase that
23 appears odd or erroneous to show that it was
24 quoted exactly as it stands.
25           RITA DEROUEN, CCR, RPR

Page 256

1                CERTIFICATE
2
3      This certification is valid only for a
4  transcript accompanied by my original signature
5  and original required seal or my digital signature
6  on this page.
7      I, RITA A. DEROUEN, Certified Court Reporter in
8  and for the State of Louisiana, (CCR #2014018),
9  Registered Professional Reporter (RPR #006908), as
10 the officer before whom this testimony was taken,
11 do hereby certify that CARL KELDIE, M.D., having
12 been duly sworn by me upon authority of R.S.
13 37:2554, did testify on September 20, 2024, as
14 hereinbefore set forth in the foregoing 255 pages;
15 that this testimony was reported by me in
16 stenographic shorthand, was prepared and
17 transcribed by me or under my personal direction
18 and supervision, and is a true and correct
19 transcript to the best of my ability and
20 understanding; that the transcript has been
21 prepared in compliance with the transcript format
22 guidelines required by statute and rules of the
23 Board; that I am informed about the complete
24 arrangement, financial or otherwise, with the
25 person or entity making arrangements for

Page 257

1  deposition services; that I have acted in
2  compliance with the prohibition on contractual
3  relationships, as defined by Louisiana Code of
4  Civil Procedure Article 1434 and the Rules and
5  Advisory Opinions of the Board; that I have no
6  actual knowledge of any prohibited employment or
7  contractual relationship, direct or indirect,
8  between a court reporting firm and any party
9  litigant in this matter, nor is there any such
10 relationship between myself and a party litigant
11 in this matter; that I am not related to counsel
12 or to any of the parties hereto, I am in no manner
13 associated with counsel for any of the interested
14 parties to this litigation, and I am in no way
15 concerned with the outcome thereof.
16     Signed and stamped this 25th day of September,
17 2024, Baton Rouge, Louisiana.
18
19
20
21
22
23
24           Rita DeRouen, RPR, CCR
25