# Exhibit 9

```
                    THE UNITED STATES DISTRICT COURT FOR
                    THE MIDDLE DISTRICT OF LOUISIANA

                    CASE NO.:  3:23-cv-1304-BAJ-EWD
```

VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its
members; and MYRON SMITH, DAMARIS JACKSON,
NATE WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH GUILLORY,
KENDRICK STEVENSON, and ALVIN
WILLIAMS, on behalf of themselves and
all others similarly situated,

                    Plaintiffs,

          -vs-

JAMES LEBLANC, in his official capacity as
Secretary of the Louisiana Department of
Public Safety & Corrections; TIMOTHY HOOPER,
in his official capacity as Warden of
Louisiana State Penitentiary; MISTY STAGG,
in her official capacity as Director of Prison
Enterprises, Inc.; the LOUISIANA DEPARTMENT
OF PUBLIC SAFETY & CORRECTIONS; and PRISON
ENTERPRISES, INC.

                    Defendants.


*   *   *   *   *   *   *   *   *   *   *   *

VIDEOTAPED
DEPOSITION OF:         ROLAND SYLVESTER

DATE TAKEN:            August 2, 2024

TIME:                  12:46 P.M. CST

PLACE:                 BY VIDEOCONFERENCE

REPORTED BY:           MICHELLE PULIDO STUBBEN, FPR,
                       COURT REPORTER, NOTARY PUBLIC

*   *   *   *   *   *   *   *   *   *   *   *

Page 10

1  A. Where my hometown is?
2  Q. Yeah.
3  A. Melville, Louisiana.
4  Q. Where do you live now?
5  A. Melville, Louisiana.
6  Q. How far is that from LSP?
7  A. 40 miles.
8  Q. Can you describe your educational background,
9  please?
10 A. High school senior. I graduated 12th grade.
11 Q. Where did you go to high school?
12 A. Melville, Louisiana.
13 Q. Have you lived in Melville your whole life?
14 A. My whole life.
15 Q. Do you have any vocational certificates?
16 A. No.
17 Q. Any state licenses?
18 A. No.
19 Q. I'm going to ask you about your employment
20 history now. You told me that you have been the
21 assistant warden of field operations at LSP for the last
22 five years?
23 A. Yes.
24 Q. Is that accurate?
25 A. Yes.

Page 11

1  Q. How long have you worked at DOC, altogether?
2  A. 29 and a half years.
3  Q. Oh, wow. Can you walk me through the
4  positions that you held at DOC, please?
5  A. I came in as a cadet. I made -- I made
6  sergeant, master sergeant, lieutenant, captain, major,
7  lieutenant colonel, colonel, assistant warden 2, and
8  assistant warden 3.
9  Q. Okay. So you've worked all the way up the
10 chain?
11 A. Yep.
12 Q. What is next up the field of chain after your
13 current position?
14 A. Retirement.
15 Q. When do you anticipate retirement?
16 A. Probably next three or four months.
17 Q. Oh, congratulations. That is wonderful. So
18 you've worked 29 years at DOC, and all those positions
19 you told me about, were those all at LSP?
20 A. In the field operations.
21 Q. So you've worked specifically in the field
22 operations at LSP for 29 years?
23 A. Yes.
24 Q. What employment did you have before you came
25 to DOC 29 years ago?

Page 12

1  A. I'm a third-generation farmer. My grandfather
2  was a farmer. My father was a farmer. And I started
3  working in the fields at six years old, so that gives me
4  52 years of field experience.
5  Q. So you worked on your family farm?
6  A. Yes.
7  Q. After you graduated from high school and
8  before you came to DOC?
9  A. I started working in the field at six years
10 old.
11 Q. Okay. In terms of employment -- paid
12 employment -- were there any other jobs you held aside
13 from --
14 A. No, ma'am.
15 Q. -- working on your family farm. Just let me
16 finish my question, sir. I know it is awkward way to
17 have a conversation, but just bear with me for the sake
18 of the court reporter and the record.
19     You worked in your family's farm in the field
20 in Melville, Louisiana from the time you were six years
21 old until you became a DOC employee 29 years ago; is
22 that correct?
23 A. Yes.
24 Q. What kind of crops did you cultivate in your
25 family's farm?

Page 13

1  A. We did corn, soybeans, wheat, and cattle.
2  Q. How many acres was your family farm at that
3  time?
4  A. We farmed about 1,300 acres.
5  Q. Oh, wow. Do you still work on your family
6  farm?
7  A. Yes.
8  Q. Is it still 1,300 acres?
9  A. No, we lost -- at the time we were leasing a
10 bunch of property with -- I own 300 acres of my own.
11 Q. And you farm those 300 acres?
12 A. I have someone farming for me, and I help
13 them. Crop share.
14 Q. You said that you're a third generation
15 farmer; is that right?
16 A. Yes.
17 Q. Have any of your family members ever worked
18 for DOC?
19 A. No.
20 Q. So how did you first come to be employed by
21 DOC 29 years ago?
22 A. I was looking for a job with a retirement.
23 Q. You found it. What are you going to do after
24 retirement?
25 A. Whatever I want.

Page 14

```
 1    Q.   That is a great answer.
 2    A.   I probably will work in the field.
 3    Q.   Sounds like you enjoy working the field.
 4    A.   Yep.
 5    Q.   Can you tell me a little bit about your duties
 6  as the assistant warden of field operations at LSP?
 7    A.   My duties are to make sure the crops are
 8  planted, and harvested, and processed, and stored for
 9  the consumption in LSP.
10    Q.   Okay.  So your job duties are to make sure
11  that the crops are harvested, processed, and stored?
12    A.   Yes.
13    Q.   Do you have any other duties at LSP?
14    A.   Ground maintenance -- maintaining the grounds,
15  grass-cutting.
16    Q.   Do you have any role with security?
17    A.   The only security I have is when the inmates
18  are out into the field.
19    Q.   And what do you mean by that?
20    A.   To maintain security and prevent an escape
21  when the inmates are in our custody.
22    Q.   How do you maintain security and prevent
23  escape out in the field?
24    A.   In the field operations they are counted at
25  the gate, turned over to the field line staff.  They are
```

Page 15

```
 1  brought out to the fields, and a gun guard line is set
 2  up to maintain a perimeter.
 3    Q.   How many gun guards are in the field at any
 4  given time?
 5    A.   It is two gun guards for every field line.
 6    Q.   Does it matter how many inmates are working
 7  the field line?
 8    A.   We can have up to 200.
 9    Q.   And if you had 200 inmates working the field
10  line, would there still be two gun guards, or would
11  there be more?
12    A.   Two gun guards, yes, ma'am.
13    Q.   So two gun guards regardless of how many
14  people are actually working the farm line?
15    A.   Yes.
16    Q.   Okay.  And you said that the gun guards
17  establish a perimeter.  What happens if an inmate
18  working the farm line breaches the secured perimeter?
19    A.   If an inmate crosses the perimeter, a warning
20  shot is fired to get the inmate's attention to get him
21  to come back.
22    Q.   How often does that happen?
23    A.   Very rarely.
24    Q.   Have you ever fired a firearm?
25    A.   A warning shot.  Yes.
```

Page 16

```
 1    Q.   And when was that?
 2    A.   Oh, it has been back when I was pushing lines
 3  probably ten years ago.
 4    Q.   And what happened?
 5    A.   Inmate crossed the guard line wanting to run
 6  off.
 7    Q.   And when you fire a warning shot, where do you
 8  aim?
 9    A.   You fire it into the ground at a safe
10  distance.
11    Q.   In that situation that you are talking about
12  that happened about ten years ago, what did the inmate
13  do after you fired the warning shot into the ground?
14    A.   Turned around and run back there into the
15  line.
16    Q.   Are there any other times that you've
17  discharged a firearm in your official duties at DOC?
18    A.   I fired numerous warning shots.  If there is a
19  fight going on, you fire a warning shot to get the
20  attention of your line pusher.
21    Q.   Is there a -- when a DOC officer fires a
22  warning shot, is that recorded anywhere?
23    A.   Yes, ma'am, it is.
24    Q.   How is that done?
25    A.   A warden unusual is done, and you have to do a
```

Page 17

```
 1  firearm shot for the arm, showing you just fired a
 2  round.  All your rounds are counted.
 3    Q.   You said an unusual is done?
 4    A.   Warden unusual.  An usual occurrence.
 5    Q.   Oh, an unusual occurrence for the warden, so
 6  for the warden to review?
 7    A.   Yes, ma'am.
 8    Q.   If one of the people that you supervise -- one
 9  of the free men that you supervised -- fired a warning
10  shot, would you know about it?
11    A.   Yes, I would.
12    Q.   How would you know about it?
13    A.   Because all of the warden unusuals are wrote
14  to me, and all of the supervisors under me report to me.
15    Q.   When was the last time that someone reported
16  to you that a warning shot was fired in the farm line or
17  the field line?
18    A.   Oh, it has been -- I would say nine months.
19    Q.   What was the context?  What happened in the
20  occasion you are thinking about?
21    A.   Inmate stepped out -- an inmate walked out the
22  guard line.  He was trying to go from one vegetable
23  field to another one to get him something.
24    Q.   Oh, sounds like maybe it was an accident, as
25  opposed to --
```

Roland Sylvester
August 02, 2024

Page 18

1   A.   No.
2   Q.   -- someone absconding?
3   A.   They was assigned to pick one type of
4   vegetable, and he was trying to sneak over to the other
5   field to pick something out of it, and he got caught.
6   Q.   What was he trying to pick?
7   A.   I don't remember what it was.
8   Q.   What is the policy after a warning shot is
9   fired if that does not change the inmate's behavior?
10  Say they keep running past the perimeter.
11  A.   Running.  Shoot to disable.
12  Q.   What does that mean?
13  A.   You shoot him to disable him to keep him from
14  running.
15  Q.   Is there -- what does it mean to shoot to
16  disable?  Is there a specific part of the body that
17  guards are trained to aim for?  What does that mean?
18  A.   Just you shoot to stop him.
19  Q.   How often does that occur?
20  A.   I have been here for -- well, I have been in
21  the field operation 29 years, and I never seen it but
22  one time.
23  Q.   When was that?
24  A.   This was probably 20 years ago, an inmate
25  whenever he was checking out at the gate, he rushed the

Page 19

1   officer and ran to the officer to take his weapon.
2   Q.   And did that officer shoot to disable?
3   A.   Yes.
4   Q.   What happened to the inmate?
5   A.   He died.  That has been over 20 years ago, I
6   believe.
7   Q.   Is it ever the case that a warning shot is
8   fired into the air and not into the ground?
9   A.   No, you fire because what goes up comes down.
10  And you shoot to the ground at a safe distance.
11  Q.   And do you -- is that an LSP policy?
12  A.   Yes.
13  Q.   Is that written down somewhere?
14  A.   Yes, ma'am, it is somewhere.  It is in the
15  policy.
16  Q.   Do you know what part it is written?
17  A.   No, ma'am, I don't.
18  Q.   Do you train officers or guards to follow that
19  policy?
20  A.   Yes.
21  Q.   How do you train them to follow that policy?
22  A.   Well, they have to qualify at the rifle range
23  once a year.
24  Q.   And then, how do you train them once they
25  qualify at the rifle range?  How do you train them on

Page 20

1   LSP policy, to fire a warning shot into the ground?
2   A.   You just tell them that that is policy, and
3   that is what you do.
4   Q.   I see.  So as part of the qualification of the
5   rifle range, guards are told that LSP's policy is to
6   fire a warning shot --
7   A.   Yes.
8   Q.   -- into the ground if an inmate breaches the
9   secured perimeter?
10  A.   Yes.
11  Q.   Do you do the training at the rifle range?
12  A.   No.
13  Q.   Do you carry a firearm when you are working in
14  the field?
15  A.   No.
16  Q.   Have you ever?
17  A.   Yes, I have.
18  Q.   When was the last time?
19  A.   I've got ten years since I pushed a field
20  line.
21  Q.   The pushers --
22  A.   The guards are the only ones that have
23  weapons.
24  Q.   What kind of weapons do the guards have?
25  A.   They have an AR and a pistol.

Page 21

1   Q.   An AR-15?
2   A.   Yes, ma'am.
3   Q.   And a pistol?
4   A.   Right.
5   Q.   So you said that your role as the assistant
6   warden of field operations includes ensuring that the
7   field crops are harvested, processed, and stored, and
8   you oversee ground maintenance.
9   A.   Yes.
10  Q.   Is there anything else that you are
11  responsible for?
12  A.   The planning -- you know, just getting the
13  vegetables planted, harvested, processed, and stored.
14  Q.   How do you decide what vegetables to plant?
15  A.   We plant anything that will grow in this
16  region in season -- that is seasonal.
17  Q.   What do you mean by anything that will grow?
18  A.   We'll do squash, zucchini, okra, cucumbers,
19  tomatoes, bell peppers, banana peppers.  And then,
20  winter crops, we'll do broccoli, cabbage, cauliflower,
21  turnips, beets, watermelons.
22  Q.   Do you grow those same crops on your family
23  farm in Melville?
24  A.   No.  Mostly grain.  I have a big garden that I
25  plant myself, but the field crops are grain crops,

Case 3:23-cv-01304-BAJ-EWD   Document 173-10   01/10/25   Page 6 of 7

Roland Sylvester
August 02, 2024

|  |  |
|---|---|
| Page 22<br>1  soybeans, and corn.<br>2      Q.  In the vegetable garden that you plant for<br>3  your personal use, are these the same vegetables that<br>4  you plant for your family?<br>5      A.  Yes.  I plant cucumbers, squash, zucchini,<br>6  tomatoes, cucumbers, different type of peppers, okra,<br>7  sweet corn.<br>8      Q.  So, it sounds like there are -- there is a<br>9  summer --<br>10     A.  Summer and winter.<br>11     Q.  Thank you.  There is vegetables and produce<br>12 that you plant to harvest in the summer, and then there<br>13 is crops that you plant to harvest in the winter; is<br>14 that correct?<br>15     A.  Correct.<br>16     Q.  For the summer crops like squash, zucchini,<br>17 cucumbers, when do you plant those?<br>18     A.  We start planting the squash and the zucchini<br>19 around the middle of March.  You have to wait until<br>20 there is no longer a frost threat.<br>21     Q.  And how do you plant those crops?<br>22     A.  We plant -- the ground is prepared with a<br>23 tractor, and it is planted with a tractor.  It is<br>24 cultivated with a tractor, and it is harvested by hand.<br>25     Q.  Okay.  So the ground is -- | Page 24<br>1  tractors in the tilling, planting, and cultivation of<br>2  the vegetable crops?<br>3      A.  There is a trustee that works for Mr. Tommy<br>4  Gulino that drives the tractors.<br>5      Q.  Who is Tommy Gulino?<br>6      A.  He is the guy that is in charge of planting<br>7  the crops, and ordering the seeds, and maintaining the<br>8  crops.<br>9      Q.  Does he report to you?<br>10     A.  Yes.<br>11     Q.  And Mr. Gulino also runs the trustee work<br>12 program?<br>13     A.  He does -- he has just that one trustee<br>14 assigned to him.  That is it.<br>15     Q.  Is there a specific trustee right now assigned<br>16 to Mr. Gulino?<br>17     A.  Yes.<br>18     Q.  Who is that?<br>19     A.  Danny Sherman.<br>20     Q.  And Mr. Sherman's job is to drive the tractors<br>21 that are used on the vegetables?<br>22     A.  Yes.  Land.  Yes.<br>23     Q.  How did Mr. Sherman get that job?<br>24     A.  He worked for Prison Enterprise and<br>25 transferred over to LSP with Mr. Tommy. |
| Page 23<br>1      A.  Tilled.<br>2      Q.  -- prepared -- go ahead.<br>3      A.  The ground is tilled with a tractor.  A<br>4  tractor plants it, and a tractor will cultivate it, and<br>5  then it is harvested by hand.<br>6      Q.  What do you mean when you say a tractor will<br>7  cultivate it?<br>8      A.  You have -- once your crop starts growing, in<br>9  case you have a little grass grow in it, you have a<br>10 tractor go through it and clean the middles.<br>11     Q.  Oh, like a tractor can remove the weeds?<br>12     A.  Right.  A tractor will remove the weeds when<br>13 the plants are small where it can drive through the<br>14 middles.<br>15     Q.  I see.  And is that for specific crops or for<br>16 any of the ones we have been discussing, squash and --<br>17     A.  Any of the crops that we have discussed.<br>18     Q.  And who owns the tractor that tills, plants,<br>19 and cultivates the summer crops?<br>20     A.  LSP.<br>21     Q.  How many tractors does LSP own?<br>22     A.  For the vegetable operation, we have two.<br>23     Q.  What kind of tractors are those?<br>24     A.  We have a John Deere and a Kubota.<br>25     Q.  Who drives those tractors or operates those | Page 25<br>1      Q.  Do you know what he gets paid?<br>2      A.  No, I don't.<br>3      Q.  The two tractors that you mentioned, one is<br>4  John Deere, and one is Kubota?<br>5      A.  Kubota.  K-U-B-O-T-A.<br>6      Q.  When did LSP get the John Deere tractor?<br>7      A.  A year ago.<br>8      Q.  So in 2023?<br>9      A.  Yes.<br>10     Q.  Was it new?<br>11     A.  Yes.<br>12     Q.  Anything particularly special about the 2023<br>13 John Deere tractor?<br>14     A.  No, ma'am.<br>15     Q.  Is it air conditioned?<br>16     A.  Yes.<br>17     Q.  Is it known to be a particularly nice tractor?<br>18 Or why did you buy that one?<br>19     A.  It is definitely a nice tractor.  I mean, it<br>20 is top-of-the-line.  I wish I had that when I was<br>21 growing up.<br>22     Q.  You did not have an air conditioned tractor on<br>23 your farm?<br>24     A.  No.<br>25     Q.  It sounds really nice.  Do you know how much |

Roland Sylvester
August 02, 2024

Page 114

1  A. Nope.
2  Q. Okay. Well, again, thank you for your
3  testimony, and I wish you all the best in your
4  retirement.
5  A. Me too. You-all have a good day.
6  THE VIDEOGRAPHER: This concludes today's
7  testimony. Going off the record at 3:22 p.m.
8  Central Standard Time.
9  THE REPORTER: Mr. Blanchfield, do you need a
10  copy?
11  MR. BLANCHFIELD: Yes, ma'am. Thank you.
12  (Deposition concluded at 3:23 p.m.)

Page 115

1  REPORTER'S CERTIFICATE
3  STATE OF FLORIDA
4  COUNTY OF ORANGE
6  I, MICHELLE PULIDO STUBBEN, Court Reporter and
7  Notary Public, certify that I was authorized to and did
8  stenographically report the foregoing deposition of
9  ROLAND SYLVESTER; that a review of the transcript was
10  requested; and that the transcript, Pages 4 through 114,
11  is a true record of my stenographic notes.
12  I FURTHER CERTIFY that I am not a relative,
13  employee, attorney, or counsel of any of the parties'
14  attorneys or counsel connected with the action, nor am I
15  financially interested in the action.
16  The certification does not apply to any
17  reproduction of the same by any means unless under the
18  direct control and/or direction of the reporter.
19  DATED August 5, 2024.
22  _____
23  MICHELLE PULIDO STUBBEN, Court Reporter

Page 116

1  CERTIFICATE OF OATH
3  STATE OF FLORIDA
   COUNTY OF ORANGE
5  I, MICHELLE PULIDO STUBBEN, Notary Public,
6  State of Florida, certify that ROLAND SYLVESTER
7  personally appeared before me by videoconference and was
8  duly sworn on August 2, 2024.
10  WITNESS my hand and official seal this
11  2nd day of August, 2024.
12  Personally Known:
13  Or Produced Identification: Yes
14  Type of Identification Produced: Driver's License
17  _____
   MICHELLE PULIDO STUBBEN, FPR,
18  NOTARY PUBLIC AND COURT REPORTER
   MY COMMISSION #HH 223309
19  EXPIRES: MARCH 8, 2026
   Bonded Through Notary Association

Page 117

1  E R R A T A  S H E E T
   IN RE: VOICE OF THE EXPERIENCED vs. JAMES LEBLANC
2  DEPOSITION OF: ROLAND SYLVESTER
   TAKEN: August 2, 2024
3  JOB NO. 6671043
4  DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES HERE
5  Please sign, date, and return this sheet to our office.
   If additional lines are required for corrections, attach
6  additional sheets.
7  At the time of the reading and signing of the
   deposition, the following changes were noted:

8  PAGE    LINE    CHANGE           REASON
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____

21  Under penalty of perjury, I declare that I have read my
    deposition and that it is true and correct subject to
22  any changes in form or substance entered here.
23  SIGNATURE OF DEPONENT: _____
24  DATE: _____