# Exhibit 10

## DECLARATION OF PATRICK JONES

I, PATRICK JONES declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I currently reside in Camp C. My DOC number is 711918.

3. I am currently assigned to Farm Line 15. While I was working Farm Line 15 one day in August 2024, I was called out to the field to bale hay. I wanted to request a job change because I wanted to get out of the field, so I stepped out of line to talk to the colonel. The gun guard cocked his gun and ordered me to get back in line. It was surreal and scary to know that getting out of line to talk to the colonel about my job status made me feel like I was at risk of being shot.

4. That incident confirmed my belief that the Farm Line is like modern day slavery and my security, wellbeing, mental and physical health do not matter.

5. Being watched over by guards on guns constantly while working on the Farm Line reminds me of watching movies about slavery. It made me feel like I really am a slave at this point in my life.

6. Working on the Farm Line sears you emotionally. I have had dreams about the Farm Line many times. In the most recent dream I can recall, I was in the field, and the gun guard approached me and yelled to get in line with everyone else. I replied that I was in line. He said that if you don't move up there with everyone else, this is

Signed Initials: *P.J.*

1

PATRICK JONES DECLARATION

going to be your last day. I asked what he meant by my last day, and I put my hands up. As soon as I lifted my hands, I woke up from the nightmare.

7. Being assigned to the Farm Line plays on your mind. The psychological impact of working on the Farm Line does not benefit my overall growth and understanding of life; it makes it worse.

8. I have heard conversations amongst incarcerated people while getting ready to go out to the fields. The conversations are not healthy. It becomes a very toxic environment between the men and the guards. The guards treat us like cattle. They curse us out and threaten us.

9. Working on the Farm Line is dehumanizing and makes me feel like I am less than a man. It controls me and scares me. It becomes deeply ingrained in my mind and makes me feel helpless and vulnerable.

10. The Farm Line is used as a threat, particularly for people like myself who are trying to use the work as a stepping stone for improvement. The threat of being punished for not working on the Farm Line is controlling. I feel like I must comply with the brutal conditions on the Farm Line because I do not want to get in further trouble or be placed in a cell block for 23-hour lockdown and have to be subjected to further brutalization from being in that cell. When I'm working on the Farm Line, I know that if I stand up for myself, then they are going to lock me in a cell. If I try to gain the respect I deserve, I am going to be further disrespected.

11. The Farm Line has caused me significant psychological harm. I have had thoughts of suicide. There is a lot of loneliness in this place. The Farm Line, combined

Signed Initials: _[signature]_

2

PATRICK JONES DECLARATION

with the threat of solitary confinement, makes you feel like death is much better than this. At least I would be away from the noise, the craziness, the obscenities, the harsh treatment, and the food they serve us.

  12. No human should have to be subjected to that punishment. That is beyond hard labor. It is similar to enslavement and it is dehumanizing to the human mind and degrading to the body.

I declare that the foregoing is true and correct.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on September 23, 2024.

_P. Jones_

Signed Initials: _PJ_

3

PATRICK JONES DECLARATION

FarmLine_00002692