

**UNITED STATES MARSHALS SERVICE**

Middle District of Louisiana

777 Florida Street, Room G-48

Baton Rouge, LA  70801

# MARSHALS RETURN

I hereby certify and return that on: _1/14/25_____

☑ I served the within named subject: _Ashley Myles -Executive Staff Officer , DOC_

☐ I returned Unexecuted: _____

This: ___Order to produce for zoom settlement  conference___  MISC. Case# _23-1304-1_

$ _0.06_____Mileage

$ _65.00_____Service

**UNITED STATES MARSHALS SERVICE**
**Middle District of Louisiana**

BY: _____