## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON |
| **VERSUS** | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The foregoing *Ex Parte* Motion to Enroll Christopher K. Jones, Special Assistant Attorney General, as Additional Counsel of Record for Defendants, **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORECTIONS, JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, and **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, considered;

IT IS ORDERED that Christopher K. Jones, Special Assistant Attorney General, be and he is hereby enrolled as additional counsel for Defendants, **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, and **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, with Andrew Blanchfield, Special Assistant Attorney General, to remain enrolled as lead counsel and C. Reynolds LeBlanc and Chelsea A. Payne, Special Assistant Attorneys General, to remain as counsel of record for these Defendants.

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIA