## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO. 23-01304-BAJ-EWD** |

### ORDER

Considering the matters discussed at the February 19, 2025, Motion Hearing on Plaintiffs Motion For Class Certification (Doc. 120, the "Motion"),

**IT IS ORDERED** that a secondary in-court Motion Hearing be and is hereby **SET** for March 27, and March 28, 2025, to begin at 9:00 A.M. in Courtroom 2. Persons representing the full spectrum of the proposed classes may be examined by the Parties.

**IT IS FURTHER ORDERED** that the Jury Trial and Pretrial Conference for the above-captioned matter be and are hereby **CONTINUED WITHOUT DATE**.[1]

Baton Rouge, Louisiana, this 27th day of February, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Trial for the above-captioned matter shall be reset following the conclusion of a matter (unrelated to the Motion) currently before the U.S. Court of Appeals for the Fifth Circuit.