PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

February 27, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

      Re:    *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

      We write on behalf of all parties in the above-captioned action to request a status conference to be held at the Court's earliest convenience, concerning the Court's February 27, 2025 Order (the "Order"), ECF No. 193, and specifically, the evidentiary hearing contemplated therein.

      In connection with Plaintiffs' pending motion for class certification, ECF No. 120, the Order calls for a two-day evidentiary hearing at which "[p]ersons representing the full spectrum of the proposed classes may be examined by the Parties." The Parties seek guidance from the Court concerning the scope of that hearing, including, for example, whether, in addition to testimony from plaintiffs and putative class members, expert testimony will be permitted and whether Defendants' witnesses to the potentially ameliorative steps taken by LSP are contemplated. The parties also seek guidance concerning the timing for the exchange of witness and exhibit lists, and, if necessary, discovery into the same. Finally, in light of the adjournment of trial in this matter and the difficulty of scheduling the attendance of expert witnesses who may be called to testify at the evidentiary hearing, the parties respectfully request that the evidentiary hearing be adjourned to April 21, the date trial had been scheduled to begin.

      Given the currently scheduled March 27 start date for the evidentiary hearing, the parties respectfully request that a status conference be called as soon as possible and thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Jeremy Benjamin*
Jeremy Benjamin

cc:    All Counsel of Record (via ECF)