# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

## ORDER

Considering the **Joint Letter Requesting Status Conference (Doc. 194)**,

**IT IS ORDERED** that a telephone status conference be and is hereby **SET** for March 6, 2025, at 2:00 P.M. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 3rd day of March, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**