## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, a
membership organization on behalf of itself
and its members; and **MYRON SMITH,
DAMARIS JACKSON, NATE WALKER,
DARRIUS WILLIAMS, KEVIAS HICKS,
JOSEPH GUILLORY, KENDRICK
STEVENSON,** and **ALVIN WILLIAMS**,
on behalf of themselves and all others
similarly situated,

Civil Action No.: 3:23-cv-1304-BAJ-
EWD

      *Plaintiffs*,

      v.

**JAMES LEBLANC**, in his official capacity
as Secretary of the Louisiana Department of
Public Safety and Corrections; **TIMOTHY
HOOPER**, in his official capacity as
Warden of Louisiana State Penitentiary;
**MISTY STAGG**, in her official capacity as
Director of Prison Enterprises, Inc.; the
**LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS**;
and **PRISON ENTERPRISES, INC.**

      *Defendants*.

### JOINT MOTION FOR EXPEDITED CONSIDERATION OF
### JOINT MOTION TO ADJOURN EVIDENTIARY HEARING

NOW COME PLAINTIFFS AND DEFENDANTS in the above-captioned matter, through

undersigned counsel, who jointly move this Honorable Court to consider the Parties' *Joint Motion*

*to Adjourn Evidentiary Hearing* on an expedited basis in light of the upcoming evidentiary hearing

on Plaintiffs' motion for class certification, currently scheduled to take place on March 27, 2025

and March 28, 2025.  *See* Dkt. No. 193.  For reasons detailed in the Joint Motion, due to the

importance of the issues presented by the class certification motion and the scheduling constraints

of certain witnesses, despite the Parties' best efforts, the Parties require additional time to prepare for the presentation of evidence related to these issues.  Consistent with the Court's instruction, the Parties have met and conferred and agree that the hearing date should be adjourned from March 27, 2025 and March 28, 2025 to any consecutive two-day period between April 23, 2025 and April 29, 2025.  Swift resolution of this Joint Motion will enable the Parties to fully prepare a comprehensive record on class certification and to ensure the availability of key witnesses, respectively.

       Respectfully submitted this 13th day of March,

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
Kara Crutcher (PHV) IL Bar No. 6337639
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org
sbosalavage@defendla.org
kcrutcher@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926416
Amaris Montes (PHV) MD Bar No. 2112150205
D Dangaran, (PHV) D.C. Bar No. 90023981
416 Florida Avenue NW, Se. 26152
Washington, D.C. 20001
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org
d@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826

Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Michael McGregor (PHV) NY Bar No. 5510490
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
mmcgregor@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*

**LIZ MURRILL**
**Attorney General**

*/s/ Andrew Blanchfield*
Andrew Blanchfield, T.A. (#16812)
C. Reynolds LeBlanc (#33937)
Chelsea A. Payne (#35952)
Christopher Jones
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone:  (225) 383-3796
ablanchfield@keoghcox.com
rleblanc@keoghcox.com
cpayne@keoghcox.com
cjones@keoghcox.com

*Attorneys for Defendants*