IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO ADJOURN EVIDENTIARY HEARING**

Having considered the foregoing Joint Motion to Adjourn Evidentiary Hearing ECF No. 197, and finding good cause exists, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. The evidentiary hearing on Plaintiffs' motion for class certification, ECF No. 120, is adjourned to [any consecutive two-day period between April 23, 2025 and April 29, 2025].

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE