UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-001304-BAJ-EWD

## ORDER

Considering the **Joint Motion To Adjourn Evidentiary Hearing** and the **Joint Motion For Expedited Consideration Of Joint Motion To Adjourn Evidentiary Hearing (Docs. 197, 198 the "Motions")**,

**IT IS ORDERED** that the **Motions (Doc. 197, 198)** be and are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the evidentiary hearing currently set to begin on March 27, 2025, be and is hereby **RESET** for April 23, and April 24, 2025, to begin at 9:00 A.M. in Courtroom 2. The Court shall rule on Defendants' Motions in Limine (Docs. 125, 126) prior to the evidentiary hearing. The Parties shall limit Zoom testimony to expert witnesses, *only*.

Baton Rouge, Louisiana, this 17th day of March, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA