IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**DECLARATION OF JEREMY A. BENJAMIN IN SUPPORT OF PLAINTIFFS'
MOTION FOR A SECOND TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

I, Jeremy A. Benjamin declare as follows:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams on behalf of themselves and those similarly situated (collectively, "Plaintiffs"). I respectfully submit

this Declaration in Support of Plaintiffs' Motion for a Second Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Fourth Declaration of Dr. Susi U. Vassallo, dated March 14, 2025.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Fifth Circuit's Order granting in part and denying in part Defendants' motion for a stay, dated July 12, 2024 in the action, *Voice of the Experienced et al.* v. *Westcott et al.*, No. 24-30420 (5th Cir.), Dkt. No. 41-1.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Dr. Susi U. Vassallo, dated May 8, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of Dr. Randy Lavespere's 30(b)(6) witness deposition testimony in this action, dated February 12, 2025.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of Ashli Oliveaux's 30(b)(6) witness deposition testimony in this action, dated February 12, 2025.

7. Attached hereto as Exhibit 6 is a true and correct copy of a redline, created by counsel, comparing the Louisiana Department of Public Safety and Corrections' ("DOC") Health Care Policy No. 8, dated August 21, 2018, produced by Defendants and bearing bates number 017941, to Health Care Policy No. 8, dated October 20, 2024, produced by Defendants and bearing bates number HCP 8 Emails 00000128.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document marked as Plaintiffs' deposition exhibit number 122 during Dr. Randy Lavespere's

February 12, 2025 30(b)(6) witness deposition in this action. *See* Ex. 4 at 146:8–157:14 (Lavespere). Exhibit 7 comprises a chart, created by counsel, summarizing National Weather Service ("NWS") heat index data from July 2, 2024, July 15, 2024, August 2, 2024, and August 6, 2024, and the underlying NWS data.

9.  Attached hereto as Exhibit 8 is a true and correct copy of DOC Health Care Policy No. 8 ("HCP8"), dated October 20, 2024, produced by Defendants in this action and bearing bates number HCP 8 Emails 00000128.

10. Attached hereto as Exhibit 9 is a true and correct copy of Louisiana State Penitentiary ("LSP") Directive No. 13.067 on Heat Pathology, dated March 21, 2019, produced by Defendants in this action and bearing bates number Sanders Emails 018080.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the transcript of Dr. Paul Toce's fact witness deposition testimony in this action, dated August 7, 2024.

12. Attached hereto as Exhibit 11 is a true and correct copy of a summary chart, created by counsel, summarizing dates between November 1 and April 30 of 2022, 2023, and 2024 on which the heat index reached or exceeded 88 degrees Fahrenheit, as reported by NWS stations in New Roads False River Regional Airport and Baton Rouge Metropolitan Ryan Field and the underlying NWS data with headers added.

13. Attached hereto as Exhibit 12 are true and correct copies of the Daily Line Counts and Job Rosters for Lines 15a, 15b, 24, and 25 covering the period November 4, 2024 to November 8, 2024, produced by Defendants in this action and bearing bates number VOTE000922.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Supplemental Declaration of Dr. Susi U. Vassallo, dated May 28, 2024.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Second Supplemental Declaration of Dr. Susi U. Vassallo, dated August 26, 2024.

16. Attached hereto as Exhibit 15 is a true and correct copy of Defendants' Responses to Plaintiffs' Third Set of Interrogatories, dated January 24, 2025.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt of the transcript of Dr. Carl Keldie's expert witness deposition testimony in this action, dated September 20, 2024.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of the transcript of Dr. Deleca Reynolds-Barnes' expert witness deposition testimony in this action, dated September 27, 2024.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Expert Report of Dr. Carl Keldie, dated September 13, 2024.

20. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit IV to the Expert Report of Dr. Carl Keldie.

21. Attached here to as Exhibit 20 is a true and correct copy of a website page captioned *Prevention: Heat Hazard Recognition*, maintained by Occupational Safety and Health Administration, accessed February 10, 2025, https://www.osha.gov/heat-exposure/hazards. This document was marked as Plaintiffs' deposition exhibit number 117 in the 30(b)(6) deposition of Dr. Randy Lavespere on February 12, 2025.

22. Attached here to as Exhibit 21 is a true and correct copy of a website page captioned *What is the heat index?*, maintained by the NWS, accessed February 10, 2025, https://www.weather.gov/ama/heatindex. This document was marked as Plaintiffs' deposition exhibit number 118 in the 30(b)(6) deposition of Dr. Randy Lavespere on

February 12, 2025.

23.     Attached hereto as Exhibit 22 is a true and correct copy of National Institute for Occupational Safety and Health, *Criteria for a Recommended Standard: Occupational Exposure to Heat and Hot Environments* (February 2016).  This document was marked as Plaintiffs' deposition exhibit number 119 in the 30(b)(6) deposition of Dr. Randy Lavespere on February 12, 2025.

24.     Attached hereto as Exhibit 23 is a true and correct copy of DOC Health Care Policy No. HCP8, Attachment A on Heat Pathology Medications, dated November 7, 2024, produced by Defendants in this action and bearing bates number HCP 8 Emails 00000224.

25.     Attached hereto as Exhibit 24 is a true and correct copy of document produced with the title "Heat Precaution List – May 16 2024," a list of individuals incarcerated at LSP who Defendants identified as having Heat Precaution Duty Status, produced by Defendants in this action and bearing bates number 019294.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a document produced with the title "Heat Related Duty Status Review – Pharmacy List," comprising a list of individuals taking medications listed on Exhibit 23.  Exhibit 25 was produced by Defendants in this action bearing bates number 031198.

27.     Attached hereto as Exhibit 26 is a true and correct copy of Michael Horseman et al., *Drug-Induced Hyperthermia Review*, Cureus (July 26, 2022).

28.     Attached hereto as Exhibit 27 is a true and correct copy of a website page captioned *Heat and Medications – Guidance for Clinicians*, maintained by the Centers for Disease Control and Prevention, dated June 18, 2024, https://www.cdc.gov/heat-health/hcp/clinical-guidance/heat-and-medications-guidance-for-clinicians.html.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Declaration of Kevias Hicks, a named Plaintiff in this action, dated March 14, 2025.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Declaration of Ray Farria, a putative class member, dated March 25, 2025.

31. Attached hereto as Exhibit 30 is a true and correct copy of DOC Health Care Policy No. HCP8, Attachment B, titled the "Medical Exclusion List," dated October 20, 2024, produced by Defendants in this action and bearing bates number 030603.

32. Attached hereto as Exhibit 31 is a true and correct copy of Rosemary K. Sokas, M.D., M.O.H., and Emily Senay, M.D., M.P.H., *Preventing Heat-Related Illness among Outdoor Workers – Opportunities for Clinicians and Policymakers*, New England Journal of Medicine (October 5, 2023).

33. Attached hereto as Exhibit 32 is a true and correct copy of DOC Health Care Policy No. HCP8, dated August 21, 2018, produced by Defendants in this action and bearing bates number 017941.

34. Attached hereto as Exhibit 33 is a true and correct copy of the transcript of Roland Sylvester's 30(b)(6) witness deposition testimony in this action, dated February 12, 2025.

35. Attached hereto as Exhibit 34 is a true and correct copy of the Declaration of Marguerite Green, an expert witness for Plaintiffs in this action, dated March 19, 2025.

36. Attached hereto as Exhibit 35 is a true and correct copy of the Daily Line Count for Line 15b, dated July 8, 2024, produced by Defendants in this action and bearing bates number VOTE000128.

37. Attached hereto as Exhibit 36 is a true and correct copy of the Daily Line Count for Line 15b, dated September 17, 2024, produced by Defendants in this action and bearing bates number VOTE000584.

38. Attached hereto as Exhibit 37 is a true and correct copy of a summary chart, created by counsel, reflecting dates from June to September 2024 on which Defendants failed to remove people with Heat Precaution Duty Status from the Farm Line after a heat alert was issued in accordance with HCP8. The chart was created by excerpting information from the Daily Line Counts, Job Rosters, and NWS weather data from this time frame, as well as the list produced by Defendants identifying individuals incarcerated at LSP with Heat Precaution Duty Status as of May 16, 2024, which is appended thereto.

39. Attached hereto as Exhibit 38 are true and correct copies of the Daily Line Counts, Line Rosters, and Job Rosters for Lines 15, 15b, 24, and 25 covering the period from August 5, 2024 to August 9, 2024, produced by Defendants in this action and bearing bates number VOTE000318.

40. Attached hereto as Exhibit 39 is a true and correct copy of an excerpt of the LSP EMS and Fire Department Field Triage and Sick Call Logs from August 6, 2024, produced by Defendants in this action and bearing bates number 023076.

41. Attached hereto as Exhibit 40 is true and correct copy of a letter sent by the Plaintiffs to the United States Court of Appeals for the Fifth Circuit, dated July 10, 2024, together with accompanying exhibits, in the action *Voice of the Experienced et al.* v. *Westcott et al.*, No. 24-30420 (5th Cir.), Dkt. No. 38.

42. Attached hereto as Exhibit 41 is true and correct copy of a letter sent by the Defendants to the United States Court of Appeals for the Fifth Circuit, dated July 11, 2024,

together with an accompanying affidavit, in the action *Voice of the Experienced* v. *Westcott*, No. 24-30420 (5th Cir.), Dkt. No. 39.

43. Attached hereto as Exhibit 42 is a true and correct copy of the Declaration of Damaris Jackson, a named Plaintiff in this action, dated March 14, 2025.

44. Attached hereto as Exhibit 43 is a true and correct copy of the Declaration of Darrius Williams, a named Plaintiff in this action, dated March 14, 2025.

45. Attached hereto as Exhibit 44 is a true and correct copy of the Declaration of Norris Henderson, the Executive Director of Voice of the Experienced, a named Plaintiff in this action, dated March 20, 2025.

46. Attached hereto as Exhibit 45 are true and correct copies of the Daily Line Counts and Job Rosters for Lines 15, 15b, 24, and 25 covering the period September 16, 2024 to September 20, 2024, produced by Defendants in this action and bearing bates number VOTE000578.

47. Attached hereto as Exhibit 46 is a true and correct copy of an excerpt of the transcript of Dr. Randy Lavespere's fact and 30(b)(6) witness deposition testimony in this action, dated July 29, 2024.

48. Attached hereto as Exhibit 47 is a true and correct copy of a letter from Defendants' counsel addressed to the Court, dated November 1, 2024, and filed in this action by Defendants as ECF No. 148.

49. Attached hereto as Exhibit 48 is a true and correct copy of an excerpt of the transcript of Sharita Spears' fact and 30(b)(6) witness deposition testimony in this action, dated August 05, 2024.

50.     Attached hereto as Exhibit 49 is a true and correct copy of a October 2024 email thread produced by Defendants in this action and bearing bates number HCP 8 Emails 00000100.

51.     Pursuant to Local Rule 65, actual notice of the time of making the application of making the application, and copies of all pleadings and other papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to Defendants' attorney. On March 25, 2025, Plaintiffs served the papers included in this filing on counsel to Defendants by electronic transmission, a form of service previously agreed upon by the parties. Attached hereto as Exhibit 50 is a true and correct copy of the certificate of service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 25, 2025.

_____
Jeremy A. Benjamin