# Exhibit 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, on
behalf of itself and its members; and
**MYRON SMITH**, **DAMARIS JACKSON**,
**NATE WALKER, DARRIUS
WILLIAMS, KEVIAS HICKS, JOSEPH
GUILLORY, KENDRICK STEVENSON,**
and **ALVIN WILLIAMS,** on behalf of
themselves and all others similarly situated,

    *Plaintiffs*,

v.

**JAMES LEBLANC**, in his official capacity
as Secretary of the Louisiana Department of
Public Safety & Corrections; **TIMOTHY
HOOPER**, in his official capacity as
Warden of Louisiana State Penitentiary;
**MISTY STAGG**, in her official capacity as
Director of Prison Enterprises, Inc.; the
**LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS**;
and **PRISON ENTERPRISES, INC.,**

    *Defendants*.

**DECLARATION OF DR. SUSI
VASSALLO IN SUPPORT OF
PLAINTIFFS' MOTION FOR A
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER**

I, Susi U. Vassallo, declare as follows:

## I.     INTRODUCTION

### A. Background, Qualifications, and Experience

1.      I am a physician licensed to practice medicine in the states of Texas and New

York, and am board certified in Emergency Medicine and Medical Toxicology. Since 1987,

I have actively practiced emergency medicine and medical toxicology and have been on

the faculty of the New York University School of Medicine Langone Medical Center Tisch

Hospital and Bellevue Hospital Center. I am a Fellow in the American College of

Emergency Physicians, and a Fellow in the American College of Medical Toxicology.

2.      I received my Doctor of Medicine medical degree from the University of Texas Health Science Center at Houston, my Masters of Science in Health Care Management at the University of Texas Southwestern Medical School and University of Texas at Dallas School of Business, and my Bachelor of Science with Honors from the University of Texas at Austin. I completed my residency in Emergency Medicine at Wayne State University in Detroit, and a fellowship in Medical Toxicology at New York University School of Medicine. I am active in the teaching, training, and supervision of physicians and medical students training in emergency medicine and medical toxicology. I care for patients with a broad range of medical problems, both chronic and acute.

3.      My areas of special focus in teaching and writing include thermoregulation and the effects of drugs and illnesses on thermoregulation. Over the past 30 years, I have cared for many patients with disorders of thermoregulation, mental illness, and toxicity as a result of drugs. I have personally managed many patients who suffered heat exhaustion and heat stroke. I work closely with the New York City Office of the Chief Medical Examiner on toxicology and poisoning issues. A list of my work experience, training, and publications is contained in my curriculum vitae, attached hereto as **Exhibit A**.

4.      Since starting at Bellevue Hospital in 1987, I have treated patients from Rikers Island jails who were taken to Bellevue. The hospital is the primary receiving hospital for the male detainees of New York City's jails. I am a Certified Correctional Health Professional of the National Commission on Correctional Health Care (NCCHC).

5.      I have provided expert reports and testimony on issues relating to heat in prisons and jails for over twenty years in federal courts. As detailed in my CV, I have been qualified as an expert on the effects of heat on prisoners in federal district courts in Louisiana, Mississippi, New York, and Texas, and the Fifth Circuit Court of Appeals, among others.[1] For instance, I was a medical expert for plaintiffs about the conditions of

---

[1] The Fifth Circuit has recognized and noted my expertise in multiple cases. *See Yates v. Collier*, 868 F.3d 354, 363-64 (5th Cir. 2017) ("Dr. Vassallo is a licensed physician and a recognized expert in the field of

confinement (including heat exposure) on the newer Death Row unit at the Louisiana State Penitentiary (LSP)-Angola (*Ball v. LeBlanc*, No. 3:13-cv-00368-BAJ-EWD). I am also a medical expert for plaintiffs regarding the impact of prolonged heat exposure and confinement on the children formerly incarcerated at Angola's former Death Row unit (*Alex A. v. Edwards*, No. 3:22-cv-00573-SDD-RLB). Finally, I am an expert for plaintiffs regarding the medical care provided to all people incarcerated at Angola (*Lewis v. Cain*, No. 3:14-cv-318-SDD-RLB). My role in *Lewis* is principally to evaluate the emergency care and work provided by emergency medical technicians (EMTs) at Angola. Crediting my testimony and expert reports, the district court found the emergency care provided to people at Angola to be unconstitutional. *See Lewis v. Cain* Opinion, Doc. 594 ¶¶ 23-24, 28, Mar. 31, 2021.

6.      I have consulted for the U.S. Department of Homeland Security (DHS) Division of Civil Rights and Civil Liberties. In this role, I reviewed the delivery of medical care to people in Immigration and Customs Enforcement (ICE) detention centers. I am currently the court-appointed federal monitor for medical care in the Orleans Parish Jails consent decree in the U.S. District Court in the Eastern District of Louisiana. I am the medical subject matter expert for the consent decree for the Sacramento County California jails. I am the medical consultant for the California Department of Justice regarding the Los Angeles Sherriff's Department Jails and the Riverside County Jails of California. I am the medical expert for the U.S. Department of Justice for its investigation into the Al Cannon Jail in Charleston South Carolina.

7.      I have lectured nationally and internationally about thermoregulation and heat-related disorders. I am frequently asked to assist journalists and reporters writing on

---

thermoregulation and hyperthermia, with over twenty-five years treating heat stroke and heat-related disorders. Dr. Vassallo has previously served as an expert witness in lawsuits challenging prison conditions, and this court has (at least) twice upheld district court findings that relied heavily on Dr. Vassallo's testimony.") (citations omitted).

heat stroke and the prevention of heat stroke. A list of selected presentations and lectures is contained in my CV.

8.      I was retained by Plaintiffs' counsel to provide expert opinions on the impact of prolonged exposure to heat on the incarcerated men who perform compulsory agricultural labor on Angola's "Farm Line." These individuals are considered to be the named plaintiffs and class members in *VOTE v. LeBlanc*, 3:23-cv-1304-BAJ-EWD**.** I have been retained at my standard hourly rate of $350 an hour. My compensation is not dependent in any way on the outcome of this matter or on the substance of my findings and conclusions. The matters set forth are my independent opinions, true and correct of my personal and professional knowledge. If called as a witness to testify, I could and would testify competently.

9.      The opinions contained in this declaration are based on my training, clinical experience, and familiarity with the extensive body of medical literature on the subjects of thermoregulation; the effects of drugs, illness, and age on thermoregulation; the mortality and morbidity caused by heat waves and exposure to extreme heat, and literature regarding the same. In this declaration, I provide information on thermoregulation, heat related disorders, the impact of prolonged exposure to high heat indexes on the human body, and the increased risk of heatstroke and heat-related disorders from prolonged exposure to high heat indexes, for people with certain medical conditions or taking certain medications. Equally important is the worsening of medical and mental health conditions when an individual is subjected to high heat and humidity. The lists of medical conditions and medications contained in this declaration are meant to be illustrative, not exhaustive.

**B. Materials Reviewed**

10.      For purposes of this declaration, I have reviewed the complaint and other case filings in this case, including the sworn declarations of named plaintiffs and class members in this case, as well as U.S. National Weather Service reports on the daily temperature and heat index at Angola from May 1 – October 31, 2023.

11.    I have also reviewed the Department of Public Safety and Corrections' heat pathology policies, directives, and regulations. These include:

    a.   Heat Pathology, No. HCP8, dated August 21, 2018;

    b.   Department Regulation No. HCP8, Attachment A, "Heat Pathology Medications," dated August 21, 2018;

    c.   Health Care Policy No. HCP8, Attachment B, "Heat Related Illness";

    d.   Form HCP8-A, "Heat Pathology Inmate Education," dated July 10, 2018;

    e.   LSP Directive No. 13.063, "Duty Status Classification System," dated July 8, 2019; and

    f.   LSP Directive No. 13.067, "Heat Pathology," dated March 21, 2019.

12.    I also rely upon my personal knowledge from visiting and touring the Angola prison many times and serving as an expert witness in the *Lewis*, *Ball*, and *Alex A.* cases.

13.    Because discovery has only just commenced in this case, I have not been able to obtain or review the following information, which would be informative:

    a.   Transcripts of interviews and/or testimony of witnesses knowledgeable about temperature regulation and heat management policies on the Farm Line;

    b.   Updated or new policies, post orders, protocols, or directives for health care or custody staff on heat precautions, the mitigation and management of extreme temperature conditions on the Farm Line, and the provision of medical care for persons with certain heat-sensitive medications or conditions;

    c.   Temperature and heat index logs maintained by Angola, and all records of outdoor temperatures and head indexes on the Farm Line;

    d.   Medical records for all named plaintiffs and class members;

    e.   A complete tour of Angola's agricultural operation, including the fields where the Farm Lines are deployed, which would include visiting and taking

temperatures in the fields, as well as an opportunity to speak freely and confidentially with the incarcerated men and staff.

14.     Despite the inability to obtain this additional useful data and information, all of my opinions and conclusions are rendered to a reasonable degree of medical certainty. I reserve the right to supplement this declaration and to refine my opinion, or develop additional opinions, based on additional information that may become available to me.

### C.  Summary of My Opinions

15.     The incarcerated men who perform compulsory agricultural labor on Angola's Farm Line are at substantial risk of serious physical and psychological harm due to their extensive and continued exposure to high temperatures and heat index. This is especially because of Defendants' practice of forcing men to perform strenuous manual labor in the fields in conditions of extreme heat and humidity, without adequate rest and recovery periods, water intake, protective clothing, or modern farming tools or equipment.

16.     As detailed in Part II, the science is clear that prolonged exposure to high heat indices places people – including younger and healthier people – at serious risk of suffering several heat related health disorders, including, severe conditions that could lead to death or permanent physical injury.

17.     All of the men who work on the Farm Line at Angola are at substantial risk of serious heat-related disorders due to their prolonged exposure to heat indexes above 88° Fahrenheit. This is especially the case for individuals with medical or mental health conditions that make them more susceptible to heat-related injuries, or who are taking certain medications that adversely affect their body's ability to thermoregulate itself.

18.     The conditions in which incarcerated men are forced to work on the Farm Line at Angola during periods of high heat is a setup for exacerbation of underlying conditions and exercise induced heatstroke.

II.     **THE IMPACT OF EXTREME HEAT ON THE HUMAN BODY**

    **A. The Science of Thermoregulation**

19.     Thermoregulation is the process by which the human body maintains its temperature within a safe physiological range, in response to internal and external thermal stimuli. The body's safe physiologic range is typically a set point of plus or minus 0.8° Fahrenheit of 98.6° Fahrenheit. Temperatures above that range can result in "heat stress," *i.e.*, health conditions that occur when the body is under stress from overheating, and are medically dangerous.

20.     Thermoregulation is a major bodily process. Inability to thermoregulate properly impairs the function of multiple bodily systems, including but not limited to the nervous system, pulmonary system, cardiovascular system, gastrointestinal system, and kidney function.

21.     Heat transfers in and out of the body at all times through four processes—radiation, convection, conduction, and evaporation. Radiation is heat transfer through emission of particles or waves, such as sunlight. Convection is heat transfer by moving a liquid or gas, such as hot air blowing over the skin. Conduction is heat transfer through direct contact between the body and other surfaces, such as a hot stove. Evaporation is heat loss when water changes from liquid to a vapor, such as drying sweat.

22.     External factors, radiant heat, and conductive sources are all examples of "external heat." The body's temperature may rise as a result of exposure to high external heat. A number of external factors such as high temperature, humidity, radiant heat, and wind speed may cause a rise in body temperature. Radiant heat sources include not only the sun, but also the walls of buildings, cement or asphalt grounds, or lights. Conductive sources include any hot objects in direct contact with the body.

23.     The hypothalamus is the main part of the brain responsible for thermoregulation. Thermoreceptors—for example, nerves in the skin—detect changes in

body or blood temperature and send this information back to the brain via the spinal cord. The hypothalamus directs the body's responses to these changes.

24.     The body uses two primary mechanisms to cool itself: perspiration (sweating) and cutaneous vasodilation (dilation of blood vessels close to the skin). Both mechanisms facilitate heat dissipation and are critical to effective thermoregulation. Both mechanisms also require neurotransmission.

25.     First, sweating requires sweat gland function, a process requiring neurotransmission. Second, cutaneous vasodilation brings heated blood close to the skin, transferring heat from the body's core to the surface. Vasodilation is dependent on adequate neurotransmission. In addition, adequate cardiac output is essential to the body's process of cooling itself. Cardiac output is the amount of blood pumped for each squeeze of the heart. It is a product of the amount of blood that the heart can squeeze out to the body and the number of times each minute that the heart squeezes, the heart rate. When the body needs to emit heat, the heart pumps faster and squeezes harder in order to pump more blood to the skin.

26.     Heat dissipates from the body's surface, primarily through evaporation. Evaporation is the process of vaporization of water or sweat and is responsible for large amounts of heat loss from the skin. Perspiration, or sweating, brings water to the skin, where it evaporates and causes heat to dissipate from the body. As described in greater detail in Part II.D, certain medical conditions and pharmaceutical agents may impair these critical processes.

27.     When the external environment gets hotter and more humid, the body must work harder to cool itself by increasing vasodilation and sweating. However, the need to maintain blood pressure results in a limitation in vasodilation and limits heat loss through this mechanism. The heart also increases its cardiac output. In normal conditions, 0.5 liters of blood circulate to the skin per minute. In a hotter and more humid environment, 5-20 liters of blood must circulate per minute in order for the body to cool. The heart pumps

faster and harder in order to pump more blood through the body to maintain blood pressure and cooling.

28.    The act of sweating depletes the body of water and salt, so without adequate repletion, a person will become dehydrated. Dehydration can cause light-headedness or dizziness, a lack of energy, low blood pressure, weakness, and increased heart rate. A person who is dehydrated may be unable to increase cardiac output adequately to meet the demands of the heat stress. If fluids are not replaced, core temperature will rise, and hyperthermia will result. Hyperthermia occurs when the body's natural thermoregulatory processes are insufficient and overwhelmed, and the body begins to accumulate heat. Dehydration and hyperthermia can both be deadly.[2]

29.    Any medication that decreases the number of times per minute that the heart squeezes or the strength of the squeeze will have profound effects on the ability of the body to cool. Any medication that limits vasodilation or sweat gland function will limit the ability to thermoregulate in the heat.

30.    Moreover, evaporation becomes less effective as humidity rises in the external environment. When the external environment has high humidity, the air is already saturated with moisture. High humidity makes it more difficult for the water from sweat to evaporate from the surface of the skin into the air. Therefore, the body cannot engage in evaporative cooling as efficiently. As a result, the body cannot release as much heat, and body temperature may continue to rise, possibly leading to hyperthermia.

31.    Scientists measure air temperature and humidity together using a formula, and the resulting figure is called the heat index. The heat index, also known as the apparent temperature, is what the temperature feels like to the human body when relative humidity is combined with the air temperature.  Humidity impacts the body's ability to regulate its

---

[2] *See, e.g.*, *McCollum* v. *Livingston*, 2017 WL 608665, at *1 (S.D. Tex. Feb. 3, 2017) (noting that, in Texas prisons, "five men died in 1998 from environmentally-caused hypherthermia," "[b]etween 1999 and 2010, five more individuals are known to have died from hyperthermia or other heat-related illnesses," and in 2011, "ten more individuals died from hyperthermia").

temperature through perspiration and evaporation of sweat. As a result, the human body feels warmer in humid conditions. This is why the heat index provides a more accuate indication of how the body "feels" heat than air temperature alone.

**B. Heat-Related Disorders and Heat Stroke**

32.    The term "heat stress" refers to environmental conditions that cause the body's thermoregulatory systems to engage and enhance heat loss from the body. As discussed above, "hyperthermia" refers to elevated body temperature due to thermoregulation processes that cannot keep up with the amount of heat accumulating in the body. In other words, the body accumulates more heat than it can dissipate.

33.    Heat-related disorders occur when the body's temperature control system is overloaded, and the body is unable to adequately dissipate heat. The risk for heat stroke and heat-related disorders increases sharply when the heat index exceeds 88° Fahrenheit. Heat-related disorders include heat syncope (fainting), heat cramps, heat exhaustion, and heat stroke.

34.    Heat syncope (fainting) is a brief loss of consciousness that results from heat exposure. It occurs because the blood vessels are maximally dilated in the body's effort to cool itself, thus dropping the blood pressure. The heart is so taxed that it is not able to pump enough blood to generate adequate blood pressure, and provide blood to the brain to maintain consciousness and stay upright. The body can only vasodilate to a point because the need to maintain blood pressure supersedes the thermoregulatory drive to lose heat to the environment through vasodilation.

35.    Heat cramps are painful muscle cramps that result from salt and water loss during heat exposure. Heat cramps occur due to dehydration and sodium depletion, most often as a result of exercising or working in a high-heat index environment. Heat cramps can occur in the legs, and they can be very painful. The cramps can persist for hours, even after a person drinks water and takes rest.

36.     Heat exhaustion is a disorder that results when heat stress begins to overwhelm the ability of the body to dissipate heat. The hypothalamus directs the body to maintain a normal body temperature, the heart beats maximally, and the body sweats and blood vessels dilate maximally, but thermoregulation still falls short. The body temperature may elevate. A person suffering from heat exhaustion may feel chilled even though it is hot. They can also feel light-headed, thirsty, nauseous, weak, faint, or dizzy, unsteady gate. Their heartbeat is rapid, and they may also experience muscle aches (myalgias), headache, or abdominal cramps. A person suffering from heat exhaustion may try to lie down in order to conserve energy and help elevate blood pressure. If the person does not get out of the heat, heat exhaustion can precede heat stroke. Particularly in a setting like Angola's fields, which lack shade and expose men made to labor on the Farm Line to direct sunlight, symptoms of heat exhaustion must be taken very seriously and evaluated and treated immediately. However, as discussed below, heat disorders are not on a continuum and heat stroke may occur with no warning.

37.     There may be overlap in heat-related disorders. Heat exhaustion may include heat cramps and heat syncope, or weakness, fatigue, dizziness, and nausea. Medical providers should always remove people experiencing these problems from the hot environment in order to prevent heat stroke. However, heat stroke may occur rapidly without warning when thermoregulation fails.

38.     Heat stroke is a severe medical emergency caused by persistent heat stress and inadequate dissipation of heat from the body. Heat stroke is defined as an elevation of body temperature above 105.5° Fahrenheit, along with an alteration of mental status. Some authors use slightly different temperatures ranging from 104-106° Fahrenheit. The altered mental status could be subtle, manifesting as inappropriate behavior or impaired judgment, or it could include confusion, delirium, obtundation, seizures and/or result in coma. Particularly in carceral settings, the altered mental state can be misinterpreted as misbehavior, rather than the physiological response to the excessive heat.

39.     Heat stroke can occur whether or not a person is engaged in physical activity. There are two kinds of heat stroke: exertional and classical. Exertional heat stroke occurs when a person is exercising or engaged in physically strenuous activity in a high heat index and hot environment. Classical heat stroke, however, is not associated with exercise and can occur due to exposure to a high-heat index and an inability to leave a hot environment. Classical heat stroke commonly occurs during heat waves, and the victims include persons least able to tolerate heat or escape from heat, such as infants and young children, older adults, individuals with psychiatric disorders, chronically ill persons, and persons with medical conditions or taking medications that interfere with the ability to thermoregulate.

40.     Heat stroke comes on rapidly. Heat stroke is not necessarily preceded by other heat-related disorders such as heat cramps or heat exhaustion. The body's temperature rises, and collapse may occur very quickly, with little or no warning. In just ten or twenty minutes, a person suffering from heat stroke may demonstrate life-threatening signs and symptoms of heat stroke.

41.     As noted above, heat stroke comes on with little warning. Two-thirds of heat stroke victims experience symptoms for less than one day before being hospitalized or being found dead. Some victims go to sleep apparently well and are found the next day critically ill or dead. A person who begins to suffer from heat stroke may be unable to call for help or ask to be taken to a cooler location, because of altered mental status. The person may not be able to report to others – in this case, the corrections officers – that he is feeling badly, because the condition itself impairs the ability to ask for help. The person caught in this Catch-22 is at risk of losing their life. In just ten or twenty minutes, a person suffering from heat stroke will have life-threatening manifestations such as seizure. Heat stroke can occur in persons who have never complained about heat before. The rapid onset of heat stroke has important implications: even frequent observations of persons at high risk of heat stroke may not give adequate warning of impending collapse.

42.     Heat stroke is a true medical emergency. It can cause death or permanent disability if emergency treatment is not provided. When a person begins to suffer from heat stroke, he must immediately receive medical treatment with aggressive cooling, or he is at increased risk of death or serious injury. Survival is possible if cooling measures are properly instituted. The body temperature should be reduced to near normal immediately. This can be accomplished within 20 minutes by complete submersion of the body in ice and ice water. Other treatment, including respiratory support with a respirator, sedation, fluid replacement, and other methods of intensive supportive care may be needed.

43.     Heat stroke is deadly. Very high body temperatures in heat stroke can damage the brain and other vital organs. In heat stroke, heat stress causes an inflammatory progression. Heat causes tissue injury, and cells in the body's organs begin to die, ultimately causing multiple organ systems to fail.

44.     Heat stroke carries a significant risk of death and permanent disability. Studies have shown heat stroke mortality rates ranging from 30-80%. Survivors of heat stroke may have significant heat-related morbidity, such as permanent inability to walk and talk. Permanent neurological damage occurs in up to 17% of survivors. Permanent neurological damage can include phrenic nerve damage, leading to trouble with spontaneous breathing, and structural damage to the cerebellum, which causes balance and walking problems, or cognitive problems.

45.     In addition to death or permanent injuries from heat stroke, there are multiple epidemiological studies that show increased morbidity and mortality from underlying medical conditions during heat waves. In terms of pure numbers, the effect of the heat to worsen underlying medical conditions is a much greater threat to the well-being of a population. Many more people die each year from heat-induced exacerbations of underlying medical vulnerabilities than die from heat stroke. Persistent exposure to extreme heat also brings on medical events or exacerbates medical conditions that are not traditionally thought of as "heat-related." For example, in extremely hot environments,

13

people who suffer from cardiovascular disease are more prone to morbidity and mortality. People with diabetes may suffer acute complications such as electrolyte and fluid abnormalities and exacerbation of the coexistent cardiovascular complications that result from diabetes. People with respiratory ailments such as asthma are more prone to suffer from an exacerbation of asthma. These medical events cause pain and suffering, permanent injury, or death, while not directly attributed to being caused by heat exposure.

### C. The Psychological Impact of Persistent Exposure to Extreme Heat

46.     In addition to the physical medical effects of heat, international studies have shown that there is a relationship between higher temperatures and the rates and number of suicides. One study published in 2007 examined a ten-year period of all deaths in England and Wales, analyzing daily temperature and daily suicide counts and found that above 18° Celsius (65° Fahrenheit), each additional 1 degree Celsius (1.8° Fahrenheit) in mean temperature was associated with a 3.8% and 5.0% rise in suicide and violent suicide respectively. Similar results were found by Hungarian researchers in a study published two years later, analyzing all deaths by suicide in Budapest over a ten-year period which found that the days with higher numbers of deaths by suicide corresponded to days where the daily maximum temperatures were significantly higher than the average daily temperature.

47.     A 2009 Japanese study of deaths by suicide across the country over a 20-year period found a positive association between high daily temperatures triggering an increase in the number of suicides on the days that there are temperature spikes. And a 2018 study conducted by researchers at Stanford University compared several decades' worth of historical temperature data and suicide data from across thousands of United States counties and Mexican municipalities, and found a strong correlation between excessive temperatures and suicide rates. The study found that this effect was similar in hotter versus cooler regions of the two countries. While these studies do not prove a causal link between excessive temperatures and higher rates of suicide, they show consistency over time and in many different places.

14

**D. People With Certain Medical or Psychiatric Conditions or Who Take Certain Medications Are at a Higher Risk of Heat-Related Disorders**

48.     Certain people are at greater risk of heat related disorders. This includes: (a) people with chronic illnesses or medical conditions that impair thermoregulation; (b) people with psychiatric or mental health disorders; and/or (c) people taking drugs or medications that impair thermoregulation. People who fall into more than one of these categories are at even higher risk of injury. I discuss each group in turn below.[3]

49.     People with chronic illnesses or medical conditions such as heart disease, diabetes, obesity, and respiratory diseases like asthma or chronic obstructive pulmonary disease (COPD) are much more likely to succumb to heat stroke when under heat stress due to their body's inability to fully thermoregulate. Other conditions, such as fatigue associated with a recent deficit in sleep, poor physical conditioning, a recent febrile illness (fever), extensive skin conditions affecting the sweat glands and the blood vessels, including burns, scleroderma or psoriasis, are also precipitating factors for heat stroke.

50.     People with heart conditions or heart disease are at increased risk of heat stroke and heat-related complications. Cardiovascular disease, refers to a number of problems related to the heart and brain. Heart conditions can refer to genetic disorders of the heart's electical system or structure, or acquired conditions such as atherosclerosis. In sum, these are people whose hearts are not able to function maximally when called on to do so.

51.     In the case of heat stress, the heart is called on to circulate blood, and to circulate more blood and to do it more quickly. Blood is comprised of cells, and plasma. Plasma is almost entirely water. All cooling mechanisms depend on having adequate intravascular volume (in blood, plasma, water), and the ability to pump that blood, plasma, and water around the body and particularly to the skin is very important. The normal person

---

[3] Infants, young children, and persons older than 65 are at higher risk of injury due to heat, but I do not discuss them here given the age range of plaintiffs and class members. However, as detailed in Part II.D, even young adults and healthier people are at risk of serious injury or death due to prolonged exposure to excessive temperatures.

at rest circulates five (5) liters of blood per minute around the body. With heat stress, that circulation can go up to 20 liters per minute. To respond to heat stress, the heart must beat faster and harder, squeezing out more blood with each pump (which is referred to as stroke volume). During periods of heat stress, persons with heart disease will find it difficult to increase their stroke volume and their cardiac output, which is how much and how quickly their heart can pump out blood to the skin and the body.

52.      Many cardiovascular problems reduce cardiac output, including a heart with physical damage or defects, chronic hypertension, blood vessels that are narrowed, and blood vessels that cannot dilate adequately. Reduced cardiac output makes it difficult for the body to cool itself through vasodilation and sweating, and increases the chances of heat stroke and other heat-related disorders.

53.      People with diabetes or pre-diabetics are also at increased risk of heat stroke and heat-related disorders. Diabetes is a chronic disease caused by an insulin imbalance. Diabetes causes blood vessels to be unable to dilate adequately and unable to deliver sufficient blood and nutrients to the body. That compromises vasodilation and increases the risk of heat stroke. Diabetes may also impair kidney function, and the kidneys' ability to maintain electrolyte/fluid balance in the body is an important part of the body's response to heat stress.

54.      People with hypertension likewise are at greater risk of heatstroke and heat related disorders. Blood pressure is a measure of the force of the blood pushing against the blood vessels. Hypertension, or high blood pressure, is a condition where the heart is being forced to pump harder because of the hardening of the arteries. Persons with hypertension have blood vessels that are not as complaint. The elasticity and the ability of the blood vessels to open and close are decreased. As a result, the heart must pump much harder, and it will have a more difficult time increasing cardiac output during periods of heat stress.

55.      People with respiratory or pulmonary diseases, such as asthma or COPD, are at increased risk of heat stroke and heat related disorder. These people have compromised

or limited ability to exchange gases within the lungs, and their ability to oxygenate the body is decreased. Any stressor to the lungs will worsen their underlying conditions, and they will receive less oxygen. In a period of heat stress, when the body must pump more blood, the lungs are called on to oxygenate that blood. But lungs that are diseased will have a harder time doing so, increasing the risk of heat stroke and heat-related disorders.

56.     People with psychiatric disease or mental health disorders are at increased risk of heat stroke and heat-related disorders because they may have impaired behavioral responses to heat stress. People with mental illness may not have the ability to reason, take precautions, or help themselves during a period of heat stress. People suffering from heat disorder must be able to express themselves, and have the mental energy and interpersonal skills to ask for help. People who suffer from depression or anxiety – two very common diagnoses among the population of men involved in the criminal justice system – may be unable to communicate well with others, or may experience apathy and inability to take on and overcome challenging circumstances during times of physiologic heat stress. Moreover, many of the symptoms of heat-related problems such as feeling poorly, irritability, anxiety, and confusion can also be seen in a variety of mental illnesses. This often results in people with mental illness – and their treating providers, or the people who live or work around them – not appreciating that they are suffering from heat-related health problems versus a manifestation of their mental illness.

57.     Certain medications that impair the body's ability to dissipate heat, circulate blood, or interfere with salt and water balance increase the risk of heat stroke and heat-related disorders. Medications that impair vasodilation and sweating – the primary processes of thermoregulation – will place persons at greater risk of heatstroke and heat related disorders. Many, if not most or all, medications used to treat mental illness, including Synthroid, Benadryl, Zyprexa, Zyrtec, Losartan, Elavil, increase the risk of heat-related health problems.

58.     Drugs that depress cardiac function, or cause dehydration, impair cardiac output and place persons at greater risk of heat stroke and heat-related illness. Common drugs used to prevent or treat cardiovascular disease, known as Beta blockers, calcium channel blockers, and diuretics, all fall into this category. Beta blockers and calcium channel blockers impair the heart's ability to squeeze and reduce the speed at which the heart beats, thereby lowering cardiac output. Diuretics decrease the amount of blood that the heart squeezes on. These drugs are also commonly used to treat hypertension. When cardiac output is reduced during heat stress, there is a greater risk of heat stroke.

59.     Diuretics such as hydrochlorothiazide place patients at substantially increased risk of heat stroke. They are commonly prescribed for persons suffering from hypertension. Diuretics remove salt and water from the body in order to decrease blood pressure. In so doing, diuretics reduce the amount of blood volume circulating in the body and impair the ability of the heart to increase cardiac output.

60.     Sympathomimetic drugs cause narrowing of the blood vessels, or vasoconstriction. Vasoconstriction results in decreased blood flow to the skin, inhibiting the loss of heat from the body. Examples of sympathomimetic drugs include common nasal decongestants and over the counter cold remedies. Sympathomimetic drugs are associated with heat stroke in numerous reports.

61.     Anticholinergic drugs such as Benadryl (diphenhydramine), Atarax, (hydroxyzine) and Vistaril (hydroxyzine) cause sweat gland dysfunction. Sweat glands act through the skin, which is considered an organ, and is the largest organ in the body. Neurotransmission is essential to the proper functioning of sweat glands. Neurotransmitters are the chemicals that communicate messages around the nervous system. Sweat glands work through the neurotransmitter called acetylcholine. Nortriptyline disrupts the operation of the sweat glands by blocking the operation of the neurotransmitter acetylcholine. Many drugs have anticholinergic properties. These include drugs used to treat insomnia, allergies, mental illness, itching, and gastrointestinal disorders. Examples

of drugs having an anticholinergic effect include antihistamines, cyclic antidepressants, phenothiazines (*i.e.* Thorazine), and butyrophenones (*i.e.* Haldol). Newer generation antipsychotics (Seroquel, Zyprexa), phenothiazines and butyrophenones are also called antipsychotics, neuroleptics, or tranquilizers.

62.    In addition to their anticholinergic effects, phenothiazines, atypical antipsychotics and butyrophenones further impair thermoregulation by interfering with the hypothalamus, the part of the brain that regulates temperature. In other words, the body's thermostat is broken. This results in disruption of signals from the brain, further impairing sweating and vasodilation, as well as other heat loss responses.

63.    Antipsychotic medications impair the body's ability to regulate its own temperature. Antipsychotic, antidepressant, and anticholinergic medications all impair the body's ability to perspire, and hence cool itself off. Lithium causes significant fluid loss that can exacerbate heat-related health problems.

64.    Selective Serotonin Reuptake Inhibitors (SSRIs) likewise interfere with cooling. SSRIs are antidepressants prescribed for people suffering depression. The hypothalamus requires serotonin, as well as other chemicals, to work properly and direct thermoregulation. The hypothalamus is targeted by SSRIs, and they decrease its ability to respond to and regulate the body's temperature.

65.    Finally, a common side effect of many of these medications is sedation. People who are sedated or lethargic may not realize that they are suffering lethargy due to the heat, versus their medication.

66.    All people with these underlying health conditions and/or taking these medications are at even higher risk of suffering from heat-related health problems.

### E.  Risks of Persistent Exposure to Heat on Healthy People

67.    All people, including healthy people with no known medical problems, are at risk for heat related disorders during persistent exposure to a head index above 88°

19

Fahrenheit.[4] Studies have shown that the incidence of heat-related deaths increases sharply starting at temperatures or heat index numbers in the mid to high 80s. Literature including studies of the 1995 Chicago heat wave, the European heat wave of 2003, and many others, have shed greater light on the dangers posed by high heat indexes.[5] Epidemiological studies during heat waves reveal that although some healthy people with no known medical problems will tolerate heat stress more easily than the sick or elderly, during heat waves, mortality in the general population (and not just the sick or elderly) increases. Thus, the number of illnesses in the general population (and not just the sick or elderly) increases.

68.     These studies show that healthy people doing physical work are also at risk of heat-related disorders, during periods of prolonged heat stress. For example, from 2016-2020, there were 674 reported heat events at Fort Polk, Louisiana. In other words, approximately 5.4% of the service member population stationed there suffered heat injury events during that period. The military has strict guidelines to prevent heat illness; nevertheless, young and healthy military members suffered heat-related injuries.[6]

69.     Although heatstroke is commonly thought to be the major consequence of heat, it is the worsening of underlying conditions, including serious injury and death that lead to the large increase in presentations to the hospital when the heat index is above 88⁰ Fahrenheit. Extreme heat is the most common cause of weather-related death in the U.S., killing more people each year than hurricanes, lightning, tornados, floods and earthquakes combined.

70.     The effect of heat on any one individual is unpredictable. It is unrealistic to believe that security personnel will recognize heat as the cause of a behavioral change.

---

[4] Yard EE, Gilchrist J, et all 2010 Heat illness among high school athletes-United Sates 2005-2009. J Safety Res. 41 (6); Bricknell MC 1996 Heat illness review of military experience JR Amry Med Corpos. 142 (1):34-42.
[5] *See, e.g.*, Occupation and Environmental Heat Associated Deaths in Maricopa County, Arizona: A Case-Contol Study Petitti, Diana B, Harlan Sl, Chowelll-Putent and Ruddell Plos One 2013; 8(5) e62596; Centers for Disease Control and Prevention (2008) Heat -related death among crop workers-United States, 1992-2006. MMWR Morb Mortal Wkly Rep. 57(24) 649-653; Mirabelli MD, Richardson, DB (2005) Heat related fatalities in North Carolina. Am J Public Health 95 (4) 635-37.
[6] "Update: Heat illness, active component, U.S. Armed Forces, 2020." *MSMR* vol. 28,4 (2021): 10-15.

Medical staff may attribute an increase in pulse due to agitation or anxiety. Body temperature obtained by commonly used methods such as temporal thermometer are poor approximations of core temperature. Body temperature may be normal when it is the heat that is causing the worsening of the underlying medical condition. Body temperature may be normal until the moment of collapse.

71.     In addition, underlying medical conditions in younger men may first manifest in the heat; for example, heat and the associated poor air quality may precipitate a first asthma attack. Younger men may have undiagnosed heart diseases. In addition to causing dehydration and heat stroke, extreme heat can "affect otherwise healthy people's kidneys, liver, heart, brain, and lungs, which may cause renal failure, heart attack, and stroke."[7]  In addition, people who believe they are healthy may in fact be medically vulnerable because frequently people have undiagnosed heart conditions, and as detailed above, cardiac disorders increase the risk for heat-related injuries.

### a. Adverse Medical and Mental Health Outcomes Due to Excessive Heat Exposure Are Entirely Preventable

72.     Heat stroke and heat-related disorders are preventable, and the risks are well-known. Exertional heat stroke occurs in physically active individuals who will often keep sweating. For instance, farm workers are exposed to hot and humid conditions that increase the risk for heat related illness. The 2008 Centers for Disease Control (CDC) study of heat-related deaths among crop workers reported that from 1992 to 2006, 423 workers in agricultural and nonagricultural industries died due to environmental heat exposure. Of those deaths, 68 (16%) were crop workers that died from heat stroke, a rate nearly 20 times greater than for all U.S. civilian workers. The majority of these deceased crop workers (78%) were 20 to 54 years old. Nearly 95% of deaths occurred during the hottest months

---

[7] Robert Pistone, *Violations of the Eighth Amendment: How Climate Change Is Creating Cruel and Unusual Punishment*, 28 Hastings Envt'l L.J. 213, 224 (2022).

of the year—June, July, and August—and most deaths occurred during the hottest time of the day, the afternoon.[8]

73.    Approximately 32 million people in the U.S. work outdoors. Farm workers are 35 times more likely than the general population to die of heat exposure.[9] Long term health problems like kidney failure, cardiovascular disease, stroke, and death are increasingly recognized as long term health problems associated with heat injury.

74.    The only way to prevent heat-related disorders is to avoid or effectively mitigate the detrimental impacts of extreme heat.

75.    Additionally, the NIOSH recommends both workers and staff receive heat stress training. The workers' training program should focus on prevention and recognition of heat related illness symptoms, including how to render aid. Supervisors should receive training regarding what procedures to follow when a worker exhibits signs of heat related illness, including emergency response procedures. Staff should monitor heat advisories and encourage adequate fluid intake and rest breaks. Medical monitoring programs are essential to assess and monitor worker well-being.[10]

76.    A person free to respond to the stress created by a hot environment would normally be able to take steps to cool their body, for example by resting in the shade, leaving the outdoors and going to a cooling center or other public location with air conditioning.

77.    Incarcerated people who are forced to perform manual agricultural labor outdoors are unable to escape the heat. I understand that men incarcerated at Angola are

[8] *See* The National Institute for Occupational Safety and Health, *Criteria for a Recommended Standard: Occupational Exposure to Heat and Hot Environments*, https://www.cdc.gov/niosh/docs/2016-106/pdfs/2016-106.pdf?id=10.26616/NIOSHPUB2016106; Heat-Related Deaths Among Crop Workers --- United States, 1992—2006 https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5724a1.htm
[9] New England Journal of Medicine, 389;14. 2023 1243-1256.
[10] OSHA Occupational Exposure to heat and Hot Environments Revised criteria 2017, published Feb 2016; "NIOSH criteria for a recommended standard: occupational exposure to heat and hot environments." DHHS (NIOSH) Publication 2016-106, (2016) at 4-6; Heat Stress – Recommendations, NIOSH, https://www.cdc.gov/niosh/topics/heatstress/recommendations.htmlpg 75-85.

forced to labor on the Farm Line, even during conditions of extreme heat and humidity, under threat of severe punishment if their work is considered inadequate. These individuals cannot avoid the conditions that cause and exacerbate heat stress.

78.     In addition, self-harm and suicide increases during hot weather. Mental health conditions are proven to worsen in hot conditions and mental health medications affect the body's ability to thermoregulate.

79.     The declarations by the named Plaintiffs and class members assert that they typically work or have worked Angola's plantation fields from approximately 7 a.m. until 11 a.m. or 11:30 a.m. The Farm Line runs Monday through Friday. A second shift sometimes goes out in the afternoons. To get to their worksites, the men must either walk or ride in an old school bus that is not air conditioned and lacks operable windows. Once in the fields, there are no scheduled breaks or shade.

80.     Plaintiffs and class members assert that they are threatened with serious harm and punishment, including solitary confinement in the "cellblock" or the "dungeon" if they fail to work efficiently or meet work quotas.

81.     Plaintiffs and class members also report that portable toilets are sometimes available, but they are generally unsanitary and lack handwashing stations. They also report that drinking water is not always available in the fields; when it is, it is often dirty. Ice is rarely, if ever, provided.

82.     Plaintiffs and class members report that to request emergency medical assistance in the field, an incarcerated person knows that there is an expensive co-pay for the Assessment and Treatment Unit (ATU). Considering the rate of pay for the Farm Line is only two cents an hour, the cost of an emergency medical visit is roughly equal to 300 of hours of field work and is a deterrent from seeking treatment for symptoms of heat-related illness.

83.     Plaintiffs and class members report experiencing many classic symptoms of heat-related illness while working on the Farm Line, including fainting, lightheadedness,

chills, dizziness, nausea, thirst, exhaustion, blurred vision, accelerated heartbeat, and difficulty breathing.

84.     Dehydration, in particular, is dangerous for many reasons. First, dehydration causes a thickening of the blood from less water to dilute the components of blood. This thickening can cause pulmonary embolism, stroke, and abrupt blockage of any vein or artery. African Americans of any age with sickle cell anemia, or sickle trait, who experience dehydration will suffer greatly and are at high risk. Heat and dehydration increase sickling (shape like a sickle) of blood cells, causing pain and blockage of vessels. These sickled cells plug up little blood vessels causing many life-threatening situations, such as acute chest pain, kidney failure, stroke, and myocardial infarction. As stated above, insufficient water in the blood means insufficient volume of blood for the heart to squeeze, to send blood to the skin to cool the body by evaporation.

85.     Second, dehydration also causes abnormal electrolytes. This can include very high sodium or very low sodium. These cause subtle mental status changes. Examples of these subtle alterations include patients brought to the hospital for being less active, sleepier than usual, less cooperative, and apathy. In the heat, behaviors that seem normal in prison may be manifestations of electrolyte disorders due to heat induced changes. "Drink more water" is an instruction that has caused many patients to arrive with low sodium as they overly dilute the sodium in the body. So "drink more water" is a nonspecific instruction. It can cause serious electrolyte disorders leading to complications such as seizures and cardiac arrest. Thus, the provision of water, on its own, does not mitigate the risk of heat-related illness.

86.     The provision of periods of unshaded rest is also inadequate, because it is premised on the assumption that breaks in hot humid weiather alone are enough to stave off exertional heatstroke. The high humidity and high heat index usually encountered in Angola, especially during the summer, and the fact that these are prisoners under pressure to work hard, not complain and who may be punished or humiliated by falling behind or

showing weakness. As stated, many publications report that even young, healthy service members succumb to heat stroke and other heat-realated illnesses during periods of extreme heat.

87.    I understand that certain Plaintiffs and class members suffer from a range of disabilities and health conditions that decrease the body's thermoregulation function, placing them at higher risk of heat-related illness. These conditions include hyptertension, diabetes, cardiac issues, depression, anxiety, and hyperthyroidism. Many have conditions or are taking medications that make them heat intolerant. All of the above risks are exacerbated by these conditions and medication regimens.

**b.  Summer Temperatures and Heat Indexes in Angola, Louisiana**

88.    The risk of heat-related illness soars when the heat index exceeds 88° Fahrenheit. However, this risk is on a continuum. I have provided evidence in federal court in Texas that the risk accelerates sharply at a heat index of 88° Fahrenheit.

89.    I have reviewed the chart prepared by Plaintiffs' counsel summarizing the daily temperature, humidity, and heat index for Angola, Louisiana, from May 1, 2023 through October 31, 2023, using publicly-available historic weather data. The heat index was regularly at or exceeded 88° F. A chart of that data is attached hereto as **Exhibit B.**

90.    I have also included, below, a heat chart from the National Weather Service that shows the extreme danger of these conditions, with the likelihood of heat disorders with prolonged exposure or strenuous activity.[11]

---

[11] The chart can be found at https://www.weather.gov/media/unr/heatindex.pdf.

Figure 1



91.    I would not dare to keep my dog in these conditions for fear of my dog dying. Louisiana's cruelty to animals laws would not support keeping a dog in this heat without safe, drinkable water. I strongly agree with the Western District of Wisonson that, "I do not believe that plaintiffs should have to rely on the capriciousness of Mother Nature to determine whether they will make it through the summer alive." *Freeman v. Berge*, No. 03-C-21-C, 2003 WL 2327395(W.D. Wis. Dec. 17, 2003).[12]

92.    There is a common myth that people somehow acclimatize to excessive heat conditions after prolonged exposure. I want to disabuse anyone of the uninformed idea that somehow "the men are used to the heat" or "they're from here, they're used to it." As shown in Figure 2, men in Louisiana have many visits to the emergency departments for heat related illnesses. This graph does not reflect the illnesses of incarcerated men who present to the Assessment and Treatment Unit (ATU). It does not reflect the presentations of individuals due to worsening of underlying conditions.

---

[12] As another court put it in a case related to prisoners' heat exposure, "constitutional rights don't come and go with the weather." *Henderson v. DeRobertis*, 940 F.3d 1055, 1059 (7th Cir. 1991).

Figure 2



*Source: Louisiana Department of Health: Heat-Related illness in Louisiana: Review of Emergency Department and Hospitalization Data from 2010-2020 (March 2023).*

93.    It is well established that deaths due to heat alone, due to cardiovascular disease alone, and due to heat and cardiovascular disease combined, increase with the number of cumulative days of heat exposure. Below is one illustrative graph of this phenomenon.

Figure 3



Source: Semenza JC et al: heat-related deaths during the July 1995 heat wave in Chicago. New England Journal of Medicine 1996;335:84-90

94.     In sum, given the extreme heat indices in Angola's fields, particularly in the increasingly hot summer months, forcing men, including those with pre-existing disabilities and health conditions, to participate in compuslary manual agricultural labor, without adequate safety precautions, is life-threatening.

### c. Defendants' Heat Pathology Policies are Inadequate as Written

95.     As stated, I have reviewed Defendants' heat pathology policies, directives, and regulations. I am also very familiar with Defendants' policies and practices related to heat pathology from my work as a certified expert in *Ball* and *Lewis.*

96.     I have reviewed, among other documents, Defendants' Heat Pathology policy, No. HCP8, and its attachments. Based on my current knowledge, which is informed by nearly a decade of work as an expert witness in *Ball* and *Lewis*, I do not believe HCP8 is actually implemented or followed at LSP. As one clear example, Form HCP8-a, "Heat

28

Pathology Offender Education," states that offenders "should avoid excessive exhausting activities in high temperatures (example: jogging) during the heat of the day." It is impossible for inmates forced to work on the Farm Line to comply with this directive. As another example, Directive 13-067 provides that upon the announcement of a heat alert, outdoor workers "shall" be provided with water and ice at least every 30 minutes, and a rest break at least 5 minutes long, every 30 minutes. It does not appear that these directives are actually implemented.

97.     In any event, Defendants' Heat Pathology as written is inadequate to protect incarcerated people at Angola from the risk of heat-related illness. For instance, HCP8 Attachment A, "Heat Pathology Medications," omits several common medications that are known to impair a person's ability to thermoregulate and thus increase the likelihood of heat illnesses. These drugs include Vistaril (hydroxyzine pamoate), benadryl (diphenhydramine), and the anti-seizure/migrane drug Topiramate. The pathology even excludes common antidepressants like selective serotonin reuptake inhibitors (SSRIs). From my work in *Lewis*, I know LSP officials frequently prescribe and provide such medications to inmates at Angola.

98.     HCP8 is inadequate in several other ways. It fails to indicate that heat exacerbates or worsens underlying medical conditions and disorders (including, for example, respiratory illness, increased likelihood of chest pain, stroke, myocardial infarction). The protocol fails to recognize that to avoid dehydration and heat exhaustion/stroke, individuals should be permitted to take breaks and recover from the heat in a cool, air-conditioned location. HCP8 also fails to mandate or require that medically-

29

vulnerable receive a duty status from field labor or other work that increase their risk of heat-related illness.

> **D. Defendants' Inability to Provide Emergency Medical Care Puts Plaintiffs and Class Members at Risk of Serious Harm**

99.  As noted above, I am one of three experts for Plaintiffs in *Lewis v. Cain*, No. 3:15-cv-00318-SDD-RLB (M.D. La.). In that case, my expert reports found emergency medical care at Angola to be sorely lacking. Based in part on my assessments, Judge Shelly Dick determined that emergency medical care to be "constitutionally inadequate." Mar. 31, 2021 Order (Dkt. 594) at ¶¶ 28, 100-116.

100.  In the medical experts' April 2022 report in *Lewis*, attached hereto as **Exhibit C**, we described two patients at Angola suffering from heat stroke who were provided wholly inadequate emergency care.[13] In both cases, the EMTs who work at Angola's ATU mistakenly interpreted the symptoms of heat stroke as drug overdoses, even though opiate intoxication does not cause elevated temperatures. These two patients were not provided the appropriate and medically indicated cooling treatment for heat exhaustion or heat stroke. One of the patients died. The other suffered greatly.

101.  In Texas, ten incarcerated people died due to heat in the summer of 2011. That does not account for the patients whose cause of death was not listed as heatstroke but was precipitated by the heat. The Texas litigation brought to light that the hogs being raised on prison grounds were kept in air-conditioned living quarters to preserve their health, while most incarcerated people were not.

102.  Given the inadequate and unconstitutional medical care provided at Angola, including the care available to those suffering from heat stroke and heat-related disorders, I am extremely concerned that when and if a person forced to work on the Farm Line experiences a heat-related injury, the health care staff will not respond appropriately. In

---

[13] *See* **Exhibit C**, *Lewis v. Cain*, 15-318-SDD-RLB, Medical Expert Report (ECF 695-2), at 119-20.

my opinion, worsening of mental and medical conditions will occur because of the hot conditions in which these men are forced to labor.

## III.    CONCLUSION

103.    It is my opinion that the Farm Line at Angola is unsafe for every incarcerated person, and especially for people with disabilities and health conditions that impede their ability to thermoregulate. My knowledge of the unconstitutional and inadequate medical care provided at Angola heightens my fear that a person forced to labor on the Farm Line will deteriorate or die at Angola due to unsafe conditions and the poor health care provided at the prison.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2024, in New York, NY.

*Susi Vassallo M.D.*
Susi U. Vassallo, M.D., M.S.

31