# Exhibit 6

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

| **Health Care Policy No. HCP8** |  | **20 October 2024** |
|---|---|---|

**~~Health Care Policy No. HCP8~~**                                                                                               **~~21 August 2018~~**

INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy ~~–~~ Pharmacy and Formulary
Heat Pathology

1. AUTHORITY: Secretary of the Department of Public Safety and Corrections ~~as contained in Chapter 9 of Title~~; La. R.S. 36:404.

2. REFERENCES: ACA Standard ~~4-4153~~ 5-ACI-2D-10 (Adult Correctional Institutions); Occupational Safety and Health Administration. (2018). *Using the Heat Index: A*

   *Guide for Employers.* Retrieved from http://osha.~~gov~~qov/SLTC/heatillness/~~heat_index~~ heat_inde_x/; Centers for Disease Control and Prevention. (2018). *Natural Disasters and Severe Weather: Extreme Heat.* Retrieved from https://www.cdc.~~gov/disasters/extremeheat~~qov/extreme-heat/about/index.html~~; https?CDC AAref Val=https://www.cdc.qov/disasters/extremeheat/index.html:%2520https~~://www.weather.~~gov~~qov/~~.~~

3. PURPOSE: To establish provisions for the reduction of heat pathology and to reduce the exposure to ~~offenders~~inmates identified as more vulnerable to heat.

4. APPLICABILITY: Deputy Secretary, Chief of Operations, ~~Department's~~DChief Medical~~/~~ **Officer, Chief** Mental Health ~~Director~~Officer, Regional Wardens, and Wardens. Each Warden is responsible for ensuring that appropriate ~~unit~~facility written policy and procedures are in place to comply with the provisions of this policy.

5. POLICY: It is the ~~Secretary's~~Secretary's policy that each DPS&C facility shall have a mechanism to identify ~~offenders~~inmates more vulnerable to heat and to enforce provisions to reduce heat pathology among all ~~offenders. Offenders~~inmates. Inmates with a specific chronic illness or on certain types of medications may have increased sensitivity to heat and sunlight and are at a higher risk for developing heat pathology. ~~In addition, offenders with specific chronic illnesses, such as morbid obesity, cardiovascular disease, respiratory disease and diabetes mellitus, may have a higher risk of heat pathology.~~

6. DEFINITIONS:

    A.    Apparent Temperature (Heat Index): The perceived temperature in

degrees Fahrenheit derived from a combination of the temperature and humidity for the indicated hour.

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Two**

      B.    Cool Water/Showers: tap water supplied through an independent tap water supply line

**Health Care Policy No. HCP8
20 October 2024
Page Two**

    C.    Health Care Practitioner/Provider: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

        NOTE: This shall be in accordance with each health care practitioner/~~provider's~~**provider's** scope of training and applicable licensing, registration, certification, and regulatory requirements.

    D.    Heat Alert: A designation when the apparent temperature (heat index) outdoors has exceeded ~~88~~**91** degrees Fahrenheit, requiring special provisions.

    E.    Heat Exhaustion: A condition whose symptoms may include heavy sweating and a rapid pulse, a result of your body overheating. It is one of three heat-related syndromes, with heat cramps being the mildest and ~~heatstroke~~**heat stroke** being the most severe.

    F.    Heat Pathology: Heat induced syndromes, such as heat stroke, muscle cramps and heat exhaustion, due to a failure of the heat regulating mechanisms of the body.

    G.    Heat Stroke: Core body temperature greater than 104 degrees Fahrenheit, with complications involving the central nervous system that occur after exposure to high temperatures. Other common symptoms include nausea, seizures, confusion, disorientation, loss of consciousness or coma.

    H.    Photosensitivity: An increase in the sensitivity to ultraviolet (UV) rays from the sun and other light sources. Some medications contribute to sensitivity to the sun.

7.    PROCEDURES:

    A.    ~~Offenders identified by a healthcare~~**Inmates diagnosed by a health care** practitioner/**provider** with a chronic illness that may be affected by heat **as listed in Attachment B "Medical Exclusion List"** or those prescribed medication that may ~~impact sensitivity to heat~~**increase heat sensitivity as listed in Attachment A "Heat Pathology Medication List"** shall be evaluated and educated ~~for~~**regarding** potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures ~~will~~**shall** be taken, if **clinically** indicated, to reduce the risk of adverse outcomes~~,~~**.**

    B.    Clinical Encounters

**Health Care Policy No. HCP8**

**Health Care Policy No. HCP8**
**21 August 2018**
Page Three

1) During clinical encounters with ~~offenders~~**inmates** outlined in Section 7.A. above, the ~~Unit~~**Facility** Medical Director or designee shall ensure the following:

    a.    The health care practitioner/provider informs the ~~offender~~**inmate** of the risk of developing heat pathology and/or photosensitivity;

    **b.**    **The health care practitioner/provider shall evaluate each inmate with a medical condition listed in Attachment B "Medical Exclusion List" or prescribed a medication listed in Attachment A "Heat Pathology Medications" to determine if a heat precaution duty status is indicated, provided the inmate does not have a more restrictive permanent duty status. Nothing in this regulation shall prevent a health care practitioner/provider from issuing a more restrictive duty status associated with any medical condition.**

    **c.**    **An inmate prescribed a medication from Attachment A "Heat Pathology Medication List" or diagnosed with a medical condition listed in Attachment B "Medical Exclusion List,", may opt out of a heat precaution duty status, subject to the approval of the Facility Medical Director, if the inmate is educated on the risks by the health care practitioner/provider. Any such waiver shall be documented on Form HCP10-a "Refusal to Accept Medical or Mental Health Care." If necessary, the Facility Medical Director shall issue other appropriate duty statuses or outdoor work requirements to mitigate risks should the inmate choose to work outdoors.**

    ~~b.    The health care practitioner/provider determines on a case-by-case basis if a heat precaution duty status is to be ordered based on the offender's chronic disease and/or prescribed medications;~~

    ~~NOTE: Should~~**d. In exceptional cases, should** the health care practitioner/provider~~, in exceptional cases,~~ determine **that** a heat precaution duty status is not necessary, the **clinical** rationale for this ~~decision and~~**determination shall be documented in the inmate's medical record. Further,** additional ~~offender~~**inmate** education regarding heat pathology

      risks shall be **provided and** documented in the ~~offender's~~**inmate's** medical record.

  ~~c.~~  ~~The health care practitioner/provider orders heat precaution duty status if an offender is on a medication listed in Heat Pathology Medications (Attachment A).~~

NOTE: If medication is the sole basis for ordering a heat precaution duty status, medication compliance shall be considered ~~when determining the need for~~**by the health care practitioner/provider when ordering** a heat precaution duty status.

**Page Four**

C. Heat Precautions from May 1st through October 31st

1) Heat Precaution Duty Status

   a. The Warden or designee shall ensure that the heat precaution duty status includes, but is not limited to the following:

   i. The ~~offender~~**inmate** must be brought indoors from May 1st through October 31st of each year~~;~~ once the apparent temperature reaches ~~88~~**91** degrees **Fahrenheit**;

   ii. The ~~offender~~**inmate** shall not participate in sports ~~once the~~**or exercise outdoors once the** apparent temperature reaches ~~88~~**91** degrees **Fahrenheit**; and

   iii. The ~~offender~~**inmate** shall not be re-assigned to jobs in environments that are typically hotter than normal indoor temperatures, such as kitchen or warehouse environments **that are not climate controlled**.

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Four**

        b.      The Warden or designee shall ensure a list of all ~~offenders~~**inmates** with a heat precaution duty status as outlined above in section 7.C. of this regulation is provided weekly, from May 1st through October 31st of each year, to the designated supervisor responsible for their care and custody.

2) Indoor Procedures

    a.    The Warden or designee shall ensure the following indoor procedures are implemented for all ~~offenders~~**inmates** in all housing and work areas between the hours of ~~10:00 am~~**8:00 am** and 8:00 pm, 7 days a week ~~at a minimum~~ during this Heat Precaution time frame (May 1st ~~-~~**—** October 31st).

        i.    Cold water and/or ice is available;

        ii.    Additional cool showers and/or cool wet towels are available (cool showers is defined as tap water supplied through an independent tap water supply line); and

**Health Care Policy No. HCP8**

**Page Five**

          iii.    Where possible, and if effective, increase ventilation by opening windows / doors (where security of the unit allows) and / or use of fans in housing areas to reduce housing area temperatures. ~~(i.e. work ½ days in a.m.)~~

    EXCEPTION: These procedures need not be implemented in areas that are climate-controlled.

3)    Outdoor Procedures

    a.    The Warden or designee shall ensure the following outdoor procedures are implemented for all ~~offenders~~**inmates** in all outdoor areas between ~~9:00 AM~~**8:00 AM** and 7:00 PM (May 1st- October 31st).

        **The following shall be available to all inmates in outdoor areas:**

        **a. Water and ice;**
        **b. Shaded area for breaks; and**
        **c. Sunscreen.**

        ~~i.~~    Outside temperatures are monitored using the National Weather Center website https://www.weather.~~gov~~**dov**/, recorded every two hours, and reviewed and approved by the Warden or designee;

**Health Care Policy No. HCP8**
**20 October 2024**

~~Health Care Policy No. HCP8~~
~~21 August 2018~~
~~Page Five~~

    ~~ii~~__iii__.  When the apparent temperature (heat index) outdoors has exceeded ~~88~~__91__ degrees Fahrenheit, a heat alert shall be announced;

    ~~iii~~__iv__.  Upon the announcement of a heat alert, the following measures shall be provided while working outdoors:

      a)  Water and ice is available at least every 30 minutes;

      b)  A rest break at least ~~5~~__15__ minutes ~~long~~ is offered every ~~30~~__45__ minutes; and

      __c)__  Work hours may be adjusted to accommodate extreme temperatures.

   ~~4)~~  The Warden or designee shall ensure the heat precautions

implemented from May 1st through October 31st of each year as

      outlined in section C. above are documented and maintained at the ~~unit.~~**facility. If the heat index exceeds 113 degrees Fahrenheit, outdoor work shall cease.**

   **4)**

**Note\* Regardless of time of year or temperature, the above provisions in no way negate the standard requirements regarding the provision of adequate water and or ice for outdoor work ~~crew~~crews and housing areas.**

D.  Response to Heat Pathology Signs and Symptoms

  1)  The Warden or designee shall ensure ~~offenders~~**inmates** exhibiting signs

   and symptoms of heat pathology are immediately referred to the medical department for evaluation and/or treatment.

  2)  The ~~Unit~~**Facility** Medical Director shall ensure that, if an ~~offender~~**inmate** is

   diagnosed with heat stroke, a written medical report on the diagnosis and surrounding incident is emailed to the ~~Department's~~**Chief** Medical~~/ Mental Health Director~~ **Officer** as soon as possible after the diagnosis, but no later than 24 hours (excluding weekends and holidays).

E.  ~~Offender~~**Inmate** Education

  1) The Warden or designee shall ensure ~~offenders~~**inmates** outlined in Section

  7.A. above receive heat pathology education that includes, but is not limited to, the following:

    a.  Increased consumption of liquids;

**Health Care Policy No. HCP8**
**20 October 2024**

~~Health Care Policy No. HCP8~~
~~21 August 2018~~
~~Page Six~~

      b. Avoidance of undue exposure to the sun;
      c. Signs and symptoms of dehydration;
      d. Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes;
      e. Signs and symptoms of medication toxicity; and
      f. Avoidance of excessive exhausting activities in high temperatures.

    2) The Warden or designee shall ensure ~~offenders~~**documentation of inmates** receiving heat pathology education ~~document receipt of such education on Heat~~**through utilization of Form HCP8-a "Heat Pathology Inmate Education." This document shall be scanned into the Electronic Health Record.** ~~Pathology Offender Education (Form HCP8-a).~~

  F. Staff Training

    The Warden or designee shall ensure annual roll call training is provided to correctional officers during April of each year in the signs and

**Health Care Policy No. HCP8**
**20 October 2024**
**Page Seven**

        symptoms and prevention of heat pathology as outlined in Heat Pathology Staff Training (Attachment B) and the provisions of this regulation. Documentation of this training shall be maintained at the ~~unit~~**facility**.

   G.    Heat Pathology Medications

        The DPS&C Pharmacy and Therapeutics (P& T) Committee shall be responsible for annually reviewing and updating Heat Pathology Medications (Attachment A) as needed.

~~s/James M. Le Blanc~~

s/ _____
Secretary

~~Attachments:      A      Heat Pathology Medications~~

**Attachments:           A     Heat Pathology Medications**
                          **B     Medical Exclusion List**
                          ~~B~~**C**     Heat Pathology Staff Training

Form:          ~~HCP8-a     Heat Pathology Offender Education~~, **HCP8-a: Heat Pathology Inmate Education**

This policy supersedes Health Care Policy No. ~~HC-45~~**HCP8** dated ~~10 July~~**21 August** 2018.

~~Reviewed as of: October 1, 2019~~

| | |
|---|---|
| **Summary report:** **Litera Compare for Word 11.6.0.100 Document comparison done on 3/25/2025 12:02:05 AM** | |
| **Style name:** PW Basic | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** HCP8 - 21 August 2018.pdf | |
| **Modified filename:** HCP8 - 20 October 2024.pdf | |
| **Changes:** | |
| **Add** | 110 |
| **Delete** | 112 |
| **Move From** | 12 |
| **Move To** | 12 |
| **Table Insert** | 1 |
| **Table Delete** | 0 |
| **Table moves to** | 0 |
| **Table moves from** | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 247 |