# Exhibit 7

## National Weather Service Data Excerpts

**July 2, 2024**

| Time | Heat Index |
|---|---|
| 8:15 a.m. | 89 |
| 9:15 am | 99 |
| 10:15 a.m. | 102 |

**July 15, 2024**

| Time | Heat Index |
|---|---|
| 9:15 a.m. | 88 |
| 10:35 am | 97 |
| 10:55 a.m. | 99 |

**August 2, 2024**

| Time | Heat Index |
|---|---|
| 8:15 a.m. | 88 |
| 9:55 a.m. | 96 |
| 10:15 a.m. | 100 |

**August 6, 2024**

| Time | Heat Index |
|---|---|
| 7:55 a.m. | 88 |
| 9:55 am | 102 |

EXHIBIT

122

# July 2, 2024

Case 3:23-cv-01304-BAJ-EWD    Document 201-9    03/26/25    Page 3 of 12



**NATIONAL WEATHER SERVICE**
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 09:55 | SW 6 | 10.00 | Fair | CLR | 87.4 | 78.3 | | | 74% | | 101 | 30 | 0.0 | | | |
| 02 | 09:35 | W 6 | 10.00 | Fair | CLR | 86.4 | 77.9 | | | 76% | | 99 | 30 | 0.0 | | | |
| 02 | 09:15 | Calm | 10.00 | Fair | CLR | 85.8 | 78.6 | | | 79% | | 99 | 30 | 0.0 | | | |
| 02 | 08:55 | NW 3 | 10.00 | Fair | CLR | 84.2 | 77.7 | | | 81% | | 95 | 30 | 0.0 | | | |
| 02 | 08:35 | W 5 | 10.00 | Fair | CLR | 82.9 | 77.4 | | | 83% | | 92 | 29.99 | 0.0 | | | |
| 02 | 08:15 | Calm | 10.00 | Fair | CLR | 81.5 | 77.2 | | | 87% | | 89 | 29.99 | 0.0 | | | |
| 02 | 07:55 | Calm | 10.00 | Fair | CLR | 80.2 | 77.2 | | | 90% | | 86 | 29.98 | 0.0 | | | |
| 02 | 07:35 | W 3 | 10.00 | Fair | CLR | 79.3 | 77.2 | | | 93% | | 84 | 29.98 | 0.0 | | | |
| 02 | 07:15 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 29.97 | 0.0 | | | |
| 02 | 06:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 29.97 | 0.0 | | | |
| 02 | 06:35 | Calm | 10.00 | Fair | CLR | 77 | 76.1 | | | 97% | | 78 | 29.97 | 0.0 | | | |
| 02 | 06:15 | Calm | 10.00 | Fair | CLR | 77 | 76.1 | | | 97% | | 78 | 29.96 | 0.0 | | | |
| 02 | 05:55 | Calm | 10.00 | Fair | CLR | 76.6 | 76.1 | | | 98% | | 77 | 29.95 | 0.0 | | | |
| 02 | 05:35 | Calm | 10.00 | NULL | NULL | 76.3 | 75.7 | | | 98% | | 76 | 29.95 | 0.0 | | | |
| 02 | 03:35 | Calm | 10.00 | Fair | CLR | 76.3 | 75.6 | | | 98% | | 76 | 29.94 | 0.0 | | | |
| 02 | 03:15 | Calm | 10.00 | Fair | CLR | 76.6 | 75.7 | | | 97% | | 77 | 29.94 | 0.0 | | | |
| 02 | 02:55 | SE 3 | 10.00 | Fair | CLR | 77.2 | 76.3 | | | 97% | | 78 | 29.94 | 0.0 | | | |
| 02 | 02:35 | S 3 | 10.00 | Fair | CLR | 77.2 | 76.3 | | | 97% | | 78 | 29.93 | 0.0 | | | |
| 02 | 02:15 | Calm | 10.00 | Fair | CLR | 77.2 | 76.3 | | | 97% | | 78 | 29.93 | 0.0 | | | |
| 02 | 01:55 | Calm | 10.00 | Fair | CLR | 77.4 | 76.5 | | | 97% | | 79 | 29.94 | 0.0 | | | |
| 02 | 01:35 | Calm | 10.00 | Fair | CLR | 77.2 | 76.3 | | | 97% | | 78 | 29.94 | 0.0 | | | |
| 02 | 01:15 | Calm | 10.00 | Partly Cloudy | SCT050 | 77.5 | 76.6 | | | 97% | | 79 | 29.95 | 0.0 | | | |
| 02 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT050 | 77.9 | 77 | 83.8 | 77.2 | 97% | | 80 | 29.95 | 0.0 | | | 0.11 |
| 02 | 00:35 | Calm | 10.00 | Fair | CLR | 77.9 | 77 | | | 97% | | 80 | 29.95 | 0.0 | | | |
| 02 | 00:15 | Calm | 10.00 | Fair | CLR | 78.3 | 77 | | | 96% | | 81 | 29.95 | 0.0 | | | |
| 01 | 23:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.6 | | | 96% | | 80 | 29.95 | 0.0 | | | |
| 01 | 23:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 29.96 | 0.0 | | | |
| 01 | 23:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 29.96 | 0.0 | | | |
| 01 | 22:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 29.96 | 0.0 | | | |
| 01 | 22:35 | E 3 | 10.00 | Fair | CLR | 77.9 | 76.3 | | | 95% | | 80 | 29.97 | 0.0 | | | |
| 01 | 22:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.3 | | | 95% | | 80 | 29.97 | 0.0 | | | |
| 01 | 21:55 | Calm | 10.00 | Fair | CLR | 78.4 | 76.6 | | | 94% | | 82 | 29.97 | 0.0 | | 0.11 | |
| 01 | 21:35 | SW 3 | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 29.97 | 0.0 | | | |
| 01 | 21:15 | Calm | 10.00 | Fair | CLR | 78.8 | 76.5 | | | 93% | | 83 | 29.97 | 0.0 | | | |
| 01 | 20:55 | Calm | 10.00 | Fair | CLR | 79 | 75.6 | | | 89% | | 83 | 29.97 | 0.0 | | | |
| 01 | 20:35 | Calm | 10.00 | Fair | CLR | 78.1 | 75.2 | | | 91% | | 81 | 29.97 | 0.0 | | | |
| 01 | 20:15 | NE 3 | 10.00 | Fair | CLR | 78.8 | 75.6 | | | 90% | | 82 | 29.97 | 0.0 | | | |
| 01 | 19:55 | SE 3 | 10.00 | Thunderstorm in Vicinity | CLR | 79 | 75 | | | 88% | | 83 | 29.97 | 0.0 | 0.11 | | |
| 01 | 19:35 | S 5 | 10.00 | Thunderstorm | CLR | 77.9 | 74.3 | | | 89% | | 80 | 29.98 | 0.0 | 0.11 | | |
| 01 | 19:15 | S 5 | 7.00 | Thunderstorm Light Rain | SCT008 SCT019 BKN034 | 77.2 | 72.1 | | | 85% | | 79 | 29.99 | 0.0 | 0.11 | | |
| 01 | 18:55 | W 15 G 23 | 10.00 | Thunderstorm | BKN036 OVC050 | 84.7 | 69.6 | 93.6 | 84.7 | 61% | | 89 | 30 | 0.0 | | | |
| 01 | 18:35 | NE 5 | 10.00 | Thunderstorm | SCT050 | 91.6 | 78.1 | | | 65% | | 107 | 29.96 | 0.0 | | | |
| 01 | 18:15 | NE 6 | 10.00 | Fair | CLR | 93.4 | 78.4 | | | 62% | | 110 | 29.94 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 20:35 | Calm | 10.00 | Mostly Cloudy | SCT060 BKN070 | 84 | 76.5 | | | 78% | | 93 | 29.96 | | 0.0 | | |
| 02 | 20:15 | Calm | 10.00 | Fair | CLR | 84.2 | 75.2 | | | 74% | | 92 | 29.96 | | 0.0 | | |
| 02 | 19:55 | Calm | 10.00 | Partly Cloudy | SCT060 | 84.6 | 75.2 | | | 74% | | 93 | 29.95 | | 0.0 | | |
| 02 | 19:35 | S 5 | 10.00 | Partly Cloudy | SCT060 | 85.5 | 75.7 | | | 73% | | 95 | 29.94 | | 0.0 | | |
| 02 | 19:15 | S 6 | 10.00 | Fair | CLR | 86.2 | 75.6 | | | 71% | | 96 | 29.94 | | 0.0 | | |
| 02 | 18:55 | S 7 | 10.00 | Partly Cloudy | SCT060 | 87.4 | 76.1 | 96.8 | 87.4 | 69% | | 98 | 29.94 | | 0.0 | | |
| 02 | 18:35 | S 9 | 10.00 | Fair | CLR | 88.2 | 76.1 | | | 68% | | 99 | 29.94 | | 0.0 | | |
| 02 | 18:15 | S 12 G 17 | 10.00 | Partly Cloudy | SCT050 | 90 | 75.7 | | | 63% | | 101 | 29.94 | | 0.0 | | |
| 02 | 17:55 | S 12 | 10.00 | Thunderstorm in Vicinity | SCT050 SCT065 | 95.9 | 77.5 | | | 56% | | 112 | 29.92 | | 0.0 | | |
| 02 | 17:35 | Calm | 10.00 | Partly Cloudy | SCT060 | 96.3 | 75.6 | | | 51% | | 109 | 29.93 | | 0.0 | | |
| 02 | 17:15 | S 7 | 10.00 | Partly Cloudy | SCT050 | 96.3 | 76.3 | | | 53% | | 110 | 29.93 | | 0.0 | | |
| 02 | 16:55 | S 6 | 10.00 | Fair | CLR | 95.9 | 75.7 | | | 52% | | 109 | 29.92 | | 0.0 | | |
| 02 | 16:35 | Calm | 10.00 | Fair | CLR | 96.4 | 75.2 | | | 51% | | 109 | 29.93 | | 0.0 | | |
| 02 | 16:15 | S 6 | 10.00 | Partly Cloudy | SCT050 | 96.4 | 76.6 | | | 53% | | 111 | 29.94 | | 0.0 | | |
| 02 | 15:55 | S 6 | 10.00 | Fair | CLR | 96.3 | 76.3 | | | 53% | | 110 | 29.94 | | 0.0 | | |
| 02 | 15:35 | W 3 | 10.00 | Partly Cloudy | SCT050 | 95.9 | 75.6 | | | 52% | | 109 | 29.94 | | 0.0 | | |
| 02 | 15:15 | Calm | 10.00 | Fair | CLR | 95.9 | 75.9 | | | 53% | | 109 | 29.95 | | 0.0 | | |
| 02 | 14:55 | S 3 | 10.00 | Fair | CLR | 95.4 | 77 | | | 55% | | 110 | 29.95 | | 0.0 | | |
| 02 | 14:35 | Calm | 10.00 | Fair | CLR | 95 | 76.1 | | | 54% | | 109 | 29.95 | | 0.0 | | |
| 02 | 14:15 | W 3 | 10.00 | Fair | CLR | 95.5 | 77.2 | | | 56% | | 111 | 29.96 | | 0.0 | | |
| 02 | 13:55 | Calm | 10.00 | Partly Cloudy | SCT065 SCT080 | 94.6 | 75 | | | 53% | | 107 | 29.97 | | 0.0 | | |
| 02 | 13:35 | S 3 | 10.00 | Mostly Cloudy | SCT045 BKN060 BKN080 | 94.3 | 75.4 | | | 54% | | 107 | 29.98 | | 0.0 | | |
| 02 | 13:15 | Calm | 10.00 | Partly Cloudy | SCT045 SCT050 | 94.1 | 75.9 | | | 56% | | 107 | 29.98 | | 0.0 | | |
| 02 | 12:55 | Calm | 10.00 | Fair | CLR | 93.6 | 75.2 | 93.7 | 77.9 | 55% | | 105 | 29.99 | | 0.0 | | |
| 02 | 12:35 | Calm | 10.00 | Fair | CLR | 93.4 | 74.1 | | | 54% | | 104 | 29.99 | | 0.0 | | |
| 02 | 12:15 | W 5 | 10.00 | Fair | CLR | 92.7 | 78.3 | | | 63% | | 109 | 29.99 | | 0.0 | | |
| 02 | 11:55 | S 5 | 10.00 | Fair | CLR | 92.1 | 78.6 | | | 65% | | 108 | 29.99 | | 0.0 | | |
| 02 | 11:35 | SW 6 | 10.00 | Fair | CLR | 91.8 | 79.2 | | | 67% | | 109 | 29.99 | | 0.0 | | |
| 02 | 11:15 | W 6 | 10.00 | Fair | CLR | 91.2 | 79.2 | | | 68% | | 108 | 29.99 | | 0.0 | | |
| 02 | 10:55 | W 3 | 10.00 | Fair | CLR | 90.3 | 79.2 | | | 70% | | 107 | 29.99 | | 0.0 | | |
| 02 | 10:35 | SW 5 | 10.00 | Fair | CLR | 89.6 | 79.3 | | | 72% | | 106 | 30 | | 0.0 | | |
| 02 | 10:15 | W 6 | 10.00 | Fair | CLR | 88 | 78.6 | | | 74% | | 102 | 30 | | 0.0 | | |
| 02 | 09:55 | SW 6 | 10.00 | Fair | CLR | 87.4 | 78.3 | | | 74% | | 101 | 30 | | 0.0 | | |
| 02 | 09:35 | W 6 | 10.00 | Fair | CLR | 86.4 | 77.9 | | | 76% | | 99 | 30 | | 0.0 | | |
| 02 | 09:15 | Calm | 10.00 | Fair | CLR | 85.8 | 78.6 | | | 79% | | 99 | 30 | | 0.0 | | |
| 02 | 08:55 | NW 3 | 10.00 | Fair | CLR | 84.2 | 77.7 | | | 81% | | 95 | 30 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

# July 15, 2024

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 15 | 17:35 | SE 8 | 10.00 | Thunderstorm in Vicinity | CLR | 83.3 | 74.7 | | | 75% | | 91 | 30 | | 0.0 | | |
| 15 | 17:15 | S 12 G 20 | 10.00 | Partly Cloudy | SCT049 | 84.6 | 73.9 | | | 71% | | 92 | 30 | | 0.0 | | |
| 15 | 16:55 | S 7 | 10.00 | Thunderstorm in Vicinity | SCT043 SCT070 SCT080 | 88.5 | 75.6 | | | 66% | | 99 | 30 | | 0.0 | | |
| 15 | 16:35 | S 5 | 10.00 | Mostly Cloudy | SCT043 SCT060 BKN120 | 90 | 75.4 | | | 62% | | 101 | 29.99 | | 0.0 | | |
| 15 | 16:15 | SE 6 | 10.00 | Partly Cloudy | SCT100 | 92.3 | 75 | | | 57% | | 104 | 30 | | 0.0 | | |
| 15 | 15:55 | Calm | 10.00 | Partly Cloudy | SCT043 SCT050 | 91.8 | 75.2 | | | 58% | | 103 | 30 | | 0.0 | | |
| 15 | 15:35 | S 6 | 10.00 | Partly Cloudy | SCT043 | 92.8 | 75 | | | 56% | | 104 | 30.02 | | 0.0 | | |
| 15 | 15:15 | Calm | 10.00 | Partly Cloudy | SCT041 | 91.6 | 74.8 | | | 58% | | 102 | 30.03 | | 0.0 | | |
| 15 | 14:55 | Calm | 10.00 | Partly Cloudy | SCT043 SCT050 | 92.5 | 75.6 | | | 58% | | 104 | 30.03 | | 0.0 | | |
| 15 | 14:35 | Calm | 10.00 | Partly Cloudy | SCT041 SCT050 | 91.4 | 74.1 | | | 57% | | 101 | 30.04 | | 0.0 | | |
| 15 | 14:15 | S 3 | 10.00 | Partly Cloudy | SCT041 | 92.7 | 76.5 | | | 59% | | 106 | 30.04 | | 0.0 | | |
| 15 | 13:55 | Calm | 10.00 | Partly Cloudy | SCT041 | 90.9 | 75.4 | | | 61% | | 102 | 30.05 | | 0.0 | | |
| 15 | 13:35 | NE 3 | 10.00 | Fair | CLR | 90.9 | 74.5 | | | 59% | | 101 | 30.05 | | 0.0 | | |
| 15 | 13:15 | Calm | 10.00 | Partly Cloudy | SCT036 | 91.4 | 76.1 | | | 61% | | 104 | 30.06 | | 0.0 | | |
| 15 | 12:55 | Calm | 10.00 | Partly Cloudy | SCT031 | 89.6 | 75 | 90 | 74.8 | 62% | | 100 | 30.07 | | 0.0 | | |
| 15 | 12:35 | Calm | 10.00 | Partly Cloudy | SCT031 | 89.1 | 74.3 | | | 62% | | 98 | 30.08 | | 0.0 | | |
| 15 | 12:15 | Calm | 10.00 | Partly Cloudy | SCT029 | 89.6 | 76.1 | | | 65% | | 101 | 30.09 | | 0.0 | | |
| 15 | 11:55 | Calm | 10.00 | Partly Cloudy | SCT029 | 88.5 | 76.1 | | | 67% | | 100 | 30.09 | | 0.0 | | |
| 15 | 11:35 | E 3 | 10.00 | Partly Cloudy | SCT023 SCT029 SCT035 | 87.1 | 76.1 | | | 70% | | 98 | 30.1 | | 0.0 | | |
| 15 | 11:15 | NE 3 | 10.00 | Partly Cloudy | SCT021 | 86.7 | 77 | | | 73% | | 98 | 30.1 | | 0.0 | | |
| 15 | 10:55 | NE 5 | 10.00 | Partly Cloudy | SCT021 | 86.4 | 77.7 | | | 76% | | 99 | 30.11 | | 0.0 | | |
| 15 | 10:35 | Calm | 10.00 | Fair | CLR | 85.3 | 78.1 | | | 79% | | 97 | 30.11 | | 0.0 | | |
| 15 | 10:15 | NE 5 | 10.00 | Fair | CLR | 83.8 | 77 | | | 80% | | 94 | 30.11 | | 0.0 | | |
| 15 | 09:55 | Calm | 10.00 | Fair | CLR | 83.1 | 77.4 | | | 83% | | 93 | 30.12 | | 0.0 | | |
| 15 | 09:35 | Calm | 10.00 | Fair | CLR | 81.9 | 77.5 | | | 87% | | 90 | 30.12 | | 0.0 | | |
| 15 | 09:15 | Calm | 10.00 | Fair | CLR | 81.1 | 77 | | | 87% | | 88 | 30.12 | | 0.0 | | |
| 15 | 08:55 | Calm | 10.00 | Fair | CLR | 80.6 | 77.5 | | | 90% | | 87 | 30.12 | | 0.0 | | |
| 15 | 08:35 | Calm | 10.00 | Fair | CLR | 79.7 | 78.4 | | | 96% | | 86 | 30.12 | | 0.0 | | |
| 15 | 08:15 | Calm | 10.00 | Fair | CLR | 79.3 | 78.4 | | | 97% | | 85 | 30.12 | | 0.0 | | |
| 15 | 07:55 | Calm | 10.00 | Fair | CLR | 78.1 | 77.5 | | | 98% | | 81 | 30.11 | | 0.0 | | |
| 15 | 07:35 | Calm | 7.00 | Fair | CLR | 77 | 76.5 | | | 98% | | 78 | 30.1 | | 0.0 | | |
| 15 | 07:15 | Calm | 7.00 | Fair | CLR | 75.9 | 75.6 | | | 99% | | 75 | 30.1 | | 0.0 | | |
| 15 | 06:55 | Calm | 5.00 | Fog/Mist | CLR | 74.8 | 74.5 | | | 99% | | | 30.1 | | 0.0 | | |
| 15 | 06:35 | Calm | 4.00 | Fog/Mist | SCT002 | 74.5 | 74.3 | | | 99% | | | 30.09 | | 0.0 | | |
| 15 | 06:15 | Calm | 7.00 | Partly Cloudy | SCT002 | 73.8 | 73.4 | | | 99% | | | 30.09 | | 0.0 | | |
| 15 | 05:55 | Calm | 7.00 | Partly Cloudy | SCT002 | 74.3 | 73.9 | | | 99% | | | 30.08 | | 0.0 | | |
| 15 | 05:35 | Calm | 5.00 | Fog/Mist | BKN002 | 73.9 | 73.6 | | | 99% | | | 30.08 | | 0.0 | | |
| 15 | 05:15 | Calm | 7.00 | NULL | NULL | 74.5 | 73.9 | | | 98% | | | 30.07 | | 0.0 | | |
| 15 | 04:15 | Calm | 5.00 | Fog/Mist | CLR | 74.7 | 74.3 | | | 99% | | | 30.05 | | 0.0 | | |
| 15 | 03:55 | Calm | 5.00 | Fog/Mist | CLR | 75.2 | 74.5 | | | 98% | | 73 | 30.05 | | 0.0 | | |
| 15 | 03:35 | Calm | 10.00 | Fair | CLR | 75.2 | 74.5 | | | 98% | | 73 | 30.05 | | 0.0 | | |
| 15 | 03:15 | Calm | 10.00 | Fair | CLR | 74.8 | 74.1 | | | 98% | | | 30.05 | | 0.0 | | |
| 15 | 02:55 | SE 3 | 7.00 | NULL | NULL | 75.4 | 74.7 | | | 98% | | 74 | 30.05 | | 0.0 | | |
| 15 | 01:15 | Calm | 10.00 | Fair | CLR | 76.3 | 75.4 | | | 97% | | 76 | 30.09 | | 0.0 | | |
| 15 | 00:55 | Calm | 10.00 | Fair | CLR | 77 | 76.1 | 86.7 | 77 | 97% | | 78 | 30.1 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

# August 2, 2024

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 20:35 | SE 3 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.97 | | 0.0 | | |
| 02 | 11:35 | NE 5 | 10.00 | Fair | CLR | 89.6 | 77.4 | | | 67% | | 103 | 30.11 | | 0.0 | | |
| 02 | 10:55 | Calm | 10.00 | Fair | CLR | 88.3 | 76.6 | | | 68% | | 100 | 30.12 | | 0.0 | | |
| 02 | 10:35 | N 5 | 10.00 | Fair | CLR | 87.8 | 76.8 | | | 70% | | 100 | 30.13 | | 0.0 | | |
| 02 | 10:15 | NE 6 | 10.00 | Fair | CLR | 87.6 | 77 | | | 71% | | 100 | 30.12 | | 0.0 | | |
| 02 | 09:55 | E 6 | 10.00 | NULL | NULL | 86.2 | 76.1 | | | 72% | | 96 | 30.12 | | 0.0 | | |
| 02 | 08:55 | E 7 | 10.00 | Fair | CLR | 83.5 | 76.6 | | | 80% | | 93 | 30.12 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

 

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 08:55 | E 7 | 10.00 | Fair | CLR | 83.5 | 76.6 | | | 80% | | 93 | 30.12 | | 0.0 | | |
| 02 | 08:35 | E 3 | 10.00 | Fair | CLR | 82 | 77.2 | | | 85% | | 90 | 30.12 | | 0.0 | | |
| 02 | 08:15 | NE 3 | 10.00 | Fair | CLR | 81 | 77.7 | | | 90% | | 88 | 30.13 | | 0.0 | | |
| 02 | 07:55 | Calm | 0.00 | NULL | NULL | 79.7 | 77.5 | | | 93% | | 85 | 30.12 | | 0.0 | | |
| 02 | 07:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.8 | | | 97% | | 80 | 30.12 | | 0.0 | | |
| 02 | 06:55 | Calm | 10.00 | Fair | CLR | 77.2 | 76.1 | 78.8 | 77 | 96% | | 78 | 30.11 | | 0.0 | | |
| 02 | 06:35 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30.1 | | 0.0 | | |
| 02 | 06:15 | Calm | 10.00 | Fair | CLR | 77.4 | 76.1 | | | 96% | | 79 | 30.1 | | 0.0 | | |
| 02 | 05:55 | Calm | 10.00 | Fair | CLR | 77.4 | 76.3 | | | 96% | | 79 | 30.1 | | 0.0 | | |
| 02 | 05:35 | Calm | 10.00 | Fair | CLR | 77.2 | 76.1 | | | 96% | | 78 | 30.1 | | 0.0 | | |
| 02 | 05:15 | Calm | 10.00 | Fair | CLR | 77.2 | 76.1 | | | 96% | | 78 | 30.08 | | 0.0 | | |
| 02 | 04:55 | Calm | 10.00 | Fair | CLR | 77.4 | 76.1 | | | 96% | | 79 | 30.08 | | 0.0 | | |
| 02 | 04:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 30.08 | | 0.0 | | |
| 02 | 04:15 | Calm | 10.00 | Fair | CLR | 78.3 | 77 | | | 96% | | 81 | 30.08 | | 0.0 | | |
| 02 | 03:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 30.09 | | 0.0 | | |
| 02 | 03:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 30.08 | | 0.0 | | |
| 02 | 03:15 | Calm | 10.00 | Fair | CLR | 78.3 | 76.6 | | | 95% | | 81 | 30.08 | | 0.0 | | |
| 02 | 02:55 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 30.08 | | 0.0 | | |
| 02 | 02:35 | Calm | 10.00 | Fair | CLR | 78.4 | 76.6 | | | 94% | | 82 | 30.08 | | 0.0 | | |
| 02 | 02:15 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 30.08 | | 0.0 | | |
| 02 | 01:55 | Calm | 10.00 | Fair | CLR | 78.3 | 76.6 | | | 95% | | 81 | 30.08 | | 0.0 | | |
| 02 | 01:35 | Calm | 10.00 | Fair | CLR | 78.4 | 77 | | | 95% | | 82 | 30.08 | | 0.0 | | |
| 02 | 00:55 | Calm | 10.00 | Fair | CLR | 78.8 | 77.2 | | | 95% | | 83 | 30.08 | | 0.0 | | |
| 02 | 00:35 | Calm | 10.00 | Fair | CLR | 79 | 77.4 | | | 95% | | 83 | 30.09 | | 0.0 | | |
| 02 | 00:15 | Calm | 10.00 | Fair | CLR | 79.2 | 77.7 | | | 95% | | 84 | 30.09 | | 0.0 | | |
| 01 | 23:55 | Calm | 10.00 | Fair | CLR | 79.5 | 77.9 | | | 95% | | 85 | 30.09 | | 0.0 | | |
| 01 | 23:35 | Calm | 10.00 | Fair | CLR | 79.9 | 78.1 | | | 94% | | 86 | 30.09 | | 0.0 | | |
| 01 | 23:15 | Calm | 10.00 | Fair | CLR | 80.2 | 78.3 | | | 94% | | 87 | 30.1 | | 0.0 | | |
| 01 | 22:55 | Calm | 10.00 | Fair | CLR | 80.6 | 78.3 | | | 93% | | 88 | 30.09 | | 0.0 | | |
| 01 | 22:35 | Calm | 10.00 | Fair | CLR | 81 | 78.6 | | | 93% | | 89 | 30.1 | | 0.0 | | |
| 01 | 22:15 | Calm | 10.00 | Fair | CLR | 81.5 | 78.8 | | | 92% | | 90 | 30.1 | | 0.0 | | |
| 01 | 21:55 | Calm | 10.00 | Fair | CLR | 81.5 | 78.6 | | | 91% | | 90 | 30.1 | | 0.0 | | |
| 01 | 21:35 | Calm | 10.00 | Fair | CLR | 82.4 | 78.6 | | | 88% | | 92 | 30.1 | | 0.0 | | |
| 01 | 21:15 | SW 3 | 10.00 | Fair | CLR | 83.5 | 77.9 | | | 83% | | 94 | 30.09 | | 0.0 | | |
| 01 | 20:55 | Calm | 10.00 | NULL | NULL | 84.2 | 77.9 | | | 81% | | 95 | 30.1 | | 0.0 | | |
| 01 | 13:55 | Calm | 10.00 | Fair | CLR | 91 | 75.6 | | | 61% | | 103 | 30.14 | | 0.0 | | |
| 01 | 13:35 | NE 5 | 10.00 | Fair | CLR | 91.4 | 75.7 | | | 60% | | 103 | 30.14 | | 0.0 | | |
| 01 | 13:15 | Calm | 10.00 | Fair | CLR | 89.6 | 74.3 | | | 61% | | 99 | 30.15 | | 0.0 | | |
| 01 | 12:55 | NE 5 | 10.00 | Fair | CLR | 89.8 | 74.7 | 90.3 | 75.2 | 61% | | 100 | 30.15 | | 0.0 | | |
| 01 | 12:35 | Calm | 10.00 | Fair | CLR | 90.1 | 74.3 | | | 60% | | 100 | 30.15 | | 0.0 | | |
| 01 | 12:15 | Calm | 10.00 | Fair | CLR | 89.1 | 73.2 | | | 60% | | 97 | 30.15 | | 0.0 | | |
| 01 | 11:55 | NE 5 | 10.00 | Fair | CLR | 89.1 | 73.9 | | | 61% | | 98 | 30.16 | | 0.0 | | |
| 01 | 11:35 | NE 3 | 10.00 | Fair | CLR | 88.7 | 73.9 | | | 62% | | 98 | 30.16 | | 0.0 | | |
| 01 | 11:15 | NE 6 | 10.00 | Fair | CLR | 88.2 | 75.6 | | | 66% | | 99 | 30.17 | | 0.0 | | |
| 01 | 10:55 | N 5 | 10.00 | Fair | CLR | 87.6 | 76.3 | | | 69% | | 99 | 30.18 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air Dwpt Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) sea level (mb) | Precipitation (in) 1 hr 3 hr 6 hr |

# August 6, 2024

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | 6 hour Max. Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 06 | 21:35 | Calm | 10.00 | Fair | CLR | 81.5 | 77.2 | | 87% | | 89 | 29.92 | | 0.0 | | |
| 06 | 21:15 | Calm | 10.00 | Fair | CLR | 82.4 | 77.4 | | 85% | | 91 | 29.92 | | 0.0 | | |
| 06 | 20:55 | Calm | 10.00 | Fair | CLR | 83.7 | 77.2 | | 81% | | 93 | 29.92 | | 0.0 | | |
| 06 | 20:35 | Calm | 10.00 | Fair | CLR | 85.1 | 77.2 | | 77% | | 96 | 29.91 | | 0.0 | | |
| 06 | 20:15 | Calm | 0.00 | NULL | NULL | 0 | 0 | | 0% | | | 29.91 | | 0.0 | | |
| 06 | 09:55 | N 5 | 10.00 | Fair | CLR | 88.9 | 77.5 | | 69% | | 102 | 30.03 | | 0.0 | | |
| 06 | 09:35 | Calm | 10.00 | Fair | CLR | 87.8 | 77.4 | | 71% | | 100 | 30.03 | | 0.0 | | |
| 06 | 09:15 | Calm | 0.00 | NULL | NULL | 85.5 | 77 | | 76% | | 96 | 0 | | 0.0 | | |
| 06 | 08:55 | Calm | 10.00 | Fair | CLR | 84.9 | 77.5 | | 79% | | 96 | 30.02 | | 0.0 | | |
| 06 | 08:35 | Calm | 10.00 | Fair | CLR | 83.1 | 77.5 | | 83% | | 93 | 30.02 | | 0.0 | | |
| 06 | 08:15 | Calm | 10.00 | Fair | CLR | 81.7 | 77.5 | | 87% | | 90 | 30.02 | | 0.0 | | |
| 06 | 07:55 | Calm | 10.00 | Fair | CLR | 80.8 | 78.1 | | 92% | | 88 | 30.02 | | 0.0 | | |
| 06 | 07:35 | Calm | 10.00 | Fair | CLR | 79.7 | 77 | | 92% | | 85 | 30.01 | | 0.0 | | |
| 06 | 07:15 | Calm | 10.00 | Fair | CLR | 78.3 | 76.3 | | 94% | | 81 | 30.01 | | 0.0 | | |
| 06 | 06:55 | Calm | 10.00 | Fair | CLR | 77.9 | 75.7 | 79.7 77.5 | 93% | | 80 | 30 | | 0.0 | | |
| 06 | 06:35 | Calm | 10.00 | Fair | CLR | 77.9 | 75.7 | | 93% | | 80 | 30 | | 0.0 | | |
| 06 | 06:15 | Calm | 10.00 | Fair | CLR | 77.9 | 75.7 | | 93% | | 80 | 29.99 | | 0.0 | | |
| 06 | 05:55 | Calm | 10.00 | Fair | CLR | 77.9 | 75.7 | | 93% | | 80 | 29.99 | | 0.0 | | |
| 06 | 05:35 | Calm | 10.00 | Fair | CLR | 77.9 | 75.6 | | 93% | | 80 | 29.99 | | 0.0 | | |
| 06 | 05:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | 94% | | 80 | 29.99 | | 0.0 | | |
| 06 | 04:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | 94% | | 80 | 29.98 | | 0.0 | | |
| 06 | 04:35 | Calm | 10.00 | Fair | CLR | 77.5 | 75.6 | | 94% | | 79 | 29.98 | | 0.0 | | |
| 06 | 04:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | 94% | | 80 | 29.98 | | 0.0 | | |
| 06 | 03:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | 94% | | 80 | 29.98 | | 0.0 | | |
| 06 | 03:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | 94% | | 80 | 29.97 | | 0.0 | | |
| 06 | 03:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.1 | | 94% | | 81 | 29.97 | | 0.0 | | |
| 06 | 02:55 | Calm | 10.00 | Fair | CLR | 78.4 | 76.3 | | 93% | | 82 | 29.97 | | 0.0 | | |
| 06 | 02:35 | Calm | 10.00 | Fair | CLR | 78.8 | 76.5 | | 93% | | 83 | 29.98 | | 0.0 | | |
| 06 | 02:15 | Calm | 10.00 | Fair | CLR | 79 | 76.5 | | 92% | | 83 | 29.98 | | 0.0 | | |
| 06 | 01:55 | Calm | 10.00 | Fair | CLR | 78.8 | 76.3 | | 92% | | 83 | 29.98 | | 0.0 | | |
| 06 | 01:35 | Calm | 10.00 | Fair | CLR | 79.3 | 76.5 | | 91% | | 84 | 29.98 | | 0.0 | | |
| 06 | 01:15 | Calm | 10.00 | Fair | CLR | 79.7 | 77 | | 92% | | 85 | 29.98 | | 0.0 | | |
| 06 | 00:55 | Calm | 10.00 | Fair | CLR | 79.7 | 76.8 | | 91% | | 85 | 29.99 | | 0.0 | | |
| 06 | 00:35 | Calm | 10.00 | Fair | CLR | 80.1 | 77 | | 90% | | 86 | 29.99 | | 0.0 | | |
| 06 | 00:15 | Calm | 10.00 | Fair | CLR | 80.1 | 77 | | 90% | | 86 | 29.99 | | 0.0 | | |
| 05 | 23:55 | Calm | 10.00 | Fair | CLR | 80.8 | 77.4 | | 89% | | 88 | 29.99 | | 0.0 | | |
| 05 | 23:35 | Calm | 10.00 | Fair | CLR | 81.1 | 77.9 | | 90% | | 89 | 29.99 | | 0.0 | | |
| 05 | 23:15 | Calm | 10.00 | Fair | CLR | 81.9 | 78.3 | | 89% | | 91 | 29.99 | | 0.0 | | |
| 05 | 22:55 | Calm | 10.00 | Fair | CLR | 81.7 | 78.1 | | 89% | | 90 | 29.99 | | 0.0 | | |
| 05 | 22:35 | Calm | 10.00 | Fair | CLR | 82 | 77.7 | | 87% | | 91 | 29.99 | | 0.0 | | |
| 05 | 22:15 | Calm | 10.00 | Fair | CLR | 82.2 | 77.9 | | 87% | | 91 | 29.99 | | 0.0 | | |
| 05 | 21:55 | Calm | 10.00 | Fair | CLR | 82.4 | 77.9 | | 86% | | 92 | 29.98 | | 0.0 | | |
| 05 | 21:35 | Calm | 10.00 | Fair | CLR | 82.9 | 78.3 | | 86% | | 93 | 29.98 | | 0.0 | | |
| 05 | 21:15 | Calm | 10.00 | Fair | CLR | 83.7 | 77.9 | | 83% | | 94 | 29.97 | | 0.0 | | |
| 05 | 20:55 | Calm | 10.00 | Fair | CLR | 84.2 | 77.7 | | 81% | | 95 | 29.97 | | 0.0 | | |
| 05 | 20:35 | Calm | 10.00 | NULL | NULL | 85.3 | 77 | | 76% | | 96 | 29.97 | | 0.0 | | |
| 05 | 18:55 | NE 3 | 10.00 | NULL | NULL | 91.8 | 74.5 | | 57% | | 102 | 29.94 | | 0.0 | | |
| 05 | 11:35 | NW 5 | 10.00 | Partly Cloudy | SCT120 | 90.1 | 75.6 | | 62% | | 101 | 30.02 | | 0.0 | | |
| 05 | 11:15 | W 5 | 10.00 | Fair | CLR | 89.6 | 75.6 | | 63% | | 101 | 30.02 | | 0.0 | | |
| 05 | 10:55 | W 3 | 10.00 | Fair | CLR | 88.9 | 76.5 | | 67% | | 101 | 30.02 | | 0.0 | | |
| 05 | 10:35 | NW 3 | 10.00 | Fair | CLR | 88 | 76.1 | | 68% | | 99 | 30.02 | | 0.0 | | |
| 05 | 10:15 | Calm | 10.00 | Fair | CLR | 87.1 | 75.4 | | 68% | | 97 | 30.02 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | Pressure | | Precipitation (in) | | |