# Exhibit 10

```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF LOUISIANA
         Civil Action No. 3:23-cv-1304-BAJ-EWD
      ---------------------------------------------

VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its
members; and MYRON SMITH, DAMARIS JACKSON,
NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS,
JOSEPH GUILLORY, KENDRICK STEVENSON, and
ALVIN WILLIAMS, on behalf of themselves and
all others similarly situated,

        Plaintiffs,

     vs.

JAMES LEBLANC, in his official capacity as
Secretary of the Louisiana Department of
Public Safety and Corrections, TIMOTHY
HOOPER, in his official capacity as Warden of
Louisiana State Penitentiary; MISTY STAGG, in
her official capacity as Director of Prison
Enterprises, Inc.; the LOUISIANA DEPARTMENT
OF PUBLIC SAFETY & CORRECTIONS; and PRISON
ENTERPRISES, INC.,

        Defendants.

      ---------------------------------------------


            REMOTE VIDEOTAPED DEPOSITION OF

                  DR. PAUL TOCE



              Wednesday, August 7, 2024

                  9:10 a.m. (CDT)




Reported By: Joan Ferrara, RMR, FCRR

Job No. 6672725
```

1  happening?

2     A.   Yes, yeah, we would certainly --

3  well, sometimes it does.  If the

4  dermatologist says this rash should not be

5  exposed to excessive heat, we're going to

6  usually do what we can to reduce that heat

7  exposure.  And a clinical evaluation may

8  not be necessary.

9     Q.   So the majority of people at

10  Angola with a heat precaution duty status

11  are given that status because of

12  medications they're prescribed?

13     A.   I see that list, they keep it up

14  to date every week.  It's kind of hard for

15  me to state the number of physically

16  debilitated patients we have that qualify

17  compared to that huge list that I see every

18  week.

19          I do think there are more on those

20  medications than are physically debilitated.

21          So the question is, yes, most of

22  them are from that list of medications.

23     Q.   And how many are on that list --

24  how many people have heat precaution duty

25  status at Angola, on average?

1       A.    Oh, are you talking about from
2    the medication or globally, everybody?
3       Q.    Globally.
4       A.    Okay.  I would have to give you a
5    very rough estimate.  Our population here
6    is aging.  I mean, you know, we go from
7    people that are bedbound, you know.  They
8    don't need a heat precaution duty status,
9    but they qualify for one.
10            I'm afraid I'm going to need some
11   more -- you have to go case by case.  I'm
12   sorry, I can't just give you a global estimate
13   of everybody that has heat precautions.
14      Q.    Understood.
15            For the people who you said have
16   the chronic illnesses that could qualify
17   for heat precaution duty status but for
18   whom Angola provides them an even -- I
19   don't remember how you phrased it -- but I
20   think an even --
21      A.    Restrictive duty status.
22      Q.    Yeah, even more restrictive duty
23   status, can you describe what the more
24   restrictive duty statuses are?
25      A.    Yes.  They're issued to stay out

 1   of the heat all year.  The job locations
 2   are limited to avoid high heat areas year
 3   round.  Usually by the time that they're
 4   getting to that level of severity, of
 5   whatever illness they've got, their housing
 6   is going to be affected as well.  Some will
 7   have no duty.  You know, they just are not
 8   going to be called to do any work at all,
 9   and some are going to be put into our
10   handicap accessible and assisted living
11   dorms, which are air conditioned.
12       Q.   What is the name of the duty
13   status for people that are not allowed to
14   be in heat all year round?
15       A.   It would be -- it's listed under
16   duty status restriction, and then the
17   specific activity will be written in the
18   medical log as not to be exposed to direct
19   sunlight for periods of time, not to walk
20   more than 100 yards.
21            We mentioned the jobs, you know,
22   they won't work in high heat areas.  No
23   exercise.  No rodeo.  Indoor duty status
24   only.
25            You know, just about -- you can put

1  anything you want into this blank that is an
2  activity.  You cannot tell them a specific
3  job, but you can list activities that they are
4  to avoid, and I think I covered most of them.
5      Q.   Moving to the third page of the
6  directive, which has the Bates number of
7  017897 on the bottom, at the top of the
8  page there is a section titled, "Heat
9  Precautions from May 1st through October
10 31st," and this section lays out special
11 protocols that are required in that time
12 period, is that correct?
13     A.   Yes, it is.
14     Q.   Why was May 1st through October
15 31st selected?
16     A.   That encompasses the entire time
17 period where temperatures are likely to
18 exceed the maximum acceptable and
19 environmental relief is likely not
20 available.
21     Q.   Is it possible that the heat
22 index could exceed 88 degrees outside of
23 that window?
24     A.   It is possible.
25     Q.   The next section lists special

```
 1   protocols that are supposed to apply to
 2   people who are designated as having a heat
 3   precaution duty status, is that correct?
 4        A.    Are we talking B?
 5        Q.    3A1a, b, c.  So all of the
 6   subsections under 3A1.
 7        A.    Okay.  Those are all specifically
 8   delineated to have the heat precaution duty
 9   status.
10        Q.    So I just want to make sure we're
11   on the same page.  Those are the sections
12   that apply to people with heat precaution
13   duty status, correct?
14        A.    Yes, yes.
15        Q.    What is the purpose of these
16   protocols?
17        A.    To prevent heat pathology in our
18   patients.
19        Q.    Who was involved in developing
20   those protocols?
21        A.    They've been there for decades.
22   Developing and modifying these protocols
23   and redoing the policies, well, that's me
24   and my medical directors and
25   administrators.  Everybody participates in
```

 1   policy modifications.
 2       Q.    So this section states that
 3   people with heat precaution duty statuses
 4   "must be brought indoors from May 1st
 5   through October 31st each year once the
 6   temperature reaches 88 degrees."
 7             Did I read that correctly?
 8       A.    Yes, ma'am, that is correct.
 9       Q.    Why does LSP Directive 13.067 set
10   a heat index of 88 degrees for triggering
11   this procedure?
12       A.    Out of an abundance of
13   precaution.  I don't think there's a hard
14   set temperature where there are guaranteed
15   heat precaution manifestations or heat
16   pathology manifestations.  88 degrees is a
17   very safe point to say, okay, from here, if
18   it's going to get any hotter, you're coming
19   out of the field.
20       Q.    Is it fair to say that heat
21   becomes dangerous to human health at or
22   above the heat index of 88 degrees?
23       A.    I don't think so, no.  I mean,
24   there are plenty of Olympic athletes right
25   now running out there with temperatures

```
 1   over 88 degrees and they're doing that kind
 2   of activity.  So it is putting them at an
 3   increased risk and they're compensating for
 4   it.
 5        Q.   Do you agree that precautions
 6   should be taken for outdoor work when the
 7   heat index hits 88 degrees?
 8        A.   I agree, in principle, yes.
 9        Q.   And sorry, before when you
10   answered my last question saying they are
11   compensating for it, what did you mean?
12        A.   The Olympic athletes are drinking
13   water and cooling down when available and
14   they can't limit their activity while
15   they're in competition, so that's out.  But
16   our inmates have that ability.
17        Q.   So it's important to take
18   precautions when you're outside and the
19   heat index reaches or exceeds 88 degrees?
20        A.   Yes.
21        Q.   How did LSP decide to apply this
22   procedure just to the people with heat
23   precaution duty statuses but not to all
24   people in its custody?
25        A.   Out of an abundance of
```