# Exhibit 12

## Daily Line Counts

Line #: 15A & 15B
Date: 11-4-2024

Pusher: MSgt. D. Scott
Gun Guard: MSgt. M. McFarland
Gun Guard: _____

AM Count: 8X
PM Count: 8X

| Combine Count Time 9:59a | | Main Prison |
|---|---|---|
| F① ∅    E① 2 | | Cyp② 1X |
| F② 1    E② 1 | | |
| F③ 3    E③ ∅ | | |
| F④ ∅    E④ ∅ | | |

Total 7X

Comments:
6:30 Arrived at Camp-D, picked up the Keys to Falcon yard
6:32 Arrived at the Falcon gates, standing by
6:40 Open outter gate to Falcon yard, standing by for Rank to enter the yard
7:10 Open inner gate to Falcon yard when Rank enter the yard
7:13 Read the Field Operations Procedures at the gate before checkout
7:18 Checked out 6 X for Line 15B with Capt. Cummings
7:20 Turned keys over to Lt. D. Leet, exit to Camp-D Sallyport to pick up Line 15A
7:21 Arrived at the Sallyport, picked up 1 X for Line 15A and exit to the Processing Plant
7:24 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Squincher and picked up 1x 15A
7:55 Exit the Processing Plant to the Pecan Orchard to pick up pecans, offer Sun screen "No Take"
8:02 Arrived at the Pecan Orchard with 8X for Line 15A & 15B, start picking pecans
8:30 Lt. D. Leet took over the Lines for 15A & 15B, ① cover trailer ① Portable Restroom + handwa...
8:47 AM offenders were given a 15 min break
9:30 I, MSgt. Scott arrived back and assumed all duties and equipment from Lt. Leet on Line 15A & 15...
9:45 Verified inmate Lourence Peters Cyp2 with the A-Building Sallyport
9:47 "Breaktime" all work stop inmates was given a 15 minute Break
9:59 Shutdown, conduct and call in the Breakdown Count to Camp D Sallyport total 7X Line 15A & 1...
10:33 Exit the Pecan Orchard with 8x to the Processing Plant
10:37 Arrived at the Processing Plant with 8x for Line 15A & 15B for Chow
11:23 Exit the Processing Plant to the Pecan Orchard
11:27 Arrived at the Pecan Orchard with 8x for Line 15A & 15B, start picking pecans
12:05 "Breaktime" all work stop inmates given a Break for 15 minutes
1:05 "Breaktime" all work stop inmates given a 15 minute Break

VOTE000922

## Daily Line Counts

Line #: __15A & 15B__    Date: __11-4-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. M. McFarland__
Gun Guard: _____

AM Count: __8 X__

PM Count: __8 X__

Comments:
1:08 Sent in 21 sacks of pecans to the Processing Plant, dropped 1x Main Prison
1:20 Exit to the Processing Plant with 7x
1:25 Arrived at the Processing Plant with 7x for Line 15A & 15B
1:28 Exit to Camp-D with 7x for Line 15A & 15B
1:31 Arrived at Camp-D, picked up the keys, dropped of 1x at Camp D Sallyport
1:34 Arrived at Falcon gate with 6x for Line 15A, open the gates
1:42 Checked 6x for 15B and closed the gates
1:45 Exit Camp-D to Bus Lot

VOTE000923

# Daily Line Counts

**Line #:** 24/25                **Date:** 11/4/24

**Pusher:** Lt. Lut
**Gun Guard:** _____
**Gun Guard:** _____

**AM Count:** (9x)

**PM Count:** (8x)

| | | |
|---|---|---|
| E1 | 1 | 1 |
| F1 | 1 | 1 |
| F2 | 1 | 1 |
| F3 | 5 | 5 |
| F4 | 1 | 1 |
| | 8 | (9) |

**Comments:**

- Checked bus #36 out to go check line 24/25 out to go to Process.
- Arrived to check out gate at 6:32 AM
- Open outer gate at 6:40 AM
- Open Inner gate at 7:10 AM
- Read Field operations procedure memo to line before checking out
- Check out (9x) offenders
- Closed both Inner and outer gate at 7:20 AM
- Arrived at PP Indoors Issued water & Gatorade 8:30
- Break time at 9:15 to 9:30
- Count 9:35 (9x)
- Break time 10:15 - 10:30
- I Lt. Lut, took back over line 24/25 at 10:32 AM
- Offenders were provided Lunch at Processing Plant (stick out tray) given 45 mins 10:45 AM - 11:30 AM
- Offenders were given 15 min break at 12:15 pm
- Offenders were given 15 min break at 1:15 pm
- Head Land at 1:20 pm, No Heat Alert was Called today
- Arrived back to check out gate at 1:31 pm
- Open the Outer gate at 1:34 pm
- Open the Inner gate at 1:34 pm
- Closed both Inner and outer gate at 1:45 pm
- Done for the day

VOTE000924

## Daily Line Counts

**Line #:** 6A/B           **Date:** 10/4/24

**Pusher:** P Moore
**Gun Guard:** Brown
**Gun Guard:** _____

**AM Count:** 5 14 13

**PM Count:** 13

| F1 | | | |
|---|---|---|---|
| 2 | | | |
| 3 | 2 | 6 | 8 |
| 4 | 1 | 4 | 5 |
| | | (13) | 13 |

**Comments:**

arrived at gate 6:32
opened gate @ 6:45
closed gate & Read Memorandum 7:15
count 2x  13x  9:15
Issueic Gatorade & water 8:15 "late entry"
arrived at gate 1:32
opened gate @ 1:36
closed gate @ 1:44

VOTE000925

# Daily Line Counts

Line #: 15B/15A          Date: 11/6/24

Pusher: Lt. Lut
Gun Guard: MSgt. McFarland
Gun Guard: _____

F - 0          E - 1
F - 1          E - 1
AM Count: (7x)
                F - 4         E - 0
PM Count: (7x)
                F - 0         E - 0

Comments:
- Checked bus #36 out to go check line 15B/15A out to go pick pecans
- Arrived to check out gate at 6:33 AM
- Open the outer gate at 6:41 AM
- Open the inner gate at 7:15 AM
- Read the Field Operation Procedure memo to line before checking out
- Checked out (7x) offenders
- Closed both inner and outer gate at 7:25 AM, No 15A offenders check[ed]
- Arrived to the Processing Plant for offenders to get (1) water / (1) squeez[er]
  a roll of tieing string at 7:32 AM
- Left the Processing Plant at 7:51 AM and arrived to the Pecan field at
  7:56 AM, offenders were provided restroom, handwash station, sunscreen,
  cups, water/squencher, and white sacks to pick pecans with
- Offenders were given a 15 min break at 8:41 AM
- Offenders were given a 15 min break at 9:41 AM
- Called count in to D-Sally Port at 9:44 AM / F1-0, F2-1, F3-4, F4-0, E1-1, E2-1, E3-0
- Head land at 10:13 AM, to bring line 15-B to processing for lunch
- Arrived at the Processing Plant for lunch at 10:31 AM
- Arrived back to the Pecan field from lunch at 11:30 AM
- Offenders were given a 15 min break at 12:15 PM
- Head land at 1:13 PM, No Heat Alert called today
- Brought 14 ½ bags to processing plant at 1:33 PM
- Arrived back to check out gate at 1:47 PM
- Open outer and inner gate at 1:49 PM
- Close both inner and outer gate at 1:53 PM / Done for the day

VOTE000926

# Daily Line Counts

**Line #:** 6A/B  24/25  **Date:** 11/6/24

**Pusher:** Moore
**Gun Guard:** Canvis
**Gun Guard:** Guitin · Ellis   26

**AM Count:** 6A/B (13)  24/25  13

**PM Count:** _____

6A/B  F1 | 0 24/25 E1 | 1
        |           |  10
2  | 0           F1 | 1
3  | 268         2  | 2  2
4  | 145         3  | 235
                 4  | 213
                    94
            13        (13)

E1 | 1
E3 | 1            E3 ~~E1 1~~
F1 | 1            F1 | 1
2  | 1            2
3  | 6            3  ~~6~~
4  | 3            4  3

**Comments:**

arrived at gate 6:32
opened gate at 6:36
closed gate & Read Memorandum at 7:20
arrived at plant @ 7:30 (indoors & climate controlled)
Issued water & Gatorade at 7:35.
Break time 8:15 to 8:30
Break time 9:15 to 9:30
Count F 1x 6A/B 10:30
Break time 10:15 to 10:30
Break time 11:15 to 11:30
Break time 12:15 to 12:30
Break time 1:15 to 1:30
Head law @ 1:40
arrived at gate 1:49
opened gate 1:52
closed gate 1:55

## Daily Line Counts

Line #: __15B__     Date: __11-7-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. L. Ellis__
Gun Guard: _____

AM Count: __7x__
PM Count: __7x__

Count     Time __10:10am__

F① ∅     E① 1
F② 1     E② 1
F③ 4     E③ ∅
F④ ∅     E④ ∅

Total __7x__

Comments:
6:27 Arrived at Camp-D, picked up the keys to Falcon gates
6:30 Arrived at the Falcon gates, standing by to check Line 15B out due to Fog
7:00 Line in due to heavy fog waiting on the fog to lift
8:00 Line still in due to heavy fog going in and out
9:00 Still waiting on fog to lift no line out due to fog
9:35 Open outter to Falcon yard after fog cleared, standing by
9:53 Open inner gate to Falcon yard to checkout Line 15B
9:55 Read the Field Operations Procedures
9:57 Checked out 7x for Line 15B with Capt. Bynum and Closed the gates
10:02 Turned in the keys to Tower-1 and exit to the Processing Plant
10:05 Arrived at the Processing Plant with 7x for Line 15B, offer Sun Screen "No Takers
10:10 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:15 Trays arrived for Line 15B "Chowtime", ①cooler of water ①cooler of Sqwincher
10:46 Exit the Processing Plant to Line 37 Shop
10:49 Arrived at Line 37 Shop and start loading milk crates
11:27 Exit Line 37 Shop to the trailers in the Field
11:30 Arrived at the trailers in the Field to load milk crates
11:35 Breaktime all work stop inmates was given a Break for 15 minutes
11:52 Exit the Field trailers to A-Land
12:02 Arrived in A-Land Yellow Squash and Zucchini Field to walk through
12:35 Breaktime all work stop inmates was given a Break for 15 minutes
1:25 Exit A-Land Yellow Squash and Zucchini Field with 7x for Line 15B to Camp-D

VOTE000928

## Daily Line Counts

Line #: __15B__                Date: __11-7-2024__

Pusher: __MSgt. O. Scott__
Gun Guard: __MSgt. L. Ellis__
Gun Guard: _____

AM Count: __7X__

PM Count: __7X__

Comments:
1:30 Arrived at Camp-D with 7X for Line 15B
1:33 Arrived at the Falcon gate, open the gates
1:39 Checked in 7X for Line 15B and Closed the gates
1:42 Turned in the keys to Tower-1 and exit

VOTE000929

## Daily Line Counts

Line #: 15                    Date: 11/8/24

Pusher: Lt. Lut
Gun Guard: MSgt. Brown
Gun Guard: MSgt. McFarland

B-1         25
B-12
B-11
B-1

AM Count: 25x

PM Count: —N/A—

**Comments:**

- Checked out bus #36 to go check line #15 out to go to squash field
- Arrived at check out gate at 6:40 AM
- Open the outer gate at 7:00 AM
- Open the Inner gate at 7:07 AM
- Read Field operation procedure memo before checking line out
- Checked out (25x) offenders
- Closed both Inner and outer gate at 7:12 AM
- Arrived to the squash field at 7:30 AM, offenders were provided with a shade wagon, (2) water/(1) sphenolor cooler, Restroom, Hand wash station, sunscreen, Gloves, Cups and Red sacks for picking
- offenders were given a 15 min break at 8:13 AM
- Called Medical #3 for offender Larry Junior #791675 and Hakeem Munphrey #446571 for Medical Emergency at 8:22 PM
- Offenders that were need of boots were provided them by Lt. Col. in the field do to boots busting open
- Medical Arrived to the field at 8:58 and saw offenders both was cleared to go back to work
- Offenders were given a 15 min break at 9:13 AM
- Finish 1st squash field with total of 60 Red sacks moved to 2nd squash field at 9:44
- Finish 2nd field with a total of 47 Red Sacks for a total of 107
- Offenders were given a 15 min break at 10:13 AM
- Offenders were given a 15 min break at 11:13 AM
- Head Count at 11:30 AM, No Heat Alert today

VOTE000930

## Daily Line Counts

Line #: 15                         Date: 10/8/24

Pusher: Lt. Zet
Gun Guard: MSgt. McFarland
Gun Guard: MSgt. Brown

AM Count: (25+)
PM Count: — N/A —

**Comments:**

- Arrived back to the check out gate at 11:46 AM
- Open the outer gate at 11:47 AM
- Open the inner gate at 11:47 AM
- Closed both inner and outer gate at 11:53 AM
- Done for the day


# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 25**

11/04/2024 - 11/08/2024

9   28

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 122529 | THOMPSON, DAVID | D FAL 1 | W | Med | | | | | |
| 123820 | HILL, KENNETH | D FAL 1 | B | Med | | | | | |
| 161377 | CAMPBELL, WINFRED | D FAL 2 | B | Med | | | | | |
| 437853 | DIGGINS, ROBERT | D FAL 2 | B | Med | | | | | |
| 216886 | BAILEY, GREGORY | D FAL 2 | B | MED | | | | | |
| 271732 | SIMS, DAVID | D FAL 2 | B | MED | | | | | |
| 496356 | SKINNER, JAMES | D FAL 2 | B | Med | | | | | |
| 112939 | CHARLES, MARLO | D FAL 2 | B | Med | | | | | |
| 446823 | FISHER, ASHLEY | D FAL 2 | B | Med | | | | | |
| 95816 | GREEN JR., THOMAS | D FAL 3 | B | Med | ✓ | | ✓ | | ✓ |
| 189935 | RICE, GREGORY | D FAL 3 | B | Med | | | | | ✓ |
| 365790 | DEFFENBAUGH, JOHN | D FAL 3 | W | Med | ✓ | | ✓ | | ✓ |
| 398885 | NELSON, LAVAR | D FAL 3 | B | Med | | | | | |
| 452478 | GILLIAM, TERRANCE | D FAL 3 | B | Med | ✓ | | ✓ | | |
| 440360 | CLEMMONS, CARLOS | D FAL 3 | B | Med | | | | | |
| 457119 | MIMS, WILLIE | D FAL 3 | B | Med | | | | | |
| 636791 | BATISTE, ADAM | D FAL 3 | B | MED | | | | | |
| 712806 | BROWN, JEREMY | D FAL 3 | B | Med | | | | | |
| 741171 | THOMPSON, DAMION | D FAL 3 | B | Med | | | | | |
| 579031 | SWAN, JOSHUA | D FAL 3 | B | Med | | | | | |
| 787258 | BRIGGS, STEFAN | D FAL 3 | B | Med | | | | | |
| 107922 | ELLIS, VIRGIL | D FAL 4 | B | Med | | | | | |
| 108470 | WALKER, JEFFERY | D FAL 4 | B | Med | | | | | |
| 109229 | EL MUMIT, ABDULLAH | D FAL 4 | B | MED | | | | | |
| 183273 | DENOMES, DARRYL | D FAL 4 | B | MED | | | | | |
| 96122 | SMITH, VINCENT | D FAL 4 | B | Med | | | | | |
| 394828 | SIMS, DONALD | D FAL 4 | B | Med | | | | | |
| 296539 | HUNTER, TYRONE | D FAL 4 | B | Med | | | | | |
| 304599 | HOWARD, BRODERICK | D FAL 4 | B | Med | | | | | |
| 541592 | ALLEN, RONNIE | D FAL 4 | B | Med | | | | | |
| 552935 | EVANS, MARCUS | D FAL 4 | B | Med | | | | | |
| 596275 | ROCHELLE, FARRELL | D FAL 4 | B | Med | | | | | |
| 428915 | DICKERSON, JON | D FAL 4 | W | Med | | | | | |
| 339667 | LAMPKIN, GLEN | D FAL 4 | B | Med | | | | | |
| 702511 | TATE, JORDAN | D FAL 4 | B | Med | | | | | |
| 708544 | RILEY, HARRISON | D FAL 4 | B | Med | | | | | |
| 398766 | LEBOUEF, DOMINIC | D FAL 4 | W | Med | | | | | |
| 314846 | DUGAS, RONALD | D FAL 4 | B | Med | | | ✓ | | ✓ |
| 611539 | JOHNSON, DESMON | D FAL 4 | B | Med | | | | | |
| 572870 | PATTERSON, JEREMY | D FAL 4 | B | Med | | | | | |
| 305881 | DILLON, WILLIE | D FAL 4 | B | Med | | | | | |
| 112981 | WASHINGTON, GEORGE | D FAL 4 | B | Med | | | | | |
| 630198 | LOTTS, RODERICK | D FAL 4 | B | Med | | | | | |
| 782290 | TENNER, DANIEL | D FAL 4 | B | Med | | | | | |
| 784045 | PEACE, QUINTON | D FAL 4 | B | Med | | | | | |
| 721904 | WILLIAMS, CLIFFORD | D FAL 4 | B | Med | | | | | |

27

Signature: _____Moon_____

VOTE000933

# LOUISIANA STATE PENITENTIARY
## Job Roster

| DOC Num | Name | Housing | Race | Custody | Total Line Count / Date | Mon 4 | Tue 5 | Wed 6 | Thur 7 | Fri 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | L 15A  11/04/2024 - 11/08/2024 | | | Total Line Count | 2 | X | 0 | 0 | |
| 376094 | HYMAN, ALVIN | ASH 3 | W | Min-B | | [co] | [ ] | [ ] | [ ] | [ ] |
| 396354 | GREEN, JOSEPH | D EAG 1 | B | Min-B | | [✓] | [ ] | [ ] | [ ] | [ ] |
| 325716 | Peters, Lawrence | Cyp 2 | B | Min-B | | [✓] | [ ] | [ ] | [ ] | [ ] |
| | | | | | Total Checkout | 2 | X | 0 | 0 | |

Signature: _O. Scott, MSgt._

VOTE000934

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 24
11/04/2024 - 11/08/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 538879 | OTT, DANIEL | D EAG 1 | B | Med | | | | | |
| 584675 | PAYNE, VINCENT | D EAG 1 | B | Med | ✓ | | [4] | | |
| 704077 | PARKER, RANDY | D EAG 2 | B | Med | | | ✓ | | |
| 373366 | BRIDGES, NIGUEL | D EAG 3 | B | Med | | | ✓ | | |
| 733559 | BROWN, RAYJOHN | D EAG 3 | B | Med | | | ✓ | | |
| 93154 | CURRY, PERRY | D FAL 1 | B | Med | | | | | |
| 99339 | MCCOY, LOVAIR | D FAL 1 | B | Med | | | | | |
| 103355 | MONROE, BILLY | D FAL 1 | B | Med | | | | | |
| 115231 | TEZANO, CARL | D FAL 1 | B | Med | | | | | |
| 96267 | NICHOLSON, FLOYD | D FAL 1 | B | Med | | | | | |
| 120348 | BYRD, BRIAN | D FAL 1 | B | MED | | | | | |
| 359517 | CARROLL, GEORGE | D FAL 1 | B | Med | | | | | |
| 305523 | KOON, JAMES | D FAL 1 | B | Med | | | | | |
| 205818 | SMITH, COREY | D FAL 1 | B | Med | | | | | |
| 326208 | JAVERY, MINGO | D FAL 1 | B | Med | | | | | |
| 334258 | TAYLOR, DALLAS | D FAL 1 | B | MED | | | | | |
| 78855 | GORDON, DANIEL | D FAL 1 | B | Med | | | | | |
| 493960 | PENNINGTON, MICHAEL | D FAL 1 | B | MED | | | | | |
| 257862 | DAVIS, ALVIN | D FAL 1 | B | MED | | | | | |
| 338820 | BAKER, DARRON | D FAL 1 | B | Med | | | | | |
| 727860 | DANIELS, TYRONE | D FAL 1 | B | MED | | | | | |
| 512943 | HAWTHORNE, JEREMY | D FAL 1 | B | Med | | | | | |
| 733356 | GUIDRY, MILES | D FAL 1 | W | MED | | | | | |
| 489564 | MCDAVIS, JEREMY | D FAL 1 | B | Med | | | | | |
| 781379 | LOGGINS, LAMONTE | D FAL 1 | B | Med | | | | | |
| 402397 | ROSS, CHARLES | D FAL 1 | B | Med | | | | | |
| 781388 | SAVOIE, SETH | D FAL 1 | W | Med | ✓ | | ✓ | | ✓ |
| 725892 | AUSBERRY, THOMAS | D FAL 1 | B | Med | | | | | |
| 115638 | YOUNG, ROBERT | D FAL 2 | B | Med | | | | | |
| 377001 | BOATNER, TORY | D FAL 2 | B | Med | | | | | |
| 98926 | STEWART, KEITH | D FAL 2 | B | Med | | | | | |
| 93305 | JOHNSON, LESLIE | D FAL 2 | B | Med | | | | | |
| 393488 | GREVIOUS, TRAVIS | D FAL 2 | B | MED | | | | | |
| 490526 | MUNSON, LLOYD | D FAL 2 | B | Med | | | | | |
| 408364 | HAMILTON, RONJOEROX | D FAL 2 | B | Med | | | | | |
| 595515 | RICHARD, QUINTYLAN | D FAL 2 | B | Med | | | | | |
| 581530 | KIRSH, CORNELIUS | D FAL 2 | B | Med | | | | | |
| 84576 | BURGE, MICHAEL | D FAL 2 | W | Med | | | | | |
| 496405 | JACKSON, DONEA | D FAL 2 | B | Med | | | | | |
| 451967 | MARSALIS, FREDDIE | D FAL 2 | B | Med | | | | | |
| 730043 | SOUTHALL, KEVON | D FAL 2 | B | Med | | | | | |
| 620898 | TATE, TYRAIL | D FAL 2 | B | Med | | | | | |
| 738495 | MATTHEWS, MALIK | D FAL 2 | B | Med | | | | | |
| 627744 | RANDOLPH, JERMAL | D FAL 2 | B | Med | | | | | |
| 616223 | DILLON, CHRISTOPHER | D FAL 2 | B | Med | ✓ | | ✓ | | |
| 723837 | NORMAN, KENDALL | D FAL 2 | B | Med | ✓ | | ✓ | | |
| 396195 | GOLDSTON, FREDERICK | D FAL 3 | B | Med | ✓ | | ✓ | | ✓ |
| 581343 | FLAG, COREY | D FAL 3 | B | Med | | | | | |

VOTE000935

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 739112 | RANDAZZO, VINCENZO | D FAL 3 | W | Med | [✓] | [ ] | [4] | [ ] | [4] |
| 439017 | WILLIAMS, JARRET | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 784655 | HOWARD, KEMON | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 790574 | RAY, KENMICCAEL | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 496509 | OWENS, JERMAINE | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 729575 | PERSLEY, ZHANE | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 791247 | CORTEZ, FERNANDO | D FAL 3 | B | Med | [ ] | [ ] | [✓] | [ ] | [4] |
| 92834 | ROBINSON, WILLIE | D FAL 4 | B | Med | [ ] | [ ] | [✓] | [ ] | [ ] |
| 301291 | WASHINGTON, VERNON | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 366031 | BROWN, STEVE | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 591199 | SPIEHLER, CHRISTOPHER | D FAL 4 | W | Med | [✓] | [ ] | [ ] | [ ] | [4] |
| 498931 | BRANCH, WILLIAM | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 704426 | BRANDON, DALDURAN | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 539773 | LEWIS, CAMERON | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [4] |
| 746938 | CLARKS, DEONDRIC | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 710367 | HICKS, DEMARIOUS | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 739500 | WILLIAMS, JERMAINE | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 711669 | KESTLE, BRANDON | D FAL 4 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 583818 | SYLVESTER, TROY | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 406671 | BOWIE, BARRY | D FAL 4 | B | Med | [ ] | [ ] | [4] | [ ] | [4] |
| 557004 | MOSELY, JAMAR | D FAL 4 | B | Med | [ ] | [ ] | [4] | [ ] | [4] |

Signature: _____/s/_____

9    17

VOTE000936

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 6B**

11/04/2024 - 11/08/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 85012 | BURNHAM, RICHARD | D FAL 1 | B | Med | | | | | |
| 553333 | LEWIS, LEONARD | D FAL 1 | W | Med | | | | | |
| 348211 | DIXON, AARON | D FAL 2 | B | Med | | | | | |
| 315229 | HILLS, DERRICK | D FAL 2 | B | Med | | | | | |
| 278515 | SPIKES, JAMES X | D FAL 3 | B | MED | 4 | | 4 | | 4 |
| 729536 | CONKLIN, JACK X | D FAL 3 | W | MED | 4 | | 4 | | 4 |
| 413909 | DARDAR, DONALD X | D FAL 3 | W | MED | 4 | | 4 | | 4 |
| 355972 | PAGANO, SHANE X | D FAL 3 | W | MED | 4 | | 4 | | 4 |
| 759857 | DELAHOUSSAYE, JOSEPH X | D FAL 3 | W | MED | 4 | | 4 | | 4 |
| 765349 | WILLIAMS, DANA X | D FAL 3 | B | MED | 4 | | | | 4 |
| 481411 | POLK, DEREK X | D FAL 3 | W | Med | 4 | | 4 | | |
| 98287 | MORGAN, ROY | D FAL 4 | B | MED | 4 | | 4 | | 4 |
| 99443 | LUCKETT, TONY | D FAL 4 | B | MED | 4 | | 4 | | 4 |
| 314329 | BENNETT, HENRY | D FAL 4 | W | Med | | | | | |
| 484741 | THOMAS, TIMOTHY | D FAL 4 | B | Med | | | | | |
| 494000 | HALEY, PETER X | D FAL 4 | W | Med | 4 | | 4 | | 4 |
| 761394 | LAWRENCE, TOBE | D FAL 4 | B | MED | | | | | |
| 181361 | PERKINS, WILLIAM | D FAL 4 | W | Med | 4 | | 4 | | 4 |

Signature: _/s/ Moove_

VOTE000937

## LOUISIANA STATE PENITENTIARY
### Job Roster

**L 15B**
**11/04/2024 - 11/08/2024**

| DOC Num | Name | Housing | Race | Custody | Mon 4 | Tue 5 | Wed 6 | Thur 7 | Fri 8 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Line Count | 6 | X | 7 | 7 | |
| 102594 | TAYLOR, RALPH | D EAG 1 | B | Min-C | ✓ | ✓ | ✓ | ✓ | ✓ |
| 353624 | SMILEY, DON | D EAG 2 | B | Min-C | ✓ | | ✓ | ✓ | ✓ |
| 418545 | MORRISON, PRINCE | D FAL 2 | B | Min-C | [∅] | | | | |
| 394820 | GRAVES, LOUIS | D FAL 2 | B | Med | ✓ | ✓ | ✓ | ✓ | |
| 96184 | MILTON, FRANK | D FAL 3 | B | Med | ✓ | | ✓ | ✓ | ✓ |
| 568647 | WESLEY, WENDELL | D FAL 3 | B | MIN-C | ✓ | | ✓ | ✓ | ✓ |
| 538503 | HALFORD, MICHAEL | D FAL 3 | W | Med | ✓ | | ✓ | ✓ | |
| 507916 | SONNIER, MATTHEW | D FAL 3 | B | Med | [∅] | | ✓ | ✓ | ✓ |
| | | | | Total Checkout | 6 | X | 7 | 7 | 4/5 |

Signature: _[signature] Sett, MSgt._

VOTE000938

## LOUISIANA STATE PENITENTIARY
### Job Roster

**L 6A**

11/04/2024 - 11/08/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 292891 | HOSTON, JAMES | D EAG 3 | B | MED | | | | | |
| 90193 | METOYER, TERRANCE | D FAL 3 | B | Med | ☒ | | ☒ | | ☒ |
| 723715 | LEONARD, TAVIS | D FAL 3 | B | Med | | | | | |
| 569179 | LEBOUEF, BRENT | D FAL 3 | W | Med | | | | | |
| 482352 | MCLENDON, RICHARD | D FAL 3 | W | MED | ☒ | | | | |
| 720096 | RAWSON, BILLIE | D FAL 4 | W | Med | ☒ | | ☒ | | ☒ |

626275 Josly Stephnc  (6A+6B Bed 04) 3

Signature: _/Moon_____

VOTE000939