# Exhibit 19

**Heat Indices and Steps to be Taken to Mitigate Risk**

| Heat Index | Risk Level | Protective Measures |
|---|---|---|
| Less than 91°F | Lower (Caution) | Basic heat safety and planning |
| 91°F to 103°F | Moderate | Implement precautions and heighten awareness |
| 103°F to 115°F | High | Additional precautions to protect workers |
| Greater than 115°F | Very High to Extreme | Triggers even more aggressive protective measures |

| Plan Element | Heat Index Risk Level | | | |
|---|---|---|---|---|
| | Lower (Caution) | Moderate | High | Very High/Extreme |
| Supplies (ensuring adequate water, provisions for rest areas, and other supplies) | ✓ | ✓ | ✓ | ✓ |
| Emergency planning and response (preparing supervisors and crews for emergencies) | ✓ | ✓ | ✓ | ✓ |
| Worker acclimatization (gradually increasing workloads; allowing more frequent breaks as workers adapt to the heat) | ✓ | ✓ | ✓ | ✓ |
| Modified work schedules (establishing systems to enable adjustments to work schedules) | | ✓ | ✓ | ✓ |
| Training (preparing workers to recognize heat-related illness and preventive measures) | ✓ | ✓ | ✓ | ✓ |
| Physiological, visual, and verbal monitoring (using direct observation and physiological monitoring to check for signs of heat-related illness) | | ✓ | ✓ | ✓ |

https://www.osha.gov/SLTC/heatillness/heat_index/protective_measures.html

# Exhibit IV

1