# Exhibit 26

Cureus

Open Access Review Article

DOI: 10.7759/cureus.27278

# Drug-Induced Hyperthermia Review

Michael Horseman [1] , Ladan Panahi [1] , George Udeani [1] , Andrew S. Tenpas [1] , Rene Verduzco Jr. [1] , Pooja H. Patel [1] , Daniela Z. Bazan [1] , Andrea Mora [1] , Nephy Samuel [1] , Anne-Cecile Mingle [1] , Lisa R. Leon [2] , Joseph Varon [3] , Salim Surani [4]

1. Pharmacy Practice, Texas A&M University, Kingsville, USA 2. Thermal and Mountain Medicine Division, United States Army Research Institute of Environmental Medicine, Natick, USA 3. Critical Care, United General Hospital, Houston, USA 4. Medicine, Texas A&M University, College Station, USA

**Corresponding author:** Ladan Panahi, panahi@tamu.edu

Review began 06/20/2022
Review ended 07/19/2022
Published 07/26/2022

© Copyright 2022
Horseman et al. This is an open access article distributed under the terms of the Creative Commons Attribution License CC-BY 4.0., which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

## Abstract

Humans maintain core body temperature via a complicated system of physiologic mechanisms that counteract heat/cold fluctuations from metabolism, exertion, and the environment. Overextension of these mechanisms or disruption of body temperature homeostasis leads to bodily dysfunction, culminating in a syndrome analogous to exertional heat stroke (EHS). The inability of this thermoregulatory process to maintain the body temperature is caused by either thermal stress or certain drugs. EHS is a syndrome characterized by hyperthermia and the activation of systemic inflammation. Several drug-induced hyperthermic syndromes may resemble EHS and share common mechanisms. The purpose of this article is to review the current literature and compare exertional heat stroke (EHS) to three of the most widely studied drug-induced hyperthermic syndromes: malignant hyperthermia (MH), neuroleptic malignant syndrome (NMS), and serotonin syndrome (SS). Drugs and drug classes that have been implicated in these conditions include amphetamines, diuretics, cocaine, antipsychotics, metoclopramide, selective serotonin reuptake inhibitors (SSRIs), tricyclic antidepressants (TCAs), and many more. Observations suggest that severe or fulminant cases of drug-induced hyperthermia may evolve into an inflammatory syndrome best described as heat stroke. Their underlying mechanisms, symptoms, and treatment approaches will be reviewed to assist in accurate diagnosis, which will impact the management of potentially life-threatening complications.

**Categories:** Emergency Medicine, Other
**Keywords:** serotonin syndrome (ss), thermoprotection, heat stroke, neuroleptic malignant syndrome (nms), malignant hyperthermia (mh), drug-induced hyperthermia, hyperthermia

## Introduction And Background

Humans maintain core body temperature via a complicated system of physiologic mechanisms that counteract heat/cold fluctuations from metabolism, exertion, and the environment [1]. Overextension of these mechanisms or disruption of body temperature homeostasis leads to bodily dysfunction, culminating in a syndrome analogous to exertional heat stroke (EHS) [2]. The inability of this thermoregulatory process to maintain the body temperature is caused by either thermal stress or certain drugs [3]. Exertional heat stroke (EHS) is a syndrome characterized by hyperthermia and the activation of systemic inflammation. Several drug-induced hyperthermic syndromes may resemble EHS and share common mechanisms.

The purpose of this article is to review the current literature and compare EHS to three of the most widely studied drug-induced hyperthermic syndromes: malignant hyperthermia (MH), neuroleptic malignant syndrome (NMS), and serotonin syndrome (SS). Their underlying mechanisms, symptoms, and treatment approaches will be outlined in the sections that follow.

### Thermoprotection

Similar to mammals with dense hair follicle distribution (i.e., fur) to protect against the sun and insulation (i.e., blubber) to prevent heat loss, the human body has its own specialized integumentary mechanisms to protect against elevated temperatures and overheating [4,5]. Although the human integumentary system has relatively few fat deposits and hair follicles, it is designed to allow heat to escape via thermal radiation [6]. Since human skin is highly vascularized, cutaneous vasodilation allows for unhindered conductive heat loss from the blood [7].

Human skin contains approximately two million eccrine sweat glands [8]. Sweat evaporation transfers heat from the skin surface and blood at differing rates depending on the interplay of various factors, including ambient conditions (i.e., heat and humidity), clothing, exertion, body fluid and osmolality status, body mass composition, and skin surface area [9-11]. Actions such as using a fan or seeking drafts can further cool the skin via convective heat loss and enhanced evaporation [12,13].

Sensory neurons densely innervate the skin, mucosa, and viscera, playing a role in thermoregulation. Specific body temperature ranges are detected by specialized ion channels that respond by activating

**How to cite this article**
Horseman M, Panahi L, Udeani G, et al. (July 26, 2022) Drug-Induced Hyperthermia Review. Cureus 14(7): e27278. DOI 10.7759/cureus.27278

neurons [14-16]. Some of the more recognized channels are the transient receptor potential (TRP) cation channels [7]. Nine channel types play a role in thermoregulation by helping the body discriminate between cold and hot stimuli [10].

The brain acts as a filter and interprets sensory inputs to create the psychophysical perception of temperature, from cold to cool, to ambient, to warm, to painfully hot [17,18]. In the mammalian brain, bilateral nuclei in the preoptic area of the anterior hypothalamus (POAH) act as a thermostat, monitoring and filtering thermoreceptor input [19]. The POAH then adjusts the core temperature by activating autonomic efferent neuronal pathways, which helps maintain body core temperature to about 1°C [19].

### Hyperthermia, fever, and hyperpyrexia

Heat-related disorders are classified and defined in several ways. Some have assigned four different variations to hyperthermia, including fever-induced hyperthermia, exercise-induced hyperthermia, hyperthermia secondary to inadequate means of heat dissipation, and hyperthermia due to impairments of pathological or pharmacological thermoregulatory mechanisms [10].

As described by both the American College of Critical Care Medicine and the Infectious Diseases Society of America, fever is a core body temperature of 38.3°C (100.9°F) or higher, irrespective of the cause [10]. Elevated temperatures may also result from the actions of thermoregulatory pyrogens on the hypothalamus [20]. When the core body temperature rises above 38.3°C (100.9°F) but remains less than 41.5°C (106.7°F), it still falls under the classification of fever [1]. However, once it exceeds 41.5°C (106.7°F), it is known as hyperpyrexia. This condition is most often observed in patients with central nervous system (CNS) injuries (i.e., hemorrhage and cerebral edema) or occasionally in those with severe infections [1].

## Review

### Heat stress and heat stroke

Heat stress is defined as the net heat load on the body, including metabolic heat production and external environmental factors. More specifically, it represents the sum of generated body heat (metabolic heat), plus temperature gained from the environment (environmental heat), minus body heat lost to the environment (Figure *1*). At the cellular level, "heat-shock" proteins (HSPs) act to protect vulnerable proteins and prevent denaturation from repeated heat stress [21]. Positive heat stress may lead to heat strain, defined as the body's response to a hot environment, especially during physical activity. Patients often perceive heat stress as discomfort [22]. Continuous environmental heat stress, or as a result of exercise, pathological conditions, or drugs, will overcome innate cooling mechanisms, leading up to conditions similar to sepsis and systemic inflammatory response syndrome (SIRS) [23].

Case 3:23-cv-01304-BAJ-EWD    Document 201-28    03/26/25    Page 4 of 15




**FIGURE 1: Concept of thermoregulatory changes induced by different environmental stimuli**

A: Fever is defined as a regulated rise in temperature that is defended by fully functional thermoregulatory mechanisms. Core temperature (Tc) associated with fever is typically <41.5°C. Febrile episodes with Tc>41.5°C are known as hyperpyrexia. B: Non-febrile hyperthermia is characterized by a normothermic setting of the thermoregulatory center in conjunction with an uncontrolled increase in Tc that exceeds the body's ability to lose heat despite reflexive cooling responses. This occurs with heat stroke and drug-induced hyperthermia.

Image credits: Lisa Leon

Heat stroke is perhaps the most widely studied hyperthermic disorder. It is further classified into two types: classic and exertional (EHS) [12,13]. Pathophysiologic studies have shown it to be a form of SIRS, sharing common mechanistic pathways and clinical features with sepsis [12,13,23]. Similar immune or inflammatory responses may also occur in neuroleptic malignant syndrome (NMS) and malignant hyperthermia (MH), to be discussed later. Severe cases of NMS and MH share clinical symptoms with both heat stroke and sepsis. It seems likely that the body's response to elevated body core temperature is similar in all hyperthermic disorders. Severe NMS and MH have previously been proposed as neuro-immunological or inflammatory disorders [24-27].

*Proposed Mechanisms*

Heat stress impacts many other body systems, of which cardiovascular is the most consequential. Heat stress can have several effects on the cardiovascular system. For example, passive heat stress decreases central blood volume due to the redistribution of blood from the central to the cutaneous vasculature, along with increases in cardiac output, heart rate, and contractility [28]. However, during intense exercise, heat stress decreases stroke volume, cardiac output, and muscle blood flow [29].

Classic heat stroke is caused by exposure to high ambient temperatures and occurs more commonly in older patients [30]. The stereotypical patient is an elderly individual with cardiovascular disease living in a home without air conditioning during a heat wave [30]. Conversely, exertional heat stroke is caused by excessive heat generation during physical activity. Although it could occur at room temperature, most cases develop with elevated environmental temperatures. In contrast to classic heat stroke, exertional heat stroke typically occurs in otherwise healthy athletes, military recruits or soldiers, and individuals who work outdoors, especially Caucasian males [12,13,23,31]. Delirium or psychosis with enhanced physical activity can increase endogenous heat production in the absence of high environmental temperatures [32].

In response to heat stress, the sympathetic nervous system reduces blood flow to the splanchnic circulation in order to maintain systemic blood pressure [33]. If prolonged ischemia develops, the tight junctions of the luminal cell layer begin to separate and become "leaky" secondary to nitrosative and oxidative stress [34,35]. This can lead to the translocation of gut bacteria and free endotoxin into the systemic circulation. The lipopolysaccharide (LPS) moiety of endotoxin is a potent pathogen-associated molecular pattern (PAMP) that triggers the inflammatory response in gram-negative sepsis. Circulating endotoxin typically binds to a carrier molecule, including lipopolysaccharide-binding protein (LBP), bactericidal/permeability-increasing protein, soluble CD14, or serum lipoproteins (HDL and VLDL) [36]. LBP is believed to be capable of extracting LPS from bacterial membranes and removing aggregations of free endotoxin in circulation [36]. LBP also enhances the binding or transfer of endotoxin to membrane-bound CD14 receptors on the surface

of innate immune cells of monocyte/macrophage lineage. The interaction enables monocytes to respond to low concentrations of LPS (10 pg/mL) [37]. CD14 receptors present endotoxin to the toll-like receptor-4/myeloid differentiation factor-2 (TLR4/MD2) complex. TLR4 transmits a signal facilitated by a series of adapter proteins and kinases including myeloid differentiation factor (MyD88), IL-1 receptor-associated kinase (IRAK), tumor necrosis factor receptor-associated factor-6 (TRAF6), NFκB-inducing kinase (NIK), inhibitor kappa B (IκB), and ultimately nuclear factor-kappa B (NFκB) [38]. NFκB binds to multiple gene promoter regions in the nucleus. The result is a transcription of several hundred genes and the synthesis of clotting elements, complement, other acute-phase proteins, cytokines, chemokines, and nitric oxide. Among the pro-inflammatory cytokines/chemokines synthesized are interleukins (IL-1α, IL-1β, IL-6, IL-8, and IL-12) and tumor necrosis factor-α (TNF-α) [37,39-41]. Figure *2* summarizes the proposed mechanism of the body's response to heat stress.



**FIGURE 2: Proposed mechanism of the body's response to heat stress**
Image credits: Lisa Leon

Additional inflammatory responses to heat stress include increased transcription of interleukin-6 in muscle cells [42]. It mediates other inflammatory cytokines and stimulates the production of anti-inflammatory acute-phase proteins, which protect against oxidative stress caused by reactive oxygen species (ROS) and proteolytic enzymes [43]. Endothelial cells, epithelial cells, and neutrophils are also involved in acute-phase reactions [13,44-47].

Extreme heat also disrupts membrane fluidity, electrical conductance, and enzyme catalysis [48]. Heat stress increases heat-shock protein (HSP) transcription [13,46,48]. Intracellular proteins are cytoprotective, allowing cells and susceptible tissues to better tolerate thermal stress and thus improve their survival. The extent of the response is directly related to the level of HSP transcription, especially HSP72 (inducible HSP70, also known as HSPA1A or HSP70i), which accumulates in the brain and other tissues [49].

At least four cytoprotective mechanisms for intracellular HSPs have been proposed [50]. The first (and most widely accepted) theory views them as molecular chaperones, binding to folded proteins and preventing detrimental conformational changes due to unfolding or denaturing. A second mechanism proposes that they regulate the central baroreceptor reflex during times of heat stress. A third mechanism proposes an anti-apoptotic mechanism via the inhibition of caspase-dependent apoptosis. The final mechanism proposes that the overexpression of intracellular HSPs, especially the HSP70 family, has an anti-inflammatory effect by inhibiting the production of pro-inflammatory cytokines [13,49,51].

Heat-shock proteins, however, can be a double-edged sword. Extracellular or circulating HSPs, especially eHSP72, are so-called danger-associated molecular patterns (DAMPs). Hepatosplanchnic, vascular and brain tissue, and peripheral blood mononuclear cells serve as the primary sources of eHSP72 [52]. Circulating HSP72 interacts with TLR4 (and TLR2), leading to the transcription and synthesis of the same inflammatory mediators triggered by LPS [53,54]. Levels of circulating HSP72 have been proposed as potential prognostic indicators for heat stroke and other inflammatory disorders such as sepsis [49]. The underlying rationale is that low levels of eHSP72 may be cytoprotective, whereas higher levels augment or exacerbate inflammatory responses [55]. Both endotoxin and extracellular HSP72 appear to contribute to the development of SIRS and multiple organ dysfunction syndrome (MODS).

Several drugs or drug classes can cause or contribute to hyperthermic disorders, including amphetamines,

diuretics, cocaine, antipsychotics, metoclopramide, selective serotonin reuptake inhibitors (SSRIs), tricyclic antidepressants (TCAs), and alcohol [32,56,57]. Other drugs such as dopamine agonists and baclofen have been shown to cause hyperthermia upon sudden withdrawal [32,56,57]. These can facilitate heat production or retention via enhanced physical activity or inhibition of cooling [58]. Amphetamines or amphetamine analogs can generate heat by causing psychomotor agitation and impairing pain responses [59]. Additional mechanisms unrelated to physical activity are believed to exist but have not been completely explained [59]. Some have proposed that amphetamines (as well as cocaine and monoamine oxidase inhibitors (MAOIs)) activate the hypothalamic-pituitary-thyroid-adrenal axis, leading to increased levels of circulating thyroid and adrenal hormones or, in the case of PCP and toxic levels of salicylates, uncoupling of oxidative phosphorylation [58,60]. It is also conceivable that these agents may increase hypothalamic concentrations of interleukin-1β, which causes fever [59].

Amphetamines and other sympathomimetic agonists with peripheral vascular α2 effects (e.g., cocaine and ephedra) inhibit conductive cooling by vasoconstriction [61]. Dopamine antagonists may increase the hypothalamic set point or diminish the response of the POAH to heat stress [26]. Drugs with anticholinergic effects inhibit sweating and therefore evaporative cooling. Other drugs such as diuretics or those with diuretic activity (e.g., alcohol) can lead to volume depletion and reduced blood flow to the skin. The result is a decrease in conductive cooling. Drug effects are enhanced in the presence of certain chronic diseases such as ischemic heart disease and diabetes mellitus, obesity, and preexisting infection or inflammation [57,62]. These disorders can also be considered independent risk factors for hyperthermia without the contribution of drugs [57,62]. Cases of heat stroke in which drugs are contributors, but not the direct cause, have been referred to as drug-associated heat stroke [63].

*Symptoms*

The clinical symptoms of heat stroke can be life-threatening and include acute renal failure, hypotension, or shock, disseminated intravascular coagulation (DIC), encephalopathy, myocardial injury, hepatocellular injury, acute respiratory distress syndrome (ARDS), intestinal ischemia or infarction, and pancreatic injury [12,13,23,57]. The inhibition of dopamine receptors in the POAH may alter the body's set point [32]. This, in turn, can delay the activation of compensatory responses to heat stress. The rigid, "tetanus-like" skeletal muscle contraction mediated by dopamine blockade in the nigrostriatal tracts leads to heat production [32,62]. Ultimately, the combination of an elevated set point and contraction-generated heat results in hyperthermia. Abnormal calcium metabolism may also contribute to muscular rigidity [64,65].

Heat stroke is characterized by mental status changes with severe hyperthermia (rectal temperature > 40°C or 104°F) [12]. Changes may be subtle but can include impaired judgment, inappropriate behavior, or memory loss. More severe cases may include delirium, obtundation, combativeness, seizures, and coma. Other symptoms include normal blood pressure, hypotension, or shock, disseminated intravascular coagulation (DIC), acute kidney injury, leukocytosis, electrolyte abnormalities, lactic acidosis, dysglycemia, tachypnea, and ARDS. Multiple organ systems can also be affected [12,13,57].

*Treatment Approaches*

The initial treatment for EHS is to rapidly reduce the patient's core temperature, which is often accomplished via immersion in either cold or ice water [46,66,67]. Water temperature recommendations vary but typically range between 2°C and 20°C [67,68]. The goal is to achieve a core temperature of ≤39°C (102.2°F) within 30-60 minutes [46,67,69].

Pharmacologic treatment remains controversial. Nonsteroidal anti-inflammatory drugs (NSAIDs), aspirin, and acetaminophen are ineffective and could exacerbate end-organ damage [46,67,69]. Dantrolene is not routinely effective, although small studies suggest benefits in combination with cooling [46,70]. Corticosteroids may reduce pro-inflammatory cytokines. In animal models, the prophylactic use of glucocorticoids prevented heatstroke-induced elevations in LPS. A recent meta-analysis of animal studies found that they reduced morbidity and mortality. However, applying this steroid data to humans remains controversial [70]. Older animal trials evaluated the efficacy of oral prophylactic antibiotics. Kanamycin reduced endotoxemia and cardiac dysfunction without an overall reduction in mortality. Another study found a reduction in mortality with neomycin and tetracycline in combination with laxatives [70].

## Neuroleptic malignant syndrome

*Proposed Mechanisms*

Neuroleptic malignant syndrome (NMS) is a severe adverse effect tied to typical antipsychotics such as haloperidol and fluphenazine [71]. The underlying pathophysiology of NMS is not well understood [24]. The cause is believed to be a blockade of dopamine-D2 or D1 receptors in the corpus striatum and hypothalamus (POAH) [32]. Some authors have challenged this theory, noting case reports of NMS caused by antipsychotics with weak antidopaminergic activity [71]. Regardless, several lines of evidence continue to support the concept of dopamine inhibition, especially the observation that all drugs causing NMS, including those

without discernable antipsychotic activity (e.g., metoclopramide), have some degree of dopamine blockade [71]. The abrupt withdrawal of dopaminergic drugs, or rapidly switching from one Parkinson's medication to another, may also precipitate NMS due to the abrupt withdrawal of D2 receptor stimulation [71]. Additional evidence includes the direct relationship between dopamine receptor affinity and risk of NMS, the effectiveness of dopamine agonists as reversal agents, and clinical similarity between NMS and syndromes characterized by dopaminergic hypoactivity [32,72]. Finally, some authors have proposed similarities to "acute-phase responses," leading to suggestions that immune or sympathoadrenal dysfunction characterized by loss of hierarchical integration and control may be responsible [24,27,32].

*Symptoms*

Rigidity is a common presentation of NMS [73]. Patients exhibit catatonic symptoms such as agitation, restlessness, and immobility. Benzodiazepines, especially lorazepam, can be given and continued if symptomatic relief is observed [32,74]. Overall, benzodiazepines may help with rigidity and reduce rhabdomyolysis [73].

*Diagnosis*

A diagnosis can be made with evidence of exposure to a dopamine antagonist, muscle rigidity, hyperthermia, and at least two of the following: diaphoresis, tremor, altered level of consciousness, elevated or labile blood pressure, tachycardia, elevated creatine phosphokinase, leukocytosis, dysphagia, or incontinence [71,75]. NMS tends to occur within hours to 30 days of starting neuroleptic medications, but symptoms may take up to three days until peak intensity [76].

NMS may present with mild or moderate symptoms including subtle mental status changes [71]. Fever is a defining symptom, but it may not be present in cases associated with atypical antipsychotic agents [74]. The term atypical NMS is used for milder forms or lack of hyperthermia and/or muscle rigidity and inability to meet DSM V criteria [75]. Severe or fulminant NMS is characterized by temperatures ≥ 40°C (104°F) and shares several clinical features with EHS, including mental status changes (ranging from mild drowsiness, agitation, or confusion to a severe delirium or coma), with or without seizures, rhabdomyolysis, lactic acidosis, tachycardia, acute renal failure, leukocytosis, elevated LFTs, and tachypnea [71,75,77]. Blood pressure may be elevated, depressed, or labile [71,75,77]. Most patients are likely to be diaphoretic [71,75,77]. While muscle rigidity is common in NMS, it is typically absent in EHS [77]. Therefore, rigidity may be the only reliable clinical finding to differentiate NMS from EHS in hyperthermic patients taking antipsychotic drugs [32,62,78,79]. Despite differences between NMS and heat stroke, fulminant NMS has been described as a true form of drug-induced heat stroke [32].

*Treatment Approaches*

Non-pharmacological management includes immediate discontinuation of the inciting medication [74]. When NMS occurs due to the abrupt withdrawal of dopaminergic agents, reinitiating the medication is recommended [71]. Response to conventional antipyretic drugs is poor and poorly established, although physical measures to control temperatures, such as the application of cooling blankets and ice packs, may be helpful, these methods have not been systematically evaluated [75].

Since NMS can be caused by dopamine antagonists, dopamine agonists such as bromocriptine and amantadine may reduce hyperthermia and rigidity while reducing the duration and mortality associated with NMS [74,80,81]. Two to three weeks of bromocriptine therapy may be needed for symptomatic improvement [73]. It also acts as a serotonin agonist, so one must be cautious in differentiating between serotonin syndrome with NMS and avoiding the use of bromocriptine for serotonin syndrome [82].

Concerns arise when rechallenging patients with antipsychotic medications after an NMS diagnosis since such patients require chronic antipsychotic treatment [75]. Some tips for rechallenging include following slower titration patterns, avoiding the administration of parenteral antipsychotic formulations, avoiding the same compound, and re-trialing with atypical antipsychotics with less NMS potential [74,75]. Oral neuroleptics should be rechallenged at least two weeks after symptom resolution, while depot formulations should be re-trialed at least six weeks later [62,71]. In addition, utilizing lower-potency agents at low doses and avoiding combinations with lithium are recommended to reduce the risk of NMS [62,71]. Patients should be instructed to avoid dehydration and counseled and monitored for any symptoms of recurrent NMS [71].

The muscle relaxant dantrolene, which inhibits calcium ion release through the ryanodine receptor isoform 1 in the sarcoplasmic reticulum, can be beneficial in less severe cases of NMS [71,83]. Due to the risk of hepatoxicity, it is typically discontinued once symptoms begin to resolve [62]. Electroconvulsive therapy has reportedly been in refractory cases [71].

## Malignant hyperthermia

*Proposed Mechanisms*

Malignant hyperthermia (MH) can be caused by halogenated anesthetic gasses and succinylcholine. Some afflicted patients exhibit a mutation in the (RYR1) gene. The ryanodine-receptor protein acts as a channel for calcium release from the sarcoplasmic reticulum in striated muscle [84]. Inhaled anesthetics and succinylcholine can prevent the inhibitory effect of magnesium ions in those with the defective (RYR1) gene, leading to unregulated calcium influx and contractions and, if sustained, severe muscular rigidity [65,84-86].

*Symptoms*

Like NMS, MH is characterized by muscle rigidity and hyperthermia [71,87,88]. Exposure to depolarizing muscle relaxants such as succinylcholine or inhaled anesthetic agents is what separates MH [71]. Another important distinction is the speed of onset and disease progression. MH typically occurs shortly after the induction of anesthesia, although it can occur during any stage of anesthesia and may occur even afterward [87,88].

Symptoms associated with fulminant MH include tachycardia, unstable blood pressure, tachypnea, rhabdomyolysis, acute renal failure, electrolyte abnormalities, coagulopathy, metabolic and respiratory acidosis, pulmonary edema, and death [87,89,90]. Masseter muscle rigidity (MMR), jaw stiffness (due to succinylcholine), and elevated $pCO_2$ are often early findings [87,89].

*Diagnosis*

Hyperthermia can be severe, with temperature increases of 1°C-2°C every five minutes [91]. Maximum temperatures may exceed 41°C (105.8°F) and are associated with a poor prognosis [92].

*Treatment Approaches*

Early administration of dantrolene inhibits muscle contraction by inhibiting calcium ion release. Several studies demonstrated good response and lower morbidity when it was utilized [84,87,88,91]. Since MMR may precede MH, discontinuation of the triggering anesthetic is advised [91]. Once discontinued, immediate administration of IV dantrolene at a dose of 2.5 mg/kg is recommended. It can be repeated every 15 minutes up to a maximum dose of 10 mg/kg or until the reaction subsides [84,87,88]. When the patient is stabilized, the maintenance dose is 1 mg/kg every 4-6 hours for 24-48 hours following the last observable MH symptoms [87,93].

The toxicity profile of dantrolene includes drowsiness, muscle weakness, pulmonary edema, phlebitis, hepatotoxicity, and seizures [87]. Correction of underlying issues such as hyperthermia, acidosis, hypoxemia, arrhythmias, and preserving renal function must be addressed as well. [88] Calcium channel blockers should be avoided for arrhythmia correction [84,88]. Dantrolene is unnecessary if patients susceptible to MH attempt to avoid triggering agents [91,93]. Discontinuation of triggering agents and close monitoring of patients are emphasized to prevent MH recurrence.

## Serotonin syndrome

*Proposed Mechanisms*

Serotonin syndrome (SS) is caused by supra-therapeutic serotonin levels in the synapses of the brain, and it can lead to hyperthermia [94,95]. This drug-induced condition is often caused by a combination of two or more of the following: SSRIs, monoamine oxidase inhibitors (MAOIs), TCAs, venlafaxine, trazodone, tramadol, linezolid, 3,4-methylenedioxymethamphetamine (MDMA), and several other drugs [95-102]. These agents often share common mechanisms, including the inhibition of serotonin uptake, decreased serotonin metabolism, increased serotonin synthesis, increased serotonin release, activation of serotonergic receptors, and inhibition of cytochrome P450 enzymes [101].

Central and peripheral overstimulation of postsynaptic 5-HT2a receptors is believed to cause severe symptoms such as hyperthermia [101,103,104]. However, the exact mechanism is likely to be multifactorial, involving a complex interplay of excess motor activity and serotonergic-mediated central catecholamine release [105]. The latter causes stimulation of the anterior hypothalamus, leading to the secretion of thyroid hormone and cortisol and the activation of the sympathetic nervous system [105]. The stimulation of sympathetic receptors in brown fat and skeletal muscle can generate heat by upregulating mitochondrial uncoupling protein, resulting in the uncoupling of oxidative phosphorylation [105]. Autonomic-mediated vasoconstriction counteracts the compensatory conductive cooling [60,105-107]. High ambient temperatures could also contribute, especially with MDMA use [60,108].

*Symptoms*

Compared to NMS, the onset of SS is hyperacute, often within hours, while NMS typically develops over 1-3 days [71,73]. In SS, CNS hyperexcitability is more prominent [73]. Symptoms range from tremors and

diarrhea in mild cases to delirium, neuromuscular rigidity, and hyperthermia in life-threatening cases [94]. Myoclonus, hyperreflexia with clonus, and mydriasis tend to be more prominent in SS. Elevated creatine kinase is a clinical feature, but it is also seen in NMS [73]. Symptoms often appear after the initial use of medications, after overdose, or with dosing changes [94,101,109,110]. Table *1* summarizes the clinical presentation and specific characteristics of MH, NMS, and SS.

*Diagnosis*

No laboratory test can diagnose SS; therefore, a detailed patient history, physical examination, and knowledge of precipitating drugs can help distinguish it from other syndromes [94]. Clonus (inducible, spontaneous, and ocular) is the most important finding in establishing a diagnosis [111-113]. The degree of muscle rigidity is diagnostic and may be used to separate SS from other hyperthermic syndromes [94]. In addition, mental status changes may appear as agitation or confusion [106]. Mydriasis and diaphoresis are also commonly seen [106]. Figure *3* is a stepwise approach to assist in diagnosing hyperthermia disorders.



**FIGURE 3: Flowchart to assist in hyperthermia diagnosis**

Image credits: Michael Horseman

Severe SS can resemble NMS with core temperatures exceeding 41.1°C (106°F) and may include metabolic acidosis, rhabdomyolysis, DIC, elevated transaminases, and acute kidney injury [94,104,106,107,109]. A key differentiator between the two syndromes lies in the fact that bradykinesia with NMS may evolve over several days, while one sees hyperkinesia and a rapid onset with SS [94]. Hyperpyrexia may be quite severe, with temperatures as high as 43.9°C (111°F) [94,104,106,107,109].

*Treatment Approaches*

Antipyretic agents are largely useless since increases in body temperature are due to muscular activity, not an alteration in the hypothalamic temperature set point [94,114,115]. Diazepam has been studied and is recommended for mild hypertension and tachycardia [101]. It may also reduce temperature [101]. Cyproheptadine, a 5HT-2A receptor antagonist, has been utilized in case reports to provide symptomatic relief in mild to moderate cases [101].

| Syndrome | Mechanism | Precipitating drugs | Onset | Early clinical features | Severe manifestations |
|---|---|---|---|---|---|
| Neuroleptic malignant syndrome | Blockade of dopamine-D2 or D1 receptors in the corpus striatum and hypothalamus (POAH) | Can occur with any antipsychotics but more common with typical antipsychotics, also referred to as first-generation antipsychotics, and can occur in antiemetics such as metoclopramide | Within hours to 30 days of the initiation of antipsychotic medication | Muscle rigidity followed by hyperthermia | Mental status changes (ranging from mild drowsiness, agitation, or confusion to severe delirium or coma) with or without seizures, rhabdomyolysis, diaphoresis, lactic acidosis, tachycardia, acute renal failure, leukocytosis, elevated LFTs, and tachypnea; blood pressure can be high, low, or labile |
| Malignant hyperthermia | Unregulated calcium influx from the sarcoplasmic reticulum resulting from magnesium ion blockade | Succinylcholine, inhaled halogenated anesthetic gases such as flurane, isoflurane, sevoflurane, desflurane, and enflurane | Shortly after the induction of anesthesia but can occur postoperatively | Masseter muscle rigidity (jaw stiffness) in response to succinylcholine and elevated $pCO_2$ | Tachycardia, unstable blood pressure, tachypnea, rhabdomyolysis, acute renal failure, electrolyte abnormalities, coagulopathy including DIC, metabolic and respiratory acidosis, pulmonary edema, and death |
| Serotonin syndrome | Central and peripheral serotoninergic overstimulation of 5-HT2a receptors | SSRIs, linezolid, TCAs, tramadol, SNRIs, trazodone, and MDMA | Within hours of ingesting the offending drugs | Motor and autonomic excitation in conjunction with altered mental status; motor features may include clonus, myoclonus, hyperreflexia, or rigidity, while autonomic effects are usually tachycardia and hypertension; mental status changes may present as agitation or confusion | Core temperatures > 41.1°C (106°F) and metabolic acidosis, rhabdomyolysis, DIC, elevated transaminases, and renal failure |

**TABLE 1: Characteristics of drug-induced hyperthermia clinical presentation**

DIC: disseminated intravascular coagulation; LFT: liver function test; MDMA: 3,4-methylenedioxymethamphetamine; SSRI: selective serotonin reuptake inhibitor; POAH: preoptic anterior hypothalamus; SNRI: serotonin and norepinephrine reuptake inhibitor; TCA: tricyclic antidepressants

[71,73,84,87,91,115]

## Discussion

Several drugs can produce hyperthermia independently or in combination with high ambient temperatures [12,60,105]. Several mechanisms may be involved affecting either heat generation or compensatory cooling. Drugs causing psychomotor agitation can generate heat from agitation-induced strenuous activity, while agents associated with NMS and MH generate heat from sustained skeletal muscle contraction [32,107,116,117]. Drug-induced hyperthermia may also result from the activation of the pituitary-hypothalamus-thyroid-adrenal axis or the uncoupling of oxidative phosphorylation [60,105,117]. Drugs can affect compensatory mechanisms by stimulating vasoconstriction, thereby reducing blood flow to the skin. This will adversely impact conductive cooling and heat dissipation [60,107]. Cutaneous blood flow can also be reduced by diuretics or other agents capable of decreasing circulating blood volume [118]. Drugs with anticholinergic effects can reduce sweating and therefore adversely impact evaporative cooling [56,61].

Nonetheless, the clinical features of severe or life-threatening cases of drug-induced hyperthermia appear to be similar regardless of the precipitating agent or heat-generating mechanism [119-121]. Signs and symptoms such as elevated temperature, mental status changes, tachycardia, labile or low blood pressure, metabolic acidosis, rhabdomyolysis, DIC, and multisystem organ failure characterize many reports [89,94,107,108,117,120-126]. This suggests that a common pathway may exist in severe cases of drug-induced hyperthermia. It has also been reported, for example, that baclofen withdrawal syndrome can mimic sepsis, a finding that's not unique to this disorder [119]. Infections including sepsis, meningitis, and encephalitis are often included in the differential diagnosis of other drug-induced hyperthermic syndromes [12,32,89,94,127,128]. Conversely, malignant hyperthermia, neuroleptic malignant syndrome, and serotonin syndrome have been included in the differential diagnosis of sepsis [129]. Gram-negative sepsis is also clinically similar to heat stroke. This is not coincidental since both are considered forms of SIRS. The

pathogenesis of gram-negative sepsis and heat stroke involves a PAMP (gram-negative endotoxin or LPS) and a DAMP (circulating HSP72) that interact with toll-like receptor-4 (and TLR-2) [12,13,57]. Either interaction results in the transcription of pro-inflammatory mediators [23,39,40,118,130]. Circulating HSP72 is released not only with heat stress and fever but also with infection including sepsis, acute myocardial infarction, trauma, atherosclerosis, renal failure, sickle cell anemia, hypertension, and other stressors including aging [54,131-133]. Procalcitonin, a marker of the severity of sepsis, bacterial infection, and inflammation (including heat stroke), has been reported to be elevated in case reports of neuroleptic malignant syndrome [134,135]. Procalcitonin is produced and secreted by several tissues in response to lipopolysaccharide (endotoxin) and inflammatory markers such as IL-β, IL-6, TNF-α, and IL-2 [135,136].

All these observations suggest that severe or fulminant cases of drug-induced hyperthermia may evolve into an inflammatory syndrome best described as heat stroke. As mentioned previously, this is not a new concept. The term drug-induced heat stroke has been used before to describe severe NMS and MH [32]. "Exertional heat stroke (EHS)" was used to describe a case series of patients with hyperthermia in which the precipitating agents were determined to be amphetamine analogs (MDMA and MDA) [137].

Unfortunately, there is minimal experimental evidence to support the concept that severe drug-induced hyperthermic syndromes are forms of SIRS. Animal studies of drug-induced hyperthermia have focused on the role of intracellular HSPs and not extracellular HSP72. Nevertheless, there is some indirect evidence suggesting endotoxemia and consequently drug-induced hyperthermia. That evidence is available from in-vitro studies of human Caco-2 cells exposed to heat stress. The Caco-2 cell line is widely used to model the intestinal epithelial barrier [138]. These studies examined the effect of modestly elevated temperature on tight junction (paracellular) permeability. The authors reported a temperature-dependent increase in permeability at 39°C and 41°C. This suggests that elevated temperature alone, independent of the ischemia, may contribute to paracellular leakage of endotoxin [139-141]. Leaked endotoxin has been shown in vivo to magnify tight junction disruption by two mechanisms. One is mediated by the activation of monocytes/macrophages and the subsequent release of pro-inflammatory cytokines such as TNF-α, IL-1β, and INF-γ. The other is mediated by a direct effect on the basolateral membrane of the epithelial wall [142]. Several reports of intestinal ischemia or infarction with methamphetamine and cocaine have been published [143-147]. Two studies, an animal and an in vitro human trial, found that both drugs may disrupt the intestinal barrier and trigger an inflammatory response without inducing hyperthermia [148].

## Conclusions

The human body's response to heat stress or elevated body core temperature would likely be similar regardless of the heat generating mechanism. It seems likely that the severity of hyperthermia would mirror the level or intensity of eHSP72 release and endotoxemia independent of the etiology. The same compensatory and immunological responses associated with heat stroke probably occur with all drug-induced hyperthermic disorders unless attenuated by the precipitating drug.

## Additional Information

### Disclosures

**Conflicts of interest:** In compliance with the ICMJE uniform disclosure form, all authors declare the following: **Payment/services info:** All authors have declared that no financial support was received from any organization for the submitted work. **Financial relationships:** All authors have declared that they have no financial relationships at present or within the previous three years with any organizations that might have an interest in the submitted work. **Other relationships:** All authors have declared that there are no other relationships or activities that could appear to have influenced the submitted work.

## References

1. Dinarello CA, Porat R: Fever. Harrison's principles of internal medicine, 20e. Jameson J, Fauci AS, Kasper DL, Hauser SL, Longo DL, Loscalzo J (ed): McGraw-Hill, 2018.
2. Cheshire WP Jr: Thermoregulatory disorders and illness related to heat and cold stress . Auton Neurosci. 2016, 196:91-104. 10.1016/j.autneu.2016.01.001
3. Gomez CR: Disorders of body temperature . Handb Clin Neurol. 2014, 120:947-57. 10.1016/B978-0-7020-4087-0.00062-0
4. Biga LM, Dawson S, Harwell A et al.: 5.4 Diseases, disorders, and injuries of the integumentary system . Anatomy & physiology. 2019.
5. Khamas WA, Smodlaka H, Leach-Robinson J, Palmer L: Skin histology and its role in heat dissipation in three pinniped species. Acta Vet Scand. 2012, 54:46. 10.1186/1751-0147-54-46
6. Chuong CM, Nickoloff BJ, Elias PM, et al.: What is the 'true' function of skin? . Exp Dermatol. 2002, 11:159-87. 10.1034/j.1600-0625.2002.00112.x
7. Tansey EA, Johnson CD: Recent advances in thermoregulation . Adv Physiol Educ. 2015, 39:139-48. 10.1152/advan.00126.2014
8. Taylor NA, Machado-Moreira CA: Regional variations in transepidermal water loss, eccrine sweat gland density, sweat secretion rates and electrolyte composition in resting and exercising humans. Extrem Physiol Med. 2013, 2:4. 10.1186/2046-7648-2-4
9. Shibasaki M, Crandall CG: Mechanisms and controllers of eccrine sweating in humans . Front Biosci (Schol

Ed). 2010, 2:685-96. 10.2741/s94
10. Stitt JT: Fever versus hyperthermia. Fed Proc. 1979, 38:39-43.
11. Cramer MN, Jay O: Biophysical aspects of human thermoregulation during heat stress. Auton Neurosci. 2016, 196:3-13. 10.1016/j.autneu.2016.03.001
12. Horseman MA, Rather-Conally J, Saavedra C, Surani S: A case of severe heatstroke and review of pathophysiology, clinical presentation, and treatment. J Intensive Care Med. 2013, 28:334-40. 10.1177/0885066611434000
13. Bouchama A, Knochel JP: Heat stroke. N Engl J Med. 2002, 346:1978-88. 10.1056/NEJMra011089
14. Schepers RJ, Ringkamp M: Thermoreceptors and thermosensitive afferents. Neurosci Biobehav Rev. 2010, 34:177-84. 10.1016/j.neubiorev.2009.10.003
15. Palkar R, Lippoldt EK, McKemy DD: The molecular and cellular basis of thermosensation in mammals. Curr Opin Neurobiol. 2015, 34:14-9. 10.1016/j.conb.2015.01.010
16. Cho H, Oh U: Anoctamin 1 mediates thermal pain as a heat sensor. Curr Neuropharmacol. 2013, 11:641-51. 10.2174/1570159X113119990038
17. Cho H, Yang YD, Lee J, et al.: The calcium-activated chloride channel anoctamin 1 acts as a heat sensor in nociceptive neurons. Nat Neurosci. 2012, 15:1015-21. 10.1038/nn.3111
18. Kanazawa T, Matsumoto S: Expression of transient receptor potential vanilloid 1 and anoctamin 1 in rat trigeminal ganglion neurons innervating the tongue. Brain Res Bull. 2014, 106:17-20. 10.1016/j.brainresbull.2014.04.015
19. Benarroch EE: Thermoregulation: recent concepts and remaining questions. Neurology. 2007, 69:1293-7. 10.1212/01.wnl.0000275537.71623.8e
20. Walter EJ, Hanna-Jumma S, Carraretto M, Forni L: The pathophysiological basis and consequences of fever. Crit Care. 2016, 20:200. 10.1186/s13054-016-1375-5
21. Jeng W, Lee S, Sung N, Lee J, Tsai FT: Molecular chaperones: guardians of the proteome in normal and disease states. F1000Res. 2015, 4: 10.12688/f1000research.7214.1
22. Eisenberg J, Methner M, National Institute for Occupational Safety and Health: Evaluation of heat stress, heat strain, and rhabdomyolysis in park employees. NIOSH Health Hazard Evaluation Report. 2014,
23. Leon LR, Helwig BG: Heat stroke: role of the systemic inflammatory response. J Appl Physiol (1985). 2010, 109:1980-8. 10.1152/japplphysiol.00301.2010
24. Anglin RE, Rosebush PI, Mazurek MF: Neuroleptic malignant syndrome: a neuroimmunologic hypothesis. CMAJ. 2010, 182:E834-8. 10.1503/cmaj.091442
25. Cabot B, Pautas E, Gatey M, Perivier S, Mahieux F, Pinquier C, Hausfater P: [Increase of serum procalcitonin levels during a neuroleptic malignant syndrome]. Ann Biol Clin (Paris). 2009, 67:697-700. 10.1684/abc.2009.0383
26. Gillman PK: Neuroleptic malignant syndrome: mechanisms, interactions, and causality. Mov Disord. 2010, 25:1780-90. 10.1002/mds.23220
27. Rosebush PI, Anglin RE, Richards C, Mazurek MF: Neuroleptic malignant syndrome and the acute phase response. J Clin Psychopharmacol. 2008, 28:459-61. 10.1097/JCP.0b013e31817ea9c1
28. Crandall CG, González-Alonso J: Cardiovascular function in the heat-stressed human. Acta Physiol (Oxf). 2010, 199:407-23. 10.1111/j.1748-1716.2010.02119.x
29. Hargreaves M: Physiological limits to exercise performance in the heat. J Sci Med Sport. 2008, 11:66-71. 10.1016/j.jsams.2007.07.002
30. Centers for Disease Control and Prevention (CDC): Heat-related deaths--United States, 1999-2003. MMWR Morb Mortal Wkly Rep. 2006, 55:796-8.
31. Carter R 3rd, Cheuvront SN, Williams JO, Kolka MA, Stephenson LA, Sawka MN, Amoroso PJ: Epidemiology of hospitalizations and deaths from heat illness in soldiers. Med Sci Sports Exerc. 2005, 37:1338-44. 10.1249/01.mss.0000174895.19639.ed
32. Strawn JR, Keck PE Jr, Caroff SN: Neuroleptic malignant syndrome. Am J Psychiatry. 2007, 164:870-6. 10.1176/ajp.2007.164.6.870
33. Andersson A, Rundgren M, Kalman S, et al.: Gut microcirculatory and mitochondrial effects of hyperdynamic endotoxaemic shock and norepinephrine treatment. Br J Anaesth. 2012, 108:254-61. 10.1093/bja/aer379
34. Ackland G, Grocott MP, Mythen MG: Understanding gastrointestinal perfusion in critical care: so near, and yet so far. Crit Care. 2000, 4:269-81. 10.1186/cc709
35. Beltran NE, Ceron U, Sanchez-Miranda G, Remolina M, Godinez MM, Peralta IY, Sacristan E: Incidence of gastric mucosal injury as measured by reactance in critically ill patients. J Intensive Care Med. 2013, 28:230-6. 10.1177/0885066612450415
36. Stoll LL, Denning GM, Weintraub NL: Potential role of endotoxin as a proinflammatory mediator of atherosclerosis. Arterioscler Thromb Vasc Biol. 2004, 24:2227-36. 10.1161/01.ATV.0000147534.69062.dc
37. Marshall JC: Lipopolysaccharide: an endotoxin or an exogenous hormone?. Clin Infect Dis. 2005, 41:S470-80. 10.1086/432000
38. Moghimpour Bijani F, Vallejo JG, Rezaei N: Toll-like receptor signaling pathways in cardiovascular diseases: challenges and opportunities. Int Rev Immunol. 2012, 31:379-95. 10.3109/08830185.2012.706761
39. Opal SM: Endotoxins and other sepsis triggers. Contrib Nephrol. 2010, 167:14-24. 10.1159/000315915
40. Cinel I, Opal SM: Molecular biology of inflammation and sepsis: a primer. Crit Care Med. 2009, 37:291-304. 10.1097/CCM.0b013e31819267fb
41. Blomkalns AL, Stoll LL, Shaheen W, Romig-Martin SA, Dickson EW, Weintraub NL, Denning GM: Low level bacterial endotoxin activates two distinct signaling pathways in human peripheral blood mononuclear cells. J Inflamm (Lond). 2011, 8:4. 10.1186/1476-9255-8-4
42. Ostrowski K, Rohde T, Zacho M, Asp S, Pedersen BK: Evidence that interleukin-6 is produced in human skeletal muscle during prolonged running. J Physiol. 1998, 508 ( Pt 3):949-53. 10.1111/j.1469-7793.1998.949bp.x
43. Moldoveanu AI, Shephard RJ, Shek PN: Exercise elevates plasma levels but not gene expression of IL-1beta, IL-6, and TNF-alpha in blood mononuclear cells. J Appl Physiol (1985). 2000, 89:1499-504.

10.1152/jappl.2000.89.4.1499
44. Gabay C: Interleukin-6 and chronic inflammation. Arthritis Res Ther. 2006, 8:S3. 10.1186/ar1917
45. Starling S: Neutrophils: interfering with intestinal inflammation. Nat Rev Immunol. 2017, 17:594. 10.1038/nri.2017.113
46. Epstein Y, Yanovich R: Heatstroke. N Engl J Med. 2019, 380:2449-59. 10.1056/NEJMra1810762
47. Roberts GT, Ghebeh H, Chishti MA, Al-Mohanna F, El-Sayed R, Al-Mohanna F, Bouchama A: Microvascular injury, thrombosis, inflammation, and apoptosis in the pathogenesis of heatstroke: a study in baboon model. Arterioscler Thromb Vasc Biol. 2008, 28:1130-6. 10.1161/ATVBAHA.107.158709
48. Török Z, Crul T, Maresca B, et al.: Plasma membranes as heat stress sensors: from lipid-controlled molecular switches to therapeutic applications. Biochim Biophys Acta. 2014, 1838:1594-618. 10.1016/j.bbamem.2013.12.015
49. Dehbi M, Baturcam E, Eldali A, Ahmed M, Kwaasi A, Chishti MA, Bouchama A: Hsp-72, a candidate prognostic indicator of heatstroke. Cell Stress Chaperones. 2010, 15:593-603. 10.1007/s12192-010-0172-3
50. Henstridge DC, Febbraio MA, Hargreaves M: Heat shock proteins and exercise adaptations. Our knowledge thus far and the road still ahead. J Appl Physiol (1985). 2016, 120:683-91. 10.1152/japplphysiol.00811.2015
51. Welch WJ: Mammalian stress response: cell physiology, structure/function of stress proteins, and implications for medicine and disease. Physiol Rev. 1992, 72:1063-81. 10.1152/physrev.1992.72.4.1063
52. Gibson OR, Dennis A, Parfitt T, Taylor L, Watt PW, Maxwell NS: Extracellular Hsp72 concentration relates to a minimum endogenous criteria during acute exercise-heat exposure. Cell Stress Chaperones. 2014, 19:389-400. 10.1007/s12192-013-0468-1
53. Gupta S, Deepti A, Deegan S, Lisbona F, Hetz C, Samali A: HSP72 protects cells from ER stress-induced apoptosis via enhancement of IRE1alpha-XBP1 signaling through a physical interaction. PLoS Biol. 2010, 8:e1000410. 10.1371/journal.pbio.1000410
54. Gupta A, Cooper ZA, Tulapurkar ME, Potla R, Maity T, Hasday JD, Singh IS: Toll-like receptor agonists and febrile range hyperthermia synergize to induce heat shock protein 70 expression and extracellular release. J Biol Chem. 2013, 288:2756-66. 10.1074/jbc.M112.427336
55. Giuliano JS Jr, Lahni PM, Wong HR, Wheeler DS: Pediatric sepsis - part V: extracellular heat shock proteins: alarmins for the host immune system. Open Inflamm J. 2011, 4:49-60. 10.2174/1875041901104010049
56. McAllen KJ, Schwartz DR: Adverse drug reactions resulting in hyperthermia in the intensive care unit. Crit Care Med. 2010, 38:S244-52. 10.1097/CCM.0b013e3181dda0d4
57. Leon LR, Kenefick R, Army Research Inst of Environmental Medicine Natick MA Thermal and Mountain Medicine Division: Pathophysiology of heat-related illnesses. 2012.
58. Palmer BF, Clegg DJ: Salicylate toxicity. N Engl J Med. 2020, 382:2544-55. 10.1056/NEJMra2010852
59. Numachi Y, Ohara A, Yamashita M, et al.: Methamphetamine-induced hyperthermia and lethal toxicity: role of the dopamine and serotonin transporters. Eur J Pharmacol. 2007, 572:120-8. 10.1016/j.ejphar.2007.06.022
60. Eyer F, Zilker T: Bench-to-bedside review: mechanisms and management of hyperthermia due to toxicity. Crit Care. 2007, 11:236. 10.1186/cc6177
61. Hayes BD, Martinez JP, Barrueto F Jr: Drug-induced hyperthermic syndromes: part I. Hyperthermia in overdose. Emerg Med Clin North Am. 2013, 31:1019-33. 10.1016/j.emc.2013.07.004
62. Berman BD: Neuroleptic malignant syndrome: a review for neurohospitalists. Neurohospitalist. 2011, 1:41-7. 10.1177/1941875210386491
63. Martinez M, Devenport L, Saussy J, Martinez J: Drug-associated heat stroke. South Med J. 2002, 95:799-802.
64. Adnet P, Lestavel P, Krivosic-Horber R: Neuroleptic malignant syndrome. Br J Anaesth. 2000, 85:129-35. 10.1093/bja/85.1.129
65. Gurrera RJ: Is neuroleptic malignant syndrome a neurogenic form of malignant hyperthermia?. Clin Neuropharmacol. 2002, 25:183-93. 10.1097/00002826-200207000-00001
66. Rublee C, Dresser C, Giudice C, Lemery J, Sorensen C: Evidence-based heatstroke management in the emergency department. West J Emerg Med. 2021, 22:186-95. 10.5811/westjem.2020.11.49007
67. Gaudio FG, Grissom CK: Cooling methods in heat stroke. J Emerg Med. 2016, 50:607-16. 10.1016/j.jemermed.2015.09.014
68. Liu SY, Song JC, Mao HD, Zhao JB, Song Q: Expert consensus on the diagnosis and treatment of heat stroke in China. Mil Med Res. 2020, 7:1. 10.1186/s40779-019-0229-2
69. Laitano O, Leon LR, Roberts WO, Sawka MN: Controversies in exertional heat stroke diagnosis, prevention, and treatment. J Appl Physiol (1985). 2019, 127:1338-48. 10.1152/japplphysiol.00452.2019
70. Walter E, Gibson OR: The efficacy of steroids in reducing morbidity and mortality from extreme hyperthermia and heatstroke-a systematic review. Pharmacol Res Perspect. 2020, 8:e00626. 10.1002/prp2.626
71. Simon LV, Hashmi MF, Callahan AL: Neuroleptic malignant syndrome. StatPearls Publishing, Treasure Island, FL; 2022.
72. Nachreiner R, Balledux J, Zieger M, Viegas O, Sood R: Neuroleptic malignant syndrome associated with metoclopramide in a burn patient. J Burn Care Res. 2006, 27:237-41. 10.1097/01.BCR.0000202644.17987.3F
73. Duma SR, Fung VS: Drug-induced movement disorders. Aust Prescr. 2019, 42:56-61. 10.18773/austprescr.2019.014
74. Sarkar S, Gupta N: Drug information update. Atypical antipsychotics and neuroleptic malignant syndrome: nuances and pragmatics of the association. BJPsych Bull. 2017, 41:211-6. 10.1192/pb.bp.116.053736
75. Tse L, Barr AM, Scarapicchia V, Vila-Rodriguez F: Neuroleptic malignant syndrome: a review from a clinically oriented perspective. Curr Neuropharmacol. 2015, 13:395-406. 10.2174/1570159x13999150424113345
76. Keck PE Jr, Caroff SN, McElroy SL: Neuroleptic malignant syndrome and malignant hyperthermia: end of a controversy?. J Neuropsychiatry Clin Neurosci. 1995, 7:135-44. 10.1176/jnp.7.2.135
77. Morris A, Patel G: Heat stroke. StatPearls Publishing, Treasure Island, FL; 2022.
78. Gurrera RJ, Caroff SN, Cohen A, et al.: An international consensus study of neuroleptic malignant syndrome diagnostic criteria using the Delphi method. J Clin Psychiatry. 2011, 72:1222-8. 10.4088/JCP.10m06438
79. Levenson JL: Neuroleptic malignant syndrome. Am J Psychiatry. 1985, 142:1137-45.

10.1176/ajp.142.10.1137
80. Sakkas P, Davis JM, Janicak PG, Wang ZY: Drug treatment of the neuroleptic malignant syndrome. Psychopharmacol Bull. 1991, 27:381-4.
81. Rosenberg MR, Green M: Neuroleptic malignant syndrome. Review of response to therapy. Arch Intern Med. 1989, 149:1927-31. 10.1001/archinte.149.9.1927
82. Rosebush PI, Stewart T, Mazurek MF: The treatment of neuroleptic malignant syndrome. Are dantrolene and bromocriptine useful adjuncts to supportive care?. Br J Psychiatry. 1991, 159:709-12. 10.1192/bjp.159.5.709
83. Krause T, Gerbershagen MU, Fiege M, Weisshorn R, Wappler F: Dantrolene--a review of its pharmacology, therapeutic use and new developments. Anaesthesia. 2004, 59:364-73. 10.1111/j.1365-2044.2004.03658.x
84. Mullins MF: Malignant hyperthermia: a review. J Perianesth Nurs. 2018, 33:582-9. 10.1016/j.jopan.2017.04.008
85. Capacchione JF, Muldoon SM: The relationship between exertional heat illness, exertional rhabdomyolysis, and malignant hyperthermia. Anesth Analg. 2009, 109:1065-9. 10.1213/ane.0b013e3181a9d8d9
86. Hopkins PM: Malignant hyperthermia: pharmacology of triggering. Br J Anaesth. 2011, 107:48-56. 10.1093/bja/aer132
87. Tao M, Li J, Wang X, Tian X: Malignant syndromes: current advances. Expert Opin Drug Saf. 2021, 20:1075-85. 10.1080/14740338.2021.1919622
88. Watt S, McAllister RK: Malignant hyperthermia. StatPearls Publishing, Treasure Island, FL; 2022.
89. Hopkins PM: Malignant hyperthermia: advances in clinical management and diagnosis. Br J Anaesth. 2000, 85:118-28.
90. Rosero EB, Adesanya AO, Timaran CH, Joshi GP: Trends and outcomes of malignant hyperthermia in the United States, 2000 to 2005. Anesthesiology. 2009, 110:89-94. 10.1097/ALN.0b013e318190bb08
91. Rosenberg H, Pollock N, Schiemann A, Bulger T, Stowell K: Malignant hyperthermia: a review. Orphanet J Rare Dis. 2015, 10:93. 10.1186/s13023-015-0310-1
92. Larach MG, Brandom BW, Allen GC, Gronert GA, Lehman EB: Malignant hyperthermia deaths related to inadequate temperature monitoring, 2007-2012: a report from the North American malignant hyperthermia registry of the malignant hyperthermia association of the United States. Anesth Analg. 2014, 119:1359-66. 10.1213/ANE.0000000000000421
93. Ratto D, Joyner RW: Dantrolene. StatPearls Publishing, Treasure Island, FL; 2021.
94. Boyer EW, Shannon M: The serotonin syndrome. N Engl J Med. 2005, 352:1112-20. 10.1056/NEJMra041867
95. Foong AL, Grindrod KA, Patel T, Kellar J: Demystifying serotonin syndrome (or serotonin toxicity). Can Fam Physician. 2018, 64:720-7.
96. Takeshita J, Litzinger MH: Serotonin syndrome associated with tramadol. Prim Care Companion J Clin Psychiatry. 2009, 11:273. 10.4088/PCC.08l00690
97. Pan JJ, Shen WW: Serotonin syndrome induced by low-dose venlafaxine. Ann Pharmacother. 2003, 37:209-11. 10.1177/106002800303700209
98. McCue RE, Joseph M: Venlafaxine- and trazodone-induced serotonin syndrome. Am J Psychiatry. 2001, 158:2088-9. 10.1176/appi.ajp.158.12.2088
99. Lawrence KR, Adra M, Gillman PK: Serotonin toxicity associated with the use of linezolid: a review of postmarketing data. Clin Infect Dis. 2006, 42:1578-83. 10.1086/503839
100. Perry NK: Venlafaxine-induced serotonin syndrome with relapse following amitriptyline. Postgrad Med J. 2000, 76:254-6. 10.1136/pmj.76.894.254
101. Volpi-Abadie J, Kaye AM, Kaye AD: Serotonin syndrome. Ochsner J. 2013, 13:533-40.
102. Nisijima K, Shimizu M, Abe T, Ishiguro T: A case of serotonin syndrome induced by concomitant treatment with low-dose trazodone and amitriptyline and lithium. Int Clin Psychopharmacol. 1996, 11:289-90. 10.1097/00004850-199612000-00013
103. Francescangeli J, Karamchandani K, Powell M, Bonavia A: The serotonin syndrome: from molecular mechanisms to clinical practice. Int J Mol Sci. 2019, 20: 10.3390/ijms20092288
104. Buckley NA, Dawson AH, Isbister GK: Serotonin syndrome. BMJ. 2014, 348:g1626. 10.1136/bmj.g1626
105. Dao CK, Nowinski SM, Mills EM: The heat is on: molecular mechanisms of drug-induced hyperthermia. Temperature (Austin). 2014, 1:183-91. 10.4161/23328940.2014.985953
106. Paden MS, Franjic L, Halcomb SE: Hyperthermia caused by drug interactions and adverse reactions. Emerg Med Clin North Am. 2013, 31:1035-44. 10.1016/j.emc.2013.07.003
107. Rusyniak DE, Sprague JE: Hyperthermic syndromes induced by toxins. Clin Lab Med. 2006, 26:165-84. 10.1016/j.cll.2006.01.007
108. Hall AP, Henry JA: Acute toxic effects of 'ecstasy' (MDMA) and related compounds: overview of pathophysiology and clinical management. Br J Anaesth. 2006, 96:678-85. 10.1093/bja/ael078
109. Iqbal MM, Basil MJ, Kaplan J, Iqbal MT: Overview of serotonin syndrome. Ann Clin Psychiatry. 2012, 24:310-8.
110. Mason PJ, Morris VA, Balcezak TJ: Serotonin syndrome. Presentation of 2 cases and review of the literature. Medicine (Baltimore). 2000, 79:201-9. 10.1097/00005792-200007000-00001
111. Gillman PK: The serotonin syndrome and its treatment. J Psychopharmacol. 1999, 13:100-9. 10.1177/026988119901300111
112. Baloh RW, Dietz J, Spooner JW: Myoclonus and ocular oscillations induced by L-tryptophan. Ann Neurol. 1982, 11:95-7. 10.1002/ana.410110117
113. Dunkley EJ, Isbister GK, Sibbritt D, Dawson AH, Whyte IM: The Hunter Serotonin Toxicity Criteria: simple and accurate diagnostic decision rules for serotonin toxicity. QJM. 2003, 96:635-42. 10.1093/qjmed/hcg109
114. Dvir Y, Smallwood P: Serotonin syndrome: a complex but easily avoidable condition. Gen Hosp Psychiatry. 2008, 30:284-7. 10.1016/j.genhosppsych.2007.09.007
115. Simon LV, Keenaghan M: Serotonin syndrome. StatPearls Publishing, Treasure Island, FL; 2022.
116. Ducreux S, Zorzato F, Müller C, et al.: Effect of ryanodine receptor mutations on interleukin-6 release and intracellular calcium homeostasis in human myotubes from malignant hyperthermia-susceptible individuals and patients affected by central core disease. J Biol Chem. 2004, 279:43838-46. 10.1074/jbc.M403612200

117. Newman EJ, Grosset DG, Kennedy PG: The parkinsonism-hyperpyrexia syndrome. Neurocrit Care. 2009, 10:136-40. 10.1007/s12028-008-9125-4
118. Leon LR, Bouchama A: Heat stroke. Compr Physiol. 2015, 5:611-47. 10.1002/cphy.c140017
119. Kao LW, Amin Y, Kirk MA, Turner MS: Intrathecal baclofen withdrawal mimicking sepsis. J Emerg Med. 2003, 24:423-7. 10.1016/s0736-4679(03)00039-8
120. Watve SV, Sivan M, Raza WA, Jamil FF: Management of acute overdose or withdrawal state in intrathecal baclofen therapy. Spinal Cord. 2012, 50:107-11. 10.1038/sc.2011.112
121. Mohammed I, Hussain A: Intrathecal baclofen withdrawal syndrome- a life-threatening complication of baclofen pump: a case report. BMC Clin Pharmacol. 2004, 4:6. 10.1186/1472-6904-4-6
122. Plush T, Shakespeare W, Jacobs D, Ladi L, Sethi S, Gasperino J: Cocaine-induced agitated delirium: a case report and review. J Intensive Care Med. 2015, 30:49-57. 10.1177/0885066613507420
123. Rigoli G, Terrini G, Cordioli Z: Intrathecal baclofen withdrawal syndrome caused by low residual volume in the pump reservoir: a report of 2 cases. Arch Phys Med Rehabil. 2004, 85:2064-6. 10.1016/j.apmr.2004.02.020
124. Sutamtewagul G, Sood V, Nugent K: Sympathomimetic syndrome, choreoathetosis, and acute kidney injury following "bath salts" injection. Clin Nephrol. 2014, 81:63-6. 10.5414/cn107559
125. Matsumoto RR, Seminerio MJ, Turner RC, Robson MJ, Nguyen L, Miller DB, O'Callaghan JP: Methamphetamine-induced toxicity: an updated review on issues related to hyperthermia. Pharmacol Ther. 2014, 144:28-40. 10.1016/j.pharmthera.2014.05.001
126. Spiller HA, Hays HL, Aleguas A Jr: Overdose of drugs for attention-deficit hyperactivity disorder: clinical presentation, mechanisms of toxicity, and management. CNS Drugs. 2013, 27:531-43. 10.1007/s40263-013-0084-8
127. Oruch R, Pryme IF, Engelsen BA, Lund A: Neuroleptic malignant syndrome: an easily overlooked neurologic emergency. Neuropsychiatr Dis Treat. 2017, 13:161-75. 10.2147/NDT.S118438
128. Gerold KB, Gibbons ME, Fisette RE Jr, Alves D: Review, clinical update, and practice guidelines for excited delirium syndrome. J Spec Oper Med. 2015, 15:62-9.
129. Boushra M, Nagalli S: Neuroleptic agent toxicity. StatPearls Publishing, Treasure Island, FL; 2021.
130. Chase MA, Wheeler DS, Lierl KM, Hughes VS, Wong HR, Page K: Hsp72 induces inflammation and regulates cytokine production in airway epithelium through a TLR4- and NF-kappaB-dependent mechanism. J Immunol. 2007, 179:6318-24. 10.4049/jimmunol.179.9.6318
131. Johnson JD, Fleshner M: Releasing signals, secretory pathways, and immune function of endogenous extracellular heat shock protein 72. J Leukoc Biol. 2006, 79:425-34. 10.1189/jlb.0905523
132. Tulapurkar ME, Ramarathnam A, Hasday JD, Singh IS: Bacterial lipopolysaccharide augments febrile-range hyperthermia-induced heat shock protein 70 expression and extracellular release in human THP1 cells. PLoS One. 2015, 10:e0118010. 10.1371/journal.pone.0118010
133. Asea A: Initiation of the immune response by extracellular Hsp72: chaperokine activity of Hsp72. Curr Immunol Rev. 2006, 2:209-15. 10.2174/157339506778018514
134. Becker KL, Snider R, Nylen ES: Procalcitonin in sepsis and systemic inflammation: a harmful biomarker and a therapeutic target. Br J Pharmacol. 2010, 159:253-64. 10.1111/j.1476-5381.2009.00433.x
135. Becker KL, Nylén ES, White JC, Müller B, Snider RH Jr: Clinical review 167: procalcitonin and the calcitonin gene family of peptides in inflammation, infection, and sepsis: a journey from calcitonin back to its precursors. J Clin Endocrinol Metab. 2004, 89:1512-25. 10.1210/jc.2002-021444
136. Paudel R, Dogra P, Montgomery-Yates AA, Coz Yataco A: Procalcitonin: a promising tool or just another overhyped test?. Int J Med Sci. 2020, 17:332-7. 10.7150/ijms.39567
137. Watson JD, Ferguson C, Hinds CJ, Skinner R, Coakley JH: Exertional heat stroke induced by amphetamine analogues. Does dantrolene have a place?. Anaesthesia. 1993, 48:1057-60. 10.1111/j.1365-2044.1993.tb07526.x
138. Verhoeckx K, Cotter P, López-Expósito I, et al.: The impact of food bioactives on health: in vitro and ex vivo models. Springer, Cham, Switzerland; 2015. 10.1007/978-3-319-16104-4
139. Xiao G, Tang L, Yuan F, et al.: Eicosapentaenoic acid enhances heat stress-impaired intestinal epithelial barrier function in Caco-2 cells. PLoS One. 2013, 8:e73571. 10.1371/journal.pone.0073571
140. Dokladny K, Moseley PL, Ma TY: Physiologically relevant increase in temperature causes an increase in intestinal epithelial tight junction permeability. Am J Physiol Gastrointest Liver Physiol. 2006, 290:G204-12. 10.1152/ajpgi.00401.2005
141. Dokladny K, Ye D, Kennedy JC, Moseley PL, Ma TY: Cellular and molecular mechanisms of heat stress-induced up-regulation of occludin protein expression: regulatory role of heat shock factor-1. Am J Pathol. 2008, 172:659-70. 10.2353/ajpath.2008.070522
142. Dokladny K, Zuhl MN, Moseley PL: Intestinal epithelial barrier function and tight junction proteins with heat and exercise. J Appl Physiol (1985). 2016, 120:692-701. 10.1152/japplphysiol.00536.2015
143. Brannan TA, Soundararajan S, Houghton BL: Methamphetamine-associated shock with intestinal infarction. MedGenMed. 2004, 6:6.
144. Johnson TD, Berenson MM: Methamphetamine-induced ischemic colitis. J Clin Gastroenterol. 1991, 13:687-9. 10.1097/00004836-199112000-00015
145. Holubar SD, Hassinger JP, Dozois EJ, Masuoka HC: Methamphetamine colitis: a rare case of ischemic colitis in a young patient. Arch Surg. 2009, 144:780-2. 10.1001/archsurg.2009.139
146. Hass DJ, Kozuch P, Brandt LJ: Pharmacologically mediated colon ischemia. Am J Gastroenterol. 2007, 102:1765-80. 10.1111/j.1572-0241.2007.01260.x
147. Cappell MS: Colonic toxicity of administered drugs and chemicals. Am J Gastroenterol. 2004, 99:1175-90. 10.1111/j.1572-0241.2004.30192.x
148. Chivero ET, Ahmad R, Thangaraj A, et al.: Cocaine induces inflammatory gut milieu by compromising the mucosal barrier integrity and altering the gut microbiota colonization. Sci Rep. 2019, 9:12187. 10.1038/s41598-019-48428-2