# Exhibit 28

## DECLARATION OF KEVIAS HICKS

I, KEVIAS HICKS, declare as follows:

1. I am thirty-four, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2013. My DOC number is 579490. I am held at Camp D, where I have been forced to work Farm Line 24/25.

3. I currently take 50mg of Amitriptyline, which Angola officials prescribed to me.

4. I do not have a heat precaution duty status.

I declare that the foregoing is true and correct and based on my personal knowledge. Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 14, 2025.

_____

Kevias Hicks Declaration