# Exhibit 30

**MEDICAL EXCLUSION LIST**

**Central Nervous System**
1. Refractory Seizure Disorders
2. Multiple Sclerosis
3. Documented Cerebrovascular Accident
4. Parkinson's Disease
5. Dementia
6. Amyotrophic Lateral Sclerosis (ALS)

**Pulmonary**
1. Asthma of moderate or greater severity (based on National Asthma Education and Prevention Program - NAEPP) *
2. COPD of GOLD (Global Initiative for Chronic Obstructive Lung Disease) Class 2 or greater*
3. Pulmonary Hypertension
4. Brochiectasis*

**Cardiovascular**
1. Resistant Hypertension
2. CHF of NYHA Class2 or greater*
3. Ischemic Heart Disease
4. History of MI
5. Presence of Cardiac Arrhythmia
6. Severe Lower Extremity Claudication (ABI 0.70 or below) *
7. Morbid Obesity (BMI $\geq$ 40 or $\geq$ 35 with diabetes or cardiovascular disease)

**Gastrointestinal**
1. Crohn's Disease of any severity
2. Ulcerative Colitis – Moderate to Severe disease as determined using the Trulove and Witts Severity Criteria*

**Renal**
1. Chronic Kidney Disease - eGFR<60 (worse than mildly decreased kidney function) *
2. Acute Kidney Injury until resolved
3. Nephrotic Syndrome

**Skin Diseases**
1. Plaque Psoriasis with greater than15% body surface area involvement
2. History of third degree burns of greater than 15% body surface area
3. Uncontrolled Eczema (atopic dermatitis) greater than 15% body surface area

**Rheumatologic**
1. Rheumatoid arthritis - uncontrolled
2. Systemic Lupus Erythematosus - uncontrolled
3. Ankylosing Spondylitis - uncontrolled

**Infectious Disease**
1. Hepatitis C currently on treatment
2. HIV positive with other than undetectable Viral Load and/or CD4 count less than 200
3. HIV on opportunistic infection prophylaxis

**Hematologic/Oncologic**
1. Cancers under active treatment with drugs or radiation
2. Sickle cell anemia, (not sickle cell trait, which does not cause morbidity) *
   * See below classifications:

030603

# Classifications

***GOLD Classification of COPD**

| Table 1 | CLASSIFICATION OF AIRFLOW LIMITATION SEVERITY IN COPD (BASED ON POST-BRONCHODILATOR FEV$_1$) | | |
|---|---|---|---|
| | In patients with FEV1/FVC < 0.70: | | |
| | GOLD 1: | Mild | FEV$_1$ ≥ 80% predicted |
| | GOLD 2: | Moderate | 50% ≤ FEV$_1$ < 80% predicted |
| | GOLD 3: | Severe | 30% ≤ FEV$_1$ < 50% predicted |
| | GOLD 4: | Very Severe | FEV$_1$ < 30% predicted |

COPD: chronic obstructive pulmonary disease; FEV1: forced expiratory volume in 1 second; FVC: forced vital capacity; GOLD: Global Initiative for Chronic Obstructive Lung Disease. Source: Reference 1. Reprinted with permission.

***NAEPP Classification Asthma**

Classifying severity for patients who are not currently taking long-term control medications.

| Components of Severity | | Classification of Asthma Severity (Youths ≥12 years of age and adults) | | | |
|---|---|---|---|---|---|
| | | Intermittent | Persistent Mild | Persistent Moderate | Persistent Severe |
| Impairment<br>Normal FEV$_1$/FVC:<br>8–19 yr 85%<br>20–39 yr 80%<br>40–59 yr 75%<br>60–80 yr 70% | Symptoms | ≤2 days/week | >2 days/week but not daily | Daily | Throughout the day |
| | Nighttime awakenings | ≤2x/month | 3–4x/month | >1x/week but not nightly | Often 7x/week |
| | Short-acting beta$_2$-agonist use for symptom control (not prevention of EIB) | ≤2 days/week | >2 days/week but not >1x/day | Daily | Several times per day |
| | Interference with normal activity | None | Minor limitation | Some limitation | Extremely limited |
| | Lung function | • Normal FEV$_1$ between exacerbations<br>• FEV$_1$ >80% predicted<br>• FEV$_1$/FVC normal | • FEV$_1$ ≥80% predicted<br>• FEV$_1$/FVC normal | • FEV$_1$ >60% but <80% predicted<br>• FEV$_1$/FVC reduced 5% | • FEV$_1$ <60% predicted<br>• FEV$_1$/FVC reduced >5% |
| Risk | Exacerbations requiring oral systemic corticosteroids | 0–1/year (see note) | ≥2/year (see note) | | |
| | | Consider severity and interval since last exacerbation. Frequency and severity may fluctuate over time for patients in any severity category. | | | |
| | | Relative annual risk of exacerbations may be related to FEV$_1$ | | | |

Level of severity is determined by assessment of both impairment and risk. Assess impairment domain by patient's/caregiver's recall of previous 2–4 weeks and spirometry. Assign severity to the most severe category in which any feature occurs.

030604

## *Resistant Hypertension

Resistant hypertension is high blood pressure that does not respond well to aggressive medical treatment. Hypertension is considered resistant when all of the following are true:
- Someone is taking three different blood pressure medications at their maximally tolerated doses.
- One of the blood pressure medications is a diuretic
- Blood pressure remains above goal
- If hypertension requires four or more medications to be controlled it is also called resistant hypertension.

www.hopkinsmedicine.org/health/conditions-and-diseases/high-blood-pressure-hypertension/resistant-hypertension

## *NYHA Classification

| NYHA | Definition |
| --- | --- |
| Class I | Unlimited physical activities. The daily activity does not cause any exhaustion, palpitation and/or shortness of breath |
| Class II | Limitation to mild activity. No complaint at rest. However, daily activity may cause exhaustion, palpitation and/or shortness of breath |
| Class III | Significant daily activity limitation. No complaint at rest, however, mild physical activity causes exhaustion, palpitations or shortness of breath |
| Class IV | No physical activity without complaint. Sign and symptoms are observed at rest. Increased complaint during activity. |

## *Ankle Brachial Index

An ABI ratio Ankle systolic pressure divided by brachial systolic pressure) above 0.90 is normal, 0.71-0.90 indicates mild obstruction, 0.41-0.70 indicates moderate obstruction, and <0.40 indicates severe obstruction.

## *Brochiectasis

Bronchiectasis is a chronic lung disease characterized by persistent and lifelong widening of the bronchial airways and weakening of the function mucociliary transport mechanism owing to repeated infection contributing to bacterial invasion and mucus pooling throughout the bronchial tree.

## *Truelove and Witts Severity Index- Ulcerative Colitis

|  | Mild | Moderate | Severe |
| --- | --- | --- | --- |
| Bowel movements (no. per day) | Fewer than 4 | 4–6 | Six or more plus at least one of the features of systemic upset (marked with *) |
| Blood in stools | No more than small amounts of blood | Between mild and severe | Visible blood |
| Pyrexia (temperature greater than 37.8°C) * | No | No | Yes |
| Pulse rate greater than 90 bpm * | No | No | Yes |
| Anemia * | No | No | Yes |
| Erythrocyte sedimentation rate (mm/hour) * | 30 or below | 30 or below | Above 30 |

Adapted from Sturm et al.[13]

030605

**Chronic Kidney Disease Classification**

| Stage of CKD | eGFR result | What it means |
|---|---|---|
| Stage 1 | 90 or higher | - Mild kidney damage<br>- Kidneys work as well as normal |
| Stage 2 | 60-89 | - Mild kidney damage<br>- Kidneys still work well |
| Stage 3a | 45-59 | - Mild to moderate kidney damage<br>- Kidneys don't work as well as they should |
| Stage 3b | 30-44 | - Moderate to severe damage<br>- Kidneys don't work as well as they should |
| Stage 4 | 15-29 | - Severe kidney damage<br>- Kidneys are close to not working at all |
| Stage 5 | less than 15 | - Most severe kidney damage<br>- Kidneys are very close to not working or have stopped working (failed) |

030606