# Exhibit 32

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

**Health Care Policy**　　　　　　　　　　　　　　　　　　**21 August 2018**
**No. HCP8**

INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy – Pharmacy and Formulary
**Heat Pathology**

1. **AUTHORITY**: Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2. **REFERENCES:** ACA Standard 4-4153 (Adult Correctional Institutions); Occupational Safety and Health Administration. (2018). *Using the Heat Index: A Guide for Employers*. Retrieved from http://osha.gov/SLTC/heatillness/heat_index/; Centers for Disease Control and Prevention. (2018). *Natural Disasters and Severe Weather: Extreme Heat*. Retrieved from https://www.cdc.gov/disasters/extremeheat/index.html; https://www.weather.gov/.

3. **PURPOSE:** To establish provisions for the reduction of heat pathology and to reduce the exposure to offenders identified as more vulnerable to heat.

4. **APPLICABILITY**: Deputy Secretary, Chief of Operations, Department's Medical/ Mental Health Director, Regional Wardens and Wardens. Each Warden is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this policy.

5. **POLICY:** It is the Secretary's policy that each DPS&C facility shall have a mechanism to identify offenders more vulnerable to heat and to enforce provisions to reduce heat pathology among all offenders. Offenders on certain types of medications may have increased sensitivity to heat and sunlight and are at a higher risk for developing heat pathology. In addition, offenders with specific chronic illnesses, such as morbid obesity, cardiovascular disease, respiratory disease and diabetes mellitus, may have a higher risk of heat pathology.

6. **DEFINITIONS:**

    A. **Apparent Temperature (Heat Index)**: The perceived temperature in degrees Fahrenheit derived from a combination of the temperature and humidity for the indicated hour.

017941

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Two**

- B. **Cool Water/Showers**: tap water supplied through an independent tap water supply line

- C. **Health Care Practitioner/Provider**: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

    NOTE: This shall be in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification, and regulatory requirements.

- D. **Heat Alert**: A designation when the apparent temperature (heat index) outdoors has exceeded 88 degrees Fahrenheit, requiring special provisions.

- E. **Heat Exhaustion**: A condition whose symptoms may include heavy sweating and a rapid pulse, a result of your body overheating. It is one of three heat-related syndromes, with heat cramps being the mildest and heatstroke being the most severe.

- F. **Heat Pathology**: Heat induced syndromes, such as heat stroke, muscle cramps and heat exhaustion, due to a failure of the heat regulating mechanisms of the body.

- G. **Heat Stroke**: Core body temperature greater than 104 degrees Fahrenheit, with complications involving the central nervous system that occur after exposure to high temperatures. Other common symptoms include nausea, seizures, confusion, disorientation, loss of consciousness or coma.

- H. **Photosensitivity:** An increase in the sensitivity to ultraviolet (UV) rays from the sun and other light sources. Some medications contribute to sensitivity to the sun.

7. **PROCEDURES:**

    A. Offenders identified by a healthcare practitioner with a chronic illness that may be affected by heat or those prescribed medication that may impact sensitivity to heat shall be evaluated and educated for potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures will be taken, if indicated, to reduce the risk of adverse outcomes

    B. Clinical Encounters

017942

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Three**

    1) During clinical encounters with offenders outlined in Section 7.A. above, the Unit Medical Director or designee shall ensure the following:

        a. The health care practitioner/provider informs the offender of the risk of developing heat pathology and/or photosensitivity;

        b. The health care practitioner/provider determines on a case-by-case basis if a heat precaution duty status is to be ordered based on the offender's chronic disease and/or prescribed medications;

        NOTE: Should the health care practitioner/provider, in exceptional cases, determine a heat precaution duty status is not necessary, the rationale for this decision and additional offender education regarding heat pathology risks shall be documented in the offender's medical record.

        c. The health care practitioner/provider orders heat precaution duty status if an offender is on a medication listed in Heat Pathology Medications (Attachment A).

    NOTE: If medication is the sole basis for ordering a heat precaution duty status, medication compliance shall be considered when determining the need for a heat precaution duty status.

  C. Heat Precautions from May 1st through October 31st

    1) Heat Precaution Duty Status

        a. The Warden or designee shall ensure that the heat precaution duty status includes, but is not limited to the following:

            i. The offender must be brought indoors from May 1st through October 31st of each year; once the apparent temperature reaches 88 degrees;

            ii. The offender shall not participate in sports once the apparent temperature reaches 88 degrees; and

            iii. The offender shall not be re-assigned to jobs in environments that are typically hotter than normal indoor temperatures, such as kitchen or warehouse environments.

017943

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Four**

    b.    The Warden or designee shall ensure a list of all offenders with a heat precaution duty status as outlined above in section 7.C. of this regulation is provided weekly, from May 1st through October 31st of each year, to the designated supervisor responsible for their care and custody.

2) Indoor Procedures

    a.    The Warden or designee shall ensure the following indoor procedures are implemented for all offenders in all housing and work areas between the hours of 10:00 am and 8:00 pm, 7 days a week at a minimum during this Heat Precaution time frame (May 1st – October 31st).

        i.    Cold water and/or ice is available;

        ii.    Additional cool showers and/or cool wet towels are available (cool showers is defined as tap water supplied through an independent tap water supply line); and

        iii.    Where possible, and if effective, increase ventilation by opening windows / doors (where security of the unit allows) and / or use of fans in housing areas to reduce housing area temperatures. (i.e. work ½ days in a.m.)

    EXCEPTION: These procedures need not be implemented in areas that are climate-controlled.

3) Outdoor Procedures

    a.    The Warden or designee shall ensure the following outdoor procedures are implemented for all offenders in all outdoor areas between 9:00 AM and 7:00 PM (May 1st - October 31st).

        i.    Outside temperatures are monitored using the National Weather Center website https://www.weather.gov/, recorded every two hours, and reviewed and approved by the Warden or designee;

017944

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Five**

      ii.      When the apparent temperature (heat index) outdoors has exceeded 88 degrees Fahrenheit, a heat alert shall be announced;

      iii.     Upon the announcement of a heat alert, the following measures shall be provided while working outdoors:

             a)     Water and ice is available at least every 30 minutes;

             b)     A rest break at least 5 minutes long is offered every 30 minutes; and

      Work hours may be adjusted to accommodate extreme temperatures.

    4)    The Warden or designee shall ensure the heat precautions implemented from May 1st through October 31st of each year as outlined in section C. above are documented and maintained at the unit.

**Note\* Regardless of time of year or temperature, the above provisions in no way negate the standard requirements regarding the provision of adequate water and or ice for outdoor work crew and housing areas.**

  D.    Response to Heat Pathology Signs and Symptoms

    1)    The Warden or designee shall ensure offenders exhibiting signs and symptoms of heat pathology are immediately referred to the medical department for evaluation and/or treatment.

    2)    The Unit Medical Director shall ensure that, if an offender is diagnosed with heat stroke, a written medical report on the diagnosis and surrounding incident is emailed to the Department's Medical/ Mental Health Director as soon as possible after the diagnosis, but no later than 24 hours (excluding weekends and holidays).

  E.    Offender Education

    1)    The Warden or designee shall ensure offenders outlined in Section 7.A. above receive heat pathology education that includes, but is not limited to, the following:

        a.     Increased consumption of liquids;

017945

**Health Care Policy No. HCP8**
**21 August 2018**
**Page Six**

        b.    Avoidance of undue exposure to the sun;
        c.    Signs and symptoms of dehydration;
        d.    Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes;
        e.    Signs and symptoms of medication toxicity; and
        f.    Avoidance of excessive exhausting activities in high temperatures.

    2)    The Warden or designee shall ensure offenders receiving heat pathology education document receipt of such education on Heat Pathology Offender Education (Form HCP8-a).

F.    Staff Training

The Warden or designee shall ensure annual roll call training is provided to correctional officers during April of each year in the signs and symptoms and prevention of heat pathology as outlined in Heat Pathology Staff Training (Attachment B) and the provisions of this regulation. Documentation of this training shall be maintained at the unit.

G.    Heat Pathology Medications

The DPS&C Pharmacy and Therapeutics (P&T) Committee shall be responsible for annually reviewing and updating Heat Pathology Medications (Attachment A) as needed.

s/James M. Le Blanc
Secretary

Attachments:    A    Heat Pathology Medications
                     B    Heat Pathology Staff Training

Form:    HCP8-a    Heat Pathology Offender Education

This policy supersedes Health Care Policy No. HC-45 dated 10 July 2018.

Reviewed as of: October 1, 2019

017946