# Exhibit 33

1          THE UNITED STATES DISTRICT COURT FOR

2           THE MIDDLE DISTRICT OF LOUISIANA

3
   VOICE OF THE EXPERIENCED,
4   a membership organization
   on behalf of itself and
5   its members; and MYRON
   SMITH, DAMARIS JACKSON,
6   NATE WALKER, DARRIUS
   WILLIAMS, KEVIAS HICKS,
7   JOSEPH GUILLORY, KENDRICK
   STEVENSON, and ALVIN
8   WILLIAMS, on behalf of
   themselves and all others
9   similarly situated,
                        Civil Action No.
10                       3:23-cv-1304-BAJ-EWD
   vs.
11
   JAMES LEBLANC, in his
12   official capacity as
   Secretary of the
13   Louisiana Department of
   Public Safety and
14   Corrections; TIMOTHY
   HOOPER, in his official
15   capacity as Warden of
   Louisiana State
16   Penitentiary; MISTY
   STAGG, in her official
17   capacity as Director of
   Prison Enterprises, Inc.;
18   the LOUISIANA DEPARTMENT
   OF PUBLIC SAFETY &
19   CORRECTIONS; and PRISON
   ENTERPRISES, INC.

20
   * * * * * * * * * * * * * * * * * * * * * * * * *

21

22      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
      LOUISIANA DEPARTMENT OF CORRECTIONS,
23        THROUGH ROLAND SYLVESTER

24
             February 12, 2025

25

1  REMOTE APPEARANCES:

2  REPRESENTING THE PLAINTIFFS AND THE PROPOSED CLASS:

3
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
4  1285 Avenue of the Americas
   New York, New York  10019
5  212.373.3000
   BY:  JEREMY A. BENJAMIN, ESQ.
6  jbenjamin@paulweiss.com
   BY:  CHIZOBA WILKERSON, ESQ.
7  cwilkerson@paulweiss.com

8        - AND -

9
   RIGHTS BEHIND BARS
10 1800 M St NW Front 1 #33821
   Washington, D.C.  20033
11 202.455.4399
   BY:  LYDIA WRIGHT, ESQ.
12 lydia@rightsbehindbars.org

13       - AND -

14
   THE PROMISE OF JUSTICE INITIATIVE
15 1024 Elysian Fields Avenue
   New Orleans, Louisiana 70117
16 504.529.5955
   BY:  SAMANTHA POURCIAU, ESQ.
17 spourciau@defendla.org
   BY:  KARA CRUTCHER, ESQ.
18 kcrutcher@defendla.org

19

20 REPRESENTING THE DEFENDANTS:

21 KEOGH, COX & WILSON, LTD.
   701 Main Street
22 Baton Rouge, Louisiana 70802
   225.383.3796
23 BY:  ANDREW BLANCHFIELD, ESQ.
   ablanchfield@keoghcox.com

24

25

1   REMOTE APPEARANCES:  (CONTINUED)

2   REPRESENTING THE DEFENDANTS:

3   LOUISIANA DEPARTMENT OF PUBLIC SAFETY &
    CORRECTIONS
4   504 Mayflower Street
    Baton Rouge, Louisiana  70802
5   225.342.6728
    BY:  JONATHAN R. VINING, ESQ.
6   jonathan.vining@la.gov

7

8

9   Also Present:

10  Jason Levin, Videographer
    Deidre Thomas; PJI
11  Talia Lanckton; PJI
    Christopher Bilicic; Paul, Weiss
12  Arielle McTootle; Paul, Weiss
    Erica Paul; Paul, Weiss
13  Janet Lee; Paul, Weiss

14

15  Reported stenographically by:

16  Rita A. DeRouen, Certified
    Court Reporter #2014018
17  in and for the State of
    Louisiana; Registered
18  Professional Reporter #6908

19

20

21

22

23

24

25



```
 1          I N D E X

 2                          Page

 3   Stipulation                    5

 4   Reporter's Page                85

 5   Reporter's Certification       86

 6
     EXAMINATION
 7      By Ms. Wright               7

 8              * * * * *

 9          List of Exhibits

10

11   Exhibit No. 105

12      (Exhibit C, Filed Under Seal, Color    20
         Photographs)
13

14   Exhibit No. 106

15      (Color Photograph)             39

16   Exhibit No. 107

17      (Responses to Plaintiffs' Third Set of    55
         Interrogatories)
18

19   Exhibit No. 108

20      (HCP8, 10/20/24, 030613 - 619)    65

21

22

23          Previously Identified Exhibits

24   Exhibit No. 100              74

25
```

 1          S T I P U L A T I O N

 2

 3      It is stipulated and agreed by and between

 4   counsel that the testimony of the witness,

 5   LOUISIANA DEPARTMENT OF CORRECTIONS, THROUGH ROLAND

 6   SYLVESTER, is hereby being taken pursuant to Notice

 7   under the Federal Rules of Civil Procedure for all

 8   purposes permitted under law.

 9

10      The witness reserves the right to read and

11   sign the deposition. The original is to be

12   delivered to and retained by LYDIA WRIGHT, ESQ.,

13   for proper filing with the Clerk of Court.

14

15      All objections, except those as to the form of

16   the questions and/or responsiveness of the answers,

17   are reserved until the time of the trial in this

18   cause.

19                      * * *

20

21      Rita DeRouen, Certified Court Reporter in and

22   for the State of Louisiana and Registered

23   Professional Reporter, officiated in administering

24   the oath to the witness.

25

1        THE VIDEOGRAPHER:

2          We are on the record at 9:59 a.m.

3     Eastern on February 12, 2025.  This is

4     the video-recorded deposition of Roland

5     Sylvester in the matter of Voice of the

6     Experienced vs. James LeBlanc.  This

7     proceeding is being held remotely via

8     Zoom.

9          My name is Jason Levin, I'm the

10    videographer on behalf of US Legal

11    Support.  The court reporter is Rita

12    DeRouen, also on behalf of US Legal

13    Support.

14          Will counsel please state their

15    appearances for the record, then the

16    court reporter will swear in the

17    witness.

18    MS. WRIGHT:

19          Lydia Wright from Rights Behind

20    Bars.

21    MR. BLANCHFIELD:

22          Andrew Blanchfield for the

23    defendants.

24    THE COURT REPORTER:

25          I have everybody else on the

1      stenographic record, if that's okay.

2          MR. VINING:

3            Sorry.  Jonathan Vining.  I am

4      executive counsel for the Department of

5      Public Safety and Corrections, if I

6      needed to introduce myself.

7               ROLAND SYLVESTER,

8   having been first duly sworn, was examined and

9   testified as follows:

10              EXAMINATION

11  BY MS. WRIGHT:

12      Q.   Good morning, Warden Sylvester.

13      A.   Good morning.

14      Q.   Warden Sylvester, you are designated as

15  the official witness for the Department of Public

16  Safety and Corrections to testify about changes to

17  policies, practices, and procedures concerning the

18  provision of additional shade on farm lines 15,

19  5b, 24, and 25; is that correct?

20      A.   Yes, ma'am.

21      Q.   Are you prepared to testify on behalf of

22  the Department of Corrections today on that topic?

23      A.   Yes, ma'am.

24      Q.   Where are you physically located?

25      A.   Louisiana State Penitentiary.

1    Q.  Are you in your own office?

2    A.  No, ma'am.  I'm in the warden's office

3  up in the front.

4    Q.  A specific warden's office?

5    A.  Warden Ashli Oliveaux's office.

6    Q.  Is anybody in the room with you?

7    A.  No, ma'am.

8    Q.  Do you have any documents with you

9  today?

10    A.  No, ma'am.  The only thing I have is a

11  few things pertaining to whenever we set up the

12  shade trailers and stuff, just a reminder for

13  dates if I need it.

14    Q.  What exactly do you have with you today?

15    A.  It's just stating the dates that we

16  started getting the shade trailers and stuff

17  together, the date we ordered the materials and

18  things.

19    Q.  Can you hold up the document to the

20  camera, please, that you have in front of you.

21    A.  (Witness complied.)

22    Q.  Is that the only document you have with

23  you?

24    A.  Yes, a material list and stuff, that's

25  all I have.  That's it.

1   Q.  So you have a list of dates and you have

2  a materials list?

3   A.  Yes, ma'am.

4   Q.  Do you have anything else with you?

5   A.  Ma'am?

6   Q.  Do you have anything else with you?

7   A.  No, ma'am.

8   Q.  Do you have access to a scanner today?

9   A.  No, I don't have access to anything

10  today.

11      MS. WRIGHT:

12         Okay.  Well, Drew, we'll ask that

13         the defense counsel procures a copy of

14         the documents that Warden Sylvester has

15         with him today and produces them to us.

16      MR. BLANCHFIELD:

17         We'll do that for you.

18      MS. WRIGHT:

19         Thank you.

20  BY MS. WRIGHT:

21    Q.  Warden Sylvester, is there anything on

22  the screen?  I can see that you're looking at a

23  computer screen, and obviously this deposition is

24  proceeding by Zoom.

25         Are there any other windows open on the

1  screen?

2      A.  Just you.

3      Q.  Great.

4          How did you prepare for today's

5  deposition?

6      A.  I really didn't.  It's just whatever

7  questions you need to ask me.

8      Q.  Did you meet with anybody in advance of

9  today's deposition?

10     A.  No, ma'am.

11     Q.  When did you first find out that you

12 would be testifying today?

13     A.  They notified me about a week ago that

14 we'd be doing this today.

15     Q.  Do you understand that you're testifying

16 on behalf of the Department of Safety and

17 Corrections?

18     A.  Yes, ma'am.

19     Q.  I'll refer to it as "DOC."  Will you

20 understand what I'm talking about?

21     A.  I know what you're talking about.

22     Q.  Thank you.

23         And if I say "LSP" or "Angola," will you

24 understand that I'm talking about the Louisiana

25 State Penitentiary?

1    A.  Yes, ma'am.

2    Q.  Warden Sylvester, you are the assistant

3  warden of field operations at the Louisiana State

4  Penitentiary; is that correct?

5    A.  Yes.

6    Q.  And as the assistant warden of field

7  operations at LSP, you supervise LSP staff who are

8  responsible for bringing men out of their dorms or

9  out of their housing units to work on the farm

10  line; is that right?

11    A.  Correct.

12    Q.  And you accompany the farm lines into

13  the fields?

14    A.  Yes, ma'am, most of the time.  If not,

15  my staff do.

16    Q.  How often do you go into the fields with

17  the farm lines?

18    A.  I'm in the fields daily in different

19  areas.

20    Q.  Which lines do you accompany into the

21  field?

22    A.  I pretty much make a round by each one

23  every day.

24    Q.  Do you accompany some farm lines more

25  often than others?

1    A.  No, ma'am, just periodically, check over

2  my staff.

3    Q.  Is it fair to say that if Line 24 is out

4  in the field on a particular day, you will at some

5  point --

6    A.  Yes.

7    Q.  -- go and visit Line 24 on that day?

8    A.  Yes.

9    Q.  So you make a point of going and

10  observing in person each farm line when they are

11  out in the fields every day?

12    A.  Yes.  I walk out in the fields amongst

13  them.

14    Q.  When was the last time you were out in

15  the fields with the farm line?

16    A.  Yesterday we had a weed-eating line

17  cutting grass, and I went out and watched them cut

18  grass for a while.

19    Q.  Which line was that?

20    A.  15a.

21    Q.  Where was 15a cutting grass?

22    A.  They was cutting grass on the airstrip

23  coming in.

24    Q.  The airstrip?

25    A.  Yes.  It's a place where airplanes can

1    land.  It's the main road coming in.  We were

2    cutting the grass on each side of the road around

3    the flower beds.

4        Q.  I see.  It's the main entrance --

5        A.  Right.

6        Q.  I didn't realize that was an airstrip.

7    Interesting.  When was the last time an airplane

8    landed there?

9        A.  Last week.

10        Q.  Oh, no kidding.  Who flew into LSP?

11        A.  We had crop dusters coming in to spray

12    some cornfields.

13        Q.  I see.  And they land on that main --

14    the main road into --

15        A.  Well, they land on the side of the road,

16    not on the road itself, on the airstrip.  It's on

17    the side of the road, it's not the road.

18        Q.  Thank you.

19            About how many men were working Line 15a

20    yesterday cutting grass.

21        A.  Approximately 12.

22        Q.  What were they using to cut grass?

23        A.  Weed eaters.

24        Q.  Did Lines 24 and 25 go out yesterday?

25        A.  No, they did not go out yesterday.

1    Q.   Why not?

2    A.   Because we didn't have anything for them

3  to pick -- we didn't have any crops that was

4  ready.

5    Q.   How about Line 15b, did Line 15b go out

6  yesterday?

7    A.   Yes.  15b and 15a were together.

8    Q.   I see.  So when you say that there were

9  12 men using weed eaters to cut grass on the

10  airstrip yesterday, you mean that was Line 15a and

11  15b?

12    A.   And b, yeah, they was together, yes.

13    Q.   What's the difference between 15a and

14  15b?

15    A.   Two different lines.  We don't have very

16  many, so whenever we have a chance, we work them

17  together.

18    Q.   Does 15a --

19    A.   Depending on the number -- depending on

20  the number of people we have.

21    Q.   Does 15a come out of a specific camp?

22    A.   No, ma'am.  They come out all over the

23  farm, all different camps.

24    Q.   Why does LSP have the need to run a

25  Line 15a and 15b, why not just call them together

1  15b?

2      A.  Because sometimes we split them up to

3  work in different areas.

4      Q.  I see.  And it's easier for LSP staff to

5  know who's where --

6      A.  Right.

7      Q.  -- and what they're assigned to?

8      A.  Yeah, exactly.

9      Q.  I know that it's awkward to have a

10  conversation by Zoom and in a deposition, but for

11  the sake of the court reporter who's writing down

12  everything we say, I'll try to let you finish an

13  answer before I ask my next question, if you let

14  me finish the question before you answer --

15      A.  Okay.

16      Q.  -- even if you know where I'm going with

17  the question.  Thank you.

18          Warden Sylvester, you were present

19  during the site inspection of LSP that took place

20  in this case on July 22, 2024, right?

21      A.  Uh-huh.

22      Q.  Is that a yes?

23      A.  Yes.

24      Q.  And you were deposed in this case on

25  August 2, 2024; is that right?

1    A.  Yes.

2    Q.  And you were also present during the

3 second site inspection of LSP that took place in

4 this case on October 2, 2024; is that right?

5    A.  Yes.

6    Q.  You mentioned during your August 2, 2024

7 deposition that you had plans to retire.  Do you

8 still have plans to retire?

9    A.  Yes.

10    Q.  When do you plan to retire?

11    A.  When I got the urge to.  At any day.  At

12 my discretion.

13    Q.  Do you have plans to retire before the

14 trial in this matter, which is set for --

15    A.  No, no.

16    Q.  Let me finish my question, please.  I'll

17 re-ask it for the record.

18        Do you have plans to retire from your

19 position as assistant warden of field operations

20 before the trial in this matter, which is set for

21 April 21 through April 29 of 2025?

22    A.  No.  I'm not going to retire before

23 then.

24    Q.  And I'm going to go back and correct

25 something I just said, which is the date of the

1   second site inspection.  I said that it was on

2   October 2, but it was actually on October 3, 2024.

3   So I'm going to ask that question again just for

4   the sake of the record.

5        Warden Sylvester, it's correct that you

6   were present during the second site inspection of

7   the Louisiana State Penitentiary which took place

8   on October 3, 2024?

9   A.  Yes.

10  Q.  Are there any farm lines out right now?

11  A.  No.

12  Q.  Why not?

13  A.  Because it's raining.

14  Q.  The lines don't go out when it's

15  raining?

16  A.  No.

17  Q.  When was the last time that Lines 24 or

18  25 went out into the fields?

19      MR. BLANCHFIELD:

20          Let me just stop for a second,

21      Lydia.  You're beyond the scope of your

22      30(b)(6).  The 30 -- he's been

23      designated to testify to the changes in

24      policies, practices, and procedures

25      concerning the provision of additional

```
 1      shade.
 2         That has nothing to do with the
 3      provision of additional shade.  So I'm
 4      going to ask that you limit your
 5      question to that area.
 6      MS. WRIGHT:
 7         I'll limit my questions, Drew, to
 8      the extent that that's appropriate.  But
 9      the witness' knowledge about when the
10       farm lines last went out I think is
11       quite appropriate.
12      MR. BLANCHFIELD:
13         I don't think it is at all.  I'm
14      going to let you ask it, but I don't see
15      how it possibly could be.
16      MS. WRIGHT:
17         Rita, would you mind reading back
18      the question that I asked.  Thank you.
19      THE COURT REPORTER:
20         Question, "When was the last time
21      that Lines 25 -- 24 or 25 went out into
22      the fields?"
23      MR. BLANCHFIELD:
24         You can answer, Roland.
25   A.  Okay.  They went out Thursday and Friday
```

1  of last week.

2  BY MS. WRIGHT:

3      Q.  How was the weather last Thursday and

4  Friday of last week at LSP?

5      A.  The weather was good enough for the

6  lines to go out.  It was no inclement weather.

7      Q.  And what were Lines 24 and 25 doing on

8  Thursday and Friday of last week?

9      A.  They was in the mustard green field and

10  the collard green field.  We were breaking off the

11  damaged plants due to the freeze.

12      Q.  About how many people went out with

13  Lines 24 and 25 last week?

14      A.  I don't have the exact number right now.

15      Q.  Just a ballpark would be fine.

16      A.  Roughly 24, 25 people.

17      Q.  Total between the two lines?

18      A.  Total, total.

19      Q.  Since this lawsuit was filed in

20  September of 2023, the Department of Corrections

21  has made some changes with respect to the

22  operation of the farm lines at LSP; is that

23  correct?

24      A.  Yes.

25      Q.  One of those changes is that as of

1   June 24, 2024, the DOC has started providing

2   mobile shade tents for Lines 24 and 25; is that

3   correct?

4       A.  Yes.

5       Q.  Why did the DOC start providing mobile

6   shade tents to the farm lines on June 24, 2024?

7       A.  I guess because of the heat.

8       Q.  What do you mean?

9       A.  They wanted to change up the

10  heat-related policy.

11      Q.  What's the relationship between the

12  mobile shade tents and the heat?

13      A.  Repeat the question.

14      Q.  What is the relationship between the

15  mobile shade tents and the heat?

16      A.  Due to the heat index, they wanted to

17  give offenders a place to get in the shade.

18      Q.  I see.  I'm going to show you on my

19  screen what we're going to mark as Exhibit 105.

20          (Exhibit 105 was marked.)

21  BY MS. WRIGHT:

22      Q.  Warden Sylvester, do you see on your

23  screen a document entitled Exhibit C?

24      A.  I just see Exhibit C, I don't see any --

25  any document.

1    Q.   Yep, you got it.  So this is -- this is

2    a document that was filed at ECF 962 under seal in

3    this case.  I'm scrolling through the document so

4    you can see all the pages.  There are three color

5    photographs.

6    A.   Uh-huh, yes.

7    Q.   Please let me know if at any time the

8    connection gets fuzzy or you can't see what I'm

9    trying to show you.

10        Do you recognize this photograph?

11    A.   Yes.

12    Q.   What are we looking at here in

13   Exhibit 105?

14    A.   They are picking cucumbers in a cucumber

15   field.

16    Q.   These are photographs of the July 22,

17   2024 inspection of the farm line; is that correct?

18    A.   I don't know the exact date, but yes, I

19   remember the situation.

20    Q.   And these photographs show a blue tent.

21        Do you see that?

22    A.   Yes.

23    Q.   Is this a true and accurate photograph

24   of the shade tents that were erected by the

25   Department of Corrections for Lines 24 and 25 in

1  June of 2024?

2     A.  Yes.

3     Q.  And the tent that's depicted here in

4  Exhibit 105 is typical of the shade that was

5  provided on Lines 24 and 25 between June 24 of

6  2024 and August of 2024?

7     A.  Yes.

8     Q.  I'm going to take down this exhibit, but

9  you can let me know if you'd like to see it again

10  as we continue talking about shade.

11     A.  I don't need to see it again.

12     Q.  How many shade tents did the DOC provide

13  between June and August of 2024?

14     A.  We were putting one per line back in

15  June.

16     Q.  So there was one shade tent for Line 24?

17     A.  Yes.

18     Q.  One for Line 25?

19     A.  24 and 25 works together.

20     Q.  So there was one shade tent for Line 24

21  and 25, which were combined?

22     A.  Yes.

23     Q.  How about Line 15?

24     A.  Yes, they had one tent for Line 15.

25     Q.  Did your lights just go off?

1     A.  Yes.

2     Q.  Do you want to go off the record so that

3  you can figure out the lighting situation?

4     A.  No.  It had to do something with the

5  power.  You're still on screen.  I'm good.

6     Q.  There's a power outage at LSP?

7     A.  I guess that's what made the power go

8  out.  It might -- hold up, it might just be in

9  this room on a timer.  Let me hit the switch.

10  Yeah.

11     Q.  Okay.  So the power is on, for the

12  record.  It's a timer, a timed light switch.

13     A.  Yes.

14     Q.  Okay.  So to go back to what we were

15  talking about, between June 24, 2024 and August of

16  2024, the DOC provided one shade tent for Lines 24

17  and 25?

18     A.  Yes.  And at some point they started

19  putting two, I don't know the date that they

20  started putting two.

21     Q.  Okay.  And for -- did they provide a

22  mobile shade tent for Line 15?

23     A.  Yes.

24     Q.  How many?

25     A.  Two.

1    Q.  And when was that?

2    A.  I don't know the exact date.  It was

3  sometime after June.  We started out with

4  initially one, then they went to two.

5    Q.  Okay.  And how many shade tents were

6  provided for Line 15b?

7    A.  15b is the weed eater line.  We do not

8  supply tents for them because they're a mobile

9  line.  They move on a bus.

10    Q.  Okay.  So the DOC provided initially one

11  mobile shade tent for Lines 24 and 25, but at some

12  point DOC purchased a second shade tent for Lines

13  24 and 25?

14    A.  Yes.

15    Q.  Why did DOC purchase a second shade tent

16  for Lines 24 and 25?

17    A.  Just to provide more coverage.

18    Q.  To provide more shade for the people,

19  right?

20        And DOC always provided two shade tents

21  for Line 15?

22    A.  Whenever they went from one to two, they

23  both had two anytime they was out.

24    Q.  So currently today, is it correct that

25  DOC owns four mobile shade tents for use on the

1  farm lines?

2      A.  No.  We have more than that.  But we use

3  the shade trailers now, we don't use the tents.

4      Q.  Where are the tents now?

5      A.  They're put up in storage.  We still

6  have them.

7      Q.  About how many tents, shade tents, did

8  the DOC buy after --

9      A.  I don't know the exact -- I don't know

10  the exact number, how many they bought.

11      Q.  How about a ballpark?

12      A.  I would say eight.

13      Q.  Why do you think eight?

14      A.  Because we have a couple of extra ones

15  in case they get destroyed due to weather.

16      Q.  Okay.  Were you involved in selecting

17  the shade tents?

18      A.  No.

19      Q.  Were you involved in the decision of

20  where to place the shade tents in the field?

21      A.  Yes.

22      Q.  How did you decide where to put up the

23  shade tents?

24      A.  The shortest access to the line.

25      Q.  What do you mean?

1     A.   Wherever they're working at, the

2   shortest distance for them to work to.  In close

3   proximity, how about that, of where they're

4   working.

5     Q.   Okay.  And when DOC purchased two shade

6   tents for the line, how did you decide where to

7   set up two shade tents?

8     A.   You put the shade tents in the same

9   place as the Porta-Potty and the water coolers

10  with the Gatorade.

11    Q.   I see.  So you put up the two shade

12  tents next to each other?

13    A.   Right.

14    Q.   And just to clarify, DOC does not use

15  these shade tents anymore?

16    A.   If we need them, we have them.  But

17  we've been using the trailers because they don't

18  get torn up in inclement weather like tents.

19    Q.   Would you ever move the tents around in

20  the field once they were --

21    A.   Yes.  If the inmates moved from one end

22  to the other end, we moved the tents.

23    Q.   Why?

24    A.   Close proximity for their breaks.

25    Q.   Was there any other consideration

1   about -- with respect to where to set up the

2   tents?

3      A.  No.

4      Q.  So DOC erected the tents in the fields

5   to be in close proximity to the people who were

6   working?

7      A.  Yes.

8      Q.  And there was no other consideration or

9   no other variable under consideration of where to

10  set up the tents?

11     A.  No.

12     Q.  When did DOC last use those shade tents

13  in the field?

14     A.  The shade tents stopped being used at

15  the date that the shade trailers came out into the

16  fields.

17     Q.  And what date was that?

18     A.  Approximately beginning of October.

19     Q.  October 3 was the day of the second

20  inspection.  Would that be the first day?

21     A.  Yeah, I guess.  I don't know the exact

22  date.  The first of October.

23     Q.  Okay.  So once the DOC completed the

24  mobile shade wagons, the DOC stopped using the

25  mobile shade tent?

1      A.   Yes.

2      Q.   And that was right around October 3 of

3   2024?

4      A.   Yes.

5      Q.   Which is the date of the second

6   inspection of the farm line in this case?

7      A.   Yes.

8      Q.   Okay.  Let's talk about those mobile

9   shade wagons.  As of today, right now, is that how

10  DOC provides shade to Lines 24 and 25?

11     A.   Yes.

12     Q.   Can you describe the shade wagons?

13     A.   They're some 20-foot wagons.  They have

14  tops and benches for the inmates, offenders, to

15  get on and sit down to take their breaks.

16     Q.   So there's built-in seating?

17     A.   Yes.

18     Q.   About how many people can sit in the

19  built-in seat in the mobile shade wagons?

20     A.   25.

21     Q.   And how many wagons are there?

22     A.   Two.

23     Q.   So there's two mobile shade wagons, and

24  each can seat 25 men?

25     A.   Yes.

1    Q.  For a total of 50 people?

2    A.  Yes.

3    Q.  What does DOC do when there's more than

4  50 people working in the --

5    A.  We have not run into that problem.

6    Q.  Is there a plan in place?

7    A.  Not to my knowledge.

8    Q.  Do you plan to run the farm line with

9  more than 50 people at any --

10   A.  I would love to if they would come out

11  and work, but they don't.  So most I ever have is

12  20 or 25 per line.

13   Q.  And the shade wagons are, you said,

14  20 feet long?

15   A.  Yes.

16   Q.  They're about 8 feet wide?

17   A.  Yes.

18   Q.  And 7 feet tall?

19   A.  Yes.

20   Q.  You said there's built-in seating for 25

21  people?

22   A.  Yes.

23   Q.  And these wagons provide shade; is that

24  your testimony?

25   A.  Yes.

1    Q.   What makes the wagons mobile?

2    A.   They're a wagon.  You hook it to a truck

3  and you move it from place to place.

4    Q.   So it's on a tandem-axle trailer?

5    A.   A tandem-axle trailer, correct.

6    Q.   Where are the shade wagons located right

7  now?

8    A.   The shade wagons are located in the

9  field, and we move them wherever we need them at.

10   Q.   Which field are they in?

11   A.   Right now they're just in a wagon lot.

12   Q.   Where is the wagon lot?

13   A.   It's right behind the ice house.  It's

14  where we keep our wagons for hauling vegetables,

15  and we move them based on the situation of the day

16  and where they'll be working at.

17   Q.   When is the last time you moved either

18  of the two mobile shade wagons into the field?

19   A.   Last week when 24 and 25 went out.  The

20  wagons are there every time they work.

21   Q.   And where did you move the wagons to

22  last week?

23   A.   To the mustard green and collard green

24  field, like we discussed a while ago.

25   Q.   How many wagons did you move?

1    A.  We didn't have but one wagon out.

2    Q.  Why did you have one wagon out?

3    A.  I didn't have but 25 offenders.

4    Q.  So there was 25 people working in the

5  mustard green field last Thursday and Friday and

6  you brought the wagon out -- you brought one shade

7  wagon out for those 25 people?

8    A.  Yes.

9    Q.  If one additional offender had come out

10  to work in the field, would you have brought the

11  second wagon out?

12   A.  Yes.

13   Q.  Is that DOC policy, that when there's

14  more than 25 people working in a field, the

15  additional wagon is needed?

16   A.  I've never seen a policy on it.  We just

17  bring it out as needed.

18   Q.  And who determines whether it's needed?

19   A.  I do.

20   Q.  And how do you make that determination?

21   A.  How many offenders check out.

22   Q.  Anything else?

23   A.  No.

24   Q.  When was the last time that you brought

25  both wagons out together or on the same --

1      A.   I don't recall having a line over the

2    25.

3      Q.   If Line 24 goes to the mustard green

4    field and Line 25 goes to the pecan grove, do you

5    bring two wagons out?

6      A.   24 and 25 always work together.

7      Q.   Okay.  So it would never happen that

8    you're running a line in the mustard green field

9    and the pecan grove field at the same time?

10     A.   Correct.  I don't have the staff to take

11   out but one line at a time.

12     Q.   Why did the DOC build the shade wagons?

13     A.   To subsidize and get away from the

14   tents.  And the wagon -- because the wagons

15   provide them shade and seating all at the same

16   time.

17     Q.   Couldn't you have just put some chairs

18   in the tents?

19     A.   It's more versatile to move the wagon

20   than move chairs and tents.

21     Q.   So it's easier for DOC to move the wagon

22   than it is to move the tents with chairs?

23     A.   And if you put a tent with chairs, the

24   chairs are going to sink down into the ground and

25   cause reason for someone to fall.

1    Q.   Are there any other benefits to using

2   the shade wagons as opposed to the shade tents?

3    A.   No.

4    Q.   Was it necessary to build the shade

5   tents?

6    A.   It's more feasible for productivity.

7    Q.   What do you mean?

8    A.   Because you can take the wagon, pull it

9   out into the field wherever they working.  And

10   it's already set up.  And the wind doesn't come

11   and destroy the tents.

12    Q.   So the wind doesn't come and destroy the

13   wagons; is that right?

14    A.   No, it does not destroy the wagons.

15    Q.   So your testimony is that constructing

16   two mobile shade wagons is better for productivity

17   of the farm lines because the wagons are sturdier

18   than the tents?

19    A.   The wagons are sturdier and it provides

20   them with an adequate place to sit because they're

21   longer than a tent.

22    Q.   The wagons are larger than the tents --

23    A.   Yes.

24    Q.   -- and so they provide more seating for

25   the inmates?

1    A.  Yes.

2    Q.  Do the wagons provide more shade than

3  the tents?

4    A.  Yes.

5    Q.  How do you know?

6    A.  Because a tent is not but 6-by-6 or

7  8-by-8 and the wagon is 20 feet long, 8 feet wide.

8    Q.  So more people can fit in the wagon than

9  in the tent?

10    A.  Yes.

11    Q.  How many folks would you estimate can

12  fit under the shade tent?

13    A.  About ten comfortably.

14    Q.  But 25 men can fit in each mobile shade

15  wagon comfortably, right?

16    A.  Correct.  Because there's a bench on

17  each side.  So that gives you 20 feet on each side

18  and 8 feet across the front.  So it literally

19  gives you 48 feet seating.

20    Q.  Who decided to build the mobile shade

21  wagons?

22    A.  I have no clue.

23    Q.  When did you first find out that the

24  wagons would be built?

25    A.  Whenever they purchased the wagons.

1    Q.   Who purchased the wagons?

2    A.   That was done through maintenance.

3    Q.   Who designed the wagons?

4    A.   Maintenance.

5    Q.   When you say "maintenance," do you

6    mean -- are those offenders working in

7    maintenance?  Are those LSP staff?  Who's

8    maintenance?

9    A.   LSP staff maintenance.

10   Q.   Do you know who in maintenance purchased

11   and designed the trailers?

12   A.   Otis Ratcliff.

13   Q.   What's his position?

14   A.   He's a maintenance foreman over all of

15   maintenance.

16   Q.   Have you spoken to Mr. Ratcliff in

17   preparation for your deposition?

18   A.   No, ma'am.

19   Q.   Have you ever spoken to Mr. Ratcliff

20   about his design of the shade wagons?

21   A.   No.

22   Q.   So DOC does not know who decided to

23   build the shade wagons; is that correct?

24   A.   I have no knowledge of who decided on

25   it.

1    Q.  But an LSP maintenance foreman named

2  Otis Ratcliff designed the shade wagons; is that

3  right?

4    A.  Correct.

5    Q.  How often is Mr. Ratcliff working in the

6  fields?

7    A.  He doesn't work in the fields.  He works

8  in maintenance.

9    Q.  So how did he know what kind of design

10  would be feasible and preferable for the shade

11  wagons?

12    A.  I have no clue.

13    Q.  Who approved his designs?

14    A.  I have no clue on that.

15    Q.  Who purchased the materials that were

16  used to build the shade wagons?

17    A.  Maintenance produced -- got all the

18  materials and the wagons.

19    Q.  To clarify for the record, when you say

20  maintenance purchased the materials and the

21  wagons, my understanding is that LSP built the

22  wagons and designed the wagons.

23        Are you -- is it your testimony that LSP

24  purchased the wagons fully constructed?

25    A.  They purchased the wagons itself and

1   came here to construct the shade wagon, put the

2   tops and seating and stuff on it.

3       Q.   So to clarify, DOC purchased two

4   tandem-axle trailers, correct?

5       A.   Correct.

6       Q.   And then DOC built on those trailers a

7   shade structure with seating; is that correct?

8       A.   Yes.

9       Q.   I'm using the word "shade wagon" to

10  refer to that whole package.

11      A.   Correct.

12      Q.   Fair enough?

13          Okay.  So somebody decided to buy the

14  trailers, and Otis Ratcliff created the design for

15  the seating and the shade, correct?

16      A.   Yes.

17      Q.   Who actually built the shade and the

18  seating?

19      A.   To my knowledge, they was built in the

20  fab shop on the compound.

21      Q.   So inmates built the shade structures?

22      A.   To my knowledge, yes.

23      Q.   When did -- when were the tandem-axle

24  trailers purchased?

25      A.   The ninth month sometime, because they

1   were completed for the October 3 delivery to me.

2   So the exact dates they were bought, I do not

3   know.

4       Q.   Did you say the ninth month?

5       A.   Yes.  Sometime in August the trailers

6   were purchased, then they had to be brought here

7   and fabricated, the shade part of it.

8       Q.   Okay.  So August is the eighth month.

9   So just to make sure that we have a clean record,

10  is it your testimony that the two trailers were

11  purchased by DOC sometime in August of 2024?

12      A.   Yes, ma'am.

13      Q.   And then they were brought to LSP?

14      A.   Right.

15      Q.   And when did the fabrication shop at LSP

16  begin constructing the shade structures to go on

17  the trailers?

18      A.   I don't know.  All I know is when they

19  came out to the field operations in the beginning

20  of October.  So I guess in that time frame, from

21  the ninth month 'til October.

22      Q.   You mean the eighth month, August?

23      A.   Eighth month, yeah.

24      Q.   Why did DOC wait until October of 2024

25  to roll out the shade wagons?

1      A.  I have no clue.

2      Q.  Why did DOC choose to use the shade

3   tents until October 3 of 2024?

4      A.  As far as I know, we was told we had to

5   put up shade tents for the offenders.  Why, I

6   cannot the give you an answer.

7      Q.  How expensive were the shade wagons?

8      A.  I had no part of the purchasing of them,

9   so I do not know the price.

10      Q.  And your testimony is the first day that

11   the shade wagons were implemented in the field was

12   October 3, 2024; is that right?

13      A.  Approximately, yes.

14      Q.  Are there plans to construct more shade

15   wagons?

16      A.  I haven't heard anything on it, so I do

17   not know.

18      Q.  So there are no plans that you're aware

19   of to construct --

20      A.  Not to my knowledge.

21      Q.  I'm going to show you what we're going

22   to mark as Exhibit 106.

23          (Exhibit 106 was marked.)

24   BY MS. WRIGHT:

25      Q.  Do you see a photograph on your screen?

1    A.  Yes.

2    Q.  Okay.  This is Exhibit 106.  This was

3  filed into the record at ECF 141-1.

4        Do you recognize this photograph?

5    A.  Yes.

6    Q.  What is this?  Sir, can you hear me?

7    A.  Yes.  What you need?

8    Q.  What is this photograph?

9    A.  That's the shade wagon in front of the

10  pecan orchard right next to the Porta-Potty.

11    Q.  Is that you in the front of this

12  photograph walking?

13    A.  No.

14    Q.  Who is that?

15    A.  That is Colonel Hebert.

16    Q.  This photograph was taken on October 3

17  of 2024 during the second inspection of the farm

18  line; is that right?

19    A.  I don't know the date exactly.  But

20  that's the wagon and stuff, the first day we used

21  it.

22    Q.  And is this a true and accurate

23  depiction of the mobile shade wagons that were

24  built for Lines 24 and 25?

25    A.  Yes.

1    Q.  And you said that this was the first day

2    that the shade wagons were used?

3    A.  Yes, to my knowledge, yes.

4    Q.  So it's correct that DOC has built two

5    mobile shade wagons for use by Lines 24 and 25

6    only, correct?

7    A.  No, it's not for 24 and 25 only.  If we

8    use Line 15, we'll use the shade wagon for them.

9    Any lines we have out working in the vegetable

10   fields, we use the wagons.

11   Q.  When was the last time Line 15 was out?

12   A.  I don't know the exact date.  One day

13   two weeks ago we used them.

14   Q.  What were they doing on that occasion?

15   A.  We were cutting turnip greens off to get

16   the dead, frostbit tops of them.  I alternate

17   between 24 and 25 and 15.

18   Q.  Okay.  Does Line 15 come from a specific

19   housing unit?

20   A.  Camp C.

21   Q.  Why not just put everybody in 24 and 25,

22   why run a Line 15 at all?

23   A.  Because they cannot work together.

24   They're enemies.  That's why they're in different

25   camps.

1    Q.  I see.  Okay.  About how many people

2   were working Line 15 on the occasion two weeks ago

3   when -- that we're discussing right now?

4    A.  18 to 20.

5    Q.  And you brought out how many shade

6   wagons on that occasion?

7    A.  Just one.

8    Q.  And Line 15b does not use the mobile

9   shade wagons; is that correct?

10    A.  Correct.

11    Q.  Why is that?

12    A.  Because they are a mobile grass-cutting

13   unit.  They do not stay in the same place.  They

14   use weed eaters that's constantly moving.

15    Q.  So the distinction is Line 15, Line

16   24/25, they work in a field and it's more feasible

17   and, indeed, better to bring a mobile shade wagon

18   there --

19    A.  Correct.

20    Q.  -- and into the field; is that correct?

21    A.  Yes.  Because they working in one area.

22   They're -- like if they're in the mustard greens,

23   they're in the collard greens, they're going to be

24   there all morning or all afternoon.

25    Q.  But with Line 15b, those inmates move?

1    A.  Correct.

2    Q.  How far do they walk on any given shift?

3    A.  They'll move constantly, from the time

4  they get out there until the time they go in.

5    Q.  And it's not feasible to use a mobile

6  shade wagon for Line 15b because why?

7    A.  Because they're constantly moving.

8  They'll go -- they weed-eat fence lines,

9  roadsides, ditches.  They constantly move.  You're

10  not going to be in the same place for no long

11  period of time.

12    Q.  So how does DOC provide shade to the

13  people on Line 15b?

14    A.  They use the bus for shade.  They'll

15  either get on the bus and sit or they go on the

16  side of the bus in the shade.

17    Q.  A mobile shade wagon is pulled by a

18  truck, right?

19    A.  Correct.

20    Q.  Why -- why use a bus instead of a mobile

21  shade wagon if both are mobile?

22    A.  Because you cannot haul your offenders

23  on the shade wagon.

24    Q.  So the bus for Line 15b serves the

25  purpose of providing shade and moving the workers

1   from one side to the other?

2       A.  Transportation, right.

3       Q.  When you say you cannot haul the

4   offenders on the shade wagon, what do you mean?

5       A.  You cannot put your inmates sitting on

6   that wagon and pull it behind the truck.

7       Q.  Why not?

8       A.  Because you cannot haul them in an open

9   wagon like that, too much liability.

10      Q.  Is that part of DOC policy?

11      A.  Not that I've ever seen it.  But you

12  have no backing and stuff.  So if an offender is

13  sitting on the wagon and something happen, they

14  will fall off.

15      Q.  Have you communicated to your line staff

16  that they are not to move the mobile shade wagons

17  when somebody is sitting in them?

18      A.  Yes.

19      Q.  Is that in writing?

20      A.  No, it's not in writing.  But the wagons

21  are disconnected in the field, there's no way to

22  pull it.  We bring the wagons in the field and

23  disconnect it from the truck.

24      Q.  But you could just keep it connected to

25  the truck and move it?

1      A.  No.  Because you cannot haul offenders

2   on that wagon.

3      Q.  Okay.  So it's -- it's -- is it DOC

4   policy that LSP officials may not haul offenders

5   on the mobile shade wagons?

6      A.  I've never seen a policy, but it's

7   common sense.

8      Q.  And there's no plan to use the mobile

9   shade wagons for Line 15b?

10     A.  Not to my knowledge.

11     Q.  And there's no plan to use the mobile

12  shade tents for Line 15b?

13     A.  The shade tents is back in the same

14  thing.  How are you going to move the tents as

15  they move?  It's not an umbrella.

16     Q.  So the answer is no?

17     A.  Not to my knowledge.  We always use the

18  bus or they can sit on the side of the bus in the

19  shade.

20     Q.  Aside from the mobile shade tents, the

21  two mobile shade wagons, and the bus, are there

22  any other types of structures that are used by DOC

23  to provide shade to people working on 15, 15b, 24,

24  25?

25     A.  No.

1    Q.  Let's talk about the buses.  Are the

2    buses an effective way to provide shade and a cool

3    resting place to folks on Line 15b?

4    A.  Yes.  They can get on the bus.  There's

5    seats on the bus.  There's water and Gatorade.

6    They can sit alongside the bus in the shade, the

7    shadow of the bus.

8    Q.  Do the windows roll down in the bus?

9    A.  Yes.

10   Q.  All the windows?

11   A.  Yes.

12   Q.  Is there air-conditioning in the bus?

13   A.  Some buses do have air-conditioning, but

14   some don't.

15   Q.  Are the offenders allowed to roll the

16   windows down on the bus when they're using it for

17   shade?

18   A.  Yes, ma'am.

19   Q.  Is that DOC policy?

20   A.  I've never seen a policy.  But again, it

21   goes back to common sense, you put the windows

22   down for ventilation.

23   Q.  How do you communicate that to line

24   officers, that offenders should be permitted to

25   take the windows down on the bus?

1    A.  Because when they in the bus, the line

2  officer is sitting there too, so you're going to

3  have the windows down.

4    Q.  So it's common sense?

5    A.  Common sense.

6    Q.  And you said some buses have

7  air-conditioning.  Do -- does the bus driver run

8  the air-conditioning when inmates are on the buses

9  seeking shade?

10    A.  No.  Because if you get that bus cold,

11  or cooler, when they get out from hot and cold,

12  hot and cold, you're asking for trouble.

13    Q.  What do you mean?

14    A.  If your body temperature is high from

15  working, you get on a cold bus and you get back

16  out into the heat again, your body can't adjust.

17    Q.  Okay.  Is there always an officer in the

18  bus?

19    A.  Yes.

20    Q.  How does DOC determine where to park the

21  bus?

22    A.  The bus moves with the offenders as --

23  as the line is moving, the bus moves with them.

24    Q.  So if the grass-cutting crew, 15b, is

25  doing a project in the middle of a field, will the

1  bus leave the road and go into the field and park

2  in the field?

3      A.  This line weed-eats mainly along the

4  roads and airstrips and things of that sort.

5  Wherever they're at, the bus is there.

6      Q.  So your answer is yes, the bus will

7  leave the road to enter the field?

8      A.  Yes.  If it has road for it to travel

9  on, yes.

10      Q.  I'm not asking if there's a road.  My

11  question is:  If Line 15b is doing a project in

12  the middle of a field, will the bus leave the road

13  and drive into the field to be in close proximity

14  to people on Line 15b?

15      A.  They will never be that far away from

16  the bus that they can't go back to it for shade

17  and water.

18      Q.  How do you know how far is too far?

19      A.  Common sense again.  You're not going to

20  be but approximately 100 yards from the bus at all

21  times.

22      Q.  So if a person on Line 15b is doing work

23  that's 150 yards from the bus, what will happen?

24      A.  He can't get that far from the bus

25  because the officer has to be within his area.

1    Q.  I see.  So it's DOC policy that an

2    officer has to be within 100 yards of a person

3    working on Line 15b?

4    A.  He has to be visibly seen by that

5    officer at all times.

6    Q.  That's not what I'm asking.  Am I

7    understanding your testimony correctly that it's

8    DOC policy that an officer has to be within

9    100 yards --

10    A.  No.

11    Q.  -- from Line 15b --

12    A.  There's no --

13    Q.  Just let me ask the question for the

14    record before you answer the question.  Let me ask

15    again for the sake of the court reporter.

16        Is it DOC policy that an officer has to

17    be within 100 yards of a person working on 15b?

18    A.  No.  It's no designated footage.

19    Q.  So where did the 100 yards metric come

20    from?

21    A.  Again, common sense.  You have to be

22    able to physically see the offender working.

23    Q.  So it's up to the line officer to use

24    their common sense to determine if the person is

25    too far away or not?

1        A.   Every work application for 15b is in a

2    different place, different time, different

3    scenario.  Security is the first line of defense.

4    So depending on where they're at and what they're

5    doing is how far you decide they can go from you.

6        Q.   And when you say "you," you're referring

7    to an LSP officer?

8        A.   Correct.

9        Q.   Why doesn't LSP just use the buses to

10   provide shade to people working on Lines 24 and

11   25?

12       A.   We just discussed this.  The bus cannot

13   go out in the field where they're picking

14   vegetables.

15       Q.   You just testified that the bus

16   sometimes leaves the road to get closer to Line

17   15b.  Why couldn't the bus do that for Lines 24

18   and 25?

19       A.   24 and 25 is hauled to the field by bus.

20   They leave the bus and go out into the field where

21   the shade wagons are.

22       Q.   And it's your testimony that the buses

23   are then too far away to be in close proximity to

24   the people working on 24/25?

25       A.   When 24 and 25 is out in the vegetable

1  field, I cannot drive a bus into a vegetable

2  field.

3      Q.   Is there any context where LSP would use

4  the buses to provide shade for Lines 24 and 25?

5      A.   No.

6      Q.   And is there any context where DOC or

7  LSP would use the shade tents to provide shade to

8  24 and 25 now?

9      A.   No.  That's why we built the shade

10  wagons.

11      Q.   If you wanted to use the bus to provide

12  shade to 24/25 could you do that?

13      A.   Why would I when I have the shade wagon

14  for that reason?

15      Q.   But could you?  Could you, Warden

16  Sylvester, make the decision that in some

17  particular context it just makes more sense, it's

18  easier to just use the bus?

19      A.   No.  Because I'd have to walk them to

20  and from the bus for their 15-minute break every

21  45 minutes.  They will do more walking than they

22  do working.

23      Q.   Are you the person who makes the

24  decision --

25      A.   Yes.

1    Q.   -- about that?  Okay.

2         So you could decide that it's more

3    feasible in some contexts to use the bus over the

4    shade wagon or that it's more feasible to use the

5    shade tent over the bus depending on the context?

6    A.   A shade wagon, I could bring it halfway

7    to the field where they're working so they're

8    always in close proximity of the shade and of the

9    Porta-Potty and of their water.

10   Q.   And can you define "close proximity."

11   A.   All our fields we put the shade wagons

12   halfway to field, that way the inmates will work

13   towards the shade wagon to where, when they take

14   their 15-minute break, it's not a long walk for

15   them.

16   Q.   So it's your testimony that you drive a

17   truck with the shade wagon attached into the

18   middle of a field?

19   A.   Yes.

20   Q.   Doesn't that crush the crops under the

21   truck?

22   A.   I have a road on each side of the

23   patches to where I can haul that wagon in.

24   Q.   Do you haul the wagon actually into the

25   field, or do you haul the wagon on a road that is

1   next to the field?

2       A.  Haul it out through the field.  I'll

3   have a couple of rows that are not planted that I

4   can drive a truck or a tractor through with the

5   shade wagon.

6       Q.  And is that the case -- that's standard

7   practice at LSP?

8       A.  That's just the way we do it.

9       Q.  Okay.  So it's practice at LSP to drive

10  the shade wagon to the middle of the field?

11      A.  Correct.

12      Q.  Then detach it from the truck and drive

13  the truck back out?

14      A.  Correct.

15      Q.  And then, at the end of the workday, to

16  drive the truck back in, reattach the shade wagon,

17  and drive the shade wagon out?

18      A.  Correct.

19      Q.  And that process might damage some of

20  the crops that are driven over by the truck and

21  the shade wagon?

22      A.  No, because I leave a couple of rows

23  unplanted just to haul that wagon and Porta-Potty

24  into the field.

25      Q.  In every single field there's -- there

1   are unplanted rows that are unplanted for the

2   purpose of dragging the shade structure in?

3       A.  Correct.

4       Q.  When did this -- when did this start?

5       A.  Whenever we -- you leave those vacant

6   rows to where we can haul the shade wagon or we

7   can haul product out of the field.

8       Q.  So, for instance, the mustard greens

9   that you were talking about that Lines 24/25 was

10  harvesting or working in last week, it's your

11  testimony that in that field, there is a clear,

12  unplanted path for the truck with the mobile shade

13  wagon to enter into the middle of the field?

14      A.  Correct.

15      Q.  So when was that mustard green field

16  planted?

17      A.  When was it planted?  It was planted

18  probably in November.

19      Q.  So after the mobile shade wagons debuted

20  on October 3 of 2024, you made the decision to

21  change the way that crops are planted in order to

22  accommodate those shade wagons?

23      A.  No.  Because I leave those vacant rows

24  to haul wagons on to put the product out of the

25  field when you're picking.  You have to have a way

1   to haul your crop out.  So when they're picking

2   their vegetables, they put the vegetables on the

3   wagon.  Instead of them having to haul it from one

4   end to the other end, you leave a dead area for a

5   wagon to be able to go through.  And we use that

6   same wagon row to put the shade wagon on.

7       Q.  Okay, I think I understand.

8           And that's always been the practice at

9   LSP --

10      A.  Yes.

11      Q.  -- that hasn't changed?

12      A.  Yes.

13      Q.  Okay.  We've been going for about an

14  hour, Warden Sylvester.  Would you like to take a

15  break?

16      A.  No.  Let's finish this.

17      Q.  I'm going to show you Exhibit 107.

18          (Exhibit 107 was marked.)

19  BY MS. WRIGHT:

20      Q.  Do you see on your screen a document

21  titled Responses to Plaintiffs' Third Set of

22  Interrogatories?

23      A.  Yes.

24      Q.  And there are seven pages to this

25  document.  I'm just going to scroll down to the

1   bottom.

2        Do you see that it's dated January 24,

3   2025?

4   A.  Yes.

5   Q.  Are you familiar with this document?

6   A.  No.

7   Q.  Have you ever seen this before?

8   A.  No.

9   Q.  We're going to look at Interrogatory

10  Number 1.  Can you see this on your screen?

11  A.  Yes.

12  Q.  Okay.  It says, "State in detail the

13  measures you have taken in response to the

14  remedial measures order or voluntarily since the

15  issuance of that order concerning the operation of

16  the farm line and heat pathology identification

17  and prevention, the date by which you claim to

18  have implemented those measures with respect to

19  each of Lines 15, 15b, 24, and 25, and for each

20  occurrence since that time the date, measures, and

21  line on which you have failed to provide the

22  aforementioned measures with respect to any of

23  Lines 15, 15b, 24, and 25."

24        Did I read that correctly?

25  A.  Yes.

1    Q.   Were you consulted with respect to these

2    questions?

3    A.   I have -- I've never seen the document.

4    But I was told measures that we had to change to.

5    Q.   Who told you measures that you had to

6    change to?

7    A.   My upper warden staff.

8    Q.   Who is that?

9    A.   That would be Warden Demars.

10   Q.   So Warden Demars told you of new

11   measures that you had to take with respect to the

12   farm line?

13   A.   Correct.

14   Q.   When did Warden Demars tell you that?

15   A.   This was back in I guess June, July.

16   Q.   So June or July of 2024?

17   A.   Yes.

18   Q.   And what exactly did Warden Demars say?

19   A.   He was just say -- telling me about the

20   tents and the new measures that we were changing

21   to.

22   Q.   What were the other new measures that

23   you were changing to at the time?

24   A.   It was just to make sure they had

25   sunscreen and the tents were being provided and

1  the changing of the breaks.

2     Q.  What do you mean by "changing of the

3  breaks"?

4     A.  We were going from -- to 15 minutes

5  every 45.

6     Q.  So starting in June or July of 2024, LSP

7  started providing 15-minute breaks every 45

8  minutes to people on the farm line?

9     A.  Correct.

10     Q.  And does that include Lines 15, 15b, 24,

11  and 25?

12     A.  Correct.  They get their 15 minutes

13  every 45, and they break whenever needed.  If they

14  need a break in between that, they're more than

15  welcome to take it.

16     Q.  But there's an official break?

17     A.  15 every 45.

18     Q.  And before June of 2024, what was the

19  break policy?

20     A.  It was -- I assume -- I think it was

21  five every 30.

22     Q.  Let's look at the response to this

23  question, Interrogatory Number 1.  Do you see on

24  your screen this response is comprised of six

25  paragraphs?

1    A.  Yes.

2    Q.  Please read those paragraphs to yourself

3  silently and let me know when you're finished.

4  Warden Sylvester, just let me know when you're

5  finished.  I think the video is frozen for me.

6    A.  I'm finished.  I'm finished with

7  everything on 1.

8    Q.  Okay, thank you.

9        As of today, is this response to

10  Interrogatory Number 1 true and accurate?

11    A.  Yes.

12    Q.  Is there anything that you would add,

13  amend, or change?

14    A.  No.

15    Q.  And it's your testimony that DOC does

16  not still implement tents at LSP; is that right?

17    A.  The only time we would implement a tent

18  is if the shade wagon was unavailable and we

19  needed the shade.

20    Q.  Has that happened?

21    A.  No.

22    Q.  So it's DOC policy that if a shade wagon

23  is unavailable, LSP would erect a mobile shade

24  tent?

25    A.  I've never seen a policy on it.

1    Q.   How do you know that that is the

2   procedure?

3    A.   In my aspect, it would be common sense.

4   If I don't have a shade trailer, I would need to

5   implement the tents to give them adequate shade.

6    Q.   And you're the person who would make

7   that decision?

8    A.   Yes.

9    Q.   I'm going to go down to Interrogatory

10   Number 2.  You should see this on your screen.

11   Please let me know if you do not.

12        Do you see --

13    A.   I see it.

14    Q.   It says, "Identify all persons involved

15   in or responsible for conceiving, developing,

16   approving, implementing, and monitoring the

17   changes described in the update letters."

18        Do you see that?

19    A.   Yes.

20    Q.   Go ahead and read the response to

21   Interrogatory 2 to yourself, it's just one

22   paragraph, and please let me know verbally when

23   you're finished.

24    A.   Okay.

25    Q.   As of today, is this response to

1   Interrogatory Number 2 true and accurate?

2       A.   To my knowledge.

3       Q.   Is there anything that you would add,

4   amend, change, clarify?

5       A.   No.

6       Q.   Were you consulted about this response?

7       A.   No.

8       Q.   Were you consulted at any point about

9   any of the changes to farm line operations that we

10  are discussing today?

11      A.   The only ones is the one that we talked

12  about with like -- with the sunscreen had to be

13  provided, drinking cups had to be provided, and

14  the shade wagons or adequate shade had to be

15  provided.

16      Q.   And you weren't consulted about those

17  changes before they were implemented, or were you

18  told that you needed to implement them?

19      A.   I was told they need to be implemented.

20      Q.   I see.  Have you ever been asked by

21  anyone at DOC or LSP what you thought about those

22  changes?

23      A.   No.

24      Q.   What do you think about those changes?

25      A.   I'm not going to even comment.

1    Q.   You don't think they were necessary?

2    A.   I'm not going to comment.

3       MR. BLANCHFIELD:

4          Object to the form.

5       MS. WRIGHT:

6          I'm sorry, Drew?

7       MR. BLANCHFIELD:

8          I objected to the form of your

9       question.

10   BY MS. WRIGHT:

11      Q.   Do you think it's necessary to provide

12   shade to the people working in the fields on

13   24/25?

14       MR. BLANCHFIELD:

15          Object to the form.

16   BY MS. WRIGHT:

17      Q.   You can answer.

18      A.   I'm not going to give you my opinion.

19   I'm going to do what I'm told.

20      Q.   Generally, you do what you're told?

21      A.   Exactly.

22      Q.   If you refused to use the buses for Line

23   15b because you felt that a mobile shade wagon

24   would be more efficient or effective, what would

25   happen?

1     A.  I'm not going to comment on that because

2  I'm not going to refuse my orders.

3     Q.  But, I mean, could there be some kind of

4  personnel action against you for refusing the

5  order?

6     A.  I'm not answering that.

7     Q.  It's not a trick question.

8        What would happen if one of your line

9  officers in the field refused to give a 15-minute

10  break every 45 minutes?

11     A.  They have no choice.  That's what you

12  are assigned.  You give them 15 minutes every 45

13  and allow them to break whenever they need to.

14     Q.  And you expect your line officers to

15  follow those orders?

16     A.  They will follow those orders just like

17  I follow mine.

18     Q.  Because if they don't, they don't have a

19  job, right?

20     A.  Exactly.

21     Q.  Okay.  So if I'm understanding

22  correctly, your role was to receive the orders

23  from Warden Demars about the shade tents, the

24  shade structures, the sunscreen, the ice water,

25  and your role was just to make sure that it got

1  done; is that right?

2      A.  My job was to make sure it was

3  implemented.

4      Q.  And how did you make sure it was

5  implemented?

6      A.  I had all my staff together and I told

7  them the exact things I was told and this is what

8  we will do.

9      Q.  Did you provide anything in writing to

10  your staff?

11      A.  No.

12      Q.  Did any of your staff have any issue

13  with any of these procedures?

14      A.  No.

15      Q.  Has there been any issue with these

16  procedures?

17      A.  No.

18      Q.  Now, I understand that Warden Darrel

19  Vannoy has replaced Timothy Cooper as the warden

20  of LSP; is that right?

21      A.  Correct.

22      Q.  What is Warden Vannoy's role with

23  respect to conceiving, developing, approving,

24  implementing, or monitoring the changes that we've

25  discussed?

1    A.   To my knowledge, he has changed nothing

2  that we had already implemented.

3    Q.   And you're unaware of any plans to do

4  anything additional or different or to revise

5  these procedures?

6    A.   Correct.

7    Q.   Does DOC have a policy in writing about

8  the use of shade structures at LSP?

9    A.   I've never seen one.

10   Q.   I'm going to show you Exhibit 108.

11        (Exhibit 108 was marked.)

12 BY MS. WRIGHT:

13   Q.   On your screen, do you see the health

14 care policy number HCP8 dated October 20, 2024?

15   A.   Yes.

16   Q.   Okay.  This is a seven-page document.

17 The Bates number on the first page is 030613.

18        Did I read that correctly?

19   A.   Yes.

20   Q.   Okay.  We're just going to scroll down

21 to page 7 of 7.

22        Do you see the signatures on the last

23 page here of Secretary Wescott and Ms. LaBorde?

24   A.   Yes.

25   Q.   Now, this is -- this does not include

1   the three attachments that are referenced here.

2   You see that?  It's only the seven pages of the

3   policy itself; is that right?

4       A.  Yes.

5       Q.  Have you seen this before?

6       A.  Yes.

7       Q.  What is this?

8       A.  This is a heat-related policy.

9       Q.  When did you last review this policy?

10      A.  I looked at it when it first came out,

11  when they changed the policy for the breaks and

12  the temperature for the heat index.

13      Q.  Okay.  How did you -- when you say you

14  looked at this policy, what do you mean?

15      A.  I looked at the part that pertained to

16  me about the breaks when the heat index got to a

17  certain level.

18      Q.  What is that level?

19      A.  Heat index goes into effect at -- I

20  think it's, what, 91 degrees, when the heat index

21  gets above 91.

22      Q.  And when you say that you looked at this

23  policy, did you -- how did you receive it,

24  meaning --

25      A.  I looked at it on PowerDMS.

1    Q.  I see.  That's a software program on the

2    computer?

3    A.  Yes.

4    Q.  Did somebody tell you to look at it on

5    PowerDMS?

6    A.  No.  I look at all my PowerDMS policies

7    when they change and come across.

8    Q.  Did you get some kind of notification

9    that this policy had been updated?

10   A.  No.  I just whenever -- whenever they

11   change a policy, it comes up.

12   Q.  I see.  So you get a notification

13   through PowerDMS --

14   A.  Yes.

15   Q.  -- that there's a change to a policy and

16   then you review it?

17   A.  Yes.

18   Q.  So is this a DOC policy?

19   A.  Yes.

20   Q.  Is LSP required to comply with HCP8?

21   A.  Yes.

22   Q.  Could LSP create its own policies or

23   procedures regarding shade structures?

24   A.  That I have no clue.

25   Q.  What happens if LSP does not comply with

1  this policy?

2      A.  I have no clue.

3      Q.  Has that ever happened?

4      A.  Not to my knowledge.

5      Q.  Is this policy currently in effect at

6  LSP?

7      A.  Yes.

8      Q.  We're going to skip to page 5 of this

9  policy, Bates stamped 030617.

10         Do you see this on the screen?

11     A.  Yes.

12     Q.  So we're looking at page 5 of HCP8 with

13 the date of 20 October 2024.  I want to ask you

14 about this section that's entitled Outdoor

15 Procedures.

16         Do you see that?

17     A.  Yes.

18     Q.  It says, The warden or his designee --

19 excuse me.  It says, "The warden or designee shall

20 ensure the following outdoor procedures are

21 implemented for all inmates in all outdoor areas

22 between 8:00 a.m. and 7:00 p.m. May 1 to

23 October 31."

24         Did I read that correctly?

25     A.  Yes.



1    Q.   Are you the warden's designee for

2    implementing these outdoor procedures?

3    A.   Yes.

4    Q.   Is there any other designee for

5    implementing these outdoor procedures at LSP?

6    A.   Not for field operations.  It's me.

7    Q.   This policy doesn't pertain only to

8    field operations.  It says for all inmates in all

9    outdoor areas.

10         So are you the designee for ensuring

11   that these are implemented in all outdoor areas

12   for all inmates at LSP?

13   A.   No.  I am only over the field

14   operations.

15   Q.   Who is responsible for implementing

16   these procedures for all inmates in all outdoor

17   areas?

18   A.   It all depends where they work.  If they

19   work in maintenance, your maintenance supervisors

20   are over that.

21   Q.   It says, "The following shall be

22   available to all inmates in outdoor areas:  Water

23   and ice, shaded area for breaks, and sunscreen."

24         Did I read that right?

25   A.   Correct.



1    Q.   And is LSP required to comply with this

2  policy?

3    A.   Correct.

4    Q.   Does LSP comply with this policy?

5    A.   In my area, that I can vouch for, yes.

6    Q.   Your area being the farm lines?

7    A.   Field operations, correct.

8    Q.   When you say "field operations," do you

9  have oversight over lines other than the ones

10  we've been talking about today, 15, 15b, 24, 25?

11    A.   Any field lines that come out.

12  Sometimes they will take cellblock lines, which

13  they haven't done since COVID.  But anything

14  working out into the field falls under my

15  discretion.

16    Q.   So if LSP started taking cellblock lines

17  out, those lines would be under your discretion?

18    A.   Correct.

19    Q.   And you would have to implement this

20  policy with respect to those lines?

21    A.   Correct.

22    Q.   How does DOC monitor LSP's compliance

23  with HCP8?

24    A.   Repeat that.

25    Q.   How does DOC monitor LSP's compliance

1   with HCP8, this policy?

2       A.   I have no knowledge of that.

3       Q.   Does DOC monitor LSP's compliance with

4   HCP8?

5       A.   I'm more than sure they do, but I have

6   no knowledge of who does it.

7       Q.   This policy specifies that shaded areas

8   for breaks shall be available to all inmates in

9   outdoor areas from 8:00 a.m. to 7:00 p.m. May 1

10  through October 31, correct?

11      A.   Yes.

12      Q.   But it doesn't specify how LSP in

13  particular must provide those shaded areas for

14  breaks, right?

15      A.   Only in my areas.  We do tents or the

16  shade trailers.

17      Q.   Where does it say "tents or shade

18  trailers" in this policy?

19      A.   That's my own little way of getting them

20  shade.  So I haven't got anything on that aspect.

21      Q.   The policy itself, the DOC policy that

22  we're looking at right now, does not specify

23  tents, it doesn't specify buses, it doesn't

24  specify mobile trailers, right; it just says

25  shaded areas for breaks?

1    A.  Correct.

2    Q.  And then it's up to LSP, and you in

3  particular, to decide how to actually provide

4  those shaded areas for breaks?

5    A.  Correct.

6    Q.  And you have decided that for Lines --

7  excuse me, let me start again.

8        You have decided that for Lines 24/25,

9  the most efficient and effective way to provide a

10  shaded area for breaks is a mobile shade wagon

11  that provides seating for 25 people?

12    A.  That's what I was told we was going to

13  use.

14    Q.  And you were told that by Warden Demars?

15    A.  Correct.

16    Q.  Back in June of 2024?

17    A.  I don't recall the exact date.

18    Q.  So Warden Demars is the one who made the

19  decision to use -- to start by using the mobile

20  shade tents?

21    A.  He was the one told me we was going to

22  use them.  So where he got it from, I do not know.

23    Q.  And then Warden Demars, a couple months

24  later, told you that you were going to switch to

25  mobile shade wagons for 24 and 25?

1    A.   Correct.

2    Q.   And did Warden Demars also tell you to

3  continue using the buses for 15b?

4    A.   No.  We just never did change on that.

5  We've always used the buses for 15b.  That's their

6  means of transportation.

7    Q.   And I'm sorry, I know that you told me

8  this earlier, but Line 15, what does Line 15 use

9  for shade?

10   A.   Line 15 is also a vegetable picking

11  line.  They will use the shade trailers when they

12  go out.

13   Q.   Because that's the line on Camp C that

14  goes into the fields?

15   A.   Correct.

16   Q.   Thank you for reminding me.

17       Is there a separate policy in writing

18  that specifies what shade structure to use for

19  which line?

20   A.   Not to my knowledge.

21   Q.   So this, what we're looking at right

22  now, HCP8, is the only policy in writing in place

23  at DOC or LSP that indicates what kind of

24  procedures are to be used in the farm line?

25   A.   To my knowledge, yes.

1    Q.  Does LSP provide shaded areas for breaks

2   to all inmates in outdoor areas?

3    A.  Again, I am only responsible for the

4   field operations, I'm not responsible for what

5   maintenance or anyone else does.

6    Q.  So you don't know?

7    A.  I do not know.

8    Q.  I'm going to show you Exhibit -- what

9   has been previously marked as Exhibit 100.  This

10  has been used in prior depositions.

11      Okay.  On your screen do you see a

12  document, a one-page memorandum dated August 22,

13  2024?

14   A.  Yes.

15   Q.  This is Exhibit 100.  It was filed into

16  the record at ECF 111-2.  It was filed into the

17  record on August 25, 2024, but as I said, the date

18  of this memo is August 22, 2024.

19      And this looks like a memo from Maghen

20  Shipley regarding field operations procedures; is

21  that correct?

22   A.  Yes.

23   Q.  Have you seen this before?

24   A.  No.

25   Q.  Go ahead and review this silently and

1  please let me know verbally when you're finished.

2      A.  Okay.

3      Q.  Okay.  So you've never seen this before,

4  correct?

5      A.  No, I haven't seen it.  But my -- my

6  line staff reads -- I think it's that memo you

7  have right there at the gate.

8      Q.  Your line staff reads this memo that

9  we're looking at, Exhibit 100, at the gate during

10  work call in the morning?

11      A.  Yes.

12      Q.  How do you know that?

13      A.  I overheard them talking about it.

14      Q.  Who did you --

15      A.  I was out -- I was out a couple of weeks

16  when this was implemented, and they was telling me

17  that they had to read that letter at the gate.

18      Q.  Do they still read this at the gate?

19      A.  Yes.

20      Q.  How often do you go out to the gate for

21  work call?

22      A.  Ma'am?

23      Q.  How often do you personally go to the

24  gate for a work call?

25      A.  I don't go to work call gates, my

1  colonel and lieutenant colonel do.

2       Q.  And who's that?

3       A.  My colonel and my lieutenant colonel.

4       Q.  What are their names?

5       A.  It would be Colonel Britt Rosso and

6  Colonel Edgar Sherman.

7       Q.  And which camp do they supervise?

8       A.  One of these -- they're over all of

9  them.  They go to whatever gate they're checking

10  out.

11      Q.  So this memo dated August 22, 2024, is

12  currently read aloud at the gate in Camp C and

13  Camp D in the morning during work call; is that

14  right?

15      A.  Yes.

16      Q.  And work call is when the inmates line

17  up to get on the buses to go into the field; is

18  that right?

19      A.  Correct.

20      Q.  So you've reviewed this policy.  And my

21  first question is:  Who is Maghen Shipley?

22      A.  She was -- at the time, she was over

23  certain aspects and over control center and DB

24  office, but now she's moved to a different area.

25  This memoranda was supposed to have been read for

1  two weeks at the gate.

2     Q.  But it's your testimony that it's still

3  being read at the gate?

4     A.  Yes, we read it occasionally in case

5  there's new inmates that come out.

6     Q.  When was the last time this was read at

7  the gate?

8     A.  I don't know exactly what date it was

9  read.

10     Q.  But you know that it's still read at the

11  gate?

12     A.  Yes, occasionally, if there's new

13  inmates, it's read.

14     Q.  How often are there new inmates?

15     A.  I don't know, depending on what movement

16  they made or anything of that sort.

17     Q.  So your testimony is that if there's a

18  new inmate who is assigned to work call in the

19  morning, the officers, Rosso and Sherman, will

20  read this memo, Exhibit 105 aloud?

21     A.  Yes.

22     Q.  And if there's no new inmate who shows

23  up for work call, they will not read this aloud?

24     A.  No.

25     Q.  And you know that they read this aloud

1  how?

2      A.  I don't know exactly how they read it or

3  go.  But the colonel and stuff that go to the

4  gates, they decide when it should be implemented.

5      Q.  But how do you know, what is the basis

6  for your knowledge, that this memo is still read

7  aloud occasionally, how do you know?

8      A.  I asked them if they read it whenever a

9  new inmate comes out and they told me yes.

10     Q.  When did you ask?

11     A.  I asked them a couple weeks ago if they

12  were still doing it.

13     Q.  And who did you ask?

14     A.  Colonel Rosso.

15     Q.  And what did Colonel Rosso say?

16     A.  He said yes, when the inmate offenders

17  change, that they are acknowledged of what they

18  are entitled to.

19     Q.  Okay.  Why are Colonels Rosso and

20  Colonel -- sorry, are they both colonels, Rosso

21  and Sherman?

22     A.  One is a colonel and one is a lieutenant

23  colonel.

24     Q.  Why are they both continuing to read

25  this memo aloud at the gate even though it states

1   that it's only to be read aloud two weeks

2   following?

3       A.  If an inmate says that he needs certain

4   things, they read to him what he's entitled to.

5       Q.  I see.  So an inmate has to ask for this

6   to be read to him?

7       A.  No.  If they come to the gate and they

8   want a question like -- it says, "You will be

9   provided lace-up boots, sun hat, sunscreen,

10  long-sleeved shirt, socks, and gloves."  That is

11  all implemented in the camp.  They provide the

12  clothing, not us.

13      Q.  Who's "they"?

14      A.  The inmates.  If they come to the gate

15  and say, Well, they need a hat or they need sun --

16  the long-sleeved shirts, that's all imposed inside

17  their camp.

18      Q.  So the inmate provides their own work

19  clothing?

20      A.  No.  The camp that they live in provides

21  it.

22      Q.  I don't understand what -- how -- what

23  this has to do with the question I asked, which is

24  why is this memo still being read aloud when it

25  says that it only needed to be read aloud for two

1  weeks?

2      A.   If they move inmates from one housing

3  area to another and they're new to the line, they

4  read this to them to explain what they are

5  entitled to.

6      Q.   Okay.  So is there anything -- after

7  you've read this memo -- which you've testified

8  this is the first time you've seen this memo, the

9  first time you're reading it, right?

10     A.   Yes.

11     Q.   Is there anything that you would -- is

12 this memo still accurate as of today?

13     A.   As far as my knowledge, yes.

14     Q.   Is there anything that you would add,

15 amend, change, revise, clarify about this memo?

16     A.   Ma'am?

17         (Discussion off the record at LSP.)

18         THE WITNESS:

19            We've got a fire alarm going off,

20         it's no big deal.  It's a practice fire

21         alarm, if you hear it in the background.

22         MS. WRIGHT:

23            Do you need to break so that you

24         can --

25         THE WITNESS:

 1          No, I'm not going to do that.  We're

 2      going to finish up.

 3      MS. WRIGHT:

 4          Okay, great.  And is there somebody

 5      in the room now?

 6      THE WITNESS:

 7          No.  They just come told me it was a

 8      practice alarm and they closed the door.

 9  BY MS. WRIGHT:

10      Q.  Okay.  My question is:  You've now

11  reviewed this memo dated August 22, 2024 from

12  Maghen Shipley to all LSP staff, correct?

13      A.  Yes.

14      Q.  And after you have reviewed this memo,

15  which provides field operation procedures that

16  will be initiated or continued, do you have

17  anything that you would add, amend, revise,

18  clarify, change about this memo?

19      A.  No.

20      Q.  Are there any field operation procedures

21  that have been initiated that are not included in

22  this memo?

23      A.  No.

24      Q.  If there were field operation procedures

25  that were initiated that are not included in this

1   memo, would you need to get approval to do that?

2       A.   If it's put in -- anything that was

3   changed on this I would have to get approval.

4       Q.   Who would you get approval from?

5       A.   I would go to Warden Demars.

6       Q.   Okay.  This memo says that "Medical

7   copayments will not be charged for work-related

8   injuries in accordance with Departmental

9   Regulation HCP14."

10          Did I read that correctly?

11      A.   Yes.

12      Q.   Is LSP in compliance with that

13  procedure?

14      A.   I have no idea what medical charges.

15  That go through your medical department.

16      Q.   Okay.  It also says, "It is imperative

17  that all procedures listed above be documented on

18  the daily line counts."

19          Do you see that?

20      A.   Yes.

21      Q.   Why is it imperative that all procedures

22  listed above be documented on the daily line

23  counts?

24      A.   To make sure that the inmates know what

25  they're entitled to.

1    Q.   The inmates see the daily line counts?

2    A.   No, the inmates don't see the daily line

3  counts.

4    Q.   Then why is it imperative that these

5  procedures are documented on the daily line

6  counts?

7    A.   Because I was told to document it on the

8  daily line counts.

9    Q.   Is Maghen Shipley a DOC employee or an

10  LSP person?

11    A.   LSP.

12    Q.   So is this, Field Operation Procedures,

13  is this an LSP policy?

14    A.   As far as I know, yes.

15    Q.   Have there been any subsequent LSP

16  policies related to field operation procedures

17  after August 22, 2024?

18    A.   Not to my knowledge.

19      MS. WRIGHT:

20        Okay.  Why don't we take a

21        five-minute break, I'll check my notes,

22        and then we can wrap it up.  Let's go

23        off the record for five minutes.

24      MR. BLANCHFIELD:

25        All right.

1      THE VIDEOGRAPHER:

2        Off the record -- off the record at

3      11:31 a.m.

4      (A break was taken.)

5      THE VIDEOGRAPHER:

6        We are going back on the record at

7      11:34 a.m. Eastern.

8      MS. WRIGHT:

9        Those are all the questions that I

10     have for you today, Warden Sylvester.

11     Thank you for your time.

12     THE WITNESS:

13       Thank you.

14     MR. BLANCHFIELD:

15       Okay.  We'll track down Ashli and --

16     THE VIDEOGRAPHER:

17       We are going off the record at

18     11:34 a.m.

19     (END OF TESTIMONY AT 11:34 A.M.)

20

21

22

23

24

25

1          REPORTER'S PAGE

2          I, RITA A. DEROUEN, Registered

3   Professional Reporter (RPR #6908) and Certified

4   Court Reporter in and for the State of Louisiana,

5   (CCR #2014018), as defined in Rule 28 of the

6   Federal Rules of Civil Procedure and/or Article

7   1434(B) of the Louisiana Code of Civil Procedure,

8   do hereby state on the Record:

9          That due to the interaction in the

10  spontaneous discourse of this proceeding, dashes

11  (--) have been used to indicate pauses, changes in

12  thought, and/or talkovers; that same is the proper

13  method for a Court Reporter's transcription of

14  proceeding, and that the dashes (--) do not

15  indicate that words or phrases have been left out

16  of this transcript;

17         That any spelling of words and/or names

18  which could not be verified through reference

19  material have been denoted with the phrase

20  "(phonetic)";

21         That (sic) denotes when a witness stated

22  word(s) that appears odd or erroneous to show that

23  the word is quoted exactly as it stands.

24

25             RITA A. DEROUEN, RPR, CCR

```
 1          REPORTER'S CERTIFICATE

 2          I, Rita A. DeRouen, Registered

 3   Professional Reporter (RPR #6908) and Certified

 4   Court Reporter (Certificate #2014018) in and for

 5   the State of Louisiana, as the officer before whom

 6   this testimony was taken, do hereby certify that

 7   on February 12, 2025, in the above-entitled and

 8   numbered cause, the deposition of LOUISIANA

 9   DEPARTMENT OF CORRECTIONS, THROUGH ROLAND

10   SYLVESTER, after having been duly sworn by me upon

11   authority of R.S. 37:2554, did testify as

12   hereinbefore set forth in the foregoing 85 pages;

13

14          That this testimony was reported by me

15   in stenographic shorthand, was prepared and

16   transcribed by me or under my personal direction

17   and supervision, and is a true and correct

18   transcript to the best of my ability and

19   understanding;

20

21          That the transcript has been prepared in

22   compliance with transcript format guidelines

23   required by statute or by rules of the board;

24

25          That I have acted in compliance with the
```

1   prohibition on contractual relationships, as

2   defined by Louisiana Code of Civil Procedure

3   Article 1434 and in rules and advisory opinions of

4   the board;

5

6       That I am not of Counsel, nor related to

7   any person participating in this cause, and am in

8   no way interested in the outcome of this event.

9

10      SIGNED THIS 17TH DAY OF FEBRUARY, 2025.

11

12

13      _____

14      RITA A. DEROUEN
        Registered Professional Reporter
15      Certified Court Reporter

16

17

18

19

20

21

22

23

24

25

ACKNOWLEDGMENT OF DEPONENT

   I, ROLAND SYLVESTER, do hereby acknowledge I have

read and examined the foregoing pages of testimony,

and the same is a true, correct and complete

transcription of the testimony given by me, and any

changes or corrections, if any, appear in the attached

errata sheet signed by me.

_____  _____

   DATE              ROLAND SYLVESTER

Subscribed and sworn to

before me on this\_\_\_\_\_ day

of _____, _____.

_____

   Notary Public

1        *** ERRATA SHEET ***

2   NAME OF CASE: Voice of the Experienced v LeBlanc
    DATE OF DEPOSITION:  February 12, 2025
3   NAME OF WITNESS:  ROLAND SYLVESTER
    PAGE  LINE  FROM        TO        REASON
4   _____|_____|_____|_____|_____

5   _____|_____|_____|_____|_____

6   _____|_____|_____|_____|_____

7   _____|_____|_____|_____|_____

8   _____|_____|_____|_____|_____

9   _____|_____|_____|_____|_____

10  _____|_____|_____|_____|_____

11  _____|_____|_____|_____|_____

12  _____|_____|_____|_____|_____

13  _____|_____|_____|_____|_____

14  _____|_____|_____|_____|_____

15  _____|_____|_____|_____|_____

16  _____|_____|_____|_____|_____

17  _____|_____|_____|_____|_____

18  _____|_____|_____|_____|_____

19

20               _____

21  Subscribed and sworn before me

22  this_____day of_____,20___.

23  _____      _____

24  (Notary Public)        My Commission Expires:

```
                Exhibits

EX 0105 Roland S
ylvester 021225
   4:11 20:19,20
   21:13 22:4
   77:20

EX 0106 Roland S
ylvester 021225
   4:14 39:22,23
   40:2

EX 0107 Roland S
ylvester 021225
   4:16 55:17,18

EX 0108 Roland S
ylvester 021225
   4:19 65:10,11


                0

030613   65:17

030617   68:9


                1

1   56:10 58:23
   59:7,10 68:22
   71:9

100   48:20 49:2,
   9,17,19 74:9,
   15 75:9

105   20:19,20
   21:13 22:4
   77:20

106   39:22,23
   40:2

107   55:17,18

108   65:10,11

111-2   74:16

11:31   84:3
```

```
11:34   84:7,18,
   19

12   6:3 13:21
   14:9

141-1   40:3

15   7:18 22:23,
   24 23:22 24:21
   41:8,11,17,18,
   22 42:2,15
   45:23 56:19,23
   58:4,10,12,17
   63:12 70:10
   73:8,10

15-minute   51:20
   52:14 58:7
   63:9

150   48:23

15a   12:20,21
   13:19 14:7,10,
   13,18,21,25

15b   14:5,7,11,
   14,25 15:1
   24:6,7 42:8,25
   43:6,13,24
   45:9,12,23
   46:3 47:24
   48:11,14,22
   49:3,11,17
   50:1,17 56:19,
   23 58:10 62:23
   70:10 73:3,5

18   42:4


                2

2   15:25 16:4,6
   17:2 60:10,21
   61:1

20   29:12,14
   34:7,17 42:4
   65:14 68:13
```

```
20-foot   28:13

2023   19:20

2024   15:20,25
   16:4,6 17:2,8
   20:1,6 21:17
   22:1,6,13
   23:15,16 28:3
   38:11,24 39:3,
   12 40:17 54:20
   57:16 58:6,18
   65:14 68:13
   72:16 74:13,
   17,18 76:11
   81:11 83:17

2025   6:3 16:21
   56:3

21   16:21

22   15:20 21:16
   74:12,18 76:11
   81:11 83:17

24   7:19 12:3,7
   13:24 17:17
   18:21 19:7,13,
   16 20:1,2,6
   21:25 22:5,16,
   19,20 23:15,16
   24:11,13,16
   28:10 30:19
   32:3,6 40:24
   41:5,7,17,21
   45:23 50:10,
   17,19,25 51:4,
   8 56:2,19,23
   58:10 70:10
   72:25

24/25   42:16
   50:24 51:12
   54:9 62:13
   72:8

25   7:19 13:24
   17:18 18:21
   19:7,13,16
   20:2 21:25
```

```
   22:5,18,19,21
   23:17 24:11,
   13,16 28:10,
   20,24 29:12,20
   30:19 31:3,4,
   7,14 32:2,4,6
   34:14 40:24
   41:5,7,17,21
   45:24 50:11,
   18,19,25 51:4,
   8 56:19,23
   58:11 70:10
   72:11,25 74:17

29   16:21


                3

3   17:2,8 27:19
   28:2 38:1
   39:3,12 40:16
   54:20

30   17:22 58:21

30(b)(6)   17:22

31   68:23 71:10


                4

45   51:21 58:5,
   7,13,17 63:10,
   12

48   34:19


                5

5   68:8,12

50   29:1,4,9

5b   7:19


                6

6-by-6   34:6
```

**7**

**7** 29:18 65:21

**7:00** 68:22 71:9

**8**

**8** 29:16 34:7,18

**8-by-8** 34:7

**8:00** 68:22 71:9

**9**

**91** 66:20,21

**962** 21:2

**9:59** 6:2

**A**

**a.m.** 6:2 68:22
71:9 84:3,7,
18,19

**able** 49:22 55:5

**above** 66:21
82:17,22

**access** 9:8,9
25:24

**accommodate**
54:22

**accompany**
11:12,20,24

**accordance** 82:8

**accurate** 21:23
40:22 59:10
61:1 80:12

**acknowledged**
78:17

**across** 34:18
67:7

**action** 63:4

**add** 59:12 61:3
80:14 81:17

**additional** 7:18
17:25 18:3
31:9,15 65:4

**adequate** 33:20
60:5 61:14

**adjust** 47:16

**advance** 10:8

**aforementioned**
56:22

**afternoon** 42:24

**ago** 10:13 30:24
41:13 42:2
78:11

**ahead** 60:20
74:25

**air-conditioning**
46:12,13 47:7,
8

**airplane** 13:7

**airplanes** 12:25

**airstrip** 12:22,
24 13:6,16
14:10

**airstrips** 48:4

**alarm** 80:19,21
81:8

**allow** 63:13

**allowed** 46:15

**alongside** 46:6

**aloud** 76:12
77:20,23,25
78:7,25 79:1,
24,25

**alternate** 41:16

**amend** 59:13
61:4 80:15
81:17

**Andrew** 6:22

**Angola** 10:23

**answer** 15:13,14
18:24 39:6
45:16 48:6
49:14 62:17

**answering** 63:6

**anybody** 8:6
10:8

**anymore** 26:15

**anyone** 61:21
74:5

**anytime** 24:23

**appearances**
6:15

**application**
50:1

**appropriate**
18:8,11

**approval** 82:1,
3,4

**approved** 36:13

**approving** 60:16
64:23

**approximately**
13:21 27:18
39:13 48:20

**April** 16:21

**area** 18:5 42:21
48:25 55:4
69:23 70:5,6
72:10 76:24
80:3

**areas** 11:19
15:3 68:21
69:9,11,17,22

71:7,9,13,15,
25 72:4 74:1,2

**around** 13:2
26:19 28:2

**Ashli** 8:5 84:15

**asked** 18:18
61:20 78:8,11
79:23

**asking** 47:12
48:10 49:6

**aspect** 60:3
71:20

**aspects** 76:23

**assigned** 15:7
63:12 77:18

**assistant** 11:2,
6 16:19

**assume** 58:20

**attached** 52:17

**attachments**
66:1

**August** 15:25
16:6 22:6,13
23:15 38:5,8,
11,22 74:12,
17,18 76:11
81:11 83:17

**available** 69:22
71:8

**aware** 39:18

**awkward** 15:9

**B**

**back** 16:24
18:17 22:14
23:14 45:13
46:21 47:15
48:16 53:13,16
57:15 72:16

Case 3:23-cv-01304-BAJ-EWD and Sylvester 2013(b) (6)   06/26/25   Page 93 of 106
Rod and Sylvester 2013(b) (6)
February 12, 2025                                          3

84:6

**background**
80:21

**backing**  44:12

**ballpark**  19:15
25:11

**Bars**  6:20

**based**  30:15

**basis**  78:5

**Bates**  65:17
68:9

**beds**  13:3

**begin**  38:16

**beginning**  27:18
38:19

**behalf**  6:10,12
7:21 10:16

**behind**  6:19
30:13 44:6

**bench**  34:16

**benches**  28:14

**benefits**  33:1

**better**  33:16
42:17

**big**  80:20

**Blanchfield**
6:21,22 9:16
17:19 18:12,23
62:3,7,14
83:24 84:14

**blue**  21:20

**body**  47:14,16

**boots**  79:9

**bottom**  56:1

**bought**  25:10
38:2

**break**  51:20
52:14 55:15
58:13,14,16,19
63:10,13 80:23
83:21 84:4

**breaking**  19:10

**breaks**  26:24
28:15 58:1,3,7
66:11,16 69:23
71:8,14,25
72:4,10 74:1

**bring**  31:17
32:5 42:17
44:22 52:6

**bringing**  11:8

**Britt**  76:5

**brought**  31:6,
10,24 38:6,13
42:5

**build**  32:12
33:4 34:20
35:23 36:16

**built**  34:24
36:21 37:6,17,
19,21 40:24
41:4 51:9

**built-in**  28:16,
19 29:20

**bus**  24:9 43:14,
15,16,20,24
45:18,21 46:4,
5,6,7,8,12,16,
25 47:1,7,10,
15,18,21,22,23
48:1,5,6,12,
16,20,23,24
50:12,15,17,
19,20 51:1,11,
18,20 52:3,5

**buses**  46:1,2,13
47:6,8 50:9,22
51:4 62:22

71:23 73:3,5
76:17

**buy**  25:8 37:13

──────────

**C**

──────────

**call**  14:25
75:10,21,24,25
76:13,16
77:18,23

**camera**  8:20

**camp**  14:21
41:20 73:13
76:7,12,13
79:11,17,20

**camps**  14:23
41:25

**care**  65:14

**case**  15:20,24
16:4 21:3
25:15 28:6
53:6 77:4

**cellblock**
70:12,16

**center**  76:23

**certain**  66:17
76:23 79:3

**chairs**  32:17,
20,22,23,24

**chance**  14:16

**change**  20:9
54:21 57:4,6
59:13 61:4
67:7,11,15
73:4 78:17
80:15 81:18

**changed**  55:11
65:1 66:11
82:3

**changes**  7:16

17:23 19:21,25
60:17 61:9,17,
22,24 64:24

**changing**  57:20,
23 58:1,2

**charged**  82:7

**charges**  82:14

**check**  12:1
31:21 83:21

**checking**  76:9

**choice**  63:11

**choose**  39:2

**claim**  56:17

**clarify**  26:14
36:19 37:3
61:4 80:15
81:18

**clean**  38:9

**clear**  54:11

**close**  26:2,24
27:5 48:13
50:23 52:8,10

**closed**  81:8

**closer**  50:16

**clothing**  79:12,
19

**clue**  34:22
36:12,14 39:1
67:24 68:2

**cold**  47:10,11,
12,15

**collard**  19:10
30:23 42:23

**colonel**  40:15
76:1,3,5,6
78:3,14,15,20,
22,23

**colonels**  78:19,

20

**color** 21:4

**combined** 22:21

**come** 14:21,22
29:10 31:9
33:10,12 41:18
49:19 67:7
70:11 77:5
79:7,14 81:7

**comes** 67:11
78:9

**comfortably**
34:13,15

**comment** 61:25
62:2 63:1

**common** 45:7
46:21 47:4,5
48:19 49:21,24
60:3

**communicate**
46:21

**communicated**
44:15

**completed** 27:23
38:1

**compliance**
70:22,25 71:3
82:12

**complied** 8:21

**comply** 67:20,25
70:1,4

**compound** 37:20

**comprised** 58:24

**computer** 9:23
67:2

**conceiving**
60:15 64:23

**connected** 44:24

**connection** 21:8

**consideration**
26:25 27:8,9

**constantly**
42:14 43:3,7,9

**construct** 37:1
39:14,19

**constructed**
36:24

**constructing**
33:15 38:16

**consulted** 57:1
61:6,8,16

**context** 51:3,6,
17 52:5

**contexts** 52:3

**continue** 22:10
73:3

**continued** 81:16

**continuing**
78:24

**control** 76:23

**conversation**
15:10

**cool** 46:2

**cooler** 47:11

**coolers** 26:9

**Cooper** 64:19

**copayments** 82:7

**copy** 9:13

**cornfields**
13:12

**correct** 7:19
11:4,11 16:24
17:5 19:23
20:3 21:17
24:24 30:5
32:10 34:16

35:23 36:4
37:4,5,7,11,15
41:4,6 42:9,
10,19,20 43:1,
19 50:8 53:11,
14,18 54:3,14
57:13 58:9,12
64:21 65:6
69:25 70:3,7,
18,21 71:10
72:1,5,15
73:1,15 74:21
75:4 76:19
81:12

**Corrections**
7:5,16,22
10:17 19:20
21:25

**correctly** 49:7
56:24 63:22
65:18 68:24
82:10

**counsel** 6:14
7:4 9:13

**counts** 82:18,23
83:1,3,6,8

**couple** 25:14
53:3,22 72:23
75:15 78:11

**court** 6:11,16,
24 15:11 18:19
49:15

**coverage** 24:17

**COVID** 70:13

**create** 67:22

**created** 37:14

**crew** 47:24

**crop** 13:11 55:1

**crops** 14:3
52:20 53:20
54:21

**crush** 52:20

**cucumber** 21:14

**cucumbers** 21:14

**cups** 61:13

**cut** 12:17 13:22
14:9

**cutting** 12:17,
21,22 13:2,20
41:15

---

**D**

**daily** 11:18
82:18,22 83:1,
2,5,8

**damage** 53:19

**damaged** 19:11

**Darrel** 64:18

**date** 8:17 16:25
21:18 23:19
24:2 27:15,17,
22 28:5 40:19
41:12 56:17,20
68:13 72:17
74:17 77:8

**dated** 56:2
65:14 74:12
76:11 81:11

**dates** 8:13,15
9:1 38:2

**day** 11:23 12:4,
7,11 16:11
27:19,20 30:15
39:10 40:20
41:1,12

**DB** 76:23

**dead** 41:16 55:4

**deal** 80:20

**debuted** 54:19

**decide** 25:22
26:6 50:5 52:2
72:3 78:4

**decided** 34:20
35:22,24 37:13
72:6,8

**decision** 25:19
51:16,24 54:20
60:7 72:19

**defendants** 6:23

**defense** 9:13
50:3

**define** 52:10

**degrees** 66:20

**delivery** 38:1

**Demars** 57:9,10,
14,18 63:23
72:14,18,23
73:2 82:5

**department** 7:4,
15,22 10:16
19:20 21:25
82:15

**Departmental**
82:8

**depending** 14:19
50:4 52:5
77:15

**depends** 69:18

**depicted** 22:3

**depiction** 40:23

**deposed** 15:24

**deposition** 6:4
9:23 10:5,9
15:10 16:7
35:17

**depositions**
74:10

**Derouen** 6:12

**describe** 28:12

**described** 60:17

**design** 35:20
36:9 37:14

**designated** 7:14
17:23 49:18

**designed** 35:3,
11 36:2,22

**designee** 68:18,
19 69:1,4,10

**designs** 36:13

**destroy** 33:11,
12,14

**destroyed** 25:15

**detach** 53:12

**detail** 56:12

**determination**
31:20

**determine** 47:20
49:24

**determines**
31:18

**developing**
60:15 64:23

**difference**
14:13

**different** 11:18
14:15,23 15:3
41:24 50:2
65:4 76:24

**disconnect**
44:23

**disconnected**
44:21

**discretion**
16:12 70:15,17

**discussed** 30:24
50:12 64:25

**discussing** 42:3
61:10

**discussion**
80:17

**distance** 26:2

**distinction**
42:15

**ditches** 43:9

**DOC** 10:19 20:1,
5 22:12 23:16
24:10,12,15,
20,25 25:8
26:5,14 27:4,
12,23,24 28:10
29:3 31:13
32:12,21 35:22
37:3,6 38:11,
24 39:2 41:4
43:12 44:10
45:3,22 46:19
47:20 49:1,8,
16 51:6 59:15,
22 61:21 65:7
67:18 70:22,25
71:3,21 73:23
83:9

**document** 8:19,
22 20:23,25
21:2,3 55:20,
25 56:5 57:3
65:16 74:12
83:7

**documented**
82:17,22 83:5

**documents** 8:8
9:14

**doing** 10:14
19:7 41:14
47:25 48:11,22
50:5 78:12

**door** 81:8

**dorms** 11:8

**dragging** 54:2

**Drew** 9:12 18:7
62:6

**drinking** 61:13

**drive** 48:13
51:1 52:16
53:4,9,12,16,
17

**driven** 53:20

**driver** 47:7

**due** 19:11 20:16
25:15

**duly** 7:8

**dusters** 13:11

---

**E**

**earlier** 73:8

**easier** 15:4
32:21 51:18

**Eastern** 6:3
84:7

**eater** 24:7

**eaters** 13:23
14:9 42:14

**ECF** 21:2 40:3
74:16

**Edgar** 76:6

**effect** 66:19
68:5

**effective** 46:2
62:24 72:9

**efficient** 62:24
72:9

**eight** 25:12,13

**eighth** 38:8,22, 23

**either** 30:17 43:15

**employee** 83:9

**end** 26:21,22 53:15 55:4 84:19

**enemies** 41:24

**ensure** 68:20

**ensuring** 69:10

**enter** 48:7 54:13

**entitled** 20:23 68:14 78:18 79:4 80:5 82:25

**entrance** 13:4

**erect** 59:23

**erected** 21:24 27:4

**estimate** 34:11

**everybody** 6:25 41:21

**exact** 19:14 21:18 24:2 25:9,10 27:21 38:2 41:12 64:7 72:17

**exactly** 8:14 15:8 40:19 57:18 62:21 63:20 77:8 78:2

**EXAMINATION** 7:10

**examined** 7:8

**excuse** 68:19 72:7

**executive** 7:4

**exhibit** 20:19, 20,23,24 21:13 22:4,8 39:22, 23 40:2 55:17, 18 65:10,11 74:8,9,15 75:9 77:20

**expect** 63:14

**expensive** 39:7

**Experienced** 6:6

**explain** 80:4

**extent** 18:8

**extra** 25:14

**F**

**fab** 37:20

**fabricated** 38:7

**fabrication** 38:15

**failed** 56:21

**fair** 12:3 37:12

**fall** 32:25 44:14

**falls** 70:14

**familiar** 56:5

**far** 39:4 43:2 48:15,18,24 49:25 50:5,23 80:13 83:14

**farm** 7:18 11:9, 12,17,24 12:10,15 14:23 17:10 18:10 19:22 20:6 21:17 25:1 28:6 29:8 33:17 40:17

56:16 57:12 58:8 61:9 70:6 73:24

**feasible** 33:6 36:10 42:16 43:5 52:3,4

**February** 6:3

**feet** 29:14,16, 18 34:7,17,18, 19

**felt** 62:23

**fence** 43:8

**field** 11:3,6,21 12:4 16:19 19:9,10 21:15 25:20 26:20 27:13 30:9,10, 18,24 31:5,10, 14 32:4,8,9 33:9 38:19 39:11 42:16,20 44:21,22 47:25 48:1,2,7,12,13 50:13,19,20 51:1,2 52:7, 12,18,25 53:1, 2,10,24,25 54:7,11,13,15, 25 63:9 69:6, 8,13 70:7,8, 11,14 74:4,20 76:17 81:15, 20,24 83:12,16

**fields** 11:13, 16,18 12:11, 12,15 17:18 18:22 27:4,16 36:6,7 41:10 52:11 62:12 73:14

**figure** 23:3

**filed** 19:19 21:2 40:3

74:15,16

**find** 10:11 34:23

**fine** 19:15

**finish** 15:12,14 16:16 55:16 81:2

**finished** 59:3, 5,6 60:23 75:1

**fire** 80:19,20

**first** 7:8 10:11 27:20,22 34:23 39:10 40:20 41:1 50:3 65:17 66:10 76:21 80:8,9

**fit** 34:8,12,14

**five** 58:21 83:23

**five-minute** 83:21

**flew** 13:10

**flower** 13:3

**folks** 34:11 46:3

**follow** 63:15, 16,17

**following** 68:20 69:21 79:2

**follows** 7:9

**footage** 49:18

**foreman** 35:14 36:1

**form** 62:4,8,15

**four** 24:25

**frame** 38:20

**freeze** 19:11

Case 3:23-cv-01304-BAJ-EWD and Sylvester 2130(b) (6) 03/26/25   Page 97 of 106
Rod and Dy west 30135
February 12, 2025                                             7

**Friday** 18:25
  19:4,8 31:5

**front** 8:3,20
  34:18 40:9,11

**frostbit** 41:16

**frozen** 59:5

**fully** 36:24

**fuzzy** 21:8

---

**G**

**gate** 75:7,9,17,
  18,20,24 76:9,
  12 77:1,3,7,11
  78:25 79:7,14

**gates** 75:25
  78:4

**Gatorade** 26:10
  46:5

**Generally** 62:20

**getting** 8:16
  71:19

**give** 20:17 39:6
  60:5 62:18
  63:9,12

**given** 43:2

**gloves** 79:10

**goes** 32:3,4
  46:21 66:19
  73:14

**going** 12:9
  15:16 16:22,24
  17:3 18:4,14
  20:18,19 22:8
  32:24 39:21
  42:23 43:10
  45:14 47:2
  48:19 55:13,
  17,25 56:9
  58:4 60:9

61:25 62:2,18,
  19 63:1,2
  65:10,20 68:8
  72:12,21,24
  74:8 80:19
  81:1,2 84:6,17

**good** 7:12,13
  19:5 23:5

**grass** 12:17,18,
  21,22 13:2,20,
  22 14:9

**grass-cutting**
  42:12 47:24

**great** 10:3 81:4

**green** 19:9,10
  30:23 31:5
  32:3,8 54:15

**greens** 41:15
  42:22,23 54:8

**ground** 32:24

**grove** 32:4,9

**guess** 20:7 23:7
  27:21 38:20
  57:15

---

**H**

**halfway** 52:6,12

**happen** 32:7
  44:13 48:23
  62:25 63:8

**happened** 59:20
  68:3

**harvesting**
  54:10

**hat** 79:9,15

**haul** 43:22
  44:3,8 45:1,4
  52:23,24,25
  53:2,23 54:6,

7,24 55:1,3

**hauled** 50:19

**hauling** 30:14

**HCP14** 82:9

**HCP8** 65:14
  67:20 68:12
  70:23 71:1,4
  73:22

**health** 65:13

**hear** 40:6 80:21

**heard** 39:16

**heat** 20:7,12,
  15,16 47:16
  56:16 66:12,
  16,19,20

**heat-related**
  20:10 66:8

**Hebert** 40:15

**held** 6:7

**high** 47:14

**hit** 23:9

**hold** 8:19 23:8

**hook** 30:2

**hot** 47:11,12

**hour** 55:14

**house** 30:13

**housing** 11:9
  41:19 80:2

---

**I**

**ice** 30:13 63:24
  69:23

**idea** 82:14

**identification**
  56:16

**Identify** 60:14

**imperative**
  82:16,21 83:4

**implement**
  59:16,17 60:5
  61:18 70:19

**implemented**
  39:11 56:18
  61:17,19 64:3,
  5 65:2 68:21
  69:11 75:16
  78:4 79:11

**implementing**
  60:16 64:24
  69:2,5,15

**imposed** 79:16

**inclement** 19:6
  26:18

**include** 58:10
  65:25

**included** 81:21,
  25

**indeed** 42:17

**index** 20:16
  66:12,16,19,20

**indicates** 73:23

**initially** 24:4,
  10

**initiated**
  81:16,21,25

**injuries** 82:8

**inmate** 77:18,22
  78:9,16 79:3,
  5,18

**inmates** 26:21
  28:14 33:25
  37:21 42:25
  44:5 47:8
  52:12 68:21
  69:8,12,16,22

71:8 74:2
76:16 77:5,13,
14 79:14 80:2
82:24 83:1,2

**inside** 79:16

**inspection**
15:19 16:3
17:1,6 21:17
27:20 28:6
40:17

**instance** 54:8

**Interesting**
13:7

**Interrogatories**
55:22

**Interrogatory**
56:9 58:23
59:10 60:9,21
61:1

**introduce** 7:6

**involved** 25:16,
19 60:14

**issuance** 56:15

**issue** 64:12,15

---

**J**

**James** 6:6

**January** 56:2

**Jason** 6:9

**job** 63:19 64:2

**Jonathan** 7:3

**July** 15:20
21:16 57:15,16
58:6

**June** 20:1,6
22:1,5,13,15
23:15 24:3
57:15,16 58:6,

18 72:16

---

**K**

**keep** 30:14
44:24

**kidding** 13:10

**kind** 36:9 63:3
67:8 73:23

**know** 10:21
15:5,9,16
21:7,18 22:9
23:19 24:2
25:9 27:21
34:5 35:10,22
36:9 38:3,18
39:4,9,17
40:19 41:12
48:18 59:3,4
60:1,11,22
72:22 73:7
74:6,7 75:1,12
77:8,10,15,25
78:2,5,7 82:24
83:14

**knowledge** 18:9
29:7 35:24
37:19,22 39:20
41:3 45:10,17
61:2 65:1 68:4
71:2,6 73:20,
25 78:6 80:13
83:18

---

**L**

**Laborde** 65:23

**lace-up** 79:9

**land** 13:1,13,15

**landed** 13:8

**larger** 33:22

**lawsuit** 19:19

**leave** 48:1,7,12
50:20 53:22
54:5,23 55:4

**leaves** 50:16

**Leblanc** 6:6

**Legal** 6:10,12

**letter** 75:17

**letters** 60:17

**level** 66:17,18

**Levin** 6:9

**liability** 44:9

**lieutenant**
76:1,3 78:22

**light** 23:12

**lighting** 23:3

**lights** 22:25

**limit** 18:4,7

**line** 11:10
12:3,7,10,15,
16,19 13:19
14:5,10,25
21:17 22:14,
16,18,20,23,24
23:22 24:6,7,
9,21 25:24
26:6 28:6
29:8,12 32:1,
3,4,8,11 40:18
41:8,11,18,22
42:2,8,15,25
43:6,13,24
44:15 45:9,12
46:3,23 47:1,
23 48:3,11,14,
22 49:3,11,23
50:3,16 56:16,
21 57:12 58:8
61:9 62:22
63:8,14 73:8,

10,11,13,19,24
75:6,8 76:16
80:3 82:18,22
83:1,2,5,8

**lines** 7:18
11:12,17,20,24
13:24 14:15
17:10,14,17
18:10,21 19:6,
7,13,17,22
20:2,6 21:25
22:5 23:16
24:11,12,16
25:1 28:10
33:17 40:24
41:5,9 43:8
50:10,17 51:4
54:9 56:19,23
58:10 70:6,9,
11,12,16,17,20
72:6,8

**list** 8:24 9:1,2

**listed** 82:17,22

**literally** 34:18

**little** 71:19

**live** 79:20

**located** 7:24
30:6,8

**long** 29:14 34:7
43:10 52:14

**long-sleeved**
79:10,16

**longer** 33:21

**look** 56:9 58:22
67:4,6

**looked** 66:10,
14,15,22,25

**looking** 9:22
21:12 68:12
71:22 73:21
75:9

**looks**  74:19

**lot**  30:11,12

**Louisiana**  7:25
10:24 11:3
17:7

**love**  29:10

**LSP**  10:23 11:7
13:10 14:24
15:4,19 16:3
19:4,22 23:6
35:7,9 36:1,
21,23 38:13,15
45:4 50:7,9
51:3,7 53:7,9
55:9 58:6
59:16,23 61:21
64:20 65:8
67:20,22,25
68:6 69:5,12
70:1,4,16
71:12 72:2
73:23 74:1
80:17 81:12
82:12 83:10,
11,13,15

**LSP's**  70:22,25
71:3

**Lydia**  6:19
17:21

---

**M**

---

**made**  19:21 23:7
54:20 72:18
77:16

**Maghen**  74:19
76:21 81:12
83:9

**main**  13:1,4,13,
14

**maintenance**
35:2,4,5,7,8,

9,10,14,15
36:1,8,17,20
69:19 74:5

**make**  11:22 12:9
31:20 38:9
51:16 57:24
60:6 63:25
64:2,4 82:24

**makes**  30:1
51:17,23

**mark**  20:19
39:22

**marked**  20:20
39:23 55:18
65:11 74:9

**material**  8:24

**materials**  8:17
9:2 36:15,18,
20

**matter**  6:5
16:14,20

**mean**  14:10 20:8
25:25 33:7
35:6 38:22
44:4 47:13
58:2 63:3
66:14

**meaning**  66:24

**means**  73:6

**measures**  56:13,
14,18,20,22
57:4,5,11,20,
22

**medical**  82:6,
14,15

**meet**  10:8

**memo**  74:18,19
75:6,8 76:11
77:20 78:6,25
79:24 80:7,8,

12,15 81:11,
14,18,22 82:1,
6

**memoranda**  76:25

**memorandum**
74:12

**men**  11:8 13:19
14:9 28:24
34:14

**mentioned**  16:6

**metric**  49:19

**middle**  47:25
48:12 52:18
53:10 54:13

**mind**  18:17

**mine**  63:17

**minutes**  51:21
58:4,8,12
63:10,12 83:23

**mobile**  20:2,5,
12,15 23:22
24:8,11,25
27:24,25 28:8,
19,23 30:1,18
33:16 34:14,20
40:23 41:5
42:8,12,17
43:5,17,20,21
44:16 45:5,8,
11,20,21
54:12,19 59:23
62:23 71:24
72:10,19,25

**monitor**  70:22,
25 71:3

**monitoring**
60:16 64:24

**month**  37:25
38:4,8,21,22,
23

**months**  72:23

**morning**  7:12,13
42:24 75:10
76:13 77:19

**move**  24:9 26:19
30:3,9,15,21,
25 32:19,20,
21,22 42:25
43:3,9 44:16,
25 45:14,15
80:2

**moved**  26:21,22
30:17 76:24

**movement**  77:15

**moves**  47:22,23

**moving**  42:14
43:7,25 47:23

**mustard**  19:9
30:23 31:5
32:3,8 42:22
54:8,15

---

**N**

---

**name**  6:9

**named**  36:1

**names**  76:4

**necessary**  33:4
62:1,11

**need**  8:13 10:7
14:24 22:11
26:16 30:9
40:7 58:14
60:4 61:19
63:13 79:15
80:23 82:1

**needed**  7:6
31:15,17,18
58:13 59:19
61:18 79:25

**needs** 79:3

**never** 31:16
32:7 45:6
46:20 48:15
57:3 59:25
65:9 73:4 75:3

**ninth** 37:25
38:4,21

**notes** 83:21

**notification**
67:8,12

**notified** 10:13

**November** 54:18

**number** 14:19,20
19:14 25:10
56:10 58:23
59:10 60:10
61:1 65:14,17

---

**O**

**Object** 62:4,15

**objected** 62:8

**observing** 12:10

**obviously** 9:23

**occasion** 41:14
42:2,6

**occasionally**
77:4,12 78:7

**occurrence**
56:20

**October** 16:4
17:2,8 27:18,
19,22 28:2
38:1,20,21,24
39:3,12 40:16
54:20 65:14
68:13,23 71:10

**offender** 31:9
44:12 49:22

**offenders** 20:17
28:14 31:3,21
35:6 39:5
43:22 44:4
45:1,4 46:15,
24 47:22 78:16

**office** 8:1,2,4,
5 76:24

**officer** 47:2,17
48:25 49:2,5,
8,16,23 50:7

**officers** 46:24
63:9,14 77:19

**official** 7:15
58:16

**officials** 45:4

**okay** 7:1 9:12
15:15 18:25
23:11,14,21
24:5,10 25:16
26:5 27:23
28:8 32:7
37:13 38:8
40:2 41:18
42:1 45:3
47:17 52:1
53:9 55:7,13
56:12 59:8
60:24 63:21
65:16,20 66:13
74:11 75:2,3
78:19 80:6
81:4,10 82:6,
16 83:20 84:15

**Oliveaux's** 8:5

**once** 26:20
27:23

**one** 11:22 19:25
22:14,16,18,
20,24 23:16
24:4,10,22
26:21 31:1,2,
6,9 32:11

41:12 42:7,21
44:1 55:3
60:21 61:11
63:8 65:9
72:18,21 76:8
78:22 80:2

**one-page** 74:12

**ones** 25:14
61:11 70:9

**open** 9:25 44:8

**operation** 19:22
56:15 81:15,
20,24 83:12,16

**operations**
11:3,7 16:19
38:19 61:9
69:6,8,14
70:7,8 74:4,20

**opinion** 62:18

**opposed** 33:2

**orchard** 40:10

**order** 54:21
56:14,15 63:5

**ordered** 8:17

**orders** 63:2,15,
16,22

**Otis** 35:12 36:2
37:14

**outage** 23:6

**outdoor** 68:14,
20,21 69:2,5,
9,11,16,22
71:9 74:2

**overheard** 75:13

**oversight** 70:9

**owns** 24:25

---

**P**

**p.m.** 68:22 71:9

**package** 37:10

**page** 65:17,21,
23 68:8,12

**pages** 21:4
55:24 66:2

**paragraph** 60:22

**paragraphs**
58:25 59:2

**park** 47:20 48:1

**part** 38:7 39:8
44:10 66:15

**particular** 12:4
51:17 71:13
72:3

**patches** 52:23

**path** 54:12

**pathology** 56:16

**pecan** 32:4,9
40:10

**Penitentiary**
7:25 10:25
11:4 17:7

**people** 14:20
19:12,16 24:18
27:5 28:18
29:1,4,9,21
31:4,7,14 34:8
42:1 43:13
45:23 48:14
50:10,24 58:8
62:12 72:11

**period** 43:11

**periodically**
12:1

**permitted** 46:24

person  12:10
48:22 49:2,17,
24 51:23 60:6
83:10

personally
75:23

personnel  63:4

persons  60:14

pertain  69:7

pertained  66:15

pertaining  8:11

photograph
21:10,23 39:25
40:4,8,12,16

photographs
21:5,16,20

physically  7:24
49:22

pick  14:3

picking  21:14
50:13 54:25
55:1 73:10

place  12:25
15:19 16:3
17:7 20:17
25:20 26:9
29:6 30:3
33:20 42:13
43:10 46:3
50:2 73:22

Plaintiffs'
55:21

plan  16:10
29:6,8 45:8,11

plans  16:7,8,
13,18 39:14,18
65:3

planted  53:3
54:16,17,21

plants  19:11

please  6:14
8:20 16:16
21:7 59:2
60:11,22 75:1

point  12:5,9
23:18 24:12
61:8

policies  7:17
17:24 67:6,22
83:16

policy  20:10
31:13,16 44:10
45:4,6 46:19,
20 49:1,8,16
58:19 59:22,25
65:7,14 66:3,
8,9,11,15,18,23
67:9,11,15,18
68:1,5,9 69:7
70:2,4,20
71:1,7,18,21
73:17,22 76:20
83:13

Porta-potty
26:9 40:10
52:9 53:23

position  16:19
35:13

possibly  18:15

power  23:5,6,7,
11

Powerdms  66:25
67:5,6,13

practice  53:7,9
55:8 80:20
81:8

practices  7:17
17:24

preferable
36:10

preparation
35:17

prepare  10:4

prepared  7:21

present  15:18
16:2 17:6

pretty  11:22

prevention
56:17

previously  74:9

price  39:9

prior  74:10

probably  54:18

problem  29:5

procedure  60:2
82:13

procedures  7:17
17:24 64:13,16
65:5 67:23
68:15,20 69:2,
5,16 73:24
74:20 81:15,
20,24 82:17,21
83:5,12,16

proceeding  6:7
9:24

process  53:19

procures  9:13

produced  36:17

produces  9:15

product  54:7,24

productivity
33:6,16

program  67:1

project  47:25
48:11

provide  22:12

23:21 24:17,18
29:23 32:15
33:24 34:2
43:12 45:23
46:2 50:10
51:4,7,11
56:21 62:11
64:9 71:13
72:3,9 74:1
79:11

provided  22:5
23:16 24:6,10,
20 57:25
61:13,15 79:9

provides  28:10
33:19 72:11
79:18,20 81:15

providing  20:1,
5 43:25 58:7

provision  7:18
17:25 18:3

proximity  26:3,
24 27:5 48:13
50:23 52:8,10

Public  7:5,15

pull  33:8 44:6,
22

pulled  43:17

purchase  24:15

purchased  24:12
26:5 34:25
35:1,10 36:15,
20,24,25 37:3,
24 38:6,11

purchasing  39:8

purpose  43:25
54:2

put  25:5,22
26:8,11 32:17,
23 37:1 39:5
41:21 44:5

46:21 52:11
54:24 55:2,6
82:2

**putting**  22:14
23:19,20

---

**Q**

**question**  15:13,
14,17 16:16
17:3 18:5,18,
20 20:13 48:11
49:13,14 58:23
62:9 63:7
76:21 79:8,23
81:10

**questions**  10:7
18:7 57:2 84:9

**quite**  18:11

---

**R**

**raining**  17:13,
15

**Ratcliff**  35:12,
16,19 36:2,5
37:14

**re-ask**  16:17

**read**  56:24 59:2
60:20 65:18
68:24 69:24
75:17,18
76:12,25 77:3,
4,6,9,10,13,
20,23,25 78:2,
6,8,24 79:1,4,
6,24,25 80:4,7
82:10

**reading**  18:17
80:9

**reads**  75:6,8

**ready**  14:4

**realize**  13:6

**reason**  32:25
51:14

**reattach**  53:16

**recall**  32:1
72:17

**receive**  63:22
66:23

**recognize**  21:10
40:4

**record**  6:2,15
7:1 16:17 17:4
23:2,12 36:19
38:9 40:3
49:14 74:16,17
80:17 83:23
84:2,6,17

**refer**  10:19
37:10

**referenced**  66:1

**referring**  50:6

**refuse**  63:2

**refused**  62:22
63:9

**refusing**  63:4

**regarding**  67:23
74:20

**Regulation**  82:9

**related**  83:16

**relationship**
20:11,14

**remedial**  56:14

**remember**  21:19

**reminder**  8:12

**reminding**  73:16

**remotely**  6:7

**Repeat**  20:13
70:24

**replaced**  64:19

**reporter**  6:11,
16,24 15:11
18:19 49:15

**required**  67:20
70:1

**respect**  19:21
27:1 56:18,22
57:1,11 64:23
70:20

**response**  56:13
58:22,24 59:9
60:20,25 61:6

**Responses**  55:21

**responsible**
11:8 60:15
69:15 74:3,4

**resting**  46:3

**retire**  16:7,8,
10,13,18,22

**review**  66:9
67:16 74:25

**reviewed**  76:20
81:11,14

**revise**  65:4
80:15 81:17

**right**  11:10
13:5 15:6,20,
25 16:4 17:10
19:14 24:19
26:13 28:2,9
30:6,11,13
33:13 34:15
36:3 38:14
39:12 40:10,18
42:3 43:18
44:2 59:16
63:19 64:1,20
66:3 69:24

**Repeat**  20:13

71:14,22,24
73:21 75:7
76:14,18 80:9
83:25

**Rights**  6:19

**Rita**  6:11 18:17

**road**  13:1,2,14,
15,16,17 48:1,
7,8,10,12
50:16 52:22,25

**roads**  48:4

**roadsides**  43:9

**Roland**  6:4 7:7
18:24

**role**  63:22,25
64:22

**roll**  38:25
46:8,15

**room**  8:6 23:9
81:5

**Rosso**  76:5
77:19 78:14,
15,19,20

**Roughly**  19:16

**round**  11:22

**row**  55:6

**rows**  53:3,22
54:1,6,23

**run**  14:24 29:5,
8 41:22 47:7

**running**  32:8

---

**S**

**Safety**  7:5,16
10:16

**sake**  15:11 17:4
49:15

**says**  56:12
  60:14 68:18,19
  69:8,21 71:24
  79:3,8,25
  82:6,16

**scanner**  9:8

**scenario**  50:3

**scope**  17:21

**screen**  9:22,23
  10:1 20:19,23
  23:5 39:25
  55:20 56:10
  58:24 60:10
  65:13 68:10
  74:11

**scroll**  55:25
  65:20

**scrolling**  21:3

**seal**  21:2

**seat**  28:19,24

**seating**  28:16
  29:20 32:15
  33:24 34:19
  37:2,7,15,18
  72:11

**seats**  46:5

**second**  16:3
  17:1,6,20
  24:12,15 27:19
  28:5 31:11
  40:17

**Secretary**  65:23

**section**  68:14

**Security**  50:3

**see**  9:22 13:4,
  13 14:8 15:4
  18:14 20:18,
  22,24 21:4,8,
  21 22:9,11
  26:11 39:25

42:1 49:1,22
  55:20 56:2,10
  58:23 60:10,
  12,13,18 61:20
  65:13,22 66:2
  67:1,12 68:10,
  16 74:11 79:5
  82:19 83:1,2

**seeking**  47:9

**selecting**  25:16

**sense**  45:7
  46:21 47:4,5
  48:19 49:21,24
  51:17 60:3

**separate**  73:17

**September**  19:20

**serves**  43:24

**set**  8:11 16:14,
  20 26:7 27:1,
  10 33:10 55:21

**seven**  55:24
  66:2

**seven-page**
  65:16

**shade**  7:18
  8:12,16 18:1,3
  20:2,6,12,15,
  17 21:24 22:4,
  10,12,16,20
  23:16,22 24:5,
  11,12,15,18,
  20,25 25:3,7,
  17,20,23 26:5,
  7,8,11,15
  27:12,14,15,
  24,25 28:9,10,
  12,19,23
  29:13,23 30:6,
  8,18 31:6
  32:12,15 33:2,
  4,16 34:2,12,
  14,20 35:20,23

36:2,10,16
  37:1,7,9,15,
  17,21 38:7,16,
  25 39:2,5,7,
  11,14 40:9,23
  41:2,5,8 42:5,
  9,17 43:6,12,
  14,16,17,21,
  23,25 44:4,16
  45:5,9,12,13,
  19,20,21,23
  46:2,6,17 47:9
  48:16 50:10,21
  51:4,7,9,12,13
  52:4,5,6,8,11,
  13,17 53:5,10,
  16,17,21 54:2,
  6,12,19,22
  55:6 59:18,19,
  22,23 60:4,5
  61:14 62:12,23
  63:23,24 65:8
  67:23 71:16,
  17,20 72:10,
  20,25 73:9,11,
  18

**shaded**  69:23
  71:7,13,25
  72:4,10 74:1

**shadow**  46:7

**Sherman**  76:6
  77:19 78:21

**shift**  43:2

**Shipley**  74:20
  76:21 81:12
  83:9

**shirt**  79:10

**shirts**  79:16

**shop**  37:20
  38:15

**shortest**  25:24
  26:2

**show**  20:18
  21:9,20 39:21
  55:17 65:10
  74:8

**shows**  77:22

**side**  13:2,15,17
  34:17 43:16
  44:1 45:18
  52:22

**signatures**
  65:22

**silently**  59:3
  74:25

**single**  53:25

**sink**  32:24

**Sir**  40:6

**sit**  28:15,18
  33:20 43:15
  45:18 46:6

**site**  15:19 16:3
  17:1,6

**sitting**  44:5,
  13,17 47:2

**situation**  21:19
  23:3 30:15

**skip**  68:8

**socks**  79:10

**software**  67:1

**sort**  48:4 77:16

**specific**  8:4
  14:21 41:18

**specifies**  71:7
  73:18

**specify**  71:12,
  22,23,24

**split**  15:2

**spoken**  35:16,19

**spray**  13:11

**staff**  11:7,15
  12:2 15:4
  32:10 35:7,9
  44:15 57:7
  64:6,10,12
  75:6,8 81:12

**stamped**  68:9

**standard**  53:6

**start**  20:5 54:4
  72:7,19

**started**  8:16
  20:1 23:18,20
  24:3 58:7
  70:16

**starting**  58:6

**state**  6:14 7:25
  10:25 11:3
  17:7 56:12

**states**  78:25

**stating**  8:15

**stay**  42:13

**stenographic**
  7:1

**stop**  17:20

**stopped**  27:14,
  24

**storage**  25:5

**structure**  37:7
  54:2 73:18

**structures**
  37:21 38:16
  45:22 63:24
  65:8 67:23

**stuff**  8:12,16,
  24 37:2 40:20
  44:12 78:3

**sturdier**  33:17,
  19

**subsequent**
  83:15

**subsidize**  32:13

**sun**  79:9,15

**sunscreen**  57:25
  61:12 63:24
  69:23 79:9

**supervise**  11:7
  76:7

**supervisors**
  69:19

**supply**  24:8

**Support**  6:11,13

**supposed**  76:25

**sure**  38:9 57:24
  63:25 64:2,4
  71:5 82:24

**swear**  6:16

**switch**  23:9,12
  72:24

**sworn**  7:8

**Sylvester**  6:5
  7:7,12,14
  9:14,21 11:2
  15:18 17:5
  20:22 51:16
  55:14 59:4
  84:10

---

**T**

**take**  22:8 28:15
  32:10 33:8
  46:25 52:13
  55:14 57:11
  58:15 70:12
  83:20

**taken**  40:16
  56:13 84:4

**taking**  70:16

**talk**  28:8 46:1

**talked**  61:11

**talking**  10:20,
  21,24 22:10
  23:15 54:9
  70:10 75:13

**tall**  29:18

**tandem-axle**
  30:4,5 37:4,23

**tell**  57:14 67:4
  73:2

**telling**  57:19
  75:16

**temperature**
  47:14 66:12

**ten**  34:13

**tent**  21:20
  22:3,16,20,24
  23:16,22
  24:11,12,15
  27:25 32:23
  33:21 34:6,9,
  12 52:5 59:17,
  24

**tents**  20:2,6,
  12,15 21:24
  22:12 24:5,8,
  20,25 25:3,4,
  7,17,20,23
  26:6,7,8,12,
  15,18,19,22
  27:2,4,10,12,
  14 32:14,18,
  20,22 33:2,5,
  11,18,22 34:3
  39:3,5 45:12,
  13,14,20 51:7
  57:20,25 59:16
  60:5 63:23
  71:15,17,23
  72:20

**testified**  7:9
  50:15 80:7

**testify**  7:16,21
  17:23

**testifying**
  10:12,15

**testimony**  29:24
  33:15 36:23
  38:10 39:10
  49:7 50:22
  52:16 54:11
  59:15 77:2,17
  84:19

**thank**  9:19
  10:22 13:18
  15:17 18:18
  59:8 73:16
  84:11,13

**thing**  8:10
  45:14

**things**  8:11,18
  48:4 64:7 79:4

**think**  18:10,13
  25:13 55:7
  58:20 59:5
  61:24 62:1,11
  66:20 75:6

**Third**  55:21

**thought**  61:21

**three**  21:4 66:1

**Thursday**  18:25
  19:3,8 31:5

**til**  38:21

**time**  11:14
  12:14 13:7
  17:17 18:20
  21:7 30:17,20
  31:24 32:9,11,
  16 38:20 41:11
  43:3,4,11 50:2
  56:20 57:23

59:17 76:22
77:6 80:8,9
84:11

**timed** 23:12

**timer** 23:9,12

**times** 48:21
49:5

**Timothy** 64:19

**titled** 55:21

**today** 7:22 8:9,
14 9:8,10,15
10:12,14 24:24
28:9 59:9
60:25 61:10
70:10 80:12
84:10

**today's** 10:4,9

**told** 39:4 57:4,
5,10 61:18,19
62:19,20 64:6,
7 72:12,14,21,
24 73:7 78:9
81:7 83:7

**topic** 7:22

**tops** 28:14 37:2
41:16

**torn** 26:18

**total** 19:17,18
29:1

**track** 84:15

**tractor** 53:4

**trailer** 30:4,5
60:4

**trailers** 8:12,
16 25:3 26:17
27:15 35:11
37:4,6,14,24
38:5,10,17
71:16,18,24
73:11

**transportation**
44:2 73:6

**travel** 48:8

**trial** 16:14,20

**trick** 63:7

**trouble** 47:12

**truck** 30:2
43:18 44:6,23,
25 52:17,21
53:4,12,13,16,
20 54:12

**true** 21:23
40:22 59:10
61:1

**try** 15:12

**trying** 21:9

**turnip** 41:15

**two** 14:15 19:17
23:19,20,25
24:4,20,22,23
26:5,7,11
28:22,23 30:18
32:5 33:16
37:3 38:10
41:4,13 42:2
45:21 77:1
79:1,25

**types** 45:22

**typical** 22:4

### U

**Uh-huh** 15:21
21:6

**umbrella** 45:15

**unavailable**
59:18,23

**unaware** 65:3

**understand**

10:15,20,24
55:7 64:18
79:22

**understanding**
36:21 49:7
63:21

**unit** 41:19
42:13

**units** 11:9

**unplanted** 53:23
54:1,12

**update** 60:17

**updated** 67:9

**upper** 57:7

**urge** 16:11

### V

**vacant** 54:5,23

**Vannoy** 64:19

**Vannoy's** 64:22

**variable** 27:9

**vegetable** 41:9
50:25 51:1
73:10

**vegetables**
30:14 50:14
55:2

**ventilation**
46:22

**verbally** 60:22
75:1

**versatile** 32:19

**video** 59:5

**video-recorded**
6:4

**videographer**
6:1,10 84:1,5,

16

**Vining** 7:2,3

**visibly** 49:4

**visit** 12:7

**Voice** 6:5

**voluntarily**
56:14

**vouch** 70:5

### W

**wagon** 30:2,11,
12 31:1,2,6,7,
11,15 32:14,
19,21 33:8
34:7,8,15
37:1,9 40:9,20
41:8 42:17
43:6,17,21,23
44:4,6,9,13
45:2 51:13
52:4,6,13,17,
23,24,25 53:5,
10,16,17,21,23
54:6,13 55:3,
5,6 59:18,22
62:23 72:10

**wagons** 27:24
28:9,12,13,19,
21,23 29:13,23
30:1,6,8,14,
18,20,21,25
31:25 32:5,12,
14 33:2,13,14,
16,17,19,22
34:2,21,24,25
35:1,3,20,23
36:2,11,16,18,
21,22,24,25
38:25 39:7,11,
15 40:23 41:2,
5,10 42:6,9
44:16,20,22

45:5,9,21
50:21 51:10
52:11 54:19,
22,24 61:14
72:25

**wait**  38:24

**walk**  12:12 43:2
51:19 52:14

**walking**  40:12
51:21

**want**  23:2 68:13
79:8

**wanted**  20:9,16
51:11

**warden**  7:12,14
8:5 9:14,21
11:2,3,6 15:18
16:19 17:5
20:22 51:15
55:14 57:7,9,
10,14,18 59:4
63:23 64:18,
19,22 68:18,19
72:14,18,23
73:2 82:5
84:10

**warden's**  8:2,4
69:1

**watched**  12:17

**water**  26:9 46:5
48:17 52:9
63:24 69:22

**way**  44:21 46:2
52:12 53:8
54:21,25 71:19
72:9

**weather**  19:3,5,
6 25:15 26:18

**weed**  13:23 14:9
24:7 42:14

**weed-eat**  43:8

**weed-eating**
12:16

**weed-eats**  48:3

**week**  10:13 13:9
19:1,4,8,13
30:19,22 54:10

**weeks**  41:13
42:2 75:15
77:1 78:11
79:1 80:1

**went**  12:17
17:18 18:10,
21,25 19:12
24:4,22 30:19

**Wescott**  65:23

**wide**  29:16 34:7

**wind**  33:10,12

**windows**  9:25
46:8,10,16,21,
25 47:3

**witness**  6:17
7:15 8:21
80:18,25 81:6
84:12

**witness'**  18:9

**word**  37:9

**work**  11:9 14:16
15:3 26:2
29:11 30:20
31:10 32:6
36:7 41:23
42:16 48:22
50:1 52:12
69:18,19
75:10,21,24,25
76:13,16
77:18,23 79:18

**work-related**
82:7

**workday**  53:15

**workers**  43:25

**working**  13:19
26:1,4 27:6
29:4 30:16
31:4,14 33:9
35:6 36:5 41:9
42:2,21 45:23
47:15 49:3,17,
22 50:10,24
51:22 52:7
54:10 62:12
70:14

**works**  22:19
36:7

**wrap**  83:22

**Wright**  6:18,19
7:11 9:11,18,
20 18:6,16
19:2 20:21
39:24 55:19
62:5,10,16
65:12 80:22
81:3,9 83:19
84:8

**writing**  15:11
44:19,20 64:9
65:7 73:17,22

**Y**

**yards**  48:20,23
49:2,9,17,19

**yeah**  14:12 15:8
23:10 27:21
38:23

**yesterday**  12:16
13:20,24,25
14:6,10

**Z**

**Zoom**  6:8 9:24
15:10