# Exhibit 34

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs,*<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.,**<br><br>     *Defendants.* | **DECLARATION OF MARGUERITE GREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR A SECOND TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Marguerite Green, declare as follows:

1.     I submit this declaration in support of Plaintiffs' motion for a second temporary restraining order and preliminary injunction.

2.     I have previously filed two declarations in this case, and I incorporate those declarations here by reference.[1]

---

[1] Rec. Doc. 37-7 (Declaration); Rec. Doc. 120-59 (Supplemental Declaration). My credentials are set forth in my initial declaration submitted in this action, I am being compensated at the rate of $250 per hour for my work preparing this report. This compensation is not contingent on my conclusions or the outcome of this litigation.

3.      After the submission of my most recent declaration dated August 30, 2024, on October 3, 2024, I, along with Plaintiffs' counsel, attended an in-person inspection of LSP to observe the operation of the Farm Line, including Lines 24, 25, and 15b (the "Site Inspection").

4.      As set forth below, I observed LSP operate Line 15b differently than Lines 24 and 25. In particular, on Line 15b, I observed men laboring in generally dangerous conditions; there were no shade wagons or shade tents; and no readily available water or ice coolers.

5.      The matters set forth herein are my independent opinions and observations, true and correct of my personal and professional knowledge. If called as a witness to testify, I could and would testify competently.

A. **Working Conditions on Line 15b**

6.      We began our inspection with Lines 24 and 25. After observing these lines, Plaintiffs' counsel then requested to observe Line 15b.

7.      Upon our arrival to Line 15b, I observed men cutting grass with weed whackers along steep, uneven banks where alligators were visible.

8.      I also observed an elderly man, who I understand is known by LSP staff and incarcerated men alike as "Rag Man" due to the rags he wears on his tattered clothes and ill-fitting shoes, and which I observed him wearing firsthand on the day of the Site Inspection. While I was there, Rag Man was busily sweeping cut grass with a hand broom. This did not appear to serve any meaningful purpose, and using a hand broom for this task was clearly highly inefficient. I have never seen such work being done on any commercial farm.

9.      I understand that since I submitted my most recent declaration, LSP has purportedly increased the length of work breaks, constructed two shade wagons (trailer structures with a roof

to provide some shade) for men on the Farm Line to use during breaks, and now provides clean drinking water and cups. These physical safety measures were not observed on Line 15b.

10. There were no shade wagons or shade tents set up on Line 15b. Men were working in open fields, largely in direct sun (there was a large tree casting shade in one location), without any visible shade structures.

11. On the day of the Site Inspection, I observed the bus used to transport the men on Line 15b remain parked near the tree and far away from where most of the men were cutting grass.

12. I did not observe whether water and ice coolers were on the bus. There were no water or ice coolers made available throughout the fields and ditches of Line 15b where men were cutting grass.

Executed on March 19, 2025 in New Orleans, Louisiana

Marguerite Green