# Exhibit 35

## Daily Line Counts

Line #: 156                                   Date: 7-8-24

Pusher: MSgt. ell Harry
Gun Guard: MSgt. E Brown
Gun Guard: _____

Count
$F1 = 0x$   $F3 = 4x$
$F2 = 0x$   $F4 = 0x$

AM Count: 4x

PM Count: 4x

**Comments:**                                       8:37 am

6:31 am arrived at Camp D Falcon gate.
7:20 am Opened Falcon gate.
7:45 am Closed Falcon gate, checked out 4x.
7:50 am arrived at P.P to get 1x Juice bucket, 1x water bucket, 3x eye protection and 4x weedeaters.
8:00 am Offered sunscreen to all 4x offenders, 0x accepted.
8:10 am arrived on air strip by yellow bridge, 3x weedeating, 1x picking up trash.
10:00 am gathered count F1=0 F2=0 F3=4 F4=0, total=4x
10:45 am arrived P.P for chow.
11:10 am leaving chow from P.P.
11:20 am arrived at Camel Pins to continue weedeating. 4x weedeating 1x picking up trash
12:55 pm Dropped off 2x coolers 4x weedeaters and 4x offenders at P.P.
1:05 pm arrived at ASNB to get Diesel
1:30 pm arrived at P.P to pick up 4x offenders.
1:57 pm arrived at Falcon gate
1:57 pm Opened Falcon gate
2:03 pm Closed Falcon gate, line done for the day -ell Harry

VOTE000128