# Exhibit 36

## Daily Line Counts

Line #: **15B Camp-D**           Date: **9-17-2024**

Pusher: **MSgt. O. Scott**
Gun Guard: **MSgt. L. Ellis**
Gun Guard: _____

AM Count: **5X**

PM Count: **5X**

Count          Time **10:06A**

F① 0        E① 1
F② 0        E② 1
F③ 3        E③ 0
F④ 0        E④ 0

Total **5X**

**Comments:**
6:27 Arrived at Camp-D, picked up the keys to the Falcon gates
6:30 Arrived at the Falcon gates to checkout Line 15B
6:53 Open outter gate to Falcon Yard, standing by
7:25 Open inner gate to Falcon Yard to checkout Line 15B
7:27 Read the Field Operations Procedures before checkout
7:32 Start checking out Line 15B with Capt. Bynum
7:38 Checked out Line 15B 5x and Closed the gates to Falcon Yard
7:44 Turned in the Keys to Camp D Tower-1 and exit to the Processing Plant
7:47 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Sqwincher for Line 15B
8:04 Exit the Processing Plant to Line 15A Shop
8:08 Arrived Line 15A Shop, picked up the Weed eaters #VP-148, #6S-148, #15B #15A-23 and string, offer Sun Screen "no takers"
8:12 Exit Line 15A Shop to Camp-C Road
8:17 Arrived at Camp-C Road with 5x for Line 15B and start weed eating ditches
8:20 Call Medical 3 for inmate Frank Milton #96184 Medical Emergecy jaw pain "tooth"
8:50 LPN Dalby Elkins and RN Liah Bareihaurt arrived and evaluated inmate Milton for jaw pain and toothache, gave him some pain medicine the release him back to wk
10:05 Exit Camp-C Road to Camp-H Road and start weed eating ditches
10:06 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport   5X
10:30 Exit Camp-H Road to the Processing Plant
10:37 Arrived at the Processing Plant for Chow 5x Line 15B
11:28 Exit the Processing Plant to Camp-H Road

VOTE000584