# Exhibit 38

# LOUISIANA STATE PENITENTIARY
## Job Roster

L 6B

08/05/2024 - 08/09/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 85012 | BURNHAM, RICHARD | D FAL 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 553333 | LEWIS, LEONARD | D FAL 1 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 519089 | BRANEON, BRENT | D FAL 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 348211 | DIXON, AARON | D FAL 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 315229 | HILLS, DERRICK | D FAL 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 398433 | LOWE, HENRY | D FAL 3 | W | MED | [ ] | [H] | [ ] | [ ] | [ ] |
| 278515 | SPIKES, JAMES | D FAL 3 | B | MED | [N] | [H] | [N] | [ ] | [N] |
| 729536 | CONKLIN, JACK | D FAL 3 | W | MED | [H] | [N] | [H] | [ ] | [H] |
| 413909 | DARDAR, DONALD | D FAL 3 | W | MED | [N] | [H] | [H] | [ ] | [H] |
| 355972 | PAGANO, SHANE | D FAL 3 | W | MED | [N] | [H] | [H] | [ ] | [H] |
| 759857 | DELAHOUSSAYE, JOSEPH | D FAL 3 | W | MED | [H] | [H] | [N] | [ ] | [H] |
| 765349 | WILLIAMS, DANA | D FAL 3 | B | MED | [H] | [H] | [H] | [ ] | [H] |
| 481411 | POLK, DEREK | D FAL 3 | W | Med | [H] | [H] | [N] | [ ] | [ ] |
| 98287 | MORGAN, ROY | D FAL 4 | B | MED | [M] | [M] | [H] | [ ] | [H] |
| 99443 | LUCKETT, TONY | D FAL 4 | B | MED | [N] | [H] | [N] | [ ] | [H] |
| 314329 | BENNETT, HENRY | D FAL 4 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 484741 | THOMAS, TIMOTHY | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 494000 | HALEY, PETER | D FAL 4 | W | Med | [ ] | [H] | [H] | [ ] | [H] |
| 761394 | LAWRENCE, TOBE | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 494517 | STEVENS, HENRY | D FAL 4 | W | Med | [N] | [H] | [H] | [ ] | [H] |
| 181361 | PERKINS, WILLIAM | D FAL 4 | W | Med | [H] | [H] | [H] | [ ] | [H] |

Signature: _____

## LOUISIANA STATE PENITENTIARY
### Job Roster

**L 6A**

08/05/2024 - 08/09/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 720096 | RAWSON, BILLIE | D EAG 1 | W | Med | ☐ | ☑ | ☐ | | ☐ |
| 102358 | JOHNSON, DENNIS | D EAG 2 | B | Med | ☐ | ☐ | ☐ | | ☐ |
| 386921 | BAKER, DONNIE | D EAG 2 | B | Med | ☐ | ☐ | ☐ | | ☐ |
| 96134 | JONES, WILLIE | D EAG 3 | B | Med | ☐ | ☐ | ☐ | | ☐ |
| 103797 | LACHNEY, BRUCE | D EAG 3 | W | Med | ☐ | ☐ | ☐ | | ☐ |
| 732234 | KIGHT, DANIEL | D FAL 1 | W | MED | ☐ | ☐ | ☐ | | ☐ |
| 482352 | MCLENDON, RICHARD | D FAL 3 | W | MED | ☐ | ☐ | ☐ | | ☐ |
| 314820 | Graves, Louis | D FAL 2 | B | | | | | | |
| 96184 | Milton, Frank | D FAL 3 | B | | 4 | | | | |
| 568647 | Wesley, Wendell | D FAL 3 | B | | 4 | | | | |

Signature: _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 538503 | Halford, Michael | D FAL 3 | W | | 4 | | | | |
| 114866 | Davis, Thomas | D FAL 3 | W | | 4 | | | | |
| 507916 | Sonnier, Matthew | D FAL 3 | B | | | | | | |

P Moore

VOTE000319

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 24**

08/05/2024 - 08/09/2024

| | | | | Combine Total | 23 | 23 | 23 | ☒ | 18 |
| | | | | L-24 | 16 | 15 | 16 | ☒ | 13 |
| | | | | Date | 5 | 6 | 7 | 8 | 9 |

| | DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 1 | 480421 | REINHOLT, STEVEN | D EAG 4 | W | Med | | | | / | |
| 2 | 93154 | CURRY, PERRY | D FAL 1 | B | Med | | | | / | |
| 3 | 99339 | MCCOY, LOVAIR | D FAL 1 | B | Med | | | | | |
| 4 | 103355 | MONROE, BILLY | D FAL 1 | B | Med | | | | | |
| 5 | 106769 | CRAYTON, ISIAH | D FAL 1 | B | Med | | | | | |
| 6 | 96267 | NICHOLSON, FLOYD | D FAL 1 | B | Med | | | | | |
| 7 | 324662 | MITCHEL, EDDIE | D FAL 1 | B | Med | | | | | |
| 8 | 291183 | JORDAN, LARRY | D FAL 1 | B | MED | | | | | |
| 9 | 120348 | BYRD, BRIAN | D FAL 1 | B | MED | | | | | |
| 10 | 305523 | KOON, JAMES | D FAL 1 | B | Med | | | | | |
| 11 | 205818 | SMITH, COREY | D FAL 1 | B | Med | | | | | |
| 12 | 334258 | TAYLOR, DALLAS | D FAL 1 | B | MED | | | | | |
| 13 | 539910 | MARSHALL, RANDY | D FAL 1 | B | Med | ✗[4] | ✗[4] | ✗[4] | | ][4] |
| 14 | 464115 | WYATT, JOSHUA | D FAL 1 | W | Med | | | | | |
| 15 | 78855 | GORDON, DANIEL | D FAL 1 | B | Med | | | | | |
| 16 | 478718 | LITTLE, DEMARIO | D FAL 1 | B | Med | | | | | |
| 17 | 257862 | DAVIS, ALVIN | D FAL 1 | B | MED | | | | | |
| 18 | 726486 | DOTSON, MATTHEW | D FAL 1 | W | Med | | | | | |
| 19 | 736648 | GREEN, JACOBIE | D FAL 1 | B | Med | ✗[4] | ✗[4] | ✗[4] | | 2[4] |
| 20 | 767633 | TRAHAN, NATHANIEL | D FAL 1 | B | Med | [DS] | [DS] | [DS] | [DS] | [DS] |
| 21 | 489564 | MCDAVIS, JEREMY | D FAL 1 | B | Med | | | | | |
| 22 | 781379 | LOGGINS, LAMONTE | D FAL 1 | B | Med | ✗[4] | ✗[4] | ✗[4] | | 3[4] |
| 23 | 402397 | ROSS, CHARLES | D FAL 1 | B | Med | | | | | |
| 24 | 115638 | YOUNG, ROBERT | D FAL 2 | B | Med | | | | | |
| 25 | 340879 | DUNBAR, LEROYAL | D FAL 2 | B | Med | | | | | |
| 26 | 98926 | STEWART, KEITH | D FAL 2 | B | Med | | | | | |
| 27 | 93305 | JOHNSON, LESLIE | D FAL 2 | B | Med | | | | | |
| 28 | 393488 | GREVIOUS, TRAVIS | D FAL 2 | B | MED | | | | | |
| 29 | 490526 | MUNSON, LLOYD | D FAL 2 | B | Med | | | | | |
| 30 | 600564 | LAFLEUR, DANNIE  *HP* | D FAL 2 | B | Med | | | | | |
| 31 | 622080 | SENEGAL, DANDRE | D FAL 2 | B | Med | | | | | |
| 32 | 635289 | LAMBERT, DALE | D FAL 2 | B | Med | ✗[4] | ✗[4] | ✗[4] | | 4[4] |
| 33 | 532105 | WILLIAMS, WARDELL | D FAL 2 | B | Med | | | | | |
| 34 | 595515 | RICHARD, QUINTYLAN  *HP* | D FAL 2 | B | Med | | | | | |
| 35 | 581530 | KIRSH, CORNELIUS | D FAL 2 | B | Med | | | | | |
| 36 | 84576 | BURGE, MICHAEL | D FAL 2 | W | Med | | | | | |
| 37 | 496405 | JACKSON, DONEA | D FAL 2 | B | Med | | | | | |
| 38 | 620761 | SMITH, JERALD | D FAL 2 | B | Med | | | ✗[4] | | 5[4] |
| 39 | 730043 | SOUTHALL, KEVON | D FAL 2 | B | Med | | | | | |
| 40 | 302277 | JOHNSON, TRELANE | D FAL 2 | B | Med | | | | | |
| 41 | 620898 | TATE, TYRAIL | D FAL 2 | B | Med | | | | | |
| 42 | 90193 | METOYER, TERRANCE | D FAL 3 | B | Med | X[4] | X[4] | X[4] | | X[4] |
| 43 | 396195 | GOLDSTON, FREDERICK | D FAL 3 | B | Med | ✗[4] | ✗[4] | ✗[4] | | 6[4] |
| 44 | 445068 | JOSEPH, CLYDE | D FAL 3 | B | Med | | ✗[4] | ✗[4] | | 7[4] |
| 45 | 130632 | OLIVIERI, WILLIAM | D FAL 3 | W | Med | | [4] | | | |
| 46 | 509015 | NICK, MICHAEL | D FAL 3 | W | Med | | | | | |
| 47 | 509875 | LOPEZ, DANIEL | D FAL 3 | W | Med | | ⊙ | ⊙ | ⊙ | ⊙ |
| 48 | 311798 | HUTCHINSON, JAMES | D FAL 3 | B | Med | ✗[4] | ✗[4] | ✗[4] | | 8[4] |

Total       VOTE090320       9

| # | ID | Name | | Race | Level | | | | | |
|---|-----|------|--|------|-------|--|--|--|--|--|
| 49 | 712843 | WASHINGTON, TYRONE | D FAL 3 | B | Med | 3 [4] | [∞] | 3 [4] | [/] | [∞] |
| 50 | 569179 | LEBOUEF, BRENT  HP | D FAL 3 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 51 | 581343 | FLAG, COREY | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 52 | 739112 | RANDAZZO, VINCENZO | D FAL 3 | W | Med | 9[4] | [∞] | 9[4] | [ ] | 9[4] |
| 53 | 439017 | WILLIAMS, JARRET | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 54 | 301742 | SAJNA, TYRONE | D FAL 3 | B | Med | 9[4] | 9[4] | 9[4] | [ ] | [ ] |
| 55 | 367617 | COOK, DEMOND | D FAL 3 | B | Med | 9[4] | 9[4] | [ ] | [/] | 10[4] |
| 56 | 626275 | STEPHENS, JOSHUA | D FAL 3 | B | Med | 9[4] | 9[4] | [ ] | [ ] | X[4] |
| 57 | 784655 | HOWARD, KEMON | D FAL 3 | B | Med | 9[4] | 9[4] | 9[4] | [ ] | [ ] |
| 58 | 789063 | MAGEE, ARNOLD | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [/] | [ ] |
| 59 | 92834 | ROBINSON, WILLIE | D FAL 4 | B | Med | [05] | [05] | [05] | [05] | [05] |
| 60 | 208255 | THOMAS, ANTHONY | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 61 | 482762 | GLOVER, RODNEY | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 62 | 591199 | SPIEHLER, CHRISTOPHER | D FAL 4 | W | Med | 9[4] | 9[4] | 9[4] | [ ] | 9[4] |
| 63 | 704426 | BRANDON, DALDURAN | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 64 | 709442 | BYRD, GEORGE | D FAL 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 65 | 746938 | CLARKS, DEONDRIC | D FAL 4 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 66 | 710367 | HICKS, DEMARIOUS | D FAL 4 | B | Med | 9[4] | 9[4] | 9[4] | [ ] | [∞] |
| 67 | 711669 | KESTLE, BRANDON | D FAL 4 | W | Med | X[4] | [ ] | 9[4] | [ ] | [ ] |

| Total Line - 24 | 16 | 15 | 16 | X | 13 |
|---|---|---|---|---|---|

Signature: _D. Lb Scott, MSgt._
MSgt. Chld Harris

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 25**
08/05/2024 - 08/09/2024

L-25 | 7 | 8 | 7
Date | 5 | 6 | 7 | 8 | 9

| # | DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 1 | 369835 | WILLIAMS, MERVYN | D FAL 1 | B | MED | | | | | |
| 2 | 110573 | ROGERS, JOHN | D FAL 1 | B | Med | | | | | |
| 3 | 122529 | THOMPSON, DAVID | D FAL 1 | W | Med | | | | | |
| 4 | 123820 | HILL, KENNETH | D FAL 1 | B | Med | | | | | |
| 5 | 108026 | EVANS, RICKY | D FAL 1 | B | Med | | | | | |
| 6 | 161377 | CAMPBELL, WINFRED | D FAL 2 | B | Med | | | | | |
| 7 | 437853 | DIGGINS, ROBERT | D FAL 2 | B | Med | | | | | |
| 8 | 216886 | BAILEY, GREGORY | D FAL 2 | B | MED | | | | | |
| 9 | 271732 | SIMS, DAVID | D FAL 2 | B | MED | | | | | |
| 10 | 537634 | WILLIAMS, DAMION | D FAL 2 | B | Med | | | | | |
| 11 | 112939 | CHARLES, MARLO | D FAL 2 | B | Med | | | | | |
| 12 | 446823 | FISHER, ASHLEY | D FAL 2 | B | Med | | | | | |
| 13 | 779234 | MOREHEAD, CHADARIUS | D FAL 2 | B | Med | | | | [4] | |
| 14 | 95816 | GREEN JR., THOMAS | D FAL 3 | B | Med | [4] | [4] | co | | [4] |
| 15 | 122093 | LEE, DARRELL | D FAL 3 | B | Med | | | | | |
| 16 | 365790 | DEFFENBAUGH, JOHN | D FAL 3 | W | Med | [4] | [4] | co | | [4] |
| 17 | 452478 | GILLIAM, TERRANCE | D FAL 3 | B | Med | [4] | [4] | [4] | | [4] |
| 18 | 397856 | FERNANDEZ, MICHAEL | D FAL 3 | B | Med | | | | | |
| 19 | 707704 | JOSPEH, TAVIS | D FAL 3 | B | Med | [4] | [4] | [4] | | |
| 20 | 552279 | CALLOWAY, JOSHUA | D FAL 3 | B | Med | [0] | [0] | [0] | [0] | [0] |
| 21 | 608638 | SUSAN, JAMES | D FAL 3 | W | MED | [4] | [4] | [4] | | [4] |
| 22 | 492435 | MATTHEWS, TREVOR | D FAL 3 | B | Med | | | | | |
| 23 | 741171 | THOMPSON, DAMION | D FAL 3 | B | Med | | [4] | [4] | | co |
| 24 | 471828 | DAY, ERNEST  HP | D FAL 3 | W | Med | | | | | |
| 25 | 786694 | MCWILLIAMS, DANIEL | D FAL 3 | W | Med | [4] | [4] | [4] | | [4] |
| 26 | 107922 | ELLIS, VIRGIL | D FAL 4 | B | Med | | | | | |
| 27 | 108470 | WALKER, JEFFERY | D FAL 4 | B | Med | | | | | |
| 28 | 109229 | EL MUMIT, ABDULLAH | D FAL 4 | B | MED | | | | | |
| 29 | 183273 | DENOMES, DARRYL | D FAL 4 | B | MED | | | | | |
| 30 | 96122 | SMITH, VINCENT | D FAL 4 | B | Med | | | | | |
| 31 | 335501 | LEWIS, ADRIAN | D FAL 4 | B | Med | | | | | |
| 32 | 117448 | MATHEWS, GARY | D FAL 4 | B | Med | | | | | |
| 33 | 351810 | THORNTON, MELVIN | D FAL 4 | B | Med | | | | | |
| 34 | 296539 | HUNTER, TYRONE | D FAL 4 | B | Med | | | | | |
| 35 | 297556 | WILLIAMS, ROBERT | D FAL 4 | B | Med | | | | | |
| 36 | 328653 | GODBOLT, RODERICK | D FAL 4 | B | Med | | | | | |
| 37 | 304599 | HOWARD, BRODERICK | D FAL 4 | B | Med | | | | | |
| 38 | 569552 | TRAHAN, PAXTON | D FAL 4 | W | Med | [4] | [4] | [4] | | |
| 39 | 339667 | LAMPKIN, GLEN | D FAL 4 | B | Med | | | | | |
| 40 | 465842 | HAYES, MARK | D FAL 4 | B | Med | | | | | |
| 41 | 742148 | COMEAUX, DIEGO | D FAL 4 | B | Med | | | | | |
| 42 | 383893 | BURNS, DAVID | D FAL 4 | W | Burns | | | | | |
| 43 | 112981 | WASHINGTON, GEORGE | D FAL 4 | B | Med | | | | | |
| 44 | 630198 | LOTTS, RODERICK | D FAL 4 | B | Med | | | | | |
| 45 | 601940 | TATE, JARON | D FAL 4 | B | Med | | | | | |

Total Line-25 | 7 | 8 | 7 | | 18

Combine Total | 23 | 23 | 23 | | 5

VOTE000322

Signature:

Printed on 8/5/2024

Camp C Line 15

# LINE ROSTER

*Field*

| DOC # | LAST | FIRST | DORM | D/S | MON 8-5-24 | TUE 8-6-24 | WED 8-7-24 | THR 8-8-24 | FRI 8-9-24 |
|-------|------|-------|------|-----|-----|-----|-----|-----|-----|
| 87855 | FORBES | MACK | B-1 | RD | | | | | |
| 359518 | EISBRUCKNER | HERMAN | B-1 | OOF PERM | | | | | |
| 376126 | SMITH | JUAN | B-1 | RD | | | | | |
| 419953 | PORCHE | MELVIN | B-1 | NO DUTY | | | | | |
| 436010 | SAMUEL | GERARD | B-1 | RDWR, INDOORS | | | | | |
| 91998 | JACKSON | EDWARD | B-2 | RDWR, INDOORS | | | | | |
| 107714 | HAWKINS | CRAIG | B-2 | RDWR, SQUAD B | | | | | |
| 130869 | HUTCHISON | SIMON | B-2 | RD | | 41 | 41 | 41 | |
| 290644 | WESLEY | ALFRED | B-2 | RD | | 41 | 41 | 41 | |
| 318604 | CORNER | PERRY | B-2 | RDWR, INDOORS | | | | | |
| 345437 | MORRISON | RONALD | B-2 | RDWR, SQUAD A | | | | | |
| 370311 | LEWIS | BOBBY | B-2 | RD | | 41 | 41 | 4 2 | |
| 379360 | RILEY | BYRON | B-2 | RDWR, SQUAD A | | | | | |
| 409100 | COLEMAN | KEVIN | B-2 | RDWR WALKING | | | | | |
| 414944 | ALEXANDER | KYLE | B-2 | RD | 4 trail | 4 1 | 4 trail | | |
| 419549 | JOHNSON | TYRONE | B-2 | RDWR OOF | | | | | |
| 453440 | MCKINNIE | ADRIAN | B-2 | RDWR, OOF | | | | | |
| 484954 | GALLE | CONELL | B-2 | RD | | | | | |
| 493960 | PENNINGTON | MICHAEL | B-2 | RD | 4 1 | 4 2 | 4 2 | | |
| 496331 | MUMPHREY | HAKEEM | B-2 | RD | 4 1 | 4 2 | 4 2 | 4 2 | |

3      6   8-5-24   6      6
        to   4
8-9-24

MSgt. ___ Harv

VOTE000824

**\*\*\*\*This roster will be turned into the ACA Office every Friday Evening**

Printed on 8/5/2024

Camp C Line 15

| 502500 | WILLIAMS | CHRISTOPHER | B-2 | RD | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 525748 | DOBBINS | DEWAYNE | B-2 | RD | 4 1 | 4 2 | 4 2 | 4 3 | |
| 532319 | DAVIS | DAVID | B-2 | RDWR INDOORS | | | | | |
| 593198 | LAVY | DERICHARD | B-2 | RDWR, INDOORS | | | | | |
| 708972 | MARCEL | RANDY | B-2 | RD | 4 bb | 4 bk | 4 bk | 4 bj | |
| 717582 | CHENIER | MARCUS | B-2 | RD | | | | 4 3 | |
| 735165 | SANDERS | ERIC | B-2 | RD | | | | | |
| 773643 | ALEXANDER | CHRISTOPHER | B-2 | RD | | 4 2 | 4 3 | 4 4 | |
| 779375 | KING | DEREGINALD | B-2 | RD | 4 1 | 4 3 | 4 3 | | |
| 111883 | JOHNSON | TERRANCE | B-3 | RD | | | | | |
| 113092 | WIMBISH | PHILLIP | B-3 | RDWR, INDOORS | | | | | |
| 189301 | BELLA | HERMAN | B-3 | RDWR, SQUAD A | | | DS | | |
| 396029 | WILLIAMS | ROBERT | B-3 | RD | | | | | |
| 404373 | AUTHIER | CALVIN | B-3 | RD | | | | | |
| 428878 | PRATT | CORTEZ | B-3 | RD | | | | | |
| 430124 | BRANCH | BRODERICK | B-3 | RD | | | | | |
| 458585 | SMITH | KENNETH | B-3 | RD | | | | | |
| 479203 | PIERRON | NICHOLAS | B-3 | RD | 4 2 | 4 3 | | 4 4 | |
| 489435 | TAYLOR | COURTNEY | B-3 | RD | | | DS | | |
| 497019 | BURSE | JOSHUA | B-3 | RD | | | | | |
| 505889 | ALEXANDER | LABRODERIC | B-3 | RD | | | | | |
| 508873 | BROWN | PHILLIP | B-3 | RD | | | 4 | | |
| 516910 | LEWIS | GERALD | B-3 | GED 07    RD | | | | | |
| 527803 | JORDAN | DAMIAN | B-3 | RD | | | DS | | |

7    11    11    9

**** This roster will be turned into the ACA Office every Friday Evening

VOTE000325

Printed on 8/5/2024

Camp C Line 15

| ID | Last | First | Unit | Status | | | | |
|---|---|---|---|---|---|---|---|---|
| 540790 | BROWN | FRANCIS | B-3 | RD | 4 2 | | 4 3 | 4 5 |
| 545933 | BRANT | JOSEPH | B-3 | RD | | | | |
| 559823 | PERSON | JAMES | B-3 | RD | 4 3 | 4 3 | 4 4 | 4 5 |
| 568467 | CLARK | indoor DESMOND | B-3 | RD | | | | |
| 573539 | VARNADO | TROY | B-3 | RD | | | | |
| 574124 | REAUX | GREGORY | B-3 | RDWR. | 4 3 | | 4 4 | |
| 623074 | DELOZIER | TROY | B-3 | RD, SQUAD A | | | | |
| 624042 | BENOIT | RICHARD | B-3 | RD | 4 3 | 4 3 | 4 4 | 4 6 |
| 631992 | MCCOY | MILTON | B-3 | RD | 4 3 | | | |
| 634862 | ROBINSON | ELIJAH | B-3 | RD | | | | |
| 700946 | ALLEN | RACO | B-3 | RD | 4 3 | 4 4 | | CO |
| 747799 | MATHERENE | ERIC | B-3 | RD | 4 3 | 4 4 | 4 5 | 4 6 |
| 755794 | MOORE | JOHNNY | B-3 | RD | | | CO | |
| 760901 | BAGLEY | IAN | B-3 | RD | 4 1 | 4 4 | 4 5 | |
| 781388 | SAVOIE | SETH | B-3 | RD | | | LP | |
| 784631 | LEDET | CHRISTOPHER | B-3 | RD | | | | |
| 787377 | WHITAKER | DEANGELO | B-3 | RD | | | | |
| 787644 | WALKER | KENYON | B-3 | RD | 4 2 | 4 4 | 4 5 | 4 3 |
| 85727 | HERBERT | HAROLD | B-4 | RDWR | | | | |
| 330279 | CAGER | QUENTRELL | B-4 | RD | | | | |
| 562602 | WILLIAMS | TOBIAS | B-4 | RD | 4 trailer | 4 trailer | 4 school | 4 8 |
| 350454 | LANG | EDDIE | W-2 | RD | | | | |
| 722121 | JOHNSON | TONY | W-2 | RD | | | 4 5 | 4 7 |
| 599728 | JOHNSON | ANTOINE | W-3 | RD | n | 17 | 20 | 16 |

****This roster will be turned into the ACA Office every Friday Evening

VOTE000326

Printed on 8/5/2024

Camp C Line 15

| 781311 | COMPTON | TYRONE | W-3 | RD | | | | | |

VOTE000327

# Daily Line Counts

**Line #:** 15          **Date:** 8-8-24

**Pusher:** MSgt. CLL Harv, MSgt. O. Scott
**Gun Guard:** MSgt. J. Broussard
**Gun Guard:** MSgt. J. Borjoyne

**AM Count:** 17 X

**PM Count:** _____

$$B1 = 0 \qquad W1 = 0$$
$$B2 = 8x \qquad W2 = 1x$$
$$B3 = 5x \qquad W3 = 1x$$
$$B4 = 0 \qquad W4 = 0$$
$$total = 15$$

## Comments:

6:9am arrived at Bear gate.
7:12am opened Bear gate.
7:19am Closed Bear gate, checked out 17 X.
7:31am arrived in Sweet Potatoe Field offered sunscreen to all 17 x, 2x accepted.
7:32am 2x water buckets, 2x Juice buckets, 1x Porta Potty and sink 1x shad tent and 10x poking rods in field.
9:27am Sent 2x in tobias williams Doc # 562602 and Kenyon walker Doc # 787644 Count at 15x
9:55am gathered count.
9:59am heat alert called over radio. 5 minute heat Percaution break
10:30am 5 minute heat Percaution break.
11:00am 5 minute heat Percaution break.
11:30am 5 minute heat Percaution break.
11:50am leaving Sweet Potatoe Field
11:58am arrived at bear gate
11:59am opened bear gate
12:04pm closed bear gate, line done for the day - CLL Harv

*O. Scott, MSgt.*

VOTE000328

## Daily Line Counts

Line #: _15 B_  Date: _8-7-24_

Pusher: _J. Bourgoyne_
Gun Guard: _L. Ellis_
Gun Guard: _____

AM Count: _3X_

PM Count: _3X_

Comments:  Bus: 1301
Mileage: Odometer Broken

634 Am  Arrived at Camp D Falcon Gate to check out Line 15B

703 Am  Opened Inner Gate for check-out.

720 Am  Departed from Falcon Gate Camp D with 3 inmates.

725 Am  Arrived at Processing Plant to Pick up (1) cooler water (1) cooler squincher sun screen offered at this time NO offender wanted any.

735 Am  Departed Processing Plant headed to 15A office for weedeaters and fuel.

747 Am  Arrived on air strip to continue cutting grass

8:00 Am  Cutting grass on Air strip   839 Am  Contacted Plaisance about Port a Potty

901 Am  Heat Alert called By central center

921 Am  5 min Heat Alert break. Turned in Count to Camp D Sallyport 3x

926 Am  5 min Heat Alert break over Returned to work

954 Am  5 min Heat Alert break

1002 Am  5 min Heat Alert break over

1020 Am  Chow Time at Processing Plant.

1030 Am  Arrived at Processing Plant For Chow.

1130 Am  Departed From Processing Plant From Chow.

## Daily Line Counts

**Line #:** _15B_            **Date:** _9-7-24_

**Pusher:** _T. Bourgoyne_
**Gun Guard:** _L Ellis_
**Gun Guard:** _____

**AM Count:** _3X_

**PM Count:** _3X_

## Comments:

12:00 pm  In the shade on Air Strip Cutting grass
12:30 pm  5 min Heat Alert Break
12:35 pm  Heat Alert Break over
1:00 pm  Prepared Air Strip for equipment turn in
1:05 pm  Arrived at 15A Shop turned in (4) weedeaters (2) crates, (1) gas can
1:10 pm  Depart 15A Shop for processing Plant
1:15 pm
1:15 pm  Arrived at Processing Plant to turn in (2) water coolers and
          Pick up Line 6A+6B
1:20 pm  Departed Processing Plant with 6A+6B
1:22 pm  Arrived at Falcon Gate Camp D to turn in Line 15A 6A+6B
1:30 pm  Departed Camp D Falcon Gate to turn in Bus. End of Day

## Daily Line Counts

**Line #:** 6A/B

**Pusher:** P Moore

**Gun Guard:** _____

**Gun Guard:** _____

**AM Count:** 15

**PM Count:** 15

**Date:** 8-7-24

6-1-1
F 1 0
2 0
3 9
4 5

## Comments:

arrived at 6:26
opened gate @ 6:30
closed gate @ 6:40
Issued Gaterade: 7:20
Open gate @ 1:37
closed gate @ 1:43

**Daily Line Counts**

Line #: ___15___                    Date: _8-5-24_

Pusher: Msgt. Caleb Harry
Gun Guard: Msgt. J Broussard
Gun Guard: Msgt. L Ellis

AM Count: ___17 X___

PM Count: _____

B1 = 0
B2 = 5
B3 = 11
B4 = 1
total = 17

**Comments:**

6:29am arrived at Bear gate.

7:05am Opened Bear gate.

7:14am Closed Bear gate, checked out 17 X for line 15.

7:29am arrived in A-land Potatoe field, offered Sunscreen to all 17 x, 0 x accepted.

7:35am 2x water buckets 2x Juice buckets 1x Shade tent 1x PortaPotty and sink.

8:00am heat advisory announced over radio.

8:30am 5 minute heat Percaution break.

9:00am 5 minute heat Percaution break.

9:30am 5 minute heat Percaution break.

9:45am Called Medical for Milton McCoy Doc #631992

10:00am 5 minute heat Percaution break.

10:30am 5 minute heat Percaution break.

11:00am 5 minute heat Percaution break. Doc #631992

11:05am Medical arrived, Milton McCoy Cleared

11:35am leaving A-land 5 minute heat Percaution break

11:42am arrived at Bear gate

11:45am Opened Bear gate

11:50am Closed Bear gate line done for the day - Caleb Harry

VOTE000332

**Daily Line Counts**

Line #: 24 + 25 Camp - D

Date: 8-5-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. M. McFarland
Gun Guard: MSgt. J. Bourgeyne

AM Count: 23 x

PM Count: 0 x

Count          Time 9:45 am

F① 3
F② 1
F③ 15
F④ 4

Total 23 x

Comments:

6:30 Arrived at Camp D, picked up keys to Falcon gates to checkout Line 24+25

6:35 Arrived at Falcon gates and open outter gate to Falcon yard, standing by

7:00 Open inner gate to Falcon yard to checkout Line 24+25

7:05 Start checking out Line 24+25 with Capt. Bynum and Capt. Lewis

7:19 Checked out 23 x for Line 24+25, Closed gates to Falcon Yard

7:20 Turned keys over to Col. Hebert and exit Camp-D to D-Land

7:27 Arrived at D-Land with 23 x for Line 24+25 and unload the Bus, walked to Sweet Potato Field to cut slips to plant Sweet Potatoes

7:35 Issue snips out to Line 24+25, ① Pop Up Tent ① Portable Restroom with Hand wash station ② coolers of water ② coolers of Squinchel and offer Sun Screen to all inmates, no inmates wanted Sun Screen

9:05 Angola announced a Heat Alert all work stop, inmates was given a Break to cool off

9:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

10:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

10:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

10:45 Shutdown, conduct a "Breakdown" count and call it into Camp D Sallyport

11:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

11:35 "Breaktime" all work stop, inmates was given a "Break" to cool off

11:40 Trailer went in with 158 crates of sweet potato slips

12:05 "Breaktime" all work stop, inmates was given a "Break" to cool off

12:20 Picked up all snips, all snips accounted for Box #1 54 snips

12:25 Trailer went in with 20 crates of sweet potato slips

VOTE000333

**Daily Line Counts**

Line #: _24 + 25 Camp-D_    Date: _8-5-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _MSgt. J. Bourgoyne_

AM Count: _23x_

PM Count: _0x_

<u>Comments:</u>

7:35 Headland for the day and walked to the bus
7:39 Load up 23x for Line 24 + 25 on the Bus and exit D-land to Camp-D
7:43 Arrived at Camp-D with 23x for Line 24 + 25, picked up the keys
7:47 Arrived at Camp-D Falcon gates with 23x for Line 24 + 25, open gates
7:52 Checked in 23x for Line 24 + 25 and turned them over to Capt. Bynum
7:54 Turned Keys over to Col. Hebert and exit Camp-D to the Bus Lot
     after the gates to Falcon Yard was locked and secured
8:00 Arrived at the Bus Lot and parked the Bus

## Daily Line Counts

Line #: 6A/B    15/B    Date: 8-5-24

Pusher: P Moore

Gun Guard: _____

Gun Guard: _____

|  |  |
|---|---|
| AM Count: | 12 / 4 |
| PM Count: | 12 / 4 |

15b                6 ND

F 1 0            F 1 0
  20               F 2 0
  3 4             F 3 �6
  4 0             F 4 4

Bus 1301
206083

**Comments:**

Arrival - 6:27
open gate 6:32
Closed gate 6:48
tx Issued Gaterade @ 7:15
Opened gate @ 1:42
Closed Gate @ 1:51

VOTE000335

**Daily Line Counts**

Line #: _____15_____

Date: _8·6·24_

Pusher: _Msgt. Caleb Harvey_
Gun Guard: _Msgt. J Broussard_
Gun Guard: _____

AM Count: _____18X_____

PM Count: _____

B1 = 0
B2 = 8
B3 = 8
B4 = 1
total = 17x

**Comments:**

6:28am arrived at Bear gate

7:13am opened Bear gate

7:23am closed Bear gate, checked out 18 X.

7:34am arrived in A-land, offered sunscreen to all 18X, 2 X accepted.

7:35am 2x Juice buckets, 2x Water buckets, 1x Shade tent 1x Porta Potty

1x Sink, 16x Potato cakes.

8:13am Captain a Robertson brought 1x back to the camp, Bobby

Lewis arrived Doc #327071. count at 17x.

9:00am heat Precaution break.

9:30am heat Precaution break.

10:00am heat Precaution break.

10:06am gathered count.

10:30am heat Precaution break

11:10am leaving A-land

11:14am arrived at bear gate

11:16am Open bear gate

11:20am closed bear gate. line done for the day - Caleb Harvey

VOTE000336

**Daily Line Counts**

Line #: 24 + 25 Camp-D          Date: 8-6-2024

Pusher: MSgt O. Scott
Gun Guard: MSgt. M. McFarland
Gun Guard: Col. G. Hebert

AM Count: 23x / 21x  *(New Count)*

PM Count: 0x

|       | Count | Time 9:55a |
|-------|-------|------------|
| F①    | 3     |            |
| F②    | 1     |            |
| F③    | 16    |            |
| F④    | 3     |            |
|       | Total 23x |        |

Comments:

6:27 Arrived at Camp-D, picked up the keys to Falcon Gates to checkout Line 24 + 25

6:30 Arrived at the Falcon gates, Open outter gate to Falcon Yard, standing by to checkout line 24+25

6:41 Open inner gate to Falcon yard to checkout line 24 + 25

6:58 Start Checking out Line 24 + 25 with Capt. Bynum and Lt. Minor

7:06 Checked out 23x for 24 + 25 and Closed gates to Falcon Yard

7:09 Turned keys over to Col. Hebert and exit Camp-D to A-Land

7:19 Arrived at the A-Land with 23x and unload the Bus, start walking to the Sweet Potato Field

7:25 Arrived at the A-Land sweet potato field with 23x to plant sweet potato slips, offer Sun Screen to all inmates and no inmates wanted Sun Screen, Arrived to ① Pop-Up Tent ① Portable Restroom with Hand Wash Station ② coolers of Water ② coolers of Squincher

7:30 Call Medical-3 for inmate William Olivier #130632 for tooth and jaw pain

7:35 Capt. Roberson dropped off 10 rod for punching holes to plant the sweet potato slips

7:38 Issue 10 rods out to 10 inmates in each group and start planting sweet potato slips

9:53 Call Medical-3 for inmate Kemon Howard #784655 for head ache, pain behind left eye and he stated he feel like he about to pass out

9:35 LPN Darby Elkins and LPN I. Jackson to evaluate the inmates

9:40 LPN Elkins evaluated inmate Olivier for tooth and jaw pain and advised me to send him in to the Camp-D for the rest of the day

9:41 Angola announced a "Heat Alert" all work stop, inmates was given a Break to cool off

9:42 LPN I. Jackson evaluated inmate Howard for head pain, left eye pain and dizziness and advised me to send him in to Camp-D for the rest of the day

9:43 LPN Elkins evaluated inmate Joshua Stephens #626275 for chest pain and cleared him to go back to work, Notified Major Lidgens that I got 2x that need to go in

VOTE000337

**Daily Line Counts**

Line #: 24+25 Camp-D          Date: 8-6-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. M. McFarland
Gun Guard: Col. G. Hebert

* Inmates Sent in was
— William Olivieri #130632    F-3
— Kemon Howard #784655    F-3

AM Count: 23x/21x  *New Count*

PM Count: 0x

* Notified Camp-D Sallyport that they on my count

Comments:
9:55 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:05 Major Pidgeon arrived and transported 2x inmate Olivieri and inmate Howard in to Camp-D per Nurses, notified Camp-D Sallyport
10:10 "Breaktime" all work stop, all inmates was given a "Break" to cool off
10:40 "Breaktime" all work stop, inmates was given a "Break" to cool off
11:05 "Breaktime" all work stop, inmates was given a "Break" to cool off
11:25 Headland for the day, picked up 10 rods all accounted for, walking 21x to the Bus from A-Land sweet potato Field
11:33 Arrived at the Bus and load up 21x for Line 24+25, then exit A-Land
11:37 Arrived at Camp-D with 21x for Line 24+25
11:39 Arrived at Camp-D Falcon Gates with 21x for Line 24+25, Open both gates
11:45 Checked in 21x for Line 24+25 and turned them over to Capt. Bynum then Closed the gates to the Falcon Yard
11:50 Turned Keys into Camp-D Tower-1 then exit Camp-D to the Bus lot
11:55 Arrived at the Bus lot and parked the bus

O. B. Scott, MSgt.

VOTE000338

# Daily Line Counts

Line #: 6A/B

Date: 8-6-2u

Pusher: Moove

Gun Guard:

Gun Guard:

211

AM Count: 15  —  8

PM Count: 15

F 10
20
39
u 5

Comments:

Arrived @ 6:27
opened gate @ 6:30
Closed gate @ 6:48
Issuing Gaterade @ 7:15
opened Gate @ 1:32
Closed Gate @ 1:39

# Daily Line Counts

Line #: _15B_      Date: _8-6-24_

Pusher: _J. Bourgoyne_
Gun Guard: _L. Ellis_
Gun Guard: _____

AM Count: _5 X_

PM Count: _4. X_

Bus: 1301
Mileage: 206089

Comments:

6³³ Am Arrived at Falcon Gate for check out Line 15B

7⁰⁵ Am Checked out 5X for Line 15B

    Arrived at Processing Plant. Pick up weedeaters gas and 2 water coolers

(1) Water (1) Squincher and Sunscreen offered

    Picked up (1) Push mower from Line 15A Shop

    Arrived on Air Strip at yellow Bridge to start cutting grass.

9ʰ¹ Am Heat Alert called by Control Center.

10ⁱⁱ Am 5 min Work break

1015 Am Break over return to Work.

1030 Am Locked up Thomas Davis # 114866 For Agg. Work offense, Defiance Agg. Disobedence

1033 Am Lunch Break at Processing Plant.

1150 Am Arrived Back on Air Strip cutting Grass.

1220 pm 5 min Heat Break

1225 pm Break over

100 pm Turned all equipment

12⁶ pm Arrived at Camp D Falcon Gate for Turn in Gate Opened

140 pm Gate Closed Turned in 4 inmates.

VOTE000340

# Daily Line Counts

Line #: __15__          Date: __8-7-24__

Pusher: Msgt. C.L.t Harry
Gun Guard: Msgt. J broussard
Gun Guard: Msgt. S Janus

AM Count: __20 X__

PM Count: _____

B1 = 0          W1 = 0x
B2 = 9x         W2 = 1x
B3 = 8x         W3 = 0x
B4 = 1x         W4 = 0x
              total = 19x

## Comments:

6:24am Arrived at Bear gate
7:12am Opened Bear gate
7:22am Closed Bear gate, checked out 20x
7:40am Arrived in a Tank (Pahenter Field), offered sunscreen to all 20x, X accepted.
7:44am Called Medical For James Pearson Doc#559823 Phillip brown Doc#508873
    Hakeem Munphry Doc#496371
7:45am 2x Juice buckets, 2x water buckets, 1x shade tent, 1x PortaPotty and sink
8:45am Medical arrived
Saw James Pearson Doc#559823, cleared with no use of right hand.
Saw Philip Brown Doc#508873, brought to camp, count at 19x.
Saw Hakeem Munphry Doc#496331, cleared to work.
9:00am heat Alert (Announce).
9:30am 5 minute heat Precaution break.
10:00am 5 minute heat Precaution break. gathered count.
10:30am 5 minute heat Precaution break
11:00am 5 Minute heat Precaution break
11:33am leaving A-lan
11:40am arrived at bear gate
11:52am Opened bear gate
11:56am Closed bear gate line done for the day

**Daily Line Counts**

Line #: _24 & 25 Camp-D_    Date: _8-7-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFarland_
Gun Guard: _Col. G. Hebert_

AM Count: _23 x_

PM Count: _0 x_

|  | Count | Time 9:50 am |
|---|---|---|
| F ① | 3 | |
| F ② | 3 | |
| F ③ | 13 | |
| F ④ | 4 | |
| | Total | 23 x |

Comments:
6:27 Arrived at Camp-D, picked up the Keys to the Falcon Gates to checkout line 24 & 25
6:30 Arrived at Camp-D Falcon gates, Open outter gate to falcon yard, standing by
7:02 Open the inner gate to Falcon yard to checkout Line 24 & 25
7:12 Start checking out Line 24 & 25 with Lt. Walker and Capt. Cummings
7:22 Checked out 23 x for Line 24 & 25, then Closed gates to Falcon Yard
7:35 Turned Keys into Camp-D Tower-1 and exit Camp-D to D-Land
7:32 Arrived at D-Land with 23x for Line 24 & 25 and unload the Bus to
     walker to the Sweet Potato Field to cut sweet potato slips to plant
7:38 Arrived at the Sweet Potato Field with 23x for Line 24 & 25 to cut slips
     issue garden snips to inmates, ① Pop Up Tent ① Portable Restroom with
     Hand Wash Station ② coolers of water ② coolers of Sqwincher, offer
     Sun Screen to all inmates, only 1 wanted Sun Screen
9:00 Angola announced a "Heat Alert" all work stop, inmates was
     given a "Break" to cool off
9:30 "Break time" all work stop, inmate was given a "Break" to cool off
9:50 Shutdown, conduct and call in the Breakdown count to
     Camp-D Sallyport
10:00 "Break time" all work stop, inmate was given a "Break" to cool off
10:30 "Break time" all work stop, inmate was given a "Break" to cool off
10:35 Trailer went in with 90 crates of sweet potato slips
11:00 "Break time" all work stop, inmate was given a "Break" to cool off
11:25 Picked up all snips, all 54 snips accounted for in Box # 1
11:27 Trailer went in with 95 crates of sweet potato slips    NOTE000342

## Daily Line Counts

Line #: _24 & 25 Camp-D_     Date: _8-7-2024_

Pusher: _MSgt. O. Scott_
Gun Guard: _MSgt. M. McFalland_
Gun Guard: _Col. G. Hebert_

AM Count: _23x_

PM Count: _0x_

Comments:
11:30 Headland for the day and walked to the Bus in D-Land
11:35 Load up 23x for Line 24&25, exit D-Land to Camp-D
11:40 Arrived at Camp-D with 23x for Line 24&25
11:42 Arrived at Camp-D Falcon gates with 23x for Line 24&25, Open gates to Falcon Yard
11:49 Checked in 23x for 24&25 and turned them over to Capt. Williams then closed the gates to Falcon Yard
11:53 Turned Keys in to Camp-D and exit Camp-D to the Bus Lot
11:58 Arrived at the Bus Lot and parked the bus

_O.W. Scott, MSgt._

**Daily Line Counts**

Line #: _24 & 25 Camp-D_     Date: _8-9-2024_

Pusher: _MSgt. D. Scott / MSgt. C. Harvey_
Gun Guard: _MSgt. J. Broussard_
Gun Guard: _MSgt. M. McFarland_

AM Count: _18 X_

PM Count: _0 X_

|  | Count | Time 9:45 |
|---|---|---|
| F① | 3 | |
| F② | 2 | |
| F③ | 12 | |
| F④ | 1 | |
| | Total 18 X | |

Comments:
6:29 Arrived at Camp-D, picked up the Keys to Falcon gates to checkout Line 24 & 25
6:33 Arrived at Camp-D Falcon gates, open outter gate to falcon yard, standing by
7:05 Open inner gate to Falcon yard to checkout Line 24 & 25
7:10 Start checking out Line 24 & 25 with Capt. Bynum and Lt. Minor, Capt. Lewis
7:20 Checked out 18 X for Line 24 & 25, closed gates to Falcon yard
7:21 Turned in the Keys to Camp-D Tower-1 and exit Camp-D to A-Land Cucumber field
7:25 Arrived at A-Land Cucumber Field with 18 X for Line 24 & 25, offer Sun Screen to all inmates, no inmate wanted Sun Screen, Unload 18 X Line 24 & 25
7:30 ① Pop Up Tent ① Portable Restroom with Hand Wash Station ② Coolers of Water ② Coolers of Squincher
7:35 Call Medical-3 for inmate James Susan #608638 said his right hand swollen and hurting him
9:05 RN Eames and RN Jackson arrived and evaluated inmate Susan right hand for pain and swollen, they cleared him to go back to work
9:45 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
10:02 Angola announced a "Heat Alert" all work stop, inmates was given a "Break" to cool off
10:10 Trailer went with 30 crates of cucumbers
10:30 Head land for the day, sweep the field of empty and full crates all 18 X accounted fo
10:33 Load up 18 X for Line 24 & 25 and exit A-Land to Camp-D
10:37 Arrived at Camp-D with 18 X for Line 24 & 25
10:40 Arrived at Camp-D Falcon gates with 18 X, open gates to Falcon yard
10:47 Checked in 18 X for Line 24 & 25, turned them over to Capt. Bynum, Closed gates
10:50 Exit Camp-D to Bus Lot and parked the Bus

## Daily Line Counts

Line #: ___15B___          Date: 8-9-24

Pusher: J. Bourgogne
Gun Guard: L. Ellis
Gun Guard: _____

AM Count: ___5  X___

PM Count: _____

Comments:

634 Am  Arrived at Camp D Falcon Gate to check out Line 15B.  Outer
         Gate opened at

715 Am  Checked out 5x Line 15B   1x Line 15A

720 Am  Arrived at Processing Plant picked up 1 cooler of water 1 cooler squinch
         sunscreen offered.

730 Am  Arrived at Line 15A shop to pick up weedeaters 1 one can of
         Gas and Porta Potty.

800 Am  Arrived on air strip to cut grass.

848 Am  Col. Hebert brought 4 pr. safety Glasses by the Line.

940 Am  Called in count to Camp D sallyport 5x Line 15B   1x Line 15A
         Count cleared

945 Am  Loaded bus for turn in.

1000 Am  Heat Alert called By Control Center.

1010 Am  Arrived and unloaded weedeaters gas cans and Porta Potty at
          Line 15A Shop.

1016 Am  Arrived at Processing Plant to unloaded 2 water coolers and
          pick up Line 6A & 6B

1035 Am  Departed Processing Plant for turn in at Camp D Falcon Gate

## Daily Line Counts

Line #: 6A/B

Pusher: P Moore

Gun Guard: _____

Gun Guard: _____

AM Count: 12/

PM Count: _____

Date: 8-9-24

< |

F  10
20
36
45 ⌄

**Comments:**

arrival at Gate  6:28
open gate  at  6:32
closed gate at 6:59
Issued Gaterade (a) 7:14
open gate @ 10:36
close Gate @ 10:47

VOTE000346