# Exhibit 42

## DECLARATION OF DAMARIS JACKSON

I, DAMARIS JACKSON, declare as follows:

1. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2002. My DOC number is 454295. I am held at Camp D.

3. I have hypertension and depression.

4. In mid-October 2023, I was moved from Camp D to Main Prison, where I enrolled in the New Man Program. In June 2024, I was moved to Camp D. I was reassigned to Farm Line 24 on or around July 2, 2024. That day, I refused to work the Farm Line and was punished with a disciplinary write-up. A few days later, I was found guilty of a disciplinary violation by the LSP Disciplinary Board (DB). I was given a suspended sentence of four weeks loss of canteen and four weeks loss of phone.

5. Because of this litigation, those violations were expunged, and I was removed from working on the Farm Line.

6. I do not have a heat precaution duty status.

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 14, 2025.

*Damaris Jackson*