# Exhibit 43

## DECLARATION OF DARRIUS WILLIAMS

I, DARRIUS WILLIAMS, declare as follows:

1.      I am 34 years old, competent to testify in this matter, and do so based on personal knowledge. I was born on October 15, 1990.

2.      I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since 2011. My DOC number is 584590, and I am held at Camp D.

3.      In November 2024, I was transferred to Camp D after graduating from the Behavioral Management Program ("BMP") in Camp C. Participants in the BMP program are not given a job assignment during the program.

4.      Upon arriving at Camp D, I was told by numerous prison officials on different days that I had to go to work on the Farm Line.

5.      At least one prison official explicitly threatened me stating that I would be sent to the dungeon if I did not work on the Farm Line. Other prison officials tried to intimidate me to go out to work on the Farm Line.

6.      I received a letter from Classifications dated 11/25/24 that states my job assignment is Line 24.

I declare that the foregoing is true and correct and based on my personal knowledge.

Executed at the Louisiana State Penitentiary in Angola, Louisiana, on March 14, 2025.

Darrius Williams Declaration