# Exhibit 44

## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** and **PRISON ENTERPRISES, INC.**<br><br>*Defendants.* | Civil Action No.: 3:23-cv-1304-BAJ-EWD<br><br><br>**DECLARATION OF NORRIS HENDERSON IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Pursuant to 28 U.S.C. § 1746, I, Norris Henderson, hereby declare as follows:

1.      I am over the age of 18, competent to testify in this matter, and have personal knowledge of the facts set forth herein. I submit this declaration on behalf of Voice of the Experienced ("VOTE") in support of Plaintiffs' second motion for a temporary restraining order and preliminary injunction. I have previously filed a declaration (ECF No. 37-10) in this case, and I incorporate that declaration by reference here.

1

2.      I am the Executive Director of VOTE.  VOTE is a nonpartisan, grassroots nonprofit organization comprised of currently and formerly incarcerated people, including approximately 150 men who are incarcerated at the Louisiana State Penitentiary ("Angola").

3.      Among VOTE's members at Angola are people living in housing Camps C and D and people assigned and/or at risk of assignment to the Farm Line.

4.      Our membership includes individuals with medical vulnerabilities and disabilities like high blood pressure and diabetes.  Other CIMs suffer from mental illnesses like depression, anxiety, and bipolar disorder.  Many of our members take medications that I understand make them more heat sensitive.

5.      VOTE is pursuing this action on behalf of all of its members to represent their interests, to shield them from harm and retaliation, and to vindicate their constitutional and statutory rights.

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20 day of March, 2025.

NORRIS HENDERSON