# Exhibit 45

# Daily Line Counts

**Line #:** 15

**Date:** 9/16/24

**Pusher:** M. Lett

**Gun Guard:** MSgt. Brussard

**Gun Guard:** MSgt. McFarland

**AM Count:** 28x

**PM Count:** N/A

**Comments:**

- Checked out Bus #36 to go Check out Line #15 for Squash
- Arrived at camp-C Check out gate at 6:32 Am
- Open outer gate at 8 34 Am
- Open Iner gate at 8 34 Am
- Read the Field operation procedure memo before Checking out line
- Check out (28X) offenders
- Closed gates, Iner and outer at 8 59 Am
- Arrived to the Squash field at 9 16 Am
- Offenders were provided with 3 tents, (2) water / (2) Sqhwench Cooler, Sunscreen, Restroom, Handwash station, gloves, Caps, and black creats to put the Squash in.
- Offender Hakeem Murphrey #446331 declared medical Emergency at 9 2
- Medical seen offender Hakeen at 9 59 Am
- Offenders were give a 15 min break at 10:00 Am
- Offenders were given a 15 min break at 11 00 Am
- Heat Alert was call at 11 05 A by Control Center
- Head Count at 11 28 Am / 28x offenders accounted
- Did 2 Trailer loads of Squash for a total of 351 Crates
- Arrived back to the Check out gate at 11 37 Am
- Open gates at 11 43 Am
- Closed gates at 11 51 Am
- Done for the day
- Lines were late getting out today due to (fog) weather

VOTE000578

**Daily Line Counts**

**Line #:** 6 A/B

**Date:** 9/16/24

**Pusher:** [illegible signature]

**Gun Guard:**

**Gun Guard:**

F1 6
F2 0
F3 3 2 6
F4 1 2 2

**AM Count:** 9

**PM Count:** 9

**Comments:**

arrived at 6:22
opened Gate @ 6:45
Closed Gate and Read Mono Random @ 8:36
Issued Gatorade @ 8:00
arrived @ 1:39
opened Gate @ 1:41
Closed Gate @ 2:10

## Daily Line Counts

Line #: 15 B Camp-D

Date: 9-16-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard:

AM Count: 4x

PM Count: 4x

Count — Time 9:53am

| Count | | Time | |
|---|---|---|---|
| F ① | Ø | E ① | 1 |
| F ② | Ø | E ② | 1 |
| F ③ | 2 | E ③ | Ø |
| F ④ | Ø | E ④ | Ø |

Total 4x

Comments:

6:31 Arrived at Camp-D, picked up the Keys to the Falcon gates
6:35 Arrived at the Falcon gates, waiting on dogs to be picked up and fog to clear
6:50 Open outter gate to Falcon yard, standing by
8:28 Open inner gate to Falcon yard to checkout Line 15B
8:29 Read the Field Operations Procedures before checkout
8:32 Start checking out Line 15B with Major Holliday
8:35 Checked out 4 x for Line 15B and Closed the gates to Falcon yard
8:40 Turned in the Keys to Camp-D Tower-1 and exit to the Processing Plant
8:43 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Squinchel
9:02 Exit the Processing Plant with 4 x to the Line 15A Shop
9:05 Arrived at Line 15A Shop, picked up the weed eater, string and gas
9:10 Exit Line 15A Shop to Camp-C Road
9:15 Arrived at Camp-C Road, offer Sun Screen to all inmates, "no takers"
9:18 Start weed eating ditches along Camp-C Road
9:53 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport (4x)
10:35 Exit Camp-C Road to the Processing Plant
10:41 Arrived at the Processing Plant with 4x for chowtime
11:30 Exit the Processing Plant to Camp-C Road
11:43 Arrived at Camp-C Road and start weed eating ditches
11:04 "Late Entry" Angola announced a "Heat Alert" while the Line was at chow
12:30 Shutdown for a "15" minute Break all inmates BreakTime
1:30 Exit Camp C Road to Line 15A Shop
1:33 Arrived at Line 15A Shop, put up the weed eaters and gas

# Daily Line Counts

Line #: 15B Camp D

Date: 9-16-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. L. Ellis
Gun Guard:

AM Count: 4x

PM Count: 4x

Comments:
1:37 Exit Line 15A Shop to Camp-D
1:44 Arrived at Camp D, picked up the Keys to Falcon gates
1:47 Arrived at the Falcon gates with 4x and open the gates
2:04 Checked in 4x for Line 15B and turned them over to Capt. Williams then closed the gates to Falcon yard
2:06 Turned in the Key to Camp-D Tower-1 and exit to Bus Lot
2:09 Arrived at the Bus Lot and parked the Bus

[signature] MSgt.

# Daily Line Counts

Line #: 15

Date: 9/17/24

Pusher: Lt Lert

Gun Guard: MSgt. Brussard

Gun Guard:

AM Count: 25x

PM Count:

Comments:

- Checked out bus #36 to go check out Line #15 for Picking Squash
- Arrived to the gate at 6:20 Am
- Open gate Outer and Iner at 7:14 Am
- Read Field Operation Procedure memo to offenders before checking out
- Checked out (25X) offenders
- Closed Iner and outer gate at 7:36 Am
- Arrived to the field at 7:45 Am
- Offenders were Provided with (3) tents, (2) water/(2) Squencher coolers, Restroom, Hand wash station, Sunscreen, cups, Gloves, Hats / Black Crates for pick
- Offender Phillip Brown # 508873, Christopher Ledet # 784631, Made Medical Emergency. at 8:16 Am
- 8:30 Am offenders were given a 15 min break
- 8:40 Am medical arrived and seen both offenders / Brown was Sent in
- 9:30 Am offenders were given a 15 min break
- 10:30 Am offenders were given a 15 min break / Called count in
- 10:55 Am 3 Trailer loads of Picked Squash was Sent in a total of 509 crates
- Head land at 11:05 Am Squash field is finished
- No Heat Alert was called today.
- Arrived back to the gate at 11:25 Am
- Open the gates at 11:37 Am
- Closed the gates at 11:46 Am
- Done for the day.

**Daily Line Counts**

Line #: 6A/B 24/25 Date: 9/17/24

Pusher: [illegible]

Gun Guard:

Gun Guard:

AM Count: 20 22 6A/B 14 24/25 8

PM Count: 22

Bus 705

? miles

7 1 | 0
2 | 0
3 3 2 1 8 2 | 16
4 1 4 1 | 6
22

**Comments:**

arrived @ 6:26
opened Gate 6:45
closed Gate and Read Memorandum @ 7:30
Issued Gatorade @ 7:40
Arrived @ 1:35
opened Gate @ 1:40
closed Gate @ 1:49

# Daily Line Counts

**Line #:** 15B Camp-D **Date:** 9-17-2024

**Pusher:** MSgt. O. Scott
**Gun Guard:** MSgt. L. Ellis
**Gun Guard:**

**AM Count:** 5X

**PM Count:** 5X

| Count | | Time 10:06AM | |
|---|---|---|---|
| F(1) | Ø | E(1) | 1 |
| F(2) | Ø | E(2) | 1 |
| F(3) | 3 | E(3) | Ø |
| F(4) | Ø | E(4) | Ø |
| | | Total | 5X |

**Comments:**

6:27 Arrived at Camp-D, picked up the Keys to the Falcon gates
6:30 Arrived at the Falcon gates to checkout Line 15B
6:53 Open outter gate to Falcon Yard, standing by
7:25 Open inner gate to Falcon Yard to checkout Line 15B
7:27 Read the Field Operations Procedures before checkout
7:32 Start checking out Line 15B with Capt. Bynum
7:38 Checked out Line 15B 5 X and Closed the gates to Falcon Yard
7:44 Turned in the Keys to Camp D Tower-1 and exit to the Processing Plant
7:47 Arrived at the Processing Plant, picked up (1) cooler of water (1) cooler of Squinchel for Line 15B
8:04 Exit the Processing Plant to line 15A Shop
8:08 Arrived Line 15A Shop, picked up the Weed eaters #VP-148, #65-148, #15B- #15A-23 and string, offer Sun Screen "no takers"
8:12 Exit Line 15A Shop to Camp-C Road
8:17 Arrived at Camp-C Road with 5X for Line 15B and start weed eating ditches
8:20 Call Medical 3 for inmate Frank Milton #96184 Medical Emergecy Jaw pain "tooth"
8:50 LPN Darby Elkins and RN Liah Bareihautt arrived and evaluated inmate Milton for jaw pain and toothache, gave him some pain medicine the release him back to w
10:05 Exit Camp-C Road to Camp-H Road and start weed eating ditches
10:06 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport 5X
10:30 Exit Camp-H Road to the Processing Plant
10:37 Arrived at the Processing Plant for Chow 5X Line 15B
11:28 Exit the Processing Plant to Camp-H Road

**Daily Line Counts**

**Line #:** 15B Camp-D **Date:** 9-17-2024

**Pusher:** MSgt. O. Scott
**Gun Guard:** MSgt. L. Ellis
**Gun Guard:** ______

**AM Count:** 5X

**PM Count:** 5X

**Comments:**

11:35 Arrived at Camp-H Road with 5x for Line 15B, start weed eating ditches
1:15 Exit Camp-H Road to Line 15A Shop
1:23 Arrived at Line 15A Shop, put up all tools and equipment
1:29 Exit Line 15A Shop to Camp-D with 5x for Line 15B
1:35 Arrived at Camp-D, picked up the Keys to Falcon gates
1:38 Arrived at the Falcon gates with 5x and Open the gates to Falcon Yard
1:44 Checked in 5x for Line 15B and turned them over to Capt. Lewis
then Closed the gates to Falcon Yard
1:46 Turned in the Keys to Camp-D Tower-1 and exit to the Bus Lot
1:50 Arrived at the Bus Lot and parked the bus

[signature] MSgt

**Daily Line Counts**

**Line #:** 15B Camp-D **Date:** 9-18-2024

**Pusher:** MSgt. O. Scott
**Gun Guard:** MSgt. J. Broussard
**Gun Guard:** ______

**AM Count:** 6X

**PM Count:** 6X

**Comments:**

6:31 Arrived at Camp-D, picked up the Keys to the Falcon gates
6:34 Arrived at the Falcon gates, standing by for dogs to be picked up
6:45 Open outter gate to Falcon yald, standing by
7:30 Open inner gate to Falcon yard to checkout Line 15B
7:31 Read the Field Operations Procedures before checkout
7:33 Start checking out Line 15B with Capt. Cummings
7:43 Checked out 6 x for Line 15B and Closed the gates to Falcon yard
7:45 Turned in the Keys to Camp-D Tower 1 and exit to the Processing Plant
7:48 Arrived at the Processing Plant, picked up (1) cooler of water (1) cooler of Squinchers
8:12 Exit to Line 15A Shop with 6 x for 15B
8:15 Arrived at Line 15A Shop with Line 15B, picked up the weed eaters 15-B #3, 15-B #15, 15-A #5, 15-A #23, GS #148, VP #148
8:20 Arrived to Camp-H Road and Started working, offenders were provided Sunscreen, gloves, eye wear, hats, and cup to drink with
9:15 offenders were given a 15 min break
10:15 offender were given a 15 min break
10:25 Head lund offenders and went to Processing Plant for lunch
11:25 leaving Processing Plant from Lunch going to Pump station to weede
11:31 Arrived back to Camp-H Road and Pump Station
12:00 Brought 6 inmates to PP to Moore

## Daily Line Counts

Line #: 6A/B 24/25 15S

Date: 9-18-24

Pusher: P Moore 17

Gun Guard:

Gun Guard:

AM Count: 6A/B (10) (11) (12) 24/25 75

PM Count: 12 6A/B, 5 24/25, 6 15S

AM count 12
PM count 23

Bus 705
1
0

F1 0
2 0
3 6 2 1 2 1 12
4 3 1 1 5

Comments:

arrived @ 6:27
opened gate @ 6:47
Closed gate and Read Morro Random @ 7:43
Issued Gatevade @ 755
12:00 pm received 15S 6X
arrived @ gate 1:46
opened gate @ 1:52
Closed gate @ 2:01

# Daily Line Counts

**Line #:** 15

**Date:** 9/19/24

**Pusher:** Lt. Leet

**Gun Guard:** MSgt. Brussard

**Gun Guard:**

**AM Count:** (20x)

**PM Count:**

B-2 W-0
B-9 W-0
B-8 W-1
B-0 W-0

**Comments:**

- Checked out bus #36 to go check out line #15 to go to squash
- Arrived at the Camp-C check out gate at 6^30 AM
- Open outer gate at 7^43 AM
- Open Iner Gate at 7^54 AM
- Field operation Procedures memo was read before checking line out
- Checked out (20x) offender
- Closed Iner and outer gate at 8^06 AM
- Arrived to the field at 8^15 AM
- Offenders were provided (3) tents, (2) water / (2) squencher coolers, sunscreen, Rest rooms, hand wash station, hats, gloves, cups / black Creats for Picking Squash
- Offenders were given a 15 min break at 9^00 AM
- Offenders were given a 15 min break at 10^00 AM
- Heat Alert was called at 10^01 AM by Control Center Via Radio
- Called Count in to Camp-C Sally Port at 10^43 AM
- Squash field is finished, offenders sat under tent intill headland
- Head land at 11^30 AM, only #35 Creats sent in to Processing
- Arrived back to the gate at 11^38 Pm
- Open both gates at 11^41 AM
- Closed both gates at 11^53 AM
- Done for the day

# Daily Line Counts

Line #: 15B Camp-D

Date: 9-19-2024

Pusher: MSgt. D. Scott
Gun Guard: MSgt. S. Lanus
Gun Guard:

AM Count: 5X

PM Count: 5X

| Count | | Time 9:45 AM | |
|---|---|---|---|
| F(1) | Ø | E(1) | 1 |
| F(2) | Ø | E(2) | 1 |
| F(3) | 3 | E(3) | Ø |
| F(4) | Ø | E(4) | Ø |

Total 5

Comments:

6:35 Arrived at Camp-D, picked up the keys to the Falcon gates
6:38 Arrived at Falcon gates, standing by until the dogs get picked up
7:12 Open the outter gate to the Falcon gate, standing by
7:13 Open the inner gate to Falcon yard to checkout Line 15B
7:15 Read the Field Operations Procedures before checkout
7:16 Start checking out Line 15B with Capt. Cummings
7:18 Checked out 5 x for Line 15B and closed the gates to Falcon yard
7:26 Turned in the keys to Camp-D Tower-1 and exit to the Processing Plant
7:28 Arrived at the Processing Plant, picked up (1) cooler of water (1) cooler of Squincher
7:34 Exit the Processing Plant to Line 15A Shop
7:40 Arrived at Line 15A Shop, picked up the weedeaters #15B-15, #GS-148, #15B-3 #15A-5, #
7:49 Exit Line 15A Shop to the Pumping Station
7:51 Arrived at the Pumping Station with 5x offer Sun Screen "no takers" start weed eatin
8:00 Inmates was given a Break before a Heat Alert was Announced by Angola
9:00 Break was given before the Heat Alert was announced by Angola
9:45 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport 5X
10:00 Angola announced a Heat Alert all work stop
10:03 Exit to the Processing Plant from the Pumping Station
10:10 Arrived at the Processing Plant with 5x for Line 15B for Chow
10:52 Exit the Processing Plant to the B-Line intersection
11:00 Arrived at the B-Line intersection and start weed eating both side of the roa
11:45 "Break time" all work stop, inmates was given a "Break" to cool off

**Daily Line Counts**

**Line #:** 15B Camp-D **Date:** 9-19-2024

**Pusher:** MSgt.O.Scott/Lt.D.Leet
**Gun Guard:** MSgt.S.Lanus
**Gun Guard:**

**AM Count:** 5X

**PM Count:** 5X

**Comments:**

12:08 I, MSgt. Scott was relieved of all duties and equipment by Lt. Leet
12:00 pm I Lt. Leet relieved MSgt. Scott of all duties and equipment
and Picked up Pushing Line #15-B cutting grass on the Air Strep
1:22 pm Headland the line and Picked up all equipment
1:34 pm Arrived at Line #37 and turned all equipment in
1:47 pm Arrived to check out gate
1:53 pm Open both gates and checked in 5X
1:56 pm closed both gates

437
HL

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 15**

09/09/2024 - 09/13/2024

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 376126 | SMITH, JUAN | C BEAR 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 359518 | EISBRUCKNER, HERMAN | C BEAR 1 | W | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 419953 | PORCHE, MELVIN | C BEAR 1 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 600654 | GREENUP, TROY | C BEAR 1 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 733356 | GUIDRY, MILES | C BEAR 1 | W | MED | [ ] | [✓] | [ ] | [ ] | [ ] |
| 436010 | SAMUEL, GERALD | C BEAR 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 87855 | FORBES, MACK | C BEAR 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 781388 | SAVOIE, SETH | C BEAR 1 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 91998 | JACKSON, EDWARD | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 107714 | HAWKINS, CRAIG | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 290644 | WESLEY, ALFRED | C BEAR 2 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 345437 | MORRISON, RONALD | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 409100 | COLEMAN, KEVIN | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 130869 | HUTCHINSON, SIMON | C BEAR 2 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 419549 | JOHNSON, TYRONE | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 525748 | DOBBINS, DEWAYNE | C BEAR 2 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 318604 | CORNER, PERRY | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 484954 | GALLE, CONELL | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 532319 | DAVIS, DAVID | C BEAR 2 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 593198 | LAVY, DERICHARD | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 493960 | PENNINGTON, MICHAEL | C BEAR 2 | B | MED | [✓] | [ ] | [ ] | [ ] | [ ] |
| 333029 | PRINCE, DANNY | C BEAR 2 | W | Min-C | [✓] | [✓] | [ ] | [ ] | [ ] |
| 599728 | JOHNSON, ANTOINE | C BEAR 2 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 708972 | MARCEL, RANDY | C BEAR 2 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 735165 | SANDERS, ERIC | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 722121 | JOHNSON, TONY | C BEAR 2 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 414944 | ALEXANDER, KYLE | C BEAR 2 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 496331 | MUMPHREY, HAKEEM | C BEAR 2 | B | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 502500 | WILLIAMS, CHRISTOPHER | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 779375 | KING, DEREGINALD | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 786694 | MCWILLIAMS, DANIEL | C BEAR 2 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 717582 | CHENIER, MARCUS | C BEAR 2 | B | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 732575 | OTILLIO, CAIN | C BEAR 2 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 360533 | WILLIS, ISADORE | C BEAR 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 125099 | SLANG, GREGORY | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 479203 | PIERRON, NICHOLAS | C BEAR 3 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 458585 | SMITH, KENNETH | C BEAR 3 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 403558 | WILLIAMS, NATHAN | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 508873 | BROWN, PHILLIP | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 189301 | BELLA, HERMAN | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 540790 | BROWN, FRANCIS | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 113092 | WIMBISH, PHILLIP | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 527803 | JORDAN, DAMIAN | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 404373 | AUTHIER, CALVIN | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 574124 | REAUX, GREGORY | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 623074 | DELOZIER, TROY | C BEAR 3 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 497019 | BURSE, JOSHUA | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 428878 | PRATT, CORTEZ | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 634862 | ROBINSON, ELIJAH | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 700946 | ALLEN, RACO | C BEAR 3 | B | MED | [ ] | [✓] | [ ] | [ ] | [ ] |
| 711918 | JONES, PATRICK | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 505889 | ALEXANDER, LABRODERIC | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 573539 | VARNADO, TROY | C BEAR 3 | B | MED | [ ] | [ ] | [ ] | [ ] | [ ] |
| 747799 | MATHERNE, ERIC | C BEAR 3 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 619531 | HOLEFIELD, DEVIN | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 545933 | BRANT, JOSEPH | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 755794 | MOORE, JOHNNY | C BEAR 3 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 516910 | LEWIS, GERALD | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 760901 | BAGLEY, IAN | C BEAR 3 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 430124 | BRANCH, RODERICK | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 624042 | BENOIT, RICHARD | C BEAR 3 | W | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 781311 | COMPTON, TYRONE | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 489435 | TAYLOR, CORTNEY | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 559823 | PERSON, JAMES | C BEAR 3 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 782389 | PELOQUIN, KADEN | C BEAR 3 | W | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 568467 | CLARK, DESMOND | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 631992 | MCCOY, MILTON | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 784631 | LEDET JR, CHRISTOPHER | C BEAR 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 787377 | WHITAKER, DEANGELO | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 787644 | WALKER, KENYON | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 787268 | LEDUFF, BRYAN | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 631954 | MALLORY, MAURICE | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 590872 | DOWNING, ANDRUS | C BEAR 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 85727 | HERBERT, HAROLD | C BEAR 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 330279 | CAGER, QUENTRELL | C BEAR 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 562602 | WILLIAMS, TOBIAS | C BEAR 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 751173 | LEE, LEVI | C BEAR 4 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 439461 | STRAWDER, GERMAINE | C BEAR 4 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 393523 | DAVIS, RICHARD | C WOLF 2 | W | MED | [✓] | [ ] | [ ] | [ ] | [ ] |
| 605083 | STEPHENSON, DYLAN | C WOLF 2 | W | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 582342 | JONES, NICKOLIS | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 552289 | FISHER, JONTREAL | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 556996 | JOHNSON, LEVELL | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 497106 | SCOTT, DONNELL | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 782544 | LAGARDE, DAVANTE | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 601715 | JOHNSON, SEAN | C WOLF 2 | B | Med | [✓] | [ ] | [ ] | [ ] | [ ] |
| 724719 | PETERS, JAMYRLEN | C WOLF 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 713605 | BARNETT, MICHAEL | C WOLF 3 | B | Med | [✓] | [✓] | [ ] | [ ] | [ ] |
| 751934 | GREEN, KAYLON | C WOLF 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 724586 | MADISON, TARAN | C WOLF 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 101124 | SALTER, AARON | D FAL 1 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |

**Signature:** ______________________________

# Daily Line Counts

**Line #:** 15B Camp-D

**Date:** 9-20-2024

**Pusher:** MSgt. O. Scott
**Gun Guard:** MSgt. S. Lanus
**Gun Guard:**

**AM Count:** 3X

**PM Count:** 3X

Count — Time 9:45am

| | |
|---|---|
| F① Ø | E① 1 |
| F② Ø | E② 1 |
| F③ 1 | E③ Ø |
| F④ Ø | E④ Ø |

Total 3X

**Comments:**

6:28 Arrived at Camp-D, picked up the keys to the Falcon Gates
6:30 Arrived at the Falcon gates to checkout Line 15B, standing by
7:14 Open outter gate to Falcon yard, standing by
7:28 Open inner gate to Falcon yard to checkout Line 15B
7:30 Read the Field Operations Procedures before checkout
7:31 Start checking out Line 15B with Capt. Lewis
7:33 Checked out 3X for Line 15B and Closed the gates to Falcon Yard
7:42 Turned in the Keys to Camp-D Tower-1 and exit to the Processing Plant
7:44 Arrived at the Processing Plant, picked up ① cooler of water ① cooler of Squincher
7:57 Exit the Processing Plant to line 15A Shop
8:01 Arrived at Line 15A Shop picked up the weed eaters #VP-148, #GS-148 #15B-5 and string
8:05 Exit Line 15A Shop to the Air Strip
8:16 Arrived at the Air Strip with 3X, start cutting fence line on both side of the road
9:45 Shutdown, conduct and call in the Breakdown count to Camp-D Sallyport
9:50 Angola announced a "Heat Alert" all work stop inmates was given a Break
10:00 Exit the air strip to the Processing Plant
10:07 Arrived at the Processing Plant with 3X for Chow
11:00 Exit the Processing Plant to the Air Strip
11:07 Arrived back at the Air Strip with 3X for Line 15B
11:10 Start back weed eating the fence line on both side of the road
11:55 "Break time" all work stop, inmates was given a Break for 15 minutes
1:20 Exit the Air Strip to Line 15A Shop

**Daily Line Counts**

Line #: 15B Camp D

Date: 9-20-2024

Pusher: MSgt. O. Scott

Gun Guard: MSgt. S. Lanus

Gun Guard: ____

AM Count: 3X

PM Count: 3X

Comments:

1:26 Arrived at Line 15A Shop, put up the weed eater and string

1:32 Exit Line 15A Shop to Camp-D

1:36 Arrived at Camp-D picked up the Keys to Falcon gates

1:40 Arrived at the Falcon gates with 3X for Line 15B, open gates

1:49 Checked in 3X for Line 15B and turned them over to Capt. Lewis then Closed the gates to Falcon yard

1:52 Turned in the Keys to Camp-D Tower-1 and exit to Bus lot

1:55 Arrived at the Bus Lot and parked the bus

# LOUISIANA STATE PENITENTIARY
## Job Roster

L 15B

09/16/2024 - 09/20/2024

| | | | | Total Line Count | 4 | 5 | 6 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Date | 16 | 17 | 18 | 19 | 20 |
| **DOC Num** | **Name** | **Housing** | **Race** | **Custody** | **Mon** | **Tue** | **Wed** | **Thur** | **Fri** |
| 102594 | TAYLOR, RALPH | D EAG 1 | B | Min-C | [4] | [4] | [4] | [4] | [4] |
| 353624 | SMILEY, DON | D EAG 2 | B | Min-C | [4] | [4] | [4] | [4] | [4] |
| 418545 | MORRISON, PRINCE | D FAL 2 | B | Min-C | [ ] | [ ] | [ ] | [ ] | [ ] |
| 394820 | GRAVES, LOUIS | D FAL 2 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 96184 | MILTON, FRANK | D FAL 3 | B | Med | [ ] | [ ] | [ ] | [ ] | [ ] |
| 568647 | WESLEY, WENDELL | D FAL 3 | B | Med | [4] | [4] | [4] | [ ] | [ ] |
| 538503 | HALFORD, MICHAEL | D FAL 3 | B | MIN-C | [4] | [4] | [4] | [4] | [4] |
| 114866 | DAVIS, THOMAS | D FAL 3 | W | Med | [ ] | [ ] | [4] | [4] | [ ] |
| 507916 | SONNIER, MATTHEW | D FAL 3 | B | Med | [ ] | [4] | [4] | [4] | [ ] |
| | | | | Total Checkout | 4 | 5 | 6 | 5 | 3 |

Signature: [signature] Sgt.