# Exhibit 49

| | |
|---|---|
| From: | Amy Hebert |
| Date: | October 22, 2024 11:04:08 AM (-05) |
| To: | "Jacob Johnson" <Jacob.Johnson4@la.gov>, "Jamie Sharp" <Jamie.Sharp@la.gov>, "Paul Toce" <Paul.Toce@la.gov>, "Bill Hawkins" <Bill.Hawkins2@la.gov>, "Lisa Lemoine" <Lisa.Lemoine@la.gov>, "Kelley Hawkins" <Kelley.Hawkins@la.gov>, "Douglas Patin" <Douglas.Patin@la.gov>, "Randy Cashio" <Randy.Cashio@la.gov>, "Tonia Faust" <Tonia.Faust@la.gov>, "Sandra Tiser" <Sandra.Tiser@la.gov> |
| Cc: | "Ashli Oliveaux" <Ashli.Oliveaux@LA.GOV>, "Haleigh McCrory" <Haleigh.McCrory@LA.GOV>, "Robert Cleveland" <Robert.Cleveland@la.gov> |
| Subject: | **RE: HCP 8** |
| Attachments: | |

Update,

Tonia, Sandra, Doug, and myself have been working on gathering specific numbers of how many offenders will be issued a Heat Precaution Duty Status based on the new drug list in HCP 8. It looks like that number will be approx. 1,548. This number is only from the medicines listed in the revised Reg.

Amy

---

**From:** Jacob Johnson <Jacob.Johnson4@la.gov>
**Sent:** Tuesday, October 22, 2024 10:08 AM
**To:** Jamie Sharp <Jamie.Sharp@la.gov>; Paul Toce <Paul.Toce@la.gov>; Bill Hawkins <Bill.Hawkins2@la.gov>; Lisa Lemoine <Lisa.Lemoine@la.gov>; Kelley Hawkins <Kelley.Hawkins@la.gov>; Douglas Patin <Douglas.Patin@la.gov>; Randy Cashio <Randy.Cashio@la.gov>; Tonia Faust <Tonia.Faust@la.gov>; Amy Hebert <Amy.Hebert@la.gov>
**Cc:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>; Haleigh McCrory <Haleigh.McCrory@LA.GOV>; Robert Cleveland <Robert.Cleveland@la.gov>
**Subject:** RE: HCP 8

Thx, HIM Manager Sharp.

Nurse Manager Faust/Nurse Supervisor Hebert, **please respond to this email chain so that everyone can be aware of each update** related to HCP 8. I will update DW Oliveaux.

Also, DOC-HQ sent a policy update related to HCP 8:

*From Stacye Rodriguez, RN, Chief Nursing Officer through Natalie LaBorde, Esq. I Executive Counsel | Deputy Assistant Secretary:*

*Dear All,*

*Please be advised that Department Regulation No. HCP 8 "Heat Pathology" has been revised. It is available for access and review in PowerDMS and Lotus Notes.*

*Revision Summary:*

1. *Deletes provision stating that the HCP determines on a case by case basis whether heat precaution duty status is ordered based on an inmate's chronic disease or prescribed medications.*
2. *Adds provision stating that the HCP shall order a heat precaution duty status for inmates diagnosed with medical conditions listed in Medical Exclusions List (Attachment B), provided the inmate does not have a more restrictive permanent duty status. Clarifies that nothing in this regulation shall prevent a health care practitioner from issuing a more restrictive duty status associated with any medical condition.*
3. *Allows for inmate waiver of heat precaution duty status if educated on the risks. Requires documentation of any such waiver through utilization of Form HCP10-a "Refusal to Accept Medical or Mental Health Care."*
4. *Allows for the HCP/P to determine heat precaution duty status is not necessary in exceptional cases, and requires the clinical rationale for this decision to be documented in the inmate's medical record.*
5. *Increases temperature required for heat precaution duty status from 88 degree to 91 degrees.*
6. *Changes the time frame for indoor procedures from 10:00-8:00 to 8:00-8:00.*
7. *Changes the time frame for outdoor procedures from 9:00-7:00 to 8:00-7:00.*
8. *Adds that the following shall be available to all inmates in outdoor areas: water and ice, shaded area for breaks, and sunscreen.*
9. *Increases rest breaks to 15 minutes long, offered every 45 minutes.*
10. *Requires outdoor work to cease when the heat index exceeds 113 degree Fahrenheit.*
11. *Requires that Form HCP8-a "Heat Pathology Inmate Education Form" be scanned into the Electronic Health Record.*
12. *Changes Attachments to include the following:*
    a. *Attachment A "Heat Pathology Medications List"*
    b. *Attachment B "Medical Exclusion List"*
    c. *Attachment C "Heat Pathology Staff Training"*

*Ensure that staff is advised of the changes and update your unit written policies and procedures accordingly.*

*Thanks!*
*Natalie*

*Natalie LaBorde, Esq. I Executive Counsel | Deputy Assistant Secretary, Policy, Research Communications, Justice Reinvestment Initiative | Dept. of Public Safety & Corrections  I  Office: 225-342-8131*


Thx,

JCJ

---

**From:** Jamie Sharp <Jamie.Sharp@la.gov>
**Sent:** Tuesday, October 22, 2024 9:43 AM
**To:** Jacob Johnson <Jacob.Johnson4@la.gov>; Paul Toce <Paul.Toce@la.gov>; Bill Hawkins <Bill.Hawkins2@la.gov>; Lisa Lemoine <Lisa.Lemoine@la.gov>; Kelley Hawkins <Kelley.Hawkins@la.gov>; Douglas Patin <Douglas.Patin@la.gov>; Randy Cashio <Randy.Cashio@la.gov>; Tonia Faust <Tonia.Faust@la.gov>; Amy Hebert <Amy.Hebert@la.gov>
**Cc:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>; Haleigh McCrory <Haleigh.McCrory@LA.GOV>
**Subject:** RE: HCP 8

We have started to pull a list for each diagnoses and before going any further we wanted to let everyone know what the process would be and the length of time it would take doing so.

The process is as follows:

Open Chart Reports in EHR
Open Inquires
Input Information you are looking for

In doing so we will have to look up each exclusion individually and as you can see below, each exclusion may have subcategories that will also have to be looked up individually.  Some exclusions have ten or more subcategories to choose from.



Each report will be printed individually as we are unable to export it to an Excel document at this time.

If you have any suggestions as to pulling these reports a different way, please advise.

If you have any questions, please feel free to let me know.

Thanks,

JAMIE SHARP
HEALTH INFORMATION MANAGER
LOUISIANA STATE PENITENTIARY

JAMIE.SHARP@LA.GOV

PHONE:  (225) 655-0869
FAX:  (225) 655-2290

---

**From:** Jacob Johnson <Jacob.Johnson4@la.gov>
**Sent:** Friday, October 18, 2024 2:16 PM
**To:** Paul Toce <Paul.Toce@la.gov>; Bill Hawkins <Bill.Hawkins2@la.gov>; Lisa Lemoine <Lisa.Lemoine@la.gov>; Kelley Hawkins <Kelley.Hawkins@la.gov>; Jamie Sharp <Jamie.Sharp@la.gov>; Douglas Patin <Douglas.Patin@la.gov>; Randy Cashio <Randy.Cashio@la.gov>; Tonia Faust <Tonia.Faust@la.gov>; Amy Hebert <Amy.Hebert@la.gov>
**Cc:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>; Haleigh McCrory <Haleigh.McCrory@LA.GOV>
**Subject:** FW: HCP 8

Hello all,

As a follow-up to our meeting, please plan to meet next week, **Wednesday, October 23, 2024, at 1:00 p.m.** to discuss the two lists of all inmates on the medication listed in Attachment A (Active Heat Pathology) and all inmates with a diagnosis listed in Attachment B. The HIM Department will

combine both lists to isolate patients on both lists.

The MH Nurse Supervisor and Pharmacy department will have an "Active Heat Pathology" list and a "Proposed Heat Pathology" list.

Please bring all questions to the table for discussion. We will forward unanswered questions to DW Oliveaux/DOC-HQ.

Also, please include a write-up or synopsis of the process utilized to obtain the each list.

Thx,

JCJ

---

**From:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>
**Sent:** Friday, October 18, 2024 11:14 AM
**To:** Jacob Johnson <Jacob.Johnson4@la.gov>
**Subject:** FW: HCP 8

---

**From:** Kerri Rogillio <Kerri.Rogillio@LA.GOV>
**Sent:** Friday, October 18, 2024 10:20 AM
**To:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>
**Subject:** RE: HCP 8

Here are the attachments. The training didn't change so I didn't include those but I can grab them out of PDMS if you need me to.

Let me know if you have any questions!

HAPPY BIRTHDAY!!!!! ☺

Kerri Rogillio, Executive Management Officer
Department of Corrections Headquarters
Medical Department
(225) 342-9080 (O)
(225) 342-1329 (F)
Kerri.rogillio@la.gov

---

**From:** Stacye Rodriguez <Stacye.Rodriguez@LA.GOV>
**Sent:** Friday, October 18, 2024 8:28 AM
**To:** Kerri Rogillio <Kerri.Rogillio@LA.GOV>
**Cc:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>; Rachel Escobar <Rachel.Escobar@LA.GOV>
**Subject:** HCP 8

Please send Ashli all documents submitted along the HCP 8.

Thank you,

Stacye Rodriguez, RN
Chief Nursing Officer
Louisiana Department of Corrections
(225) 342-1395 (o)
(225) 620-3647 (c)
(225) 342-1329 (f)
Stacye.Rodriguez@la.gov

---

**From:** Rachel Escobar <Rachel.Escobar@LA.GOV>
**Sent:** Friday, October 18, 2024 7:08 AM
**To:** Ashli Oliveaux <Ashli.Oliveaux@LA.GOV>; Stacye Rodriguez <Stacye.Rodriguez@LA.GOV>
**Subject:** RE: VOTE

Thank you
**Rachel Escobar**
Administrative Program Specialist
Healthcare Division

Louisiana Department of Corrections- Headquarters
(225) 342-1320 **Office**
(225) 329-7347 **Cell**
(225)-342-1329 **Fax**
<u>Rachel.Escobar@LA.Gov</u>

---

**From:** Ashli Oliveaux <<u>Ashli.Oliveaux@LA.GOV</u>>
**Sent:** Friday, October 18, 2024 7:01 AM
**To:** Stacye Rodriguez <<u>Stacye.Rodriguez@LA.GOV</u>>; Rachel Escobar <<u>Rachel.Escobar@LA.GOV</u>>
**Subject:** FW: VOTE

Will you send me an updated list of the medications and diagnosis that have been agreed upon?

**From:** Stacye Rodriguez <<u>Stacye.Rodriguez@LA.GOV</u>>
**Sent:** Friday, October 18, 2024 6:38 AM
**To:** Ashli Oliveaux <<u>Ashli.Oliveaux@LA.GOV</u>>; Jonathan Vining <<u>Jonathan.Vining@LA.GOV</u>>
**Cc:** Randy Lavespere <<u>Randy.Lavespere@la.gov</u>>
**Subject:** FW: VOTE

REDACTED

Stacye Rodriguez,
Chief Nursing Officer
Louisiana Department of Corrections
(225) 342-1395 (o)
(225) 620-3647 (c)
(225) 342-1329 (f)
<u>Stacye.Rodriguez@la.gov</u>

---

**From:** Chelsea Payne <<u>cpayne@keoghcox.com</u>>
**Sent:** Thursday, October 17, 2024 4:07 PM
**To:** Ashli Oliveaux <<u>Ashli.Oliveaux@LA.GOV</u>>; Jonathan Vining <<u>Jonathan.Vining@LA.GOV</u>>
**Cc:** Andrew Blanchfield <<u>ablanchfield@keoghcox.com</u>>; Randy Lavespere <<u>Randy.Lavespere@la.gov</u>>; Stacye Rodriguez <<u>Stacye.Rodriguez@LA.GOV</u>>
**Subject:** RE: VOTE

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

REDACTED

**From:** Ashli Oliveaux <<u>Ashli.Oliveaux@LA.GOV</u>>
**Sent:** Thursday, October 17, 2024 3:53 PM
**To:** Jonathan Vining <<u>Jonathan.Vining@LA.GOV</u>>
**Cc:** Chelsea Payne <<u>cpayne@keoghcox.com</u>>; Andrew Blanchfield <<u>ablanchfield@keoghcox.com</u>>; Randy Lavespere <<u>Randy.Lavespere@la.gov</u>>; Stacye Rodriguez <<u>Stacye.Rodriguez@LA.GOV</u>>
**Subject:** Re: VOTE

REDACTED

On Oct 17, 2024, at 3:20 PM, Jonathan Vining <<u>Jonathan.Vining@la.gov</u>> wrote:

REDACTED

**From:** Chelsea Payne <<u>cpayne@keoghcox.com</u>>
**Sent:** Thursday, October 17, 2024 3:17 PM
**To:** Jonathan Vining <<u>Jonathan.Vining@LA.GOV</u>>; Andrew Blanchfield <<u>ablanchfield@keoghcox.com</u>>
**Subject:** VOTE

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

REDACTED

**Chelsea A. Payne**
**Partner**
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796
F 225 343 9612
C 225 241 5879
cpayne@keoghcox.com
<image002.jpg>
WEBSITE | BLOG | BIO | vCard

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.