UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering the Evidentiary Hearing on Class Certification scheduled to begin on April 23, 2025,

**IT IS ORDERED** that a telephone status conference be and is hereby **SET** for April 10, 2025, at 9:00 A.M. Dial-in instructions will be emailed to counsel prior to the conference. The parties shall be prepared to advise the Court as to the number of expert and fact witnesses to be called for scheduling purposes.

Baton Rouge, Louisiana, this 7th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA