UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>**VERSUS**<br><br>**JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion for Leave to File Memorandum in Opposition to Plaintiffs' Second Application for Preliminary Injunction and TRO in Excess of Page Limit on behalf of Defendants, JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary, and the LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Unopposed Motion for Leave to File Memorandum in Opposition to Plaintiffs' Second Application for Preliminary

Injunction and TRO in Excess of Page Limit is hereby **GRANTED.** Defendants are granted leave for their Memorandum in Opposition to Plaintiffs' Application for Preliminary Injunction and TRO to exceed the page limit, up to a total of 35 pages.

Baton Rouge, Louisiana, this ____ day of _____, 2025.

HONORABLE BRIAN A. JACKSON
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA