UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * | **CIVIL ACTION** <br><br> **NO.: 3:23-cv-1304-BAJ-EWD** |
| **VERSUS** | * * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | **MAGISTRATE JUDGE** <br> **ERIN WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF WEST FELICIANA**

BEFORE ME, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:

**Ashli Oliveaux**

Who, based upon her personal knowledge, did depose and say the following:

1. I am a Deputy Warden of Quality Management and Assurance at Louisiana State Penitentiary. I am also the ADA coordinator at LSP.

1

2. As a part of my job duties, I have personal knowledge of the facts included in this affidavit.

3. The revised HCP8 went into effect in October 2024. LSP begin its process of implementing any policy changes, which would not go into effect until May 2025.

4. LSP's first priority was to determine a process for identifying and issuing duty statuses to offenders based on Attachments A and B of HCP8.

5. The goal was to ensure that duty statuses were issued and the offenders be educated before the heat season went into effect May 2025.

6. As I explained in my deposition, LSP issued heat precaution duty statuses to every offender prescribed a medication on Attachment A. LSP also issued duty statuses to all intakes who were prescribed a medication on Attachment A beginning January 20, 2025

7. LSP has completed that process and issued approximately 1500 duty statuses based on the medications listed in Attachment A. These duty statuses were issued in February 2025. Attached is a true and correct copy of the duty status issued to Kevias Hicks on February 6, 2025. Hicks was educated on his duty status on March 21, 2025.

8. The process to identify offenders with medical conditions on Attachment B was more labor intensive, and required providers to review every chart of all offenders (who has not already received a heat precautions duty statuses) for their medical diagnosis.

9. Since my deposition, LSP has completed this process, and an approximately 300 duty statuses have been issued based on the medical conditions in Attachment B.

10. In total, LSP has issued 1,887 heat precaution duty statuses in advance of the 2025 heat season.

11. All offenders have been educated and have completed the inmate education form. Some offenders have opted out of their heat precaution duty statuses.

12. One of these opt outs includes Michael Halford. I understand he enjoys working outdoors and has opted out of his duty status to keep his job assignment.

13. Following the revision of HCP8, LSP began the process of updating its corresponding directive. As I explained in my deposition, updating Directive 13.067 would be completed by May 1, the start of the heat season. At the time of my deposition, it was still in the review process.

14. LSP was able to update Directive 13.067 before the heat season began, and it was signed on April 8, 2025. Attached is a true and correct copy of Directive 13.067.

15. Each offender is provided a copy of their duty status. It is the offender's responsibility to carry a copy of his duty status and to present it to security if needed.

16. As LSP prepares for the upcoming heat season, additional plans have been made for shade. In addition to the shade wagons that were constructed in implemented in October 2024, LSP has created a prototype for shade pavilions to be placed throughout the facility.

17. LSP constructed a prototype shade pavilion to assess the feasibility. The pavilion has a roof for shade, benches for seating, electricity, four large fans, and access to two water spigots on each side. A true and correct copy of a photograph of the first pavilion is attached.

18. LSP plans to, and has received approval from DPSC, to construct an additional 6 shade pavilions throughout the facility, as indicated in yellow dots on the attached map. LSP can and will build additional pavilions as needed.

19. The pavilions will be placed in or next to the work areas.

20. LSP will also continue to utilize the shade wagons as needed.

_____
**ASHLI OLIVEAUX**

**SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC**, this 11th day of April, 2025

_____
**NOTARY PUBLIC** #173487

4