**EXHIBIT A-2**

**HEAT PATHOLOGY INMATE EDUCATION**

**(TO BE FILED UNDER SEAL)**