**EXHIBIT A-3**

**REFUSAL- HEAT PRECAUTION DUTY STATUS**

**(TO BE FILED UNDER SEAL)**