**Department Regulation No. HCP8**
**Attachment A**
**7 November 2024**

| | Heat Pathology Medications List | | |
|---|---|---|---|
| **ACH Risk Score** | **Medication Drug Class** | **Examples** | **Mechanism of Heat Pathology** |
| 3 | **Anticholinergics** | Benztropine (Cogentin) | Decreased sweating<br>Impaired thermoregulation |
| | **Antihistamines with anticholinergic properties (*Scheduled/ daily-maintenance medication)** | Cyproheptadine (Periactin)<br>Diphenhydramine (Benadryl)<br>Doxylamine (Unisom)<br>Hydroxyzine (Atarax, Vistaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Antispasmodic/ Antimuscarinics** | Dicyclomine (Bentyl)<br>Hyoscyamine (Levsin)<br>Darifenacin (Enablex)<br>Oxybutynin (Ditropan)<br>Propantheline (Pro-Banthine)<br>Tolterodine (Detrol, Detrol LA) | Decreased sweating<br>Impaired thermoregulation |
| | **Antipsychotics** | Chlorpromazine<br>Clozapine (Clozaril)<br>Thioridazine (Mellaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Tricyclic antidepressants (TCAs)** | Amitriptyline (Elavil)<br>Clomipramine (Anafranil)<br>Desipramine (Norpramin)<br>Doxepin (Sinequan)<br>Imipramine (Tofranil)<br>Nortriptyline (Aventyl, Pamelor) | Decreased sweating |
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Carisoprodol (Soma)<br>Tizanidine (Zanaflex)<br>Carisoprodol (Soma, Vanadom).<br>Chlorzoxazone (Lorzone, Parafon Forte DSC).<br>Metaxalone (Metaxall, Skelaxin).<br>Dantrolene (Dantrium)<br>Orphenadrine (Norflex) | Decreased sweating<br>Impaired thermoregulation |
| | **Mood stabilizer** | Lithium (Eskalith, Lithobid)<br>*(Not ACH Risk)* | Diabetes insipidus induced water loss and risk for fainting, falls<br>Electrolyte imbalance<br>Risk for toxicity in setting of dehydration because of narrow therapeutic index |
| 2 | **Antiseizure medications** | Oxcarbazepine (Trileptal)<br>Topiramate (Topamax)<br>Carbamazepine (Tegretol) | Decreased sweating<br>Increased sweating<br>Increased urination<br>Dizziness and weakness, especially after increased dose |

1 of 3
* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.

**Department Regulation No. HCP8**
**Attachment A**
**7 November 2024**

| | Heat Pathology Medications List | | |
|---|---|---|---|
| **ACH Risk Score** | **Medication Drug Class** | **Examples** | **Mechanism of Heat Pathology** |
| | Antipsychotics | Trifluoroperazine (Stelazine)<br>Loxapine (Loxitane)<br>Perphenazine (Trilafon) | Impaired sweating<br>Impaired temperature |
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Baclofen (Lioresal)<br>Cyclobenzaprine (Fexmid, Flexeril)<br>Dantrolene (Dantrium) | Decreased sweating<br>Impaired thermoregulation |
| 1 | Antipsychotics | Aripiprazole (Abilify)<br>Asenapine (Saphris)<br>Fluphenazine (Prolixin)<br>Haloperidol (Haldol)<br>Olanzapine (Zyprexa)<br>Paliperidone (Invega)<br>Prochlorperazine (Compazine)<br>Quetiapine (Seroquel)<br>Risperidone (Risperdal)<br>Ziprasidone (Geodon) | Impaired sweating<br>Impaired temperature |
| 0-1 | Diuretics | **Loop Diuretics**:<br>Acetazolamide (Diamox)<br>Bumetanide (Bumex)<br>Furosemide (Lasix)<br>Metolazone (Zaroxolyn)<br>Spironolactone (Aldactone)<br>Torsemide (Demadex) | Electrolyte imbalance<br>Volume depletion, dehydration and increased risk of fainting and falls<br>Reduced thirst sensation |

2 of 3
* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.

**Department Regulation No. HCP8**
**Attachment A**
**7 November 2024**

|  | | | |
|---|---|---|---|
| | **Beta-Adrenergic Blocking Agents And Alpha/Beta-Adrenergic Blocking Agents** | Beta-Adrenergic Blockers:<br>Acebutolol (Sectral)<br>Atenolol (Tenormin)<br>Bisoprolol (Zebeta)<br>Metoprolol (Lopressor, Toprol XL)<br>Nadolol (Corgard)<br>Nebivolol (Bystolic)<br>Pindolol (Visken)<br>Propranolol (Inderal, InnoPran)<br>Sotalol (Betapace)<br><br>Alpha/Beta-Adrenergic Blockers:<br>Carvedilol (Coreg)<br>Labetalol hydrochloride (Trandate, Normodyne) | Reduced superficial vasodilation<br>Decreased sweating<br>Reduced blood pressure, increased risk of fainting and falls<br>The negative chronotropic and inotropic effects lead to a decreased oxygen demand |
| | **Non-dihydropyridines Calcium channel blocker** | Diltiazem (Cardizem, Tiazac)<br>Verapamil (Calan) | Decreased blood pressure, increased risk of fainting and falls<br>Electrolyte imbalance<br><br>The negative chronotropic and inotropic effects lead to a decreased oxygen demand |
| | **Nitrates** | Isosorbide Dinitrate (Isordil)<br>Isosorbide Mononitrate (Ismo)<br>Nitroglycerin (NitroBid) | Peripheral Vasodilatation |
| | **Stimulants** | Amphetamine Salts (Adderall)<br>Methylphenidate (Ritalin) | Increased body temperature |
| | **Antipsychotics** | Thiothixene (Navane)<br>Lurasidone (Latuda) | Impaired sweating<br>Impaired temperature |
| | **Antiseizure medications** | Divalproex (Depakote) | Heat intolerance |

3 of 3
* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.

HCP 8 Emails 00000226