UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | CIVIL ACTION<br><br>NO.: 3:23-cv-1304-BAJ-EWD |
| **VERSUS** | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

**AFFIDAVIT**

STATE OF TENNESSEE

WILLIAMSON COUNTY

**BEFORE ME**, the undersigned notary, duly authorized in the State and County aforesaid, personally came and appeared:

**Dr. Deleca Barnes**

Who, based upon her personal knowledge, did depose and say the following:

1. I have had the opportunity to review Dr Vassallo's opinions in the fourth declaration regarding my expert report and subsequent recommendations regarding the alterations to the Heat Pathology Duty Status Medication List.

2. Dr Vassallo's statement that *"Dr. Reynolds-Barnes appears to have focused exclusively on medications with anticholinergic properties"* is at best inaccurate and possibly disingenuous as evidenced by medications that are included in the list and my statements in my original report regarding the classes reviewed. I take this opportunity to respond to Dr Vassallo's opinions and provide additional context, as well as restate the information provided in my original report, to demonstrate a more thorough review than stated in Dr. Vassallo's declaration.

**In Response to Dr Vassallo's Statement #34 on page 10:** *"However, Dr. Reynolds-Barnes appears to have focused exclusively on medications with anticholinergic properties. She has not included medications that interfere with neurotransmission in the hypothalamus, which is the thermostat for the body."*

3. Again, the above statements are both inaccurate and deceptive. In response to the first sentence, a review of the list clearly shows medication categories listed with an anticholinergic risk score of 0-1. This means their anticholinergic effect on the body's ability to thermoregulate is negligible or non-existent. For medications listed with non-anticholinergic risk, other mechanisms of action may put a patient at risk for a heat-related pathology.

4. In addition, I stated throughout the report a review of multiple mechanisms of action of medications. As an example, I made the following statement regarding the recommendation to add certain beta blockers to the list: *"Beta Blockers - I concur and beta blockers were added to the list, in addition multiple other medication classes, not mentioned in the PJI memo including anticholinergics, antispasmodics, antimuscarinics,*

*tricyclic antidepressants skeletal muscle relaxants, antiseizure medications, nitrates and stimulants."*

5. In this statement, while I addressed the anticholinergic agents that I reviewed, I also clearly listed multiple medications classes with different mechanisms of actions and side effects that were reviewed and subsequently added to the list.

6. Dr. Vassallo further claims that I have "not included medications that interfere with neurotransmission in the hypothalamus, which is the thermostat for the body."

7. I have reviewed the reference Dr Vassallo provided. This summary report by the CDC entitled, "Heat and Medications- Guidance for Clinicians" does not refer to nor make the statement "interference of neurotransmission in the hypothalamus."[1] However, many medication that alter peripheral regulation of hypothalamic-pituitary-adrenal (HPA) axis hormones *are included* in my recommendations for the list, for example some medications in the following classes of antipsychotics, lithium, and antidepressants. However, it should be noted that for these medications, the HPA effect is not the mechanism of heat sensitivity; it is indeed their anticholinergic risk profile.

**In Response to Dr Vasallo's Statement #39 on page 11**: *"DOC's revised Medication List ignores several common medications that impair the critical functioning of the hypothalamus and other aspects of the central nervous system. The most obvious of these omissions is Selective Serotonin Reuptake Inhibitors (SSRIs), which are used to treat depression and anxiety disorders. SSRIs block ("inhibit") the reabsorption ("reuptake") of serotonin by nerve cells in the hypothalamus, causing an increase in serotonin in the brain. Thus, SSRIs impair the function of the hypothalamus, which in turn impacts the ability of the hypothalamus to respond to and regulate the body's temperature."*

---

[1] https://www.cdc.gov/heat-health/hcp/clinical-guidance/heat-and-medications-guidance-for-clinicians.html

8. The most recent literature review does not support the addition of SSRIs to this list. In 2024, the Lancet, a world-leading weekly medical journal that publishes high-quality research on clinical, public health, and global health, published an article *entitled "The effect of prescription and over-the-counter medications on core temperature in adults during heat stress: a systematic review and meta-analysis."*[2] This review was done by researchers from the Heat and Health Research Centre at the University of Sydney. This review specifically addressed SSRIs and their effect on core body temperature after a review of ten (10) randomized clinical trials stating no effect on thermoregulation. Below are the authors' exact statements in support of excluding this drug category. It continues to be my opinion that there is no clinical evidence that SSRIs, as an isolated marker, should be represented on the list.

9. This review states: "Ten randomised controlled trials investigated psychotropic medications (Fig. 3). Eight studies tested antidepressants, namely atypical antidepressant bupropion (k = 7), selective serotonin reuptake inhibitors (SSRI) citalopram (k = 2) and paroxetine (k = 1), and the noradrenaline reuptake inhibitor (NRI) reboxetine (k = 2). Compared to control, there was no effect of antidepressants on core temperature when pooled across all conditions (−0.01◦C; 95% CI −0.14, 0.12◦C; p = 0.88; I 2 = 61%; GRADE = Moderate), or at ≥30◦C (−0.04◦C; 95% CI −0.14, 0.06◦C; p = 0.36; I 2 = 0%; GRADE = Moderate). No sweating data were reported for any antidepressants."[3]

**In Response to Dr Vasallo's Statement #41- #43 on page 12-13:** "*The Medication List is defective in other ways. For instance, it includes nondihydropyridines calcium channel blockers, but omits dihydropyridines. Calcium channel blockers (CCBs) are commonly used to treat*

---

[2] Hospers, Lily et al. The effect of prescription and over-the-counter medications on core temperature in adults during heat stress: a systematic review and meta-analysis. eClinicalMedicine, Volume 77, 102886.

[3] *Id.*

*hypertension and coronary heart disease. They block the inward movement of calcium by binding to certain calcium channels in the heart, vascular smooth muscle, and pancreas; Both non-dihydropyridines and dihydropyridines can depress cardiac function and cause dehydration.[31] Dihydropyridines, which were omitted from Dr. Reynolds-Barnes' list, cause peripheral vasodilation and can impact myocardial conduction. This lowers blood pressure, predisposing the patient to heat syncope (fainting due to vasodilation in the heat). When cardiac output is reduced during heat stress, there is a greater risk of heat stroke; 43. All calcium channel blockers have the effect of impairing myocardial contraction and/or causing peripheral vasodilation to differing degrees. Thus, non-dihydropyridines and dihydropyridines should be on the Medication List, and individuals taking any type of CCB should receive a heat precaution duty status.*

10. Dr Vassallo's comments reiterated the following statements I made in my initial review—*"Non-Dihydropyridine Calcium Channel Blockers act on both the heart and vascular smooth muscle. They reduce calcium influx in the heart, leading to decreased heart rate, contractility, and conduction speed. They also cause vasodilation, but their primary effect is on the heart rather than just on the blood vessels. The primary effect of dihydropyridines is on the blood vessels. Because of their specific effect on the heart, the non-dihydropyridines were added to the list because they pose increased risk."*

11. I am aware of no clinical studies directly linking calcium channel blockers (CCBs) and dehydration, in the absence of other medications already on the list (ie, diuretics).

12. Furthermore, the blood pressure-lowering effect of these medications is the desired outcome, as they are antihypertensives and are used to treat elevated blood pressure.

13. I am concerned about the vague comment in #43—" *All calcium channel blockers have the effect of impairing myocardial contraction and/or causing peripheral vasodilation to differing degrees. "* First, I would like to address the term ALL, there is a significant difference in the mechanisms action of the dihydropyridine and non-dihydropyridine CCSBs. The term *ALL* is an overreach. Yes, all non-dihydropyridines affect myocardial contraction, however, dihydropyridines do not have a direct effect on cardiac muscle.

    This "AND/ OR" consideration was specifically explained in my decision to recommend the addition of non-dihydropyridine CCBs.

14. I continue to recommend the addition of non-dihydropyridine because their effect on the heart (cardiac) muscle can. As I previously stated, decreases heart rate, contractility, and conduction speed. However, Dr Vassallo's "OR" comment- "*or causing peripheral vasodilation to differing degrees*" directly speaks to the pharmacologic difference between these two classes of CCBs. The peripheral vasodilation in the absence of a corresponding effect on the heart muscles allows for additional compensatory support and does not affect the heart rate, and therefore, I continue to recommend that dihydropyridine CCBs be excluded from the list.

**In Response to Dr Vassallo's Statement #44 on page 13:** *44. The Medication List omits several other medications that depress cardiac function, impair cardiac output, and/or cause dehydration. These include angiotensin-converting enzyme (ACE) inhibitors and angiotensin receptor blockers (ARBs). These medications should be on the Medication List, and individuals taking them should receive a heat precaution duty status.*

15. Again, I would like to review the most recent data on a review of the literature by Hospers et al., which stated No studies examined Angiotensin Converting Enzyme Inhibitors (ACE-inhibitors), angiotensin-2 receptor blockers or nitrates (Fig. 4). There was no effect of vasodilators on core temperature(+0.11◦C; 95% CI −0.13, 0.36◦C; p = 0.23; I2 = 77%; GRADE = Low).[4]

16. In my review of the literature, I am aware of no specific clinical case study directly linking ACE inhibitors solely to heat stroke. For these reasons, I continue to recommend

---

[4] Hospers, Lily et al. The effect of prescription and over-the-counter medications on core temperature in adults during heat stress: a systematic review and meta-analysis. eClinicalMedicine, Volume 77, 102886

angiotensin converting enzyme(ACE) inhibitors and angiotensin receptor blockers (ARBs) be excluded from the list.

**In response to the following statement from the Plaintiff's briefing:** *Defendants have not adopted all of Dr. Reynolds-Barnes's recommendations. According to Dr. Reynolds-Barnes, anyone taking a listed medication should automatically receive HPDS unless they give informed consent. Ex. 17 at 164:17–25 (Reynolds-Barnes). But the updated HCP8 gives DOC providers wide discretion to grant or deny HPDS, even as to individuals taking medications on the expanded (but still underinclusive) medication list. Ex. 8.*

17. Please note the statement in the footer of my recommendations for updates to the Heat Pathology Duty Status Medication Lists which states, *"** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care."*

18. I agrees with the language in HCP 8 which states that offenders shall be evaluated and if in the rare instance a duty status is not provided, then documentation of the reasoning must be placed in their chart. This policy in no way contradicts my opinion on how to implement the list and recommendations.

**Conclusion**

19. As in my original report, I appreciate the opportunity to work with the clinical leadership to review the original policy and list, as well as being allowed to participate in updating the list. The provision of pharmaceutical care is a patient-centered approach in pharmacy practice focused on optimizing medication therapy and improving patient outcomes. It involves a comprehensive and systematic process to ensure that medications are used safely, effectively, and appropriately. A comprehensive pharmaceutical care approach was

applied in updating the list with clinical leadership to achieve our goal of optimizing patient outcomes and minimizing patient risks.


**Dr. Deleca Barnes**

State of Florida   County of Okaloosa

**SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC**, this 11th day of April, 2025  by Deleca Latrice Reynolds-Barnes.   Type of Identification Produced  TN DL

OZELLA MAE MOORE
**NOTARY PUBLIC**



Notarized remotely online using communication technology via Proof.