## Daily Line Counts

Line #: 24 & 25            Date: 7-16-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. J. Broussard
Gun Guard: MSgt. J. Bourgoyne

AM Count: 37x / 35x  *New Count*

PM Count: 0x

\*Sent in 2x for Heat Precaution
George Byrd #709442
Rogelio Ledezma #740122

**Comments:**

6:10 Arrived at Camp-D Falcon Gates to checkout Line 24 & 25, setup gun guards
6:13 Open outter gate to Falcon Yard, standing by to checkout Line 24 & 25
6:17 Open inner gate to Falcon yard to checkout Line 24 & 25, standing by
6:10 Start checking out Line 24 & 25 with Capt. Cummings and Capt. Williams
7:15 Checked out 37x for Line 24 & 25 and load up 37x Line 24 & 25
7:23 Exit Camp-D with 37x for Line 24 & 25
7:29 Arrived at D-Land Sweet Corn Field and unload all inmates off the Bus
7:33 Start walking 37x for Line 24 & 25 to the corn Field, ③ inmates wanted Sunscreen
7:36 Arrived at the Sweet Corn with 37x for Line 24 & 25; ① Portable Restroom, ① Handwash station ① Pop-Up tent ② Coolers of Sqwincher ② Coolers of Water
8:24 Call Medical-3 for inmate Diego Comeaux #742148 said his vision going in and out
8:59 Angola announced a "Heat Alert" all work stop inmates was given a break to cool off
9:17 LPN Darby Elkins arrived and evaluated inmate Comeaux for blurred vision and pressure behind left eye, inmate Comeaux was cleared to work but advised to see the eye doctor
9:30 "Break time" all work stop inmates was given a break to cool off
9:31 MSgt. Placide transported 2x to Camp-D for Heat Precaution inmate George Byrd #709442 and Rogelio Ledezma #740122 notified Camp-D Sallyport
9:33 LPN Elkins evaluated inmate Daniel McWilliams #786694 for dizziness and neusea stomach pains, inmate McWilliams was cleared to go back to work
9:55 Shutdown, conduct and call in the Breakdown Count to Camp-D Sallyport
F① 5 F② 9 F③ 12 F④ 9 for a total 35x for Line 24 & 25
9:57 Sent in a trailer with 108 sacks of Sweet Corn to the Grading Shed
10:00 Headland 35x for Line 24 & 25 and exit D-Land to A-NOTE000158 Field

## Daily Line Counts

Line #: 24 & 25 Camp-D          Date: 7-18-2024

Pusher: MSgt. O. Scott
Gun Guard: MSgt. J. Broussard
Gun Guard: MSgt. J. Bourgonye

AM Count: 30X / New Count 29X / New Count 28X / New Count 29X / New Count 27X

PM Count: 0X

Heat Precaution Inmates
#569179 Brent Lebouef — Fo
#709442 George Byrd — F4

**Comments:**

6:23 Arrived at Camp-D, picked up Keys to Falcon Gates to checkout Line 24 & 25

6:26 Arrived at Camp-D Falcon gate, open outtel gate, standing by to checkout line 24 & 25

7:23 Open inner gate to Falcon Yard to checkout Line 24 & 25

7:30 Start checking out Line 24 & 25 with Capt. Bynum and Capt. Minor

7:43 Checked out 30X for Line 24 & 25, closed gates, turn Keys over to Capt. Roberson

7:45 Exit Camp-D with 30X for Line 24 & 25

7:50 Arrived at A-Land Potato Field with 30X for Line 24 & 25, offer Sun Screen 0X want it

7:55 Unload the Bus 30X for Line 24 & 25, inmate Kemen Howard #784655 fell going down the steps of the bus to the ground and can't get up Call Medical-4

8:10 Lt. Col. Vittorio dropped off (16) racks for Line 24 & 25

8:19 Medical-4 arrived EMS Frank Lindsly and EMS Ashley Willingham transported inmate Howard to Treatment Center for further evaluation notified Camp-D

8:57 Call Medical-3 for inmate Chadarius Moorehead #779234 for back pain

9:20 LPN I. Jackson arrived and evaluated inmate Moorehead for back pain and cleared him to w

9:29 LPN Jackson and evaluated inmate Brent Lebouef #569179 hard to breathe, cleared to work

9:30 Notified Lt. Col. Vittorio come to the field for a lockup inmate Chadarius Moorehead refused to work go+ New Count 28X for Line 24 & 25, Col. Hebert transport inmate Moorehead in to Camp-D Sallyport all work stop inmates was given a Break

9:50 MSgt. K. Landrum brought inmate Howard back to the Line for a total of 29X

7:52 "Late Entry" Arrived at the Field to (1) Pop Up Tent (1) Portable Restroom (1) Hand Wash Station (2) coolers of Squincher (2) coolers of water

10:06 Angola announced a "Heat Alert" all work stop, inmates was given a break to cool off

10:18 Sent In 2X from Line 24 & 25 for "Heat Precaution" inmate Brent Lebouef #569179 and

VOTE000165