UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON |
| **VERSUS** | * * | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION TO STRIKE PORTIONS OF
FOURTH SUPPLEMENTAL DECLARATION OF DR. SUSI VASSALLO**

**NOW INTO COURT,** through undersigned counsel, come Defendants herein, **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** ("Defendants"), who move to strike portions of Fourth Declaration of Dr. Susi Vassallo (R.Doc. 201-3), as follows.

As more fully outlined in the attached memorandum, Dr. Vassallo's Fourth Declaration, submitted long after expert deadlines have passed, sets forth new opinions not included in her original export reports. The Fifth Circuit has held that where opinions in a supplemental expert report go "beyond 'proving up' the opinions contained in [the original] report" and were not included in the original report, the opinions should be stricken.[1] Providing these new opinions after expert deadlines is far from "harmless," as Plaintiffs rely on these new opinions not previously disclosed to seek a preliminary injunction and rewrite DPCS's policies. Because Dr. Vassallo's Fourth Declaration fails to comply with FRCP 26, these new opinions must be stricken.

          Respectfully submitted,

          **LIZ MURRILL**
          **Attorney General**

By:     s/Andrew Blanchfield
          Andrew Blanchfield, T.A. (#16812)
          Email: ablanchfield@keoghcox.com
          Christopher K. Jones (#28101)
          Email: cjones@keoghcox.com
          C. Reynolds LeBlanc (#33937)
          Email: rleblanc@keoghcox.com
          Chelsea A. Payne (#35952)
          Email: cpayne@keoghcox.com
          Special Assistant Attorneys General
          Post Office Box 1151
          Baton Rouge, Louisiana 70821
          Telephone: (225) 383-3796
          Facsimile: (225) 343-9612

---

[1] *Sobrino –Barrera v. Anderson Shipping Co.,* 495 F. App'x 430, 433 (5th Cir.2012).

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

    Baton Rouge, Louisiana, this 11th day of April, 2025.

                                                 s/Andrew Blanchfield
                                                  Andrew Blanchfield