UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering Defendants' **Motion To Substitute Proposed Pleading To Motion For Leave to File Excess Pages (Doc. 212)**,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants' proposed exhibits (Doc. 212-2–Doc. 212-16) shall be entered into the record to accompany Defendants' Motion for Leave to File Excess Pages located at Doc. 209.

Baton Rouge, Louisiana, this 17th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA