UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A            CIVIL ACTION
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

VERSUS

JAMES LEBLANC, ET AL.                  NO. 23-01304-BAJ-EWD

### ORDER REQUIRING APPEARANCE OF INMATE WITNESS

Considering Plaintiff's **Motion For Issuance Of Writ Of Habeas Corpus Ad Testificandum (Doc. 210),** and that the above-captioned matter is set for a class certification hearing on **April 23, 2025 at 8:00 a.m.** in Courtroom 2, Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana,

**IT IS ORDERED** that the Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Louisiana Department of Corrections and the Warden of the Louisiana State Penitentiary Angola, Louisiana, shall produce Inmate Witness **Damaris Jackson (#454295)** in person, for his appearance and

USM – Certified

2

testimony on **April 23, 2025, and April 24, 2025, at 8:00 a.m. each day**, or until so ordered by the Court.

Baton Rouge, Louisiana, this 17th day of April, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**