UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

### ORDER

Considering Defendants' **Unopposed Motion For Leave To File Memorandum In Opposition To Plaintiffs' Second Application For Preliminary Injunction And Temporary Restraining Order In Excess Of Page Limit** (Doc. 209),

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants' proposed memorandum and exhibits, currently pending at Docs. 212-2–212-16 shall be filed as a separate docket entry.

Baton Rouge, Louisiana, this 17th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA