UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | CIVIL ACTION<br><br>NO.: 3:23-cv-1304-BAJ-EWD |
| **VERSUS** | JUDGE BRIAN A. JACKSON |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

BEFORE ME, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:

**Roland Sylvester**

Who, based upon his personal knowledge, did depose and say the following:

1. I am the Assistant Warden of Field Operations at Louisiana State Penitentiary.

2. As a part of my job duties, I have personal knowledge of the operation of the Farm Line at LSP.

3. As I previously explained in my deposition, it is the offender's responsibility to advise officers of their duty statuses.

4. Once a heat alert is issued, all work immediately stops and an announcement is made to all offenders working that a heat alert has been issued.

5. If an offender has a heat precaution duty status, it is the offender's responsibility to present that duty status to an officer so that he can be transported indoors.

6. Even if the offender did not carry its duty status with him, he can advise the officer and the officer can call Medical to confirm the duty status.

7. Regardless, once a heat alert is issued, it is the offender's responsibility to advise the officer of his duty status so that the officer can facilitate requirements of the duty status.

8. Once an offender advises the officer of his heat precaution duty status, he is transported indoors.

9. There would not be a situation where an offender presented his heat precaution duty status and he was deliberately not brought indoors.

10. While LSP sends a list of offenders with heat precaution duty statuses each week, it is still the offender's responsibility to present their duty status during their job assignment. The list contains hundreds (now over a thousand) names. The line rosters and the officers on duty will differ each day. Therefore it remains the offender's responsibility to present their duty status at all job assignments.

11. LSP has and continues to provide the following measures daily, even outside of heat season and without a heat alert being issued: (1) 15 minute rest periods every 45 minutes; (2)

ability to take breaks as needed; (3) access to shade, ice and water, cups for water; (4) access to sunscreen; (5) access to appropriate clothing, gloves and boots.

12. If a line roster includes "CO" on a specific date, that means the offender was on a "call out" and did not work that day.

13. If a line roster includes "DS" on a specific date, that means the offender did not work that day due to a duty status.

_____
ROLAND SYLVESTER

SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC, this 11th day of April, 2025

_____
NOTARY PUBLIC #173487