THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

CASE NO.:  3:23-cv-1304-BAJ-EWD


VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its
members; and MYRON SMITH, DAMARIS JACKSON,
NATE WALKER, DARRIUS WILLIAMS,
KEVIAS HICKS, JOSEPH GUILLORY,
KENDRICK STEVENSON, and ALVIN
WILLIAMS, on behalf of themselves and
all others similarly situated,

     Plaintiffs,

     -vs-

JAMES LE BLANC, in his official capacity as
Secretary of the Louisiana Department of
Public Safety & Corrections; TIMOTHY HOOPER,
in his official capacity as Warden of
Louisiana State Penitentiary; MISTY STAGG,
in her official capacity as Director of Prison
Enterprises, Inc.; the LOUISIANA DEPARTMENT
OF PUBLIC SAFETY & CORRECTIONS; and PRISON
ENTERPRISES, INC.

     Defendants.

*   *   *   *   *   *   *   *   *   *   *   *

VIDEOTAPED

DEPOSITION OF:     DELECA REYNOLDS-BARNES

DATE TAKEN:     September 27, 2024

TIME:     9:00 A.M.

PLACE:     BY VIDEOCONFERENCE

REPORTED BY:     MICHELLE PULIDO STUBBEN, FPR,
     COURT REPORTER, NOTARY PUBLIC

*   *   *   *   *   *   *   *   *   *   *   *

Deleca Reynolds-Barnes
September 27, 2024

Page 2

1        A P P E A R A N C E S
2   PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
3        BY: LEAH WEISER, ESQ.
         BY: JANET LEE
4            1285 Avenue of the Americas
             New York, New York 10019
5            212-373-3000
             Lweiser@paulweiss.com
6   - AND -
7   THE PROMISE OF JUSTICE INITIATIVE
         BY: LYDIA WRIGHT, ESQ.
8        BY: KARA CRUTCHER, ESQ.
         BY: SAMANTHA BOSALAVAGE, ESQ.
9            1024 Elysian Fields Avenue
             New Orleans, Louisiana 70117
10           504-529-5955
             Lwright@defendla.org
11
         APPEARING BY VIDEOCONFERENCE ON BEHALF OF THE
12   PLAINTIFF
13
     KEOGH, COX & WILSON, LTD.
14       BY: ANDREW BLANCHFIELD, ESQ.
             701 Main Street
15           Baton Rouge, Louisiana 70802
             225-383-3796
16           Ablanchfield@keoghcox.com
17       APPEARING BY VIDEOCONFERENCE ON BEHALF OF THE
     DEFENDANT
18
     ALSO PRESENT BY VIDEOCONFERENCE:
19       MICHAEL BANKS - Videographer
         JONATHAN VINING - General Counsel PSC
20
21
22
23
24
25

Page 3

1            C O N T E N T S
2   TESTIMONY OF DELECA REYNOLDS-BARNES
3        Direct Examination by MS. WEISER.............4
4   CERTIFICATE OF REPORTER............................188
5   CERTIFICATE OF OATH................................189
6   EXHIBITS.......................................ATTACHED
7              - - - - -
8
9         S T I P U L A T I O N S
10       It is hereby agreed and so stipulated by and
11  between the parties hereto, through their respective
12  counsel, that the reading and signing of the transcript
13  is expressly waived by the Deponent.
14
15             - - - - -
16             EXHIBITS
17  NUMBER         DESCRIPTION                    PAGE
18  Exhibit 104
         Report................................. 51
19
20
21
22
23
24
25

Page 4

1        P R O C E E D I N G S
2        THE VIDEOGRAPHER:  We are on the record.  This
3   is the remote video-recorded deposition of Deleca
4   Barnes.  Today is Friday, September 27, 2024.  The
5   time is now 2:02 p.m. UTC, 9:02 a.m. Central.
6        We are here on the matter of Voice of the
7   Experience versus James Le Blanc.  My name is
8   Michael Banks, video technician on behalf of U.S.
9   Legal Support.  I'm not related to any party in
10  this action nor am I financially interested in the
11  outcome.
12       At this time, will the reporter on behalf of
13  U.S. Legal Support swear in the witness.
14  WHEREUPON,
15           DELECA REYNOLDS-BARNES,
16  was called as a witness, and having first been duly
17  sworn, testified as follows:
18           DIRECT EXAMINATION
19  BY MS. WEISER:
20       Q.  Good morning, Ms. Barnes -- Dr. Barnes, excuse
21  me.
22       A.  That is okay.  Thank you.
23       Q.  My name is Leah Weiser.  I'm one of the
24  counsel for plaintiff in this litigation, and I will be
25  asking you questions today.

Page 5

1        Just to kick it off, can you state and spell
2   your full name for the record?
3        A.  Deleca Reynolds-Barnes.  First name,
4   D-e-l-e-c-a, middle initial is L, last name is Reynolds,
5   R-e-y-n-o-l-d-s, hyphen, Barnes, B as in boy, a-r-n-e-s.
6        Q.  All right.  Ms. Barnes -- Doc -- so, correct
7   me, you hold a PharmD and the appropriate honorific is
8   doctor.  Correct?
9        A.  That is correct.
10       Q.  Okay.  Thank you.  And would you prefer for me
11  to refer to you today as Dr. Reynolds-Barnes or a
12  Dr. Barnes?
13       A.  It's actually Dr. Reynolds-Barnes.
14       Q.  Okay.  Well, I'll refer to you as
15  Dr. Reynolds-Barnes, but if I slip to Barnes, please
16  forgive me.
17       Are you represented by counsel today?
18       A.  I am.
19       Q.  And who is representing you?
20       A.  Keogh Cox.
21       Q.  And that's Drew Blanchfield?
22       A.  Yes.
23       Q.  Okay.  Have you ever been deposed before?
24       A.  Yes.
25       Q.  Can you -- about how many times estimate you

Deleca Reynolds-Barnes
September 27, 2024

Page 6

1  have been deposed.
2      A.   Twice.
3      Q.   Tell me about the most recent time you were
4  deposed?
5      A.   Most recent time was on behalf of an employer
6  related to a PBM, prescription benefits management,
7  eligibility litigation case.
8      Q.   So that was a litigation that your employer
9  was involved in, and you were deposed as a witness in
10 that matter?
11     A.   Correct.
12     Q.   As a fact witness?
13     A.   I'm not sure what that means.
14     Q.   I'll clarify.  You were deposed as a fact
15 witness as opposed to as an expert witness.  Correct?
16     A.   Correct.
17     Q.   And the other time that you were deposed, what
18 was the context?
19     A.   As part of an employer wrongful termination
20 case for an employee.
21     Q.   And were you the employee that was terminated?
22     A.   No.
23     Q.   So you were testifying on behalf of your
24 employer in a dispute that they had with a former
25 employee?

Page 7

1      A.   Yes.
2      Q.   And approximately what year did that take
3  place?
4      A.   Approximately 2016.
5      Q.   And the litigation that you had mentioned
6  previously where your employer was in a dispute, it
7  seemed like it was a contract dispute.
8           What was the year of that deposition?
9      A.   I think it was 2022.
10     Q.   Okay.  So it sounds like you have been deposed
11 within the last few years, but I'll go over some ground
12 rules just to make sure we are all on the same page.
13          As you probably are aware, your attorney,
14 Mr. Blanchfield, may make objections.  But unless
15 Mr. Blanchfield instructs you not to answer, you will
16 have to answer my question.
17          Do you understand that?
18     A.   Yes.
19     Q.   It is possible that if I -- I may ask a
20 question that you do not understand or that you think it
21 is confusing.  If that happens, please let me know and
22 I'll rephrase the question.
23          Will you do that?
24     A.   Yes.
25     Q.   If you don't tell me that you did not

Page 8

1  understand the question, we'll assume that you
2  understood the question; fair enough?
3      A.   Yes.
4      Q.   If during the deposition you realize that an
5  answer you gave previously was incorrect or incomplete
6  or you would like to amend it, I'll give you an
7  opportunity to correct it.  So please tell me before the
8  end of the deposition if you would like to do so.  Okay?
9      A.   Yes.
10     Q.   As you are aware, everything that you or any
11 of the attorneys say today will be transcribed by our
12 court reporter.  It is important that we have a clear
13 record, so it is recommended and requested that you
14 answer all questions with a verbal response rather than
15 with a shake of a head or an um so that the court
16 reporter can better record all of our responses.
17          Does that sound okay?
18     A.   Yes.
19     Q.   You and I will need to avoid speaking at the
20 same time.  So when I ask a question, please don't start
21 your answer until I'm completely finished and I will try
22 to do the same with your answers.
23          Does that sound okay?
24     A.   Yes.
25     Q.   Lastly, I don't know how long this deposition

Page 9

1  will go today, but we probably will take a few breaks.
2  If you need a break at any time, please let me know.  We
3  will take the break at a suitable time.  The only
4  exception is that if a question is pending, I'll ask
5  that you answer that question before we take a break.
6          Does that sound okay?
7      A.   Yes.
8      Q.   I think -- can you hear me properly?
9      A.   Yes.
10     Q.   Okay.  Great.  I had some feedback, but it
11 seems like it is gone.
12          The last questions along this line, you
13 understand that you are under oath to tell the truth
14 today, right?
15     A.   Yes.
16     Q.   And you understand that your testimony is just
17 as binding as if you were sitting in the courtroom
18 giving testimony in front of the judge?
19     A.   Yes.
20     Q.   Is there any reason that you may not be able
21 to give truthful testimony today?
22     A.   No.
23     Q.   Okay.  Obviously we are proceeding with this
24 deposition by Zoom rather than sitting in a room
25 together.  So where are you physically sitting right

Deleca Reynolds-Barnes
September 27, 2024

Page 10

1   now?
2        A.   I'm sitting in my home in Franklin, Tennessee.
3        Q.   Is there anyone else in the room with you?
4        A.   No.
5        Q.   Do you have any windows or programs up on your
6   computer other than this Zoom conference?
7        A.   No windows in the room.  I have my expert
8   witness statement.
9        Q.   So you have a physical copy of your expert
10  witness statement or is that up on your computer?
11       A.   It is up on my computer.
12       Q.   Okay.  So other than this Zoom program and
13  your expert witness report, you do not have anything
14  open in your computer.  Right?
15       A.   Correct.
16       Q.   Okay.  And if you have a phone in the room
17  with you, can you confirm that it is on silent?
18       A.   It is on silent.
19       Q.   Okay.  I'll ask that you do not use the phone
20  to communicate with anyone during the course of the
21  deposition, okay?
22       A.   Yes.
23       Q.   Any other devices near you other than the
24  computer or the phone that is on silent?
25       A.   No.

Page 11

1        Q.   Okay.  And do you have any papers or word
2   copies of any notes or reference materials accessible to
3   you where you are sitting?
4        A.   No.
5        Q.   Okay.  Let's begin.
6             If I refer to the DOC or the Department of
7   Corrections, will you understand that I mean the
8   Department -- the Louisiana Department of Public
9   Safety & Corrections?
10       A.   Yes.
11       Q.   Okay.  And then of course this case revolves
12  around events at the Louisiana State Penitentiary.  If I
13  use the term LSP to refer to Louisiana State
14  Penitentiary, will you understand that that is what I'm
15  referring to?
16       A.   Yes.
17       Q.   Alternatively, if I refer to Angola, will you
18  understand that that is also a term to refer to
19  Louisiana State Penitentiary?
20       A.   Yes.
21       Q.   You understand that you have been designated
22  by the DOC to testify as an expert witness in this
23  lawsuit.  Right?
24       A.   Yes.
25       Q.   What do you understand this lawsuit to be

Page 12

1   about?
2        A.   I understand -- it is my understanding this
3   lawsuit resolves around my -- the heat-duty status that
4   an inmate would be placed on.  And around -- my specific
5   portion is specific to medications that would affect the
6   heat-duty status.
7        Q.   Do you know what the plaintiffs' claims are in
8   the case?
9        A.   I have read them and focused primarily around
10  the heat-duty status medication list.
11       Q.   So could you summarize what you understand the
12  plaintiffs' claims to be at a high level?
13       A.   The portion that I focused on and that I
14  understand are related to the medications that a patient
15  would be placed on that would put them at risk for a
16  heat-related illness related to the duties, i.e.,
17  working on the farm in Angola.  And so my focus was the
18  pharmacology around those medications and how it would
19  affect that status.
20       Q.   Okay.  So have you read the (inaudible) in the
21  case?
22       A.   I'm sorry.  Can you repeat that?
23       Q.   Sure.  You mentioned that -- I asked whether
24  you know what the Plaintiffs' claims are in the case,
25  and you said, I have read them.

Page 13

1             What document did you read that gave you a
2   sense of what the plaintiffs' claims were in the case?
3        A.   Sure.  So I read a number of documents.  I
4   read the documents specifically prepared around the
5   Promise Justice Initiative and ADA accommodations
6   directives.
7             I did also read Dr. Vassallo's declarations
8   around - because that was specific to the medication and
9   the medication list and then just a summary of the
10  Plaintiffs' case.
11       Q.   Understood.  And you mentioned that you
12  understand that the claims relate to men who are working
13  on the farm at Angola.  Do you have an understanding as
14  to what work is performed on the farm?
15       A.   I have visited the farm and observed some
16  specific work that they are doing.  I would not say that
17  I understand everything, but I did observe work on the
18  farm and the operations on the farm.
19       Q.   So when did you first learn about this case?
20       A.   August of 2024.  And I don't have the specific
21  day.  It may have been end of July, beginning of August.
22       Q.   So that was less than two months ago?
23       A.   Yes.
24       Q.   So is it fair to say that you were not aware
25  of this case until you were contacted about serving as

1  an expert in the case?
2      A.   The specific case, yes, that is true.
3      Q.   You said this specific case.  Are there other
4  cases that you are aware of?
5      A.   No.
6      Q.   When you were first contacted about serving as
7  an expert witness in this case in July or August 2024,
8  who did you receive that outreach from?
9      A.   The initial outreach was from Dr. Carl Keldie,
10 who also I think serves as an expert witness in this
11 case.
12     Q.   And what did Dr. Keldie communicate to you at
13 that point?
14     A.   Specifically that he was working on a case
15 regarding heat-related pathology medications and thought
16 that the case could benefit from an expert in pharmacy
17 on medications and their -- and their increased
18 sensitivity to the heat.
19     Q.   So after the first outreach from Dr. Keldie --
20 and let me just clarify -- how did Dr. Keldie first
21 reach out to you about this case?
22     A.   By phone.
23     Q.   And that was in late July or August 2024?
24     A.   Yes, I think so.
25     Q.   What happened after you had that first phone

1  conversation with Dr. Keldie?
2      A.   I then had a contact with the counsel for the
3  State, Keogh Cox, Ms. Chelsea Payne, to discuss what
4  expertise that I could provide and my willingness to do
5  so.
6      Q.   And approximately when did that conversation
7  with Ms. Payne take place?
8      A.   Again, late July, early August, I think.  I
9  don't have the exact dates.
10     Q.   So when were you formally retained to serve as
11 an expert witness for defendants in this case?
12     A.   It would have been during -- shortly after
13 that conversation with Ms. Payne.  So, again, late July,
14 early August.
15     Q.   And after that retention, did you immediately
16 begin working on the matter?
17     A.   I think immediately.  "Probably" is not the
18 right term, but she did provide me documents to start
19 reviewing at that point.
20     Q.   What were you retained to do in this case?
21     A.   So the primary responsibility was specific to
22 assist with the -- well, the primary responsibility was
23 to review the heat-duty status medication list that was
24 currently in place for the DOC, work with the clinical
25 leadership to see if there were any specific dates that

1  needed to be made in regard to that list by reviewing
2  obviously my knowledge, the current literature, anything
3  specific to that list.  What needed to happen clinically
4  to update that list.
5      Also to look at the -- and that entailed just
6  reviewing all the documents that I had previously stated
7  to see, not only what meds I thought needed to be added,
8  but also to make sure that there were no -- no holes in
9  that list, in the current list.
10     Q.   So the DOC specifically asked you to assist in
11 updating the list?
12     A.   The DOC specifically asked that I review the
13 list.  And upon review of the list, obviously I felt the
14 list needed to be updated.
15     Q.   You mentioned that Ms. Payne provided you with
16 a set of materials upon your retention.  And so far you
17 stated that those materials included Dr. Vassallo's
18 declaration and documentation from the Promise of
19 Justice Initiative, PJI.  I'll refer to them as PJI.
20     Other than those two documents, did Ms. Payne
21 provide you with any other materials to review at that
22 point?
23     A.   There were other documents provided, certain
24 things that I asked for.  I asked for the DOC's
25 formulary, the preferred drug list to -- as part of my

1  review.  There were -- I don't know the specific.  There
2  were a number of documents provided as part of that that
3  she provided that day, but those were the primary ones
4  that I remember.
5      I'm trying to think if there is anything
6  specific.  I think those were the primary ones and a
7  summary of the declaration, as I said.
8      Q.   A summary of what declaration?
9      A.   A summary of the suit -- of the suit.
10     Q.   Understood.  So you mentioned that there were
11 certain materials that you requested to see.  What
12 materials did you affirmatively ask to be provided with?
13     A.   The main one in addition to the list and the
14 policy about heat.  That was another document she
15 provided.  The DOC's policy on heat-duty status was the
16 DOC's formulary for the development of available meds.
17     Q.   And all of the documents that you received,
18 did you receive them through Ms. Payne's office?
19     A.   I received documents, those documents that I
20 reviewed through Ms. Payne.  I may have also received --
21 like the formulary may have come from Dr. Keldie.  Maybe
22 she sent it to him and then he sent it over to me.  But
23 I think most of the doc- -- the other documents came
24 from her office.
25     Q.   So at a very high level, can you summarize the

Deleca Reynolds-Barnes
September 27, 2024

Page 18

1  opinions that you rendered in this case?
2      A.   Sure.  So I think the first opinion -- as I
3  said, my role was specifically related to the heat-duty
4  status medication list.  And so my opinions were first
5  specific to reviewing the current list and having an
6  opinion on whether or not I thought that list was
7  sufficient.
8          My first opinion was that, in review of that
9  list, while I understood the reason for the initial list
10  and its focus on psychotropics, that that was based on
11  the frequency of their use.  But there were additional
12  meds that needed to be added to that list because of
13  their ability to hinder the ability -- the body's
14  ability to respond to heat, i.e. increase sweating.
15         The goal of it was not to -- and so -- so my
16  opinion was, there were a number of drug classes that
17  needed to be added to the list not based on frequency of
18  use.  They may be infrequently and/or never, rarely used
19  in the DOC.  But to make the list complete, those drugs
20  needed to be added.  And so that was my initial opinion.
21         And then the second thing that I provided was
22  the rationale for the addition of those additional
23  classes.  And so, for example, in a review of the list,
24  you might see a drug that is used for bladder spasms
25  that weren't previously on the list that were added

Page 19

1  because one of the chemical profiles of that med is it's
2  that it is going to reduce your body's ability to sweat,
3  which is what you need in a situation of increased heat.
4          And so the list was predicated on adding those
5  drugs, adding the rationale for why those drugs were
6  added and being able to communicate that effectively to
7  the clinical leadership of the DOC.  So as they are
8  presenting the additions to their clinical team, they
9  can understand the reasons.
10      Q.   So the two opinions that you just summarized,
11  are those the opinions that you intend to offer at trial
12  in this case?
13      A.   My opinions at trial will be based on what I'm
14  asked.
15      Q.   Are there any other opinions that you intend
16  to offer at trial that you have not just summarized?
17      A.   I'm sorry.  I don't understand that question.
18      Q.   The summary that you just provided, is that a
19  summary of the scope of what you, as of today,
20  understand your expert work in this case to be about?
21      A.   So, in my response, I presented myself as an
22  expert obviously on pharmacy and medication.  And so if
23  I'm asked a question in trial that falls within the
24  scope of my expertise, it is my expectation that I would
25  answer that question.

Page 20

1      Q.   Do you expect that your testimony at trial
2  will be consistent with the content of the expert report
3  that you produced in this case?
4      A.   I expect that, yes.
5      Q.   So the opinion that you just summarized, and
6  we'll talk about them in greater detail over the course
7  of the morning, but at a high level can you explain what
8  methodology you used to reach those opinions?
9      A.   So there were a couple of methodologies.
10  Obviously, I have been a clinical pharmacist for now
11  almost 30 years.  So most of it was based -- a lot of it
12  initially was based on training.  This is what I do
13  every day as part of my career.  And so understanding,
14  number one, bringing in the academic training that I
15  have already received.
16         The second part of it obviously is any time
17  you are asked to do a review to -- review of the primary
18  and secondary literature, to say is there any new
19  evidence that would change what I already know and
20  understand.  So obviously a review of the literature to
21  see is there anything new, is there any new science, is
22  there any new thoughts around that that would alter my
23  perception.
24         And between -- and then obviously a review of
25  where "they" are currently with their current list to

Page 21

1  see, based on their perception, how did -- making an
2  assumption of how they got to where they are and what
3  would need to be done to further that.
4      Q.   So in your answer you said where they
5  currently are with their current list.  When you use the
6  word they in that sentence, are you referring to the
7  DOC?
8      A.   I'm referring to the DOC's current list.
9  Correct.
10      Q.   So I -- I just want to understand a statement
11  that you just made.  You -- you had said that you
12  performed a review of where the DOC is with their
13  current list to see, based on how the DOC got there, to
14  where they are and what would be needed to be done to
15  further that.
16         Can you explain that statement?
17      A.   Sure.  So I reviewed the DOC's current list,
18  and it was highly focused on the psychotropics.  So, as
19  previously stated, it is obviously because of the side
20  effects profile of those drugs and the frequency of
21  their use within the DOC, that is how the current list
22  was developed.  And that made sense to me based on the
23  high frequency of utilization of the medications and the
24  propensity for those medications to cause heat-related
25  illness.

Deleca Reynolds-Barnes
September 27, 2024

Page 22

1    So that was the start. Obviously, there are
2  other medications that may be significantly less
3  frequently used that in order to make the list complete
4  needed to be added.
5    And so when I say where the DOC is and how to
6  move that list further, in my opinion it was
7  understanding why the list was initially developed as it
8  was and the usefulness of that current list but also the
9  fact that clinically there are other medications that
10  may increase the risk, while they may be infrequently
11  used, would make the list more complete.
12    Q.   And when you say increase the risk, what kind
13  of risk are you referring to?
14    A.   The primary risk around heat-related
15  medication status, medications that increased -- have an
16  increase risk -- increase a patient's risk for heat
17  sensitivity and heat-related illness, is related to the
18  ability of that medication to affect the body's ability
19  to react to heat.
20    So what is the mechanism of the body to
21  respond to heat? Obviously, the primary mechanism is
22  increased sweat and the ability to cool off no matter
23  what the central effect is that drives that.
24    And so looking at medications around their
25  anticholinergic status primarily, not always but

Page 23

1  primarily their anticholinergic status, that would then
2  affect that and decrease their abil- -- a person's -- an
3  individual's ability to cool off in a situation --
4  self-regulate their ability to cool off in a situation
5  where increased sweating would be needed.
6    And that sweating would be related
7  specifically to, in this instance, exposure to the sun,
8  exposure to heat and the ability to self-regulate.
9    Q.   And in your previous answer you mentioned that
10  there were drugs that you considered in your analysis
11  that I believe you said worked infrequently was the term
12  you used -- used.
13    How do you define something as being used
14  infrequently or frequently?
15    A.   Sure.
16    So when you look at patients within -- justice
17  involved patients, so patients that are either
18  incarcerated or have some type of just- -- justice
19  involvement, having worked in the corrections industry
20  for the past 20 years specifically developing policy
21  around pharmacy and medication use, there are certain
22  more frequent prevalence of disease states that we see.
23  And -- and that prevalence is obviously similar to the
24  prevalence of medications that we see in
25  non-justice-involved patients.

Page 24

1    And so the incidents of the use of medications
2  to treat mental illness, depression, psychosis, we know
3  that those are seen in our population. They're seen in
4  the general population, but they are seen in the
5  justice-involved population. And so those are what I
6  would consider more frequently used medications than
7  maybe a medication to treat bladder spasm.
8    A bladder spasm, not that people don't have
9  bladder spasm, they are either infrequently used or when
10  they are used, they tend to treat an acute disease
11  state. So they have a very limited scope of use as
12  opposed to long-term use.
13    So when I'm looking at certain meds, I'm
14  saying we -- we may not use this med frequently and in
15  multiple patients, or if used, it may be used for a
16  shorter or acute amount of time to treat an acute
17  illness. But in those instances, there is an increased
18  risk for heat-related illness. And so that med would
19  still need to be added to that list in my opinion to
20  increase the awareness.
21    Q.   So just to summarize, when you say that a drug
22  is frequently used, that means it has a high incidence
23  of being prescribed as -- across the whole patient
24  population that you are looking at, and a drug that you
25  would say is infrequently used would have a lower

Page 25

1  incidence of being prescribed across the patient
2  population as a whole. Is that right?
3    A.   No, that is not what I said.
4    So I said -- I gave two options. Remember I
5  said it either would be used frequently or would be used
6  chronically. So once you start it, most patients would
7  not come off. It would be a long-term use, or it would
8  be used in a smaller amount of patients or for an acute
9  period of time, for a limited time.
10    So typically a patient treated for a mental
11  illness would not -- that would not be what we would
12  consider an acute event. It would be a longer, more
13  chronic disease state, so it would be used for a longer
14  period of time. And so while they are -- so when you
15  look at the use of that medication within a facility,
16  that is going to be chronic. They may not be on that
17  one medication, but the treatment of that disease state
18  is a chronic disease state.
19    A bladder spasm, which might be used in
20  conjunction with a urinary tract infection, would then
21  be more of an acute illness. And so while the provider
22  would need to be aware of it, it may not be a long term.
23    Q.   Understood. So the factors that go into this
24  calculation are how many patients take the drug and the
25  typical length of treatment on the drug?

Deleca Reynolds-Barnes
September 27, 2024

Page 26

1    A.  Yes.  And in my -- and in my report I was
2  specific about we don't treat patients in silos.  So the
3  drug alone is not the -- not the -- while I was
4  responsible for increasing the -- for -- for reviewing,
5  and then I subsequently added drugs to the list.
6        I do want to caution, and I always want to say
7  this, that patients aren't treated in silos.  So it is
8  not just a med.  It would be like akin to riding a
9  bicycle and getting tired.  If you've never ridden a
10  bicycle or haven't ridden one for 10 years and you get
11  on and head off, you are going to ride, you know, a
12  couple of -- a couple of laps and then you are done.  If
13  you are attuned and your body is accustomed to riding a
14  bike every day, then your body is going to react a
15  little differently to a bike ride.
16        Meds are the same way.  It -- it still has to
17  be thought of clinically within the clinical condition
18  of the patient, what else is going on with that patient,
19  what is the age of the patient, what is the clinical
20  condition, what other disease states of the patient --
21  does the patient have.
22        So I still caution that there is no list that
23  we review in a silo.  We review those lists in context
24  to the patient's clinical condition.  And I know that
25  sounds like that's -- that that's kind of a cloudy

Page 27

1  decision, but it is actually not.  It really does make a
2  difference.  You know, it is like a med used in a
3  dialysis patient and how long it lasts, and a med used
4  in a 20-year-old with good kidneys.  I mean, there is a
5  lot of context that go into that.
6        So the clinical condition does affect the
7  utilization of that list.
8    Q.  So previously when we were discussing drugs
9  that are used -- or sorry, that were -- appear
10  frequently or infrequently in the formulary at DOC, how
11  did you arrive at your conclusions regarding the
12  frequency of those medications used?
13        And I'm specifically asking how did you come
14  to understand that certain drugs were frequently used or
15  other drugs were infrequently used?
16    A.  So the formulary isn't necessarily a driver of
17  frequency of use, but the formulary in and of itself,
18  just like I have a formulary around my insurance.  And
19  so one of the things the formulary will assist in is
20  driving utilization to drugs that don't require a prior
21  approval.
22        And so that would be one key but, again, I
23  don't think that I made -- and -- and I think I have
24  been clear, I did not make a decision on only to include
25  drugs on a list based on frequency of use.  What I

Page 28

1  actually said is there were drugs that I don't think
2  would be frequently used.  There are drugs that we just
3  don't use in the community.
4        I mean, community healthcare and healthcare
5  within corrections, they mirror each other.  And so
6  there are drugs that we just don't use frequently
7  anymore, but it does not matter.  They were actually
8  still added to the list because they have that risk.
9  And, in fact, some of those were more important to be on
10  the list than drugs that we might see being used more in
11  the community because the awareness may be more there
12  for a drug that -- you know, the psychotropics have
13  always been on the list for the DOC.  That awareness is
14  there, but something that may never have been used is
15  more important to be on the list to raise the awareness.
16        So I don't know that the focus of frequency
17  was my -- was my thing.  My thing was that there are
18  actually drugs that I don't know that they've ever used.
19        What I didn't do is review a list of
20  utilization of all drugs dispensed in the DOC to make a
21  determination of what needs to be on the list and what
22  wasn't.  It truly was based on the clinical literature.
23    Q.  Okay.  I think that answers my question.
24        You did not review internal DOC records or
25  clinical records or medical records to make a

Page 29

1  determination as to the frequency of use of certain
2  drugs.  That understanding was based on broader
3  understanding of the typical frequency of certain drugs
4  in the community and in correctional settings?
5    A.  Correct.
6    Q.  Okay.  You understand that LSP is a facility
7  that is overseen by the DOC.  Correct?
8    A.  Yes, that is my understanding.
9    Q.  And DOC has other facilities.  Correct?
10    A.  Yes.
11    Q.  So the opinions that you reached and the work
12  that you did, was that work applicable to all DOC
13  facilities or to LSP specifically?
14    A.  That work was applic- -- my understanding was
15  any change that I made would be applicable to the DOC as
16  a whole.
17    Q.  And can you explain how you came to have that
18  understanding?
19    A.  Well, it was my understanding that this was a
20  policy of the DOC's.  And so if the list related to
21  heat-related duties changed, each heat-related duty
22  status change, any policy that referred to that list
23  would be affected by the list.
24    Q.  So you were not asked to consider LSP specific
25  heat-related policies?

Deleca Reynolds-Barnes
September 27, 2024

Page 30

1    A.   I do not remember that term being used at all.
2    Q.   During the course of your work for this case,
3    you -- you mentioned obviously that you communicated
4    with Dr. Keldie and with Ms. Payne.  But did you meet or
5    communicate with anyone who is employed by DOC or LSP?
6    A.   Yes.
7    Q.   Who?
8    A.   I met with Dr. Randy Lavespere.  And also in
9    touring and spending some time at -- specifically in
10   Angola, obviously there were Angola staff there as well.
11   Q.   So we'll talk about your visit to Angola
12   shortly.  But separate from your visit to LSP
13   specifically, is the only DOC or LSP staff member that
14   you met with Dr. Randy Lavespere?
15   A.   Specifically related to this list, yes.  I'm
16   not sure that I understand the "met with" question, what
17   that means.
18   Q.   In the course of your work on this case for
19   the Department of Corrections, except for on the day
20   that you visited LSP, can you give me a list of everyone
21   that you met or communicated with?
22   A.   That would just be Dr. Lavespere.
23   Q.   And how many times did you meet or communicate
24   with Dr. Lavespere?
25   A.   We communicated on the day of my visit to LSP.

Page 31

1    The following day to review the updated heat-duty
2    status -- med status list.
3         And there were additional -- an additional one
4    or two communications again just solidifying an
5    understanding of some of the changes with Dr. Lavespere.
6    Q.   So the day of your visit to LSP, you met in
7    person with Dr. Lavespere; is that right?  Or you
8    interacted with him in person?
9    A.   Yes.
10   Q.   And then the next day you said you met with
11   him to review the updated list.  Was that an in-person
12   meeting?
13   A.   No.  It was via Teams, Zoom, but it was a
14   virtual.
15   Q.   Okay.  Was anyone else present for that
16   meeting?
17   A.   Yes.
18   Q.   Who was present?
19   A.   Dr. Carl Keldie was present.  And then some of
20   the staff from Keogh Cox were in the room.  I think
21   Andrew and - Andrew Blanchfield and Chelsea Payne.
22   Q.   And then you mentioned that you had one or two
23   other communications with Dr. Lavespere.
24        To the best of your recollection, were those
25   in person, phone calls, e-mails?  Tell me about those

Page 32

1    communications.
2    A.   I think it was via e-mail.
3    Q.   So you exchanged a handful of e-mails with
4    Dr. Lavespere directly?
5    A.   Maybe two.
6    Q.   Okay.
7         Did Dr. Lavespere review your expert report
8    before it was finalized?
9    A.   He was not sent a copy by me, so I'm not aware
10   that he would have.
11   Q.   Previously you mentioned that you exchanged,
12   let's call it, two e-mails with Dr. Lavespere.  Were
13   those between just the two of you?
14   A.   I'm sure Dr. Keldie would have been on there,
15   and maybe Keogh Cox was copied.  I'm not -- I don't
16   know.  It was specific to the list, to meds on the list.
17   Q.   What were you communicating about the meds on
18   the list in those e-mails?
19        MR. BLANCHFIELD:  Look, those are including
20        us, so that is going to be subject to
21        attorney-client privilege.  And I'm going to ask
22        you not to ask her about that.
23        MS. WEISER:  Okay.  We can move on.
24        MR. BLANCHFIELD:  Thank you.
25   BY MS. WEISER:

Page 33

1    Q.   Are you aware of someone named Dr. Soong in
2    relation to the Department of Corrections?
3    A.   That name is not familiar.
4    Q.   What about Dr. Toce?
5    A.   I'm not sure.  I don't know if that name is
6    familiar or not.  It may be, but I'm not sure what in
7    relation to.  It is not someone that I work specifically
8    with.
9    Q.   So you don't know the role of Dr. Toss at the
10   Department of Corrections or Angola?
11   A.   I may have met him during the tour.  It may be
12   a him.  I may have met him during the tour.  Not sure.
13   Q.   But it is not someone that you interacted with
14   or know of their role?
15   A.   No.  Not specifically that I can remember.
16   Q.   Okay.  What about Dr. Gamble?
17   A.   That name is not familiar.
18   Q.   Blake Le Blanc, that name familiar?
19   A.   Can you repeat it again?
20   Q.   Sure.  Blake, B-l-a-k-e is the first name.
21   And the last name is Le Blanc, L-e-B-l-a-n-c.
22   A.   That name is not familiar.
23   Q.   So you mentioned Dr. Keldie.  And you
24   testified earlier that he -- is it fair to say recruited
25   you to serve as an expert witness in this case?

Deleca Reynolds-Barnes
September 27, 2024

Page 34

1    A.   Yes.  He called me and asked me if I would be
2  interested, yes.
3    Q.   Who is Dr. Keldie?
4    A.   Dr. Keldie is - my understanding is an
5  ER-trained physician who previously served as chief
6  medical officer for a number of correctional health
7  companies.
8    Q.   How do you know Dr. Keldie?
9    A.   Sure.  He and I worked together in a previous
10  correctional healthcare company where in one I was a
11  subcontractor and he was an employee of the company.
12  And then in one company he and I both were employees.
13    Q.   The company where you were a subcontractor,
14  what company was that?
15    A.   Initially it was Secure Pharmacy Plus.
16    Q.   And is that then referred -- or is that the
17  only name that that company goes by or is there another
18  name that I would know it by?
19    A.   That company then was sold and became Maxor
20  Correctional Pharmacy Services.
21    Q.   And at the time at Secure Pharmacy Plus, what
22  was your role?
23    A.   I was initially hired as a utilization
24  management specialist pharmacist for Secure Pharmacy
25  Plus during the time -- the role eventually transitioned

Page 35

1  to vice president of correctional pharmacy services.
2    Q.   And what was Dr. Keldie's role at that
3  company?
4    A.   He was not an employee of that company.  He
5  was an employee of a correctional healthcare company.
6    Q.   So can you explain how you and Dr. Keldie
7  worked together in your time at Secure Pharmacy Plus?
8    A.   Sure.  He was the chief medical officer of the
9  correctional healthcare company.  I was the -- multiple
10  roles, but the director -- I oversaw pharmacy services
11  for the pharmacy.
12         The pharmacy provided medications and clinical
13  services to the correctional facility where he oversaw
14  the medical care.  My primary interaction with him was I
15  was -- we cochaired jointly for the two companies and
16  the pharmacy and therapeutics committee, which was
17  responsible for setting up medication-use policies
18  around pharmacy utilization and -- and how medications
19  were handled within the correctional facilities where he
20  was responsibile for correctional healthcare.  So we
21  worked together in that -- in that relationship.
22    Q.   So your employer provided pharmacy services
23  for the company at which Dr. Keldie was the chief
24  medical director?
25    A.   That is correct.

Page 36

1    Q.   And there was a joint pharmacy and
2  therapeutics committee across the two companies.  And
3  you and Dr. Keldie worked together on that committee as
4  the cochairs?
5    A.   That is correct.
6    Q.   Approximately what time frame was this?
7    A.   I started with the company in 2004.  And he
8  was already there in his role at that time.
9         He -- and I'm not sure when that -- when I
10  quit working with him at that time.  He left the company
11  and we were sold.  So maybe from 2004 to 2010.  I'm not
12  sure.  2013 -- somewhere in there, but prior to -- he
13  ceased working for the company prior to my leaving the
14  company in 2016.
15    Q.   And you mentioned that you also worked with
16  Dr. Keldie at another company that you were both
17  employed by; is that correct?
18    A.   That is correct.
19    Q.   Which company is that?
20    A.   It is a company called Wellpath LLC.
21    Q.   And what was Dr. Keldie's role at Wellpath?
22    A.   His role was chief medical officer of that
23  company.
24    Q.   And your role?
25    A.   I'm an employee of that company currently.

Page 37

1  And I am vice president of pharmacy services.
2    Q.   And how -- what were the years that you and
3  Dr. Keldie worked together at Wellpath?
4    A.   It was -- I started in 2018 -- December of
5  2018, currently still an employee.  He was there when I
6  started.  And he left I think in 20 -- the end of 2019,
7  early 2020, maybe.  Not exactly sure.
8    Q.   Are you -- were you and Dr. Keldie on the P&T
9  committee at Wellpath?
10    A.   Yes.
11    Q.   So you mentioned that Dr. Keldie is a trained
12  ER physician; is that correct?
13    A.   I think that is where he started, yes.
14    Q.   Would you characterize his area of expertise
15  as being emergency medicine?
16    A.   No.  I would not characterize -- that was not
17  the role in which I worked with him.  So I'm not sure
18  what he -- how he characterizes that.  But I do know
19  that that was his start.
20    Q.   Did you meet with Dr. Keldie regarding this
21  case?  You mentioned you had at least one phone call.
22  Did you have other conversations either over the phone
23  or in person or by e-mail with Dr. Keldie about the
24  case?
25    A.   Over the phone.  Specifically around the list

Deleca Reynolds-Barnes
September 27, 2024

Page 38

1  of meds, my thoughts on the list, the changes that I was
2  making, his opinion as a medical provider on, you know,
3  the utilization of a list and how that would be
4  perceived by the providers.
5      Q.   Approximately how many times would you say you
6  spoke with Dr. Keldie about the case?
7      A.   Maybe five times, maybe five or six times
8  specifically related -- and that was prior -- prior to
9  meeting -- the day we both met at Angola.  Maybe five
10  times on the phone max.
11      Q.   And on those -- for those calls, was it just
12  you and Dr. Keldie?
13      A.   For all except for one was Dr. Keldie and I.
14  There was one call there was an additional provider that
15  Dr. Keldie had worked with.
16           Dr. -- a gentleman by the name of Dr. Edelman?
17  And I don't know his first name.
18      Q.   Did you exchange any e-mails with Dr. Keldie
19  about the case?
20      A.   Just updated list.  Is -- or, you know, the
21  list, giving him a copy of the list.
22      Q.   So you sent Dr. Keldie an e-mail with a copy
23  of the list that you had put together?
24      A.   Yes.  Probably multiple copies sent.  I think
25  my initial comment and explanations on why I was

Page 39

1  adding -- taking -- adding things to the list.  So there
2  wasn't anything removed.  Were a lot of information and
3  just pairing it down to a usable list.
4           So there would have been multiple lists.  Some
5  information may have been more clinical or technical
6  than we thought would need to be presented in the end.
7  But more rationale for why I was adding certain things.
8      Q.   And these e-mails were just between you and
9  Dr. Keldie?
10      A.   Yes is my understanding, yes.
11      Q.   Did Dr. Keldie contribute to the preparation
12  of your expert report?
13      A.   No.
14      Q.   You mentioned that you and Dr. Keldie
15  discussed his opinion as to how the list that you were
16  preparing might be perceived by the providers.  Is that
17  accurate?
18      A.   The word "perceived" -- what I mean is being
19  able to be -- wasn't just preparation of a list.  They
20  were going to need to be trained and updated on the use
21  of a new list versus what they had.
22           So just how I had structured the list so that
23  it would be best understood by the providers.
24      Q.   You mentioned that you had one call that
25  Dr. Edelman participated in, was that accurate?

Page 40

1      A.   Yes.
2      Q.   Before that call, were you familiar with
3  Dr. Edelman.
4      A.   I had heard his name.  I think we had both --
5  I think he had worked for the same company that Dr.
6  Keldie had previously, but I don't think I ever worked
7  directly with Dr. Edelman prior to this, but I don't
8  know that.  As I said, I have been doing it for
9  20 years.
10      Q.   But he is not a familiar person to you?
11      A.   He is not someone I specifically remember
12  working on a project with before.
13      Q.   So you don't have any opinion as to Dr.
14  Edelman's expertise or background or anything like that?
15      A.   No opinion.
16      Q.   Did Dr. Edelman contribute to the preparation
17  of the list that you have provided to DOC?
18      A.   I think his contribution in my opinion was
19  just to concur.  So if there was something that I was
20  questioning, you know, this is what I did, he would --
21  you know, he had an opinion of I concur from what I've
22  read, I concur.
23      Q.   Did Dr. Edelman review your report or
24  contributed in any way to your expert report?
25      A.   You broke up a little.

Page 41

1      Q.   Oh, I'm sorry.  Would you like me to restate
2  the question?
3      A.   Sure.
4      Q.   Did Dr. Edelman contribute to your report that
5  you prepared in the case?
6      A.   No.
7      Q.   You mentioned earlier that Dr. Edelman's role
8  was primarily to concur with your opinions.
9           Is that an accurate summary of your testimony?
10      A.   No.  I'm not sure what his role was, and I
11  don't want to speak to that because I don't know what
12  was agreed to for Dr. Edelman.
13           What I stated was in my conversations with Dr.
14  Edelman and Dr. Keldie when we were reviewing the list
15  that I developed, if there was something there that I
16  was questioning, you know, I've added this drug, this is
17  it reason, this is what I based it on, you know, then in
18  those cases he concurred.  But, no, I did not say that
19  was his role.
20      Q.   Understood.  And I -- I was saying the same
21  thing, so thank you for clarifying that.
22           In this conversation that you had that Dr.
23  Edelman participated in, can you recall anything that he
24  did not concur with?
25      A.   I don't recall anything.

Deleca Reynolds-Barnes
September 27, 2024

Page 42

1     Q.   And do you recall Dr. Edelman suggesting any
2  revisions to the list of his own accord?
3     A.   I do not recall a specific revision.  There
4  were discussions around drug classes, but I don't recall
5  a specific revision.
6     Q.   Did Dr. Edelman suggest that any drug classes
7  be added to the list that are not currently reflected on
8  the list?
9     A.   No, I don't recall him requesting additional
10 classes be added.
11    Q.   Other than Dr. Keldie and Dr. Edelman, did
12 anyone else contribute to your work on this case?
13    A.   No.
14    Q.   You mentioned that you visited the site of LSP
15 in connection with your work on this case.  Correct?
16    A.   Correct.
17    Q.   When was that?
18    A.   It was in a couple of -- maybe two to three
19 weeks ago, the first -- around the first week of
20 September.  I think it was like the sixth.  It was the
21 last Friday in the -- in the first week I think.  Last
22 Thursday.
23    Q.   So the last -- you said the first week of
24 September and then you said the last Thursday?
25    A.   I'm sorry.  It would probably -- and I think

Page 43

1  it was the fifth of September, so that --
2     Q.   Understood.
3     A.   I think.
4     Q.   Okay.  Have you visited LSP at any other
5  occasions.
6     A.   No, I do not think I visited LSP on other
7  occasions.
8     Q.   Have you ever visited any other DOC
9  facilities?
10    A.   No, I have not visited other Louisiana DOC
11 facilities.
12    Q.   What did you hope to achieve by visiting
13 Angola?
14    A.   I just thought that it was important having --
15 as I said, having worked in corrections for 20 years and
16 obviously having visited a number of other Department of
17 Corrections facilities, county and federal facilities as
18 well.  Um, I wanted context on -- I wanted context on
19 the activities not necessarily specific to the work on
20 the farm, but just specific to the facility, how it was
21 set up.
22         When I'm writing it, just some -- just more
23 context on a facilities and what it looked like and what
24 my thoughts were.  Because you can have an opinion on --
25 as I tell people, when you have seen one correctional

Page 44

1  facility, you've seen one correctional facility.
2         And so wanted to just have a little more
3  context as I was making the list on scope, feel the
4  process of -- of inmates going -- being pulled into --
5  into work in the morning in the farm.
6         I wanted to see that process of selection,
7  those that had heat-duty status, how they stayed out.
8  Just understanding just a little bit more work and
9  having context so that I did not create the list in a
10 vacuum.
11    Q.   Was there anyone that you wanted to speak with
12 when you visited LSP?
13    A.   Not necessarily wanted to speak with anyone.
14 I actually wanted to talk -- and -- and which is what I
15 did, stand alone and watch it for myself.
16    Q.   Did you take any photographs or videos during
17 your visit?
18    A.   I -- I feel like I took a photograph, but I
19 don't -- it would have been just one.  And I don't
20 remember specifically what it was.  I don't think it was
21 actually related to work at the farm.  It was something
22 specific to corrections, but I don't remember that.  But
23 I did take one photograph.
24    Q.   Okay.  Would you be able to look at any
25 photographs or videos that you took during the visit and

Page 45

1  provide them to us via Keogh Cox?
2         MR. BLANCHFIELD:  That is fine.  Yeah.
3         MS. WEISER:  Thank you.
4  BY MS. WEISER:
5     Q.   Did you take any notes while you were visiting
6  LSP?
7     A.   No.
8     Q.   When you visited LSP, what did you see?
9     A.   Sure.
10         So the day primarily started at one of the
11 housing units where those that were assigned to work
12 specifically at the farm were being called out for their
13 work duty.  And so obviously just stood there and wanted
14 to observe just the process of how -- how individuals
15 were called out, kind of prepared for the day.  Was
16 looking at what did they have as part of being called
17 out for the day, did they have water, did they have
18 gloves, things that either I knew they would or should
19 have or didn't have.
20         Just watching that, and then the next step was
21 just to watch the movement from bus to the actual farm
22 location, to observe that, how people were assigned to
23 work duty, what that work was, the environment, you
24 know, was there a shade structure, you know, where was
25 the water, where was the sunscreen, where was the, you

Deleca Reynolds-Barnes
September 27, 2024

Page 46

1  know, bathroom facilities, that sort of thing.
2          So observe that process.  It wasn't --
3  obviously wasn't -- so observe that and watch them work
4  through that process, the various inmates that were
5  there for that.  Observed -- and then observed some of
6  the other housing units inside.  Just a real tour of the
7  housing units.
8          Obviously, as a pharmacy -- as a pharmacy
9  person, I wanted to go to the medication room, observe
10  the med pass process, how people acquired their
11  medications, understanding that piece.  As a pharmacist,
12  I always want to look at meds, look at storage, that
13  sort of thing.
14          So kind of an overall operations of the
15  facility toward in addition to specifically the work
16  around the farm and attended -- and so it went to that,
17  and -- and toured multiple housing units on those -- on
18  that specific -- that specific facility.
19      Q.   So approximately how many housing units would
20  you say you saw?
21      A.   At least three to four housing units.
22      Q.   Do you remember approximately how much time
23  you spent in each one?
24      A.   I do not.
25      Q.   You said you visited the medication room.  Do

Page 47

1  you recall how much time you spent in the medication
2  room?
3      A.   No, I don't remember the exact time.  It was
4  enough to talk to some of the med techs that work in the
5  room, review kind of their process, look at their
6  storage, you know, ask the question -- ask any questions
7  that I just had around their processes.
8      Q.   So you said you spoke with several of the med
9  techs who work in the medication room, right?
10      A.   No, I did not say that.  I said I spoke to the
11  med techs.  There weren't several in there, they only
12  had two.
13      Q.   Okay.  So you spoke with two med techs in the
14  med room.  Correct?
15      A.   Yes.
16      Q.   Is there anyone else that you recall speaking
17  with during your visit at LSP?
18      A.   Sure.  Spoke with some of the correctional
19  officers around their process.  Wanted to know --
20  conversations around -- one of the unique things about
21  LSP for me was the number -- how -- how in tune the
22  correctional officers were around, something that we see
23  often in -- in other correctional facilities, not
24  specifically Louisiana.  But in other correctional
25  facilities, we are seeing the use of Narcan for

Page 48

1  opioid-use disorder.
2          So spoke to the med techs around -- I'm sorry,
3  the correctional officers around their involvement in
4  that process.  And some of them were showing me, you
5  know, they actually carry that.
6          So had that discussion with the correctional
7  officers around that.  Spoke with some of the inmates
8  that are at the facility around their participation in
9  the substance-use disorder housing unit and -- and in
10  the abstinence -- and I'm not sure of the specific name,
11  but the housing unit for those that are recovering and
12  in recovery.
13          So spent time in the housing unit and
14  discussed that and their involvement with other inmates
15  around that practice because it really was a best
16  practice that I -- that I had not observed before.
17          Spoke with some of the correctional officers
18  and had been given a tour about, you know, the
19  operations of certain units and how they work
20  differently than others.  Obviously saw the secure unit,
21  that sort of thing.
22      Q.   How did your site visit inform the opinions
23  that you rendered in your report?
24      A.   I don't think that the site visit informed my
25  opinion.  I think the site visit was just important to

Page 49

1  add context that there wasn't something uniquely
2  different than what the expectation was.
3          I just thought it was important to have it
4  prior to rendering an opinion.
5      Q.   You mentioned that you met -- I think you
6  said -- so you said that you spoke with some of the
7  inmates at the facility around the participation around
8  the substance disorder housing unit.
9          Did you speak with any of the incarcerated
10  people who were assigned and working on the farm line?
11      A.   Other than a cursory hello, you know, when
12  they were getting their assignments and going, no, no
13  specific process with those inmates.
14      Q.   And so you did not speak with anyone at LSP
15  about their experiences of working on the farm line.
16  Correct?
17      A.   No.
18      Q.   Okay.  So you obviously prepared an expert
19  report in this case.  Right?
20      A.   I did.
21      Q.   When did you begin drafting your report?
22      A.   The initial draft was the -- I started
23  drafting the report on the 6th, so the day after the
24  visit.
25      Q.   And the draft in its entirety, was it drafted

Deleca Reynolds-Barnes
September 27, 2024

1  by you or were there others involved in putting pen to
2  paper?
3       A.   It was just by me.
4       Q.   Did anyone review drafts of the report?
5       A.   There was a review sent over to Chelsea Payne.
6  I'm not sure that she reviewed the draft, but she did
7  send it back for signature.  It needed a DocuSign
8  signature.
9       Q.   Understood.  So you sent a copy of the report
10  to Ms. Payne.  And you're not sure if she reviewed it,
11  but did she give any comments or make any edits?
12       A.   I don't recall.
13       Q.   You don't need to go into any of the details.
14       A.   I don't recall.
15       Q.   Okay.  All right.  I'm going to pull up your
16  report.  I'm going to share my screen.  And please let
17  me know if you are able to see...
18       A.   I can.
19       Q.   You can see your report.  Great.  Let me know
20  if you ever have any difficulties seeing the document
21  that I'm showing.
22       A.   I'm going to move it -- I'm sorry.  I'm going
23  to move it to a side screen.  So I'm going to be looking
24  away, so I can put it on a bigger monitor.
25       Q.   Okay.  Let me know when you are ready.

1       A.   I'm ready.
2       Q.   So for the benefit of the court reporter, we
3  are showing the expert report of Dr. Deleca
4  Reynolds-Barnes dated September 13, 2024, that we are
5  going to be marking as Plaintiffs' Exhibit 104?
6            (Exhibit 104 was marked for identification.)
7  BY MS. WEISER:
8       Q.   This is the report that you issued in this
9  case.  Right?
10       A.   Correct.
11       Q.   Okay.  The bottom of page 1, there is a
12  section titled, I was requested to review, and then a
13  colon.
14            You see that?  Let me know if you need me to
15  zoom in.
16       A.   The bottom of page -- yes, I see it.
17       Q.   This section.  So the first bullet point says,
18  Reviewed the promise of just initiative PJI entitled ADA
19  accommodations and LSP directives number 13/067 on heat
20  pathology.
21            Does this refer to the letter from the Promise
22  of Justice Initiative to the Department of Corrections
23  dated approximately September 2023?
24       A.   I do not know the date but it is the letter
25  from the Promise of Justice Initiative, yes.

1       Q.   And you were provided that document by
2  Ms. Payne?
3       A.   Yes.
4       Q.   The second item lists Dr. Susi Vassallo's
5  declaration with regard to the heat -- the heat
6  pathology medication list.  Does this refer to the
7  declaration of Dr. Susi Vassallo submitted in May 2024
8  in connection with this litigation?
9       A.   Again, I cannot confirm the date, but it was
10  her declaration.
11       Q.   And it was a declaration in which she
12  discussed for a portion of the declaration the heat
13  pathology medication list?
14       A.   It discussed medications that increased the
15  risk for heat pathology.  I don't know that it referred
16  specifically to the DOC's list.
17       Q.   Okay.  I'm just trying -- you may not know
18  this, but Dr. Vassallo submitted more than one report in
19  this case.
20            Is it fair to say that you reviewed only one
21  of Dr. Vassallo's declaration or have you seen more than
22  one of Dr. Vassallo's declarations?
23       A.   I may have seen more than one.  I don't know
24  that.
25       Q.   Okay.

1            Did you review portions of Dr. Vassallo's
2  report that did not relate to medications that increase
3  the risk for heat pathology or did you just focus on
4  that portion of her report?
5       A.   I reviewed portions that didn't -- I did
6  review the declaration.  I focused only on those things
7  specific to meds:  Medications and medication classes.
8       Q.   So I understand from our conversation so far
9  this morning that you actually reviewed many more
10  documents than the two that we have just gone over in
11  the course of your engagement with the DOC.  Is that
12  fair to say?
13       A.   I'm not sure -- again, I'm not sure of the
14  word "many."
15            But, yes.  So the additional document -- well,
16  I don't know that that is true.  The additional document
17  was the updated heat pathology list, which is the third
18  thing that is listed, the DOC's list.
19            I did review their policy.  And then -- as I
20  said, I reviewed I think a summary of the case, of the
21  plaintiffs' case.
22       Q.   I believe you also testified that you reviewed
23  an overview of the formulary?
24       A.   Yes.  I did do that.
25            I was not requested to review that.  I asked

Deleca Reynolds-Barnes
September 27, 2024

Page 54

1  to review that.
2      Q.   Would it be possible for you to provide us
3  with a complete list of the documents that you reviewed
4  in connection with your engagement in this case?
5      A.   I can definitely work on that.
6      Q.   Okay.  Thank you.
7           I'm going to take the report down for now.
8           Let's talk a little bit about your background.
9  I actually should say, I'm moving on to a different
10 topic.
11          We have been going a little less than an hour
12 and a half, if anyone needs to take a break.  I'm fine
13 to keep going.  But let me know if you'd like to take a
14 break now?
15     A.   I'm good.  Thank you.
16     Q.   Thank you.  Let me know if you want to take a
17 break and I'll try to propose one again shortly.
18          Where did you attend college?
19     A.   So undergrad was the University of Tennessee,
20 Martin.  And then pharmacy school was the University of
21 Tennessee Health Science Center College of Pharmacy in
22 Memphis, Tennessee.
23     Q.   What was your undergraduate degree in?
24     A.   For pharmacy school, you can either have an
25 undergraduate degree or you can get all your

Page 55

1  prerequisites -- actually, that's all schools, all
2  professional schools.  Or you can complete the
3  prerequisites.
4           I completed the prerequisites and applied for
5  admission, so I was able to attend without an undergrad
6  degree, but was allowed to get the terminal degree of
7  the PharmD.
8      Q.   That is very interesting.  I did not know
9  about that.
10     A.   Yeah.
11     Q.   So let me -- so you achieved the PharmD and
12 you did not have to graduate from undergrad?
13     A.   I did not.
14     Q.   Cool.  So your -- your only degree is your
15 PharmD.  Correct?
16     A.   My only degree is my Doctor of Pharmacy.
17 Correct.
18     Q.   Great.  And you graduated with the PharmD in
19 1993?
20     A.   '93.
21     Q.   So I was going to ask you if you had attended
22 any work or school between undergraduate and pharmacy
23 school, but I take it you did those all straight
24 through?
25     A.   Correct.

Page 56

1      Q.   Okay.  How did you decide to go into the field
2  of pharmacy?
3      A.   I have always wanted to be a pharmacist.
4  Probably started as a young adult -- or I mean as a
5  young child.  I was a huge fan of Andy Griffith.  And
6  there was a female pharmacist, on Andy Griffith that ran
7  the pharmacy.
8           So came from a family that had little to no
9  means.  And I just thought it was just such an honorable
10 profession.  And at the time, my plan was obviously like
11 any pharmacist to go home to my hometown and open up a
12 pharmacy and run a community pharmacy.  So I don't
13 remember a time that I did not want to be a pharmacist.
14     Q.   Just circling back to something that we were
15 discussing earlier.  Among the documents that you
16 mentioned, that you reviewed in connection with your
17 work on the case, you said you looked at a summary of
18 the case.  Do you know who prepared that summary?
19     A.   No.
20     Q.   It was sent to you by defendants' counsel.
21 Correct?
22     A.   Yes.  Yeah.  And I can look to see -- it may
23 not be -- it may have actually been the full case, but I
24 just remember -- I think it was a summary, but I don't
25 know that.

Page 57

1      Q.   So -- and, again, I'm learning about PharmD --
2  PharmD degrees for the first time.  So how many years of
3  schooling in total did it take for you to obtain your
4  Doctor of Pharmacy?
5      A.   So that -- that is somewhat of a loaded
6  question.  So if you look at the number of years that I
7  was in undergrad and pharmacy school, it would have been
8  six years.  But I actually started college a little
9  bit -- maybe it was the same -- a little bit before I
10 graduated from high school and went every summer.
11          And so -- and at that time, the university
12 that I attended was on quarters.  So I could get
13 multiple years in a very small amount -- in less time.
14 So it was six calendar years.
15     Q.   So your program was six calendar years, but
16 for other people it might take longer?
17     A.   For most people it would take four years of
18 undergrad and then four years of pharmacy school.
19     Q.   I see.
20          And, generally, what coursework is required to
21 obtain the Doctor of Pharmacy degree?
22     A.   So the basic prerequisites are the chemistry,
23 organic chemistry, physics, anatomy, physiology, basic
24 sciences and then the advanced physics and organic
25 classes along with basic prerequisites for -- for

Deleca Reynolds-Barnes
September 27, 2024

Page 58

1   pharmacy school.
2          And then pharmacy school is a four-year
3   program that starts off with the basic sciences again,
4   medicinal chemistry, anatomy, physiology, pharmaceutical
5   sciences.
6          And then about year three it transitions to
7   the clinical practice of pharmacy, the effects on
8   medications in patients.
9          And then also it has a practical portion where
10  I spent the last two years in clinical settings inside
11  the hospital rounding with providers and teaching
12  hospitals again in a consulting pharmacist role.
13     Q.   Do you have to conduct any research to obtain
14  a Doctor of Pharmacy degree?
15     A.   So depending on the program, but, yes, there
16  is a research product at the end.  And it can be -- and
17  for most people it is more clinical research, not
18  primary lab research.
19     Q.   Did you have to prepare a dissertation or
20  anything like that?
21     A.   It is not a dissertation.  It is not a PhD.
22  It is a professional degree.
23     Q.   Okay.  And then after receiving your Doctor of
24  Pharmacy degree, you attended residency.  Correct?
25     A.   Yes.

Page 59

1      Q.   What did you attend residency in?
2      A.   So I finished my Doctor of Pharmacy in the
3   University of Tennessee.  And then I would -- then you
4   apply through a match program.  Everyone around the
5   country that is interested in residency training goes
6   in.  And I was accepted or matched at a residency at the
7   University of Cincinnati Hospital, which is the academic
8   teaching hospital of the University of Cincinnati
9   medical school and College of Pharmacy.
10         My -- first I did two years of residency.  I
11  did a first-year residency in what we call pharmacy
12  practice, which is a residency accredited by the
13  American Society of Hospital Pharmacist.  And that
14  focuses on the clinical practice of pharmacy.  And so it
15  it takes into account all of the primary medicine
16  disciplines: Medicine, surgery, medical and surgery
17  subspecialties.
18         So I spent a month on each one of those
19  teaching services rounding with the medical students and
20  the -- and the residents but applying the practice of
21  pharmacy to their practice.  So they may be focused more
22  on the physiologic, and my role as part of those teams
23  was always the effect of pharmacy in that role.  That
24  was year one.
25         The second year I stayed for a second year

Page 60

1   residency, and that was focused on pharmacy practice
2   management.  And so that year I spent with the
3   leadership again at the hospital, focused on pharmacy --
4   pharmacy practice policy, the development of services
5   and the justification of those services to the hospital.
6          So, again, a lot of time spent with the drug
7   information service developing P&T policies and
8   processes around drug utilization.
9      Q.   At a high level, can you walk me through your
10  post residency employment history?
11     A.   Sure.  So immediately post residency, I was
12  employed by the Baton Rouge General Health System.  I
13  came there to be the director of clinical services,
14  clinical coordinator, and so working not only with the
15  hospital medical team, primarily worked with the
16  oncology department as well as developing a program and
17  justifying pharmacy services within the Baton Rouge
18  General -- I was then promoted to director of pharmacy
19  services for the Baton Rouge General -- for General
20  Health System was the name of it.
21         And so we -- at the time we were a
22  two-hospital system, main hospital in Florida, and then
23  we have a smaller hospital in Bluebonnet.  So overseeing
24  not only the clinical services within the hospital but
25  actually all pharmacy operations there, as well as an

Page 61

1   outpatient ambulatory treatment center that did
2   infusions for patients in the -- in the Baton Rouge
3   area.
4          I left that role, and I moved to Nashville and
5   took a position around clinical services and ambulatory
6   services for at the time it was St. Thomas Hospital,
7   part of the Ascension Health System.  And that work was
8   primarily around indigent patient care, and working with
9   the residents at Vanderbilt around payment around -- at
10  the time TennCare, which was the managed Medicaid
11  program for Tennessee, and helping patients who either
12  had Medicaid and/or no healthcare coverage, no
13  healthcare coverage at all, obtain medications through
14  various programs, as well as working with the outpatient
15  pharmacy, ambulatory pharmacy there at St. Thomas.
16         Left St. Thomas and spent time in long-term
17  care with NHC, which is National Healthcare, and that
18  was working as a consultant pharmacist for long-term
19  care facilities in middle Tennessee, going out to the
20  facilities, doing chart review, preparing those
21  facilities for their CMS audits around pharmacy
22  services.
23         In 2004, as previously stated, at that point I
24  came to a company called Secure Pharmacy Plus initially
25  as a utilization -- utilization specialist looking at

Deleca Reynolds-Barnes
September 27, 2024

Page 62

1  specific contracts that the pharmacy held in working
2  with those individual state DOC contracts around
3  developing policies around medication-use formularies
4  and policies and procedures and helping them develop
5  budget structures around pharmacy.
6          And while I was at that company, obviously it
7  went through an acquisition, and my role changed from a
8  utilization management specialist, director of clinical
9  services, led to director of pharmacy and clinical
10 services and then finally as VP of the correction
11 division for that organization through 2016.
12         Then I transitioned to a company called
13 CareZone.  It was a new tech start-up.  It was
14 developing an innovative model around pharmacy services,
15 and so that role revolved the build-out of a -- of a
16 20,000-square-foot pharmacy service with an innovative
17 delivery model.
18         And so I did that, and then in 2018 came back
19 to corrections after being gone for two years in a role
20 called VP of pharmacy services.  And that role is -- was
21 specific around, again, developing of medication use
22 policies and working with various contract pharmacies
23 throughout the country that provide medications to our
24 patients within correctional facilities.  In addition,
25 also overseeing 340B and special pharmacy programs to

Page 63

1  our patients within the correctional facilities.
2     Q.  So you're currently at Wellpath as VP of
3  pharmacy services?
4     A.  I am.
5     Q.  And how would you describe your day-to-day
6  responsibilities?
7     A.  So I oversee our -- so Wellpath doesn't
8  operate a pharmacy in the correctional division, and so
9  we procure pharmacy services for the various vendors.
10 And so my role is to serve as a liaison with the vendors
11 who provide pharmacy to us, as well as overseeing
12 medication-use policies for the enterprise, which is
13 P&T, policy and procedure development, and then anything
14 problem solving around the acquisition of pharmacy.
15         I also oversee a lateral where we own seven
16 behavioral health hospitals and have inpatient
17 pharmacies within those hospitals.  So I have a dotted
18 line to those pharmacies and oversee all of their
19 policies and procedures as it relates to medication use
20 and Joint Commission Accreditation within those seven
21 hospitals.  Over -- also oversee a lateral where we
22 contract specifically with the Department of Health and
23 Human Services for what we call patients who -- the
24 psychiatric patients who are not competent to stand
25 trial.  And so medication use within those that are

Page 64

1  within our correctional facilities and those direct
2  relationships as well.
3          So day-to-day it var- -- it is all around
4  medication-use policies in the acquisition of
5  pharmaceuticals, but it varies because it is a very wide
6  scope, responsibility, and that does not include the
7  things around the 340B programs.
8     Q.  Sounds like you stay busy?
9     A.  I do.
10    Q.  Accurate to say that your first job in a
11 correctional setting was approximately 2004 at Secure
12 Pharmacy Plus?
13    A.  So that was not my first responsibility.
14 Prior to that, I worked as a consultant pharmacist.  And
15 so part of -- some of the -- well, I primarily consulted
16 for long-term care senior facilities.  I also consulted
17 for a facility that was overseen by the Tennessee
18 Department of Health that also had juvenile correctional
19 facilities.  So I was a consultant there.
20    Q.  Your first full-time work in the correctional
21 space was in 2004?
22    A.  That is correct.
23    Q.  Okay.  And you have been in the correctional
24 space since 2004 except for the time that you were at
25 CareZone, right?

Page 65

1     A.  That is correct.
2     Q.  And so you've mentioned this term several
3  times, but you have been involved in pharmacy and
4  therapeutics committees for various companies that you
5  worked with, right?
6     A.  That is correct.
7     Q.  You mentioned that -- and I'll refer to it as
8  a P&T committee, is that okay?
9     A.  That -- that is fine.
10    Q.  So at Maxor you were involved and cochaired
11 the correctional -- sorry, the P&T committee, right?
12    A.  Yes, for various --
13    Q.  And that was --
14    A.  -- for various clients.
15    Q.  Okay.
16    A.  So every client can have their own P&T but I
17 would cochair those committees.
18    Q.  Understood.
19         So one of those was with Dr. Keldie, who at
20 the time was the chief medical director of Corizon.
21 Correct?
22    A.  At the time initially he was the chief medical
23 officer of prison health services, and subsequently he
24 was the chief medical officer of Corizon.
25    Q.  Okay.  And are you currently on Wellpath's P&T

Deleca Reynolds-Barnes
September 27, 2024

Page 66

1  committee?
2      A.  I am.
3      Q.  Does Wellpath maintain a list of heat
4  pathology medications?
5      A.  We have a policy and we maintain a list.
6          Let me clarify that.  Let me clarify that.
7  We -- our client will maintain a list because the heat
8  pathology is not specific to Wellpath.  It is really
9  specific to the individual client, and so there will be
10 multiple lists.
11     Q.  And the client is the correctional facility
12 that Wellpath provides medications -- medical services
13 for?
14     A.  That is right.  That is right.
15     Q.  Okay.  And so Wellpath, in conjunction with
16 its clients, maintains lists of heat pathology
17 medications.  Correct?
18     A.  So the clients will have lists specific to
19 their policies, and then Wellpath will weigh in on those
20 client lists.  For example, there may be a list specific
21 to the Pennsylvania Department of Corrections, say if
22 that is a client, and there may be a list specific to
23 the Arkansas Department of Corrections in conjunction
24 with them.
25     Q.  So fair to say that in your work at Wellpath,

Page 67

1  you have seen a number of heat pathology medication
2  lists across different correctional entities across the
3  country?
4      A.  In my time in corrections, I have seen a
5  number of lists.  Correct.
6      Q.  So I just want to get this straight, when you
7  say that you are on the Wellpath P&T committee, does
8  that mean -- does Wellpath have its own P&T committee or
9  do you serve on the P&T committees of the entities that
10 Wellpath has as clients?
11     A.  Both.
12     Q.  But Wellpath itself does not maintain its own
13 list of heat pathology medications?
14     A.  We have a -- we may have a reference list, but
15 I'll develop a list specific to the client.
16     Q.  So you mentioned that Wellpath may have a
17 reference list that it maintains internally of heat
18 pathology medications.  Correct?
19     A.  So I want to clarify how you are asking that
20 question because I'm not sure that -- that we're -- you
21 keep asking it so we're not answering it the same.
22         The issue is the list is only accurate to the
23 point of how is it going to be used.  So every DOC may
24 not have a farm, so it may not be specific to heat
25 related to -- it may not need a list related to heat on

Page 68

1  a farm.  It may -- someone may have a list related to
2  air-conditioning housing units.
3          So it does -- it is a little bit -- the ask is
4  a little different based on the reason why a list would
5  be developed.  And so that is why I'm not being evasive,
6  but the list is very different depending on kind of
7  what -- everybody does not use the word heat pathology
8  list.  That is a term -- and heat-duty status is a term
9  specific to Louisiana.  So I want to be clear on what --
10 what the ask is.
11         So if the client has an ask and a policy, then
12 Wellpath will definitely assist the client around our --
13 around helping them develop a policy that matches.  And
14 there will be a reference list around multiple things
15 around that, depending on the scenario in which that is
16 asked.
17     Q.  So does Wellpath maintain an internal kind of
18 comprehensive document that it uses to advise its
19 clients when the clients are preparing policies for heat
20 pathology?
21     A.  I'm not sure that it does.  I think they -- we
22 would just start with understanding it and then do
23 exactly like I did in this case, let's help you get to
24 the point of understanding what your policy is and then
25 how to get a list that works for you.

Page 69

1          There are certain things that we are going to
2  have a list of, highly anticholinergic drugs, that sort
3  of thing.  But, no, here is a list for you that I'm
4  aware of.
5          And may I say that Wellpath maintains over 300
6  sites.  So there may be an individual site at a jail
7  that I'm not aware that someone has even developed.
8  Those things unfortunately or fortunately do happen.
9      Q.  So just speaking about what Wellpath maintains
10 for itself, I just -- to your understanding, there is no
11 list of -- there is no -- and forgive me if I'm
12 referring to this incorrectly, but Wellpath does not
13 maintain, to your understanding, just one list of heat
14 pathology medications.
15         Is that your testimony?
16     A.  My testimony is there is not a pharm -- there
17 is not -- I maintain the pharmacy policies and
18 procedures for Wellpath.  And I write the pharmacy
19 policies and procedures for Wellpath.
20         I do not have a list in a pharmacy policy and
21 procedure specific to heat pathology meds.  I'm not
22 necessarily comfortable saying that there is no list out
23 there within Wellpath.  But I'm not -- I don't maintain
24 that and you will not find a list that I have created in
25 a pharmacy policy and procedure specific to Wellpath.

Deleca Reynolds-Barnes
September 27, 2024

Page 70

1    Q.  Have you ever published any articles or books
2  or chapters?
3    A.  I have done some articles for
4  non-peer-reviewed journals.
5    Q.  On what topics?
6    A.  It stretched throughout my career.  Some had
7  been on, you know, value-based care.  I have done
8  some -- I think probably the last thing I did was in the
9  Journal of Corrections around pharmacy distribution
10 systems.
11      I did some work -- well, I guess I did one
12 peer reviewed with University of New Jersey Medicine and
13 Dentistry specific to antipsychotic use within the DOC,
14 but it has been a number of years ago.  So it varied.
15 They all have some bend obviously towards pharmacy.
16    Q.  Any specifically related to the relationship
17 between medications and heat?
18    A.  Not that I'm aware.
19    Q.  Any specifically related to the
20 anticholinergic properties of drugs?
21    A.  No, no article related to the anticholinergic
22 properties of drugs.
23    Q.  And I guess I should say when I'm asking you
24 these questions I'm referring to articles, books or
25 chapters.

Page 71

1        So have you --
2    A.  No.
3    Q.  Okay.  Have you ever participated in peer
4  review?
5    A.  I have.
6    Q.  When?
7    A.  So I was peer review -- it has probably been
8  10, 15 years ago.  I did peer review for -- it is part
9  of academic training.
10      We were all part of peer review for -- if I
11 remember correctly, I think it was Lancet.  But there
12 were a number of journals that the University of
13 Cincinnati required that we do reviews for.
14    Q.  And you said that the University of Cincinnati
15 required you to participate in these reviews?
16    A.  Yes.
17    Q.  What was your relationship at the time with
18 the University of Cincinnati?
19    A.  I was a resident.
20    Q.  Okay.  And so this would have taken place in
21 your residency?
22    A.  Yes.
23    Q.  And have you participated in peer review since
24 your residency?
25    A.  I do not think so.

Page 72

1    Q.  You have been put forth as an expert witness
2  in this case.  How would you describe your areas of
3  expertise?
4    A.  Sure.  So, as I stated, having been trained as
5  a clinical pharmacist and spent time not only as a
6  clinical pharmacy specific to actual practice, but
7  around the development of policies and procedures around
8  medication use, one of my roles -- roles is to write
9  those policies and procedures and/or review those
10 policies and procedures for Wellpath.
11      The training of a pharmacist is specific to
12 the use of medications within the body.  Not only the --
13 the actual chemical structure, but the pharmacokinetics,
14 how they are metabolized by the body, the risk versus
15 benefits of side effects.
16      So you have -- I have that training and then I
17 have that practical experience for the last 30 years in
18 those nondispensing roles of developing those policies
19 and procedures.
20    Q.  Are you an --
21    A.  And --
22    Q.  Go ahead.  Sorry.
23    A.  No.  That is fine.  Go on.
24    Q.  Okay.  Would you say you are an expert in the
25 interactions between medications and heat?

Page 73

1    A.  I think I'm an expert in the pharmacology of
2  the medication and its effect on the body to respond to
3  heat.  And so there is no interaction between the
4  body -- between medication and heat.
5        The interaction is there is a medication that
6  is going to affect the body's ability to respond to the
7  heat and how the body then compensates.  And so that is
8  how I limit my expertise.
9    Q.  Have you ever served as an expert witness
10 before?
11    A.  I have not.
12    Q.  And we may have covered this when I asked you
13 whether you have been deposed before, but I'll ask.
14 Have you ever been involved in litigation broadly in any
15 other capacity?
16    A.  Only to the two cases that I was previously
17 deposed of.  You know, let me clarify that answer.
18 Actually I was deposed a third time.  I actually left
19 off a third time specific to a plaintiffs' case at
20 Wellpath around -- a medication-use case, but that is
21 it.
22    Q.  So in the plaintiffs' case at Wellpath that
23 you just mentioned, who were the -- you don't need to
24 say the name of the patient or anything along those
25 lines, but it -- please characterize to me the -- who

Deleca Reynolds-Barnes
September 27, 2024

Page 74

1  the patient was and who the defendants were.
2      A.   In that case the patient was a previous inmate
3  inside of a county correctional facility.  And my -- I
4  understood the defendant would have been Wellpath.
5      Q.   What were the substance of the claims against
6  Wellpath?
7      A.   Specifically around timeliness of medication
8  on entering a correctional facility.
9      Q.   Were you personally named in the lawsuit?
10     A.   No.
11     Q.   At the time, what was your role at Wellpath?
12     A.   Vice president of pharmacy services.
13     Q.   So you provided a deposition in your role for
14  Wellpath in its defense of this lawsuit against the
15  former person who had been in its custody?
16     A.   Correct.
17     Q.   Have you ever been in your personal capacity
18  involved in any litigation?
19     A.   No.
20     Q.   In any of the cases that we have discussed so
21  far, have you provided testimony at trial?
22     A.   Yes.
23     Q.   Which cases?
24     A.   The case with CareZone pharmacy against the
25  prescription benefits manager.

Page 75

1      Q.   The matter that we were discussing earlier
2  where Wellpath was sued; do you know what the resolution
3  was of that case?
4      A.   No.
5      Q.   Do you recall approximately when you sat for
6  the deposition?
7      A.   Within the last -- it was either two to
8  three -- two to three years ago.  So within the last
9  three years.
10     Q.   Do you know if that case has been resolved?
11     A.   No.
12     Q.   But you have not been asked to testify at
13  trial or participate in that litigation beyond sitting
14  for the deposition?
15     A.   Correct.
16     Q.   You testified at trial once on behalf of your
17  employer CareZone.  Have you ever participated in trial
18  on any other occasion?
19     A.   No.
20     Q.   And then in the CareZone matter, what was your
21  testimony about?
22     A.   The case was related to CareZone being removed
23  from a PBM's network.  And so my testimony was about the
24  practice of pharmacy, the CareZone's pharmacy model and
25  how it was applicable and should not have been removed

Page 76

1  from the PBM's network.
2      Q.   Do you know how that dispute was resolved?
3      A.   I don't know.  I think -- that company was no
4  longer -- CareZone is no longer a pharmacy, so I don't
5  know how it resolved.
6      Q.   Have we discussed the full extent of your
7  participation in litigation between the depositions that
8  you have been involved in and then the one time that you
9  testified at trial?
10     A.   That is all that I can recall.
11     Q.   Okay.  So now obviously you are being deposed
12  for a fourth time.  Did you do anything to prepare for
13  today's deposition?
14     A.   Other than read my expert witness statement,
15  again, nothing additional.
16     Q.   Did you meet with anyone?
17     A.   Nothing in preparation, no.
18     Q.   Have you reviewed any deposition transcripts
19  or other testimony in preparation for this deposition?
20     A.   No.
21     Q.   And have you talked with Dr. Keldie?
22     A.   In preparation for this deposition?
23     Q.   (Nods head.)
24     A.   No.
25     Q.   When is the last time you spoke with

Page 77

1  Dr. Keldie?
2      A.   It was prior to his deposition, so it has been
3  over a week ago at least.
4      Q.   Okay.  I'm moving on to a new topic.  And I
5  see that it is exactly noon my time, 11:00 Central Time.
6  Would now be a good time for a five-minute break?
7           MR. BLANCHFIELD:  Yeah.  Let's take a break.
8  Could we do ten minutes?  Would that be all right?
9           MS. WEISER:  That is fine with me.
10          THE VIDEOGRAPHER:  Going off the record.  The
11  time is 4:01 p.m. UTC, 11:01 a.m. Central.
12          (Break taken from 11:01 p.m. to 11:12 p.m.)
13          THE VIDEOGRAPHER:  Back on the record.  The
14  time is 4:12 p.m. UTC, 11:12 a.m. Central.
15  BY MS. WEISER:
16     Q.   I'm going to pull up another document.
17          Can you see my screen?
18     A.   Yes.
19     Q.   All right.  I'm showing you a document that
20  has already been marked as Plaintiffs' Exhibit 17.
21          It bears the title, State of Louisiana
22  Department of Public Safety & Corrections, Corrections
23  Services Healthcare Policy Number HCP8.
24          Do you see that?
25     A.   Yes.

Deleca Reynolds-Barnes
September 27, 2024

Page 78

1    Q.   I'll refer to this as HCP8, if that is okay
2    with you.
3    A.   Yes.
4    Q.   Have you seen this document before?
5    A.   Yes.
6    Q.   Did you review it in connection with issuing
7    your report?
8    A.   I did review it, yes.
9    Q.   Fair to say that this document contains the
10   DOC wide heat pathology policy?
11   A.   That is my understanding.
12   Q.   And this document has an attachment labeled
13   attachment A that contains the Department of Corrections
14   heat pathology medication list; is that correct?
15   A.   If I can see attachment A, I can tell you if
16   that is the one.
17        Yes.
18   Q.   Okay.  I'm now going to show you another
19   document.  And let's see if I can just click over to it.
20   Are you now seeing a different document?
21   A.   Yes.
22   Q.   So now I'm showing you a document that was
23   previously marked as Plaintiffs' Exhibit 28.  It is
24   titled, Directive Number 13.067 Louisiana State
25   Penitentiary Healthcare Services Heat Pathology.

Page 79

1        Have you seen this document before?
2    A.   I don't recall seeing this document.
3    Q.   I'll refer to this document as Directive
4    13.067 based on this title.  Is that okay?
5    A.   Yes.
6    Q.   So you don't recall whether you have seen this
7    document.  I'll represent to you that this contains the
8    heat pathology policy that is in effect at LSP
9    specifically, okay?
10   A.   Okay.
11   Q.   And you can let me know if you were aware of
12   this previously, but I can represent to you that
13   Directive 13.067 is functionally identical to HCP8, the
14   document that we were just looking at, except for that
15   it applies only on the grounds of LSP and not to all of
16   department of corrections.
17        Were you aware of that?
18   A.   I was aware of the previous policy.  I don't
19   know that I was aware of that.
20   Q.   So you were not aware that there was an LSP
21   specific heat pathology policy in effect?
22   A.   It was my understanding that heat pathology
23   policy previously, the list, was consistent across the
24   entire DOC.  The specifics of the individual policies
25   and how they changed, I'm not sure that I was aware

Page 80

1    there was any difference.
2    Q.   Okay.
3    A.   If there is a separate list, the only list
4    that I'm aware of is the original one that you showed
5    me.
6    Q.   So, as I said before, I can represent to you
7    that they are identical in terms of the way they
8    functioned and the lists that they, as far as we're
9    aware, associated with them, it is just that one applies
10   only to the facility and one applies across the
11   department.
12        So I think we can talk about them
13   interchangeably, but I'll just ask you what is your
14   understanding as to the goals of the DOC and LSP heat
15   pathology policies?
16   A.   So specifically to the medication list, the
17   goal is to identify specific medications that if a
18   patient is on them and they are in certain conditions as
19   addressed in this policy, then they may receive I think
20   the term is specific heat-duty status, which may limit
21   or alter their -- their assignment at the DOC specific
22   in this case to LSP.
23   Q.   Do you have an understanding as to what --
24   what it means to have heat-duty status?
25   A.   So it -- it -- it primarily there are -- there

Page 81

1    are certain patients that would be -- duty status would
2    be they have to have a work status that either
3    eliminated their ability to work in certain conditions.
4    In one of the examples it may be -- it may be in
5    un-air-conditioned.  It may be outside at the farm.  And
6    then it -- on those specific medications on the -- on
7    the list.
8    Q.   So if the goal of the policy is to identify
9    specific medications and to assign heat-duty status with
10   respect to people taking those medications, what is the
11   ultimate purpose of doing this?
12   A.   Can you ask that question again?  I want to
13   make sure that I understand what you are asking.
14   Q.   Of course.
15        You testified that the policy identifies
16   specific medications and assigns heat-duty status to
17   people taking those medications.  What is the overall
18   goal of doing this?
19   A.   So it is my understanding, and obviously the
20   overall -- my overall goal in develop -- in working on
21   updating the list is to protect patients or -- and/or
22   inmate individuals.  So they may be -- when -- when it
23   relates to healthcare, then they are patients in that
24   setting.
25        And so anything that puts a patient at risk

Deleca Reynolds-Barnes
September 27, 2024

Page 82

1  for harm, increase healthcare demise and, you know,
2  those type of things, then that is the purpose of all --
3  should be the purpose of all healthcare policies.  But
4  specifically this policy, it's a patient protection
5  policy.
6       Q.   And the function by which this policy protects
7  patients is by assigning them to the heat-duty status,
8  right?
9       A.   That is one of the functions, that is exactly
10 right.
11      Q.   So in order to protect patients, it is
12 important that the heat-duty status be assigned
13 appropriately.  Correct?
14      A.   That is correct.
15      Q.   Would you agree with me that there is room for
16 improvement in these policies?
17      A.   I'll agree that the list that we previously
18 reviewed, there was room to increase the number of meds,
19 i.e., make that list more thorough.
20      Q.   And making that list more thorough would be
21 more protective of patient health?
22      A.   I think making -- I just think the way you
23 protect patients -- and that is a very general
24 statement -- is you decrease the risk.  So you
25 decrease -- you never will -- there is no such thing as

Page 83

1  the correct list.  There is a best list.  And there's no
2  way to ultimately protect any of us from an adverse
3  event from a medication.
4       So we try to create a policy and/or a list
5  that lowers the risk.  So the role of increasing the
6  number of meds on the list is trying to continue to look
7  for ways to lower the risk.
8       Q.   I'm going to go back to HCP8, and we are going
9  to look again at the heat pathology medication list that
10 you testified earlier that you are familiar with this
11 list, right?
12      A.   Correct.
13      Q.   So just talking about this moment in time as
14 of today, do you agree that this page reflects the heat
15 pathology medications list that is currently in effect
16 at LSP?
17      A.   That is my understanding, yes.
18      Q.   And this list is currently in effect across
19 all of DOC to your understanding.  Correct?
20      A.   That is my understanding.
21      Q.   Can you explain your understanding as to how
22 LSP utilizes this heat pathology medication list?
23      A.   It is my understanding that being placed on a
24 med on this list also places the patient at -- in a
25 heat-duty status.

Page 84

1       Q.   And that is an automatic trigger?
2       A.   That is my understanding.
3       Q.   Do you have an understanding as to any other
4  ways beyond the automatic trigger of taking the
5  medication that is on this list that LSP currently
6  assigns heat precaution-duty status to patients?
7       A.   It is my understanding that separate from an
8  individual med list, the clinical condition of a patient
9  that may or may not include these meds could also place
10 a patient in heat duty status.
11      Q.   Clinical condition is the term that you just
12 used.  What does clinical condition mean?
13      A.   Sure.  So the patient may have a specific
14 diagnosis or a condition, i.e., congestive heart
15 failure, where exertion or -- where exertion or the
16 condition in and of itself would prevent someone from
17 being able to be -- to react to heat.  So if they were
18 exposed to heat, then they would not be able to
19 compensate.  So obesity, heart failure, could be
20 something acute and self-limiting, but for a period of
21 time that puts them -- their ability to compensate is --
22 is lowered.
23      So those things in and of itself, as
24 determined by the provider, could also place the
25 patient.  Maybe age.  I mean, there are multiple things

Page 85

1  that could place a patient at increase risk and then put
2  them on that -- on the list separate from the meds
3  itself.
4       Q.   So let's -- obesity could increase a patient's
5  risk of heat-related illness and under certain
6  circumstances should result in the patient being put on
7  the duty-status list?
8       A.   So again as I said in my state- -- earlier
9  witness statement, nothing should ever be looked at in
10 silo.  But someone who is morbidly obese and have an
11 inability to move may have other chronic conditions that
12 are tied to the morbidity of being obese.  And it is my
13 understanding that clinically that could put a patient
14 on a heat-duty status.
15      Q.   You also mentioned that age could increase a
16 patient's risk and could result in them being put on the
17 heat-precaution duty status.  Can you explain why that
18 is?
19      A.   So, again, similar to obesity, there is always
20 the propensity for advanced age to come with its own
21 comorbidities.  And those comorbidities would prevent a
22 patient from being able to react to exposure to extreme
23 heat or exposure to heat and be able to compensate
24 because it is not only the exposure to heat, it is the
25 ability to compensate.

Page 86

1    So age in and of itself, we know that as -- as
2  people age, they may have decreased muscle mass.  There
3  may be some autonomic conditions.  Often there are
4  diseases related to age in and of itself of meds -- it
5  is multiple meds that they would be treated.  So one med
6  in and of itself may not put that patient at risk, but
7  the group of meds in and of itself to treat multiple
8  conditions that happen as a result of age may then in
9  and of itself make the patient unable to compensate.
10    And so just age in and of itself is a co- --
11  could be a comorbidity, but it is the decompensated
12  organ functions that happen with advanced age, which
13  could make it very difficult for somebody to compensate
14  and put them on that duty status.
15    Q.  Would you be able to put a number on an age at
16  which you think someone should be considered work-duty
17  status based on these decompensations of their organ
18  function?
19    A.  No, because that -- that again is the clinical
20  condition of a patient.  There are people who can be 40
21  and literally have the -- their -- their body can look
22  like a much older person, and obviously we all know
23  people, you know, much older but obviously, depending on
24  how they've lived their life, decisions they've made,
25  nutrition, exercise, they may be able to.

Page 87

1    So, again, those are -- that is why I lumped
2  them into clinical condition.  I think that is something
3  that, as the provider is looking at the patient, they
4  would need to make that decision.
5    Q.  Okay.  So a little while ago we were talking
6  about the different medical conditions that affect a
7  patient's clinical condition that should be considered
8  in your opinion by the providers, excuse me, as they are
9  determining whether or not to assign that person duty
10  status.
11    My question is, now do you have an
12  understanding that LSP providers are in fact doing this?
13    A.  Doing -- can you -- can you repeat that
14  question?
15    Q.  Sure.
16    You testified that certain chronic medical
17  conditions could put a patient at increased risk and
18  that in your opinion the providers should take that
19  clinical condition of the patient into consideration
20  when they are evaluating whether that person should
21  receive heat precaution duty status.
22    Fair enough of a characterization so far?
23    A.  Yes.
24    Q.  Do you have an understanding as to whether or
25  not that is actually taking place at LSP?

Page 88

1    A.  No, I -- I think that given the time that I
2  was there observing, I can't say that I observed a
3  specific clinic or a patient encounter where I would say
4  it was taken into account or not into account.  It is
5  actually in the policy, but the actual practice I did
6  not -- I was not there to observe that.  So I can't
7  speak to that.
8    Q.  Okay.  So you have no opinion as to whether --
9  or the adequacy of LSP's current policies and procedures
10  around assigning heat-duty status to people on the basis
11  of their chronic medical conditions; is that fair to
12  say?
13    A.  So that was a different question, so I want to
14  make sure I understand what you're asking.
15    Q.  Sure.
16    A.  You asked me if there is a policy and
17  procedure, and I think this policy and procedure speaks
18  to it.  The actual practice of the provider in following
19  the specific policy I did not observe on the day I was
20  at LSP.
21    Q.  You -- you have no opinion as to the actual
22  practice of LSP providers with respect to assigning heat
23  pathology -- heat-precaution status based on chronic
24  conditions?
25    A.  I did not observe that.  Correct.  I did not

Page 89

1  observe that on the day I was there.
2    Q.  We have just been talking about the ways that
3  someone's chronic medical condition can result or should
4  result in them being assigned heat precaution duty
5  status.
6    Are you aware of any way that a person's
7  medication regime, other than the person taking one of
8  the medications on Attachment A that we are looking at
9  right now, can result in LSP providing them heat-duty
10  status?
11    A.  And it is only from the single -- only from
12  the initial conversation with Dr. Lavespere on this
13  specific list, where he stated that the clinical
14  condition was taken into account in addition to the
15  medication.
16    I did not observe a clinic encounter during
17  the day that I was there, so I can't speak to that
18  process.
19    Q.  And we have been talking a lot about how
20  someone comes to be assigned heat precaution duty
21  status.  Can you just summarize what, in your
22  understanding, is heat-duty status?
23    A.  Sure.  So it is my understanding that it
24  limits -- there are certain activities at the facility,
25  LSP and the DOC where a patient would be exposed to

Deleca Reynolds-Barnes
September 27, 2024

Page 90

1   heat, i.e., could -- I think -- I think it is obviously
2   the work on the farm, but there could be other
3   activities as well.  And if a patient or an inmate has
4   heat-duty status, they would be removed from those work
5   assignments.
6       Q.   Why in your opinion or in your understanding
7   is heat-duty status important?
8       A.   Again, protection of the patient's health.
9       Q.   And reduction of risk?
10      A.   And reduction of risk.  Sure.  And reduction
11  of risk is obviously part of that protection.
12      Q.   Do you have any understanding as to the
13  process by which the heat pathology medication lists
14  that we are currently looking at, attachment A, was
15  developed?
16      A.   I was told that it was developed through
17  their -- through the DOC's P&T committee.  And that
18  was -- that was my understanding, the P&T committee
19  developed it.
20      Q.   Who communicated that to you?
21      A.   Dr. Lavespere.
22      Q.   Did he provide any details about who was
23  involved in the development of this list?
24      A.   No.
25      Q.   Did he mention that Dr. Gamble was involved in

Page 91

1   preparing this list?
2       A.   No.
3       Q.   Did he mention that Dr. Sung was involved in
4   preparing this list?
5       A.   He mentioned no names other than the P&T
6   committee.
7       Q.   Okay.  Did he provide any detail regarding
8   what resources were consulted in preparing this list?
9       A.   No.
10      Q.   Do you have an understanding as to when this
11  list was last considered by the DOC and P&T committee
12  for an update?
13      A.   I do not.  Obviously I can only rely on the
14  date of the list creation that is on this document.
15  But, no, I do not know the last date of review.
16      Q.   And the date on this document is August 21,
17  2018.  You see that.  Right?
18      A.   Yes.
19      Q.   So that is more than six years ago.  Correct?
20      A.   Correct.
21      Q.   Would it be best practice to go six years
22  without reviewing a heat pathology medication list?
23          MR. BLANCHFIELD:  Object to the form.
24          You can answer, Doctor.
25          THE WITNESS:  Again, I don't know the date

Page 92

1   that it was last reviewed.  I'm only looking at the
2   date that -- I'm thinking that's the date of
3   creation.
4       I don't know if that is the review date or
5   not.  But it should be reviewed as part of the --
6   I'm not sure of the DOC's policy review policy.
7   But as this is a part of a policy, it should be
8   reviewed with the frequency of policy review.
9   BY MS. WEISER:
10      Q.   I understand that you -- I'm asking you, in
11  your experience in the industry and with your expertise
12  in pharmacy policies, ballpark, how frequently would you
13  recommend that a heat pathology medication list like
14  this be reviewed for potential updates?
15      A.   It should -- I mean, I think -- I think the
16  absolute -- I think the best policy -- most policies
17  should be reviewed at least every other year.  Ideally a
18  policy that contains a list of medications.  And this
19  may be their practice, I don't know.  If they're
20  reviewing medications as part of P&T, then that should
21  be questioned as to whether or not it is a med that
22  needs to be added to the list.  So it really should be
23  an ongoing review.
24      Q.   What do you mean by "ongoing review"?
25      A.   Sure.  So when the P&T meets, they are going

Page 93

1   to consider drugs for formulary inclusion as part of the
2   pharmacy and therapeutics processes.
3       In that review, that drug for inclusion for
4   the development of policies and procedures, one of the
5   things that they are going to review is the pharmacology
6   of the drug, the risk for adverse events.
7       And so in the event that it's part of the
8   review, it would come up that a medication has a high
9   risk for heat pathology.  Then at that point, it would
10  then defer back to updating the list as needed.
11      So the ongoing review of new drugs should
12  prompt, is there a new drug that has been approved that
13  now needs to be added to the list or is there a new FDA
14  alert that would require an agent to be added to the
15  list?
16      Q.   Okay.  So I'm going to try to summarize what
17  you just said, and you are going to correct me if I'm
18  wrong.  But it sounds like you are suggesting that
19  review of the heat pathology medication list should not
20  be discrete from the rest of the work of the P&T
21  committee.  But as the P&T committee is adding drugs to
22  the institution's formulary list, it should take into
23  account whether those drugs have high risk of heat
24  pathology, and if so, should consider updating the list
25  at that time?

Deleca Reynolds-Barnes
September 27, 2024

Page 94

1    A.   Sure.  Yes.

2    Q.   What is your opinion as to the adequacy of the
3    heat pathology medication list that is shown here marked
4    as attachment A to Exhibit 17?

5    A.   Sure.  My opinion is this list, as I stated
6    earlier, leans very heavily on psychotropic medications,
7    antipsychotics, medications used to treat movement
8    disorders in patients on antipsychotics, and medications
9    used to treat -- not necessarily antipsychotics, but
10   meds used to treat mood disorders.

11        The majority of these meds, except for one,
12   are highly anticholinergic, which in turn makes them
13   most at risk to have a heat pathology event.  And so I
14   think the list was developed based on that thought
15   process.

16        There are other highly anticholinergic meds
17   that may be infrequently used, but have the same risk.
18   And so while the benefit of this list is that the number
19   of meds on the list are -- are easily captured, it
20   creates a tool that the providers can easily remember.

21        I think the way to enhance the list is while
22   the list may become longer, so it is going to require
23   more review and understanding for the providers, it
24   creates an opportunity to make sure that a higher risk
25   drugs -- I'm sorry, higher -- more -- additional drugs

Page 95

1    with equal or more anticholinergic properties, which in
2    turn puts someone at risk for heat pathology, should be
3    added to the list -- could be added to the list.  It
4    would make the list more complete and create a better
5    tool for the provider.

6    Q.   And we have been talking about this.  But this
7    is the current list.  And the course of your work in
8    this case, you proposed a new list that we can call the
9    Barnes list.  Correct?

10   A.   I proposed a new list for consideration by the
11   DOC.  Correct.  And it is just drugs in addition to
12   these.

13   Q.   Okay.  So that was going to be my question.

14        All the drugs that are on this current list,
15   in your opinion, should continue to stay on the DOC's
16   list.  And your recommendation is simply to add
17   additional drugs and categories of drugs on top of this
18   existing list?

19   A.   I think that is correct with the exception --
20   I think that is correct with the exception of Saphris,
21   but, yes.

22   Q.   So you are recommending that Saphris no longer
23   be on the list?

24   A.   Yes.  I think I removed that from the list.  I
25   don't have the list in front of me, but, yes, based on

Page 96

1    the anticholinergic activity.

2    Q.   So what is the basis for removing Saphris from
3    the list?

4    A.   Sure.  Based on its anticholinergic activity.

5    Q.   Can you elaborate on that?

6    A.   Sure.  So acetylcholinesterase --
7    acetylcholinesterase is our flight or -- fight-or-flight
8    hormone.  You always hear about that.  But it is when
9    the body senses that it is in danger then -- and with
10   that, it is either physical or metabolic.  And then the
11   body is going to react using acetylcholine.

12        So what an anticholinergic drug does is -- for
13   multiple reasons it will actually suppress that
14   fight-or-flight mechanism.

15        When you are exposed to extreme -- and it has
16   some -- and there is some beneficial reasons for that,
17   from an anticholinergic -- I'm sorry, from a metabolic
18   reason, there is some benefit of that.

19        So say your nose is running and that is your
20   body's way to kind of flush your nares or you're having
21   an allergic reaction or your eyes are watering and you
22   were to take a Benadryl, one of the things that it does
23   because it is highly anticholinergic is it will suppress
24   some of those symptoms in order for you to feel better
25   even though those symptoms actually sometimes have a

Page 97

1    beneficial -- they are trying to have a beneficial
2    effect.  The body is basically trying to heal itself,
3    even though it limits your function.

4        I say all that to say, so an anticholinergic
5    drug, when you are in a heat situation and you need
6    increased sweating to cool your body down and you are an
7    on anticholinergic drug, it may suppress sweating.

8        Now, it may be used to decrease involuntary
9    movement as it relates to something else, Parkinsonism
10   or something.  So it is beneficial to have that
11   anticholinergic med on board.  But then there is the
12   risk benefit of it also may suppress something that we
13   needed suppressed, i.e., sweating.

14        So medications have scales of the -- of that
15   activity.  And the higher the med is on the scale, the
16   more at risk they are for heat-related illness because
17   it is suppressing sweating.

18        So you may be treating something and the drug
19   is a very beneficial drug, but the suppression of that
20   specific activity that you need to respond to heat is
21   there.

22        And so when I say, you know, looking at meds
23   related to their anticholinergic status affects the
24   body's ability to compensate during their exposure to
25   heat, then those meds with the highest anticholinergic

Deleca Reynolds-Barnes
September 27, 2024

1  burden are more likely to suppress acetylcholine, then
2  those would be the meds that we would rank highest on
3  the list.  Even -- that goes back to our initial
4  conversation -- even if they are not used often and not
5  used in many patients or not used for long periods of
6  time.
7        That was the focus of the list.  And usually
8  those are the meds that are most at risk for
9  heat-related illness with the exception of lithium,
10 which is on this list and obviously would continue to be
11 on the list.  Lithium has a different mechanism.  But
12 most of the meds are focused on that.
13       So if a med did not have high anticholinergic
14 activity, even though it fell into certain drug classes
15 because it could -- because -- with antipsychotics, it
16 looks like they just put every antipsychotic available
17 at the time the list was created on the list.
18       If it did not have anticholinergic activity,
19 then it was removed from the list because actually it
20 did not block the issue that created the increased
21 sweating.  And I know I'm going on, so I'll stop.
22    Q.   Thank you for that.
23       So the heat pathology medication list that we
24 are looking at, attachment A to Exhibit 17, it does not
25 include certain medications that have high

1  anticholinergic properties.  Correct?
2    A.   Say that again.  I'm sorry.
3    Q.   The heat pathology medication list that we are
4  looking at, it does not include certain medications or
5  classes of medications that have high anticholinergic
6  properties; is that correct?
7    A.   That was my opinion, yes, it does not.
8    Q.   So this list does not -- is not complete in
9  terms of listing medications that have highly
10 anticholinergic properties?
11   A.   I felt like there were more meds that had high
12 anticholinergic properties that could be added to the
13 list, yes.  There are many meds on this list,
14 specifically around the antipsychotics, that have high
15 anticholinergic properties.  I felt like there were more
16 meds than the list contained that needed to be added.
17   Q.   I'm going to take down the current exhibit,
18 and let me just look back at my notes very quickly to
19 make sure.
20       In your report you used the term heat
21 pathology.  Can you just explain to us what, in your
22 opinion, the term heat pathology means?
23   A.   So it is really -- heat pathology is kind of a
24 related illness.  And so I used heat -- you could really
25 say heat-illness duty status is how the list was

1  created, heat pathology duty status is any exposure of
2  these meds in combination with exposure to heat would
3  put a patient at increased risk -- increased risk of
4  illness, i.e., decompensation.
5    Q.   What kind of illness are you conceiving of in
6  this definition of heat pathology?
7    A.   Usually in some -- usually the first thing
8  that you are actually going to see when -- when a
9  patient has -- I mean, it goes all the way down to
10 the -- to -- which we rarely see, all the way to
11 heatstroke.
12       But usually the first sign is some type of
13 cognitive decline, so dizziness, nausea, vomiting.  We
14 call it heat sickness for lack of a better definition,
15 all the way down to most severe would be a term like
16 heatstroke, which then deals with all those things that
17 you think of as a stroke.  But it's -- instead of being
18 initiated by a clot or a bleed, it would be initiated by
19 the body's inability to respond to the heat.  So it
20 shuttles its functions -- it shuts its functions down to
21 protect itself.  And so having difficulty walking, and
22 then you are actually going to see some organ function
23 changes, usually cardiovascular.
24   Q.   When you use the term heat pathology, that
25 includes a range of symptoms that can arise from

1  heat-related illness.  Correct?
2    A.   Correct.
3    Q.   Okay.  My next question was going to be your
4  report -- what does the term anticholinergic mean, but I
5  think we already covered that.
6        So I'm going to move on to my next question,
7  which is related to the term anticholinergic, but
8  specifically your report repeats the term
9  anticholinergic risk profile.  And I'm wondering if you
10 can explain what that phrase means?
11   A.   Sure.  So when I refer to that phrase, I'm
12 specifically saying there are drugs that have a higher
13 ability to block acetylcholine than others.  And so by
14 risk profile, it is those drugs with the highest
15 propensity to block acetylcholine have a higher
16 anticholinergic risk profile.  And then there are
17 certain drugs that don't block acetylcholine at all.
18 That's not where they affect them, and so they have a
19 low anticholinergic risk profile.
20   Q.   So is the anticholinergic risk profile based
21 solely on the chemistry of the drug?
22   A.   Yes.
23   Q.   So the anticholinergic risk profile would not
24 take into effect -- account factors such as the
25 patient's environment?

Deleca Reynolds-Barnes
September 27, 2024

Page 102

1    A.   That is correct.
2         Well, no.  So what exact -- I'm not sure what
3    you mean by environment.  Say that again.  What do you
4    mean by environment?
5    Q.   I guess I'm wondering whether the
6    anticholinergic risk profile makes assumptions about the
7    environment, for example, the amount of heat or the lack
8    of heat that the patient is going to be exposed to and
9    the duration of that exposure?
10   A.   It does not.  So what the anticholinergic
11   profile is taking into account is in -- in a situation
12   where a patient is exposed to heat, the higher the risk
13   profile, the less likely compensatory mechanisms will
14   come into effect.
15        So it does not say, to your point, temperature
16   and time.  It is exposure to heat for high risk drugs
17   would be less likely to be able to compensate.  So it is
18   a -- it is a broader -- it is a broader term.
19   Q.   So earlier when we were talking about the
20   different facilities and departments of corrections that
21   Wellpath works with, you mentioned that each facility
22   might have different needs with respect to their heat
23   pathology protocols and their heat pathology lists.
24        Do you recall that conversation?
25   A.   Yes.

Page 103

1    Q.   And I think you mentioned that that might be
2    influenced by the environment and the conditions present
3    at that facility.  So, for example, whether there is a
4    farm, whether it is very hot there, whether they have a
5    lot of air conditioning or not.
6         Is that a fair characterization of something
7    that you said earlier?
8    A.   I did.  I said their list -- their request for
9    a list is based on all of those conditions, that is
10   correct.
11   Q.   So is it fair to say that heat pathology risk
12   is not informed only by the anticholinergic properties
13   of a medication but can also be informed by
14   environmental factors?
15   A.   So the -- so that is not -- I'm not sure that
16   I understand that question.
17        So when -- when we created or when I created
18   the updated list, there is an anticholinergic risk
19   factor.  There are also drugs on the list that have zero
20   anticholinergic risk factors, but they have other
21   effects on how our body -- how they affect the body,
22   i.e., a dieretic or a fluid pill that just increases the
23   amount of times you are urinating and you may not be
24   able to have enough volume reserves to sweat.
25        So that is just one of the risk factors

Page 104

1    considered in the use of the drug, just one.
2    Q.   I see.  So heat pathology, the relationship
3    between medications and risk of heat pathology, is not
4    informed only by the anticholinergic risk profile of the
5    medications but it is impacted by other factors as well?
6    A.   That is correct.
7    Q.   Going back to our conversation about the
8    facility -- the different needs of the different
9    facilities, for a facility that has a large amount of
10   air conditioning, would that affect your recommendations
11   regarding the heat pathology medication list for that
12   facility?
13   A.   So it would depend on the purpose of the list.
14   So if the purpose of the list is around this task, i.e.,
15   inmates who work at a farm outside, then air
16   conditioning within the facility is actually not
17   pertinent to this list.  If it is around work
18   assignments of -- say they don't have a farm but they
19   have, I don't know, maybe they have an -- maybe they
20   have an un-air-conditioned kitchen but they have a place
21   where they make furniture in an air-conditioned place.
22   If they are trying to make work assignments in that
23   regard, then it really does -- the list might -- the
24   list could be different.  We might say, you know,
25   anticholinergic activity may not be as important as Beta

Page 105

1    Block A, like the heart's ability to respond because
2    both jobs, one may be more exertional than others.
3         And so you -- it does vary.  It really does
4    vary on the reasoning for the development of the list.
5    Q.   So you said it varies on the reasoning for the
6    development of the list.  How would you characterize the
7    reasoning for the development of the list in place at
8    Angola?
9    A.   So my understanding for Angola, one of the
10   primary issues for this list in this case is
11   specifically to those that are working outside in the
12   farm setting around planting, harvesting of -- of
13   produce.
14   Q.   Fair to say that that is an environment in
15   which you are exposed to a significant amount of heat
16   working on the farm in the Louisiana fields?
17        MR. BLANCHFIELD:  Object to the form.
18        You can answer, Doctor.
19        THE WITNESS:  Say it again.  I'm sorry.
20   BY MS. WEISER:
21   Q.   Is it fair to say that working in a farm field
22   in Louisiana would be an environment in which the
23   patient is in -- exposed to a significant amount of
24   heat?
25        MR. BLANCHFIELD:  Same objection.

Page 106

1    Go ahead, Doctor.
2         THE WITNESS:  So that patient would be
3    outside, and they would be exposed to heat outside.
4    It is an outside job.
5    BY MS. WEISER:
6         Q.  So would you agree with me if I said that when
7    the list is taking into account that type of work, it is
8    important for that list to be comprehensive?
9         MR. BLANCHFIELD:  Object to the form.
10        You can answer, Doctor.
11        THE WITNESS:  Again, I think the strive is to
12   create the best list.  As much time and thought as
13   I think I put into the list, I mean, there is
14   always an opportunity I hope to improve on
15   everything that we did.
16        So, you know, my goal was to create the list,
17   the best list as comprehensive as possible but also
18   with an expectation that the provider is going to
19   take into account the clinical condition of the
20   patient.
21   BY MS. WEISER:
22        Q.  We were talking about anticholinergic profiles
23   of different medications, and your report and the list
24   that you created relied on evaluating the
25   anticholinergic risk profile of various medications.

Page 107

1    Correct?
2         A.  Correct.
3         Q.  How did you -- what was your methodology for
4    evaluating the anticholinergic risk profile of
5    medications you were analyzing?
6         A.  Just based on multiple reviews of the
7    literature, there are various anticholinergic risk
8    scales available in the -- in the literature.  Some are
9    risk scores, some are risk profiles, but trying to do a
10   comprehensive review of all the literature and kind of
11   land on a clinical evaluation of all of that to create a
12   list, depending on what was ranked higher in some
13   reports.  Some others trying to look at the
14   meta-analysis that brought multiple reports together,
15   looking for common things with -- within that.
16        Q.  So your primary methodology was to review the
17   scientific literature on anticholinergic risk profiles
18   of medication?
19        A.  For the anticholinergic -- that was one of the
20   things that I used in the development of the list in
21   updating this list.  Correct.
22        Q.  Did you consult with anyone in this process
23   other than Dr. Keldie and Dr. Edelman?
24        A.  No individual outside of the literature.
25        Q.  Did you consult with Dr. Lavespere?

Page 108

1         A.  No, I mean, not -- not to the point of
2    presenting -- he did not see the list during the --
3    until after we had done the visit at Angola.  And the
4    list was presented to him as, you know, this is kind of
5    a proposal of a list.  And, you know, obviously the P&T
6    will have to determine, you know, if that is appropriate
7    or not.
8         Q.  When you were considering whether you were
9    going to recommend adding drugs to your list, to the LSP
10   list I should say, generally what considerations did you
11   take into account?
12        A.  So really it was looking at the current list
13   and -- and in feeling like there were opportunities --
14   because immediately upon review it was my opinion that
15   there were other -- there were other drugs -- I mean,
16   the first thing is we are -- we are looking at people
17   that are working in a farm setting.  And so as I
18   discussed earlier, the goal is can they compensate when
19   exposed to heat and is there -- are there any meds that
20   might limit the ability to compensate, whether
21   frequently used or infrequently used.
22        That compensation involved a couple of things.
23   Their ability to -- to sweat normally, or if they were
24   on a drug that affected the hypothalamus, that
25   affected -- that then told your body that you needed to

Page 109

1    sweat, would you then respond to that.
2         The third part was were there any other
3    metabolic processes, increased heart rate, urinary
4    frequency, dehydration, et cetera, that also would
5    prevent the ability to compensate.
6         So that was kind of my basis of -- you know,
7    the list needed to include medications that would
8    potentially -- and it really is potentially because
9    every person's ability to regulate -- self-regulate
10   itself is different.  But potentially across the board
11   would it affect their ability to compensate in a
12   situation where they needed to respond to heat.
13        And so for most of us, if I'm outside working
14   or doing something strenuous, the goal most of the time
15   is, you know, sweating, taking in fluids, the ability to
16   urinate on those fluids that I'm taking, you know, my
17   heart's ability to pump the fluids through a -- pump
18   blood through.  All those things need to be in place.
19        So then taking that framework of now what --
20   now we know what we want the body to do.  And I -- I'm
21   stretching it because some of it just was already there,
22   you know, kind of baked in my mind at the beginning.  So
23   I know this is what we need to do.
24        And I know the list -- I know -- I have a
25   strong feel of the highly anticholinergic meds.  I know

Page 110

1  meds that increase your risk for dehydration.
2          And then the next step is, I'm going to go to
3  the literature and see is there anything new in this
4  science?  Is there anything that I have not considered
5  in this science?
6          Just literally everything around thermal
7  regulation, heat-related meds, heat-related illness,
8  meds that decrease your risk to sweat, meds that affect
9  the hypothalamus, anticholinergic profiles.
10         Has CMS said anything new around -- they
11 specifically speak to something called the Beers list
12 for elderly patients that are highly anticholinergic
13 because of the increase risk of cognitive decline.  So
14 is there an update to the Beers list that I need to
15 consider?
16         So it is really bringing in all of the cadre
17 of literature and thought around the concept to say, you
18 know, can I create something more comprehensive that is
19 presented to now?
20         And, with that, give a justification --
21 because just to come in and say I'm just going to
22 increase it for the sake of increasing it, then it no
23 longer is a tool.
24         Is there enough clinical justification for
25 each one of the increases so that it makes clinical

Page 111

1  sense that it truly does increase the risk?
2      Q.  So the considerations that you took into
3  account were medical and pharmaceutical impacts of the
4  medication.  Correct?
5      A.  Around that risk benefit.  Correct.
6      Q.  So you did not take into account things like
7  the security of the facility?
8      A.  Can you elaborate?
9      Q.  I'll rephrase my question.
10         Fair to say that, in your opinion, medical and
11 pharmaceutical considerations are the factors that
12 should guide decision-making about what drugs are or are
13 not included in the heat pathology medication list.
14 Right?
15     A.  Clinical -- yes.  The clinical decision-making
16 was first, that is correct.
17     Q.  I want to ask you about one thing in your
18 report.  You mentioned in your report that
19 anticholinergic medications can impact mental status.
20 Did you take that into account when you were performing
21 your analysis?
22     A.  Specifically to anticholinergic affecting
23 mental status, I think I referred to that specifically
24 in that first section as it relates to age in the Beers
25 list.

Page 112

1          And so as I said in the paragraph even before
2  that, that it has to be taken into consideration.  It
3  cannot be followed.  So an elderly person on highly
4  anticholinergic meds can have mental status changes.
5          We would not expect to see that in a nonaged
6  individual.  And so while I took in -- and so, yes, it
7  is considered in that highly anticholinergic meds
8  increase mental status changes in elderly patients.
9          So while I did not include age, I did include
10 the highly anticholinergic meds.  So it is in the list,
11 but not specifically related to the age of the patient.
12         But we -- but -- but that does not
13 necessarily -- so to your -- I don't want to overthink
14 what you are saying.
15         So when it is there, it is around their
16 ability to compensate to heat, not specifically their
17 mental status change.
18     Q.  So the anticholinergic risk profile of the
19 drug does not account for any mental effects of the
20 drug?
21     A.  One of the anticholinergic risks is the
22 potential for cognitive changes, if that is what you are
23 asking.
24         The higher the risk in an elderly patient --
25 this list is not an age list.  This list is specific to

Page 113

1  heat.  Specific to heat.
2      Q.  So the anticholinergic risk profile does take
3  into account the potential cognitive and behavioral
4  effects of a drug?
5      A.  Ask that again, please.
6      Q.  Does the anticholinergic risk profile take
7  into account potential cognitive and behavioral effects
8  of a drug?
9      A.  The anticholinergic risk profile is a measure
10 of a drug's ability to block acetylcholine.  And then
11 within blockage of acetylcholine, there is a myriad of
12 potential risk.
13         One of those is the ability to respond to
14 decreased sweating and the ability to respond to heat.
15 One of those risks is an elderly patient's -- there is
16 the potential for cognitive decline.  That's -- that's
17 the anticholinergic risk profile.
18     Q.  Okay.  I'm going to pull up your report again.
19         Please -- sorry.  I'm having slight technical
20 difficulties.  One moment.  Here we go.  Are you seeing
21 your report on the screen now?
22     A.  I am.
23     Q.  Okay.  Great.  And I believe we already marked
24 this as Plaintiff's Exhibit 104.
25         I'm going to scroll down to the bottom of

Deleca Reynolds-Barnes
September 27, 2024

Page 114

1  page 3 in the section titled, Development of the Heat
2  Pathology Duty Status Medication List.
3        In the first sentence of the last paragraph on
4  this page, you wrote, Significant time was spent
5  completing primary, secondary and tertiary literature to
6  ensure a logical update to the heat pathology duty
7  status medication list.
8        What does this mean?
9  A.   Sure.  As previously discussed, that is a
10  review of the literature.  Some of it was primary
11  literature.  Some was meta-analysis, which is a
12  combination of multiple pieces of literature.
13        Again, the goal was reviewing not only any new
14  literature on new meds with new reports of risk for heat
15  pathology, new pathways to induce -- for medications to
16  induce heat medication -- heat-related med illness.
17        So is there anything new in the literature?
18  Looking at the various anticholinergic risk profile and
19  risk score documents in the literature and reviewing med
20  list on those, seeing is there anything, again,
21  different, new, how do they compare with each other, how
22  might they contrast with each other?
23        Again, for the ability to update the current
24  list, that was primarily psychotropics.
25  Q.   So it is important to consider the scientific

Page 115

1  literature when deciding what medications to include on
2  the heat pathology medication list.  Right?
3  A.   It was important to me so that I could justify
4  what I added and did not add.
5  Q.   Okay.  Can you just give me a brief overview
6  of what is the difference between primary, secondary and
7  tertiary literature to us nonscientists in the room?
8  A.   Sure.  I think the easiest is primary is going
9  to be an individual peer-reviewed study where someone,
10  you know, had 20 patients on a concern drug and looked
11  at the adverse event of a heat-related illness related
12  to those meds and the outcome.  Or maybe 20 patients on
13  meds, 20 patients not on meds.
14        Tertiary literature may be -- and it is
15  probably the most common, is when there is a
16  meta-analysis or an analysis where there are multiple --
17  other people have done the studies and someone else
18  brings in some number of studies to compare and
19  contrast.  And they'll reference all of those
20  individuals.  So it tends to be a summary of multiple
21  studies.
22        And so one of the ways you would use that is
23  you might take -- you may start big and say, Okay, well,
24  that is what they said in that study.  Let me go find
25  the original and see what -- did they summarize it

Page 116

1  right?  Did they originally say that?  Did it say
2  something different?
3        So it is just -- it is -- one is a much more
4  global focus, bringing in everything, trying to either
5  give a synopsis of -- you know, they may say, We
6  reviewed 100 studies and the most likely drugs would be
7  these, based on these 100 studies.
8        This one may say, We reviewed this drug in 100
9  people, primary.  And 100 people, this likely occurred
10  in 25 percent.
11        One is a lot more global and brings in
12  multiple, one is not.  It seems to be singularly
13  focused.  I think that's the cleanest way.
14  Q.   Okay.  Have you prepared a list of the various
15  literature that you...
16  A.   And I did not keep a list of everything.  I
17  mean, some things got pulled.  Some things I just
18  reviewed online.
19  Q.   Do you have -- would you be able to give a
20  ballpark of how many articles you reviewed?
21  A.   At least 30.
22  Q.   In this paragraph above, you wrote, Upon
23  review of the heat pathology duty status medication
24  list, it was apparent that the list was focused on
25  assigning heat pathology duty status to those patients

Page 117

1  with psychotropic medications.
2        Psychotropic medications are antipsychotics.
3  Correct?
4  A.   No.
5  Q.   Oh.  Please correct me.
6  A.   Sure.  So psychotropics are meds that
7  affect -- are used in the treatment -- are used in the
8  treatment of psychiatric conditions.
9        So an antipsychotic may be used to treat
10  psychosis.  An antidepressant may be used to treat
11  depression, which is a -- is psychotropic illness, but
12  it is not antipsychotic.
13        So if you look on the list, one of the drugs
14  that are on the list is Cogentin.  So Cogentin is
15  frequently prescribed by a psychiatrist to treat
16  movement disorder that occurs when someone is on
17  antipsychotic.  But Cogentin in and of itself is not a
18  psychotropic.
19  Q.   In the next sentence you wrote, The reason for
20  the focus is related to the fact that many psychotropics
21  have the highest anticholinergic profile and, as
22  previously stated, put patients at risk for heat-related
23  pathology.
24        How do psychotropics put patients at increased
25  risk for heat-related pathology?

Page 118

1    A.   So many of those that are on that list have a
2 high -- with the exception of lithium -- have a high
3 anticholinergic profile, which decreased the ability for
4 the patient to sweat and/or also affect the
5 hypothalamus, that when it tells the patient to sweat,
6 the patient then has that decreased ability.
7         The inability to sweat when exposed to heat,
8 you know, is the compensatory mechanism that is blocked.
9    Q.   When you say the -- you say here they have
10 the -- and I'm emphasizing this word -- highest
11 anticholinergic risk profile.
12        What do you mean by "highest"?
13   A.   So it is the blockade of acetylcholine that we
14 previously discussed.
15        And so in the literature there will be various
16 studies that will rank drugs.  It is really -- it is the
17 affinity, the ability -- the stickiness to block that
18 from happening.  And so many antipsychotic meds and
19 antihistamines have a high affinity to block
20 acetylcholines.
21        There is some meds that have zero ability.
22 They don't block acetylcholine at all.  So they have
23 zero anticholinergic risk profiles.  And so many meds
24 that are on the list significantly block acetylcholine,
25 i.e., anticholinergic.

Page 119

1         So anticholinergic, then that meant the risk
2 profile would be highest or the ability to block
3 anticholinergic -- acetylcholine were highest with those
4 medications.
5    Q.   Let's go to the next page of your report.  We
6 are now looking at page 4.  And the top heading refers
7 to a category of three types of drugs, which if I
8 pronounce them incorrectly I will ask for your patience
9 and correction.
10        It lists phenothiazines, butyrophenones and
11 antihistamines.
12        How did I do?
13   A.   Very good.
14   Q.   You see the section of the report that I'm
15 looking at?
16   A.   Yes.
17   Q.   And what are phenothiazines?
18   A.   Well, so each one of -- phenothiazine and
19 butyrophenones are actually just chemical structures.
20        So those are -- those are -- you know, when
21 you take your chemistry classes, those are circles and
22 the octagons that make up a chemical structure.
23        You can then take -- many of the chemical
24 structures of phenothiazine then become antipsychotic.
25 So that -- that structure is the structure that is often

Page 120

1 used as the building block of antipsychotic drug.
2    Q.   And what are antihistamines?
3    A.   Antihistamines is just a class of drugs that
4 block histamine.  So we kind of know those.  Those are
5 the Benadryls, the Zyrtec, the Claritins.
6         So, again, when we think about it from
7 anticholinergic activity perspective, it's the -- those
8 drugs that block our fight-or-flight mechanism.
9         Because histamine in itself, when you get
10 stung by a bee, there is a reason why your -- it swells
11 up in a lump and tries to close where the stinger hit.
12 So antihistamines block histamine.
13   Q.   In the next sentence, it says, The
14 anticholinergic drugs cause sweat gland dysfunction and
15 impair the body's ability to perspire.  They also impair
16 thermal regulation.  And I think this may be by
17 interfering with the hypothalamus.
18        So just to break this down.  These three
19 categories of drugs, phenothiazine, butyrophenones and
20 antihistamines cause sweat gland dysfunction?
21   A.   So this wasn't my statement.  This was a
22 statement in the PGI document.
23        But, yes, these drugs increase the body's
24 ability sweat.  So the higher the anticholinergic
25 profile, the more likely they -- my statement was the

Page 121

1 next one down in response to that.
2    Q.   I see.  Would you agree that it is accurate
3 that these drugs impair the body's ability to perspire?
4    A.   What I don't agree with is the term "all."
5         I don't think all have the same effect.  And
6 one great example of that is the antihistamines.  And so
7 if you look at -- you'll see the commercial.  You'll see
8 Zyrtec or you'll see Claritin.  And we often take those
9 during the day because they are nonsedating.  They don't
10 cause you to fall asleep.
11        But one of the things that -- Benadryl we know
12 has a higher anticholinergic profile.  It is also part
13 of -- its affinity is related to that higher propensity
14 for the side effect for sedation.
15        So I think all is an overreach because it is
16 not an all or none.  Because even within the chemical
17 structures, they do have different effects and they do
18 have different affinity to the anticholinergic receptor.
19   Q.   So they may have different anticholinergic
20 risk profiles, but they all do operate by interfering
21 with the hypothalamus.  Correct?
22   A.   They may interfere with interfering with the
23 hypothalamus.  They may also just impact the body's
24 ability to thermal regulation by signal -- by sweat
25 gland.

Deleca Reynolds-Barnes
September 27, 2024

Page 122

1    And then -- and, again, it depends on the
2  affinity for acetyl- -- its affinity for acetylcholine.
3    Q.    So to clarify, the phenothiazine, the
4  butyrophenones and the antihistamines all have some
5  anticholinergic effect, but the intensity of that
6  anticholinergic effect may vary based on the drug
7  itself?
8    A.    That is correct.
9    Q.    The opinion that we just agreed to with
10  respect to phenothiazine, butyrophenones and
11  antihistamines, is that a widely accepted principle in
12  the medical community?
13    A.    It is highly accepted by me.  And, I mean, I'm
14  not going to speak for everyone in the medical community
15  but, I mean, I think it's a given.  I think there is a
16  reason why we have sedating and nonsedating drugs in
17  different profiles as approved by the FDA.
18    So I'm not sure what the term widely accepted
19  means.
20    Q.    Looking below, you wrote, In the development
21  of the list, those medications with increased
22  anticholinergic properties were added.
23    And the list you are referring to here is your
24  Barnes-recommended heat pathology medication list for
25  the DOC, right?

Page 123

1    A.    That is correct.
2    Q.    When you say they were added, you mean you
3  recommended for them to be added.  Correct?
4    A.    That is correct.
5    Q.    Okay.  There is not a heat pathology
6  medication list that has been adopted by the DOC as you
7  are aware.  Correct?
8    A.    I don't know that.  I presented it, but I
9  don't know whether they've adopted it or not.
10    Q.    And you don't know whether it is going to be
11  implemented across DOC or at LSP specifically?
12    A.    I do not know that.
13    Q.    When did you first recommend that
14  phenothiazine, butyrophenones and antihistamines or some
15  subset of those drugs be added to the heat pathology
16  medication list?
17    A.    So the recommended updates were presented the
18  day after -- when -- when I was in Louisiana.  So that
19  would have been September the 6th, I think.  Friday,
20  September the 6th.
21    Q.    And it is your recommendation that some of the
22  medications in these categories be added to the heat
23  pathology medication list, right?
24    A.    Correct.
25    Q.    And the reason for doing so is because it's

Page 124

1  your opinion that people taking those medications should
2  be granted heat-duty status?
3    A.    So in some cases it is to -- those patients
4  should be given heat-duty status.  In certain cases, it
5  is added as an awareness that for some period of time
6  the provider needs to be aware this medication decreases
7  the ability -- the patient's ability to respond to heat.
8  So if you are prescribing it, then you need to take that
9  into consideration.
10    So, for example, if somebody is going to be on
11  Benadryl every single day for an allergy, then they
12  need -- they would be heat-duty status.  If it is two to
13  three days for a bee sting, then it at least needs to be
14  in consideration for what is going on, what is the
15  weather like, you know, what is the activity.
16    Q.    And the reason for this is to protect human
17  health and decrease the risk of heat pathology.
18  Correct?
19    A.    Correct.
20    Q.    You used the term here increased
21  anticholinergic properties to refer to the medications
22  within the categories of phenothiazine, butyrophenones
23  and antihistamines that were added to the list.
24    Can you tell me what you mean by increased and
25  I guess -- or go ahead.

Page 125

1    A.    And I kind of detailed it in the next
2  sentence.  So there were some specific meds that were
3  antihistamines that were addressed initially -- in the
4  initial letter.  And so when I review the
5  antihistamines, there were antihistamines that were
6  recommended to be added to the list, specifically brand
7  names, Benadryl, Vistaril, Atarax, some of the -- those
8  antihistamines.
9    However, there -- because they do have an
10  increased affinity to acetylcholine, there were other
11  antihistamines that had low anticholinergic profiles as
12  detailed before, the Claritins, the Zyrtecs, Allegra
13  would have been one as well, that were not added because
14  they did not have that affinity.  And so that risk was
15  not there.
16    Q.    How did you identify the threshold between
17  drugs that had sufficient anticholinergic properties to
18  be added to the list and those that were low enough to
19  not be added to the list?
20    A.    Sure.  There were a number of -- there are a
21  number of scales in the literature that will actually
22  categorize drugs into their anticholinergic risk
23  profile.  I kind of went to a zero to three.  And so
24  anything with a -- with what I considered, depending on
25  what the study was, would have thrown them into the

Deleca Reynolds-Barnes
September 27, 2024

Page 126

1  highest no matter how they scaled it, then converted
2  that to a 3, would then be added to the list.
3      Q.  So you only added drugs to the list that would
4  have gotten -- had the highest ranking?
5      A.  No.  The list actually has other agents that
6  have -- not specific to this category of drugs, not
7  specific -- that have zero anticholinergic activity but
8  have other mechanisms that make it difficult to
9  compensate.
10          The list also has some drugs that have a lower
11  risk factor, i.e., two, that may have previously also
12  been on the list.  But they are lower -- they have lower
13  affinity to acetylcholine, but they do have enough
14  affinity that I think it would affect the ability to
15  sweat.  But there are drugs that have none.  And so you
16  definitely want to give the ability to use those
17  medications.  But they wouldn't decrease the ability to
18  compensate, and so they weren't added to the list.
19      Q.  In the next sentence, and we have been
20  discussing this, you identify two classes of what you
21  characterize as medications with low anticholinergic
22  risk profiles.  You give the examples of loratadine,
23  Claritin, and sertraline, Zyrtec.
24          Other than Claritin and Zyrtec, what drugs in
25  the overall classification of phenothiazine,

Page 127

1  butyrophenones and antihistamines would have -- in your
2  analysis had low anticholinergic risk profiles?
3      A.  Sure.  So even, as previously stated, I did
4  not list all the antihistamines.  But one of them that
5  comes to mind -- I'll give an example, I didn't include
6  Allegra, fexofenadine.  It is an antihistamine.  Same
7  indication but lower risk.
8          There are multiple antipsychotics that --
9  especially in that group that we'd call second
10  generation.  They were added to the list but they
11  weren't added -- they are on the list but they weren't
12  added with high risk because the second generation
13  antipsychotics for the most part have a lower
14  anticholinergic risk profile.
15          Those were the primary ones but probably --
16  I'm trying to think if there is other ones.  That was
17  really -- that was -- I think that was -- I mean, that
18  is an example.  I don't know that I can name every
19  single one that I added or did not add at this point.
20      Q.  Okay.
21      A.  I didn't add.
22      Q.  You next say, This does not mean that a
23  patient being treated with one of these medications for
24  allergies -- and I assume there you are referring to
25  Claritin or Zyrtec -- would not receive a duty status.

Page 128

1  Instead, the risk for heat pathology duty status is
2  minimal, and the duty status would be related to the
3  clinical condition of the patient as determined between
4  the patient and their healthcare provider.
5          So is it fair to say your opinion is that
6  someone taking Zyrtec or Claritin on a maintenance dose,
7  for example, who would receive duty status based on a
8  case-by-case analysis?
9      A.  So that statement is saying that the reason
10  for which someone is taking Claritin or Zyrtec may
11  dictate the duty status, not the Claritin or the Zyrtec.
12      Q.  So would it ever be appropriate for someone to
13  receive heat-duty status because they take Claritin?
14      A.  The Claritin in and of itself would not
15  dictate the need for heat-duty status because it would
16  not affect their ability to compensate.  However, the
17  clinical condition for which they are being treated may
18  dictate their ability to perform that duty, not heat
19  duty, just any duty status.
20      Q.  All right.  Let's move on to the next
21  category, selective serotonin reuptake inhibitors.
22  These are commonly referred to as SSRIs.  Correct?
23      A.  Yes.
24      Q.  What are SSRIs?
25      A.  Most of them -- and so as the name states, the

Page 129

1  way you treat depression is you -- one of the -- one of
2  the mechanisms that depression is thought to happen is
3  your body is not maintaining enough serotonin and elicit
4  that.  So one of the things you do is you block the
5  body's ability to metabolize its serotonin.  And so by
6  increasing the amount of available serotonin, then you
7  decrease depression.
8          So, i.e., the name selective serotonin
9  reuptake inhibitors, they are basically preventing the
10  body from metabolizing or decreasing the amount of
11  available serotonin.  And those are usually
12  antidepressants.
13      Q.  So you say SSRIs affect the hypothalamus,
14  which affects the body to increase the sweat production.
15          So it is fair to say that SSRIs affect the
16  hypothalamus, and this affects the body's ability to
17  increase sweat production, yes?
18      A.  So the hypothalamus then tells the body hot or
19  cold.  It regulates temperature.  And the SSRI effect is
20  on the hypothalamus.  Correct.
21          So it would say I'm hot, I need to sweat.
22          What I'm saying is, the SSRIs don't have
23  enough anticholinergic effect to say -- while it may say
24  I'm hot I need to sweat, there is not a blockade
25  specific to the SSRIs -- SSRIs that say, oh, you need to

Deleca Reynolds-Barnes
September 27, 2024

Page 130

1  sweat, but you can't sweat.

2      Q.   But when you -- when you say the risk on SSRIs

3  on heat pathology is low, are you saying that that is

4  because SSRIs, in your opinion, have a limited

5  anticholinergic effect on the body?

6      A.   On the ability to block the body from

7  compensating.

8      Q.   What methodology did you use to arrive at the

9  conclusions that SSRIs have a low risk of heat

10  pathology?

11      A.   Just review of the mechanism of the SSRI and

12  literature reads.

13      Q.   When you say that it has a low risk of heat

14  pathology, what is your threshold for low risk of heat

15  pathology?

16      A.   It is an evaluation of the likelihood -- it is

17  just -- when I look at the literature and the likelihood

18  of an SSRI to create a heat-related illness, it is low.

19          I mean, it just is -- the literature does not

20  support -- the literature that I reviewed does not

21  support an increased risk.

22      Q.   Can you --

23      A.   Can you find a study or a case report?  Yes.

24  But in a review of multiple literatures, you won't find

25  where it is consistently listed.

Page 131

1      Q.   What literature were you looking at when you

2  came to this conclusion?

3      A.   So as we discussed earlier, multiple -- I

4  mean, so I tried to do -- you know, I did not try to

5  take -- let me find one study that says what I wanted to

6  say and use that one study to predicate the list.

7          It was, let me truly do a true lit search.

8  Let me go out on -- we have a literature database for

9  scholar literatures PubMed.  Let me go out on PubMed and

10  see the gamut of what is out there.

11          What is out there in case reports, what is out

12  there in actual literature, what is out there in a list

13  from some specific state.  And then what is the actual

14  likelihood based on, this is how this med works, this is

15  its effect on a hypothalamus, and then this is its

16  effect for the body to compensate if they were on it.

17  So there were multiple literature reviews.

18          There will be more studies.  SSRIs -- there

19  are studies where SSRIs are listed.  But then when you

20  start working your way backwards from that study and

21  look at the profile and risk, it was my opinion that

22  the -- that the risk was low for true heat related.

23      Q.   In this same sentence, you start it by saying

24  that the heat -- strike that.

25          This sentence appears to say, The risk of

Page 132

1  SSRIs on heat pathology is low in the absence of other

2  highly anticholinergic medications.

3          Is that accurate?

4      A.   That is correct.

5      Q.   What do you mean when you say "in the absence

6  of other highly anticholinergic medications"?

7      A.   Sure.  So initially I said the SSRI would

8  affect the hypothalamus, which says, Hey, I need to

9  sweat or I need to cool off.

10          The SSRI in and of itself does not have enough

11  anticholinergic activity to prevent the body from

12  compensating.

13          However what that statement says is if the

14  patient is on another medication that would prevent it

15  from compensating, then they would not be able to sweat.

16  That is not related to the SSRI.  It is related to the

17  other highly anticholinergic medication.

18          So it kind of goes back to my initial

19  conversation that no one drug, no one condition can be

20  taken into a silo.  You know, you could have multiple

21  areas of anticholinergic blockade and have a low-risk

22  drug.  But by adding multiple other anticholinergic

23  drugs on it, the patient would still not be able to

24  sweat.

25          It is not related to this drug in question.

Page 133

1  It is related to compounding the additional other agents

2  on top of it.

3      Q.   So a person on an SSRI, it could be

4  appropriate for that person to be given heat-duty

5  status.  Correct?

6      A.   Yes.

7      Q.   Okay.  Next category:  Beta blockers.

8          That one I can say.

9          Fair to say that beta blockers have

10  anticholinergic -- a high anticholinergic risk profile?

11      A.   No.

12      Q.   Okay.  You did though however recommend adding

13  beta blockers to the list.  And I'm going to ask you to

14  explain why.

15      A.   Sure, so there were lists -- the lists has

16  highly anticholinergic agents, but also has some agents

17  that don't have a high anticholinergic activity, that

18  their ability to compensate are due to other mechanisms.

19          And so I concur with the PGI memo that beta

20  blockers should be on the list.  And specifically on the

21  list because beta blockers, which are used -- generally,

22  two reasons -- treat high blood pressure and also heart

23  rate.

24          In certain conditions, it will slow the heart

25  rate through beta blockade because it reduces based on

Deleca Reynolds-Barnes
September 27, 2024

Page 134

1  dilation. So one of the ways that we respond when hot
2  is we -- our blood vessels open up to allow cooling of
3  the blood as it is passing through. Because beta
4  blockers can block that.
5          They can also decrease blood pressure,
6  hypotension. And there could be some risk to a
7  patient's ability to compensate. And so for that reason
8  the beta blockers were added to the list, to my
9  recommendation for the list.
10     Q.   So fair to say that beta blockers are
11  associated with an increased risk of heat pathology?
12     A.   There is an increased risk, yes. I think they
13  do -- I think they can interfere with the person's
14  ability to compensate.
15     Q.   And so they could increase a person's risk of
16  experiencing heat-related illness?
17     A.   They could, yes.
18     Q.   Is that opinion widely accepted in the
19  scientific community, that beta blockers could increase
20  a person's risk of experiencing heat-related illness?
21     A.   I found a significant-enough literature in my
22  literature reviews that I added it to the list.
23     Q.   Is that something that you were aware of prior
24  to conducting your literature review?
25     A.   It was my -- yes.

Page 135

1      Q.   In your experience across other correctional
2  facilities and working on various P&T committees, would
3  you say that it is widely known that beta blockers can
4  increase a person's risk of heat pathology?
5      A.   I think beta blockers would be on multiple
6  heat pathology -- heat-related illness lists. I think
7  exposure to heat on beta blockers and the ability to
8  compensate is well-reported in the literature.
9      Q.   And the inclusion of beta blockers on a heat
10  pathology medication list, the purpose of that would be
11  to protect human health. Right?
12     A.   Decrease the risk and therefore protect
13  health, yes.
14     Q.   In your opinion, should any person who is
15  regularly taking beta blockers receive heat precaution
16  duty status?
17     A.   I don't think healthcare is ever an any or
18  all. I think it is definitely something that should be
19  considered, but I also think it requires a discussion
20  with the patient understanding the clinical condition
21  for which they are taking the med, why they are taking
22  it, how they feel, how far along are they in therapy,
23  how long have they been taking it, what they did and
24  them understanding how to identify when they are having
25  what they perceive to be a side effect.

Page 136

1          And I think as part of that decision, the
2  caregiver and the patient need to come to a conclusion.
3  Outside of that, a new start, just started beta
4  blockers, unsure how a patient is going to respond.
5          I do think they should be on the heat -- have
6  heat-duty status.
7      Q.   Okay. So when someone is newly prescribed a
8  beta blocker, they should automatically receive heat
9  precaution duty status, yes?
10     A.   That would be my opinion.
11     Q.   And then in the context of someone who has
12  been on beta blockers, if the question is whether or not
13  to provide them with heat precaution duty status, can
14  you summarize the circumstances under which a person who
15  is taking a beta blocker for a sustained period of time
16  should not receive heat precaution duty status?
17     A.   So first we would need to understand why is
18  the beta blocker being prescribed. And so while I gave
19  the most common uses of beta blockers, high blood
20  pressure and cardiac illnesses, it is a drug that is
21  used for other reasons as well: Anxiety, migraine
22  headaches. And because of that, the doses can vary
23  greatly when it is not used at the therapeutic dose that
24  you would be using to treat high blood pressure.
25          Also there might be an instance -- because,

Page 137

1  again, each one of us genetically handle drugs
2  differently. And so while every study that gets a drug
3  approved is based on how the average Caucasian 18 to
4  25-year-old handles a med, that is not how meds are
5  handled in the real world experience.
6          So if a patient comes into a facility and they
7  have been on a low dose beta blocker for years for
8  migraine headaches. And in their initialled
9  conversation with the provider and they are being
10  monitored and they are not hypertensive, they are not
11  having side effects, they take a low dose for headaches,
12  they may have been in Louisiana highly active basketball
13  or even had an employment prior to incarceration where
14  that may have mimicked the work that they would be
15  assigned to inside the facility. There may be that
16  decision where the patient and the provider make the
17  decision given this unique circumstance than a
18  heat-related duty status is not there.
19          That is a different clinical evaluation than
20  your average patient on a beta blocker for hypertension
21  or heart failure. And in that case, either the drug
22  and/or the clinical condition would dictate a duty
23  status in my opinion.
24     Q.   So in general, a patient who is on a beta
25  blocker for hypertension or heart failure should be

Deleca Reynolds-Barnes
September 27, 2024

Page 138

1  receiving heat-duty status?
2        A.   I think --
3             MR. BLANCHFIELD:  Object to the form.
4        You can answer, Doctor.
5             THE WITNESS:  I think in most cases, yes.
6  BY MS. WEISER:
7        Q.   I'm about to move on to the next category of
8  drugs, which is calcium and channel blockers.  But I
9  recognize that we have been on the record for more than
10 an hour and a half and it is lunchtime for all of us.
11            Would you like to take a break?
12       A.   I'm fine with going -- continuing to go.
13            MS. WEISER:  Drew?
14            MR. BLANCHFIELD:  That is fine if we want to
15       keep going.
16            MS. WEISER:  All right.  I do think that we
17       have at least an hour to two hours more, so I might
18       recommend that we take a break now.  If every one
19       is okay with that.
20            MR. BLANCHFIELD:  That is fine.
21            MS. WEISER:  Okay.  Shall we say 20 minutes?
22            MR. BLANCHFIELD:  Okay.
23            MS. WEISER:  Okay.
24            THE VIDEOGRAPHER:  Going off the record.  The
25       time is 5:58 p.m. UTC, 12:58 p.m. Central.

Page 139

1            (Break taken from 12:58 p.m. to 1:22.)
2            THE VIDEOGRAPHER:  Back on the record.  The
3       time is 6:22 p.m., UTC 1:22 p.m. central.
4  BY MS. WEISER:
5        Q.   Good afternoon, Dr. Reynolds-Barnes.  Can you
6  see my screen?
7        A.   I can.  Thank you.
8        Q.   I'm now showing you the bottom of page 4 of
9  your expert report, which we've marked as Plaintiff's
10 Exhibit 104.  We are looking at the section entitled,
11 Calcium Channel Blockers.
12            What are calcium channel blockers?
13       A.   So they're medications used typically to lower
14 blood pressure, antihypertensives, and that is what they
15 are.
16       Q.   And your report further specifies that there's
17 two types of calcium channel blockers, the
18 dihydropyridine calcium blockers and the
19 nondihydropyridine calcium channel blockers.
20            Can you explain those two types of calcium
21 channel blockers, please?
22       A.   Sure.  So the recommendation was there are two
23 types.  Obviously there is the dihydropyridine and the
24 nondihydropyridine.  And while they both block calcium
25 channel -- the calcium channels, which then cause a

Page 140

1  smooth muscle relaxation in the vessels and in the
2  muscles, so by doing that, that opens up the vessels and
3  lowers the blood pressure.
4            But there actually are two classes, and one of
5  the classes has a primary effect on the vascular smooth
6  muscle out the vessels.  One of them has -- one class
7  has an effect on the heart vasculature and the
8  vasculature that is out in the extremity, smooth --
9  smooth muscle vessels like lower extremities, the legs,
10 etc.
11            And so when I looked at the ones that would
12 have the highest risk for affecting a patient, put the
13 patient in an increased risk for affecting their ability
14 to compensate in a heat situation, obviously anything
15 that affects the vasculature in the heart could pose an
16 increased risk.
17            And so it was my recommendation that those
18 that affected just vascular smooth muscle did not
19 increase the risk.  It could lower the blood pressure.
20 And so obviously, you know, you would want patients to,
21 you know, not be hypertensive and not be hypotensive,
22 you know.  They need to be on their meds and -- and be
23 compliant both ways.
24            But the ones that affected the smooth -- I
25 mean, vasculature in the heart would -- might put them

Page 141

1  in an inability to compensate in a high stress
2  situation.  So the recommendation was to add -- the
3  recommendation to -- or the DOC was to add those
4  medications to the list.  And so they were recommended,
5  the nondihydropyridines.
6        Q.   And you wrote here that the
7  nondihydropyridines were added to the list because they
8  posed increased risk.
9            Can you characterize the risk that you
10 reference there?
11       A.   Sure.  So it goes back to the ability to the
12 conversation around the ability to compensate.  It was
13 my opinion that -- that the use of the
14 nondihydropyridine calcium channel blockers in the
15 treatment of hypertension or high blood pressure,
16 because of their effect on the heart's vasculature, they
17 may not be able to -- to create all of the compensatory
18 mechanism that is necessary in a heat stress situation.
19            So that is the risk that I thought could be
20 circumvented by adding those to the list.
21       Q.   So the risk is that a person taking the
22 nondihydropyridine calcium channel blockers would not
23 be -- their body would not be able to compensate
24 properly when exposed to heat and so they would be at a
25 increased risk of heat-related illness?

Deleca Reynolds-Barnes
September 27, 2024

Page 142

1    A.    They may not be, that is right.  They may not
2    be able to compensate.
3    Q.    How severe would you characterize the risk of
4    heat pathology for a person taking those -- that class
5    of drugs?
6    A.    Not -- not severe.  I don't think -- not --
7    not severe, not life-threatening.  I mean, these are
8    some of the most commonly used meds in society today.
9    The amount of people that are on verapamil or Cardizem
10   is just extremely high.  They are very commonly used.
11   But when you look at the mechanism of action, there is a
12   risk.  And so if you were going to stratify a risk
13   around antihypertensive in -- in themselves of all the
14   ones that exist.
15          But all the different classes, this class,
16   along with the beta blockers, represent the highest
17   class of drugs that affect the cardiovascular, that put
18   a patient at risk.  But then, to then extrapolate that
19   risk to heat-related illness, it is -- it is not in my
20   mind a though shall not, it just poses an increased
21   risk.
22   Q.    So you just testified that this class of drugs
23   is very commonly used across the general population.  Is
24   it also very commonly prescribed across the incarcerated
25   population?

Page 143

1    A.    Having not looked at the population, the
2    utilization at the DOC, I can't speak to Louisiana.
3    Q.    Just in your experience.
4    A.    But it is commonly prescribed in -- in most
5    populations.  Patients commonly come in on that.  It's
6    almost Medicaid formularies, if not all.
7    Q.    And those drugs are wildly known to have an
8    impact on the body's ability to compensate when exposed
9    to heat?
10   A.    I don't know that that is a wildly known
11   concept.
12   Q.    In your experience working with other
13   correctional facilities, would you say that it is
14   commonly accepted that the nondihydropyridine calcium
15   channel blockers have a potential to increase risk of
16   heat pathology?
17   A.    I can't say that it is commonly accepted, no.
18   I think there is a risk, and it poses an increased risk.
19   I think it will vary, and like I said, that's a common
20   acceptance.
21   Q.    Sorry, the last thing you said is, it is
22   commonly accepted that it poses an increased risk?
23   A.    I can't say that it is commonly accepted that
24   is -- I don't know that it is common -- commonly
25   accepted.  I don't even know who you're referring to

Page 144

1    when you say it would be commonly accepted, who the
2    "who" is.
3    Q.    Are you aware of other correctional entities
4    that have this class of drugs on their heat pathology
5    medication list?
6    A.    Yes, there are others that have it on their
7    list.
8    Q.    Would you say the majority of other
9    correctional facilities that you're aware have this
10   class of drugs on their list?
11   A.    Um...
12   Q.    It's okay if you can't --
13   A.    I don't know that.  I don't know that, no.
14   Q.    Okay.  All right.  Moving on to diuretics,
15   what are diuretics?
16   A.    So it is -- it is kind of a broad term that
17   are meds that increase diuresis or urination.  They tend
18   to be used to treat blood pressure, increased fluid
19   retention, heart failure, renal kidney failure.
20   Q.    Do you agree with the statement that diuretics
21   impair cardiac output?
22   A.    No.
23   Q.    So I understand from this paragraph that your
24   recommendation was to add one class of diuretics,
25   specifically loop diuretics, to the heat pathology

Page 145

1    medication list; is that right?
2    A.    That is correct.
3    Q.    And here your report says that loop diuretics
4    have a high risk of dehydrations; is that fair?
5    A.    They have a higher -- yes, they have a higher
6    risk of dehydration than the other diuretics.  Correct.
7    Q.    And how do you know that loop diuretics have a
8    high risk of dehydration?
9    A.    I think the higher risk is reported in the
10   literature.
11   Q.    You also wrote that loop diuretics inhibit the
12   reabsorption of sodium, potassium and chloride, making
13   the electrolyte replenishment difficult.
14          How do you know that loop diuretics make
15   electrolyte replenishment difficult?
16   A.    The literature reports that.
17   Q.    Okay.  Are loop diuretics anticholinergic?
18   A.    They are not.
19   Q.    But loop diuretics are associated with an
20   increased risk of heat pathology because of their other
21   side effects, correct?
22   A.    That is correct.
23   Q.    Is that fact commonly known among pharmacists,
24   that loop diuretics are associated with an increased
25   risk of heat pathology?

Page 146

1    A.   That fact is well-reported in the literature.
2    Q.   Are you aware of other correctional facilities
3  or entities that include loop diuretics on their heat
4  pathology medication lists?
5    A.   Yes.
6    Q.   Would you say that it is common to include
7  loop diuretics on correctional facilities heat pathology
8  medication lists?
9    A.   No, I would -- I do not know whether it is
10  common.
11    Q.   Among the list of heat pathology medications
12  that you are aware of, would you say that it is common
13  to include loop diuretics on the list?
14    A.   It is probably on half of them that I'm aware
15  of.
16    Q.   So taking a step back to the heat pathology
17  medication list that you are aware of, what kind of
18  correctional facilities are these served -- are these
19  used by?
20    A.   They can be state and federal prisons and as
21  well as local county correctional facilities.  Primarily
22  they would be state and -- and federal but some large
23  prisons -- I'm sorry, some large county jail systems as
24  well.
25    Q.   Where geographically are they located?

Page 147

1    A.   They vary from the northeast -- they vary
2  throughout the United States.
3    Q.   Would you say that there is any geographic
4  focus or it is pretty much spread across the United
5  States evenly?
6    A.   I don't -- I cannot say either one of those.
7  I don't think there is -- I don't think there is a
8  geographic focus on -- it is just awareness over time.
9  They -- you know, they tend to be larger jail systems or
10  state and federal facilities, state facilities
11  primarily.  I don't know that it's an even -- you know,
12  they tend to be focused either into a state system or a
13  metropolitan jail system where patients -- where inmates
14  would be allowed to work outside.  Sometime -- not --
15  not in a farm setting but in other outdoor settings,
16  road crews, et cetera.
17    Q.   And you just mentioned that most -- it is fair
18  to say that most of the other correctional facilities
19  that you work with do not have inmates working on a farm
20  setting as far as you are aware?
21    A.   As far as I'm aware, that is correct.
22    Q.   Are there any correctional facilities that you
23  are aware of -- or that you work with that you
24  would say are comparable to LSP?
25    A.   Can you explain what the comparison would be?

Page 148

1    Q.   I -- I defer to -- to your opinion of the
2  similarities between the correctional facilities.
3    A.   Sure.  So over, you know, the last 20 years,
4  I've worked with state systems regionally in the South.
5  So from that standpoint, age of the facility, region of
6  the facility, yes.  And I've worked with those that I
7  think are comparable but, again, not aware of any that
8  specifically have the agriculture farm setting.  I'm not
9  saying that they don't.  I'm just not aware of that
10  specific setting.
11    Q.   Okay.  So going back to the loop diuretics, it
12  is your opinion that the full class of loop diuretics
13  should be added to the heat pathology medication list.
14  Correct?
15    A.   Yes, I recommended that they all be added.
16    Q.   And doing so would protect human health in
17  your opinion?
18    A.   By decreasing the risk, yes, I thought it
19  would.
20    Q.   And so there's other forms of diuretics I take
21  it, non-loop diuretics, and your recommendation to the
22  DOC was not to include the non-loop diuretics on to
23  their heat pathology medication list; is that accurate?
24    A.   Correct.
25    Q.   What was the basis for that recommendation?

Page 149

1    A.   In the report I detailed how the loop
2  diuretics worked and where they were and how they caused
3  diuresis or the increased fluid.
4    The other diuretics work at different parts of
5  the kidney structure, of the tubals and the kidneys in a
6  different part of that.  And so because of that, they
7  don't have -- they either don't have as strong a
8  diuresis -- they are not as strong, so you don't have as
9  much urination, risk of dehydration.  Or their mechanism
10  of action do not affect electrolytes.  And so you don't
11  also run the risk of -- the big risk of decreasing of
12  the potassium and sodium.
13    So you can't -- you know, drinking water in
14  and of itself does not actually replenish that.  So the
15  others had just different mechanisms of action, worked
16  in different locations and the ability to replenish
17  fluid and do electrolyte replenish was not problematic
18  for those.  And so for that reason, they were left off
19  the list.
20    It was my opinion that the loop diuretics, if
21  someone became dehydrated and the risk of dehydration
22  occurred by taking Lasix or one of the others would be
23  very difficult for the patient in the event that that
24  happened to be able to compensate.
25    Q.   So a person that is taking a loop dieretic, it

Deleca Reynolds-Barnes
September 27, 2024

Page 150

1  decreases their ability to replenish.  So drinking water
2  for that person actually would not be an effective way
3  to decrease the impact of heat pathology?
4       A.   Right.  It may not be enough.  It may not.
5  And part of that is because of the electrolytes.  The
6  water itself does not have the electrolytes that the
7  loop dieretic is working off.
8       Q.   All right.  I think we are on to the last
9  category, sympathomimetic drugs.  What are
10  sympathomimetic drugs?
11      A.   Again, they really are those anticholinergic
12  medications, the nasal decongestant, mostly the
13  over-the-counter cough and cold medications.
14      Q.   And what was your recommendation regarding the
15  sympathomimetic drugs?
16      A.   So, again, there was a broad statement that
17  all the nasal decongestants, all the OTC or cold
18  medications in the PGI memo should be included on the
19  list.
20           Again, my recommendation went to separate from
21  kind of that broad statement.  There were some specific
22  medications that based on their anticholinergic activity
23  could have an increased risk profile and prevent the
24  ability to compensate.
25           So, again, separate from -- the clinical

Page 151

1  condition of having a cold might put someone in a duty
2  status.  That has nothing to do with the meds.
3           However, if they are on Benadryl for some
4  period of time because they have a runny nose related to
5  the cold, that might affect their ability to compensate
6  in a heat situation separate from having a cold.
7           And so I addressed the list specifically to
8  the medications and not by taking a broad sweep and
9  saying, Robitussin guaifenesin, which has nothing to do
10 with ability to compensate, but it is an OTC cold
11 medication, did not need to be added to the list.  It
12 was too broad of a statement to make that comment.
13      Q.   So which sympathomimetic drugs are you
14 recommending be added to the list?
15      A.   Sure.  And so I did recommend adding some
16 antihistamines, scheduled daily maintenance meds,
17 cyproheptadine; Periactin; Benadryl, Unisom, which is a
18 sleeping medication that is also used, it is an
19 antihistamine; doxylamine; hydroxyzine, which is Atarax
20 and Vistaril.
21           I also went into, while they are non-OTC, some
22 of the antispasmodics and antimuscarinic to be added as
23 well.
24      Q.   Got it.  So the term sympathomimetic drugs
25 include some antihistamines and some antispasmodics and

Page 152

1  some antimuscarinic drugs.
2       A.   They have similar effects.  And so rather than
3  just go straight for the sympathomimetic term, that was
4  overreaching.  And really I was more concerned with the
5  comment nasal decongestants and over-the-counter
6  medication.  Was the broad scope of that.  And I think I
7  made that statement.  That within that class, they went
8  to sympathomimetic.  But that really wasn't -- that
9  wasn't -- I don't think that was the scope of the
10 comment.
11      Q.   So when you say that sympathomimetics may
12 contain medications that have an increased
13 anticholinergic profile to treat limited symptoms for
14 limited periods of time and then you write heat
15 pathology duty status medication list was updated to
16 include those specific medications for targeted
17 symptoms, are those the antihistamines antispasmodics
18 and antimuscarinics that you just mentioned?
19      A.   Those are primarily the antihistamines for the
20 over-the-counter cold medications for the limited
21 symptoms.
22      Q.   Okay.  And you identified that these drugs,
23 such as Benadryl for example, have a
24 high-anticholinergic profile.  Correct?
25      A.   Correct.

Page 153

1       Q.   And how did you come to that conclusion?
2       A.   That is well-reported in the literature.
3       Q.   And is it well understood amongst the
4  pharmaceutical community as far as you are aware?
5       A.   It should be, yes.
6       Q.   And there are some sympathomimetic drugs that
7  you recommended not to be added to the heat pathology
8  medication list.  Right?
9       A.   There are some over-the-counter cough and cold
10 medications that I recommended not be added to the list.
11      Q.   Can you provide some examples?
12      A.   Sure.  I did not recommend guaifenesin,
13 Robitussin.  It is an over-the-counter med.  I did not
14 recommend specifically the dextromethorphan for cough.
15      Q.   Is there a street name for that drug?
16      A.   It is the DM in Robitussin DM or Delsym.
17      Q.   Okay.  Thank you.
18           I interpreted you.  You were listing the
19 examples.  So the DM, the Robitussin, anything else?
20      A.   Those are typically the component in the OTC
21 over-the-counter cold meds.  So I'm not sure that I can
22 give you a list of exclusions.
23           I can tell you what I did is I looked at the
24 common ingredients in OTC cold products and then leaned
25 heavy to make sure that I grabbed those things that were

Deleca Reynolds-Barnes
September 27, 2024

Page 154

1  in the combination products.  There is lots in those
2  products that might increase the risk.  And that is why
3  I got the antihistamine -- I wanted to include all the
4  antihistamine formulations.
5      Q.   And the ones that you excluded, you gave two
6  examples.  Can you just explain the decision to exclude
7  those drugs from the -- from the recommended list?
8      A.   There is no literature to suggest that those
9  drugs in and of themselves have any effect on the body's
10  ability to compensate in a heat situation, in a
11  high-heat situation.  They don't affect the body's
12  ability to thermal regulate.  So there would be no
13  reason to include them.
14          Again, that is not because the clinical
15  condition may not drive the duty status.  It is just
16  that the drug itself would not.
17      Q.    In this sentence, you say, Understanding that
18  many OTC medications have limited utility for limited
19  periods and additional clinical care may be needed
20  should symptoms prevail.  What did you mean by that
21  sentence?
22      A.   Sure.  The utility of many over-the-counter
23  meds are short term.  And so I wanted to be clear that
24  when someone is reading the list or using the list as a
25  clinical decision tool, that it might be limited.

Page 155

1          So they may be on Zyrtec for a week and it
2  does not work and they need to transition to Benadryl
3  because the symptoms dictate.  And so just a reminder
4  that just because we are using one thing OTC, it is
5  limited.  But we have to be able to monitor that.
6          It is also a reminder that OTC meds are
7  limited, that you should not be on many of the
8  over-the-counter meds chronically as a maintenance med.
9          So, again, that is going to drive some of the
10  decision-making.
11      Q.   So even it if it is prescribed for a short
12  period of time for whatever period of time a person is
13  taking the over-the-counter cold medications, does that
14  person have an increased anticholinergic risk profile?
15      A.   So are you talking about the specific ones
16  that I added to the list or just the Robitussin D?
17      Q.   Let's start with the ones that you added to
18  the list.
19      A.   So, again, I think that is a clinical decision
20  of what you are treating.  So it comes back to if you
21  took -- if you had a bee sting and you took a Benadryl
22  one day, then I'm not sure that that one dose, the way
23  it is going to be metabolized in the body, is going to
24  decrease the patient's or the individual's ability to
25  withstand heat.

Page 156

1          Now, the bee sting in and of itself may change
2  the duty status.  The metabolism of the drug is a
3  different conversation.  So one dose of Benadryl is not
4  going to affect, in most cases, someone's ability to
5  handle a heat-related -- to need a different duty
6  status.  However, the clinical condition probably may --
7  should.  It just depends.
8          If someone is on -- has a situation where they
9  have an allergic rhinitis and it is long term and they
10  have got lots of symptoms and they are not responding to
11  Zyrtec and they are on Benadryl for a week, then, yes,
12  it may be that during that week they're being dosed
13  daily, chronically.  Because also these drugs have short
14  half lives.
15          And so you take a Benadryl at night, it
16  probably -- in most cases, if your kidneys are working,
17  it is not hanging on at noon the next day or 2:00 the
18  next day.  It is out of the body.  So you have to be
19  on it chronically for you to be able to stack that dose
20  enough.
21          Benadryl is not a 24-hour med.  It is not a
22  once-a-day medication.  Now people take it for sleep
23  because it helps them fall asleep and they can wake up
24  the next day.  But it is not chronic.  So it really does
25  vary depending on the mechanism of action on the drug

Page 157

1  and the pharmacokinetics of the drug.  And so that is
2  why again there is going to be a clinical
3  decision-making when looking at that that is different
4  from chronic congestion -- chronic congestion, then,
5  yes.
6      Q.   So the anticholinergic properties of a drug
7  are impacted by the dosage and the duration that the
8  drug is taken for?
9      A.   It can be, yes.
10      Q.   Okay.  All right.  I think I'm going to take
11  this down and I'm going to take a quick five-minute
12  break and then we'll move on to the next line of
13  questioning.
14      A.   Okay.
15          THE VIDEOGRAPHER:  Okay.  Going off the record
16      the time is 6:55 p.m. UT 1:55 p.m. Central.
17          (Break taken from 1:55 p.m. to 2:02 p.m.)
18          THE VIDEOGRAPHER:  Back on the record.  The
19      time is 7:02 p.m. UTC, 2:02 p.m. Central.
20  BY MS. WEISER:
21      Q.   All right.  Dr. Barnes, I'm going to now show
22  you what we have been talking about, but I don't think
23  we looked at yet, which is your recommended chart.
24          Can you see my screen?
25      A.   I can.  Can you make it a little larger?

Deleca Reynolds-Barnes
September 27, 2024

Page 158

1    Q.   Yes, I will.  I just want to show you the
2  whole thing and say for the record that I'm showing the
3  document that is attached to Dr. Reynolds-Barnes' report
4  as Exhibit 2, and it has been previously marked as
5  Plaintiffs' Exhibit 103.
6        You recognize this document.  Correct?
7    A.   Yes.  Correct?
8    Q.   This is your proposed heat pathology
9  medication list?
10    A.   Yes.  That appears to be, yes.
11    Q.   That you provided to defendants on or about
12  September 6th?
13    A.   Yes.
14    Q.   So in your opinion or from your perspective as
15  a medical provider, when would you like to see this list
16  implemented?
17    A.   So, for me, the exact -- well, I can't give
18  you the exact date.  What I would like -- the process I
19  would like is for it to be reviewed by the P&T and
20  discussed how to make sure that it is implemented.
21  Because a list is only as good as the educational
22  process or the implementation process to make sure that
23  everyone is aware of the change.
24        And -- and how -- how to make sure that once
25  approved, it is followed.  So I would like for them to

Page 159

1  begin that process, you know, this is the proposed
2  change and how it would be implemented to ensure
3  compliance if the policy is going to be updated.
4    Q.   Is it fair to say that, in your opinion, the
5  sooner the updated list is implemented, the more
6  protective that would be of the health of the patient in
7  DOC's custody?
8    A.   No, I would like for them to begin the
9  educational process with their providers because the
10  sooner the providers understand what is on the list, the
11  reasons for the list and the education and the
12  implementation, then yes, I do think it increases the
13  risk.
14        But it -- the speed error of just throwing a
15  list out there I think is more dangerous than doing the
16  work to have an implementation planned.
17    Q.   Are you aware of any discussions taking place
18  around implementation and compliance with this list?
19    A.   I know that the list has been given to Dr.
20  Lavespere and reviewed obviously.  I'm not aware of
21  their next step for implementation.  I'm not sure I
22  would be, but not aware.
23    Q.   I see that your list is organized ranging from
24  three down to two to one, and then zero to one in a
25  column titled, ACH Risk Score.

Page 160

1        What does ACH risk score mean?
2    A.   That is the anticholinergic risk score.
3    Q.   And how did you determine the anticholinergic
4  risk score for each class of drugs?
5    A.   So looking at the literature, the risk of the
6  ability and the affinity to acetycholist --
7  acetylcholine to -- to block it, and then the various
8  charts on the anticholinergic risk profile, risk versus
9  multiple documents out there.  But it is categorizing it
10  to those categories.
11        Again, there is some that you can tell zero or
12  zero to one that don't have anticholinergic risk, but
13  they have other mechanisms of heat pathology.  And so
14  that really is a combination of both sides, the ACH
15  side, and then the mechanism of the pathology.
16    Q.   So three would be the highest anticholinergic
17  risk profile.  Correct?
18    A.   That is correct.
19    Q.   But it is not necessarily true that a -- I
20  guess I could strike that and say according to -- this
21  suggests that documents in -- excuse me, drugs in the
22  category of zero to one would have the lowest ACH risk
23  score but that does not mean that they necessarily have
24  the lowest risk of impacting the body's ability to
25  compensate in response to heat.  Correct?

Page 161

1    A.   Correct.
2    Q.   Because the anticholinergic properties of a
3  drug are only one way that a drug can increase the
4  patient's risk of heat pathology.  Correct?
5    A.   For -- for certain -- certain drugs have
6  different mechanisms of heat pathology.  Correct.
7    Q.   And the ACH risk score only takes into account
8  the anticholinergic mechanism of increasing rate --
9  excuse me, risk of heat pathology.  Correct?
10    A.   Correct.
11    Q.   So a drug that is in Category zero to one
12  could have a high risk profile, but that risk profile is
13  just caused by other mechanisms other than the
14  anticholinergic properties of the drug?
15    A.   Yes.  The list is ranked that one is -- it is
16  a -- it is a zero sum list.  Everything on the list has
17  a risk for heat pathology.  It is not ranked high --
18  high to low.  It is just giving that caveat.
19        And it speaks to earlier when I said you could
20  have certain drugs that have low anticholinergic risk of
21  one but maybe be on multiple drugs.  So you've got
22  multiple blockades.
23    Q.   That is very helpful.
24        So we are getting at this, but can you just
25  describe at a high level how you would recommend that

Deleca Reynolds-Barnes
September 27, 2024

Page 162

1  this list be implemented in practice?
2      A.   Sure.  So, I mean, obviously there has to be
3  some understanding and acceptance of the list and its
4  expansion because the disease states are expended from
5  what they have historically had.
6          Then given that, an understanding of the
7  column number 4, which is the pathology of the why, you
8  know, why was this added -- really is an educational
9  tool, why was this added, and what are the risks that we
10 would be needing to look for in an individual patient.
11 And then the implementation would be if there is a
12 patient that is on one of these meds, then that patient
13 needs to be evaluated for heat-duty status to make that
14 determination.
15         And then the -- and -- and in the
16 implementation of this list, there may be patients that
17 are already on these meds, are long term on these meds.
18 They may even have had a duty status that had them
19 outside, and they've had no adverse event.  And so in
20 that, there may need to be a conversation with the
21 patient and -- there is a list, this list would then
22 change your duty status, and make sure that the patient
23 is as much a part of that decision-making as possible
24 because a patient may opt to, depending on their duty, I
25 don't want my duty status changed, I would rather you

Page 163

1  make an adjustment in my medication or I would like to
2  be able to, you know, refuse the duty status change.
3          I'm not sure exactly the total, but that is
4  the conversation of how I would like for the providers
5  to take that list concept.
6          But use it as a -- as truly as a decision
7  support tool to say, I made these clinical decisions for
8  my patient, I now have this new tool that is going to
9  inform some of those decisions.  How do I either change
10 the patient's duty status or change the patient's meds
11 in order to have -- to have the overall best outcome for
12 the patient?
13     Q.   Is it your understanding that patients are --
14 that providers are having those kinds of conversations
15 with patients at LSP?
16     A.   I did not observe any clinical interaction
17 between a patient and the provider.  So I can't speak to
18 that.
19         But your question was how would I like to see
20 the list used.  That is how I would like to see it used,
21 and I have seen those interactions in other correctional
22 organizations.
23     Q.   Are you aware that providers at LSP often
24 express skepticism as to the patient's own articulations
25 of their symptoms or other medical needs?

Page 164

1      A.   I did not observe that during the time I was
2  there.
3      Q.   Let's say you were aware of that fact, would
4  that change the way that you would want to see the list
5  be implemented?
6      A.   It would not change my implementation of the
7  list because I think the list is an educational tool for
8  the providers and they need to understand the reasons
9  for the change.
10         And so being aware of that, I think the list
11 might even -- if that were in fact the case, I think the
12 development of the list went beyond just a list of
13 drugs, but the reasons why those drugs were added to the
14 list may actually further improve the care because there
15 is an educational component to it beyond just a list of
16 drug names.
17     Q.   So in your opinion are there classes of drugs
18 on this list that should automatically trigger the
19 provision of heat precaution duty status?
20     A.   Everything on the list should automatically
21 trigger the consideration of a heat-duty status.  That
22 is -- that is the reason for the list.  Everything on
23 the list should trigger that.  The only time that the
24 heat-duty status should not be assigned is in
25 combination -- in conversation with the patient.

Page 165

1          There -- there is some clinical reason that is
2  not obvious to us just in the development of a piece of
3  paper where you wouldn't do it.
4      Q.   Understood.
5          So the way this list should be implemented is
6  that as a default, anyone taking any of these drugs
7  should be granted heat precaution duty status unless in
8  the course of having a clinical conversation with that
9  patient the patient and/or the provider determined that
10 that heat-duty status is not appropriate?
11     A.   That is how I would implement the list.
12 Correct.
13     Q.   If a patient requests heat precaution duty
14 status, do you think the default should be that the heat
15 precaution duty status is provided to that person?
16     A.   Can you give more context to that question?
17 Do you mean if they are on one of these meds and they
18 request it?
19     Q.   Yes, that is what I meant.
20     A.   I think the list goes beyond a patient
21 request.  The list should clinically trigger the
22 heat-duty status unless there is a specific patient
23 reason not to have it, there is something specific and
24 unique to that patient.
25     Q.   As an example of a time, would be that if the

Deleca Reynolds-Barnes
September 27, 2024

Page 166

1  patient wanted to continue with their -- their job
2  classification, then you would recommend essentially
3  changing the medication rather than changing the duty
4  status?
5       A.   It would truly depend on its part of the
6  implementation.  Again, if you had a patient that wanted
7  to continue their duty status, we have now implemented a
8  new list.  The new list contains a med that the patient
9  has been on long term and they have had no change in
10 their clinical status, then the provider and the patient
11 may have an exception with certain monitoring or
12 something additional.
13      I just think that there could be a clini- -- I
14 think clinically there -- there is no rule called thou
15 shall not.  It does not really -- their -- their
16 patients are unique.  And so to use the word always,
17 every clinical -- I think that sets a trap that
18 clinically there might be a reason to do something
19 different and you would definitely want to give that
20 leeway to the patient and a provider.
21      It would be the exception but -- and not the
22 rule, though.
23      Q.   And these exceptions that you are referencing,
24 those would be made on a case-by-case basis based on the
25 medical needs of that patient.  Correct?

Page 167

1       A.   That is correct.  That is correct.
2       Q.   So those exceptions shouldn't be made, for
3  example, on the basis of an institutional need of the
4  prison?
5       A.   So my list is truly a clinical list, and so
6  the needs of the prison were not taken into account in
7  this at all.
8       Q.   So you -- you mentioned that -- just to
9  summarize our conversation, the takeaway is that the
10 default should be anyone taking drugs listed on this
11 page, which we have marked Plaintiff's Exhibit 103,
12 should be given heat precaution duty status except for
13 when an exception is appropriate with that patient on a
14 case-by-case basis based on that patient's medical
15 profile and conversations with that patient.
16      When we're -- is that accurate so far?
17      A.   Yes.
18      Q.   When we're discussing this case-by-case basis
19 upon which a medical provider might provide an exception
20 to granting heat precaution duty status for someone
21 taking one of those medications, how should a medical
22 provider make that evaluation?
23      A.   I need a little more context on the how -- I'm
24 trying to understand your question about how they make a
25 determination.

Page 168

1       Q.   Sure.
2       What criteria should they be considering?
3       A.   So earlier we had an example of someone that
4  was taking a beta blocker, propranolol, for -- low dose
5  for prevention or prophylaxis of migraine headaches,
6  that they never -- they were not treating hypertension.
7  There was no underlying cardiac problems.  They have
8  been on it long term.  They may have consistently had a
9  duty status that was outside or they came in and lived a
10 very active lifestyle, continued to be active in
11 activities, sports, et cetera, physical activity rather
12 in the facility.  That might be an exception that could
13 be a documented reason why that patient didn't have a
14 heat-duty status assigned because they were on a med
15 that was on this list.
16      Again, same med used for different diagnoses
17 in very different clinical conditions.  Again, that
18 would be an exception because typically that is not what
19 the med is used for.
20      Q.   From your understanding of medical providers,
21 what level of training would you believe is necessary
22 for a person to be able to make that case-by-case
23 evaluation?
24      A.   I think a person dually licensed within their
25 scope of practice to prescribe medication and treat a

Page 169

1  patient clinically, if they are licensed by the state
2  and are credentialed within the system to provide the
3  services they are providing, then -- then the
4  expectation is they have that level of training.
5       Q.   So what types of medical providers would that
6  refer to -- I'm asking doctors, RNs, LPNs.  My lack of
7  awareness of different medical rankings may be showing
8  now.
9       A.   Every state has a different prescriptive
10 authority, so -- prescriptive authority, those people
11 who are licensed to prescribe.
12      In most states, prescriptive authority is
13 given to, generally, physicians, MDs, DOs, surgeons and
14 also advanced practice providers, nurse practitioners,
15 MPAs.
16      There are -- dentists obviously have
17 prescriptive authority within most states.  Some
18 psychologists have prescriptive authority.  And then
19 other states have some limitations, obviously.
20      In certain states and certain situations,
21 pharmacists have prescriptive authority.  So it varies
22 by the state.  But when the State reviews their practice
23 acts and gives prescript ive authority, the ability to
24 prescribe also comes with it the ability to diagnose and
25 treat someone clinically.

Deleca Reynolds-Barnes
September 27, 2024

Page 170

1  So if they have been licensed by the State and
2  given prescriptive authority, then the State has found
3  that specific discipline qualified to do -- to provide
4  that practice in that level of assessment to determine
5  clinically what a patient needs for a clinical
6  condition.
7      Q.  Okay.  So generally when we are talking about
8  medical providers, the main two categories of providers
9  would be physicians and nurse practitioners.
10         Is that a fair generality?
11     A.  I think it would be physicians, nurse
12  practitioners and physician assistants in most
13  facilities.
14     Q.  And in most facilities -- assuming -- strike
15  that.
16         In general, when you are describing the
17  case-by-case evaluation that you think should company
18  any exceptions to the heat pathology duty status
19  medication, you're envisioning that case-by-case basis
20  being handled by physicians, nurse practitioners or
21  physician assistants?
22     A.  Yes.  The person responsible for the provision
23  of care.  That is correct.
24     Q.  Among physicians, nurse practitioners and
25  physician assistants, do you have a level of

Page 171

1  understanding as to the training that those people who
2  are employed by LSP have?
3      A.  My understanding is limited to what would be
4  required for licensure by the licensing bodies.
5      Q.  Would you want the physicians, nurse
6  practitioners and physician's assistants who are
7  performing the case-by-case basis to provide a heat
8  pathology duty status exception for patients at LSP to
9  have any specialized training in order to perform that
10  case-by-case basis to ensure the health and safety of
11  the patient?
12     A.  No.  The expec-- -- my expectation would be
13  they would be trained as an appropriate -- trained and
14  licensed as an appropriate medical provider.  Because if
15  they can prescribe, then they would understand the
16  context of what they are prescribing and the risk
17  benefit.  Not only of meds on this list, but any meds
18  that they would prescribe.  This would just be part of
19  those things that are in the treatment toolbox.
20     Q.  If a medical provider is unfamiliar with a
21  drug's heat pathology risks, do you think the provider
22  should be guided towards erring on the side of providing
23  duty status for anyone who takes a drug on this list?
24     A.  Well, I think --
25         MR. BLANCHFIELD:  I'm going to object to the

Page 172

1  form of that question.
2      You can answer it if you can, Doctor.
3      THE WITNESS:  Can you ask it again so that I
4  can understand?
5  BY MS. WEISER:
6      Q.  Yeah.  Of course.
7         When a medical provider is considering whether
8  to provide duty status to a patient at LSP who takes one
9  of the medications on this list, do you think that
10  medical provider should err on the side of providing a
11  duty status to the patient?
12     A.  So, again, I think the list is a list that
13  says if the patient is on these meds -- and I think the
14  implementation -- it is my opinion that the
15  implementation should be as such, then the patient
16  should be reviewed with the expectation of duty status
17  unless there is a specific clinical scenario or clinical
18  condition that would warrant them not having any.
19         So I don't know that it should be err on the
20  side of being forced to do it.  The expectation is they
21  are going to give duty status unless there is a clinical
22  reason not to give duty status.  And that is going to be
23  part of their clinical review as part of the
24  prescriber -- being the prescriber of the medication.
25     Q.  What is your understanding of the current

Page 173

1  status of this recommended heat pathology duty status
2  medication list?
3      A.  The list we are reviewing now, this list?
4      Q.  Yeah, this list.
5      A.  At this point, I know that the list has been
6  provided to Dr. Lavespere for review and internal
7  review.  I'm not aware nor would I be of their next step
8  in adoption and implementation.
9      Q.  And who have you discussed this list with?
10     A.  Within the DOC?
11     Q.  Yes.
12     A.  Dr. Lavespere.
13     Q.  And you had a conversation about this list
14  with Dr. Lavespere on or about Sept 6.  Correct?
15     A.  Correct.
16     Q.  Have you had any discussions with
17  Dr. Lavespere about this list since September 6th, the
18  meeting that you had?
19     A.  It was one question as a follow-up after that.
20  And I don't have the exact date, but there was one
21  e-mail question after that.  That has been the only
22  conversation.
23     Q.  And what was that e-mail's question?
24     A.  I don't remember.  It was related to the list.
25  I don't remember the exact question unfortunately.  I

Deleca Reynolds-Barnes
September 27, 2024

Page 174

1  don't remember the context of the question.
2      Q.  And the September 6th meeting that we were
3  discussing, you presented this list to Dr. Lavespere
4  during that meeting.  Correct?
5      A.  Correct.
6      Q.  During that meeting, what did you understand
7  Dr. Lavespere's response to the list to be?
8      A.  My interaction was very positive, very
9  receptive.  He had some steps that he needed to take
10  with the list within the DOC.  And so he was leaving
11  that meeting with whatever steps he needed to take to
12  move the list forward for review by their P&T committee
13  or whatever their next step was for review.
14      Q.  What was your understanding of the steps that
15  he needed to take to move the list forward?
16      A.  Not specific -- I don't specifically know that
17  I know the steps.  I know that it needed to be taken
18  internally to the DOC.  I think he felt like he was the
19  one -- not think.  I know he felt like he was the one to
20  do that next communication.
21      Q.  Next communication with who?
22      A.  I don't know.
23      Q.  At this meeting, did Dr. Lavespere express --
24  did he provide any feedback on your proposed list?
25      A.  I think the feedback came on the follow-up

Page 175

1  e-mail.  I think that was the question, was the only
2  feedback that I got.  I think he questioned one of the
3  classes and not specifically sure which one or what it
4  was.  But I think that was it.
5      Q.  And when he questioned one of the classes,
6  what did you do in response?
7      A.  I think whatever he was questioning, I agreed
8  with it.  The list was presented of -- similar to how we
9  have done it.
10      Obviously this is how the list is set up, this
11  is what it means, this is the importance of the
12  anticholinergic risk score, these are the mechanisms of
13  action.
14      So it -- you know, as you can tell, there is
15  quite a bit of information on the two pages.  And so he
16  then took the list to absorb kind of the thoughts and
17  what went into it and then obviously the practice of the
18  DOC.  And so he came back I think with a question about
19  one specific category.  I don't remember specifically
20  what that was.
21      Q.  Is the list that we are looking at right now
22  the same as the list that you presented on September 6th
23  or have changes been made?
24      A.  I think the list -- the initial list on
25  September 6th, there has been some changes.  There were

Page 176

1  some drugs that were highlighted on the list where --
2  this is why I'm removing -- you know, giving some
3  context to why I'm removing and why I did not include
4  certain things.
5      And so this is kind of at the end of that
6  meeting.  It was kind of, this is the final list, but
7  giving context to him as to why the list looked like it
8  looked.
9      Q.  So the changes that were made to the list
10  primarily include you removing certain classes of drugs
11  between September 6th and --
12      A.  So the changes --
13      Q.  Sorry.
14      A.  I think that is a misstatement.
15      Q.  Okay.
16      A.  The changes were -- when I -- the list
17  initially had other agents.  And they were agents that I
18  could say things like, Let me explain why I don't have
19  the non -- the dihydropyridine calcium channels.
20      So they may have all been there, but they were
21  highlighted in yellow.  And so as I am explaining the
22  context of why, what happened, what the change was, then
23  we could remove those.  But I wanted it to be a little
24  more collaborative than me just saying this is --
25  obviously this is exactly what I did, this is what you

Page 177

1  need to take forward.
2      So there were other things on the list.  But
3  trying to give context as to why I did not recommend
4  them continue to be on the list.
5      Q.  I see.  So how -- thinking about the list that
6  you had in your mind as your recommended list prior to
7  the September 6th meeting and the list that we are
8  looking at now, have there been any changes in terms of
9  your recommendations as to what should and should not be
10  included on the list?
11      A.  I cannot remember the -- this -- this is
12  pretty close to the list that was presented, you know,
13  at the end of our meeting on the 6th.
14      There may be one change.  I just don't
15  remember the context to it.  I think the other thing
16  that may be different is I did go in and make sure that
17  I cleaned up all the brand names and generic names to
18  make sure that they had both on the list because in some
19  cases I just had the generic name.  So there was a
20  little formatting cleanup.
21      There may have been a drug that was changed,
22  but I don't have context.  But, as a whole, the list was
23  the list.
24      Q.  Okay.  So just taking a step back, the focus
25  of your work in this case -- actually, I'm going to take

Deleca Reynolds-Barnes
September 27, 2024

Page 178

1   this down now.
2           The focus of your report and your work in this
3   case has been around the DOC's heat pathology medication
4   list. Right?
5       A.   Correct.
6       Q.   Fair to say that in this case you are not
7   rendering an opinion as to the list of chronic
8   conditions that DOC uses to assign heat-duty status?
9       A.   That is correct.
10      Q.   You don't plan to testify at trial regarding
11  the list of chronic conditions that Dr. Keldie prepared.
12  Right?
13      A.   That is correct.
14      Q.   You are not in this case offering an opinion
15  as to whether or not 88 degrees Fahrenheit is the
16  threshold that the DOC should use for declaring heat
17  alerts. Right?
18      A.   That is correct.
19      Q.   You are not offering an opinion as to the
20  quality of the medical care of LSP. Right?
21      A.   That is correct.
22      Q.   You are not offering an opinion as to the
23  quality of the training of the medical providers at LSP.
24  Right?
25      A.   That is correct.

Page 179

1       Q.   You are not offering an opinion as to the
2   competency of the medical providers at LSP?
3       A.   That is correct.
4       Q.   You are not offering an opinion as to the
5   access to and availability of first responder equipment
6   and supplies at LSP. Correct?
7       A.   The only opinion around first responder
8   medical supplies that I rendered as part of this
9   testimony was the availability of Narcan for opioid
10  overdose. Other than that, no other opinion.
11      Q.   And what is your opinion as to the
12  availability of Narcan for opioid overdose?
13      A.   It is part of the -- of the tour and a part of
14  the conversation, as previously stated with the
15  corrections officers, just the significant availability
16  in multiple locations. Is was carried on their person
17  by all other correctional officers, readily available in
18  every med room that I went to as well as in all of their
19  emergency stations.
20          And that is just looking at the pharma- --
21  pharmaceuticals. So in each station, obviously as a
22  pharmacist, I reviewed the pharmaceuticals that were
23  stored there.
24      Q.   But you are not rendering any opinion as to
25  the efficacy of LSP's practices around providing Narcan.

Page 180

1   Correct?
2           You are only opining that you saw it
3   physically present at the facility?
4       A.   That is correct.
5       Q.   Are you offering an opinion as to the level of
6   exertion required to perform labor on the farm at
7   Angola?
8       A.   I am not.
9       Q.   You are not offering an opinion as to the
10  adequacy of the supplies and other protective equipment
11  provided to the men working on the farm line. Correct?
12      A.   I did observe that. I don't know whether or
13  not I would be asked -- that is not in my expert opinion
14  given in writing.
15      Q.   Would you have a basis to provide testimony as
16  to the adequacy of the supplies?
17      A.   Only to the extent of what I observed.
18      Q.   Do you have any specialized knowledge in --
19  with respect to the supplies that should or should not
20  be provided to men working in agricultural labor?
21      A.   As it relates to medication and the adequacy
22  of the sunscreen and/or sunblock in the SPF, then as a
23  pharmacist, yes, I would have an opinion.
24      Q.   Okay. And the sunscreen and sunblock would be
25  the extent of your expertise with respect to supplies

Page 181

1   provided in the fields. Correct?
2       A.   Yes.
3       Q.   Okay. You are not offering an opinion as to
4   safety of the conditions present in the farm fields
5   at Angola. Correct?
6       A.   Correct.
7       Q.   Okay. Let's take a short break, and I think I
8   can wrap up quickly.
9           THE VIDEOGRAPHER: Okay. Going off the
10          record. The time is 7:42 p.m. UTC, 2:42 p.m.
11          central.
12          (Break taken from 2:42 p.m. to 2:49 p.m.)
13          THE VIDEOGRAPHER: Back on the record. The
14          time is 7:49 p.m. UTC, 2:49 p.m. central.
15  BY MS. WEISER:
16      Q.   All right. Before we took that break, you
17  mentioned that you saw sunscreen and sunblock in the
18  fields at LSP.
19          Beyond your site visit at LSP earlier this
20  month, do you have any other knowledge as to the
21  provision of sunscreen and sunblock at LSP?
22      A.   I do not.
23      Q.   Do you know what type of sunscreen or sunblock
24  was offered in the fields on the day that you visited
25  LSP?

Deleca Reynolds-Barnes
September 27, 2024

Page 182

1    A.   I only know the SPF, the protection factor.
2    Q.   What was the SPF?
3    A.   50.
4    Q.   Do you know how often sunscreen or sunblock
5  was offered to men working in the fields at LSP on the
6  day that you visited?
7    A.   The day I observed it was -- the bottles were
8  out -- they were out on the coolers when we arrived on
9  the field.  They have a little cooler table on the
10  field, and it was -- they were not taken and put up.
11  They were just readily available and left out the entire
12  time I was there.
13       So they could -- they could use them as
14  frequently -- and when I observed as frequently as
15  needed because they were just -- they were there and
16  available.
17    Q.   Are you aware of the brand of sunblock or
18  sunscreen that was provided?
19    A.   I'm not.
20    Q.   Are you -- do you have any knowledge as to how
21  long LSP has been providing sunblock and sunscreen to
22  the people working in the fields?
23    A.   I do not.
24    Q.   Do you have any knowledge as to whether LSP is
25  under any legal obligation to provide sunscreen or

Page 183

1  sunblock to the people working in the fields?
2    A.   I do not know if there is a legal obligation.
3    Q.   Do you know if LSP has any policies around
4  providing sunscreen or sunblock to the people working in
5  the fields?
6    A.   I don't know.  I think there is, but I don't
7  know that.  I don't know that.
8    Q.   You would not be equipped to testify at trial
9  about any policies regarding sunscreen.  Correct?
10    A.   No, no, not without reviewing the heat-duty
11  policy again and only if it is specifically addressed in
12  that policy.  And at this point I don't know that I
13  actually saw it there.
14    Q.   In your expert opinion, should sunscreen or
15  sunblock be made available to people working in the
16  fields at LSP?
17    A.   Yes.
18    Q.   Would it surprise you to learn that prior to
19  this litigation, sunscreen was not made available to
20  people working in the fields at LSP?
21       MR. BLANCHFIELD:  Object to the form of your
22  question; foundation.
23  BY MS. WEISER:
24    Q.   You can answer.
25    A.   I would still stand by that I would expect

Page 184

1  that people should have sunblock or sunscreen in
2  working -- not just working -- in the sun.
3    Q.   Okay.  One drug that we have not discussed yet
4  is called Remeron.  Are you familiar with the drug
5  called Remeron?
6    A.   Yes.
7    Q.   What class of drug does Remeron fall into?
8    A.   It is an antidepressant, not an SSI.  It is a
9  different mechanism of action.
10    Q.   Fair to call it a tetracyclic antidepressant?
11    A.   That is not the chemical structure.  I don't
12  think that's the class it falls into, but that is the
13  chemical structure.
14    Q.   Okay.  What class does it fall into?
15    A.   It is -- now you've asked me.  And the word --
16  what is coming to mind is it's not traditional, it's not
17  non nontraditional, but it is not an SSRI.  And I can't
18  give you the specific class.
19    Q.   Does Remeron have any heat pathology
20  implications?
21    A.   I think the Remeron affects the hypothalamus,
22  but it does not block the body's ability to react.  And
23  so while it may continue to make a person feel warm,
24  their actual body should be able to compensate.
25    Q.   Did you consider adding Remeron and this class

Page 185

1  of drugs to the heat pathology medication list?
2    A.   I looked at all the antidepressant classes,
3  Remeron included, and reviewed kind of the frequency
4  that it would appear in studies, case reports of
5  heat-related illness, and chose not to add Remeron to
6  the list.
7    Q.   And the reason you did not add Remeron to the
8  list was because in your review, it did not appear in a
9  sufficient amount of studies to warrant inclusion?
10    A.   In my opinion, the risk of a heat pathology
11  with Remeron was -- was not likely.
12       And, again, my goal was to come up with the
13  best list, not every single drug that has ever had one
14  incidence of heat-related status.
15    Q.   And your opinion that Remeron was not likely
16  to increase risk of heat pathology, that was based on
17  your literature review?
18    A.   My understanding of my literature review,
19  correct.
20    Q.   And just to circle back to that, you did not
21  keep track of the studies and other literature that you
22  reviewed in the course of this project?
23    A.   I don't have -- I mean, I kept some, but I
24  don't have everything that I reviewed.
25       And back to your other question, Remeron is

Deleca Reynolds-Barnes
September 27, 2024

Page 186

1  considered a non- -- nontraditional antidepressant.  I
2  kept thinking atypical was the word that we used.  I
3  couldn't think of the word "atypical."
4      Q.   So you said you kept some of the studies and
5  literature that you reviewed.  Can you elaborate on
6  that?
7      A.   Sure.  Sometimes I would download it, and if I
8  needed to download it because I was going to read it in
9  another location -- this happened over -- this review of
10  literature happened over a period of time.  It wasn't
11  like a day where I just sat down and did everything.
12          So some things, if I downloaded it, I may have
13  kept a copy.  If I wanted to refer back to it later, I
14  may have kept a copy.  Some things it was -- you know,
15  when I wanted -- let me go back and refresh my thoughts
16  on this concept or this thought, then I would not have
17  kept a copy.
18          So it would have been like, okay, that is kind
19  of what I thought that was.
20      Q.   Okay.
21          MS. WEISER:  I have no further questions at
22  this time.
23          MR. BLANCHFIELD:  No questions here.  Thank
24  you.
25          MS. WEISER:  Thank you so much for your time.

Page 187

1      It was nice to meet you.
2          THE WITNESS:  Nice to meet you as well.
3          THE VIDEOGRAPHER:  This concludes today's
4  deposition.  The time is 7:57 p.m. UTC, 2:57 p.m.
5  central.  We are off the record.
6          THE REPORTER:  Mr. Blanchfield, did you need a
7  copy of this?
8          MR. BLANCHFIELD:  Yes.
9          (Deposition concluded at 2:58 p.m.)

Page 188

REPORTER'S CERTIFICATE

1
2
3  STATE OF FLORIDA
4  COUNTY OF ORANGE
5
6          I, MICHELLE PULIDO STUBBEN, Court Reporter and
7  Notary Public, certify that I was authorized to and did
8  stenographically report the foregoing deposition of
9  AMBER VITTORIO; that a review of the transcript was not
10  requested; and that the transcript, Pages 4 through 187,
11  is a true record of my stenographic notes.
12          I FURTHER CERTIFY that I am not a relative,
13  employee, attorney, or counsel of any of the parties'
14  attorneys or counsel connected with the action, nor am I
15  financially interested in the action.
16          The certification does not apply to any
17  reproduction of the same by any means unless under the
18  direct control and/or direction of the reporter.
19          DATED September 29, 2024.
20
21
22          _____
23          MICHELLE PULIDO STUBBEN, Court Reporter
24
25

Page 189

CERTIFICATE OF OATH

1
2
3  STATE OF FLORIDA
4  COUNTY OF ORANGE
5          I, MICHELLE PULIDO STUBBEN, Notary Public,
6  State of Florida, certify that AMBER VITTORIO personally
7  appeared before me by videoconference and was duly sworn
8  on September 27, 2024.
9
10          WITNESS my hand and official seal this
11  27th day of September, 2024.
12          Personally Known:
13          Or Produced Identification:  Yes
14      Type of Identification Produced:  Driver's License
15
16
17          _____
            MICHELLE PULIDO STUBBEN, FPR,
18          NOTARY PUBLIC AND COURT REPORTER
            MY COMMISSION #HH 223309
19          EXPIRES:  MARCH 8, 2026
            Bonded Through Notary Association
20
21
22
23
24
25

Deleca Reynolds-Barnes
September 27, 2024

Page 190

```
1            ACKNOWLEDGMENT OF DEPONENT
2
3        I, DELECA REYNOLDS-BARNES, do hereby acknowledge I
4    have read and examined the foregoing pages of testimony,
5    and the same is a true, correct and complete
6    transcription of the testimony given by me, and any
7    changes or corrections, if any, appear in the attached
8    errata sheet signed by me.
9
10
11    _____    _____
12        DATE                 DELECA REYNOLDS-BARNES
13
14
15
16    Subscribed and sworn to
17    before me on this_____ day
18    of _____, _____.
19
20    _____
21        Notary Public
22
23
24
25
```

Page 191

```
1              *** ERRATA SHEET ***
2    NAME OF CASE: VOICE v LEBLANC
     DATE OF DEPOSITION:  September 27, 2024
3    NAME OF WITNESS: DELECA REYNOLDS-BARNES
     PAGE  LINE  FROM        TO        REASON
4    _____|_____|_____|_____|_____
5    _____|_____|_____|_____|_____
6    _____|_____|_____|_____|_____
7    _____|_____|_____|_____|_____
8    _____|_____|_____|_____|_____
9    _____|_____|_____|_____|_____
10   _____|_____|_____|_____|_____
11   _____|_____|_____|_____|_____
12   _____|_____|_____|_____|_____
13   _____|_____|_____|_____|_____
14   _____|_____|_____|_____|_____
15   _____|_____|_____|_____|_____
16   _____|_____|_____|_____|_____
17   _____|_____|_____|_____|_____
18   _____|_____|_____|_____|_____
19
20                 _____
21   Subscribed and sworn before me
22   this____day of_____,20__.
23   _____   _____
24   (Notary Public)        My Commission Expires:
25
```

**Exhibits**

**EX 0104 Delec a Reynolds-Barnes 092724**
  3:18 51:5,6
  113:24
  139:10

**1**

**1**
  51:11
**10**
  26:10 71:8
**100**
  116:6,7,8,9
**103**
  158:5 167:11
**104**
  51:5,6
  113:24
  139:10
**11:00**
  77:5
**11:01**
  77:11,12
**11:12**
  77:12,14
**12:58**
  138:25 139:1
**13**
  51:4
**13.067**
  78:24 79:4,
  13
**13/067**
  51:19
**15**
  71:8
**17**
  77:20 94:4
  98:24
**18**
  137:3

**1993**
  55:19
**1:22**
  139:1,3
**1:55**
  157:16,17

**2**

**2**
  158:4
**20**
  23:20 37:6
  40:9 43:15
  115:10,12,13
  138:21 148:3
**20,000-square-foot**
  62:16
**20-year-old**
  27:4
**2004**
  36:7,11
  61:23 64:11,
  21,24
**2010**
  36:11
**2013**
  36:12
**2016**
  7:4 36:14
  62:11
**2018**
  37:4,5 62:18
  91:17
**2019**
  37:6
**2020**
  37:7
**2022**
  7:9
**2023**
  51:23
**2024**
  4:4 13:20
  14:7,23 51:4
  52:7

**21**
  91:16
**24-hour**
  156:21
**25**
  116:10
**25-year-old**
  137:4
**27**
  4:4
**28**
  78:23
**2:00**
  156:17
**2:02**
  4:5 157:17,
  19
**2:42**
  181:10,12
**2:49**
  181:12,14
**2:57**
  187:4
**2:58**
  187:9

**3**

**3**
  114:1 126:2
**30**
  20:11 72:17
  116:21
**300**
  69:5
**340B**
  62:25 64:7

**4**

**4**
  119:6 139:8
  162:7
**40**
  86:20

**4:01**
  77:11
**4:12**
  77:14

**5**

**50**
  182:3
**5:58**
  138:25

**6**

**6**
  173:14
**6:22**
  139:3
**6:55**
  157:16
**6th**
  49:23
  123:19,20
  158:12
  173:17 174:2
  175:22,25
  176:11
  177:7,13

**7**

**7:02**
  157:19
**7:42**
  181:10
**7:49**
  181:14
**7:57**
  187:4

**8**

**88**
  178:15

Deleca Reynolds-Barnes
September 27, 2024

**9**

**93**
   55:20
**9:02**
   4:5

**A**

**a-r-n-e-s**
   5:5
**a.m.**
   4:5 77:11,14
**abil-**
   23:2
**ability**
   18:13,14
   19:2 22:18,
   22 23:3,4,8
   73:6 81:3
   84:21 85:25
   97:24 101:13
   105:1
   108:20,23
   109:5,9,11,
   15,17 112:16
   113:10,13,14
   114:23
   118:3,6,17,
   21 119:2
   120:15,24
   121:3,24
   124:7
   126:14,16,17
   128:16,18
   129:5,16
   130:6 133:18
   134:7,14
   135:7 140:13
   141:11,12
   143:8 149:16
   150:1,24
   151:5,10
   154:10,12
   155:24 156:4
   160:6,24
   169:23,24

184:22
**able**
   9:20 19:6
   39:19 44:24
   50:17 55:5
   84:17,18
   85:22,23
   86:15,25
   102:17
   103:24
   116:19
   132:15,23
   141:17,23
   142:2 149:24
   155:5 156:19
   163:2 168:22
   184:24
**above**
   116:22
**absence**
   132:1,5
**absolute**
   92:16
**absorb**
   175:16
**abstinence**
   48:10
**academic**
   20:14 59:7
   71:9
**acceptance**
   143:20 162:3
**accepted**
   59:6 122:11,
   13,18 134:18
   143:14,17,
   22,23,25
   144:1
**access**
   179:5
**accessible**
   11:2
**accommodation
s**
   13:5 51:19
**accord**
   42:2

**account**
   59:15 88:4
   89:14 93:23
   101:24
   102:11
   106:7,19
   108:11
   111:3,6,20
   112:19
   113:3,7
   161:7 167:6
**Accreditation**
   63:20
**accredited**
   59:12
**accurate**
   39:17,25
   41:9 64:10
   67:22 121:2
   132:3 148:23
   167:16
**accustomed**
   26:13
**acetycholist**
   160:6
**acetyl-**
   122:2
**acetylcholine**
   96:11 98:1
   101:13,15,17
   113:10,11
   118:13,22,24
   119:3 122:2
   125:10
   126:13 160:7
**acetylcholine
s**
   118:20
**acetylcholine
sterase**
   96:6,7
**ACH**
   159:25
   160:1,14,22
   161:7
**achieve**
   43:12

**achieved**
   55:11
**acquired**
   46:10
**acquisition**
   62:7 63:14
   64:4
**across**
   24:23 25:1
   36:2 67:2
   79:23 80:10
   83:18 109:10
   123:11 135:1
   142:23,24
   147:4
**action**
   4:10 142:11
   149:10,15
   156:25
   175:13 184:9
**active**
   137:12
   168:10
**activities**
   43:19 89:24
   90:3 168:11
**activity**
   96:1,4
   97:15,20
   98:14,18
   104:25 120:7
   124:15 126:7
   132:11
   133:17
   150:22
   168:11
**acts**
   169:23
**actual**
   45:21 72:6,
   13 88:5,18,
   21 131:12,13
   184:24
**acute**
   24:10,16
   25:8,12,21
   84:20

ADA
  13:5 51:18
add
  49:1 95:16
  115:4
  127:19,21
  141:2,3
  144:24
  185:5,7
added
  16:7 18:12,
  17,20,25
  19:6 22:4
  24:19 26:5
  28:8 41:16
  42:7,10
  92:22 93:13,
  14 95:3
  99:12,16
  115:4 122:22
  123:2,3,15,
  22 124:5,23
  125:6,13,18,
  19 126:2,3,
  18 127:10,
  11,12,19
  134:8,22
  141:7
  148:13,15
  151:11,14,22
  153:7,10
  155:16,17
  162:8,9
  164:13
adding
  19:4,5 39:1,
  7 93:21
  108:9 132:22
  133:12
  141:20
  151:15
  184:25
addition
  17:13 18:22
  46:15 62:24
  89:14 95:11
additional
  18:11,22

  31:3 38:14
  42:9 53:15,
  16 76:15
  94:25 95:17
  133:1 154:19
  166:12
additions
  19:8
addressed
  80:19 125:3
  151:7 183:11
adequacy
  88:9 94:2
  180:10,16,21
adjustment
  163:1
admission
  55:5
adopted
  123:6,9
adoption
  173:8
adult
  56:4
advanced
  57:24 85:20
  86:12 169:14
adverse
  83:2 93:6
  115:11
  162:19
advise
  68:18
affect
  12:5,19
  22:18 23:2
  27:6 73:6
  87:6 101:18
  103:21
  104:10
  109:11 110:8
  117:7 118:4
  126:14
  128:16
  129:13,15
  132:8 142:17
  149:10 151:5

  154:11 156:4
affected
  29:23
  108:24,25
  140:18,24
affecting
  111:22
  140:12,13
affects
  97:23
  129:14,16
  140:15
  184:21
affinity
  118:17,19
  121:13,18
  122:2
  125:10,14
  126:13,14
  160:6
affirmatively
  17:12
afternoon
  139:5
age
  26:19 84:25
  85:15,20
  86:1,2,4,8,
  10,12,15
  111:24
  112:9,11,25
  148:5
agent
  93:14
agents
  126:5 133:1,
  16 176:17
ago
  13:22 42:19
  70:14 71:8
  75:8 77:3
  87:5 91:19
agree
  82:15,17
  83:14 106:6
  121:2,4
  144:20

agreed
  41:12 122:9
  175:7
agricultural
  180:20
agriculture
  148:8
ahead
  72:22 106:1
  124:25
air
  103:5
  104:10,15
air-
conditioned
  104:21
air-
conditioning
  68:2
akin
  26:8
alert
  93:14
alerts
  178:17
Allegra
  125:12 127:6
allergic
  96:21 156:9
allergies
  127:24
allergy
  124:11
allow
  134:2
allowed
  55:6 147:14
alter
  20:22 80:21
Alternatively
  11:17
ambulatory
  61:1,5,15
amend
  8:6
American
  59:13

Deleca Reynolds-Barnes
September 27, 2024

amount
  24:16 25:8
  57:13 102:7
  103:23 104:9
  105:15,23
  129:6,10
  142:9 185:9
analysis
  23:10 111:21
  115:16 127:2
  128:8
analyzing
  107:5
anatomy
  57:23 58:4
and/or
  18:18 61:12
  72:9 81:21
  83:4 118:4
  137:22 165:9
  180:22
Andrew
  31:21
Andy
  56:5,6
Angola
  11:17 12:17
  13:13 30:10,
  11 33:10
  38:9 43:13
  105:8,9
  108:3 180:7
  181:5
answer
  7:15,16 8:5,
  14,21 9:5
  19:25 21:4
  23:9 73:17
  91:24 105:18
  106:10 138:4
  172:2 183:24
answering
  67:21
answers
  8:22 28:23
anticholinergic
  ic

22:25 23:1
69:2 70:20,
21 94:12,16
95:1 96:1,4,
12,17,23
97:4,7,11,
23,25 98:13,
18 99:1,5,
10,12,15
101:4,7,9,
16,19,20,23
102:6,10
103:12,18,20
104:4,25
106:22,25
107:4,7,17,
19 109:25
110:9,12
111:19,22
112:4,7,10,
18,21 113:2,
6,9,17
114:18
117:21
118:3,11,23,
25 119:1,3
120:7,14,24
121:12,18,19
122:5,6,22
124:21
125:11,17,22
126:7,21
127:2,14
129:23 130:5
132:2,6,11,
17,21,22
133:10,16,17
145:17
150:11,22
152:13
155:14 157:6
160:2,3,8,
12,16 161:2,
8,14,20
175:12
antidepressant
  117:10
  184:8,10

185:2 186:1
antidepressants
  129:12
antihistamine
  127:6 151:19
  154:3,4
antihistamines
  118:19
  119:11
  120:2,3,12,
  20 121:6
  122:4,11
  123:14
  124:23
  125:3,5,8,11
  127:1,4
  151:16,25
  152:17,19
antihypertensive
  142:13
antihypertensives
  139:14
antimuscarinic
  151:22 152:1
antimuscarinics
  152:18
antipsychotic
  70:13 98:16
  117:9,12,17
  118:18
  119:24 120:1
antipsychotics
  94:7,8,9
  98:15 99:14
  117:2 127:8,
  13
antispasmodics
  151:22,25
  152:17

Anxiety
  136:21
anymore
  28:7
anyone
  10:3,20 30:5
  31:15 42:12
  44:11,13
  47:16 49:14
  50:4 54:12
  76:16 107:22
  165:6 167:10
  171:23
apparent
  116:24
appears
  131:25
  158:10
applic-
  29:14
applicable
  29:12,15
  75:25
applied
  55:4
applies
  79:15 80:9,
  10
apply
  59:4
applying
  59:20
appropriate
  5:7 108:6
  128:12 133:4
  165:10
  167:13
  171:13,14
appropriately
  82:13
approval
  27:21
approved
  93:12 122:17
  137:3 158:25
approximately
  7:2,4 15:6

36:6 38:5
46:19,22
51:23 64:11
75:5

**area**
37:14 61:3

**areas**
72:2 132:21

**arise**
100:25

**Arkansas**
66:23

**around**
11:12 12:3,
4,9,18 13:4,
8 20:22
22:14,24
23:21 27:18
35:18 37:25
42:4,19
46:16 47:7,
19,20,22
48:2,3,7,8,
15 49:7 59:4
60:8 61:5,8,
9,21 62:2,3,
5,14,21
63:14 64:3,7
68:12,13,14,
15 70:9 72:7
73:20 74:7
88:10 99:14
104:14,17
105:12
110:6,10,17
111:5 112:15
141:12
142:13
159:18 178:3
179:7,25
183:3

**arrive**
27:11 130:8

**arrived**
182:8

**article**
70:21

**articles**
70:1,3,24
116:20

**articulations**
163:24

**Ascension**
61:7

**asked**
12:23 16:10,
12,24 19:14,
23 20:17
29:24 34:1
53:25 68:16
73:12 75:12
88:16 180:13
184:15

**asking**
4:25 27:13
67:19,21
70:23 81:13
88:14 92:10
112:23 169:6

**asleep**
121:10
156:23

**assessment**
170:4

**assign**
81:9 87:9
178:8

**assigned**
45:11,22
49:10 82:12
89:4,20
137:15
164:24
168:14

**assigning**
82:7 88:10,
22 116:25

**assignment**
80:21

**assignments**
49:12 90:5
104:18,22

**assigns**
81:16 84:6

**assist**
15:22 16:10
27:19 68:12

**assistants**
170:12,21,25
171:6

**associated**
80:9 134:11
145:19,24

**assume**
8:1 127:24

**assuming**
170:14

**assumption**
21:2

**assumptions**
102:6

**Atarax**
125:7 151:19

**attached**
158:3

**attachment**
78:12,13,15
89:8 90:14
94:4 98:24

**attend**
54:18 55:5
59:1

**attended**
46:16 55:21
57:12 58:24

**attorney**
7:13

**attorney-
client**
32:21

**attorneys**
8:11

**attuned**
26:13

**atypical**
186:2,3

**audits**
61:21

**August**
13:20,21
14:7,23

15:8,14
91:16

**authority**
169:10,12,
17,18,21,23
170:2

**automatic**
84:1,4

**automatically**
136:8
164:18,20

**autonomic**
86:3

**availability**
179:5,9,12,
15

**available**
17:16 98:16
107:8 129:6,
11 179:17
182:11,16
183:15,19

**average**
137:3,20

**avoid**
8:19

**aware**
7:13 8:10
13:24 14:4
25:22 32:9
33:1 69:4,7
70:18 79:11,
17,18,19,20,
25 80:4,9
89:6 123:7
124:6 134:23
144:3,9
146:2,12,14,
17 147:20,
21,23 148:7,
9 153:4
158:23
159:17,20,22
163:23
164:3,10
173:7 182:17

**awareness**
24:20 28:11,

13,15 124:5
147:8 169:7

---

**B**

---

**B-L-A-K-E**
33:20
**back**
50:7 56:14
62:18 77:13
83:8 93:10
98:3 99:18
104:7 132:18
139:2 141:11
146:16
148:11
155:20
157:18
175:18
177:24
181:13
185:20,25
186:13,15
**background**
40:14 54:8
**backwards**
131:20
**baked**
109:22
**ballpark**
92:12 116:20
**Banks**
4:8
**Barnes**
4:4,20 5:5,
6,12,15 95:9
157:21
**Barnes-recommended**
122:24
**based**
18:10,17
19:13 20:11,
12 21:1,13,
22 27:25
28:22 29:2
41:17 68:4

79:4 86:17
88:23 94:14
95:25 96:4
101:20 103:9
107:6 116:7
122:6 128:7
131:14
133:25 137:3
150:22
166:24
167:14
185:16
**basic**
57:22,23,25
58:3
**basically**
97:2 129:9
**basis**
88:10 96:2
109:6 148:25
166:24
167:3,14,18
170:19
171:7,10
180:15
**basketball**
137:12
**bathroom**
46:1
**Baton**
60:12,17,19
61:2
**bears**
77:21
**bee**
120:10
124:13
155:21 156:1
**Beers**
110:11,14
111:24
**begin**
11:5 15:16
49:21 159:1,
8
**beginning**
13:21 109:22

**behalf**
4:8,12 6:5,
23 75:16
**behavioral**
63:16 113:3,
7
**believe**
23:11 53:22
113:23
168:21
**below**
122:20
**Benadryl**
96:22 121:11
124:11 125:7
151:3,17
152:23
155:2,21
156:3,11,15,
21
**Benadryls**
120:5
**bend**
70:15
**beneficial**
96:16 97:1,
10,19
**benefit**
14:16 51:2
94:18 96:18
97:12 111:5
171:17
**benefits**
6:6 72:15
74:25
**best**
31:24 39:23
48:15 83:1
91:21 92:16
106:12,17
163:11
185:13
**beta**
104:25
133:7,9,13,
19,21,25
134:3,8,10,

19 135:3,5,
7,9,15
136:3,8,12,
15,18,19
137:7,20,24
142:16 168:4
**better**
8:16 95:4
96:24 100:14
**bicycle**
26:9,10
**big**
115:23
149:11
**bigger**
50:24
**bike**
26:14,15
**binding**
9:17
**bit**
44:8 54:8
57:9 68:3
175:15
**bladder**
18:24 24:7,
8,9 25:19
**Blake**
33:18,20
**Blanc**
4:7 33:18,21
**Blanchfield**
5:21 7:14,15
31:21 32:19,
24 45:2 77:7
91:23
105:17,25
106:9 138:3,
14,20,22
171:25
183:21
186:23
187:6,8
**bleed**
100:18
**block**
98:20

101:13,15,17
105:1 113:10
118:17,19,
22,24 119:2
120:1,4,8,12
129:4 130:6
134:4 139:24
160:7 184:22
**blockade**
118:13
129:24
132:21
133:25
**blockades**
161:22
**blockage**
113:11
**blocked**
118:8
**blocker**
136:8,15,18
137:7,20,25
168:4
**blockers**
133:7,9,13,
20,21 134:4,
8,10,19
135:3,5,7,9,
15 136:4,12,
19 138:8
139:11,12,
17,18,19,21
141:14,22
142:16
143:15
**blood**
109:18
133:22
134:2,3,5
136:19,24
139:14
140:3,19
141:15
144:18
**Bluebonnet**
60:23
**board**
97:11 109:10

**bodies**
171:4
**body**
22:20 26:13,
14 72:12,14
73:2,4,7
86:21 96:9,
11 97:2,6
103:21
108:25
109:20
129:3,10,14,
18 130:5,6
131:16
132:11
141:23
155:23
156:18
184:24
**body's**
18:13 19:2
22:18 73:6
96:20 97:24
100:19
120:15,23
121:3,23
129:5,16
143:8 154:9,
11 160:24
184:22
**books**
70:1,24
**bottles**
182:7
**bottom**
51:11,16
113:25 139:8
**boy**
5:5
**brand**
125:6 177:17
182:17
**break**
9:2,3,5
54:12,14,17
77:6,7,12
120:18
138:11,18

139:1
157:12,17
181:7,12,16
**breaks**
9:1
**brief**
115:5
**bringing**
20:14 110:16
116:4
**brings**
115:18
116:11
**broad**
144:16
150:16,21
151:8,12
152:6
**broader**
29:2 102:18
**broadly**
73:14
**broke**
40:25
**brought**
107:14
**budget**
62:5
**build-out**
62:15
**building**
120:1
**bullet**
51:17
**burden**
98:1
**bus**
45:21
**busy**
64:8
**butyrophenone s**
119:10,19
120:19
122:4,10
123:14
124:22 127:1

**C**

**cadre**
110:16
**calcium**
138:8
139:11,12,
17,18,19,20,
24,25
141:14,22
143:14
176:19
**calculation**
25:24
**calendar**
57:14,15
**call**
32:12 37:21
38:14 39:24
40:2 59:11
63:23 95:8
100:14 127:9
184:10
**called**
4:16 34:1
36:20 45:12,
15,16 61:24
62:12,20
110:11
166:14
184:4,5
**calls**
31:25 38:11
**capacity**
73:15 74:17
**captured**
94:19
**cardiac**
136:20
144:21 168:7
**cardiovascula r**
100:23
142:17
**Cardizem**
142:9

care
  35:14 61:8,
  17,19 64:16
  70:7 154:19
  164:14
  170:23
  178:20
career
  20:13 70:6
caregiver
  136:2
Carezone
  62:13 64:25
  74:24 75:17,
  20,22 76:4
Carezone's
  75:24
Carl
  14:9 31:19
carried
  179:16
carry
  48:5
case
  6:7,20 11:11
  12:8,21,24
  13:2,10,19,
  25 14:1,2,3,
  7,11,14,16,
  21 15:11,20
  18:1 19:12,
  20 20:3
  30:2,18
  33:25 37:21,
  24 38:6,19
  41:5 42:12,
  15 49:19
  51:9 52:19
  53:20,21
  54:4 56:17,
  18,23 68:23
  72:2 73:19,
  20,22 74:2,
  24 75:3,10,
  22 80:22
  95:8 105:10
  130:23
  131:11

  137:21
  164:11
  177:25
  178:3,6,14
  185:4
case-by-case
  128:8 166:24
  167:14,18
  168:22
  170:17,19
  171:7,10
cases
  14:4 41:18
  73:16 74:20,
  23 124:3,4
  138:5 156:4,
  16 177:19
categories
  95:17 120:19
  123:22
  124:22
  160:10 170:8
categorize
  125:22
categorizing
  160:9
category
  119:7 126:6
  128:21 133:7
  138:7 150:9
  160:22
  161:11
  175:19
Caucasian
  137:3
caused
  149:2 161:13
caution
  26:6,22
caveat
  161:18
ceased
  36:13
center
  54:21 61:1
central
  4:5 22:23

  77:5,11,14
  138:25 139:3
  157:16,19
  181:11,14
  187:5
certain
  16:23 17:11
  23:21 24:13
  27:14 29:1,3
  39:7 48:19
  69:1 80:18
  81:1,3 85:5
  87:16 89:24
  98:14,25
  99:4 101:17
  124:4 133:24
  161:5,20
  166:11
  169:20
  176:4,10
cetera
  109:4 147:16
  168:11
change
  20:19 29:15,
  22 112:17
  156:1 158:23
  159:2 162:22
  163:2,9,10
  164:4,6,9
  166:9 176:22
  177:14
changed
  29:21 62:7
  79:25 162:25
  177:21
changes
  31:5 38:1
  100:23
  112:4,8,22
  175:23,25
  176:9,12,16
  177:8
changing
  166:3
channel
  138:8
  139:11,12,

  17,19,21,25
  141:14,22
  143:15
channels
  139:25
  176:19
chapters
  70:2,25
characterizat
  ion
  87:22 103:6
characterize
  37:14,16
  73:25 105:6
  126:21 141:9
  142:3
characterizes
  37:18
chart
  61:20 157:23
charts
  160:8
Chelsea
  15:3 31:21
  50:5
chemical
  19:1 72:13
  119:19,22,23
  121:16
  184:11,13
chemistry
  57:22,23
  58:4 101:21
  119:21
chief
  34:5 35:8,23
  36:22 65:20,
  22,24
child
  56:5
chloride
  145:12
chose
  185:5
chronic
  25:13,16,18
  85:11 87:16

88:11,23
89:3 156:24
157:4 178:7,
11
**chronically**
25:6 155:8
156:13,19
**Cincinnati**
59:7,8
71:13,14,18
**circle**
185:20
**circles**
119:21
**circling**
56:14
**circumstance**
137:17
**circumstances**
85:6 136:14
**circumvented**
141:20
**claims**
12:7,12,24
13:2,12 74:5
**clarify**
6:14 14:20
66:6 67:19
73:17 122:3
**clarifying**
41:21
**Claritin**
121:8
126:23,24
127:25
128:6,10,11,
13,14
**Claritins**
120:5 125:12
**class**
120:3 140:6
142:4,15,17,
22 144:4,10,
24 148:12
152:7 160:4
184:7,12,14,
18,25

**classes**
18:16,23
42:4,6,10
53:7 57:25
98:14 99:5
119:21
126:20
140:4,5
142:15
164:17
175:3,5
176:10 185:2
**classificatio
n**
126:25 166:2
**cleaned**
177:17
**cleanest**
116:13
**cleanup**
177:20
**clear**
8:12 27:24
68:9 154:23
**click**
78:19
**client**
65:16 66:7,
9,11,20,22
67:15 68:11,
12
**clients**
65:14 66:16,
18 67:10
68:19
**clini-**
166:13
**clinic**
88:3 89:16
**clinical**
15:24 19:7,8
20:10 26:17,
19,24 27:6
28:22,25
35:12 39:5
58:7,10,17
59:14 60:13,

14,24 61:5
62:8,9 72:5,
6 84:8,11,12
86:19 87:2,
7,19 89:13
106:19
107:11
110:24,25
111:15
128:3,17
135:20
137:19,22
150:25
154:14,19,25
155:19 156:6
157:2 163:7,
16 165:1,8
166:10,17
167:5 168:17
170:5
172:17,21,23
**clinically**
16:3 22:9
26:17 85:13
165:21
166:14,18
169:1,25
170:5
**close**
120:11
177:12
**clot**
100:18
**cloudy**
26:25
**CMS**
61:21 110:10
**co-**
86:10
**cochair**
65:17
**cochaired**
35:15 65:10
**cochairs**
36:4
**Cogentin**
117:14,17

**cognitive**
100:13
110:13
112:22
113:3,7,16
**cold**
129:19
150:13,17
151:1,5,6,10
152:20
153:9,21,24
155:13
**collaborative**
176:24
**college**
54:18,21
57:8 59:9
**colon**
51:13
**column**
159:25 162:7
**combination**
100:2 114:12
154:1 160:14
164:25
**come**
17:21 25:7
27:13 85:20
93:8 102:14
110:21 136:2
143:5 153:1
185:12
**comes**
89:20 127:5
137:6 155:20
169:24
**comfortable**
69:22
**comment**
38:25 151:12
152:5,10
**comments**
50:11
**commercial**
121:7
**Commission**
63:20

committee
  35:16 36:2,3
  37:9 65:8,11
  66:1 67:7,8
  90:17,18
  91:6,11
  93:21 174:12
committees
  65:4,17 67:9
  135:2
common
  107:15
  115:15
  136:19
  143:19,24
  146:6,10,12
  153:24
commonly
  128:22
  142:8,10,23,
  24 143:4,5,
  14,17,22,23,
  24 144:1
  145:23
communicate
  10:20 14:12
  19:6 30:5,23
communicated
  30:3,21,25
  90:20
communicating
  32:17
communication
  174:20,21
communications
  31:4,23 32:1
community
  28:3,4,11
  29:4 56:12
  122:12,14
  134:19 153:4
comorbidities
  85:21
comorbidity
  86:11

companies
  34:7 35:15
  36:2 65:4
company
  34:10,11,12,
  13,14,17,19
  35:3,4,5,9,
  23 36:7,10,
  13,14,16,19,
  20,23,25
  40:5 61:24
  62:6,12 76:3
  170:17
comparable
  147:24 148:7
compare
  114:21
  115:18
comparison
  147:25
compensate
  84:19,21
  85:23,25
  86:9,13
  97:24 102:17
  108:18,20
  109:5,11
  112:16
  126:9,18
  128:16
  131:16
  133:18
  134:7,14
  135:8 140:14
  141:1,12,23
  142:2 143:8
  149:24
  150:24
  151:5,10
  154:10
  160:25
  184:24
compensates
  73:7
compensating
  130:7
  132:12,15

compensation
  108:22
compensatory
  102:13 118:8
  141:17
competency
  179:2
competent
  63:24
complete
  18:19 22:3,
  11 54:3 55:2
  95:4 99:8
completed
  55:4
completely
  8:21
completing
  114:5
compliance
  159:3,18
compliant
  140:23
component
  153:20
  164:15
compounding
  133:1
comprehensive
  68:18 106:8,
  17 107:10
  110:18
computer
  10:6,10,11,
  14,24
conceiving
  100:5
concept
  110:17
  143:11 163:5
  186:16
concern
  115:10
concerned
  152:4
concluded
  187:9

concludes
  187:3
conclusion
  131:2 136:2
  153:1
conclusions
  27:11 130:9
concur
  40:19,21,22
  41:8,24
  133:19
concurred
  41:18
condition
  26:17,20,24
  27:6 84:8,
  11,12,14,16
  86:20 87:2,
  7,19 89:3,14
  106:19
  128:3,17
  132:19
  135:20
  137:22 151:1
  154:15 156:6
  170:6 172:18
conditioning
  103:5
  104:10,16
conditions
  80:18 81:3
  85:11 86:3,8
  87:6,17
  88:11,24
  103:2,9
  117:8 133:24
  168:17
  178:8,11
  181:4
conduct
  58:13
conducting
  134:24
conference
  10:6
confirm
  10:17 52:9

confusing
  7:21
congestion
  157:4
congestive
  84:14
conjunction
  25:20 66:15,
  23
connection
  42:15 52:8
  54:4 56:16
  78:6
consider
  24:6 25:12
  29:24 93:1,
  24 110:15
  114:25
  184:25
consideration
  87:19 95:10
  112:2 124:9,
  14 164:21
considerations
  108:10
  111:2,11
considered
  23:10 86:16
  87:7 91:11
  104:1 110:4
  112:7 125:24
  135:19 186:1
considering
  108:8 168:2
  172:7
consistent
  20:2 79:23
consistently
  130:25 168:8
consult
  107:22,25
consultant
  61:18 64:14,
  19
consulted
  64:15,16

91:8
consulting
  58:12
contact
  15:2
contacted
  13:25 14:6
contained
  99:16
contains
  78:9,13 79:7
  92:18 166:8
content
  20:2
context
  6:18 26:23
  27:5 43:18,
  23 44:3,9
  49:1 136:11
  165:16
  167:23
  171:16 174:1
  176:3,7,22
  177:3,15,22
continue
  83:6 95:15
  98:10 166:1,
  7 177:4
  184:23
continued
  168:10
continuing
  138:12
contract
  7:7 62:22
  63:22
contracts
  62:1,2
contrast
  114:22
  115:19
contribute
  39:11 40:16
  41:4 42:12
contributed
  40:24

contribution
  40:18
conversation
  15:1,6,13
  41:22 53:8
  89:12 98:4
  102:24 104:7
  132:19 137:9
  141:12 156:3
  162:20 163:4
  164:25 165:8
  167:9
  173:13,22
  179:14
conversations
  37:22 41:13
  47:20 163:14
  167:15
converted
  126:1
cool
  22:22 23:3,4
  55:14 97:6
  132:9
cooler
  182:9
coolers
  182:8
cooling
  134:2
coordinator
  60:14
copied
  32:15
copies
  11:2 38:24
copy
  10:9 32:9
  38:21,22
  50:9 186:13,
  14,17 187:7
Corizon
  65:20,24
correct
  5:6,8,9
  6:11,15,16
  8:7 10:15

21:9 29:5,7,
  9 35:25
  36:5,17,18
  37:12 42:15,
  16 47:14
  49:16 51:10
  55:15,17,25
  56:21 58:24
  64:22 65:1,
  6,21 66:17
  67:5,18
  74:16 75:15
  78:14 82:13,
  14 83:1,12,
  19 88:25
  91:19,20
  93:17 95:9,
  11,19,20
  99:1,6
  101:1,2
  102:1 103:10
  104:6 107:1,
  2,21 111:4,
  5,16 117:3,5
  121:21 122:8
  123:1,3,4,7,
  24 124:18,19
  128:22
  129:20 132:4
  133:5 145:2,
  6,21,22
  147:21
  148:14,24
  152:24,25
  158:6,7
  160:17,18,25
  161:1,4,6,9,
  10 165:12
  166:25 167:1
  170:23
  173:14,15
  174:4,5
  178:5,9,13,
  18,21,25
  179:3,6
  180:1,4,11
  181:1,5,6
  183:9 185:19

correction
62:10 119:9
correctional
29:4 34:6,
10,20 35:1,
5,9,13,19,20
43:25 44:1
47:18,22,23,
24 48:3,6,17
62:24 63:1,8
64:1,11,18,
20,23 65:11
66:11 67:2
74:3,8 135:1
143:13
144:3,9
146:2,7,18,
21 147:18,22
148:2 163:21
179:17
corrections
11:7,9 23:19
28:5 30:19
33:2,10
43:15,17
44:22 51:22
62:19 66:21,
23 67:4 70:9
77:22 78:13
79:16 102:20
179:15
correctly
71:11
cough
150:13
153:9,14
counsel
4:24 5:17
15:2 56:20
country
59:5 62:23
67:3
county
43:17 74:3
146:21,23
couple
20:9 26:12
42:18 108:22

course
10:20 11:11
20:6 30:2,18
53:11 81:14
95:7 165:8
172:6 185:22
coursework
57:20
court
8:12,15 51:2
courtroom
9:17
coverage
61:12,13
covered
73:12 101:5
Cox
5:20 15:3
31:20 32:15
45:1
create
44:9 83:4
95:4 106:12,
16 107:11
110:18
130:18
141:17
created
69:24 98:17,
20 100:1
103:17
106:24
creates
94:20,24
creation
91:14 92:3
credentialed
169:2
crews
147:16
criteria
168:2
current
16:2,9 18:5
20:25 21:5,
8,13,17,21
22:8 88:9

95:7,14
99:17 108:12
114:23
172:25
cursory
49:11
custody
74:15 159:7
cyproheptadin
e
151:17

---

D

D-E-L-E-C-A
5:4
daily
151:16
156:13
danger
96:9
dangerous
159:15
database
131:8
date
51:24 52:9
91:14,15,16,
25 92:2,4
158:18
173:20
dated
51:4,23
dates
15:9,25
day
13:21 17:3
20:13 26:14
30:19,25
31:1,6,10
38:9 45:10,
15,17 49:23
88:19 89:1,
17 121:9
123:18
124:11
155:22

156:17,18,24
181:24
182:6,7
186:11
day-to-day
63:5 64:3
days
124:13
deals
100:16
December
37:4
decide
56:1
deciding
115:1
decision
27:1,24 87:4
136:1
137:16,17
154:6,25
155:19 163:6
decision-
making
111:12,15
155:10 157:3
162:23
decisions
86:24 163:7,
9
declaration
16:18 17:7,8
52:5,7,10,
11,12,21
53:6
declarations
13:7 52:22
declaring
178:16
decline
100:13
110:13
113:16
decompensated
86:11

decompensation
  100:4
decompensations
  86:17
decongestant
  150:12
decongestants
  150:17 152:5
decrease
  23:2 82:24,
  25 97:8
  110:8 124:17
  126:17 129:7
  134:5 135:12
  150:3 155:24
decreased
  86:2 113:14
  118:3,6
decreases
  124:6 150:1
decreasing
  129:10
  148:18
  149:11
default
  165:6,14
  167:10
defendant
  74:4
defendants
  15:11 74:1
  158:11
defendants'
  56:20
defense
  74:14
defer
  93:10 148:1
define
  23:13
definitely
  54:5 68:12
  126:16
  135:18
  166:19

definition
  100:6,14
degree
  54:23,25
  55:6,14,16
  57:21 58:14,
  22,24
degrees
  57:2 178:15
dehydrated
  149:21
dehydration
  109:4 110:1
  145:6,8
  149:9,21
dehydrations
  145:4
Deleca
  4:3,15 5:3
  51:3
delivery
  62:17
Delsym
  153:16
demise
  82:1
Dentistry
  70:13
dentists
  169:16
department
  11:6,8 30:19
  33:2,10
  43:16 51:22
  60:16 63:22
  64:18 66:21,
  23 77:22
  78:13 79:16
  80:11
departments
  102:20
depend
  104:13 166:5
depending
  58:15 68:6,
  15 86:23
  107:12

125:24
156:25
162:24
depends
  122:1 156:7
deposed
  5:23 6:1,4,
  9,14,17 7:10
  73:13,17,18
  76:11
deposition
  4:3 7:8 8:4,
  8,25 9:24
  10:21 74:13
  75:6,14
  76:13,18,19,
  22 77:2
  187:4,9
depositions
  76:7
depression
  24:2 117:11
  129:1,2,7
describe
  63:5 72:2
  161:25
describing
  170:16
designated
  11:21
detail
  20:6 91:7
detailed
  125:1,12
  149:1
details
  50:13 90:22
determination
  28:21 29:1
  162:14
  167:25
determine
  108:6 160:3
  170:4
determined
  84:24 128:3
  165:9

determining
  87:9
develop
  62:4 67:15
  68:13 81:20
developed
  21:22 22:7
  41:15 68:5
  69:7 90:15,
  16,19 94:14
developing
  23:20 60:7,
  16 62:3,14,
  21 72:18
development
  17:16 60:4
  63:13 72:7
  90:23 93:4
  105:4,6,7
  107:20 114:1
  122:20
  164:12 165:2
devices
  10:23
dextromethorphan
  153:14
diagnose
  169:24
diagnoses
  168:16
diagnosis
  84:14
dialysis
  27:3
dictate
  128:11,15,18
  137:22 155:3
dieretic
  103:22
  149:25 150:7
difference
  27:2 80:1
  115:6
different
  49:2 54:9
  67:2 68:4,6

78:20 87:6
88:13 98:11
102:20,22
104:8,24
106:23
109:10
114:21 116:2
121:17,18,19
122:17
137:19
142:15
149:4,6,15,
16 156:3,5
157:3 161:6
166:19
168:16,17
169:7,9
177:16 184:9
**differently**
26:15 48:20
137:2
**difficult**
86:13 126:8
145:13,15
149:23
**difficulties**
50:20 113:20
**difficulty**
100:21
**dihydropyridi
ne**
139:18,23
176:19
**dilation**
134:1
**direct**
4:18 64:1
**Directive**
78:24 79:3,
13
**directives**
13:6 51:19
**directly**
32:4 40:7
**director**
35:10,24
60:13,18

62:8,9 65:20
**discipline**
170:3
**disciplines**
59:16
**discrete**
93:20
**discuss**
15:3
**discussed**
39:15 48:14
52:12,14
74:20 76:6
108:18 114:9
118:14 131:3
158:20 173:9
184:3
**discussing**
27:8 56:15
75:1 126:20
167:18 174:3
**discussion**
48:6 135:19
**discussions**
42:4 159:17
173:16
**disease**
23:22 24:10
25:13,17,18
26:20 162:4
**diseases**
86:4
**disorder**
48:1,9 49:8
117:16
**disorders**
94:8,10
**dispensed**
28:20
**dispute**
6:24 7:6,7
76:2
**dissertation**
58:19,21
**distribution**
70:9

**diuresis**
144:17
149:3,8
**diuretics**
144:14,15,
20,24,25
145:3,6,7,
11,14,17,19,
24 146:3,7,
13 148:11,
12,20,21,22
149:2,4,20
**division**
62:11 63:8
**dizziness**
100:13
**DM**
153:16,19
**Doc**
5:6 11:6,22
15:24 16:10,
12 18:19
19:7 21:7,
12,13,21
22:5 27:10
28:13,20,24
29:7,9,12,15
30:5,13
40:17 43:8,
10 53:11
62:2 67:23
70:13 78:10
79:24 80:14,
21 83:19
89:25 91:11
95:11 122:25
123:6,11
141:3 143:2
148:22
173:10
174:10,18
175:18
178:8,16
**DOC's**
16:24 17:15,
16 21:8,17
29:20 52:16
53:18 90:17

92:6 95:15
159:7 178:3
**doc-**
17:23
**doctor**
5:8 55:16
57:4,21
58:14,23
59:2 91:24
105:18
106:1,10
138:4 172:2
**doctors**
169:6
**document**
13:1 17:14
50:20 52:1
53:15,16
68:18 77:16,
19 78:4,9,
12,19,20,22
79:1,2,3,7,
14 91:14,16
120:22
158:3,6
**documentation**
16:18
**documented**
168:13
**documents**
13:3,4 15:18
16:6,20,23
17:2,17,19,
23 53:10
54:3 56:15
114:19
160:9,21
**Docusign**
50:7
**doing**
13:16 40:8
61:20 81:11,
18 87:12,13
109:14
123:25 140:2
148:16
159:15

**DOS**
169:13
**dosage**
157:7
**dose**
128:6 136:23
137:7,11
155:22
156:3,19
168:4
**dosed**
156:12
**doses**
136:22
**dotted**
63:17
**download**
186:7,8
**downloaded**
186:12
**doxylamine**
151:19
**draft**
49:22,25
50:6
**drafted**
49:25
**drafting**
49:21,23
**drafts**
50:4
**Drew**
5:21 138:13
**drinking**
149:13 150:1
**drive**
154:15 155:9
**driver**
27:16
**drives**
22:23
**driving**
27:20
**drug**
16:25 18:16,
24 24:21,24
25:24,25

26:3 28:12
41:16 42:4,6
60:6,8 93:3,
6,12 96:12
97:5,7,18,19
98:14 101:21
104:1 108:24
112:19,20
113:4,8
115:10 116:8
120:1 122:6
132:19,22,25
136:20
137:2,21
153:15
154:16
156:2,25
157:1,6,8
161:3,11,14
164:16
171:23
177:21
184:3,4,7
185:13
**drug's**
113:10
171:21
**drugs**
18:19 19:5
21:20 23:10
26:5 27:8,
14,15,20,25
28:1,2,6,10,
18,20 29:2,3
69:2 70:20,
22 93:1,11,
21,23 94:25
95:11,14,17
101:12,14,17
102:16
103:19
108:9,15
111:12 116:6
117:13
118:16 119:7
120:3,8,14,
19,23 121:3
122:16

123:15
125:17,22
126:3,6,10,
15,24 132:23
137:1 138:8
142:5,17,22
143:7 144:4,
10 150:9,10,
15 151:13,24
152:1,22
153:6 154:7,
9 156:13
160:4,21
161:5,20,21
164:13,17
165:6 167:10
176:1,10
185:1
**dually**
168:24
**due**
133:18
**duly**
4:16
**duration**
102:9 157:7
**duties**
12:16 29:21
**duty**
29:21 45:13,
23 81:1
84:10 85:17
86:14 87:9,
21 89:4,20
99:25 100:1
114:2,6
116:23,25
127:25
128:1,2,7,
11,18,19
135:16
136:9,13,16
137:18,22
151:1 152:15
154:15
156:2,5
162:18,22,
24,25 163:2,

10 164:19
165:7,13,15
166:3,7
167:12,20
168:9 170:18
171:8,23
172:8,11,16,
21,22 173:1
**duty-status**
85:7
**dysfunction**
120:14,20

**E**

**e-mail**
32:2 37:23
38:22 173:21
175:1
**e-mail's**
173:23
**e-mails**
31:25 32:3,
12,18 38:18
39:8
**earlier**
33:24 41:7
56:15 75:1
83:10 85:8
94:6 102:19
103:7 108:18
131:3 161:19
168:3 181:19
**early**
15:8,14 37:7
**easiest**
115:8
**easily**
94:19,20
**Edelman**
38:16 39:25
40:3,7,16,23
41:4,12,14,
23 42:1,6,11
107:23
**Edelman's**
40:14 41:7

edits
  50:11
education
  159:11
educational
  158:21 159:9
  162:8 164:7,
  15
effect
  22:23 59:23
  73:2 79:8,21
  83:15,18
  97:2 101:24
  102:14
  121:5,14
  122:5,6
  129:19,23
  130:5
  131:15,16
  135:25
  140:5,7
  141:16 154:9
effective
  150:2
effectively
  19:6
effects
  21:20 58:7
  72:15 103:21
  112:19
  113:4,7
  121:17
  137:11
  145:21 152:2
efficacy
  179:25
either
  23:17 24:9
  25:5 37:22
  45:18 54:24
  61:11 75:7
  81:2 96:10
  116:4 137:21
  147:6,12
  149:7 163:9
elaborate
  96:5 111:8
  186:5

elderly
  110:12
  112:3,8,24
  113:15
electrolyte
  145:13,15
  149:17
electrolytes
  149:10
  150:5,6
elicit
  129:3
eligibility
  6:7
eliminated
  81:3
emergency
  37:15 179:19
emphasizing
  118:10
employed
  30:5 36:17
  60:12 171:2
employee
  6:20,21,25
  34:11 35:4,5
  36:25 37:5
employees
  34:12
employer
  6:5,8,19,24
  7:6 35:22
  75:17
employment
  60:10 137:13
encounter
  88:3 89:16
end
  8:8 13:21
  37:6 39:6
  58:16 176:5
  177:13
engagement
  53:11 54:4
enhance
  94:21

ensure
  114:6 159:2
  171:10
entailed
  16:5
entering
  74:8
enterprise
  63:12
entire
  79:24 182:11
entirety
  49:25
entities
  67:2,9 144:3
  146:3
entitled
  51:18 139:10
environment
  45:23 101:25
  102:3,4,7
  103:2
  105:14,22
environmental
  103:14
envisioning
  170:19
equal
  95:1
equipment
  179:5 180:10
equipped
  183:8
ER
  37:12
ER-TRAINED
  34:5
err
  172:10,19
erring
  171:22
error
  159:14
essentially
  166:2
estimate
  5:25

et
  109:4 147:16
  168:11
evaluated
  162:13
evaluating
  87:20 106:24
  107:4
evaluation
  107:11
  130:16
  137:19
  167:22
  168:23
  170:17
evasive
  68:5
evenly
  147:5
event
  25:12 83:3
  93:7 94:13
  115:11
  149:23
  162:19
events
  11:12 93:6
eventually
  34:25
everybody
  68:7
everyone
  30:20 59:4
  122:14
  158:23
evidence
  20:19
exact
  15:9 47:3
  102:2
  158:17,18
  173:20,25
exactly
  37:7 68:23
  77:5 82:9
  163:3 176:25

EXAMINATION
4:18
examples
81:4 126:22
153:11,19
154:6
exception
9:4 95:19,20
98:9 118:2
166:11,21
167:13,19
168:12,18
171:8
exceptions
166:23 167:2
170:14
exchange
38:18
exchanged
32:3,11
exclude
154:6
excluded
154:5
exclusions
153:22
excuse
4:20 87:8
160:21 161:9
exercise
86:25
exertion
84:15 180:6
exertional
105:2
exhibit
51:5,6 77:20
78:23 94:4
98:24 99:17
113:24
139:10
158:4,5
167:11
exist
142:14
existing
95:18

expansion
162:4
expec-
171:12
expect
20:1,4 112:5
183:25
expectation
19:24 49:2
106:18 169:4
171:12
172:16,20
expended
162:4
experience
4:7 72:17
92:11 135:1
137:5 143:3,
12
experiences
49:15
experiencing
134:16,20
expert
6:15 10:7,9,
13 11:22
14:1,7,10,16
15:11 19:20,
22 20:2 32:7
33:25 39:12
40:24 49:18
51:3 72:1,24
73:1,9 76:14
139:9 180:13
183:14
expertise
15:4 19:24
37:14 40:14
72:3 73:8
92:11 180:25
explain
20:7 21:16
29:17 35:6
83:21 85:17
99:21 101:10
133:14
139:20
147:25 154:6

176:18
explaining
176:21
explanations
38:25
exposed
84:18 89:25
96:15 102:8,
12 105:15,23
106:3 108:19
118:7 141:24
143:8
exposure
23:7,8
85:22,23,24
97:24 100:1,
2 102:9,16
135:7
express
163:24
174:23
extent
76:6 180:17,
25
extrapolate
142:18
extreme
85:22 96:15
extremely
142:10
extremities
140:9
extremity
140:8
eyes
96:21

___

**F**

___

facilities
29:9,13
35:19 43:9,
11,17,23
46:1 47:23,
25 61:19,20,
21 62:24
63:1 64:1,

16,19 102:20
104:9 135:2
143:13 144:9
146:2,7,18,
21 147:10,
18,22 148:2
170:13,14
facility
25:15 29:6
35:13 43:20
44:1 46:15,
18 48:8 49:7
64:17 66:11
74:3,8 80:10
89:24 102:21
103:3 104:8,
9,12,16
111:7 137:6,
15 148:5,6
168:12 180:3
fact
6:12,14 22:9
28:9 87:12
117:20
145:23 146:1
164:3,11
factor
103:19
126:11 182:1
factors
25:23 101:24
103:14,20,25
104:5 111:11
Fahrenheit
178:15
failure
84:15,19
137:21,25
144:19
fair
8:2 13:24
33:24 52:20
53:12 66:25
78:9 87:22
88:11 103:6,
11 105:14,21
111:10 128:5
129:15 133:9

134:10 145:4
147:17 159:4
170:10 178:6
184:10

**fall**
121:10
156:23
184:7,14

**falls**
19:23 184:12

**familiar**
33:3,6,17,
18,22 40:2,
10 83:10
184:4

**family**
56:8

**fan**
56:5

**far**
16:16 53:8
74:21 80:8
87:22 135:22
147:20,21
153:4 167:16

**farm**
12:17 13:13,
14,15,18
43:20 44:5,
21 45:12,21
46:16 49:10,
15 67:24
68:1 81:5
90:2 103:4
104:15,18
105:12,16,21
108:17
147:15,19
148:8 180:6,
11 181:4

**FDA**
93:13 122:17

**federal**
43:17
146:20,22
147:10

**feedback**
9:10 174:24,

25 175:2

**feel**
44:3,18
96:24 109:25
135:22
184:23

**feeling**
108:13

**fell**
98:14

**felt**
16:13 99:11,
15 174:18,19

**female**
56:6

**fexofenadine**
127:6

**field**
56:1 105:21
182:9,10

**fields**
105:16
181:1,4,18,
24 182:5,22
183:1,5,16,
20

**fifth**
43:1

**fight-or-
flight**
96:7,14
120:8

**final**
176:6

**finalized**
32:8

**finally**
62:10

**financially**
4:10

**find**
69:24 115:24
130:23,24
131:5

**fine**
45:2 54:12
65:9 72:23

77:9 138:12,
14,20

**finished**
8:21 59:2

**first**
4:16 5:3
13:19 14:6,
19,20,25
18:2,4,8
33:20 38:17
42:19,21,23
51:17 57:2
59:10 64:10,
13,20 100:7,
12 108:16
111:16,24
114:3 123:13
136:17
179:5,7

**first-year**
59:11

**five**
38:7,9

**five-minute**
77:6 157:11

**flight**
96:7

**Florida**
60:22

**fluid**
103:22
144:18
149:3,17

**fluids**
109:15,16,17

**flush**
96:20

**focus**
12:17 18:10
28:16 53:3
98:7 116:4
117:20
147:4,8
177:24 178:2

**focused**
12:9,13
21:18 53:6

59:21 60:1,3
98:12
116:13,24
147:12

**focuses**
59:14

**follow-up**
173:19
174:25

**followed**
112:3 158:25

**following**
31:1 88:18

**follows**
4:17

**forced**
172:20

**forgive**
5:16 69:11

**form**
91:23 105:17
106:9 138:3
172:1 183:21

**formally**
15:10

**formatting**
177:20

**forms**
148:20

**formularies**
62:3 143:6

**formulary**
16:25 17:16,
21 27:10,16,
17,18,19
53:23 93:1,
22

**formulations**
154:4

**forth**
72:1

**fortunately**
69:8

**forward**
174:12,15
177:1

**found**
   134:21  170:2
**foundation**
   183:22
**four**
   46:21  57:17,
   18
**four-year**
   58:2
**fourth**
   76:12
**frame**
   36:6
**framework**
   109:19
**Franklin**
   10:2
**frequency**
   18:11,17
   21:20,23
   27:12,17,25
   28:16  29:1,3
   92:8  109:4
   185:3
**frequent**
   23:22
**frequently**
   22:3  23:14
   24:6,14,22
   25:5  27:10,
   14  28:2,6
   92:12  108:21
   117:15
   182:14
**Friday**
   4:4  42:21
   123:19
**front**
   9:18  95:25
**full**
   5:2  56:23
   76:6  148:12
**full-time**
   64:20
**function**
   82:6  86:18
   97:3  100:22

**functionally**
   79:13
**functioned**
   80:8
**functions**
   82:9  86:12
   100:20
**furniture**
   104:21

---

**G**

**Gamble**
   33:16  90:25
**gamut**
   131:10
**gave**
   8:5  13:1
   25:4  136:18
   154:5
**general**
   24:4  60:12,
   18,19  82:23
   137:24
   142:23
   170:16
**generality**
   170:10
**generally**
   57:20  108:10
   133:21
   169:13  170:7
**generation**
   127:10,12
**generic**
   177:17,19
**genetically**
   137:1
**gentleman**
   38:16
**geographic**
   147:3,8
**geographically**
   146:25
**get all**
   54:25

**getting**
   26:9  49:12
   161:24
**give**
   8:6  9:21
   30:20  50:11
   110:20  115:5
   116:5,19
   126:16,22
   127:5  153:22
   158:17
   165:16
   166:19
   172:21,22
   177:3  184:18
**given**
   48:18  88:1
   122:15  124:4
   133:4  137:17
   159:19  162:6
   167:12
   169:13  170:2
   180:14
**giving**
   9:18  38:21
   161:18
   176:2,7
**gland**
   120:14,20
   121:25
**global**
   116:4,11
**gloves**
   45:18
**goal**
   18:15  80:17
   81:8,18,20
   106:16
   108:18
   109:14
   114:13
   185:12
**goals**
   80:14
**goes**
   34:17  59:5
   98:3  100:9
   132:18

   141:11
   165:20
**going**
   19:2  25:16
   26:11,14,18
   32:20,21
   39:20  44:4
   49:12  50:15,
   16,22,23
   51:5  54:7,
   11,13  55:21
   61:19  67:23
   69:1  73:6
   77:10,16
   78:18  83:8
   92:25  93:5,
   16,17  94:22
   95:13  96:11
   98:21  99:17
   100:8,22
   101:3,6
   102:8  104:7
   106:18  108:9
   110:2,21
   113:18,25
   115:8  122:14
   123:10
   124:10,14
   133:13  136:4
   138:12,15,24
   142:12
   148:11
   155:9,23
   156:4  157:2,
   10,11,15,21
   159:3  163:8
   171:25
   172:21,22
   177:25  181:9
   186:8
**good**
   4:20  27:4
   54:15  77:6
   119:13  139:5
   158:21
**grabbed**
   153:25

graduate
  55:12
graduated
  55:18 57:10
granted
  124:2 165:7
granting
  167:20
great
  9:10 50:19
  55:18 113:23
  121:6
greater
  20:6
greatly
  136:23
Griffith
  56:5,6
ground
  7:11
grounds
  79:15
group
  86:7 127:9
guaifenesin
  151:9 153:12
guess
  70:11,23
  102:5 124:25
  160:20
guide
  111:12
guided
  171:22

———————————

**H**

half
  54:12 138:10
  146:14
  156:14
handful
  32:3
handle
  137:1 156:5
handled

35:19 137:5
  170:20
handles
  137:4
hanging
  156:17
happen
  16:3 69:8
  86:8,12
  129:2
happened
  14:25 149:24
  176:22
  186:9,10
happening
  118:18
harm
  82:1
harvesting
  105:12
HCP8
  77:23 78:1
  79:13 83:8
head
  8:15 26:11
  76:23
headaches
  136:22
  137:8,11
  168:5
heading
  119:6
heal
  97:2
health
  34:6 54:21
  60:12,20
  61:7 63:16,
  22 64:18
  65:23 82:21
  90:8 124:17
  135:11,13
  148:16 159:6
  171:10
healthcare
  28:4 34:10
  35:5,9,20

61:12,13,17
  77:23 78:25
  81:23 82:1,3
  128:4 135:17
hear
  9:8 96:8
heard
  40:4
heart
  84:14,19
  109:3
  133:22,24
  137:21,25
  140:7,15,25
  144:19
heart's
  105:1 109:17
  141:16
heat
  14:18 17:14
  18:14 19:3
  22:16,19,21
  23:8 51:19
  52:5,12,15
  53:3,17
  66:3,7,16
  67:1,13,17,
  24,25 68:7,
  19 69:13,21
  70:17 72:25
  73:3,4,7
  78:10,14,25
  79:8,21,22
  80:14 83:9,
  14,22 84:6,
  10,17,18
  85:23,24
  87:21 88:22
  89:4,20
  90:1,13
  91:22 92:13
  93:9,19,23
  94:3,13 95:2
  97:5,20,25
  98:23 99:3,
  20,22,23,24
  100:1,2,6,
  14,19,24

102:7,8,12,
  16,22,23
103:11
104:2,3,11
105:15,24
106:3 108:19
109:12
111:13
112:16
113:1,14
114:1,6,14,
  16 115:2
116:23,25
118:7 122:24
123:5,15,22
124:7,17
128:1,18
130:3,9,13,
  14 131:22,24
132:1 134:11
135:4,6,7,9,
  15 136:5,8,
  13,16 140:14
141:18,24
142:4 143:9,
  16 144:4,25
145:20,25
146:3,7,11,
  16 148:13,23
150:3 151:6
152:14 153:7
154:10
155:25 158:8
160:13,25
161:4,6,9,17
164:19
165:7,13,14
167:12,20
170:18
171:7,21
173:1 178:3,
  16 184:19
185:1,10,16
heat-duty
  12:3,6,10
  15:23 17:15
  18:3 31:1
  44:7 68:8
  80:20,24

81:9,16
82:7,12
83:25 85:14
88:10 89:9,
22 90:4,7
124:2,4,12
128:13,15
133:4 136:6
138:1 162:13
164:21,24
165:10,22
168:14 178:8
183:10
**heat-illness**
99:25
**heat-precaution**
85:17 88:23
**heat-related**
12:16 14:15
21:24 22:14,
17 24:18
29:21,25
85:5 97:16
98:9 101:1
110:7 114:16
115:11
117:22,25
130:18
134:16,20
135:6 137:18
141:25
142:19 156:5
185:5,14
**heatstroke**
100:11,16
**heavily**
94:6
**heavy**
153:25
**held**
62:1
**hello**
49:11
**help**
68:23
**helpful**
161:23

**helping**
61:11 62:4
68:13
**helps**
156:23
**Hey**
132:8
**high**
12:12 17:25
20:7 21:23
24:22 57:10
60:9 93:8,23
98:13,25
99:5,11,14
102:16
118:2,19
127:12
133:10,17,22
136:19,24
141:1,15
142:10
145:4,8
161:12,17,
18,25
**high-anticholinergic**
152:24
**high-heat**
154:11
**higher**
94:24,25
97:15
101:12,15
102:12
107:12
112:24
120:24
121:12,13
145:5,9
**highest**
97:25 98:2
101:14
117:21
118:10,12
119:2,3
126:1,4
140:12

142:16
160:16
**highlighted**
176:1,21
**highly**
21:18 69:2
94:12,16
96:23 99:9
109:25
110:12
112:3,7,10
122:13
132:2,6,17
133:16
137:12
**hinder**
18:13
**hired**
34:23
**histamine**
120:4,9,12
**historically**
162:5
**history**
60:10
**hit**
120:11
**hold**
5:7
**holes**
16:8
**home**
10:2 56:11
**hometown**
56:11
**honorable**
56:9
**honorific**
5:7
**hope**
43:12 106:14
**hormone**
96:8
**hospital**
58:11 59:7,
8,13 60:3,5,
15,22,23,24

61:6
**hospitals**
58:12 63:16,
17,21
**hot**
103:4
129:18,21,24
134:1
**hour**
54:11
138:10,17
**hours**
138:17
**housing**
45:11 46:6,
7,17,19,21
48:9,11,13
49:8 68:2
**huge**
56:5
**human**
63:23 124:16
135:11
148:16
**hydroxyzine**
151:19
**hypertension**
137:20,25
141:15 168:6
**hypertensive**
137:10
140:21
**hyphen**
5:5
**hypotension**
134:6
**hypotensive**
140:21
**hypothalamus**
108:24 110:9
118:5 120:17
121:21,23
129:13,16,
18,20 131:15
132:8 184:21

---

**I**

i.e.
  12:16 18:14
  82:19 84:14
  90:1 97:13
  100:4 103:22
  104:14
  118:25
  126:11 129:8
Ideally
  92:17
identical
  79:13 80:7
identification
  51:6
identified
  152:22
identifies
  81:15
identify
  80:17 81:8
  125:16
  126:20
  135:24
illness
  12:16 21:25
  22:17 24:2,
  17,18 25:11,
  21 85:5
  97:16 98:9
  99:24 100:4,
  5 101:1
  110:7 114:16
  115:11
  117:11
  130:18
  134:16,20
  135:6 141:25
  142:19 185:5
illnesses
  136:20
immediately
  15:15,17
  60:11 108:14

impact
  111:19
  121:23 143:8
  150:3
impacted
  104:5 157:7
impacting
  160:24
impacts
  111:3
impair
  120:15 121:3
  144:21
implement
  165:11
implementation
  158:22
  159:12,16,
  18,21
  162:11,16
  164:6 166:6
  172:14,15
  173:8
implemented
  123:11
  158:16,20
  159:2,5
  162:1 164:5
  165:5 166:7
implications
  184:20
importance
  175:11
important
  8:12 28:9,15
  43:14 48:25
  49:3 82:12
  90:7 104:25
  106:8 114:25
  115:3
improve
  106:14
  164:14
improvement
  82:16

in-person
  31:11
inability
  85:11 100:19
  118:7 141:1
inaudible
  12:20
incarcerated
  23:18 49:9
  142:24
incarceration
  137:13
incidence
  24:22 25:1
  185:14
incidents
  24:1
include
  27:24 64:6
  84:9 98:25
  99:4 109:7
  112:9 115:1
  127:5 146:3,
  6,13 148:22
  151:25
  152:16
  154:3,13
  176:3,10
included
  16:17 111:13
  150:18
  177:10 185:3
includes
  100:25
including
  32:19
inclusion
  93:1,3 135:9
  185:9
incomplete
  8:5
incorrect
  8:5
incorrectly
  69:12 119:8
increase
  18:14 22:10,

12,16 24:20
53:2 82:1,18
85:1,4,15
110:1,13,22
111:1 112:8
120:23
129:14,17
134:15,19
135:4 140:19
143:15
144:17 154:2
161:3 185:16
increased
  14:17 19:3
  22:15,22
  23:5 24:17
  52:14 87:17
  97:6 98:20
  100:3 109:3
  117:24
  122:21
  124:20,24
  125:10
  130:21
  134:11,12
  140:13,16
  141:8,25
  142:20
  143:18,22
  144:18
  145:20,24
  149:3 150:23
  152:12
  155:14
increases
  103:22
  110:25
  159:12
increasing
  26:4 83:5
  110:22 129:6
  161:8
indication
  127:7
indigent
  61:8
individual
  62:2 66:9

69:6 79:24
84:8 107:24
112:6 115:9
162:10
**individual's**
23:3 155:24
**individuals**
45:14 81:22
115:20
**induce**
114:15,16
**industry**
23:19 92:11
**infection**
25:20
**influenced**
103:2
**inform**
48:22 163:9
**information**
39:2,5 60:7
175:15
**informed**
48:24
103:12,13
104:4
**infrequently**
18:18 22:10
23:11,14
24:9,25
27:10,15
94:17 108:21
**infusions**
61:2
**ingredients**
153:24
**inhibit**
145:11
**inhibitors**
128:21 129:9
**initial**
5:4 14:9
18:9,20
38:25 49:22
89:12 98:3
125:4 132:18
175:24

**initialled**
137:8
**initially**
20:12 22:7
34:15,23
61:24 65:22
125:3 132:7
176:17
**initiated**
100:18
**initiative**
13:5 16:19
51:18,22,25
**inmate**
12:4 74:2
81:22 90:3
**inmates**
44:4 46:4
48:7,14
49:7,13
104:15
147:13,19
**innovative**
62:14,16
**inpatient**
63:16
**inside**
46:6 58:10
74:3 137:15
**instance**
23:7 136:25
**instances**
24:17
**institution's**
93:22
**institutional**
167:3
**instructs**
7:15
**insurance**
27:18
**intend**
19:11,15
**intensity**
122:5
**interacted**
31:8 33:13

**interaction**
35:14 73:3,5
163:16 174:8
**interactions**
72:25 163:21
**interchangeab
ly**
80:13
**interested**
4:10 34:2
59:5
**interesting**
55:8
**interfere**
121:22
134:13
**interfering**
120:17
121:20,22
**internal**
28:24 68:17
173:6
**internally**
67:17 174:18
**interpreted**
153:18
**involuntary**
97:8
**involved**
6:9 23:17
50:1 65:3,10
73:14 74:18
76:8 90:23,
25 91:3
108:22
**involvement**
23:19 48:3,
14
**issue**
67:22 98:20
**issued**
51:8
**issues**
105:10
**issuing**
78:6

**item**
52:4
**ive**
169:23

---

**J**

**jail**
69:6 146:23
147:9,13
**James**
4:7
**Jersey**
70:12
**job**
64:10 106:4
166:1
**jobs**
105:2
**joint**
36:1 63:20
**jointly**
35:15
**Journal**
70:9
**journals**
70:4 71:12
**judge**
9:18
**July**
13:21 14:7,
23 15:8,13
**just-**
23:18
**justice**
13:5 16:19
23:16,18
51:22,25
**justice-
involved**
24:5
**justification**
60:5 110:20,
24
**justify**
115:3

**justifying**
60:17
**juvenile**
64:18

---

**K**

**keep**
54:13 67:21
116:16
138:15
185:21
**Keldie**
14:9,12,19,
20 15:1
17:21 30:4
31:19 32:14
33:23 34:3,
4,8 35:6,23
36:3,16
37:3,8,11,
20,23 38:6,
12,13,15,18,
22 39:9,11,
14 40:6
41:14 42:11
65:19 76:21
77:1 107:23
178:11
**Keldie's**
35:2 36:21
**Keogh**
5:20 15:3
31:20 32:15
45:1
**kept**
185:23
186:2,4,13,
14,17
**key**
27:22
**kick**
5:1
**kidney**
144:19 149:5
**kidneys**
27:4 149:5

156:16
**kind**
22:12 26:25
45:15 46:14
47:5 68:6,17
96:20 99:23
100:5 107:10
108:4 109:6,
22 120:4
125:1,23
132:18
144:16
146:17
150:21
175:16
176:5,6
185:3 186:18
**kinds**
163:14
**kitchen**
104:20
**knew**
45:18
**know**
7:21 8:25
9:2 12:7,24
17:1 20:19
24:2 26:11,
24 27:2
28:12,16,18
32:16 33:5,
9,14 34:8,18
37:18 38:2,
17,20 40:8,
20,21 41:11,
16,17 45:24
46:1 47:6,19
48:5,18
49:11 50:17,
19,25 51:14,
24 52:15,17,
23 53:16
54:13,16
55:8 56:18,
25 70:7
73:17 75:2,
10 76:2,3,5
79:11,19

82:1 86:1,
22,23 91:15,
25 92:4,19
97:22 98:21
104:19,24
106:16
108:4,5,6
109:6,15,16,
20,22,23,24,
25 110:18
115:10 116:5
118:8 119:20
120:4 121:11
123:8,9,10,
12 124:15
127:18 131:4
132:20
140:20,21,22
143:10,24,25
144:13
145:7,14
146:9 147:9,
11 148:3
149:13
159:1,19
162:8 163:2
172:19 173:5
174:16,17,
19,22 175:14
176:2 177:12
180:12
181:23
182:1,4
183:2,3,6,7,
12 186:14
**knowledge**
16:2 180:18
181:20
182:20,24
**known**
135:3 143:7,
10 145:23

---

**L**

**L-E-B-L-A-N-C**
33:21

**lab**
58:18
**labeled**
78:12
**labor**
180:6,20
**lack**
100:14 102:7
169:6
**Lancet**
71:11
**land**
107:11
**laps**
26:12
**large**
104:9
146:22,23
**larger**
147:9 157:25
**Lasix**
149:22
**Lastly**
8:25
**lasts**
27:3
**late**
14:23 15:8,
13
**lateral**
63:15,21
**Lavespere**
30:8,14,22,
24 31:5,7,23
32:4,7,12
89:12 90:21
107:25
159:20
173:6,12,14,
17 174:3,23
**Lavespere's**
174:7
**lawsuit**
11:23,25
12:3 74:9,14
**Le**
4:7 33:18,21

leadership
  15:25 19:7
  60:3
Leah
  4:23
leaned
  153:24
leans
  94:6
learn
  13:19 183:18
learning
  57:1
leaving
  36:13 174:10
led
  62:9
leeway
  166:20
left
  36:10 37:6
  61:4,16
  73:18 149:18
  182:11
legal
  4:9,13
  182:25 183:2
legs
  140:9
length
  25:25
letter
  51:21,24
  125:4
level
  12:12 17:25
  20:7 60:9
  161:25
  168:21 169:4
  170:4,25
  180:5
liaison
  63:10
licensed
  168:24
  169:1,11
  170:1 171:14

licensing
  171:4
licensure
  171:4
life
  86:24
life-
threatening
  142:7
lifestyle
  168:10
likelihood
  130:16,17
  131:14
limit
  73:8 80:20
  108:20
limitations
  169:19
limited
  24:11 25:9
  130:4
  152:13,14,20
  154:18,25
  155:5,7
  171:3
limits
  89:24 97:3
line
  9:12 49:10,
  15 63:18
  157:12
  180:11
lines
  73:25
list
  12:10 13:9
  15:23 16:1,
  3,4,9,11,13,
  14,25 17:13
  18:4,5,6,9,
  12,17,19,23,
  25 19:4
  20:25 21:5,
  8,13,17,21
  22:3,6,7,8,
  11 24:19

26:5,22
27:7,25
28:8,10,13,
15,19,21
29:20,22,23
30:15,20
31:2,11
32:16,18
37:25 38:1,
3,20,21,23
39:1,3,15,
19,21,22
40:17 41:14
42:2,7,8
44:3,9 52:6,
13,16 53:17,
18 54:3
66:3,5,7,20,
22 67:13,14,
15,17,22,25
68:1,4,6,8,
14,25 69:2,
3,11,13,20,
22,24 78:14
79:23 80:3,
16 81:7,21
82:17,19,20
83:1,4,6,9,
11,15,18,22,
24 84:5,8
85:2,7 89:13
90:23 91:1,
4,8,11,14,22
92:13,18,22
93:10,13,15,
19,22,24
94:3,5,14,
18,19,21,22
95:3,4,7,8,
9,10,14,16,
18,23,24,25
96:3 98:3,7,
10,11,17,19,
23 99:3,8,
13,16,25
103:8,9,18,
19 104:11,
13,14,17,23,
24 105:4,6,

7,10 106:7,
8,12,13,16,
17,23
107:12,20,21
108:2,4,5,9,
10,12 109:7,
24 110:11,14
111:13,25
112:10,25
114:2,7,20,
24 115:2
116:14,16,24
117:13,14
118:1,24
122:21,23,24
123:6,16,23
124:23
125:6,18,19
126:2,3,5,
10,12,18
127:4,10,11
131:6,12
133:13,20,21
134:8,9,22
135:10
141:4,7,20
144:5,7,10
145:1
146:11,13,17
148:13,23
149:19
150:19
151:7,11,14
152:15
153:8,10,22
154:7,24
155:16,18
158:9,15,21
159:5,10,11,
15,18,19,23
161:15,16
162:1,3,16,
21 163:5,20
164:4,7,10,
12,14,15,18,
20,22,23
165:5,11,20,
21 166:8
167:5 168:15

171:17,23
172:9,12
173:2,3,4,5,
9,13,17,24
174:3,7,10,
12,15,24
175:8,10,16,
21,22,24
176:1,6,7,9,
16 177:2,4,
5,6,7,10,12,
18,22,23
178:4,7,11
185:1,6,8,13
**listed**
53:18 130:25
131:19
167:10
**listing**
99:9 153:18
**lists**
26:23 39:4
52:4 66:10,
16,18,20
67:2,5 80:8
90:13 102:23
119:10
133:15 135:6
146:4,8
**lit**
131:7
**literally**
86:21 110:6
**literature**
16:2 20:18,
20 28:22
107:7,8,10,
17,24 110:3,
17 114:5,10,
11,12,14,17,
19 115:1,7,
14 116:15
118:15
125:21
130:12,17,
19,20 131:1,
8,12,17
134:21,22,24

135:8
145:10,16
146:1 153:2
154:8 160:5
185:17,18,21
186:5,10
**literatures**
130:24 131:9
**lithium**
98:9,11
118:2
**litigation**
4:24 6:7,8
7:5 52:8
73:14 74:18
75:13 76:7
183:19
**little**
26:15 40:25
44:2,8 54:8,
11 56:8
57:8,9 68:3,
4 87:5
157:25
167:23
176:23
177:20 182:9
**lived**
86:24 168:9
**lives**
156:14
**LLC**
36:20
**loaded**
57:5
**local**
146:21
**located**
146:25
**location**
45:22 186:9
**locations**
149:16
179:16
**logical**
114:6

**long**
8:25 25:22
27:3 98:5
135:23 156:9
162:17 166:9
168:8 182:21
**long-term**
24:12 25:7
61:16,18
64:16
**longer**
25:12,13
57:16 76:4
94:22 95:22
110:23
**look**
16:5 23:16
25:15 32:19
44:24 46:12
47:5 56:22
57:6 83:6,9
86:21 99:18
107:13
117:13 121:7
130:17
131:21
142:11
162:10
**looked**
43:23 56:17
85:9 115:10
140:11 143:1
153:23
157:23
176:7,8
185:2
**looking**
22:24 24:13,
24 45:16
50:23 61:25
79:14 87:3
89:8 90:14
92:1 97:22
98:24 99:4
107:15
108:12,16
114:18
119:6,15

122:20 131:1
139:10 157:3
160:5 175:21
177:8 179:20
**looks**
98:16
**loop**
144:25
145:3,7,11,
14,17,19,24
146:3,7,13
148:11,12
149:1,20,25
150:7
**loratadine**
126:22
**lot**
20:11 27:5
39:2 60:6
89:19 103:5
116:11
**lots**
154:1 156:10
**Louisiana**
11:8,12,13,
19 43:10
47:24 68:9
77:21 78:24
105:16,22
123:18
137:12 143:2
**low**
101:19
125:11,18
126:21 127:2
130:3,9,13,
14,18 131:22
132:1 137:7,
11 161:18,20
168:4
**low-risk**
132:21
**lower**
24:25 83:7
126:10,12
127:7,13
139:13
140:9,19

**lowered**
84:22
**lowers**
83:5 140:3
**lowest**
160:22,24
**LPNS**
169:6
**LSP**
11:13 29:6,
13,24 30:5,
12,13,20,25
31:6 42:14
43:4,6 44:12
45:6,8
47:17,21
49:14 51:19
79:8,15,20
80:14,22
83:16,22
84:5 87:12,
25 88:20,22
89:9,25
108:9 123:11
147:24
163:15,23
171:2,8
172:8
178:20,23
179:2,6
181:18,19,
21,25 182:5,
21,24 183:3,
16,20
**LSP's**
88:9 179:25
**lump**
120:11
**lumped**
87:1
**lunchtime**
138:10

——————————

**M**

——————————

**made**
16:1 21:11,

22 27:23
29:15 86:24
152:7 163:7
166:24 167:2
175:23 176:9
183:15,19
**main**
17:13 60:22
170:8
**maintain**
66:3,5,7
67:12 68:17
69:13,17,23
**maintaining**
129:3
**maintains**
66:16 67:17
69:5,9
**maintenance**
128:6 151:16
155:8
**majority**
94:11 144:8
**make**
7:12,14 16:8
18:19 22:3,
11 27:1,24
28:20,25
50:11 81:13
82:19 86:9,
13 87:4
88:14 94:24
95:4 99:19
104:21,22
119:22 126:8
137:16
145:14
151:12
153:25
157:25
158:20,22,24
162:13,22
163:1
167:22,24
168:22
177:16,18
184:23

**makes**
94:12 102:6
110:25
**making**
21:1 38:2
44:3 82:20,
22 145:12
**managed**
61:10
**management**
6:6 34:24
60:2 62:8
**manager**
74:25
**marked**
51:6 77:20
78:23 94:3
113:23 139:9
158:4 167:11
**marking**
51:5
**Martin**
54:20
**mass**
86:2
**match**
59:4
**matched**
59:6
**matches**
68:13
**materials**
11:2 16:16,
17,21 17:11,
12
**matter**
4:6 6:10
15:16 22:22
28:7 75:1,20
126:1
**max**
38:10
**Maxor**
34:19 65:10
**MDS**
169:13

**mean**
11:7 27:4
28:4 39:18
56:4 67:8
84:12,25
92:15,24
100:9 101:4
102:3,4
106:13
108:1,15
114:8 116:17
118:12
122:13,15
123:2 124:24
127:17,22
130:19 131:4
132:5 140:25
142:7 154:20
160:1,23
162:2 165:17
185:23
**means**
6:13 24:22
30:17 56:9
80:24 99:22
101:10
122:19
175:11
**meant**
119:1 165:19
**measure**
113:9
**mechanism**
22:20,21
96:14 98:11
118:8 120:8
130:11
141:18
142:11 149:9
156:25
160:15 161:8
184:9
**mechanisms**
102:13 126:8
129:2 133:18
149:15
160:13
161:6,13

175:12

**med**
19:1 24:14,
18 26:8
27:2,3 31:2
46:10 47:4,
8,11,13,14
48:2 83:24
84:8 86:5
92:21 97:11,
15 98:13
114:16,19
131:14
135:21 137:4
153:13 155:8
156:21 166:8
168:14,16,19
179:18

**Medicaid**
61:10,12
143:6

**medical**
28:25 34:6
35:8,14,24
36:22 38:2
59:9,16,19
60:15 65:20,
22,24 66:12
87:6,16
88:11 89:3
111:3,10
122:12,14
158:15
163:25
166:25
167:14,19,21
168:20
169:5,7
170:8
171:14,20
172:7,10
178:20,23
179:2,8

**medication**
12:10 13:8,9
15:23 18:4
19:22 22:15,
18 23:21

24:7 25:15,
17 46:9,25
47:1,9 52:6,
13 53:7
62:21 63:19,
25 67:1 72:8
73:2,4,5
74:7 78:14
80:16 83:3,
9,22 84:5
89:7,15
90:13 91:22
92:13 93:8,
19 94:3
98:23 99:3
103:13
104:11
107:18
111:4,13
114:2,7,16
115:2 116:23
122:24
123:6,16,23
124:6
132:14,17
135:10 144:5
145:1 146:4,
8,17 148:13,
23 151:11,18
152:6,15
153:8 156:22
158:9 163:1
166:3 168:25
170:19
172:24 173:2
178:3 180:21
185:1

**medication-use**
35:17 62:3
63:12 64:4
73:20

**medications**
12:5,14,18
14:15,17
21:23,24
22:2,9,15,24
23:24 24:1,6

27:12 35:12,
18 46:11
52:14 53:2,7
58:8 61:13
62:23 66:4,
12,17 67:13,
18 69:14
70:17 72:12,
25 80:17
81:6,9,10,
16,17 83:15
89:8 92:18,
20 94:6,7,8
97:14 98:25
99:4,5,9
104:3,5
106:23,25
107:5 109:7
111:19
114:15 115:1
117:1,2
119:4 122:21
123:22
124:1,21
126:17,21
127:23
132:2,6
139:13 141:4
146:11
150:12,13,
18,22 151:8
152:12,16,20
153:10
154:18
155:13
167:21 172:9

**medicinal**
58:4

**medicine**
37:15 59:15,
16 70:12

**meds**
16:7 17:16
18:12 24:13
26:16 32:16,
17 38:1
46:12 53:7
69:21 82:18

83:6 84:9
85:2 86:4,5,
7 94:10,11,
16,19 97:22,
25 98:2,8,12
99:11,13,16
100:2 108:19
109:25
110:1,7,8
112:4,7,10
114:14
115:12,13
117:6
118:18,21,23
125:2 137:4
140:22 142:8
144:17
151:2,16
153:21
154:23
155:6,8
162:12,17
163:10
165:17
171:17
172:13

**meet**
30:4,23
37:20 76:16
187:1,2

**meeting**
31:12,16
38:9 173:18
174:2,4,6,
11,23 176:6
177:7,13

**meets**
92:25

**member**
30:13

**memo**
133:19
150:18

**Memphis**
54:22

**men**
13:12
180:11,20

182:5

**mental**
24:2 25:10
111:19,23
112:4,8,17,
19

**mention**
90:25 91:3

**mentioned**
7:5 12:23
13:11 16:15
17:10 23:9
30:3 31:22
32:11 33:23
36:15 37:11,
21 39:14,24
41:7 42:14
49:5 56:16
65:2,7 67:16
73:23 85:15
91:5 102:21
103:1 111:18
147:17
152:18 167:8
181:17

**met**
30:8,14,16,
21 31:6,10
33:11,12
38:9 49:5

**meta-analysis**
107:14
114:11
115:16

**metabolic**
96:10,17
109:3

**metabolism**
156:2

**metabolize**
129:5

**metabolized**
72:14 155:23

**metabolizing**
129:10

**methodologies**
20:9

**methodology**
20:8 107:3,
16 130:8

**metropolitan**
147:13

**Michael**
4:8

**middle**
5:4 61:19

**migraine**
136:21 137:8
168:5

**mimicked**
137:14

**mind**
109:22 127:5
142:20 177:6
184:16

**minimal**
128:2

**minutes**
77:8 138:21

**mirror**
28:5

**misstatement**
176:14

**model**
62:14,17
75:24

**moment**
83:13 113:20

**monitor**
50:24 155:5

**monitored**
137:10

**monitoring**
166:11

**month**
59:18 181:20

**months**
13:22

**mood**
94:10

**morbidity**
85:12

**morbidly**
85:10

**morning**
4:20 20:7
44:5 53:9

**move**
22:6 32:23
50:22,23
85:11 101:6
128:20 138:7
157:12
174:12,15

**moved**
61:4

**movement**
45:21 94:7
97:9 117:16

**moving**
54:9 77:4
144:14

**MPAS**
169:15

**multiple**
24:15 35:9
38:24 39:4
46:17 57:13
66:10 68:14
84:25 86:5,7
96:13 107:6,
14 114:12
115:16,20
116:12 127:8
130:24
131:3,17
132:20,22
135:5 160:9
161:21,22
179:16

**muscle**
86:2 140:1,
6,9,18

**muscles**
140:2

**myriad**
113:11

------

**N**

------

**name**

4:7,23 5:2,
3,4 33:3,5,
17,18,20,21,
22 34:17,18
38:16,17
40:4 48:10
60:20 73:24
127:18
128:25 129:8
153:15
177:19

**named**
33:1 74:9

**names**
91:5 125:7
164:16
177:17

**Narcan**
47:25 179:9,
12,25

**nares**
96:20

**nasal**
150:12,17
152:5

**Nashville**
61:4

**National**
61:17

**nausea**
100:13

**necessarily**
27:16 43:19
44:13 69:22
94:9 112:13
160:19,23

**necessary**
141:18
168:21

**need**
8:19 9:2
19:3 21:3
24:19 25:22
39:6,20
50:13 51:14
67:25 73:23
87:4 97:5,20

109:18,23
110:14
124:8,12
128:15
129:21,24,25
132:8,9
136:2,17
140:22
151:11 155:2
156:5 162:20
164:8 167:3,
23 177:1
187:6

**needed**
16:1,3,7,14
18:12,17,20
21:14 22:4
23:5 50:7
93:10 97:13
99:16 108:25
109:7,12
154:19
174:9,11,15,
17 182:15
186:8

**needing**
162:10

**needs**
28:21 54:12
92:22 93:13
102:22 104:8
124:6,13
162:13
163:25
166:25 167:6
170:5

**network**
75:23 76:1

**never**
18:18 26:9
28:14 82:25
168:6

**newly**
136:7

**NHC**
61:17

**nice**
187:1,2

**night**
156:15

**nods**
76:23

**non-**
186:1

**non-justice-
involved**
23:25

**non-loop**
148:21,22

**non-otc**
151:21

**non-peer-
reviewed**
70:4

**nonaged**
112:5

**nondihydropyr
idine**
139:19,24
141:14,22
143:14

**nondihydropyr
idines**
141:5,7

**nondispensing**
72:18

**nonscientists**
115:7

**nonsedating**
121:9 122:16

**nontraditiona
l**
184:17 186:1

**noon**
77:5 156:17

**northeast**
147:1

**nose**
96:19 151:4

**notes**
11:2 45:5
99:18

**number**
13:3 17:2
18:16 20:14

34:6 43:16
47:21 51:19
57:6 67:1,5
70:14 71:12
77:23 78:24
82:18 83:6
86:15 94:18
115:18
125:20,21
162:7

**nurse**
169:14
170:9,11,20,
24 171:5

**nutrition**
86:25

─────────

**O**

**oath**
9:13

**obese**
85:10,12

**obesity**
84:19 85:4,
19

**object**
91:23 105:17
106:9 138:3
171:25
183:21

**objection**
105:25

**objections**
7:14

**obligation**
182:25 183:2

**observe**
13:17 45:14,
22 46:2,3,9
88:6,19,25
89:1,16
163:16 164:1
180:12

**observed**
13:15 46:5
48:16 88:2

180:17
182:7,14

**observing**
88:2

**obtain**
57:3,21
58:13 61:13

**obvious**
165:2

**obviously**
9:23 16:2,13
19:22 20:10,
16,20,24
21:19 22:1,
21 23:23
30:3,10
43:16 45:13
46:3,8 48:20
49:18 56:10
62:6 70:15
76:11 81:19
86:22,23
90:1,11
91:13 98:10
108:5 139:23
140:14,20
159:20 162:2
169:16,19
175:10,17
176:25
179:21

**occasion**
75:18

**occasions**
43:5,7

**occurred**
116:9 149:22

**occurs**
117:16

**octagons**
119:22

**offer**
19:11,16

**offered**
181:24 182:5

**offering**
178:14,19,22

179:1,4
180:5,9
181:3
**office**
17:18,24
**officer**
34:6 35:8
36:22 65:23,
24
**officers**
47:19,22
48:3,7,17
179:15,17
**okay**
4:22 5:10,
14,23 7:10
8:8,17,23
9:6,10,23
10:12,16,19,
21 11:1,5,11
12:20 28:23
29:6 31:15
32:6,23
33:16 43:4
44:24 47:13
49:18 50:15,
25 51:11
52:17,25
54:6 56:1
58:23 64:23
65:8,15,25
66:15 71:3,
20 72:24
76:11 77:4
78:1,18
79:4,9,10
80:2 87:5
88:8 91:7
93:16 95:13
101:3
113:18,23
115:5,23
116:14 123:5
127:20
133:7,12
136:7
138:19,21,
22,23

144:12,14
145:17
148:11
152:22
153:17
157:10,14,15
170:7 176:15
177:24
180:24
181:3,7,9
184:3,14
186:18,20
**older**
86:22,23
**once**
25:6 75:16
158:24
**once-a-day**
156:22
**oncology**
60:16
**one**
4:23 17:13
19:1 20:14
25:17 26:10
27:19,22
31:3,22
34:10,12
37:21 38:13,
14 39:24
43:25 44:1,
19,23 45:10
46:23 47:20
52:18,20,22,
23 54:17
59:18,24
65:19 69:13
70:11 72:8
76:8 78:16
80:4,9,10
81:4 82:9
86:5 89:7
93:4 94:11
96:22 103:25
104:1 105:2,
9 107:19
110:25
111:17

112:21
113:13,15,20
115:22
116:3,8,11,
12 117:13
119:18
121:1,6,11
125:13
127:4,19,23
129:1,4
131:5,6
132:19 133:8
134:1 137:1
138:18
140:4,6
144:24 147:6
149:22
155:4,22
156:3 159:24
160:12,22
161:3,11,15,
21 162:12
165:17
167:21 172:8
173:19,20
174:19
175:2,3,5,19
177:14 184:3
185:13
**ones**
17:3,6
127:15,16
140:11,24
142:14 154:5
155:15,17
**ongoing**
92:23,24
93:11
**online**
116:18
**open**
10:14 56:11
134:2
**opens**
140:2
**operate**
63:8 121:20

**operations**
13:18 46:14
48:19 60:25
**opining**
180:2
**opinion**
18:2,6,8,16,
20 20:5 22:6
24:19 38:2
39:15 40:13,
15,18,21
43:24 48:25
49:4 87:8,18
88:8,21 90:6
94:2,5 95:15
99:7,22
108:14
111:10 122:9
124:1 128:5
130:4 131:21
134:18
135:14
136:10
137:23
141:13
148:1,12,17
149:20
158:14 159:4
164:17
172:14
178:7,14,19,
22 179:1,4,
7,10,11,24
180:5,9,13,
23 181:3
183:14
185:10,15
**opinions**
18:1,4
19:10,11,13,
15 20:8
29:11 41:8
48:22
**opioid**
179:9,12
**opioid-use**
48:1

**opportunities**
108:13
**opportunity**
8:7 94:24
106:14
**opposed**
6:15 24:12
**opt**
162:24
**options**
25:4
**order**
22:3 82:11
96:24 163:11
171:9
**organ**
86:12,17
100:22
**organic**
57:23,24
**organization**
62:11
**organizations**
163:22
**organized**
159:23
**original**
80:4 115:25
**originally**
116:1
**OTC**
150:17
151:10
153:20,24
154:18
155:4,6
**outcome**
4:11 115:12
163:11
**outdoor**
147:15
**outpatient**
61:1,14
**output**
144:21
**outreach**
14:8,9,19

**outside**
81:5 104:15
105:11
106:3,4
107:24
109:13 136:3
147:14
162:19 168:9
**over-the-counter**
150:13
152:5,20
153:9,13,21
154:22
155:8,13
**overdose**
179:10,12
**overreach**
121:15
**overreaching**
152:4
**oversaw**
35:10,13
**oversee**
63:7,15,18,
21
**overseeing**
60:23 62:25
63:11
**overseen**
29:7 64:17
**overthink**
112:13
**overview**
53:23 115:5

---

**P**

---

**P&t**
37:8 60:7
63:13 65:8,
11,16,25
67:7,8,9
90:17,18
91:5,11
92:20,25
93:20,21

108:5 135:2
158:19
174:12
**p.m.**
4:5 77:11,
12,14 138:25
139:1,3
157:16,17,19
181:10,12,14
187:4,9
**page**
7:12 51:11,
16 83:14
114:1,4
119:5,6
139:8 167:11
**pages**
175:15
**pairing**
39:3
**paper**
50:2 165:3
**papers**
11:1
**paragraph**
112:1 114:3
116:22
144:23
**Parkinsonism**
97:9
**part**
6:19 16:25
17:2 20:13,
16 45:16
59:22 61:7
64:15 71:8,
10 90:11
92:5,7,20
93:1,7 109:2
121:12
127:13 136:1
149:6 150:5
162:23 166:5
171:18
172:23
179:8,13
**participate**
71:15 75:13

**participated**
39:25 41:23
71:3,23
75:17
**participation**
48:8 49:7
76:7
**parts**
149:4
**party**
4:9
**pass**
46:10
**passing**
134:3
**past**
23:20
**pathology**
14:15 51:20
52:6,13,15
53:3,17
66:4,8,16
67:1,13,18
68:7,20
69:14,21
78:10,14,25
79:8,21,22
80:15 83:9,
15,22 88:23
90:13 91:22
92:13 93:9,
19,24 94:3,
13 95:2
98:23 99:3,
21,22,23
100:1,6,24
102:23
103:11
104:2,3,11
111:13
114:2,6,15
115:2
116:23,25
117:23,25
122:24
123:5,15,23
124:17 128:1
130:3,10,14,

15 132:1
134:11
135:4,6,10
142:4 143:16
144:4,25
145:20,25
146:4,7,11,
16 148:13,23
150:3 152:15
153:7 158:8
160:13,15
161:4,6,9,17
162:7 170:18
171:8,21
173:1 178:3
184:19
185:1,10,16

**pathways**
114:15

**patience**
119:8

**patient**
12:14 24:23
25:1,10
26:18,19,20,
21 27:3 61:8
73:24 74:1,2
80:18 81:25
82:4,21
83:24 84:8,
10,13,25
85:1,6,13,22
86:6,9,20
87:3,17,19
88:3 89:25
90:3 100:3,9
102:8,12
105:23
106:2,20
112:11,24
118:4,5,6
127:23
128:3,4
132:14,23
135:20
136:2,4
137:6,16,20,
24 140:12,13

142:18
149:23 159:6
162:10,12,
21,22,24
163:8,12,17
164:25
165:9,13,20,
22,24 166:1,
6,8,10,20,25
167:13,15
168:13 169:1
170:5 171:11
172:8,11,13,
15

**patient's**
22:16 26:24
85:4,16 87:7
90:8 101:25
113:15 124:7
134:7 155:24
161:4
163:10,24
167:14

**patients**
23:16,17,25
24:15 25:6,
8,24 26:2,7
58:8 61:2,11
62:24 63:1,
23,24 81:1,
21,23 82:7,
11,23 84:6
94:8 98:5
110:12 112:8
115:10,12,13
116:25
117:22,24
124:3 140:20
143:5 147:13
162:16
163:13,15
166:16 171:8

**payment**
61:9

**Payne**
15:3,7,13
16:15,20
17:20 30:4

31:21 50:5,
10 52:2

**Payne's**
17:18

**PBM**
6:6

**PBM's**
75:23 76:1

**peer**
70:12 71:3,
7,8,10,23

**peer-reviewed**
115:9

**pen**
50:1

**pending**
9:4

**Penitentiary**
11:12,14,19
78:25

**Pennsylvania**
66:21

**people**
24:8 43:25
45:22 46:10
49:10 57:16,
17 58:17
81:10,17
86:2,20,23
88:10 108:16
115:17 116:9
124:1 142:9
156:22
169:10 171:1
182:22
183:1,4,15,
20 184:1

**perceive**
135:25

**perceived**
38:4 39:16,
18

**percent**
116:10

**perception**
20:23 21:1

**perform**
128:18 171:9
180:6

**performed**
13:14 21:12

**performing**
111:20 171:7

**Periactin**
151:17

**period**
25:9,14
84:20 124:5
136:15 151:4
155:12
186:10

**periods**
98:5 152:14
154:19

**person**
31:7,8,25
37:23 40:10
46:9 74:15
86:22 87:9,
20 89:7
112:3 133:3,
4 135:14
136:14
141:21 142:4
149:25 150:2
155:12,14
165:15
168:22,24
170:22
179:16
184:23

**person's**
23:2 89:6
109:9
134:13,15,20
135:4

**personal**
74:17

**personally**
74:9

**perspective**
120:7 158:14

**perspire**

120:15 121:3

pertinent
104:17

PGI
120:22
133:19
150:18

pharm
69:16

pharma-
179:20

pharmaceutical
58:4 111:3,
11 153:4

pharmaceuticals
64:5 179:21,
22

pharmacies
62:22 63:17,
18

pharmacist
20:10 34:24
46:11 56:3,
6,11,13
58:12 59:13
61:18 64:14
72:5,11
179:22
180:23

pharmacists
145:23
169:21

pharmacokinetics
72:13 157:1

pharmacology
12:18 73:1
93:5

pharmacy
14:16 19:22
23:21 34:15,
20,21,24
35:1,7,10,
11,12,16,18,
22 36:1 37:1

46:8 54:20,
21,24 55:16,
22 56:2,7,12
57:4,7,18,21
58:1,2,7,14,
24 59:2,9,
11,14,21,23
60:1,3,4,17,
18,25 61:15,
21,24 62:1,
5,9,14,16,
20,25 63:3,
8,9,11,14
64:12 65:3
69:17,18,20,
25 70:9,15
72:6 74:12,
24 75:24
76:4 92:12
93:2

Pharmd
5:7 55:7,11,
15,18 57:1,2

Phd
58:21

phenothiazine
119:18,24
120:19
122:3,10
123:14
124:22
126:25

phenothiazines
119:10,17

phone
10:16,19,24
14:22,25
31:25 37:21,
22,25 38:10

photograph
44:18,23

photographs
44:16,25

phrase
101:10,11

physical
10:9 96:10

168:11

physically
9:25 180:3

physician
34:5 37:12
170:12,21,25

physician's
171:6

physicians
169:13
170:9,11,20,
24 171:5

physics
57:23,24

physiologic
59:22

physiology
57:23 58:4

piece
46:11 165:2

pieces
114:12

pill
103:22

PJI
16:19 51:18

place
7:3 15:7,24
71:20 84:9,
24 85:1
87:25
104:20,21
105:7 109:18
159:17

places
83:24

plaintiff
4:24

Plaintiff's
113:24 139:9
167:11

plaintiffs'
12:7,12,24
13:2,10 51:5
53:21 73:19,
22 77:20
78:23 158:5

plan
56:10 178:10

planned
159:16

planting
105:12

please
5:15 7:21
8:7,20 9:2
50:16 73:25
113:5,19
117:5 139:21

point
14:13 15:19
16:22 51:17
61:23 67:23
68:24 93:9
102:15 108:1
127:19 173:5
183:12

policies
29:25 35:17
60:7 62:3,4,
22 63:12,19
64:4 66:19
68:19 69:17,
19 72:7,9,
10,18 79:24
80:15 82:3,
16 88:9
92:12,16
93:4 183:3,9

policy
17:14,15
23:20 29:20,
22 53:19
60:4 63:13
66:5 68:11,
13,24 69:20,
25 77:23
78:10 79:8,
18,21,23
80:19 81:8,
15 82:4,5,6
83:4 88:5,
16,17,19
92:6,7,8,16,
18 159:3

183:11,12
**population**
  24:3,4,5,24
  25:2 142:23,
  25 143:1
**populations**
  143:5
**portion**
  12:5,13
  52:12 53:4
  58:9
**portions**
  53:1,5
**pose**
  140:15
**posed**
  141:8
**poses**
  142:20
  143:18,22
**position**
  61:5
**positive**
  174:8
**possible**
  7:19 54:2
  106:17
  162:23
**post**
  60:10,11
**potassium**
  145:12
  149:12
**potential**
  92:14 112:22
  113:3,7,12,
  16 143:15
**potentially**
  109:8,10
**practical**
  58:9 72:17
**practice**
  48:15,16
  58:7 59:12,
  14,20,21
  60:1,4 72:6
  75:24 88:5,

18,22 91:21
92:19 162:1
168:25
169:14,22
170:4 175:17
**practices**
  179:25
**practitioners**
  169:14
  170:9,12,20,
  24 171:6
**precaution**
  87:21 89:4,
  20 135:15
  136:9,13,16
  164:19
  165:7,13,15
  167:12,20
**precaution-
duty**
  84:6
**predicate**
  131:6
**predicated**
  19:4
**prefer**
  5:10
**preferred**
  16:25
**preparation**
  39:11,19
  40:16 76:17,
  19,22
**prepare**
  58:19 76:12
**prepared**
  13:4 41:5
  45:15 49:18
  56:18 116:14
  178:11
**preparing**
  39:16 61:20
  68:19 91:1,
  4,8
**prerequisites**
  55:1,3,4
  57:22,25

**prescribe**
  168:25
  169:11,24
  171:15,18
**prescribed**
  24:23 25:1
  117:15
  136:7,18
  142:24 143:4
  155:11
**prescriber**
  172:24
**prescribing**
  124:8 171:16
**prescript**
  169:23
**prescription**
  6:6 74:25
**prescriptive**
  169:9,10,12,
  17,18,21
  170:2
**present**
  31:15,18,19
  103:2 180:3
  181:4
**presented**
  19:21 39:6
  108:4 110:19
  123:8,17
  174:3 175:8,
  22 177:12
**presenting**
  19:8 108:2
**president**
  35:1 37:1
  74:12
**pressure**
  133:22 134:5
  136:20,24
  139:14
  140:3,19
  141:15
  144:18
**pretty**
  147:4 177:12

**prevail**
  154:20
**prevalence**
  23:22,23,24
**prevent**
  84:16 85:21
  109:5
  132:11,14
  150:23
**preventing**
  129:9
**prevention**
  168:5
**previous**
  23:9 34:9
  74:2 79:18
**previously**
  7:6 8:5 16:6
  18:25 21:19
  27:8 32:11
  34:5 40:6
  61:23 73:16
  78:23 79:12,
  23 82:17
  114:9 117:22
  118:14
  126:11 127:3
  158:4 179:14
**primarily**
  12:9 22:25
  23:1 41:8
  45:10 60:15
  61:8 64:15
  80:25 114:24
  146:21
  147:11
  152:19
  176:10
**primary**
  15:21,22
  17:3,6 20:17
  22:14,21
  35:14 58:18
  59:15 105:10
  107:16
  114:5,10
  115:6,8
  116:9 127:15

140:5

**principle**
122:11

**prior**
27:20 36:12,
13 38:8 40:7
49:4 64:14
77:2 134:23
137:13 177:6
183:18

**prison**
65:23 167:4,
6

**prisons**
146:20,23

**privilege**
32:21

**probably**
7:13 9:1
15:17 38:24
42:25 56:4
70:8 71:7
115:15
127:15
146:14
156:6,16

**problem**
63:14

**problematic**
149:17

**problems**
168:7

**procedure**
63:13 69:21,
25 88:17

**procedures**
62:4 63:19
69:18,19
72:7,9,10,19
88:9 93:4

**proceeding**
9:23

**process**
44:4,6 45:14
46:2,4,10
47:5,19 48:4
49:13 89:18

90:13 94:15
107:22
158:18,22
159:1,9

**processes**
47:7 60:8
93:2 109:3

**procure**
63:9

**produce**
105:13

**produced**
20:3

**product**
58:16

**production**
129:14,17

**products**
153:24
154:1,2

**profession**
56:10

**professional**
55:2 58:22

**profile**
21:20 101:9,
14,16,19,20,
23 102:6,11,
13 104:4
106:25 107:4
112:18
113:2,6,9,17
114:18
117:21
118:3,11
119:2 120:25
121:12
125:23
127:14
131:21
133:10
150:23
152:13,24
155:14
160:8,17
161:12
167:15

**profiles**
19:1 106:22
107:9,17
110:9 118:23
121:20
122:17
125:11
126:22 127:2

**program**
10:12 57:15
58:3,15 59:4
60:16 61:11

**programs**
10:5 61:14
62:25 64:7

**project**
40:12 185:22

**promise**
13:5 16:18
51:18,21,25

**promoted**
60:18

**prompt**
93:12

**pronounce**
119:8

**propensity**
21:24 85:20
101:15
121:13

**properly**
9:8 141:24

**properties**
70:20,22
95:1 99:1,6,
10,12,15
103:12
122:22
124:21
125:17 157:6
161:2,14

**prophylaxis**
168:5

**proposal**
108:5

**propose**
54:17

**proposed**
95:8,10
158:8 159:1
174:24

**propranolol**
168:4

**protect**
81:21 82:11,
23 83:2
100:21
124:16
135:11,12
148:16

**protection**
82:4 90:8,11
182:1

**protective**
82:21 159:6
180:10

**protects**
82:6

**protocols**
102:23

**provide**
15:4,18
16:21 45:1
54:2 62:23
63:11 90:22
91:7 136:13
153:11
167:19 169:2
170:3 171:7
172:8 174:24
180:15
182:25

**provided**
16:15,23
17:2,3,12,15
18:21 19:18
35:12,22
40:17 52:1
74:13,21
158:11
165:15 173:6
180:11,20
181:1 182:18

**provider**
25:21 38:2,

14 84:24
87:3 88:18
95:5 106:18
124:6 128:4
137:9,16
158:15
163:17 165:9
166:10,20
167:19,22
171:14,20,21
172:7,10
**providers**
38:4 39:16,
23 58:11
87:8,12,18
88:22 94:20,
23 159:9,10
163:4,14,23
164:8 168:20
169:5,14
170:8 178:23
179:2
**provides**
66:12
**providing**
89:9 169:3
171:22
172:10
179:25
182:21 183:4
**provision**
164:19
170:22
181:21
**psychiatric**
63:24 117:8
**psychiatrist**
117:15
**psychologists**
169:18
**psychosis**
24:2 117:10
**psychotropic**
94:6 117:1,
2,11,18
**psychotropics**
18:10 21:18
28:12 114:24

117:6,20,24
**Public**
11:8 77:22
**published**
70:1
**Pubmed**
131:9
**pull**
50:15 77:16
113:18
**pulled**
44:4 116:17
**pump**
109:17
**purpose**
81:11 82:2,3
104:13,14
135:10
**put**
12:15 38:23
50:24 72:1
85:1,6,13,16
86:6,14,15
87:17 98:16
100:3 106:13
117:22,24
140:12,25
142:17 151:1
182:10
**puts**
81:25 84:21
95:2
**putting**
50:1

---

**Q**

---

**qualified**
170:3
**quality**
178:20,23
**quarters**
57:12
**question**
7:16,20,22
8:1,2,20
9:4,5 19:17,

23,25 28:23
30:16 41:2
47:6 57:6
67:20 81:12
87:11,14
88:13 95:13
101:3,6
103:16 111:9
132:25
136:12
163:19
165:16
167:24 172:1
173:19,21,
23,25 174:1
175:1,18
183:22
185:25
**questioned**
92:21 175:2,
5
**questioning**
40:20 41:16
157:13 175:7
**questions**
4:25 8:14
9:12 47:6
70:24
186:21,23
**quick**
157:11
**quickly**
99:18 181:8
**quit**
36:10
**quite**
175:15

---

**R**

---

R-E-Y-N-O-L-
D-S
5:5
**raise**
28:15
**ran**
56:6

**Randy**
30:8,14
**range**
100:25
**ranging**
159:23
**rank**
98:2 118:16
**ranked**
107:12
161:15,17
**ranking**
126:4
**rankings**
169:7
**rarely**
18:18 100:10
**rate**
109:3
133:23,25
161:8
**rationale**
18:22 19:5
39:7
**reabsorption**
145:12
**reach**
14:21 20:8
**reached**
29:11
**react**
22:19 26:14
84:17 85:22
96:11 184:22
**reaction**
96:21
**read**
12:9,20,25
13:1,3,4,7
40:22 76:14
186:8
**readily**
179:17
182:11
**reading**
154:24

**reads**
  130:12
**ready**
  50:25 51:1
**real**
  46:6 137:5
**realize**
  8:4
**reason**
  9:20 18:9
  41:17 68:4
  96:18 117:19
  120:10
  122:16
  123:25
  124:16 128:9
  134:7 149:18
  154:13
  164:22
  165:1,23
  166:18
  168:13
  172:22 185:7
**reasoning**
  105:4,5,7
**reasons**
  19:9 96:13,
  16 133:22
  136:21
  159:11
  164:8,13
**recall**
  41:23,25
  42:1,3,4,9
  47:1,16
  50:12,14
  75:5 76:10
  79:2,6
  102:24
**receive**
  14:8 17:18
  80:19 87:21
  127:25
  128:7,13
  135:15
  136:8,16
**received**
  17:17,19,20

  20:15
**receiving**
  58:23 138:1
**recent**
  6:3,5
**receptive**
  174:9
**receptor**
  121:18
**recognize**
  138:9 158:6
**recollection**
  31:24
**recommend**
  92:13 108:9
  123:13
  133:12
  138:18
  151:15
  153:12,14
  161:25 166:2
  177:3
**recommendatio
n**
  95:16 123:21
  134:9 139:22
  140:17
  141:2,3
  144:24
  148:21,25
  150:14,20
**recommendatio
ns**
  104:10 177:9
**recommended**
  8:13 123:3,
  17 125:6
  141:4 148:15
  153:7,10
  154:7 157:23
  173:1 177:6
**recommending**
  95:22 151:14
**record**
  4:2 5:2
  8:13,16
  77:10,13

  138:9,24
  139:2
  157:15,18
  158:2
  181:10,13
  187:5
**records**
  28:24,25
**recovering**
  48:11
**recovery**
  48:12
**recruited**
  33:24
**reduce**
  19:2
**reduces**
  133:25
**reduction**
  90:9,10
**refer**
  5:11,14
  11:6,13,17,
  18 16:19
  51:21 52:6
  65:7 78:1
  79:3 101:11
  124:21 169:6
  186:13
**reference**
  11:2 67:14,
  17 68:14
  115:19
  141:10
**referencing**
  166:23
**referred**
  29:22 34:16
  52:15 111:23
  128:22
**referring**
  11:15 21:6,8
  22:13 69:12
  70:24 122:23
  127:24
  143:25

**refers**
  119:6
**reflected**
  42:7
**reflects**
  83:14
**refresh**
  186:15
**refuse**
  163:2
**regard**
  16:1 52:5
  104:23
**regarding**
  14:15 27:11
  37:20 91:7
  104:11
  150:14
  178:10 183:9
**regime**
  89:7
**region**
  148:5
**regionally**
  148:4
**regularly**
  135:15
**regulate**
  109:9 154:12
**regulates**
  129:19
**regulation**
  110:7 120:16
  121:24
**relate**
  13:12 53:2
**related**
  4:9 6:6
  12:14,16
  18:3 22:17
  23:6 29:20
  30:15 38:8
  44:21 67:25
  68:1 70:16,
  19,21 75:22
  86:4 97:23
  99:24 101:7

112:11
115:11
117:20
121:13 128:2
131:22
132:16,25
133:1 151:4
173:24
**relates**
  63:19 81:23
  97:9 111:24
  180:21
**relation**
  33:2,7
**relationship**
  35:21 70:16
  71:17 104:2
**relationships**
  64:2
**relaxation**
  140:1
**relied**
  106:24
**rely**
  91:13
**remember**
  17:4 25:4
  30:1 33:15
  40:11 44:20,
  22 46:22
  47:3 56:13,
  24 71:11
  94:20
  173:24,25
  174:1 175:19
  177:11,15
**Remeron**
  184:4,5,7,
  19,21,25
  185:3,5,7,
  11,15,25
**reminder**
  155:3,6
**remote**
  4:3
**remove**
  176:23

**removed**
  39:2 75:22,
  25 90:4
  95:24 98:19
**removing**
  96:2 176:2,
  3,10
**renal**
  144:19
**rendered**
  18:1 48:23
  179:8
**rendering**
  49:4 178:7
  179:24
**repeat**
  12:22 33:19
  87:13
**repeats**
  101:8
**rephrase**
  7:22 111:9
**replenish**
  149:14,16,17
  150:1
**replenishment**
  145:13,15
**report**
  10:13 20:2
  26:1 32:7
  39:12 40:23,
  24 41:4
  48:23 49:19,
  21,23 50:4,
  9,16,19
  51:3,8 52:18
  53:2,4 54:7
  78:7 99:20
  101:4,8
  106:23
  111:18
  113:18,21
  119:5,14
  130:23
  139:9,16
  145:3 149:1
  158:3 178:2

**reported**
  145:9
**reporter**
  4:12 8:12,16
  51:2 187:6
**reports**
  107:13,14
  114:14
  131:11
  145:16 185:4
**represent**
  79:7,12 80:6
  142:16
**represented**
  5:17
**representing**
  5:19
**request**
  103:8
  165:18,21
**requested**
  8:13 17:11
  51:12 53:25
**requesting**
  42:9
**requests**
  165:13
**require**
  27:20 93:14
  94:22
**required**
  57:20 71:13,
  15 171:4
  180:6
**requires**
  135:19
**research**
  58:13,16,17,
  18
**reserves**
  103:24
**residency**
  58:24 59:1,
  5,6,10,11,12
  60:1,10,11
  71:21,24

**resident**
  71:19
**residents**
  59:20 61:9
**resolution**
  75:2
**resolved**
  75:10 76:2,5
**resolves**
  12:3
**resources**
  91:8
**respect**
  81:10 88:22
  102:22
  122:10
  180:19,25
**respond**
  18:14 22:21
  73:2,6 97:20
  100:19 105:1
  109:1,12
  113:13,14
  124:7 134:1
  136:4
**responder**
  179:5,7
**responding**
  156:10
**response**
  8:14 19:21
  121:1 160:25
  174:7 175:6
**responses**
  8:16
**responsibile**
  35:20
**responsibilit
ies**
  63:6
**responsibilit
y**
  15:21,22
  64:6,13
**responsible**
  26:4 35:17
  170:22

**rest**
93:20
**restate**
41:1
**result**
85:6,16 86:8
89:3,4,9
**retained**
15:10,20
**retention**
15:15 16:16
144:19
**reuptake**
128:21 129:9
**review**
15:23 16:12,
13,21 17:1
18:8,23
20:17,20,24
21:12 26:23
28:19,24
31:1,11 32:7
40:23 47:5
50:4,5 51:12
53:1,6,19,25
54:1 61:20
71:4,7,8,10,
23 72:9
78:6,8 91:15
92:4,6,8,23,
24 93:3,5,8,
11,19 94:23
107:10,16
108:14
114:10
116:23 125:4
130:11,24
134:24
172:23
173:6,7
174:12,13
185:8,17,18
186:9
**reviewed**
17:20 21:17
50:6,10
51:18 52:20
53:5,9,20,22

54:3 56:16
70:12 76:18
82:18 92:1,
5,8,14,17
116:6,8,18,
20 130:20
158:19
159:20
172:16
179:22
185:3,22,24
186:5
**reviewing**
15:19 16:1,6
18:5 26:4
41:14 91:22
92:20
114:13,19
173:3 183:10
**reviews**
71:13,15
107:6 131:17
134:22
169:22
**revision**
42:3,5
**revisions**
42:2
**revolved**
62:15
**revolves**
11:11
**Reynolds**
5:4
**Reynolds-barnes**
4:15 5:3,11,
13,15 51:4
139:5
**Reynolds-barnes'**
158:3
**rhinitis**
156:9
**ridden**
26:9,10

**ride**
26:11,15
**riding**
26:8,13
**right**
5:6 9:14,25
10:14 11:23
15:18 25:2
31:7 47:9
49:19 50:15
51:9 64:25
65:5,11
66:14 77:8,
19 82:8,10
83:11 89:9
91:17 111:14
115:2 116:1
122:25
123:23
128:20
135:11
138:16 142:1
144:14 145:1
150:4,8
153:8
157:10,21
175:21
178:4,12,17,
20,24 181:16
**risk**
12:15 22:10,
12,13,14,16
24:18 28:8
52:15 53:3
72:14 81:25
82:24 83:5,7
85:1,5,16
86:6 87:17
90:9,10,11
93:6,9,23
94:13,17,24
95:2 97:12,
16 98:8
100:3 101:9,
14,16,19,20,
23 102:6,12,
16 103:11,
18,20,25

104:3,4
106:25
107:4,7,9,17
110:1,8,13
111:1,5
112:18,24
113:2,6,9,
12,17
114:14,18,19
117:22,25
118:11,23
119:1 121:20
124:17
125:14,22
126:11,22
127:2,7,12,
14 128:1
130:2,9,13,
14,21
131:21,22,25
133:10
134:6,11,12,
15,20 135:4,
12 140:12,
13,16,19
141:8,9,19,
21,25 142:3,
12,18,19,21
143:15,18,22
145:4,6,8,9,
20,25 148:18
149:9,11,21
150:23 154:2
155:14
159:13,25
160:1,2,4,5,
8,12,17,22,
24 161:4,7,
9,12,17,20
171:16
175:12
185:10,16
**risks**
112:21
113:15 162:9
171:21
**RNS**
169:6

road
  147:16
Robitussin
  151:9
  153:13,16,19
  155:16
role
  18:3 33:9,14
  34:22,25
  35:2 36:8,
  21,22,24
  37:17 41:7,
  10,19 58:12
  59:22,23
  61:4 62:7,
  15,19,20
  63:10 74:11,
  13 83:5
roles
  35:10 72:8,
  18
room
  9:24 10:3,7,
  16 31:20
  46:9,25
  47:2,5,9,14
  82:15,18
  115:7 179:18
Rouge
  60:12,17,19
  61:2
rounding
  58:11 59:19
rule
  166:14,22
rules
  7:12
run
  56:12 149:11
running
  96:19
runny
  151:4

---

S

safety
  11:9 77:22
  171:10 181:4
sake
  110:22
Saphris
  95:20,22
  96:2
sat
  75:5 186:11
saying
  24:14 41:20
  69:22 101:12
  112:14 128:9
  129:22 130:3
  131:23 148:9
  151:9 176:24
says
  51:17 120:13
  131:5 132:8,
  13 145:3
  172:13
scale
  97:15
scaled
  126:1
scales
  97:14 107:8
  125:21
scenario
  68:15 172:17
scheduled
  151:16
scholar
  131:9
school
  54:20,24
  55:22,23
  57:7,10,18
  58:1,2 59:9
schooling
  57:3
schools
  55:1,2

science
  20:21 54:21
  110:4,5
sciences
  57:24 58:3,5
scientific
  107:17
  114:25
  134:19
scope
  19:19,24
  24:11 44:3
  64:6 152:6,9
  168:25
score
  114:19
  159:25
  160:1,2,4,23
  161:7 175:12
scores
  107:9
screen
  50:16,23
  77:17 113:21
  139:6 157:24
scroll
  113:25
search
  131:7
second
  18:21 20:16
  52:4 59:25
  127:9,12
secondary
  20:18 114:5
  115:6
section
  51:12,17
  111:24 114:1
  119:14
  139:10
secure
  34:15,21,24
  35:7 48:20
  61:24 64:11
security
  111:7

sedating
  122:16
sedation
  121:14
see
  15:25 16:7
  17:11 18:24
  20:21 21:1,
  13 23:22,24
  28:10 44:6
  45:8 47:22
  50:17,19
  51:14,16
  56:22 57:19
  77:5,17,24
  78:15,19
  91:17 100:8,
  10,22 104:2
  108:2 110:3
  112:5 115:25
  119:14
  121:2,7,8
  131:10 139:6
  157:24
  158:15
  159:23
  163:19,20
  164:4 177:5
seeing
  47:25 50:20
  78:20 79:2
  113:20
  114:20
selection
  44:6
selective
  128:21 129:8
self-limiting
  84:20
self-regulate
  23:4,8 109:9
send
  50:7
senior
  64:16
sense
  13:2 21:22
  111:1

senses
  96:9
sensitivity
  14:18 22:17
sentence
  21:6 114:3
  117:19
  120:13 125:2
  126:19
  131:23,25
  154:17,21
separate
  30:12 80:3
  84:7 85:2
  150:20,25
  151:6
Sept
  173:14
September
  4:4 42:20,24
  43:1 51:4,23
  123:19,20
  158:12
  173:17 174:2
  175:22,25
  176:11 177:7
serotonin
  128:21
  129:3,5,6,8,
  11
sertraline
  126:23
serve
  15:10 33:25
  63:10 67:9
served
  34:5 73:9
  146:18
serves
  14:10
service
  60:7 62:16
services
  34:20 35:1,
  10,13,22
  37:1 59:19
  60:4,5,13,

17,19,24
61:5,6,22
62:9,10,14,
20 63:3,9,23
65:23 66:12
74:12 77:23
78:25 169:3
serving
  13:25 14:6
set
  16:16 43:21
  175:10
sets
  166:17
setting
  35:17 64:11
  81:24 105:12
  108:17
  147:15,20
  148:8,10
settings
  29:4 58:10
  147:15
seven
  63:15,20
several
  47:8,11 65:2
severe
  100:15
  142:3,6,7
shade
  45:24
shake
  8:15
share
  50:16
short
  154:23
  155:11
  156:13 181:7
shorter
  24:16
shortly
  15:12 30:12
  54:17
show
  78:18 157:21

158:1
showed
  80:4
showing
  48:4 50:21
  51:3 77:19
  78:22 139:8
  158:2 169:7
shown
  94:3
shuts
  100:20
shuttles
  100:20
sickness
  100:14
side
  21:19 50:23
  72:15 121:14
  135:25
  137:11
  145:21
  160:15
  171:22
  172:10,20
sides
  160:14
sign
  100:12
signal
  121:24
signature
  50:7,8
significant
  105:15,23
  114:4 179:15
significant-
enough
  134:21
significantly
  22:2 118:24
silent
  10:17,18,24
silo
  26:23 85:10
  132:20

silos
  26:2,7
similar
  23:23 85:19
  152:2 175:8
similarities
  148:2
simply
  95:16
single
  89:11 124:11
  127:19
  185:13
singularly
  116:12
site
  42:14 48:22,
  24,25 69:6
  181:19
sites
  69:6
sitting
  9:17,24,25
  10:2 11:3
  75:13
situation
  19:3 23:3,4
  97:5 102:11
  109:12
  140:14
  141:2,18
  151:6
  154:10,11
  156:8
situations
  169:20
sixth
  42:20
skepticism
  163:24
sleep
  156:22
sleeping
  151:18
slight
  113:19

slip
  5:15
slow
  133:24
small
  57:13
smaller
  25:8 60:23
smooth
  140:1,5,8,9,
  18,24
society
  59:13 142:8
sodium
  145:12
  149:12
sold
  34:19 36:11
solely
  101:21
solidifying
  31:4
solving
  63:14
someone's
  89:3 156:4
sooner
  159:5,10
Soong
  33:1
sort
  46:1,13
  48:21 69:2
sound
  8:17,23 9:6
sounds
  7:10 26:25
  64:8 93:18
South
  148:4
space
  64:21,24
spasm
  24:7,8,9
  25:19
spasms
  18:24

speak
  41:11 44:11,
  13 49:9,14
  88:7 89:17
  110:11
  122:14 143:2
  163:17
speaking
  8:19 47:16
  69:9
speaks
  88:17 161:19
special
  62:25
specialist
  34:24 61:25
  62:8
specialized
  171:9 180:18
specific
  12:4,5 13:8,
  16,20 14:2,3
  15:21,25
  16:3 17:1,6
  18:5 26:2
  29:24 32:16
  42:3,5
  43:19,20
  44:22 46:18
  48:10 49:13
  53:7 62:1,21
  66:8,9,18,
  20,22 67:15,
  24 68:9
  69:21,25
  70:13 72:6,
  11 73:19
  79:21 80:17,
  20,21 81:6,
  9,16 84:13
  88:3,19
  89:13 97:20
  112:25 113:1
  125:2 126:6,
  7 129:25
  131:13
  148:10
  150:21

152:16
  155:15
  165:22,23
  170:3 172:17
  174:16
  175:19
  184:18
specifically
  13:4 14:14
  16:10,12
  18:3 23:7,20
  27:13 29:13
  30:9,13,15
  33:7,15
  37:25 38:8
  40:11 44:20
  45:12 46:15
  47:24 52:16
  63:22 70:16,
  19 74:7 79:9
  80:16 82:4
  99:14 101:8,
  12 105:11
  110:11
  111:22,23
  112:11,16
  123:11 125:6
  133:20
  144:25 148:8
  151:7 153:14
  174:16
  175:3,19
  183:11
specifics
  79:24
specifies
  139:16
speed
  159:14
spell
  5:1
spending
  30:9
spent
  46:23 47:1
  48:13 58:10
  59:18 60:2,6
  61:16 72:5

114:4
SPF
  180:22
  182:1,2
spoke
  38:6 47:8,
  10,13,18
  48:2,7,17
  49:6 76:25
sports
  168:11
spread
  147:4
SSI
  184:8
SSRI
  129:19
  130:11,18
  132:7,10,16
  133:3 184:17
SSRIS
  128:22,24
  129:13,15,
  22,25 130:2,
  4,9 131:18,
  19 132:1
St
  61:6,15,16
stack
  156:19
staff
  30:10,13
  31:20
stand
  44:15 63:24
  183:25
standpoint
  148:5
start
  8:20 15:18
  22:1 25:6
  37:19 68:22
  115:23
  131:20,23
  136:3 155:17
start-up
  62:13

**started**
  36:7 37:4,6,
  13 45:10
  49:22 56:4
  57:8 136:3
**starts**
  58:3
**state**
  5:1 11:12,
  13,19 15:3
  24:11 25:13,
  17,18 62:2
  77:21 78:24
  131:13
  146:20,22
  147:10,12
  148:4 169:1,
  9,22 170:1,2
**state-**
  85:8
**stated**
  16:6,17
  21:19 41:13
  61:23 72:4
  89:13 94:5
  117:22 127:3
  179:14
**statement**
  10:8,10
  21:10,16
  76:14 82:24
  85:9 120:21,
  22,25 128:9
  132:13
  144:20
  150:16,21
  151:12 152:7
**states**
  23:22 26:20
  128:25
  147:2,5
  162:4
  169:12,17,
  19,20
**station**
  179:21
**stations**
  179:19

**status**
  12:3,6,10,19
  15:23 17:15
  18:4 22:15,
  25 23:1
  29:22 31:2
  44:7 68:8
  80:20,24
  81:1,2,9,16
  82:7,12
  83:25 84:6,
  10 85:14,17
  86:14,17
  87:10,21
  88:10,23
  89:5,10,21,
  22 90:4,7
  97:23 99:25
  100:1
  111:19,23
  112:4,8,17
  114:2,7
  116:23,25
  124:2,4,12
  127:25
  128:1,2,7,
  11,13,15,19
  133:5 135:16
  136:6,9,13,
  16 137:18,23
  138:1 151:2
  152:15
  154:15
  156:2,6
  162:13,18,
  22,25 163:2,
  10 164:19,
  21,24 165:7,
  10,14,15,22
  166:4,7,10
  167:12,20
  168:9,14
  170:18
  171:8,23
  172:8,11,16,
  21,22 173:1
  178:8 185:14
**stay**
  64:8 95:15

**stayed**
  44:7 59:25
**step**
  45:20 110:2
  146:16
  159:21 173:7
  174:13
  177:24
**steps**
  174:9,11,14,
  17
**stickiness**
  118:17
**sting**
  124:13
  155:21 156:1
**stinger**
  120:11
**stood**
  45:13
**stop**
  98:21
**storage**
  46:12 47:6
**stored**
  179:23
**straight**
  55:23 67:6
  152:3
**stratify**
  142:12
**street**
  153:15
**strenuous**
  109:14
**stress**
  141:1,18
**stretched**
  70:6
**stretching**
  109:21
**strike**
  131:24
  160:20
  170:14
**strive**
  106:11

**stroke**
  100:17
**strong**
  109:25
  149:7,8
**structure**
  45:24 72:13
  119:22,25
  149:5
  184:11,13
**structured**
  39:22
**structures**
  62:5 119:19,
  24 121:17
**students**
  59:19
**studies**
  115:17,18,21
  116:6,7
  118:16
  131:18,19
  185:4,9,21
  186:4
**study**
  115:9,24
  125:25
  130:23
  131:5,6,20
  137:2
**stung**
  120:10
**subcontractor**
  34:11,13
**subject**
  32:20
**submitted**
  52:7,18
**subsequently**
  26:5 65:23
**subset**
  123:15
**subspecialties**
  59:17
**substance**
  49:8 74:5

substance-use
48:9
sued
75:2
sufficient
18:7 125:17
185:9
suggest
42:6 154:8
suggesting
42:1 93:18
suggests
160:21
suit
17:9
suitable
9:3
sum
161:16
summarize
12:11 17:25
24:21 89:21
93:16 115:25
136:14 167:9
summarized
19:10,16
20:5
summary
13:9 17:7,8,
9 19:18,19
41:9 53:20
56:17,18,24
115:20
summer
57:10
sun
23:7 184:2
sunblock
180:22,24
181:17,21,23
182:4,17,21
183:1,4,15
184:1
Sung
91:3
sunscreen
45:25

180:22,24
181:17,21,23
182:4,18,21,
25 183:4,9,
14,19 184:1
supplies
179:6,8
180:10,16,
19,25
support
4:9,13
130:20,21
163:7
suppress
96:13,23
97:7,12 98:1
suppressed
97:13
suppressing
97:17
suppression
97:19
sure
6:13 7:12
12:23 13:3
16:8 18:2
21:17 23:15
30:16 32:14
33:5,6,12,20
34:9 35:8
36:9,12
37:7,17
41:3,10 45:9
47:18 48:10
50:6,10
53:13 60:11
67:20 68:21
72:4 79:25
81:13 84:13
87:15 88:14,
15 89:23
90:10 92:6,
25 94:1,5,24
96:4,6 99:19
101:11 102:2
103:15 114:9
115:8 117:6
122:18

125:20 127:3
132:7 133:15
139:22
141:11 148:3
151:15
153:12,21,25
154:22
155:22
158:20,22,24
159:21
162:2,22
163:3 168:1
175:3
177:16,18
186:7
surgeons
169:13
surgery
59:16
surprise
183:18
Susi
52:4,7
sustained
136:15
swear
4:13
sweat
19:2 22:22
103:24
108:23 109:1
110:8 118:4,
5,7 120:14,
20,24 121:24
126:15
129:14,17,
21,24 130:1
132:9,15,24
sweating
18:14 23:5,6
97:6,7,13,17
98:21 109:15
113:14
sweep
151:8
swells
120:10

sworn
4:17
sympathomimet
ic
150:9,10,15
151:13,24
152:3,8
153:6
sympathomimet
ics
152:11
symptoms
96:24,25
100:25
152:13,17,21
154:20 155:3
156:10
163:25
synopsis
116:5
system
60:12,20,22
61:7 147:12,
13 169:2
systems
70:10 146:23
147:9 148:4

---

T

table
182:9
take
7:2 9:1,3,5
15:7 25:24
44:16,23
45:5 54:7,
12,13,16
55:23 57:3,
16,17 77:7
87:18 93:22
96:22 99:17
101:24
106:19
108:11
111:6,20
113:2,6

115:23
119:21,23
121:8 124:8
128:13 131:5
137:11
138:11,18
148:20
156:15,22
157:10,11
163:5 174:9,
11,15 177:1,
25 181:7
**takeaway**
167:9
**taken**
71:20 77:12
88:4 89:14
112:2 132:20
139:1 157:8,
17 167:6
174:17
181:12
182:10
**takes**
59:15 161:7
171:23 172:8
**taking**
39:1 81:10,
17 84:4
87:25 89:7
102:11 106:7
109:15,16,19
124:1 128:6,
10 135:15,
21,23 136:15
141:21 142:4
146:16
149:22,25
151:8 155:13
159:17 165:6
167:10,21
168:4 177:24
**talk**
20:6 30:11
44:14 47:4
54:8 80:12
**talked**
76:21

**talking**
83:13 87:5
89:2,19 95:6
102:19
106:22
155:15
157:22 170:7
**targeted**
152:16
**task**
104:14
**teaching**
58:11 59:8,
19
**team**
19:8 60:15
**teams**
31:13 59:22
**tech**
62:13
**technical**
39:5 113:19
**technician**
4:8
**techs**
47:4,9,11,13
48:2
**tell**
6:3 7:25 8:7
9:13 31:25
43:25 78:15
124:24
153:23
160:11
175:14
**tells**
118:5 129:18
**temperature**
102:15
129:19
**ten**
77:8
**tend**
24:10 144:17
147:9,12
**Tenncare**
61:10

**Tennessee**
10:2 54:19,
21,22 59:3
61:11,19
64:17
**term**
11:13,18
15:18 23:11
25:22 30:1
65:2 68:8
80:20 84:11
99:20,22
100:15,24
101:4,7,8
102:18 121:4
122:18
124:20
144:16
151:24 152:3
154:23 156:9
162:17 166:9
168:8
**terminal**
55:6
**terminated**
6:21
**termination**
6:19
**terms**
80:7 99:9
177:8
**tertiary**
114:5 115:7,
14
**testified**
4:17 33:24
53:22 75:16
76:9 81:15
83:10 87:16
142:22
**testify**
11:22 75:12
178:10 183:8
**testifying**
6:23
**testimony**
9:16,18,21
20:1 41:9

69:15,16
74:21 75:21,
23 76:19
179:9 180:15
**tetracyclic**
184:10
**thank**
4:22 5:10
32:24 41:21
45:3 54:6,
15,16 98:22
139:7 153:17
186:23,25
**therapeutic**
136:23
**therapeutics**
35:16 36:2
65:4 93:2
**therapy**
135:22
**thermal**
110:6 120:16
121:24
154:12
**thing**
18:21 28:17
41:21 46:1,
13 48:21
53:18 69:3
70:8 82:25
100:7 108:16
111:17
143:21 155:4
158:2 177:15
**things**
16:24 27:19
39:1,7 45:18
47:20 53:6
64:7 68:14
69:1,8 82:2
84:23,25
93:5 96:22
100:16
107:15,20
108:22
109:18 111:6
116:17
121:11 129:4

153:25
171:19
176:4,18
177:2
186:12,14
**think**
7:9,20 9:8
14:10,24
15:8,17
17:5,6,23
18:2 27:23
28:1,23
31:20 32:2
37:6,13
38:24 40:4,
5,6,18
42:20,21,25
43:3,6 44:20
48:24,25
49:5 53:20
56:24 68:21
70:8 71:11,
25 73:1 76:3
80:12,19
82:22 86:16
87:2 88:1,17
90:1 92:15,
16 94:14,21
95:19,20,24
100:17 101:5
103:1
106:11,13
111:23 115:8
116:13
120:6,16
121:5,15
122:15
123:19
126:14
127:16,17
134:12,13
135:5,6,17,
18,19 136:1,
5 138:2,5,16
142:6
143:18,19
145:9 147:7
148:7 150:8
152:6,9

155:19
157:10,22
159:12,15
164:7,10,11
165:14,20
166:13,14,17
168:24
170:11,17
171:21,24
172:9,12,13
174:18,19,25
175:1,2,4,7,
18,24 176:14
177:15 181:7
183:6
184:12,21
186:3
**thinking**
92:2 177:5
186:2
**third**
53:17 73:18,
19 109:2
**Thomas**
61:6,15,16
**thorough**
82:19,20
**thou**
166:14
**thought**
14:15 16:7
18:6 26:17
39:6 43:14
49:3 56:9
94:14 106:12
110:17 129:2
141:19
148:18
186:16,19
**thoughts**
20:22 38:1
43:24 175:16
186:15
**three**
42:18 46:21
58:6 75:8,9
119:7 120:18
124:13

125:23
159:24
160:16
**threshold**
125:16
130:14
178:16
**throwing**
159:14
**thrown**
125:25
**Thursday**
42:22,24
**tied**
85:12
**time**
4:5,12 6:3,
5,17 8:20
9:2,3 20:16
24:16 25:9,
14 30:9
34:21,25
35:7 36:6,8,
10 46:22
47:1,3 48:13
56:10,13
57:2,11,13
60:6,21
61:6,10,16
64:24 65:20,
22 67:4
71:17 72:5
73:18,19
74:11 76:8,
12,25 77:5,
6,11,14
83:13 84:21
88:1 93:25
98:6,17
102:16
106:12
109:14 114:4
124:5 136:15
138:25 139:3
147:8 151:4
152:14
155:12
157:16,19

164:1,23
165:25
181:10,14
182:12
186:10,22,25
187:4
**timeliness**
74:7
**times**
5:25 30:23
38:5,7,10
65:3 103:23
**tired**
26:9
**title**
77:21 79:4
**titled**
51:12 78:24
114:1 159:25
**Toce**
33:4
**today**
4:4,25 5:11,
17 8:11 9:1,
14,21 19:19
83:14 142:8
**today's**
76:13 187:3
**told**
90:16 108:25
**tool**
94:20 95:5
110:23
154:25 162:9
163:7,8
164:7
**toolbox**
171:19
**top**
95:17 119:6
133:2
**topic**
54:10 77:4
**topics**
70:5
**Toss**
33:9

total
  57:3 163:3
tour
  33:11,12
  46:6 48:18
  179:13
toured
  46:17
touring
  30:9
track
  185:21
tract
  25:20
traditional
  184:16
trained
  37:11 39:20
  72:4 171:13
training
  20:12,14
  59:5 71:9
  72:11,16
  168:21 169:4
  171:1,9
  178:23
transcribed
  8:11
transcripts
  76:18
transition
  155:2
transitioned
  34:25 62:12
transitions
  58:6
trap
  166:17
treat
  24:2,7,10,16
  26:2 86:7
  94:7,9,10
  117:9,10,15
  129:1 133:22
  136:24
  144:18
  152:13

168:25
169:25
treated
  25:10 26:7
  86:5 127:23
  128:17
treating
  97:18 155:20
  168:6
treatment
  25:17,25
  61:1 117:7,8
  141:15
  171:19
trial
  19:11,13,16,
  23 20:1
  63:25 74:21
  75:13,16,17
  76:9 178:10
  183:8
trigger
  84:1,4
  164:18,21,23
  165:21
true
  14:2 53:16
  131:7,22
  160:19
truth
  9:13
truthful
  9:21
try
  8:21 54:17
  83:4 93:16
  131:4
trying
  17:5 52:17
  83:6 97:1,2
  104:22
  107:9,13
  116:4 127:16
  167:24 177:3
tubals
  149:5

tune
  47:21
turn
  94:12 95:2
Twice
  6:2
two
  13:22 16:20
  19:10 25:4
  31:4,22
  32:5,12,13
  35:15 36:2
  42:18 47:12,
  13 53:10
  58:10 59:10
  62:19 73:16
  75:7,8
  124:12
  126:11,20
  133:22
  138:17
  139:17,20,22
  140:4 154:5
  159:24 170:8
  175:15
two-hospital
  60:22
type
  23:18 82:2
  100:12 106:7
  181:23
types
  119:7
  139:17,20,23
  169:5
typical
  25:25 29:3
typically
  25:10 139:13
  153:20
  168:18

---

**U**

---

U.S.
  4:8,13

ultimate
  81:11
ultimately
  83:2
un-air-
conditioned
  81:5 104:20
unable
  86:9
undergrad
  54:19 55:5,
  12 57:7,18
undergraduate
  54:23,25
  55:22
underlying
  168:7
understand
  7:17,20 8:1
  9:13,16
  11:7,14,18,
  21,25 12:2,
  11,14 13:12,
  17 19:9,17,
  20 20:20
  21:10 27:14
  29:6 30:16
  53:8 81:13
  88:14 92:10
  103:16
  136:17
  144:23
  159:10 164:8
  167:24
  171:15 172:4
  174:6
understanding
  12:2 13:13
  20:13 22:7
  29:2,3,8,14,
  18,19 31:5
  34:4 39:10
  44:8 46:11
  68:22,24
  69:10,13
  78:11 79:22
  80:14,23
  81:19 83:17,

19,20,21,23
84:2,3,7
85:13 87:12,
24 89:22,23
90:6,12,18
91:10 94:23
105:9
135:20,24
154:17
162:3,6
163:13
168:20
171:1,3
172:25
174:14
185:18

**understood**
8:2 13:11
17:10 18:9
25:23 39:23
41:20 43:2
50:9 65:18
74:4 153:3
165:4

**unfamiliar**
171:20

**unique**
47:20 137:17
165:24
166:16

**uniquely**
49:1

**Unisom**
151:17

**unit**
48:9,11,13,
20 49:8

**United**
147:2,4

**units**
45:11 46:6,
7,17,19,21
48:19 68:2

**university**
54:19,20
57:11 59:3,
7,8 70:12
71:12,14,18

**unsure**
136:4

**update**
16:4 91:12
110:14
114:6,23

**updated**
16:14 31:1,
11 38:20
39:20 53:17
103:18
152:15
159:3,5

**updates**
92:14 123:17

**updating**
16:11 81:21
93:10,24
107:21

**urinary**
25:20 109:3

**urinate**
109:16

**urinating**
103:23

**urination**
144:17 149:9

**usable**
39:3

**usefulness**
22:8

**UT**
157:16

**UTC**
4:5 77:11,14
138:25 139:3
157:19
181:10,14
187:4

**utility**
154:18,22

**utilization**
21:23 27:7,
20 28:20
34:23 35:18
38:3 60:8
61:25 62:8

143:2

**utilizes**
83:22

---

**V**

---

**vacuum**
44:10

**value-based**
70:7

**Vanderbilt**
61:9

**var-**
64:3

**varied**
70:14

**varies**
64:5 105:5
169:21

**various**
46:4 61:14
62:22 63:9
65:4,12,14
106:25 107:7
114:18
116:14
118:15 135:2
160:7

**vary**
105:3,4
122:6 136:22
143:19 147:1
156:25

**vascular**
140:5,18

**vasculature**
140:7,8,15,
25 141:16

**Vassallo**
52:7,18

**Vassallo's**
13:7 16:17
52:4,21,22
53:1

**vendors**
63:9,10

**verapamil**
142:9

**verbal**
8:14

**versus**
4:7 39:21
72:14 160:8

**vessels**
134:2 140:1,
2,6,9

**vice**
35:1 37:1
74:12

**video**
4:8

**video-
recorded**
4:3

**VIDEOGRAPHER**
4:2 77:10,13
138:24 139:2
157:15,18
181:9,13
187:3

**videos**
44:16,25

**virtual**
31:14

**visit**
30:11,12,25
31:6 44:17,
25 47:17
48:22,24,25
49:24 108:3
181:19

**visited**
13:15 30:20
42:14 43:4,
6,8,10,16
44:12 45:8
46:25 181:24
182:6

**visiting**
43:12 45:5

**Vistaril**
125:7 151:20

**Voice**
4:6
**volume**
103:24
**vomiting**
100:13
**VP**
62:10,20
63:2

**W**

**wake**
156:23
**walk**
60:9
**walking**
100:21
**want**
21:10 26:6
41:11 46:12
54:16 56:13
67:6,19 68:9
81:12 88:13
109:20
111:17
112:13
126:16
138:14
140:20 158:1
162:25 164:4
166:19 171:5
**wanted**
43:18 44:2,
6,11,13,14
45:13 46:9
47:19 56:3
131:5 154:3,
23 166:1,6
176:23
186:13,15
**warm**
184:23
**warrant**
172:18 185:9
**watch**
44:15 45:21

46:3
**watching**
45:20
**water**
45:17,25
149:13
150:1,6
**watering**
96:21
**way**
26:16 40:24
80:7 82:22
83:2 89:6
94:21 96:20
100:9,10,15
116:13 129:1
131:20 150:2
155:22 161:3
164:4 165:5
**ways**
83:7 84:4
89:2 115:22
134:1 140:23
**weather**
124:15
**week**
42:19,21,23
77:3 155:1
156:11,12
**weeks**
42:19
**weigh**
66:19
**Weiser**
4:19,23
32:23,25
45:3,4 51:7
77:9,15 92:9
105:20
106:5,21
138:6,13,16,
21,23 139:4
157:20 172:5
181:15
183:23
186:21,25
**well-reported**

135:8 146:1
153:2
**Wellpath**
36:20,21
37:3,9 63:2,
7 66:3,8,12,
15,19,25
67:7,8,10,
12,16 68:12,
17 69:5,9,
12,18,19,23,
25 72:10
73:20,22
74:4,6,11,14
75:2 102:21
**Wellpath's**
65:25
**went**
46:16 57:10
62:7 125:23
150:20
151:21 152:7
164:12
175:17
179:18
**wide**
64:5 78:10
**widely**
122:11,18
134:18 135:3
**wildly**
143:7,10
**willingness**
15:4
**windows**
10:5,7
**withstand**
155:25
**witness**
4:13,16 6:9,
12,15 10:8,
10,13 11:22
14:7,10
15:11 33:25
72:1 73:9
76:14 85:9
91:25 105:19
106:2,11

138:5 172:3
187:2
**wondering**
101:9 102:5
**word**
11:1 21:6
39:18 53:14
68:7 118:10
166:16
184:15
186:2,3
**work**
13:14,16,17
15:24 19:20
29:11,12,14
30:2,18 33:7
42:12,15
43:19 44:5,
8,21 45:11,
13,23 46:3,
15 47:4,9
48:19 54:5
55:22 56:17
61:7 64:20
66:25 70:11
81:2,3 90:2,
4 93:20 95:7
104:15,17,22
106:7 137:14
147:14,19,23
149:4 155:2
159:16
177:25 178:2
**work-duty**
86:16
**worked**
23:11,19
34:9 35:7,21
36:3,15
37:3,17
38:15 40:5,6
43:15 60:15
64:14 65:5
148:4,6
149:2,15
**working**
12:17 13:12
14:14 15:16

36:10,13
40:12 49:10,
15 60:14
61:8,14,18
62:1,22
81:20
105:11,16,21
108:17
109:13
131:20 135:2
143:12
147:19 150:7
156:16
180:11,20
182:5,22
183:1,4,15,
20 184:2
**works**
68:25 102:21
131:14
**world**
137:5
**wrap**
181:8
**write**
69:18 72:8
152:14
**writing**
43:22 180:14
**wrong**
93:18
**wrongful**
6:19
**wrote**
114:4 116:22
117:19
122:20 141:6
145:11

---

**Y**

---

**Yeah**
45:2 55:10
56:22 77:7
172:6 173:4
**year**
7:2,8 58:6

59:24,25
60:2 92:17
**years**
7:11 20:11
23:20 26:10
37:2 40:9
43:15 57:2,
6,8,13,14,
15,17,18
58:10 59:10
62:19 70:14
71:8 72:17
75:8,9
91:19,21
137:7 148:3
**yellow**
176:21
**young**
56:4,5

---

**Z**

---

**zero**
103:19
118:21,23
125:23 126:7
159:24
160:11,12,22
161:11,16
**zoom**
9:24 10:6,12
31:13 51:15
**Zyrtec**
120:5 121:8
126:23,24
127:25
128:6,10,11
155:1 156:11
**Zyrtecs**
125:12