STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

**Health Care Policy**
**No. HCP8**



**20 October 2024**

INSTITUTIONAL SERVICES / HEALTH CARE POLICIES
Health Care Policy – Pharmacy and Formulary
Heat Pathology

1. **AUTHORITY**: Secretary of the Department of Public Safety and Corrections; La. R.S. 36:404.

2. **REFERENCES:** ACA Standard 5-ACI-2D-10 (Adult Correctional Institutions); Occupational Safety and Health Administration. (2018). *Using the Heat Index: A Guide for Employers*. Retrieved from http://osha.gov/SLTC/heatillness/heat_index/; Centers for Disease Control and Prevention. (2018). *Natural Disasters and Severe Weather: Extreme Heat*. Retrieved from https://www.cdc.gov/extreme-heat/about/index.html?CDC_AAref_Val=https://www.cdc.gov/disasters/extremeheat/index.html;%2520https://www.weather.gov/

3. **PURPOSE:** To establish provisions for the reduction of heat pathology and to reduce the exposure to inmates identified as more vulnerable to heat.

4. **APPLICABILITY**: Deputy Secretary, Chief of Operations, DChief Medical Officer, Chief Mental Health Officer, Regional Wardens, and Wardens. Each Warden is responsible for ensuring that appropriate facility written policy and procedures are in place to comply with the provisions of this policy.

5. **POLICY:** It is the Secretary's policy that each DPS&C facility shall have a mechanism to identify inmates more vulnerable to heat and to enforce provisions to reduce heat pathology among all inmates. Inmates with a specific chronic illness or on certain types of medications may have increased sensitivity to heat and sunlight and are at a higher risk for developing heat pathology. .

6. **DEFINITIONS:**

    A. **Apparent Temperature (Heat Index)**: The perceived temperature in degrees Fahrenheit derived from a combination of the temperature and humidity for the indicated hour.

    B. **Cool Water/Showers**: tap water supplied through an independent tap water supply line

030613

**Health Care Policy No. HCP8**
**20 October 2024**
**Page Two**

    C.    **Health Care Practitioner/Provider**: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

          NOTE: This shall be in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification, and regulatory requirements.

    D.    **Heat Alert**: A designation when the apparent temperature (heat index) outdoors has exceeded 91 degrees Fahrenheit, requiring special provisions.

    E.    **Heat Exhaustion**: A condition whose symptoms may include heavy sweating and a rapid pulse, a result of your body overheating. It is one of three heat-related syndromes, with heat cramps being the mildest and heat stroke being the most severe.

    F.    **Heat Pathology**: Heat induced syndromes, such as heat stroke, muscle cramps and heat exhaustion, due to a failure of the heat regulating mechanisms of the body.

    G.    **Heat Stroke**: Core body temperature greater than 104 degrees Fahrenheit, with complications involving the central nervous system that occur after exposure to high temperatures. Other common symptoms include nausea, seizures, confusion, disorientation, loss of consciousness or coma.

    H.    **Photosensitivity:** An increase in the sensitivity to ultraviolet (UV) rays from the sun and other light sources. Some medications contribute to sensitivity to the sun.

**7.**    **PROCEDURES:**

    A.    Inmates diagnosed by a health care practitioner/provider with a chronic illness that may be affected by heat as listed in Attachment B "Medical Exclusion List" or those prescribed medication that may increase heat sensitivity as listed in Attachment A "Heat Pathology Medication List" shall be evaluated and educated regarding potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures shall be taken, if clinically indicated, to reduce the risk of adverse outcomes.

    B.    Clinical Encounters

**Health Care Policy No. HCP8**
**20 October 2024**
**Page Three**

    1) During clinical encounters with inmates outlined in Section 7.A. above, the Facility Medical Director or designee shall ensure the following:

        a. The health care practitioner/provider informs the inmate of the risk of developing heat pathology and/or photosensitivity;

        b. The health care practitioner/provider shall evaluate each inmate with a medical condition listed in Attachment B "Medical Exclusion List" or prescribed a medication listed in Attachment A "Heat Pathology Medications" to determine if a heat precaution duty status is indicated, provided the inmate does not have a more restrictive permanent duty status. Nothing in this regulation shall prevent a health care practitioner/provider from issuing a more restrictive duty status associated with any medical condition.

        c. An inmate prescribed a medication from Attachment A "Heat Pathology Medication List" or diagnosed with a medical condition listed in Attachment B "Medical Exclusion List,", may opt out of a heat precaution duty status, subject to the approval of the Facility Medical Director, if the inmate is educated on the risks by the health care practitioner/provider. Any such waiver shall be documented on Form HCP10-a "Refusal to Accept Medical or Mental Health Care." If necessary, the Facility Medical Director shall issue other appropriate duty statuses or outdoor work requirements to mitigate risks should the inmate choose to work outdoors.

        d. In exceptional cases, should the health care practitioner/provider determine that a heat precaution duty status is not necessary, the clinical rationale for this determination shall be documented in the inmate's medical record. Further, additional inmate education regarding heat pathology risks shall be provided and documented in the inmate's medical record.

    NOTE: If medication is the sole basis for ordering a heat precaution duty status, medication compliance shall be considered by the health care practitioner/provider when ordering a heat precaution duty status.

030615

Health Care Policy No. HCP8
20 October 2024
Page Four

    C.    Heat Precautions from May 1st through October 31st

        1)    Heat Precaution Duty Status

            a.    The Warden or designee shall ensure that the heat precaution duty status includes, but is not limited to the following:

                i.    The inmate must be brought indoors from May 1st through October 31st of each year once the apparent temperature reaches 91 degrees Fahrenheit;

                ii.    The inmate shall not participate in sports or exercise outdoors once the apparent temperature reaches 91 degrees Fahrenheit; and

                iii.    The inmate shall not be re-assigned to jobs in environments that are typically hotter than normal indoor temperatures, such as kitchen or warehouse environments that are not climate controlled.

            b.    The Warden or designee shall ensure a list of all inmates with a heat precaution duty status as outlined above in section 7.C. of this regulation is provided weekly, from May 1st through October 31st of each year, to the designated supervisor responsible for their care and custody.

        2)    Indoor Procedures

            a.    The Warden or designee shall ensure the following indoor procedures are implemented for all inmates in all housing and work areas between the hours of 8:00 am and 8:00 pm, 7 days a week during this Heat Precaution time frame (May 1st – October 31st).

                i.    Cold water and/or ice is available;

                ii.    Additional cool showers and/or cool wet towels are available (cool showers is defined as tap water supplied through an independent tap water supply line); and

Health Care Policy No. HCP8
20 October 2024
Page Five

      iii. Where possible, and if effective, increase ventilation by opening windows / doors (where security of the unit allows) and / or use of fans in housing areas to reduce housing area temperatures.

    EXCEPTION: These procedures need not be implemented in areas that are climate-controlled.

3) Outdoor Procedures

  a. The Warden or designee shall ensure the following outdoor procedures are implemented for all inmates in all outdoor areas between 8:00 AM and 7:00 PM (May 1st - October 31st).

    i. The following shall be available to all inmates in outdoor areas:

      a. Water and ice;
      b. Shaded area for breaks; and
      c. Sunscreen.

    ii. Outside temperatures are monitored using the National Weather Center website https://www.weather.gov/, recorded every two hours, and reviewed and approved by the Warden or designee;

    iii. When the apparent temperature (heat index) outdoors has exceeded 91 degrees Fahrenheit, a heat alert shall be announced;

    iv. Upon the announcement of a heat alert, the following measures shall be provided while working outdoors:

      a) Water and ice is available at least every 30 minutes;

      b) A rest break at least 15 minutes is offered every 45 minutes; and

      c) Work hours may be adjusted to accommodate extreme temperatures.

The Warden or designee shall ensure the heat precautions implemented from May 1st through October 31st of each year as

030617

Health Care Policy No. HCP8
20 October 2024
Page Six

        outlined in section C. above are documented and maintained at the facility. If the heat index exceeds 113 degrees Fahrenheit, outdoor work shall cease.

    4)

**Note\* Regardless of time of year or temperature, the above provisions in no way negate the standard requirements regarding the provision of adequate water and or ice for outdoor work crews and housing areas.**

D.    Response to Heat Pathology Signs and Symptoms

    1)    The Warden or designee shall ensure inmates exhibiting signs and symptoms of heat pathology are immediately referred to the medical department for evaluation and/or treatment.

    2)    The Facility Medical Director shall ensure that, if an inmate is diagnosed with heat stroke, a written medical report on the diagnosis and surrounding incident is emailed to the Chief Medical Officer as soon as possible after the diagnosis, but no later than 24 hours (excluding weekends and holidays).

E.    Inmate Education

    1)    The Warden or designee shall ensure inmates outlined in Section 7.A. above receive heat pathology education that includes, but is not limited to, the following:

        a.    Increased consumption of liquids;
        b.    Avoidance of undue exposure to the sun;
        c.    Signs and symptoms of dehydration;
        d.    Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes;
        e.    Signs and symptoms of medication toxicity; and
        f.    Avoidance of excessive exhausting activities in high temperatures.

    2)    The Warden or designee shall ensure documentation of inmates receiving heat pathology education through utilization of Form HCP8-a "Heat Pathology Inmate Education." This document shall be scanned into the Electronic Health Record.

F.    Staff Training

The Warden or designee shall ensure annual roll call training is provided to correctional officers during April of each year in the signs and

030618

Health Care Policy No. HCP8
20 October 2024
Page Seven

      symptoms and prevention of heat pathology as outlined in Heat Pathology Staff Training (Attachment B) and the provisions of this regulation. Documentation of this training shall be maintained at the facility.

   G.   Heat Pathology Medications

      The DPS&C Pharmacy and Therapeutics (P&T) Committee shall be responsible for annually reviewing and updating Heat Pathology Medications (Attachment A) as needed.

s/ [signature]
Secretary

Attachments:   A   Heat Pathology Medications
                B   Medical Exclusion List
                C   Heat Pathology Staff Training

Form:   HCP8-a   Heat Pathology Inmate Education

This policy supersedes Health Care Policy No. HCP8 dated 21 August 2018.

*[Stamp: ORIGINAL DOCUMENT OF THE LA DOC]*
*[Signature] Initials / Date*
*Natalie R. LaBorde, Esq.*
*Executive Counsel*

*[Handwritten: Copy of Signed Original]*

030619

**Department Regulation No. HCP8**
**Attachment A**
**20 October 2024**

| | Heat Pathology Medications List | | |
|---|---|---|---|
| **ACH Risk Score** | **Medication Drug Class** | **Examples** | **Mechanism of Heat Pathology** |
| 3 | **Anticholinergics** | Benztropine (Cogentin) | Decreased sweating<br>Impaired thermoregulation |
| | **Antihistamines with anticholinergic properties (*Scheduled/ daily-maintenance medication)** | Cyproheptadine (Periactin)<br>Diphenhydramine (Benadryl)<br>Doxylamine (Unisom)<br>Hydroxyzine (Atarax, Vistaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Antispasmodic/ Antimuscarinics** | Dicyclomine (Bentyl)<br>Hyoscyamine (Levsin)<br>Darifenacin (Enablex)<br>Oxybutynin (Ditropan)<br>Propantheline (Pro-Banthine)<br>Tolterodine (Detrol, Detrol LA) | Decreased sweating<br>Impaired thermoregulation |
| | **Antipsychotics** | Chlorpromazine<br>Clozapine (Clozaril)<br>Thioridazine (Mellaril) | Decreased sweating<br>Impaired thermoregulation |
| | **Tricyclic antidepressants (TCAs)** | Amitriptyline (Elavil)<br>Clomipramine (Anafranil)<br>Desipramine (Norpramin)<br>Doxepin (Sinequan)<br>Imipramine (Tofranil)<br>Nortriptyline (Aventyl, Pamelor) | Decreased sweating |
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Carisoprodol (Soma)<br>Tizanidine (Zanaflex)<br>Carisoprodol (Soma, Vanadom).<br>Chlorzoxazone (Lorzone, Parafon Forte DSC).<br>Metaxalone (Metaxall, Skelaxin).<br>Dantrolene (Dantrium)<br>Orphenadrine (Norflex) | Decreased sweating<br>Impaired thermoregulation |
| | **Mood stabilizer** | Lithium (Eskalith, Lithobid)<br>*(Not ACH Risk)* | Diabetes insipidus induced water loss and risk for fainting, falls<br>Electrolyte imbalance<br>Risk for toxicity in setting of dehydration because of narrow therapeutic index |
| | **Antiseizure medications** | Carbamazepine (Tegretol) | Decreased sweating<br>Increased sweating |
| 2 | **Antiseizure medications** | Oxcarbazepine (Trileptal)<br>Topiramate (Topamax) | Increased urination<br>Dizziness and weakness, especially after increased dose |

1 of 3

* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.

030600

Department Regulation No. HCP8
Attachment A
20 October 2024

| ACH Risk Score | Medication Drug Class | Examples | Mechanism of Heat Pathology |
|---|---|---|---|
| | **Skeletal Muscle Relaxants (*Scheduled/ daily-maintenance medication)** | Baclofen (Lioresal) Cyclobenzaprine (Fexmid, Flexeril) Dantrolene (Dantrium) | Decreased sweating Impaired thermoregulation |
| 1 | **Antipsychotics** | Aripiprazole (Abilify) Haloperidol (Haldol) Olanzapine (Zyprexa) Paliperidone (Invega) Quetiapine (Seroquel) Risperidone (Risperdal) Ziprasidone (Geodon) | Impaired sweating Impaired temperature |
| 0-1 | **Diuretics** | **Loop Diuretics**: Acetazolamide (Diamox) Bumetanide (Bumex) Furosemide (Lasix) Metolazone (Zaroxolyn) Spironolactone (Aldactone) Torsemide (Demadex) | Electrolyte imbalance Volume depletion, dehydration and increased risk of fainting and falls Reduced thirst sensation |
| | **Beta-Adrenergic Blocking Agents And Alpha/Beta-Adrenergic Blocking Agents** | Beta-Adrenergic Blockers: Acebutolol (Sectral) Atenolol (Tenormin) Bisoprolol (Zebeta) Metoprolol (Lopressor, Toprol XL) Nadolol (Corgard) Nebivolol (Bystolic) Pindolol (Visken) Propranolol (Inderal, InnoPran) Sotalol (Betapace)  Alpha/Beta-Adrenergic Blockers: Carvedilol (Coreg) Labetalol hydrochloride (Trandate, Normodyne) | Reduced superficial vasodilation Decreased sweating Reduced blood pressure, increased risk of fainting and falls The negative chronotropic and inotropic effects lead to a decreased oxygen demand |
| | **Non-dihydropyridines Calcium channel blocker** | Diltiazem (Cardizem, Tiazac) Verapamil (Calan) | Decreased blood pressure, increased risk of fainting and falls Electrolyte imbalance  The negative chronotropic and inotropic effects lead to a decreased oxygen demand |

2 of 3
* Scheduled/ daily-maintenance medication*= >7-10 consecutive days
** The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.

030601

**Department Regulation No. HCP8**
**Attachment A**
**20 October 2024**

| | Heat Pathology Medications List | | |
|---|---|---|---|
| **ACH Risk Score** | **Medication Drug Class** | **Examples** | **Mechanism of Heat Pathology** |
| | **Nitrates** | Isosorbide Dinitrate (Isordil) Isosorbide Mononitrate (Ismo) Nitroglycerin (NitroBid) | Peripheral Vasodilatation |
| | **Stimulants** | Amphetamine Salts (Adderall) Methylphenidate (Ritalin) | Increased body temperature |

3 of 3
**\* Scheduled/ daily-maintenance medication\*= >7-10 consecutive days**
**\*\* The recommendations in this policy are meant to serve as a guideline and are not intended to substitute for the judgment of a physician or mid-level provider in providing appropriate health care.**

030602

**MEDICAL EXCLUSION LIST**

### Central Nervous System
1. Refractory Seizure Disorders
2. Multiple Sclerosis
3. Documented Cerebrovascular Accident
4. Parkinson's Disease
5. Dementia
6. Amyotrophic Lateral Sclerosis (ALS)

### Pulmonary
1. Asthma of moderate or greater severity (based on National Asthma Education and Prevention Program - NAEPP) *
2. COPD of GOLD (Global Initiative for Chronic Obstructive Lung Disease) Class 2 or greater*
3. Pulmonary Hypertension
4. Brochiectasis*

### Cardiovascular
1. Resistant Hypertension
2. CHF of NYHA Class2 or greater*
3. Ischemic Heart Disease
4. History of MI
5. Presence of Cardiac Arrhythmia
6. Severe Lower Extremity Claudication (ABI 0.70 or below) *
7. Morbid Obesity (BMI $\geq$ 40 or $\geq$ 35 with diabetes or cardiovascular disease)

### Gastrointestinal
1. Crohn's Disease of any severity
2. Ulcerative Colitis – Moderate to Severe disease as determined using the Trulove and Witts Severity Criteria*

### Renal
1. Chronic Kidney Disease - eGFR<60 (worse than mildly decreased kidney function) *
2. Acute Kidney Injury until resolved
3. Nephrotic Syndrome

### Skin Diseases
1. Plaque Psoriasis with greater than15% body surface area involvement
2. History of third degree burns of greater than 15% body surface area
3. Uncontrolled Eczema (atopic dermatitis) greater than 15% body surface area

### Rheumatologic
1. Rheumatoid arthritis - uncontrolled
2. Systemic Lupus Erythematosus - uncontrolled
3. Ankylosing Spondylitis - uncontrolled

### Infectious Disease
1. Hepatitis C currently on treatment
2. HIV positive with other than undetectable Viral Load and/or CD4 count less than 200
3. HIV on opportunistic infection prophylaxis

### Hematologic/Oncologic
1. Cancers under active treatment with drugs or radiation
2. Sickle cell anemia, (not sickle cell trait, which does not cause morbidity) *

\* See below classifications:

030603

# Classifications

**\*GOLD Classification of COPD**

**Table 1**

**CLASSIFICATION OF AIRFLOW LIMITATION SEVERITY IN COPD (BASED ON POST-BRONCHODILATOR $FEV_1$)**

In patients with $FEV_1/FVC < 0.70$:

| | | |
|---|---|---|
| GOLD 1: | Mild | $FEV_1 \geq 80\%$ predicted |
| GOLD 2: | Moderate | $50\% \leq FEV_1 < 80\%$ predicted |
| GOLD 3: | Severe | $30\% \leq FEV_1 < 50\%$ predicted |
| GOLD 4: | Very Severe | $FEV_1 < 30\%$ predicted |

COPD: chronic obstructive pulmonary disease; FEV1: forced expiratory volume in 1 second; FVC: forced vital capacity; GOLD: Global Initiative for Chronic Obstructive Lung Disease. Source: Reference 1. Reprinted with permission.

**\*NAEPP Classification Asthma**

Classifying severity for patients who are not currently taking long-term control medications.

| Components of Severity | | Classification of Asthma Severity (Youths ≥12 years of age and adults) | | | |
|---|---|---|---|---|---|
| | | Intermittent | Persistent Mild | Persistent Moderate | Persistent Severe |
| Impairment<br>Normal $FEV_1/FVC$:<br>8–19 yr  85%<br>20–39 yr  80%<br>40–59 yr  75%<br>60–80 yr  70% | Symptoms | ≤2 days/week | >2 days/week but not daily | Daily | Throughout the day |
| | Nighttime awakenings | ≤2x/month | 3–4x/month | >1x/week but not nightly | Often 7x/week |
| | Short-acting beta$_2$-agonist use for symptom control (not prevention of EIB) | ≤2 days/week | >2 days/week but not >1x/day | Daily | Several times per day |
| | Interference with normal activity | None | Minor limitation | Some limitation | Extremely limited |
| | Lung function | • Normal $FEV_1$ between exacerbations<br>• $FEV_1 >80\%$ predicted<br>• $FEV_1/FVC$ normal | • $FEV_1 \geq 80\%$ predicted<br>• $FEV_1/FVC$ normal | • $FEV_1 >60\%$ but <80% predicted<br>• $FEV_1/FVC$ reduced 5% | • $FEV_1 <60\%$ predicted<br>• $FEV_1/FVC$ reduced >5% |
| Risk | Exacerbations requiring oral systemic corticosteroids | 0–1/year (see note) | ≥2/year (see note) ──────────────────────────────────────── | | |
| | | ◄── Consider severity and interval since last exacerbation. Frequency and severity may fluctuate over time for patients in any severity category. ──► | | | |
| | | Relative annual risk of exacerbations may be related to $FEV_1$ | | | |

Level of severity is determined by assessment of both impairment and risk. Assess impairment domain by patient's/caregiver's recall of previous 2–4 weeks and spirometry. Assign severity to the most severe category in which any feature occurs.

030604

## *Resistant Hypertension

Resistant hypertension is high blood pressure that does not respond well to aggressive medical treatment. Hypertension is considered resistant when all of the following are true:
- Someone is taking three different blood pressure medications at their maximally tolerated doses.
- One of the blood pressure medications is a diuretic
- Blood pressure remains above goal
- If hypertension requires four or more medications to be controlled it is also called resistant hypertension.

www.hopkinsmedicine.org/health/conditions-and-diseases/high-blood-pressure-hypertension/resistant-hypertension

## *NYHA Classification

| NYHA | Definition |
| --- | --- |
| Class I | Unlimited physical activities. The daily activity does not cause any exhaustion, palpitation and/or shortness of breath |
| Class II | Limitation to mild activity. No complaint at rest. However, daily activity may cause exhaustion, palpitation and/or shortness of breath |
| Class III | Significant daily activity limitation. No complaint at rest, however, mild physical activity causes exhaustion, palpitations or shortness of breath |
| Class IV | No physical activity without complaint. Sign and symptoms are observed at rest. Increased complaint during activity. |

## *Ankle Brachial Index

An ABI ratio Ankle systolic pressure divided by brachial systolic pressure) above 0.90 is normal, 0.71-0.90 indicates mild obstruction, 0.41-0.70 indicates moderate obstruction, and <0.40 indicates severe obstruction.

## *Brochiectasis

Bronchiectasis is a chronic lung disease characterized by persistent and lifelong widening of the bronchial airways and weakening of the function mucociliary transport mechanism owing to repeated infection contributing to bacterial invasion and mucus pooling throughout the bronchial tree.

## *Truelove and Witts Severity Index- Ulcerative Colitis

|  | Mild | Moderate | Severe |
| --- | --- | --- | --- |
| Bowel movements (no. per day) | Fewer than 4 | 4–6 | Six or more plus at least one of the features of systemic upset (marked with *) |
| Blood in stools | No more than small amounts of blood | Between mild and severe | Visible blood |
| Pyrexia (temperature greater than 37.8°C) * | No | No | Yes |
| Pulse rate greater than 90 bpm * | No | No | Yes |
| Anemia * | No | No | Yes |
| Erythrocyte sedimentation rate (mm/hour) * | 30 or below | 30 or below | Above 30 |

Adapted from Sturm et al.[13]

030605

**Chronic Kidney Disease Classification**

| Stage of CKD | eGFR result | What it means |
|---|---|---|
| Stage 1 | 90 or higher | - Mild kidney damage<br>- Kidneys work as well as normal |
| Stage 2 | 60-89 | - Mild kidney damage<br>- Kidneys still work well |
| Stage 3a | 45-59 | - Mild to moderate kidney damage<br>- Kidneys don't work as well as they should |
| Stage 3b | 30-44 | - Moderate to severe damage<br>- Kidneys don't work as well as they should |
| Stage 4 | 15-29 | - Severe kidney damage<br>- Kidneys are close to not working at all |
| Stage 5 | less than 15 | - Most severe kidney damage<br>- Kidneys are very close to not working or have stopped working (failed) |

030606

Department Regulation No. HCP8
Attachment C
20 October 2024

## HEAT RELATED ILLNESS

Heat related deaths and illnesses are preventable. Despite this, around 618 people in the United States are killed by extreme heat every year. This document provides helpful tips, information, and resources to help you stay safe in the extreme heat this summer.

### WHAT IS EXTREME HEAT?

Extreme heat is defined as summertime temperatures that are much hotter and/or humid than average. Because some places are hotter than others, this depends on what's considered average for a particular location at that time of year. Humid and muggy conditions can make it seem hotter than it really is.

### WHAT CAUSES HEAT-RELATED ILLNESS?

Heat-related illnesses, like heat exhaustion or heat stroke, happen when the body is not able to properly cool itself. While the body normally cools itself by sweating, during extreme heat, this might not be enough. In these cases, a person's body temperature rises faster than it can cool itself down. This can cause damage to the brain and other vital organs.



030607

Department Regulation No. HCP8
Attachment C
20 October 2024

## WHO IS MOST VULNERABLE?

Older adults, the very young, and people with mental illness and chronic diseases are at highest risk. However, even young and healthy people can be affected if they participate in strenuous physical activities during hot weather.

Summertime activity, whether on the playing field or the construction site, must be balanced with actions that help the body cool itself to prevent heat-related illness.



## WHAT ARE HEAT CRAMPS?

Heat cramps are muscle pains or spasms – usually in the abdomen, arms, or legs – that may occur in association with strenuous activity. People who sweat a lot during strenuous activity are prone to heat cramps. This sweating depletes the body's salt and moisture. The low salt level in the muscles causes painful cramps. Heat cramps may also be a symptom of heat exhaustion. If you have heart problems or are on a low-sodium diet, seek medical attention for heat cramps.

## WHAT IS HEAT EXHAUSTION?

Heat exhaustion is a milder form of heat-related illness that can develop after several days of exposure to high temperatures and inadequate or unbalanced replacement of fluids. Those most prone to heat exhaustion are elderly people, those with high blood pressure, and those working or exercising in the heat.

## WHAT IS HEAT STROKE?

Heat stroke is the most serious heat-related illness. It occurs when the body becomes unable to control its temperature: the body's temperature rises rapidly, the sweating mechanism fails, and the body is unable to cool down. Body temperature may rise to 106°F or higher within 10 to 15 minutes. Heat stroke can cause death or permanent disability if emergency treatment is not provided.

## WHAT IS A HEAT RASH?

Heat rash is a skin irritation caused by excessive sweating during hot, humid weather. It can occur at any age but is most common in young children. Heat rash looks like a red cluster of pimples or small blisters.

030608

It is more likely to occur on the neck and upper chest, in the groin, under the breasts, and in elbow creases.

## HOW CAN HEAT-RELATED ILLNESSES BE PREVENTED?

STAY HYDRATED – Drink plenty of fluids during vigorous or outdoor activities (including sunbathing), especially on hot days; avoid alcohol and fluids with caffeine as these can lead to dehydration; and take frequent drink breaks and "wet down" or mist yourself with a spray bottle to avoid becoming overheated.

STAY COOL – Dress in lightweight, light-colored, loose-fitting clothing on hot days; schedule vigorous activity and sports for cooler times of the day; take rest periods in shady or cool areas; warm up and cool-down before and after exercise; protect yourself from the sun by wearing a hat and sunglasses; use a sunscreen that is at least SPF 15; and gradually increase time spent outdoors to allow your body to get acclimated to the heat.

STAY INFORMED – Learn the signs and symptoms of heat-related illnesses and how to treat them; spend as much time indoors as possible on hot and humid days; check your local news for extreme heat alerts and safety tips; and consult your doctor if you have a medical condition or are taking medication.

## REFERENCES

- ACA Standard 4-4153 (Adult Correctional Institutions); Occupational Safety and Health Administration (2018);
- *Using the Heat Index: A Guide for Employers* (2018); http://osha.gov/SLTC/heatillness/heat_index/;
- Centers for Disease Control and Prevention (2018); *Natural Disasters and Severe Weather: Extreme Heat*; https://www.cdc.gov/disasters/extremeheat/index.html; and
- https://www.weather.gov/.

DPS&C Facility Staff shall familiarize themselves with Department Regulation IS-D-HCP8, Heat Pathology; as well as any Institutional Policies regarding this matter, in order to properly monitor offender wellbeing.

030609

## SYMPTOMS AND FIRST AID MEASURES FOR HEAT-RELATED INJURIES:

### HEAT STROKE

**WHAT TO LOOK FOR**
- High body temperature (103° F or higher)
- Hot, red, dry or damp skin
- Fast, strong pulse
- Headache
- Dizziness
- Nausea
- Losing conscoiusness
- Confusion

**WHAT TO DO**
- Call 911 right away - heat stroke is a medical emergency.
- Move the person to a cooler place.
- Help lower the person's temperature with cool cloths or a cool bath.
- Do not give the person anything to drink.

### HEAT EXHAUSTION

**WHAT TO LOOK FOR**
- Heavy sweating
- Cold, pale, and clammy skin
- Fast, weak pulse
- Nausea or vomiting
- Muscle cramps
- Tiredness or weakness
- Dizziness
- Headache
- Fainting (passing out)

**WHAT TO DO**
- Move to a cool place
- Loosen your clothes
- Put cool, wet cloths on your body or take a cool bath
- Sip water

**GET MEDICAL HELP IF**
- You are throwing up
- Your symptoms get worse
- Your symptoms last longer than 1 hour

030610

## HEAT CRAMPS

**WHAT TO LOOK FOR**
- Heavy sweating during intense exercise
- Muscle pain or spasms

**WHAT TO DO**
- Stop physical activity and move to a cool place
- Drink water or a sports drink
- Wait for cramps to go away before you do any more physical activity

**GET MEDICAL HELP IF**
- Cramps last longer than 1 hour
- You're on a low-sodium diet
- You have heart problems

## SUNBURN

**WHAT TO LOOK FOR**
- Painful, red, and warm skin
- Blisters on the skin

**WHAT TO DO**
- Stay out of the sun until your sunburn heals
- Put cool cloths on sunburned areas or take a cool bath
- Put moisturizing lotion on sunburned areas
- Do not break blisters

## HEAT RASH

**WHAT TO LOOK FOR**
- Red clusters of small blisters that look like pimples on the skin (usually on the neck, chest, groin, or in elbow creases)

**WHAT TO DO**
- Stay in a cool, dry place
- Keep the rash dry
- Use powder (like baby powder) to soothe the rash

030611

030612