UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * | CIVIL ACTION<br><br>NO.:  3:23-cv-1304-BAJ-EWD |
| **VERSUS** | * * | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * * | JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE<br>ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# AFFIDAVIT

**STATE OF PENNSYLVANIA**

**BUCKS COUNTY**

  **BEFORE ME**, the undersigned notary, duly authorized in the State and County aforesaid, personally came and appeared:

**Dr. Carl Keldie**

 Who, based upon his personal knowledge, did depose and say the following:

1. I submit this declaration in support of the defendants to address Dr. Vassallo's Fourth Supplemental Declaration.

**My Qualifications**

2. I will first address claims that I am not qualified to provide opinions in this case. I have decades of experience in correctional medical care, heat pathology and pharmacotherapy. While none of the medical specialties or subspecialties recognized by the American Board of Medical Specialties recognize "Thermoregulatory Expert" as a specialty, I am qualified to provide opinions in this matter based on my decades of experience in correctional medical care and heat pathology.

3. I am a Fellow of the American College of Correctional Physicians. I have both supervised and provided direct patient care in jails and prisons across the country. I have been at the point of care taking care of detainees and prisoners in their residence. There is no comparison to Dr. Vassallo's occasional, if not rare encounter, with a Patient from Riker's Island. I have been to Riker's Island no less than 20 times. I have been to every jail on the Island. Riker's Island is the only jail or prison that I am aware of that has 24 by 7 coverage by Board Certified emergency medicine physicians. A small number of men go to the hospital for emergencies. Dr. Vassallo's experience in providing care to detainess or prisoners would most likely **not** represent a statistically significant sample size.

4. Based on a background of study and practice of Patient Safety I have developed dozens of training modules, a litany of clinical decision support tools, authored hundreds of policies and procedures and evaluated the deployment of these tools through an overarching Continuous Quality Improvement program. This effort culminated in 2017 when Correct Care Solutions became a member of the 4th oldest Patient Safety Organization in the US.[1]

---

[1] My Patient Safety Experience is extensive and is summarized here: (1) I am one of 10,000 plus Just Culture Champions having completed the in-person 40-hour course in 2014. I have used their algorithm to review hundreds if not 1000s of sentinel events; (2) Member of the Society to Improve Diagnosis in Medicine for the past decade. The Society to Improve Diagnosis in Medicine (SIDM) was a not-for-profit organization founded in 2011 that promoted reducing diagnostic errors through collaboration, research, and education. SIDM established the Coalition to Improve Diagnosis, a multidisciplinary effort specifically formed to raise awareness of diagnostic error across the health care industry, and an annual conference devoted to the topic of diagnostic safety. SIDM has restructure to become the CIDM. I am a founding member of The Community Improving Diagnosis in Medicine (CIDM). I have attended 2 multiday conferences and will attend my 3rd conference in October 2025; (3) A student and practitioner of recognizing and understanding Cognitive and Affective bias. Cognitive Bias has been taught by Pat Croskerry MD PhD for decades. He is currently Director of the Critical Thinking Program within the Division of Medical

5. More importantly I have been a student of heat pathology for 20 years. This began with a heat wave in the northeast in the early 2000s when Dr. Deleca Barnes and I addressed heat pathology medications for the first time in correctional Healthcare. I chaired or co-charied the P&T Committee of the three of the largest correctional health care companies.

**My Involvment With This Case**

6. I began the review process in the summer of 2024 not only with an open mind but a biased one. I had read Dr. Vassallo's declarations and was impressed by her training, education and frankly, her work product. However, I soon discovered that Dr. Vassallo's opinions were generalizations, overbroad, and not based upon the actual conditions at LSP.

7. I assumed we would find multiple examples of exertional heat illness clinical presentations, likened to finding weapons of mass destruction. I assumed there would be both systems issues and personal failures. I assumed there would be errors of omission and errors of commission.

8. I reviewed and analyzed almost 8000 pages of medical records identified as those of the 8 original eight plaintiffs. I reviewed, collated and risk stratified over 120 Self-Declared Emergencies submitted by approximately 70 unique individuals during the months of May through August 2024.

9. I found no instances of serious exertional heat illness. There were no cases of heat exhaustion or heat stroke. There were no mortalities. There was no longitudinal data that supported Dr. Vassallo's repetitive and hackneyed expressions of substantial or escalated risk. There were certainly no findings of irreparable harm as claimed in her fourth declaration.

10. The Department of Corrections asked for opinions and recommendations to improve the policies they had in place. While I generally found that there was no risk of harm to LSP offenders who have been acclimated to the environment, have access to risk mitigation measures including shade, iced water and Gatorade and rest periods of 15 minutes every

---

Education, Dalhousie University. (4) Student and teacher of Human Factors Research principles espoused by, James Reasons. PhD

45 minutes and who perform easy level work the majority of the time with occasional moderate level workload, Dr. Barnes and I made recommendations to add additional medications and medical conditions to be used as a clinical support tool.

11. Despite there being de minimis risk and zero finding of harm from Exertional Heat Illness on the farm lines at LSP the correctional and medical leadership for the Louisiana Department of Public Safety and Corrections has made substantive changes to the following three major areas: (1) Preventative Mitigatory Interventions; (2) Heat Pathology Medication List; (3) Medical Exclusion List. Dr. Barnes and I have made similar conservative recommendations for even more stringent measures to reduce the minimal if any risk to virtually zero risk.

**Heat Alert Threshold**

12. Dr. Vassallo states that there is no scientific authority supporting a heat alert threshold of 91 degrees F heat index. In fact, there is no science supporting a heat alert threshold of 88 degrees F heat index.

13. Arguably the "scientific authority" in the field of Exertional Heat Illness is the United States Armed Forces. The US Army is a unique source of exertional heat illness actuarial data.

14. This was addressed in my initial Expert Report. Neither the US Army nor OSHA uses such a low number espoused by Dr. Vassallo. The heat index of 91 degrees F is a very conservative number, and a case could be made to increase it to 95. In part, the 91-degree Heat Index number is derived from the US Army chart from Exhibit 5 in the initial report. In the US Army chart, a heat index of 91 degrees falls just above the green category and in about the middle of the spectrum of heat index extrapolations from the wet bulb globe temperature (WBGT). As can be seen from the chart and as reported previously, there are no interventions necessary at easy work levels.

15. A heat index of 95 degrees is included in OSHA's Extreme Caution category. The extreme category ranges from a Heat Index (HI) of 90 degrees to 105 degrees. 95 degrees is in the lower 1/3 of the range. These cautions apply to workers that are (1) without safety protocols in place; i.e. little or no protection (2) doing physically strenuous work and (3) working prolonged hours consistent with agricultural work in the community. In fact, the

16. advised cautions are intended to make sure employers in the community take steps to protect their employees who are incentivized by their economic reality to work harder and longer in hotter conditions to make ends meet.

17. OSHA doesn't have regulations mandating when outdoor work must stop. They do have recommendations as to what safety steps should be in place at varying levels of heat index. These safety steps may include mandatory rest periods each hour, availability of cool liquids to drink, and availability of shade for workers. This is what is available at LSP. There are additional safety measures in place as clinical personnel and a fully equipped medical facility is nearby, a State Certified EMS staff and Vehicle (ambulance) and the field workers have the ability to call a self-declared emergency (SDE), even if they hurt their finger two weeks prior playing basketball.

18. OSHA states: "Exposure to heat hazards both outdoors and indoors could lead to serious illness, injury, or death. Heat-related illnesses and injuries can happen at varying ambient temperatures, especially in cases where workers are not acclimated, perform moderate or higher physical activity, or wear heavy or bulky clothing or equipment, including personal protective equipment".[2] The field workers at LSP are quite acclimated to the climate at the facility. This is supported by the fact that they have no little or no reported exertional heat illness when participating in competitive sports in the heat of the afternoon, including basketball, football, weightlifting, etc. Nor do they report significant exertional heat illness symptoms while training and preparing for the rodeo. These sports activities and rodeo work go on despite the much higher heat indices experienced in the afternoons at LSP, again with no obvious harm to the participants.

19. The field workers at LSP do what is generally regarded as easy work, not moderate or higher physical activity, as demonstrated in my first Expert Declaration, Exhibit 5.[3] The workers at LSP do **not** engage in prolonged periods of work unlike community agricultural workers (although "prolonged" has never been defined by Dr. Vassallo or by OSHA for

---

[2] OHSA Temporary Worker Initiative TWI Bulletin Number 12 - Exposure to Outdoor and Indoor Heat-Related Hazards
[3] USARIEM Department of the Army and Air Force Heat Stress Control and Heat Casualty Management TB MED 507/AFPAM 2003, 66:48 https://www.govinfo.gov/content/pkg/GOVPUB-D101-PURL-gpo216616/pdf/GOVPUB-D101-PURL-gpo216616.pdf
Most Current Update April 12, 2022

that matter). Importantly, it has **not** been shown that the workers in the fields at LSP have suffered irreparable harm or any harm due to the work they do in the field.

19. The fact that there has been no Acute Kidney Injury (AKI) resulting in Chronic Kidney Disease (CKD) and no Central Nervous System, (CNS) symptoms that escalated to permanent neurological damage is solid evidence that no such irreparable harm has been inflicted on the inmates at LSP.

20. The heat index which may trigger a heat advisory varies by geography and historical heat and humidity for each region. A heat advisory might be called in Minnesota at a heat index of 83 degrees but one might be called in Georgia at a heat index of 95 degrees. NWS local offices often collaborate with local partners to determine when an alert should be issued for a local area.[4] Therefore, a heat index of 88 degrees cannot be applied universally. The population in a hot, humid environment is much better acclimated to these environmental features than someone from Minnesota. For example, the local National Weather Service in Louisiana issues a Heat Advisory when the heat index is greater than or equal to 108 and an Excessive Heat Warning when the heat index is greater than or equal to 113.[5]

21. Most importantly, from the totality of Dr. Vassallo's 4 declarations and the most current TRO by VOTE no evidence of increased risk of exertional heat illness has been demonstrated (see paragraphs 22-42 below) The various terminologies "substantial risk", "prolonged exposure", "risk of serious physical harm" and now "substantial threat of irreparable harm" espoused would have certainly been evidenced by a significant number of serious adverse outcomes including deaths. Instead, there have been none. Louisiana Department of Health records show there are approximately 1.3 to 3.8 hospitalizations per 100,000 population per year for heat related illnesses in West Feliciana parish, where the Louisiana State Penitentiary is located (from Exhibit 3 in initial Expert Report), and that there is no clinically significant increased risk (1.5 per million) of death due to heat illness in crop workers across the US relative to the general population, per the CDC data. This same CDC data shows the miniscule risk of this outcome.[6] Dr. Vassallo has not shown evidence of an

---

[4] National Weather Service – Understanding Heat Alerts https://www.weather.gov/safety/heat-ww
[5] NWS LIX - Watch, Warning, Advisory Criteria
[6] Heat-Related Deaths — United States, 2004–2018, Centers for Disease Control and Prevention MMWR Weekly / June 19, 2020 / 69(24);729–734; Heat -related death among crop workers-United States, 1992-2006. Centers for Disease Control and Prevention MMWR Weekly / June 20, 2008 / 57(24) 649-653; (This is one of Dr. Vassallo's Reference 8 in 4th Declaration)

increased risk even at times when the heat index was 13 degrees higher than 88 (101 degrees F.) The relentless use of describing risk in the most pejorative of terms has never been quantified by Dr. Vassallo in numerical values for either relative or absolute risk.

**Classic versus Exertional Heat Illness and Studies Cited by Dr. Vassallo**

22. Dr. Vassallo's opinions on the heat alert threshold are mainly based in studies concerning classic heat illness, as opposed to exertional heat illness. Not only is the reliance on studies of a completely different heat illness flawed, the studies themselves do not demonstrate a substantial risk of harm for heat illness when the heat index reaches 88 degrees.

23. The following chart outlines the difference between classic heat illness and exertional heat illness.

24. EXERTIONAL VS NONEXERTIONAL (CLASSIC) SERIOUS[7] HEAT ILLNESS[8]

|  | **EXERTIONAL** | **NONEXERTIONAL (VASSALLO) (TEXAS)** |
|---|---|---|
| **SETTING** | **Typically Outdoors** | **Typically Indoors** |
| **CAUSE** | Body may become unable to cool itself due to **excessive heat production** at high levels of exertion | The body's **ability to dissipate heat is overwhelmed** by prolonged (sometimes days) exposure to a very hot environment, such as in an unairconditioned apartment during a heatwave with limited ability to change location or temperature |
| **RISK FACTORS** | Individuals motivated to perform **strenuous and prolonged exercise**, hot environment, inadequate hydration, and poor acclimatization, use of amphetamines and similar stimulants | Elderly individuals, young children, people with long histories of significant chronic illnesses, and those with limited access to cooling, social isolation, those with limited ability to change location or environment, limited access to cooling or to electrolyte replacement |
| **SYMPTOMS** | Coordination problems, profuse sweating, nausea, vomiting, diarrhea | Altered mental status, hot, dry skin (lack of sweating) |
| **PHYSICAL SIGNS** | **Tachycardia: Rapid pulse**<br>**Tachypnea: Rapid breathing**<br>**Hyperthermia: High body temperature**<br>**Hypotension: Low blood Pressure** | Tachycardia: Rapid pulse<br>Hyperthermia: High body temperature<br>Hypotension: Low blood pressure |
| **MORTALITY RATE** | In **exertional heatstroke** mortality rates are generally low (<5%) ** | Mortality from **nonexertional heatstroke** among the elderly exceeds 50% ** |

25. Because the setting, causes, risk factors and mortality rates differ, applying classic heat illness data to exertional heat illness situations is flawed.

26. Most of the studies cited by Dr. Vassallo are based on urban data that supplies information about classic heat illness and not exertional heat illness. All of the studies are retrospective and based on observational data. There are no double blinded randomized controlled trials (Double-blind, randomized controlled trials (RCTs). RCTs are widely considered the gold

---

[7] Heat exhaustion and/or heat stroke

[8] This chart in no way supports Dr. Vassallo's statements that young and healthy individuals working the Farm Line face a substantial risk of harm for exertional heat illnesses when the heat index reaches 88 degrees. The risk factors included in this chart suppose that no remediation methods are in place, such as rest breaks, acclimatization, access to ice, water, electrolytes and shade. Nor does the literature or national guidance support substantial risk of harm when the heat index reaches 88 degrees. As stated in my initial report, there is little or no risk to field workers at LSP who have been acclimated to the environment, have access to risk mitigation measures including shade, iced water and Gatorade and rest periods of 15 minutes every 45 minutes and who perform easy level work the majority of the time with occasional moderate level workload.

standard in medical research because they are designed to minimize bias and provide the most reliable evidence for evaluating the effectiveness of <u>interventions.</u> It is highly unlikely there ever will be any of these high-quality studies done on this issue.

27. Regarding the study of Petitti, et al. Multiple trigger points for quantifying heat-health impacts: new evidence from a hot climate. 2016; This is data from Maricopa County, AZ from **1/1/2000 – 12/31/2012**. It includes data from May 1 – October 31 each year. It includes the entire population, not just agricultural workers. There were about 35 heat related deaths per yea<u>r. (424</u> total deaths in 13 years). The county population is about 3.9 million. A rough estimate of agricultural workers in the County during the 13 years in the study is about 12 thousand each year (in 2002 it was 13,990, in 2007 it was 10,628 and in 2012 it was 8,532).[9] Data is not available every year individually. Therefore, the rate of death here is about 0.00897 deaths per 100,000 population per year or 0.9 per million.

28. Dr. Vassallo states this reference shows health risks increase at a heat index of 88 degrees Fahrenheit (31 degrees Celsius). The magnitude of the increased risk (in various graphs in this article) is neither "substantial" nor clinically significant from a population standpoint. It also applies to classic heat illness. Remember, the outcomes are extremely rare, meaning the absolute risk of any outcome is miniscule. If the absolute risk of an outcome is statistically near zero, and there is a 10% or 20% or 30% relative risk added to that, the absolute risk is still near zero.

29. These are results mainly from urban and suburban areas (in this case Maricopa County, Arizona, where the majority of the population resides in and around Phoenix) where classic heat illness is predominant.

30. The two studies the authors of this article use as an example of sources for information about threshold temperatures associated with excess deaths (e.g., Hajat and Kosatsky 2010; McMichael et al. 2008) are studies from cities where classic heat illness is the dominant form of heat illness. "It is recognised that the dangers of heat exposure are likely to be amplified in heavily built-up areas due to increased thermal storage capacity and night-time radiation". This is not the question for the population working in the field at LSP.

---

[9] United States Department of Agriculture - National Agricultural Statistics Service
https://www.nass.usda.gov/AgCensus/index.php

31. The data regarding classic heat illness comprises most of Dr Vassallo's entire argument. Additionally, it appears that the vast majority of declarant's work experience has been in New York City, where the overwhelmingly predominant form of heat illness seen is classic heat illness.

32. Regarding the study, Yard, et al. 2010 - Heat illness among high school athletes-United Sates 2005-2009; this study concerned data from 100 high schools – all sports activities. The rate of heat related events was 1.6 per 100,000. For football it was 4.5 per 100,000 and all 8 other sports it was 0.4 per 100,000. **There were no deaths.** These athletes are put at far more risk than the LSP workers, yet the study still shows **miniscule risk.** Further, the study does not endorse a substantial risk of harm when the heat index reaches 88 degrees.

33. Regarding the study Petitti, et al. – Occupation and Environmental Heat Associated Deaths in Maricopa County, Arizona, the study looked at deaths occurring from May through October during the period **January 1, 2002-December 31, 2009 in Maricopa County that were identified as heat-caused or heat-related. There were 444 total heat related deaths and 40 of these were in the agricultural sector over this 8-year period.** The article states there were about 3200 documented and many more undocumented agricultural workers per year in Maricopa County. For the eight years there were approximately a cumulative total of 30000 agricultural workers (a very conservative estimate). This is a death rate of about 0.13 per 100,000 workers. There would be 1 death every 8 years per 100,000 workers. This corresponds to a risk of about 1.3 ten thousandths of one percent. Further, the study does not endorse a substantial risk of harm when the heat index reaches 88 degrees.

34. Dr. Vassallo also cites Centers for Disease Control and Prevention (2008) Heat -related death among crop workers-United States, 1992-2006In this study, the total annualized rate of heat related death for these workers is 0.36 per 100,000 (52 average crop worker deaths for an average of 14.454 million crop workers per year). This represents a risk of 3.6 in a million. Further, the study does not endorse a substantial risk of harm when the heat index reaches 88 degrees.

35. Dr. Vassallo cites to Update: Heat illness, active component, U.S. Armed Forces, 2020." MSMR vol. 28,4 (2021): 10-15. This article reports "475 incident cases of heat stroke and 1,667 incident cases of heat exhaustion among active component service members". Most

exertional heat illness in the military, according to an epidemiologic study of heat related events at military bases in the US, occurs unsurprisingly in newly enlisted soldiers performing either forced marches or training runs.[10] These exercises are intended to prepare these young recruits for contingencies in time of war. New recruits may be from Northern states and are now rigorously training in Southern states, where most military boot camp training facilities are sited.[11] There is clearly a warmer climate in Southern states, to which most are not acclimated.

36. A forced march may require these soldiers to march for at least 12 miles carrying a 35 pound or more rucksack and full gear including boots, helmet and rifle, over a specified time period, usually 3 hours.[12] This is the minimum requirement; the marches could require more miles and/or more weight.

37. It is not intellectually honest to conflate the experience of these soldiers with the experience of our subject population at LSP. This is not equivalent in any way to what the workers in the field at LSP are expected to do. Further, the study does not endorse a substantial risk of harm when the heat index reaches 88 degrees.

38. Dr. Vassallo also cites Heat related fatalities in North Carolina. Am J Public Health 95 (4) 635-37. The death rate for agricultural workers in North Carolina from 1977 – 2001 was 1.52 per 100,000. There were 19 total deaths over this period of time. This is an old study which collected data from a period prior to the majority of modern studies surrounding heat illness had been done and prior to the institution of safety protocols for outdoor workers. Despite this fact, the risk of death demonstrated is extremely low.

39. The data continuously shows that the death rate from heat related illness across the US is extremely low, between 2.1 and 3.6 in one million.[13]

---

[10] Epidemiology of Exertional Heat Illness in the Military: A Systematic Review of Observational Studies - Faith O. Alele, et al. Int J Environ Res Public Health. 2020 Oct; 17(19): 7037
[11] www.careersinthemilitary.com/options-boot-camp-services
[12] Dept of Defense: EIB, ESB, EFMB Candidate Handbook
https://media.defense.gov/2023/Feb/01/2003153679/-1/-1/0/E3B%20BOOKLET_FINAL_NO-BLEEDS.PDF
[13] **Heat-Related Deaths — United States, 2004–2018.** Centers for Disease Control and Prevention MMWR Weekly / June 19, 2020 / 69(24);729–734**.** The average number of deaths from heat related illness per year during this period was 702. The death rate from heat related illness across the US during these years was 702 per 350 million (assumption of US population) population per year, or 720 divided by 350 million. The risk per year is about 2.1 in one million. This is a vanishingly small number. See also **Heat -related death among crop workers-United States, 1992-2006** Centers for Disease Control and Prevention MMWR Weekly June 20, 2008 / 57(24);649-653 **.** To reiterate, the risk of death per year is about 3.6 in one million.

40. Our subject facility (LSP) has multiple sound heat illness mitigations in effect:
    a. work during the morning hours,
    b. working modified shifts,
    c. ability to self-declare a potential problem,
    d. mandatory work breaks of 15 minutes per hour,
    e. unlimited water/Gatorade breaks,
    f. availability of shaded areas and
    g. Emergency medical services stationed on site.
41. The information in the two studies for the CDC above, shows, though while not derived from the same exact years of data (but both from vast databases relatively closely related temporally), that agricultural crop workers have heat related mortality rates very close to that of the general public ( a difference of 1.5 in a million) in the United States. This serves to underscore the fact that our subject population is not at "substantial" risk of harm, as claimed by the plaintiffs.

**Heat Season**

42. While not included in her first three declarations, Dr. Vassallo now argues that the heat season of May to October is improper.
43. We have examined the heat indices for each and every day in April and November 2024 recorded at New Roads False River Airport Weather Station. In April 2024, the heat index never exceeded 91 degrees.[14] In November of 2024, the heat index exceeded 91 degrees on one day, on November 7th starting at 1:35 PM in the afternoon[3], well after the field workers leave their jobs.

**Monitoring Heat**

44. Dr. Vassallo asserts that the process by which LSP monitors heat is flawed.
45. I understand that counsel for Plaintiffs suggested and approved the process in place, including using the New Roads Weather Station.

---

[14] National Weather Service Time Series Viewer New Roads False River Regional Airport - https://www.weather.gov/wrh/timeseries?site=KHZR&hours=72&units=english_k&chart=on&headers=on&obs=tabular&hourly=false&pview=standard

46. Dr. Vassallo states it is 50 miles from the farm line to the weather station. In fact, it is about 17.27 miles as the crow flies from the center of the property at LSP to the weather station at New Roads False River Regional Airport. (maps.google.com)
47. This is yet another exaggerated example cavalierly thrown out by Dr. Vassallo.
48. The process that Plaintiffs proposed to monitor heat index is sufficient here. Under certain conditions the heat index may be lower than what a WBGT might indicate. However, the experience at LSP farm lines, and we reiterate, has not revealed any serious exertional heat related illness or heat related death.

**Substantial Risk of Harm**

49. Dr. Vassallo continuously states that LSP offenders working the Farm Line face a substantial threat of irreparable injury.
50. In addition to the extremely low mortality rate for exertional heat illnesses discussed above, the literature does not support Dr. Vassallo's generalized statements.
51. Further, the literature shows that self-paced work and rest breaks are the touchstone of the thermoregulatory process.
52. As stated in one study: "Clearly, if temperatures are high and artificial cooling is not possible, the only way body temperature can remain in a safe range is by reducing physical activity"[15]…"Our analysis indicated that: (a) Voluntary reductions in exercise work rate in uncompensable heat aid (in) thermoregulation and are, therefore, thermoregulatory behaviors".[16]
53. And in another study: "However, there is some heterogeneity in the magnitude of the temperature effect in other dimensions. In particular, we find that the temperature effect is smaller when there is more at stake."[17] (At stake means, for example: winning an athletic competition (like the SuperBowl) or a race, setting a time record, feeding a family, completing tasks assigned at boot camp in the allotted time, etc).

---

[15] The Annals of Occupational Hygiene, Volume 55, Issue 5, June 2011, Pg 548–555 Self-Pacing as a Protective Mechanism against the Effects of Heat Stress https://doi.org/10.1093/annhyg/mer012
[16] Id.
[17] Scandinavian Journal of Medicine & Science in Sports, 2015 Human behavioral thermoregulation during exercise in the heat AD Flouris, ZJ Schlader.

54. As I observed in my inspection, and as confirmed in the testimony from LSP employees, offenders are provided sufficient rest breaks and can take breaks as needed. The self-paced easy work at LSP is in itself, a thermoregulation process.

**Medical Condition List**

55. In connection with my review of HCP8, I created a Medical Conditions list. The prior policy listed four illnesses that may or may not make an offender more vulnerable to heat. Now, HCP8 specifically provides 9 general categories with 33 chronic illnesses that would require a health care provider to evaluate an offender for a heat Precaution Duty Status.

56. The Medical Condition List offers sound Clinical Decision Support for the practitioners as an attachment. . The references for each condition are included in the document itself. Dr. Vassallo's statement that this support tool was contrived by me is simply false. I did not define refractory seizure or resistant hypertension as these are such common terms.

57. Dr. Vassallo's opinion that the medical condition list is underinclusive because it does not include diabetes or coronary artery disease is overreaching. Neither Diabetes nor stable coronary artery disease require designation as Medical Condition in HCP8.

58. Coronary artery disease, which has become clinical ischemic heart disease is on the list. There is a real risk of doing harm by labeling a patient with stable coronary artery disease in the same risk bucket as clinical ischemic heart disease which can lead to the phenomenon referred to as a cardiac cripple.

59. Second, Diabetes is included on the list if the patient also has a BMI of greater than 35. Second, Dr. Vassallo once again makes far reaching statements that "It is well settled that people with diabetes or pre-diabetics are at increased risk of heat stroke and heat-related disorders." There is no such well settled consensus on the risk of harm from diabetes alone, much less pre-diabetes.

60. In fact, it has been shown that individuals with Type 2 Diabetes can be "cured" (attain remission) with exercise and weight loss. In the DiRECT[18] study, 36% achieved remission

---

[18] Durability of a primary care-led weight-management intervention for remission of type 2 diabetes: 2-year results of the DiRECT open-label, cluster-randomised trial, Michael E J Lean, et al. Lancet Diabetes Endocrinol. 2019 May;7(5):344-355. doi: 10.1016/S2213-8587(19)30068-3. Epub 2019 Mar 6; see also https://pmc.ncbi.nlm.nih.gov/articles/PMC6125024/#section8-1559827615619159
"Overwhelming evidence shows that lifestyle changes—namely, improvements in physical activity and diet, leading to weight loss—reduce diabetes risk significantly.[54,55] Randomized controlled trials have shown that lifestyle

based on lifestyle changes. The benefits of working on the farm line may in fact far outweigh any risk. Further, a heat precautions duty status would prevent an individual from exercising if the heat index reaches 91 degrees.

61. This is precisely why a blanket prohibition of outdoor work or exercise when an offender has diabetes or pre-diabetes is incorrect. While a morbidly obese diabetic should not be working in the heat (and is therefore included on the list), that is not required for every diabetes or pre-diabetes diagnosis.

62. The efforts by Dr. Vassallo to protect patients such as those with type 2 diabetes, prediabetes and those with hypertension and asymptomatic coronary heart disease are far more likely to result in harm to both their mental and medical health.

**Medication List**

63. I understand Dr. Barnes, a PharmD, will address Dr. Vassallo's assertions regarding the medication list. I will briefly address these issues as well.

64. There is no science that the hypothalamus has a "critical function" in exertional heat illness. Conversely in the following cited references "The effect of prescription and over-the-counter medications on core temperature in adults during heat stress: a systematic review and meta-analysis by Hospers, et al.,4 the authors state: "Despite epidemiological studies showing psychotropic medications are associated with increased risk of morbidity and mortality during hot weather,75, 76, 77 no evidence was found that antidepressants, anxiolytics or antipsychotics alter physiological thermoregulation during heat stress (Fig. 3). These drugs are often reported to reduce sweating, but no study investigating psychotropic medication measured this variable. Epidemiological studies cannot untangle medication effects on heat stress risk from the disease being treated."

65. As stated in my original report, there is little or no risk to field workers at LSP who have been acclimated to the environment, have access to risk mitigation measures including

---

interventions focused on physical activity, healthy diets, and weight loss can reduce diabetes risk by 58% in people with IGT."; see also American Diabetes Association: "But remember, along with your diet and medications, regular physical activity is an important part of managing diabetes or dealing with prediabetes. Because when you're active, your cells become more sensitive to insulin so it works more effectively to lower your blood glucose, also known as blood sugar"

shade, iced water and Gatorade and rest periods of 15 minutes every 45 minutes and who perform easy level work the majority of the time with occasional moderate level workload.

66. The modifications to HCP8 are not only improvements but are based on supported not purported scientific research.

67. A heat alert at a heat index of 91 degrees is medically and scientifically sound. There is no basis to set the heat alert at the heat index of 88 degrees as proposed by Dr. Vassallo.

68. The threshold to cease work at 113 degrees is more than reasonable and corresponds to the local National Weather Services' Excessive Heat Warnings.

69. The current Heat Pathology Medication List is supported by science and medical literature. Medications like SSRIs do not pose a risk of harm in exertional heat illness.

70. There is no science or experiential outcomes that exertion at the level performed on the farm lines at LSP have resulted in harm much less irreparable harm.

_____
**Dr. Carl Keldie**

SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC, this 10th day of April, 2025

_____
**NOTARY PUBLIC**

Commonwealth of Pennsylvania - Notary Seal
Victoria L. Child, Notary Public
BUCKS COUNTY
My Commission expires August 24, 2028
Commission number 1026148