IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## DECLARATION OF JEREMY A. BENJAMIN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A SECOND TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jeremy A. Benjamin declare as follows:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams on behalf of themselves and those similarly situated (collectively, "Plaintiffs"). I respectfully submit

this Declaration in Further Support of Plaintiffs' Motion for a Second Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as Exhibit 51 is a true and correct copy of a summary chart, created by counsel, summarizing dates in 2025 to date on which the heat index reached or exceeded 88 degrees Fahrenheit, as reported by NWS stations in New Roads False River Regional Airport and Baton Rouge Metropolitan Ryan Field, with the underlying NWS data and headers added.

3. Attached hereto as Exhibit 52 is a true and correct copy of the Daily Line Counts and Job Rosters for Lines 15a, 15b, 24, and 25 covering the period April 1, 2025 to April 4, 2025, produced by Defendants in this action and bearing starting bates number VOTE001750.

4. Attached hereto as Exhibit 53 is a true and correct copy of Exhibit V to the Expert Report of Dr. Carl Keldie.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 18, 2025.

_____
Jeremy A. Benjamin