# Exhibit 51

National Weather Service ("NWS") Heat Index Data

March to April 2025

### New Roads False River Regional Airport

| Date | NWS Data Location[1] | Heat Index + Time It Reaches 88° F | Maximum Heat Index |
|---|---|---|---|
| **March 2025** | | | |
| March 30, 2025 | New Roads | 88.47° (3:15 PM) | 88.68° |
| **April 2025** | | | |
| April 2, 2025 | New Roads | 88.54° (11:35 AM) | 91° |
| April 3, 2025 | New Roads | 89.73° (11:35 AM) | 92.12° |
| April 4, 2025 | New Roads | 89.4° (11:35 AM) | 92.41° |
| April 5, 2025 | New Roads | 88.34° (12:15 PM) | 91.49° |

### Baton Rouge Metropolitan Airport, Ryan Field[2]

| Date | NWS Data Location | Heat Index + Time It Reaches 88° F | Maximum Heat Index |
|---|---|---|---|
| **March 2025** | | | |
| March 30, 2025 | Baton Rouge | 90.14° (3:53 PM) | 90.14° |
| **April 2025** | | | |
| April 2, 2025 | Baton Rouge | 88.16° (10:53 AM) | 93.63° |
| April 3, 2025 | Baton Rouge | 89.04° (10:53 AM) | 93.11° |
| April 4, 2025 | Baton Rouge | 90.84° (11:53 AM) | 91.54° |
| April 5, 2025 | Baton Rouge | 90.19° (10:53 AM) | 93.99° |

---

[1] NWS data is gathered from NWS Historical Observations spreadsheets, available for download at https://www.weather.gov/lox/observations_historical.

[2] NWS data collected at the Baton Rouge Airport is used on dates when NWS did not provide heat index data at the New Roads location.

## National Weather Service - New Roads False River Regional Airport, March 30, 2025

| Date | Time | heat_index |
|---|---|---|
| 3/30/2025 | 23:55 | |
| 3/30/2025 | 23:35 | |
| 3/30/2025 | 23:15 | |
| 3/30/2025 | 22:55 | |
| 3/30/2025 | 22:35 | |
| 3/30/2025 | 22:15 | |
| 3/30/2025 | 21:55 | |
| 3/30/2025 | 21:35 | |
| 3/30/2025 | 21:15 | |
| 3/30/2025 | 20:55 | |
| 3/30/2025 | 20:35 | |
| 3/30/2025 | 20:15 | |
| 3/30/2025 | 19:55 | |
| 3/30/2025 | 19:35 | |
| 3/30/2025 | 19:15 | |
| 3/30/2025 | 18:55 | 84.22 |
| 3/30/2025 | 18:35 | 84.02 |
| 3/30/2025 | 18:15 | 84.87 |
| 3/30/2025 | 17:55 | 86.14 |
| 3/30/2025 | 17:35 | 86.11 |
| 3/30/2025 | 17:15 | 88.68 |
| 3/30/2025 | 16:55 | 87.17 |
| 3/30/2025 | 16:35 | 88.23 |
| 3/30/2025 | 16:15 | 88.02 |
| 3/30/2025 | 15:35 | 88.34 |
| 3/30/2025 | 15:15 | 88.47 |
| 3/30/2025 | 14:55 | 87.93 |
| 3/30/2025 | 14:35 | 85.41 |
| 3/30/2025 | 14:15 | 86.56 |
| 3/30/2025 | 13:55 | 86.16 |
| 3/30/2025 | 13:35 | 84.74 |
| 3/30/2025 | 13:15 | 83.88 |
| 3/30/2025 | 12:55 | |
| 3/30/2025 | 12:35 | |
| 3/30/2025 | 12:15 | |
| 3/30/2025 | 11:55 | |
| 3/30/2025 | 11:35 | |
| 3/30/2025 | 11:15 | |
| 3/30/2025 | 10:55 | |
| 3/30/2025 | 10:35 | |
| 3/30/2025 | 10:15 | |
| 3/30/2025 | 9:55 | |
| 3/30/2025 | 9:35 | |
| 3/30/2025 | 9:15 | |
| 3/30/2025 | 8:55 | |
| 3/30/2025 | 8:35 | |
| 3/30/2025 | 8:15 | |
| 3/30/2025 | 7:55 | |

**National Weather Service - New Roads False River Regional Airport, March 30, 2025**

| Date | Time |
|---|---|
| 3/30/2025 | 7:35 |
| 3/30/2025 | 7:15 |
| 3/30/2025 | 6:55 |
| 3/30/2025 | 6:35 |
| 3/30/2025 | 6:15 |
| 3/30/2025 | 5:55 |
| 3/30/2025 | 5:35 |
| 3/30/2025 | 5:15 |
| 3/30/2025 | 4:55 |
| 3/30/2025 | 4:35 |
| 3/30/2025 | 4:15 |
| 3/30/2025 | 3:55 |
| 3/30/2025 | 3:35 |
| 3/30/2025 | 3:15 |
| 3/30/2025 | 2:55 |
| 3/30/2025 | 2:35 |
| 3/30/2025 | 2:15 |
| 3/30/2025 | 1:55 |
| 3/30/2025 | 1:35 |
| 3/30/2025 | 1:15 |
| 3/30/2025 | 0:55 |
| 3/30/2025 | 0:35 |
| 3/30/2025 | 0:15 |

National Weather Service - New Roads False River Regional Airport, April 2, 2025

| Date | Time | heat_index |
|---|---|---|
| 4/2/2025 | 23:55 | |
| 4/2/2025 | 23:35 | |
| 4/2/2025 | 23:15 | |
| 4/2/2025 | 22:55 | |
| 4/2/2025 | 22:35 | |
| 4/2/2025 | 22:15 | |
| 4/2/2025 | 21:55 | |
| 4/2/2025 | 21:35 | |
| 4/2/2025 | 21:15 | |
| 4/2/2025 | 20:55 | |
| 4/2/2025 | 20:35 | |
| 4/2/2025 | 20:15 | |
| 4/2/2025 | 19:55 | |
| 4/2/2025 | 19:35 | |
| 4/2/2025 | 19:15 | 83.53 |
| 4/2/2025 | 18:55 | 84.24 |
| 4/2/2025 | 18:35 | 84.99 |
| 4/2/2025 | 18:15 | 84.92 |
| 4/2/2025 | 17:55 | 86.29 |
| 4/2/2025 | 17:35 | 87.13 |
| 4/2/2025 | 17:15 | 86.85 |
| 4/2/2025 | 16:55 | 87.98 |
| 4/2/2025 | 16:35 | 86.88 |
| 4/2/2025 | 16:15 | 88.11 |
| 4/2/2025 | 15:55 | 87.78 |
| 4/2/2025 | 15:35 | 89.02 |
| 4/2/2025 | 15:15 | 89.71 |
| 4/2/2025 | 14:55 | 89.6 |
| 4/2/2025 | 14:35 | 91 |
| 4/2/2025 | 14:15 | 89.71 |
| 4/2/2025 | 13:55 | 90.5 |
| 4/2/2025 | 13:35 | 89.49 |
| 4/2/2025 | 13:15 | 90.9 |
| 4/2/2025 | 12:55 | 89.85 |
| 4/2/2025 | 12:35 | 90.12 |
| 4/2/2025 | 12:15 | 90.12 |
| 4/2/2025 | 11:55 | 89.02 |
| 4/2/2025 | 11:35 | 88.54 |
| 4/2/2025 | 11:15 | 87.66 |
| 4/2/2025 | 10:55 | 86.45 |
| 4/2/2025 | 10:35 | 86.09 |
| 4/2/2025 | 10:15 | 83.93 |
| 4/2/2025 | 9:55 | |
| 4/2/2025 | 9:35 | |
| 4/2/2025 | 9:15 | |
| 4/2/2025 | 8:55 | |
| 4/2/2025 | 8:35 | |
| 4/2/2025 | 8:15 | |

**National Weather Service - New Roads False River Regional Airport, April 2, 2025**

| Date | Time |
|---|---|
| 4/2/2025 | 7:55 |
| 4/2/2025 | 7:35 |
| 4/2/2025 | 7:15 |
| 4/2/2025 | 6:55 |
| 4/2/2025 | 6:35 |
| 4/2/2025 | 6:15 |
| 4/2/2025 | 5:55 |
| 4/2/2025 | 5:35 |
| 4/2/2025 | 5:15 |
| 4/2/2025 | 4:55 |
| 4/2/2025 | 4:35 |
| 4/2/2025 | 4:15 |
| 4/2/2025 | 3:55 |
| 4/2/2025 | 3:35 |
| 4/2/2025 | 3:15 |
| 4/2/2025 | 2:55 |
| 4/2/2025 | 2:35 |
| 4/2/2025 | 2:15 |
| 4/2/2025 | 1:55 |
| 4/2/2025 | 1:35 |
| 4/2/2025 | 1:15 |
| 4/2/2025 | 0:55 |
| 4/2/2025 | 0:35 |
| 4/2/2025 | 0:15 |

National Weather Service - New Roads False River Regional Airport, April 3, 2025

| Date | Time | heat_index |
|---|---|---|
| 4/3/2025 | 23:55 | |
| 4/3/2025 | 23:35 | |
| 4/3/2025 | 23:15 | |
| 4/3/2025 | 22:55 | |
| 4/3/2025 | 22:35 | |
| 4/3/2025 | 22:15 | |
| 4/3/2025 | 21:55 | |
| 4/3/2025 | 21:35 | |
| 4/3/2025 | 21:15 | |
| 4/3/2025 | 20:55 | |
| 4/3/2025 | 20:35 | |
| 4/3/2025 | 20:15 | |
| 4/3/2025 | 19:55 | |
| 4/3/2025 | 19:35 | |
| 4/3/2025 | 19:15 | 83.91 |
| 4/3/2025 | 18:55 | 84.87 |
| 4/3/2025 | 18:35 | 85.23 |
| 4/3/2025 | 18:15 | 86.88 |
| 4/3/2025 | 17:55 | 88.03 |
| 4/3/2025 | 17:35 | 89.51 |
| 4/3/2025 | 17:15 | 89.91 |
| 4/3/2025 | 16:55 | 90.1 |
| 4/3/2025 | 16:35 | 90.64 |
| 4/3/2025 | 16:15 | 90.93 |
| 4/3/2025 | 15:55 | 92.12 |
| 4/3/2025 | 15:35 | 91.26 |
| 4/3/2025 | 15:15 | 91.44 |
| 4/3/2025 | 14:55 | 91.26 |
| 4/3/2025 | 14:35 | 91.18 |
| 4/3/2025 | 14:15 | 91.9 |
| 4/3/2025 | 13:55 | 90.77 |
| 4/3/2025 | 13:40 | 90.88 |
| 4/3/2025 | 13:15 | 91.74 |
| 4/3/2025 | 12:55 | 91.09 |
| 4/3/2025 | 12:35 | 90.01 |
| 4/3/2025 | 12:15 | 89.56 |
| 4/3/2025 | 11:55 | 88.9 |
| 4/3/2025 | 11:35 | 89.73 |
| 4/3/2025 | 11:15 | 87.4 |
| 4/3/2025 | 10:55 | 86.79 |
| 4/3/2025 | 10:35 | 86.65 |
| 4/3/2025 | 10:15 | 86.18 |
| 4/3/2025 | 9:55 | 84.04 |
| 4/3/2025 | 9:35 | |
| 4/3/2025 | 9:15 | |
| 4/3/2025 | 8:55 | |
| 4/3/2025 | 8:35 | |
| 4/3/2025 | 8:15 | |

**National Weather Service - New Roads False River Regional Airport, April 3, 2025**

| Date | Time |
| --- | --- |
| 4/3/2025 | 7:55 |
| 4/3/2025 | 7:35 |
| 4/3/2025 | 7:15 |
| 4/3/2025 | 6:55 |
| 4/3/2025 | 6:35 |
| 4/3/2025 | 6:15 |
| 4/3/2025 | 5:55 |
| 4/3/2025 | 5:35 |
| 4/3/2025 | 5:15 |
| 4/3/2025 | 4:55 |
| 4/3/2025 | 4:35 |
| 4/3/2025 | 4:15 |
| 4/3/2025 | 3:55 |
| 4/3/2025 | 3:35 |
| 4/3/2025 | 3:15 |
| 4/3/2025 | 2:55 |
| 4/3/2025 | 2:35 |
| 4/3/2025 | 2:15 |
| 4/3/2025 | 1:55 |
| 4/3/2025 | 1:35 |
| 4/3/2025 | 1:15 |
| 4/3/2025 | 0:55 |
| 4/3/2025 | 0:35 |
| 4/3/2025 | 0:15 |

National Weather Service - New Roads False River Regional Airport, April 4, 2025

| Date | Time | heat_index |
|---|---|---|
| 4/4/2025 | 23:55 | |
| 4/4/2025 | 23:35 | |
| 4/4/2025 | 23:15 | |
| 4/4/2025 | 22:55 | |
| 4/4/2025 | 22:35 | |
| 4/4/2025 | 22:15 | |
| 4/4/2025 | 21:55 | |
| 4/4/2025 | 21:35 | |
| 4/4/2025 | 21:15 | |
| 4/4/2025 | 20:55 | |
| 4/4/2025 | 20:35 | |
| 4/4/2025 | 20:15 | |
| 4/4/2025 | 19:55 | |
| 4/4/2025 | 19:35 | 83.71 |
| 4/4/2025 | 19:15 | 84.24 |
| 4/4/2025 | 18:55 | 84.99 |
| 4/4/2025 | 18:35 | 85.66 |
| 4/4/2025 | 18:15 | 86.9 |
| 4/4/2025 | 17:55 | 86.7 |
| 4/4/2025 | 17:35 | 87.44 |
| 4/4/2025 | 17:15 | 88.45 |
| 4/4/2025 | 16:55 | 87.55 |
| 4/4/2025 | 16:35 | 88.23 |
| 4/4/2025 | 16:15 | 88.21 |
| 4/4/2025 | 15:55 | 87.4 |
| 4/4/2025 | 15:15 | 89.38 |
| 4/4/2025 | 14:55 | 92.41 |
| 4/4/2025 | 14:35 | 89.64 |
| 4/4/2025 | 14:15 | 89.62 |
| 4/4/2025 | 13:55 | 89.38 |
| 4/4/2025 | 13:35 | 90.77 |
| 4/4/2025 | 13:15 | 90.34 |
| 4/4/2025 | 12:55 | 90.99 |
| 4/4/2025 | 12:35 | 89.85 |
| 4/4/2025 | 12:15 | 90.12 |
| 4/4/2025 | 11:55 | 89.28 |
| 4/4/2025 | 11:35 | 89.4 |
| 4/4/2025 | 11:15 | 87.91 |
| 4/4/2025 | 10:55 | 86.94 |
| 4/4/2025 | 10:35 | 86.79 |
| 4/4/2025 | 10:15 | 84.58 |
| 4/4/2025 | 9:55 | |
| 4/4/2025 | 9:35 | |
| 4/4/2025 | 9:15 | |
| 4/4/2025 | 8:55 | |
| 4/4/2025 | 8:35 | |
| 4/4/2025 | 8:15 | |
| 4/4/2025 | 7:55 | |

**National Weather Service - New Roads False River Regional Airport, April 4, 2025**

| Date | Time |
|---|---|
| 4/4/2025 | 7:35 |
| 4/4/2025 | 7:15 |
| 4/4/2025 | 6:55 |
| 4/4/2025 | 6:35 |
| 4/4/2025 | 6:15 |
| 4/4/2025 | 5:55 |
| 4/4/2025 | 5:35 |
| 4/4/2025 | 5:15 |
| 4/4/2025 | 4:55 |
| 4/4/2025 | 4:35 |
| 4/4/2025 | 4:15 |
| 4/4/2025 | 3:55 |
| 4/4/2025 | 3:35 |
| 4/4/2025 | 3:15 |
| 4/4/2025 | 2:55 |
| 4/4/2025 | 2:35 |
| 4/4/2025 | 2:15 |
| 4/4/2025 | 1:55 |
| 4/4/2025 | 1:35 |
| 4/4/2025 | 1:15 |
| 4/4/2025 | 0:55 |
| 4/4/2025 | 0:35 |
| 4/4/2025 | 0:15 |

National Weather Service - New Roads False River Regional Airport, April 5, 2025

| Date | Time | heat_index |
|---|---|---|
| 4/5/2025 | 23:55 | |
| 4/5/2025 | 23:35 | |
| 4/5/2025 | 23:15 | |
| 4/5/2025 | 22:55 | |
| 4/5/2025 | 22:35 | |
| 4/5/2025 | 22:15 | |
| 4/5/2025 | 21:55 | |
| 4/5/2025 | 21:35 | |
| 4/5/2025 | 21:15 | |
| 4/5/2025 | 20:55 | |
| 4/5/2025 | 20:35 | |
| 4/5/2025 | 20:15 | |
| 4/5/2025 | 19:55 | |
| 4/5/2025 | 19:35 | |
| 4/5/2025 | 19:15 | |
| 4/5/2025 | 18:55 | |
| 4/5/2025 | 18:35 | |
| 4/5/2025 | 18:15 | |
| 4/5/2025 | 17:55 | |
| 4/5/2025 | 17:35 | |
| 4/5/2025 | 17:15 | 83.97 |
| 4/5/2025 | 16:55 | 85.57 |
| 4/5/2025 | 16:35 | 86.5 |
| 4/5/2025 | 16:15 | 87.4 |
| 4/5/2025 | 15:55 | 89.92 |
| 4/5/2025 | 15:35 | 88.79 |
| 4/5/2025 | 15:15 | 88.47 |
| 4/5/2025 | 14:55 | 90.16 |
| 4/5/2025 | 14:35 | 89.46 |
| 4/5/2025 | 14:15 | 90.66 |
| 4/5/2025 | 13:55 | 90.45 |
| 4/5/2025 | 13:35 | 91.49 |
| 4/5/2025 | 13:15 | 90.45 |
| 4/5/2025 | 12:55 | 90.03 |
| 4/5/2025 | 12:35 | 89.13 |
| 4/5/2025 | 12:15 | 88.34 |
| 4/5/2025 | 11:55 | 87.78 |
| 4/5/2025 | 11:35 | 87.21 |
| 4/5/2025 | 11:15 | 86.94 |
| 4/5/2025 | 10:55 | 85.75 |
| 4/5/2025 | 10:35 | 86.5 |
| 4/5/2025 | 10:15 | 84.7 |
| 4/5/2025 | 9:55 | 84.31 |
| 4/5/2025 | 9:35 | 84.11 |
| 4/5/2025 | 9:15 | |
| 4/5/2025 | 8:55 | |
| 4/5/2025 | 8:35 | |
| 4/5/2025 | 8:15 | |

**National Weather Service - New Roads False River Regional Airport, April 5, 2025**

| Date | Time |
|---|---|
| 4/5/2025 | 7:55 |
| 4/5/2025 | 7:35 |
| 4/5/2025 | 7:15 |
| 4/5/2025 | 6:55 |
| 4/5/2025 | 6:35 |
| 4/5/2025 | 6:15 |
| 4/5/2025 | 5:55 |
| 4/5/2025 | 5:35 |
| 4/5/2025 | 5:15 |
| 4/5/2025 | 4:55 |
| 4/5/2025 | 4:35 |
| 4/5/2025 | 4:15 |
| 4/5/2025 | 3:55 |
| 4/5/2025 | 3:35 |
| 4/5/2025 | 3:15 |
| 4/5/2025 | 2:55 |
| 4/5/2025 | 2:35 |
| 4/5/2025 | 2:15 |
| 4/5/2025 | 1:55 |
| 4/5/2025 | 1:35 |
| 4/5/2025 | 1:15 |
| 4/5/2025 | 0:55 |
| 4/5/2025 | 0:35 |
| 4/5/2025 | 0:15 |

**National Weather Service - Baton Rouge Metropolitan Ryan Field, March 30, 2025**

| Date | Time | heat_index |
|---|---|---|
| 3/30/2025 | 23:53 | |
| 3/30/2025 | 23:27 | |
| 3/30/2025 | 22:53 | |
| 3/30/2025 | 22:16 | |
| 3/30/2025 | 21:53 | |
| 3/30/2025 | 20:53 | |
| 3/30/2025 | 19:53 | |
| 3/30/2025 | 18:53 | 83.73 |
| 3/30/2025 | 17:53 | 87.82 |
| 3/30/2025 | 16:53 | 88.88 |
| 3/30/2025 | 15:53 | 90.14 |
| 3/30/2025 | 14:53 | 87.01 |
| 3/30/2025 | 13:53 | 86.41 |
| 3/30/2025 | 12:53 | 85.28 |
| 3/30/2025 | 11:53 | |
| 3/30/2025 | 10:53 | |
| 3/30/2025 | 9:53 | |
| 3/30/2025 | 8:53 | |
| 3/30/2025 | 7:53 | |
| 3/30/2025 | 6:53 | |
| 3/30/2025 | 5:53 | |
| 3/30/2025 | 5:06 | |
| 3/30/2025 | 4:53 | |
| 3/30/2025 | 4:41 | |
| 3/30/2025 | 4:31 | |
| 3/30/2025 | 3:53 | |
| 3/30/2025 | 2:53 | |
| 3/30/2025 | 2:42 | |
| 3/30/2025 | 2:09 | |
| 3/30/2025 | 1:53 | |
| 3/30/2025 | 1:15 | |
| 3/30/2025 | 0:53 | |

**National Weather Service - Baton Rouge Metropolitan Ryan Field, April 2, 2025**

| Date | Time | Heat_index |
|---|---|---|
| 4/2/2025 | 23:53 | |
| 4/2/2025 | 22:53 | |
| 4/2/2025 | 21:55 | |
| 4/2/2025 | 21:53 | |
| 4/2/2025 | 20:53 | |
| 4/2/2025 | 19:53 | 83.57 |
| 4/2/2025 | 18:53 | 84.9 |
| 4/2/2025 | 17:53 | 87.62 |
| 4/2/2025 | 16:53 | 89.04 |
| 4/2/2025 | 15:53 | 89.04 |
| 4/2/2025 | 14:53 | 91.54 |
| 4/2/2025 | 13:53 | 92.88 |
| 4/2/2025 | 12:53 | 93.63 |
| 4/2/2025 | 11:53 | 90.19 |
| 4/2/2025 | 11:25 | 89.04 |
| 4/2/2025 | 10:53 | 88.16 |
| 4/2/2025 | 9:53 | 83.88 |
| 4/2/2025 | 8:53 | |
| 4/2/2025 | 7:53 | |
| 4/2/2025 | 6:53 | |
| 4/2/2025 | 5:53 | |
| 4/2/2025 | 5:49 | |
| 4/2/2025 | 5:08 | |
| 4/2/2025 | 4:53 | |
| 4/2/2025 | 3:53 | |
| 4/2/2025 | 3:00 | |
| 4/2/2025 | 2:53 | |
| 4/2/2025 | 1:53 | |
| 4/2/2025 | 0:53 | |

**National Weather Service - Baton Rouge Metropolitan Ryan Field, April 3, 2025**

| Date | Time | Heat_index |
| --- | --- | --- |
| 4/3/2025 | 23:53 | |
| 4/3/2025 | 22:53 | 83.88 |
| 4/3/2025 | 22:08 | 83.88 |
| 4/3/2025 | 21:53 | 83.88 |
| 4/3/2025 | 20:53 | 83.88 |
| 4/3/2025 | 19:53 | 84.9 |
| 4/3/2025 | 18:53 | 85.87 |
| 4/3/2025 | 17:53 | 89.46 |
| 4/3/2025 | 16:53 | 93.11 |
| 4/3/2025 | 15:53 | 92.43 |
| 4/3/2025 | 14:53 | 92.43 |
| 4/3/2025 | 13:53 | 92.05 |
| 4/3/2025 | 12:53 | 91.54 |
| 4/3/2025 | 11:53 | 90.19 |
| 4/3/2025 | 10:53 | 89.04 |
| 4/3/2025 | 9:53 | 84.9 |
| 4/3/2025 | 8:53 | |
| 4/3/2025 | 7:53 | |
| 4/3/2025 | 6:53 | |
| 4/3/2025 | 5:53 | |
| 4/3/2025 | 4:53 | |
| 4/3/2025 | 3:53 | |
| 4/3/2025 | 2:53 | |
| 4/3/2025 | 1:53 | |
| 4/3/2025 | 0:53 | |
| 4/3/2025 | 0:22 | |
| 4/3/2025 | 0:01 | |

**National Weather Service - Baton Rouge Metropolitan Ryan Field, April 4, 2025**

| Date | Time | Heat_index |
| --- | --- | --- |
| 4/4/2025 | 23:53 | |
| 4/4/2025 | 23:31 | |
| 4/4/2025 | 23:21 | |
| 4/4/2025 | 22:53 | |
| 4/4/2025 | 22:20 | |
| 4/4/2025 | 22:10 | |
| 4/4/2025 | 21:53 | |
| 4/4/2025 | 21:36 | |
| 4/4/2025 | 20:53 | 83.88 |
| 4/4/2025 | 20:16 | 83.88 |
| 4/4/2025 | 19:53 | 84.9 |
| 4/4/2025 | 19:51 | 84.58 |
| 4/4/2025 | 18:53 | 85.87 |
| 4/4/2025 | 17:53 | 88.36 |
| 4/4/2025 | 16:53 | 90.84 |
| 4/4/2025 | 15:53 | 90.19 |
| 4/4/2025 | 14:53 | 91.54 |
| 4/4/2025 | 13:53 | 90.19 |
| 4/4/2025 | 12:53 | 90.19 |
| 4/4/2025 | 12:36 | 90.19 |
| 4/4/2025 | 11:53 | 90.84 |
| 4/4/2025 | 10:53 | 87.62 |
| 4/4/2025 | 9:53 | 86.88 |
| 4/4/2025 | 8:53 | 83.88 |
| 4/4/2025 | 7:53 | |
| 4/4/2025 | 7:10 | |
| 4/4/2025 | 6:53 | |
| 4/4/2025 | 5:53 | |
| 4/4/2025 | 4:53 | |
| 4/4/2025 | 3:53 | |
| 4/4/2025 | 2:53 | |
| 4/4/2025 | 1:53 | |
| 4/4/2025 | 1:34 | |
| 4/4/2025 | 1:02 | |
| 4/4/2025 | 0:53 | |
| 4/4/2025 | 0:37 | |

**National Weather Service - Baton Rouge Metropolitan Ryan Field, April 5, 2025**

| Date | Time | Heat_index |
| --- | --- | --- |
| 4/5/2025 | 23:53 | |
| 4/5/2025 | 23:30 | |
| 4/5/2025 | 22:53 | |
| 4/5/2025 | 21:53 | |
| 4/5/2025 | 21:06 | |
| 4/5/2025 | 20:53 | |
| 4/5/2025 | 19:53 | 83.57 |
| 4/5/2025 | 19:51 | 84.58 |
| 4/5/2025 | 18:53 | 84.9 |
| 4/5/2025 | 17:53 | 84.9 |
| 4/5/2025 | 16:53 | 86.41 |
| 4/5/2025 | 15:53 | 91.54 |
| 4/5/2025 | 14:53 | 93.99 |
| 4/5/2025 | 13:53 | 92.88 |
| 4/5/2025 | 12:53 | 90.75 |
| 4/5/2025 | 11:53 | 90.19 |
| 4/5/2025 | 10:53 | 90.19 |
| 4/5/2025 | 10:28 | 87.62 |
| 4/5/2025 | 9:53 | 86.41 |
| 4/5/2025 | 8:53 | 83.57 |
| 4/5/2025 | 7:53 | |
| 4/5/2025 | 6:53 | |
| 4/5/2025 | 5:53 | |
| 4/5/2025 | 4:53 | |
| 4/5/2025 | 4:41 | |
| 4/5/2025 | 4:33 | |
| 4/5/2025 | 4:24 | |
| 4/5/2025 | 4:16 | |
| 4/5/2025 | 3:53 | |
| 4/5/2025 | 2:53 | |
| 4/5/2025 | 1:53 | |
| 4/5/2025 | 0:53 | |