# Exhibit 52

**Daily Line Counts**

Line #: _6A/6B_                    Date: _4-1-25_

Pusher: _Asst Goffin_
Gun Guard: _____
Gun Guard: _____

AM Count: _17_

PM Count: _____

**Comments:**

- 7:05 arrived at camp D Falcon gate opened outside gate
- 7:18 opened inside gate checked out 17x
- 7:26 arrived at Processing Plant
- 7:30 began to GI the Processing Plant
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S
- 10:00 called in count Falcon 1(0) 2(1) 3(6) 4(10)
- 10:30 lunch
- 11:00 began to finish GI
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S
- 1:30 made rounds A/S
- 2:00 made rounds A/S
- 2:15 head land

VOTE001750

**Daily Line Counts**

Line #: _15 A_    Date: _4-1-25_

Pusher: _Andrew Adams (Sgt.)_
Gun Guard: _____
Gun Guard: _____

AM Count: _2_

PM Count: _____

| Count | | |
|---|---|---|
| Am | | Pm |
| E1 - 1 | | |
| F2 - 1 | | |

Comments:

7:20 - Arrived At Camp D sally port checked out Line 15B
7:40 - getting ice And water
8:00 - gathering weedeaters, gas   All secure At this time
8:10 - Starting to weedeat At ice house   All secure
9:00 - Announced Break   All secure
9:44 - Turned in count (1) E1 (1) F2   Announced Break All secure
10:30 - went picked up tray from camp F For Line 15A
11:30 - Back to weedeating   All secure At this time
12:15 - Announced Break   All secure At this time
1:00 - Break time   All secure At this time
1:15 - Break time   All secure At this time
2:00 - Head Count

VOTE001751

**Daily Line Counts**

Line #: __15B__          Date: __4-1-25__

Pusher: __Msgt A. Bordelon__
Gun Guard: __Msgt Browders__
Gun Guard: _____

F1
F2- 1+1=2
F3-3
F4-1
Total = 4+2 = 6

AM Count: __F1-0, F2-2, F3-3, F4-1=6x__

PM Count: _____

**Comments:**

7:38 Arrived at gate Camp D Falcon gate
7:44 Opened outside gate
7:46 Opened inside gate
8:15 Arrived process plant
8:40 got ice coolers 2x with water
8:42 enroute 37 to get weed eaters
8:48 Arrived to get weedeaters 6x - 15A5, 15B2, 15B18, 15B3, 15B4
and a spool of string                                    15A12
9:40 Called in count F1-0, F2-2, F3-3, F4-1 = 6x
10:20 loaded inmates and weedeaters and enroute 37 for chow
11:10 loaded inmates on bus and enroute by crushing plant to weedeat
12:10 All secure
1:10 All secure
1:55 loaded inmates on bus and enroute line 37 to return weedeaters
2:08 Enroute Camp D AB Processing Plant picking up 17x
2:22 opened AB Enroute Camp D Falcongate
2:28 opened outside gate
2:32 opened inside gate  count 23x

**Daily Line Counts**

Line #: _6A/6B_          Date: _4-2-25_

Pusher: _msgt Griffin_
Gun Guard: _____
Gun Guard: _____

220

AM Count: _18_

F 1
2 11
3 ##\| ||
4 ##\| |||
1-3
2-4

PM Count: _____

<u>Comments:</u>

- 7:05 arrived at camp D Falcon gate opened outside gate
- 7:09 opened inside gate checked out 18 x 15B(1) line 24(2) line 25(1) line 6A(6) line 6B(8)
- 7:25 arrived at Processing Plant
- 7:40 began to GI
- 8:00 began unloading trailer with    collard greens
- 8:10 starting washing collard greens
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:15 started unloading trailer with collard greens
- 9:30 made rounds A/S
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 10:40 lunch
- 11:10 started back washing collard greens
- 11:30 started unloading trailer

VOTE001753

# Daily Line Counts

Line #: __6A/6B__                    Date: __4-2-25__

Pusher: __msgt Griffin__
Gun Guard: _____
Gun Guard: _____

AM Count: __18__

PM Count: _____

## Comments:

- 11:40 made rounds A/S
- 12:10 made rounds A/S
- 12:40 made rounds A/S
- 1:00 started unloading trailer with collard greens
- 1:10 made rounds A/S
- 1:40 made rounds A/S
- 2:10 made rounds A/S
- 2:40 finished washing greens 15 bags
- 3:00 headland

VOTE001754

## Daily Line Counts

Line #: _15_

Date: 4-2-25

Pusher: Andrew Adams Sgt.
Gun Guard: MSgt A. Borden
Gun Guard: MSgt. Bowders

AM Count: _52 x's_

PM Count: _____

| AM | | PM | |
|---|---|---|---|
| B1- 0 | | B1- 0 | |
| B2- 21 | | B2- 15 | |
| B3- 13 | | B3- 9 | |
| B4- 18 | | B4- 7 | |
| 52 | | 31 | |

Comments:

7:17- Arrived At Camp C - Bar Gate
7:20- opened outter Gate All secure At this time
7:22 opened inner Gate
7:33- Checking out Line 15
8:15- Arrived At collad green field All Secure At this time
8:20- Passing out knives
8:37- Starting to pick greens All secure At this time
9:35- Announced Break - All Secure At this time
9:45 Turned in count to C-sallyport B-0,21,13,18
10:30- Announced Back All secure
11:15- Break All secure At this time
11:20- picking up knives All secure
11:70- canted 52 x's (Head count)
12:58 - Arrived At Camp C-Bar gate to Check out Line (15)
1:02 opened otter Gate All secure
1:30- Left Camp C with 31 x's All secure
1:40- Arrived At collade green field
1:42 - Passing out knives - All secure
2:05- Lt Smith bought fresh water/ice into field

VOTE001755

## Daily Line Counts

Line #: _____15_____          Date: 4-2-25

Pusher: _Andrea Adams (SA)_
Gun Guard: _MS/t Bouders_
Gun Guard: _MSgt Bordelon_

AM Count: ___0  71___

PM Count: _____

Comments:

2:40 - Called Med 3 for offender Evans Tuff # 752631
~~feel~~ feeling dizzy
2:43 - Turned in Cont to Camp - C sally port B-0 K, 9,?
2:45 - Break Announced - All secure At this time
3:05 - Head Land
3:15 - Notified Major Irbin About offender Evans
Tuff # 7526 3 - that Med # 3 didn't Make it to
field to see him

VOTE001756

**Daily Line Counts**

Line #: __6A/6B__                    Date: __4-3-25__

Pusher: __msgt Griffin__            d elkins

Gun Guard: _____    F 2 5        932   939

Gun Guard: _____         3  8  10    846   1021

AM Count: __26__                         4      11

PM Count: _____

**Comments:**

- 7:00 arrived at camp D Falson gate
- 7:07 notified not to open gates until situation is contained
- 7:18 notified to open outside and inside gate for traffic
- 7:30 started to check out the line 6A/6B
- 7:40 checked out 26x
- 8:11 arrived at Processing Plant
- 8:20 started Processing collard greens
- 8:46 called medical for Peter Haley eye irritated
- 9:00 made rounds A/S
- 9:30 made rounds A/S
- 9:32 medical arrived Darby Elkins
- 10:00 made rounds A/S
- 10:21 Lt Karisny escorted Lesoyal Dunbar 348879 to camp D for callout
- 10:30 lunch
- 11:00 made rounds A/S   began to Process collard greens again
- 11:35 made rounds A/S

## Daily Line Counts

Line #: ___6A/6B___          Date: _4-3-25_

Pusher: __msgt Griffin__
Gun Guard: _____
Gun Guard: _____


AM Count: ___26___

PM Count: _____


Comments:

- 1208 made rounds A/S
- 1230 made rounds A/S
12:50 Finished Processing collard greens
1:00 made rounds A/S
1:30 made rounds A/S
2:00 made rounds A/S
2:30 made rounds A/S

## Daily Line Counts

Line #: 15

Date: 4-3-25

Pusher: Andrew Adams sgt.
Gun Guard: msgt. Bordelon
Gun Guard: l msgt. Borders

AM Count: 52

PM Count: 25

| AM | PM |
|---|---|
| B-0 | B1 -0 |
| B2+20 | B2 -11 |
| B3+14 | B3- 6 |
| B4+18 | B4 8 |
| 52 | 25 |

Comments:

7:45 - Arrived at Camp C Bear Gate to check out L-15
7:17 - open outer Gate All Secure
7:32 - open inner Gate All Secure
7:35 - Checking out L-15
8:00 Closed inner to outter Gate All Secure
8:23 Arrived At turnip field 52 x's water coolers And
shade trailer Available
8:30 - Started picking turnips
9:07 - called Med #3 for offender Frank carter #596068 for light headed
And dizzy
9:30 Announced Break All Secure
9:35 Turned in count to C- Salley port B- 0, 20, 14, 18
9:43 - Med #3 Arrived for offender Frank Carter #596068, stated
that for offender to drink more water and take a 15 min Break
10:15 Announced Break All Secure
10:45 - Announced Break All Secure
11:55 - Head Land
1:00
1:30 Arrived At Camp C Bear gate to Check out L-15
1:88 left Camp C-gate All Secure 25 X's
2:30 Arrived At turnip field water coolers And Shade trailer Available
2:50 Announced Break All Secure
2:50 Turned in count B-0, 11, 6, 8
3:00 Head Land 25 x's

VOTE001759

## Daily Line Counts

Line #: __6A/6B__                    Date: __4-4-25__

Pusher: __nSgt Gcffln__
Gun Guard: _____
Gun Guard: _____

AM Count: __22__

PM Count: _____

Comments:

- 1:30 made rounds A/S
- 2:00 made rounds A/S
- 2:30 made counts A/S
- 3:00 headland

VOTE001760

# Daily Line Counts

Line #: _6A/6B_                          Date: _4-4-25_

Pusher: _msgt Griffin_
Gun Guard: _____
Gun Guard: _____

AM Count: _22_

PM Count: _____

F 2 1 2
3 4 ++++ 11
10 9

## Comments:

- 7:00 arrived at camp D Falcon gate opened ouiside gate
- 7:05 opened inside gate checked out 22x
- 7:22 arrived at Processing Plant
- 7:30 started calling camps for collard green pick up
- 7:35 main prison recieved 150 sacks of greens
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S

186                                                     available

**Daily Line Counts**

15

Date: 4-4-25

...er: _Andrew Adams sgt._
..n Guard: _MSgt Bowbers_
..un Guard: _____

|        | AM     | PM   |
|--------|--------|------|
| B1     | B1- 0  | B1-  |
| B2     | B2- 16 | B2-  |
| B3     | B3- 3  | B3-  |
| B4     | B4- 6  | B4-  |
|        | 25     |      |

AM Count: _25 x's_

PM Count: _____

**Comments:**

7:15 - Arrived At Bear Gate to check out L-15
7:19 - opened outter Bear Gate    All secure At this time
7:30 - opened inner Gate   All secure At this time
7:31 - Choking out L-15    25 x's
7:45 - Closed inner An outter Gate   All secure At this time
8:10 - Arrived At Mustard Green field 25 x's water coolers, shade
= trailer is Availible  An secure
8:30 - Called Med #3 for offender Kyle Lakey # 788593, while moving
shade Trailer He smashed His toe on right foot with the trailer Jack
9:05 - Annonced Break, water And Shade Availble   All secure
9:27 - Med #3 Arrived to see offender Kyle Lakey #788593
Gave offender meds And Stated Hes good to go back to work
9:40 - Annonced Break   All secure At this time
10:02 - Turned in count to C-sally port   B-0,16,3,6
10:15 - Annonced Break All secure At this time
10:55 - Annonced Break All Secure At this time
11:20 - Head land All secure
12:55 - Arrived At camp C Bear Gate to check out L-15

VOTE001762

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 6A

03/31/2025 - 04/04/2025

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 109229 | EL MUMIT, ABDULLAH | D EAG 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 293226 | PHILLIPS, DELACIE | D EAG 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 99339 | MCCOY, LOVAIR | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 96267 | NICHOLSON, FLOYD | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 305523 | KOON, JAMES | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 205818 | SMITH, COREY | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 78855 | GORDON, DANIEL | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 99041 | CARTER, CLYDE | D FAL 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 115638 | YOUNG, ROBERT | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 93305 | JOHNSON, LESLIE | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 162265 | WARREN, ROBERT | D FAL 2 | W | Med | ☐ | ☐ | ☑ | ☑ | ☑ |
| 216886 | BAILEY, GREGORY | D FAL 2 | B | MED | ☐ | ☐ | ☑ | ☑ | ☐ |
| 271732 | SIMS, DAVID | D FAL 2 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 496405 | JACKSON, DONEA | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 90193 | METOYER, TERRANCE | D FAL 3 | B | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 161377 | CAMPBELL, WINFRED | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 569179 | ~~LEBOUEF, BRENT~~ | D FAL 3 | W | Med | ☐ | ☑ | ☐ | ☐ | ☐ |
| 482352 | MCLENDON, RICHARD | D FAL 3 | W | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 108470 | WALKER, JEFFERY | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 292891 | HOSTON, JAMES | D FAL 4 | B | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 340879 | DUNBAR, LEROYAL | D FAL 4 | B | Med | ☐ | ☑ | ☑ | ☑ | ☐ |
| 412297 | MCCULLOUGH, DAVEON | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 132955 | REDDICK, REGINALD | D FAL 4 | B | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 296539 | HUNTER, TYRONE | D FAL 4 | B | Med | ☐ | ☑ | ☐ | ☑ | ☑ |
| 200002 | SOILEAU, BRIAN | D FAL 4 | W | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 339667 | LAMPKIN, GLEN | D FAL 4 | B | Med | ☐ | ☐ | ☑ | ☑ | ☐ |
| 720096 | RAWSON, BILLIE | D FAL 4 | W | Med | ☐ | ☑ | ☑ | ☑ | ☑ |

732018 Kirk carbajal   Fal Y

608508 LanantNixon    Fol 3   /   /   /   61

~~575740 Kendrik cox~~    Fal 3   /

Signature: _____

616223 Chris Dillon   Fal 2   /   /

333893 David Burns    Fol Y   /   /   /   /

489387 Chad Breaux    Fol Y   /   /

95816 Thomas Green    Fal 3   /   /   1

VOTE001763

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 6B

03/31/2025 - 04/04/2025

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 85012 | BURNHAM, RICHARD | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 553333 | LEWIS, LEONARD | D FAL 1 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 348211 | DIXON, AARON | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 387994 | CUMMINGS, TIMOTHY | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 278515 | SPIKES, JAMES | D FAL 3 | B | MED | ☐ | ☐ | ☑ | ☑ | ☑ |
| 729536 | CONKLIN, JACK | D FAL 3 | W | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 413909 | DARDAR, DONALD | D FAL 3 | W | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 355972 | PAGANO, SHANE | D FAL 3 | W | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 759857 | DELAHOUSSAYE, JOSEPH | D FAL 3 | W | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 98287 | MORGAN, ROY | D FAL 4 | B | MED | ☐ | ☑ | ☑ | ☑ | ☑ |
| 99443 | LUCKETT, TONY | D FAL 4 | B | MED | ☐ | ☑ | ☐ | ☑ | ☑ |
| 494000 | HALEY, PETER | D FAL 4 | W | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 739208 | LANDRY, CHRISTOPHER | D FAL 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 761394 | LAWRENCE, TOBE | D FAL 4 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 181361 | PERKINS, WILLIAM | D FAL 4 | W | Med | ☐ | ☑ | ☑ | ☑ | ☑ |

8   9   9

Signature: _____

VOTE001764

*(handwritten notes at top)*
652
(24
B2-21-815    776
B3-813-9
B4-18-7
    5 = 893)

16 7
2 - 20  11 — 16
3 - 14  #6 — 3
4 - 18  8 — 6
    5 = 25

# LOUISIANA STATE PENITENTIARY
## Job Roster

### L 15

03/31/2025 - 04/04/2025

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 110300 | EDGAR, JAMES | C BEAR 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 376126 | SMITH, JUAN | C BEAR 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 359518 | EISBRUCKNER, HERMAN | C BEAR 1 | W | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 98305 | FERRELL, IRVING | C BEAR 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 110788 | DYKES, JONATHAN | C BEAR 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 545180 | PECOT, ROY | C BEAR 1 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 91490 | COSSE, CHRISTOPHER | C BEAR 2 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 336371 | OWENS, GARY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 446957 | GILLIAM, DEMETRICES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 510048 | JONES, MARLIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 419549 | JOHNSON, TYRONE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 108026 | EVANS, RICKY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 543132 | STOGNER, BORIS | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 433236 | DANGERFIELD, RODERICK | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 366845 | WILSON, TRAVE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 105333 | HOLTS, JAMES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 129541 | RICHARDSON, HARRY | C BEAR 2 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 545099 | DURONSLET, ELMO 25, 24 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☒ |
| 484954 | GALLE, CONELL | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 366497 | AUSTIN, ROBAE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 386727 | CRAIG, ANTHONY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 707020 | WHITAKER, BREONNE | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☒ |
| 708544 | RILEY, HARRISON | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 467734 | BOWERS, KEVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 727860 | DANIELS, TYRONE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 422864 | ARITA, THEODORE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 359559 | CHESTER, TEDDY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 355007 | GRIFFIN, DONALD | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☒ |
| 635459 | WILTZ, RAVEN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 619531 | HOLEFIELD, DEVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 104753 | SAMUELS, CHARLES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 767000 | WITHERS, DERRICK | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 603472 | SEARS, JOHN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 489248 | JONES, GREGORY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 784251 | MASON, JERARD | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 783914 | CALLOWAY, FREDRICK | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 723150 | WILSON, DALVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 742662 | CROSS, ROY | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 418517 | SPENCER, RICHARD 27, 23 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☒ |
| 788607 | TOVAR, JOE | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 208635 | CRAIG, KEVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 737525 | BOUDREAUX, GAVIN | C BEAR 2 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 787196 | NAQUIN, KENNETH 28 | C BEAR 2 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 617091 | BOOKER, MARCUS 24 | C BEAR 2 | B | Min-B | ☐ | ☐ | ☒ | ☒ | ☐ |
| 573106 | LEWIS, LATERRIAN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 434877 | BOHANNA, CALVIN | C BEAR 2 | B | Min-B | ☐ | ☐ | ☐ | ☐ | ☐ |
| 437106 | CONERLY, JIMMIE 30 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 387237 | EGANA, FRANK | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 633660 | LEE, MONTRELL | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 573709 | THOMAS, HEZEKIAH | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 631367 | GUIDRY, JAVARI | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 631358 | PENN, CHARLES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☒ | ☒ |
| 754635 | JOHNSON, KINTEZ | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 768398 | ADAMS, KEVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |

*(handwritten at bottom)*
773643  Christopher Alexander 60 B2    B 22    ☒ ☒
455526  Aaron Bell    B2    B 27    ☒ ☒

VOTE001763

| ID | Name | Unit | Race | Level | | | Sick Call | School | NB 3/5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 425446 | JACKSON, ODELL ☞ 20 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |  |
| 794320 | BRISCO, JERMAINE | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☒ | ☑ |  |
| 794511 | ALFARO, OTTO 19 | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☒ | ☐ |  |
| 738003 | BLAIR, WILLIAM 3 | C BEAR 2 | W | Med | ☐ | ☐ | ☒ | ☒ | ☑ |  |
| 711976 | ADAMS, NATHAN | C BEAR 2 | W | Med | ☐ | ☐ | ☑ | ☐ | ☑ |  |
| 117100 | ARMENTOR, RAYMOND | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 5i5277 | BARNES, CHARLES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 348866 | BEDFORD, DRAPER | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |  |
| 787514 | BENNETT, RASHAAD | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |  |
| 793038 | HERNANDEZ, JOSE | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 794172 | ARRINGTON, JAMES | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 525544 | BATTLE, ANTONIO | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | NB | ☐ |  |
| 492351 | HUGLON, S 18 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |  |
| 780593 | SMITH, SONNEY | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 793033 | TAYLOR, BRIAN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 561881 | BROOKS, HAROLD | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 108509 | DACUNHA, OSWALDO 67 | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 794697 | GUTIERREZ VALLE, FRANCI... | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | Sc | ☐ |  |
| 768718 | LAWSON, KEVIN | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 515093 | JEANS, DALTON · | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☑ | ☐ |  |
| 788593 | LAKEY, KYLE | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 793810 | PITTS, TIMOTHY 35 | C BEAR 2 | W | Med | ☐ | ☐ | ☐ | ☒ | ☐ |  |
| 541521 | JACKSON, MONDRA | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 792084 | GUERRERO, BRIAN G | C BEAR 2 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |  |
| 386293 | CREER, STEPHEN 56 | C BEAR 2 | B | Med | ☐ | ☐ | ☑ | ☐ | ☑ |  |
| 596068 | CARTER, FRANK 26 38 | C BEAR 2 | B | Med | ☐ | ☐ | ☑ | ☐ | ☑ |  |
| 448567 | CAGE, CEDRIC | C BEAR 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 752631 | TUTT, EVANS 37 45 | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |  |
| 793092 | SCOTT, HENRY | C BEAR 2 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |  |
| 106769 | CRAYTON, ISIAH | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 324662 | MITCHEL, EDDIE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 343234 | HUFF, JOE 34 44 | C BEAR 3 | W | MED | ☐ | ☐ | ☒ | ☒ | ☐ |  |
| 374973 | LEE, GEORGE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 346154 | ARCEMENT, SHAWN | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 321347 | JOHNSON, PRESTON · | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 296410 | CHATTMAN, WILLIAM | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 250731 | DAVIS, LEROY | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 189301 · | BELLA, HERMAN· | C BEAR 3 | B | Med | ☐ | ☐ | ☑ | ☒ | ☐ |  |
| 99397 | GLASPER, KENNETH | C BEAR 3 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 113092 | WIMBISH, PHILLIP 40 43 | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☒ | ☑ |  |
| 404373 | AUTHIER, CALVIN | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 93832 | OHLSSON, RONALD | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 568371 | SMITH, TYARI | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 515292 | YORK, JONATHAN | C BEAR 3 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 509875 | LOPEZ, DANIEL | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 372518 | JOHNSON, CHRISTOPHER · | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 562890 | PAYTON, DEMARCUS | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 345393 | WHITTED, MARK | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 102500 | MAXIE, LEVI HL | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☑ | ☑ |  |
| 615597 | WILLIAMS, ELTON | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 628346 | JENNINGS, DAMARI | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 379360 | RILEY, BYRON · | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 542973 | WEST, KERRIE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 545933 | BRANT, JOSEPH | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 728131 | FORRESTER, KYLE | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 100487 | READO, DAVID · HL | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☑ | ☑ |  |
| 569564 | DILLWORTH, KYM | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 530966 | HARRIS, LUNDY | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 352957 | FINLEY, JOSHUA | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 443372 | TAYLOR, LARRY 41 | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☑ | Bid 4 |  |
| 781311 | COMPTON, TYRONE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 470970 | DYKES, DARREN | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |
| 471225 | WILLIAMS, DARRELL | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |  |

VOTE001766

| ID | Name | Unit | Race | Level | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| 600262 | FELIX, TERRANCE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 787377 | WHITAKER, DEANGELO | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 789063 | MAGEE, ARNOLD | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 581363 | BROWN, ZARIUS | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 733559 | BROWN, RAYJOHN | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☒ | ☐ |
| 791247 | CORTEZ, FERNANDO | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 792897 | GILMORE, DAVON | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 719913 | FRAZIER, DERRICK | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 392195 | BOSLEY, KEVIN | C BEAR 3 | B | Min-B | ☐ | ☐ | ☐ | ☐ | ☐ |
| 789680 | MAJOR, STEVEN | C BEAR 3 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 462682 | FOSTER, JIMMIE | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☒ | ☐ |
| 427968 | MCLAURIN, HOWARD | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 792802 | SNOWDEN, TIWAN | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☒ | ☐ |
| 573281 | BRADLEY, TRAVIS | C BEAR 3 | B | Min-B | ☐ | ☐ | ☐ | ☐ | ☐ |
| 359739 | CAMERON, PEAIRREST | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 791535 | ANDERSON, RICKEY | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 770176 | HOLMES, DESHADARIC | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 365712 | PATTON, COURTNEY | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 793368 | HENDERSON, NAVARRI | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 506520 | GELPI, JERRY | C BEAR 3 | W | Med | ☐ | ☐ | ◼ | ☐ | ☐ |
| 512207 | MCCARTY, PATRICK | C BEAR 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 753746 | HIGGS, PRESTON | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 713817 | WELLS, THOMAS | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 395235 | BROWN, ALBERT | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ◼ |
| 559261 | PACE, DEREK | C BEAR 3 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 101820 | ELZY, ALVIN | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 120133 | TAYLOR, JOE | C BEAR 3 | W | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 445325 | KELSON, QUANTRELL | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 406369 | SIMMS, ELLIOT | C BEAR 3 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 608558 | WADE, MERTIS | C BEAR 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 85727 | HERBERT, HAROLD | C BEAR 4 | B | Min-C | ☐ | ☐ | ☐ | ☐ | ☐ |
| 91998 | JACKSON, EDWARD | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 100937 | WADE, RUBIN | C BEAR 4 | B | Med | ☐ | ☐ | ☒ | ☒ | ☒ |
| 343051 | ALLEN, ERNEST | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 363199 | STAGG, LAWRENCE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 118583 | ZENO, SHANNON | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 488049 | GREEN, RAYMOND | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 569955 | STELLY, FREADY | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 195022 | WALLACE, WILLIAM | C BEAR 4 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 349423 | DAVIS, CHRISTOPHER | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 533827 | MCCLURE, QUENTIN | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 511958 | WESLEY, CHRISTOPHER | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 325262 | WRIGHT, GEORGE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 96134 | JONES, WILLIE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 720282 | GUILLORY, JOSEPH | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 436010 | SAMUEL, GERALD | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 503486 | JIMERSON, RAPHAEL | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 708248 | HARRIS, TITUS | C BEAR 4 | B | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 760253 | JACKSON, EDDIE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 767943 | BRAGGS, DARRYL | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 549213 | JAMES, KENTRELL | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 112981 | WASHINGTON, GEORGE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 615900 | BOYKINS, TERRANCE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 603553 | PALMER, JOSHUA | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 792979 | MORENO, JOSE | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 774673 | BROWN, JAYLON | C BEAR 4 | B | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 745057 | BOOKER ALLEN, BRIAN | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 783270 | SHAWL, HAKEEM | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 793063 | AHOKPOSSI, SEGNISSO | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 582670 | MITCHELL, DERRICK | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 758409 | ARVIE, STEPHEN | C BEAR 4 | B | Min-B | ☐ | ☐ | ☒ | ☒ | ☒ |
| 163183 | COLE, PATRICK | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 380667 | PHILLIPS, TRINITY | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |

VOTE001767

| ID | Name | Cell | Race | Level | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| 550184 | WHITE, JASON | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 121147 | RENARD, TERRY | C BEAR 4 | B | Med | ☐ | ☐ | ☑ | ☒ | ☐ |
| 754622 | NAQUIN, LEONARD | C BEAR 4 | W | Med | ☐ | ☐ | ☑ | ☑ | ☐ |
| 791450 | SAMUELS, GREGORY | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 788229 | STEWART, IKERRYUNTA | C BEAR 4 | B | Med | ☐ | ☐ | ☒ | ☑ | ☒ |
| 508891 | BOUDREAUX, RUSTY | C BEAR 4 | W | Med | ☐ | ☐ | ☒ | ☐ | ☐ |
| 339898 | COKER, MATTHEW | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 435417 | EVANS, MAJUANGY | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 633872 | JAMES, CHAMAR | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 494984 | OATIS, ANTHONY | C BEAR 4 | B | Med | ☐ | ☐ | ☑ | ☑ | ☐ |
| 441732 | PARKER JR, JAMES | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 576177 | ROY, STEVEN | C BEAR 4 | W | Med | ☐ | ☐ | ☑ | ☐ | ☐ |
| 535699 | TAPIA, WILLIAM | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 785420 | THOMAS, ELDRIDGE | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 624956 | THOMPSON, THOMAS | C BEAR 4 | W | Med | ☐ | ☐ | ☑ | ☑ | ☐ |
| 704898 | WALKER, MARKEIVIS | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 794390 | LABRANCHE, CODY | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 794286 | PORTER, DEVIN | C BEAR 4 | B | Med | ☐ | ☐ | ☑ | ☑ | ☐ |
| 778777 | MARTINEZ, TIMOTHY | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 131553 | WILSON, JAMES | C BEAR 4 | B | Min-B | ☐ | ☐ | ☑ | ☑ | ☐ |
| 793788 | KARKOWSKI, WILLIAM | C BEAR 4 | W | Med | ☐ | ☐ | ☑ | ☐ | ☐ |
| 615863 | VICTORY, LANCE | C BEAR 4 | W | Med | ☐ | ☐ | ☑ | ☐ | ☐ |
| 794304 | LEBLANC, SONNY | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 770142 | SEETS, COLLIN | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☑ | ☐ |
| 214418 | LIRETTE, RALPH | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 759782 | COLLINS, TANNER | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 320590 | BRADFORD, TERRY | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 709289 | JOHNSON, ANTONIO | C BEAR 4 | B | Min-B | ☐ | ☐ | ☐ | ☐ | ☐ |
| 543912 | LAWS, TERRY | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 540684 | MOORE, ANDREW | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☒ | ☑ |
| 117605 | WEATHERSBY, STANLEY | C BEAR 4 | B | Med | ☐ | ☐ | ☑ | ☒ | ☑ |
| 775537 | BROUSSARD, DONALD | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 791064 | DONOVAN, FRANK | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 710315 | JOHNSON, JEPTHA | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 501074 | DOWDEN, BOBBY | C BEAR 4 | W | Med | ☐ | ☐ | ☒ | ☒ | ☑ |
| 86813 | COX, VERNON | C BEAR 4 | B | Min-B | ☐ | ☐ | ☐ | ☐ | ☐ |
| 705547 | VIATOR, JOSHUA | C BEAR 4 | W | Med | ☐ | ☐ | ☒ | ☒ | ☐ |
| 304014 | JONES, CHRISTOPHER | C BEAR 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 494647 | PRINCE, JASON | C BEAR 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 613372 | BRYANT, JERMAINE | C WOLF 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 388338 | ALVAREZ, MIKE | C WOLF 3 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 630827 | SANDIFER, DEMOND | C WOLF 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 117448 | MATHEWS, GARY | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |

Signature: _____

1
52
x 5 per
260 )
260 )
520 ) 10 per

VOTE001768

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 15B**

03/31/2025 - 04/04/2025

*3*

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---------|------|---------|------|---------|-----|-----|-----|------|-----|
| 394820 | GRAVES, LOUIS | D FAL 2 | B | Med | ☐ | ☑ | ☑ | ☑ | ☐ |
| 96184 | MILTON, FRANK | D FAL 3 | B | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 538503 | HALFORD, MICHAEL | D FAL 3 | W | Med | ☐ | ☑ | ☑ | ☑ | ☑ |
| 507916 | SONNIER, MATTHEW | D FAL 3 | B | Med | ☐ | ☑ | ☐ | ☑ | ☑ |

Signature: _[signature]_

518740 Kendrick Cox          Fal 2

489387 Chad Breaux          Fal 4

VOTE001769

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 24**

03/31/2025 - 04/04/2025

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 403918 | EVERFIELD, DERRICK | D EAG 1 | B | Min-C | ☐ | ☐ | ☐ | ☐ | ☐ |
| 96157 | HARVELL, ARCHIE | D EAG 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 103355 | MONROE, BILLY | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 111528 | MARTIN, WILLIE | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 120348 | BYRD, BRIAN | D FAL 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 408411 | STANLEY, AARON | D FAL 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 329307 | WILLIAMS, DARREN | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 490683 | WAMMACK, DAVID | D FAL 1 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 569364 | PARKER, ROY | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 575162 | LEE, KADERIOUS | D FAL 1 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 540713 | AUGUSTINE, EDWARD | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 719606 | CALLOWAY, LERON | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 84576 | BURGE, MICHAEL | D FAL 1 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 726385 | ROBINSON, BRANDON | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 712214 | BARDELL, AHKEMON | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 110335 | MARSHALL, GARNET | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 554704 | JOSEPH, SILAS | D FAL 1 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 781388 | SAVOIE, SETH | D FAL 1 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 325797 | MARTIN, MALCOLM | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 131255 | SHEPARD, ALEXANDER | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 454995 | COLEMAN, JONATHAN | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 514855 | CUSKE, RICKIE | D FAL 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 453753 | JENKINS, ROBERT | D FAL 2 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 590378 | MORGAN, JASON | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 613201 | MAURER, ERIC | D FAL 2 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 722602 | EBY, KYREN | D FAL 2 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 733280 | SIMMONS, JAVONTAE | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 451967 | MARSALIS, FREDDIE | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 746903 | ORPHEY, DESMOND | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 460382 | NARGO, RENALDO | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 722423 | ALLEN, SHALIK | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 489564 | MCDAVIS, JEREMY | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 578740 | COX, KENDRICK | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 788889 | MASSEY, ZAMIR | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 616223 | DILLON, CHRISTOPHER | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 723837 | NORMAN, KENDALL | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 553703 | MARTIN, CHARLES | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 792027 | COLEMAN, LADARIUS | D FAL 2 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 565311 | HOLCOMBE, JASON | D FAL 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 595515 | RICHARD, QUINTYLAN | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 131133 | MORAN, HANK | D FAL 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 581343 | FLAG, COREY | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 735165 | SANDERS, ERIC | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 439017 | WILLIAMS, JARRET | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 619775 | CALLEGAN, PATRICK | D FAL 3 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 364525 | WELCOME, CHARLES | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 790574 | RAY, KENMICCAEL | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 738495 | MATTHEWS, MALIK | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 725892 | AUSBERRY, THOMAS | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 496509 | OWENS, JERMAINE | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 729575 | PERSLEY, ZHANE | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 743443 | JARVIS, KEON | D FAL 3 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 92834 | ROBINSON, WILLIE | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 366031 | BROWN, STEVE | D FAL 4 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |

VOTE001770

| 308962 | MURRAY, SAMUEL | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 319833 | PACKNETT, COURTNEY | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 529260 | GORMAN, LUHRON | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 257862 | DAVIS, ALVIN | D FAL 4 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 539773 | LEWIS, CAMERON | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 562602 | WILLIAMS, TOBIAS | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 746938 | CLARKS, DEONDRIC | D FAL 4 | B | MED | ☐ | ☐ | ☐ | ☐ | ☐ |
| 700968 | DUGAS, DESMOND | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 739500 | WILLIAMS, JERMAINE | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 406671 | BOWIE, BARRY | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 728077 | PALMER, KEITH | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 792018 | CARBAJAL, KIRK | D FAL 4 | W | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 792306 | LEGROS, JORDAN | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |
| 401735 | TOBY, CARLOS | D FAL 4 | B | Med | ☐ | ☐ | ☐ | ☐ | ☐ |

Signature: _____

VOTE001771

# LOUISIANA STATE PENITENTIARY
## Job Roster

**L 25**

03/31/2025 - 04/04/2025

| DOC Num | Name | Housing | Race | Custody | Mon | Tue | Wed | Thur | Fri |
|---|---|---|---|---|---|---|---|---|---|
| 446823 | FISHER, ASHLEY | D FAL 2 | B | Med | | | | | |
| 95816 | GREEN JR., THOMAS | D FAL 3 | B | Med | | | | | |
| 99632 | RIVERS, JOE | D FAL 3 | W | Med | | | | | |
| 125099 | SLANG, GREGORY | D FAL 3 | B | Med | | | | | |
| 110058 | GLYNN, AL | D FAL 3 | W | Med | | | | | |
| 362423 | EVANS, KENNETH | D FAL 3 | B | Med | | | | | |
| 398885 | NELSON, LAVAR | D FAL 3 | B | Med | | | | | |
| 362160 | LANE, EDDIE | D FAL 3 | B | Med | | | | | |
| 392201 | HOLMES, DARRYL | D FAL 3 | B | Med | | | | | |
| 497799 | JACKSON, ELIJAH | D FAL 3 | B | MED | | | | | |
| 534856 | TURNER, JIMMY | D FAL 3 | B | Med | | | | | |
| 81901 | NICHOLSON, HERBERT | D FAL 3 | B | MED | | | | | |
| 437853 | DIGGINS, ROBERT | D FAL 3 | B | Med | | | | | |
| 362566 | LYONS, TRENT | D FAL 3 | B | Med | | | | | |
| 608508 | NIXON, LAMONT | D FAL 3 | B | Med | | | | | |
| 454516 | EDWARDS, SHAMICHAEL | D FAL 3 | B | Med | | | | | |
| 521511 | CHARLES, ORLANDO | D FAL 3 | B | Med | | | | | |
| 722121 | JOHNSON, TONY | D FAL 3 | B | Med | | | | | |
| 532179 | CHATMAN, JOHN | D FAL 3 | B | Med | | | | | |
| 741171 | THOMPSON, DAMION | D FAL 3 | B | Med | | | | | |
| 345993 | KISACK, KEITH | D FAL 3 | B | Med | | | | | |
| 461456 | CARTER, WALLACE | D FAL 3 | B | Med | | | | | |
| 502500 | WILLIAMS, CHRISTOPHER | D FAL 3 | B | Med | | | | | |
| 779375 | KING, DEREGINALD | D FAL 3 | B | Med | | | | | |
| 787258 | BRIGGS, STEFAN | D FAL 3 | B | Med | | | | | |
| 626554 | WOOLRIDGE, CHRISTOPHER | D FAL 3 | B | Med | | | | | |
| 756206 | STERLING , RODNEY | D FAL 3 | B | Med | | | | | |
| 527215 | SMITH, ALCUS | D FAL 3 | B | Med | | | | | |
| 376820 | BRADFORD, TYRAINE | D FAL 3 | B | Med | | | | | |
| 298168 | LENOIR, TIMOTHY | D FAL 4 | B | Med | | | | | |
| 394828 | SIMS, DONALD | D FAL 4 | B | Med | | | | | |
| 127160 | SIMPSON, DARRIN | D FAL 4 | B | Med | | | | | |
| 329406 | BRASSEAUX, PATRICK | D FAL 4 | W | Med | | | | | |
| 342957 | RUCKS, WOODROW | D FAL 4 | B | Med | | | | | |
| 327089 | HARPER, CEASAR | D FAL 4 | B | Med | | | | | |
| 480421 | REINHOLT, STEVEN | D FAL 4 | W | Med | | | | | |
| 489387 | BREAUX, CHAD | D FAL 4 | W | Med | | | | | |
| 116464 | BATISTE, TROY | D FAL 4 | B | Med | | | | | |
| 596275 | ROCHELLE, FARRELL | D FAL 4 | B | Med | | | | | |
| 328651 | GRIFFEN, SEAN | D FAL 4 | B | Med | | | | | |
| 121321 | CHISOLM, WILLIAM | D FAL 4 | B | MED | | | | | |
| 616451 | REED, LESLIE | D FAL 4 | B | Med | | | | | |
| 298947 | GIBSON, LEONARD | D FAL 4 | B | MED | | | | | |
| 466785 | LEWIS, OLIVER | D FAL 4 | B | Med | | | | | |
| 702511 | TATE, JORDAN | D FAL 4 | B | Med | | | | | |
| 532089 | JONES, DURELL | D FAL 4 | B | Med | | | | | |
| 597180 | RAMIREZ, JOSE | D FAL 4 | W | Med | | | | | |
| 398766 | LEBOEUF, DOMINIC | D FAL 4 | W | Med | | | | | |
| 293601 | WEST, SCOTT | D FAL 4 | B | Med | | | | | |
| 602538 | SOWELL, DEMETRIC | D FAL 4 | B | Med | | | | | |
| 732226 | CYPRIAN, JORDAN | D FAL 4 | B | Med | | | | | |
| 439461 | STRAWDER, GERMAINE | D FAL 4 | B | Med | | | | | |
| 630198 | LOTTS, RODERICK | D FAL 4 | B | Med | | | | | |
| 601940 | TATE, JARON | D FAL 4 | B | Med | | | | | |

VOTE001772

| 557816 | CASTON, DEMECCIO | D FAL 4 | B | Med | | | | | |
| 784045 | PEACE, QUINTON | D FAL 4 | B | Med | | | | | |
| 792896 | GILMORE, DAVEON | D FAL 4 | B | Med | | | | | |
| 747377 | BOWERS, JERMYRE | D FAL 4 | B | Med | | | | | |
| 510417 | MASSEY, BRIAN | D FAL 4 | B | Med | | | | | |

Signature: _____

VOTE001773