UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION
ON BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering the **Joint Motion To Allot Additional Time To Qualify Experts (Doc. 217, the "Motion")**, which requests an extension of ten minutes, per side, for the examinations of Dr. Susi Vasallo, Dr. Evelynn Hammonds, Dr. Joshua Sbicca, and Dr. Carl Keldie,

**IT IS ORDERED** that the **Motion (Doc. 217)** be and is hereby **DENIED**. The Court will address issues regarding the qualification of the above-mentioned experts at the Class Certification hearing scheduled to begin on April 22, 2025.

Baton Rouge, Louisiana, this 21st day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA