

**UNITED STATES MARSHALS SERVICE**
Middle District of Louisiana
777 Florida Street, Room G-48
Baton Rouge, LA 70801

# MARSHALS RETURN

I hereby certify and return that on: __4/21/2025__

☑ I served the within named subject: __Rhonda Weldon - Paralegal__
__Louisiana Dept. Public Safety Corrections__

☐ I returned Unexecuted: _____

This: ___Order to produce___  MISC. Case# __23-1304-2__

$ __0.00__ Mileage

$ __65.00__ Service

**UNITED STATES MARSHALS SERVICE**
Middle District of Louisiana

BY: ___[signature] Ausm___



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER REQUIRING APPEARANCE OF INMATE WITNESS

Considering Plaintiff's **Motion For Issuance Of Writ Of Habeas Corpus Ad Testificandum (Doc. 210),** and that the above-captioned matter is set for a class certification hearing on **April 23, 2025 at 8:00 a.m.** in Courtroom 2, Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana,

**IT IS ORDERED** that the Plaintiff's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Louisiana Department of Corrections and the Warden of the Louisiana State Penitentiary Angola, Louisiana, shall produce Inmate Witness **Damaris Jackson (#454295)** in person, for his appearance and

USMS-MLA APR 18'25 PM 12:00

USM – Certified

testimony on **April 23, 2025, and April 24, 2025, at 8:00 a.m. each day**, or until so ordered by the Court.

Baton Rouge, Louisiana, this 17th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2