

**UNITED STATES MARSHALS SERVICE**
Middle District of Louisiana
777 Florida Street, Room G-48
Baton Rouge, LA 70801

# MARSHALS RETURN

I hereby certify and return that on: __04/21/25__

☑ I served the within named subject: __Rhonda Weldon - Paralegal__
__Louisiana Dept. Public Safety + Correction__

☐ I returned Unexecuted: _____

This: __Order to produce__ MISC. Case# __23-1304-3__

$ __0.00__ Mileage

$ __65.00__ Service

**UNITED STATES MARSHALS SERVICE**
Middle District of Louisiana

BY: _[signature]_



A TRUE COPY
Erika L. Williams
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A　　　　　　　　　CIVIL ACTION
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

VERSUS

JAMES LEBLANC, ET AL.　　　　　　　　　　　　NO. 23-01304-BAJ-EWD

## ORDER REQUIRING APPEARANCE OF INMATE WITNESS

Considering Plaintiff's **Motion For Issuance Of Writ Of Habeas Corpus Ad Testificandum (Doc. 211),** and that the above-captioned matter is set for a class certification hearing on **April 23, 2025 at 8:00 a.m.** in Courtroom 2, Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana,

IT IS ORDERED that the Plaintiff's Motion is **GRANTED**.

IT IS FURTHER ORDERED that the Louisiana Department of Corrections and the Warden of the Louisiana State Penitentiary Angola, Louisiana, shall produce Inmate Witness **Patrick Jones (#711918)** in person, for his appearance and

USMS-MLA APR18'25PM12:00

USM-certified

testimony on **April 23, 2025, and April 24, 2025, at 8:00 a.m. each day**, or until so ordered by the Court.

Baton Rouge, Louisiana, this 17th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2