UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

## ORDER

Considering Plaintiffs' **Unopposed Motion For Leave To File Reply Memorandum In Support Of Plaintiffs' Motion For A Secondary Temporary Restraining Order And Preliminary Injunction In Excess Of Page Limit** (Doc. 225),

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Plaintiffs' proposed Reply, currently pending at Doc. 224, shall be filed as a separate docket entry.

Baton Rouge, Louisiana, this 21st day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA