# Exhibit 53

44. USARIEM. Department of the Army and Air Force. Heat stress control and heat casualty management. TB MED 507/AFPAM 2003; 66:48. http://www.usariem.army.mil/pages/download/tbmed507.pdf (Accessed on December 20, 2011).

Most Current Update April 12, 2022

**Table 3–2. Fluid replacement and work-rest guidelines for training in warm and hot environments[1]**

| Heat Category | WBGT Index (°F) | Easy Work (250 W) | | Moderate Work (425 W) | | Heavy Work (600 W) | | Very Heavy Work (800 W) | |
|---|---|---|---|---|---|---|---|---|---|
| | | Work-Rest | Water Intake (qt/hr) | Work-Rest | Water Intake (qt/hr) | Work-Rest | Water Intake (qt/hr) | Work-Rest | Water Intake (qt/hr) |
| 1 (white) | 78-81.9 | NL | ½ | NL | ¾ | 40/20 | ¾ | 20/40 | 1 |
| 2 (green) | 82-84.9 | NL | ½ | NL | ¾ | 30/30 | 1 | 15/45 | 1 |
| 3 (yellow) | 85-87.9 | NL | ¾ | NL | ¾ | 30/30 | 1 | 10/50 | 1 |
| 4 (red) | 88-89.9 | NL | ¾ | 50/10 | ¾ | 20/40 | 1 | 10/50 | 1 |
| 5 (black) | > 90 | NL | 1 | 20/40 | 1 | 15/45 | 1 | 10/50 | 1 |

| Easy Work | Moderate Work | Heavy Work | Very Heavy Work |
|---|---|---|---|
| • Weapon maintenance<br>• Marksmanship training<br>• Drill and ceremony | • Patrolling with 30-pound load<br>• Low and high crawl<br>• Dig defensive position | • Patrolling with 45-pound load<br>• Four-person litter carry (180 pounds)<br>• Jogging 4 mph | • Two-person litter carry (150 pounds)<br>• Move under direct fire<br>• Obstacle course |

Legend:
NL = no limit to work per hour (up to 4 continuous hours).
Notes:
1. Applies for average-sized and heat-acclimatized Service member wearing the Operational Camouflage Patten (OCP) uniform.
2. The work-rest times and fluid replacement volumes will sustain performance and hydration for at least 4 hours of work in the specified heat category.
3. Fluid needs can vary based on individual differences (± ¼ qt/hr) and exposure to full sun or full shade (± ¼ qt/hr).
4. Rest means minimal physical activity (sitting or standing) accomplished in shade if possible.
5. CAUTION: Hourly fluid intake should not exceed 1½ qt.
6. CAUTION: Daily fluid intake should not exceed 12 qt.
7. If wearing heavy protective clothing (CBRN, JSLIST), add 10 °F to WBGT index for easy work and 20 °F to WBGT index for moderate and heavy work.

Exhibit V