## DECLARATION OF FRANK CARTER

I, FRANK CARTER, declare as follows:

1.      I am thirty-seven years old, competent to testify in this matter, and do so based on personal knowledge.

2.      I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since February 2025, and my DOC number is 596068.

3.      I was assigned to Farm Line 15 out of Camp C shortly after I arrived at Angola in February 2025.

4.      I suffer from congestive heart failure. Angola prescribes me six medications that I am permitted to "Keep on Person," and I take them daily. These medications include two for blood pressure, a fluid pill, and an aspirin.

5.      Angola has issued me a Heat Precaution Duty Status, but it does not take effect until May 1st. I have noticed that going out in the field in the heat does not mix well with the medicine. I have recently felt woozy when I am out there in the heat.

6.      On April 3, 2025, I was harvesting turnips on the Farm Line when I began to feel lightheaded and nauseous. I made a Self-Declared-Emergency to see a medical provider. Over 30 minutes later, a medical provider came out and assessed me. She notified the line pusher that I should drink water and sit down. There was no shade out there that day except for under a trailer, which does not provide full shade under the seats depending on the time of day. It is hotter to sit under the trailer because the sun makes the seats hot and there is often no shade directly under it.

7.      I, Frank Carter, declare that due to time constraints and technological inabilities given my incarceration, I could not personally sign this affidavit. On this day, April 17, 2025, I spoke with my attorney Kara Crutcher via Zoom, and I authorized them to submit this declaration

with my electronic signature because I was unable to provide a signature by the time of filing. I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 17th day of April, 2025.


/s/ Frank Carter

**FRANK CARTER**

FRANK CARTER DECLARATION

## DECLARATION OF KARA CRUTCHER

I, Kara Crutcher, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in good standing in Illinois.

2. I am enrolled as *pro hac vice* counsel in *Vote et al. v. Leblanc et al.,* Civil Action No. 3:23-cv-1304 (M.D. La.)

3. I represent the declarant as a putative class member in this case.

4. I signed the attached declaration on Frank Carter's (DOC# 596068) behalf with his express consent.

5. Mr. Carter is currently being held at Louisiana State Penitentiary. Counsel attempted to schedule an in-person visit for Friday, April 18, 2025 to get his ink signature but due to it being Good Friday, the prison was closed for legal visitation that day.

6. I spoke with Mr. Carter over Zoom on April 17, 2025. Mr. Carter has confirmed that I can submit this declaration to the court with his electronic signature, as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on April 17, 2025 in New Orleans, Louisiana.

Signature: _____

**KARA CRUTCHER**

Kara Crutcher Declaration