IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE REPLY IN SUPPORT OF THEIR APPLICATION FOR A SECOND TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH DECLARATIONS OF FRANK CARTER AND EVANS TUTT WITH WET-INK SIGNATURES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, who pursuant to Local Civil Rule 7(e) respectfully file this Motion To Supplement The Reply In Support Of Their Application For A Second Temporary

Restraining Order And Preliminary Injunction With The Declarations Of Frank Carter And Evans Tutt With Wet-Ink Signatures. In support of this Motion, Plaintiffs show to the Court as follows:

1. On March 26, 2025, Plaintiffs filed an Application for a Second Temporary Restraining order and Preliminary Injunction ("Application"). (ECF 201).

2. On April 11, 2025, Defendants filed a Response to Plaintiffs' Application. (ECFs 212, 223).

3. On April 18, 2025, Plaintiffs filed a Reply in Support of their Application ("Reply"). (ECFs 224, 231).

4. In support of their Reply, Plaintiffs filed Declarations of Evans Tutt as Exhibit 5 and Frank Carter as Exhibit 6. (ECFs 224-5, 224-6).

5. The declarations were signed with E-signatures, each with an accompanying declaration from one Kara Crutcher, stating that Plaintiffs' Counsel sought to schedule an-in person visit with Messrs. Tutt and Carter at Louisiana State Penitentiary to obtain ink signatures, but due to it being Good Friday, the prison was closed for legal visitation that day. (ECFs 224-5, 224-6).

6. On April 22, 2025, the Court heard oral argument on Plaintiffs' Application, during which Messrs. Tutt's and Carter's declarations were discussed, including the fact that the filed declarations did not have wet-ink signatures. At that time Plaintiffs requested permission and were granted permission to seek to supplement their Reply with wet-ink signed versions of the Messrs. Tutt's and Carter's declarations.

7. Defendants do not oppose such supplementation.

**WHEREFORE,** Plaintiffs request leave of the Court under Local Civil Rule 7(e) to supplement their Reply with wet-ink signature versions of the previously-filed Declarations of

Evans Tutt and Frank Carter. Defendants have represented through counsel they will not oppose this motion.

Respectfully submitted this 23rd day of April, 2025.

<div style="margin-left: 3em;">

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
Kara Crutcher (PHV) IL Bar No. 6337639
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org
sbosalavage@defendla.org
kcrutcher@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926416
Amaris Montes (PHV) MD Bar No. 2112150205
D Dangaran, (PHV) D.C. Bar No. 90023981
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org
d@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Michael McGregor (PHV) NY Bar No. 5510490
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000

</div>

jhill@paulweiss.com
jbenjamin@paulweiss.com
mmcgregor@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*