## DECLARATION OF FRANK CARTER

I, FRANK CARTER, declare as follows:

1. I am thirty-seven years old, competent to testify in this matter, and do so based on personal knowledge.

2. I am currently incarcerated at the Louisiana State Penitentiary (Angola) in Angola, Louisiana. I have been incarcerated there since February 2025, and my DOC number is 596068.

3. I was assigned to Farm Line 15 out of Camp C shortly after I arrived at Angola in February 2025.

4. I suffer from congestive heart failure. Angola prescribes me six medications that I am permitted to "Keep on Person," and I take them daily. These medications include two for blood pressure, a fluid pill, and an aspirin.

5. Angola has issued me a Heat Precaution Duty Status, but it does not take effect until May 1st. I have noticed that going out in the field in the heat does not mix well with the medicine. I have recently felt woozy when I am out there in the heat.

6. On April 3, 2025, I was harvesting turnips on the Farm Line when I began to feel lightheaded and nauseous. I made a Self-Declared-Emergency to see a medical provider. Over 30 minutes later, a medical provider came out and assessed me. She notified the line pusher that I should drink water and sit down. There was no shade out there that day except for under a trailer, which does not provide full shade under the seats depending on the time of day. It is hotter to sit under the trailer because the sun makes the seats hot and there is often no shade directly under it.

Dated this 21st day of April, 2025.

*Frank Carter*

**FRANK CARTER**