IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE REPLY IN SUPPORT OF THEIR APPLICATION FOR A SECOND TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH DECLARATIONS OF FRANK CARTER AND EVANS TUTT WITH WET-INK SIGNATURES**

Having considered Plaintiffs' Unopposed Motion To Supplement The Reply In Support of Their Application For A Second Temporary Restraining Order And Preliminary Injunction With Declarations Of Frank Carter And Evans Tutt With Wet-Ink Signatures, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion is **GRANTED.**

2

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE