PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING         SAN FRANCISCO
BRUSSELS        TOKYO
HONG KONG       TORONTO
LONDON          WASHINGTON, DC
LOS ANGELES     WILMINGTON

May 6, 2024

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

    Re:    *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

    We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period April 28–May 2, 2025,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

    The heat index data listed below was recorded by the National Weather Service ("NWS") at the New Roads False River Regional Airport. The NWS data underlying this summary is attached as Exhibit A to this report. Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, April 28: The heat index at LSP met or exceeded 88 degrees[2] Fahrenheit at 4:35 p.m. and at 5:15 p.m. According to Defendants, the Farm Line was not operating on this date.

- Tuesday, April 29: The heat index at LSP met or exceeded 88 degrees Fahrenheit at 2:15 p.m., at 3:55 p.m., and from 4:35 p.m. to 5:15 p.m. According to Defendants, the Farm Line was not operating on this date.

- Wednesday, April 30: The heat index at LSP met or exceeded 88 degrees Fahrenheit at 12:35 p.m. According to Defendants, the Farm Line was not operating during this period.

- Thursday, May 1: The heat index at LSP did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was not operating on this date.

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2] Because a heat alert is issued once the heat index reaches 91 degrees pursuant to HCP8, Defendants object to using 88 degree heat index threshold in the weekly reporting.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Brian A. Jackson                                                                                                                2

- Friday, May 2:  The heat index at LSP did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was not operating on this date.

    The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                            */s/ Jeremy Benjamin*

                                                            Jeremy Benjamin

cc:     All Counsel of Record (via ECF)