# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 04:35 | Calm | 4.00 | Fog/Mist | CLR | 65.3 | 64 | | | 96% | | | 29.88 | | 0.0 | | |
| 03 | 04:15 | N 3 | 4.00 | Fog/Mist | CLR | 65.5 | 63.9 | | | 95% | | | 29.87 | | 0.0 | | |
| 03 | 03:55 | N 6 | 7.00 | Partly Cloudy | SCT110 | 65.7 | 64.4 | | | 96% | | | 29.88 | | 0.0 | | |
| 03 | 03:35 | Calm | 5.00 | Fog/Mist | BKN100 | 65.8 | 63.9 | | | 93% | | | 29.88 | | 0.0 | | |
| 03 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT090 | 66.2 | 64 | | | 93% | | | 29.89 | | 0.0 | | |
| 03 | 02:55 | Calm | 10.00 | Partly Cloudy | SCT110 | 66.2 | 63.9 | | | 92% | | | 29.87 | | 0.0 | | |
| 03 | 02:35 | Calm | 10.00 | Mostly Cloudy | BKN110 | 66.2 | 63.9 | | | 92% | | | 29.89 | | 0.0 | | |
| 03 | 02:15 | S 5 | 10.00 | Light Drizzle | SCT070 SCT110 | 65.8 | 63.7 | | | 93% | | | 29.88 | | 0.0 | | |
| 03 | 01:55 | S 5 | 10.00 | Overcast | OVC110 | 65.8 | 63.9 | | | 93% | | | 29.89 | | 0.0 | | |
| 03 | 01:35 | S 10 | 10.00 | Light Drizzle | SCT095 OVC110 | 65.7 | 64 | | | 95% | | | 29.89 | | 0.0 | | |
| 03 | 01:15 | S 8 | 10.00 | Light Drizzle | BKN120 | 65.8 | 64.4 | | | 95% | | | 29.92 | | 0.0 | | |
| 03 | 00:55 | SW 6 | 10.00 | Light Rain | SCT048 SCT060 SCT110 | 66.2 | 64.8 | 78.1 | 65.3 | 95% | | | 29.94 | | 0.0 | 0.02 | 0.81 |
| 03 | 00:35 | S 5 | 10.00 | Light Drizzle | BKN110 | 65.8 | 64.6 | | | 96% | | | 29.94 | | 0.0 | 0.02 | |
| 03 | 00:15 | S 3 | 10.00 | Rain | OVC110 | 65.8 | 64.6 | | | 96% | | | 29.95 | | 0.0 | 0.01 | |
| 02 | 23:55 | S 3 | 10.00 | Light Rain | SCT100 OVC120 | 66.2 | 64.6 | | | 95% | | | 29.94 | | 0.0 | | |
| 02 | 23:35 | S 5 | 10.00 | Overcast | BKN100 OVC120 | 66.2 | 64.4 | | | 94% | | | 29.95 | | 0.0 | | |
| 02 | 23:15 | Calm | 10.00 | Light Drizzle | OVC100 | 66.2 | 64.4 | | | 94% | | | 29.96 | | 0.0 | | |
| 02 | 22:55 | N 6 | 10.00 | Light Rain | SCT070 SCT090 OVC110 | 66.2 | 64.4 | | | 94% | | | 29.96 | | 0.0 | 0.12 | |
| 02 | 22:35 | N 13 | 10.00 | Thunderstorm Light Rain | SCT045 BKN070 OVC090 | 66.2 | 64.4 | | | 94% | | | 29.97 | | 0.0 | 0.11 | |
| 02 | 22:15 | NE 12 G 17 | 7.00 | Thunderstorm Light Rain | SCT023 BKN037 OVC050 | 65.3 | 63.5 | | | 94% | | | 29.98 | | 0.0 | 0.07 | |
| 02 | 21:55 | NE 13 | 4.00 | Thunderstorm Rain | SCT011 BKN022 OVC035 | 65.3 | 63.5 | | | 94% | | | 29.98 | | 0.0 | 0.65 | 0.65 |
| 02 | 21:35 | NE 23 G 49 | 2.50 | Thunderstorm Heavy Rain and Breezy | SCT012 BKN028 OVC110 | 66.4 | 63 | | | 89% | | | 29.97 | | 0.0 | 0.28 | |
| 02 | 21:15 | Calm | 7.00 | Thunderstorm Light Rain in Vicinity | SCT049 BKN100 OVC120 | 74.8 | 70.2 | | | 85% | | | 29.93 | | 0.0 | 0.01 | |
| 02 | 20:55 | S 3 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT080 BKN110 | 75.6 | 69.8 | | | 82% | | 76 | 29.9 | | 0.0 | | |
| 02 | 20:35 | Calm | 10.00 | Thunderstorm in Vicinity | SCT110 | 76.1 | 69.4 | | | 80% | | 77 | 29.9 | | 0.0 | | |
| 02 | 20:15 | S 3 | 10.00 | Thunderstorm in Vicinity | SCT110 | 76.3 | 69.3 | | | 79% | | 77 | 29.9 | | 0.0 | | |
| 02 | 19:55 | S 3 | 10.00 | Thunderstorm in Vicinity | CLR | 76.6 | 68.9 | | | 77% | | 78 | 29.89 | | 0.0 | | |
| 02 | 19:35 | SW 6 | 10.00 | Thunderstorm in Vicinity | CLR | 77.2 | 68.9 | | | 76% | | 79 | 29.87 | | 0.0 | | |
| 02 | 19:15 | S 6 | 10.00 | Fair | CLR | 77.4 | 68.4 | | | 74% | | 79 | 29.89 | | 0.0 | | |
| 02 | 18:55 | S 8 | 10.00 | Partly Cloudy | SCT034 | 78.1 | 68 | 84.6 | 78.1 | 71% | | 80 | 29.87 | | 0.0 | | |
| 02 | 18:35 | S 8 | 10.00 | Partly Cloudy | SCT034 | 78.6 | 67.6 | | | 69% | | 81 | 29.87 | | 0.0 | | |
| 02 | 18:15 | S 8 G 17 | 10.00 | Partly Cloudy | SCT034 SCT041 | 79.3 | 67.5 | | | 67% | | 82 | 29.86 | | 0.0 | | |
| 02 | 17:55 | S 8 | 10.00 | Partly Cloudy | SCT033 SCT042 SCT055 | 79.9 | 68.4 | | | 68% | | 83 | 29.87 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE001962

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | Temperature (°F) 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|------|------------|------------|------------|---------|-----------|-----|------|------|------|-----------|------|------|------|------|------|------|------|
| | | | | | | Air | Dwpt | Max. | Min. | | | | | | | | |
| 02 | 17:35 | S 7 | 10.00 | Partly Cloudy | SCT033 SCT042 SCT050 | 79.9 | 68.7 | | | 69% | | 83 | 29.89 | 0.0 | | | |
| 02 | 17:15 | S 9 | 10.00 | Partly Cloudy | SCT040 SCT050 SCT065 | 80.1 | 67.8 | | | 66% | | 83 | 29.88 | 0.0 | | | |
| 02 | 16:55 | S 10 | 10.00 | Partly Cloudy | SCT050 | 80.6 | 67.6 | | | 65% | | 83 | 29.88 | 0.0 | | | |
| 02 | 16:35 | S 12 | 10.00 | Partly Cloudy | SCT035 SCT042 | 81 | 67.5 | | | 64% | | 84 | 29.89 | 0.0 | | | |
| 02 | 16:15 | S 12 G 16 | 10.00 | Partly Cloudy | SCT037 SCT044 | 81.5 | 67.5 | | | 63% | | 84 | 29.89 | 0.0 | | | |
| 02 | 15:55 | S 14 G 18 | 10.00 | Partly Cloudy | SCT037 SCT060 | 81.7 | 67.6 | | | 63% | | 84 | 29.89 | 0.0 | | | |
| 02 | 15:35 | S 9 G 18 | 10.00 | Mostly Cloudy | SCT037 BKN060 | 81.5 | 67.8 | | | 63% | | 84 | 29.89 | 0.0 | | | |
| 02 | 15:15 | S 13 | 10.00 | Partly Cloudy | SCT039 | 81.7 | 68 | | | 63% | | 85 | 29.89 | 0.0 | | | |
| 02 | 14:55 | S 13 G 18 | 10.00 | Partly Cloudy | SCT039 | 81.9 | 68 | | | 63% | | 85 | 29.91 | 0.0 | | | |
| 02 | 14:35 | S 17 G 22 | 10.00 | Partly Cloudy | SCT044 SCT050 | 82.9 | 65.5 | | | 56% | | 85 | 29.92 | 0.0 | | | |
| 02 | 14:15 | S 15 | 10.00 | Partly Cloudy | SCT044 SCT050 | 83.5 | 66 | | | 56% | | 86 | 29.91 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|------|------------|------------|------------|---------|-----------|-----|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Temperature (°F) | | | | | | Pressure | | Precipitation (in) | | |

VOTE001963

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | 6 hour | | | | | | | | | |
| 02 | 17:15 | S 9 | 10.00 | Partly Cloudy | SCT040 SCT050 SCT065 | 80.1 | 67.8 | | | 66% | | 83 | 29.88 | | 0.0 | | |
| 02 | 16:55 | S 10 | 10.00 | Partly Cloudy | SCT050 | 80.6 | 67.6 | | | 65% | | 83 | 29.88 | | 0.0 | | |
| 02 | 16:35 | S 12 | 10.00 | Partly Cloudy | SCT035 SCT042 | 81 | 67.5 | | | 64% | | 84 | 29.89 | | 0.0 | | |
| 02 | 16:15 | S 12 G 16 | 10.00 | Partly Cloudy | SCT037 SCT044 | 81.5 | 67.5 | | | 63% | | 84 | 29.89 | | 0.0 | | |
| 02 | 15:55 | S 14 G 18 | 10.00 | Partly Cloudy | SCT037 SCT060 | 81.7 | 67.6 | | | 63% | | 84 | 29.89 | | 0.0 | | |
| 02 | 15:35 | S 9 G 18 | 10.00 | Mostly Cloudy | SCT037 BKN060 | 81.5 | 67.8 | | | 63% | | 84 | 29.89 | | 0.0 | | |
| 02 | 15:15 | S 13 | 10.00 | Partly Cloudy | SCT039 | 81.7 | 68 | | | 63% | | 85 | 29.89 | | 0.0 | | |
| 02 | 14:55 | S 13 G 18 | 10.00 | Partly Cloudy | SCT039 | 81.9 | 68 | | | 63% | | 85 | 29.91 | | 0.0 | | |
| 02 | 14:35 | S 17 G 22 | 10.00 | Partly Cloudy | SCT044 SCT050 | 82.9 | 65.5 | | | 56% | | 85 | 29.92 | | 0.0 | | |
| 02 | 14:15 | S 15 | 10.00 | Partly Cloudy | SCT044 SCT050 | 83.5 | 66 | | | 56% | | 86 | 29.91 | | 0.0 | | |
| 02 | 13:55 | S 15 | 10.00 | Partly Cloudy | SCT040 SCT048 | 84.4 | 66.7 | | | 56% | | 87 | 29.92 | | 0.0 | | |
| 02 | 13:35 | S 12 G 17 | 10.00 | Partly Cloudy | SCT040 SCT048 | 83.8 | 68.5 | | | 60% | | 87 | 29.94 | | 0.0 | | |
| 02 | 13:15 | S 12 G 18 | 10.00 | Fair | CLR | 83.8 | 68.5 | | | 60% | | 87 | 29.95 | | 0.0 | | |
| 02 | 12:55 | S 9 | 10.00 | Fair | CLR | 82.4 | 67.8 | 82.4 | 70.2 | 61% | | 85 | 29.96 | | 0.0 | | |
| 02 | 12:35 | S 10 G 17 | 10.00 | Fair | CLR | 81.9 | 67.5 | | | 62% | | 85 | 29.97 | | 0.0 | | |
| 02 | 12:15 | S 14 | 10.00 | Partly Cloudy | SCT032 | 81.7 | 66.7 | | | 61% | | 84 | 29.97 | | 0.0 | | |
| 02 | 11:55 | S 12 G 18 | 10.00 | Partly Cloudy | SCT027 SCT035 | 81.9 | 68.9 | | | 65% | | 85 | 29.99 | | 0.0 | | |
| 02 | 11:35 | S 12 G 16 | 10.00 | Mostly Cloudy | BKN027 BKN033 BKN039 | 81.5 | 69.8 | | | 68% | | 85 | 30 | | 0.0 | | |
| 02 | 11:15 | S 10 | 10.00 | Mostly Cloudy | BKN025 BKN032 BKN039 | 80.6 | 70 | | | 70% | | 84 | 30.01 | | 0.0 | | |
| 02 | 10:55 | S 10 | 0.00 | NULL | NULL | 79.9 | 70.9 | | | 74% | | 83 | 30.01 | | 0.0 | | |
| 02 | 10:35 | S 9 | 10.00 | Partly Cloudy | SCT016 SCT021 SCT030 | 77.4 | 70.7 | | | 80% | | 79 | 30.01 | | 0.0 | | |
| 02 | 10:15 | SE 5 | 10.00 | Mostly Cloudy | SCT014 BKN021 BKN025 | 76.8 | 70.7 | | | 81% | | 78 | 30.01 | | 0.0 | | |
| 02 | 09:55 | S 5 | 10.00 | Mostly Cloudy | BKN011 BKN019 | 76.3 | 71.2 | | | 84% | | 77 | 30.01 | | 0.0 | | |
| 02 | 09:35 | S 7 | 10.00 | Overcast | BKN009 OVC017 | 75.2 | 71.1 | | | 87% | | 75 | 30.01 | | 0.0 | | |
| 02 | 09:15 | S 7 | 10.00 | Mostly Cloudy | BKN009 BKN013 BKN017 | 74.5 | 71.2 | | | 90% | | | 30.01 | | 0.0 | | |
| 02 | 08:55 | S 5 | 10.00 | Partly Cloudy | SCT009 | 73.4 | 71.1 | | | 92% | | | 30 | | 0.0 | | |
| 02 | 08:35 | Calm | 10.00 | Partly Cloudy | SCT007 SCT016 | 72.5 | 70.9 | | | 95% | | | 29.98 | | 0.0 | | |
| 02 | 08:15 | SW 5 | 10.00 | Partly Cloudy | SCT007 SCT016 | 72.1 | 70.7 | | | 95% | | | 29.97 | | 0.0 | | |
| 02 | 07:55 | SW 7 | 10.00 | Fair | CLR | 71.8 | 70.7 | | | 96% | | | 29.95 | | 0.0 | | |
| 02 | 07:35 | S 9 | 10.00 | Fair | CLR | 71.1 | 70.2 | | | 97% | | | 29.94 | | 0.0 | | |
| 02 | 07:15 | SW 7 | 10.00 | Fair | CLR | 70.7 | 69.8 | | | 97% | | | 29.93 | | 0.0 | | |
| 02 | 06:55 | SW 6 | 10.00 | Fair | CLR | 70.2 | 69.3 | 70.3 | 69.3 | 97% | | | 29.93 | | 0.0 | | |
| 02 | 06:35 | SW 5 | 10.00 | Fair | CLR | 69.8 | 68.9 | | | 97% | | | 29.92 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 06:15 | SW 5 | 10.00 | Fair | CLR | 69.4 | 68.5 | | | 97% | | | 29.92 | | 0.0 | | |
| 02 | 05:55 | SW 5 | 10.00 | Partly Cloudy | SCT017 | 69.3 | 68.4 | | | 97% | | | 29.93 | | 0.0 | | |
| 02 | 05:35 | S 5 | 10.00 | Partly Cloudy | SCT017 | 69.3 | 68.2 | | | 96% | | | 29.94 | | 0.0 | | |
| 02 | 05:15 | SW 5 | 10.00 | Partly Cloudy | SCT017 | 69.6 | 68.4 | | | 96% | | | 29.94 | | 0.0 | | |
| 02 | 04:55 | SW 6 | 10.00 | Fair | CLR | 69.8 | 68.5 | | | 96% | | | 29.94 | | 0.0 | | |
| 02 | 04:35 | SW 6 | 10.00 | Partly Cloudy | SCT018 | 69.8 | 68.4 | | | 95% | | | 29.95 | | 0.0 | | |
| 02 | 04:15 | SW 3 | 10.00 | Partly Cloudy | SCT018 | 69.8 | 68.5 | | | 96% | | | 29.96 | | 0.0 | | |
| 02 | 03:55 | SW 5 | 10.00 | Fair | CLR | 70 | 68.7 | | | 96% | | | 29.96 | | 0.0 | | |
| 02 | 03:35 | SW 3 | 10.00 | Fair | CLR | 69.8 | 68.4 | | | 95% | | | 29.97 | | 0.0 | | |
| 02 | 03:15 | S 3 | 10.00 | Partly Cloudy | SCT020 SCT029 SCT036 | 70.2 | 68.4 | | | 94% | | | 29.97 | | 0.0 | | |
| 02 | 02:55 | S 3 | 10.00 | Mostly Cloudy | BKN020 SCT027 BKN036 | 70.2 | 68.4 | | | 94% | | | 29.98 | | 0.0 | | |
| 02 | 02:35 | S 3 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 29.99 | | 0.0 | | |
| 02 | 02:15 | S 5 | 10.00 | Fair | CLR | 70.2 | 68.2 | | | 93% | | | 29.99 | | 0.0 | | |
| 02 | 01:55 | S 6 | 10.00 | Fair | CLR | 70.2 | 68 | | | 93% | | | 30 | | 0.0 | | |
| 02 | 01:35 | S 5 | 10.00 | Fair | CLR | 70.3 | 68 | | | 92% | | | 30 | | 0.0 | | |
| 02 | 01:15 | S 5 | 10.00 | Fair | CLR | 69.8 | 67.5 | | | 92% | | | 30.01 | | 0.0 | | |
| 02 | 00:55 | Calm | 10.00 | Fair | CLR | 70.2 | 67.5 | 81 | 70 | 91% | | | 30.02 | | 0.0 | | |
| 02 | 00:35 | Calm | 10.00 | Fair | CLR | 70.2 | 67.5 | | | 91% | | | 30.01 | | 0.0 | | |
| 02 | 00:15 | Calm | 10.00 | Fair | CLR | 70.7 | 67.5 | | | 90% | | | 30 | | 0.0 | | |
| 01 | 23:55 | SE 5 | 10.00 | Fair | CLR | 71.6 | 67.5 | | | 87% | | | 30 | | 0.0 | | |
| 01 | 23:35 | SE 5 | 10.00 | Fair | CLR | 73 | 67.5 | | | 83% | | | 30 | | 0.0 | | |
| 01 | 23:15 | S 5 | 10.00 | Fair | CLR | 73.4 | 67.3 | | | 81% | | | 30 | | 0.0 | | |
| 01 | 22:55 | Calm | 10.00 | Fair | CLR | 73.4 | 67.3 | | | 81% | | | 30 | | 0.0 | | |
| 01 | 22:35 | S 5 | 10.00 | Fair | CLR | 73.6 | 67.3 | | | 81% | | | 30 | | 0.0 | | |
| 01 | 22:15 | S 3 | 10.00 | Fair | CLR | 74.5 | 67.3 | | | 78% | | | 30 | | 0.0 | | |
| 01 | 21:55 | S 5 | 10.00 | Fair | CLR | 74.3 | 67.1 | | | 78% | | | 29.99 | | 0.0 | | |
| 01 | 21:35 | S 3 | 10.00 | Fair | CLR | 74.5 | 67.3 | | | 78% | | | 29.99 | | 0.0 | | |
| 01 | 21:15 | S 3 | 10.00 | Fair | CLR | 75.4 | 67.1 | | | 76% | | 77 | 29.98 | | 0.0 | | |
| 01 | 20:35 | S 5 | 10.00 | Fair | CLR | 76.1 | 66.6 | | | 72% | | 78 | 29.95 | | 0.0 | | |
| 01 | 20:15 | S 5 | 10.00 | Fair | CLR | 76.8 | 66.4 | | | 70% | | 79 | 29.95 | | 0.0 | | |
| 01 | 19:55 | S 5 | 10.00 | Fair | CLR | 77.2 | 66.2 | | | 69% | | 79 | 29.94 | | 0.0 | | |
| 01 | 19:35 | S 7 | 10.00 | Fair | CLR | 78.1 | 66.4 | | | 67% | | 80 | 29.94 | | 0.0 | | |
| 01 | 19:15 | SE 8 | 10.00 | Fair | CLR | 79.9 | 65.8 | | | 62% | | 82 | 29.94 | | 0.0 | | |
| 01 | 18:55 | SE 8 | 10.00 | Fair | CLR | 81.1 | 66.6 | 85.5 | 81.1 | 61% | | 83 | 29.94 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

**National Weather Service - New Roads False River Regional Airport, May 1, 2025**

| Date | Time | heat_index Fahrenheit |
|------|------|----------------------|
| 5/1/2025 | 23:55 | |
| 5/1/2025 | 23:35 | |
| 5/1/2025 | 23:15 | |
| 5/1/2025 | 22:55 | |
| 5/1/2025 | 22:35 | |
| 5/1/2025 | 22:15 | |
| 5/1/2025 | 21:55 | |
| 5/1/2025 | 21:35 | |
| 5/1/2025 | 21:15 | |
| 5/1/2025 | 20:55 | |
| 5/1/2025 | 20:35 | |
| 5/1/2025 | 20:15 | |
| 5/1/2025 | 19:55 | |
| 5/1/2025 | 19:35 | |
| 5/1/2025 | 19:15 | |
| 5/1/2025 | 18:55 | 83.44 |
| 5/1/2025 | 18:35 | 84.34 |
| 5/1/2025 | 18:15 | 84.99 |
| 5/1/2025 | 17:55 | 85.96 |
| 5/1/2025 | 17:35 | 86.11 |
| 5/1/2025 | 17:15 | 85.42 |
| 5/1/2025 | 16:55 | 87.12 |
| 5/1/2025 | 16:35 | 87.94 |
| 5/1/2025 | 16:15 | 87.21 |
| 5/1/2025 | 15:55 | 84.87 |
| 5/1/2025 | 15:35 | 86.13 |
| 5/1/2025 | 15:15 | 85.59 |
| 5/1/2025 | 14:55 | 86.23 |
| 5/1/2025 | 14:35 | 85.91 |
| 5/1/2025 | 14:15 | 85.14 |
| 5/1/2025 | 13:55 | 86.59 |
| 5/1/2025 | 13:35 | 86.07 |
| 5/1/2025 | 13:15 | 85.78 |
| 5/1/2025 | 12:55 | 85.44 |
| 5/1/2025 | 12:35 | 84.36 |
| 5/1/2025 | 12:15 | 82.76 |
| 5/1/2025 | 11:55 | |
| 5/1/2025 | 11:35 | |
| 5/1/2025 | 11:15 | |
| 5/1/2025 | 10:55 | |
| 5/1/2025 | 10:35 | |
| 5/1/2025 | 10:15 | |
| 5/1/2025 | 9:55 | |
| 5/1/2025 | 9:35 | |
| 5/1/2025 | 9:15 | |
| 5/1/2025 | 8:55 | |
| 5/1/2025 | 8:35 | |

**National Weather Service - New Roads False River Regional Airport, May 1, 2025**

| | |
|---|---|
| 5/1/2025 | 8:15 |
| 5/1/2025 | 7:55 |
| 5/1/2025 | 7:35 |
| 5/1/2025 | 7:15 |
| 5/1/2025 | 6:55 |
| 5/1/2025 | 6:35 |
| 5/1/2025 | 6:15 |
| 5/1/2025 | 5:55 |
| 5/1/2025 | 5:35 |
| 5/1/2025 | 5:15 |
| 5/1/2025 | 4:55 |
| 5/1/2025 | 4:35 |
| 5/1/2025 | 4:15 |
| 5/1/2025 | 3:55 |
| 5/1/2025 | 3:35 |
| 5/1/2025 | 3:15 |
| 5/1/2025 | 2:55 |
| 5/1/2025 | 2:35 |
| 5/1/2025 | 2:15 |
| 5/1/2025 | 1:55 |
| 5/1/2025 | 1:35 |
| 5/1/2025 | 1:15 |
| 5/1/2025 | 0:55 |
| 5/1/2025 | 0:35 |
| 5/1/2025 | 0:15 |

**National Weather Service - New Roads False River Regional Airport, April 30, 2025**

| Date | Time | heat_index |
|------|------|------------|
| 4/30/2025 | 23:55 | |
| 4/30/2025 | 23:35 | |
| 4/30/2025 | 23:15 | |
| 4/30/2025 | 22:55 | |
| 4/30/2025 | 22:35 | |
| 4/30/2025 | 22:15 | |
| 4/30/2025 | 21:55 | |
| 4/30/2025 | 21:35 | |
| 4/30/2025 | 21:15 | |
| 4/30/2025 | 20:55 | |
| 4/30/2025 | 20:35 | |
| 4/30/2025 | 20:15 | |
| 4/30/2025 | 19:55 | |
| 4/30/2025 | 19:35 | |
| 4/30/2025 | 19:15 | |
| 4/30/2025 | 18:55 | |
| 4/30/2025 | 18:35 | 81.9 |
| 4/30/2025 | 18:15 | 82.81 |
| 4/30/2025 | 17:55 | 83.14 |
| 4/30/2025 | 17:35 | 83.61 |
| 4/30/2025 | 17:15 | 84.36 |
| 4/30/2025 | 16:55 | 84.22 |
| 4/30/2025 | 16:35 | 84.15 |
| 4/30/2025 | 16:15 | 85.53 |
| 4/30/2025 | 15:55 | 86.34 |
| 4/30/2025 | 15:35 | 84.81 |
| 4/30/2025 | 15:15 | 85.8 |
| 4/30/2025 | 14:55 | 84.2 |
| 4/30/2025 | 14:35 | 84.58 |
| 4/30/2025 | 14:15 | 84.65 |
| 4/30/2025 | 13:55 | 85.78 |
| 4/30/2025 | 13:35 | 87.33 |
| 4/30/2025 | 13:15 | 87.24 |
| 4/30/2025 | 12:55 | 87.06 |
| 4/30/2025 | 12:35 | 88.45 |
| 4/30/2025 | 12:15 | 86.23 |
| 4/30/2025 | 11:55 | 85.89 |
| 4/30/2025 | 11:35 | 86.58 |
| 4/30/2025 | 11:15 | 85.53 |
| 4/30/2025 | 10:55 | 84.22 |
| 4/30/2025 | 10:35 | 84.29 |
| 4/30/2025 | 10:15 | 83.66 |
| 4/30/2025 | 9:55 | |
| 4/30/2025 | 9:35 | |
| 4/30/2025 | 9:15 | |
| 4/30/2025 | 8:55 | |
| 4/30/2025 | 8:35 | |
| 4/30/2025 | 8:15 | |

**National Weather Service - New Roads False River Regional Airport, April 30, 2025**

| | |
|---|---|
| 4/30/2025 | 7:55 |
| 4/30/2025 | 7:35 |
| 4/30/2025 | 7:15 |
| 4/30/2025 | 6:55 |
| 4/30/2025 | 6:35 |
| 4/30/2025 | 6:15 |
| 4/30/2025 | 5:55 |
| 4/30/2025 | 5:35 |
| 4/30/2025 | 5:15 |
| 4/30/2025 | 4:55 |
| 4/30/2025 | 4:35 |
| 4/30/2025 | 4:15 |
| 4/30/2025 | 3:55 |
| 4/30/2025 | 3:35 |
| 4/30/2025 | 3:15 |
| 4/30/2025 | 2:55 |
| 4/30/2025 | 2:35 |
| 4/30/2025 | 2:15 |
| 4/30/2025 | 1:55 |
| 4/30/2025 | 1:35 |
| 4/30/2025 | 1:15 |
| 4/30/2025 | 0:55 |
| 4/30/2025 | 0:35 |
| 4/30/2025 | 0:15 |

# NATIONAL WEATHER SERVICE
N A T I O N A L   O C E A N I C   A N D   A T M O S P H E R I C   A D M I N I S T R A T I O N



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 13:35 | S 18 G 23 | 10.00 | Fair | CLR | 84.2 | 67.8 | | | 58% | | 87 | 30.01 | | 0.0 | | |
| 30 | 13:15 | S 17 G 25 | 10.00 | Partly Cloudy | SCT041 SCT046 SCT055 | 84.4 | 67.3 | | | 57% | | 87 | 30.01 | | 0.0 | | |
| 30 | 12:55 | S 13 G 23 | 10.00 | Partly Cloudy | SCT041 SCT049 | 84.2 | 67.3 | 85.6 | 68.9 | 57% | | 87 | 30.02 | | 0.0 | | |
| 30 | 12:35 | S 14 G 24 | 10.00 | Partly Cloudy | SCT033 SCT043 | 84.7 | 68.7 | | | 59% | | 88 | 30.03 | | 0.0 | | |
| 30 | 12:15 | S 12 G 18 | 10.00 | Mostly Cloudy | SCT035 BKN044 BKN060 | 82.8 | 68.9 | | | 63% | | 86 | 30.04 | | 0.0 | | |
| 30 | 11:55 | S 15 G 20 | 10.00 | Mostly Cloudy | SCT035 BKN043 BKN060 | 82.8 | 68.2 | | | 62% | | 86 | 30.05 | | 0.0 | | |
| 30 | 11:35 | S 15 G 18 | 10.00 | Partly Cloudy | SCT032 SCT039 SCT046 | 83.1 | 68.7 | | | 62% | | 87 | 30.05 | | 0.0 | | |
| 30 | 11:15 | S 14 G 17 | 10.00 | Partly Cloudy | SCT027 SCT032 SCT070 | 82 | 69.3 | | | 65% | | 86 | 30.05 | | 0.0 | | |
| 30 | 10:55 | SW 16 | 10.00 | Mostly Cloudy | SCT025 BKN032 BKN049 | 80.8 | 70 | | | 70% | | 84 | 30.06 | | 0.0 | | |
| 30 | 10:35 | SW 14 G 17 | 10.00 | Mostly Cloudy | SCT022 SCT027 BKN065 | 80.8 | 70.2 | | | 70% | | 84 | 30.05 | | 0.0 | | |
| 30 | 10:15 | SW 13 G 17 | 10.00 | Overcast | BKN024 BKN030 OVC037 | 80.2 | 70.5 | | | 72% | | 84 | 30.05 | | 0.0 | | |
| 30 | 09:55 | S 14 G 23 | 10.00 | Overcast | SCT019 BKN023 OVC035 | 77.9 | 69.6 | | | 76% | | 80 | 30.05 | | 0.0 | | |
| 30 | 09:35 | SW 13 | 10.00 | Overcast | BKN019 OVC024 | 77.2 | 70.5 | | | 80% | | 79 | 30.04 | | 0.0 | | |
| 30 | 09:15 | SW 10 | 10.00 | Mostly Cloudy | BKN015 BKN022 | 75.9 | 70.5 | | | 83% | | 77 | 30.04 | | 0.0 | | |
| 30 | 08:55 | SW 13 G 17 | 10.00 | Partly Cloudy | SCT013 SCT034 | 75.2 | 70.2 | | | 84% | | 75 | 30.04 | | 0.0 | | |
| 30 | 08:35 | SW 9 | 10.00 | Partly Cloudy | SCT046 | 74.1 | 70.3 | | | 88% | | | 30.05 | | 0.0 | | |
| 30 | 08:15 | SW 8 | 10.00 | Partly Cloudy | SCT035 SCT046 | 72.3 | 70.2 | | | 93% | | | 30.05 | | 0.0 | | |
| 30 | 07:55 | SW 7 | 10.00 | Fair | CLR | 70.9 | 69.8 | | | 96% | | | 30.05 | | 0.0 | | |
| 30 | 07:35 | SW 3 | 10.00 | Fair | CLR | 69.6 | 68.7 | | | 97% | | | 30.05 | | 0.0 | | |
| 30 | 07:15 | SW 5 | 10.00 | Fair | CLR | 69.3 | 68.4 | | | 97% | | | 30.05 | | 0.0 | | |
| 30 | 06:55 | SW 5 | 7.00 | Fair | CLR | 68.9 | 68 | 70.2 | 67.1 | 97% | | | 30.04 | | 0.0 | | |
| 30 | 06:35 | W 3 | 7.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 30.04 | | 0.0 | | |
| 30 | 06:15 | SW 3 | 10.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 30.04 | | 0.0 | | |
| 30 | 05:55 | W 3 | 10.00 | Fair | CLR | 68 | 66.9 | | | 96% | | | 30.04 | | 0.0 | | |
| 30 | 05:35 | W 3 | 10.00 | Fair | CLR | 67.5 | 66.6 | | | 97% | | | 30.04 | | 0.0 | | |
| 30 | 05:15 | W 3 | 10.00 | Partly Cloudy | SCT038 | 67.3 | 66.2 | | | 96% | | | 30.04 | | 0.0 | | |

VOTE001952

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 04:55 | Calm | 10.00 | Partly Cloudy | SCT038 | 67.5 | 66.2 | | | 96% | | | 30.04 | | 0.0 | | |
| 30 | 04:35 | Calm | 10.00 | Fair | CLR | 67.5 | 66.2 | | | 96% | | | 30.04 | | 0.0 | | |
| 30 | 04:15 | W 3 | 10.00 | Fair | CLR | 67.3 | 65.8 | | | 95% | | | 30.04 | | 0.0 | | |
| 30 | 03:55 | Calm | 10.00 | Fair | CLR | 67.5 | 65.8 | | | 95% | | | 30.04 | | 0.0 | | |
| 30 | 03:35 | W 3 | 10.00 | Fair | CLR | 67.6 | 65.8 | | | 94% | | | 30.04 | | 0.0 | | |
| 30 | 03:15 | SW 3 | 10.00 | Fair | CLR | 68 | 66.2 | | | 94% | | | 30.04 | | 0.0 | | |
| 30 | 02:55 | W 5 | 10.00 | Fair | CLR | 68 | 66.2 | | | 94% | | | 30.05 | | 0.0 | | |
| 30 | 02:35 | W 5 | 10.00 | Partly Cloudy | SCT020 | 67.1 | 65.3 | | | 94% | | | 30.05 | | 0.0 | | |
| 30 | 02:15 | Calm | 10.00 | Partly Cloudy | SCT020 SCT025 | 67.5 | 65.7 | | | 94% | | | 30.07 | | 0.0 | | |
| 30 | 01:55 | Calm | 10.00 | Fair | CLR | 67.6 | 65.5 | | | 93% | | | 30.07 | | 0.0 | | |
| 30 | 01:35 | Calm | 10.00 | Fair | CLR | 68.2 | 65.7 | | | 92% | | | 30.08 | | 0.0 | | |
| 30 | 01:15 | Calm | 10.00 | Fair | CLR | 68.9 | 65.8 | | | 90% | | | 30.08 | | 0.0 | | |
| 30 | 00:55 | Calm | 10.00 | Fair | CLR | 70.3 | 66.2 | 81 | 70.3 | 87% | | | 30.08 | | 0.0 | | |
| 30 | 00:35 | Calm | 10.00 | Fair | CLR | 70.9 | 66.2 | | | 85% | | | 30.08 | | 0.0 | | |
| 30 | 00:15 | SW 3 | 10.00 | Fair | CLR | 70.9 | 65.8 | | | 84% | | | 30.08 | | 0.0 | | |
| 29 | 23:55 | SW 3 | 10.00 | Fair | CLR | 71.6 | 65.8 | | | 82% | | | 30.09 | | 0.0 | | |
| 29 | 23:35 | SW 3 | 10.00 | Fair | CLR | 72 | 65.7 | | | 81% | | | 30.09 | | 0.0 | | |
| 29 | 23:15 | SW 5 | 10.00 | Fair | CLR | 72.5 | 65.5 | | | 79% | | | 30.09 | | 0.0 | | |
| 29 | 22:55 | SW 6 | 10.00 | Fair | CLR | 73.2 | 65.7 | | | 77% | | | 30.08 | | 0.0 | | |
| 29 | 22:35 | SW 7 | 10.00 | Fair | CLR | 73.9 | 65.3 | | | 75% | | | 30.08 | | 0.0 | | |
| 29 | 22:15 | SW 7 | 10.00 | Fair | CLR | 74.5 | 65.3 | | | 73% | | | 30.08 | | 0.0 | | |
| 29 | 21:55 | SW 7 | 10.00 | Fair | CLR | 75.4 | 64.9 | | | 70% | | 77 | 30.07 | | 0.0 | | |
| 29 | 21:35 | SW 7 | 10.00 | Partly Cloudy | SCT049 | 75.6 | 65.1 | | | 70% | | 77 | 30.07 | | 0.0 | | |
| 29 | 21:15 | S 7 | 10.00 | Fair | CLR | 75.9 | 65.3 | | | 70% | | 78 | 30.06 | | 0.0 | | |
| 29 | 20:55 | S 6 | 10.00 | Fair | CLR | 76.1 | 65.5 | | | 70% | | 78 | 30.06 | | 0.0 | | |
| 29 | 20:35 | SW 6 | 7.00 | Fair | CLR | 77 | 65.7 | | | 68% | | 79 | 30.05 | | 0.0 | | |
| 29 | 20:15 | S 6 | 10.00 | Fair | CLR | 77.4 | 66.2 | | | 69% | | 79 | 30.05 | | 0.0 | | |
| 29 | 19:55 | S 7 | 10.00 | Fair | CLR | 78.4 | 66.2 | | | 66% | | 80 | 30.05 | | 0.0 | | |
| 29 | 19:35 | S 8 | 10.00 | Fair | CLR | 79.7 | 66.2 | | | 63% | | 82 | 30.05 | | 0.0 | | |
| 29 | 19:15 | S 7 | 10.00 | Fair | CLR | 80.1 | 66.6 | | | 64% | | 82 | 30.05 | | 0.0 | | |
| 29 | 18:55 | S 6 | 10.00 | Fair | CLR | 81 | 66.7 | 86.5 | 81 | 62% | | 83 | 30.05 | | 0.0 | | |
| 29 | 18:35 | S 6 | 10.00 | Fair | CLR | 81.7 | 66.2 | | | 60% | | 84 | 30.06 | | 0.0 | | |
| 29 | 18:15 | S 8 | 10.00 | Fair | CLR | 81.5 | 65.3 | | | 58% | | 83 | 30.06 | | 0.0 | | |
| 29 | 17:55 | S 10 | 10.00 | Partly Cloudy | SCT047 | 82.4 | 65.1 | | | 56% | | 84 | 30.07 | | 0.0 | | |
| 29 | 17:35 | S 9 | 10.00 | Mostly Cloudy | BKN045 | 83.1 | 66.4 | | | 57% | | 85 | 30.07 | | 0.0 | | |
| 29 | 17:15 | S 8 | 10.00 | Partly Cloudy | SCT045 | 85.5 | 65.8 | | | 52% | | 88 | 30.07 | | 0.0 | | |
| 29 | 16:55 | S 8 | 10.00 | Partly Cloudy | SCT045 | 85.5 | 66.7 | | | 54% | | 88 | 30.08 | | 0.0 | | |
| 29 | 16:35 | S 9 | 10.00 | Fair | CLR | 85.8 | 67.5 | | | 54% | | 89 | 30.09 | | 0.0 | | |
| 29 | 16:15 | SW 7 | 10.00 | Fair | CLR | 84.2 | 66.4 | | | 55% | | 87 | 30.09 | | 0.0 | | |
| 29 | 15:55 | S 6 | 10.00 | Fair | CLR | 84.9 | 66.7 | | | 55% | | 88 | 30.09 | | 0.0 | | |
| 29 | 15:35 | SW 10 | 10.00 | Fair | CLR | 85.1 | 66.2 | | | 53% | | 87 | 30.09 | | 0.0 | | |
| 29 | 15:15 | S 7 | 10.00 | Partly Cloudy | SCT050 SCT065 | 84.6 | 66.6 | | | 55% | | 87 | 30.1 | | 0.0 | | |
| 29 | 14:55 | SW 8 | 10.00 | Mostly Cloudy | BKN050 BKN055 | 84.2 | 66.2 | | | 55% | | 87 | 30.11 | | 0.0 | | |
| 29 | 14:35 | S 8 | 10.00 | Mostly Cloudy | BKN050 | 85.5 | 64.9 | | | 50% | | 87 | 30.11 | | 0.0 | | |
| 29 | 14:15 | S 9 | 10.00 | Mostly Cloudy | BKN050 | 85.8 | 66.2 | | | 52% | | 88 | 30.11 | | 0.0 | | |
| 29 | 13:55 | S 14 G 18 | 10.00 | Partly Cloudy | SCT050 | 85.1 | 64.6 | | | 50% | | 87 | 30.12 | | 0.0 | | |

VOTE001953

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 13:35 | S 14 | 10.00 | Mostly Cloudy | SCT045 BKN050 | 83.3 | 66 | | | 56% | | 85 | 30.13 | | 0.0 | | |
| 29 | 13:15 | SW 10 | 10.00 | Mostly Cloudy | BKN043 | 82.9 | 66 | | | 57% | | 85 | 30.13 | | 0.0 | | |
| 29 | 12:55 | S 10 G 17 | 10.00 | Mostly Cloudy | SCT041 BKN048 | 83.1 | 66.2 | 83.7 | 67.1 | 57% | | 85 | 30.13 | | 0.0 | | |
| 29 | 12:35 | SW 9 G 16 | 10.00 | Mostly Cloudy | SCT037 SCT043 BKN049 | 82.9 | 66.4 | | | 57% | | 85 | 30.13 | | 0.0 | | |
| 29 | 12:15 | S 7 G 17 | 10.00 | Mostly Cloudy | BKN037 BKN044 | 81.9 | 66.7 | | | 60% | | 84 | 30.14 | | 0.0 | | |
| 29 | 11:55 | S 10 G 16 | 10.00 | Mostly Cloudy | SCT037 BKN042 | 81.9 | 67.3 | | | 61% | | 84 | 30.14 | | 0.0 | | |
| 29 | 11:35 | S 13 G 16 | 10.00 | Mostly Cloudy | SCT034 BKN041 | 82 | 66.9 | | | 60% | | 85 | 30.15 | | 0.0 | | |
| 29 | 11:15 | SW 12 | 10.00 | Partly Cloudy | SCT032 SCT038 | 81.1 | 68 | | | 64% | | 84 | 30.15 | | 0.0 | | |
| 29 | 10:55 | S 12 | 10.00 | Partly Cloudy | SCT026 SCT035 | 80.4 | 68.2 | | | 66% | | 83 | 30.16 | | 0.0 | | |
| 29 | 10:35 | SW 12 | 10.00 | Mostly Cloudy | SCT024 SCT030 BKN035 | 79.9 | 69.6 | | | 71% | | 83 | 30.17 | | 0.0 | | |
| 29 | 10:15 | SW 7 | 10.00 | Mostly Cloudy | BKN017 BKN022 BKN027 | 77.7 | 69.8 | | | 77% | | 80 | 30.17 | | 0.0 | | |
| 29 | 09:55 | S 8 | 10.00 | Overcast | BKN016 OVC023 | 77.2 | 70 | | | 79% | | 79 | 30.17 | | 0.0 | | |
| 29 | 09:35 | SW 10 G 16 | 10.00 | Mostly Cloudy | SCT013 BKN021 BKN027 | 76.8 | 70.3 | | | 80% | | 78 | 30.16 | | 0.0 | | |
| 29 | 09:15 | SW 6 | 10.00 | Partly Cloudy | SCT013 | 75.9 | 70.9 | | | 84% | | 76 | 30.16 | | 0.0 | | |
| 29 | 08:55 | SW 6 | 10.00 | Fair | CLR | 74.3 | 70.9 | | | 89% | | | 30.16 | | 0.0 | | |
| 29 | 08:35 | SW 7 | 10.00 | Fair | CLR | 72.9 | 71.6 | | | 96% | | | 30.15 | | 0.0 | | |
| 29 | 08:15 | SW 6 | 10.00 | Fair | CLR | 71.4 | 70.7 | | | 98% | | | 30.15 | | 0.0 | | |
| 29 | 07:55 | SW 6 | 10.00 | Fair | CLR | 70.5 | 70.2 | | | 99% | | | 30.14 | | 0.0 | | |
| 29 | 07:35 | SW 3 | 7.00 | Fair | CLR | 69.8 | 69.4 | | | 99% | | | 30.13 | | 0.0 | | |
| 29 | 07:15 | SW 3 | 5.00 | Fog/Mist | CLR | 68.5 | 68.2 | | | 99% | | | 30.13 | | 0.0 | | |
| 29 | 06:55 | SW 3 | 3.00 | Fog/Mist | CLR | 66.9 | 66.6 | 70.9 | 66.2 | 99% | | | 30.13 | | 0.0 | | |
| 29 | 06:35 | Calm | 3.00 | Fog/Mist | CLR | 66.7 | 66.4 | | | 99% | | | 30.13 | | 0.0 | | |
| 29 | 06:15 | Calm | 5.00 | Fog/Mist | CLR | 67.1 | 66.6 | | | 98% | | | 30.12 | | 0.0 | | |
| 29 | 05:55 | Calm | 5.00 | Fog/Mist | CLR | 66.4 | 66 | | | 99% | | | 30.11 | | 0.0 | | |
| 29 | 05:35 | Calm | 5.00 | Fog/Mist | CLR | 66.6 | 66.2 | | | 99% | | | 30.11 | | 0.0 | | |
| 29 | 05:15 | Calm | 7.00 | Fair | CLR | 66.6 | 65.8 | | | 98% | | | 30.11 | | 0.0 | | |
| 29 | 04:55 | Calm | 7.00 | Fair | CLR | 67.3 | 66.4 | | | 97% | | | 30.11 | | 0.0 | | |
| 29 | 04:35 | Calm | 10.00 | Fair | CLR | 68.4 | 67.5 | | | 97% | | | 30.11 | | 0.0 | | |
| 29 | 04:15 | Calm | 10.00 | Fair | CLR | 68.5 | 67.6 | | | 97% | | | 30.1 | | 0.0 | | |
| 29 | 03:55 | SW 3 | 10.00 | Fair | CLR | 68.9 | 67.6 | | | 96% | | | 30.1 | | 0.0 | | |
| 29 | 03:35 | SW 3 | 10.00 | Fair | CLR | 69.1 | 67.8 | | | 96% | | | 30.1 | | 0.0 | | |
| 29 | 03:15 | SW 3 | 10.00 | Fair | CLR | 69.4 | 68 | | | 95% | | | 30.1 | | 0.0 | | |
| 29 | 02:55 | Calm | 10.00 | Fair | CLR | 69.6 | 68 | | | 95% | | | 30.1 | | 0.0 | | |
| 29 | 02:35 | Calm | 10.00 | Fair | CLR | 70.2 | 68.2 | | | 93% | | | 30.1 | | 0.0 | | |
| 29 | 02:15 | S 3 | 10.00 | Fair | CLR | 70.3 | 68.2 | | | 93% | | | 30.1 | | 0.0 | | |
| 29 | 01:55 | S 3 | 10.00 | Fair | CLR | 70.5 | 68.2 | | | 92% | | | 30.1 | | 0.0 | | |
| 29 | 01:35 | S 3 | 10.00 | Fair | CLR | 70.7 | 68 | | | 91% | | | 30.11 | | 0.0 | | |
| 29 | 01:15 | S 3 | 10.00 | Fair | CLR | 70.7 | 68 | | | 91% | | | 30.1 | | 0.0 | | |
| 29 | 00:55 | S 5 | 10.00 | Fair | CLR | 70.9 | 68 | 81.3 | 70.9 | 91% | | | 30.1 | | 0.0 | | |
| 29 | 00:35 | S 6 | 10.00 | Fair | CLR | 71.2 | 68 | | | 90% | | | 30.1 | | 0.0 | | |
| 29 | 00:15 | S 5 | 10.00 | Fair | CLR | 71.6 | 67.6 | | | 87% | | | 30.1 | | 0.0 | | |
| 28 | 23:55 | S 5 | 10.00 | Fair | CLR | 72.1 | 67.5 | | | 85% | | | 30.1 | | 0.0 | | |
| 28 | 23:35 | S 6 | 10.00 | Fair | CLR | 72.5 | 67.3 | | | 84% | | | 30.11 | | 0.0 | | |
| 28 | 23:15 | S 5 | 10.00 | Fair | CLR | 73 | 67.1 | | | 82% | | | 30.11 | | 0.0 | | |

VOTE001954

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 22:55 | S 5 | 10.00 | Fair | CLR | 73.4 | 67.1 | | | 81% | | | 30.12 | | 0.0 | | |
| 28 | 22:35 | S 6 | 10.00 | Fair | CLR | 73.8 | 67.1 | | | 80% | | | 30.12 | | 0.0 | | |
| 28 | 22:15 | S 5 | 10.00 | Fair | CLR | 74.5 | 67.1 | | | 78% | | | 30.11 | | 0.0 | | |
| 28 | 21:55 | S 5 | 10.00 | Fair | CLR | 74.7 | 67.1 | | | 77% | | | 30.1 | | 0.0 | | |
| 28 | 21:35 | S 3 | 10.00 | Fair | CLR | 75.6 | 66.6 | | | 74% | | 77 | 30.11 | | 0.0 | | |
| 28 | 21:15 | S 5 | 10.00 | Fair | CLR | 76.1 | 66.6 | | | 72% | | 78 | 30.1 | | 0.0 | | |
| 28 | 20:55 | S 5 | 10.00 | Fair | CLR | 76.3 | 66.4 | | | 72% | | 78 | 30.09 | | 0.0 | | |
| 28 | 20:35 | S 5 | 10.00 | Fair | CLR | 77 | 66.4 | | | 70% | | 79 | 30.08 | | 0.0 | | |
| 28 | 20:15 | S 5 | 10.00 | Fair | CLR | 77.5 | 66.7 | | | 69% | | 79 | 30.08 | | 0.0 | | |
| 28 | 19:55 | S 3 | 10.00 | Fair | CLR | 78.3 | 67.1 | | | 69% | | 80 | 30.08 | | 0.0 | | |
| 28 | 19:35 | S 7 | 10.00 | Fair | CLR | 79.2 | 67.1 | | | 67% | | 81 | 30.07 | | 0.0 | | |
| 28 | 19:15 | S 5 | 10.00 | Fair | CLR | 80.1 | 67.1 | | | 65% | | 82 | 30.07 | | 0.0 | | |
| 28 | 18:55 | S 5 | 10.00 | Fair | CLR | 81.5 | 66.4 | 85.8 | 81.5 | 60% | | 84 | 30.07 | | 0.0 | | |
| 28 | 18:35 | S 10 | 10.00 | Fair | CLR | 81.9 | 66.2 | | | 59% | | 84 | 30.08 | | 0.0 | | |
| 28 | 18:15 | S 9 | 10.00 | Fair | CLR | 83.5 | 65.7 | | | 55% | | 86 | 30.07 | | 0.0 | | |
| 28 | 17:55 | S 12 | 10.00 | Fair | CLR | 84.7 | 65.8 | | | 53% | | 87 | 30.07 | | 0.0 | | |
| 28 | 17:35 | S 10 | 10.00 | Fair | CLR | 84.6 | 65.3 | | | 53% | | 86 | 30.07 | | 0.0 | | |
| 28 | 17:15 | S 10 G 16 | 10.00 | Fair | CLR | 85.1 | 66.4 | | | 54% | | 88 | 30.07 | | 0.0 | | |
| 28 | 16:55 | S 9 G 16 | 10.00 | Fair | CLR | 85.1 | 65.3 | | | 52% | | 87 | 30.08 | | 0.0 | | |
| 28 | 16:35 | S 8 | 10.00 | Fair | CLR | 85.1 | 66.4 | | | 54% | | 88 | 30.08 | | 0.0 | | |
| 28 | 16:15 | S 10 | 10.00 | Fair | CLR | 85.8 | 64.4 | | | 49% | | 87 | 30.08 | | 0.0 | | |
| 28 | 15:55 | S 10 | 10.00 | Fair | CLR | 85.5 | 65.5 | | | 51% | | 87 | 30.08 | | 0.0 | | |
| 28 | 15:35 | S 13 | 10.00 | Partly Cloudy | SCT049 | 85.3 | 65.5 | | | 52% | | 87 | 30.09 | | 0.0 | | |
| 28 | 15:15 | S 8 | 10.00 | Mostly Cloudy | BKN049 | 83.8 | 66.6 | | | 56% | | 86 | 30.1 | | 0.0 | | |
| 28 | 14:55 | S 10 | 10.00 | Mostly Cloudy | BKN049 | 83.8 | 66.6 | | | 56% | | 86 | 30.1 | | 0.0 | | |
| 28 | 14:35 | S 10 G 16 | 10.00 | Mostly Cloudy | BKN047 | 84.4 | 66.4 | | | 55% | | 87 | 30.1 | | 0.0 | | |
| 28 | 14:15 | S 10 | 10.00 | Overcast | OVC045 | 84 | 66.7 | | | 56% | | 87 | 30.11 | | 0.0 | | |
| 28 | 13:55 | SW 8 | 10.00 | Mostly Cloudy | BKN045 | 83.5 | 66.6 | | | 57% | | 86 | 30.11 | | 0.0 | | |
| 28 | 13:35 | S 13 G 17 | 10.00 | Mostly Cloudy | BKN043 | 83.5 | 66.9 | | | 58% | | 86 | 30.12 | | 0.0 | | |
| 28 | 13:15 | S 12 | 10.00 | Mostly Cloudy | BKN043 | 83.1 | 66.9 | | | 58% | | 86 | 30.12 | | 0.0 | | |
| 28 | 12:55 | S 10 | 10.00 | Partly Cloudy | SCT043 | 82.8 | 67.3 | 82.9 | 66 | 60% | | 85 | 30.13 | | 0.0 | | |
| 28 | 12:35 | SW 10 | 10.00 | Partly Cloudy | SCT036 SCT041 | 82.2 | 68 | | | 62% | | 85 | 30.13 | | 0.0 | | |
| 28 | 12:15 | S 9 | 10.00 | Partly Cloudy | SCT032 SCT041 | 81.1 | 67.5 | | | 63% | | 84 | 30.14 | | 0.0 | | |
| 28 | 11:55 | S 8 | 10.00 | Mostly Cloudy | BKN032 BKN039 | 79.5 | 66.9 | | | 65% | | 82 | 30.14 | | 0.0 | | |
| 28 | 11:35 | S 8 | 10.00 | Mostly Cloudy | SCT030 BKN041 | 79.7 | 67.5 | | | 66% | | 82 | 30.15 | | 0.0 | | |
| 28 | 11:15 | SW 9 | 10.00 | Partly Cloudy | SCT028 SCT034 | 80.2 | 68.4 | | | 67% | | 83 | 30.15 | | 0.0 | | |
| 28 | 10:55 | S 8 | 10.00 | Mostly Cloudy | SCT025 BKN033 | 79.2 | 67.6 | | | 68% | | 81 | 30.15 | | 0.0 | | |
| 28 | 10:35 | S 8 | 10.00 | Mostly Cloudy | BKN022 BKN030 BKN035 | 76.6 | 68.4 | | | 76% | | 78 | 30.15 | | 0.0 | | |
| 28 | 10:15 | S 7 | 10.00 | Mostly Cloudy | BKN022 BKN027 | 77.9 | 69.4 | | | 75% | | 80 | 30.15 | | 0.0 | | |
| 28 | 09:55 | S 8 | 0.15 | Overcast with Haze | OVC017 | 75.9 | 68 | | | 77% | | 77 | 30.15 | | 0.0 | | |

VOTE001955

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 09:35 | SW 6 | 0.15 | Overcast with Haze | OVC017 | 75.7 | 69.8 | | | 82% | | 76 | 30.15 | 0.0 | | | |
| 28 | 09:15 | SW 6 | 0.15 | Overcast with Haze | OVC021 | 75 | 69.1 | | | 82% | | 75 | 30.14 | 0.0 | | | |
| 28 | 08:55 | SW 5 | 0.15 | Overcast with Haze | OVC021 | 74.1 | 69.3 | | | 85% | | | 30.15 | 0.0 | | | |
| 28 | 08:35 | Calm | 0.15 | Fog | BKN023 | 72.5 | 69.3 | | | 90% | | | 30.15 | 0.0 | | | |
| 28 | 08:15 | SW 3 | 0.25 | Fog | VV002 | 70.9 | 69.4 | | | 95% | | | 30.14 | 0.0 | | | |
| 28 | 07:55 | Calm | 0.50 | Fog | VV005 | 69.3 | 68.7 | | | 98% | | | 30.13 | 0.0 | | | |
| 28 | 07:35 | W 3 | 0.15 | Fog | VV000 | 68.2 | 67.6 | | | 98% | | | 30.13 | 0.0 | | | |
| 28 | 07:15 | Calm | 5.00 | Fog/Mist | CLR | 67.3 | 66.9 | | | 99% | | | 30.13 | 0.0 | | | |
| 28 | 06:55 | Calm | 2.50 | Fog/Mist | CLR | 65.8 | 65.3 | 70.7 | 65.8 | 98% | | | 30.12 | 0.0 | | | |
| 28 | 06:35 | Calm | 5.00 | Fog/Mist | CLR | 66.4 | 65.8 | | | 98% | | | 30.12 | 0.0 | | | |
| 28 | 06:15 | Calm | 2.50 | Fog/Mist | CLR | 66.2 | 65.3 | | | 97% | | | 30.1 | 0.0 | | | |
| 28 | 05:55 | Calm | 7.00 | Fair | CLR | 66.7 | 65.7 | | | 96% | | | 30.1 | 0.0 | | | |
| 28 | 05:35 | Calm | 10.00 | Fair | CLR | 67.3 | 65.8 | | | 95% | | | 30.1 | 0.0 | | | |
| 28 | 05:15 | Calm | 10.00 | Fair | CLR | 68.2 | 66.4 | | | 94% | | | 30.09 | 0.0 | | | |
| 28 | 04:55 | Calm | 7.00 | Fair | CLR | 68.7 | 66.7 | | | 93% | | | 30.08 | 0.0 | | | |
| 28 | 04:35 | SW 3 | 5.00 | Fog/Mist | CLR | 68.9 | 66.7 | | | 93% | | | 30.08 | 0.0 | | | |
| 28 | 04:15 | SW 3 | 1.00 | Fog/Mist | VV007 | 69.3 | 66.9 | | | 92% | | | 30.07 | 0.0 | | | |
| 28 | 03:55 | S 3 | 4.00 | Fog/Mist | CLR | 69.8 | 67.3 | | | 92% | | | 30.07 | 0.0 | | | |
| 28 | 03:35 | S 5 | 3.00 | Fog/Mist | CLR | 69.8 | 67.5 | | | 92% | | | 30.07 | 0.0 | | | |
| 28 | 03:15 | S 5 | 5.00 | Fog/Mist | CLR | 69.8 | 68 | | | 94% | | | 30.06 | 0.0 | | | |
| 28 | 02:55 | S 5 | 0.50 | Fog | VV005 | 69.8 | 68 | | | 94% | | | 30.07 | 0.0 | | | |
| 28 | 02:35 | S 3 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 30.07 | 0.0 | | | |
| 28 | 02:15 | Calm | 0.50 | Fog | VV005 | 69.8 | 68 | | | 94% | | | 30.07 | 0.0 | | | |
| 28 | 01:55 | Calm | 10.00 | Fair | CLR | 69.8 | 67.6 | | | 93% | | | 30.08 | 0.0 | | | |
| 28 | 01:35 | S 3 | 10.00 | Fair | CLR | 69.8 | 67.8 | | | 93% | | | 30.09 | 0.0 | | | |
| 28 | 01:15 | Calm | 10.00 | Fair | CLR | 70.3 | 68 | | | 92% | | | 30.09 | 0.0 | | | |
| 28 | 00:55 | Calm | 10.00 | Fair | CLR | 70.7 | 68 | 82 | 70.7 | 91% | | | 30.1 | 0.0 | | | |
| 28 | 00:35 | Calm | 10.00 | Fair | CLR | 72 | 68 | | | 87% | | | 30.1 | 0.0 | | | |
| 28 | 00:15 | Calm | 10.00 | Fair | CLR | 72.1 | 68 | | | 87% | | | 30.1 | 0.0 | | | |
| 27 | 23:55 | Calm | 10.00 | Fair | CLR | 72.5 | 68 | | | 86% | | | 30.1 | 0.0 | | | |
| 27 | 23:35 | S 3 | 10.00 | Fair | CLR | 72.7 | 68.2 | | | 86% | | | 30.1 | 0.0 | | | |
| 27 | 23:15 | SE 3 | 10.00 | Fair | CLR | 73.8 | 68.4 | | | 83% | | | 30.11 | 0.0 | | | |
| 27 | 22:55 | Calm | 10.00 | Fair | CLR | 74.3 | 68.4 | | | 82% | | | 30.11 | 0.0 | | | |
| 27 | 22:35 | Calm | 10.00 | Fair | CLR | 74.5 | 68.4 | | | 81% | | | 30.11 | 0.0 | | | |
| 27 | 22:15 | Calm | 10.00 | Fair | CLR | 74.7 | 68.7 | | | 82% | | | 30.1 | 0.0 | | | |
| 27 | 21:55 | S 5 | 10.00 | Fair | CLR | 75.2 | 69.1 | | | 81% | | 76 | 30.1 | 0.0 | | | |
| 27 | 21:35 | S 5 | 10.00 | Fair | CLR | 75.7 | 69.3 | | | 80% | | 77 | 30.09 | 0.0 | | | |
| 27 | 21:15 | S 3 | 10.00 | Fair | CLR | 76.3 | 69.3 | | | 79% | | 77 | 30.08 | 0.0 | | | |
| 27 | 20:55 | S 5 | 10.00 | Fair | CLR | 76.8 | 69.1 | | | 77% | | 78 | 30.07 | 0.0 | | | |
| 27 | 20:35 | S 3 | 10.00 | Fair | CLR | 77.5 | 69.1 | | | 75% | | 79 | 30.07 | 0.0 | | | |
| 27 | 20:15 | S 5 | 10.00 | Fair | CLR | 78.1 | 69.1 | | | 74% | | 80 | 30.07 | 0.0 | | | |
| 27 | 19:55 | S 3 | 10.00 | Fair | CLR | 78.8 | 69.6 | | | 74% | | 81 | 30.06 | 0.0 | | | |
| 27 | 19:35 | SE 3 | 10.00 | Fair | CLR | 79.7 | 69.8 | | | 72% | | 83 | 30.05 | 0.0 | | | |
| 27 | 19:15 | SE 6 | 10.00 | Fair | CLR | 81 | 70 | | | 69% | | 84 | 30.05 | 0.0 | | | |
| 27 | 18:55 | SE 8 | 10.00 | Fair | CLR | 82.2 | 69.8 | | | 66% | | 86 | 30.04 | 0.0 | | | |
| 27 | 18:35 | SE 9 | 10.00 | Fair | CLR | 82.4 | 69.8 | | | 65% | | 86 | 30.04 | 0.0 | | | |
| 27 | 18:15 | SE 8 | 10.00 | Fair | CLR | 84.2 | 69.3 | | | 61% | | 88 | 30.04 | 0.0 | | | |
| 27 | 17:55 | S 8 | 10.00 | Fair | CLR | 85.6 | 66.4 | | | 53% | | 88 | 30.04 | 0.0 | | | |
| 27 | 17:35 | S 8 | 10.00 | NULL | NULL | 86.2 | 66 | | | 51% | | 88 | 30.04 | 0.0 | | | |
| 27 | 17:20 | S 6 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.04 | 0.0 | | | |
| 27 | 15:35 | S 8 | 10.00 | Partly Cloudy | SCT045 SCT050 SCT085 | 84.4 | 67.3 | | | 57% | | 87 | 30.07 | 0.0 | | | |

VOTE001956