# Exhibit B

## Daily Line Counts

Line #: 15                        Date: 4-30-25

Pusher: Andrew Adams / Bowders
Gun Guard: MSgt - Mayberry
Gun Guard: MSgt. Gains

AM Count: 46 x's

PM Count: _____

```
          AM
         B1 - 0
         B2 - 17
         B3 - 13
         B4 - 16
         ─────
          46
```

**Comments:**

6:25 - Arrived At Camp C - Bear gate
6:45 - Opened inner & outer Camp C - Bear Gate to check out L-15
7:25 - Closed inner & outer Camp C - Bear Gate 46x's L-15
7:47 - Arrived At A-Land Cucumber field 46x's L-15 Shade trailer, water coolers, porter john on site
7:55 - Starting to pick every other Cucumber plant
8:35 - Announced Break for All offenders
9:10 - left Cucumber field 46x's
9:25 - Arrived At Carrot field - 46x's Shade trailer & water coolers porter john on site
9:44 - Turned in Count to C-Gally Port B - 0, 17, 13, 16
10:10 - Announced Break for All offenders
10:58 - Announced Break for All offenders
11:30 - Head Count 46x's
11:42 - Arrived At Camp C - Bear Gate
11:48 - Opened outer & inner Bear Gate checked in 46x's L-15
11:55 - Closed inner & outer Bear Gate

VOTE001964

## Daily Line Counts

Line #: 24/25                Date: 4-30-25

Pusher: msgt Griffin
Gun Guard: msgt Washington
Gun Guard: Sgt Crouse

AM Count: 19

PM Count: _____

F1  1
2   2
3   6
4   10

Comments:

- 6:45A arrived at camp D Falcon gate
- 7:05A opened outside and inside gate checked out 19x
- 7:23A arrived at mayhall trees provided porta potty 2 water coolers 1 gatorade cooler and shade truck
- 7:25A provided bags and crates to collect mayhalls
- 8:25A break given
- 9:20A count called in F1(1) F2(2) F3(6) F4(10) break given
- 10:20A break given
- 11:20A break given
- 11:30A area clean of trash and debris berries collected headland

VOTE001965