## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED, A**                    **CIVIL ACTION**
**MEMBERSHIP ORGANIZATION ON**
**BEHALF OF ITSELF AND ITS**
**MEMBERS, ET AL.**

**VERSUS**

**JAMES LEBLANC, ET AL.**                    **NO. 23-01304-BAJ-EWD**

### ORDER

Considering Plaintiffs' **Unopposed Motion To Supplement The Reply In Support Of Their Application For A Second Temporary Restraining Order And Preliminary Injunction With Declarations Of Frank Carter And Evans Tutt With Wet-Ink Signatures (Doc. 232)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Plaintiffs' proposed Supplements, currently pending at Docs. 232-1 and 232-2, shall be filed as a separate docket entry.

Baton Rouge, Louisiana, this 7th day of May, 2025

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**