PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

May 13, 2024

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

   Re: *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

  We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period May 5–May 9, 2025, consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

  According to Defendants, the Farm Line did not go out this week due to inclement, rainy weather.

  The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Jeremy Benjamin*

            Jeremy Benjamin

cc: All Counsel of Record (via ECF)