IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**DECLARATION OF JEREMY A. BENJAMIN IN SUPPORT OF PLAINTIFFS'
POST-HEARING BRIEF IN SUPPORT OF MOTION FOR A SECOND
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

I, Jeremy A. Benjamin declare as follows:

1. I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams on behalf of

themselves and those similarly situated (collectively, "Plaintiffs"). I respectfully submit this Declaration to accompany Plaintiffs' Post-Hearing Brief in Support of their Motion for a Second Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as Exhibit 54 is a true and correct copy of the transcript of the oral argument on Plaintiffs' Motion for a Second Temporary Restraining Order and Preliminary Injunction held before Judge Brian A. Jackson on April 22, 2025.

3. Attached hereto as Exhibit 55 is a true and correct copy of an excerpt of volume 2 of 3 of the transcript of the motions hearing for class certification in this action, held before Judge Brian A. Jackson, dated April 23, 2025.

4. Attached hereto as Exhibit 56 is a true and correct copy of Diana B. Petitti et al., *Multiple Trigger Points for Quantifying Hear-Health Impacts: New Evidence from a Hot Climate*, Environmental Health Perspectives (February 1, 2016).

5. Attached hereto as Exhibit 57 is a true and correct copy of Rupa Basu and Jonathan M Samet, *Relation between Elevated Ambient Temperature and Mortality: A Review of the Epidemiologic Evidence*, Epidemiologic Reviews (November 21, 2022).

6. Attached hereto as Exhibit 58 is a true and correct copy of Julianne Skarha et al., *Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons*, JAMA Network Open (November 2, 2022).

7. Attached hereto as Exhibit 59 is a true and correct copy of Robert E. Davis et al., *Changing Heat-Related Mortality in the United States*, Environmental Health Perspectives (November 2003).

8.   Attached hereto as Exhibit 60 is a true and correct copy of an excerpt of volume 3 of 3 of the transcript of the motions hearing for class certification in this action, held before Judge Brian A. Jackson, dated April 24, 2025.

9.   Attached hereto as Exhibit 61 is a true and correct copy of Kim Knowlton et al., *The 2006 California Heat Wave: Impacts on Hospitalizations and Emergency Department Visits*, Environmental Health Perspectives (January 2009).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 16, 2025.

                                                        Jeremy A. Benjamin