# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 17 | 02:15 | S 7 | 10.00 | Overcast | BKN010 OVC014 | 76.6 | 74.3 | | | 93% | | 77 | 29.92 | 0.0 | | | |
| 17 | 01:55 | S 7 | 10.00 | Overcast | OVC008 | 76.6 | 74.3 | | | 93% | | 77 | 29.93 | 0.0 | | | |
| 17 | 00:55 | S 8 | 10.00 | Overcast | OVC010 | 77 | 74.5 | 84 | 76.6 | 92% | | 78 | 29.94 | 0.0 | | | |
| 17 | 00:35 | S 7 | 10.00 | Overcast | OVC010 | 77.2 | 74.5 | | | 91% | | 79 | 29.94 | 0.0 | | | |
| 17 | 00:15 | SE 7 | 10.00 | Overcast | OVC010 | 77 | 74.5 | | | 92% | | 78 | 29.95 | 0.0 | | | |
| 16 | 23:55 | S 3 | 10.00 | Overcast | OVC012 | 76.6 | 74.3 | | | 93% | | 77 | 29.96 | 0.0 | | | |
| 16 | 23:35 | SE 3 | 10.00 | Mostly Cloudy | BKN012 | 77 | 74.1 | | | 91% | | 78 | 29.95 | 0.0 | | | |
| 16 | 23:15 | S 5 | 10.00 | Partly Cloudy | SCT012 | 77.2 | 73.9 | | | 90% | | 79 | 29.94 | 0.0 | | | |
| 16 | 22:55 | S 6 | 10.00 | Partly Cloudy | SCT014 | 77.5 | 73.9 | | | 89% | | 79 | 29.93 | 0.0 | | | |
| 16 | 22:35 | S 7 | 10.00 | Partly Cloudy | SCT014 SCT020 | 77.9 | 73.8 | | | 87% | | 80 | 29.92 | 0.0 | | | |
| 16 | 22:15 | S 7 | 10.00 | Partly Cloudy | SCT022 | 78.3 | 73.8 | | | 86% | | 81 | 29.92 | 0.0 | | | |
| 16 | 21:55 | S 10 | 10.00 | Mostly Cloudy | BKN022 | 78.4 | 73.9 | | | 86% | | 81 | 29.91 | 0.0 | | | |
| 16 | 21:35 | S 8 | 10.00 | Partly Cloudy | SCT022 | 78.8 | 73.9 | | | 85% | | 82 | 29.9 | 0.0 | | | |
| 16 | 21:15 | S 6 | 10.00 | Partly Cloudy | SCT022 | 79.5 | 74.1 | | | 84% | | 84 | 29.9 | 0.0 | | | |
| 16 | 20:55 | S 7 | 10.00 | Partly Cloudy | SCT026 | 79.7 | 73.9 | | | 83% | | 84 | 29.9 | 0.0 | | | |
| 16 | 20:35 | S 8 | 10.00 | Mostly Cloudy | BKN026 | 80.2 | 73.9 | | | 81% | | 85 | 29.89 | 0.0 | | | |
| 16 | 20:15 | S 6 | 10.00 | Partly Cloudy | SCT026 | 80.8 | 73.9 | | | 80% | | 86 | 29.89 | 0.0 | | | |
| 16 | 19:55 | S 9 | 10.00 | Partly Cloudy | SCT026 | 81.5 | 73.8 | | | 77% | | 87 | 29.88 | 0.0 | | | |
| 16 | 19:35 | S 10 G 16 | 10.00 | Mostly Cloudy | BKN028 BKN033 | 82.4 | 73.6 | | | 75% | | 88 | 29.88 | 0.0 | | | |
| 16 | 19:15 | S 10 | 10.00 | Overcast | BKN026 OVC035 | 83.7 | 74.3 | | | 74% | | 91 | 29.88 | 0.0 | | | |
| 16 | 18:55 | S 10 G 16 | 10.00 | Overcast | SCT028 OVC036 | 84.2 | 74.1 | | | 72% | | 92 | 29.88 | 0.0 | | | |
| 16 | 18:35 | S 10 G 16 | 10.00 | Mostly Cloudy | BKN030 BKN038 | 85.1 | 74.3 | | | 70% | | 93 | 29.88 | 0.0 | | | |
| 16 | 18:15 | S 13 | 10.00 | Mostly Cloudy | SCT028 SCT033 BKN038 | 84.6 | 74.1 | | | 71% | | 92 | 29.88 | 0.0 | | | |
| 16 | 17:55 | S 10 G 17 | 10.00 | NULL | NULL | 86.4 | 75 | | | 69% | | 96 | 29.88 | 0.0 | | | |
| 16 | 15:15 | S 13 G 17 | 10.00 | Partly Cloudy | SCT040 SCT046 | 88.2 | 72.9 | | | 61% | | 96 | 29.9 | 0.0 | | | |
| 16 | 14:55 | S 16 G 24 | 10.00 | Partly Cloudy | SCT039 SCT046 | 88 | 72 | | | 59% | | 95 | 29.91 | 0.0 | | | |
| 16 | 14:35 | S 18 G 24 | 10.00 | Partly Cloudy | SCT037 SCT044 | 88.2 | 71.6 | | | 58% | | 95 | 29.91 | 0.0 | | | |
| 16 | 14:15 | S 14 G 24 | 10.00 | Partly Cloudy | SCT037 SCT044 | 88 | 71.2 | | | 58% | | 94 | 29.91 | 0.0 | | | |
| 16 | 13:55 | S 13 G 22 | 10.00 | Partly Cloudy | SCT039 | 88.2 | 72.1 | | | 59% | | 95 | 29.92 | 0.0 | | | |
| 16 | 13:35 | S 13 G 18 | 10.00 | Partly Cloudy | SCT038 | 88.2 | 72.3 | | | 60% | | 95 | 29.92 | 0.0 | | | |
| 16 | 13:15 | S 15 G 23 | 10.00 | Partly Cloudy | SCT036 | 88.2 | 71.8 | | | 58% | | 95 | 29.93 | 0.0 | | | |
| 16 | 12:55 | S 16 G 22 | 10.00 | Partly Cloudy | SCT036 | 87.1 | 71.8 | 87.1 | 76.1 | 60% | | 93 | 29.94 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 13:35 | S 13 G 18 | 10.00 | Partly Cloudy | SCT038 | 88.2 | 72.3 | | | 60% | | 95 | 29.92 | | 0.0 | | |
| 16 | 13:15 | S 15 G 23 | 10.00 | Partly Cloudy | SCT036 | 88.2 | 71.8 | | | 58% | | 95 | 29.93 | | 0.0 | | |
| 16 | 12:55 | S 16 G 22 | 10.00 | Partly Cloudy | SCT036 | 87.1 | 71.8 | 87.1 | 76.1 | 60% | | 93 | 29.94 | | 0.0 | | |
| 16 | 12:35 | S 18 G 23 | 10.00 | Partly Cloudy | SCT036 | 86.9 | 71.4 | | | 60% | | 93 | 29.94 | | 0.0 | | |
| 16 | 12:15 | SE 15 G 22 | 10.00 | Partly Cloudy | SCT034 | 86.5 | 71.4 | | | 61% | | 92 | 29.95 | | 0.0 | | |
| 16 | 11:55 | S 14 G 23 | 10.00 | Partly Cloudy | SCT034 | 85.5 | 71.2 | | | 63% | | 91 | 29.95 | | 0.0 | | |
| 16 | 11:35 | S 15 G 21 | 10.00 | Fair | CLR | 85.1 | 72 | | | 65% | | 91 | 29.95 | | 0.0 | | |
| 16 | 11:15 | S 12 | 10.00 | Mostly Cloudy | SCT028 BKN035 BKN041 | 83.7 | 71.8 | | | 68% | | 89 | 29.95 | | 0.0 | | |
| 16 | 10:55 | SE 9 | 10.00 | Overcast | BKN028 OVC036 | 84 | 73 | | | 70% | | 90 | 29.96 | | 0.0 | | |
| 16 | 10:35 | S 12 G 20 | 10.00 | Mostly Cloudy | BKN026 BKN031 | 83.8 | 72.1 | | | 68% | | 90 | 29.95 | | 0.0 | | |
| 16 | 10:15 | S 10 | 10.00 | Partly Cloudy | SCT024 | 82.8 | 72.3 | | | 71% | | 88 | 29.95 | | 0.0 | | |
| 16 | 09:55 | S 10 | 10.00 | Fair | CLR | 81.7 | 72 | | | 72% | | 86 | 29.94 | | 0.0 | | |
| 16 | 09:35 | S 12 | 10.00 | Fair | CLR | 80.8 | 72.1 | | | 75% | | 85 | 29.95 | | 0.0 | | |
| 16 | 09:15 | S 10 | 10.00 | Partly Cloudy | SCT017 | 80.6 | 72.3 | | | 76% | | 85 | 29.94 | | 0.0 | | |
| 16 | 08:55 | S 13 | 10.00 | Mostly Cloudy | BKN015 | 79.9 | 72.7 | | | 79% | | 84 | 29.94 | | 0.0 | | |
| 16 | 08:35 | S 10 | 10.00 | Mostly Cloudy | BKN015 | 78.3 | 72.5 | | | 83% | | 81 | 29.94 | | 0.0 | | |
| 16 | 08:15 | S 7 G 16 | 10.00 | Mostly Cloudy | BKN015 | 78.3 | 72.7 | | | 83% | | 81 | 29.94 | | 0.0 | | |
| 16 | 07:55 | S 10 | 10.00 | Mostly Cloudy | BKN015 | 77.4 | 72.5 | | | 85% | | 79 | 29.94 | | 0.0 | | |
| 16 | 07:35 | S 7 | 10.00 | Overcast | OVC015 | 76.6 | 72.1 | | | 86% | | 78 | 29.93 | | 0.0 | | |
| 16 | 07:15 | S 9 | 10.00 | Overcast | OVC015 | 76.1 | 72 | | | 87% | | 77 | 29.93 | | 0.0 | | |
| 16 | 06:35 | S 9 G 16 | 10.00 | Mostly Cloudy | BKN015 | 75.6 | 72.1 | | | 89% | | 75 | 29.92 | | 0.0 | | |
| 16 | 06:15 | S 10 | 10.00 | Mostly Cloudy | BKN015 | 75.6 | 72.1 | | | 89% | | 75 | 29.91 | | 0.0 | | |
| 16 | 05:55 | S 9 | 10.00 | Overcast | OVC015 | 75.7 | 72.5 | | | 90% | | 76 | 29.92 | | 0.0 | | |
| 16 | 05:35 | S 9 | 10.00 | Overcast | OVC013 | 75.7 | 72.5 | | | 90% | | 76 | 29.91 | | 0.0 | | |
| 16 | 05:15 | S 9 | 10.00 | Overcast | OVC011 | 75.7 | 72.5 | | | 90% | | 76 | 29.9 | | 0.0 | | |
| 16 | 04:55 | S 12 | 10.00 | Overcast | OVC011 | 75.7 | 72.5 | | | 90% | | 76 | 29.89 | | 0.0 | | |
| 16 | 04:35 | S 10 G 17 | 10.00 | Overcast | OVC011 | 75.7 | 72.5 | | | 90% | | 76 | 29.9 | | 0.0 | | |
| 16 | 04:15 | S 12 | 10.00 | Overcast | OVC011 | 75.7 | 72.7 | | | 90% | | 75 | 29.89 | | 0.0 | | |
| 16 | 03:55 | S 9 G 16 | 10.00 | Overcast | OVC011 | 75.7 | 72.9 | | | 91% | | 75 | 29.89 | | 0.0 | | |

VOTE002007

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 16 | 03:35 | S 13 G 17 | 10.00 | Overcast | OVC011 | 75.7 | 72.9 | | | 91% | | 75 | 29.89 | | 0.0 | | |
| 16 | 03:15 | S 12 | 10.00 | Overcast | OVC009 | 75.6 | 73 | | | 92% | | 75 | 29.89 | | 0.0 | | |
| 16 | 02:55 | S 10 G 16 | 10.00 | Overcast | OVC009 | 75.2 | 73.2 | | | 94% | | 74 | 29.89 | | 0.0 | | |
| 16 | 02:35 | S 8 | 10.00 | Overcast | OVC009 | 75.2 | 73 | | | 93% | | 74 | 29.89 | | 0.0 | | |
| 16 | 02:15 | S 10 | 10.00 | Overcast | OVC009 | 75.2 | 73.4 | | | 94% | | 74 | 29.9 | | 0.0 | | |
| 16 | 01:55 | S 9 | 10.00 | Overcast | OVC009 | 75.2 | 73.2 | | | 94% | | 74 | 29.91 | | 0.0 | | |
| 16 | 01:35 | S 10 | 10.00 | Mostly Cloudy | BKN009 BKN013 | 75.2 | 73 | | | 93% | | 74 | 29.92 | | 0.0 | | |
| 16 | 01:15 | S 9 | 10.00 | Partly Cloudy | SCT011 | 75.6 | 73.2 | | | 92% | | 75 | 29.92 | | 0.0 | | |
| 16 | 00:55 | S 9 | 10.00 | Fair | CLR | 75.7 | 73 | 83.7 | 75.7 | 91% | | 75 | 29.92 | | 0.0 | | |
| 16 | 00:35 | S 8 | 10.00 | Fair | CLR | 76.1 | 73 | | | 90% | | 76 | 29.93 | | 0.0 | | |
| 16 | 00:15 | S 8 | 10.00 | Fair | CLR | 76.3 | 73 | | | 90% | | 77 | 29.93 | | 0.0 | | |
| 15 | 23:55 | S 7 | 10.00 | Fair | CLR | 76.6 | 72.9 | | | 88% | | 78 | 29.93 | | 0.0 | | |
| 15 | 23:35 | S 9 | 10.00 | Fair | CLR | 77 | 72.7 | | | 87% | | 78 | 29.94 | | 0.0 | | |
| 15 | 23:15 | S 8 | 10.00 | Fair | CLR | 77.2 | 72.7 | | | 86% | | 79 | 29.94 | | 0.0 | | |
| 15 | 22:55 | S 7 | 10.00 | Fair | CLR | 77.2 | 72.5 | | | 86% | | 79 | 29.93 | | 0.0 | | |
| 15 | 22:35 | S 7 | 10.00 | Fair | CLR | 77.7 | 72.3 | | | 84% | | 80 | 29.93 | | 0.0 | | |
| 15 | 22:15 | S 8 | 10.00 | Fair | CLR | 78.1 | 72.5 | | | 83% | | 81 | 29.92 | | 0.0 | | |
| 15 | 21:55 | S 7 | 10.00 | Fair | CLR | 78.3 | 72.1 | | | 82% | | 81 | 29.91 | | 0.0 | | |
| 15 | 21:35 | S 8 | 10.00 | Fair | CLR | 78.8 | 72 | | | 80% | | 82 | 29.9 | | 0.0 | | |
| 15 | 21:15 | S 7 | 10.00 | Fair | CLR | 79.3 | 71.8 | | | 78% | | 83 | 29.9 | | 0.0 | | |
| 15 | 20:55 | S 8 | 10.00 | Fair | CLR | 79.9 | 71.8 | | | 76% | | 84 | 29.9 | | 0.0 | | |
| 15 | 20:35 | S 8 | 10.00 | Fair | CLR | 80.2 | 72 | | | 76% | | 84 | 29.89 | | 0.0 | | |
| 15 | 20:15 | S 8 | 10.00 | Fair | CLR | 81.1 | 72 | | | 74% | | 86 | 29.88 | | 0.0 | | |
| 15 | 19:55 | S 7 | 10.00 | Fair | CLR | 82 | 72.7 | | | 73% | | 87 | 29.88 | | 0.0 | | |
| 15 | 19:35 | S 10 | 10.00 | NULL | NULL | 83.3 | 73.8 | | | 73% | | 90 | 29.87 | | 0.0 | | |
| 15 | 12:55 | SE 9 G 16 | 10.00 | Mostly Cloudy | SCT036 BKN042 | 87.1 | 72.5 | 87.3 | 74.7 | 62% | | 94 | 29.91 | | 0.0 | | |
| 15 | 12:35 | SE 13 G 21 | 10.00 | Partly Cloudy | SCT034 | 86.9 | 72.3 | | | 62% | | 94 | 29.91 | | 0.0 | | |
| 15 | 12:15 | S 14 G 20 | 10.00 | Partly Cloudy | SCT032 | 86.2 | 71.8 | | | 62% | | 92 | 29.92 | | 0.0 | | |
| 15 | 11:55 | SE 15 G 23 | 10.00 | Partly Cloudy | SCT032 SCT039 | 85.6 | 72 | | | 64% | | 92 | 29.92 | | 0.0 | | |
| 15 | 11:35 | SE 18 G 22 | 10.00 | Partly Cloudy | SCT028 | 85.3 | 72.3 | | | 65% | | 92 | 29.92 | | 0.0 | | |
| 15 | 11:15 | SE 13 G 21 | 10.00 | Partly Cloudy | SCT028 | 84.7 | 71.8 | | | 65% | | 90 | 29.91 | | 0.0 | | |
| 15 | 10:55 | S 8 G 17 | 10.00 | Partly Cloudy | SCT028 | 83.8 | 72 | | | 68% | | 89 | 29.9 | | 0.0 | | |
| 15 | 10:35 | S 13 | 10.00 | Partly Cloudy | SCT028 | 82.8 | 71.2 | | | 68% | | 87 | 29.9 | | 0.0 | | |
| 15 | 10:15 | S 13 | 10.00 | Partly Cloudy | SCT023 SCT028 | 81.3 | 71.2 | | | 72% | | 85 | 29.89 | | 0.0 | | |
| 15 | 09:55 | S 12 G 20 | 10.00 | Mostly Cloudy | BKN023 | 81.7 | 71.2 | | | 71% | | 86 | 29.89 | | 0.0 | | |
| 15 | 09:35 | S 14 G 26 | 10.00 | Mostly Cloudy | BKN023 BKN028 | 81.1 | 70.9 | | | 71% | | 85 | 29.88 | | 0.0 | | |
| 15 | 09:15 | S 15 G 22 | 10.00 | Overcast | OVC021 | 80.6 | 71.4 | | | 74% | | 85 | 29.87 | | 0.0 | | |
| 15 | 08:55 | S 16 G 24 | 10.00 | Overcast | OVC019 | 79 | 70.9 | | | 76% | | 82 | 29.87 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002008

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 08:35 | S 17 G 23 | 10.00 | Mostly Cloudy | BKN019 | 78.8 | 72.3 | | | 81% | | 82 | 29.87 | | 0.0 | | |
| 15 | 08:15 | S 9 | 10.00 | Fair | CLR | 77.5 | 72.3 | | | 84% | | 79 | 29.86 | | 0.0 | | |
| 15 | 07:55 | S 5 | 10.00 | Partly Cloudy | SCT024 | 76.3 | 72 | | | 87% | | 77 | 29.86 | | 0.0 | | |
| 15 | 07:35 | S 8 | 10.00 | Partly Cloudy | SCT024 | 75.4 | 71.6 | | | 88% | | 75 | 29.85 | | 0.0 | | |
| 15 | 07:15 | S 3 | 10.00 | Mostly Cloudy | BKN024 | 75.2 | 71.6 | | | 89% | | 75 | 29.84 | | 0.0 | | |
| 15 | 06:55 | S 3 | 10.00 | Overcast | OVC022 | 74.5 | 71.6 | 74.7 | 72.5 | 91% | | | 29.84 | | 0.0 | | |
| 15 | 06:35 | S 6 | 10.00 | Overcast | OVC020 | 74.7 | 71.2 | | | 89% | | | 29.83 | | 0.0 | | |
| 15 | 06:15 | S 7 | 10.00 | Overcast | OVC020 | 74.7 | 71.2 | | | 89% | | | 29.81 | | 0.0 | | |
| 15 | 05:55 | SE 5 | 10.00 | Overcast | OVC018 | 74.7 | 71.2 | | | 89% | | | 29.82 | | 0.0 | | |
| 15 | 05:35 | S 7 | 10.00 | Overcast | OVC016 | 74.7 | 71.2 | | | 89% | | | 29.8 | | 0.0 | | |
| 15 | 05:15 | S 3 | 10.00 | Overcast | OVC014 | 74.7 | 71.2 | | | 89% | | | 29.8 | | 0.0 | | |
| 15 | 04:55 | S 6 | 10.00 | Overcast | OVC014 | 74.5 | 71.2 | | | 90% | | | 29.79 | | 0.0 | | |
| 15 | 04:35 | S 9 | 10.00 | Overcast | OVC014 | 73.9 | 71.1 | | | 91% | | | 29.76 | | 0.0 | | |
| 15 | 04:15 | S 12 | 10.00 | Overcast | OVC014 | 73.8 | 71.2 | | | 92% | | | 29.75 | | 0.0 | | |
| 15 | 03:55 | S 9 | 10.00 | Overcast | OVC016 | 73.4 | 71.1 | | | 92% | | | 29.76 | | 0.0 | | |
| 15 | 03:35 | S 7 | 10.00 | Overcast | OVC016 | 73.4 | 71.2 | | | 93% | | | 29.77 | | 0.0 | | |
| 15 | 03:15 | S 6 | 10.00 | Overcast | OVC016 | 73.4 | 71.2 | | | 93% | | | 29.78 | | 0.0 | | |
| 15 | 02:55 | S 6 | 10.00 | Overcast | OVC016 | 73 | 71.2 | | | 94% | | | 29.78 | | 0.0 | | |
| 15 | 02:35 | S 6 | 10.00 | Overcast | OVC016 | 73.4 | 71.2 | | | 93% | | | 29.79 | | 0.0 | | |
| 15 | 02:15 | S 7 | 10.00 | Overcast | SCT009 OVC016 | 73.4 | 71.6 | | | 94% | | | 29.79 | | 0.0 | | |
| 15 | 01:55 | S 9 | 10.00 | Overcast | SCT009 OVC016 | 73 | 71.4 | | | 95% | | | 29.79 | | 0.0 | | |
| 15 | 01:35 | S 7 | 10.00 | Overcast | BKN009 OVC014 | 72.7 | 71.1 | | | 95% | | | 29.8 | | 0.0 | | |
| 15 | 01:15 | S 7 | 10.00 | Mostly Cloudy | BKN009 BKN012 | 72.5 | 70.9 | | | 95% | | | 29.81 | | 0.0 | | |
| 15 | 00:55 | S 8 | 10.00 | Mostly Cloudy | BKN009 BKN014 | 72.7 | 70.7 | 79.7 | 72.5 | 94% | | | 29.82 | | 0.0 | | |
| 15 | 00:35 | S 7 | 10.00 | Mostly Cloudy | BKN009 BKN014 | 72.9 | 70.9 | | | 94% | | | 29.82 | | 0.0 | | |
| 15 | 00:15 | S 9 | 10.00 | Overcast | OVC012 | 73 | 70.7 | | | 92% | | | 29.82 | | 0.0 | | |
| 14 | 23:55 | S 9 G 16 | 10.00 | Overcast | OVC011 | 73.4 | 70.7 | | | 91% | | | 29.82 | | 0.0 | | |
| 14 | 23:35 | S 7 | 10.00 | Overcast | OVC011 | 73.4 | 70.7 | | | 91% | | | 29.82 | | 0.0 | | |
| 14 | 23:15 | S 9 | 10.00 | Overcast | OVC011 | 73 | 70.2 | | | 91% | | | 29.82 | | 0.0 | | |
| 14 | 22:55 | S 9 | 10.00 | Partly Cloudy | SCT011 | 73 | 70 | | | 90% | | | 29.83 | | 0.0 | | |
| 14 | 22:35 | S 9 | 10.00 | Fair | CLR | 73.4 | 69.8 | | | 89% | | | 29.82 | | 0.0 | | |
| 14 | 22:15 | S 8 | 10.00 | Fair | CLR | 73.4 | 69.8 | | | 89% | | | 29.82 | | 0.0 | | |
| 14 | 21:55 | S 7 | 10.00 | Fair | CLR | 73.8 | 69.8 | | | 88% | | | 29.82 | | 0.0 | | |
| 14 | 21:35 | S 7 | 10.00 | Fair | CLR | 73.9 | 69.3 | | | 85% | | | 29.81 | | 0.0 | | |
| 14 | 21:15 | S 6 | 10.00 | Fair | CLR | 74.5 | 69.1 | | | 83% | | | 29.82 | | 0.0 | | |
| 14 | 20:55 | S 6 | 10.00 | Fair | CLR | 74.8 | 68.9 | | | 82% | | | 29.81 | | 0.0 | | |
| 14 | 20:35 | S 6 | 10.00 | Fair | CLR | 75.4 | 68.5 | | | 79% | | 76 | 29.81 | | 0.0 | | |
| 14 | 20:15 | S 6 | 10.00 | Fair | CLR | 76.1 | 68.4 | | | 77% | | 77 | 29.8 | | 0.0 | | |
| 14 | 19:55 | S 7 | 10.00 | Fair | CLR | 77 | 68.4 | | | 75% | | 79 | 29.79 | | 0.0 | | |
| 14 | 19:35 | S 7 | 10.00 | Fair | CLR | 77.9 | 68.4 | | | 73% | | 80 | 29.79 | | 0.0 | | |
| 14 | 19:15 | S 9 | 10.00 | Fair | CLR | 78.8 | 68 | | | 70% | | 81 | 29.79 | | 0.0 | | |
| 14 | 18:55 | S 10 G 17 | 10.00 | Fair | CLR | 79.7 | 68.2 | | | 68% | | 82 | 29.79 | | 0.0 | | |
| 14 | 18:35 | S 12 G 17 | 10.00 | Fair | CLR | 81 | 67.1 | | | 63% | | 83 | 29.79 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002009

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 14 | 18:15 | S 8 G 16 | 10.00 | Fair | CLR | 81.5 | 65.3 | | | 58% | | 83 | 29.79 | | 0.0 | | |
| 14 | 17:55 | SE 9 | 10.00 | Fair | CLR | 82.4 | 63 | | | 52% | | 84 | 29.8 | | 0.0 | | |
| 14 | 17:35 | S 10 G 17 | 10.00 | Fair | CLR | 83.3 | 62.2 | | | 49% | | 84 | 29.8 | | 0.0 | | |
| 14 | 17:15 | S 13 G 18 | 10.00 | Fair | CLR | 84.2 | 62.2 | | | 48% | | 85 | 29.8 | | 0.0 | | |
| 14 | 16:55 | S 15 G 22 | 10.00 | Fair | CLR | 84.6 | 61.5 | | | 46% | | 85 | 29.8 | | 0.0 | | |
| 14 | 16:35 | S 16 G 21 | 10.00 | Fair | CLR | 86 | 62.1 | | | 45% | | 87 | 29.8 | | 0.0 | | |
| 14 | 16:15 | S 16 G 21 | 10.00 | Fair | CLR | 86.2 | 63.5 | | | 47% | | 87 | 29.81 | | 0.0 | | |
| 14 | 15:55 | S 14 G 20 | 10.00 | Fair | CLR | 86.2 | 63.7 | | | 47% | | 87 | 29.82 | | 0.0 | | |
| 14 | 15:35 | S 13 G 20 | 10.00 | Fair | CLR | 87.1 | 63.1 | | | 45% | | 88 | 29.82 | | 0.0 | | |
| 14 | 15:15 | S 12 G 20 | 10.00 | Fair | CLR | 86.9 | 61.7 | | | 43% | | 87 | 29.83 | | 0.0 | | |
| 14 | 14:55 | S 16 G 23 | 10.00 | NULL | NULL | 86.7 | 61.9 | | | 43% | | 87 | 29.84 | | 0.0 | | |
| 14 | 14:40 | S 12 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.84 | | 0.0 | | |
| 14 | 13:55 | S 14 G 20 | 10.00 | Fair | CLR | 86.4 | 60.6 | | | 42% | | 86 | 29.86 | | 0.0 | | |
| 14 | 13:35 | SE 18 G 25 | 10.00 | Fair | CLR | 85.5 | 61.9 | | | 45% | | 86 | 29.85 | | 0.0 | | |
| 14 | 13:15 | S 17 G 26 | 10.00 | Fair | CLR | 85.1 | 63.3 | | | 48% | | 86 | 29.85 | | 0.0 | | |
| 14 | 12:55 | S 17 G 26 | 10.00 | Fair | CLR | 84.6 | 64.8 | 84.7 | 71.6 | 52% | | 86 | 29.86 | | 0.0 | | |
| 14 | 12:35 | S 20 G 25 | 10.00 | Fair | CLR | 84.4 | 66.2 | | | 54% | | 87 | 29.84 | | 0.0 | | |
| 14 | 12:15 | S 15 G 23 | 10.00 | Fair | CLR | 84.2 | 67.1 | | | 57% | | 87 | 29.85 | | 0.0 | | |
| 14 | 11:55 | S 14 G 22 | 10.00 | Fair | CLR | 83.8 | 67.1 | | | 57% | | 87 | 29.87 | | 0.0 | | |
| 14 | 11:35 | SE 15 G 23 | 10.00 | Fair | CLR | 83.5 | 67.8 | | | 59% | | 87 | 29.87 | | 0.0 | | |
| 14 | 11:15 | S 16 G 23 | 10.00 | Fair | CLR | 82.4 | 67.5 | | | 61% | | 85 | 29.87 | | 0.0 | | |
| 14 | 10:55 | SE 14 G 20 | 10.00 | Partly Cloudy | SCT031 | 81.9 | 68 | | | 63% | | 85 | 29.87 | | 0.0 | | |
| 14 | 10:35 | S 13 G 18 | 10.00 | Partly Cloudy | SCT029 | 81.3 | 68.9 | | | 66% | | 84 | 29.86 | | 0.0 | | |
| 14 | 10:15 | S 13 G 22 | 10.00 | Partly Cloudy | SCT027 SCT032 | 79.7 | 68.9 | | | 70% | | 82 | 29.86 | | 0.0 | | |
| 14 | 09:55 | S 14 G 22 | 10.00 | Mostly Cloudy | SCT024 BKN030 | 79 | 69.6 | | | 73% | | 82 | 29.86 | | 0.0 | | |
| 14 | 09:35 | S 10 G 21 | 10.00 | Mostly Cloudy | SCT018 BKN024 | 77.5 | 69.6 | | | 77% | | 79 | 29.86 | | 0.0 | | |
| 14 | 09:15 | S 12 G 18 | 10.00 | Mostly Cloudy | BKN016 BKN022 | 76.5 | 69.6 | | | 79% | | 78 | 29.85 | | 0.0 | | |
| 14 | 08:55 | S 10 | 0.00 | NULL | NULL | 75.7 | 70.2 | | | 83% | | 76 | 29.85 | | 0.0 | | |
| 14 | 08:35 | S 10 | 10.00 | Overcast | BKN012 OVC018 | 74.3 | 70 | | | 86% | | | 29.84 | | 0.0 | | |
| 14 | 08:15 | S 10 | 10.00 | Overcast | OVC010 | 73.8 | 70 | | | 88% | | | 29.84 | | 0.0 | | |
| 14 | 07:55 | S 8 | 10.00 | Overcast | BKN010 OVC014 | 72.7 | 69.8 | | | 91% | | | 29.83 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002010

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 14 | 07:35 | S 9 | 10.00 | Overcast | OVC010 | 72 | 69.6 | | | 92% | | | 29.82 | | 0.0 | | |
| 14 | 07:15 | S 10 | 10.00 | Overcast | OVC010 | 71.8 | 69.4 | | | 92% | | | 29.82 | | 0.0 | | |
| 14 | 06:55 | S 6 | 10.00 | Overcast | OVC010 | 71.6 | 69.3 | 71.8 | 70.9 | 92% | | | 29.82 | | 0.0 | | |
| 14 | 06:35 | S 8 | 10.00 | Mostly Cloudy | BKN012 | 71.2 | 69.1 | | | 93% | | | 29.8 | | 0.0 | | |
| 14 | 06:15 | S 8 | 10.00 | Mostly Cloudy | BKN012 | 71.6 | 69.1 | | | 92% | | | 29.8 | | 0.0 | | |
| 14 | 05:55 | S 7 | 10.00 | Mostly Cloudy | BKN012 | 70.9 | 68.9 | | | 94% | | | 29.79 | | 0.0 | | |
| 14 | 05:35 | S 6 | 10.00 | Mostly Cloudy | BKN012 | 71.1 | 69.3 | | | 94% | | | 29.79 | | 0.0 | | |
| 14 | 05:15 | S 7 | 10.00 | Overcast | OVC014 | 70.9 | 69.1 | | | 94% | | | 29.79 | | 0.0 | | |
| 14 | 04:55 | S 9 | 10.00 | Overcast | BKN010 OVC014 | 71.2 | 69.4 | | | 94% | | | 29.79 | | 0.0 | | |
| 14 | 04:15 | S 10 | 10.00 | Overcast | OVC012 | 71.2 | 69.8 | | | 95% | | | 29.79 | | 0.0 | | |
| 14 | 03:55 | S 8 | 10.00 | Overcast | BKN008 OVC014 | 71.1 | 69.8 | | | 96% | | | 29.79 | | 0.0 | | |
| 14 | 03:35 | S 9 | 10.00 | Overcast | OVC006 | 71.2 | 69.8 | | | 95% | | | 29.8 | | 0.0 | | |
| 14 | 03:15 | S 8 | 10.00 | Overcast | OVC006 | 71.2 | 70 | | | 96% | | | 29.79 | | 0.0 | | |
| 14 | 02:55 | S 10 | 10.00 | Mostly Cloudy | BKN006 | 71.1 | 69.8 | | | 96% | | | 29.79 | | 0.0 | | |
| 14 | 02:35 | S 7 | 10.00 | Mostly Cloudy | BKN006 BKN011 | 71.1 | 69.8 | | | 96% | | | 29.79 | | 0.0 | | |
| 14 | 02:15 | S 7 | 10.00 | Mostly Cloudy | BKN010 | 71.2 | 69.8 | | | 95% | | | 29.8 | | 0.0 | | |
| 14 | 01:55 | S 7 | 10.00 | Mostly Cloudy | BKN008 BKN013 | 71.2 | 69.8 | | | 95% | | | 29.8 | | 0.0 | | |
| 14 | 01:35 | S 7 | 10.00 | Mostly Cloudy | BKN008 BKN013 | 71.6 | 70 | | | 95% | | | 29.81 | | 0.0 | | |
| 14 | 01:15 | S 7 | 10.00 | Overcast | BKN008 OVC013 | 71.6 | 70.2 | | | 95% | | | 29.82 | | 0.0 | | |
| 14 | 00:55 | S 7 | 10.00 | Overcast | OVC008 | 71.6 | 70.2 | 82 | 71.6 | 95% | | | 29.82 | | 0.0 | | |
| 14 | 00:35 | S 6 | 10.00 | Overcast | BKN008 OVC018 | 71.6 | 70 | | | 95% | | | 29.82 | | 0.0 | | |
| 14 | 00:15 | S 7 | 10.00 | Overcast | BKN008 OVC018 | 71.8 | 70 | | | 94% | | | 29.83 | | 0.0 | | |
| 13 | 23:55 | S 7 | 10.00 | Mostly Cloudy | BKN010 BKN018 | 72 | 70.2 | | | 94% | | | 29.83 | | 0.0 | | |
| 13 | 23:35 | S 6 | 10.00 | Partly Cloudy | SCT009 SCT012 | 72.1 | 70.2 | | | 94% | | | 29.83 | | 0.0 | | |
| 13 | 23:15 | S 9 | 10.00 | Partly Cloudy | SCT012 | 72.5 | 70.2 | | | 92% | | | 29.82 | | 0.0 | | |
| 13 | 22:55 | S 7 | 10.00 | Mostly Cloudy | SCT014 BKN020 | 73 | 70.2 | | | 91% | | | 29.82 | | 0.0 | | |
| 13 | 22:35 | S 6 | 10.00 | Overcast | BKN016 OVC021 | 73.4 | 70.2 | | | 90% | | | 29.82 | | 0.0 | | |
| 13 | 22:15 | S 6 | 10.00 | Overcast | OVC018 | 73.8 | 69.8 | | | 88% | | | 29.82 | | 0.0 | | |
| 13 | 21:55 | S 6 | 10.00 | Partly Cloudy | SCT018 | 73.8 | 69.1 | | | 85% | | | 29.82 | | 0.0 | | |
| 13 | 21:35 | S 8 | 10.00 | Fair | CLR | 75 | 68.9 | | | 81% | | 75 | 29.81 | | 0.0 | | |
| 13 | 21:15 | S 9 | 10.00 | Fair | CLR | 75.6 | 68.9 | | | 80% | | 76 | 29.81 | | 0.0 | | |
| 13 | 20:55 | S 7 | 10.00 | Fair | CLR | 76.1 | 69.1 | | | 79% | | 77 | 29.8 | | 0.0 | | |
| 13 | 20:35 | S 7 | 10.00 | Fair | CLR | 76.8 | 68.9 | | | 77% | | 78 | 29.8 | | 0.0 | | |
| 13 | 20:15 | S 7 | 10.00 | Fair | CLR | 77.7 | 68.9 | | | 74% | | 80 | 29.79 | | 0.0 | | |
| 13 | 19:55 | S 7 | 10.00 | Fair | CLR | 78.8 | 68.9 | | | 72% | | 81 | 29.79 | | 0.0 | | |
| 13 | 19:35 | S 8 | 10.00 | Fair | CLR | 79.7 | 68.5 | | | 69% | | 82 | 29.79 | | 0.0 | | |
| 13 | 19:15 | S 8 | 10.00 | Fair | CLR | 81.1 | 68.2 | | | 65% | | 84 | 29.79 | | 0.0 | | |
| 13 | 18:55 | S 8 | 10.00 | Fair | CLR | 82.2 | 66.7 | | | 60% | | 85 | 29.79 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F)    Pressure    Precipitation (in)

VOTE002011

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 13 | 18:35 | S 8 | 0.00 | NULL | NULL | 83.3 | 65.8 | | | 56% | | 85 | 29.79 | | 0.0 | | |
| 13 | 17:15 | SE 8 | 10.00 | Fair | CLR | 85.5 | 65.5 | | | 51% | | 87 | 29.82 | | 0.0 | | |
| 13 | 16:55 | SE 6 | 10.00 | Fair | CLR | 85.3 | 64 | | | 49% | | 87 | 29.82 | | 0.0 | | |
| 13 | 16:35 | SE 10 | 10.00 | Fair | CLR | 85.6 | 63 | | | 47% | | 87 | 29.83 | | 0.0 | | |
| 13 | 16:15 | S 12 | 10.00 | Fair | CLR | 85.3 | 63.1 | | | 48% | | 86 | 29.83 | | 0.0 | | |
| 13 | 15:55 | SE 9 | 10.00 | Fair | CLR | 85.5 | 62.6 | | | 46% | | 86 | 29.84 | | 0.0 | | |
| 13 | 15:35 | E 9 | 10.00 | Fair | CLR | 85.6 | 62.6 | | | 46% | | 86 | 29.85 | | 0.0 | | |
| 13 | 15:15 | SE 13 G 21 | 10.00 | Fair | CLR | 85.1 | 61.5 | | | 45% | | 85 | 29.86 | | 0.0 | | |
| 13 | 14:55 | SE 10 G 17 | 10.00 | Fair | CLR | 84.4 | 62.1 | | | 47% | | 85 | 29.87 | | 0.0 | | |
| 13 | 14:35 | E 12 G 16 | 10.00 | Fair | CLR | 84 | 62.1 | | | 48% | | 85 | 29.87 | | 0.0 | | |
| 13 | 14:15 | SE 9 | 10.00 | Partly Cloudy | SCT049 | 83.3 | 63 | | | 50% | | 84 | 29.88 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F)    Pressure    Precipitation (in)

VOTE002012

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 13:55 | S 8 | 10.00 | Partly Cloudy | SCT047 SCT055 | 81.7 | 63 | | | 53% | | 83 | 29.88 | | 0.0 | | |
| 13 | 13:35 | Calm | 0.00 | NULL | NULL | 82.2 | 64.6 | | | 55% | | 84 | 0 | | 0.0 | | |
| 13 | 13:15 | SE 12 | 10.00 | Mostly Cloudy | SCT046 BKN050 | 81.9 | 64.6 | | | 56% | | 84 | 29.89 | | 0.0 | | |
| 13 | 12:55 | SE 8 | 10.00 | Partly Cloudy | SCT044 SCT050 | 81.1 | 65.1 | 81.9 | 62.8 | 58% | | 83 | 29.9 | | 0.0 | | |
| 13 | 12:35 | SE 7 G 17 | 10.00 | Fair | CLR | 81 | 64 | | | 57% | | 83 | 29.9 | | 0.0 | | |
| 13 | 12:15 | E 10 | 10.00 | Fair | CLR | 81.1 | 64 | | | 56% | | 83 | 29.91 | | 0.0 | | |
| 13 | 11:55 | E 7 | 10.00 | Fair | CLR | 80.4 | 63 | | | 55% | | 82 | 29.91 | | 0.0 | | |
| 13 | 11:35 | SE 9 | 10.00 | Fair | CLR | 79.9 | 61.7 | | | 54% | | 81 | 29.91 | | 0.0 | | |
| 13 | 10:55 | E 8 | 10.00 | Fair | CLR | 78.8 | 62.4 | | | 57% | | 80 | 29.92 | | 0.0 | | |
| 13 | 10:35 | SE 8 | 10.00 | Fair | CLR | 78.3 | 63.7 | | | 61% | | 80 | 29.92 | | 0.0 | | |
| 13 | 10:15 | SE 6 | 10.00 | Fair | CLR | 77 | 63.7 | | | 64% | | 79 | 29.92 | | 0.0 | | |
| 13 | 09:55 | SE 6 | 10.00 | Fair | CLR | 75.7 | 63.1 | | | 65% | | 78 | 29.92 | | 0.0 | | |
| 13 | 09:35 | SE 6 | 10.00 | Fair | CLR | 74.5 | 63.9 | | | 70% | | | 29.92 | | 0.0 | | |
| 13 | 09:15 | SE 6 | 10.00 | Fair | CLR | 73 | 63.9 | | | 73% | | | 29.92 | | 0.0 | | |
| 13 | 08:55 | SE 6 | 10.00 | Fair | CLR | 71.8 | 64.6 | | | 78% | | | 29.92 | | 0.0 | | |
| 13 | 08:35 | E 6 | 10.00 | Fair | CLR | 69.8 | 64.2 | | | 83% | | | 29.91 | | 0.0 | | |
| 13 | 08:15 | SE 6 | 10.00 | Fair | CLR | 68 | 64.4 | | | 88% | | | 29.91 | | 0.0 | | |
| 13 | 07:55 | SE 3 | 10.00 | Fair | CLR | 66 | 63.5 | | | 92% | | | 29.9 | | 0.0 | | |
| 13 | 07:35 | Calm | 10.00 | Fair | CLR | 64.4 | 62.6 | | | 94% | | | 29.9 | | 0.0 | | |
| 13 | 07:15 | Calm | 10.00 | Fair | CLR | 63.5 | 61.9 | | | 95% | | | 29.89 | | 0.0 | | |
| 13 | 06:55 | Calm | 10.00 | Fair | CLR | 62.6 | 61.3 | 64 | 61.7 | 96% | | | 29.89 | | 0.0 | | |
| 13 | 06:35 | Calm | 10.00 | Fair | CLR | 61.7 | 60.4 | | | 96% | | | 29.89 | | 0.0 | | |
| 13 | 06:15 | Calm | 10.00 | Fair | CLR | 61.7 | 60.3 | | | 95% | | | 29.88 | | 0.0 | | |
| 13 | 05:55 | SE 3 | 10.00 | Fair | CLR | 62.1 | 60.4 | | | 94% | | | 29.87 | | 0.0 | | |
| 13 | 05:35 | SE 5 | 10.00 | Fair | CLR | 62.1 | 60.8 | | | 96% | | | 29.87 | | 0.0 | | |
| 13 | 05:15 | E 3 | 10.00 | Fair | CLR | 61.9 | 60.3 | | | 94% | | | 29.87 | | 0.0 | | |
| 13 | 04:55 | SE 3 | 10.00 | Fair | CLR | 62.6 | 60.8 | | | 94% | | | 29.86 | | 0.0 | | |
| 13 | 04:35 | SE 5 | 10.00 | Fair | CLR | 62.8 | 60.8 | | | 93% | | | 29.87 | | 0.0 | | |
| 13 | 04:15 | SE 3 | 10.00 | Fair | CLR | 62.6 | 60.8 | | | 94% | | | 29.87 | | 0.0 | | |
| 13 | 03:55 | Calm | 10.00 | Fair | CLR | 63 | 60.8 | | | 93% | | | 29.87 | | 0.0 | | |
| 13 | 03:35 | Calm | 10.00 | Fair | CLR | 62.8 | 60.6 | | | 93% | | | 29.86 | | 0.0 | | |
| 13 | 03:15 | Calm | 10.00 | Fair | CLR | 63.5 | 60.8 | | | 91% | | | 29.86 | | 0.0 | | |
| 13 | 02:55 | Calm | 10.00 | Fair | CLR | 63.5 | 60.4 | | | 90% | | | 29.86 | | 0.0 | | |
| 13 | 02:35 | Calm | 10.00 | Fair | CLR | 63.5 | 60.6 | | | 90% | | | 29.86 | | 0.0 | | |
| 13 | 02:15 | Calm | 10.00 | Fair | CLR | 63.5 | 60.8 | | | 91% | | | 29.86 | | 0.0 | | |
| 13 | 01:55 | Calm | 10.00 | Fair | CLR | 63 | 60.4 | | | 92% | | | 29.87 | | 0.0 | | |
| 13 | 01:35 | Calm | 10.00 | Fair | CLR | 63.5 | 60.6 | | | 90% | | | 29.87 | | 0.0 | | |
| 13 | 01:15 | SE 3 | 10.00 | Fair | CLR | 63.5 | 60.8 | | | 91% | | | 29.88 | | 0.0 | | |
| 13 | 00:55 | Calm | 10.00 | Fair | CLR | 63.9 | 61.2 | 73.4 | 63.5 | 91% | | | 29.88 | | 0.0 | | |
| 13 | 00:35 | Calm | 10.00 | Fair | CLR | 64.2 | 61 | | | 89% | | | 29.89 | | 0.0 | | |
| 13 | 00:15 | Calm | 10.00 | Fair | CLR | 64.8 | 60.8 | | | 87% | | | 29.89 | | 0.0 | | |
| 12 | 23:55 | Calm | 10.00 | Fair | CLR | 65.1 | 60.4 | | | 85% | | | 29.89 | | 0.0 | | |
| 12 | 23:35 | S 5 | 10.00 | Fair | CLR | 65.3 | 60.4 | | | 84% | | | 29.89 | | 0.0 | | |
| 12 | 23:15 | Calm | 10.00 | Fair | CLR | 65.1 | 60.8 | | | 86% | | | 29.89 | | 0.0 | | |
| 12 | 22:55 | Calm | 10.00 | Fair | CLR | 64.6 | 61.7 | | | 90% | | | 29.88 | | 0.0 | | |
| 12 | 22:35 | Calm | 10.00 | Fair | CLR | 64.4 | 62.1 | | | 92% | | | 29.87 | | 0.0 | | |
| 12 | 22:15 | Calm | 10.00 | Fair | CLR | 65.3 | 61.9 | | | 89% | | | 29.87 | | 0.0 | | |
| 12 | 21:55 | Calm | 10.00 | Fair | CLR | 65.8 | 61.9 | | | 87% | | | 29.87 | | 0.0 | | |
| 12 | 21:35 | Calm | 10.00 | Fair | CLR | 66.7 | 62.1 | | | 85% | | | 29.86 | | 0.0 | | |
| 12 | 21:15 | Calm | 10.00 | Fair | CLR | 67.5 | 61.3 | | | 81% | | | 29.86 | | 0.0 | | |
| 12 | 20:55 | Calm | 10.00 | Fair | CLR | 68 | 61.7 | | | 80% | | | 29.85 | | 0.0 | | |
| 12 | 20:35 | SE 3 | 10.00 | Fair | CLR | 68.4 | 61.9 | | | 80% | | | 29.85 | | 0.0 | | |
| 12 | 20:15 | SE 3 | 10.00 | Fair | CLR | 69.3 | 62.2 | | | 78% | | | 29.84 | | 0.0 | | |
| 12 | 19:55 | Calm | 10.00 | Fair | CLR | 70.7 | 61 | | | 71% | | | 29.83 | | 0.0 | | |

VOTE001997

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 19:35 | Calm | 10.00 | Fair | CLR | 71.6 | 61.5 | | | 71% | | | 29.83 | | 0.0 | | |
| 12 | 19:15 | Calm | 10.00 | Fair | CLR | 73.2 | 60.4 | | | 64% | | | 29.83 | | 0.0 | | |
| 12 | 18:55 | Calm | 10.00 | Fair | CLR | 72.7 | 60.6 | 74.7 | 68.9 | 66% | | | 29.83 | | 0.0 | | |
| 12 | 18:35 | E 5 | 10.00 | Partly Cloudy | SCT033 | 73.6 | 60.1 | | | 63% | | | 29.83 | | 0.0 | | |
| 12 | 18:15 | E 5 | 10.00 | Partly Cloudy | SCT033 | 73.6 | 60.8 | | | 64% | | | 29.84 | | 0.0 | | |
| 12 | 17:55 | E 5 | 10.00 | Partly Cloudy | SCT033 | 72.5 | 60.6 | | | 66% | | | 29.84 | | 0.0 | | |
| 12 | 17:35 | E 6 | 10.00 | Partly Cloudy | SCT033 | 74.3 | 59.5 | | | 60% | | | 29.84 | | 0.0 | | |
| 12 | 17:15 | Calm | 10.00 | Partly Cloudy | SCT033 | 74.1 | 61.5 | | | 65% | | | 29.84 | | 0.0 | | |
| 12 | 16:55 | Calm | 10.00 | Partly Cloudy | SCT031 | 73.2 | 60.1 | | | 64% | | | 29.84 | | 0.0 | | |
| 12 | 16:35 | Calm | 10.00 | Partly Cloudy | SCT031 SCT070 | 72.1 | 60.6 | | | 67% | | | 29.85 | | 0.0 | | |
| 12 | 16:15 | NE 7 | 10.00 | Mostly Cloudy | SCT029 SCT035 BKN060 | 72.3 | 61 | | | 68% | | | 29.87 | | 0.0 | | |
| 12 | 15:55 | E 7 | 10.00 | Overcast | SCT028 SCT037 OVC060 | 72.7 | 60.4 | | | 66% | | | 29.88 | | 0.0 | | |
| 12 | 15:35 | E 7 | 10.00 | Overcast | SCT030 SCT043 OVC060 | 72.7 | 61.3 | | | 68% | | | 29.89 | | 0.0 | | |
| 12 | 15:15 | E 6 | 10.00 | Overcast | SCT028 SCT035 OVC060 | 72.1 | 60.3 | | | 66% | | | 29.89 | | 0.0 | | |
| 12 | 14:55 | E 7 | 10.00 | Mostly Cloudy | BKN060 | 72.5 | 60.1 | | | 65% | | | 29.9 | | 0.0 | | |
| 12 | 14:35 | E 7 | 10.00 | Overcast | SCT027 OVC060 | 71.2 | 59.9 | | | 68% | | | 29.91 | | 0.0 | | |
| 12 | 13:55 | E 8 | 10.00 | Overcast | SCT024 SCT031 OVC060 | 71.6 | 60.3 | | | 68% | | | 29.92 | | 0.0 | | |
| 12 | 13:35 | E 3 | 10.00 | Overcast | SCT024 SCT036 OVC050 | 70.2 | 60.1 | | | 71% | | | 29.92 | | 0.0 | | |
| 12 | 13:15 | E 6 | 10.00 | Overcast | SCT029 BKN037 OVC044 | 69.3 | 60.6 | | | 74% | | | 29.92 | | 0.0 | | |
| 12 | 12:55 | NE 5 | 10.00 | Overcast | BKN029 OVC060 | 70.3 | 59.7 | 70.7 | 59.9 | 69% | | | 29.93 | | 0.0 | | |
| 12 | 12:35 | N 6 | 10.00 | Mostly Cloudy | SCT041 SCT048 BKN050 | 70.5 | 60.4 | | | 71% | | | 29.93 | | 0.0 | | |
| 12 | 12:15 | NE 5 | 10.00 | Mostly Cloudy | SCT022 BKN042 | 68.4 | 60.1 | | | 75% | | | 29.93 | | 0.0 | | |
| 12 | 11:55 | NE 3 | 10.00 | Mostly Cloudy | BKN022 BKN032 BKN039 | 69.3 | 60.1 | | | 73% | | | 29.94 | | 0.0 | | |
| 12 | 11:35 | NE 9 | 10.00 | Overcast | BKN022 BKN026 OVC049 | 69.1 | 59.9 | | | 73% | | | 29.94 | | 0.0 | | |
| 12 | 11:15 | NE 5 | 10.00 | Overcast | SCT020 BKN043 OVC049 | 68.4 | 60.1 | | | 75% | | | 29.94 | | 0.0 | | |
| 12 | 10:55 | E 6 | 10.00 | Overcast | SCT020 BKN026 OVC040 | 67.1 | 59.5 | | | 77% | | | 29.95 | | 0.0 | | |
| 12 | 10:35 | E 6 | 10.00 | Overcast | BKN020 BKN026 OVC041 | 67.8 | 59.7 | | | 75% | | | 29.95 | | 0.0 | | |
| 12 | 10:15 | N 3 | 10.00 | Mostly Cloudy | BKN018 BKN041 | 67.8 | 59.9 | | | 76% | | | 29.95 | | 0.0 | | |
| 12 | 09:55 | NE 5 | 10.00 | Mostly Cloudy | BKN016 | 66.4 | 59.4 | | | 78% | | | 29.95 | | 0.0 | | |

VOTE001998

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 12 | 09:35 | NE 3 | 10.00 | Partly Cloudy | SCT014 | 66 | 59.2 | | | 79% | | | 29.94 | | 0.0 | | |
| 12 | 09:15 | E 7 | 10.00 | Overcast | OVC014 | 64.6 | 59.4 | | | 83% | | | 29.95 | | 0.0 | | |
| 12 | 08:55 | E 8 | 10.00 | Overcast | OVC012 | 63.9 | 59 | | | 84% | | | 29.95 | | 0.0 | | |
| 12 | 08:35 | E 6 | 10.00 | Partly Cloudy | SCT012 | 63.5 | 59.2 | | | 86% | | | 29.94 | | 0.0 | | |
| 12 | 08:15 | E 6 | 10.00 | Partly Cloudy | SCT008 | 62.8 | 59.5 | | | 89% | | | 29.93 | | 0.0 | | |
| 12 | 07:55 | E 5 | 10.00 | Partly Cloudy | SCT006 | 61.9 | 59.9 | | | 93% | | | 29.92 | | 0.0 | | |
| 12 | 07:35 | E 5 | 10.00 | Mostly Cloudy | SCT006 BKN075 | 60.8 | 59.5 | | | 96% | | | 29.92 | | 0.0 | | |
| 12 | 07:15 | E 5 | 10.00 | Overcast | BKN006 BKN010 OVC075 | 60.4 | 59.4 | | | 96% | | | 29.93 | | 0.0 | | |
| 12 | 06:55 | E 5 | 10.00 | Mostly Cloudy | BKN006 BKN010 | 59.9 | 59 | 62.8 | 59.5 | 97% | | | 29.92 | | 0.0 | | |
| 12 | 06:35 | E 3 | 10.00 | Partly Cloudy | SCT006 SCT010 | 59.5 | 58.6 | | | 97% | | | 29.92 | | 0.0 | | |
| 12 | 06:15 | E 3 | 10.00 | Partly Cloudy | SCT005 SCT010 | 59.9 | 59 | | | 97% | | | 29.91 | | 0.0 | | |
| 12 | 05:55 | E 6 | 10.00 | Mostly Cloudy | BKN005 BKN029 BKN080 | 60.1 | 59 | | | 96% | | | 29.91 | | 0.0 | | |
| 12 | 05:35 | SE 5 | 10.00 | Partly Cloudy | SCT005 BKN027 SCT039 | 60.3 | 59.2 | | | 96% | | | 29.9 | | 0.0 | | |
| 12 | 05:15 | E 6 | 10.00 | Mostly Cloudy | SCT005 SCT027 BKN046 | 60.8 | 59.4 | | | 95% | | | 29.9 | | 0.0 | | |
| 12 | 04:55 | SE 5 | 10.00 | Overcast | SCT005 BKN044 OVC050 | 61 | 59.9 | | | 96% | | | 29.9 | | 0.0 | | |
| 12 | 04:35 | E 6 | 10.00 | Overcast | SCT005 BKN050 OVC080 | 61.3 | 59.9 | | | 95% | | | 29.9 | | 0.0 | | |
| 12 | 04:15 | E 6 | 10.00 | Overcast | SCT005 SCT025 OVC060 | 61.7 | 59.9 | | | 94% | | | 29.9 | | 0.0 | | |
| 12 | 03:55 | E 6 | 10.00 | Overcast | SCT026 BKN060 OVC075 | 61.7 | 59.9 | | | 94% | | | 29.9 | | 0.0 | | |
| 12 | 03:35 | SE 5 | 10.00 | Overcast | SCT050 OVC065 | 61.7 | 59.9 | | | 94% | | | 29.9 | | 0.0 | | |
| 12 | 03:15 | E 5 | 10.00 | Overcast | SCT036 BKN050 OVC065 | 61.7 | 59.9 | | | 94% | | | 29.9 | | 0.0 | | |
| 12 | 02:55 | E 3 | 10.00 | Overcast | SCT036 OVC050 | 61.9 | 59.9 | | | 93% | | | 29.9 | | 0.0 | | |
| 12 | 02:35 | E 6 | 10.00 | Overcast | SCT036 SCT044 OVC050 | 62.4 | 59.9 | | | 92% | | | 29.91 | | 0.0 | | |
| 12 | 02:15 | E 3 | 10.00 | Overcast | BKN047 OVC050 | 62.6 | 60.1 | | | 92% | | | 29.91 | | 0.0 | | |
| 12 | 01:55 | Calm | 10.00 | Overcast | OVC045 | 62.6 | 60.1 | | | 92% | | | 29.91 | | 0.0 | | |
| 12 | 01:35 | E 3 | 10.00 | Overcast | OVC045 | 62.8 | 60.1 | | | 91% | | | 29.92 | | 0.0 | | |
| 12 | 01:15 | Calm | 10.00 | Overcast | SCT032 OVC045 | 62.8 | 60.1 | | | 91% | | | 29.92 | | 0.0 | | |
| 12 | 00:55 | N 3 | 10.00 | Overcast | OVC032 | 62.8 | 59.9 | 67.8 | 61.9 | 90% | | | 29.93 | | 0.0 | | |
| 12 | 00:35 | Calm | 10.00 | Overcast | OVC028 | 62.8 | 59.9 | | | 90% | | | 29.93 | | 0.0 | | |
| 12 | 00:15 | Calm | 10.00 | Mostly Cloudy | SCT030 BKN046 BKN100 | 62.6 | 59.4 | | | 89% | | | 29.93 | | 0.0 | | |
| 11 | 23:55 | Calm | 10.00 | Partly Cloudy | SCT038 SCT044 | 62.6 | 59.4 | | | 89% | | | 29.93 | | 0.0 | | |
| 11 | 23:35 | Calm | 10.00 | Mostly Cloudy | SCT036 BKN043 | 62.6 | 59.9 | | | 91% | | | 29.93 | | 0.0 | | |

VOTE001999