# Exhibit B

## Daily Line Counts

Line #: **15**  Date: **5-13-25**

Pusher: Andrew Adams MSgt
Gun Guard: Bowders MSgt
Gun Guard: Jacob Sgt

AM Count
B1 -
B2 - 10
B3 - 7
B4 - 9

AM Count: **26x's**

PM Count: _____

### Comments:

6:25 - Arrived At Camp C-Bear Gate to check out L-15
7:00 - opened outter & inner Bear Gate
7:22 - Closed inner & outter Bear Gate checked out 26x's
7:40 - Arrived At Watermelon field 26x's L-15 Porter John, shade trailer, water coolers on site
8:00 - Started working on planting watermelon's
8:45 - Announced Break for All offenders, issued cups, Gloves to All offenders, water coolers, shade trailer, porter John Available, issued out Sun Screen
9:30 - Announced Break for all offenders, water coolers, shade, porter Jo
9:35 - counted, turned into Camp C-Sally port B, 0, 10, 7, 9 = 26x's
10:15 - Announced Break for all offenders
11:15 - Head Count - 26x's
11:30 - Arrived At camp C-Bear Gate 26x's
11:32 - opened inner & outter gate
11:39 - Closed inner & outter Bear Gate 26x's

## Daily Line Counts

Line #: 15                                  Date: 5-15-25

Pusher: MSgt Adams / MSgt Bordelon
Gun Guard: MSgt Bowders
Gun Guard: MSgt Gains

AM Count: 30x's

PM Count: _____

Am Count
| B1 - 0 |
| B2 - 13 |
| B3 - 9 |
| B4 - 8 |
| 30 |

Comments:

6:32 am Arrived At Camp C- Bear Gate to Check out L-15
6:44 opened outter & inner Bear Gate
6:59 Checking out L-15 - # 30x's
7:15 Closed inner & outter Bear Gate
7:35 - Arrived At tomato field 30x's Shade trailer water coolers (filled), Poster John on site, offered sun screen to All offenders
7:45 - Strating to Plant tomatoes
8:35 - Annanced Break for All offenders
9:15 - Annanced Break for All offenders
9:47 - Turned in count to C-sally port B- 0, 13, 9, 8
10:00 - Annanced Break for All offenders
10:35 - Recount B3 9x's turned into Camp C-sally port
10:45 - Annanced Break for All offenders
11:17 - Head Land
11:30 - Arrived At Camp C - opened outter And inner Gate 30x'S
11:45 - Closed inner & outter Bear gate 30x's

VOTE002018

## Daily Line Counts

Line #: 15

Date: 5-15-25

Pusher: MSgt Adams   MSgt Borddon
Gun Guard: MSgt Gans
Gun Guard: MSgt Borders

AM Count: 27x's

PM Count: _____

Am count
B1 - 0
B2 - 9
B3 - 9
B4 - 9
    27

Comments:

6:30 Am - Arrived At Camp C- Bear Gate to check out L-15
7:00 Am Opened outter And inner Bear Gate
7:20 - Closed inner & outter Bear Gate 27x's
7:38 - Arrived At Banana Pepper field 27x's water coolers, Porter John, shade trailer on site, sun screen offered to All offenders
7:50 - Starting to Plant Banana Peppers
8:39 - Announced Break for All offenders
9:25 - Announced Break for All offenders
Water coolers, shade trailer, Porter John on site
9:36 - Turned in count to Camp C- sally port 6,0,9,9,9
10:15 - Announced Break for All offenders
11:05 - Announced Break for All offenders
11:22 - Head count
11:40 - Arrived At Camp C-Bear Gate 27x's opened outter & inner Gate
11:48 - Closed inner & outter Bear Gate

VOTE002019

## Daily Line Counts

Line #: 15

Date: 5-16-25

Pusher: MSgt A. Adams
Gun Guard: MSgt. Gains
Gun Guard: MSgt. Borders

AM Count: 22x's

PM Count: ___

| AM Count | |
|---|---|
| B1 - 0 | |
| B2 - 9 | |
| B3 - 4 | |
| B4 - 9 | |
| 22 | |

**Comments:**

6:35 Am - Arrived At Camp C - Bear Gate
6:45 Am - Opened outter to inner Bear Gate to Check out L-15
7:20 Am - Closed inner to outter Bear Gate 22x's L-15
7:33 Am - Arrived At camp H - to clean up sand bags 22x's L-15 shade toailor, porter john, water coolers on site (filled)
7:45 - Starting to bag sand bags And clean Area, offered sun screen
8:15 - Called Med #3 for offender Bobby Brown #533981 He got stung by wasp on Right Arm
8:20 - Announced Break for All offenders
9:00 - Med #3 Coley Arrived on location for offender Bobby Brown #533981 for wasp sting, Med #3 Coley ordered some cream for his sting an said he can return to work
9:02 - Announced Break for All offenders offered sun screen to All offenders
9:25 - Called Med #3 for offender Bobby Douben #581074, hurt his left foot
9:37 - Turned in Count to C-sallyport B-0,9,4,9 22x's
9:45 - Announced Break for All offenders
9:58 - Notified Med #3 Bring line Back to camp C- so she can see him back at the camp
10:00 - Head Land 22x's
10:08 - opened outter to inner Gate At Camp C

VOTE002022