UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Because the parties reached a resolution during a hearing before the Court regarding the concerns raised in Defendants' **Motion To Strike Portions Of Fourth Supplemental Declaration Of Dr. Susi Vassallo (Doc. 214)** (*See, e.g.*, Doc. 245 at 49:8–57:3; 107:4–108:4; 172:22–173:24),

**IT IS ORDERED** that the Motion is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 22nd day of May, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA