PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3502
EMAIL: JBENJAMIN@PAULWEISS.COM

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

May 28, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

      Re:    *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

      We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period May 19–May 23, 2025,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

      The heat index data listed below was recorded by the National Weather Service ("NWS") at the New Roads False River Regional Airport.  As noted below, the NWS did not publish any weather data from the New Roads False River Regional Airport for certain time spans on May 19, 20, 22, and 23.  The NWS data underlying this summary is attached as Exhibit A to this report.  Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, May 19:  The heat index at LSP met or exceeded 88 degrees[2] Fahrenheit from 10:15 a.m. to 11:55 a.m. and from 6:15 p.m. to 7:15 p.m.[3]  According to Defendants, the Farm Line was not operating on this date.

- Tuesday, May 20:  The heat index at LSP met or exceeded 88 degrees Fahrenheit from 9:55 a.m. to 11:55 a.m. and from 7:35 p.m. to 8:35 p.m.[4]  According to Defendants, the Farm Line was not operating on this day.

- Wednesday, May 21:  The heat index at LSP did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was operating on this date.

---

[1]    Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2]    Because a heat alert is issued once the heat index reaches 91 degrees pursuant to HCP8, Defendants object to using 88 degree heat index threshold in the weekly reporting.

[3]    On May 19, NWS did not record any data from 11:55 a.m. to 6:15 p.m.

[4]    On May 20, NWS did not record any data from 11:55 a.m. to 7:15 p.m.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Brian A. Jackson                                                                                    2

- Thursday, May 22:  The heat index at LSP met or exceeded 88 degrees Fahrenheit from 12:35 p.m. to 1:35 p.m.[5]  According to Defendants, the Farm Line was not operating during this time period.

- Friday, May 23:  The heat index at LSP met or exceeded 88 degrees Fahrenheit at 9:55 a.m. and from 12:35 p.m. to 1:35 p.m.[6]  According to Defendants, the Farm Line was operating during some of this time period.

      The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

                    Respectfully submitted,

                    */s/ Jeremy Benjamin*

                    Jeremy Benjamin

cc:     All Counsel of Record (via ECF)

---

[5]    On May 22, NWS did not record any data from 11:35 a.m. to 12:15 p.m. and from 1:35 p.m. to 8:15 p.m.

[6]    On May 23, NWS did not record any data from 9:55 a.m. to 12:15 p.m. and from 1:35 p.m. to 6:15 p.m.