# Exhibit A

**National Weather Service - New Roads False River Regional Airport, May 23, 2025**

| Date | Time | heat_index Fahrenheit |
|---|---|---|
| 5/23/2025 | 23:55 | |
| 5/23/2025 | 23:35 | |
| 5/23/2025 | 23:15 | |
| 5/23/2025 | 22:55 | |
| 5/23/2025 | 22:35 | |
| 5/23/2025 | 22:15 | |
| 5/23/2025 | 21:55 | |
| 5/23/2025 | 21:35 | |
| 5/23/2025 | 21:15 | |
| 5/23/2025 | 20:55 | |
| 5/23/2025 | 20:35 | |
| 5/23/2025 | 20:15 | |
| 5/23/2025 | 19:55 | |
| 5/23/2025 | 19:35 | |
| 5/23/2025 | 19:15 | |
| 5/23/2025 | 18:55 | |
| 5/23/2025 | 18:35 | |
| 5/23/2025 | 18:15 | |
| 5/23/2025 | 13:35 | 94.98 |
| 5/23/2025 | 13:15 | 93.81 |
| 5/23/2025 | 12:55 | 91.36 |
| 5/23/2025 | 12:35 | 91.13 |
| 5/23/2025 | 12:15 | |
| 5/23/2025 | 9:55 | 90.1 |
| 5/23/2025 | 9:35 | |
| 5/23/2025 | 9:15 | |
| 5/23/2025 | 8:55 | |
| 5/23/2025 | 8:35 | |
| 5/23/2025 | 8:15 | |
| 5/23/2025 | 7:55 | |
| 5/23/2025 | 7:35 | |
| 5/23/2025 | 7:15 | |
| 5/23/2025 | 6:55 | |
| 5/23/2025 | 6:35 | |
| 5/23/2025 | 6:15 | |
| 5/23/2025 | 5:55 | |
| 5/23/2025 | 5:35 | |
| 5/23/2025 | 5:15 | |
| 5/23/2025 | 4:55 | |
| 5/23/2025 | 4:35 | |
| 5/23/2025 | 4:15 | |
| 5/23/2025 | 3:55 | |
| 5/23/2025 | 3:35 | |
| 5/23/2025 | 3:15 | |
| 5/23/2025 | 2:55 | |
| 5/23/2025 | 2:35 | |

| | |
|---|---|
| 5/23/2025 | 2:15 |
| 5/23/2025 | 1:55 |
| 5/23/2025 | 1:35 |
| 5/23/2025 | 1:15 |
| 5/23/2025 | 0:55 |
| 5/23/2025 | 0:35 |
| 5/23/2025 | 0:15 |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 13:35 | W 3 | 10.00 | Partly Cloudy | SCT036 SCT042 SCT050 | 86.7 | 73.9 | | | 66% | | 95 | 30.03 | 0.0 | | | |
| 23 | 13:15 | N 6 | 10.00 | Overcast | SCT029 BKN041 OVC070 | 86 | 73.8 | | | 67% | | 94 | 30.04 | 0.0 | | | |
| 23 | 12:55 | NW 6 | 10.00 | Overcast | BKN030 BKN070 OVC075 | 84.4 | 73.6 | | | 70% | | 91 | 30.04 | 0.0 | | | |
| 23 | 12:35 | Calm | 10.00 | Mostly Cloudy | SCT034 SCT041 BKN070 | 84.9 | 72.3 | | | 66% | | 91 | 30.05 | 0.0 | | | |
| 23 | 09:55 | Calm | 10.00 | Mostly Cloudy | BKN014 BKN021 | 82.8 | 75.2 | | | 78% | | 90 | 30.06 | 0.0 | | | |
| 23 | 09:35 | Calm | 10.00 | Partly Cloudy | SCT013 SCT021 | 79.7 | 74.3 | | | 84% | | 84 | 30.06 | 0.0 | | | |
| 23 | 09:15 | Calm | 10.00 | Mostly Cloudy | BKN011 | 78.4 | 73.9 | | | 86% | | 81 | 30.06 | 0.0 | | | |
| 23 | 08:55 | Calm | 10.00 | Partly Cloudy | SCT007 | 78.3 | 74.3 | | | 88% | | 81 | 30.07 | 0.0 | | | |
| 23 | 08:35 | S 3 | 10.00 | Partly Cloudy | SCT007 | 77.2 | 74.1 | | | 90% | | 79 | 30.06 | 0.0 | | | |
| 23 | 08:15 | Calm | 10.00 | Mostly Cloudy | BKN007 | 76.1 | 73.6 | | | 92% | | 76 | 30.06 | 0.0 | | | |
| 23 | 07:55 | Calm | 10.00 | Mostly Cloudy | BKN007 | 74.5 | 72.9 | | | 95% | | | 30.05 | 0.0 | | | |
| 23 | 07:35 | Calm | 7.00 | Mostly Cloudy | BKN005 | 73.6 | 72.7 | | | 97% | | | 30.04 | 0.0 | | | |
| 23 | 07:15 | Calm | 10.00 | Overcast | OVC005 | 72.9 | 72.1 | | | 98% | | | 30.03 | 0.0 | | | |
| 23 | 06:55 | W 3 | 7.00 | Overcast | OVC007 | 72 | 71.6 | 72.5 | 69.6 | 99% | | | 30.03 | 0.0 | | | |
| 23 | 06:35 | Calm | 7.00 | Overcast | OVC007 | 71.1 | 70.7 | | | 99% | | | 30.03 | 0.0 | | | |
| 23 | 06:15 | Calm | 7.00 | Overcast | OVC007 | 70.3 | 69.8 | | | 98% | | | 30.02 | 0.0 | | | |
| 23 | 05:55 | Calm | 4.00 | Fog/Mist | BKN007 | 70.7 | 70 | | | 98% | | | 30.02 | 0.0 | | | |
| 23 | 05:35 | Calm | 10.00 | Fair | CLR | 70.5 | 69.6 | | | 97% | | | 30.02 | 0.0 | | | |
| 23 | 05:15 | Calm | 10.00 | Fair | CLR | 70 | 69.3 | | | 98% | | | 30.01 | 0.0 | | | |
| 23 | 04:55 | Calm | 7.00 | Fair | CLR | 70.2 | 69.3 | | | 97% | | | 30.01 | 0.0 | | | |
| 23 | 04:35 | Calm | 10.00 | Fair | CLR | 70 | 69.1 | | | 97% | | | 30.01 | 0.0 | | | |
| 23 | 04:15 | Calm | 10.00 | Fair | CLR | 70.7 | 69.8 | | | 97% | | | 30.01 | 0.0 | | | |
| 23 | 03:55 | Calm | 10.00 | Fair | CLR | 70.9 | 69.8 | | | 96% | | | 30.01 | 0.0 | | | |
| 23 | 03:35 | Calm | 10.00 | Fair | CLR | 70.9 | 69.8 | | | 96% | | | 30.01 | 0.0 | | | |
| 23 | 03:15 | Calm | 10.00 | Fair | CLR | 70.7 | 69.6 | | | 96% | | | 30 | 0.0 | | | |
| 23 | 02:55 | Calm | 10.00 | Fair | CLR | 70.7 | 69.1 | | | 95% | | | 30 | 0.0 | | | |
| 23 | 02:35 | Calm | 10.00 | Fair | CLR | 71.1 | 69.6 | | | 95% | | | 30 | 0.0 | | | |
| 23 | 02:15 | Calm | 10.00 | Fair | CLR | 70.9 | 69.3 | | | 95% | | | 30 | 0.0 | | | |
| 23 | 01:55 | Calm | 10.00 | Fair | CLR | 71.2 | 69.4 | | | 94% | | | 30 | 0.0 | | | |
| 23 | 01:35 | Calm | 10.00 | Fair | CLR | 71.8 | 69.8 | | | 94% | | | 29.99 | 0.0 | | | |
| 23 | 01:15 | Calm | 10.00 | Fair | CLR | 72.5 | 70 | | | 92% | | | 30 | 0.0 | | | |
| 23 | 00:55 | Calm | 10.00 | Fair | CLR | 72.3 | 70 | | | 92% | | | 30 | 0.0 | | | |
| 23 | 00:35 | Calm | 10.00 | Fair | CLR | 72.5 | 69.8 | | | 91% | | | 30.01 | 0.0 | | | |
| 23 | 00:15 | SE 3 | 10.00 | Fair | CLR | 72.7 | 70 | | | 91% | | | 30.03 | 0.0 | | | |
| 22 | 23:55 | SE 3 | 10.00 | Fair | CLR | 73.4 | 70 | | | 89% | | | 30.03 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002048

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 23:35 | SE 3 | 10.00 | Fair | CLR | 73.6 | 70.2 | | | 89% | | | 30.04 | | 0.0 | | |
| 22 | 23:15 | E 5 | 10.00 | Fair | CLR | 74.3 | 70 | | | 86% | | | 30.05 | | 0.0 | | |
| 22 | 22:55 | Calm | 10.00 | Fair | CLR | 74.8 | 69.8 | | | 84% | | | 30.04 | | 0.0 | | |
| 22 | 22:35 | Calm | 10.00 | Fair | CLR | 76.6 | 69.3 | | | 78% | | 78 | 30.04 | | 0.0 | | |
| 22 | 22:15 | Calm | 10.00 | Fair | CLR | 76.8 | 69.3 | | | 78% | | 78 | 30.03 | | 0.0 | | |
| 22 | 21:55 | S 3 | 10.00 | Fair | CLR | 77.2 | 69.8 | | | 78% | | 79 | 30.03 | | 0.0 | | |
| 22 | 21:35 | S 7 | 10.00 | Fair | CLR | 77.9 | 69.8 | | | 76% | | 80 | 30.02 | | 0.0 | | |
| 22 | 21:15 | S 7 | 0.00 | NULL | NULL | 79 | 70.2 | | | 74% | | 82 | 30.01 | | 0.0 | | |
| 22 | 20:55 | S 8 | 10.00 | Mostly Cloudy | SCT045 BKN050 | 80.4 | 71.4 | | | 74% | | 84 | 30 | | 0.0 | | |
| 22 | 20:35 | S 10 | 10.00 | Mostly Cloudy | BKN050 | 81.7 | 71.1 | | | 70% | | 86 | 30 | | 0.0 | | |
| 22 | 20:15 | SW 7 | 10.00 | NULL | NULL | 82.6 | 70 | | | 66% | | 87 | 29.99 | | 0.0 | | |
| 22 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT037 | 84.4 | 69.4 | | | 61% | | 88 | 30.02 | | 0.0 | | |
| 22 | 13:15 | SW 7 | 10.00 | Partly Cloudy | SCT035 | 84.7 | 70.2 | | | 62% | | 89 | 30.02 | | 0.0 | | |
| 22 | 12:55 | SW 6 | 10.00 | Partly Cloudy | SCT035 | 84.2 | 70 | | | 62% | | 89 | 30.03 | | 0.0 | | |
| 22 | 12:35 | S 5 | 10.00 | Partly Cloudy | SCT035 SCT080 | 84 | 69.3 | | | 61% | | 88 | 30.04 | | 0.0 | | |
| 22 | 12:15 | W 6 | 0.00 | NULL | NULL | 83.8 | 68.4 | | | 60% | | 87 | 30.05 | | 0.0 | | |
| 22 | 11:35 | W 7 | 10.00 | Fair | CLR | 83.1 | 68.4 | | | 61% | | 86 | 30.05 | | 0.0 | | |
| 22 | 11:15 | W 3 | 10.00 | Fair | CLR | 81.9 | 69.3 | | | 66% | | 85 | 30.06 | | 0.0 | | |
| 22 | 10:55 | NW 6 | 10.00 | Mostly Cloudy | BKN090 | 80.1 | 69.3 | | | 70% | | 83 | 30.06 | | 0.0 | | |
| 22 | 10:35 | NW 6 | 10.00 | Mostly Cloudy | BKN090 | 79 | 69.4 | | | 73% | | 82 | 30.06 | | 0.0 | | |
| 22 | 10:15 | NW 5 | 10.00 | Partly Cloudy | SCT090 | 79 | 69.3 | | | 72% | | 82 | 30.06 | | 0.0 | | |
| 22 | 09:55 | NW 5 | 10.00 | Fair | CLR | 78.1 | 68.5 | | | 73% | | 80 | 30.05 | | 0.0 | | |
| 22 | 09:35 | W 5 | 10.00 | Fair | CLR | 76.5 | 67.6 | | | 74% | | 78 | 30.06 | | 0.0 | | |
| 22 | 09:15 | NW 6 | 10.00 | Partly Cloudy | SCT060 SCT080 | 74.7 | 66.4 | | | 76% | | | 30.06 | | 0.0 | | |
| 22 | 08:55 | NW 7 | 10.00 | Partly Cloudy | SCT060 | 73.2 | 65.8 | | | 78% | | | 30.06 | | 0.0 | | |
| 22 | 08:35 | NW 5 | 10.00 | Fair | CLR | 72.3 | 66 | | | 81% | | | 30.06 | | 0.0 | | |
| 22 | 08:15 | NW 5 | 10.00 | Fair | CLR | 71.2 | 66 | | | 84% | | | 30.05 | | 0.0 | | |
| 22 | 07:55 | Calm | 10.00 | Fair | CLR | 69.4 | 65.3 | | | 87% | | | 30.04 | | 0.0 | | |
| 22 | 07:35 | Calm | 10.00 | Fair | CLR | 68.2 | 64.9 | | | 89% | | | 30.04 | | 0.0 | | |
| 22 | 07:15 | Calm | 10.00 | Partly Cloudy | SCT075 | 67.1 | 64.4 | | | 91% | | | 30.03 | | 0.0 | | |
| 22 | 06:55 | Calm | 10.00 | Mostly Cloudy | BKN065 | 66.2 | 64.4 | 66.2 | 63.5 | 94% | | | 30.03 | | 0.0 | | |
| 22 | 06:35 | Calm | 10.00 | Mostly Cloudy | BKN075 | 65.5 | 63.5 | | | 93% | | | 30.02 | | 0.0 | | |
| 22 | 06:15 | Calm | 10.00 | Overcast | OVC065 | 65.5 | 63.7 | | | 94% | | | 30.02 | | 0.0 | | |
| 22 | 05:55 | Calm | 10.00 | Mostly Cloudy | BKN065 | 65.1 | 63.3 | | | 94% | | | 30.02 | | 0.0 | | |
| 22 | 05:35 | Calm | 10.00 | Fair | CLR | 64.4 | 62.6 | | | 94% | | | 30.02 | | 0.0 | | |
| 22 | 05:15 | Calm | 10.00 | Fair | CLR | 64.2 | 62.6 | | | 95% | | | 30.02 | | 0.0 | | |
| 22 | 04:55 | Calm | 10.00 | Fair | CLR | 64.4 | 63 | | | 95% | | | 30 | | 0.0 | | |
| 22 | 04:35 | Calm | 10.00 | Fair | CLR | 64 | 63 | | | 96% | | | 30 | | 0.0 | | |
| 22 | 04:15 | Calm | 10.00 | Partly Cloudy | SCT065 | 63.5 | 62.6 | | | 97% | | | 30 | | 0.0 | | |
| 22 | 03:55 | Calm | 10.00 | Partly Cloudy | SCT065 | 63.7 | 62.8 | | | 97% | | | 29.99 | | 0.0 | | |
| 22 | 03:35 | Calm | 10.00 | Fair | CLR | 64.2 | 63.5 | | | 98% | | | 30 | | 0.0 | | |
| 22 | 03:15 | Calm | 10.00 | Fair | CLR | 63.9 | 63.1 | | | 98% | | | 30 | | 0.0 | | |
| 22 | 02:55 | Calm | 10.00 | Fair | CLR | 64.2 | 63.3 | | | 97% | | | 30 | | 0.0 | | |
| 22 | 02:35 | Calm | 10.00 | Fair | CLR | 63.9 | 63 | | | 97% | | | 29.99 | | 0.0 | | |
| 22 | 02:15 | Calm | 10.00 | Fair | CLR | 64 | 63 | | | 96% | | | 29.99 | | 0.0 | | |
| 22 | 01:55 | Calm | 10.00 | Fair | CLR | 63.9 | 62.8 | | | 96% | | | 30 | | 0.0 | | |

VOTE002049

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |
| 22 | 01:35 | Calm | 10.00 | Fair | CLR | 64.8 | 63.9 | | | 97% | | | 30 | | 0.0 | | |
| 22 | 01:15 | Calm | 10.00 | Fair | CLR | 64.2 | 63 | | | 96% | | | 30 | | 0.0 | | |
| 22 | 00:55 | Calm | 10.00 | Fair | CLR | 64.9 | 63.7 | 77 | 64.6 | 96% | | | 30 | | 0.0 | | |
| 22 | 00:35 | Calm | 10.00 | Fair | CLR | 65.3 | 63.9 | | | 95% | | | 30 | | 0.0 | | |
| 22 | 00:15 | Calm | 10.00 | Fair | CLR | 64.9 | 63.5 | | | 95% | | | 30 | | 0.0 | | |
| 21 | 23:55 | Calm | 10.00 | Fair | CLR | 65.3 | 63.5 | | | 94% | | | 30 | | 0.0 | | |
| 21 | 23:35 | Calm | 10.00 | Fair | CLR | 64.9 | 63.1 | | | 94% | | | 30 | | 0.0 | | |
| 21 | 23:15 | Calm | 10.00 | Fair | CLR | 66.9 | 64.9 | | | 93% | | | 30.01 | | 0.0 | | |
| 21 | 22:55 | Calm | 10.00 | Fair | CLR | 66.6 | 65.3 | | | 96% | | | 30.01 | | 0.0 | | |
| 21 | 22:35 | Calm | 10.00 | Fair | CLR | 66.6 | 64.9 | | | 95% | | | 30.01 | | 0.0 | | |
| 21 | 22:15 | N 3 | 10.00 | Fair | CLR | 67.1 | 63.7 | | | 89% | | | 30 | | 0.0 | | |
| 21 | 21:55 | Calm | 10.00 | Fair | CLR | 67.5 | 63.7 | | | 88% | | | 30 | | 0.0 | | |
| 21 | 21:35 | Calm | 10.00 | Fair | CLR | 67.6 | 62.8 | | | 85% | | | 30 | | 0.0 | | |
| 21 | 21:15 | Calm | 10.00 | Fair | CLR | 68.9 | 62.6 | | | 80% | | | 30 | | 0.0 | | |
| 21 | 20:55 | Calm | 10.00 | Partly Cloudy | SCT065 | 70.5 | 62.4 | | | 76% | | | 29.99 | | 0.0 | | |
| 21 | 20:35 | Calm | 10.00 | Mostly Cloudy | BKN065 | 70.7 | 63.7 | | | 79% | | | 29.99 | | 0.0 | | |
| 21 | 20:15 | Calm | 10.00 | Fair | CLR | 72.7 | 61.2 | | | 67% | | | 29.99 | | 0.0 | | |
| 21 | 19:55 | Calm | 10.00 | Fair | CLR | 73.9 | 60.1 | | | 62% | | | 29.98 | | 0.0 | | |
| 21 | 19:35 | SW 5 | 10.00 | Fair | CLR | 75 | 59.5 | | | 59% | | 77 | 29.97 | | 0.0 | | |
| 21 | 19:15 | SW 6 | 10.00 | Partly Cloudy | SCT060 | 76.3 | 58.5 | | | 54% | | 78 | 29.97 | | 0.0 | | |
| 21 | 18:55 | Calm | 10.00 | Overcast | OVC060 | 76.1 | 58.8 | 79.2 | 71.6 | 55% | | 78 | 29.97 | | 0.0 | | |
| 21 | 18:35 | W 3 | 10.00 | Overcast | OVC060 | 76.3 | 58.8 | | | 55% | | 78 | 29.98 | | 0.0 | | |
| 21 | 18:15 | SW 5 | 10.00 | Partly Cloudy | SCT060 | 77 | 58.3 | | | 53% | | 79 | 29.98 | | 0.0 | | |
| 21 | 17:55 | W 6 | 10.00 | Fair | CLR | 78.4 | 57.7 | | | 49% | | 79 | 29.99 | | 0.0 | | |
| 21 | 17:35 | SW 6 | 10.00 | Fair | CLR | 78.3 | 59.5 | | | 53% | | 80 | 29.98 | | 0.0 | | |
| 21 | 17:15 | SW 8 | 10.00 | Fair | CLR | 78.8 | 58.6 | | | 50% | | 80 | 29.98 | | 0.0 | | |
| 21 | 16:55 | SW 7 | 10.00 | Fair | CLR | 79 | 58.3 | | | 49% | | 80 | 29.99 | | 0.0 | | |
| 21 | 16:35 | SW 9 | 10.00 | Fair | CLR | 79.2 | 59.7 | | | 51% | | 80 | 29.99 | | 0.0 | | |
| 21 | 16:15 | SW 7 | 10.00 | Fair | CLR | 77.9 | 60.3 | | | 55% | | 79 | 29.99 | | 0.0 | | |
| 21 | 15:55 | W 3 | 10.00 | Fair | CLR | 77.2 | 61 | | | 57% | | 79 | 29.99 | | 0.0 | | |
| 21 | 15:35 | W 5 | 10.00 | Fair | CLR | 76.5 | 59.9 | | | 57% | | 78 | 29.99 | | 0.0 | | |
| 21 | 15:15 | W 5 | 10.00 | Fair | CLR | 75.7 | 59.9 | | | 58% | | 78 | 30 | | 0.0 | | |
| 21 | 14:55 | SW 6 | 10.00 | Partly Cloudy | SCT120 | 74.5 | 59.4 | | | 59% | | | 30 | | 0.0 | | |
| 21 | 14:35 | W 7 | 10.00 | Partly Cloudy | SCT120 | 73.9 | 58.6 | | | 59% | | | 30 | | 0.0 | | |
| 21 | 14:15 | W 5 | 10.00 | Fair | CLR | 72.7 | 59.2 | | | 63% | | | 30.02 | | 0.0 | | |
| 21 | 13:55 | SW 3 | 10.00 | Fair | CLR | 71.6 | 59 | | | 65% | | | 30.02 | | 0.0 | | |
| 21 | 13:35 | S 5 | 10.00 | Fair | CLR | 72 | 58.5 | | | 63% | | | 30.04 | | 0.0 | | |
| 21 | 13:15 | Calm | 10.00 | Fair | CLR | 72.5 | 59.5 | | | 64% | | | 30.04 | | 0.0 | | |
| 21 | 12:55 | W 5 | 10.00 | Fair | CLR | 72.1 | 57.7 | 72.7 | 70 | 61% | | | 30.04 | | 0.0 | | |
| 21 | 12:35 | W 7 | 10.00 | Fair | CLR | 71.1 | 57.9 | | | 63% | | | 30.05 | | 0.0 | | |
| 21 | 12:15 | SW 6 | 10.00 | Fair | CLR | 71.4 | 57.9 | | | 63% | | | 30.05 | | 0.0 | | |
| 21 | 11:55 | SW 5 | 10.00 | Fair | CLR | 70.5 | 57.9 | | | 65% | | | 30.06 | | 0.0 | | |
| 21 | 11:35 | SW 5 | 10.00 | Fair | CLR | 71.2 | 56.7 | | | 60% | | | 30.05 | | 0.0 | | |
| 21 | 11:15 | SW 5 | 10.00 | Partly Cloudy | SCT120 | 70.9 | 56.7 | | | 61% | | | 30.05 | | 0.0 | | |
| 21 | 10:55 | SW 10 | 10.00 | Thunderstorm in Vicinity | SCT070 BKN120 | 70.3 | 57.6 | | | 64% | | | 30.05 | | 0.0 | | |
| 21 | 10:35 | S 10 | 10.00 | Thunderstorm in Vicinity | SCT080 BKN110 | 71.8 | 62.1 | | | 72% | | | 30.07 | | 0.0 | | |
| 21 | 10:15 | Calm | 10.00 | Thunderstorm in Vicinity | SCT070 BKN110 | 72 | 62.1 | | | 71% | | | 30.04 | | 0.0 | | |
| 21 | 09:55 | W 3 | 10.00 | Overcast | SCT070 OVC080 | 72.5 | 61.2 | | | 68% | | | 30.02 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002050

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (<u>Metric</u>)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 13:55 | SW 3 | 10.00 | Fair | CLR | 71.6 | 59 | | | 65% | | | 30.02 | 0.0 | | | |
| 21 | 13:35 | S 5 | 10.00 | Fair | CLR | 72 | 58.5 | | | 63% | | | 30.04 | 0.0 | | | |
| 21 | 13:15 | Calm | 10.00 | Fair | CLR | 72.5 | 59.5 | | | 64% | | | 30.04 | 0.0 | | | |
| 21 | 12:55 | W 5 | 10.00 | Fair | CLR | 72.1 | 57.7 | 72.7 | 70 | 61% | | | 30.04 | 0.0 | | | |
| 21 | 12:35 | W 7 | 10.00 | Fair | CLR | 71.1 | 57.9 | | | 63% | | | 30.05 | 0.0 | | | |
| 21 | 12:15 | SW 6 | 10.00 | Fair | CLR | 71.4 | 57.9 | | | 63% | | | 30.05 | 0.0 | | | |
| 21 | 11:55 | SW 5 | 10.00 | Fair | CLR | 70.5 | 57.9 | | | 65% | | | 30.06 | 0.0 | | | |
| 21 | 11:35 | SW 5 | 10.00 | Fair | CLR | 71.2 | 56.7 | | | 60% | | | 30.05 | 0.0 | | | |
| 21 | 11:15 | SW 5 | 10.00 | Partly Cloudy | SCT120 | 70.9 | 56.7 | | | 61% | | | 30.05 | 0.0 | | | |
| 21 | 10:55 | SW 10 | 10.00 | Thunderstorm in Vicinity | SCT070 BKN120 | 70.3 | 57.6 | | | 64% | | | 30.05 | 0.0 | | | |
| 21 | 10:35 | S 10 | 10.00 | Thunderstorm in Vicinity | SCT080 BKN110 | 71.8 | 62.1 | | | 72% | | | 30.07 | 0.0 | | | |
| 21 | 10:15 | Calm | 10.00 | Thunderstorm in Vicinity | SCT070 BKN110 | 72 | 62.1 | | | 71% | | | 30.04 | 0.0 | | | |
| 21 | 09:55 | W 3 | 10.00 | Overcast | SCT070 OVC080 | 72.5 | 61.2 | | | 68% | | | 30.02 | 0.0 | | | |
| 21 | 09:35 | W 6 | 10.00 | Overcast | BKN060 OVC080 | 71.8 | 61.5 | | | 70% | | | 30 | 0.0 | | | |
| 21 | 09:15 | W 6 | 10.00 | Overcast | OVC060 | 72 | 62.4 | | | 72% | | | 30.01 | 0.0 | | | |
| 21 | 08:55 | NW 5 | 10.00 | Overcast | OVC060 | 72.5 | 63.1 | | | 73% | | | 30.01 | 0.0 | | | |
| 21 | 08:35 | NW 5 | 10.00 | Mostly Cloudy | SCT060 BKN095 | 72.5 | 64.2 | | | 75% | | | 30 | 0.0 | | | |
| 21 | 08:15 | NW 7 | 10.00 | Mostly Cloudy | SCT060 BKN095 | 71.1 | 64.6 | | | 80% | | | 29.99 | 0.0 | | | |
| 21 | 07:55 | NW 5 | 10.00 | Mostly Cloudy | BKN060 BKN095 | 71.1 | 64.8 | | | 81% | | | 30 | 0.0 | | | |
| 21 | 07:35 | NW 3 | 10.00 | Overcast | SCT060 OVC085 | 70.7 | 65.3 | | | 83% | | | 29.99 | 0.0 | | | |
| 21 | 07:15 | NW 5 | 10.00 | Overcast | SCT075 OVC085 | 70.3 | 65.3 | | | 84% | | | 29.97 | 0.0 | | | |
| 21 | 06:55 | NW 6 | 10.00 | Overcast | OVC085 | 70.2 | 66.4 | 72.7 | 69.4 | 88% | | | 29.97 | 0.0 | | | 0.07 |
| 21 | 06:35 | NW 6 | 10.00 | Overcast | OVC085 | 69.8 | 67.6 | | | 93% | | | 29.97 | 0.0 | | | |
| 21 | 06:15 | NW 5 | 10.00 | Overcast | OVC085 | 69.8 | 68.9 | | | 97% | | | 29.95 | 0.0 | | | |
| 21 | 05:55 | Calm | 10.00 | Overcast | OVC075 | 70 | 69.3 | | | 98% | | | 29.94 | 0.0 | | | |
| 21 | 05:35 | Calm | 10.00 | Mostly Cloudy | BKN075 | 70.2 | 69.6 | | | 98% | | | 29.94 | 0.0 | | | |
| 21 | 05:15 | Calm | 7.00 | Partly Cloudy | SCT075 | 69.6 | 69.1 | | | 98% | | | 29.94 | 0.0 | | | |
| 21 | 04:55 | Calm | 10.00 | Fair | CLR | 69.8 | 68.9 | | | 97% | | | 29.92 | 0.0 | 0.01 | | |
| 21 | 04:35 | Calm | 7.00 | Fair | CLR | 70.5 | 69.8 | | | 98% | | | 29.91 | 0.0 | 0.01 | | |
| 21 | 04:15 | Calm | 10.00 | Fair | CLR | 70.5 | 69.6 | | | 97% | | | 29.91 | 0.0 | 0.01 | | |
| 21 | 03:55 | Calm | 0.00 | NULL | NULL | 70.3 | 69.3 | | | 96% | | | 29.9 | 0.0 | | 0.06 | |
| 21 | 03:35 | Calm | 10.00 | Partly Cloudy | SCT006 | 70.7 | 69.8 | | | 97% | | | 29.9 | 0.0 | | | |
| 21 | 03:15 | Calm | 10.00 | Fair | CLR | 70.7 | 69.6 | | | 96% | | | 29.9 | 0.0 | | | |
| 21 | 02:55 | Calm | 10.00 | Partly Cloudy | SCT007 | 70.5 | 69.3 | | | 96% | | | 29.9 | 0.0 | | | |
| 21 | 02:35 | N 3 | 10.00 | Partly Cloudy | SCT007 | 70.7 | 69.4 | | | 96% | | | 29.9 | 0.0 | | | |
| 21 | 02:15 | Calm | 10.00 | Fair | CLR | 71.1 | 69.8 | | | 96% | | | 29.89 | 0.0 | | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002038

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 01:55 | N 3 | 10.00 | Partly Cloudy | SCT008 SCT037 SCT065 | 71.4 | 69.8 | | | 95% | | | 29.89 | 0.0 | 0.06 | | |
| 21 | 01:35 | NE 8 | 10.00 | Thunderstorm Rain | SCT065 BKN090 OVC110 | 72.1 | 70.2 | | | 94% | | | 29.92 | 0.0 | 0.05 | | |
| 21 | 01:15 | E 9 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT060 BKN100 BKN110 | 72.7 | 70.5 | | | 93% | | | 29.9 | 0.0 | 0.01 | | |
| 21 | 00:55 | SE 7 | 10.00 | Thunderstorm Light Rain | SCT100 | 72.7 | 70.2 | 84 | 72.7 | 92% | | | 29.89 | 0.0 | | | 0.03 |
| 21 | 00:35 | SE 8 | 10.00 | Mostly Cloudy | SCT080 BKN100 | 72.9 | 70 | | | 91% | | | 29.89 | 0.0 | | | |
| 21 | 00:15 | Calm | 10.00 | Light Rain | SCT043 BKN080 OVC100 | 73.4 | 70 | | | 89% | | | 29.91 | 0.0 | | | |
| 20 | 23:55 | E 12 | 10.00 | Thunderstorm Light Rain | SCT027 BKN070 OVC110 | 76.3 | 70.9 | | | 83% | | 77 | 29.91 | 0.0 | 0.02 | | |
| 20 | 23:35 | SE 6 | 10.00 | Overcast | SCT016 BKN027 OVC042 | 77.4 | 69.8 | | | 78% | | 79 | 29.92 | 0.0 | | | |
| 20 | 23:15 | N 8 | 10.00 | Thunderstorm in Vicinity | BKN014 BKN046 OVC110 | 77.5 | 71.6 | | | 82% | | 79 | 29.92 | 0.0 | | | |
| 20 | 22:55 | E 5 | 10.00 | Mostly Cloudy | BKN110 | 79.3 | 75.6 | | | 88% | | 84 | 29.92 | 0.0 | | | |
| 20 | 22:35 | SE 5 | 10.00 | Partly Cloudy | SCT110 | 79.9 | 75.6 | | | 87% | | 85 | 29.9 | 0.0 | | | |
| 20 | 22:15 | Calm | 10.00 | Partly Cloudy | SCT100 | 79.9 | 75.4 | | | 86% | | 85 | 29.89 | 0.0 | | | |
| 20 | 21:55 | S 3 | 10.00 | Fair | CLR | 80.2 | 75.4 | | | 85% | | 86 | 29.88 | 0.0 | | | |
| 20 | 21:35 | S 3 | 10.00 | Fair | CLR | 80.2 | 75.2 | | | 85% | | 85 | 29.87 | 0.0 | | | |
| 20 | 21:15 | S 6 | 10.00 | Fair | CLR | 80.6 | 74.8 | | | 83% | | 86 | 29.87 | 0.0 | | | |
| 20 | 20:55 | S 5 | 10.00 | Fair | CLR | 81 | 74.8 | | | 82% | | 87 | 29.87 | 0.0 | | | |
| 20 | 20:35 | S 6 | 10.00 | Fair | CLR | 81.5 | 74.7 | | | 80% | | 88 | 29.85 | 0.0 | | | |
| 20 | 20:15 | S 5 | 10.00 | Fair | CLR | 82.4 | 74.5 | | | 77% | | 89 | 29.84 | 0.0 | | | |
| 20 | 19:55 | S 8 | 10.00 | Fair | CLR | 83.1 | 74.7 | | | 76% | | 90 | 29.82 | 0.0 | | | |
| 20 | 19:35 | S 10 G 16 | 10.00 | Fair | CLR | 83.5 | 74.5 | | | 74% | | 91 | 29.82 | 0.0 | | | |
| 20 | 19:15 | S 7 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.81 | 0.0 | | | |
| 20 | 11:55 | SE 14 G 20 | 10.00 | Overcast | BKN033 BKN040 OVC046 | 85.3 | 72.3 | | | 65% | | 92 | 29.88 | 0.0 | | | |
| 20 | 11:35 | SE 12 | 10.00 | Mostly Cloudy | BKN031 BKN038 BKN045 | 85.8 | 72.7 | | | 65% | | 93 | 29.87 | 0.0 | | | |
| 20 | 11:15 | S 15 | 10.00 | Overcast | BKN029 OVC037 | 84.7 | 72.5 | | | 67% | | 91 | 29.87 | 0.0 | | | |
| 20 | 10:55 | S 10 G 20 | 10.00 | Overcast | BKN029 OVC037 | 85.1 | 73.2 | | | 68% | | 92 | 29.87 | 0.0 | | | |
| 20 | 10:15 | S 10 G 17 | 10.00 | Mostly Cloudy | BKN023 BKN032 | 82.8 | 72.9 | | | 72% | | 88 | 29.87 | 0.0 | | | |
| 20 | 09:55 | S 13 G 21 | 10.00 | Overcast | OVC023 | 82.6 | 73 | | | 73% | | 88 | 29.87 | 0.0 | | | |
| 20 | 09:35 | S 15 G 18 | 10.00 | Overcast | SCT020 OVC029 | 81.9 | 73 | | | 75% | | 87 | 29.87 | 0.0 | | | |
| 20 | 09:15 | S 13 G 18 | 10.00 | Overcast | SCT015 OVC029 | 80.6 | 73.4 | | | 79% | | 85 | 29.87 | 0.0 | | | |
| 20 | 08:55 | S 10 | 10.00 | Overcast | BKN014 OVC019 | 79 | 73.6 | | | 84% | | 82 | 29.87 | 0.0 | | | |
| 20 | 08:35 | S 7 | 10.00 | Overcast | OVC012 | 77.9 | 73.6 | | | 87% | | 80 | 29.86 | 0.0 | | | |
| 20 | 08:15 | S 12 | 10.00 | Overcast | OVC012 | 77.5 | 73.8 | | | 88% | | 79 | 29.85 | 0.0 | | | |

VOTE002039

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 07:55 | S 8 | 10.00 | Overcast | OVC012 | 77 | 73.6 | | | 89% | | 78 | 29.85 | | 0.0 | | |
| 20 | 07:35 | S 5 | 10.00 | Mostly Cloudy | BKN010 BKN016 | 76.6 | 73.4 | | | 90% | | 77 | 29.85 | | 0.0 | | |
| 20 | 07:15 | S 6 | 10.00 | Partly Cloudy | SCT010 | 76.1 | 73.2 | | | 91% | | 76 | 29.84 | | 0.0 | | |
| 20 | 06:55 | S 9 | 10.00 | Partly Cloudy | SCT010 | 75.6 | 72.9 | 76.6 | 74.5 | 91% | | 75 | 29.83 | | 0.0 | | |
| 20 | 06:35 | S 9 | 10.00 | Fair | CLR | 75.2 | 72.7 | | | 92% | | 74 | 29.82 | | 0.0 | | |
| 20 | 06:15 | S 9 | 10.00 | Fair | CLR | 74.8 | 72.5 | | | 92% | | | 29.81 | | 0.0 | | |
| 20 | 05:55 | S 9 | 10.00 | Fair | CLR | 74.8 | 72.5 | | | 92% | | | 29.8 | | 0.0 | | |
| 20 | 05:35 | S 12 | 10.00 | Fair | CLR | 74.8 | 72.7 | | | 93% | | | 29.8 | | 0.0 | | |
| 20 | 05:15 | S 9 | 10.00 | Fair | CLR | 75 | 72.5 | | | 92% | | 74 | 29.79 | | 0.0 | | |
| 20 | 04:55 | S 9 | 10.00 | Fair | CLR | 75.2 | 72.5 | | | 91% | | 74 | 29.79 | | 0.0 | | |
| 20 | 04:35 | S 9 | 10.00 | Fair | CLR | 74.8 | 72.5 | | | 92% | | | 29.79 | | 0.0 | | |
| 20 | 04:15 | S 10 | 10.00 | Fair | CLR | 74.7 | 72.7 | | | 94% | | | 29.79 | | 0.0 | | |
| 20 | 03:55 | S 9 | 10.00 | Fair | CLR | 74.7 | 72.7 | | | 94% | | | 29.79 | | 0.0 | | |
| 20 | 03:35 | S 8 | 10.00 | Fair | CLR | 74.8 | 72.9 | | | 94% | | | 29.79 | | 0.0 | | |
| 20 | 03:15 | S 7 | 10.00 | Fair | CLR | 75 | 72.9 | | | 93% | | 74 | 29.8 | | 0.0 | | |
| 20 | 02:55 | S 6 | 10.00 | Partly Cloudy | SCT031 | 75.2 | 72.9 | | | 92% | | 74 | 29.81 | | 0.0 | | |
| 20 | 02:35 | S 7 | 10.00 | Partly Cloudy | SCT031 | 75.2 | 72.7 | | | 92% | | 74 | 29.81 | | 0.0 | | |
| 20 | 02:15 | S 7 | 10.00 | Partly Cloudy | SCT031 | 75.6 | 72.7 | | | 91% | | 75 | 29.82 | | 0.0 | | |
| 20 | 01:55 | S 8 | 10.00 | Partly Cloudy | SCT014 SCT024 SCT030 | 75.7 | 72.7 | | | 90% | | 75 | 29.82 | | 0.0 | | |
| 20 | 01:35 | S 5 | 10.00 | Mostly Cloudy | SCT021 BKN027 | 76.3 | 72.9 | | | 89% | | 77 | 29.82 | | 0.0 | | |
| 20 | 01:15 | S 7 | 10.00 | Partly Cloudy | SCT025 | 76.5 | 72.7 | | | 88% | | 77 | 29.82 | | 0.0 | | |
| 20 | 00:55 | S 8 | 10.00 | Fair | CLR | 76.6 | 72.5 | 83.3 | 76.6 | 87% | | 78 | 29.81 | | 0.0 | | |
| 20 | 00:35 | S 10 G 20 | 10.00 | Fair | CLR | 77 | 72.5 | | | 86% | | 78 | 29.8 | | 0.0 | | |
| 20 | 00:15 | SW 13 G 18 | 10.00 | Fair | CLR | 77.2 | 72.1 | | | 85% | | 79 | 29.8 | | 0.0 | | |
| 19 | 23:55 | SW 14 G 20 | 10.00 | Fair | CLR | 77.5 | 72 | | | 83% | | 79 | 29.8 | | 0.0 | | |
| 19 | 23:35 | S 13 G 18 | 10.00 | Fair | CLR | 77.5 | 71.6 | | | 82% | | 79 | 29.81 | | 0.0 | | |
| 19 | 23:15 | SW 10 | 10.00 | Fair | CLR | 77.9 | 71.6 | | | 81% | | 80 | 29.82 | | 0.0 | | |
| 19 | 22:55 | S 10 | 10.00 | Fair | CLR | 78.4 | 71.6 | | | 80% | | 81 | 29.83 | | 0.0 | | |
| 19 | 22:35 | S 12 | 10.00 | Fair | CLR | 78.4 | 71.4 | | | 79% | | 81 | 29.83 | | 0.0 | | |
| 19 | 22:15 | S 12 | 10.00 | Partly Cloudy | SCT070 | 78.8 | 71.6 | | | 79% | | 82 | 29.83 | | 0.0 | | |
| 19 | 21:55 | S 10 | 10.00 | Fair | CLR | 79.2 | 71.8 | | | 78% | | 82 | 29.83 | | 0.0 | | |
| 19 | 21:35 | S 10 G 17 | 10.00 | Fair | CLR | 79.5 | 71.6 | | | 77% | | 83 | 29.82 | | 0.0 | | |
| 19 | 21:15 | S 9 | 10.00 | Fair | CLR | 79.7 | 71.8 | | | 77% | | 83 | 29.82 | | 0.0 | | |
| 19 | 20:55 | S 9 | 10.00 | Fair | CLR | 79.7 | 72.7 | | | 79% | | 84 | 29.82 | | 0.0 | | |
| 19 | 20:35 | S 6 | 10.00 | Fair | CLR | 80.6 | 72.5 | | | 76% | | 85 | 29.82 | | 0.0 | | |
| 19 | 20:15 | S 9 G 16 | 10.00 | Fair | CLR | 81 | 72.5 | | | 76% | | 86 | 29.81 | | 0.0 | | |
| 19 | 19:55 | S 8 | 10.00 | Fair | CLR | 81.5 | 72.5 | | | 74% | | 86 | 29.81 | | 0.0 | | |
| 19 | 19:35 | S 10 G 16 | 10.00 | Partly Cloudy | SCT036 SCT060 SCT070 | 82 | 72.5 | | | 73% | | 87 | 29.81 | | 0.0 | | |
| 19 | 19:15 | S 8 | 10.00 | Partly Cloudy | SCT050 SCT060 | 82.6 | 72.7 | | | 72% | | 88 | 29.81 | | 0.0 | | |
| 19 | 18:55 | S 8 | 10.00 | Partly Cloudy | SCT050 | 83.3 | 72.5 | | | 70% | | 89 | 29.81 | | 0.0 | | |
| 19 | 18:35 | S 12 G 17 | 10.00 | Fair | CLR | 84.2 | 72.5 | | | 68% | | 90 | 29.81 | | 0.0 | | |

VOTE002040

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 18:15 | S 12 | 10.00 | NULL | NULL | 85.6 | 72.7 | | | 65% | | 92 | 29.82 | | 0.0 | | |
| 19 | 11:55 | S 9 G 17 | 10.00 | Mostly Cloudy | SCT029 SCT033 BKN048 | 85.1 | 72.7 | | | 66% | | 92 | 29.91 | | 0.0 | | |
| 19 | 11:35 | SW 13 | 10.00 | Mostly Cloudy | BKN027 BKN034 BKN046 | 84 | 72.9 | | | 69% | | 90 | 29.91 | | 0.0 | | |
| 19 | 11:15 | SW 12 G 16 | 10.00 | Mostly Cloudy | SCT027 BKN032 BKN038 | 84.4 | 73.2 | | | 69% | | 91 | 29.9 | | 0.0 | | |
| 19 | 10:55 | SW 10 G 17 | 10.00 | Overcast | BKN027 OVC037 | 84 | 72.9 | | | 69% | | 90 | 29.9 | | 0.0 | | |
| 19 | 10:35 | S 12 | 10.00 | Mostly Cloudy | BKN027 BKN034 | 82.6 | 72.5 | | | 72% | | 88 | 29.9 | | 0.0 | | |
| 19 | 10:15 | S 9 G 22 | 10.00 | Mostly Cloudy | SCT022 BKN027 | 82.4 | 73.2 | | | 74% | | 88 | 29.9 | | 0.0 | | |
| 19 | 09:55 | S 12 | 10.00 | Overcast | BKN018 OVC024 | 81.9 | 73 | | | 75% | | 87 | 29.89 | | 0.0 | | |
| 19 | 09:35 | S 13 G 18 | 10.00 | Overcast | BKN016 OVC022 | 81.3 | 73.9 | | | 78% | | 87 | 29.89 | | 0.0 | | |
| 19 | 09:15 | S 12 | 10.00 | Overcast | OVC016 | 79.2 | 73.6 | | | 83% | | 83 | 29.9 | | 0.0 | | |
| 19 | 08:55 | SW 13 | 10.00 | Overcast | OVC012 | 78.8 | 73.9 | | | 85% | | 82 | 29.9 | | 0.0 | | |
| 19 | 08:35 | SW 8 | 10.00 | Overcast | OVC010 | 77.9 | 74.1 | | | 88% | | 80 | 29.9 | | 0.0 | | |
| 19 | 08:15 | SW 10 | 0.00 | NULL | NULL | 77 | 74.3 | | | 91% | | 78 | 29.9 | | 0.0 | | |
| 19 | 07:35 | SW 6 | 10.00 | Partly Cloudy | SCT006 SCT012 | 74.8 | 73.4 | | | 95% | | | 29.9 | | 0.0 | | |
| 19 | 07:15 | SW 7 | 10.00 | Partly Cloudy | SCT006 SCT010 | 74.5 | 73.4 | | | 96% | | | 29.89 | | 0.0 | | |
| 19 | 06:55 | SW 7 | 10.00 | Partly Cloudy | SCT008 | 74.3 | 73.2 | 75.7 | 74.3 | 96% | | | 29.89 | | 0.0 | | |
| 19 | 06:35 | SW 6 | 10.00 | Fair | CLR | 74.5 | 73 | | | 95% | | | 29.89 | | 0.0 | | |
| 19 | 06:15 | S 6 | 10.00 | Partly Cloudy | SCT055 | 74.5 | 73.2 | | | 96% | | | 29.88 | | 0.0 | | |
| 19 | 05:55 | S 7 | 10.00 | Partly Cloudy | SCT055 | 74.5 | 73 | | | 95% | | | 29.88 | | 0.0 | | |
| 19 | 05:35 | SW 6 | 10.00 | Partly Cloudy | SCT008 | 74.7 | 73 | | | 95% | | | 29.88 | | 0.0 | | |
| 19 | 05:15 | S 6 | 10.00 | Mostly Cloudy | BKN008 | 74.8 | 73 | | | 94% | | | 29.88 | | 0.0 | | |
| 19 | 04:55 | S 7 | 10.00 | Overcast | OVC008 | 75.2 | 73.4 | | | 94% | | 74 | 29.87 | | 0.0 | | |
| 19 | 04:35 | S 7 | 10.00 | Overcast | OVC010 | 75.4 | 73.2 | | | 93% | | 74 | 29.88 | | 0.0 | | |
| 19 | 04:15 | S 5 | 10.00 | Overcast | BKN010 OVC013 | 75.2 | 73.2 | | | 94% | | 74 | 29.87 | | 0.0 | | |
| 19 | 03:55 | S 8 | 10.00 | Overcast | OVC013 | 75.2 | 73 | | | 93% | | 74 | 29.86 | | 0.0 | | |
| 19 | 03:35 | S 6 | 10.00 | Mostly Cloudy | BKN013 | 75.2 | 73 | | | 93% | | 74 | 29.87 | | 0.0 | | |
| 19 | 03:15 | SW 7 | 10.00 | Mostly Cloudy | BKN011 | 75.2 | 72.9 | | | 92% | | 74 | 29.88 | | 0.0 | | |
| 19 | 02:55 | S 3 | 10.00 | Overcast | OVC011 | 75.4 | 73 | | | 92% | | 74 | 29.89 | | 0.0 | | |
| 19 | 02:35 | S 3 | 10.00 | Mostly Cloudy | BKN011 | 75.4 | 72.9 | | | 92% | | 75 | 29.88 | | 0.0 | | |
| 19 | 02:15 | S 5 | 10.00 | Partly Cloudy | SCT010 SCT017 | 75.2 | 72.7 | | | 92% | | 74 | 29.87 | | 0.0 | | |
| 19 | 01:55 | S 6 | 10.00 | Partly Cloudy | SCT015 SCT020 | 75.6 | 72.7 | | | 91% | | 75 | 29.88 | | 0.0 | | |
| 19 | 01:35 | S 8 | 10.00 | Fair | CLR | 75.6 | 72.5 | | | 90% | | 75 | 29.87 | | 0.0 | | |
| 19 | 01:15 | S 8 | 10.00 | Fair | CLR | 75.7 | 72.5 | | | 90% | | 76 | 29.87 | | 0.0 | | |
| 19 | 00:55 | S 9 | 10.00 | Fair | CLR | 75.7 | 72.1 | | | 89% | | 76 | 29.87 | | 0.0 | | |
| 19 | 00:35 | S 9 | 10.00 | Fair | CLR | 76.1 | 72 | | | 87% | | 77 | 29.88 | | 0.0 | | |
| 19 | 00:15 | S 7 | 10.00 | Fair | CLR | 76.3 | 71.8 | | | 86% | | 77 | 29.88 | | 0.0 | | |

VOTE002041