# Exhibit B

## Daily Line Counts

Line #: 15      Date: 5-21-2025

Pusher: Lt Karisny Msgt Bordelon
Gun Guard: Sgt Washington
Gun Guard: Sgt Gaines

B1 - 0
B2 - 16
B3 - 12
B4 - 6

AM Count: Total 34

PM Count: 0

Comments:

6:45Am Opened Bear gate outside and inside, signed out 34x
7:15Am Enroute watermelon Field
7:32Am Arrived at watermelon field
7:35Am Started Planting watermelons, offered sunscreen, watercoolers and shade trailer and Port-a-potty onsite
8:20Am Msgt Tommy delivered 5 flats of watermelon seedings
9:25Am Counted B1-0 B2-16 B3-12 B4-6 total 34
9:30Am Called in count to camp C sally port
10:17Am Head land Counted 34x and escorted to bus prior to inclement weather
10:20Am Enroute to Camp C
10:32Am Shook down 34x opened inside gate and outside gate at Camp C
10:40Am locked and secured inside and outside gate

VOTE002053

## Daily Line Counts

Line #: 15         Date: 5-22-25

Pusher: Lt. M. Karisny
Gun Guard: MSgt. I. Gaines
Gun Guard: MSgt. S. Washington

AM Count: 30

PM Count: 0

| Bear | 30 | 30 | 29 |
|---|---|---|---|
| 1. | 0 | 1. 0 | |
| 2. | 10 | 2. 10 | |
| 3. | 11 | 3. 11-1 10 | |
| 4. | 9 | 4. 9 | |

Count Time 9:15a

Comments:

600am Roll call checked out bus 1345 and radio 28670
640am Arrival at Camp C Bear Gate to check out Line 15
645am Opened Bear gate
705am Started checking inmates for Line 15
721am Completed checking out inmates Checked out 30x
731am Arrived at squash field on A-Land with 30 inmates. Shade trailer with 3 water coolers of water, Portable restroom with handwash station on site. Offered sun screen to all inmates. No inmate wanted sunscreen.
839am Turned in 86 crates of squash
915am Shut down line to conduct count
930am Turned in count to Camp C sallyport Bear Unit (1) 0; (2) 10; (3) 11; (4) 9  Total 30x
949am Capt. R. London escorted inmate Howard Mclaurin (427968) of F Bear 3, back to Camp C for callout
1019am Turned in 93 crates of squash

Page 1 of 2

VOTE002054

## Daily Line Counts

Line #: 15                    Date: 5-22-25

Pusher: Lt. M. Kortsny
Gun Guard: MSgt. I. Gaines
Gun Guard: MSgt. S. Washington

AM Count: 30

PM Count: Ø

Comments:

1105am Called Head land For the day. Loaded bus with 29 x
1125am Arrived at Camp C Bear Gate
1132am Unloaded the bus and began shaking down inmates on Line 15.
Checked 3̶0̶ 29 to Camp C

Page 2 of 2

VOTE002055

## Daily Line Counts

Line #: 24, 25                Date: 5/22/2025

Pusher: Msgt Bordelon
Gun Guard: Sgt Crouse
Gun Guard: Sgt Brown

F2 - 1 ''
F3 - 2 11
F4 - 8 1111
= 8x

AM Count: 8x

PM Count: 0

Comments:

6:40 Arrived at camp D gate
7:12 Opened outside and inside gate
7:25 locked and secure recieved 8x Line 24,25 and 16x Line 6A6B
7:30 enroute processing plant
7:35 Arrived at processing plant, dropped off Msgt Griffin and Line 6A6B
7:37 Enroute potato field w/8x
7:43 Arrived at potato field with shade trailer, water coolers, and port-a-potty onsite
7:45 inmates starting cleaning field, sunscreen was offered
8:32 Warden Vannoy and Warden Gremillion made round by potato field
9:30 Counted F1-0, F2-2, F3-2, F4-4 = 8x
9:32 Called in count via radio to Camp D sally port
11:18 Head land 8x escorted to bus, enroute Camp D Fal gate
11:26 Arrived Camp D Fal gate
11:30 Pat searched inmates, 8x, opened outside and inside gate
11:45 Verified count with Capt Bynum, Locked and secured inside and outside gate

## Daily Line Counts

Line #: 15                         Date: 5-23-25

Pusher: Lt. M. Karisny / MSgt. E. Brown    Bear
Gun Guard: Sgt. J. Crause
Gun Guard: MSgt. S. Washington

B(1) 0

B(2) 8

AM Count: 24

B(3) 9

PM Count: 0

B(4) 7

Total: 24

**Comments:**

6:00am Rollcall checked out bus 1345, Radios 2867 and 0085
6:30am Arrived at Camp C checked out keys for Bear gate
6:33am Arrived at Camp Bear gate
7:10am Started checking out inmates
7:25am Checked out 24x
7:28am Turned in Bear gate key to E building
7:40am Arrived at squash field in A-Land Shade trailer, Portable
8:15 Restroom onsite. Offered sunscreen to inmates. None accepted
8:15am Received 3 water coolers
9:23am Conducted count of Line 15
9:27am Called in count to Camp C Sally port. B(1) 0; B(2) 8; B(3) 9; B(4) 7. Total 24x
10:25am Called head line counted inmates 24x
10:33am Loaded bus with 24x
10:41am Arrived at Camp C checked out Bear gate keys Checked in 24x
10:49am Left Camp C