IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## SUPPLEMENTAL DECLARATION OF JEREMY A. BENJAMIN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jeremy A. Benjamin declare as follows:

1.     I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced ("VOTE"), Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams (collectively, "Plaintiffs") in the above-captioned action. I respectfully submit this supplemental declaration in further support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript from oral argument held on February 19, 2025 on Plaintiffs' Motion for Class Certification.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript from the evidentiary hearing on Plaintiffs' Motion for Class Certification held on April 22, 2025.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript from the evidentiary hearing on Plaintiffs' Motion for Class Certification held on April 23, 2025.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript from the evidentiary hearing on Plaintiffs' Motion for Class Certification held on April 24, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 02, 2025.

Respectfully submitted,

By: _____
Jeremy A. Benjamin
Paul, Weiss, Rifkind, Wharton &
 Garrison LLP
NY Bar No. 4770277 (*admitted pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3502
Fax: (212) 492-0502
jbenjamin@paulweiss.com

*Counsel for Plaintiffs and the Proposed Classes*