# Exhibit A

Case 3:23-cv-01304-BAJ-EWD    Document 260-1    06/03/25    Page 1 of 12

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 07:55 | NW 5 | 10.00 | Fair | CLR | 70.3 | 62.2 | | | 76% | | | 30.02 | | 0.0 | | |
| 31 | 07:35 | NW 3 | 10.00 | Fair | CLR | 69.8 | 62.4 | | | 78% | | | 30.01 | | 0.0 | | |
| 31 | 07:15 | NW 3 | 10.00 | Fair | CLR | 68.5 | 63.5 | | | 84% | | | 30 | | 0.0 | | |
| 31 | 06:55 | NW 5 | 10.00 | Fair | CLR | 67.1 | 63 | 71.1 | 65.3 | 87% | | | 30 | | 0.0 | | |
| 31 | 06:35 | NW 3 | 10.00 | Fair | CLR | 66 | 62.6 | | | 89% | | | 30 | | 0.0 | | |
| 31 | 06:15 | W 3 | 10.00 | Fair | CLR | 65.3 | 62.4 | | | 90% | | | 30 | | 0.0 | | |
| 31 | 05:55 | NW 5 | 10.00 | Fair | CLR | 65.5 | 62.6 | | | 90% | | | 29.99 | | 0.0 | | |
| 31 | 05:35 | NW 5 | 10.00 | Fair | CLR | 65.5 | 62.6 | | | 90% | | | 30 | | 0.0 | | |
| 31 | 05:15 | NW 6 | 10.00 | Partly Cloudy | SCT049 | 66.9 | 62.1 | | | 84% | | | 30 | | 0.0 | | |
| 31 | 04:55 | N 6 | 10.00 | Mostly Cloudy | BKN049 | 68.2 | 63.5 | | | 85% | | | 30 | | 0.0 | | |
| 31 | 04:35 | NW 3 | 10.00 | Overcast | OVC049 | 68.9 | 64 | | | 85% | | | 30 | | 0.0 | | |
| 31 | 04:15 | Calm | 10.00 | Overcast | OVC049 | 69.1 | 64.8 | | | 86% | | | 30 | | 0.0 | | |
| 31 | 03:55 | NW 3 | 10.00 | Overcast | OVC049 | 68.9 | 64.4 | | | 86% | | | 30 | | 0.0 | | |
| 31 | 03:35 | Calm | 10.00 | Overcast | OVC049 | 68.7 | 65.3 | | | 89% | | | 30 | | 0.0 | | |
| 31 | 03:15 | N 3 | 10.00 | Partly Cloudy | SCT047 | 68 | 65.3 | | | 91% | | | 30 | | 0.0 | | |
| 31 | 02:55 | N 3 | 10.00 | Fair | CLR | 68.2 | 65.3 | | | 91% | | | 30 | | 0.0 | | |
| 31 | 02:35 | N 5 | 10.00 | Fair | CLR | 68.2 | 65.7 | | | 92% | | | 30 | | 0.0 | | |
| 31 | 02:15 | N 3 | 10.00 | Fair | CLR | 69.3 | 66.4 | | | 91% | | | 29.99 | | 0.0 | | |
| 31 | 01:55 | Calm | 10.00 | Fair | CLR | 69.8 | 66.6 | | | 90% | | | 29.99 | | 0.0 | | |
| 31 | 01:35 | NW 3 | 10.00 | Fair | CLR | 70 | 66.7 | | | 90% | | | 30 | | 0.0 | | |
| 31 | 01:15 | N 5 | 10.00 | Fair | CLR | 70.2 | 67.1 | | | 90% | | | 30 | | 0.0 | | |
| 31 | 00:55 | N 7 | 10.00 | Partly Cloudy | SCT055 SCT100 | 71.1 | 67.1 | 78.3 | 71.1 | 87% | | | 30 | | 0.0 | | |
| 31 | 00:35 | N 6 | 10.00 | Mostly Cloudy | BKN055 BKN100 | 71.8 | 68 | | | 88% | | | 30 | | 0.0 | | |
| 31 | 00:15 | N 3 | 7.00 | Mostly Cloudy | SCT055 BKN100 | 71.8 | 68 | | | 88% | | | 30 | | 0.0 | | |
| 30 | 23:55 | N 5 | 10.00 | Partly Cloudy | SCT055 | 71.6 | 68 | | | 88% | | | 30 | | 0.0 | | |
| 30 | 23:35 | N 5 | 10.00 | Partly Cloudy | SCT055 | 71.6 | 68.2 | | | 89% | | | 30 | | 0.0 | | |
| 30 | 23:15 | NW 6 | 10.00 | Fair | CLR | 71.6 | 68.9 | | | 91% | | | 30 | | 0.0 | | |
| 30 | 22:55 | NW 6 | 10.00 | Fair | CLR | 71.8 | 68.9 | | | 91% | | | 29.99 | | 0.0 | | |
| 30 | 22:35 | N 5 | 10.00 | Partly Cloudy | SCT049 | 73.2 | 68.7 | | | 86% | | | 29.99 | | 0.0 | | |
| 30 | 22:15 | N 3 | 10.00 | Fair | CLR | 72.9 | 68.5 | | | 86% | | | 29.98 | | 0.0 | | |
| 30 | 21:55 | NW 6 | 10.00 | Partly Cloudy | SCT110 | 73.6 | 68.9 | | | 85% | | | 29.97 | | 0.0 | | |
| 30 | 21:35 | N 6 | 10.00 | Partly Cloudy | SCT100 | 74.3 | 68.9 | | | 83% | | | 29.97 | | 0.0 | | |
| 30 | 21:15 | N 6 | 10.00 | Fair | CLR | 74.7 | 68.9 | | | 82% | | | 29.96 | | 0.0 | | |
| 30 | 20:55 | N 6 | 10.00 | Fair | CLR | 74.7 | 68.9 | | | 82% | | | 29.95 | | 0.0 | | |
| 30 | 20:35 | N 8 | 10.00 | Fair | CLR | 75.4 | 68.9 | | | 80% | | 76 | 29.95 | | 0.0 | | |
| 30 | 20:15 | N 8 | 10.00 | Fair | CLR | 76.3 | 69.8 | | | 80% | | 77 | 29.95 | | 0.0 | | |
| 30 | 19:55 | N 8 | 10.00 | Fair | CLR | 77 | 70.7 | | | 81% | | 79 | 29.94 | | 0.0 | | |
| 30 | 19:35 | N 5 | 10.00 | Fair | CLR | 77.5 | 70.3 | | | 79% | | 79 | 29.94 | | 0.0 | | |
| 30 | 19:15 | N 8 | 10.00 | Partly Cloudy | SCT110 | 77.9 | 71.2 | | | 80% | | 80 | 29.93 | | 0.0 | | |
| 30 | 18:55 | N 9 | 10.00 | Mostly Cloudy | BKN110 | 78.3 | 71.1 | | | 79% | | 81 | 29.93 | | 0.0 | | |
| 30 | 18:35 | N 8 | 10.00 | Partly Cloudy | SCT110 | 78.8 | 71.8 | | | 79% | | 82 | 29.94 | | 0.0 | | |
| 30 | 18:15 | N 8 | 10.00 | Mostly Cloudy | BKN120 | 79.3 | 71.6 | | | 77% | | 83 | 29.95 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 30 | 17:55 | N 7 | 10.00 | Mostly Cloudy | BKN110 | 80.2 | 72 | | | 76% | | 84 | 29.95 | | 0.0 | | |
| 30 | 17:35 | N 6 | 10.00 | Mostly Cloudy | BKN110 | 81.3 | 72.3 | | | 74% | | 86 | 29.95 | | 0.0 | | |
| 30 | 17:15 | N 6 | 10.00 | Fair | CLR | 81.5 | 72.5 | | | 74% | | 86 | 29.96 | | 0.0 | | |
| 30 | 16:55 | N 6 | 10.00 | Partly Cloudy | SCT022 SCT027 | 81.5 | 72.5 | | | 74% | | 86 | 29.96 | | 0.0 | | |
| 30 | 16:35 | N 8 | 10.00 | NULL | NULL | 81.7 | 72.9 | | | 75% | | 87 | 29.97 | | 0.0 | | |
| 30 | 16:20 | NE 6 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.97 | | 0.0 | | |
| 30 | 15:35 | N 10 | 10.00 | Fair | CLR | 82.6 | 72.9 | | | 73% | | 88 | 29.97 | | 0.0 | | |
| 30 | 15:15 | N 12 | 10.00 | Fair | CLR | 81.9 | 73.4 | | | 76% | | 87 | 29.97 | | 0.0 | | |
| 30 | 14:55 | N 10 | 10.00 | Fair | CLR | 82.2 | 73.9 | | | 76% | | 88 | 29.97 | | 0.0 | | |
| 30 | 12:55 | N 5 | 10.00 | Fair | CLR | 84 | 75 | 84 | 70 | 74% | | 92 | 30.01 | | 0.0 | | |
| 30 | 12:35 | NE 5 | 10.00 | Partly Cloudy | SCT055 SCT090 | 83.5 | 74.7 | | | 75% | | 91 | 30.02 | | 0.0 | | |
| 30 | 12:15 | NE 6 | 10.00 | Overcast | OVC055 | 81.9 | 75.2 | | | 80% | | 89 | 30.04 | | 0.0 | | |
| 30 | 11:55 | E 5 | 10.00 | Mostly Cloudy | BKN060 BKN070 | 82 | 74.5 | | | 78% | | 88 | 30.03 | | 0.0 | | |
| 30 | 11:35 | Calm | 10.00 | Mostly Cloudy | BKN065 BKN070 | 81.9 | 74.5 | | | 78% | | 88 | 30.03 | | 0.0 | | |
| 30 | 11:15 | NE 3 | 10.00 | Mostly Cloudy | BKN065 | 81.5 | 73.9 | | | 78% | | 87 | 30.03 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 12:35 | NE 5 | 10.00 | Partly Cloudy | SCT055 SCT090 | 83.5 | 74.7 | | | 75% | | 91 | 30.02 | | 0.0 | | |
| 30 | 12:15 | NE 6 | 10.00 | Overcast | OVC055 | 81.9 | 75.2 | | | 80% | | 89 | 30.04 | | 0.0 | | |
| 30 | 11:55 | E 5 | 10.00 | Mostly Cloudy | BKN060 BKN070 | 82 | 74.5 | | | 78% | | 88 | 30.03 | | 0.0 | | |
| 30 | 11:35 | Calm | 10.00 | Mostly Cloudy | BKN065 BKN070 | 81.9 | 74.5 | | | 78% | | 88 | 30.03 | | 0.0 | | |
| 30 | 11:15 | NE 3 | 10.00 | Mostly Cloudy | BKN065 | 81.5 | 73.9 | | | 78% | | 87 | 30.03 | | 0.0 | | |
| 30 | 10:55 | N 3 | 10.00 | Partly Cloudy | SCT065 | 81.5 | 74.5 | | | 79% | | 87 | 30.03 | | 0.0 | | |
| 30 | 10:35 | NE 3 | 10.00 | Fair | CLR | 81.5 | 74.7 | | | 80% | | 88 | 30.03 | | 0.0 | | |
| 30 | 10:15 | Calm | 10.00 | Fair | CLR | 80.6 | 73.6 | | | 79% | | 85 | 30.03 | | 0.0 | | |
| 30 | 09:55 | Calm | 10.00 | Fair | CLR | 80.1 | 73.6 | | | 81% | | 84 | 30.02 | | 0.0 | | |
| 30 | 09:35 | Calm | 10.00 | Fair | CLR | 79.3 | 73.2 | | | 82% | | 83 | 30.02 | | 0.0 | | |
| 30 | 09:15 | Calm | 10.00 | Fair | CLR | 79 | 72.7 | | | 81% | | 82 | 30.03 | | 0.0 | | |
| 30 | 08:55 | Calm | 10.00 | Fair | CLR | 78.1 | 72.1 | | | 82% | | 81 | 30.03 | | 0.0 | | |
| 30 | 08:35 | Calm | 10.00 | Fair | CLR | 77.2 | 72.9 | | | 87% | | 79 | 30.02 | | 0.0 | | |
| 30 | 08:15 | Calm | 10.00 | Fair | CLR | 75.6 | 72.7 | | | 91% | | 75 | 30.01 | | 0.0 | | |
| 30 | 07:55 | Calm | 10.00 | Fair | CLR | 73.8 | 72.5 | | | 96% | | | 30.02 | | 0.0 | | |
| 30 | 07:35 | Calm | 10.00 | Fair | CLR | 72.3 | 71.4 | | | 97% | | | 30.02 | | 0.0 | | |
| 30 | 07:15 | Calm | 10.00 | Fair | CLR | 71.6 | 70.9 | | | 98% | | | 30.01 | | 0.0 | | |
| 30 | 06:55 | Calm | 10.00 | Fair | CLR | 70 | 69.6 | 72.7 | 69.3 | 99% | | | 30 | | 0.0 | | |
| 30 | 06:35 | Calm | 10.00 | Fair | CLR | 69.8 | 69.1 | | | 98% | | | 30 | | 0.0 | | |
| 30 | 06:15 | Calm | 10.00 | Fair | CLR | 69.3 | 68.9 | | | 99% | | | 30 | | 0.0 | | |
| 30 | 05:55 | Calm | 10.00 | Fair | CLR | 69.8 | 69.1 | | | 98% | | | 29.99 | | 0.0 | | |
| 30 | 05:35 | Calm | 10.00 | Fair | CLR | 69.8 | 69.3 | | | 98% | | | 30 | | 0.0 | | |
| 30 | 05:15 | Calm | 10.00 | Fair | CLR | 69.8 | 69.3 | | | 98% | | | 30 | | 0.0 | | |
| 30 | 04:55 | Calm | 10.00 | Fair | CLR | 70 | 69.3 | | | 98% | | | 30 | | 0.0 | | |
| 30 | 04:35 | Calm | 10.00 | Fair | CLR | 70.5 | 69.8 | | | 98% | | | 29.99 | | 0.0 | | |
| 30 | 04:15 | Calm | 10.00 | Fair | CLR | 70.7 | 69.8 | | | 97% | | | 29.99 | | 0.0 | | |
| 30 | 03:55 | Calm | 10.00 | Fair | CLR | 70.7 | 70 | | | 98% | | | 29.99 | | 0.0 | | |
| 30 | 03:35 | Calm | 10.00 | Fair | CLR | 70.7 | 70 | | | 98% | | | 30 | | 0.0 | | |
| 30 | 03:15 | Calm | 10.00 | Fair | CLR | 70.9 | 70 | | | 97% | | | 29.99 | | 0.0 | | |
| 30 | 02:55 | Calm | 10.00 | Fair | CLR | 70.7 | 69.6 | | | 96% | | | 29.99 | | 0.0 | | |
| 30 | 02:35 | Calm | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 30 | | 0.0 | | |
| 30 | 02:15 | Calm | 10.00 | Fair | CLR | 71.4 | 70.2 | | | 96% | | | 30.01 | | 0.0 | | |
| 30 | 01:55 | Calm | 10.00 | Fair | CLR | 71.8 | 70 | | | 94% | | | 30.01 | | 0.0 | | |
| 30 | 01:35 | Calm | 10.00 | Fair | CLR | 72.5 | 70.5 | | | 94% | | | 30.01 | | 0.0 | | |
| 30 | 01:15 | Calm | 10.00 | Fair | CLR | 72.7 | 70.3 | | | 92% | | | 30.01 | | 0.0 | | |
| 30 | 00:55 | Calm | 10.00 | Fair | CLR | 72.5 | 70.9 | 81.5 | 72.5 | 95% | | | 30.01 | | 0.0 | | |
| 30 | 00:35 | Calm | 10.00 | Fair | CLR | 72.7 | 70.9 | | | 94% | | | 30.02 | | 0.0 | | |
| 30 | 00:15 | Calm | 10.00 | Fair | CLR | 73.2 | 70.7 | | | 92% | | | 30.02 | | 0.0 | | |
| 29 | 23:55 | Calm | 10.00 | Fair | CLR | 73 | 71.2 | | | 94% | | | 30.02 | | 0.0 | | |
| 29 | 23:35 | Calm | 10.00 | Fair | CLR | 73.6 | 72 | | | 95% | | | 30.01 | | 0.0 | | |
| 29 | 23:15 | N 3 | 10.00 | Fair | CLR | 74.1 | 72.1 | | | 94% | | | 30.02 | | 0.0 | | |
| 29 | 22:55 | Calm | 10.00 | Fair | CLR | 73.8 | 72.1 | | | 95% | | | 30.02 | | 0.0 | | |
| 29 | 22:35 | Calm | 10.00 | Fair | CLR | 73.6 | 71.8 | | | 94% | | | 30.01 | | 0.0 | | |

VOTE002088

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 29 | 22:15 | Calm | 10.00 | Fair | CLR | 74.1 | 71.8 | | | 92% | | | 30 | | 0.0 | | |
| 29 | 21:55 | Calm | 10.00 | Fair | CLR | 74.5 | 72.3 | | | 93% | | | 29.99 | | 0.0 | | |
| 29 | 21:35 | Calm | 10.00 | Fair | CLR | 75.9 | 73.2 | | | 91% | | 76 | 29.99 | | 0.0 | | |
| 29 | 21:15 | Calm | 10.00 | Fair | CLR | 76.6 | 72.3 | | | 87% | | 78 | 29.99 | | 0.0 | | |
| 29 | 20:55 | Calm | 10.00 | Fair | CLR | 76.5 | 73.6 | | | 91% | | 77 | 29.98 | | 0.0 | | |
| 29 | 20:35 | Calm | 10.00 | Fair | CLR | 77.2 | 72.7 | | | 86% | | 79 | 29.98 | | 0.0 | | |
| 29 | 20:15 | Calm | 10.00 | Fair | CLR | 78.1 | 72.9 | | | 84% | | 81 | 29.98 | | 0.0 | | |
| 29 | 19:55 | Calm | 10.00 | Fair | CLR | 79.2 | 72.7 | | | 81% | | 83 | 29.98 | | 0.0 | | |
| 29 | 19:35 | Calm | 10.00 | Fair | CLR | 80.6 | 71.1 | | | 73% | | 84 | 29.99 | | 0.0 | | |
| 29 | 19:15 | NW 5 | 0.00 | NULL | NULL | 81.5 | 71.4 | | | 72% | | 86 | 30 | | 0.0 | | |
| 29 | 18:35 | Calm | 10.00 | Fair | CLR | 82.8 | 71.4 | | | 69% | | 88 | 30 | | 0.0 | | |
| 29 | 18:15 | N 5 | 10.00 | Fair | CLR | 82.9 | 71.4 | | | 68% | | 88 | 29.99 | | 0.0 | | |
| 29 | 17:15 | N 6 | 10.00 | Fair | CLR | 83.1 | 71.2 | | | 67% | | 88 | 30 | | 0.0 | | |
| 29 | 16:55 | N 8 | 10.00 | Fair | CLR | 83.1 | 71.6 | | | 68% | | 88 | 30.01 | | 0.0 | | |
| 29 | 16:35 | N 7 | 10.00 | Fair | CLR | 83.3 | 72.3 | | | 70% | | 89 | 30.01 | | 0.0 | | |
| 29 | 16:15 | N 10 | 10.00 | Fair | CLR | 82.9 | 72.3 | | | 70% | | 88 | 30.01 | | 0.0 | | |
| 29 | 15:55 | N 9 | 10.00 | Fair | CLR | 82.4 | 71.6 | | | 70% | | 87 | 30.01 | | 0.0 | | |
| 29 | 15:35 | N 7 | 10.00 | Fair | CLR | 82.4 | 72.1 | | | 71% | | 87 | 30.02 | | 0.0 | | |
| 29 | 15:15 | NE 8 | 10.00 | Fair | CLR | 82.2 | 72.3 | | | 72% | | 87 | 30.02 | | 0.0 | | |
| 29 | 14:55 | N 9 | 10.00 | Fair | CLR | 82.4 | 73.2 | | | 74% | | 88 | 30.03 | | 0.0 | | |
| 29 | 14:35 | N 7 | 10.00 | Partly Cloudy | SCT022 | 82.2 | 73.9 | | | 76% | | 88 | 30.04 | | 0.0 | | |
| 29 | 14:15 | N 8 | 10.00 | Partly Cloudy | SCT020 | 81.7 | 73.2 | | | 76% | | 87 | 30.04 | | 0.0 | | |
| 29 | 13:55 | NE 9 | 10.00 | Fair | CLR | 81.5 | 72.9 | | | 75% | | 87 | 30.05 | | 0.0 | | |
| 29 | 13:35 | NE 9 | 10.00 | Mostly Cloudy | SCT021 BKN028 | 81.3 | 73 | | | 76% | | 86 | 30.05 | | 0.0 | | |
| 29 | 13:15 | NE 8 | 10.00 | Mostly Cloudy | BKN022 BKN029 | 82 | 73.8 | | | 76% | | 88 | 30.05 | | 0.0 | | |
| 29 | 12:55 | NE 5 | 10.00 | Mostly Cloudy | BKN022 BKN027 | 81.5 | 72.3 | 81.5 | 68.4 | 74% | | 86 | 30.05 | | 0.0 | | |
| 29 | 12:35 | E 3 | 10.00 | Overcast | OVC022 | 80.4 | 72.1 | | | 76% | | 85 | 30.06 | | 0.0 | | |
| 29 | 12:15 | NE 3 | 10.00 | Overcast | BKN020 OVC025 | 79.9 | 72.3 | | | 78% | | 84 | 30.06 | | 0.0 | | |
| 29 | 11:55 | NE 3 | 10.00 | Overcast | BKN018 OVC023 | 78.6 | 71.8 | | | 80% | | 81 | 30.06 | | 0.0 | | |
| 29 | 11:35 | Calm | 10.00 | Overcast | BKN014 OVC022 | 79 | 72.1 | | | 80% | | 82 | 30.07 | | 0.0 | | |
| 29 | 09:55 | Calm | 10.00 | Mostly Cloudy | BKN010 BKN014 | 75.2 | 70.3 | | | 85% | | 75 | 30.06 | | 0.0 | | |
| 29 | 09:35 | Calm | 10.00 | Partly Cloudy | SCT010 | 74.8 | 70.2 | | | 85% | | | 30.06 | | 0.0 | | |
| 29 | 09:15 | Calm | 10.00 | Mostly Cloudy | BKN008 | 74.3 | 70.2 | | | 87% | | | 30.05 | | 0.0 | | |
| 29 | 08:55 | N 3 | 10.00 | Mostly Cloudy | BKN008 | 73 | 69.4 | | | 89% | | | 30.06 | | 0.0 | | |
| 29 | 08:35 | Calm | 10.00 | Overcast | OVC006 | 71.4 | 69.1 | | | 92% | | | 30.06 | | 0.0 | | |
| 29 | 08:15 | Calm | 10.00 | Overcast | OVC006 | 70.7 | 68.9 | | | 94% | | | 30.05 | | 0.0 | | |
| 29 | 07:55 | Calm | 10.00 | Overcast | OVC004 | 70.5 | 68.9 | | | 95% | | | 30.05 | | 0.0 | | |
| 29 | 07:35 | Calm | 10.00 | Partly Cloudy | SCT004 | 70 | 68.7 | | | 96% | | | 30.04 | | 0.0 | | |
| 29 | 07:15 | W 3 | 10.00 | Partly Cloudy | SCT006 | 68.9 | 68 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 06:55 | Calm | 10.00 | Fair | CLR | 68.4 | 67.3 | 68.9 | 67.8 | 96% | | | 30.03 | | 0.0 | | |
| 29 | 06:35 | Calm | 10.00 | Fair | CLR | 68 | 66.7 | | | 96% | | | 30.03 | | 0.0 | | |
| 29 | 06:15 | Calm | 10.00 | Fair | CLR | 68 | 66.6 | | | 95% | | | 30.02 | | 0.0 | | |
| 29 | 05:55 | W 3 | 10.00 | Partly Cloudy | SCT090 SCT120 | 68.2 | 66.7 | | | 95% | | | 30.03 | | 0.0 | | |
| 29 | 05:35 | W 5 | 10.00 | Mostly Cloudy | SCT090 BKN120 | 68.5 | 67.1 | | | 95% | | | 30.03 | | 0.0 | | |
| 29 | 05:15 | Calm | 10.00 | Overcast | SCT010 BKN090 OVC120 | 68.9 | 67.5 | | | 95% | | | 30.03 | | 0.0 | | |
| 29 | 04:55 | Calm | 10.00 | Overcast | BKN010 BKN070 OVC100 | 68.9 | 68 | | | 97% | | | 30.03 | | 0.0 | | |

VOTE002089

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 29 | 04:35 | Calm | 10.00 | Mostly Cloudy | SCT010 BKN070 BKN110 | 68.7 | 67.5 | | | 96% | | | 30.02 | | 0.0 | | |
| 29 | 04:15 | Calm | 10.00 | Overcast | OVC070 | 68.9 | 67.5 | | | 95% | | | 30.01 | | 0.0 | | |
| 29 | 03:55 | Calm | 10.00 | Mostly Cloudy | SCT070 SCT085 BKN110 | 68.5 | 67.5 | | | 96% | | | 30.01 | | 0.0 | | |
| 29 | 03:35 | W 3 | 10.00 | Partly Cloudy | SCT006 SCT110 | 68.9 | 67.6 | | | 96% | | | 30 | | 0.0 | | |
| 29 | 03:15 | SW 8 | 10.00 | Mostly Cloudy | SCT006 BKN110 | 68.5 | 67.5 | | | 96% | | | 30.01 | | 0.0 | | |
| 29 | 02:55 | SW 5 | 10.00 | Overcast | SCT006 SCT070 OVC110 | 68.5 | 67.5 | | | 96% | | | 30.02 | | 0.0 | | |
| 29 | 02:35 | SW 5 | 10.00 | Mostly Cloudy | SCT006 BKN070 BKN110 | 68.4 | 67.5 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 02:15 | SW 9 | 10.00 | Overcast | SCT006 BKN070 OVC110 | 68.4 | 67.5 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 01:55 | S 8 | 10.00 | Mostly Cloudy | SCT006 BKN110 | 68.5 | 67.6 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 01:35 | SW 5 | 10.00 | Mostly Cloudy | SCT080 SCT100 BKN110 | 68.2 | 67.1 | | | 96% | | | 30.03 | | 0.0 | | |
| 29 | 01:15 | SW 5 | 10.00 | Overcast | SCT080 OVC090 | 68.2 | 67.1 | | | 96% | | | 30.04 | | 0.0 | | |
| 29 | 00:55 | W 3 | 10.00 | Mostly Cloudy | BKN090 | 68 | 67.1 | 70.7 | 68 | 97% | | | 30.04 | | 0.0 | | 0.31 |
| 29 | 00:35 | W 7 | 10.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 30.02 | | 0.0 | | |
| 29 | 00:15 | W 6 | 10.00 | Partly Cloudy | SCT008 | 68.5 | 67.5 | | | 96% | | | 30.03 | | 0.0 | | |
| 28 | 23:55 | W 7 | 10.00 | Partly Cloudy | SCT008 | 68.9 | 67.6 | | | 96% | | | 30.04 | | 0.0 | | |
| 28 | 23:35 | NW 6 | 10.00 | Partly Cloudy | SCT010 | 68.9 | 68 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 23:15 | W 9 | 10.00 | Overcast | OVC012 | 69.4 | 68.4 | | | 96% | | | 30.03 | | 0.0 | | |
| 28 | 22:55 | NW 7 | 10.00 | Light Drizzle | SCT009 OVC016 | 69.8 | 68.5 | | | 96% | | | 30.05 | | 0.0 | 0.06 | |
| 28 | 22:35 | NW 7 | 10.00 | Light Rain | BKN018 BKN024 OVC046 | 69.6 | 68.4 | | | 96% | | | 30.06 | | 0.0 | 0.05 | |
| 28 | 22:15 | NW 3 | 10.00 | Light Rain | BKN024 BKN032 OVC041 | 70.3 | 69.4 | | | 97% | | | 30.07 | | 0.0 | 0.01 | |
| 28 | 21:55 | Calm | 10.00 | Light Rain | SCT035 BKN041 OVC070 | 70.5 | 69.4 | | | 96% | | | 30.07 | | 0.0 | 0.03 | 0.24 |
| 28 | 21:35 | Calm | 10.00 | Light Rain | SCT046 BKN085 OVC120 | 70.5 | 69.6 | | | 97% | | | 30.07 | | 0.0 | 0.01 | |
| 28 | 21:15 | Calm | 10.00 | Mostly Cloudy | SCT095 BKN120 | 70 | 69.1 | | | 97% | | | 30.04 | | 0.0 | | |
| 28 | 20:55 | W 6 | 10.00 | Light Drizzle | SCT095 BKN110 | 70 | 69.1 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 20:35 | Calm | 10.00 | Mostly Cloudy | BKN110 | 70 | 69.1 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 20:15 | NW 5 | 10.00 | Partly Cloudy | SCT050 SCT085 SCT120 | 69.8 | 68.9 | | | 97% | | | 30.02 | | 0.0 | | |
| 28 | 19:55 | NW 3 | 7.00 | Light Rain | SCT024 SCT038 BKN065 | 69.4 | 68.4 | | | 96% | | | 30.03 | | 0.0 | 0.21 | |
| 28 | 19:35 | Calm | 5.00 | Rain | SCT040 BKN050 OVC065 | 70 | 68.9 | | | 96% | | | 30.05 | | 0.0 | 0.15 | |
| 28 | 19:15 | Calm | 5.00 | Rain | SCT050 BKN065 OVC075 | 70.2 | 68.9 | | | 96% | | | 30.06 | | 0.0 | 0.06 | |

VOTE002090

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 29 | 02:55 | SW 5 | 10.00 | Overcast | SCT006 SCT070 OVC110 | 68.5 | 67.5 | | | 96% | | | 30.02 | | 0.0 | | |
| 29 | 02:35 | SW 5 | 10.00 | Mostly Cloudy | SCT006 BKN070 BKN110 | 68.4 | 67.5 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 02:15 | SW 9 | 10.00 | Overcast | SCT006 BKN070 OVC110 | 68.4 | 67.5 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 01:55 | S 8 | 10.00 | Mostly Cloudy | SCT006 BKN110 | 68.5 | 67.6 | | | 97% | | | 30.04 | | 0.0 | | |
| 29 | 01:35 | SW 5 | 10.00 | Mostly Cloudy | SCT080 SCT100 BKN110 | 68.2 | 67.1 | | | 96% | | | 30.03 | | 0.0 | | |
| 29 | 01:15 | SW 5 | 10.00 | Overcast | SCT080 OVC090 | 68.2 | 67.1 | | | 96% | | | 30.04 | | 0.0 | | |
| 29 | 00:55 | W 3 | 10.00 | Mostly Cloudy | BKN090 | 68 | 67.1 | 70.7 | 68 | 97% | | | 30.04 | | 0.0 | | 0.31 |
| 29 | 00:35 | W 7 | 10.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 30.02 | | 0.0 | | |
| 29 | 00:15 | W 6 | 10.00 | Partly Cloudy | SCT008 | 68.5 | 67.5 | | | 96% | | | 30.03 | | 0.0 | | |
| 28 | 23:55 | W 7 | 10.00 | Partly Cloudy | SCT008 | 68.9 | 67.6 | | | 96% | | | 30.04 | | 0.0 | | |
| 28 | 23:35 | NW 6 | 10.00 | Partly Cloudy | SCT010 | 68.9 | 68 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 23:15 | W 9 | 10.00 | Overcast | OVC012 | 69.4 | 68.4 | | | 96% | | | 30.03 | | 0.0 | | |
| 28 | 22:55 | NW 7 | 10.00 | Light Drizzle | SCT009 OVC016 | 69.8 | 68.5 | | | 96% | | | 30.05 | | 0.0 | 0.06 | |
| 28 | 22:35 | NW 7 | 10.00 | Light Rain | BKN018 BKN024 OVC046 | 69.6 | 68.4 | | | 96% | | | 30.06 | | 0.0 | 0.05 | |
| 28 | 22:15 | NW 3 | 10.00 | Light Rain | BKN024 BKN032 OVC041 | 70.3 | 69.4 | | | 97% | | | 30.07 | | 0.0 | 0.01 | |
| 28 | 21:55 | Calm | 10.00 | Light Rain | SCT035 BKN041 OVC070 | 70.5 | 69.4 | | | 96% | | | 30.07 | | 0.0 | 0.03 | 0.24 |
| 28 | 21:35 | Calm | 10.00 | Light Rain | SCT046 BKN085 OVC120 | 70.5 | 69.6 | | | 97% | | | 30.07 | | 0.0 | 0.01 | |
| 28 | 21:15 | Calm | 10.00 | Mostly Cloudy | SCT095 BKN120 | 70 | 69.1 | | | 97% | | | 30.04 | | 0.0 | | |
| 28 | 20:55 | W 6 | 10.00 | Light Drizzle | SCT095 BKN110 | 70 | 69.1 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 20:35 | Calm | 10.00 | Mostly Cloudy | BKN110 | 70 | 69.1 | | | 97% | | | 30.03 | | 0.0 | | |
| 28 | 20:15 | NW 5 | 10.00 | Partly Cloudy | SCT050 SCT085 SCT120 | 69.8 | 68.9 | | | 97% | | | 30.02 | | 0.0 | | |
| 28 | 19:55 | NW 3 | 7.00 | Light Rain | SCT024 SCT038 BKN065 | 69.4 | 68.4 | | | 96% | | | 30.03 | | 0.0 | 0.21 | |
| 28 | 19:35 | Calm | 5.00 | Rain | SCT040 BKN050 OVC065 | 70 | 68.9 | | | 96% | | | 30.05 | | 0.0 | 0.15 | |
| 28 | 19:15 | Calm | 5.00 | Rain | SCT050 BKN065 OVC075 | 70.2 | 68.9 | | | 96% | | | 30.06 | | 0.0 | 0.06 | |
| 28 | 18:55 | Calm | 7.00 | Thunderstorm Rain in Vicinity | BKN065 OVC090 | 70.5 | 69.1 | | | 95% | | | 30.06 | | 0.0 | 0.12 | |
| 28 | 18:35 | NE 5 | 10.00 | Light Rain | SCT009 SCT055 OVC080 | 70.2 | 68.9 | | | 96% | | | 30.05 | | 0.0 | 0.06 | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002083

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 28 | 18:15 | E 3 | 10.00 | Light Rain | SCT009 BKN075 OVC090 | 70.7 | 69.3 | | | 95% | | | 30.05 | | 0.0 | 0.02 | |
| 28 | 17:55 | NE 10 | 10.00 | Light Rain | SCT070 OVC090 | 70.7 | 69.3 | | | 95% | | | 30.05 | | 0.0 | 0.06 | |
| 28 | 17:35 | NE 6 | 10.00 | Light Rain | SCT060 SCT070 OVC090 | 70.9 | 69.8 | | | 96% | | | 30.04 | | 0.0 | 0.05 | |
| 28 | 17:15 | S 7 | 7.00 | Light Rain | SCT043 SCT060 OVC110 | 70.7 | 69.1 | | | 95% | | | 30.05 | | 0.0 | 0.03 | |
| 28 | 16:55 | Calm | 7.00 | Thunderstorm Rain | SCT031 BKN045 BKN055 | 70.2 | 68.9 | | | 96% | | | 30.06 | | 0.0 | 0.73 | |
| 28 | 16:35 | SW 9 | 4.00 | Thunderstorm Light Rain | BKN010 BKN025 OVC041 | 69.3 | 67.3 | | | 93% | | | 30.07 | | 0.0 | 0.67 | |
| 28 | 16:15 | S 16 | 2.50 | Thunderstorm Heavy Rain | SCT008 BKN012 OVC042 | 70.5 | 67.3 | | | 90% | | | 30.06 | | 0.0 | 0.26 | |
| 28 | 15:55 | W 3 | 0.00 | Thunderstorm | NULL | 82.2 | 74.3 | | | 77% | | 89 | 30.04 | | 0.0 | | |
| 28 | 12:15 | SW 3 | 10.00 | Partly Cloudy | SCT026 | 84.4 | 73 | | | 69% | | 91 | 30.06 | | | | |
| 28 | 11:55 | Calm | 10.00 | Partly Cloudy | SCT026 | 83.1 | 73 | | | 72% | | 89 | 30.06 | | 0.0 | | |
| 28 | 11:35 | Calm | 10.00 | Fair | CLR | 83.1 | 72.5 | | | 70% | | 89 | 30.07 | | 0.0 | | |
| 28 | 11:15 | Calm | 10.00 | Fair | CLR | 82.8 | 72.5 | | | 71% | | 88 | 30.07 | | 0.0 | | |
| 28 | 10:55 | Calm | 10.00 | Fair | CLR | 82.6 | 73.6 | | | 74% | | 89 | 30.07 | | 0.0 | | |
| 28 | 10:35 | Calm | 10.00 | Fair | CLR | 82.4 | 73.8 | | | 75% | | 88 | 30.06 | | 0.0 | | |
| 28 | 10:15 | Calm | 10.00 | NULL | NULL | 81.3 | 73.9 | | | 78% | | 87 | 30.07 | | 0.0 | | |
| 28 | 09:55 | Calm | 10.00 | NULL | NULL | 81 | 74.5 | | | 81% | | 86 | 30.06 | | 0.0 | | |
| 28 | 09:35 | Calm | 10.00 | NULL | NULL | 80.1 | 74.8 | | | 84% | | 85 | 30.06 | | 0.0 | | |
| 28 | 09:15 | Calm | 10.00 | Fair | CLR | 79.5 | 75 | | | 86% | | 84 | 30.06 | | 0.0 | | |
| 28 | 08:35 | Calm | 10.00 | NULL | NULL | 75.9 | 74.8 | | | 96% | | 75 | 30.06 | | 0.0 | | |
| 28 | 08:15 | Calm | 10.00 | Fair | CLR | 74.7 | 74.1 | | | 98% | | | 30.05 | | 0.0 | | |
| 28 | 07:55 | Calm | 10.00 | Fair | CLR | 73.8 | 73.6 | | | 99% | | | 30.05 | | 0.0 | | |
| 28 | 07:35 | Calm | 10.00 | Fair | CLR | 73 | 72.7 | | | 99% | | | 30.05 | | 0.0 | | |
| 28 | 07:15 | Calm | 10.00 | Fair | CLR | 72.5 | 72.1 | | | 99% | | | 30.05 | | 0.0 | | |
| 28 | 06:55 | Calm | 10.00 | Fair | CLR | 71.8 | 71.6 | 74.1 | 70.5 | 99% | | | 30.05 | | 0.0 | | |
| 28 | 06:35 | Calm | 4.00 | Fog/Mist | CLR | 70.9 | 70.5 | | | 99% | | | 30.05 | | 0.0 | | |
| 28 | 06:15 | Calm | 1.25 | Fog/Mist | VV007 | 70.9 | 70.7 | | | 99% | | | 30.04 | | 0.0 | | |
| 28 | 05:55 | Calm | 1.25 | Fog/Mist | VV007 | 70.9 | 70.7 | | | 99% | | | 30.04 | | 0.0 | | |
| 28 | 05:35 | Calm | 10.00 | Fair | CLR | 71.2 | 70.9 | | | 99% | | | 30.04 | | 0.0 | | |
| 28 | 05:15 | Calm | 10.00 | Fair | CLR | 71.1 | 70.7 | | | 99% | | | 30.04 | | 0.0 | | |
| 28 | 04:55 | Calm | 10.00 | Fair | CLR | 71.8 | 71.2 | | | 98% | | | 30.03 | | 0.0 | | |
| 28 | 04:35 | Calm | 10.00 | Fair | CLR | 71.6 | 71.2 | | | 99% | | | 30.03 | | 0.0 | | |
| 28 | 04:15 | Calm | 10.00 | Fair | CLR | 72.5 | 71.8 | | | 98% | | | 30.03 | | 0.0 | | |
| 28 | 03:55 | Calm | 10.00 | Fair | CLR | 72.3 | 71.6 | | | 98% | | | 30.03 | | 0.0 | | |
| 28 | 03:35 | Calm | 7.00 | Fair | CLR | 71.8 | 71.1 | | | 98% | | | 30.02 | | 0.0 | | |
| 28 | 03:15 | Calm | 10.00 | Fair | CLR | 72.5 | 71.6 | | | 97% | | | 30.02 | | 0.0 | | |
| 28 | 02:55 | Calm | 10.00 | Fair | CLR | 72.5 | 71.8 | | | 98% | | | 30.01 | | 0.0 | | |
| 28 | 02:35 | Calm | 10.00 | Fair | CLR | 72.7 | 71.8 | | | 97% | | | 30.01 | | 0.0 | | |
| 28 | 02:15 | Calm | 10.00 | Fair | CLR | 73.2 | 72.3 | | | 97% | | | 30.01 | | 0.0 | | |
| 28 | 01:55 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.01 | | 0.0 | | |
| 28 | 01:35 | Calm | 10.00 | Fair | CLR | 73.6 | 72.5 | | | 96% | | | 30.01 | | 0.0 | | |
| 28 | 01:15 | Calm | 10.00 | Fair | CLR | 73.9 | 72.9 | | | 96% | | | 30.02 | | 0.0 | | |
| 28 | 00:55 | Calm | 10.00 | Fair | CLR | 74.1 | 73 | | | 96% | | | 30.02 | | 0.0 | | |
| 28 | 00:35 | Calm | 10.00 | Fair | CLR | 74.3 | 73 | | | 96% | | | 30.02 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002084

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 28 | 00:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73 | | | 95% | | | 30.02 | | 0.0 | | |
| 27 | 23:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 30.02 | | 0.0 | | |
| 27 | 23:35 | Calm | 10.00 | Fair | CLR | 75.7 | 73.9 | | | 94% | | 75 | 30.02 | | 0.0 | | |
| 27 | 23:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.1 | | | 94% | | 76 | 30.02 | | 0.0 | | |
| 27 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT044 SCT050 | 77 | 74.3 | | | 91% | | 78 | 30.02 | | 0.0 | | |
| 27 | 22:35 | Calm | 10.00 | Partly Cloudy | SCT045 SCT050 | 77 | 74.3 | | | 91% | | 78 | 30.02 | | 0.0 | | |
| 27 | 22:15 | Calm | 10.00 | Fair | CLR | 77.4 | 73.9 | | | 89% | | 79 | 30.02 | | 0.0 | | |
| 27 | 21:55 | Calm | 10.00 | Partly Cloudy | SCT045 | 77.4 | 73.9 | | | 89% | | 79 | 30.01 | | 0.0 | | |
| 27 | 21:35 | Calm | 10.00 | Partly Cloudy | SCT047 | 77.4 | 73.8 | | | 89% | | 79 | 30 | | 0.0 | | |
| 27 | 21:15 | N 3 | 10.00 | Fair | CLR | 78.3 | 73.9 | | | 87% | | 81 | 30 | | 0.0 | | |
| 27 | 20:55 | N 3 | 10.00 | NULL | NULL | 78.8 | 73.6 | | | 84% | | 82 | 30 | | 0.0 | | |
| 27 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT120 | 82.9 | 71.1 | | | 67% | | 88 | 30 | | 0.0 | | |
| 27 | 13:15 | SE 3 | 10.00 | Partly Cloudy | SCT120 | 82.9 | 72.1 | | | 70% | | 88 | 30 | | 0.0 | | |
| 27 | 12:55 | Calm | 10.00 | Fair | CLR | 81.9 | 71.4 | | | 71% | | 86 | 29.99 | | 0.0 | | |
| 27 | 12:35 | S 3 | 10.00 | Fair | CLR | 81.1 | 70.9 | | | 71% | | 85 | 29.99 | | 0.0 | | |
| 27 | 12:15 | SE 5 | 10.00 | Fair | CLR | 80.6 | 70.3 | | | 71% | | 84 | 30 | | 0.0 | | |
| 27 | 11:55 | S 6 | 10.00 | NULL | NULL | 79.9 | 70.3 | | | 73% | | 83 | 29.98 | | 0.0 | | |
| 27 | 11:15 | S 5 | 10.00 | Fair | CLR | 78.8 | 71.1 | | | 77% | | 82 | 30.02 | | 0.0 | | |
| 27 | 10:55 | S 6 | 10.00 | Fair | CLR | 77.7 | 71.8 | | | 82% | | 80 | 30.03 | | 0.0 | | |
| 27 | 10:35 | S 7 | 10.00 | Fair | CLR | 76.3 | 71.1 | | | 84% | | 77 | 30.03 | | 0.0 | | |
| 27 | 10:15 | S 5 | 10.00 | Partly Cloudy | SCT010 | 76.1 | 71.1 | | | 84% | | 77 | 30.03 | | 0.0 | | |
| 27 | 09:55 | S 6 | 10.00 | Fair | CLR | 74.8 | 70 | | | 85% | | | 30.03 | | 0.0 | 0.04 | |
| 27 | 09:35 | SW 8 | 10.00 | Fair | CLR | 73.9 | 70 | | | 88% | | | 30.02 | | 0.0 | | |
| 27 | 09:15 | S 6 | 10.00 | Partly Cloudy | SCT007 SCT085 | 72.5 | 69.6 | | | 91% | | | 30.03 | | 0.0 | | |
| 27 | 08:55 | Calm | 10.00 | Partly Cloudy | SCT006 SCT012 SCT085 | 70.7 | 68.9 | | | 94% | | | 30.04 | | 0.0 | | |
| 27 | 08:35 | NE 5 | 10.00 | Mostly Cloudy | SCT004 SCT011 BKN080 | 70 | 68.9 | | | 96% | | | 30.05 | | 0.0 | | |
| 27 | 07:55 | S 5 | 10.00 | Partly Cloudy | SCT080 SCT110 | 69.1 | 68 | | | 96% | | | 30.02 | | 0.0 | 0.04 | |
| 27 | 07:35 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT065 SCT075 BKN110 | 68.9 | 67.6 | | | 96% | | | 30.02 | | 0.0 | 0.04 | |
| 27 | 07:15 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT050 BKN080 OVC090 | 68.9 | 67.5 | | | 95% | | | 30.03 | | 0.0 | 0.03 | |
| 27 | 06:55 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT015 BKN065 OVC075 | 69.3 | 67.3 | 75.2 | 69.1 | 93% | | | 30.03 | | 0.0 | 0.46 | 0.59 |
| 27 | 06:35 | E 7 | 7.00 | Thunderstorm Light Rain | SCT012 BKN017 OVC050 | 69.8 | 67.1 | | | 91% | | | 30.03 | | 0.0 | 0.44 | |
| 27 | 06:15 | SE 6 G 26 | 1.00 | Thunderstorm Heavy Rain | BKN011 OVC018 | 69.8 | 67.5 | | | 92% | | | 30.03 | | 0.0 | 0.13 | |
| 27 | 05:55 | E 17 G 30 | 5.00 | Thunderstorm Heavy Rain in Vicinity | SCT007 BKN042 OVC100 | 72.5 | 70.5 | | | 94% | | | 30 | | 0.0 | 0.13 | |
| 27 | 05:35 | S 6 | 7.00 | Thunderstorm Light Rain in Vicinity | SCT044 SCT065 BKN085 | 75.2 | 73.6 | | | 95% | | 74 | 29.96 | | 0.0 | 0.04 | |
| 27 | 05:15 | S 6 | 10.00 | Light Rain | SCT065 SCT085 BKN100 | 75 | 73.4 | | | 95% | | 73 | 29.94 | | 0.0 | 0.01 | |
| 27 | 04:55 | SW 8 | 10.00 | Light Rain | SCT085 SCT110 | 74.8 | 72.7 | | | 93% | | | 29.93 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002085



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT120 | 82.9 | 71.1 | | | 67% | | 88 | 30 | | 0.0 | | |
| 27 | 13:15 | SE 3 | 10.00 | Partly Cloudy | SCT120 | 82.9 | 72.1 | | | 70% | | 88 | 30 | | 0.0 | | |
| 27 | 12:55 | Calm | 10.00 | Fair | CLR | 81.9 | 71.4 | | | 71% | | 86 | 29.99 | | 0.0 | | |
| 27 | 12:35 | S 3 | 10.00 | Fair | CLR | 81.1 | 70.9 | | | 71% | | 85 | 29.99 | | 0.0 | | |
| 27 | 12:15 | SE 5 | 10.00 | Fair | CLR | 80.6 | 70.3 | | | 71% | | 84 | 30 | | 0.0 | | |
| 27 | 11:55 | S 6 | 10.00 | NULL | NULL | 79.9 | 70.3 | | | 73% | | 83 | 29.98 | | 0.0 | | |
| 27 | 11:15 | S 5 | 10.00 | Fair | CLR | 78.8 | 71.1 | | | 77% | | 82 | 30.02 | | 0.0 | | |
| 27 | 10:55 | S 6 | 10.00 | Fair | CLR | 77.7 | 71.8 | | | 82% | | 80 | 30.03 | | 0.0 | | |
| 27 | 10:35 | S 7 | 10.00 | Fair | CLR | 76.3 | 71.1 | | | 84% | | 77 | 30.03 | | 0.0 | | |
| 27 | 10:15 | S 5 | 10.00 | Partly Cloudy | SCT010 | 76.1 | 71.1 | | | 84% | | 77 | 30.03 | | 0.0 | | |
| 27 | 09:55 | S 6 | 10.00 | Fair | CLR | 74.8 | 70 | | | 85% | | | 30.03 | | 0.0 | 0.04 | |
| 27 | 09:35 | SW 8 | 10.00 | Fair | CLR | 73.9 | 70 | | | 88% | | | 30.02 | | 0.0 | | |
| 27 | 09:15 | S 6 | 10.00 | Partly Cloudy | SCT007 SCT085 | 72.5 | 69.6 | | | 91% | | | 30.03 | | 0.0 | | |
| 27 | 08:55 | Calm | 10.00 | Partly Cloudy | SCT006 SCT012 SCT085 | 70.7 | 68.9 | | | 94% | | | 30.04 | | 0.0 | | |
| 27 | 08:35 | NE 5 | 10.00 | Mostly Cloudy | SCT004 SCT011 BKN080 | 70 | 68.9 | | | 96% | | | 30.05 | | 0.0 | | |
| 27 | 07:55 | S 5 | 10.00 | Partly Cloudy | SCT080 SCT110 | 69.1 | 68 | | | 96% | | | 30.02 | | 0.0 | 0.04 | |
| 27 | 07:35 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT065 SCT075 BKN110 | 68.9 | 67.6 | | | 96% | | | 30.02 | | 0.0 | 0.04 | |
| 27 | 07:15 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT050 BKN080 OVC090 | 68.9 | 67.5 | | | 95% | | | 30.03 | | 0.0 | 0.03 | |
| 27 | 06:55 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT015 BKN065 OVC075 | 69.3 | 67.3 | 75.2 | 69.1 | 93% | | | 30.03 | | 0.0 | 0.46 | 0.59 |
| 27 | 06:35 | E 7 | 7.00 | Thunderstorm Light Rain | SCT012 BKN017 OVC050 | 69.8 | 67.1 | | | 91% | | | 30.03 | | 0.0 | 0.44 | |
| 27 | 06:15 | SE 6 G 26 | 1.00 | Thunderstorm Heavy Rain | BKN011 OVC018 | 69.8 | 67.5 | | | 92% | | | 30.03 | | 0.0 | 0.13 | |
| 27 | 05:55 | E 17 G 30 | 5.00 | Thunderstorm Heavy Rain in Vicinity | SCT007 BKN042 OVC100 | 72.5 | 70.5 | | | 94% | | | 30 | | 0.0 | 0.13 | |
| 27 | 05:35 | S 6 | 7.00 | Thunderstorm Light Rain in Vicinity | SCT044 SCT065 BKN085 | 75.2 | 73.6 | | | 95% | | 74 | 29.96 | | 0.0 | 0.04 | |
| 27 | 05:15 | S 6 | 10.00 | Light Rain | SCT065 SCT085 BKN100 | 75 | 73.4 | | | 95% | | 73 | 29.94 | | 0.0 | 0.01 | |
| 27 | 04:55 | SW 8 | 10.00 | Light Rain | SCT085 SCT110 | 74.8 | 72.7 | | | 93% | | | 29.93 | | 0.0 | | |
| 27 | 04:35 | S 6 | 10.00 | Fair | CLR | 74.5 | 72.1 | | | 92% | | | 29.94 | | 0.0 | | |
| 27 | 04:15 | SW 5 | 10.00 | Partly Cloudy | SCT120 | 73.9 | 71.6 | | | 92% | | | 29.93 | | 0.0 | | |
| 27 | 03:55 | SW 3 | 10.00 | Fair | CLR | 73.6 | 71.2 | | | 92% | | | 29.93 | | 0.0 | | |
| 27 | 03:35 | SW 3 | 10.00 | Fair | CLR | 73 | 70.7 | | | 92% | | | 29.94 | | 0.0 | | |
| 27 | 03:15 | Calm | 10.00 | Fair | CLR | 73 | 70.7 | | | 92% | | | 29.94 | | 0.0 | | |

VOTE002072

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 02:55 | Calm | 10.00 | Fair | CLR | 73.4 | 70.7 | | | 91% | | | 29.94 | | 0.0 | | |
| 27 | 02:35 | Calm | 10.00 | Fair | CLR | 73.8 | 70.5 | | | 90% | | | 29.96 | | 0.0 | | |
| 27 | 02:15 | SW 5 | 10.00 | Partly Cloudy | SCT020 SCT026 | 74.3 | 70.3 | | | 88% | | | 29.96 | | 0.0 | | |
| 27 | 01:55 | SW 7 | 10.00 | Mostly Cloudy | BKN020 BKN026 BKN030 | 73.8 | 70 | | | 88% | | | 29.95 | | 0.0 | | |
| 27 | 01:35 | SW 3 | 10.00 | Overcast | OVC020 | 73.9 | 70 | | | 88% | | | 29.95 | | 0.0 | | |
| 27 | 01:15 | Calm | 10.00 | Mostly Cloudy | BKN022 BKN027 | 74.3 | 69.8 | | | 86% | | | 29.96 | | 0.0 | | |
| 27 | 00:55 | NW 6 | 10.00 | Partly Cloudy | SCT025 | 73.8 | 69.8 | 77.9 | 73.4 | 88% | | | 29.94 | | 0.0 | | |
| 27 | 00:35 | NW 6 | 7.00 | Light Rain | SCT027 | 73.8 | 69.8 | | | 88% | | | 29.97 | | 0.0 | | |
| 27 | 00:15 | W 8 | 10.00 | Fair | CLR | 73.8 | 70.3 | | | 89% | | | 29.95 | | 0.0 | | |
| 26 | 23:55 | NW 3 | 10.00 | Fair | CLR | 73.4 | 70.7 | | | 91% | | | 29.98 | | 0.0 | | |
| 26 | 23:35 | NW 3 | 10.00 | Fair | CLR | 73.4 | 70.7 | | | 91% | | | 29.98 | | 0.0 | | |
| 26 | 23:15 | Calm | 10.00 | Fair | CLR | 73.6 | 70.9 | | | 91% | | | 29.99 | | 0.0 | | |
| 26 | 22:55 | Calm | 10.00 | Fair | CLR | 73.8 | 71.2 | | | 92% | | | 29.99 | | 0.0 | | |
| 26 | 22:35 | Calm | 10.00 | Fair | CLR | 74.5 | 71.6 | | | 91% | | | 29.99 | | 0.0 | | |
| 26 | 22:15 | Calm | 10.00 | Fair | CLR | 74.7 | 71.2 | | | 89% | | | 29.98 | | 0.0 | | |
| 26 | 21:55 | Calm | 10.00 | Fair | CLR | 75.2 | 70.7 | | | 86% | | 75 | 29.98 | | 0.0 | | |
| 26 | 21:35 | N 3 | 10.00 | Fair | CLR | 75.2 | 70.7 | | | 86% | | 75 | 29.97 | | 0.0 | | |
| 26 | 21:15 | N 7 | 10.00 | Fair | CLR | 75.4 | 70 | | | 83% | | 76 | 29.96 | | 0.0 | | |
| 26 | 20:55 | N 8 | 10.00 | Fair | CLR | 75.2 | 71.2 | | | 88% | | 75 | 29.95 | | 0.0 | | |
| 26 | 20:35 | Calm | 10.00 | Fair | CLR | 76.3 | 71.1 | | | 84% | | 77 | 29.91 | | 0.0 | | |
| 26 | 20:15 | S 6 | 10.00 | Fair | CLR | 76.8 | 69.8 | | | 79% | | 78 | 29.9 | | 0.0 | | |
| 26 | 19:55 | Calm | 10.00 | Fair | CLR | 77 | 69.8 | | | 79% | | 79 | 29.89 | | 0.0 | | |
| 26 | 19:35 | S 9 G 17 | 10.00 | Fair | CLR | 77 | 69.8 | | | 79% | | 79 | 29.86 | | 0.0 | | |
| 26 | 19:15 | S 14 G 21 | 10.00 | Fair | CLR | 77.2 | 71.1 | | | 81% | | 79 | 29.85 | | 0.0 | | |
| 26 | 18:55 | S 13 | 10.00 | Fair | CLR | 78.1 | 70.2 | | | 77% | | 80 | 29.88 | | 0.0 | | |
| 26 | 18:35 | S 8 | 10.00 | Fair | CLR | 77.9 | 70.3 | | | 78% | | 80 | 29.89 | | 0.0 | | |
| 26 | 18:15 | S 8 | 10.00 | NULL | NULL | 78.3 | 70.2 | | | 76% | | 81 | 29.91 | | 0.0 | | |
| 26 | 17:35 | S 6 | 10.00 | Fair | CLR | 79 | 70.9 | | | 76% | | 82 | 29.95 | | 0.0 | | |
| 26 | 17:15 | S 5 | 10.00 | Fair | CLR | 78.6 | 70.5 | | | 76% | | 81 | 29.96 | | 0.0 | | |
| 26 | 16:55 | S 6 | 10.00 | Fair | CLR | 78.3 | 70.3 | | | 77% | | 81 | 29.98 | | 0.0 | | |
| 26 | 16:35 | SW 5 | 10.00 | Fair | CLR | 77.9 | 70 | | | 77% | | 80 | 29.98 | | 0.0 | | |
| 26 | 16:15 | SW 5 | 10.00 | Fair | CLR | 76.3 | 69.8 | | | 80% | | 77 | 29.99 | | 0.0 | | |
| 26 | 15:55 | SW 5 | 10.00 | Thunderstorm in Vicinity | CLR | 73.6 | 68.4 | | | 84% | | | 30 | | 0.0 | 0.01 | 0.26 |
| 26 | 15:35 | SW 3 | 10.00 | Partly Cloudy | SCT032 SCT047 SCT065 | 71.6 | 68.7 | | | 91% | | | 30.02 | | 0.0 | 0.01 | |
| 26 | 15:15 | Calm | 10.00 | Light Rain | SCT031 SCT043 BKN049 | 70.2 | 67.6 | | | 92% | | | 30.02 | | 0.0 | 0.01 | |
| 26 | 14:55 | Calm | 7.00 | Light Rain | SCT022 BKN047 OVC080 | 69.4 | 67.3 | | | 93% | | | 30.04 | | 0.0 | 0.25 | |
| 26 | 14:35 | S 3 | 4.00 | Light Rain | SCT012 BKN034 OVC048 | 68.9 | 67.1 | | | 94% | | | 30.04 | | 0.0 | 0.23 | |
| 26 | 14:15 | NE 5 | 3.00 | Thunderstorm Heavy Rain | NULL | 68.9 | 66.9 | | | 93% | | | 30.05 | | 0.0 | 0.15 | |
| 26 | 11:15 | S 10 | 10.00 | Mostly Cloudy | SCT026 SCT032 BKN037 | 84.6 | 74.3 | | | 71% | | 92 | 29.99 | | 0.0 | | |
| 26 | 10:55 | S 9 | 10.00 | Partly Cloudy | SCT025 SCT034 SCT041 | 84.2 | 74.8 | | | 74% | | 92 | 30 | | 0.0 | | |
| 26 | 10:35 | S 13 G 17 | 10.00 | Partly Cloudy | SCT019 | 83.1 | 74.1 | | | 74% | | 90 | 30 | | 0.0 | | |

VOTE002073

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 26 | 10:15 | S 12 | 10.00 | Partly Cloudy | SCT019 | 82.9 | 75 | | | 77% | | 90 | 30 | | 0.0 | | |
| 26 | 09:55 | S 9 G 17 | 10.00 | Mostly Cloudy | SCT017 BKN022 BKN028 | 82.2 | 75.6 | | | 80% | | 89 | 30 | | 0.0 | | |
| 26 | 09:35 | S 8 | 10.00 | Mostly Cloudy | BKN015 BKN022 BKN028 | 81 | 75.9 | | | 85% | | 87 | 30 | | 0.0 | | |
| 26 | 09:15 | S 7 | 10.00 | Mostly Cloudy | BKN013 BKN021 BKN028 | 80.8 | 76.1 | | | 86% | | 87 | 30 | | 0.0 | | |
| 26 | 08:55 | S 8 | 10.00 | Overcast | BKN013 OVC024 | 80.1 | 76.5 | | | 89% | | 86 | 30 | | 0.0 | | |
| 26 | 08:35 | SW 8 | 10.00 | Overcast | OVC011 | 79.3 | 76.1 | | | 90% | | 84 | 30 | | 0.0 | | |
| 26 | 08:15 | SW 8 | 10.00 | Overcast | OVC013 | 78.8 | 75.9 | | | 91% | | 83 | 29.99 | | 0.0 | | |
| 26 | 07:55 | SW 9 | 10.00 | Overcast | BKN011 OVC019 | 78.3 | 75.7 | | | 92% | | 81 | 29.98 | | 0.0 | | |
| 26 | 07:35 | SW 8 | 10.00 | Overcast | OVC011 | 77.9 | 75.6 | | | 93% | | 80 | 29.98 | | 0.0 | | |
| 26 | 07:15 | SW 8 | 10.00 | Overcast | OVC011 | 77.5 | 75.4 | | | 93% | | 79 | 29.97 | | 0.0 | | |
| 26 | 06:55 | SW 13 | 10.00 | Overcast | BKN009 BKN014 OVC060 | 77.2 | 75.4 | 77.5 | 76.6 | 94% | | 78 | 29.97 | | 0.0 | | 0.01 |
| 26 | 06:35 | SW 8 | 10.00 | Overcast | BKN009 OVC060 | 77 | 75.2 | | | 94% | | 78 | 29.97 | | 0.0 | | |
| 26 | 06:15 | SW 7 | 10.00 | Overcast | BKN009 BKN060 OVC090 | 77 | 75.2 | | | 94% | | 78 | 29.96 | | 0.0 | | |
| 26 | 05:55 | SW 9 | 10.00 | Mostly Cloudy | SCT009 SCT027 BKN060 | 77 | 75.2 | | | 94% | | 78 | 29.96 | | 0.0 | 0.01 | |
| 26 | 05:35 | S 9 | 10.00 | Overcast | SCT009 BKN060 OVC090 | 77 | 75.2 | | | 94% | | 78 | 29.96 | | 0.0 | | |
| 26 | 05:15 | S 7 | 10.00 | Thunderstorm in Vicinity | SCT055 OVC090 | 77.2 | 75.2 | | | 94% | | 78 | 29.96 | | 0.0 | | |
| 26 | 04:55 | S 9 | 10.00 | Overcast | SCT011 BKN055 OVC080 | 77.5 | 75.2 | | | 93% | | 79 | 29.96 | | 0.0 | | |
| 26 | 04:35 | S 7 | 10.00 | Overcast | SCT055 BKN065 OVC090 | 77.4 | 75.2 | | | 93% | | 79 | 29.97 | | 0.0 | | |
| 26 | 04:15 | S 6 | 10.00 | Overcast | SCT060 BKN070 OVC085 | 77.2 | 74.8 | | | 93% | | 78 | 29.97 | | 0.0 | | |
| 26 | 03:55 | SW 7 | 10.00 | Overcast | SCT019 OVC055 | 77 | 74.7 | | | 93% | | 78 | 29.97 | | 0.0 | | |
| 26 | 03:35 | SW 6 | 10.00 | Overcast | SCT016 BKN020 OVC085 | 77 | 74.7 | | | 93% | | 78 | 29.97 | | 0.0 | | |
| 26 | 03:15 | SW 3 | 10.00 | Overcast | SCT017 BKN022 OVC090 | 77 | 74.5 | | | 92% | | 78 | 29.98 | | 0.0 | | |
| 26 | 02:55 | SW 5 | 10.00 | Mostly Cloudy | SCT020 BKN055 BKN090 | 77 | 74.5 | | | 92% | | 78 | 29.99 | | 0.0 | | |
| 26 | 02:35 | SW 6 | 10.00 | Overcast | SCT022 BKN055 OVC080 | 77 | 74.5 | | | 92% | | 78 | 29.99 | | 0.0 | | |
| 26 | 02:15 | SW 5 | 10.00 | Partly Cloudy | SCT055 SCT080 | 76.6 | 74.3 | | | 93% | | 77 | 30 | | 0.0 | | |
| 26 | 01:55 | SW 5 | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30 | | 0.0 | | |
| 26 | 01:35 | SW 5 | 10.00 | Fair | CLR | 77 | 74.1 | | | 91% | | 78 | 30.01 | | 0.0 | | |
| 26 | 01:15 | SW 5 | 10.00 | Fair | CLR | 77 | 73.8 | | | 90% | | 78 | 30.02 | | 0.0 | | |
| 26 | 00:55 | SW 3 | 10.00 | Fair | CLR | 77.2 | 73.8 | | | 89% | | 79 | 30.03 | | 0.0 | | |
| 26 | 00:35 | SW 5 | 10.00 | Partly Cloudy | SCT047 | 77.4 | 73.6 | | | 88% | | 79 | 30.03 | | 0.0 | | |
| 26 | 00:15 | S 5 | 10.00 | Partly Cloudy | SCT045 | 77.4 | 73.4 | | | 88% | | 79 | 30.05 | | 0.0 | | |
| 25 | 23:55 | Calm | 10.00 | Fair | CLR | 77.4 | 73.2 | | | 87% | | 79 | 30.05 | | 0.0 | | |

VOTE002074