# Exhibit B

# DAILY LINE COUNT / LOG SHEET

LINE # __24-25__

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD : Msgt Mayberry

AM COUNT: 26x

PM COUNT: _____

DATE : 5-28-2025

| DORM | COUNT | |
|------|-------|-----|
| F1 | 1 | |
| F2 | 5 | |
| F3 | 9 -1 | 8 |
| F4 | 13-1 | 12 |
| Total | 28 x | 26x |
| | (26x) | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25Am  Arrived at Camp D Falcon Gate

6:45Am  Opened outside and inside gate

7:32Am  Checked out 28x - Line 24-25 and 17x Line 6A 6B
Enroute to procesing plant to drop off Msgt Griffin and
Line 6A - 6B, 17x

7:41Am  Arrived to processing plant and offloaded 17x Line 6A6B
Enroute cucumber field w/27x; offloaded 1x-Line 2425 at
processing plant - Job change offender Terry Speaks 634067

7:46Am  Arrived to cucumber field, upon arrival, shade
trailer, port-a-potty, and 3 watercooler filled with ice and
water were on site, sunscreen was offered

7:54  Medical emergency, Called Medical 4 to bring Ambulance over
radio, possible siezure, inmate Jaron Tate 601940

7:59  Ambulance and Medical team arrived and loaded inmate
Jaron Tate 601940 onto Ambulance truck and was escorted
out for further medical treatment

8:05  Col Rosso and Lt Smith arrived at cucumber field to
make rounds

8:25  Medical emergency, Called Medical 4 via radio, offender
George Carrol 359517 stated "feeling weak and dizzy."

8:30  Ambulance Arrived, 15 minute Break was called,

8:35  Medical personel ordered 20min Break for offender George

revised 05/27/2025
VOTE002093

# DAILY LINE COUNT / LOG SHEET

LINE # __24-25__

PUSHER: _Msgt Bordelon_

GUN GUARD: _Msgt Gaines_

GUN GUARD : _Msgt Mayberry_

AM COUNT: _26x_

PM COUNT:

DATE : _5-28-2025_

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| F2 | 5 | |
| F3 | 9 -1 | 8 |
| F4 | 13 -1 | 12 |
| Total | 28 x | 26 x |
| | 26X | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

Continued...
9:25 Count time, F1-1, F2-5, F3-8, F4-12
9:30 Called out 15 minute Break
9:35 Called in Count via radio to CampP sallyport
10:30 Heat alert, all offenders put on shade trailer
11:07 Head land, offenders loaded onto bus, 26x, and
escorted to Camp D Falcon Gate
11:18 Arrived to Camp D Falcon Gate
11:22 Opened outside and inside gate, counted 26x, shookdown
and pat checked all offenders
11:26 Closed inside and outside gate

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # ___15___

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. I. Brown

GUN GUARD: Sgt. J. Crouse

AM COUNT: 23

PM COUNT: 0

DATE: 5/28/25

| DORM Bear | COUNT 23 | |
|-----------|----------|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 7 | |
| 4 | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

302 Crates of squash

COMENTS:

600am Roll Call 1345 Radio 28670

630am Arrived at Camp C Beargate

643am Opened Beargate

649an Started checking out inmates

705am Checkalout 23x

707am Turned in Bear gate keys into E-Bldg

718am Arrived at squash field  Shade trailer and portable toilet on site

    Offered sunscreen to all inmates

725am Received 3 water coolers

730am Received crates

830am Inmates offered break

920am Counted inmates

930am Called in count to Camp C sallyport. Bear (1) 0; (2) 10; (3) 7; (4) 6

    Total: 23x

1031am Notified of heat alert by Control Center via radio. Imediatly called all

    inmates in for break

1045am Break ended

1058am Wdn. Vannoy arrived on site

1110am Called for headland and loaded bus 23x

1 OF 2

VOTE 002096

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. I. Brown

GUN GUARD: Sgt. J. Crouse

AM COUNT: 23

PM COUNT: 0

DATE: 5/23/25

| DORM Bear | COUNT 23 | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 7 | |
| 4 | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

1113am Left squash Field
1121am Arrived at Beargate checked in 23*
1135am Left camp C

2 OF 2

VOTE002097

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # **24 25**

PUSHER: **Msgt Bordelon**

GUN GUARD: **Msgt Gaines**

GUN GUARD: **Msgt Mayberry**

AM COUNT: (31x)

PM COUNT:

DATE: 5-29-2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| F2 | 6 | |
| F3 | 11 | |
| F4 | 13 | |
| Total | (31) | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:48 Arrived at Camp D Falcon gate
6:50 Opened outside gate
6:58 opened inside gate
7:30 Checked out 31x for Line 24-25 and 16x for Line 6A6B enroute to processing plant
7:38 Arrived at processing plant and offloaded Msgt Griffin with 16x for Line 6A 6B, Enroute cucumber field
7:50 Arrived at Cucumber field with 31x, Port-a-potty, shade trailer and 2 ice coolers on site
8:30 called via radio med3 for medical emergency, inmate Lance Victory 615863 complaining of feeling weak and dizzy
8:50 Announced break time 15 minutes
9:12 medical personel arrived and ordered Lance Victory 615863 a 20 minute break
9:30 Count time F1-1 F2-6 F3-11 F4-13
9:40 Called in Count to Camp D sally port
9:45 Announced break time 15 minutes
10:45 Announced break time 15 minutes
11:30 Headland 31x loaded on bus enroute Camp D Falcon gate
12:03 Pat search 31x and checked in 31x through Falcon gate

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # __15__

PUSHER: __Lt. M. Karisny__

GUN GUARD: __MSgt. I. Brown__

GUN GUARD: __Sgt. J. Crowse__

AM COUNT: __22__

PM COUNT: __0__

DATE: __5-29-25__

| DORM Bear | COUNT 22 | |
|-----------|----------|---|
| 1 | 0 | |
| 2 | 7 | |
| 3 | 7 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

337 crates of squash

COMENTS:

600am Roll Call  Bus 1345  Radio 28670

625am Arrived at Camp C checked out Bear gate key C70 2L 45

650am Opened Bear gate

656am Started checking out inmates

711am Checked out 22 inmates

713am. Turned in Bear gate keys to E. Bldg.

716am Left Camp C

726am Arrived at squash field. Shade trailer, portable toilet, hand wash
station, and three water coolers on site

856am Loaded 185 crates / out of crates

857am Offered break to inmates

915am Counted inmates

932am Turned in count to Camp C sallyport Bear (1) 0; (2) 7; (3) 7; (4) 8
Total 22 ✗

1011am Received more crates

1114am Loaded 154 crates

1116am Called headland and loaded bus 22 ✗

1120am Vehicle blocking road delayed departure to Camp C

1147am Left squash field

1 of 2

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. I. Brown

GUN GUARD : Sgt. J. Crouse

AM COUNT: 22

PM COUNT: 0

DATE : 5-29-25

| DORM Bear | COUNT 22 | |
|-----------|----------|---|
| 1 | 0 | |
| 2 | 7 | |
| 3 | 7 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

1152am Arrived at Camp C E Bldg checked out Bear gate keys C70 2L 4S

1153am Arrived at Bear gate

1204pm Checked in 22x

1207pm Turned in Bear gate keys C70 to E-Bldg.

2 oF 2

revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

LINE # __15__

PUSHER: __Lt. M. Karisny__

GUN GUARD: __MSgt. I. Brown__

GUN GUARD: __Sgt. J. Craese__

AM COUNT: __26__

PM COUNT: __0__

DATE: __5-30-25__

| DORM Bear | COUNT 26 | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 8 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

429 crates

COMENTS:

600am Roll Call   Bus 1345  Radio 28670

624am Arrived at Camp C checked out Beargate Keys C70 2L; 45

654am Opened Beargate

705am Started checking out inmates

717am Checked out 26 x

72am Turned in Beargate keys to E-Bldg

73am Arrived at squash field. Shade trailer, portable toilet, hand wash station, and
3 watercooler on site Sunscreen offered to inmates.

830am Breaktime

8:45am Breaktime end

920am Wdn. Vannoy visited the squash field

930am Breaktime / Conducted line count

932am Turned in count to Camp C sallyport; Bear (1) 0; (2) 10; (3) 8; (4) 8 Total: 26 x

945am Breaktime over

1055am Recount Bear 1+3  B1-0  B3-8

1125am Headland / Loaded bus with 26 x

1140 am Arrived at Camp C E-Bldg checked out Beargate key C70 2L; 45

1148am Checked in 26 x   Left Beargate

1150am Turned in Beargate keys to E-Bldg

# DAILY LINE COUNT / LOG SHEET

LINE #  24-25

DATE: 5-30-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| F2 | 9 | |
| F3 | 15 | |
| F4 | 12 | |
| Total | 37x | |
| | | |
| | | |
| | | |
| | | |
| | | |

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Mayberry

GUN GUARD: Msgt Gaines

AM COUNT: 37x

PM COUNT:

COMENTS:

6:29Am Arrived at Camp D Falcon gate

6:35Am Opened outside and inside gate

7:25Am Checked out 40x Line 24-25 and 18x Line 6A 6B
with Msgt Griffin, enroute processing plant

7:31Am Arrived at processing plant and offloaded 18x Line 6A 6B
and 3x from Line 24-25 at processing plant with Msgt Griffin, enroute
cucumber field with 37x Line 24-25

7:36Am Arrived at cucumber field with 37x, shade trailer, ice coolers,
and port-a-potty on site, sunscreen offered to offenders

7:45Am Called Medical 3 via radio, offender Dominic Davis 591778
complained of back pain and offender Jones Anthony 303687 complained
of trouble breathing

8:15Am Medical arrived and tended to Jones Anthony 303687 and
Dominic Davis 591778 and ordered 15 minute break

8:30Am announced Break time

9:20Am Count time F1-1 F2-9 F3-15 F4-12 =37x

9:30Am Announced Break time

10:30Am Announced Break time

11:15Am Headland 37x loaded onto bus and enroute Camp D Falcon gate

11:22 Am Arrived Camp D Falcon gate

11:40 Am checked in 37x and secure inside and outside gate

VOTE002104