IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 65(b)(2)</u>**

Having considered Plaintiffs' Motion to Extend Temporary Restraining Order Pursuant to Federal Rule of Civil Procedure 65(b)(2), and finding good cause exists to extend the May 23, 2025 TRO on the grounds that the legal and factual bases underlying that order continue to exist and to provide the Court sufficient time to adjudicate Plaintiffs' pending Motion for Preliminary Injunction, and further, finding that the relief set forth in the TRO is narrowly drawn, extends no further than necessary to correct the complained of Eighth Amendment violation, and is the least

2

intrusive means necessary to correct that violation, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion is **GRANTED.** The Temporary Restraining Order (ECF No. 253) will be extended till the earlier of: (i) an additional fourteen (14) day period or (ii) the issuance of an order on Plaintiffs' pending Motion for a Preliminary Injunction.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE