# Exhibit B

# DAILY LINE COUNT / LOG SHEET

DATE: 6-02-2025

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Arrington

AM COUNT: 50x

PM COUNT:

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 1 | |
| F3 | 28 | |
| F4 | 21 | |
| Total | 50x | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:28am Arrived Camp D Falcon

6:40am Opened Outside gate and inside gate

7:35am Checked out 54x with 3x from Line 24-25 going to Line 6A 6B with Msgt Griffin, Offender Hughes, Tradavion 707036, Dugas Desmond 700968 and Legros Jordan 792306. Making Line 24-25 total 51x

7:50am Medical Emergency called Medical 3 on radio. Offender Savoie, Seth 781388 tripped and fell out of the bus upon arriving to the cucumber field and offloading the bus

7:51am Medical arrived and tended to offender Savoie Seth

8:09am Medical personell ordered Savoie Seth be sent back to camp D to his expected dorm for rest of the day

8:18am offender Savoie Seth sent in by Lt Smith

8:19am Announced Break time

9:15am Announced Break time

9:30am Count time F1-0 F2-1 F3-28 F4-21 = 50x

9:35am Called in Count to Camp D Sally port

10:15am Announced Break time

11:00am Heat Alert Broadcasted via radio to all units. Announced Heat Alert and Gave offenders a direct verbal order to halt work and get under shade trailer

Page 1 OF 2

## DAILY LINE COUNT / LOG SHEET

LINE #: 2425

PUSHER: Msgt A Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Arrington

AM COUNT: 50x

PM COUNT:

DATE: 6-2-25

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 1 | |
| F3 | 28 | |
| F4 | 21 | |
| Total | 50x | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

11:05Am Headland 50x loaded onto bus enroute Camp D Falcon gate
11:28 Arrived to Falcon gate with 50x, patchecked offenders
11:35 Lock inside and outside gate

Page 2 of 2

revised 05/27/2025
VOTE002138

## DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karlsny

GUN GUARD: MSgt. I. Brown.

GUN GUARD: Sgt. J. Crouse

AM COUNT: 25

PM COUNT: 0

DATE: 6-2-25

| DORM Bear | COUNT 25 | |
|---|---|---|
| 1 | 0 | |
| 2 | 8 | |
| 3 | 9 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

600am Roll call Bus 1345  Radio 28670
625am Arrived at Camp C E-Bldg checked out Beargate keys C20 2^L 4^S
628am Arrived at Beargate
710am Opened Beargate
742am Checked out 25x / Turned in Beargate keys to E-Bldg
800am Arrived at squash Field. shade trailer, portable toilet, handwash station, and three watercoolers on site. Sunscreen offered to inmates
845am Offered Break
915am Performed count of line 15
930am Called in count to Camp C sallyport. Bear: (1) 0; (2) 8; (3) 9; (4) 8 Total: 25x
9:45am Offered Break
1030am Offered Break
1100am Notified of heat alert by Control Center via radio. Imediately stopped all work. Called all inmates to the shade trailer for break. Checked roster for any heat precautions.
1110am Called headline / loaded bus w/ 25x
1125am Arrived at Camp C E-Bldg checked out Beargate keys C20 2^L 4^S
1135am Checked in 25x. Turned in Beargate keys C20 2^L 4^S to E-Bldg

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: 21

PM COUNT: 21

DATE: 6-2-2025

| DORM | | COUNT |
|---|---|---|
| | | |
| F 1 | | 0 |
| 2 | ☓ | 0 |
| 3 | ||||| | 11 |
| 4 | ||||| ||||| | 10 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:40 arrived at camp D Falcon gate
- ___ opened camp D Falcon gate
- 7:30 closed Falcon gate
- 7:45 arrived at Processing Plant
- 8:00 began to wash yellow squash
- 8:15 checked out 10 knives to begin cutting squash
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 10:40 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 11:45 finished washing squash
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headland

revised 05/27/2025
VOTE002140

## DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Lt Msgt Gaines

GUN GUARD: Msgt Arrington

AM COUNT: 57x

PM COUNT:

DATE: 6-3-2025

| DORM | COUNT | |
|---|---|---|
| F1 | 1 | |
| F2 | 2 | |
| F3 | 31 | |
| F4 | 23 | |
| Total | 57x | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25 Am Arrived at Camp D Falcon gate and opened outside gate and inside gate

7:24 Am Checked out 60x from Line 24-25, sent 3x with Msgt Griffin Hughes, Tradavion 707036, Dugas Desmond 700968 and Legros Jordan 792306. Total checked out 57x.

7:30 Am Arrived to squash field behind Camp D. Upon Arrival, shade trailer, port-a-potty, and 3 ice coolers on site and offered sunscreen

8:15 Am Announced Break time

8:32 Am Offender Smith, Anthony 433385 declared a medical emergency stating "feeling weak and dizzy." I then call for medical via radio.

8:47 Am Medical personell arrived and tended to offender Smith, Anthony

9:05 Am Medical personell ordered offender Smith, Anthony 433385 take a 15 minute break

9:15 Am Announced Break time

9:30 Am Count time F1-1, F2-2, F3-31, F4-23

9:32 Am Called in count via radio to Camp D sallyport

10:15 Am Announced Break time

11:00 Am Heat alert announced

11:05 Am Headland 57x enroute Camp D Falcon gate

11:08 Am 57x checked in to Camp D Falcon gate

revised 05/27/2025
VOTE002141

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: MSgt Griffin

GUN GUARD: 

GUN GUARD: 

AM COUNT: 20

PM COUNT: 20

DATE: 6-3-25

| DORM | COUNT | |
|---|---|---|
| | | |
| | | |
| F 1 | | |
| 2 | | |
| 3 | ~~||||~~ ~~||||~~ |||| | 16 |
| 4 | ~~||||~~ ||||| | 10 |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:40 arrived at camp d Falcon gate
- 6:45 opened inside outside gate
- 7:30 checked out 20x
- 7:50 arrived at Processing Plant
- 8:00 started to Process yellow squash
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count 20x F1(0) F2(0) F3(0) F4(10) A/S
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 finished processing yellow squash
- 1:00 made rounds A/S
- 1:30 headland

## DAILY LINE COUNT / LOG SHEET

LINE #: 24+25

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. A. Bordelon

GUN GUARD: MSgt. Gaines

AM COUNT: 51

PM COUNT: 0

DATE: 6-4-25

| DORM Falcon | COUNT | 52 |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 1 | 1 |
| 3 | 27 | 27 |
| 4 | 24 | 23 |
| Total: | 52 | 51 |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

600am Roll Call   Bus 1345   Radio 28670

630am Arrived at Camp D

730am Checked out 52x   sent 1x to processing plant total Count 51

745am Arrived at cucumber field on A-hard. One shade trailer, 1 portable toilet, 1 hand wash station, three water coolers on site. Sunscreen offered to inmates

830am Offered break

9:15am Offered break / Performed line count

9:30am Called in count to Camp D sallyport. Falcon(1) 0; Falcon(2) 1; Falcon(3) 27; Falcon(4) 23 Total: 51

1003am Notified via radio from Control Center of heat alert. Imediately called all inmates to the shade trailer for break.

1013am Break over

1040am Called for madatory break due to heat alert

1042am Called Medical 2 via radio for inmate Anthony Smith (433385) declared Medical emergncy

1050am Break over

1115am Called headline / Loaded bus 51x picked 1x from processing plant to 52x

Late Entry: 1110am Medical 3 arrived on site evaluate inmate Anthony Smith (433385)

1136am Arrived at Camp D Falcon gate checked in 52x

# DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt Bordelon

GUN GUARD: MSgt. Gaines

AM COUNT: 16

PM COUNT: 0

DATE: 6-5-25

| DORM Bear | COUNT 16 | |
|---|---|---|
| 1 | 0 | |
| 2 | 4 | |
| 3 | 6 | |
| 4 | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

600am Roll call   Bus 1345   Radio 28670
627am Arrived at Camp C E-Bldg   Checked out CD 2² 4⁵
632am Arrived at Beargate
705am Opened Beargate
732am Checked out 16x
734am Turned in Beargate keys to E-Bldg
745am Arrived at squash field. Shade trailer, portable toilet, hand wash station, and 3 watercoolers on site. Sunscreen offered to inmates
830am Break offered
840am Break end
905am Break offered
925am Break end
933am Called in count to Camp C sallyport. Bear (1) 0; (2) 4; (3) 6; (4) 6 Total 16x
952am Notified by Control Center via radio of heat alert. Immediately stopped all work and started mandatory break. Fall inmates at the shade trailer. Eleven of the inmates have a heat precaution duty status and weren't allowed to return to work
1010am End mandatory break
1028am Headline/loaded bus w/ 16x

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. M. Korisny

GUN GUARD: MSgt. Bordelon

GUN GUARD: MSgt. Gaines

AM COUNT: 16

PM COUNT: 0

DATE: 6-5-25

| DORM Bear | COUNT 16 | |
|---|---|---|
| 1 | 0 | |
| 2 | 4 | |
| 3 | 6 | |
| 4 | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

1040am Arrived at Camp C E-Bldg checked out Bear gate keys C70 2L 4S
1057am Checked in 16x Turned in Beargate keys to E Bldg

## DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: Msgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: 22

PM COUNT: 22

DATE: 6-6-25

| DORM | COUNT | |
|------|-------|---|
|      |       |   |
|      |       |   |
| F1   |       |   |
| 2    |       |   |
| 3    | | 10 |
| 4    | | 10 |
| E2   | 1 | 1 |
|      |   |   |
|      |   |   |
|      |   |   |

COMENTS:

- 6:30 arrived at camp d gate Falcon
- 6:50 opened outside inside gate
- 7:25 checked out 22x
- 7:50 arrived at Processing Plant
- 8:00 began to wash squash
- 8:05 began to cut squash
- 8:10 started up the blancher
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S count cleared
- 10:00 finished washing squashing
- 10:30 lunch
- 11:00 finished cutting squash
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 finished processing squash
- 1:00 headland

## DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Arrington

GUN GUARD: Sgt Crouse

AM COUNT: 52x

PM COUNT:

DATE: 6-6-2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 2 | |
| F3 | 27 | |
| F4 | 23 | |
| Total | 52 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:39Am Arrived at Camp D Falcon gate and opened outside and inside gate

7:35 Am Checked out 52x, secured inside and outside gates, enroute A Land squash field

7:45Am Arrived to A Land squash field with 52x, upon arrival, shade trailer, port-a-potty, and 2 ice coolers onsite

7:55Am Called Medical 3 via radio, offender Savoie Seth 781388 declared medical emergency, complained of back pain and skipped Am meds

8:30Am Break time Announced

9:00Am Heat Alert Announced over radio, I announced to offenders, Heat Alert all work come to a Halt and offenders gathered under shade trailer.

9:05Am Verified 19x Heat precaution, those offenders instructed to stay under shade trailer until transport and escort arrives

9:20Am Medical Arrived and tended to offender Savoie Seth 781388

9:30Am Count time F1-0, F2-2, F3-27, F4-23

9:40Am Break time Announced and medical personell ordered offender Savoie Seth 781388 a 15 minute break under shade trailer, offender Savoie Seth is a Heat precaution and will stay under shade trailer until escort arrives.

10:15Am Lt Karisny arrived to escort 19x heat precautions back to Camp D with 33x left in squash field after field count cleared

10:38Am Recount on Falcon 3 and Falcon 4, F3-27 F4-23

# DAILY LINE COUNT / LOG SHEET

PG 72

LINE # 24-25

PUSHER: Msgt Bordelon

GUN GUARD: Msgt Arrington

GUN GUARD: Sgt Crouse

AM COUNT: 52x

PM COUNT:

DATE: 6-6-2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 2 | |
| F3 | 27 | |
| F4 | 23 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

10:40 Am Break time Announced
11:10 Am Head land 33x enroute to Camp D Falcon gate
11:20 Am Arrived to camp D Falcon gate with 33x and opened outside and inside gate
11:30 Am Checked in 33x, secured inside and outside gate

revised 05/27/2025

VOTE002149

## DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. I. Brown

GUN GUARD: none

AM COUNT: 20

PM COUNT: 0

DATE: 6-6-25

| DORM Bear | COUNT 20 |
|---|---|
| 1 | 0 |
| 2 | 8 |
| 3 | 6 |
| 4 | 6 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

COMENTS:

6:00am Rollcall Bus 1345 Radio 2867 20
6:35am Arrived at Camp C E-Bldg. Checkedout Beargate Keys C70 2L 4S
6:39am Arrived at Beargate
7:06am Opened Beargate
7:22am Checked out 20x. Turned in Bear Keys to E-Bldg.
7:45am Arrived at Camp D squash field. Shade trailer, portable toilet, three
       water coolers on site, sunscreen offered to inmates
8:30am Break time offered
8:40am Break time over
9:00am Notified by control center of heat alert via radio. Immediately stopped all
       work and implemented madatory 10 minute break. After verifying all inmates
       against the heat pathology I had 12 out of 20 inmates with a heat precaution
       duty status. Therefore leaving 8 inmates to work the squash field
9:10am End of mandatory break
9:20am Called for headline then loaded bus w/20x
9:36am Arrived at Camp C E-Bldg Checkedout Beargate Keys C70 2L 4S
9:43am Checked in 20x and turned in Beargate Key to E-Bldg.