
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P 225 383 3796  F 225 343 9612

keoghcox.com

ANDREW BLANCHFIELD, Partner
ablanchfield@keoghcox.com

June 17, 2025

Honorable Brian A. Jackson
United States District Judge
Middle District of Louisiana
Russell B. Long Federal Courthouse
777 Florida Street, Suite 139
Baton Rouge LA  70801

    RE:    Voice of the Experienced (VOTE), et al v. LeBlanc, et al
             Civil Action No. 3:23-cv-1304-BAJ-EWD
             Our File No: 10.2332195

Dear Judge Jackson:

    Defendants write to inform the Court of a recently discovered issue regarding temperature monitoring at LSP. As the Court's preliminary injunction requires, LSP is monitoring the heat index every 30 minutes and issuing heat alerts when the heat index is 88 degrees Fahrenheit. When gathering documentation for the weekly reporting from June 9 through June 13, 2025, however, Defendants discovered discrepancies in the heat index recorded by employees in the control room when compared to the National Weather Service data. Under LSP Directive No. 13.067(3)(C)(2), LSP requires monitoring pursuant to the National Weather Service (weather.gov). But Defendants learned that at least some recent temperature monitoring was based on weather.com (not weather.gov) or weatherbug.com. That directly violates LSP policy, and the Department is sending internal affairs immediately to LSP to determine the extent of the violation as well as the appropriate punishment, including the possibility of suspension or dismissal.

    Although the Court's present preliminary injunction does not specify which weather service must be used, out of an abundance of caution the State is immediately notifying the Court of its discovery of this policy violation and the State's immediate attempts to remedy it. The State will advise the Court of its findings and corresponding disciplinary measures. The State is also happy to answer any questions the Court may have.

Honorable Brian A. Jackson
June 17, 2025
Page 2

                                        Respectfully,

                                        **LIZ MURRILL**
                                        **Attorney General**

                              By: _____
                                    Andrew Blanchfield (#16812)
                                    Special Assistant Attorney General

AB:pd