## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED, A**                              **CIVIL ACTION**
**MEMBERSHIP ORGANIZATION ON**
**BEHALF OF ITSELF AND ITS**
**MEMBERS, ET AL.**

**VERSUS**

**JAMES LEBLANC, ET AL.**                          **NO. 23-01304-BAJ-EWD**

### ORDER

At the June 12, 2025, Status Conference (Doc. 267), the Court clarified that the

Second Temporary Restraining Order that went into effect on May 23, 2025,

(Doc. 253), was granted under the Court's authority pursuant to 18 U.S.C. § 3626(2),

or Appendix B of the Prison Litigation Reform Act. As such, no extension is required

at this time.

Therefore,

**IT IS ORDERED** that Plaintiffs' **Notice Of Motion To Extend Temporary**

**Restraining Order Pursuant To Federal Rule Of Civil Procedure 65(b)(2)**

**(Doc. 262) and Motion For Expedited Consideration Of Motion To Extend**

Temporary Restraining Order (Doc. 263), be and are hereby **DENIED AS MOOT.**

Baton Rouge, Louisiana, this 16th day of June, 2025

_____

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**