# Exhibit A



Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 13:35 | S 6 | 10.00 | Fair | CLR | 77 | 71.1 | | | 82% | | 79 | 30.02 | | 0.0 | | |
| 13 | 13:15 | S 8 | 10.00 | Fair | CLR | 76.3 | 70.7 | | | 83% | | 77 | 30.03 | | 0.0 | | |
| 13 | 12:55 | S 7 | 10.00 | Fair | CLR | 75.6 | 70.2 | 75.6 | 70.7 | 83% | | 76 | 30.03 | | 0.0 | | 0.26 |
| 13 | 12:35 | S 6 | 10.00 | Fair | CLR | 74.3 | 70.2 | | | 87% | | | 30.03 | | 0.0 | | |
| 13 | 12:15 | SW 6 | 10.00 | Fair | CLR | 72.1 | 69.4 | | | 91% | | | 30.03 | | 0.0 | | |
| 13 | 11:55 | SW 5 | 10.00 | Fair | CLR | 71.4 | 68.9 | | | 92% | | | 30.03 | | 0.0 | | |
| 13 | 11:35 | S 5 | 10.00 | Fair | CLR | 71.2 | 68.5 | | | 91% | | | 30.05 | | 0.0 | | |
| 13 | 11:15 | SW 7 | 10.00 | Fair | CLR | 71.1 | 68.4 | | | 91% | | | 30.04 | | 0.0 | | |
| 13 | 10:55 | SW 10 | 10.00 | Fair | CLR | 70.9 | 68.9 | | | 94% | | | 30.04 | | 0.0 | 0.02 | |
| 13 | 10:35 | SW 8 | 10.00 | Light Rain | SCT050 SCT070 SCT100 | 70.7 | 68.9 | | | 94% | | | 30.03 | | 0.0 | 0.02 | |
| 13 | 10:15 | SW 10 | 10.00 | Thunderstorm Light Rain | SCT085 OVC100 | 71.2 | 69.4 | | | 94% | | | 30.04 | | 0.0 | 0.01 | |
| 13 | 09:55 | S 10 | 10.00 | Thunderstorm Light Rain | OVC100 | 71.4 | 69.3 | | | 93% | | | 30.04 | | 0.0 | 0.09 | 0.24 |
| 13 | 09:35 | S 7 | 10.00 | Thunderstorm Light Rain | SCT085 OVC100 | 71.8 | 70 | | | 94% | | | 30.05 | | 0.0 | 0.08 | |
| 13 | 09:15 | S 5 | 10.00 | Thunderstorm Light Rain in Vicinity | OVC100 | 72.3 | 70.3 | | | 94% | | | 30.06 | | 0.0 | 0.04 | |
| 13 | 08:55 | S 8 | 10.00 | Thunderstorm Light Rain | OVC100 | 72.5 | 70.5 | | | 94% | | | 30.05 | | 0.0 | 0.11 | |
| 13 | 08:35 | S 7 | 10.00 | Thunderstorm Rain in Vicinity | OVC100 | 72.5 | 70.9 | | | 95% | | | 30.05 | | 0.0 | 0.07 | |
| 13 | 08:15 | SE 5 | 7.00 | Thunderstorm Rain in Vicinity | OVC100 | 72.7 | 71.1 | | | 95% | | | 30.04 | | 0.0 | 0.04 | |
| 13 | 07:35 | SE 7 | 10.00 | Thunderstorm Light Drizzle | SCT090 BKN120 | 73.8 | 71.8 | | | 94% | | | 30.02 | | 0.0 | 0.01 | |
| 13 | 07:15 | S 10 G 17 | 10.00 | Thunderstorm Light Rain in Vicinity | OVC090 | 73.8 | 71.8 | | | 94% | | | 29.99 | | 0.0 | 0.01 | |
| 13 | 06:55 | S 9 G 17 | 7.00 | Rain | OVC100 | 74.7 | 73.2 | 77.9 | 74.3 | 95% | | | 30 | | 0.0 | 0.11 | 0.25 |
| 13 | 06:35 | S 10 | 10.00 | Thunderstorm Light Rain | OVC100 | 74.7 | 73 | | | 95% | | | 29.98 | | 0.0 | 0.06 | |
| 13 | 06:15 | S 7 | 10.00 | Thunderstorm Light Rain | SCT022 SCT060 OVC110 | 74.3 | 72.9 | | | 95% | | | 29.98 | | 0.0 | 0.03 | |
| 13 | 05:55 | SE 5 | 10.00 | Thunderstorm Light Rain in Vicinity | OVC110 | 75.2 | 73.4 | | | 94% | | 74 | 29.98 | | 0.0 | 0.08 | |
| 13 | 05:35 | S 6 | 10.00 | Thunderstorm Light Rain in Vicinity | OVC110 | 75.9 | 73.9 | | | 94% | | 75 | 29.98 | | 0.0 | 0.05 | |
| 13 | 05:15 | SE 8 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT080 OVC100 | 76.5 | 74.5 | | | 94% | | 77 | 29.97 | | 0.0 | 0.03 | |
| 13 | 04:55 | S 6 | 7.00 | Light Rain | SCT010 BKN080 OVC110 | 76.6 | 74.7 | | | 94% | | 77 | 29.95 | | 0.0 | 0.06 | |

VOTE002177

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 13 | 04:35 | S 8 | 10.00 | Thunderstorm Light Rain | BKN012 BKN048 OVC120 | 77.7 | 76.3 | | | 95% | | 80 | 29.95 | | 0.0 | 0.01 | |
| 13 | 04:15 | S 7 | 7.00 | Thunderstorm Light Rain in Vicinity | BKN008 BKN014 OVC024 | 77.7 | 76.5 | | | 96% | | 80 | 29.96 | | 0.0 | 0.01 | |
| 13 | 03:55 | S 5 | 10.00 | Thunderstorm Rain in Vicinity | BKN010 OVC018 | 77.9 | 76.3 | | | 95% | | 80 | 29.97 | | 0.0 | | |
| 13 | 03:35 | S 5 | 10.00 | Mostly Cloudy | SCT008 SCT012 BKN022 | 77.4 | 76.1 | | | 96% | | 79 | 29.96 | | 0.0 | | |
| 13 | 03:15 | S 5 | 10.00 | Fair | CLR | 76.6 | 75.2 | | | 95% | | 77 | 29.97 | | 0.0 | | |
| 13 | 02:55 | S 3 | 10.00 | Thunderstorm in Vicinity | CLR | 76.3 | 74.7 | | | 95% | | 76 | 29.96 | | 0.0 | | |
| 13 | 02:35 | SW 5 | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 29.96 | | 0.0 | | |
| 13 | 02:15 | SW 7 | 10.00 | Thunderstorm in Vicinity | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.96 | | 0.0 | | |
| 13 | 01:55 | SW 5 | 10.00 | Fair | CLR | 75.6 | 73.9 | | | 95% | | 74 | 29.96 | | 0.0 | | |
| 13 | 01:35 | SW 6 | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 29.97 | | 0.0 | | |
| 13 | 01:15 | SW 5 | 10.00 | Fair | CLR | 74.7 | 73 | | | 95% | | | 29.96 | | 0.0 | | |
| 13 | 00:55 | SW 5 | 10.00 | Fair | CLR | 74.5 | 73.2 | 78.4 | 73.9 | 96% | | | 29.97 | | 0.0 | | |
| 13 | 00:35 | SW 3 | 10.00 | Fair | CLR | 74.3 | 73.4 | | | 97% | | | 29.97 | | 0.0 | | |
| 13 | 00:15 | SW 5 | 10.00 | Fair | CLR | 74.5 | 73.4 | | | 96% | | | 29.97 | | 0.0 | | |
| 12 | 23:55 | SW 3 | 10.00 | Fair | CLR | 74.3 | 73.4 | | | 97% | | | 29.97 | | 0.0 | | |
| 12 | 23:35 | SW 3 | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 29.98 | | 0.0 | | |
| 12 | 23:15 | Calm | 10.00 | Fair | CLR | 73.9 | 72.9 | | | 96% | | | 29.97 | | 0.0 | | |
| 12 | 22:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73 | | | 96% | | | 29.97 | | 0.0 | | |
| 12 | 22:35 | W 3 | 10.00 | Fair | CLR | 74.3 | 72.9 | | | 95% | | | 29.97 | | 0.0 | | |
| 12 | 22:15 | Calm | 10.00 | Fair | CLR | 74.7 | 72.7 | | | 94% | | | 29.97 | | 0.0 | | |
| 12 | 21:55 | Calm | 10.00 | Fair | CLR | 74.8 | 72.9 | | | 94% | | | 29.96 | | 0.0 | | |
| 12 | 21:15 | Calm | 10.00 | Fair | CLR | 75.6 | 72.7 | | | 91% | | 75 | 29.94 | | 0.0 | | |
| 12 | 20:55 | Calm | 10.00 | Fair | CLR | 75.7 | 72.5 | | | 90% | | 76 | 29.93 | | 0.0 | | |
| 12 | 20:35 | SW 3 | 10.00 | Fair | CLR | 75.7 | 72.5 | | | 90% | | 76 | 29.93 | | 0.0 | | |
| 12 | 20:15 | SW 10 | 10.00 | Fair | CLR | 76.1 | 72.9 | | | 90% | | 76 | 29.92 | | 0.0 | | |
| 12 | 19:55 | SW 8 | 10.00 | Fair | CLR | 77 | 72.9 | | | 87% | | 78 | 29.93 | | 0.0 | | |
| 12 | 19:35 | SW 8 | 10.00 | Fair | CLR | 77.2 | 73.8 | | | 89% | | 79 | 29.93 | | 0.0 | | |
| 12 | 19:15 | SW 9 | 10.00 | Fair | CLR | 78.3 | 73.4 | | | 85% | | 81 | 29.94 | | 0.0 | | |
| 12 | 18:55 | S 5 | 10.00 | Thunderstorm | NULL | 78.4 | 73.8 | | | 86% | | 81 | 29.94 | | 0.0 | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002178



# National Weather Service
### National Oceanic and Atmospheric Administration

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 15:53 | SE 6 | 10.00 | Fair | CLR | 84 | 71.1 | | | 65% | | 89 | 29.97 | 1014.8 | | | |
| 13 | 14:53 | S 6 | 10.00 | Fair | CLR | 80.1 | 71.1 | | | 74% | | 84 | 30.01 | 1016.1 | | | |
| 13 | 13:53 | S 6 | 10.00 | Fair | CLR | 75.9 | 70 | | | 82% | | 77 | 30.01 | 1016.3 | | | |
| 13 | 12:53 | S 7 | 10.00 | Fair | CLR | 73.9 | 70 | 79 | 71.1 | 88% | | | 30.02 | 1016.6 | | | 0.31 |
| 13 | 11:53 | SE 6 | 10.00 | Light Rain | FEW100 SCT120 | 72 | 70 | | | 94% | | | 30.03 | 1016.8 | 0.03 | | |
| 13 | 10:53 | S 5 | 10.00 | Light Rain Fog/Mist | BKN110 | 71.1 | 69.1 | | | 94% | | | 30.05 | 1017.6 | 0.11 | | |
| 13 | 09:53 | SE 12 | 3.00 | Rain Fog/Mist | BKN015 | 71.1 | 70 | | | 96% | | | 30.06 | 1017.8 | 0.07 | 0.17 | |
| 13 | 08:53 | S 12 | 3.00 | Light Rain Fog/Mist | BKN015 | 73.9 | 72 | | | 94% | | | 30.06 | 1017.9 | 0.06 | | |
| 13 | 07:53 | W 5 | 7.00 | Light Rain | BKN006 | 75.9 | 73.9 | | | 94% | | 75 | 30.01 | 1016.1 | 0.04 | | |
| 13 | 06:53 | S 5 | 9.00 | Thunderstorm Light Rain | FEW016 SCT025 BKN120 | 79 | 77 | 79 | 75.9 | 94% | | 83 | 29.97 | 1014.9 | | | 0.02 |
| 13 | 05:53 | Calm | 8.00 | Fair | CLR | 78.1 | 77 | | | 97% | | 81 | 29.96 | 1014.5 | | | |
| 13 | 04:53 | SE 5 | 9.00 | Thunderstorm in Vicinity Light Rain | BKN110 | 78.1 | 77 | | | 97% | | 81 | 29.95 | 1014.1 | 0.02 | | |
| 13 | 03:53 | S 6 | 10.00 | A Few Clouds | FEW080 FEW110 | 79 | 77 | | | 94% | | 83 | 29.97 | 1014.8 | | | |
| 13 | 02:53 | SE 3 | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 29.96 | 1014.3 | | | |
| 13 | 01:53 | E 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.97 | 1014.6 | | | |
| 13 | 00:53 | SE 6 | 10.00 | Fair | CLR | 75.9 | 73.9 | 80.1 | 75 | 94% | | 75 | 29.97 | 1014.6 | | | |
| 12 | 23:53 | Calm | 10.00 | Overcast | OVC026 | 77 | 73.9 | | | 90% | | 78 | 29.97 | 1014.8 | | | |
| 12 | 22:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 29.97 | 1014.5 | | | |
| 12 | 21:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 29.94 | 1013.7 | | | |
| 12 | 20:53 | E 7 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 29.93 | 1013.3 | | | |
| 12 | 19:53 | Calm | 10.00 | Fair | CLR | 79 | 72 | | | 79% | | 82 | 29.94 | 1013.6 | | | |
| 12 | 18:53 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 80.1 | 75 | 91.9 | 77 | 85% | | 85 | 29.93 | 1013.5 | 0.03 | | 0.03 |
| 12 | 17:53 | S 16 | 10.00 | Mostly Cloudy | BKN040 BKN047 | 87.1 | 73 | | | 63% | | 95 | 29.93 | 1013.4 | | | |
| 12 | 16:53 | S 13 | 10.00 | Mostly Cloudy | BKN043 | 88 | 73 | | | 61% | | 96 | 29.94 | 1013.8 | | | |
| 12 | 15:53 | S 15 | 10.00 | A Few Clouds | FEW039 | 89.1 | 73.9 | | | 61% | | 98 | 29.94 | 1013.7 | | | |
| 12 | 14:53 | SE 10 | 10.00 | Fair | CLR | 86 | 73 | | | 65% | | 93 | 29.95 | 1014.1 | | | |
| 12 | 13:53 | SE 10 | 10.00 | Thunderstorm in Vicinity | FEW039 SCT046 SCT100 | 87.1 | 73.9 | | | 65% | | 95 | 29.96 | 1014.5 | | | |
| 12 | 12:53 | SE 13 G 22 | 10.00 | Mostly Cloudy | SCT039 SCT047 BKN060 | 89.1 | 73 | 90 | 72 | 59% | | 97 | 29.97 | 1014.9 | | | |
| 12 | 11:53 | SE 13 | 10.00 | Partly Cloudy | SCT037 | 89.1 | 73.9 | | | 61% | | 98 | 30 | 1015.8 | | | |
| 12 | 10:53 | SE 9 | 10.00 | Mostly Cloudy | SCT024 BKN031 BKN042 | 86 | 75.9 | | | 72% | | 96 | 30.01 | 1016.2 | | | |
| 12 | 09:53 | Vrbl 5 | 10.00 | Partly Cloudy | FEW017 SCT026 | 82 | 77 | | | 85% | | 90 | 30.02 | 1016.5 | | | |



# National Weather Service
National Oceanic and Atmospheric Administration

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 13:53 | SE 10 | 10.00 | Thunderstorm in Vicinity | FEW039 SCT046 SCT100 | 87.1 | 73.9 | | | 65% | | 95 | 29.96 | 1014.5 | | | |
| 12 | 12:53 | SE 13 G 22 | 10.00 | Mostly Cloudy | SCT039 SCT047 BKN060 | 89.1 | 73 | 90 | 72 | 59% | | 97 | 29.97 | 1014.9 | | | |
| 12 | 11:53 | SE 13 | 10.00 | Partly Cloudy | SCT037 | 89.1 | 73.9 | | | 61% | | 98 | 30 | 1015.8 | | | |
| 12 | 10:53 | SE 9 | 10.00 | Mostly Cloudy | SCT024 BKN031 BKN042 | 86 | 75.9 | | | 72% | | 96 | 30.01 | 1016.2 | | | |
| 12 | 09:53 | Vrbl 5 | 10.00 | Partly Cloudy | FEW017 SCT026 | 82 | 77 | | | 85% | | 90 | 30.02 | 1016.5 | | | |
| 12 | 08:53 | E 7 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.01 | 1016.3 | | | |
| 12 | 07:53 | E 7 | 10.00 | A Few Clouds | FEW022 | 73.9 | 72 | | | 94% | | | 30.01 | 1016.0 | | | |
| 12 | 06:53 | E 6 | 10.00 | Mostly Cloudy | BKN013 | 72 | 70 | 72 | 71.1 | 94% | | | 30 | 1015.7 | | | |
| 12 | 04:53 | E 6 | 10.00 | Partly Cloudy | SCT017 | 71.1 | 70 | | | 96% | | | 29.98 | 1015.1 | | | |
| 12 | 03:53 | E 7 | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 29.99 | 1015.4 | | | |
| 12 | 02:53 | E 3 | 10.00 | A Few Clouds | FEW023 | 71.1 | 70 | | | 96% | | | 30.01 | 1016.1 | | | |
| 12 | 01:53 | E 7 | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 30.02 | 1016.5 | | | |
| 12 | 00:53 | E 5 | 10.00 | Fair | CLR | 71.1 | 70 | 77 | 71.1 | 96% | | | 30.04 | 1017.1 | | | 0.46 |
| 11 | 23:53 | E 6 | 10.00 | Fair | CLR | 72 | 70 | | | 94% | | | 30.04 | 1017.3 | | | |
| 11 | 22:53 | E 8 | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 30.07 | 1018.0 | 0.01 | | |
| 11 | 21:53 | E 6 | 10.00 | Thunderstorm in Vicinity Light Rain | CLR | 72 | 70 | | | 94% | | | 30.08 | 1018.4 | | 0.45 | |
| 11 | 20:53 | Calm | 10.00 | Thunderstorm | FEW021 BKN065 | 71.1 | 69.1 | | | 94% | | | 30.06 | 1017.7 | 0.45 | | |
| 11 | 19:53 | NW 10 | 10.00 | Thunderstorm | SCT037 SCT060 BKN100 | 75 | 71.1 | | | 88% | | 75 | 30.07 | 1018.1 | | | |
| 11 | 18:53 | NE 6 | 10.00 | Thunderstorm | CLR | 77 | 72 | 91 | 75 | 85% | | 78 | 30 | 1015.8 | | | 0.21 |
| 11 | 17:53 | E 18 G 35 | 7.00 | Thunderstorm Light Rain | BKN045 BKN060 OVC090 | 75.9 | 71.1 | | | 85% | | 76 | 30 | 1015.8 | 0.04 | | |
| 11 | 16:53 | N 20 G 32 | 10.00 | Thunderstorm Light Rain | OVC039 | 75.9 | 68 | | | 77% | | 77 | 30 | 1015.9 | 0.17 | | |
| 11 | 15:53 | E 5 | 10.00 | Overcast | BKN045 OVC050 | 88 | 73 | | | 61% | | 96 | 30 | 1015.7 | | | |
| 11 | 14:53 | Vrbl 6 | 10.00 | Partly Cloudy | SCT043 SCT050 SCT060 | 91 | 73 | | | 56% | | 100 | 30.01 | 1016.3 | | | |
| 11 | 13:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT041 | 89.1 | 72 | | | 57% | | 96 | 30.04 | 1017.1 | | | |
| 11 | 12:53 | Vrbl 6 | 10.00 | Fair | CLR | 89.1 | 73.9 | 89.1 | 69.1 | 61% | | 98 | 30.05 | 1017.5 | | | |
| 11 | 11:53 | Vrbl 3 | 10.00 | Fair | CLR | 86 | 72 | | | 63% | | 92 | 30.08 | 1018.3 | | | |
| 11 | 10:53 | Vrbl 3 | 10.00 | Fair | CLR | 82.9 | 73.9 | | | 74% | | 89 | 30.08 | 1018.4 | | | |
| 11 | 09:53 | E 3 | 10.00 | Fair | CLR | 80.1 | 72 | | | 76% | | 84 | 30.08 | 1018.5 | | | |
| 11 | 08:53 | E 3 | 10.00 | A Few Clouds | FEW015 FEW055 | 77 | 71.1 | | | 82% | | 79 | 30.07 | 1018.2 | | | |
| 11 | 07:53 | NE 5 | 10.00 | Fair | CLR | 72 | 69.1 | | | 91% | | | 30.06 | 1017.7 | | | |
| 11 | 06:53 | E 5 | 10.00 | Fair | CLR | 69.1 | 68 | 71.1 | 68 | 96% | | | 30.07 | 1018.0 | | | |

VOTE002173

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 11 | 05:53 | E 5 | 10.00 | A Few Clouds | FEW001 | 68 | 68 | | | 100% | | | 30.06 | 1017.7 | | | |
| 11 | 04:53 | NE 3 | 2.00 | Fog/Mist | OVC002 | 68 | 68 | | | 100% | | | 30.05 | 1017.4 | | | |
| 11 | 03:53 | Calm | 0.50 | Fog | VV002 | 69.1 | 69.1 | | | 100% | | | 30.04 | 1017.0 | | | |
| 11 | 02:53 | NE 3 | 10.00 | Fair | CLR | 69.1 | 69.1 | | | 100% | | | 30.01 | 1016.1 | | | |
| 11 | 01:53 | NE 6 | 10.00 | Fair | CLR | 70 | 69.1 | | | 97% | | | 30 | 1015.8 | | | |
| 11 | 00:53 | W 5 | 10.00 | Fair | CLR | 70 | 70 | 73 | 70 | 100% | | | 30 | 1015.7 | | | 0.46 |
| 10 | 23:53 | Calm | 10.00 | Fair | CLR | 70 | 69.1 | | | 97% | | | 30.01 | 1016.0 | | | |
| 10 | 22:53 | N 3 | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 30.02 | 1016.5 | | | |
| 10 | 21:53 | NE 6 | 10.00 | Fair | CLR | 72 | 70 | | | 94% | | | 30 | 1015.6 | | 0.46 | |
| 10 | 20:53 | SE 16 G 25 | 10.00 | Light Rain | FEW110 | 72 | 70 | | | 94% | | | 30 | 1015.9 | 0.05 | | |
| 10 | 19:53 | S 10 | 4.00 | Rain Fog/Mist | FEW015 SCT041 BKN065 | 72 | 70 | | | 94% | | | 30.07 | 1018.3 | 0.41 | | |
| 10 | 18:53 | W 12 G 25 | 10.00 | Thunderstorm Light Rain | FEW015 SCT041 BKN065 | 73 | 70 | 90 | 71.1 | 90% | | | 30.06 | 1017.9 | | | 0.19 |
| 10 | 17:53 | W 3 | 10.00 | Mostly Cloudy | BKN090 | 72 | 70 | | | 94% | | | 29.98 | 1015.0 | | | |
| 10 | 16:53 | Calm | 10.00 | Light Rain | FEW055 BKN090 BKN110 | 72 | 69.1 | | | 91% | | | 30 | 1015.8 | 0.04 | | |
| 10 | 15:53 | NE 6 G 17 | 10.00 | Thunderstorm Light Rain | SCT110 | 71.1 | 68 | | | 90% | | | 29.97 | 1014.7 | 0.12 | 0.15 | |
| 10 | 14:53 | W 18 G 33 | 3.00 | Thunderstorm Heavy Rain Fog/Mist | SCT043 BKN060 OVC090 | 73 | 69.1 | | | 87% | | | 30 | 1015.9 | 0.03 | | |
| 10 | 13:53 | NW 5 | 10.00 | Thunderstorm in Vicinity | FEW070 | 90 | 75.9 | | | 63% | | 102 | 29.96 | 1014.2 | | | |
| 10 | 12:53 | NW 7 | 10.00 | Mostly Cloudy | SCT040 SCT050 BKN100 | 86 | 77 | 91 | 79 | 75% | | 97 | 29.99 | 1015.3 | | | |
| 10 | 11:53 | Calm | 10.00 | A Few Clouds | FEW032 | 90 | 75 | | | 62% | | 100 | 30 | 1015.6 | | | |
| 10 | 10:53 | W 8 | 10.00 | Mostly Cloudy | BKN022 | 88 | 75.9 | | | 68% | | 99 | 29.99 | 1015.5 | | | |
| 10 | 09:53 | W 9 | 10.00 | Mostly Cloudy | BKN019 | 87.1 | 75.9 | | | 70% | | 98 | 29.98 | 1015.1 | | | |
| 10 | 08:53 | SW 8 | 10.00 | Partly Cloudy | SCT014 | 84 | 77 | | | 80% | | 94 | 29.99 | 1015.5 | | | |
| 10 | 07:53 | W 8 | 10.00 | Fair | CLR | 82 | 77 | | | 85% | | 90 | 30 | 1015.5 | | | |
| 10 | 06:53 | W 6 | 10.00 | Mostly Cloudy | BKN037 | 79 | 75.9 | 81 | 78.1 | 90% | | 83 | 29.98 | 1015.0 | | | |
| 10 | 05:53 | SW 5 | 10.00 | Partly Cloudy | FEW023 SCT036 | 78.1 | 75.9 | | | 93% | | 81 | 29.96 | 1014.4 | | | |
| 10 | 04:53 | SW 6 | 10.00 | A Few Clouds | FEW040 | 79 | 75.9 | | | 90% | | 83 | 29.94 | 1013.8 | | | |
| 10 | 03:53 | SW 6 | 10.00 | Overcast | BKN040 OVC060 | 80.1 | 75.9 | | | 87% | | 85 | 29.94 | 1013.7 | | | |
| 10 | 02:53 | SW 9 | 10.00 | Overcast | BKN034 OVC042 | 80.1 | 75 | | | 85% | | 85 | 29.94 | 1013.8 | | | |
| 10 | 01:53 | SW 6 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 29.94 | 1013.8 | | | |
| 10 | 00:53 | SW 8 | 10.00 | Fair | CLR | 80.1 | 75 | 87.1 | 80.1 | 85% | | 85 | 29.95 | 1014.0 | | | |
| 09 | 23:53 | SW 8 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 29.93 | 1013.4 | | | |
| 09 | 22:53 | SW 10 | 10.00 | Fair | CLR | 81 | 75 | | | 82% | | 87 | 29.92 | 1012.8 | | | |
| 09 | 21:53 | SW 9 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 29.9 | 1012.3 | | | |
| 09 | 20:53 | SW 13 | 10.00 | A Few Clouds | FEW034 FEW042 | 82.9 | 75 | | | 77% | | 90 | 29.89 | 1011.8 | | | |
| 09 | 19:53 | SW 12 | 10.00 | A Few Clouds | FEW055 | 84.9 | 75 | | | 72% | | 93 | 29.87 | 1011.3 | | | |
| 09 | 18:53 | SW 14 G 24 | 10.00 | A Few Clouds | FEW034 | 87.1 | 73 | 90 | 84.9 | 63% | | 95 | 29.86 | 1010.8 | | | |
| 09 | 17:53 | SW 10 G 18 | 10.00 | Mostly Cloudy | SCT038 SCT070 BKN090 | 87.1 | 73 | | | 63% | | 95 | 29.85 | 1010.6 | | | |

VOTE002174

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 05:53 | SW 5 | 10.00 | Partly Cloudy | FEW023 SCT036 | 78.1 | 75.9 | | | 93% | | 81 | 29.96 | 1014.4 | | | |
| 10 | 04:53 | SW 6 | 10.00 | A Few Clouds | FEW040 | 79 | 75.9 | | | 90% | | 83 | 29.94 | 1013.8 | | | |
| 10 | 03:53 | SW 6 | 10.00 | Overcast | BKN040 OVC060 | 80.1 | 75.9 | | | 87% | | 85 | 29.94 | 1013.7 | | | |
| 10 | 02:53 | SW 9 | 10.00 | Overcast | BKN034 OVC042 | 80.1 | 75 | | | 85% | | 85 | 29.94 | 1013.8 | | | |
| 10 | 01:53 | SW 6 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 29.94 | 1013.8 | | | |
| 10 | 00:53 | SW 8 | 10.00 | Fair | CLR | 80.1 | 75 | 87.1 | 80.1 | 85% | | 85 | 29.95 | 1014.0 | | | |
| 09 | 23:53 | SW 8 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 29.93 | 1013.4 | | | |
| 09 | 22:53 | SW 10 | 10.00 | Fair | CLR | 81 | 75 | | | 82% | | 87 | 29.92 | 1012.8 | | | |
| 09 | 21:53 | SW 9 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 29.9 | 1012.3 | | | |
| 09 | 20:53 | SW 13 | 10.00 | A Few Clouds | FEW034 FEW042 | 82.9 | 75 | | | 77% | | 90 | 29.89 | 1011.8 | | | |
| 09 | 19:53 | SW 12 | 10.00 | A Few Clouds | FEW055 | 84.9 | 75 | | | 72% | | 93 | 29.87 | 1011.3 | | | |
| 09 | 18:53 | SW 14 G 24 | 10.00 | A Few Clouds | FEW034 | 87.1 | 73 | 90 | 84.9 | 63% | | 95 | 29.86 | 1010.8 | | | |
| 09 | 17:53 | SW 10 G 18 | 10.00 | Mostly Cloudy | SCT038 SCT070 BKN090 | 87.1 | 73 | | | 63% | | 95 | 29.85 | 1010.6 | | | |
| 09 | 16:53 | SW 13 G 21 | 10.00 | Partly Cloudy | FEW040 SCT065 | 90 | 73.9 | | | 59% | | 99 | 29.86 | 1011.0 | | | |
| 09 | 15:53 | SW 14 | 10.00 | A Few Clouds | FEW041 FEW050 | 90 | 72 | | | 56% | | 97 | 29.86 | 1011.1 | | | |
| 09 | 14:53 | SW 12 | 10.00 | Partly Cloudy | FEW038 FEW049 SCT065 | 88 | 73 | | | 61% | | 96 | 29.9 | 1012.2 | | | |
| 09 | 13:53 | W 7 | 10.00 | Fair | CLR | 86 | 71.1 | | | 61% | | 92 | 29.91 | 1012.5 | | | |
| 09 | 12:53 | S 8 | 10.00 | Fair | CLR | 84.9 | 70 | 84.9 | 79 | 61% | | 89 | 29.91 | 1012.5 | | | |
| 09 | 11:53 | W 3 | 10.00 | A Few Clouds | FEW110 | 84 | 71.1 | | | 65% | | 89 | 29.9 | 1012.3 | | | |
| 09 | 10:53 | SW 6 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 29.93 | 1013.4 | | | |
| 09 | 09:53 | W 7 | 10.00 | Fair | CLR | 84 | 72 | | | 67% | | 90 | 29.92 | 1013.1 | | | |
| 09 | 08:53 | W 8 | 10.00 | Fair | CLR | 80.1 | 72 | | | 76% | | 84 | 29.94 | 1013.6 | | | |
| 09 | 07:53 | SW 7 | 10.00 | Fair | CLR | 79 | 72 | | | 79% | | 82 | 29.93 | 1013.4 | | | |
| 09 | 06:53 | SW 8 | 10.00 | Fair | CLR | 80.1 | 75 | 81 | 78.1 | 85% | | 85 | 29.92 | 1012.9 | | | |
| 09 | 05:53 | SW 6 | 10.00 | A Few Clouds | FEW027 FEW110 | 78.1 | 75 | | | 90% | | 81 | 29.89 | 1012.1 | | | |
| 09 | 04:53 | W 7 | 10.00 | A Few Clouds | FEW045 | 79 | 75 | | | 88% | | 83 | 29.92 | 1012.9 | | | |
| 09 | 03:53 | SW 9 | 10.00 | Mostly Cloudy | SCT023 BKN028 | 79 | 75 | | | 88% | | 83 | 29.91 | 1012.6 | | | |
| 09 | 02:53 | S 6 | 10.00 | Mostly Cloudy | BKN026 BKN033 | 80.1 | 75 | | | 85% | | 85 | 29.89 | 1012.0 | | | |
| 09 | 01:53 | SW 8 | 10.00 | A Few Clouds | FEW024 | 80.1 | 75 | | | 85% | | 85 | 29.87 | 1011.3 | | | |
| 09 | 00:53 | SW 7 | 10.00 | Fair | CLR | 81 | 75 | 88 | 81 | 82% | | 87 | 29.88 | 1011.7 | | | |
| 08 | 23:53 | SW 7 | 10.00 | Mostly Cloudy | BKN021 | 81 | 75.9 | | | 85% | | 87 | 29.89 | 1012.1 | | | |
| 08 | 22:53 | SW 10 | 10.00 | Mostly Cloudy | BKN021 | 82 | 75.9 | | | 82% | | 89 | 29.88 | 1011.7 | | | |
| 08 | 21:53 | SW 12 | 10.00 | A Few Clouds | FEW021 | 82.9 | 75.9 | | | 79% | | 91 | 29.89 | 1012.1 | | | |
| 08 | 20:53 | SW 14 | 10.00 | Partly Cloudy | SCT024 | 84 | 75.9 | | | 77% | | 93 | 29.87 | 1011.4 | | | |
| 08 | 19:53 | SW 17 G 29 | 10.00 | A Few Clouds | FEW028 | 86 | 75.9 | | | 72% | | 96 | 29.83 | 1010.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) Pressure | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE002170