# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: 

GUN GUARD: 

AM COUNT: 22

PM COUNT: 22

DATE: 6-9-25

| DORM | COUNT |
|------|-------|
|      |       |
| 1    |       |
| 2    |       |
| 3    | ~~HHT HHT~~ I |
| 4    | ~~HHT HHT~~ I |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 6:40 opened outside inside gate
- 7:25 checked out 22x
- 7:50 arrived at Processing Plant
- 8:00 started boxing squash
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:20 passed out knives 10x
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:15 started cutting squash
- 10:30 lunch
- 11:00 finished washing squash
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. l. Brown

GUN GUARD: N/A

AM COUNT: 20

PM COUNT: 0

DATE: 6-9-25

| DORM Bear | COUNT 20 | |
|---|---|---|
| 1 | 0 | |
| 2 | 6 | |
| 3 | 7 | |
| 4 | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

600am Roll call Bus 1345 Radio 28670
636am Arrived at Beargate. Checked out Beargate keys from E-Bldg. C70 2L 4S Keyring
700am Opened Beargate
727am Checked out 20x. Turned in keys to E Bldg
739am Arrived at squash field at A-Land. Shade trailer, portable toilet, handwash station, and three water coolers on site. Sunscreen offered to inmates
815am Break offered
900am Break offered
931am Called in count to Camp C Sallyport. Bear: (1) 0; (2) 6; (3) 7; (4) 7 Total: 20x
945am Break offered
1030am Break offered
1115am Called Headline. Boarded bus w/ 20x
1131am Arrived at Camp C. Checked out Beargate keys C70 2L 4S Keyring
1140am Checked in 20x

VOTE002180
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: MSgt A Bordelon

GUN GUARD: MSgt Arrington

GUN GUARD: Sgt Crouse

AM COUNT: 58x

PM COUNT:

DATE: 6-9-2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 2 | |
| F3 | 31 | |
| F4 | 25 | |
| Total | 58 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25 Am Arrived to Camp D Falcon gate
6:45 Am Opened outside and inside gate
7:30 Am Checked out 58x, secured inside and outside gates and enroute squash and cucumber field behind Camp D
7:34 Am Arrived to field with 58x, upon arrival shade trailer, port-a-potty, and 3 ice coolers on site
8:15 Am Break time Announced
9:15 Am Break time Announced
9:30 Am Count F1-0 F2-2 F3-31 F4-25 = 58x
10:15 Am Break time Announced
11:15 Am Break time Announced
11:20 Am Recount F1-0 F2-2 F3-31 F4-25 = 58x
11:28 Am Headland 58x enrout Camp D Falcon gate
11:37 Am Checked in 58x and secured Falcon gates.

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt J. Arrington

GUN GUARD:

AM COUNT: 25

PM COUNT: 0

DATE: 6-11-25

| DORM Bear | COUNT 25 | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 8 | |
| 4 | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

6:00 am Roll call
6:30 am Arrived at Camp C E-Bldg checked out keyring C70 $2^L 4^S$
6:35 am Opened Beargate
7:00 am Checked out 25x
7:25 am Turned in Beargate keys to Camp C E-Bldg.
7:45 am Arrived at sweet potato field. Shade trailer, portable toilet, handwash station, and 3 coolers on site. Sunscreen offered to inmates
8:00 am Break offered
8:45 am Break offered
9:30 am Break offered
9:32 am Called in count to Camp C sallyport. Bear: 1) 0; 2) 10; 3) 8; 4) 7 Total: 25x
10:15 am Break offered
11:00 am Lt. Smith issued straw hats to all inmates
11:10 am Called headline / Loaded bus w/ 25x
11:27 am Arrived at Camp C checked out Beargate keyring C70 $2^L 4^S$. Checked in 25x
11:30 am Notified of heat alert by Control Center / Left Camp C returned keyring C70 back into E-Bldg

revised 05/27/2025

VOTE002183

## DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: mSgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: 01

PM COUNT:

DATE: 6-11-25

| DORM | COUNT | |
|---|---|---|
|  |  |  |
|  |  |  |
| F2 |  |  |
| 3 | 10 |  |
| 4 | 10 |  |
| E2 | 1 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:
- 6:35 arrived at camp D Falcon gate
- 6:45 checkedout 21x
- 7:30 arrived at Processing Plant
- 8:00 began to GI
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 11:00 lunch
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headland

VOTE002184
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A Bordelon

GUN GUARD: Msgt E. Brown

GUN GUARD: Sgt Crouse

AM COUNT: 49x

PM COUNT:

DATE: 6/11/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 1 | |
| F3 | 27 | |
| F4 | 21 | |
| Total | 49 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:28Am Arrived at Camp D Falcon gate and opened outside and inside gate

7:20Am Checked out 52x and secured inside and outside gate, enroute cucumber field A Land

7:35Am Arrived to cucumber field A Land with 52x, upon arrival shade trailer, 3 ice coolers, and port-a-potty on site

7:40Am Called medical 3 via radio, offender Allen Hardy 617447 complaining of feeling weak and dizzy

7:50Am Medical personell arrived and assessed offender Allen Hardy 617447

8:05Am Medical personell ordered offender Allen Hardy 617447 be sent to ATU, I called Lt Smith via radio to transport offender Allen

8:11Am Lt Smith Arrived to transport 1x offender Allen Hardy to ATU

8:15Am Break time Announced

8:50Am Medical 3 called via radio for medical emergency. Offender Ledet Jr. Christopher 784631 complaining of back pain

9:15Am Break announced

9:25Am Called Lt Smith and Capt Roberson via radio for lock up, Aggravated work offense Ledet Jr. Christopher 784631 and Eugene Kentrell 784592

9:30Am Count time F1-0, F2-1, F3-27, F4-21 = 49 called in to Camp D sally port via radio

VOTE002185

## DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: MSgt A Bordelon

GUN GUARD: MSgt E Brown

GUN GUARD: Sgt Crouse

AM COUNT: 49

PM COUNT:

DATE: 6/11/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 1 | |
| F3 | 27 | |
| F4 | 21 | |
| Total | 49 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
10:15Am Break time announced
11:15Am Headland 49x picked up 1x process plant enroute Camp D Falcon gate 50x
11:30Am Arrived to camp D Falcon gate and opened inside and outside gate
11:45Am checked in 50x

VOTE002186

# DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6D/15B

PUSHER: msgt Goffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: 19

PM COUNT: _____

DATE: 6-12-25

| DORM | COUNT | |
|---|---|---|
| | | |
| | | |
| F1 | | |
| 2 | | |
| 3 | 10 | |
| 4 | a 9 | |
| | | |
| | | |
| | | |

COMENTS:
- 6:35 arrived at camp D Falcon gate
- 7:30 checked out 19x
- 8:10 arrived at Processing Plant
- 8:30 began to GI
- 8:50 medical emergency made for Desmond Dugas #700968
- 9:20 began to wash squash
- 9:22 Emt Darby arrived
- 9:30 called in count
- 9:33 Emt Darby left from seeing inmate Desmond Dugas #700968
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 10:40 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made round A/S
- 12:30 finished washing squash
- 1:00 headland

VOTE002187

## DAILY LINE COUNT / LOG SHEET

DATE: 6-12-25

LINE #: 24-25

PUSHER: Msgt A. Bordelon / Msgt Gaines

GUN GUARD: Msgt Brown

GUN GUARD: Sgt Crouse

AM COUNT: 52x

PM COUNT:

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 3 | |
| F3 | 22 | |
| F4 | 27 | |
| Total | 52x | |
| | | |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

6:25 Am arrived at Camp D Falcon gate
6:38 Am opened outside and inside gate
7:55 Am checked out 52x, secured inside and outside gate, enroute Squash field A Land
8:05 Am Arrived to Squash Field A Land with 52x, upon arrival shade trailer, 3 ice coolers, and Port-a-potty on site. offered sunscreen
8:50 Am Announced Break time
9:30 Am Count time F1-0 F2-3 F3-22 F4-27 = 52x
9:33 Am Called in count via radio to camp D sally port
9:50 Am Announced Break tim
10:30 Am Heat Alert Announced over radio, all work came to a halt, all offenders under shade trailer
10:40 Am verified 9x Heat Alert to stay on shade trailer and not to work.
10:53 Am Called Medical 3 via radio for medical emergency, offender Livous, Devon 511660 complained of feeling weak and dizzy
11:03 Am Medical personell arrived and tended to offender Livous Devon 511660
11:10 Am Announced Break time
11:12 Am Medical ordered offender Livous Devon 511660 be sent to ATU

VOTE002188

## DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: MSgt A. Bordelon

GUN GUARD: MSgt Brown

GUN GUARD: Sgt Crouse

AM COUNT: 52x

PM COUNT:

DATE: 6/12/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 3 | |
| F3 | 22 | |
| F4 | 27 | |
| Total | 52x | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 11:12Am Called for Capt Roy via radio to transport 1x to ATU Livous Devon 511660
- 11:15 Am Capt Roy Arrived and transported 1x Livous Devon 511660 to ATU
- 11:18 Am Head Land 51x Enroute Camp D Falcon gate
- 11:35 Am Arrived at Camp D Falcon gate
- 11:48 Am Checked in 51x, Camp D Falcon gate inside and outside secured

VOTE002189

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. Arrington

GUN GUARD: N/A

AM COUNT: 25

PM COUNT: 0

DATE: 6-12-25

| DORM Bear | COUNT 25 | |
|---|---|---|
| 1 | 0 | |
| 2 | 9 | |
| 3 | 9 | |
| 4 | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am  Roll call  Bus 1345  Radio 28670
6:05 am  Arrived at Camp C E Bldg. Checked out Bear gate keys. Keytag C70 2ⁿᵈ 4³
6:25 am  Arrived at Bear gate
7:00 am  Opened Beargate
7:14 am  Checked out 25x
7:17 am  Turned Beargate keys back into E-Bldg
7:32 am  Arrived at sweet potato Field. Shade trailer, portable toilet, hand wash station and 3 water coolers on site. Sunscreen offered to inmates
8:15 am  Break offered
9:00 am  Break offered
9:22 am  Called in count to Camp C sallyport Bear (1) 0; (2) 9; (3) 9; (4) 7  Total: 25
9:45 am  Break offered
10:30 am  Notified by Control Center via radio of Heat Alert. Immediately stopped all work and called all inmates to the shade trailer for mandatory 10 minute break. 14 out of 25 inmates on line 15 had a heat precaution duty status leaving me 11 inmates left to work Line 15.
10:40 am  Called for headline. / Loaded bus w/25x.
10:50 am  Arrived at Camp C and checked out Beargate keys Tag # C70 2ᴸ 4³. Then checked in 25x through Beargate

revised 05/27/2025
VOTE002190

# DAILY LINE COUNT / LOG SHEET

LINE #  6A/6B/15B

PUSHER: msgt Gaffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: 21

PM COUNT: _____

DATE: 6-13-0S

| DORM | COUNT | |
|---|---|---|
| F 1 | | |
| 2 | | |
| 3 | 12 | |
| 4 | 8 | |
| F 2 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D sallyport
- 7:00 checked out 21x
- 7:15 arrived at Processing Plant
- 7:25 began to process yellow squash
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 finished processing squash
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headland