# Exhibit C

| 6.9.25 A Team | Time | Temp | Heat Index | Init |
|---|---|---|---|---|
| | 8a | 75° | 75° | LC |
| | 830a | 76° | 76° | LC |
| | 9a | 77° | 77° | LC |
| | 930a | 78° | 78° | LC |
| | 10a | 78 | 83 | LC |
| | 1030a | 80° | 84° | LC |
| | 11a | 81° | 86° | LC |
| | 1130a | 81° | 85° | LC |
| | 12p | 82° | 87° | LC |
| | 1230p | 82° | 87° | LC |
| | 1p | 82° | 88° | LC |
| | 130p | 81° | 87° | LC |
| | 2p | 83° | 89° | LC |
| | 230p | 83° | 90° | LC |
| | 3p | 85° | 92° | LC |
| | 330p | 85° | 92° | LC |
| | 4p | 86° | 94° | LC |
| | 430p | 87° | 95° | LC |
| | 5p | 87° | 95 | LC |
| | 530p | 86° | 94° | BK |
| | 6p | 86° | 94° | BK |
| | 630p | 86° | 93° | BK |
| | 7p | 86° | 93° | BK |

| Date | Time | Temp | Heat Index | Int | | |
|---|---|---|---|---|---|---|
| 6-10-2025 A Team | 8am | 77° | 77° | BA | | |
| | 830am | 77° | 77° | BA | | |
| | 9am | 78° | 83° | BA | | |
| | 930am | 81° | 86° | BA | | |
| | 10am 956a | 82° | 90° | BA | | |
| | 1030am | 82° | 90° | BA | | |
| | 11am | 84° | 93° | BA | | |
| | 1130am | 84° | 93° | BA | | |
| | 12pm | 84° | 93° | BA | | |
| | 1230pm | 84° | 93° | BA | | |
| | 1pm | 84° | 95° | BA | | |
| | 130pm | 84° | 95° | (BA) | | |
| | 2pm | 86° | 95° | BA | | |
| | 230pm | 86° | 95° | BA | | |
| | 3pm | 86° | 95° | BA | | |
| | 330pm | 86° | 95° | BA | | |
| | 4pm | 84° | 93° | BA | | |
| | 430pm | 84° | 93° | BA | | |
| | 5pm | 84° | 93° | BA | | |
| | 530pm | 80° | 79° | KV | | |
| | 6pm | 81° | 82° | KV | | |
| | 630pm | 82° | 83° | KV | | |
| | 7pm | 80° | 81° | KV | | |

VOTE002204

| Date | Time | Temp | Heat Index | In |
|---|---|---|---|---|
| 6-11-25 | 800 | 72° | 72 | To |
|  | 830 | 75° | 75° | To |
|  | 900a | 75° | 75° | To |
|  | 930a | 78° | 85° | To |
|  | 1000a | 81° | 86° | To |
|  | 1030 | 81° | 87° | JM |
|  | 1100 | 80° | 87° | JM |
|  | 1130 | 84° | 90° | JM |
|  | 1200pm | 86° | 92° | JM |
|  | 1230pm | 86° | 95° | JM |
|  | 100pm | 86° | 95° | JM |
|  | 130pm | 87° | 96° | JM |
|  | 200pm | 86° | 96° | JM |
|  | 230pm | 87° | 96° | JM |
|  | 300pm | 88° | 95° | JM |
|  | 330pm | 87° | 95° | JM |
|  | 400pm | 87° | 95° | JM |
|  | 430pm | 87° | 94° | JM |
|  | 500pm | 87° | 94° | JM |
|  | 530pm | 90° | 99° | JM |
|  | 600pm | 88° | 99° | JM |
|  | 630pm | 73° | 73° | JM |
|  | 700pm | 73° | 73° | JM |
| 6-12-25 | 800am | 74° | 74° |  |
|  | 830am | 75° | 75° |  |
|  | 900am | 76° | 76° |  |
|  | 930am | 77° | 77° |  |
|  | 1000am | 79° | 85° |  |

| Date | Time | Temp | Heat Index | Int |
|---|---|---|---|---|
| 6.12.25 | 10:38am | 81° | 88° | JM |
| | 11am | 83° | 91° | JM |
| | 11:38am | 84° | 93° | JM |
| | 12pm | 85° | 94° | JM |
| | 12:30pm | 84° | 93° | JM |
| | 1pm | 83° | 91° | JM |
| | 1:30pm | 83° | 91° | JM |
| | 2:00pm | 83° | 90° | JM |
| | 2:30pm | 82° | 88° | JM |
| | 3:00pm | 81° | 87° | JM |
| | 3:30pm | 81° | 86° | JM |
| | 4:00pm | 81° | 85° | JM |
| | 4:30pm | 79° | 83° | JM |
| | 5:00pm | 78° | 82° | JM |
| | 5:30pm | 81° | 86° | JMS |
| | 6:00pm | 78° | 81° | JMS |
| | 6:30pm | 75° | 75° | JMS |
| | 7:00pm | 72° | 72° | JMS |

6·13·25

| Time | Temp | Heat index | Iut |
|---|---|---|---|
| 800a | 77° | 77° | DS |
| 830a | 77° | 77° | DS |
| 900a | 79° | 79° | DS |
| 930a | 79° | 79° | DS |
| 1000a | 81° | 86° | DS |
| 1030a | 78° | 78° | DS |
| 1100a | 77° | 77° | DS |
| 1130a | 77° | 77° | DS |
| 1200p | 75° | 75° | DS |
| 1230p | 75° | 75° | DS |
| 100p | 77° | 77° | DS |
| 130p | 77° | 77° | DS |
| 200p | 77° | 77° | DS |
| 230p | 77° | 77° | DS |
| 300p | 78° | 78° | DS |
| 330p | 79° | 79° | DS |
| 400p | 84° 81° | 91° 84° | DS |
| 430p | 81° | 84° | DS |
| 500p | 82° | 88° | DS |
| 530p | 82° | 80° | TO |
| 600p | 82° | 80° | TO |
| 630p | 81° | 80° | TO |
| 700p | 80° | 80° | TO |

VOTE002207

| 6.14.2025 Time | Temp | Heat Index | Inits |
|---|---|---|---|
| 8a | 78 | 78 | LC |
| 830a | 79° | 87° | LC |
| 9a | 81° | 89° | LC |
| 930a | 82 | 91° | LC |
| 10a | 83 | 92° | LC |
| 1030a | 86° | 97° | LC |
| 11a | 86° | 97° | LC |
| 1130a | 83 | 94° | LC |
| 12p | 85° | 94° | LC |
| 1230p | 84° | 92° | LC |
| 1p | 77° | 77° | LC |
| 130p | 77° | 77° | LC |
| 2p | 77° | 77° | LC |
| 230p | 78° | 84° | LC |
| 3p | 73° | 73° | LC |
| 330p | 73° | 73° | LC |
| 4p | 74° | 74° | LC |
| 430p | 74° | 74° | LC. |
| 5p | 74 | 74 | LC |
| 530p | 74 | 74 | aa |
| 6p | 75 | 74 | aa |
| 630p | 74 | 74 | aa |
| 7p | 74 | 74 | aa |

VOTE002208

|  | Time | Temp | Heat Index | Int |
|---|---|---|---|---|
| 6-15-25 | 8am | 75° | 75° | BA |
|  | 830am | 76° | 76° | BA |
|  | 9am | 79° | 79° | BA |
|  | 930am | 79° | 79° | BA |
|  | 10am | 81° | 90° | BA |
|  | 1030am | 81° | 90° | BA |
|  | 11am | 84° | 93° | BA |
|  | 1130am | 84° | 93° | BA |
|  | 12pm | 86° | 97° | BA |
|  | 1230pm | 86° | 97° | BA |
|  | 1pm | 86° | 99° | BA |
|  | 130pm | 86° | 99° | BA |
|  | 2pm | 86° | 99° | BA |
|  | 230pm | 86° | 99° | BA |
|  | 3pm | 86° | 97° | BA |
|  | 330pm | 86° | 97° | BA |
|  | 4pm | 86° | 97° | BA |
|  | 430pm | 86° | 97° | BA |
|  | 5pm | 84° | 95° | BA |
|  | 530pm | 82° | 90 | KV |
|  | 6pm | 82° | 90 | KV |
|  | 630pm | 81 | 89 | KV |
|  | 7pm | 81 | 89 | KV |