# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jeremy Benjamin**
**Direct Dial:** +1 212 373 3502
**Email:** jbenjamin@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

June 18, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

Re:   *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

Plaintiffs write in response to Defendants' June 17 letter informing the Court, and by extension, Plaintiffs, of discrepancies regarding temperature and heat index monitoring at LSP and the requirements of LSP Directive 13.067. *See* ECF 268. The issues identified by Defendants regarding heat index monitoring at LSP, as well as the recent joint weekly heat letters, demonstrate the need for the relief that Plaintiffs seek in their Second Motion for a Temporary Restraining Order and Preliminary Injunction, *see* ECF 201—namely, an FRE 706 expert to monitor and record the Wet Bulb Globe Temperature onsite at LSP.

Notwithstanding Defendants' improper reliance on weather data from weather.com and/or weatherbug.com, Plaintiffs are increasingly concerned that the National Weather Service ("NWS") weather data on which the parties have previously relied does not accurately reflect current heat conditions at LSP. As evidenced by the parties' recent joint weekly letters, NWS data is sporadic at best. NWS data from the New Roads False River Regional Airport ("New Roads") is often missing during periods when the Farm Line is operating. *See e.g.*, ECF 266 (NWS did not record any weather data at the New Roads weather station for certain periods on June 2, 3, 4, 5, or 6).

For example, for the June 9–13 weekly letter, *see* ECF 270, NWS did not report any weather data at all at the New Roads weather station (which may have contributed to Defendants' reliance on weather.com and weatherbug.com). Although the parties have agreed to rely on weather data from the Baton Rouge Metropolitan Airport Ryan Field weather station, that weather station is farther away from LSP, decreasing the accuracy of the heat index data.

Taking Defendants' failure to comply with LSP Directive No. 13.067(3)(C)(2) and the NWS' unreliability together, Plaintiffs are increasingly concerned that Defendants do not have the ability to accurately and reliably determine the heat index and weather conditions on the Farm Line at LSP. While Plaintiffs appreciate Defendants bringing this matter to the Court's attention, this issue further demonstrates the urgent need for the parties and the Court to have an accurate and reliable source of information for monitoring and recording actual heat conditions at LSP.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP    2

      Plaintiffs stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Jeremy Benjamin*

                Jeremy Benjamin

cc:    All Counsel of Record (via ECF)