# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 21 | 18:53 | Calm | 10.00 | Partly Cloudy | SCT047 SCT055 | 91 | 73.9 | 95 | 90 | 57% | | 101 | 30.04 | 1017.1 | | | |
| 21 | 17:53 | W 5 | 10.00 | Mostly Cloudy | BKN050 | 93 | 73 | | | 52% | | 102 | 30.03 | 1016.9 | | | |
| 21 | 16:53 | W 6 | 10.00 | Fair | CLR | 91.9 | 70 | | | 49% | | 98 | 30.04 | 1017.1 | | | |
| 21 | 15:53 | W 7 | 10.00 | A Few Clouds | FEW060 FEW075 | 93.9 | 70 | | | 46% | | 100 | 30.05 | 1017.3 | | | |
| 21 | 14:53 | SW 8 | 10.00 | Fair | CLR | 93 | 71.1 | | | 49% | | 100 | 30.06 | 1017.9 | | | |
| 21 | 13:53 | N 5 | 10.00 | Mostly Cloudy | BKN030 | 91.9 | 73 | | | 54% | | 101 | 30.09 | 1018.8 | | | |
| 21 | 12:53 | Calm | 10.00 | Mostly Cloudy | BKN030 BKN048 | 89.1 | 73 | 91 | 75.9 | 59% | | 97 | 30.11 | 1019.5 | | | |
| 21 | 11:53 | W 5 | 10.00 | Partly Cloudy | SCT034 | 89.1 | 75 | | | 63% | | 99 | 30.12 | 1019.8 | | | |
| 21 | 10:53 | W 5 | 10.00 | Partly Cloudy | SCT027 | 88 | 75.9 | | | 68% | | 99 | 30.13 | 1020.0 | | | |
| 21 | 09:53 | W 8 | 10.00 | A Few Clouds | FEW025 | 87.1 | 75 | | | 67% | | 97 | 30.13 | 1020.0 | | | |
| 21 | 08:53 | W 7 | 10.00 | Fair | CLR | 84.9 | 75.9 | | | 75% | | 94 | 30.12 | 1019.9 | | | |
| 21 | 07:53 | Calm | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.11 | 1019.5 | | | |
| 21 | 06:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | 78.1 | 75 | 97% | | 75 | 30.1 | 1019.0 | | | |
| 21 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 75 | | | 100% | | 72 | 30.09 | 1018.6 | | | |
| 21 | 03:53 | W 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.06 | 1017.6 | | | |
| 21 | 02:53 | Calm | 8.00 | Fair | CLR | 75.9 | 75.9 | | | 100% | | 75 | 30.07 | 1018.0 | | | |
| 21 | 01:53 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 30.08 | 1018.2 | | | |
| 21 | 00:53 | Calm | 10.00 | Fair | CLR | 77 | 77 | 84 | 77 | 100% | | 78 | 30.08 | 1018.5 | | | 0.89 |
| 20 | 23:53 | Calm | 10.00 | Fair | CLR | 78.1 | 77 | | | 97% | | 81 | 30.09 | 1018.6 | | | |
| 20 | 22:53 | Calm | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 30.09 | 1018.7 | | | |
| 20 | 21:53 | Calm | 10.00 | A Few Clouds | FEW050 | 78.1 | 75.9 | | | 93% | | 81 | 30.08 | 1018.4 | | 0.89 | |
| 20 | 20:53 | E 6 | 10.00 | Light Rain | FEW050 FEW080 SCT110 | 78.1 | 75 | | | 90% | | 81 | 30.06 | 1017.7 | 0.16 | | |
| 20 | 19:53 | E 3 | 10.00 | Partly Cloudy | FEW037 SCT070 | 78.1 | 77 | | | 97% | | 81 | 30.05 | 1017.3 | 0.73 | | |
| 20 | 18:53 | E 21 G 25 | 10.00 | Thunderstorm Heavy Rain and Breezy | SCT047 BKN055 OVC095 | 84 | 78.1 | 93.9 | 84 | 82% | | 95 | 30.04 | 1017.1 | 0.09 | | 0.09 |
| 20 | 17:53 | W 7 | 10.00 | Partly Cloudy | FEW055 SCT120 | 91.9 | 73 | | | 54% | | 101 | 30.03 | 1016.5 | | | |
| 20 | 16:53 | Vrbl 5 | 10.00 | Mostly Cloudy | FEW043 SCT060 BKN110 | 93 | 73.9 | | | 54% | | 103 | 30.03 | 1016.8 | | | |
| 20 | 15:53 | W 6 | 10.00 | Mostly Cloudy | SCT047 BKN055 | 91.9 | 73.9 | | | 56% | | 102 | 30.04 | 1017.1 | | | |
| 20 | 14:53 | Calm | 10.00 | Mostly Cloudy | FEW044 BKN070 | 91 | 73 | | | 56% | | 100 | 30.06 | 1017.7 | | | |
| 20 | 13:53 | NW 5 | 10.00 | Fair | CLR | 91 | 73.9 | | | 57% | | 101 | 30.08 | 1018.5 | | | |
| 20 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 90 | 73 | 91 | 73.9 | 58% | | 98 | 30.11 | 1019.4 | | | |
| 20 | 11:53 | W 7 | 10.00 | A Few Clouds | FEW029 | 89.1 | 77 | | | 68% | | 102 | 30.12 | 1019.8 | | | |
| 20 | 10:53 | W 7 | 10.00 | A Few Clouds | FEW023 | 88 | 75.9 | | | 68% | | 99 | 30.13 | 1020.1 | | | |
| 20 | 09:53 | W 6 | 10.00 | Partly Cloudy | SCT019 | 84.9 | 77 | | | 77% | | 95 | 30.13 | 1020.2 | | | |
| 20 | 08:53 | Calm | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.13 | 1020.2 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

Case 3:23-cv-01304-BAJ-EWD    Document 272-1    06/24/25    Page 3 of 6



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 13:53 | NW 5 | 10.00 | Fair | CLR | 91 | 73.9 | | | 57% | | 101 | 30.08 | 1018.5 | | | |
| 20 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 90 | 73 | 91 | 73.9 | 58% | | 98 | 30.11 | 1019.4 | | | |
| 20 | 11:53 | W 7 | 10.00 | A Few Clouds | FEW029 | 89.1 | 77 | | | 68% | | 102 | 30.12 | 1019.8 | | | |
| 20 | 10:53 | W 7 | 10.00 | A Few Clouds | FEW023 | 88 | 75.9 | | | 68% | | 99 | 30.13 | 1020.1 | | | |
| 20 | 09:53 | W 6 | 10.00 | Partly Cloudy | SCT019 | 84.9 | 77 | | | 77% | | 95 | 30.13 | 1020.2 | | | |
| 20 | 08:53 | Calm | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.13 | 1020.2 | | | |
| 20 | 07:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.12 | 1019.8 | | | |
| 20 | 06:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | 73.9 | 72 | 97% | | | 30.11 | 1019.4 | | | |
| 20 | 05:53 | Calm | 10.00 | Fair | CLR | 72 | 71.1 | | | 97% | | | 30.09 | 1018.9 | | | |
| 20 | 04:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.08 | 1018.4 | | | |
| 20 | 03:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.07 | 1018.2 | | | |
| 20 | 02:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.07 | 1018.2 | | | |
| 20 | 01:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.09 | 1018.7 | | | |
| 20 | 00:53 | Calm | 10.00 | Fair | CLR | 73 | 71.1 | 81 | 72 | 94% | | | 30.1 | 1019.0 | | | 1.02 |
| 19 | 23:53 | NE 5 | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.09 | 1018.6 | | | |
| 19 | 22:53 | Calm | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.1 | 1019.1 | | | |
| 19 | 21:53 | E 6 | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.09 | 1018.9 | | 1.02 | |
| 19 | 20:53 | Calm | 10.00 | Fair | CLR | 73 | 70 | | | 90% | | | 30.06 | 1018.0 | 0.04 | | |
| 19 | 19:53 | NW 9 G 22 | 0.75 | Thunderstorm Rain Fog/Mist | BKN025 | 73 | 71.1 | | | 94% | | | 30.1 | 1019.1 | 0.98 | | |
| 19 | 18:53 | SW 12 | 3.00 | Thunderstorm Light Rain | BKN044 BKN060 OVC090 | 81 | 75 | 93 | 81 | 82% | | 87 | 30.05 | 1017.6 | | | |
| 19 | 17:53 | Calm | 10.00 | Thunderstorm in Vicinity | SCT040 | 90 | 73.9 | | | 59% | | 99 | 30.03 | 1016.8 | | | |
| 19 | 16:53 | Vrbl 3 | 10.00 | Fair | CLR | 93 | 73 | | | 52% | | 102 | 30.05 | 1017.3 | | | |
| 19 | 15:53 | W 3 | 10.00 | Partly Cloudy | SCT040 | 91 | 73.9 | | | 57% | | 101 | 30.05 | 1017.3 | | | |
| 19 | 14:53 | W 9 | 10.00 | Partly Cloudy | SCT040 | 91.9 | 73 | | | 54% | | 101 | 30.08 | 1018.3 | | | |
| 19 | 13:53 | W 7 | 10.00 | Partly Cloudy | FEW040 SCT050 | 91 | 75.9 | | | 61% | | 103 | 30.1 | 1019.2 | | | |
| 19 | 12:53 | NW 9 | 10.00 | Partly Cloudy | SCT028 | 91 | 75 | 91.9 | 78.1 | 59% | | 102 | 30.12 | 1019.8 | | | |
| 19 | 11:53 | W 10 | 10.00 | Partly Cloudy | SCT030 | 89.1 | 75.9 | | | 65% | | 100 | 30.13 | 1019.9 | | | |
| 19 | 10:53 | SW 8 | 10.00 | Mostly Cloudy | BKN017 BKN020 | 88 | 77 | | | 70% | | 100 | 30.13 | 1020.1 | | | |
| 19 | 09:53 | SW 9 | 10.00 | Mostly Cloudy | BKN017 BKN020 | 87.1 | 78.1 | | | 75% | | 100 | 30.13 | 1020.0 | | | |
| 19 | 08:53 | SW 9 | 10.00 | Mostly Cloudy | BKN020 | 82.9 | 77 | | | 82% | | 92 | 30.13 | 1020.0 | | | |
| 19 | 07:53 | S 6 | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.11 | 1019.5 | | | |
| 19 | 06:53 | Calm | 9.00 | Fair | CLR | 78.1 | 75.9 | 79 | 75 | 93% | | 81 | 30.1 | 1019.0 | | | |
| 19 | 05:53 | SE 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.09 | 1018.8 | | | |
| 19 | 04:53 | S 5 | 10.00 | Partly Cloudy | SCT021 | 78.1 | 75.9 | | | 93% | | 81 | 30.08 | 1018.3 | | | |
| 19 | 03:53 | S 3 | 10.00 | Partly Cloudy | SCT020 SCT025 | 78.1 | 75.9 | | | 93% | | 81 | 30.08 | 1018.3 | | | |
| 19 | 02:53 | S 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.07 | 1018.2 | | | |
| 19 | 01:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.07 | 1018.2 | | | |
| 19 | 00:53 | S 6 | 10.00 | A Few Clouds | FEW028 | 79 | 75.9 | 87.1 | 79 | 90% | | 83 | 30.07 | 1018.0 | | | |
| 18 | 23:53 | SE 3 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.07 | 1018.0 | | | |

VOTE002221

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 18 | 22:53 | S 6 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 30.06 | 1017.9 | | | |
| 18 | 21:53 | Calm | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.05 | 1017.5 | | | |
| 18 | 20:53 | SE 3 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 30.04 | 1017.2 | | | |
| 18 | 19:53 | S 8 | 10.00 | Fair | CLR | 84 | 75 | | | 74% | | 92 | 30.02 | 1016.3 | | | |
| 18 | 18:53 | S 7 | 10.00 | Fair | CLR | 87.1 | 75 | 90 | 79 | 67% | | 97 | 30.01 | 1016.2 | | | |
| 18 | 17:53 | S 8 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.02 | 1016.4 | | | |
| 18 | 16:53 | W 9 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 30.02 | 1016.3 | | | |
| 18 | 15:53 | SW 12 | 10.00 | A Few Clouds | FEW032 | 87.1 | 72 | | | 61% | | 94 | 30.03 | 1016.7 | | | |
| 18 | 14:53 | SE 6 | 10.00 | Partly Cloudy | FEW039 FEW075 SCT100 | 84 | 72 | | | 67% | | 90 | 30.04 | 1017.1 | 0.07 | | |
| 18 | 13:53 | E 5 | 10.00 | Thunderstorm in Vicinity | CLR | 82 | 73 | | | 74% | | 87 | 30.04 | 1017.2 | | | |
| 18 | 12:53 | SW 8 | 10.00 | Thunderstorm in Vicinity | SCT030 BKN050 BKN065 | 89.1 | 73 | 91 | 75 | 59% | | 97 | 30.05 | 1017.4 | | | |
| 18 | 11:53 | SW 12 | 10.00 | Mostly Cloudy | BKN027 BKN050 | 89.1 | 75 | | | 63% | | 99 | 30.06 | 1017.7 | | | |
| 18 | 10:53 | S 13 G 18 | 10.00 | Mostly Cloudy | BKN027 | 88 | 75.9 | | | 68% | | 99 | 30.07 | 1018.1 | | | |
| 18 | 09:53 | S 15 G 22 | 10.00 | Partly Cloudy | SCT018 SCT034 | 86 | 75 | | | 70% | | 95 | 30.06 | 1017.8 | | | |
| 18 | 08:53 | S 9 | 10.00 | Fair | CLR | 82.9 | 75 | | | 77% | | 90 | 30.05 | 1017.4 | | | |
| 18 | 07:53 | SE 6 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.04 | 1017.0 | | | |
| 18 | 06:53 | NE 3 | 6.00 | Fog/Mist | CLR | 75 | 73.9 | 77 | 73.9 | 96% | | 73 | 30.02 | 1016.6 | | | |
| 18 | 05:53 | Calm | 9.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.01 | 1016.0 | | | |
| 18 | 04:53 | E 3 | 9.00 | Fair | CLR | 73.9 | 73.9 | | | 100% | | | 30 | 1015.7 | | | |
| 18 | 03:53 | E 5 | 8.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 29.98 | 1015.0 | | | |
| 18 | 02:53 | SE 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.96 | 1014.4 | | | |
| 18 | 01:53 | S 7 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.97 | 1014.6 | | | |
| 18 | 00:53 | S 5 | 10.00 | Fair | CLR | 77 | 73.9 | 84 | 77 | 90% | | 78 | 29.98 | 1015.0 | | 0.01 | |
| 17 | 23:53 | SE 8 | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 29.99 | 1015.2 | | | |
| 17 | 22:53 | SE 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 29.99 | 1015.3 | | | |
| 17 | 21:53 | SE 3 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.99 | 1015.3 | | 0.01 | |
| 17 | 20:53 | Calm | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 29.98 | 1015.2 | 0.01 | | |
| 17 | 19:53 | S 8 | 9.00 | Light Rain | SCT020 SCT028 BKN043 | 82 | 75.9 | | | 82% | | 89 | 29.97 | 1014.8 | | | |
| 17 | 18:53 | S 10 | 10.00 | Mostly Cloudy | BKN023 BKN029 | 84 | 75.9 | 91 | 79 | 77% | | 93 | 29.99 | 1015.3 | | | |
| 17 | 17:53 | S 8 G 21 | 10.00 | Fair | CLR | 86 | 75 | | | 70% | | 95 | 29.96 | 1014.3 | | | |
| 17 | 16:53 | S 9 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 29.98 | 1014.9 | | | |
| 17 | 15:53 | Calm | 10.00 | Thunderstorm | FEW034 FEW075 SCT110 | 79 | 71.1 | | | 77% | | 82 | 29.99 | 1015.6 | | | |
| 17 | 14:53 | S 22 G 31 | 10.00 | Partly Cloudy and Breezy | SCT036 | 89.1 | 75 | | | 63% | | 99 | 29.98 | 1014.9 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002222

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 12:53 | SW 8 | 10.00 | Thunderstorm in Vicinity | SCT030 BKN050 BKN065 | 89.1 | 73 | 91 | 75 | 59% | | 97 | 30.05 | 1017.4 | | | |
| 18 | 11:53 | SW 12 | 10.00 | Mostly Cloudy | BKN027 BKN050 | 89.1 | 75 | | | 63% | | 99 | 30.06 | 1017.7 | | | |
| 18 | 10:53 | S 13 G 18 | 10.00 | Mostly Cloudy | BKN027 | 88 | 75.9 | | | 68% | | 99 | 30.07 | 1018.1 | | | |
| 18 | 09:53 | S 15 G 22 | 10.00 | Partly Cloudy | SCT018 SCT034 | 86 | 75 | | | 70% | | 95 | 30.06 | 1017.8 | | | |
| 18 | 08:53 | S 9 | 10.00 | Fair | CLR | 82.9 | 75 | | | 77% | | 90 | 30.05 | 1017.4 | | | |
| 18 | 07:53 | SE 6 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.04 | 1017.0 | | | |
| 18 | 06:53 | NE 3 | 6.00 | Fog/Mist | CLR | 75 | 73.9 | 77 | 73.9 | 96% | | 73 | 30.02 | 1016.6 | | | |
| 18 | 05:53 | Calm | 9.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.01 | 1016.0 | | | |
| 18 | 04:53 | E 3 | 9.00 | Fair | CLR | 73.9 | 73.9 | | | 100% | | | 30 | 1015.7 | | | |
| 18 | 03:53 | E 5 | 8.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 29.98 | 1015.0 | | | |
| 18 | 02:53 | SE 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.96 | 1014.4 | | | |
| 18 | 01:53 | S 7 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.97 | 1014.6 | | | |
| 18 | 00:53 | S 5 | 10.00 | Fair | CLR | 77 | 73.9 | 84 | 77 | 90% | | 78 | 29.98 | 1015.0 | | | 0.01 |
| 17 | 23:53 | SE 8 | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 29.99 | 1015.2 | | | |
| 17 | 22:53 | SE 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 29.99 | 1015.3 | | | |
| 17 | 21:53 | SE 3 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.99 | 1015.3 | | 0.01 | |
| 17 | 20:53 | Calm | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 29.98 | 1015.2 | 0.01 | | |
| 17 | 19:53 | S 8 | 9.00 | Light Rain | SCT020 SCT028 BKN043 | 82 | 75.9 | | | 82% | | 89 | 29.97 | 1014.8 | | | |
| 17 | 18:53 | S 10 | 10.00 | Mostly Cloudy | BKN023 BKN029 | 84 | 75.9 | 91 | 79 | 77% | | 93 | 29.99 | 1015.3 | | | |
| 17 | 17:53 | S 8 G 21 | 10.00 | Fair | CLR | 86 | 75 | | | 70% | | 95 | 29.96 | 1014.3 | | | |
| 17 | 16:53 | S 9 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 29.98 | 1014.9 | | | |
| 17 | 15:53 | Calm | 10.00 | Thunderstorm | FEW034 FEW075 SCT110 | 79 | 71.1 | | | 77% | | 82 | 29.99 | 1015.6 | | | |
| 17 | 14:53 | S 22 G 31 | 10.00 | Partly Cloudy and Breezy | SCT036 | 89.1 | 75 | | | 63% | | 99 | 29.98 | 1014.9 | | | |
| 17 | 13:53 | S 10 G 18 | 10.00 | Mostly Cloudy | SCT030 BKN038 | 88 | 75 | | | 66% | | 98 | 29.99 | 1015.2 | | | |
| 17 | 12:53 | SW 10 | 10.00 | Fair | CLR | 86 | 75.9 | 86 | 79 | 72% | | 96 | 30.02 | 1016.2 | | | |
| 17 | 11:53 | SW 7 | 10.00 | Fair | CLR | 82.9 | 73.9 | | | 74% | | 89 | 30.02 | 1016.5 | | | |
| 17 | 10:53 | SW 9 | 10.00 | A Few Clouds | FEW018 | 82 | 73.9 | | | 77% | | 88 | 30.03 | 1016.8 | | | |
| 17 | 09:53 | S 9 | 10.00 | A Few Clouds | FEW021 | 82 | 72 | | | 72% | | 87 | 30.02 | 1016.5 | | | |
| 17 | 08:53 | SW 9 | 10.00 | Mostly Cloudy | SCT018 BKN028 | 82 | 77 | | | 85% | | 90 | 30.02 | 1016.5 | | | |
| 17 | 07:53 | S 7 | 10.00 | Mostly Cloudy | BKN019 BKN025 | 81 | 77 | | | 88% | | 88 | 30 | 1016.0 | | | |
| 17 | 06:53 | Calm | 10.00 | Partly Cloudy | FEW019 SCT028 SCT032 | 79 | 75.9 | 79 | 75.9 | 90% | | 83 | 29.98 | 1015.2 | | | |
| 17 | 05:53 | SE 7 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 29.96 | 1014.6 | | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002215

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 04:53 | SE 7 | 10.00 | Mostly Cloudy | BKN018 | 78.1 | 75.9 | | | 93% | | 81 | 29.97 | 1014.6 | | | |
| 17 | 03:53 | S 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.96 | 1014.2 | | | |
| 17 | 02:53 | S 5 | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 29.95 | 1014.0 | | | |
| 17 | 01:53 | S 6 | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 29.95 | 1013.9 | | | |
| 17 | 00:53 | S 7 | 10.00 | Fair | CLR | 77 | 73 | 79 | 77 | 88% | | 78 | 29.96 | 1014.4 | | | |
| 16 | 22:53 | S 8 | 10.00 | Fair | CLR | 78.1 | 72 | | | 82% | | 80 | 29.98 | 1015.1 | | | |
| 16 | 21:53 | S 3 | 10.00 | Fair | CLR | 77 | 71.1 | | | 82% | | 79 | 29.98 | 1015.0 | | | |
| 16 | 20:53 | SE 6 | 10.00 | Fair | CLR | 77 | 72 | | | 85% | | 78 | 29.97 | 1014.7 | | | |
| 16 | 19:53 | SW 7 | 10.00 | Fair | CLR | 78.1 | 72 | | | 82% | | 80 | 29.98 | 1015.1 | | | |
| 16 | 18:53 | S 8 | 10.00 | A Few Clouds | FEW120 | 79 | 72 | 88 | 78.1 | 79% | | 82 | 29.97 | 1014.8 | | 0.01 | |
| 16 | 17:53 | S 9 | 10.00 | Light Rain | SCT110 | 79 | 73.9 | | | 85% | | 83 | 29.98 | 1015.0 | 0.01 | | |
| 16 | 16:53 | W 13 | 10.00 | A Few Clouds | FEW030 | 86 | 73 | | | 65% | | 93 | 29.97 | 1014.7 | | | |
| 16 | 15:53 | W 12 | 10.00 | Fair | CLR | 87.1 | 73.9 | | | 65% | | 95 | 29.99 | 1015.3 | | | |
| 16 | 14:53 | SW 13 | 10.00 | A Few Clouds | FEW032 | 86 | 73 | | | 65% | | 93 | 30.02 | 1016.2 | | | |
| 16 | 13:53 | S 9 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.01 | 1016.1 | | | |
| 16 | 12:53 | S 9 | 10.00 | Fair | CLR | 79 | 73 | 84 | 75 | 82% | | 82 | 30.04 | 1017.0 | | | 0.03 |
| 16 | 11:53 | S 6 | 10.00 | Light Rain | SCT120 | 75.9 | 73 | | | 91% | | 76 | 30.03 | 1016.8 | 0.01 | | |
| 16 | 10:53 | SE 5 | 10.00 | Thunderstorm in Vicinity Light Rain | BKN019 BKN032 BKN050 | 75 | 72 | | | 90% | | 74 | 30.02 | 1016.5 | 0.02 | | |
| 16 | 09:53 | S 15 G 21 | 6.00 | Thunderstorm Rain | BKN019 BKN032 BKN050 | 80.1 | 73 | | | 79% | | 84 | 30.04 | 1017.0 | | | |
| 16 | 08:53 | S 9 | 10.00 | Partly Cloudy | SCT020 SCT028 | 84 | 77 | | | 80% | | 94 | 30.03 | 1017.0 | | | |
| 16 | 05:53 | E 3 | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.01 | 1016.1 | | | |
| 16 | 04:53 | Calm | 9.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.01 | 1016.2 | | | |
| 16 | 03:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.01 | 1016.3 | | | |
| 16 | 02:53 | SE 3 | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.01 | 1016.1 | | | |
| 16 | 01:53 | SE 7 | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.01 | 1016.0 | | | |
| 16 | 00:53 | SE 7 | 10.00 | Fair | CLR | 75 | 73 | 80.1 | 75 | 94% | | 73 | 30.03 | 1016.6 | | | |
| 15 | 23:53 | E 5 | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.06 | 1017.6 | | | |
| 15 | 22:53 | Calm | 10.00 | A Few Clouds | FEW027 | 75 | 73.9 | | | 96% | | 73 | 30.06 | 1017.9 | | | |
| 15 | 21:53 | Calm | 10.00 | Mostly Cloudy | BKN025 | 75.9 | 75 | | | 97% | | 75 | 30.06 | 1017.7 | | | |
| 15 | 20:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.04 | 1017.0 | | | |
| 15 | 19:53 | E 6 | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.04 | 1017.1 | | | |
| 15 | 18:53 | NE 8 | 10.00 | Fair | CLR | 80.1 | 75 | 84 | 72 | 85% | | 85 | 30.04 | 1017.2 | | 0.19 | |
| 15 | 17:53 | N 5 | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.04 | 1017.2 | | | |
| 15 | 16:53 | E 3 | 10.00 | Fair | CLR | 79 | 73.9 | | | 85% | | 83 | 30.03 | 1016.7 | | | |
| 15 | 15:53 | S 3 | 10.00 | Light Rain | FEW037 FEW044 | 78.1 | 72 | | | 82% | | 80 | 30.03 | 1016.9 | 0.19 | | |
| 15 | 14:53 | SE 9 | 10.00 | Thunderstorm in Vicinity Light Rain | FEW025 | 73 | 71.1 | | | 94% | | | 30.08 | 1018.5 | | | |
| 15 | 13:53 | N 5 | 7.00 | Thunderstorm in Vicinity Light Rain | FEW075 OVC110 | 72 | 70 | | | 94% | | | 30.08 | 1018.4 | 0.19 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE002216