# Exhibit B

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Brown

AM COUNT: 52x

PM COUNT:

DATE: 6-16-2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 20 | |
| F4 | 32 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25Am Arrived Camp D Falcon gate
6:28Am opened outside and inside gate
7:30Am Checked out 52x, secured gates, and enroute Cornfield A Land
7:41Am Arrived to the cornfield with 52x, upon Arrival 3 watercoolers, shade trailer, and port-a-potty on site
7:45Am Offender Allen, Hardy 617447 declared medical emergency complaining of feeling weak and dizzy, I called Medical 3 via radio
8:15Am Medical personel arrived and tended to offender Allen Hardy 617447
8:26Am Announced Break tim
8:30Am Medical personel ordered offender Allen Hardy 617447 a 15min Break
9:15Am Head land prior to inclement weather, escorted 52x to bus
9:20Am Enroute Camp D sally port 52x
9:33Am Arrived Camp D sally port, checked in 52x

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karisny

GUN GUARD: Sgt J Crouse

GUN GUARD: N/A

AM COUNT: 22

PM COUNT: 0

DATE: 6-16-25

| DORM Bear | COUNT 22 | |
|---|---|---|
| 1 | 0 | |
| 2 | 9 | |
| 3 | 7 | |
| 4 | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am — Roll call Bus 1345 Radio 2867
6:30 am — Arrived at Camp C E Bldg Checked out Beargate keys Tag #C70 2² 4⁵
6:34 am — At Beargate
6:50 am — Opened Beargate
7:05 am — Checked out 22x
7:10 am — Turned Beargate keys back into E Bldg
7:23 am — Arrived at sweet potato Field. Shade trailer, portable toilet, handwash station and 3 water coolers on site. Sunscreen offered to inmates
8:15 am — Break offered
9:00 am — Break offered
9:15 am — Head end called due to bad weather
9:31 am — Arrived at Camp C sallyport checked in 22x

VOTE002225

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: nsgt Griffin

GUN GUARD:

GUN GUARD:

AM COUNT:

PM COUNT:

DATE: 6-16-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | 10 | |
| 4 | 10 | |
| F2 | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 6:50 checked out 22x
- 7:00 arrived at Processing Plant
- 7:05 began to GI
- 7:30 made rounds A/S
- 7:45 began to process corn
- 7:50 began to cream corn
- 8:00 made rounds A/S
- 8:25 finished processing corn
- 8:30 made rounds A/S
- 9:25 finished cream corn called in count
- 10:00 lunch
- 10:20 began to shuck corn
- 10:30 made rounds A/S
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 finished shucking corn
- 1:30 headland

# DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD:

GUN GUARD:

AM COUNT:

PM COUNT:

DATE: 6-17-25

| DORM | COUNT | |
|---|---|---|
| F 1 | | |
| 2 | | |
| 3 | 10 | |
| 4 | 12 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:15 arrived at camp O Falcon gate
- 6:30 checked out 22x
- 6:45 arrived at Processing Plant
- 7:00 began to shuck corn
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:15 finished shucking corn
- 8:30 made rounds A/S
- 8:45 started to cream corn
- 9:00 made rounds A/S called in count
- 9:30 made rounds A/S
- 10:00 lunch
- 10:30 made rounds A/S
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 finished with cream corn
- 1:00 made rounds A/S
- 1:30 headland

## DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 52x

PM COUNT:

DATE: 6/17/2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 31 | |
| F4 | 21 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
6:14Am Arrived Camp D Falcon gate
6:16Am Opened outside and inside gate
6:50Am Checked out 52x, secured gates, enroute cornfield ALand
7:02Am Arrived to the Cornfield in ALand with 52x
7:10 Am ~~Travis~~ AB Called Medical 3 via radio for a medical emergency offender Cochran, Travis 589349 complaining of feeling weak and dizzy
7:12Am Medical personel arrived and tended to offender Cochran
7:25Am Medical ordered offender Cochran a 15 minute break
7:47Am Announced Break time
8:47Am Announced Break time
9:30Am Count F1-0 F2-0 F3-31 F4-21
9:34Am Heat Alert, All work comes to a halt, offender all gathered on shade trailer
9:44Am Verified 11x Heat precautions to stay on shade trailer, awaiting transport back to camp D
10:04Am Announced Break tim
10:44Am Headland 52x loaded on bus, enroute camp D Falcon gate
10:52Am Arrived at Camp D Falcon gate with 52x
11:00Am Checked in 52x and secured gates

VOTE002228

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. M. Karissy

GUN GUARD: Sgt. J. Crouse

GUN GUARD: N/A

AM COUNT: 22

PM COUNT: 0

DATE: 6-17-25

| DORM Bear | COUNT 22 | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 4 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am  Rollcall Bus 1345 Radio 2867
6:02 am  Arrived a Camp C E Bldg Checked out Beargate Keys Tag #C10 2² 4⁵
6:10 am  Opened Beargate
6:15 am  Checked out 22x
6:17 am  Turned in Beargate Keys to E-Bldg
6:44 am  Arrived at Sweet Corn Field. Shade trailer, portable toilet, hand wash station, and 3 water coolers on site. Sunscreen offered to inmates
7:00 am  Break offered
8:15 am  Break offered
9:00 am  Break offered
9:04 am  Called Medical 3 for inmate Boris Stogner (543132) complaining of migraine.
9:30 am  Control Center announced Heat Alert via radio. Immediately stopped all work and called all inmates to shade trailer for maditory break. 12 out of the 22 inmate have heat precaution duty status. Leaving 10 inmates to work the sweet corn field.
9:34 am  Called in count to Camp C sallyport. Bear: 0,10,4,8 Total: 22
9:40 am  Break over
10:00 am  Headland / Loaded bus w/22x
10:10 am  Medical 3 arrived on site attended to inmate Stogner
10:30 am  Checked in 22x

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. M. Karisny

GUN GUARD: Sgt. J. Crouse

GUN GUARD: N/A

AM COUNT: 8

PM COUNT: 0

DATE: 6-18-25

| DORM Bear | COUNT | 25 |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 12 | 4 |
| 3 | 8 | 1 |
| 4 | 5 | 3 |
| Total | 25 | 8 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

17 inmates w/ heat precaution duty status

**COMENTS:**

6:02 am Arrived at Camp C, sallyport E-Bldg. Checked out Bear yard gate keys Tag #C702L4S

6:06 am Arrived at Bear gate

6:12 am Opened Bear gate

6:42 am Checked out 25x

6:45 am Turned in Bear yard gate keys into E-Bldg.

7:02 am Arrived at sweet corn field. Shade trailer, portable toilet, hand wash station and 3 water coolers on site. Sunscreen offered to inmates

7:45 am Break offered

8:30 am Break offered

9:02 am Notified of heat alert by Control Center via radio. Immediately stopped all work and called all inmates to the shade trailer for mandatory break. Out of the 25 inmates working on Line 15, 17 inmates have a heat alert duty status. Leaving only 8 inmates left to work on Line 15

9:30 am Escorted 17 inmates with heat alert precaution duty status back to Camp C

9:40 am Mandatory Break / Called in count to Camp C sallyport Bear: 0,4,1,3 Total: 8x

9:50 am Break over

10:04 am Mandatory Break 10 minutes

11:10 am Called for headline / Loaded bus w/ 8x

11:30 am Checked in 8x at Bear gate

VOTE002230

# DAILY LINE COUNT / LOG SHEET

pg 1 of 2

LINE #: 24-25

PUSHER: Msgt A Bordelon - Msgt Gaines

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 52x

PM COUNT:

DATE:

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 32 | |
| F4 | 20 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:14 Am Arrived at Camp D Falcon gate
6:16 Am Opened outside and inside gate
6:55 Am Checked out 52x, secured falcon gates, enroute Cornfield A Land
7:02 Am Arrived at cornfield A Land with 52x, upon arrival, shade trailer, port-a-potty, and 4 ice coolers on site
7:12 Am Offender Godbolt, Roderick 328653 declared a medical emergency complaining of foot pain, I called Medical 3 via radio
7:41 Am Announced Break time
8:28 Am Medical personel arrived, upon arrival offender Mcdavis Jeremy 489564 declared medical emergency, complaining of hives on arms and back, medical personel tended to offender Godbolt, Roderick 328653 and Mcdavis Jeremy 489564
8:47 Am Announced Break time, Medical personel ordered offender Godbolt 15 min break
9:00 Am Heat Alert Announced on radio, all offenders were already on break. Announced Heat Alert
9:05 Am Verified 16x offenders with Heat precaution duty status to stay on shade trailer until transportation arrives
9:07 Am Warden Vannoy making rounds in Cornfield A Land
9:11 Am Warden Vannoy gave an order for offender Mcdavis Jeremy 489564 to headland with 16x Heat precautions once transportation arrives

## DAILY LINE COUNT / LOG SHEET

LINE # 24-25

PUSHER: Msgt A Bordelon - Msgt Gaines

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 52x

PM COUNT:

DATE: 6/18/2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 32 | |
| F4 | 20 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

9:30 Am Count time F1-0 F2-0 F3-32 F4-20 called in count to Camp D sally port

9:40 Am Announced Break time

10:05 Am Transportation arrived, 17x transported to Camp D

10:20 Am Announced Break time

11:00 Am Announced Break time

11:02 Am Offender Morehead, Chadarius declared medical emergency complaining of hives on arms, I called medical 3 via radio

11:15 Am Medical personel arrived and tended to offender Morehead, Chadarius 779234

11:18 Am Medical personel scheduled sick call for offender Morehead, Chadarius 779234

11:20 Am Headland, 52x loaded on bus, enroute Camp D Falcon gate

11:27 Am Arrived Camp D Falcon gate with 52x

11:34 Am Checked in 52x and secured Falcon gates

VOTE002232

# DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD:

GUN GUARD:

AM COUNT: 22

PM COUNT: 22

DATE: 6-18-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | ΗΗΗ ΗΗΗ | |
| 4 | ΗΗΗ ΗΗΗ ΙΙ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:20 arrived at camp D Falcon gate
- 6:35 checked out 22x
- 6:45 arrived at Processing Plant
- 7:00 started to clean corn
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 took 4 inmates for callout Troy Batiste #116464 Tony Locker #9948 Gregory Bailey #216886 James Spikes #218515
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S
- 1:30 made rounds A/S
- 2:00 headland

VOTE002233

## DAILY LINE COUNT / LOG SHEET

LINE #  15A

PUSHER: MSgt K. Browders

GUN GUARD:

GUN GUARD:

AM COUNT: 9:35 am

PM COUNT:

DATE: 6/20/25

| DORM | COUNT | |
|------|-------|---|
| Wolf 4 | 5x | 4x |
| Eagle | 8x | |
| Fal 1 | 1x | |
| Fal 2 | 1x | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
6:36am Arrived at Camp D Sallyport all Secure.
7:31am Arrived at Camp C Sallyport all Secure.
7:36am Bus 1345 enter Cording Shed 9x 15A.
8:36am 15 min break c/s.
9:22am Heat Alert called over radio
9:35am Called in 15A Count in to Camp C & D Sallyport.
9:40am 15min Break at Work Stop
10:05am 15 off trailer
11:00am Offender James Bell 116762 went in for class 8x
11:47am Line 15A take lunch Break
12:40pm Crossing Cording Shed
1:35p Headed heading to Camp D
1:40 Arrived at Camp D
1:46 Arrived at Camp C
1:54 Heading to Field Office

VOTE002234
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gaines

AM COUNT: 50x recount 36x

PM COUNT:

DATE: 6/20/2025

| DORM | COUNT | recount |
|---|---|---|
| F1 | 0 | 0 |
| F2 | 0 | 0 |
| F3 | 28 | 22 |
| F4 | 22 | 14 |
| Total | 50x | 36x |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:08 Am Arrived at Camp D Falcon gate
6:28 Am Opened outside and inside gate
7:24 Am Check out 50x, secured gates, enroute Corn field A Land
7:33 Am Arrived at corn field A Land 50x, upon arrival, shade trailer, port-a-potty, and 4 ice coolers on site
8:18 Am Break time announced
8:19 Am Offender Calloway Leron 719606 declared medical emergency complaining of feeling weak and dizzy, I called Medical 3 via radio
8:28 Am Medical personel arrived and tended to offender Calloway Leron 719606
8:30 Am Medical personel ordered offender Calloway a 15 minute break
9:00 Am Heat Alert, All work came to a halt, offenders gathered on shade trailer
9:10 Am Verified 14x with Heat precaution duty status and offenders are to stay on shade trailer until transport arrives
9:28 Am Count time F1-0 F2-0 F3-28 F4-22=50, called in count to Camp D sally port
9:35 Am Transport arrived, 14x Heat precautions loaded onto bus enroute Camp D

revised 05/27/2025
VOTE002235

**DAILY LINE COUNT / LOG SHEET**

2 of 2

LINE #: 24-25

PUSHER: MSgt A. Bordelon

GUN GUARD: MSgt Brown

GUN GUARD: MSgt Gaines

AM COUNT: 50x recount 36x

PM COUNT:

DATE: 6/20/2025

| DORM | COUNT | recount |
|------|-------|---------|
| F1 | 0 | 0 |
| F2 | 0 | 0 |
| F3 | 28 | 22 |
| F4 | 22 | 14 |
| Total | 50x | 36x |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

9:40Am Announced breaktime
9:45Am Offender Major Steven 789680 declared medical emergency complaining of feeling weak and dizzy, I called Medical
9:53Am Recount F1-0 F2-0 F3-22 F4-14=36x called in to camp D sally port
10:00Am Medical personel arrived, upon arrival, offender Johnson Christopher 396353 and offender Allen Alvin 792570 declared a medical emergency, both complaining of feeling weak and dizzy. Medical personel tended to offender Major Steven 789680
10:05Am Medical personel ordered offender Major Steven 789680 to stay on shade trailer until Headland
10:11Am Medical personel ordered offender Johnson Christopher 396353 and offender Allen Alvin 792570 to stay on shade trailer until Headland
10:20Am Announced Break time
11:00Am Announced Break time
11:15Am Head land 36x enroute Camp D falcon gate
11:24Am Arrived Camp D falcon Gate 36x
11:32Am Checked in 36x, secured Falcon gate

revised 05/27/2025
VOTE002236

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Msgt Arrington

GUN GUARD: Sgt Crause

GUN GUARD:

AM COUNT: 21

PM COUNT:

DATE: 6-20-25

| DORM | COUNT | |
|---|---|---|
| Bear 1 | 0 | 0 |
| Bear 2 | 7 | 1 |
| Bear 3 | 4 | 0 |
| Bear 4 | 10 | 5 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:23 Arrived at Camp C Bear gate
6:50 Checked out (21) Offenders
6:57 Departed Campc enroute to grading shed
7:05 Arrived at grading shed with (21) offenders
7:10 Offenders started to shuck and grade corn
7:55 Offenders took 15 min break
8:10 Break ended
9:00 Heat alert announced all work stopped at that time Counted heat percaustion offenders
9:05 Heat percaustion offenders enroute to Camp C 15x
9:10 Offender started back working after heat alert
9:25 Called in count to camp C sally port Bear 0,1,0,5 total 6
9:40 Break
9:50 Break ended
10:20 Break
10:30 Break ended
11:00 Offender ended work/Called headland
11:15 loaded (6) offender to go to camp C

VOTE002237

## DAILY LINE COUNT / LOG SHEET

LINE # __15__

PUSHER: _MSgt Arrington_

GUN GUARD: _Sgt Crouse_

GUN GUARD: _____

AM COUNT: __21__

PM COUNT: _____

DATE: _6-20-25_

| DORM | COUNT | |
|------|-------|---|
| Bear 1 | 0 | 0 |
| Bear 2 | 7 | 1 |
| Bear 3 | 4 | 0 |
| Bear 4 | 10 | 5 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

11:25 Arrived at Camp C sally port with (6) offenders
11:30 (6) offenders checked in

VOTE002238

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: _____

PM COUNT: _____

DATE: 6-20-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | 12 | |
| 4 | 12 | |
| E2 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:08 arrived at camp O falcon gate
- 6:28 opened outside Falcon gate and inside
- 7:25 arrived at Processing Plant
- 8:00 began to Process corn
- 8:30 made counds A/S
- 9:00 made counds A/S
- 9:30 called in count
- 10:00 made counds A/S
- 10:30 made counds A/S
- 11:00 lunch
- 11:30 made counds A/S
- 12:00 made counds A/S
- 12:30 finished processing corn
- 1:00 made counds A/S
- 1:30 made counds A/S
- 2:00 headland

VOTE002239
revised 05/27/2025