### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * * * * | **CIVIL ACTION** **NO.:  3:23-cv-1304** **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | * * | **MAGISTRATE JUDGE** |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * * * * * * * * * * * | **ERIN WILDER-DOOMES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' POSITION PAPER REGARDING PLAINTIFFS' EXHIBITS 40, 41, 42, AND 49

**NOW INTO COURT,** through undersigned counsel, come Defendants herein,

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES**

**LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and

Corrections, and **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State

Penitentiary ("Defendants"), who file this position paper in accordance with the Court's request

(R.Doc. 267).

At a status conference on June 12, 2025, this Court requested position papers from the parties regarding whether the Court should consider PX 40, PX 41, PX 42 and PX 49 for the purposes of class certification. Defendants submit that this Court's prior ruling that these exhibits would not be admitted into evidence for the purposes of class certification should stand. See Class Certification Hearing Transcript, Vol 2, p. 48-56.

Defendants raised objections at the hearing for class certification related to documents that Plaintiffs attempted to introduce. Transcript, Vol 2, p. 49. Plaintiffs' exhibits 40, 41, 42 and 49 were not originally attached to Plaintiffs' motion for class certification. Nor were they identified as a potential exhibit to class certification until a few days before the hearing. Defendants were only made aware of the existence of this evidence when Dr. Vassallo submitted her Fourth Supplemental Declaration in March 2025 (R.Doc.201-3). These studies were cited in her Declaration, but not attached to her declaration of produced. Plaintiffs disclosed that they would seek to introduce that evidence at the class certification hearing days before the hearing. Transcript, p. 50.

Defendants made these objections at the hearing to these specific exhibits. Plaintiffs agreed to only seek to introduce these exhibits as demonstratives for the purposes of class certification. Transcript, Vol. 2, p. 54. The parties and the Court agreed that Dr. Vassallo's testimony could reference the exhibits but that Exhibits 40, 41, 42, 45 and 49 would be demonstrative aids only. Transcript, Vol. 2, p. 55. This Court ruled as follows:

> OKAY. SO WHAT WE'LL DO, WE'LL ALLOW DR. VASSALLO TO TESTIFY ABOUT THOSE REPORTS TO THE EXTENT THEY FORMED HER OPINION AND -- BUT THEY, AGAIN, WILL BE TREATED AS A DEMONSTRATIVE AID – OR DEMONSTRATIVE AIDS. OKAY?

Transcript, Vol. 2, p. 56. Defendants maintain their objections raised and sustained at the hearing. Defendants further urge this Court to uphold the ruling made at the hearing to exclude this evidence.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By:    s/Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Christopher K. Jones (#28101)
        Email: cjones@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        Email: rleblanc@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone:  (225) 383-3796
        Facsimile:  (225) 343-9612

### CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 26th  day of June, 2025.

        s/Andrew Blanchfield
        Andrew Blanchfield