# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 28 | 16:53 | S 15 | 10.00 | Thunderstorm in Vicinity | CLR | 82.9 | 72 | | | 70% | | 88 | 30.06 | 1017.8 | | | |
| 28 | 15:53 | E 16 | 10.00 | Thunderstorm in Vicinity | FEW070 | 82.9 | 73 | | | 72% | | 89 | 30.07 | 1018.1 | | | |
| 28 | 14:53 | N 10 | 10.00 | A Few Clouds | FEW070 | 91 | 73.9 | | | 57% | | 101 | 30.06 | 1017.8 | | | |
| 28 | 13:53 | E 9 | 10.00 | Mostly Cloudy | SCT060 BKN080 | 89.1 | 75 | | | 63% | | 99 | 30.08 | 1018.5 | | | |
| 28 | 12:53 | NE 6 | 10.00 | Partly Cloudy | SCT039 | 89.1 | 73 | 91 | 73 | 59% | | 97 | 30.1 | 1018.9 | | | |
| 28 | 11:53 | NW 3 | 10.00 | Partly Cloudy | SCT035 | 87.1 | 73 | | | 63% | | 95 | 30.1 | 1019.2 | | | |
| 28 | 10:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT035 | 89.1 | 73 | | | 59% | | 97 | 30.11 | 1019.4 | | | |
| 28 | 09:53 | SE 3 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.11 | 1019.5 | | | |
| 28 | 08:53 | E 5 | 10.00 | Fair | CLR | 82.9 | 75 | | | 77% | | 90 | 30.12 | 1019.6 | | | |
| 28 | 07:53 | E 3 | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30.1 | 1019.3 | | | |
| 28 | 06:53 | NE 3 | 7.00 | Fair | CLR | 73 | 72 | 75 | 72 | 96% | | | 30.09 | 1018.9 | | | |
| 28 | 05:53 | NE 3 | 10.00 | Fair | CLR | 72 | 71.1 | | | 97% | | | 30.08 | 1018.4 | | | |
| 28 | 04:53 | NE 3 | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.07 | 1018.2 | | | |
| 28 | 03:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.06 | 1017.7 | | | |
| 28 | 02:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.06 | 1017.9 | | | |
| 28 | 01:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.08 | 1018.4 | | | |
| 28 | 00:53 | Calm | 10.00 | Fair | CLR | 75 | 72 | 81 | 75 | 90% | | 74 | 30.1 | 1019.0 | | | |
| 27 | 23:53 | Calm | 10.00 | A Few Clouds | FEW034 | 75 | 73 | | | 94% | | 73 | 30.11 | 1019.3 | | | |
| 27 | 22:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.1 | 1019.2 | | | |
| 27 | 21:53 | Calm | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30.08 | 1018.4 | | | |
| 27 | 20:53 | Calm | 10.00 | Fair | CLR | 79 | 73.9 | | | 85% | | 83 | 30.05 | 1017.4 | | | |
| 27 | 19:53 | NE 3 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.05 | 1017.6 | | | |
| 27 | 18:53 | N 3 | 10.00 | Fair | CLR | 81 | 73 | 93 | 81 | 77% | | 86 | 30.04 | 1017.3 | | | 0.02 |
| 27 | 17:53 | W 3 | 10.00 | Fair | CLR | 82.9 | 73 | | | 72% | | 89 | 30.02 | 1016.5 | | | |
| 27 | 16:53 | N 6 | 10.00 | Fair | CLR | 84 | 73.9 | | | 72% | | 91 | 30.04 | 1017.0 | | | |
| 27 | 15:53 | Calm | 10.00 | Fair | CLR | 84.9 | 72 | | | 65% | | 91 | 30.04 | 1017.0 | | 0.02 | |
| 27 | 14:53 | S 5 | 10.00 | Fair | CLR | 84 | 70 | | | 63% | | 88 | 30.04 | 1017.3 | 0.02 | | |
| 27 | 13:53 | S 18 G 30 | 10.00 | Thunderstorm in Vicinity | FEW043 FEW090 | 82.9 | 70 | | | 65% | | 87 | 30.07 | 1018.3 | | | |
| 27 | 12:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT039 | 90 | 73 | 91 | 77 | 58% | | 98 | 30.07 | 1018.1 | | | |
| 27 | 11:53 | Vrbl 5 | 10.00 | Partly Cloudy | SCT024 | 89.1 | 73 | | | 59% | | 97 | 30.09 | 1018.7 | | | |
| 27 | 10:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT025 | 87.1 | 75 | | | 67% | | 97 | 30.1 | 1019.0 | | | |
| 27 | 09:53 | N 5 | 10.00 | Partly Cloudy | SCT028 | 84.9 | 75 | | | 72% | | 93 | 30.1 | 1019.2 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

**NATIONAL WEATHER SERVICE**
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



### Weather observations for the past three days for
### Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precip 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 12:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT039 | 90 | 73 | 91 | 77 | 58% | | 98 | 30.07 | 1018.1 | | | |
| 27 | 11:53 | Vrbl 5 | 10.00 | Partly Cloudy | SCT024 | 89.1 | 73 | | | 59% | | 97 | 30.09 | 1018.7 | | | |
| 27 | 10:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT025 | 87.1 | 75 | | | 67% | | 97 | 30.1 | 1019.0 | | | |
| 27 | 09:53 | N 5 | 10.00 | Partly Cloudy | SCT028 | 84.9 | 75 | | | 72% | | 93 | 30.1 | 1019.2 | | | |
| 27 | 08:53 | Calm | 10.00 | Partly Cloudy | SCT028 | 80.1 | 73.9 | | | 82% | | 85 | 30.1 | 1019.1 | | | |
| 27 | 07:53 | Calm | 10.00 | Mostly Cloudy | BKN040 | 78.1 | 73.9 | | | 87% | | 81 | 30.08 | 1018.4 | | | |
| 27 | 06:53 | Calm | 10.00 | Fair | CLR | 77 | 73 | 77 | 75 | 88% | | 78 | 30.06 | 1017.8 | | | |
| 27 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.04 | 1017.1 | | | |
| 27 | 04:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.04 | 1016.9 | | | |
| 27 | 03:53 | Calm | 10.00 | Mostly Cloudy | BKN045 BKN055 | 75.9 | 73 | | | 91% | | 76 | 30.05 | 1017.3 | | | |
| 27 | 02:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.05 | 1017.4 | | | |
| 27 | 01:53 | N 3 | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.04 | 1017.1 | | | |
| 27 | 00:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | 87.1 | 75.9 | 94% | | 75 | 30.05 | 1017.3 | | | |
| 26 | 23:53 | W 5 | 10.00 | Light Rain | FEW110 | 75.9 | 73 | | | 91% | | 76 | 30.05 | 1017.3 | | | |
| 26 | 22:53 | Calm | 10.00 | Thunderstorm Light Rain | BKN110 | 75.9 | 73.9 | | | 94% | | 75 | 30.05 | 1017.4 | | | |
| 26 | 21:53 | SW 8 | 10.00 | Thunderstorm | BKN034 BKN044 BKN055 | 78.1 | 70 | | | 76% | | 80 | 30.03 | 1016.8 | | | |
| 26 | 20:53 | W 5 | 10.00 | Thunderstorm | BKN034 BKN044 BKN055 | 81 | 68 | | | 65% | | 84 | 30.03 | 1016.6 | | | |
| 26 | 19:53 | NE 7 | 10.00 | Thunderstorm in Vicinity | FEW047 | 84 | 75.9 | | | 77% | | 93 | 30 | 1015.8 | | | |
| 26 | 18:53 | N 3 | 10.00 | Fair | CLR | 87.1 | 75 | 91.9 | 81 | 67% | | 97 | 29.99 | 1015.4 | | | |
| 26 | 17:53 | N 3 | 10.00 | Fair | CLR | 89.1 | 73 | | | 59% | | 97 | 30 | 1015.5 | | | |
| 26 | 16:53 | N 6 | 10.00 | Fair | CLR | 90 | 70 | | | 52% | | 95 | 30 | 1015.8 | | | |
| 26 | 15:53 | Calm | 10.00 | Mostly Cloudy | BKN040 BKN060 | 89.1 | 69.1 | | | 52% | | 94 | 30.02 | 1016.2 | | | |
| 26 | 14:53 | W 9 G 24 | 10.00 | Mostly Cloudy | BKN040 BKN060 | 82 | 66 | | | 58% | | 84 | 30.05 | 1017.3 | | | |
| 26 | 13:53 | E 8 | 10.00 | Mostly Cloudy | SCT038 BKN045 BKN070 | 90 | 75 | | | 62% | | 100 | 30.06 | 1017.6 | | | |
| 26 | 12:53 | Vrbl 6 | 10.00 | A Few Clouds | FEW033 FEW045 | 91 | 75 | 91 | 75 | 59% | | 102 | 30.07 | 1018.2 | | | |
| 26 | 11:53 | Vrbl 3 | 10.00 | Partly Cloudy | FEW031 SCT044 | 89.1 | 75 | | | 63% | | 99 | 30.09 | 1018.8 | | | |
| 26 | 10:53 | N 3 | 10.00 | A Few Clouds | FEW029 | 87.1 | 73.9 | | | 65% | | 95 | 30.09 | 1018.8 | | | |
| 26 | 09:53 | NW 3 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.07 | 1018.2 | | | |
| 26 | 08:53 | N 5 | 10.00 | Fair | CLR | 82.9 | 73.9 | | | 74% | | 89 | 30.09 | 1018.8 | | | |
| 26 | 07:53 | Calm | 10.00 | Fair | CLR | 78.1 | 73.9 | | | 87% | | 81 | 30.09 | 1018.6 | | | |
| 26 | 06:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | 78.1 | 73.9 | 94% | | 73 | 30.09 | 1018.6 | | | |
| 26 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.06 | 1017.9 | | | |
| 26 | 04:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.06 | 1017.7 | | | |
| 26 | 03:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.05 | 1017.4 | | | |
| 26 | 02:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.04 | 1017.1 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) · Pressure · Precipitation (in)

VOTE002267

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 26 | 01:53 | Calm | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30.05 | 1017.5 | | | |
| 26 | 00:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | 91 | 78.1 | 90% | | 81 | 30.08 | 1018.3 | | | |
| 25 | 23:53 | Calm | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.09 | 1018.6 | | | |
| 25 | 21:53 | W 6 | 10.00 | Fair | CLR | 82 | 73 | | | 74% | | 87 | 30.09 | 1018.7 | | | |
| 25 | 20:53 | S 7 | 10.00 | Fair | CLR | 86 | 73 | | | 65% | | 93 | 30.07 | 1017.9 | | | |
| 25 | 19:53 | E 5 | 10.00 | Fair | CLR | 87.1 | 72 | | | 61% | | 94 | 30.06 | 1017.8 | | | |
| 25 | 18:53 | E 9 | 10.00 | Fair | CLR | 91 | 70 | 93.9 | 89.1 | 50% | | 97 | 30.04 | 1017.2 | | | |
| 25 | 17:53 | SE 10 | 10.00 | Fair | CLR | 91.9 | 69.1 | | | 47% | | 97 | 30.04 | 1017.1 | | | |
| 25 | 16:53 | SE 12 | 10.00 | Fair | CLR | 93 | 71.1 | | | 49% | | 100 | 30.07 | 1017.9 | | | |
| 25 | 15:53 | SE 13 | 10.00 | Fair | CLR | 93.9 | 69.1 | | | 44% | | 99 | 30.08 | 1018.3 | | | |
| 25 | 14:53 | E 13 G 17 | 10.00 | Fair | CLR | 93 | 71.1 | | | 49% | | 100 | 30.1 | 1019.1 | | | |
| 25 | 13:53 | SE 10 | 10.00 | Partly Cloudy | SCT047 | 93 | 72 | | | 50% | | 101 | 30.12 | 1019.9 | | | |
| 25 | 12:53 | NE 8 | 10.00 | A Few Clouds | FEW050 | 91.9 | 73.9 | 91.9 | 75.9 | 56% | | 102 | 30.14 | 1020.6 | | | |
| 25 | 10:53 | Calm | 10.00 | A Few Clouds | FEW031 | 87.1 | 73 | | | 63% | | 95 | 30.16 | 1021.1 | | | |
| 25 | 09:53 | SE 5 | 10.00 | A Few Clouds | FEW021 | 86 | 73.9 | | | 67% | | 94 | 30.17 | 1021.3 | | | |
| 25 | 08:53 | E 5 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.17 | 1021.5 | | | |
| 25 | 07:53 | E 3 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.16 | 1021.2 | | | |
| 25 | 06:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 75 | 78.1 | 73.9 | 97% | | 75 | 30.15 | 1020.8 | | | |
| 25 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.14 | 1020.3 | | | |
| 25 | 04:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.13 | 1020.2 | | | |
| 25 | 02:53 | N 3 | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.15 | 1020.7 | | | |
| 25 | 01:53 | E 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.16 | 1021.0 | | | |
| 25 | 00:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75.9 | 86 | 77 | 93% | | 81 | 30.15 | 1020.8 | | | |
| 24 | 23:53 | NE 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.17 | 1021.5 | | | |
| 24 | 22:53 | NE 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.16 | 1021.2 | | | |
| 24 | 21:53 | E 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.16 | 1021.0 | | | |
| 24 | 20:53 | NE 3 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.14 | 1020.5 | | | |
| 24 | 19:53 | NE 3 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 30.12 | 1019.7 | | | |
| 24 | 18:53 | E 7 | 10.00 | Fair | CLR | 86 | 71.1 | 93 | 86 | 61% | | 92 | 30.12 | 1019.8 | | | |
| 24 | 17:53 | SE 9 | 10.00 | Fair | CLR | 88 | 72 | | | 59% | | 95 | 30.12 | 1019.7 | | | |
| 24 | 16:53 | SE 14 | 10.00 | Fair | CLR | 88 | 73.9 | | | 63% | | 97 | 30.13 | 1020.1 | | | |
| 24 | 15:53 | SE 15 | 10.00 | Thunderstorm in Vicinity | CLR | 90 | 72 | | | 56% | | 97 | 30.15 | 1020.7 | | | |
| 24 | 14:53 | E 10 | 10.00 | Partly Cloudy | SCT047 | 91 | 72 | | | 54% | | 99 | 30.15 | 1020.8 | | | |
| 24 | 13:53 | E 14 | 10.00 | Partly Cloudy | SCT040 | 91 | 73 | | | 56% | | 100 | 30.17 | 1021.4 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002268

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



## Weather observations for the past three days for
## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 13:53 | SE 10 | 10.00 | Partly Cloudy | SCT047 | 93 | 72 | | | 50% | | 101 | 30.12 | 1019.9 | | | |
| 25 | 12:53 | NE 8 | 10.00 | A Few Clouds | FEW050 | 91.9 | 73.9 | 91.9 | 75.9 | 56% | | 102 | 30.14 | 1020.6 | | | |
| 25 | 10:53 | Calm | 10.00 | A Few Clouds | FEW031 | 87.1 | 73 | | | 63% | | 95 | 30.16 | 1021.1 | | | |
| 25 | 09:53 | SE 5 | 10.00 | A Few Clouds | FEW021 | 86 | 73.9 | | | 67% | | 94 | 30.17 | 1021.3 | | | |
| 25 | 08:53 | E 5 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.17 | 1021.5 | | | |
| 25 | 07:53 | E 3 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.16 | 1021.2 | | | |
| 25 | 06:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 75 | 78.1 | 73.9 | 97% | | 75 | 30.15 | 1020.8 | | | |
| 25 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.14 | 1020.3 | | | |
| 25 | 04:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.13 | 1020.2 | | | |
| 25 | 02:53 | N 3 | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.15 | 1020.7 | | | |
| 25 | 01:53 | E 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.16 | 1021.0 | | | |
| 25 | 00:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75.9 | 86 | 77 | 93% | | 81 | 30.15 | 1020.8 | | | |
| 24 | 23:53 | NE 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.17 | 1021.5 | | | |
| 24 | 22:53 | NE 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.16 | 1021.2 | | | |
| 24 | 21:53 | E 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.16 | 1021.0 | | | |
| 24 | 20:53 | NE 3 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.14 | 1020.5 | | | |
| 24 | 19:53 | NE 3 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 30.12 | 1019.7 | | | |
| 24 | 18:53 | E 7 | 10.00 | Fair | CLR | 86 | 71.1 | 93 | 86 | 61% | | 92 | 30.12 | 1019.8 | | | |
| 24 | 17:53 | SE 9 | 10.00 | Fair | CLR | 88 | 72 | | | 59% | | 95 | 30.12 | 1019.7 | | | |
| 24 | 16:53 | SE 14 | 10.00 | Fair | CLR | 88 | 73.9 | | | 63% | | 97 | 30.13 | 1020.1 | | | |
| 24 | 15:53 | SE 15 | 10.00 | Thunderstorm in Vicinity | CLR | 90 | 72 | | | 56% | | 97 | 30.15 | 1020.7 | | | |
| 24 | 14:53 | E 10 | 10.00 | Partly Cloudy | SCT047 | 91 | 72 | | | 54% | | 99 | 30.15 | 1020.8 | | | |
| 24 | 13:53 | E 14 | 10.00 | Partly Cloudy | SCT040 | 91 | 73 | | | 56% | | 100 | 30.17 | 1021.4 | | | |
| 24 | 12:53 | E 15 G 21 | 10.00 | Partly Cloudy | SCT039 | 89.1 | 73 | 90 | 75 | 59% | | 97 | 30.18 | 1021.7 | | | |
| 24 | 11:53 | E 14 | 10.00 | A Few Clouds | FEW029 | 89.1 | 75 | | | 63% | | 99 | 30.19 | 1022.2 | | | |
| 24 | 10:53 | E 10 | 10.00 | Mostly Cloudy | FEW026 SCT031 BKN041 | 88 | 75.9 | | | 68% | | 99 | 30.19 | 1022.3 | | | |
| 24 | 09:53 | E 9 | 10.00 | A Few Clouds | FEW020 | 86 | 75.9 | | | 72% | | 96 | 30.19 | 1022.1 | | | |
| 24 | 08:53 | NE 7 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.19 | 1022.3 | | | |
| 24 | 07:53 | NE 7 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.19 | 1022.3 | | | |
| 24 | 06:53 | NE 3 | 10.00 | Fair | CLR | 75 | 73 | 75.9 | 73.9 | 94% | | 73 | 30.18 | 1022.0 | | | |
| 24 | 05:53 | E 5 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.17 | 1021.7 | | | |
| 24 | 04:53 | NE 5 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.16 | 1021.1 | | | |
| 24 | 03:53 | NE 5 | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.16 | 1021.1 | | | |
| 24 | 02:53 | N 3 | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.16 | 1021.2 | | | |
| 24 | 01:53 | NE 3 | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.15 | 1020.9 | | | |
| 24 | 00:53 | NE 3 | 10.00 | Fair | CLR | 75 | 73.9 | 82.9 | 75 | 96% | | 73 | 30.15 | 1020.8 | | | |
| 23 | 23:53 | E 3 | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.16 | 1021.0 | | | |
| 23 | 22:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.15 | 1020.9 | | | |
| 23 | 21:53 | W 3 | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 30.15 | 1020.7 | | | |
| 23 | 20:53 | NW 6 | 10.00 | Fair | CLR | 78.1 | 73.9 | | | 87% | | 81 | 30.14 | 1020.5 | | | |
| 23 | 19:53 | NE 3 | 10.00 | Fair | CLR | 81 | 75.9 | | | 85% | | 87 | 30.13 | 1020.2 | | | |

VOTE002261

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 23 | 18:53 | N 3 | 10.00 | Fair | CLR | 82.9 | 75 | 93.9 | 75.9 | 77% | | 90 | 30.12 | 1019.9 | | | |
| 23 | 17:53 | N 3 | 10.00 | Fair | CLR | 79 | 73.9 | | | 85% | | 83 | 30.11 | 1019.6 | | | |
| 23 | 16:53 | N 5 | 10.00 | Thunderstorm in Vicinity Light Rain | BKN110 | 77 | 72 | | | 85% | | 78 | 30.14 | 1020.6 | | | |
| 23 | 15:53 | E 18 G 30 | 10.00 | Thunderstorm | SCT044 BKN055 | 84.9 | 69.1 | | | 59% | | 89 | 30.13 | 1020.3 | | | |
| 23 | 14:53 | NE 6 | 10.00 | Mostly Cloudy | BKN046 | 91 | 73 | | | 56% | | 100 | 30.12 | 1019.9 | | | |
| 23 | 13:53 | Vrbl 5 | 10.00 | A Few Clouds | FEW046 | 93 | 73 | | | 52% | | 102 | 30.15 | 1020.8 | | | |
| 23 | 12:53 | NE 8 | 10.00 | Partly Cloudy | SCT030 | 91 | 73 | 91.9 | 75 | 56% | | 100 | 30.16 | 1021.2 | | | |
| 23 | 11:53 | E 6 | 10.00 | Partly Cloudy | SCT030 | 90 | 73.9 | | | 59% | | 99 | 30.18 | 1021.7 | | | |
| 23 | 10:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT030 | 88 | 73.9 | | | 63% | | 97 | 30.18 | 1021.7 | | | |
| 23 | 09:53 | E 5 | 10.00 | Partly Cloudy | SCT024 | 87.1 | 75 | | | 67% | | 97 | 30.18 | 1021.7 | | | |
| 23 | 08:53 | NE 6 | 10.00 | Partly Cloudy | SCT022 | 84 | 77 | | | 80% | | 94 | 30.18 | 1021.7 | | | |
| 23 | 07:53 | NE 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.16 | 1021.2 | | | |
| 23 | 06:53 | NE 3 | 10.00 | Fair | CLR | 75 | 73 | 78.1 | 73.9 | 94% | | 73 | 30.15 | 1020.7 | | | |
| 23 | 05:53 | NE 3 | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.14 | 1020.6 | | | |
| 23 | 04:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.13 | 1020.0 | | | |
| 23 | 03:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.12 | 1019.8 | | | |
| 23 | 02:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.12 | 1019.7 | | | |
| 23 | 01:53 | E 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.12 | 1019.9 | | | |
| 23 | 00:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | 86 | 77 | 94% | | 78 | 30.13 | 1020.2 | | | |
| 22 | 23:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.13 | 1020.2 | | | |
| 22 | 22:53 | N 3 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.13 | 1020.1 | | | |
| 22 | 21:53 | NE 5 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.13 | 1020.0 | | | |
| 22 | 20:53 | NE 3 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.12 | 1019.8 | | | |
| 22 | 19:53 | E 6 | 10.00 | A Few Clouds | FEW048 | 84 | 75 | | | 74% | | 92 | 30.1 | 1019.0 | | | |
| 22 | 18:53 | Calm | 10.00 | Thunderstorm | BKN039 BKN055 | 86 | 73 | 95 | 86 | 65% | | 93 | 30.09 | 1018.6 | | | |
| 22 | 17:53 | NW 3 | 10.00 | Partly Cloudy | SCT055 | 86 | 75 | | | 70% | | 95 | 30.08 | 1018.4 | | | |
| 22 | 16:53 | NW 6 | 10.00 | A Few Clouds | FEW055 FEW110 | 87.1 | 75 | | | 67% | | 97 | 30.08 | 1018.5 | | | |
| 22 | 15:53 | W 6 | 10.00 | Thunderstorm in Vicinity | CLR | 90 | 73.9 | | | 59% | | 99 | 30.09 | 1018.7 | | | |
| 22 | 14:53 | E 7 | 10.00 | Partly Cloudy | FEW049 SCT060 | 93 | 72 | | | 50% | | 101 | 30.1 | 1019.1 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002262