# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: _____

PM COUNT: _____

DATE: 6-23-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | 11 | |
| 4 | 12 | |
| F2 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:20 arrived at comp D Falcon gate
- 6:45 opened outside gate
- 7:00 checked out 24x
- 7:10 arrived at Processing Plant
- 7:25 began to shuck corn
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:15 fire drill
- 10:30 fire drill complete
- 11:00 lunch
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 finished shucking corn
- 1:30 headland

VOTE002270

# DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. M. Karisny

GUN GUARD: MSgt. Arrington

GUN GUARD: N/A

AM COUNT: 25

PM COUNT: 0

DATE: 6-23-25

| DORM Bear | COUNT 25 | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 8 | |
| 4 | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am — Roll Call Bus 1345 Radio 2867
6:35 am — Arrived at Camp, checked out Beargate keys Tag # CD02#45
6:55 am — Checked out 25x
7:00 am — Turned in Beargate keys to E-Bldg
7:15 am — Arrived at zucchini field. Shade trailer, portable toilet, handwash station, and 3 water coolers on site. Sunscreen offered to inmates
8:00 am — Break offered
8:45 am — Break offered
9:01 am — Notified of heat alert by Control Center via radio. Immediately stopped all work. Called all inmates to the shade trailer for mandatory break. 18 inmates out of 25 have heat precaution duty statuses. Leaving 7 inmates left to work Line 15.
9:16 am — Break over
9:25 am — Called for headline / Loaded bus 25x
9:30 am — Arrived at Camp C checked in 25x.

VOTE002271

## DAILY LINE COUNT / LOG SHEET

LINE # 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gaines

AM COUNT: 42x

PM COUNT:

DATE: 6/23/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 21 | |
| F4 | 21 | |
| Total | 42 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:45Am Arrived at Camp D Falcon Gate

7:30Am Checked out 42x, secured Falcon gates, enroute to the Corn field A Land, Sunscreen available and offered. No heat precautions on the Line

7:41Am Arrived to the Corn field A Land, ice coolers, shade trailer, and Port-a-potty on site

7:52Am Offender Jones, Anthony 303687 declared Medical emergency complaining of feeling weak and dizzy, I called Medical 3

8:26Am Announced Break time

8:31Am Offender Broussard, Deondre 327043 declared a medical emergency complained of feeling weak and dizzy and Head Hurts, I called Medical 3

9:00Am Heat Alert, All work came to a halt, offenders gathered on shade trailer

9:26Am Count F1-0 F2-0 F3-21 F4-21 = 42 called into camp D Sally port

9:36Am Medical personel arrived, upon Arrival offender Bradford Tyraine 376820 declared medical emergency, feeling weak, and offender Johnson Christopher 396353 declared medical emergency complaining of feeling overheated Medical personel assessed offenders, Jones, Anthony, Broussard Deondre, Bradford Tyraine, and Johnson Christopher

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gaines

AM COUNT: 42x

PM COUNT:

DATE: 6/23/25

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 21 | |
| F4 | 21 | |
| Total | 42 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

9:40 Am Announced Break time

10:05 Am Medical personel ordered 15 min break for offenders Jones Anthony, Broussard Deondre, Bradford Tyraine.

10:08 Am Medical ordered offender Johnson Christopher to be sent back to Camp D

10:15 Am Lt Smith transported offender Johnson Christopher 396353 back to camp D

10:20 Am Announced Break time

11:00 Am Announced Break time

11:07 Am Headland 41x loaded on bus, enroute Camp D Falcon gate

11:20 Am Arrived with 41x to camp D Falcon gate

11:30 Am Checked in 41x, secured Falcon gates

VOTE 002273

# DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. Korisny

GUN GUARD: Msgt. Arrington

GUN GUARD: Sgt. Crouse

AM COUNT: 10

PM COUNT: 0

DATE: 6-24-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 12 | 4 |
| 3 | 6 | 2 |
| 4 | 9 | 4 |
| Total | 27 | 10 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am  Roll call  Bus 1045  Radio 28670
6:25 am  Arrived at Camp C E-Bldg. Checked out Beargate keys Tag # C-70 2⁶ 4⁵
6:32 am  At Beargate
6:51 am  Opened Beargate
7:01 am  Checked out 27x. Turned in Beargate keys to E-Bldg
7:12 am  Arrived at Zucchini Field. Shade trailer, portable toilet, handwash station, and 3 water coolers on site. Sunscreen offered to inmates
8:15 am  Break offered
9:01 am  Notified of heat alert by Control Center via radio. Immediately stopped all work and called all inmates to shade trailer for mandatory 15 minute break. 17 out of 27 inmates have heat precaution duty status. Leaving 10 inmates to work on Line 15.
9:12 am  Escorted 17 inmates with heat precaution duty status back to Camp C
9:30 am  Checked in 17 heat precaution inmates
9:45 am  Called in count to Camp C sally port. Bear 0, 4, 2, 4 Total: 10x
10:00 am  Mandatory 15 minute break
10:15 am  Mandatory break over
11:00 am  Mandatory 15 minute break
11:15 am  Mandatory break over. Called headline and load bus w/ 10x
11:32 am  At Camp C and checked in 10x

VOTE002274

**DAILY LINE COUNT / LOG SHEET**

LINE # 24-25

PUSHER: Msgt A Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Brown

AM COUNT: 42x

PM COUNT:

DATE: 6/24/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 20 | |
| F4 | 22 | |
| Total | 42 | |
| | | |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

6:49 Am Arrived at Camp D Falcon gate

7:32 Am Checked out 42x, secured Falcon gate, enroute Corn Field A Land. No Heat precautions on the line

7:41 Am Arrived at corn Field, 4 water coolers, shade trailer and port-a-potty on site, sunscreen offered, water offered, offenders can drink at will

7:56 Am Offender Jackson Tyrone 379580 declared medical emergency complaining of body pains, weak and dizzy. I called Medical 3

8:26 Am Announced Break time

9:00 Am Heat Alert, All work came to a halt, offenders gathered under shade trailer

9:26 Am Medical personel arrived and assessed offender Jackson Tyrone 379580

9:35 Am Medical personel ordered offender Jackson Tyrone 379580 a 15 minute break

9:40 AM Count F1-0 F2-0 F3-20 F4-22 Break announced

10:20 Am Announced Break

11:15 Am Head Land 42x Loaded onto bus, enroute camp D Falcon gate

11:28 Am Arrived at Camp D Falcon gate

11:35 Am Checked in 42x and secured Falcon gates

revised 05/27/2025

VOTE002275

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6D/15B

PUSHER: nSgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: _____

PM COUNT: _____

DATE: 6-24-25

| DORM | COUNT | |
|---|---|---|
| 1 | 0 | |
| F2 | 2 | |
| 3 | ~~8~~ 9 | |
| 4 | ~~10~~ 12 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:50 arrived at camp D Falcon gate checked out 21x
- 7:20 arrived at Processing Plant
- 7:30 began to shuck corn
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 began to Process corn finished shucking corn
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:25 shakedown arrived
- 12:30 made rounds A/S
- 12:45 shakedown departed
- 1:00 A/S
- 1:30 headland

VOTE002276

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: _____

PM COUNT: _____

DATE: 6-25-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | "11 | 12 |
| 4 | | 11 |
| | | |
| E2 | 1 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:25 arrived at Camp D Falcon gate checked out 24r
- 6:45 arrived at Processing Plant
- 7:00 began to shuck corn
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 11:45 inmate Jobe Lawrence #761394 and Trudaven Hughes #707036 taken in
- 12:00 made rounds A/S
- 12:30 finished shucking corn A/S
- 1:00 made rounds A/S
- 1:30 headland

VOTE002277

# DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. Arrington

GUN GUARD: MSgt. Gaines

AM COUNT: 13

PM COUNT: 0

DATE: 6-25-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 13 | 4 |
| 3 | 1 | 2 |
| 4 | 3 | 7 |
| Total: | 34 | 13 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00am Roll call Bus 1345 Radio 28620
6:40am Arrived at Beargate
6:55am Opened Beargate
7:02am Checked out 34x
7:15am Arrived at zucchini field. Shade trailer, portable toilet, handwash station, and 3 water coolers on site. Sunscreen offered to inmates
8:00am Break offered
8:15am Break over
9:00am Notified of heat alert by Control Center via radio. Immediately stopped all work and called all inmates to shade trailer for mandatory 15 minute break. 21 out of 34 inmates had a heat precaution duty status leaving only 13 inmates to work on Line 15A.
9:15am Escorted heat precaution inmates 21x to Camp C / Break over
9:32am Checked in 21x to Camp C sallyport
10:00am Mandatory 15 minute break
10:15am Mandatory break over
10:50am Recount Bear-4  7x
11:00am Mandatory 15 minute break
11:15am Mandatory break over. / Headline and loaded w/ 15x
11:40am Arrived at Camp C and checked in 13x

**DAILY LINE COUNT / LOG SHEET**

LINE # 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Sgt Crouse

AM COUNT: 34 X

PM COUNT:

DATE: 6/25/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 17 | |
| F4 | 17 | |
| Total | 34 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25 Am Arrived at Camp D Falcon gate
6:28 Am opened outside and inside gate
7:20 Am Checked out 49x, secured Falcon gates, enroute Corn Field A Land. Sunscreen Availabe
7:32 Am Arrived at Corn Field A Land 49x, 4 water coolers, shade trailer, and port-a-potty on site, Sunscreen offered, water available to drink at will
8:17 Am Announced Break time
9:00 Am Heat Alert All work came to a halt, offenders gathered under shade trailer
9:35 Am 15x verified as Heat precautions transported back to camp D
9:45 Am Counted F1-0 F2-0 F3-17 F4-17 = 34 called in to Camp D sally port
10:00 Am Announced Break time
10:45 Am Announced Break tim
11:20 Am Head Land 34x enroute camp D Falcon gate
11:31 Am Arrived Camp D Falcon gate 34x
11:38 Am Checked in 34x, secured Falcon gates

VOTE002279

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A Bordelon/Msgt Arrington

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Brown

AM COUNT: 29x

PM COUNT:

DATE: 6-26-25

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 16 | |
| F4 | 13 | |
| Total | 29 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:35Am Arrived at camp D Falcon gate
6:38Am Opened outside and inside gate
7:32Am Checked out 43x, secure falcon gates, enroute Corn Field A Land
7:41Am Arrived at Corn Field A Land with 43x, shade trailer 4 water coolers, and port-a-potty on site, Offered sunscreen
7:54Am Offender Allen Hardy 617447 declared medical emergency, complaining of feeling weak, dizzy, and having shoulder pain, I called Medical 3
8:10Am Medical arrived and Assessed offender Allen Hardy
8:20Am Medical ordered offender Allen Hardy a 15 minute break
8:26Am Announced Break time
9:00Am Heat Alert, all work came to a halt, offenders gathered on shade trailer. 14x verified heat precautions
9:20Am 14x Heat precautions transported back to camp D
9:35Am Count F1-0 F2-0 F3-16 F4-13=29x called in to camp D sally port
10:00Am Announced Break time
11:00Am Announced Break time
11:18Am Headland 29x enroute Camp D
11:26Am Arrived to camp D Falcon gate
11:32Am Checked in 29x, secure falcon gates

VOTE002280

## DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: nSgt Griffin

GUN GUARD: _____

GUN GUARD: _____

AM COUNT: _____

PM COUNT: _____

DATE: 6-26-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | 9 | |
| 4 | 12 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:25 arrived at camp O Falcon gate
- 6:45 arrived at Processing Plant
- 7:00 began to shuck corn
- 7:30 began to cream corn
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 11:00 lunch
- 11:30 made rounds A/S
- 12:00 finished shucking corn
- 12:30 finished creaming corn
- 1:00 headland

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: msyt Griffin

GUN GUARD:

GUN GUARD:

AM COUNT:

PM COUNT:

DATE: 6-27-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | 10 | |
| 4 | 105 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 640 — arrived at camp D Falcon gate
- 725 — arrived at Processing Plant
- 800 began to shuck corn
- 830 made rounds A/S
- 900 made rounds A/S
- 930 made rounds A/S called in count
- 1000 made rounds A/S
- 10:30 lunch
- 11:00 finished shucking beginning to process corn
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S
- 1:30 headland

VOTE002282

**DAILY LINE COUNT / LOG SHEET**

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 34x

PM COUNT:

DATE: 6/27/2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 18 | |
| F4 | 16 | |
| Total | 34 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:28 Am Arrived at Camp D Falcon
6:44 Am Opened outside gate
7:01 Am Opened inside gate
7:29 Am Checked out 35x secured Falcon gates, offered sunscreen, enroute Zucchini field A Land. No heat precautions on the Line.
7:36 Am Arrived at zucchini field A Land with 35x. 4 ice coolers, shade trailer, and portapotty on site. Water available to offenders at their will.
8:20 Am Offender Brown Steve 366031 declared medical emergency complaining of rash and hives on arms. I called medical 3
8:26 Am Break Announced
8:28 Am Offender Calloway Leron 719606 was transported back to camp D by Major Pidgeon called in by Camp D 5 over radio
9:26 Am Break announced
9:30 Am Medical personel arrived and assessed offender Brown, Steve 366031
9:36 Am Medical gave offender Brown Steve a tube of hydrocortizone to apply to his rash and told offender Brown to wear longsleeves
9:40 Am Counted F1-0 F2-0 F3-18 F4-16 =34x called in to Camp D sallyport

VOTE002283

# DAILY LINE COUNT / LOG SHEET

LINE #: 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 34x

PM COUNT:

DATE: 6/27/2025

| DORM | COUNT | |
|------|-------|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 18 | |
| F4 | 16 | |
| Total | 34 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

10:00 Am Heat alert, All work came to a halt, offenders gathered on to shade trailer.
10:50 Am Recount on Falcon 3 and Falcon 4    F3-18 F4-16
11:00 Am Break announced
11:16 Am Head Land 34x enroute Camp D Falcon gate
11:24 Am Arrived at Camp D Falcon gate with 34x
11:33 Am Checked in 34x and secured Falcon gates

VOTE002284

# DAILY LINE COUNT / LOG SHEET

LINE # Line 15

PUSHER: Lt. Karrsng

GUN GUARD: MSgt. Gaines

GUN GUARD: N/A

AM COUNT: 23

PM COUNT: 0

DATE: 6-27-25

| DORM Bear | COUNT 25 | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 10-1= 9 | 9 |
| 3 | 7 | 7 |
| 4 | 8-1= 7 | 7 |
| Total: | 25  23 | 23 |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:02 am  Roll call
6:05 am  Arrived at Camp C. Checked out Beargate keys C70 $2^L 4^5$
6:40 am  Arrived at Beargate
6:52 am  Opened Beargate
7:00 am  Checked out 25x
7:00 am  Arrived at sweet potato field. Shade trailer, portable toilet, handwash station, and 3 water coolers on site. Sunscreen offered to inmates. Water-coolers are freely available to all inmates at all times
8:00 am  Break offered
8:15 am  Break over
8:30 am  Inmates Charles Penn (631358) and Eldridge Thomas (785420) involved in simple fight. Maj. Pidgeon escorted inmate Penn and Lt. Smith escorted inmate Thomas back to Camp C. Medical 3 was notified.
9:00 am  Break offered
9:15 am  Break over
9:42 am  Called in count to Camp C sallyport. Bear: 0,9,7,7 Total: 23
10:00 am  Notified of heat alert by Control Center via radio. I immediately stopped all work and called all inmates to the shade trailer. Once all inmates were at the shade trailer I then had them all get on the bus to be escorted back to Camp C. 17 out of 23

VOTE002285

## DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Korisny

GUN GUARD: MSgt. Gaines

GUN GUARD: N/A

AM COUNT: 23

PM COUNT: 0

| DATE: 6-27-25 | | |
|---|---|---|
| DORM Bear | COUNT | |
| 1 | 0 | 0 |
| 2 | 10-1= 9 | 9 |
| 3 | 7 | 7 |
| 4 | 8-1= 7 | 7 |
| Total: | 25  23 | 23 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

10:00 am  inmates have a heat precaution duty status. Leaving only 6 inmates to work on Line 15
10:12 am  Arrived at Camp C Bear gate
10:25 am  Check in inmates 23x

VOTE002286