# Exhibit A

**National Weather Service - Baton Rouge Metropolitan, Ryan Field, July 3, 2025 and July 4, 2025**

| DateTime | Heat Index |
| --- | --- |
| 7/4/2025 23:50 | NaN |
| 7/4/2025 23:35 | NaN |
| 7/4/2025 23:20 | NaN |
| 7/4/2025 23:05 | 87.6 |
| 7/4/2025 22:53 | 86.63 |
| 7/4/2025 22:40 | 87.6 |
| 7/4/2025 22:25 | 87.6 |
| 7/4/2025 22:10 | 86.18 |
| 7/4/2025 21:55 | 86.18 |
| 7/4/2025 21:45 | 89.49 |
| 7/4/2025 21:30 | 89.49 |
| 7/4/2025 21:15 | 89.49 |
| 7/4/2025 21:00 | 90.86 |
| 7/4/2025 20:50 | 89.35 |
| 7/4/2025 20:35 | 89.35 |
| 7/4/2025 20:20 | 90.86 |
| 7/4/2025 20:05 | 90.86 |
| 7/4/2025 19:53 | 93.87 |
| 7/4/2025 19:40 | 97.2 |
| 7/4/2025 19:25 | 97.81 |
| 7/4/2025 19:10 | 97.81 |
| 7/4/2025 18:55 | 100.31 |
| 7/4/2025 18:45 | 97.81 |
| 7/4/2025 18:30 | 97.81 |
| 7/4/2025 18:15 | 97.81 |
| 7/4/2025 18:00 | 95.92 |
| 7/4/2025 17:50 | 98.26 |
| 7/4/2025 17:35 | 98.26 |
| 7/4/2025 17:20 | 96.48 |
| 7/4/2025 17:05 | 98.26 |
| 7/4/2025 16:53 | 97.27 |
| 7/4/2025 16:40 | 98.26 |
| 7/4/2025 16:25 | 96.48 |
| 7/4/2025 16:10 | 96.48 |
| 7/4/2025 15:55 | 96.48 |
| 7/4/2025 15:45 | 100.6 |
| 7/4/2025 15:30 | 98.26 |
| 7/4/2025 15:15 | 98.26 |
| 7/4/2025 15:00 | 98.26 |
| 7/4/2025 14:50 | 98.26 |
| 7/4/2025 14:35 | 98.26 |
| 7/4/2025 14:20 | 95.92 |
| 7/4/2025 14:05 | 95.92 |
| 7/4/2025 13:53 | 94.78 |

| Date/Time | Value |
|---|---|
| 7/4/2025 13:40 | 94.23 |
| 7/4/2025 13:25 | 91.96 |
| 7/4/2025 13:10 | 90.63 |
| 7/4/2025 12:55 | 89.44 |
| 7/4/2025 12:45 | 90.63 |
| 7/4/2025 12:30 | 89.64 |
| 7/4/2025 12:15 | 87.19 |
| 7/4/2025 12:00 | 88.27 |
| 7/4/2025 11:50 | 87.19 |
| 7/4/2025 11:35 | 87.19 |
| 7/4/2025 11:20 | 85.33 |
| 7/4/2025 11:05 | 85.33 |
| 7/4/2025 10:53 | 85.77 |
| 7/4/2025 10:40 | 85.33 |
| 7/4/2025 10:25 | 85.33 |
| 7/4/2025 10:10 | 85.33 |
| 7/4/2025 9:55 | 85.33 |
| 7/4/2025 9:45 | 85.33 |
| 7/4/2025 9:30 | 85.33 |
| 7/4/2025 9:15 | NaN |
| 7/4/2025 9:00 | NaN |
| 7/4/2025 8:50 | NaN |
| 7/4/2025 8:35 | NaN |
| 7/4/2025 8:20 | NaN |
| 7/4/2025 8:05 | NaN |
| 7/4/2025 7:53 | NaN |
| 7/4/2025 7:40 | NaN |
| 7/4/2025 7:25 | NaN |
| 7/4/2025 7:10 | NaN |
| 7/4/2025 6:55 | NaN |
| 7/4/2025 6:45 | NaN |
| 7/4/2025 6:30 | NaN |
| 7/4/2025 6:15 | NaN |
| 7/4/2025 6:00 | NaN |
| 7/4/2025 5:50 | NaN |
| 7/4/2025 5:35 | NaN |
| 7/4/2025 5:20 | NaN |
| 7/4/2025 5:05 | NaN |
| 7/4/2025 4:53 | NaN |
| 7/4/2025 4:40 | NaN |
| 7/4/2025 4:25 | NaN |
| 7/4/2025 4:10 | NaN |
| 7/4/2025 3:55 | NaN |
| 7/4/2025 3:45 | NaN |
| 7/4/2025 3:30 | NaN |
| 7/4/2025 3:15 | NaN |
| 7/4/2025 3:00 | NaN |

| Date/Time | Value |
|---|---|
| 7/4/2025 2:50 | NaN |
| 7/4/2025 2:35 | NaN |
| 7/4/2025 2:20 | NaN |
| 7/4/2025 2:05 | NaN |
| 7/4/2025 1:53 | NaN |
| 7/4/2025 1:40 | NaN |
| 7/4/2025 1:25 | NaN |
| 7/4/2025 1:10 | NaN |
| 7/4/2025 0:55 | NaN |
| 7/4/2025 0:45 | NaN |
| 7/4/2025 0:30 | NaN |
| 7/4/2025 0:15 | NaN |
| 7/4/2025 0:00 | NaN |
| 7/3/2025 23:50 | NaN |
| 7/3/2025 23:35 | NaN |
| 7/3/2025 23:20 | NaN |
| 7/3/2025 23:05 | NaN |
| 7/3/2025 22:53 | NaN |
| 7/3/2025 22:40 | NaN |
| 7/3/2025 22:25 | NaN |
| 7/3/2025 22:10 | NaN |
| 7/3/2025 21:55 | NaN |
| 7/3/2025 21:45 | NaN |
| 7/3/2025 21:30 | NaN |
| 7/3/2025 21:15 | NaN |
| 7/3/2025 21:00 | NaN |
| 7/3/2025 20:50 | NaN |
| 7/3/2025 20:35 | NaN |
| 7/3/2025 20:20 | NaN |
| 7/3/2025 20:05 | NaN |
| 7/3/2025 19:53 | NaN |
| 7/3/2025 19:40 | NaN |
| 7/3/2025 19:25 | NaN |
| 7/3/2025 19:10 | NaN |
| 7/3/2025 18:55 | NaN |
| 7/3/2025 18:45 | NaN |
| 7/3/2025 18:30 | NaN |
| 7/3/2025 18:20 | NaN |
| 7/3/2025 18:10 | NaN |
| 7/3/2025 17:55 | NaN |
| 7/3/2025 17:45 | NaN |
| 7/3/2025 17:30 | NaN |
| 7/3/2025 17:17 | NaN |
| 7/3/2025 17:05 | NaN |
| 7/3/2025 16:53 | NaN |
| 7/3/2025 16:45 | NaN |
| 7/3/2025 16:35 | NaN |

| Date/Time | Value |
|---|---|
| 7/3/2025 16:20 | 87.19 |
| 7/3/2025 16:05 | 100.31 |
| 7/3/2025 15:53 | 101.82 |
| 7/3/2025 15:40 | 97.81 |
| 7/3/2025 15:25 | 102.61 |
| 7/3/2025 15:10 | 102.72 |
| 7/3/2025 14:55 | 102.72 |
| 7/3/2025 14:45 | 105.89 |
| 7/3/2025 14:30 | 102.72 |
| 7/3/2025 14:15 | 105.15 |
| 7/3/2025 14:05 | 105.15 |
| 7/3/2025 13:53 | 105.89 |
| 7/3/2025 13:40 | 105.15 |
| 7/3/2025 13:25 | 105.15 |
| 7/3/2025 13:10 | 105.15 |
| 7/3/2025 12:55 | 102.72 |
| 7/3/2025 12:45 | 100.31 |
| 7/3/2025 12:30 | 100.31 |
| 7/3/2025 12:15 | 102.72 |
| 7/3/2025 12:00 | 100.31 |
| 7/3/2025 11:50 | 100.31 |
| 7/3/2025 11:35 | 100.31 |
| 7/3/2025 11:20 | 100.31 |
| 7/3/2025 11:05 | 97.81 |
| 7/3/2025 10:53 | 97.86 |
| 7/3/2025 10:40 | 97.81 |
| 7/3/2025 10:25 | 97.81 |
| 7/3/2025 10:10 | 97.81 |
| 7/3/2025 9:55 | 97.81 |
| 7/3/2025 9:45 | 95.92 |
| 7/3/2025 9:30 | 93.49 |
| 7/3/2025 9:15 | 90.97 |
| 7/3/2025 9:00 | 90.97 |
| 7/3/2025 8:50 | 92.48 |
| 7/3/2025 8:35 | 92.48 |
| 7/3/2025 8:20 | 89.49 |
| 7/3/2025 8:05 | 89.49 |
| 7/3/2025 7:53 | 88.25 |
| 7/3/2025 7:40 | 86.18 |
| 7/3/2025 7:25 | 86.18 |
| 7/3/2025 7:10 | 86.18 |
| 7/3/2025 6:55 | 86.18 |
| 7/3/2025 6:45 | NaN |
| 7/3/2025 6:30 | NaN |
| 7/3/2025 6:15 | NaN |
| 7/3/2025 6:00 | NaN |
| 7/3/2025 5:50 | NaN |

| | |
|---|---|
| **7/3/2025 5:35** | NaN |
| **7/3/2025 5:20** | NaN |
| **7/3/2025 5:05** | NaN |
| **7/3/2025 4:53** | NaN |
| **7/3/2025 4:40** | NaN |
| **7/3/2025 4:25** | NaN |
| **7/3/2025 4:10** | NaN |
| **7/3/2025 3:55** | NaN |
| **7/3/2025 3:45** | NaN |
| **7/3/2025 3:30** | NaN |
| **7/3/2025 3:15** | NaN |
| **7/3/2025 3:00** | NaN |
| **7/3/2025 2:50** | NaN |
| **7/3/2025 2:35** | NaN |
| **7/3/2025 2:20** | NaN |
| **7/3/2025 2:05** | NaN |
| **7/3/2025 1:53** | NaN |
| **7/3/2025 1:40** | NaN |
| **7/3/2025 1:25** | NaN |
| **7/3/2025 1:10** | NaN |
| **7/3/2025 0:55** | NaN |
| **7/3/2025 0:45** | NaN |
| **7/3/2025 0:30** | NaN |
| **7/3/2025 0:15** | NaN |
| **7/3/2025 0:00** | NaN |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air (°F) | Dwpt (°F) | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 12:53 | W 9 | 10.00 | Fair | CLR | 91 | 75.9 | 91 | 79 | 61% | | 103 | 30.02 | 1016.3 | | | |
| 03 | 11:53 | W 8 | 10.00 | Fair | CLR | 90 | 75.9 | | | 63% | | 102 | 30.03 | 1016.7 | | | |
| 03 | 10:53 | W 9 | 10.00 | Fair | CLR | 88 | 75 | | | 66% | | 98 | 30.03 | 1016.8 | | | |
| 03 | 09:53 | W 8 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 30.04 | 1016.9 | | | |
| 03 | 08:53 | NW 8 | 10.00 | Fair | CLR | 84.9 | 73.9 | | | 70% | | 92 | 30.04 | 1017.0 | | | |
| 03 | 07:53 | Vrbl 3 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.03 | 1016.6 | | | |
| 03 | 06:53 | Calm | 10.00 | A Few Clouds | FEW050 | 80.1 | 75.9 | 80.1 | 75.9 | 87% | | 85 | 30.01 | 1016.1 | | | |
| 03 | 05:53 | W 3 | 10.00 | A Few Clouds | FEW065 | 77 | 75 | | | 94% | | 78 | 30 | 1015.7 | | | |
| 03 | 04:53 | Calm | 10.00 | Mostly Cloudy | BKN034 BKN050 | 77 | 75 | | | 94% | | 78 | 29.99 | 1015.5 | | | |
| 03 | 03:53 | Calm | 10.00 | A Few Clouds | FEW060 | 75.9 | 75 | | | 97% | | 75 | 29.99 | 1015.2 | | | |
| 03 | 02:53 | Calm | 10.00 | Mostly Cloudy | BKN060 BKN080 | 77 | 75 | | | 94% | | 78 | 29.98 | 1015.0 | | | |
| 03 | 01:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 29.99 | 1015.2 | | | |
| 03 | 00:53 | Calm | 10.00 | Partly Cloudy | SCT070 | 77 | 75 | 84.9 | 77 | 94% | | 78 | 30 | 1015.5 | | | |
| 02 | 23:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30 | 1015.7 | | | |
| 02 | 22:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30 | 1015.6 | | | |
| 02 | 21:53 | Calm | 10.00 | Fair | CLR | 79 | 73.9 | | | 85% | | 83 | 29.98 | 1015.1 | | | |
| 02 | 20:53 | Calm | 10.00 | Fair | CLR | 80.1 | 73.9 | | | 82% | | 85 | 29.96 | 1014.5 | | | |
| 02 | 19:53 | Calm | 10.00 | Fair | CLR | 82.9 | 75 | | | 77% | | 90 | 29.95 | 1014.0 | | | |
| 02 | 18:53 | W 3 | 10.00 | Fair | CLR | 84 | 72 | 93 | 81 | 67% | | 90 | 29.96 | 1014.2 | | | 0.02 |
| 02 | 17:53 | SW 6 | 10.00 | Fair | CLR | 82.9 | 72 | | | 70% | | 88 | 29.96 | 1014.5 | | | |
| 02 | 16:53 | W 8 | 10.00 | Fair | CLR | 81 | 70 | | | 69% | | 84 | 29.99 | 1015.6 | | | |
| 02 | 15:53 | NW 8 | 10.00 | Light Rain | FEW055 FEW070 | 87.1 | 75 | | | 67% | | 97 | 29.99 | 1015.4 | | 0.02 | |
| 02 | 14:53 | E 5 | 10.00 | Light Rain | FEW040 BKN075 BKN110 | 87.1 | 78.1 | | | 75% | | 100 | 30.01 | 1015.9 | 0.02 | | |
| 02 | 13:53 | NE 10 | 10.00 | Thunderstorm in Vicinity | SCT035 | 89.1 | 75.9 | | | 65% | | 100 | 30.01 | 1016.1 | | | |
| 02 | 12:53 | W 13 | 10.00 | Thunderstorm in Vicinity | SCT035 | 91 | 73.9 | 91.9 | 79 | 57% | | 101 | 30.02 | 1016.5 | | | |
| 02 | 11:53 | NW 6 | 10.00 | Mostly Cloudy | SCT033 BKN043 | 91.9 | 75.9 | | | 60% | | 104 | 30.04 | 1017.0 | | | |
| 02 | 10:53 | NW 7 | 10.00 | A Few Clouds | FEW050 | 90 | 77 | | | 66% | | 103 | 30.05 | 1017.3 | | | |
| 02 | 09:53 | W 10 | 10.00 | Fair | CLR | 87.1 | 77 | | | 72% | | 99 | 30.04 | 1017.0 | | | |
| 02 | 08:53 | W 7 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 30.03 | 1016.9 | | | |
| 02 | 07:53 | W 12 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.03 | 1016.5 | | | |
| 02 | 06:53 | W 6 | 10.00 | Fair | CLR | 79 | 75.9 | 79 | 75.9 | 90% | | 83 | 30.01 | 1016.0 | | | |
| 02 | 05:53 | Calm | 10.00 | Partly Cloudy | SCT050 | 78.1 | 73.9 | | | 87% | | 81 | 30 | 1015.6 | | | |
| 02 | 04:53 | Calm | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 29.99 | 1015.3 | | | |
| 02 | 03:53 | SE 3 | 10.00 | Mostly Cloudy | BKN055 | 78.1 | 73.9 | | | 87% | | 81 | 29.99 | 1015.2 | | | |
| 02 | 02:53 | Calm | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 29.98 | 1015.0 | | | |
| 02 | 01:53 | Calm | 10.00 | Fair | CLR | 78.1 | 73.9 | | | 87% | | 81 | 29.98 | 1015.0 | | | |
| 02 | 00:53 | Calm | 10.00 | Fair | CLR | 79 | 73.9 | 90 | 78.1 | 85% | | 83 | 29.98 | 1015.1 | | | |
| 01 | 23:53 | Calm | 10.00 | Fair | CLR | 80.1 | 73.9 | | | 82% | | 85 | 29.99 | 1015.5 | | | |
| 01 | 22:53 | W 5 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 30.01 | 1016.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) — Pressure — Precipitation (in)

VOTE002307

![National Weather Service] 

Weather observations for the past three days for
# New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 01 | 13:35 | SE 5 | 10.00 | Mostly Cloudy | BKN037 | 89.6 | 74.5 | | 61% | | 99 | 30.05 | | 0.0 | | |
| 01 | 13:15 | Calm | 10.00 | NULL | NULL | 89.4 | 75 | | 63% | | 100 | 30.06 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | Pressure | | Precipitation (in) | | |

VOTE002303



# NATIONAL WEATHER SERVICE
### NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 12:53 | W 13 | 10.00 | Thunderstorm in Vicinity | SCT035 | 91 | 73.9 | 91.9 | 79 | 57% | | 101 | 30.02 | 1016.5 | | | |
| 02 | 11:53 | NW 6 | 10.00 | Mostly Cloudy | SCT033 BKN043 | 91.9 | 75.9 | | | 60% | | 104 | 30.04 | 1017.0 | | | |
| 02 | 10:53 | NW 7 | 10.00 | A Few Clouds | FEW050 | 90 | 77 | | | 66% | | 103 | 30.05 | 1017.3 | | | |
| 02 | 09:53 | W 10 | 10.00 | Fair | CLR | 87.1 | 77 | | | 72% | | 99 | 30.04 | 1017.0 | | | |
| 02 | 08:53 | W 7 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 30.03 | 1016.9 | | | |
| 02 | 07:53 | W 12 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.03 | 1016.5 | | | |
| 02 | 06:53 | W 6 | 10.00 | Fair | CLR | 79 | 75.9 | 79 | 75.9 | 90% | | 83 | 30.01 | 1016.0 | | | |
| 02 | 05:53 | Calm | 10.00 | Partly Cloudy | SCT050 | 78.1 | 73.9 | | | 87% | | 81 | 30 | 1015.6 | | | |
| 02 | 04:53 | Calm | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 29.99 | 1015.3 | | | |
| 02 | 03:53 | SE 3 | 10.00 | Mostly Cloudy | BKN055 | 78.1 | 73.9 | | | 87% | | 81 | 29.99 | 1015.2 | | | |
| 02 | 02:53 | Calm | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 29.98 | 1015.0 | | | |
| 02 | 01:53 | Calm | 10.00 | Fair | CLR | 78.1 | 73.9 | | | 87% | | 81 | 29.98 | 1015.0 | | | |
| 02 | 00:53 | Calm | 10.00 | Fair | CLR | 79 | 73.9 | 90 | 78.1 | 85% | | 83 | 29.98 | 1015.1 | | | |
| 01 | 23:53 | Calm | 10.00 | Fair | CLR | 80.1 | 73.9 | | | 82% | | 85 | 29.99 | 1015.5 | | | |
| 01 | 22:53 | W 5 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 30.01 | 1016.0 | | | |
| 01 | 21:53 | NW 3 | 10.00 | Fair | CLR | 82.9 | 73.9 | | | 74% | | 89 | 30.01 | 1015.9 | | | |
| 01 | 20:53 | W 7 | 10.00 | Fair | CLR | 84 | 73 | | | 70% | | 90 | 29.99 | 1015.5 | | | |
| 01 | 19:53 | W 7 | 10.00 | Fair | CLR | 87.1 | 72 | | | 61% | | 94 | 29.98 | 1015.2 | | | |
| 01 | 18:53 | W 5 | 10.00 | Fair | CLR | 90 | 71.1 | 93 | 88 | 54% | | 96 | 29.99 | 1015.2 | | | |
| 01 | 17:53 | W 9 | 10.00 | Fair | CLR | 91 | 71.1 | | | 52% | | 98 | 29.98 | 1014.9 | | | |
| 01 | 16:53 | SW 10 | 10.00 | A Few Clouds | FEW046 | 91.9 | 72 | | | 52% | | 100 | 29.97 | 1014.8 | | | |
| 01 | 14:53 | W 7 | 10.00 | Fair | CLR | 91 | 73 | | | 56% | | 100 | 30.02 | 1016.3 | | | |
| 01 | 13:53 | W 8 | 10.00 | A Few Clouds | FEW042 | 91 | 73 | | | 56% | | 100 | 30.03 | 1016.8 | | | |
| 01 | 12:53 | W 9 | 10.00 | Mostly Cloudy | BKN036 | 90 | 75 | 90 | 77 | 62% | | 100 | 30.06 | 1017.7 | | | |
| 01 | 11:53 | W 6 | 10.00 | Mostly Cloudy | BKN027 | 89.1 | 75 | | | 63% | | 99 | 30.07 | 1017.9 | | | |
| 01 | 10:53 | W 7 | 10.00 | Mostly Cloudy | BKN023 | 88 | 75.9 | | | 68% | | 99 | 30.07 | 1018.0 | | | |
| 01 | 09:53 | W 7 | 10.00 | A Few Clouds | FEW017 | 84.9 | 77 | | | 77% | | 95 | 30.06 | 1017.8 | | | |
| 01 | 08:53 | W 8 | 10.00 | Fair | CLR | 84 | 77 | | | 80% | | 94 | 30.07 | 1018.2 | | | |
| 01 | 07:53 | W 7 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.07 | 1017.9 | | | |
| 01 | 06:53 | W 5 | 10.00 | Fair | CLR | 77 | 75.9 | 77 | 73.9 | 96% | | 78 | 30.06 | 1017.8 | | | |
| 01 | 05:53 | Calm | 4.00 | Fog/Mist | CLR | 75.9 | 75 | | | 97% | | 75 | 30.06 | 1017.7 | | | |
| 01 | 04:53 | Calm | 8.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.04 | 1017.3 | | | |
| 01 | 03:53 | Calm | 5.00 | Fog/Mist | CLR | 75 | 73 | | | 94% | | 73 | 30.03 | 1016.8 | | | |
| 01 | 02:53 | Calm | 10.00 | A Few Clouds | FEW030 | 75 | 73 | | | 94% | | 73 | 30.03 | 1016.9 | | | |
| 01 | 01:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.03 | 1016.9 | | | |
| 01 | 00:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | 84 | 75.9 | 91% | | 76 | 30.04 | 1017.0 | | | |
| 30 | 21:53 | Calm | 10.00 | Fair | CLR | 79 | 72 | | | 79% | | 82 | 30.04 | 1017.0 | | | |
| 30 | 20:53 | S 6 | 10.00 | Fair | CLR | 80.1 | 73 | | | 79% | | 84 | 30.02 | 1016.3 | | | |
| 30 | 19:53 | S 8 | 10.00 | A Few Clouds | FEW085 | 82 | 73.9 | | | 77% | | 88 | 30.02 | 1016.5 | | | |
| 30 | 18:53 | S 13 | 10.00 | Fair | CLR | 84 | 73.9 | 93 | 81 | 72% | | 91 | 30.03 | 1016.9 | | | |

VOTE002304

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 30 | 17:53 | S 9 | 10.00 | Fair | CLR | 86 | 72 | | | 63% | | 92 | 30.01 | 1016.2 | | | |
| 30 | 16:53 | SW 7 | 10.00 | Fair | CLR | 82.9 | 72 | | | 70% | | 88 | 30.02 | 1016.5 | | | |
| 30 | 15:53 | S 9 | 10.00 | Fair | CLR | 81 | 73 | | | 77% | | 86 | 30.03 | 1016.8 | | | |
| 30 | 14:53 | SW 9 | 10.00 | Thunderstorm | BKN044 BKN070 | 84.9 | 73 | | | 68% | | 92 | 30.02 | 1016.5 | | | |
| 30 | 13:53 | W 9 | 10.00 | Partly Cloudy | SCT039 | 91.9 | 73.9 | | | 56% | | 102 | 30.04 | 1017.1 | | | |
| 30 | 12:53 | Vrbl 7 | 10.00 | Fair | CLR | 90 | 75 | 91 | 75.9 | 62% | | 100 | 30.07 | 1017.9 | | | |
| 30 | 11:53 | W 8 | 10.00 | Partly Cloudy | FEW034 SCT049 | 90 | 75.9 | | | 63% | | 102 | 30.08 | 1018.4 | | | |
| 30 | 10:53 | W 7 | 10.00 | Mostly Cloudy | BKN013 | 88 | 75.9 | | | 68% | | 99 | 30.07 | 1018.1 | | | |
| 30 | 09:53 | SW 8 | 10.00 | Mostly Cloudy | BKN020 | 86 | 77 | | | 75% | | 97 | 30.07 | 1018.2 | | | |
| 30 | 08:53 | W 5 | 10.00 | Fair | CLR | 84.9 | 77 | | | 77% | | 95 | 30.08 | 1018.5 | | | |
| 30 | 07:53 | Calm | 10.00 | A Few Clouds | FEW110 | 78.1 | 75.9 | | | 93% | | 81 | 30.08 | 1018.4 | | | |
| 30 | 06:53 | Calm | 8.00 | Fair | CLR | 75.9 | 75 | 78.1 | 75 | 97% | | 75 | 30.07 | 1018.1 | | | |
| 30 | 05:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.05 | 1017.5 | | | |
| 30 | 04:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.03 | 1016.7 | | | |
| 30 | 03:53 | SW 5 | 10.00 | Fair | CLR | 75 | 75 | | | 100% | | 72 | 30.02 | 1016.5 | | | |
| 30 | 02:53 | Calm | 9.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.03 | 1016.8 | | | |
| 30 | 01:53 | Calm | 10.00 | Overcast | BKN019 BKN026 OVC034 | 77 | 75.9 | | | 96% | | 78 | 30.04 | 1017.0 | | | |
| 30 | 00:53 | Calm | 10.00 | Partly Cloudy | SCT022 | 77 | 75.9 | 82 | 77 | 96% | | 78 | 30.04 | 1017.1 | | | |
| 29 | 23:53 | SE 3 | 10.00 | A Few Clouds | FEW026 | 77 | 75.9 | | | 96% | | 78 | 30.05 | 1017.4 | | | |
| 29 | 22:53 | E 6 | 10.00 | Partly Cloudy | SCT028 | 78.1 | 77 | | | 97% | | 81 | 30.06 | 1017.7 | | | |
| 29 | 21:53 | Calm | 10.00 | A Few Clouds | FEW040 | 79 | 77 | | | 94% | | 83 | 30.05 | 1017.6 | | | |
| 29 | 20:53 | N 3 | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 30.03 | 1016.7 | | | |
| 29 | 19:53 | Calm | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.01 | 1016.1 | | | |
| 29 | 18:53 | Calm | 10.00 | Fair | CLR | 82 | 75.9 | 88 | 75 | 82% | | 89 | 30.02 | 1016.6 | | | 1.3 |
| 29 | 17:53 | S 5 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.03 | 1016.8 | | | |
| 29 | 16:53 | SW 6 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 30.04 | 1017.3 | | | |
| 29 | 15:53 | Calm | 10.00 | A Few Clouds | FEW028 | 78.1 | 75 | | | 90% | | 81 | 30.05 | 1017.4 | 0.02 | 1.3 | |
| 29 | 14:53 | Calm | 6.00 | Light Rain Fog/Mist | SCT110 | 77 | 73.9 | | | 90% | | 78 | 30.06 | 1018.0 | 0.08 | | |
| 29 | 13:53 | SW 5 | 3.00 | Thunderstorm Rain Fog/Mist | BKN036 OVC090 | 75 | 73.9 | | | 96% | | 73 | 30.1 | 1019.2 | 1.2 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002305