# Exhibit B

Case 3:23-cv-01304-BAJ-EWD    Document 276-2    07/08/25    Page 1 of 12

# DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Ellis

AM COUNT:

PM COUNT:

DATE: 6-30-25

| DORM | COUNT | |
|---|---|---|
| F-1 | 1 | 1 |
| 2 | | |
| 3 | 101 | 12 |
| 4 | 19 | 10 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at Camp D Falcon gate
- 6:45 checked out 23x
- 7:10 arrived at Processing Plant
- 7:30 began to GI
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 finished GI began to shuck corn
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 finished shucking corn
- 1:30 headland

**DAILY LINE COUNT / LOG SHEET**

LINE # 24-25

PUSHER: Msgt A. Bordelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Arrington

AM COUNT: 45x   recount 33

PM COUNT:

DATE: 6/30/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 21 | |
| F4 | 24 | |
| Total | 45 | |
| recount F1 | 0 | |
| recount F2 | 0 | |
| recount F3 | 18 | |
| recount F4 | 15 | |
| Total | 33 | |

COMENTS:

6:30Am Arrived at camp D Falcon gate
6:41Am Opened outside and inside gate
7:34 Am Checked out 45x, secured gates, enroute corn field A Land sunscreen offered
7:44Am Arrived at cornfield A Land, 4 water coolers, shade trailer, and Port-a-potty on site, water is self served at will
8:29Am Announced Break
9:10Am Heat Alert, all work came to a halt, offenders gathered on shade trailer. 12x verified heat precautions
9:30Am Count F1-0 F2-0 F3-21 F4-24 called in to camp D sally port
9:40Am 12x verified heat precautions transported to camp D
10:10Am Break announced
10:50Am Recount F1-0 F2-0 F3-18 F4-15 called into camp D
11:10Am Break announced
11:20Am Headland 33x enroute to Camp D Falcon gate
11:31Am Arrive Camp D Falcon gate with 33x
11:50Am Checked in 33x and secured falcon gate

# DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. Korisny

GUN GUARD: MSgt. Mayberry

GUN GUARD: MSgt. Gaines

AM COUNT: 15

PM COUNT: 0

DATE: 6-30-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 15 | 7 |
| 3 | 10 | 4 |
| 4 | 11 | 4 |
| Total: | 36 | 15 |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:02 am  Roll Call
6:25 am  Arrived at Camp C
6:26 am  Opened Bear gate
6:55 am  Checked out 36x
7:06 am  Arrived at cucumber field on A-Land. Shade trailer, portable toilet, hand wash station, and 3 water coolers on site. Sunscreen offered to inmates. All 3 water coolers are freely accessible to all inmates at all times
7:45 am  Break offered
8:00 am  Break time over
8:15 am  Break offered
9:00 am  Break time over
9:02 am  Notified of heat alert by control center via radio. Immediately stopped all work and called all inmates in for a mandatory break at the shade trailer. 21 out of 36 inmates have a heat precaution duty status. Therefore leaving only 15 inmates left to work on Line 15.
9:35 am  Break time over. Escorted the 21 inmates with heat precaution duty statuses to Camp C.
9:40 am  Called in count to Camp C sallyport. Bear: 0, 7, 4, 4. Total: 15x
9:45 am  Checked in 21x to Camp C sallyport

revised 05/27/2025

VOTE002312

## DAILY LINE COUNT / LOG SHEET

LINE #  15

PUSHER: Lt. Korisny

GUN GUARD: MSgt. Mayberry

GUN GUARD: MSgt. Gaines

AM COUNT: 15

PM COUNT: 0

DATE: 6-30-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 15 | 7 |
| 3 | 10 | 4 |
| 4 | 11 | 4 |
| Total | 36 | 15 |
| | | |
| | | |
| | | |
| | | |

COMENTS:

10:10 am  Mandatory break time
10:25 am  Mandatory break over
11:10 am  Called headline and loaded bus w/ 15x
11:25 am  Checked in 15x to Camp C sallyport

revised 05/27/2025
VOTE002313

# DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Ellis

AM COUNT: 22

PM COUNT:

DATE: 7-1-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| 2 | | |
| 3 | 10 | |
| 4 | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D falcon gate
- 7:00 checked out 22x
- 7:20 arrived at Processing Plant
- 7:30 began to shuck corn
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S
- 9:40 called in count
- 10:00 Finished shucking corn now creaming corn
- 10:15 contacted camp D about picking up at grading shed
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:15 camp D arrived for cucumbers
- 12:30 finished creaming corn
- 1:00 made rounds A/S

**DAILY LINE COUNT / LOG SHEET**

LINE # 24 + 25

PUSHER: Msgt Arrington / Msgt Borcelon

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Crause

AM COUNT: 38x

PM COUNT:

DATE: 7-1-25

| DORM | COUNT | |
|---|---|---|
| Falcon 1 | 0 | |
| Falcon 2 | 0 | |
| Falcon 3 | 20 | |
| Falcon 4 | 18 | |
| total | 38 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:25 Am Arrived at Camp D Falcon gate
7:00 Am Opened outside and inside gate
7:35 Am Checked out 38x Secured Falcon gates offered sunscreen, no heat percautions on the line enroute to Corn Field A-land
7:46 Am Arrived at A-land Corn Field with 38x upon arrival 4 ice coolers, 1 shade trailer, port-a-potty on site. Offenders allowed to drink water at will.
8:31 Am Break Announced
9:00 Am Heat alert, all work came to a stop, offenders gathered on shade trailer.
9:30 Am Count F1-0 F2-0 F3-20 F4-18 total 38
9:40 Called in count to camp D sally port
10:00 Am Break announced
11:00 Am Break Announced
11:15 Am Headland 38x enroute to camp D Falcon gate
11:26 Arrived at Camp D Falcon gate with 38x
11:40 Checked in 38x and Secured Falcon gates

**DAILY LINE COUNT / LOG SHEET**

DATE: 7-1-25

LINE # 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. Mayberry

GUN GUARD: MSgt. Gaines

AM COUNT: 10

PM COUNT: 0

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 12 | 6 |
| 3 | 9 | 2 |
| 4 | 7 | 2 |
| Total: | 28 | 10 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMMENTS:

6:00am Roll Call

6:30am Arrived at and opened Bear gate

6:50am Checked out 28x

7:04am Arrived at the cucumber field on A-Land. Shade trailer, portable toilet, hand wash station, and 3 water coolers on site. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times

7:45am Break offered

8:00am Break over

8:45am Break offered

9:00am Break over

9:04am Notified of heat alert by Control Center via radio. I immediately stopped all work and called all inmates to shade trailer for mandatory break. 18 inmates out of 28 have a heat precaution duty status. Leaving only 10 inmates to work on Line 15.

9:15am Mandatory break over/Escorted inmates with heat precaution duty status back to Camp C

9:30am Checked in 18 inmates at Camp C sallyport

10:00am Mandatory break

10:15am Mandatory break over

11:00am Mandatory break

11:15am Mandatory break over. Headline called loaded bus with 10 inmates

11:30am Checked in 10 inmates to Camp C sallyport

revised 05/27/2025

VOTE002316

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Msgt Arrington/Msgt A. Bordelon

GUN GUARD: Msgt Gaines

GUN GUARD: Msgt Brown

AM COUNT: 12x

PM COUNT:

DATE: 7/2/2025

| DORM | COUNT | |
|---|---|---|
| B1 | 0 | |
| B2 | 7 | |
| B3 | 3 | |
| B4 | 2 | |
| Total | 12 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:30Am Arrived at Camp C Bear gate
6:45Am Opened outside and inside gate
7:05Am Checked out 30x, secured Bear gates, enroute to A Land cornfield
7:15Am Arrived at A Land Cornfield with 30x, upon arrival 4 ice coolers, shade trailer, and port-a-potty on site, offered sunscreen. Offenders allowed to drink water at will.
8:00Am Heat Alert, all work came to a halt, offenders gathered on shade trailer
8:10Am Verified 18x heat precautions and were transported to Camp C sallyport
9:00Am Break announced
9:30Am Count time   B1-0 B2-7 B3-3 B4-2 = 12x total called in to Camp C sallyport
10:00Am Break announced
11:00Am Break announced
11:16Am Head land 12x enroute Camp C Beargate
11:24Am Arrived at Camp C Beargate with 12x
11:32Am Checked in 12x. Secured Bear gates.

VOTE002317

## DAILY LINE COUNT / LOG SHEET

LINE # <u>6A/6B/15B</u>

PUSHER: <u>msgt Griffin</u>

GUN GUARD: <u>msgt Mayberry</u>

GUN GUARD: <u>msgt Crausse</u>

AM COUNT: <u>17</u>

PM COUNT:

DATE: 7-2-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | 1 |
| 2 | | |
| 3 | ||||  ||| | 8 |
| 4 | ||||  ||| | 8 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp O falcon gate.
- 8:10 opened outside and inside gate checked out 17x
- 8:20 arrived at Processing Plant
- 8:30 began to shuck corn
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 finished shucking corn
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headlong

VOTE002318
revised 05/27/2025

**DAILY LINE COUNT / LOG SHEET**

LINE #: 24-25

PUSHER: Msgt. A. Bordelon

GUN GUARD: Lt. M. Karisny

GUN GUARD: Msgt. E. Brown

AM COUNT: 38x

PM COUNT:

DATE: 7/3/2025

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 22 | |
| F4 | 16 | |
| Total | 38 | |
| | 1 | 37 |
| | | |
| | | |
| | | |
| | | |

COMMENTS:

6:35 Am Arrived at Camp D Falcon gate
6:40 Am Opened outside and inside gate
7:32 Am Checked out 38x, secured Falcon gate, offered sunscreen. Enroute Corn Field A Land. NO Heat precautions on the Line
7:41 Am Arrived at the Corn field A Land with 38x. 4 water coolers, shade trailer, and port-a-potty on site. Offenders allowed to drink water at will
8:06 Am Heat Alert, All work came to a halt. Offenders gathered on shade trailer
9:06 Am Break announced
9:30 Am Count time F1-0 F2-0 F3-22 F4-16 = 38x
10:06 Am Break Announced
10:10 Am Offender Cochran Travis 589349 called in by Camp D4 on radio and was transport to camp D by Capt. Roy London
11:06 Am Break announced
11:13 Am Head Land 37x enroute to Camp D Falcon gate
11:18 Am Arrived Camp D Falcon gate with 37x
11:28 Am Checked in 37x and secured Falcon gates

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6D/15B

PUSHER: msgt Griffin

GUN GUARD: msgt Browdus

GUN GUARD: msgt Accrington

AM COUNT:

PM COUNT:

DATE: 7-3-25

| DORM | COUNT | |
|---|---|---|
| F 1 | l | |
| 2 | | |
| 3 | ⟨tally⟩ | |
| 4 | ⟨tally⟩ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at falcon gate checked out 22y
- 7:00 arrived at Processing Plant
- 7:30 began to shuck corn
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 finished shucking corn
- 9:30 began to cream corn called in count
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 10:45 finished creaming corn
- 11:00 made rounds A/S
- 11:30 head/and

VOTE002320