# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 12 | 14:53 | E 13 G 22 | 10.00 | Thunderstorm | SCT048 BKN055 | 84 | 75 | | | 74% | | 92 | 30.07 | 1018.0 | | | |
| 12 | 13:53 | E 8 G 24 | 10.00 | Mostly Cloudy | FEW022 SCT100 BKN120 | 82 | 71.1 | | | 69% | | 86 | 30.07 | 1018.1 | | | |
| 12 | 12:53 | Calm | 10.00 | Thunderstorm | BKN100 | 88 | 77 | 91.9 | 77 | 70% | | 100 | 30.09 | 1018.8 | 0.1 | | 0.1 |
| 12 | 11:53 | SW 5 | 10.00 | Mostly Cloudy | BKN020 BKN050 BKN065 | 89.1 | 73.9 | | | 61% | | 98 | 30.1 | 1019.2 | | | |
| 12 | 10:53 | SW 7 | 10.00 | Mostly Cloudy | BKN020 | 87.1 | 75 | | | 67% | | 97 | 30.11 | 1019.6 | | | |
| 12 | 09:53 | SW 5 | 10.00 | Mostly Cloudy | BKN020 | 84.9 | 75.9 | | | 75% | | 94 | 30.11 | 1019.6 | | | |
| 12 | 08:53 | Calm | 10.00 | Partly Cloudy | SCT026 SCT048 | 84 | 75.9 | | | 77% | | 93 | 30.11 | 1019.5 | | | |
| 12 | 07:53 | Calm | 10.00 | Fair | CLR | 82 | 77 | | | 85% | | 90 | 30.11 | 1019.5 | | | |
| 12 | 06:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | 79 | 75.9 | 94% | | 78 | 30.09 | 1018.8 | | | |
| 12 | 05:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.08 | 1018.3 | | | |
| 12 | 04:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.07 | 1018.0 | | | |
| 12 | 03:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.07 | 1017.9 | | | |
| 12 | 02:53 | SE 3 | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.06 | 1017.6 | | | |
| 12 | 01:53 | S 6 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.06 | 1017.6 | | | |
| 12 | 00:53 | SE 5 | 10.00 | Fair | CLR | 79 | 75.9 | 88 | 78.1 | 90% | | 83 | 30.07 | 1018.0 | | | |
| 11 | 23:53 | SE 5 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.08 | 1018.2 | | | |
| 11 | 22:53 | Calm | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.08 | 1018.5 | | | |
| 11 | 21:53 | Calm | 10.00 | Fair | CLR | 81 | 75.9 | | | 85% | | 87 | 30.06 | 1017.8 | | | |
| 11 | 20:53 | Calm | 10.00 | A Few Clouds | FEW036 | 82.9 | 75 | | | 77% | | 90 | 30.05 | 1017.3 | | | |
| 11 | 19:53 | SW 7 | 10.00 | Fair | CLR | 84.9 | 73.9 | | | 70% | | 92 | 30.04 | 1017.0 | | | |
| 11 | 18:53 | SW 6 | 10.00 | Fair | CLR | 87.1 | 73.9 | 93.9 | 87.1 | 65% | | 95 | 30.04 | 1017.1 | | | |
| 11 | 17:53 | W 13 | 10.00 | Fair | CLR | 90 | 73 | | | 58% | | 98 | 30.03 | 1016.8 | | | |
| 11 | 16:53 | W 8 | 10.00 | Thunderstorm in Vicinity | CLR | 90 | 72 | | | 56% | | 97 | 30.04 | 1016.9 | | | |
| 11 | 15:53 | SW 15 G 22 | 10.00 | Thunderstorm in Vicinity | BKN047 BKN090 | 89.1 | 73.9 | | | 61% | | 98 | 30.04 | 1017.1 | | | |
| 11 | 14:53 | SW 7 | 10.00 | A Few Clouds | FEW080 | 91.9 | 73 | | | 54% | | 101 | 30.05 | 1017.3 | | | |
| 11 | 13:53 | SW 6 | 10.00 | Partly Cloudy | SCT036 | 91.9 | 73.9 | | | 56% | | 102 | 30.06 | 1017.8 | | | |
| 11 | 12:53 | W 9 | 10.00 | Partly Cloudy | SCT039 | 90 | 75 | 90 | 73 | 62% | | 100 | 30.08 | 1018.5 | | | |
| 11 | 11:53 | NW 5 | 10.00 | Mostly Cloudy | BKN034 | 89.1 | 75 | | | 63% | | 99 | 30.1 | 1019.0 | | | |
| 11 | 10:53 | SW 6 | 10.00 | A Few Clouds | FEW026 | 88 | 75.9 | | | 68% | | 99 | 30.11 | 1019.3 | | | |
| 11 | 09:53 | W 8 | 10.00 | A Few Clouds | FEW018 | 86 | 77 | | | 75% | | 97 | 30.1 | 1019.1 | | | |
| 11 | 08:53 | SW 6 | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.09 | 1018.9 | | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 13:53 | SW 6 | 10.00 | Partly Cloudy | SCT036 | 91.9 | 73.9 | | | 56% | | 102 | 30.06 | 1017.8 | | | |
| 11 | 12:53 | W 9 | 10.00 | Partly Cloudy | SCT039 | 90 | 75 | 90 | 73 | 62% | | 100 | 30.08 | 1018.5 | | | |
| 11 | 11:53 | NW 5 | 10.00 | Mostly Cloudy | BKN034 | 89.1 | 75 | | | 63% | | 99 | 30.1 | 1019.0 | | | |
| 11 | 10:53 | SW 6 | 10.00 | A Few Clouds | FEW026 | 88 | 75.9 | | | 68% | | 99 | 30.11 | 1019.3 | | | |
| 11 | 09:53 | W 8 | 10.00 | A Few Clouds | FEW018 | 86 | 77 | | | 75% | | 97 | 30.1 | 1019.1 | | | |
| 11 | 08:53 | SW 6 | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.09 | 1018.9 | | | |
| 11 | 07:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.08 | 1018.5 | | | |
| 11 | 06:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | 73 | 72 | 96% | | | 30.06 | 1017.9 | | | |
| 11 | 05:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.06 | 1017.7 | | | |
| 11 | 04:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.05 | 1017.4 | | | |
| 11 | 03:53 | Calm | 8.00 | Fair | CLR | 72 | 72 | | | 100% | | | 30.05 | 1017.4 | | | |
| 11 | 02:53 | E 3 | 7.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.04 | 1017.3 | | | |
| 11 | 01:53 | E 3 | 4.00 | Fog/Mist | OVC002 | 73 | 72 | | | 96% | | | 30.05 | 1017.4 | | | |
| 11 | 00:53 | E 5 | 4.00 | Fog/Mist | OVC002 | 73 | 73 | 77 | 73 | 100% | | | 30.06 | 1017.8 | | | |
| 10 | 23:53 | E 3 | 8.00 | Partly Cloudy | SCT003 | 73 | 73 | | | 100% | | | 30.06 | 1017.7 | | | |
| 10 | 22:53 | Calm | 8.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.05 | 1017.4 | | | |
| 10 | 21:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.04 | 1017.0 | | | |
| 10 | 20:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.02 | 1016.5 | | | |
| 10 | 19:53 | S 6 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.02 | 1016.4 | | | |
| 10 | 17:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.05 | 1017.4 | | | |
| 10 | 16:53 | Calm | 10.00 | Thunderstorm in Vicinity Light Rain | SCT050 BKN080 OVC110 | 73.9 | 72 | | | 94% | | | 30.05 | 1017.5 | 0.03 | | |
| 10 | 15:53 | NE 3 | 10.00 | Thunderstorm in Vicinity Light Rain | SCT048 BKN120 | 73.9 | 72 | | | 94% | | | 30.09 | 1018.9 | 0.04 | 0.04 | |
| 10 | 14:53 | W 16 G 26 | 10.00 | Thunderstorm in Vicinity Light Rain | FEW030 BKN050 OVC075 | 77 | 72 | | | 85% | | 78 | 30.1 | 1019.2 | | | |
| 10 | 13:53 | W 7 | 10.00 | Light Rain | SCT055 BKN100 | 82.9 | 75 | | | 77% | | 90 | 30.05 | 1017.6 | | | |
| 10 | 12:53 | Calm | 10.00 | Fair | CLR | 81 | 75 | 88 | 75 | 82% | | 87 | 30.08 | 1018.4 | 0.02 | | 0.09 |
| 10 | 11:53 | NW 8 G 25 | 2.00 | Thunderstorm in Vicinity Heavy Rain Fog/Mist | SCT031 BKN041 OVC090 | 75 | 71.1 | | | 88% | | 75 | 30.1 | 1019.0 | 0.07 | | |
| 10 | 10:53 | W 6 | 10.00 | Partly Cloudy | FEW021 SCT029 SCT037 | 86 | 75.9 | | | 72% | | 96 | 30.09 | 1018.8 | | | |
| 10 | 09:53 | W 9 | 10.00 | Partly Cloudy | FEW021 SCT029 SCT037 | 86 | 75.9 | | | 72% | | 96 | 30.11 | 1019.3 | | | |
| 10 | 08:53 | W 9 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.1 | 1019.1 | | | |
| 10 | 07:53 | W 6 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.08 | 1018.5 | | | |
| 10 | 06:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | 75.9 | 73 | 96% | | 73 | 30.07 | 1018.0 | | | |
| 10 | 05:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.06 | 1017.8 | | | |
| 10 | 04:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.04 | 1017.2 | | | |
| 10 | 03:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.04 | 1017.1 | | | |
| 10 | 02:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.04 | 1017.3 | | | |

VOTE002344

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 10 | 01:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.05 | 1017.5 | | | |
| 10 | 00:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | 84.9 | 75 | 94% | | 73 | 30.05 | 1017.5 | | | |
| 09 | 23:53 | W 3 | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30.06 | 1017.7 | | | |
| 09 | 22:53 | W 6 | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 30.08 | 1018.2 | | | |
| 09 | 21:53 | Calm | 10.00 | Fair | CLR | 78.1 | 73 | | | 85% | | 81 | 30.06 | 1017.8 | | | |
| 09 | 20:53 | W 3 | 10.00 | Fair | CLR | 79 | 72 | | | 79% | | 82 | 30.05 | 1017.4 | | | |
| 09 | 19:53 | W 7 | 10.00 | Fair | CLR | 82 | 71.1 | | | 69% | | 86 | 30.06 | 1017.6 | | | |
| 09 | 18:53 | W 12 | 10.00 | Fair | CLR | 84.9 | 71.1 | 89.1 | 77 | 63% | | 90 | 30.05 | 1017.4 | | | 0.04 |
| 09 | 17:53 | SW 9 | 10.00 | A Few Clouds | FEW110 | 84 | 73.9 | | | 72% | | 91 | 30.05 | 1017.6 | 0.03 | | |
| 09 | 16:53 | S 17 G 31 | 10.00 | Thunderstorm Light Rain | BKN035 | 79 | 73.9 | | | 85% | | 83 | 30.08 | 1018.5 | | | |
| 09 | 15:53 | SW 6 | 10.00 | Fair | CLR | 88 | 73.9 | | | 63% | | 97 | 30.08 | 1018.3 | | 0.01 | |
| 09 | 14:53 | S 6 | 10.00 | Overcast | OVC110 | 84.9 | 75 | | | 72% | | 93 | 30.1 | 1019.1 | | | |
| 09 | 13:53 | S 6 | 10.00 | Mostly Cloudy | BKN100 | 80.1 | 73 | | | 79% | | 84 | 30.13 | 1020.1 | 0.01 | | |
| 09 | 12:53 | SW 18 G 29 | 10.00 | Overcast | FEW034 BKN040 OVC065 | 81 | 72 | 90 | 75 | 74% | | 85 | 30.15 | 1020.9 | | | |
| 09 | 10:53 | W 8 | 10.00 | A Few Clouds | FEW029 | 87.1 | 73.9 | | | 65% | | 95 | 30.15 | 1020.8 | | | |
| 09 | 09:53 | W 10 | 10.00 | Partly Cloudy | SCT022 | 84.9 | 75 | | | 72% | | 93 | 30.15 | 1020.9 | | | |
| 09 | 08:53 | SW 7 | 10.00 | Fair | CLR | 82.9 | 73 | | | 72% | | 89 | 30.14 | 1020.6 | | | |
| 09 | 07:53 | SW 5 | 10.00 | Fair | CLR | 80.1 | 73 | | | 79% | | 84 | 30.12 | 1019.9 | | | |
| 09 | 06:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | 78.1 | 73.9 | 94% | | 73 | 30.11 | 1019.2 | | | |
| 09 | 05:53 | SE 3 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.08 | 1018.4 | | | |
| 09 | 04:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.07 | 1018.1 | | | |
| 09 | 03:53 | E 3 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.07 | 1018.0 | | | |
| 09 | 02:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.09 | 1018.7 | | | |
| 09 | 01:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.11 | 1019.4 | | | |
| 09 | 00:53 | W 3 | 10.00 | Fair | CLR | 77 | 73 | 87.1 | 77 | 88% | | 78 | 30.13 | 1019.9 | | | |
| 08 | 23:53 | SW 5 | 10.00 | Fair | CLR | 78.1 | 72 | | | 82% | | 80 | 30.13 | 1020.1 | | | |
| 08 | 22:53 | SW 6 | 10.00 | Fair | CLR | 79 | 71.1 | | | 77% | | 82 | 30.12 | 1019.9 | | | |
| 08 | 21:53 | W 3 | 10.00 | Fair | CLR | 80.1 | 71.1 | | | 74% | | 84 | 30.1 | 1019.2 | | | |
| 08 | 20:53 | W 5 | 10.00 | Fair | CLR | 81 | 71.1 | | | 72% | | 85 | 30.1 | 1019.0 | | | |
| 08 | 19:53 | W 9 | 10.00 | Fair | CLR | 84 | 72 | | | 67% | | 90 | 30.09 | 1018.8 | | | |
| 08 | 18:53 | SW 9 | 10.00 | Fair | CLR | 87.1 | 72 | 91 | 84 | 61% | | 94 | 30.08 | 1018.3 | | | |
| 08 | 17:53 | SW 9 | 10.00 | Partly Cloudy | SCT041 | 89.1 | 72 | | | 57% | | 96 | 30.07 | 1018.2 | | | |
| 08 | 16:53 | SE 6 | 10.00 | Partly Cloudy | FEW044 SCT055 | 89.1 | 71.1 | | | 55% | | 95 | 30.08 | 1018.4 | | | |
| 08 | 15:53 | SE 5 | 10.00 | A Few Clouds | FEW036 | 90 | 73 | | | 58% | | 98 | 30.08 | 1018.3 | | | |
| 08 | 14:53 | SW 5 | 10.00 | Fair | CLR | 88 | 73 | | | 61% | | 96 | 30.11 | 1019.3 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) Pressure | sea level (mb) | 1 hr | 3 hr | 6 hr Precipitation (in) |

VOTE002345

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 12:53 | SW 18 G 29 | 10.00 | Overcast | FEW034 BKN040 OVC065 | 81 | 72 | 90 | 75 | 74% | | 85 | 30.15 | 1020.9 | | | |
| 09 | 10:53 | W 8 | 10.00 | A Few Clouds | FEW029 | 87.1 | 73.9 | | | 65% | | 95 | 30.15 | 1020.8 | | | |
| 09 | 09:53 | W 10 | 10.00 | Partly Cloudy | SCT022 | 84.9 | 75 | | | 72% | | 93 | 30.15 | 1020.9 | | | |
| 09 | 08:53 | SW 7 | 10.00 | Fair | CLR | 82.9 | 73 | | | 72% | | 89 | 30.14 | 1020.6 | | | |
| 09 | 07:53 | SW 5 | 10.00 | Fair | CLR | 80.1 | 73 | | | 79% | | 84 | 30.12 | 1019.9 | | | |
| 09 | 06:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | 78.1 | 73.9 | 94% | | 73 | 30.11 | 1019.2 | | | |
| 09 | 05:53 | SE 3 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.08 | 1018.4 | | | |
| 09 | 04:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.07 | 1018.1 | | | |
| 09 | 03:53 | E 3 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.07 | 1018.0 | | | |
| 09 | 02:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.09 | 1018.7 | | | |
| 09 | 01:53 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 30.11 | 1019.4 | | | |
| 09 | 00:53 | W 3 | 10.00 | Fair | CLR | 77 | 73 | 87.1 | 77 | 88% | | 78 | 30.13 | 1019.9 | | | |
| 08 | 23:53 | SW 5 | 10.00 | Fair | CLR | 78.1 | 72 | | | 82% | | 80 | 30.13 | 1020.1 | | | |
| 08 | 22:53 | SW 6 | 10.00 | Fair | CLR | 79 | 71.1 | | | 77% | | 82 | 30.12 | 1019.9 | | | |
| 08 | 21:53 | W 3 | 10.00 | Fair | CLR | 80.1 | 71.1 | | | 74% | | 84 | 30.1 | 1019.2 | | | |
| 08 | 20:53 | W 5 | 10.00 | Fair | CLR | 81 | 71.1 | | | 72% | | 85 | 30.1 | 1019.0 | | | |
| 08 | 19:53 | W 9 | 10.00 | Fair | CLR | 84 | 72 | | | 67% | | 90 | 30.09 | 1018.8 | | | |
| 08 | 18:53 | SW 9 | 10.00 | Fair | CLR | 87.1 | 72 | 91 | 84 | 61% | | 94 | 30.08 | 1018.3 | | | |
| 08 | 17:53 | SW 9 | 10.00 | Partly Cloudy | SCT041 | 89.1 | 72 | | | 57% | | 96 | 30.07 | 1018.2 | | | |
| 08 | 16:53 | SE 6 | 10.00 | Partly Cloudy | FEW044 SCT055 | 89.1 | 71.1 | | | 55% | | 95 | 30.08 | 1018.4 | | | |
| 08 | 15:53 | SE 5 | 10.00 | A Few Clouds | FEW036 | 90 | 73 | | | 58% | | 98 | 30.08 | 1018.3 | | | |
| 08 | 14:53 | SW 5 | 10.00 | Fair | CLR | 88 | 73 | | | 61% | | 96 | 30.11 | 1019.3 | | | |
| 08 | 13:53 | W 7 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.15 | 1020.6 | | | |
| 08 | 12:53 | SW 14 | 10.00 | Fair | CLR | 84.9 | 72 | 88 | 73.9 | 65% | | 91 | 30.17 | 1021.4 | | | 0.01 |
| 08 | 11:53 | SW 10 G 17 | 10.00 | Thunderstorm in Vicinity Light Rain | FEW090 BKN110 | 80.1 | 72 | | | 76% | | 84 | 30.19 | 1022.3 | 0.01 | | |
| 08 | 10:53 | W 10 G 21 | 10.00 | A Few Clouds | FEW034 | 88 | 75 | | | 66% | | 98 | 30.17 | 1021.4 | | | |
| 08 | 09:53 | W 7 | 10.00 | A Few Clouds | FEW048 | 86 | 75 | | | 70% | | 95 | 30.17 | 1021.4 | | | |
| 08 | 08:53 | S 3 | 10.00 | Fair | CLR | 82.9 | 73.9 | | | 74% | | 89 | 30.16 | 1021.0 | | | |
| 08 | 07:53 | Calm | 10.00 | Fair | CLR | 79 | 73.9 | | | 85% | | 83 | 30.15 | 1020.7 | | | |
| 08 | 06:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | 77 | 73 | 94% | | | 30.13 | 1020.1 | | | |
| 08 | 05:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.12 | 1019.9 | | | |
| 08 | 04:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.11 | 1019.5 | | | |
| 08 | 03:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.1 | 1019.2 | | | |
| 08 | 02:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.1 | 1018.9 | | | |
| 08 | 01:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30.1 | 1019.2 | | | |
| 08 | 00:53 | Calm | 10.00 | Fair | CLR | 77 | 73 | 87.1 | 75.9 | 88% | | 78 | 30.1 | 1019.1 | | | |
| 07 | 23:53 | SW 3 | 10.00 | Fair | CLR | 78.1 | 73 | | | 85% | | 81 | 30.11 | 1019.4 | | | |
| 07 | 22:53 | SW 6 | 10.00 | Fair | CLR | 79 | 73 | | | 82% | | 82 | 30.1 | 1019.2 | | | |
| 07 | 21:53 | SW 6 | 10.00 | Mostly Cloudy | BKN041 BKN048 | 82 | 73.9 | | | 77% | | 88 | 30.09 | 1018.6 | | | |
| 07 | 20:53 | S 7 | 10.00 | Fair | CLR | 81 | 73 | | | 77% | | 86 | 30.07 | 1018.1 | | | |

VOTE002338

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 19:53 | SW 6 | 10.00 | A Few Clouds | FEW065 | 84 | 73 | | | 70% | | 90 | 30.06 | 1017.9 | | | |
| 07 | 18:53 | S 7 | 10.00 | Mostly Cloudy | BKN039 | 87.1 | 72 | 91 | 73.9 | 61% | | 94 | 30.05 | 1017.5 | | | 0.51 |
| 07 | 17:53 | NW 3 | 10.00 | Fair | CLR | 87.1 | 77 | | | 72% | | 99 | 30.05 | 1017.4 | | | |
| 07 | 16:53 | W 3 | 10.00 | A Few Clouds | FEW033 | 81 | 75.9 | | | 85% | | 87 | 30.03 | 1016.9 | 0.06 | | |
| 07 | 15:53 | W 17 G 30 | 9.00 | Thunderstorm Light Rain | OVC035 | 77 | 71.1 | | | 82% | | 79 | 30.05 | 1017.6 | | 0.45 | |
| 07 | 14:53 | SW 8 | 10.00 | Fair | CLR | 89.1 | 77 | | | 68% | | 102 | 30.05 | 1017.3 | | | |
| 07 | 13:48 | SE 5 | 2.50 | Light Rain Fog/Mist | SCT027 BKN080 OVC120 | 77 | 73.9 | | | 90% | | 78 | 30.07 | 1018.3 | 0.45 | | |
| 07 | 12:53 | SW 5 | 10.00 | Thunderstorm in Vicinity | BKN043 | 88 | 73 | 91.9 | 75 | 61% | | 96 | 30.08 | 1018.4 | | | |
| 07 | 11:53 | SW 5 | 10.00 | Fair | CLR | 89.1 | 73.9 | | | 61% | | 98 | 30.08 | 1018.4 | | | |
| 07 | 10:53 | Vrbl 3 | 10.00 | Mostly Cloudy | FEW042 SCT049 BKN065 | 87.1 | 75.9 | | | 70% | | 98 | 30.08 | 1018.5 | | | |
| 07 | 09:53 | W 7 | 10.00 | Partly Cloudy | SCT030 | 86 | 73 | | | 65% | | 93 | 30.08 | 1018.3 | | | |
| 07 | 08:53 | Calm | 10.00 | Fair | CLR | 84.9 | 77 | | | 77% | | 95 | 30.07 | 1018.0 | | | |
| 07 | 07:53 | Calm | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.06 | 1017.8 | | | |
| 07 | 06:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | 75 | 73 | 94% | | 73 | 30.05 | 1017.5 | | | |
| 07 | 05:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.03 | 1016.9 | | | |
| 07 | 04:53 | Calm | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.02 | 1016.6 | | | |
| 07 | 03:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.02 | 1016.6 | | | |
| 07 | 02:53 | Calm | 10.00 | Fair | CLR | 73 | 71.1 | | | 94% | | | 30.02 | 1016.3 | | | |
| 07 | 01:53 | NE 5 | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.02 | 1016.4 | | | |
| 07 | 00:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | 80.1 | 73.9 | 94% | | | 30.02 | 1016.5 | | | |
| 06 | 23:53 | Calm | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.02 | 1016.3 | | | |
| 06 | 22:53 | NE 5 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.01 | 1016.1 | | | |
| 06 | 21:53 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 30 | 1015.7 | | | |
| 06 | 20:53 | E 5 | 10.00 | A Few Clouds | FEW070 | 77 | 73 | | | 88% | | 78 | 29.99 | 1015.3 | | | |
| 06 | 19:53 | SE 8 | 10.00 | Fair | CLR | 78.1 | 73 | | | 85% | | 81 | 29.97 | 1014.8 | | | |
| 06 | 18:53 | NW 5 | 10.00 | Light Rain | SCT110 | 79 | 73.9 | 93 | 79 | 85% | | 83 | 29.97 | 1014.8 | 0.01 | | 0.01 |
| 06 | 17:53 | SW 8 | 10.00 | Fair | CLR | 82.9 | 66 | | | 57% | | 85 | 29.98 | 1015.2 | | | |
| 06 | 16:53 | S 13 | 10.00 | Fair | CLR | 82.9 | 69.1 | | | 63% | | 87 | 29.97 | 1014.7 | | | |
| 06 | 15:53 | S 18 G 28 | 10.00 | Fair | CLR | 84.9 | 70 | | | 61% | | 89 | 29.97 | 1014.8 | | | |
| 06 | 14:53 | S 9 G 22 | 10.00 | Overcast | FEW050 BKN080 OVC110 | 82 | 70 | | | 67% | | 86 | 29.98 | 1015.1 | | | |
| 06 | 13:53 | Calm | 10.00 | Mostly Cloudy | SCT047 BKN060 | 91.9 | 70 | | | 49% | | 98 | 29.99 | 1015.3 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
Temperature (°F)   Pressure   Precipitation (in)

VOTE002339