# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE # 24 & 25

PUSHER: Lt. Kerlsny; MSgt. Arrington

GUN GUARD: MSgt. Brown

GUN GUARD: Sgt. Crouse

AM COUNT: 39

PM COUNT: 0

DATE: 7-7-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 0 | 0 |
| 3 | 24-1 | 23 |
| 4 | 16 | 16 |
| Total: | 40-1 | 39 |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am  Roll Call
6:15 am  Arrival at Falcon gate
7:15 am  Checked out 40x
7:21 am  Arrival at sweet corn field on A-band. Shade trailer, portable toilet, hand wash station, and four water coolers on site. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times
7:52 am  Called Medical 3 via radio for inmate Shafik Allen (722463) hurt his knee
8:00 am  Break offered
8:11 am  Medical 3 arrived on site to evaluate inmate Allen it was determined he needed an X-Ray. Lt. Smith escorted inmate Allen to the ATU
9:00 am  Notified of heat alert by Control Center via radio. I immediately stopped all work and called all inmates to the shade trailer for a mandatory 15 minute break. There were zero inmates with heat precaution duty status.
9:15 am  Mandatory break over
9:15 am  Called in count to Camp D sallyport. Falcon: 0, 0, 23, 16 Total: 39x
10:00 am  Mandatory break
10:15 am  Mandatory break over
11:00 am  Mandatory break
11:15 am  Called headline loaded bus with 39x
11:30 am  Checked in 39 inmates into Falcon gate

VOTE002347

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Mayberry

AM COUNT: 22

PM COUNT:

DATE: 7-7-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| 2 | | |
| 3 | ++++ 1111 | |
| 4 | ++++ 1 / ++++ 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:35 arrived at camp D Falcon gate
- 6:45 opened outside and inside gate checked out 22x
- 7:00 arrived at Processing Plant
- 7:10 began to shuck corn
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 made rounds A/S
- 10:30 made rounds A/S
- 11:00 lunch
- 11:25 finished shucking corn
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S

VOTE002348

# DAILY LINE COUNT / LOG SHEET

LINE # __15__

PUSHER: __Lt. Karisny__

GUN GUARD: __MSgt. Arrington__

GUN GUARD: __Sgt. Crouse__

AM COUNT: __10__

PM COUNT: __0__

DATE: __7-8-25__

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 7 | |
| 3 | 1 | |
| 4 | 2 | |
| Total: | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:02 am  Roll call
6:32 am  Arrived at Camp C, checked out Bear gate keys #C70 2⁴⁵
6:43 am  Opened Bear gate
7:04 am  Checked out 10x Left Camp C
7:12 am  Arrived at banana pepper field. Shade trailer, portable toilet, handwash station, and four watercoolers on site. Sunscreen offered to inmates. All watercoolers are freely available to all inmates at all times
7:55 am  Notified Medical 3 for inmate Janero McBride (574087) complaining of leg pain
8:00 am  Break offered
8:40 am  Medical 3 arrived on site
8:45 am  Break offered
9:02 am  Notified of heat alert by control center via radio. I immediately stopped all work and called all inmates to the shade trailer for a mandatory break. No inmates have a heat precaution duty status
9:12 am  Mandatory break over
9:27 am  Called in count to Camp C sally port Bear: 0,7,1,2 Total: 10x
10:00 am  Mandatory break
10:20 am  Capt. London escorted inmate McBride to ATU
10:30 am  Mandatory break over

VOTE002349

## DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. Arrington

GUN GUARD: Sgt. Crouse

AM COUNT: 10

PM COUNT: 0

DATE: 1-8-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 7 | |
| 3 | 1 | |
| 4 | 2 | |
| Total | 10 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

10:50 am Called headline and loaded bus w/ 10x due to weather (rain)
11:15 am Arrived at Camp C checked in 10x at the sallyport

VOTE002350

# DAILY LINE COUNT / LOG SHEET

LINE # __6A/6P/1SB__

PUSHER: __msgt Griffin__

GUN GUARD: __msgt Mayberry__

GUN GUARD: __msgt Ellis__

AM COUNT: __23__

PM COUNT: _____

DATE: __7-8-25__

| DORM | COUNT | |
|---|---|---|
| F1 | 1 | |
| 2 | | |
| 3 | ₩₩ ₩₩ ll | |
| 4 | ₩₩ ₩₩ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 8:00 opened outside inside gate
- 8:10 checked out 23x
- 8:20 arrived at Processing Plant
- 8:30 began to shuck corn
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 finished shucking corn began to process
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 12:40 maintenance arrived electrical box smoking
- 1:00 made rounds A/S
- 1:30 finished processing corn
- 1:40 maintenance departs transformer burned
- 2:00 headland

VOTE002351

# DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. Karisny + MSgt Mckey

GUN GUARD: MSgt Brown

GUN GUARD: Sgt. Crouse

AM COUNT: 30

PM COUNT: 0

DATE: 7-9-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 0 | |
| 3 | 15 | |
| 4 | 15 | |
| Total: | 30 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am Roll Call Bus 318 Radio 28670
6:22 am Arrived at Falcongate
7:00 am Checked out 30x
7:11 am Arrived at the sweetcorn. Shade trailer, portable toilet, handwash station, and four water coolers. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times
8:00 am Break offered
9:00 am Notification of heat alert by Control Center via radio. Immediately stopped all work and called all inmates in for a mandatory break at the shade trailer
9:15 am Break over
9:22 am Called in count to Camp D sallyport Falcon: 0,0,15,15 Total: 30x
10:00 am Mandatory break
10:15 am Mandatory break over
11:00 am Called headline and loaded bus with 30x
11:15 am Arrived at falcongate checked in 30x

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: msgt Mayberry

GUN GUARD: msgt Ellis/Washington

AM COUNT: 22

PM COUNT:

DATE: 7-9-25

| DORM | COUNT | |
|---|---|---|
| F1 | 1 | |
| 2 | | |
| 3 | 11111 10 | |
| 4 | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 6:45 opened outside inside gate checked out 22x
- 7:00 arrived at Processing Plant
- 7:30 began to clean Banana Peppers A/S
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 began to dice banana peppers
- 9:30 called in count A/S
- 10:00 finished dicing banana peppers
- 10:30 made rounds A/S
- 10:45 lunch
- 11:30 began shucking corn
- 12:00 made lunch A/S
- 12:30 made lunch A/S
- 1:15 head land

VOTE002353

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. McKey

GUN GUARD: MSgt. Brown

AM COUNT: 12

PM COUNT: 0

DATE: 7-10-25

| DORM | COUNT | |
|---|---|---|
| Bear 1 | 0 | |
| Bear 2 | 9 | |
| Bear 3 | 1 | |
| Bear 4 | 1 | |
| Wolf 2 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:30 am Roll call
6:35 am Arrived at Camp
6:55 am Checked out 12x
7:00 am Arrival at the banana pepper field. Shade trailer, portable toilet, hand wash station, and three water coolers on site. Sunscreen offered to all inmates. All water coolers are freely available to all inmates at all times
8:00 am Break offered
9:00 am Notification of heat alert by Control Center via radio. I immediately stopped all work and called all inmates to the shade trailer for mandatory break. No inmates have heat precaution duty status
9:15 am Mandatory break over
9:20 am Called in count to Camp C sallyport. Bear: 0,9,1,1 Wolf 2: 1 Total 12x
10:00 am Mandatory break
10:15 am Mandatory break over
11:00 am Called head time. Loaded bus with 12x
11:15 am Checked in 12x at Camp C sallyport

VOTE002354

# DAILY LINE COUNT / LOG SHEET

LINE # **6A/6B/15B**

PUSHER: msgt Griffin

GUN GUARD: msgt Arrington

GUN GUARD: msgt Washington

AM COUNT: 20

PM COUNT:

DATE: 7-10-25

| DORM | COUNT | |
|---|---|---|
| F1 | 1 | 1 |
| 2 | | 0 |
| 3 | 11/59 11/11 | 10 |
| 4 | 18 11:52 | 9 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 7:00 opened outside and inside gate
- 7:15 checked out 20x
- 7:30 arrived at Processing Plant
- 7:50 started shucking corn
- 8:00 made rounds A/S
- 8:30 made counts A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 made rounds A/S
- 10:15 finished shucking began to process
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 11:45 finished processing
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 head land

revised 05/27/2025

VOTE002355

# DAILY LINE COUNT / LOG SHEET

LINE #  ~~VS~~ 04+25

PUSHER: Lt. Kaniary

GUN GUARD: MSgt. Makey

GUN GUARD: Sgt. Crouse

AM COUNT: 32

PM COUNT: 0

DATE: 7-11-25

| DORM Falcon | COUNT 32 | |
|---|---|---|
| 1 | 0 | |
| 2 | 0 | |
| 3 | 19 | |
| 4 | 13 | |
| Total | 32 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am Roll Call
6:30 am Arrived at Camp D Falcon gate
6:53 am Opened Falcon gate
7:33 am Checked out 32x
7:55 am Arrived at zucchini Field. Shade trailer, portable toilet, handwash station, at four. Water coolers on site. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times
8:15 am Break offered
9:00 am Notified of heat alert from Control Center via radio. I immediately stopped all work and called all inmates to the shade trailer for mandatory 15 minute break. No inmates have a heat precaution duty status
9:15 am Mandatory break over
9:32 am Called in count to Camp D sallyport Falcon: 0,0,19,13 Total 32
9:52 am Maj. Pidgeon escorted inmate Devon Jackson back to Camp D for a visit
10:00 am Mandatory break
10:15 am Mandatory break over
11:00 am Called head line loaded bus w/ 31x
11:15 am Arrived at Falcon gate checked in 31x

VOTE002356