IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE**

**NOW INTO COURT**, through undersigned counsel, come Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, on behalf of themselves and all others similarly situated (together, "Plaintiffs"), seeking a briefing schedule on Plaintiffs' forthcoming motion to renew the Court's May 23, 2025, temporary restraining order.

On March 26, 2025, Plaintiffs requested a temporary restraining order and separately moved for a preliminary injunction. ECF 201, ECF 201-1 at 7. On May 23, 2025, this Court entered a temporary restraining order pursuant to 18 U.S.C. § 3626(a)(2). ECF 253. Under the

Prison Litigation Reform Act ("PLRA"), that injunction will automatically expire on August 21, 2025, ninety days after its entry. 18 U.S.C. § 3626(a)(2). This Court has not yet ruled on the motion for a preliminary injunction.

Accordingly, and considering the ongoing and substantial risk to human health due to exposure to high heat in Angola's fields, Plaintiffs intend to seek to renew the temporary restraining order. In the interests of judicial efficiency, Plaintiffs ask this Court to enter the following briefing schedule, which would permit the motion to renew to be fully submitted well before the current injunction expires on August 21, 2025:

**Plaintiffs' Motion:** Monday, July 28, 2025

**Defendants' Opposition:** Thursday, August 7, 2025

**Plaintiffs' Reply**: Wednesday, August 13, 2025

Plaintiffs have conferred with Defendants regarding this request, and Defendants have consented to this briefing schedule.

**WHEREFORE**, the Plaintiffs respectfully request the proposed briefing schedule to be entered for Plaintiffs' motion to renew the May 23, 2025, temporary restraining order.

Dated: July 17, 2025

                              **THE PROMISE OF JUSTICE INITIATIVE**

                              */s/ Samantha Pourciau*
                              Samantha Pourciau, La. Bar No. 39808
                              Kara Crutcher (PHV) IL Bar No. 6337639
                              1024 Elysian Fields Avenue
                              New Orleans, LA 70117
                              Tel: (504) 529-5955
                              sbosalavage@defendla.org
                              kcrutcher@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926416
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Michael McGregor (PHV) NY Bar No. 5510490
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
mmcgregor@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
cwilkerson@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*