UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER

Considering the Plaintiffs' Unopposed Motion to Set Briefing Schedule, it is ORDERED that the motion is **GRANTED** and the briefing schedule on Plaintiffs' motion to renew the May 23, 2025 temporary restraining order, ECF 253, is as follows:

**Plaintiffs' Motion:** Monday, July 28, 2025

**Defendants' Opposition:** Thursday, August 7, 2025

**Plaintiffs' Reply**: Wednesday, August 13, 2025

Signed in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
U.S. DISTRICT COURT
 MIDDLE DISTRICT OF LOUISIANA