# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6 hour | | | | | | | | | |
| 19 | 15:53 | SW 7 | 10.00 | Fair | CLR | 84 | 73.9 | | | 72% | | 91 | 30.11 | 1019.6 | | | |
| 19 | 14:53 | W 9 | 10.00 | Thunderstorm in Vicinity | SCT028 | 89.1 | 75 | | | 63% | | 99 | 30.11 | 1019.3 | | | |
| 19 | 13:53 | SW 12 | 10.00 | Thunderstorm in Vicinity | SCT028 | 90 | 73.9 | | | 59% | | 99 | 30.12 | 1019.7 | | | |
| 19 | 12:53 | S 12 | 10.00 | Mostly Cloudy | BKN024 | 89.1 | 75 | 91 | 75.9 | 63% | | 99 | 30.13 | 1020.2 | | | |
| 19 | 11:53 | S 10 | 10.00 | Mostly Cloudy | BKN030 BKN048 | 90 | 73 | | | 58% | | 98 | 30.15 | 1020.6 | | | |
| 19 | 10:53 | S 6 | 10.00 | Mostly Cloudy | BKN036 | 89.1 | 77 | | | 68% | | 102 | 30.15 | 1020.8 | | | |
| 19 | 09:53 | S 6 | 10.00 | A Few Clouds | FEW025 | 86 | 77 | | | 75% | | 97 | 30.16 | 1021.0 | | | |
| 19 | 08:53 | S 3 | 10.00 | Partly Cloudy | SCT011 | 82.9 | 78.1 | | | 85% | | 93 | 30.16 | 1021.1 | | | |
| 19 | 07:53 | E 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.15 | 1020.8 | | | |
| 19 | 06:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | 79 | 75 | 97% | | 75 | 30.14 | 1020.3 | | | |
| 19 | 05:53 | E 3 | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.12 | 1019.8 | | | |
| 19 | 04:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.1 | 1019.2 | | | |
| 19 | 03:53 | SE 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.09 | 1018.8 | | | |
| 19 | 02:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.09 | 1018.7 | | | |
| 19 | 01:53 | S 5 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.09 | 1018.6 | | | |
| 19 | 00:53 | S 5 | 10.00 | Fair | CLR | 79 | 75 | 87.1 | 78.1 | 88% | | 83 | 30.1 | 1019.2 | | | |
| 18 | 23:53 | S 7 | 10.00 | Fair | CLR | 79 | 75 | | | 88% | | 83 | 30.11 | 1019.4 | | | |
| 18 | 22:53 | SW 6 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.11 | 1019.3 | | | |
| 18 | 21:53 | SW 7 | 10.00 | A Few Clouds | FEW031 | 82 | 73.9 | | | 77% | | 88 | 30.1 | 1019.1 | | | |
| 18 | 20:53 | SW 8 | 10.00 | Fair | CLR | 82 | 75 | | | 79% | | 89 | 30.09 | 1018.7 | | | |
| 18 | 19:53 | SW 9 | 10.00 | Fair | CLR | 84.9 | 73.9 | | | 70% | | 92 | 30.07 | 1018.1 | | | |
| 18 | 18:53 | SW 10 | 10.00 | Fair | CLR | 87.1 | 73.9 | 89.1 | 84 | 65% | | 95 | 30.06 | 1017.6 | | | |
| 18 | 17:53 | SW 9 | 10.00 | Fair | CLR | 87.1 | 73 | | | 63% | | 95 | 30.05 | 1017.5 | | | |
| 18 | 16:53 | SW 9 | 10.00 | Mostly Cloudy | BKN037 | 89.1 | 73.9 | | | 61% | | 98 | 30.05 | 1017.5 | | | |
| 18 | 14:53 | W 9 | 10.00 | Overcast | SCT024 BKN030 OVC043 | 86 | 75 | | | 70% | | 95 | 30.06 | 1017.8 | | | |
| 18 | 13:53 | SW 9 | 10.00 | Mostly Cloudy | SCT024 BKN030 BKN043 | 84 | 75 | | | 74% | | 92 | 30.08 | 1018.3 | | | |
| 18 | 12:53 | W 12 | 10.00 | Overcast | BKN014 BKN032 OVC055 | 84 | 75 | 84.9 | 75.9 | 74% | | 92 | 30.09 | 1018.8 | | | |
| 18 | 11:53 | SW 12 | 10.00 | Overcast | BKN014 BKN047 OVC055 | 82 | 75 | | | 79% | | 89 | 30.1 | 1019.1 | | | |
| 18 | 10:53 | SW 13 | 10.00 | Overcast | SCT015 BKN050 OVC070 | 82 | 73 | | | 74% | | 87 | 30.1 | 1019.2 | | | |
| 18 | 09:53 | W 13 G 21 | 10.00 | Overcast | SCT006 BKN012 OVC060 | 82.9 | 73 | | | 72% | | 89 | 30.08 | 1018.7 | | | |
| 18 | 08:53 | W 13 | 10.00 | Overcast | BKN006 OVC018 | 80.1 | 75 | | | 85% | | 85 | 30.07 | 1018.1 | | | |
| 18 | 07:53 | W 7 | 10.00 | Overcast | BKN006 OVC018 | 77 | 75 | | | 94% | | 78 | 30.05 | 1017.4 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6 hour | | | | | | | | | |
| | | | | | | | | Temperature (°F) | | | | | Pressure | | Precipitation (in) | | |



# NATIONAL WEATHER SERVICE
### NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial ([Metric])

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 18 | 12:53 | W 12 | 10.00 | Overcast | BKN014 BKN032 OVC055 | 84 | 75 | 84.9 | 75.9 | 74% | | 92 | 30.09 | 1018.8 | | | |
| 18 | 11:53 | SW 12 | 10.00 | Overcast | BKN014 BKN047 OVC055 | 82 | 75 | | | 79% | | 89 | 30.1 | 1019.1 | | | |
| 18 | 10:53 | SW 13 | 10.00 | Overcast | SCT015 BKN050 OVC070 | 82 | 73 | | | 74% | | 87 | 30.1 | 1019.2 | | | |
| 18 | 09:53 | W 13 G 21 | 10.00 | Overcast | SCT006 BKN012 OVC060 | 82.9 | 73 | | | 72% | | 89 | 30.08 | 1018.7 | | | |
| 18 | 08:53 | W 13 | 10.00 | Overcast | BKN006 OVC018 | 80.1 | 75 | | | 85% | | 85 | 30.07 | 1018.1 | | | |
| 18 | 07:53 | W 7 | 10.00 | Overcast | BKN006 OVC018 | 77 | 75 | | | 94% | | 78 | 30.05 | 1017.4 | | | |
| 18 | 06:53 | SW 7 | 10.00 | Overcast | OVC005 | 75.9 | 73.9 | 77 | 75 | 94% | | 75 | 30.02 | 1016.6 | | | |
| 18 | 05:53 | W 5 | 10.00 | Overcast | OVC004 | 75 | 75 | | | 100% | | 72 | 30 | 1015.8 | | | |
| 18 | 04:53 | W 6 | 10.00 | Overcast | OVC004 | 75 | 75 | | | 100% | | 72 | 29.99 | 1015.5 | | | |
| 18 | 03:53 | W 6 | 9.00 | Overcast | OVC003 | 75 | 75 | | | 100% | | 72 | 29.97 | 1014.9 | | | |
| 18 | 02:53 | SW 5 | 8.00 | Overcast | BKN004 OVC009 | 77 | 75.9 | | | 96% | | 78 | 29.96 | 1014.5 | | | |
| 18 | 01:53 | Calm | 9.00 | Overcast | OVC009 | 77 | 75.9 | | | 96% | | 78 | 29.97 | 1014.8 | | | |
| 18 | 00:53 | Calm | 10.00 | Overcast | OVC010 | 77 | 75.9 | 77 | 75.9 | 96% | | 78 | 29.97 | 1014.8 | | | 0.01 |
| 17 | 20:53 | NW 5 | 10.00 | Mostly Cloudy | BKN006 | 77 | 75.9 | | | 96% | | 78 | 29.95 | 1014.1 | 0.01 | | |
| 17 | 19:53 | N 3 | 10.00 | Light Rain | SCT007 BKN035 OVC110 | 77 | 75 | | | 94% | | 78 | 29.94 | 1013.8 | | | |
| 17 | 18:53 | NW 7 | 2.50 | Thunderstorm in Vicinity Light Rain Fog/Mist | BKN007 OVC047 | 75.9 | 75 | 86 | 75.9 | 97% | | 75 | 29.93 | 1013.5 | 0.6 | | 1.22 |
| 17 | 17:53 | NW 7 | 9.00 | Light Rain | BKN006 OVC047 | 77 | 75 | | | 94% | | 78 | 29.94 | 1013.9 | | | |
| 17 | 16:53 | W 9 | 10.00 | Partly Cloudy | BKN005 BKN028 SCT055 | 75.9 | 75 | | | 97% | | 75 | 29.95 | 1014.0 | | | |
| 17 | 15:53 | NW 5 | 5.00 | Light Rain Fog/Mist | SCT004 BKN034 BKN060 | 75.9 | 75 | | | 97% | | 75 | 29.94 | 1013.9 | 0.52 | 0.62 | |
| 17 | 14:53 | NE 10 | 2.00 | Thunderstorm Heavy Rain Fog/Mist | BKN006 BKN010 OVC019 | 77 | 75 | | | 94% | | 78 | 29.96 | 1014.5 | 0.08 | | |
| 17 | 13:53 | SW 13 | 10.00 | Mostly Cloudy | BKN016 BKN023 BKN034 | 84 | 80.1 | | | 88% | | 97 | 29.94 | 1013.7 | 0.02 | | |
| 17 | 12:53 | Vrbl 5 | 10.00 | Mostly Cloudy | BKN016 BKN022 BKN110 | 86 | 79 | 87.1 | 79 | 80% | | 100 | 29.96 | 1014.3 | | | 0.01 |
| 17 | 11:53 | SW 8 | 10.00 | Mostly Cloudy | BKN016 BKN022 BKN110 | 86 | 79 | | | 80% | | 100 | 29.98 | 1015.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002381

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 10:53 | SW 8 | 10.00 | Mostly Cloudy | BKN016 BKN022 BKN110 | 82.9 | 78.1 | | | 85% | | 93 | 29.98 | 1015.1 | | | |
| 17 | 09:53 | SW 10 | 10.00 | Mostly Cloudy | SCT010 SCT021 BKN050 | 82 | 78.1 | | | 88% | | 91 | 29.98 | 1015.0 | 0.01 | 0.01 | |
| 17 | 08:53 | SE 9 | 10.00 | Light Rain | BKN007 BKN048 OVC120 | 79 | 77 | | | 94% | | 83 | 29.98 | 1015.0 | | | |
| 17 | 07:53 | W 8 | 10.00 | Mostly Cloudy | BKN050 BKN060 | 79 | 77 | | | 94% | | 83 | 29.96 | 1014.2 | | | |
| 17 | 05:53 | SW 8 | 3.00 | Light Rain Fog/Mist | FEW036 BKN050 OVC080 | 78.1 | 78.1 | | | 100% | | 81 | 29.94 | 1013.5 | 0.31 | | |
| 17 | 04:53 | Calm | 7.00 | Thunderstorm in Vicinity Light Rain | FEW050 FEW065 OVC095 | 78.1 | 77 | | | 97% | | 81 | 29.94 | 1013.7 | 0.04 | | |
| 17 | 03:53 | W 3 | 10.00 | Light Rain | FEW047 SCT060 BKN110 | 79 | 75.9 | | | 90% | | 83 | 29.94 | 1013.6 | | 0.01 | |
| 17 | 02:53 | SW 9 | 10.00 | Light Rain | FEW070 BKN090 OVC110 | 80.1 | 78.1 | | | 94% | | 86 | 29.94 | 1013.5 | 0.01 | | |
| 17 | 01:53 | S 8 | 10.00 | Mostly Cloudy | BKN048 | 81 | 75.9 | | | 85% | | 87 | 29.94 | 1013.6 | | | |
| 17 | 00:53 | Calm | 10.00 | Partly Cloudy | SCT095 | 82 | 77 | 90 | 82 | 85% | | 90 | 29.94 | 1013.6 | | | |
| 16 | 22:53 | W 3 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 29.95 | 1013.8 | | | |
| 16 | 21:53 | NW 3 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 29.93 | 1013.5 | | | |
| 16 | 20:53 | NW 3 | 10.00 | Fair | CLR | 86 | 75.9 | | | 72% | | 96 | 29.93 | 1013.3 | | | |
| 16 | 19:53 | Calm | 10.00 | Fair | CLR | 88 | 73 | | | 61% | | 96 | 29.92 | 1013.1 | | | |
| 16 | 18:53 | NW 5 | 10.00 | Fair | CLR | 90 | 72 | 93.9 | 90 | 56% | | 97 | 29.92 | 1012.9 | | | |
| 16 | 17:53 | NW 6 | 10.00 | Fair | CLR | 93 | 73.9 | | | 54% | | 103 | 29.92 | 1013.1 | | | |
| 16 | 16:53 | W 9 | 10.00 | Fair | CLR | 93 | 73.9 | | | 54% | | 103 | 29.93 | 1013.3 | | | |
| 16 | 15:53 | NW 6 | 10.00 | Partly Cloudy | SCT049 | 93 | 73 | | | 52% | | 102 | 29.95 | 1013.9 | | | |
| 16 | 14:53 | Vrbl 3 | 10.00 | A Few Clouds | FEW043 | 93 | 73.9 | | | 54% | | 103 | 29.97 | 1014.7 | | | |
| 16 | 13:53 | Vrbl 7 | 10.00 | Partly Cloudy | SCT039 SCT047 SCT070 | 91 | 75 | | | 59% | | 102 | 29.99 | 1015.3 | | | |
| 16 | 12:53 | NW 5 | 10.00 | A Few Clouds | FEW032 FEW040 | 91.9 | 75 | 91.9 | 78.1 | 58% | | 103 | 30.02 | 1016.2 | | | |
| 16 | 11:53 | NW 6 | 10.00 | Partly Cloudy | SCT018 | 89.1 | 77 | | | 68% | | 102 | 30.03 | 1016.8 | | | |
| 16 | 10:53 | NW 8 | 10.00 | Fair | CLR | 87.1 | 78.1 | | | 75% | | 100 | 30.03 | 1016.8 | | | |
| 16 | 09:53 | NW 6 | 10.00 | Fair | CLR | 84.9 | 78.1 | | | 80% | | 97 | 30.03 | 1016.8 | | | |
| 16 | 08:53 | Calm | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.04 | 1016.9 | | | |
| 16 | 07:53 | NW 5 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.02 | 1016.5 | | | |
| 16 | 06:53 | Calm | 10.00 | Fair | CLR | 78.1 | 77 | 81 | 77 | 97% | | 81 | 30 | 1015.8 | | | |
| 16 | 05:53 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 29.99 | 1015.4 | | | |
| 16 | 04:53 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 29.99 | 1015.2 | | | |
| 16 | 03:53 | NW 5 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.97 | 1014.8 | | | |
| 16 | 02:53 | W 5 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 29.98 | 1014.9 | | | |
| 16 | 01:53 | W 5 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.99 | 1015.4 | | | |
| 16 | 00:53 | W 6 | 10.00 | Fair | CLR | 81 | 75.9 | 91 | 80.1 | 85% | | 87 | 30.01 | 1016.0 | | | |
| 15 | 23:53 | Calm | 10.00 | Fair | CLR | 80.1 | 77 | | | 90% | | 86 | 30.02 | 1016.4 | | | |
| 15 | 22:53 | Calm | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.01 | 1016.0 | | | |
| 15 | 21:53 | W 6 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30 | 1015.6 | | | |
| 15 | 20:53 | W 5 | 10.00 | Fair | CLR | 84 | 75 | | | 74% | | 92 | 29.99 | 1015.2 | | | |
| 15 | 19:53 | SW 7 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 29.98 | 1015.0 | | | |
| 15 | 18:53 | NW 5 | 10.00 | Fair | CLR | 91 | 72 | 95 | 89.1 | 54% | | 99 | 29.97 | 1014.8 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F)          Pressure          Precipitation (in)

VOTE002382



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 12:53 | NW 5 | 10.00 | A Few Clouds | FEW032 FEW040 | 91.9 | 75 | 91.9 | 78.1 | 58% | | 103 | 30.02 | 1016.2 | | | |
| 16 | 11:53 | NW 6 | 10.00 | Partly Cloudy | SCT018 | 89.1 | 77 | | | 68% | | 102 | 30.03 | 1016.8 | | | |
| 16 | 10:53 | NW 8 | 10.00 | Fair | CLR | 87.1 | 78.1 | | | 75% | | 100 | 30.03 | 1016.8 | | | |
| 16 | 09:53 | NW 6 | 10.00 | Fair | CLR | 84.9 | 78.1 | | | 80% | | 97 | 30.03 | 1016.8 | | | |
| 16 | 08:53 | Calm | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.04 | 1016.9 | | | |
| 16 | 07:53 | NW 5 | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.02 | 1016.5 | | | |
| 16 | 06:53 | Calm | 10.00 | Fair | CLR | 78.1 | 77 | 81 | 77 | 97% | | 81 | 30 | 1015.8 | | | |
| 16 | 05:53 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 29.99 | 1015.4 | | | |
| 16 | 04:53 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 29.99 | 1015.2 | | | |
| 16 | 03:53 | NW 5 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.97 | 1014.8 | | | |
| 16 | 02:53 | W 5 | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 29.98 | 1014.9 | | | |
| 16 | 01:53 | W 5 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 29.99 | 1015.4 | | | |
| 16 | 00:53 | W 6 | 10.00 | Fair | CLR | 81 | 75.9 | 91 | 80.1 | 85% | | 87 | 30.01 | 1016.0 | | | |
| 15 | 23:53 | Calm | 10.00 | Fair | CLR | 80.1 | 77 | | | 90% | | 86 | 30.02 | 1016.4 | | | |
| 15 | 22:53 | Calm | 10.00 | Fair | CLR | 81 | 77 | | | 88% | | 88 | 30.01 | 1016.0 | | | |
| 15 | 21:53 | W 6 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30 | 1015.6 | | | |
| 15 | 20:53 | W 5 | 10.00 | Fair | CLR | 84 | 75 | | | 74% | | 92 | 29.99 | 1015.2 | | | |
| 15 | 19:53 | SW 7 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 29.98 | 1015.0 | | | |
| 15 | 18:53 | NW 5 | 10.00 | Fair | CLR | 91 | 72 | 95 | 89.1 | 54% | | 99 | 29.97 | 1014.8 | | | |
| 15 | 17:53 | W 6 | 10.00 | Fair | CLR | 93 | 69.1 | | | 46% | | 98 | 29.98 | 1015.1 | | | |
| 15 | 16:53 | Calm | 10.00 | Fair | CLR | 93.9 | 70 | | | 46% | | 100 | 30 | 1015.6 | | | |
| 15 | 14:53 | Calm | 10.00 | Partly Cloudy | SCT040 | 93.9 | 70 | | | 46% | | 100 | 30.04 | 1017.1 | | | |
| 15 | 13:53 | W 3 | 10.00 | Partly Cloudy | SCT040 | 91.9 | 68 | | | 46% | | 96 | 30.07 | 1018.0 | | | |
| 15 | 12:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT040 | 91 | 73 | 91 | 73 | 56% | | 100 | 30.08 | 1018.4 | | | |
| 15 | 11:53 | NW 8 | 10.00 | Partly Cloudy | SCT032 | 89.1 | 73.9 | | | 61% | | 98 | 30.09 | 1018.8 | | | |
| 15 | 10:53 | W 7 | 10.00 | Mostly Cloudy | SCT025 BKN032 | 88 | 75.9 | | | 68% | | 99 | 30.1 | 1018.9 | | | |
| 15 | 09:53 | W 8 | 10.00 | Fair | CLR | 86 | 75.9 | | | 72% | | 96 | 30.09 | 1018.9 | | | |
| 15 | 08:53 | Calm | 10.00 | Fair | CLR | 82 | 75.9 | | | 82% | | 89 | 30.1 | 1019.1 | | | |
| 15 | 07:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.09 | 1019.0 | | | |
| 15 | 06:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | 75 | 73 | 96% | | | 30.08 | 1018.6 | | | |
| 15 | 05:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.07 | 1018.2 | | | |
| 15 | 04:53 | Calm | 10.00 | Fair | CLR | 73 | 73 | | | 100% | | | 30.06 | 1017.8 | | | |
| 15 | 03:53 | Calm | 10.00 | Fair | CLR | 73 | 73 | | | 100% | | | 30.06 | 1017.7 | | | |
| 15 | 02:53 | Calm | 10.00 | Fair | CLR | 73 | 73 | | | 100% | | | 30.06 | 1017.9 | | | |
| 15 | 01:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | | | 97% | | | 30.07 | 1017.9 | | | |
| 15 | 00:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73.9 | 84 | 73.9 | 100% | | | 30.07 | 1018.0 | | | |
| 14 | 23:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.08 | 1018.5 | | | |
| 14 | 22:53 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.08 | 1018.4 | | | |
| 14 | 21:53 | NE 3 | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.07 | 1017.9 | | | |
| 14 | 20:53 | Calm | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 30.04 | 1017.2 | | | |
| 14 | 19:53 | E 3 | 10.00 | Fair | CLR | 82 | 73.9 | | | 77% | | 88 | 30.03 | 1016.9 | | | |
| 14 | 18:53 | SE 3 | 10.00 | Fair | CLR | 84 | 73 | 90 | 81 | 70% | | 90 | 30.06 | 1017.9 | | | |
| 14 | 17:53 | Calm | 10.00 | Fair | CLR | 84 | 71.1 | | | 65% | | 89 | 30.07 | 1018.2 | | | |
| 14 | 16:53 | Vrbl 3 | 10.00 | Fair | CLR | 84 | 71.1 | | | 65% | | 89 | 30.08 | 1018.6 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002375

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 15:53 | N 3 | 10.00 | Fair | CLR | 82 | 73.9 | | | 77% | | 88 | 30.06 | 1017.9 | | | |
| 14 | 14:53 | SW 13 | 10.00 | Thunderstorm in Vicinity | CLR | 84 | 75 | | | 74% | | 92 | 30.1 | 1019.3 | | | |
| 14 | 13:53 | Calm | 10.00 | Partly Cloudy | SCT030 | 89.1 | 72 | | | 57% | | 96 | 30.08 | 1018.5 | | | |
| 14 | 12:53 | Calm | 10.00 | A Few Clouds | FEW090 FEW110 | 82.9 | 73.9 | 91 | 73.9 | 74% | | 89 | 30.09 | 1018.7 | 0.09 | | 0.09 |
| 14 | 11:53 | NW 3 | 10.00 | Thunderstorm in Vicinity | BKN036 | 90 | 75.9 | | | 63% | | 102 | 30.1 | 1019.1 | | | |
| 14 | 10:53 | N 5 | 10.00 | A Few Clouds | FEW026 FEW036 FEW043 | 87.1 | 77 | | | 72% | | 99 | 30.11 | 1019.4 | | | |
| 14 | 09:53 | W 6 | 10.00 | Partly Cloudy | FEW021 SCT028 | 87.1 | 77 | | | 72% | | 99 | 30.11 | 1019.5 | | | |
| 14 | 08:53 | Calm | 10.00 | Fair | CLR | 82.9 | 77 | | | 82% | | 92 | 30.12 | 1019.7 | | | |
| 14 | 07:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75 | | | 90% | | 81 | 30.11 | 1019.4 | | | |
| 14 | 06:53 | Calm | 10.00 | Fair | CLR | 73.9 | 73 | 77 | 73 | 97% | | | 30.09 | 1018.8 | | | |
| 14 | 05:53 | NE 3 | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.08 | 1018.4 | | | |
| 14 | 04:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.06 | 1018.0 | | | |
| 14 | 03:53 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 30.05 | 1017.5 | | | |
| 14 | 02:53 | N 3 | 10.00 | Fair | CLR | 73.9 | 72 | | | 94% | | | 30.04 | 1017.3 | | | |
| 14 | 01:53 | E 3 | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 30.05 | 1017.4 | | | |
| 13 | 23:53 | E 6 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.09 | 1018.7 | | | |
| 13 | 22:53 | E 3 | 10.00 | Fair | CLR | 75.9 | 73.9 | | | 94% | | 75 | 30.09 | 1018.8 | | | |
| 13 | 21:53 | NE 3 | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.09 | 1018.8 | | | |
| 13 | 20:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.08 | 1018.3 | | | |
| 13 | 19:53 | E 6 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.06 | 1017.8 | | | |
| 13 | 18:53 | E 8 | 10.00 | Fair | CLR | 82.9 | 73.9 | 86 | 75 | 74% | | 89 | 30.07 | 1018.0 | | | 0.02 |
| 13 | 17:53 | E 6 | 10.00 | Fair | CLR | 84.9 | 73.9 | | | 70% | | 92 | 30.04 | 1017.0 | | | |
| 13 | 16:53 | SE 7 | 10.00 | Fair | CLR | 84.9 | 73.9 | | | 70% | | 92 | 30.05 | 1017.6 | | | |
| 13 | 15:53 | E 5 | 10.00 | Fair | CLR | 84 | 77 | | | 80% | | 94 | 30.07 | 1018.3 | | 0.02 | |
| 13 | 14:53 | SE 5 | 10.00 | Fair | CLR | 81 | 75 | | | 82% | | 87 | 30.1 | 1019.2 | | | |
| 13 | 13:53 | Calm | 10.00 | Light Rain | SCT110 | 77 | 73.9 | | | 90% | | 78 | 30.11 | 1019.4 | 0.02 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Temperature (°F) | | | | | Pressure | | Precipitation (in) | | |

VOTE002376