# Exhibit B

Case 3:23-cv-01304-BAJ-EWD   Document 279-2   07/22/25   Page 1 of 11

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: nsgt Ellis

GUN GUARD: msgt Washington/Mayberry

AM COUNT: 20

PM COUNT:

DATE: 7-14-25

| DORM | COUNT |
|---|---|
| 1 | 1 |
| 2 | |
| 3 | 11 |
| 4 | 8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

COMENTS:
- 6:30 arrived at camp D Falcon gate
- 7:00 checked out 20x
- 7:10 arrived at Processing Plant
- 7:20 began to GI
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 0:30 made rounds A/S
- 1:00 headland

revised 05/27/2025
VOTE002385

# DAILY LINE COUNT / LOG SHEET

LINE #  24 + 25

PUSHER: Msgt Arrington / Lt Karimy

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gains

AM COUNT:  27

PM COUNT:

DATE: 7-14-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 0 | |
| 3 | 15 | |
| 4 | 12 | |
| Total | 27 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:33 Arrived at camp D Falcon gate
7:00 opened outside and inside gates
7:27 Checked out 27x enroute to cucumber field
7:33 Arrived at cucumber field A land - Shade trailer, port-a-potty, and 4 water coolers on site Sun Screen offered Offenders able to drink water at will
8:18 Break
9:01 Heat Alert All work stopped at this time 0 heat precaustion offenders on line
9:38 Called in count 27x to camp D sally port
10:00 Break
10:45 Break
11:05 Head land Counted 27x enroute to camp D
11:10 Arrived at camp D Falcon gate
11:13 Opened outside and inside gates Checked in 27x

VOTE002386

# DAILY LINE COUNT / LOG SHEET

LINE #: 24 & 25

PUSHER: Msgt Arrington

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gains

AM COUNT: 35

PM COUNT:

DATE: 7-15-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 0 | 0 |
| 3 | 22 | 21 |
| 4 | 13 | 12 |
| total | 35 | 33 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:30 Arrived at Camp D Falcon Gate
6:47 Opened outside and inside gates
7:15 Checked out 35x enroute to potato field
7:30 Arrived at potato field - offenders offered sun screen shade trailer, port-a-potty, and 4 water coolers on site. Offenders allowed to drink water at will
8:15 Break
9:00 Heat Alert - all work stopped at this time 0 heat percaustion offenders on line
9:48 Called in count to Camp D sally port 33x
10:00 Break
11:00 Headland - Counted 33x enroute to Camp D
11:13 Arrived at Camp D Falcon gate
11:20 Opened outside and inside gate checked in 33x

revised 05/27/2025
VOTE002387

## Daily Line Counts

Line #: 6A/6B/15B          Date: 7-15-25

Pusher: MSgt Griffin
Gun Guard: MSgt Ellis/Washington
Gun Guard: MSgt Washington

AM Count: 23

PM Count: _____

```
F 1   1
  2   1
  3   8 9 12
  4   7 8 9
```

### Comments:

- 6:20 arrived at Camp D Falcon gate
- 6:45 checked out 20x
- 7:10 arrived at Processing Plant
- 7:30 made rounds A/S
- 8:00 made rounds A/S
- 8:15 began to wash potatoes
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:20 lunch
- 10:30 made rounds A/S
- 11:00 made rounds A/S
- 11:20 finished washing potatoes
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
  1:00 head land

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: mSgt Griffin

GUN GUARD: mSgt Mayberry

GUN GUARD: mSgt Ellis/Washington

AM COUNT: 22

PM COUNT:

DATE: 7-16-78

| DORM | COUNT | |
|---|---|---|
| 1 | I | 1 |
| 2 | II | 2 |
| 3 | ⅢⅡ | 10 |
| 4 | ⅢⅡ | 9 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:35 arrived at Camp D Falcon gate
- 7:00 checked out 22x
- 7:10 arrived at Processing Plant
- 7:30 began to peel potatoes
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count A/S
- 10:00 made rounds A/S
- 10:15 finished peeling potatoes began to process
- 10:30 lunch
- 11:00 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 made rounds A/S
- 1:30 headland

# DAILY LINE COUNT / LOG SHEET

LINE # 24 & 25

PUSHER: Msgt J. Arrington

GUN GUARD: Msgt E. Brown

GUN GUARD: Msgt I. Gains

AM COUNT: 41

PM COUNT:

DATE: 7-16-25

| DORM | Falcon | COUNT | |
|---|---|---|---|
| 1 | | 0 | |
| 2 | | 2 | |
| 3 | | 22 | |
| 4 | | 17 | |
| Total | | 41 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

COMENTS:

6:25 AM Arrived at Camp D Falcon gate
6:49 AM Opened outside and inside gates
7:15 AM Checked out 41x enroute to potato field
7:26 AM Arrived at Potato Field - Offered sun screen, Shade trailer, Porta potty, and 4 water coolers offenders allowed drink water at will
8:01 AM Heat alert - all work came to a stop at this time Ø Heat percautions on line
9:00 AM Break
9:40 Called in Medical emergency for offender Chodarius Morehead #779234 with complaints of headache
10:00 AM Break
11:00 Medical 3 arrived to see Chodarius Morehead #779234 offender was given Tylenol and release back to work
11:15 Headland Counted 41x enroute to Camp D.
11:23 Arrived at camp D Falcon gate
11:33 Opened outside and inside gate Checked in 41x

VOTE002390
revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: Lt. Karisny

GUN GUARD: MSgt. Gaines

GUN GUARD: N/A

AM COUNT: 10

PM COUNT: 0

DATE: 7-17-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 8 | |
| 3 | 1 | |
| 4 | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am Roll Call
6:15 am Arrived at Camp C
6:10 am Opened Bear gate
6:55 am Checked out 10x
7:15 am Arrived at Fig orchard. Shade trailer, portable toilet, hand wash station, and 3 water coolers on site. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times
8:00 am Break offered
8:15 am Break over
9:00 am Break offered
9:15 am Break over
9:23 am Called in count to Camp C sallyport Bear: 0,8,1,1, Total: 10
10:00 am Break offered
10:15 am Break over
11:00 am Break offered
11:15 am Call headcount loaded bus with
11:25 am Checked in 10x at Camp C sallyport

## DAILY LINE COUNT / LOG SHEET

LINE # 24 & 25

PUSHER: Msgt Arrington

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Browders

AM COUNT: 37

PM COUNT:

DATE: 7-17-25

| DORM | COUNT | |
|---|---|---|
| Falcon | | |
| 1 | 0 | |
| 2 | 2 | |
| 3 | 21 | |
| 4 | 14 | |
| total | 37 | |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

6:25A Arrived at camp D Falcon gate
7:26A Opened outside and inside gates
7:50A Checked out 37x enroute to Potato Field
7:56A Arrived at Potato Field offenders offered sun screen - shade trailer, porta potty, and 4 water coolers offenders allowed drink water at will
8:15A Called in medical emergency for offender Trachvion Hughes #707036 with complaints of light headedness and dizzy
8:20A Medical 3 arrived for offenders Hughes #707036
8:25A Offender Hughes #707036 was directed to stay hydrated and was released back to work per Medical
8:45 Break
9:30 Break - Called in count to camp D sally port 37x
10:30A Break
11:15A Headland - Counted 37x enroute to camp D
11:23A Arrived at Camp D Falcon gate
11:45A Opened outside and inside Falcon gates Checked in 37x

VOTE002392

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: mSgt Gaffin

GUN GUARD: mSgt Mayberry

GUN GUARD: mSgt Washington

AM COUNT: 22

PM COUNT:

DATE: 7-17-81

| DORM | COUNT | |
|---|---|---|
| F 1 | 1 | 1 |
| 2 | 11 | 2 |
| 3 | 811 | 1011 |
| 4 | 1115 1 | 8 |
| | 111 56 | |
| | 111 6 | |

COMENTS:

- 6:40 arrived at camp D Falcon gate
- 7:00 checked out 22x
- 7:15 arrived at Processing Plant
- 7:30 began to GI
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S count cleared
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 finished GI A/S
- 1:00 headland

## DAILY LINE COUNT / LOG SHEET

LINE #: 6A/6B/15B

PUSHER: msgt Griffin

GUN GUARD: nsgt Mayberry

GUN GUARD: nsgt Washington

AM COUNT: 11

PM COUNT:

DATE: 7-18-25

| DORM | COUNT | |
|---|---|---|
| F 1 | 1 | |
| 2 | 2 | |
| 3 | 5 | |
| 4 | 3 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:45 arrived at camp O sallyport
- 7:00 arrived at Processing Plant
- 7:30 begin to GI
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 made rounds A/S called in count
- 10:00 made rounds A/S
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 finished GI
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 head land