# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR <u>RENEWED INJUNCTIVE RELIEF</u>

This Court, having considered Plaintiffs' motion to renew the injunctive relief granted in this Court's May 23, 2025 Temporary Restraining Order (the "TRO") and supporting authorities incorporated therein, the submissions of the other parties, and the evidence and pleadings of record, finds that Plaintiffs have established their burden of persuasion as to each of the elements required

under Fed. R. Civ. P. 65 and 18 U.S.C. §§ 3626(a)(1) and (a)(2) for a successive preliminary injunctive order reissuing the same relief encompassed within the TRO.

WHEREAS that the Court having found, from the totality of circumstances and in satisfaction of Fed. R. Civ. P. 65, that Plaintiffs remain likely to succeed in proving that Defendants' policy of calling a Heat Alert only once the heat index exceeds 91°F and of monitoring the heat index only once every hour poses a substantial risk of serious harm to men assigned to the Farm Line to which Defendants are deliberately indifferent in likely violation of the Eighth Amendment's prohibition on cruel and unusual punishment; that absent injunctive relief, men on the Farm Line will face irreparable harm to their health and safety when the TRO expires on August 21, 2025; and that the balance of interests clearly favors Plaintiffs; and further,

WHEREAS that the Court having found pursuant to 18 U.S.C. §§ 3626(a)(1) and (a)(2) that it continues to be necessary that Defendants: (1) issue a Heat Alert when the heat index meets or exceeds 88°F in order to protect the health and safety of men on the Farm Line because the risk of heat-related morbidity and mortality increases drastically as heat indices reach 88°F, and (2) monitor the heat index on the Farm Line once every 30 minutes because historical weather data demonstrates that heat indices on the Farm Line can increase rapidly within such a period, exposing men on the Farm Line to dangerous conditions; and further,

WHEREAS that the Court having found pursuant to 18 U.S.C. §§ 3626(a)(1) and (a)(2) that the relief granted in the TRO continues to be narrowly drawn, in that it is proportional to the serious constitutional harm alleged and does not extend beyond the Farm Line at Louisiana State Penitentiary ("LSP"); and further,

WHEREAS that the Court having found pursuant to 18 U.S.C. §§ 3626(a)(1) and (a)(2) that the relief granted in the TRO continues to be the least intrusive means to remedy the likely

constitutional violation identified, in that it poses no undue imposition on Defendants nor impermissibly intrudes on LSP's internal operations to require Defendants to: (1) reinstate the 88°F heat index trigger for Heat Alerts that they have used for years prior to and during much of this litigation, and (2) monitor the heat index once every 30 minutes.

The Court finds that Plaintiffs have demonstrated that they are entitled to a renewed, successive injunction granting the same relief encompassed in the TRO.

Accordingly,

**IT IS ORDERED**, pursuant to Fed. R. Civ. P. 65 and 18 U.S.C. §§ 3626(a)(1) and (a)(2), that Plaintiffs' Motion for Renewed Injunctive Relief is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall issue a Heat Alert on the Farm Line at LSP whenever the heat index meets or exceeds 88°F.

**IT IS FURTHER ORDERED** that Defendants shall monitor the heat index on the Farm Line at LSP every 30 minutes.

This Court has exercised its discretion to determine that no bond shall be required and that this Order shall be effective beginning August 22, 2025.

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE