UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

### ORDER

Considering the **Unopposed Motion To Set Briefing Schedule (Doc. 278)** and **Plaintiffs' Motion For Renewed Injunctive Relief (Doc. 280)**,

IT IS ORDERED that Defendants' Opposition to Plaintiffs' Motion shall be filed on or before August 8, 2025.

IT IS FUTHER ORDERED that Plaintiffs' Reply shall be filed on or before August 14, 2025.

Baton Rouge, Louisiana, this 29th day of July, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA