# Exhibit A

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 09:35 | NE 5 | 10.00 | Fair | CLR | 85.1 | 77 | | | 77% | | 96 | 30.23 | | 0.0 | | |
| 28 | 09:15 | NE 7 | 10.00 | Fair | CLR | 84.4 | 76.8 | | | 78% | | 94 | 30.22 | | 0.0 | | |
| 28 | 08:55 | NE 6 | 10.00 | Fair | CLR | 83.7 | 77.2 | | | 81% | | 93 | 30.22 | | 0.0 | | |
| 28 | 08:35 | NE 5 | 10.00 | Fair | CLR | 82.2 | 77.2 | | | 85% | | 91 | 30.23 | | 0.0 | | |
| 28 | 08:15 | Calm | 10.00 | Fair | CLR | 80.8 | 77.5 | | | 90% | | 88 | 30.21 | | 0.0 | | |
| 28 | 07:55 | Calm | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 30.21 | | 0.0 | | |
| 28 | 07:35 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30.21 | | 0.0 | | |
| 28 | 07:15 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.2 | | 0.0 | | |
| 28 | 06:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | 77.9 | 74.3 | 97% | | | 30.2 | | 0.0 | | |
| 28 | 06:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73.6 | | | 97% | | | 30.2 | | 0.0 | | |
| 28 | 06:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 30.2 | | 0.0 | | |
| 28 | 05:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | | | 97% | | | 30.19 | | 0.0 | | |
| 28 | 05:35 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.18 | | 0.0 | | |
| 28 | 05:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.18 | | 0.0 | | |
| 28 | 04:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.18 | | 0.0 | | |
| 28 | 04:35 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.17 | | 0.0 | | |
| 28 | 04:15 | Calm | 10.00 | Fair | CLR | 75.9 | 74.5 | | | 95% | | 75 | 30.17 | | 0.0 | | |
| 28 | 03:55 | Calm | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.17 | | 0.0 | | |
| 28 | 03:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.17 | | 0.0 | | |
| 28 | 03:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 30.17 | | 0.0 | | |
| 28 | 02:55 | SE 3 | 10.00 | Fair | CLR | 76.5 | 74.8 | | | 95% | | 77 | 30.16 | | 0.0 | | |
| 28 | 02:35 | Calm | 10.00 | Fair | CLR | 76.5 | 75.2 | | | 96% | | 76 | 30.17 | | 0.0 | | |
| 28 | 02:15 | Calm | 10.00 | Fair | CLR | 77 | 75.4 | | | 95% | | 78 | 30.18 | | 0.0 | | |
| 28 | 01:55 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30.18 | | 0.0 | | |
| 28 | 01:35 | Calm | 10.00 | Fair | CLR | 77.4 | 76.1 | | | 96% | | 79 | 30.18 | | 0.0 | | |
| 28 | 01:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.18 | | 0.0 | | |
| 28 | 00:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.18 | | 0.0 | | |
| 28 | 00:35 | Calm | 10.00 | Fair | CLR | 77.5 | 76.1 | | | 95% | | 79 | 30.19 | | 0.0 | | |
| 28 | 00:15 | Calm | 10.00 | Fair | CLR | 79 | 76.6 | | | 93% | | 83 | 30.18 | | 0.0 | | |
| 27 | 23:55 | Calm | 10.00 | Fair | CLR | 79 | 76.6 | | | 93% | | 83 | 30.18 | | 0.0 | | |
| 27 | 23:35 | Calm | 10.00 | Fair | CLR | 79.7 | 76.6 | | | 90% | | 85 | 30.18 | | 0.0 | | |
| 27 | 23:15 | Calm | 0.00 | NULL | NULL | 80.2 | 76.1 | | | 87% | | 86 | 30.18 | | 0.0 | | |
| 27 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT050 | 80.8 | 76.1 | | | 86% | | 87 | 30.18 | | 0.0 | | |
| 27 | 22:35 | Calm | 10.00 | Fair | CLR | 81.5 | 76.5 | | | 85% | | 89 | 30.18 | | 0.0 | | |
| 27 | 22:15 | Calm | 10.00 | Fair | CLR | 81.9 | 76.5 | | | 84% | | 89 | 30.17 | | 0.0 | | |
| 27 | 21:55 | S 5 | 10.00 | Fair | CLR | 81.7 | 76.3 | | | 84% | | 89 | 30.16 | | 0.0 | | |
| 27 | 21:35 | W 3 | 10.00 | Fair | CLR | 79.7 | 76.5 | | | 90% | | 85 | 30.16 | | 0.0 | | |
| 27 | 21:15 | Calm | 10.00 | Fair | CLR | 81.1 | 75.9 | | | 84% | | 88 | 30.15 | | 0.0 | | |
| 27 | 20:55 | Calm | 10.00 | Thunderstorm | SCT049 | 81 | 76.1 | | | 85% | | 87 | 30.15 | | 0.0 | | |
| 27 | 20:35 | Calm | 10.00 | Thunderstorm in Vicinity | SCT049 SCT055 SCT090 | 81.1 | 75.2 | | | 82% | | 87 | 30.14 | | 0.0 | | |
| 27 | 20:10 | NE 8 | 0.00 | NULL | NULL | 81.9 | 73.9 | | | 77% | | 88 | 30.14 | | 0.0 | | |
| 27 | 12:35 | NW 5 | 10.00 | Mostly Cloudy | SCT033 BKN047 BKN050 | 89.8 | 76.6 | | | 65% | | 102 | 30.19 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 12:15 | S 3 | 10.00 | Mostly Cloudy | BKN033 | 90.3 | 76.8 | | | 65% | | 103 | 30.2 | 0.0 | | | |
| 27 | 11:55 | S 3 | 10.00 | Partly Cloudy | SCT031 SCT035 | 89.8 | 76.6 | | | 65% | | 102 | 30.2 | 0.0 | | | |
| 27 | 11:35 | SW 5 | 10.00 | Partly Cloudy | SCT029 SCT035 | 89.2 | 77 | | | 67% | | 102 | 30.2 | 0.0 | | | |
| 27 | 11:15 | SW 3 | 10.00 | Mostly Cloudy | SCT029 BKN035 | 88.9 | 76.3 | | | 66% | | 101 | 30.2 | 0.0 | | | |
| 27 | 10:55 | S 7 | 10.00 | Partly Cloudy | SCT027 | 88.9 | 77 | | | 68% | | 101 | 30.2 | 0.0 | | | |
| 27 | 10:35 | SW 5 | 10.00 | Partly Cloudy | SCT023 | 87.6 | 75.6 | | | 68% | | 98 | 30.2 | 0.0 | | | |
| 27 | 10:15 | S 5 | 10.00 | Mostly Cloudy | BKN023 | 87.6 | 77.2 | | | 71% | | 100 | 30.2 | 0.0 | | | |
| 27 | 09:55 | S 6 | 10.00 | Partly Cloudy | SCT019 | 87.1 | 78.1 | | | 75% | | 100 | 30.19 | 0.0 | | | |
| 27 | 09:35 | S 5 | 10.00 | Fair | CLR | 85.6 | 78.3 | | | 79% | | 98 | 30.19 | 0.0 | | | |
| 27 | 09:15 | SW 5 | 10.00 | Fair | CLR | 84.4 | 78.4 | | | 82% | | 96 | 30.18 | 0.0 | | | |
| 27 | 08:55 | Calm | 10.00 | Fair | CLR | 82.6 | 78.4 | | | 87% | | 92 | 30.18 | 0.0 | | | |
| 27 | 08:35 | Calm | 10.00 | Fair | CLR | 79.7 | 78.8 | | | 97% | | 86 | 30.18 | 0.0 | | | |
| 27 | 08:15 | Calm | 10.00 | Fair | CLR | 78.1 | 77.5 | | | 98% | | 81 | 30.18 | 0.0 | | | |
| 27 | 07:55 | Calm | 10.00 | Fair | CLR | 77 | 76.6 | | | 99% | | 78 | 30.17 | 0.0 | | | |
| 27 | 07:35 | Calm | 7.00 | Fair | CLR | 76.3 | 76.1 | | | 99% | | 76 | 30.16 | 0.0 | | | |
| 27 | 07:15 | Calm | 5.00 | Fog/Mist | CLR | 75 | 74.5 | | | 98% | | 73 | 30.16 | 0.0 | | | |
| 27 | 06:55 | Calm | 2.00 | Fog/Mist | CLR | 74.5 | 74.3 | 77.9 | 73.6 | 99% | | | 30.15 | 0.0 | | | |
| 27 | 06:35 | Calm | 0.25 | Fog | VV002 | 73.6 | 73.4 | | | 99% | | | 30.15 | 0.0 | | | |
| 27 | 06:15 | Calm | 0.75 | Fog/Mist | VV005 | 74.5 | 74.1 | | | 99% | | | 30.15 | 0.0 | | | |
| 27 | 05:55 | Calm | 4.00 | Fog/Mist | CLR | 74.7 | 74.3 | | | 99% | | | 30.15 | 0.0 | | | |
| 27 | 05:35 | Calm | 7.00 | Fair | CLR | 75.2 | 74.7 | | | 98% | | 73 | 30.14 | 0.0 | | | |
| 27 | 05:15 | Calm | 4.00 | Fog/Mist | CLR | 75.2 | 74.8 | | | 99% | | 73 | 30.13 | 0.0 | | | |
| 27 | 04:55 | Calm | 5.00 | Fog/Mist | CLR | 74.7 | 74.3 | | | 99% | | | 30.13 | 0.0 | | | |
| 27 | 04:35 | Calm | 7.00 | Fair | CLR | 74.3 | 73.6 | | | 98% | | | 30.13 | 0.0 | | | |
| 27 | 04:15 | Calm | 7.00 | Fair | CLR | 74.3 | 73.8 | | | 98% | | | 30.12 | 0.0 | | | |
| 27 | 03:55 | Calm | 7.00 | Fair | CLR | 74.8 | 74.3 | | | 98% | | | 30.12 | 0.0 | | | |
| 27 | 03:35 | Calm | 10.00 | Fair | CLR | 75 | 74.1 | | | 97% | | 73 | 30.12 | 0.0 | | | |
| 27 | 03:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.12 | 0.0 | | | |
| 27 | 02:55 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.12 | 0.0 | | | |
| 27 | 02:35 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.12 | 0.0 | | | |
| 27 | 02:15 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.13 | 0.0 | | | |
| 27 | 01:55 | Calm | 10.00 | Fair | CLR | 76.1 | 75 | | | 96% | | 76 | 30.13 | 0.0 | | | |
| 27 | 01:35 | Calm | 10.00 | Fair | CLR | 76.8 | 75 | | | 94% | | 78 | 30.13 | 0.0 | | | |
| 27 | 01:15 | S 3 | 10.00 | Fair | CLR | 77.9 | 75.6 | | | 93% | | 80 | 30.13 | 0.0 | | | |
| 27 | 00:55 | S 3 | 10.00 | Fair | CLR | 77.9 | 75.7 | 84.6 | 77.7 | 93% | | 80 | 30.13 | 0.0 | | | |
| 27 | 00:35 | S 3 | 10.00 | Fair | CLR | 77.9 | 75.7 | | | 93% | | 80 | 30.12 | 0.0 | | | |
| 27 | 00:15 | Calm | 10.00 | Fair | CLR | 77.9 | 75.9 | | | 94% | | 80 | 30.13 | 0.0 | | | |
| 26 | 23:55 | Calm | 10.00 | Fair | CLR | 78.3 | 76.1 | | | 93% | | 81 | 30.12 | 0.0 | | | |
| 26 | 23:35 | SW 3 | 10.00 | Fair | CLR | 78.8 | 76.1 | | | 91% | | 83 | 30.12 | 0.0 | | | |
| 26 | 23:15 | Calm | 10.00 | Fair | CLR | 78.8 | 76.1 | | | 91% | | 83 | 30.12 | 0.0 | | | |
| 26 | 22:55 | S 3 | 10.00 | Fair | CLR | 78.6 | 76.3 | | | 93% | | 82 | 30.12 | 0.0 | | | |
| 26 | 22:35 | Calm | 10.00 | Fair | CLR | 78.3 | 76.3 | | | 94% | | 81 | 30.11 | 0.0 | | | |
| 26 | 22:15 | Calm | 10.00 | Fair | CLR | 78.6 | 76.3 | | | 93% | | 82 | 30.11 | 0.0 | | | |
| 26 | 21:55 | Calm | 10.00 | Fair | CLR | 78.8 | 76.3 | | | 92% | | 83 | 30.11 | 0.0 | | | |
| 26 | 21:35 | Calm | 10.00 | Fair | CLR | 78.8 | 76.1 | | | 91% | | 83 | 30.11 | 0.0 | | | |
| 26 | 21:15 | Calm | 10.00 | Fair | CLR | 78.8 | 76.6 | | | 93% | | 83 | 30.11 | 0.0 | | | |
| 26 | 20:55 | Calm | 10.00 | Fair | CLR | 78.8 | 76.3 | | | 92% | | 83 | 30.1 | 0.0 | | | |
| 26 | 20:35 | Calm | 10.00 | Fair | CLR | 79 | 76.1 | | | 91% | | 83 | 30.1 | 0.0 | | | |
| 26 | 20:15 | NW 3 | 10.00 | Fair | CLR | 79.7 | 76.1 | | | 89% | | 85 | 30.1 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 26 | 19:55 | Calm | 10.00 | Partly Cloudy | SCT040 SCT048 | 80.2 | 74.5 | | | 83% | | 85 | 30.09 | | 0.0 | | |
| 26 | 19:35 | Calm | 10.00 | Mostly Cloudy | SCT022 SCT041 BKN048 | 80.8 | 74.5 | | | 81% | | 86 | 30.09 | | 0.0 | | |
| 26 | 19:15 | N 3 | 10.00 | Thunderstorm | SCT020 SCT025 BKN046 | 82.6 | 76.5 | | | 82% | | 91 | 30.09 | | 0.0 | | |
| 26 | 18:55 | Calm | 10.00 | Thunderstorm in Vicinity | SCT039 SCT048 | 84.2 | 77.9 | | | 81% | | 95 | 30.08 | | 0.0 | | |
| 26 | 18:35 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.07 | | 0.0 | | |
| 26 | 12:35 | Calm | 0.00 | NULL | NULL | 84.6 | 75.6 | | | 74% | | 93 | 0 | | 0.0 | | |
| 26 | 12:15 | S 7 | 10.00 | Partly Cloudy | SCT025 SCT030 SCT039 | 84 | 73.4 | | | 71% | | 91 | 30.11 | | 0.0 | | |
| 26 | 11:55 | S 9 | 10.00 | Partly Cloudy | SCT027 SCT031 SCT037 | 86.7 | 77.4 | | | 74% | | 99 | 30.11 | | 0.0 | | |
| 26 | 11:35 | S 10 | 10.00 | Partly Cloudy | SCT025 SCT034 SCT043 | 87.6 | 76.8 | | | 70% | | 99 | 30.11 | | 0.0 | | |
| 26 | 11:15 | S 12 G 16 | 10.00 | Mostly Cloudy | SCT023 SCT030 BKN043 | 87.3 | 77.5 | | | 73% | | 100 | 30.1 | | 0.0 | | |
| 26 | 10:55 | S 10 | 10.00 | Partly Cloudy | SCT023 SCT029 | 86.4 | 77.2 | | | 74% | | 98 | 30.1 | | 0.0 | | |
| 26 | 10:35 | S 13 | 10.00 | Partly Cloudy | SCT020 SCT026 | 86 | 77.2 | | | 75% | | 97 | 30.1 | | 0.0 | | |
| 26 | 10:15 | S 10 | 10.00 | Fair | CLR | 84.9 | 77.5 | | | 79% | | 96 | 30.1 | | 0.0 | | |
| 26 | 09:55 | S 9 | 10.00 | Fair | CLR | 83.3 | 77 | | | 81% | | 93 | 30.09 | | 0.0 | | |
| 26 | 09:35 | S 7 | 10.00 | Fair | CLR | 82.4 | 77.5 | | | 85% | | 91 | 30.08 | | 0.0 | | |
| 26 | 09:15 | S 6 | 10.00 | Fair | CLR | 81.1 | 77.5 | | | 89% | | 89 | 30.08 | | 0.0 | | |
| 26 | 08:55 | SW 6 | 10.00 | Fair | CLR | 80.6 | 77.2 | | | 89% | | 87 | 30.08 | | 0.0 | | |
| 26 | 08:35 | SW 6 | 10.00 | Fair | CLR | 79.3 | 77 | | | 93% | | 84 | 30.07 | | 0.0 | | |
| 26 | 08:15 | SW 5 | 10.00 | Fair | CLR | 78.4 | 77 | | | 95% | | 82 | 30.07 | | 0.0 | | |
| 26 | 07:55 | SW 6 | 10.00 | Partly Cloudy | SCT007 | 78.1 | 76.6 | | | 95% | | 81 | 30.06 | | 0.0 | | |
| 26 | 07:35 | SW 3 | 10.00 | Fair | CLR | 77.7 | 76.5 | | | 96% | | 80 | 30.05 | | 0.0 | | |
| 26 | 07:15 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 30.05 | | 0.0 | | |
| 26 | 06:55 | Calm | 10.00 | Fair | CLR | 76.6 | 75.6 | 77 | 74.8 | 96% | | 77 | 30.06 | | 0.0 | | |
| 26 | 06:35 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 76.6 | 75.4 | | | 96% | | 77 | 30.05 | | 0.0 | | |
| 26 | 06:15 | Calm | 10.00 | Fair | CLR | 76.8 | 75.4 | | | 95% | | 77 | 30.05 | | 0.0 | | |
| 26 | 05:55 | SW 5 | 10.00 | Partly Cloudy | SCT024 SCT030 SCT036 | 77 | 75.4 | | | 95% | | 78 | 30.04 | | 0.0 | | |
| 26 | 05:35 | SW 5 | 10.00 | Mostly Cloudy | SCT024 BKN036 | 77 | 75.4 | | | 95% | | 78 | 30.03 | | 0.0 | | |
| 26 | 05:15 | SW 5 | 10.00 | Partly Cloudy | SCT024 SCT029 | 76.6 | 75.4 | | | 96% | | 77 | 30.03 | | 0.0 | | |
| 26 | 04:55 | SW 5 | 10.00 | Partly Cloudy | SCT023 SCT030 SCT036 | 76.6 | 75.6 | | | 96% | | 77 | 30.02 | | 0.0 | | |
| 26 | 04:35 | W 5 | 10.00 | Mostly Cloudy | BKN030 BKN045 BKN080 | 76.3 | 75.2 | | | 96% | | 76 | 30.02 | | 0.0 | | |
| 26 | 04:15 | W 3 | 10.00 | Mostly Cloudy | SCT032 SCT037 BKN070 | 76.1 | 75.2 | | | 97% | | 75 | 30.02 | | 0.0 | | |
| 26 | 03:55 | SW 5 | 10.00 | Partly Cloudy | SCT070 | 76.3 | 75.2 | | | 96% | | 76 | 30.01 | | 0.0 | | |
| 26 | 03:35 | Calm | 10.00 | Partly Cloudy | SCT026 | 75.7 | 74.7 | | | 96% | | 75 | 30.01 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 03:15 | W 3 | 10.00 | Partly Cloudy | SCT026 SCT033 | 75.4 | 74.3 | | | 96% | | 74 | 30.02 | 0.0 | | | |
| 26 | 02:55 | W 5 | 10.00 | Partly Cloudy | SCT028 SCT036 | 75.2 | 73.9 | | | 96% | | 73 | 30.02 | 0.0 | | | |
| 26 | 02:35 | W 3 | 10.00 | Partly Cloudy | SCT028 | 75.4 | 74.3 | | | 96% | | 74 | 30.02 | 0.0 | | | |
| 26 | 02:15 | W 5 | 10.00 | Partly Cloudy | SCT028 | 75.4 | 74.3 | | | 96% | | 74 | 30.02 | 0.0 | | | |
| 26 | 01:55 | W 3 | 10.00 | Mostly Cloudy | BKN028 BKN033 BKN038 | 75.4 | 74.3 | | | 96% | | 74 | 30.02 | 0.0 | | | |
| 26 | 01:35 | W 5 | 10.00 | Partly Cloudy | SCT028 SCT036 | 75.2 | 73.9 | | | 96% | | 73 | 30.02 | 0.0 | | | |
| 26 | 01:15 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.03 | 0.0 | | | |
| 26 | 00:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.8 | 78.3 | 74.8 | 96% | | | 30.03 | 0.0 | | | 0.01 |
| 26 | 00:35 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.02 | 0.0 | | | |
| 26 | 00:15 | Calm | 10.00 | Fair | CLR | 75.4 | 74.1 | | | 96% | | 74 | 30.02 | 0.0 | | | |
| 25 | 23:55 | W 3 | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 30.02 | 0.0 | | | |
| 25 | 23:35 | SW 3 | 10.00 | Fair | CLR | 76.6 | 74.5 | | | 93% | | 77 | 30.03 | 0.0 | | | |
| 25 | 23:15 | SW 3 | 10.00 | Fair | CLR | 77 | 74.7 | | | 93% | | 78 | 30.02 | 0.0 | | | |
| 25 | 22:55 | SW 3 | 10.00 | Fair | CLR | 77.2 | 74.8 | | | 93% | | 78 | 30.02 | 0.0 | | | |
| 25 | 22:35 | S 3 | 10.00 | Partly Cloudy | SCT055 | 77.4 | 75.2 | | | 93% | | 79 | 30.02 | 0.0 | | | |
| 25 | 22:15 | SW 5 | 10.00 | Partly Cloudy | SCT034 SCT043 SCT055 | 77.9 | 75.2 | | | 91% | | 80 | 30.02 | 0.0 | | | |
| 25 | 21:55 | SW 6 | 10.00 | Partly Cloudy | SCT034 SCT043 | 77.9 | 75.4 | | | 92% | | 80 | 30.02 | 0.0 | 0.01 | | |
| 25 | 21:35 | SW 6 | 10.00 | Fair | CLR | 78.3 | 75.6 | | | 91% | | 81 | 30.01 | 0.0 | | | |
| 25 | 21:15 | SW 6 | 10.00 | Fair | CLR | 78.1 | 75.7 | | | 93% | | 81 | 29.99 | 0.0 | | | |
| 25 | 20:55 | SW 7 | 10.00 | Fair | CLR | 78.1 | 76.1 | | | 94% | | 81 | 29.97 | 0.0 | | | |
| 25 | 20:35 | SW 9 | 10.00 | Fair | CLR | 78.3 | 75.7 | | | 92% | | 81 | 29.96 | 0.0 | | | |
| 25 | 20:15 | SW 9 | 10.00 | Light Drizzle | CLR | 78.3 | 75.7 | | | 92% | | 81 | 29.96 | 0.0 | | | |
| 25 | 19:55 | SW 5 | 10.00 | Fair | CLR | 78.1 | 75.6 | | | 92% | | 81 | 29.97 | 0.0 | 0.01 | | |
| 25 | 19:35 | SW 5 | 10.00 | Light Drizzle | SCT100 | 77.9 | 75.4 | | | 92% | | 80 | 29.97 | 0.0 | 0.01 | | |
| 25 | 19:15 | SW 6 | 10.00 | Light Rain | SCT080 BKN100 | 77.9 | 75.2 | | | 91% | | 80 | 29.97 | 0.0 | | | |
| 25 | 18:55 | SW 9 | 10.00 | Light Drizzle | SCT050 SCT085 | 77.7 | 74.8 | 83.7 | 77.7 | 91% | | 80 | 29.97 | 0.0 | 0.01 | | 0.04 |
| 25 | 18:35 | SW 7 | 10.00 | Light Drizzle | SCT050 BKN070 BKN095 | 78.3 | 75.4 | | | 91% | | 81 | 29.97 | 0.0 | 0.01 | | |
| 25 | 18:15 | SW 7 | 10.00 | Rain | SCT032 BKN060 OVC095 | 78.4 | 75.6 | | | 91% | | 82 | 29.98 | 0.0 | | | |
| 25 | 17:55 | W 3 | 10.00 | Light Rain | SCT031 SCT040 BKN065 | 78.6 | 75.4 | | | 90% | | 82 | 29.97 | 0.0 | 0.01 | | |
| 25 | 17:35 | SW 9 | 10.00 | Light Drizzle | SCT045 BKN050 | 78.8 | 75.2 | | | 89% | | 82 | 29.96 | 0.0 | | | |
| 25 | 17:15 | SW 8 | 10.00 | Thunderstorm Light Drizzle in Vicinity | SCT045 BKN050 OVC095 | 79.7 | 74.8 | | | 85% | | 84 | 29.96 | 0.0 | | | |
| 25 | 16:55 | SW 7 | 10.00 | Light Drizzle | SCT050 SCT060 SCT095 | 80.6 | 74.3 | | | 81% | | 86 | 29.95 | 0.0 | | | |
| 25 | 16:35 | SW 9 | 10.00 | Partly Cloudy | SCT045 SCT060 | 81.5 | 75.7 | | | 83% | | 88 | 29.97 | 0.0 | | | |
| 25 | 16:15 | SW 8 | 10.00 | Thunderstorm Light Drizzle in Vicinity | SCT026 SCT036 BKN045 | 81.9 | 77.2 | | | 86% | | 90 | 29.96 | 0.0 | | | |
| 25 | 15:55 | W 6 | 10.00 | Thunderstorm in Vicinity | CLR | 82.2 | 77.2 | | | 85% | | 91 | 29.96 | 0.0 | | 0.02 | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 25 | 15:35 | W 5 | 10.00 | Thunderstorm in Vicinity | CLR | 81.5 | 77.5 | | | 88% | | 89 | 29.97 | | 0.0 | | |
| 25 | 15:15 | W 3 | 10.00 | Fair | CLR | 80.4 | 77.2 | | | 90% | | 87 | 29.95 | | 0.0 | | |
| 25 | 14:55 | W 3 | 10.00 | Fair | CLR | 79.9 | 77.2 | | | 92% | | 86 | 29.95 | | 0.0 | 0.01 | |
| 25 | 14:35 | SW 5 | 10.00 | Partly Cloudy | SCT048 SCT060 SCT075 | 79.3 | 76.8 | | | 92% | | 84 | 29.95 | | 0.0 | 0.01 | |
| 25 | 14:15 | SW 3 | 10.00 | Thunderstorm Rain | SCT031 BKN048 OVC110 | 79.2 | 76.1 | | | 90% | | 83 | 29.98 | | 0.0 | 0.01 | |
| 25 | 13:55 | SW 13 G 20 | 10.00 | Thunderstorm Light Rain | SCT031 SCT049 BKN085 | 82 | 77.2 | | | 85% | | 90 | 29.97 | | 0.0 | 0.01 | |
| 25 | 13:35 | W 6 | 10.00 | Thunderstorm Light Rain | SCT050 SCT070 BKN095 | 79.9 | 77.4 | | | 92% | | 86 | 29.96 | | 0.0 | 0.01 | |
| 25 | 13:15 | W 7 | 10.00 | Thunderstorm Light Rain | NULL | 79.3 | 77 | | | 93% | | 84 | 29.97 | | 0.0 | 0.01 | |
| 25 | 10:15 | W 5 | 10.00 | Partly Cloudy | SCT020 SCT027 | 85.3 | 76.6 | | | 75% | | 96 | 29.99 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6 hour | | | | | Pressure | | Precipitation (in) | | |
| | | | | | | Temperature (°F) | | | | | | | | | | | |



Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 25 | 13:35 | W 6 | 10.00 | Thunderstorm Light Rain | SCT050 SCT070 BKN095 | 79.9 | 77.4 | | | 92% | | 86 | 29.96 | | 0.0 | 0.01 | |
| 25 | 13:15 | W 7 | 10.00 | Thunderstorm Light Rain | NULL | 79.3 | 77 | | | 93% | | 84 | 29.97 | | 0.0 | 0.01 | |
| 25 | 10:15 | W 5 | 10.00 | Partly Cloudy | SCT020 SCT027 | 85.3 | 76.6 | | | 75% | | 96 | 29.99 | | 0.0 | | |
| 25 | 09:55 | W 6 | 10.00 | Fair | CLR | 85.5 | 77 | | | 76% | | 96 | 29.99 | | 0.0 | | |
| 25 | 09:35 | W 5 | 10.00 | Partly Cloudy | SCT027 | 83.5 | 76.5 | | | 79% | | 92 | 29.99 | | 0.0 | | |
| 25 | 09:15 | W 5 | 10.00 | Fair | CLR | 82.8 | 76.1 | | | 80% | | 91 | 30 | | 0.0 | | |
| 25 | 08:55 | W 5 | 10.00 | Partly Cloudy | SCT010 | 81.5 | 77 | | | 86% | | 89 | 30 | | 0.0 | | |
| 25 | 08:35 | SW 8 | 10.00 | Mostly Cloudy | BKN008 | 79.7 | 77.2 | | | 92% | | 85 | 30 | | 0.0 | | |
| 25 | 08:15 | SW 8 | 10.00 | Overcast | OVC006 | 78.8 | 77.2 | | | 95% | | 83 | 30 | | 0.0 | | |
| 25 | 07:55 | W 3 | 10.00 | Mostly Cloudy | BKN004 | 78.3 | 77.2 | | | 97% | | 81 | 30 | | 0.0 | | |
| 25 | 07:35 | W 3 | 7.00 | Overcast | OVC004 | 77.2 | 76.5 | | | 98% | | 78 | 29.99 | | 0.0 | | |
| 25 | 07:15 | Calm | 7.00 | Overcast | OVC004 | 77 | 76.3 | | | 98% | | 78 | 29.98 | | 0.0 | | |
| 25 | 06:55 | Calm | 5.00 | Fog/Mist | OVC004 | 76.6 | 76.1 | 77 | 76.3 | 98% | | 77 | 29.97 | | 0.0 | | |
| 25 | 06:35 | Calm | 7.00 | Overcast | OVC004 | 76.6 | 76.1 | | | 98% | | 77 | 29.97 | | 0.0 | | |
| 25 | 06:15 | NW 3 | 7.00 | Overcast | OVC004 | 76.6 | 76.1 | | | 98% | | 77 | 29.97 | | 0.0 | | |
| 25 | 05:55 | W 5 | 7.00 | Overcast | OVC004 | 76.6 | 76.1 | | | 98% | | 77 | 29.97 | | 0.0 | | |
| 25 | 05:35 | W 5 | 7.00 | Overcast | OVC004 | 76.6 | 76.1 | | | 98% | | 77 | 29.96 | | 0.0 | | |
| 25 | 05:15 | W 3 | 5.00 | Fog/Mist | OVC004 | 76.5 | 75.7 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 04:55 | Calm | 7.00 | Overcast | OVC004 | 76.5 | 75.7 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 04:35 | Calm | 7.00 | Overcast | OVC004 | 76.3 | 75.6 | | | 98% | | 76 | 29.95 | | 0.0 | | |
| 25 | 04:15 | Calm | 7.00 | Mostly Cloudy | BKN004 | 76.5 | 75.7 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 03:55 | SW 3 | 7.00 | Mostly Cloudy | BKN004 | 76.3 | 75.6 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 03:35 | Calm | 7.00 | Mostly Cloudy | BKN004 | 76.3 | 75.6 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 03:15 | Calm | 10.00 | Mostly Cloudy | BKN004 | 76.3 | 75.6 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 02:55 | Calm | 10.00 | Partly Cloudy | SCT004 | 76.3 | 75.6 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 25 | 02:35 | W 3 | 0.00 | NULL | NULL | 76.6 | 75.7 | | | 97% | | 77 | 29.97 | | 0.0 | | |
| 25 | 02:15 | W 5 | 10.00 | Mostly Cloudy | BKN006 | 76.6 | 75.7 | | | 97% | | 77 | 29.97 | | 0.0 | | |
| 25 | 01:55 | W 3 | 10.00 | Mostly Cloudy | BKN008 | 77 | 76.1 | | | 97% | | 78 | 29.97 | | 0.0 | | |
| 25 | 01:35 | W 5 | 10.00 | Overcast | OVC008 | 77 | 76.1 | | | 97% | | 78 | 29.98 | | 0.0 | | |
| 25 | 01:15 | Calm | 7.00 | Overcast | OVC012 | 76.5 | 75.7 | | | 98% | | 76 | 29.99 | | 0.0 | | |
| 25 | 00:55 | Calm | 10.00 | Mostly Cloudy | SCT006 BKN014 | 76.5 | 75.6 | 79.2 | 76.3 | 97% | | 76 | 29.99 | | 0.0 | | |
| 25 | 00:35 | Calm | 10.00 | Mostly Cloudy | BKN006 | 76.5 | 75.6 | | | 97% | | 76 | 29.99 | | 0.0 | | |
| 25 | 00:15 | Calm | 10.00 | Overcast | OVC006 | 76.6 | 75.7 | | | 97% | | 77 | 29.98 | | 0.0 | | |
| 24 | 23:55 | Calm | 10.00 | Overcast | OVC008 | 76.6 | 75.6 | | | 96% | | 77 | 29.98 | | 0.0 | | |
| 24 | 23:35 | Calm | 10.00 | Mostly Cloudy | BKN010 | 77 | 75.9 | | | 96% | | 78 | 29.98 | | 0.0 | | |

VOTE002418

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation 1 hr | Precipitation 3 hr | Precipitation 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 23:15 | Calm | 10.00 | Mostly Cloudy | BKN012 | 76.6 | 75.6 | | | 96% | | 77 | 29.98 | | 0.0 | | |
| 24 | 22:55 | Calm | 10.00 | Mostly Cloudy | BKN012 | 77 | 75.7 | | | 96% | | 78 | 29.98 | | 0.0 | | |
| 24 | 22:35 | Calm | 10.00 | Partly Cloudy | SCT012 | 76.8 | 75.4 | | | 95% | | 77 | 29.99 | | 0.0 | | |
| 24 | 22:15 | Calm | 10.00 | Fair | CLR | 77.2 | 75.9 | | | 96% | | 78 | 29.98 | | 0.0 | | |
| 24 | 21:55 | Calm | 10.00 | Fair | CLR | 77.2 | 75.7 | | | 95% | | 78 | 29.99 | | 0.0 | | |
| 24 | 21:35 | Calm | 10.00 | Partly Cloudy | SCT044 SCT050 | 77.5 | 75.7 | | | 94% | | 79 | 29.99 | | 0.0 | | |
| 24 | 21:15 | Calm | 10.00 | Mostly Cloudy | BKN044 BKN050 BKN065 | 77.9 | 75.6 | | | 93% | | 80 | 29.99 | | 0.0 | | |
| 24 | 20:55 | Calm | 10.00 | Overcast | BKN042 BKN080 OVC120 | 77.4 | 75.4 | | | 94% | | 79 | 29.99 | | 0.0 | | |
| 24 | 20:35 | Calm | 10.00 | Light Drizzle | SCT042 BKN110 | 78.1 | 75.9 | | | 93% | | 81 | 29.99 | | 0.0 | | |
| 24 | 20:15 | Calm | 10.00 | Light Rain | SCT070 SCT090 | 77.9 | 75.6 | | | 93% | | 80 | 29.99 | | 0.0 | | |
| 24 | 19:55 | Calm | 10.00 | Fair | CLR | 78.1 | 75.4 | | | 91% | | 81 | 29.99 | | 0.0 | | |
| 24 | 19:35 | Calm | 10.00 | Partly Cloudy | SCT050 SCT070 SCT085 | 78.1 | 75.4 | | | 91% | | 81 | 29.99 | | 0.0 | | |
| 24 | 19:15 | SE 3 | 10.00 | Light Rain | SCT050 SCT070 SCT085 | 78.8 | 75.2 | | | 89% | | 82 | 29.98 | | 0.0 | | |
| 24 | 18:55 | S 3 | 10.00 | Fair | CLR | 79 | 74.5 | | | 86% | | 83 | 29.97 | | 0.0 | | |
| 24 | 18:35 | Calm | 10.00 | Partly Cloudy | SCT050 SCT090 | 78.8 | 74.5 | | | 87% | | 82 | 29.97 | | 0.0 | | |
| 24 | 18:15 | N 3 | 10.00 | Partly Cloudy | SCT090 | 78.8 | 73.6 | | | 84% | | 82 | 29.96 | | 0.0 | | |
| 24 | 17:55 | Calm | 10.00 | Fair | CLR | 78.8 | 74.1 | | | 86% | | 82 | 29.98 | | 0.0 | | |
| 24 | 17:35 | Calm | 10.00 | Partly Cloudy | SCT110 | 78.8 | 74.3 | | | 86% | | 82 | 29.99 | | 0.0 | | |
| 24 | 17:15 | Calm | 10.00 | Partly Cloudy | SCT110 | 78.4 | 74.3 | | | 87% | | 81 | 30 | | 0.0 | | |
| 24 | 16:55 | NE 3 | 10.00 | Fair | CLR | 78.4 | 73.8 | | | 86% | | 81 | 29.99 | | 0.0 | | |
| 24 | 16:35 | N 7 | 10.00 | Thunderstorm in Vicinity | SCT095 | 78.6 | 73.9 | | | 86% | | 82 | 29.98 | | 0.0 | | |
| 24 | 16:15 | NW 5 | 10.00 | Thunderstorm in Vicinity | NULL | 78.1 | 73.8 | | | 87% | | 81 | 29.98 | | 0.0 | | |
| 24 | 10:35 | N 6 | 10.00 | Fair | CLR | 89.4 | 79 | | | 71% | | 105 | 30.03 | | 0.0 | | |
| 24 | 10:15 | N 5 | 10.00 | Fair | CLR | 86.4 | 78.4 | | | 77% | | 100 | 30.03 | | 0.0 | | |
| 24 | 09:55 | N 7 | 10.00 | Partly Cloudy | SCT046 SCT050 SCT060 | 86 | 78.1 | | | 77% | | 98 | 30.04 | | 0.0 | | |
| 24 | 09:35 | N 6 | 10.00 | Mostly Cloudy | BKN050 BKN060 | 85.1 | 78.3 | | | 80% | | 97 | 30.05 | | 0.0 | | |
| 24 | 09:15 | N 6 | 10.00 | Partly Cloudy | SCT055 | 84.6 | 78.1 | | | 81% | | 96 | 30.05 | | 0.0 | | |
| 24 | 08:55 | N 5 | 10.00 | Partly Cloudy | SCT045 SCT055 | 83.7 | 78.3 | | | 84% | | 94 | 30.05 | | 0.0 | | |
| 24 | 08:35 | Calm | 10.00 | Mostly Cloudy | BKN045 BKN055 | 83.3 | 78.4 | | | 85% | | 94 | 30.05 | | 0.0 | | |
| 24 | 08:15 | Calm | 10.00 | Partly Cloudy | SCT055 | 82.6 | 79.3 | | | 90% | | 93 | 30.04 | | 0.0 | | |
| 24 | 07:55 | Calm | 10.00 | Fair | CLR | 81 | 79.2 | | | 94% | | 89 | 30.04 | | 0.0 | | |
| 24 | 07:35 | Calm | 10.00 | Partly Cloudy | SCT049 SCT060 SCT070 | 80.4 | 78.6 | | | 94% | | 88 | 30.03 | | 0.0 | | |
| 24 | 07:15 | Calm | 10.00 | Mostly Cloudy | SCT049 BKN055 BKN080 | 79.3 | 77.4 | | | 94% | | 84 | 30.03 | | 0.0 | | |
| 24 | 06:55 | Calm | 10.00 | Partly Cloudy | SCT055 SCT080 | 78.8 | 76.6 | 80.6 | 77.9 | 93% | | 83 | 30.03 | | 0.0 | | |
| 24 | 06:35 | Calm | 10.00 | Fair | CLR | 78.4 | 76.3 | | | 93% | | 82 | 30.03 | | 0.0 | | |
| 24 | 06:15 | Calm | 10.00 | Fair | CLR | 78.4 | 76.1 | | | 93% | | 82 | 30.02 | | 0.0 | | |
| 24 | 05:55 | Calm | 10.00 | Fair | CLR | 78.4 | 76.1 | | | 93% | | 82 | 30.02 | | 0.0 | | |
| 24 | 05:35 | Calm | 10.00 | Fair | CLR | 78.8 | 76.5 | | | 93% | | 83 | 30.02 | | 0.0 | | |

VOTE002419

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 05:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.3 | | | 94% | | 81 | 30.02 | | 0.0 | | |
| 24 | 04:35 | Calm | 10.00 | Fair | CLR | 78.3 | 75.4 | | | 91% | | 81 | 30.01 | | 0.0 | | |
| 24 | 04:15 | Calm | 10.00 | Fair | CLR | 78.1 | 75.2 | | | 91% | | 81 | 30.01 | | 0.0 | | |
| 24 | 03:55 | Calm | 10.00 | Fair | CLR | 78.1 | 75.6 | | | 92% | | 81 | 30.01 | | 0.0 | | |
| 24 | 03:35 | Calm | 10.00 | Fair | CLR | 78.4 | 75.4 | | | 90% | | 82 | 30.01 | | 0.0 | | |
| 24 | 03:15 | Calm | 10.00 | Fair | CLR | 79.2 | 75.9 | | | 90% | | 83 | 30.01 | | 0.0 | | |
| 24 | 02:55 | Calm | 10.00 | Fair | CLR | 79.3 | 75.6 | | | 88% | | 84 | 30.01 | | 0.0 | | |
| 24 | 02:35 | Calm | 10.00 | Fair | CLR | 80.2 | 76.8 | | | 89% | | 86 | 30.02 | | 0.0 | | |
| 24 | 02:15 | Calm | 10.00 | Fair | CLR | 80.1 | 78.1 | | | 94% | | 86 | 30.02 | | 0.0 | | |
| 24 | 01:55 | Calm | 10.00 | Fair | CLR | 79.9 | 78.3 | | | 95% | | 86 | 30.02 | | 0.0 | | |
| 24 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT045 | 80.6 | 78.4 | | | 93% | | 88 | 30.04 | | 0.0 | | |
| 24 | 01:15 | Calm | 10.00 | Partly Cloudy | SCT009 SCT043 | 80.1 | 78.3 | | | 94% | | 86 | 30.04 | | 0.0 | | |
| 24 | 00:55 | Calm | 10.00 | Fair | CLR | 80.1 | 78.3 | | | 94% | | 86 | 30.04 | | 0.0 | | |
| 24 | 00:35 | Calm | 10.00 | Fair | CLR | 80.1 | 78.3 | | | 94% | | 86 | 30.03 | | 0.0 | | |
| 24 | 00:15 | Calm | 10.00 | Fair | CLR | 80.6 | 78.4 | | | 93% | | 88 | 30.04 | | 0.0 | | |
| 23 | 23:35 | Calm | 10.00 | Fair | CLR | 81 | 78.8 | | | 93% | | 89 | 30.05 | | 0.0 | | |
| 23 | 23:15 | Calm | 10.00 | Fair | CLR | 81.5 | 78.8 | | | 92% | | 90 | 30.04 | | 0.0 | | |
| 23 | 22:55 | Calm | 10.00 | Fair | CLR | 81.3 | 78.8 | | | 92% | | 90 | 30.04 | | 0.0 | | |
| 23 | 22:35 | Calm | 10.00 | NULL | NULL | 81.1 | 78.8 | | | 93% | | 89 | 30.04 | | 0.0 | | |
| 23 | 14:15 | NW 3 | 10.00 | Partly Cloudy | SCT034 | 91 | 76.3 | | | 62% | | 104 | 30.06 | | 0.0 | | |
| 23 | 13:55 | W 3 | 10.00 | Partly Cloudy | SCT034 | 91.9 | 76.3 | | | 60% | | 105 | 30.06 | | 0.0 | | |
| 23 | 13:35 | NW 5 | 10.00 | Partly Cloudy | SCT030 SCT034 | 90.5 | 76.3 | | | 63% | | 103 | 30.07 | | 0.0 | | |
| 23 | 13:15 | Calm | 10.00 | Partly Cloudy | SCT028 SCT040 | 91 | 78.4 | | | 67% | | 107 | 30.07 | | 0.0 | | |
| 23 | 12:55 | Calm | 10.00 | Partly Cloudy | SCT028 | 90.5 | 78.3 | 90.5 | 78.8 | 67% | | 106 | 30.08 | | 0.0 | | |
| 23 | 12:35 | NW 5 | 10.00 | Partly Cloudy | SCT026 | 89.8 | 78.1 | | | 69% | | 104 | 30.09 | | 0.0 | | |
| 23 | 12:15 | N 3 | 10.00 | Fair | CLR | 88.9 | 78.1 | | | 71% | | 103 | 30.1 | | 0.0 | | |
| 23 | 11:55 | N 5 | 10.00 | Fair | CLR | 88.9 | 78.3 | | | 71% | | 103 | 30.09 | | 0.0 | | |
| 23 | 11:35 | NE 3 | 10.00 | Fair | CLR | 88.2 | 77.4 | | | 70% | | 101 | 30.1 | | 0.0 | | |
| 23 | 11:15 | Calm | 10.00 | Fair | CLR | 87.6 | 77.9 | | | 73% | | 101 | 30.1 | | 0.0 | | |
| 23 | 10:55 | NE 3 | 10.00 | Fair | CLR | 87.1 | 77 | | | 72% | | 99 | 30.1 | | 0.0 | | |
| 23 | 10:35 | NE 3 | 10.00 | Fair | CLR | 86.2 | 77.7 | | | 76% | | 98 | 30.1 | | 0.0 | | |
| 23 | 10:15 | NE 5 | 10.00 | Fair | CLR | 85.1 | 76.8 | | | 76% | | 95 | 30.1 | | 0.0 | | |
| 23 | 09:55 | NE 5 | 10.00 | Fair | CLR | 85.1 | 76.8 | | | 76% | | 95 | 30.1 | | 0.0 | | |
| 23 | 09:35 | NE 5 | 10.00 | Fair | CLR | 85.1 | 77.2 | | | 77% | | 96 | 30.1 | | 0.0 | | |
| 23 | 09:15 | NE 6 | 10.00 | Fair | CLR | 84.6 | 77.5 | | | 80% | | 95 | 30.09 | | 0.0 | | |
| 23 | 08:55 | NE 5 | 10.00 | Fair | CLR | 84.2 | 77.9 | | | 81% | | 95 | 30.09 | | 0.0 | | |
| 23 | 08:35 | NE 6 | 10.00 | Fair | CLR | 83.1 | 77.9 | | | 84% | | 93 | 30.09 | | 0.0 | | |
| 23 | 08:15 | NE 6 | 10.00 | Fair | CLR | 82.2 | 77.9 | | | 87% | | 91 | 30.08 | | 0.0 | | |
| 23 | 07:55 | NE 6 | 10.00 | Fair | CLR | 81.1 | 78.1 | | | 90% | | 89 | 30.08 | | 0.0 | | |
| 23 | 07:35 | Calm | 10.00 | Fair | CLR | 80.2 | 77.9 | | | 93% | | 87 | 30.07 | | 0.0 | | |
| 23 | 07:15 | NE 3 | 10.00 | Fair | CLR | 79 | 77.2 | | | 94% | | 83 | 30.07 | | 0.0 | | |
| 23 | 06:55 | NE 6 | 10.00 | Fair | CLR | 78.6 | 77 | 79 | 77.9 | 95% | | 82 | 30.06 | | 0.0 | | |
| 23 | 06:35 | NE 3 | 10.00 | Fair | CLR | 78.1 | 77 | | | 97% | | 81 | 30.06 | | 0.0 | | |
| 23 | 06:15 | NE 3 | 10.00 | Fair | CLR | 78.1 | 77 | | | 97% | | 81 | 30.06 | | 0.0 | | |
| 23 | 05:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 30.05 | | 0.0 | | |
| 23 | 05:35 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | | | 95% | | 81 | 30.05 | | 0.0 | | |
| 23 | 05:15 | NE 3 | 10.00 | Fair | CLR | 78.3 | 76.6 | | | 95% | | 81 | 30.04 | | 0.0 | | |
| 23 | 04:55 | NE 3 | 10.00 | Fair | CLR | 78.1 | 76.5 | | | 95% | | 81 | 30.04 | | 0.0 | | |
| 23 | 04:35 | Calm | 10.00 | Fair | CLR | 78.1 | 76.3 | | | 94% | | 81 | 30.03 | | 0.0 | | |
| 23 | 04:15 | Calm | 10.00 | Fair | CLR | 78.3 | 76.5 | | | 94% | | 81 | 30.03 | | 0.0 | | |
| 23 | 03:55 | E 3 | 10.00 | Fair | CLR | 78.1 | 76.5 | | | 95% | | 81 | 30.03 | | 0.0 | | |
| 23 | 03:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.04 | | 0.0 | | |
| 23 | 03:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.3 | | | 94% | | 81 | 30.04 | | 0.0 | | |
| 23 | 02:55 | Calm | 10.00 | Fair | CLR | 78.1 | 76.5 | | | 95% | | 81 | 30.03 | | 0.0 | | |

VOTE002420

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 23 | 02:35 | Calm | 10.00 | Fair | CLR | 78.1 | 76.3 | | 94% | | 81 | 30.03 | | 0.0 | | |
| 23 | 02:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.5 | | 95% | | 81 | 30.02 | | 0.0 | | |
| 23 | 01:55 | Calm | 10.00 | Fair | CLR | 78.3 | 77 | | 96% | | 81 | 30.02 | | 0.0 | | |
| 23 | 01:35 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | 94% | | 83 | 30.02 | | 0.0 | | |
| 23 | 01:15 | Calm | 10.00 | Fair | CLR | 78.6 | 77 | | 95% | | 82 | 30.03 | | 0.0 | | |
| 23 | 00:55 | Calm | 10.00 | Fair | CLR | 79 | 77.2 | | 94% | | 83 | 30.03 | | 0.0 | | |
| 23 | 00:35 | Calm | 10.00 | Fair | CLR | 78.8 | 77.2 | | 95% | | 83 | 30.04 | | 0.0 | | |
| 23 | 00:15 | Calm | 10.00 | Fair | CLR | 79 | 77.4 | | 95% | | 83 | 30.04 | | 0.0 | | |
| 22 | 23:55 | Calm | 10.00 | Fair | CLR | 79.5 | 77.2 | | 93% | | 85 | 30.04 | | 0.0 | | |
| 22 | 23:35 | Calm | 10.00 | Fair | CLR | 79.7 | 77.2 | | 92% | | 85 | 30.03 | | 0.0 | | |
| 22 | 23:15 | Calm | 10.00 | Fair | CLR | 79.7 | 77.2 | | 92% | | 85 | 30.03 | | 0.0 | | |
| 22 | 22:55 | Calm | 10.00 | Fair | CLR | 80.1 | 77.4 | | 92% | | 86 | 30.03 | | 0.0 | | |
| 22 | 22:35 | Calm | 10.00 | Fair | CLR | 81 | 78.1 | | 91% | | 89 | 30.02 | | 0.0 | | |
| 22 | 22:15 | SE 3 | 10.00 | Fair | CLR | 81.3 | 78.3 | | 90% | | 90 | 30.02 | | 0.0 | | |
| 22 | 21:55 | Calm | 10.00 | NULL | NULL | 82.4 | 79.3 | | 91% | | 93 | 30.02 | | 0.0 | | |
| 22 | 15:15 | Calm | 10.00 | Fair | CLR | 92.7 | 74.1 | | 55% | | 103 | 30.03 | | 0.0 | | |
| 22 | 14:55 | N 3 | 10.00 | Fair | CLR | 93.2 | 74.7 | | 55% | | 104 | 30.04 | | 0.0 | | |
| 22 | 14:35 | NW 3 | 10.00 | Partly Cloudy | SCT050 | 93.2 | 76.1 | | 58% | | 106 | 30.04 | | 0.0 | | |
| 22 | 14:15 | Calm | 10.00 | Partly Cloudy | SCT050 | 91.6 | 75.4 | | 59% | | 103 | 30.05 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. Min. 6 hour | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002421

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 22 | 23:15 | Calm | 10.00 | Fair | CLR | 79.7 | 77.2 | | | 92% | | 85 | 30.03 | | 0.0 | | |
| 22 | 22:55 | Calm | 10.00 | Fair | CLR | 80.1 | 77.4 | | | 92% | | 86 | 30.03 | | 0.0 | | |
| 22 | 22:35 | Calm | 10.00 | Fair | CLR | 81 | 78.1 | | | 91% | | 89 | 30.02 | | 0.0 | | |
| 22 | 22:15 | SE 3 | 10.00 | Fair | CLR | 81.3 | 78.3 | | | 90% | | 90 | 30.02 | | 0.0 | | |
| 22 | 21:55 | Calm | 10.00 | NULL | NULL | 82.4 | 79.3 | | | 91% | | 93 | 30.02 | | 0.0 | | |
| 22 | 15:15 | Calm | 10.00 | Fair | CLR | 92.7 | 74.1 | | | 55% | | 103 | 30.03 | | 0.0 | | |
| 22 | 14:55 | N 3 | 10.00 | Fair | CLR | 93.2 | 74.7 | | | 55% | | 104 | 30.04 | | 0.0 | | |
| 22 | 14:35 | NW 3 | 10.00 | Partly Cloudy | SCT050 | 93.2 | 76.1 | | | 58% | | 106 | 30.04 | | 0.0 | | |
| 22 | 14:15 | Calm | 10.00 | Partly Cloudy | SCT050 | 91.6 | 75.4 | | | 59% | | 103 | 30.05 | | 0.0 | | |
| 22 | 13:55 | Calm | 10.00 | Partly Cloudy | SCT040 SCT046 | 91.9 | 75.7 | | | 59% | | 104 | 30.05 | | 0.0 | | |
| 22 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT039 SCT047 | 91.6 | 76.5 | | | 61% | | 104 | 30.06 | | 0.0 | | |
| 22 | 13:15 | Calm | 10.00 | NULL | NULL | 91.9 | 77 | | | 62% | | 106 | 30.06 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F)    Pressure    Precipitation (in)

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 13:53 | Vrbl 5 | 10.00 | A Few Clouds | FEW045 | 93.9 | 73.9 | | | 52% | | 104 | 30.04 | 1017.0 | | | |
| 22 | 12:53 | Calm | 10.00 | Fair | CLR | 91.9 | 73.9 | 93 | 78.1 | 56% | | 102 | 30.06 | 1017.6 | | | |
| 22 | 11:53 | NW 6 | 10.00 | A Few Clouds | FEW034 | 91 | 75.9 | | | 61% | | 103 | 30.07 | 1018.0 | | | |
| 22 | 10:53 | NW 5 | 10.00 | A Few Clouds | FEW025 | 89.1 | 75 | | | 63% | | 99 | 30.07 | 1018.0 | | | |
| 22 | 09:53 | W 8 | 10.00 | A Few Clouds | FEW019 | 88 | 77 | | | 70% | | 100 | 30.07 | 1018.0 | | | |
| 22 | 07:53 | NW 5 | 10.00 | Fair | CLR | 82 | 77 | | | 85% | | 90 | 30.07 | 1018.2 | | | |
| 22 | 06:53 | N 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | 82 | 78.1 | 93% | | 81 | 30.07 | 1018.0 | | | |
| 22 | 05:53 | N 3 | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.05 | 1017.3 | | | |
| 22 | 04:53 | W 3 | 10.00 | Overcast | OVC044 | 79 | 75.9 | | | 90% | | 83 | 30.04 | 1016.9 | | | |
| 22 | 03:53 | W 6 | 10.00 | Fair | CLR | 79 | 75.9 | | | 90% | | 83 | 30.02 | 1016.3 | | | |
| 22 | 02:53 | W 6 | 10.00 | Fair | CLR | 80.1 | 75 | | | 85% | | 85 | 30 | 1015.8 | | | |
| 22 | 01:53 | W 7 | 10.00 | Fair | CLR | 81 | 75 | | | 82% | | 87 | 30.01 | 1016.1 | | | |
| 21 | 23:53 | SW 8 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 30.02 | 1016.5 | | | |
| 21 | 22:53 | SW 6 | 10.00 | Fair | CLR | 84 | 75 | | | 74% | | 92 | 30.02 | 1016.2 | | | |
| 21 | 21:53 | SW 10 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 30.01 | 1015.9 | | | |
| 21 | 20:53 | SW 6 | 10.00 | Fair | CLR | 87.1 | 75 | | | 67% | | 97 | 30 | 1015.7 | | | |
| 21 | 19:53 | SW 7 | 10.00 | Fair | CLR | 89.1 | 75 | | | 63% | | 99 | 30 | 1015.6 | | | |
| 21 | 18:53 | W 8 | 10.00 | Fair | CLR | 91.9 | 73.9 | 95 | 91.9 | 56% | | 102 | 30 | 1015.5 | | | |
| 21 | 17:53 | SW 8 | 10.00 | Fair | CLR | 93 | 73.9 | | | 54% | | 103 | 29.99 | 1015.5 | | | |
| 21 | 16:53 | W 8 | 10.00 | Fair | CLR | 95 | 72 | | | 47% | | 103 | 30 | 1015.8 | | | |
| 21 | 15:53 | W 8 | 10.00 | Fair | CLR | 95 | 73 | | | 49% | | 105 | 30.02 | 1016.4 | | | |
| 21 | 14:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT038 | 93 | 73 | | | 52% | | 102 | 30.04 | 1017.1 | | | |
| 21 | 13:53 | NW 6 | 10.00 | Fair | CLR | 93 | 73 | | | 52% | | 102 | 30.06 | 1017.6 | | | |
| 21 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 91.9 | 73 | 91.9 | 75.9 | 54% | | 101 | 30.08 | 1018.3 | | | |
| 21 | 11:53 | NW 6 | 10.00 | A Few Clouds | FEW030 | 91 | 77 | | | 64% | | 105 | 30.1 | 1019.0 | | | |
| 21 | 10:53 | Calm | 10.00 | Partly Cloudy | SCT018 SCT034 | 88 | 75.9 | | | 68% | | 99 | 30.11 | 1019.5 | | | |
| 21 | 09:53 | NW 5 | 10.00 | Partly Cloudy | SCT020 SCT022 SCT027 | 84.9 | 78.1 | | | 80% | | 97 | 30.11 | 1019.6 | | | |
| 21 | 08:53 | Calm | 10.00 | A Few Clouds | FEW022 FEW029 | 84 | 78.1 | | | 82% | | 95 | 30.11 | 1019.5 | | | |
| 21 | 07:53 | NE 3 | 10.00 | Mostly Cloudy | BKN023 | 80.1 | 77 | | | 90% | | 86 | 30.11 | 1019.3 | | | |
| 21 | 06:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | 81 | 75 | 97% | | 75 | 30.09 | 1018.6 | | | |
| 21 | 05:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.07 | 1017.9 | | | |
| 21 | 04:53 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.04 | 1017.0 | | | |
| 21 | 03:53 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.04 | 1017.2 | | | |
| 21 | 02:53 | Calm | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.05 | 1017.4 | | | |
| 21 | 01:53 | Calm | 10.00 | Fair | CLR | 80.1 | 75.9 | | | 87% | | 85 | 30.06 | 1017.6 | | | |
| 21 | 00:53 | SW 7 | 10.00 | Fair | CLR | 81 | 75.9 | 91 | 81 | 85% | | 87 | 30.07 | 1018.1 | | | |
| 20 | 23:53 | SW 7 | 10.00 | Fair | CLR | 82 | 75.9 | | | 82% | | 89 | 30.07 | 1018.1 | | | |
| 20 | 22:53 | SW 7 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 30.08 | 1018.3 | | | |
| 20 | 21:53 | SW 9 | 10.00 | Fair | CLR | 84.9 | 75 | | | 72% | | 93 | 30.07 | 1018.1 | | | |
| 20 | 20:53 | SW 9 | 10.00 | Fair | CLR | 86 | 73.9 | | | 67% | | 94 | 30.06 | 1017.8 | | | |
| 20 | 19:53 | SW 8 | 10.00 | Fair | CLR | 88 | 73 | | | 61% | | 96 | 30.05 | 1017.4 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002409