# Exhibit B

## DAILY LINE COUNT / LOG SHEET

DATE : 7/21/25

LINE # _24 + 25_

PUSHER: _M. Karinsy / E. Brown_

GUN GUARD: _T. Haines_

GUN GUARD : _J. Crause_

AM COUNT: _42X_

PM COUNT: _0_

| DORM | COUNT | |
|------|-------|---|
| Ful- | 0 | |
| Ful-2 | 2 | |
| Ful-3 | 22 | |
| Ful-4 | 18 | |
| Total | 42X | |
| | | |
| | | |
| | | |
| | | |

**COMENTS:**

6:30 Arrived at Falcon checkout gate.

7:40 Checked out (42X)

7:46 Arrived at the patato field (1) Shade trailer (1) portable toilet (1) handwash station (4) water coolers on sight. I offered sunscreen to all inmates. (All of them refused) All water coolers are freely available at all times.

8:30 Break offered to all inmates.

9:03 Angola alerted all units of "HEAT ALERT". I immediately stopped all work, called all the inmates to the shade trailer for a mandatory break.

9:15 Mandatory break over.

9:30 Called in count to camp D daily post Ful, 0,2,22,18 total (42X)

10:00 Mandatory break time, I stopped all work and called all inmates to shade trailer.

10:15 Mandatory Break over.

11:00 head land, I loaded the bus with a total of (42X)

11:10 Arrived at Falcon checkout gate and checked in a total of (42X)

revised 08/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B/

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD : msgt Mayberry

AM COUNT: 46

PM COUNT:

DATE : 7-21-25

| DORM | COUNT | |
|---|---|---|
| E 1 | 1. | 1 |
| 2 | 6 | 6 |
| 3 | 18  19 | 19 |
| 4 | 18 | 18 |
| E 1 | 1. | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |

## COMENTS:

- 6:20 arrived at camp D Falcon gate
- 6:45 checked out 46 x
- 7:30 arrived at Processing Plant
- 7:40 began to GI
- 8:00 electrical maintenance arrived A/S
- 8:30 made rounds A/S
- 9:00 finished GI
- 9:30 called in count A/S
- 10:00 began to wash potatoes
- 10:20 called medical for inmate Ahkemon Dardell 712214 slip and fall
- 10:30 lunch medical arrived inmate Ahkemon Dardell taken to med
- 11:00 electrical maintenance departed
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headland

VOTE002423
revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

LINE # __24 & 25__

PUSHER: Msgt Arrington

GUN GUARD: Msgt Brown

GUN GUARD: Msgt Gains

AM COUNT: __47__

PM COUNT: _____

DATE: 7-2_-__

| DORM _Falcon_ | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 3 | |
| 3 | 22 | |
| 4 | 21 | |
| | | |
| EAC 1 | 0 | |
| 2 | 1 | |
| 3 | 0 | |
| 4 | 0 | |

58
67
125

COMENTS:

6:28 Arrived at Camp D Falcon Gate
7:00 Opened outside and inside gates
7:30 Checked out 47x enroute to potato field
7:45 Arrived at Potato Field - offenders offered
Sunscreen, Shade trailer, Porta potty, and
(4) water cooler on site  offenders allowed to
drink water at will
8:00 Heat Alert - all work stopped at this time
0 Heat percaustion offenders on line
8:15 Break ended
9:00 Break - 15 minutes
10:00 Break - 15 minutes
11:00 Work stopped
11:05 Head land enroute to Camp D
11:20 Arrived at Camp D Falcon Gates
11:30 Opened outside and inside gate Checked in
47x

VOTE002424
revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

DATE: 7-22-25

LINE # 6A/6B/

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Ellis/Mayberry

AM COUNT: 48

PM COUNT:

| DORM | COUNT | |
|------|-------|---|
| E 1 | 1 | 1 |
| 2 | ' 8 | 7 |
| 3 | '' 17 | 19 |
| 4 | ''' 13 | 16 |
| E 1 | 1 | 1 |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:20 arrived at comp D Falcon gate
- 6:45 checked out 48
- 7:15 arrived at Processing Plant
- 7:25 began to GI
- 7:30 made rounds A/S
- 7:45 inmate George Carroll #359577 taken in with no duty status
- 7:50 called medical for inmate christopher Hutsell #707737
- 8:00 inmate Milton Mccoy #631492 taken in for lockup taken to camp D
- 8:30 made rounds A/S
- 8:45 medical arrived for christopher Hutsell #707737 taken to camp D
- 9:00 made rounds A/S
- 9:10 inmate Hakeem Mumphrey #496331 taken in for Lockup
- 9:15 inmate Eddie Lane seen by medical taken to camp D
- 9:20 Isiah Childs #623711 taken inside for callout camp D
- 9:30 Count called in began to wash and peel potatoes
- 10:00 began to process potatoes
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S

VOTE002425
revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

DATE: 7-22-25

LINE # 6A/6B

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: nsgt Ellis/mayberry

AM COUNT: 48

PM COUNT:

| DORM | COUNT | |
|------|-------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 12⁰⁰ made sounds A/S
- 12³⁰ made sounds A/S
- 1⁰⁰ finished processing and peeling potatoes
- 1³⁰ made sounds A/S
- 2⁰⁰ headland

VOTE002426

# DAILY LINE COUNT / LOG SHEET

LINE #  24 + 25

PUSHER: MSgt. Faunes

GUN GUARD: MSgt. E. Brun

GUN GUARD: Sgt J. Crouse

AM COUNT: 33X

PM COUNT: 33X

DATE: 7/23/23

| DORM | COUNT | |
|------|-------|--|
| F8 | 1 | |
| | | |
| F1 | 0 | |
| F2 | 1 | |
| F3 | 16 | |
| F4 | 15 | |
| | | |
| | | |
| | | |

COMENTS:
6:25/am: Arrived at Camp D Falcon gate
7:04/am: Open outside + inside Gates
7:36/am: Checked 33X in Route to Potato Field
7:45/am: arrived at Potato Field, Offered sunscreen, Shade Trailer
(1) Portapoty (1) Hand wash Station (4) Water Coolers. Offenders
allowed to Drink Water @ Will.
8:05am: Heat alert. All work Stopped. Ø Heat precautions
9:00am: Break offered.
9:28am: Counted Offenders 1/E1-0 E2-1 E3-0 E4-0
F1-0 F2-1 F3 16 F4-15
9:30am: Break offered
10:25am: Break offered
11:10 am: Head Land. 146X potato crates
11:25 am: arrived at Camp D Falcon Gate 33X
Returned to Camp D.

# DAILY LINE COUNT / LOG SHEET

LINE #  6A/6B

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Mayberry/Ellis

AM COUNT: 43

PM COUNT:

DATE: 7-23-25

| DORM | COUNT | |
|------|-------|---|
| E 1 | 1 | |
| E 1 | 1 | |
| 2 | 6 | |
| 3 | 17 | |
| 4 | 18 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:30 arrived at Camp D Falcon gate
- 6:50 checked out 43x
- 7:25 arrived at Processing Plant
- 7:30 began to GI
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 made rounds A/S
- 9:30 called in count
- 9:50 called medical 3 inmate Traveon Cannon #773314
- 10:00 made rounds A/S
- 10:20 medical Elkins arrived
- 10:30 lunch
- 10:45 medical departing after treating inmate Traveon Cannon #773314
- 11:00 made rounds A/S
- 11:30 began to wash and process potatoes
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 12:45 finished washing and processing
- 1:00 made rounds A/S
- 1:30 headland

VOTE002428

## DAILY LINE COUNT / LOG SHEET

LINE # _24 & 25_

PUSHER: _Msgt Arrington_

GUN GUARD: _Msgt Brown_

GUN GUARD: _Msgt Gains_

AM COUNT: _30_

PM COUNT: _____

DATE : 7/24/25

| DORM Falcon | COUNT | |
|---|---|---|
| | Ø | |
| 2 | 1 | |
| 3 | 15 | |
| 4 | 13 | |
| | | |
| GAG | | |
| 1 | Ø | |
| 2 | 1 | |
| 3 | Ø | |
| 4 | Ø | |

COMENTS:

6:40a Arrived at Camp D Falcon Gate
7:12a Opened outside and inside gates
7:48a Checked out 30x enroute to potato field
7:58a Arrived at Potato field - offenders offered
sun screen- shade trailer, Porta Potty, and (4)
water coolers, offender allowed to drink
water at will
8:00a Heat Alert - all work stopped at this
time. Ø Heat percaustion on line
8:15a Heat alert Break ended
9:00a Break
9:15a Break ended
9:30 Called in count to camp D sally port
10:00a Break
10:15a Break ended
11:00 Work stopped
11:10 Headland enroute to camp D
11:25 Arrived at Camp D Falcon Gate
11:32 Checked in 30x

VOTE002429
revised 03/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # 6A/6B

PUSHER: msgt Griffin

GUN GUARD: msgt Mayberry

GUN GUARD: msgt Washington

AM COUNT: 30

PM COUNT:

DATE: 7-24-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | 1 |
| 2 | 6 | 6 |
| 3 | 89 | 9 |
| 4 | 19 | 14 |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:30 arrived at camp D Falcon gate
- 6:50 checked out 30x
- 7:00 arrived at Processing Plant
- 7:30 began to peel potators
- 8:00 made rounds A/S
- 8:30 made rounds A/S
- 9:00 innate Shawn Chaisson # 718279 token back to camp D callout
- 9:30 called in count
- 10:00 finished peeling potatoes started processing
- 10:30 lunch
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 headland

## DAILY LINE COUNT / LOG SHEET

LINE # _15_

PUSHER: _Lt. Karlson_

GUN GUARD: _Sgt. Crouse_

GUN GUARD : _N/A_

AM COUNT: _7_

PM COUNT: _0_

DATE : _7-24-25_

| DORM _Bear_ | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 6 | |
| 3 | 0 | |
| 4 | 1 | |
| Total: | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:00 am Roll call

6:44 am Arrived at Bear gate

7:08 am Opened Beargate

7:23 am Checked out 7x

7:55 am Arrived at bell pepper Field. Shade trailer, portable toilet, hand wash station, and 3 water coolers onsite. Sunscreen offered to inmates. All water coolers are freely available to all inmates at all times.

7:50 am Notified of heat alert by Control Center via radio. I immediately stopped all work and called all inmates to the shade trailer for mandatory break.

8:05 am Mandatory break over

9:00 am Mandatory break

9:15 am Mandatory break over

9:42 am Called in count to Camp C sallyport Bear: 0,6,0,1 Total: 7x

10:00 am Mandatory break

10:15 am Mandatory break over

11:00 am Called for headland. Loaded bus w/ 7x

11:12 am Checked in 7x at Camp C sallyport

## DAILY LINE COUNT / LOG SHEET

LINE #  24 + 25

PUSHER: MSgt. I. Gaines

GUN GUARD: MSgt. E. Brown

GUN GUARD: Sgt. J. Cruse

AM COUNT: 36X

PM COUNT:

DATE: 7-25-25

| DORM | COUNT | |
|------|-------|--|
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |

COMENTS:

6:38am: arrived @ Camp D Falcon gate
7:05am: Checking out Lines
7:30am: 36x out of Falcon Unit
7:40am: arrived @ watermelon Field. (1) Shade trailer (1) Hand
Wash (1) Portadohn (4) water coolers.
8:40am: announced Break
8:55am: Break over.
9:00am: Angela announced "Heat Alert" all work stopped Mandatory
cool down Break.
9:15am: Break over
9:30am Counted offenders 36x Called into Camp D Sallyport
10:15am: Announced Break
10:30am: Break over          — Mjr. Ridgyun made Round
11:30am Announced Break
11:45am: Break over      — Col Rosso made Round
12:10pm: "Head Land"
12:20pm: in Route to Camp D Falcon Gate
12:27pm: arrived @ Falcon Gate 36x Returned to Camp.

# DAILY LINE COUNT / LOG SHEET

LINE # **6A/6B**

PUSHER: msgt Griffin

GUN GUARD: msgt Washington

GUN GUARD: msgt Mayberry

AM COUNT: **48**

PM COUNT: **21**

DATE: 7-25-25

| DORM | COUNT | |
|---|---|---|
| F1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:30 arrived at camp D Falcon gate
- 6:50 checked out 48x
- 7:05 arrived at Processing Plant
- 7:30 began to wash Banana Peppers
- 7:45 began to pop peppers
- 8:50 began to dice Banana Peppers
- 9:00 began to wash bell peppers
- 9:15 began to pop bell peppers
- 9:30 shortlined
- 10:00 began to dice bell peppers
- 10:30 finished dicing bell peppers and banana peppers
- 11:00 made rounds A/S
- 11:30 made rounds A/S
- 12:00 made rounds A/S
- 12:30 made rounds A/S
- 1:00 head/and

VOTE002433