UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

## ORDER

Having determined that a site visit is required to adjudicate the pending claims in the above-captioned case,

**IT IS ORDERED** that Counsel for the parties shall inform the Court of their availability for a visit to Louisiana State Penitentiary in Angola, Louisiana on August 22, 2025, or August 27, 2025.

**IT IS FURTHER ORDERED** that Counsel shall inform the Court of their availability on the above-mentioned dates on or before August 5, 2025.

Baton Rouge, Louisiana, this **31st** day of July, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA