# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 02 | 06:55 | NW 5 | 10.00 | Fair | CLR | 73.6 | 72.1 | 75.4 | 73.6 | 95% | | | 30.1 | | 0.0 | | |
| 02 | 06:35 | NW 5 | 10.00 | Partly Cloudy | SCT110 | 73.8 | 72.1 | | | 95% | | | 30.11 | | 0.0 | | |
| 02 | 06:15 | Calm | 10.00 | Mostly Cloudy | BKN110 | 73.9 | 72.1 | | | 94% | | | 30.1 | | 0.0 | | |
| 02 | 05:55 | NW 5 | 10.00 | Partly Cloudy | SCT110 | 74.3 | 72.1 | | | 93% | | | 30.1 | | 0.0 | | |
| 02 | 05:35 | N 7 | 10.00 | Fair | CLR | 74.7 | 72.5 | | | 93% | | | 30.1 | | 0.0 | | |
| 02 | 05:15 | N 7 | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 30.1 | | 0.0 | | |
| 02 | 04:55 | N 6 | 10.00 | Fair | CLR | 74.5 | 72.7 | | | 94% | | | 30.09 | | 0.0 | | |
| 02 | 04:35 | N 5 | 10.00 | Fair | CLR | 74.3 | 72.3 | | | 94% | | | 30.08 | | 0.0 | | |
| 02 | 04:15 | N 3 | 10.00 | Partly Cloudy | SCT050 | 74.8 | 72.5 | | | 92% | | | 30.08 | | 0.0 | | |
| 02 | 03:55 | N 3 | 10.00 | Fair | CLR | 75 | 72.9 | | | 93% | | 74 | 30.09 | | 0.0 | | |
| 02 | 03:35 | Calm | 10.00 | Fair | CLR | 75.2 | 72.9 | | | 92% | | 74 | 30.08 | | 0.0 | | |
| 02 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT050 | 75.2 | 73.4 | | | 94% | | 74 | 30.08 | | 0.0 | | |
| 02 | 02:55 | N 3 | 10.00 | Partly Cloudy | SCT050 | 75.2 | 73.4 | | | 94% | | 74 | 30.09 | | 0.0 | | |
| 02 | 02:35 | N 3 | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 30.08 | | 0.0 | | |
| 02 | 02:15 | N 3 | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 30.09 | | 0.0 | | |
| 02 | 01:55 | N 3 | 10.00 | Partly Cloudy | SCT120 | 75.2 | 72.9 | | | 92% | | 74 | 30.09 | | 0.0 | | |
| 02 | 01:35 | Calm | 10.00 | Mostly Cloudy | BKN120 | 75.2 | 73.4 | | | 94% | | 74 | 30.1 | | 0.0 | | |
| 02 | 01:15 | Calm | 10.00 | Mostly Cloudy | BKN120 | 75.2 | 73.6 | | | 95% | | 74 | 30.1 | | 0.0 | | |
| 02 | 00:55 | Calm | 10.00 | Fair | CLR | 75.4 | 73.6 | 81.7 | 74.8 | 94% | | 74 | 30.11 | | 0.0 | | 0.22 |
| 02 | 00:35 | Calm | 10.00 | Partly Cloudy | SCT036 | 75.7 | 73.8 | | | 94% | | 75 | 30.11 | | 0.0 | | |
| 02 | 00:15 | Calm | 10.00 | Fair | CLR | 75.7 | 73.8 | | | 94% | | 75 | 30.11 | | 0.0 | | |
| 01 | 23:55 | Calm | 10.00 | Fair | CLR | 75.9 | 73.8 | | | 93% | | 76 | 30.12 | | 0.0 | | |
| 01 | 23:35 | Calm | 10.00 | Fair | CLR | 75.7 | 73.8 | | | 94% | | 75 | 30.12 | | 0.0 | | |
| 01 | 23:15 | Calm | 10.00 | Partly Cloudy | SCT039 SCT110 | 75.9 | 73.8 | | | 93% | | 76 | 30.11 | | 0.0 | | |
| 01 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT110 | 75.6 | 73.6 | | | 94% | | 75 | 30.11 | | 0.0 | | |
| 01 | 22:35 | N 3 | 10.00 | Partly Cloudy | SCT060 SCT070 | 75.7 | 73.8 | | | 94% | | 75 | 30.11 | | 0.0 | | |
| 01 | 22:15 | Calm | 10.00 | Mostly Cloudy | SCT048 SCT060 BKN080 | 75.9 | 74.1 | | | 94% | | 75 | 30.12 | | 0.0 | | |
| 01 | 21:55 | NW 3 | 10.00 | Partly Cloudy | SCT070 | 75.7 | 73.6 | | | 93% | | 75 | 30.11 | | 0.0 | | 0.22 |
| 01 | 21:35 | Calm | 10.00 | Light Rain | SCT070 SCT120 | 76.1 | 73.6 | | | 92% | | 76 | 30.09 | | 0.0 | | |
| 01 | 21:15 | Calm | 10.00 | Light Drizzle | SCT042 SCT060 BKN120 | 76.1 | 73.4 | | | 91% | | 76 | 30.09 | | 0.0 | | |
| 01 | 20:55 | NW 6 | 5.00 | Light Rain | SCT025 BKN041 OVC055 | 76.1 | 72.5 | | | 89% | | 76 | 30.09 | | 0.0 | 0.2 | |
| 01 | 20:35 | N 8 | 5.00 | Heavy Rain | SCT025 BKN035 OVC060 | 76.5 | 73.4 | | | 90% | | 77 | 30.1 | | 0.0 | 0.08 | |
| 01 | 20:15 | N 7 | 10.00 | Overcast | BKN035 BKN042 OVC070 | 78.8 | 74.5 | | | 87% | | 82 | 30.09 | | 0.0 | | |
| 01 | 19:55 | N 12 G 18 | 10.00 | Mostly Cloudy | SCT034 SCT044 BKN080 | 80.1 | 76.6 | | | 89% | | 86 | 30.09 | | 0.0 | 0.01 | |
| 01 | 19:35 | SE 5 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT037 SCT048 BKN080 | 79.7 | 75.9 | | | 88% | | 85 | 30.07 | | 0.0 | 0.01 | |
| 01 | 19:15 | SE 6 | 0.00 | Thunderstorm | NULL | 80.8 | 76.5 | | | 87% | | 87 | 30.06 | | 0.0 | | |
| 01 | 11:35 | NE 5 | 10.00 | Fair | CLR | 86.2 | 74.5 | | | 68% | | 95 | 30.13 | | 0.0 | | |
| 01 | 11:15 | NE 5 | 10.00 | Fair | CLR | 85.6 | 74.5 | | | 69% | | 94 | 30.13 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 01 | 11:35 | NE 5 | 10.00 | Fair | CLR | 86.2 | 74.5 | | | 68% | | 95 | 30.13 | | 0.0 | | |
| 01 | 11:15 | NE 5 | 10.00 | Fair | CLR | 85.6 | 74.5 | | | 69% | | 94 | 30.13 | | 0.0 | | |
| 01 | 10:55 | Calm | 10.00 | Partly Cloudy | SCT019 | 83.8 | 74.3 | | | 73% | | 91 | 30.13 | | 0.0 | | |
| 01 | 10:35 | Calm | 10.00 | Partly Cloudy | SCT019 | 83.3 | 75 | | | 76% | | 91 | 30.13 | | 0.0 | | |
| 01 | 10:15 | Calm | 10.00 | Fair | CLR | 82.9 | 74.3 | | | 75% | | 90 | 30.13 | | 0.0 | | |
| 01 | 09:55 | Calm | 10.00 | Fair | CLR | 82 | 74.5 | | | 78% | | 88 | 30.13 | | 0.0 | | |
| 01 | 09:35 | Calm | 10.00 | Fair | CLR | 81.5 | 73.6 | | | 77% | | 87 | 30.13 | | 0.0 | | |
| 01 | 09:15 | Calm | 10.00 | Fair | CLR | 80.2 | 74.3 | | | 82% | | 85 | 30.12 | | 0.0 | | |
| 01 | 08:55 | N 5 | 10.00 | Partly Cloudy | SCT008 | 79 | 74.5 | | | 86% | | 83 | 30.12 | | 0.0 | | |
| 01 | 08:35 | N 5 | 10.00 | Partly Cloudy | SCT008 | 77.9 | 75.2 | | | 91% | | 80 | 30.12 | | 0.0 | | |
| 01 | 08:15 | NW 8 | 10.00 | Partly Cloudy | SCT007 | 77 | 75.2 | | | 94% | | 78 | 30.11 | | 0.0 | | |
| 01 | 07:55 | N 6 | 10.00 | Partly Cloudy | SCT007 | 76.1 | 75.2 | | | 97% | | 75 | 30.1 | | 0.0 | | |
| 01 | 07:35 | Calm | 10.00 | Fair | CLR | 75 | 74.3 | | | 98% | | 73 | 30.1 | | 0.0 | | |
| 01 | 07:15 | Calm | 7.00 | Fair | CLR | 74.3 | 73.8 | | | 98% | | | 30.1 | | 0.0 | | |
| 01 | 06:55 | Calm | 7.00 | Fair | CLR | 73.6 | 73.2 | 75.2 | 73.4 | 99% | | | 30.1 | | 0.0 | | |
| 01 | 06:35 | Calm | 7.00 | Fair | CLR | 73.4 | 72.9 | | | 98% | | | 30.09 | | 0.0 | | |
| 01 | 06:15 | Calm | 7.00 | Partly Cloudy | SCT009 | 73.4 | 72.9 | | | 98% | | | 30.08 | | 0.0 | | |
| 01 | 05:55 | Calm | 7.00 | Partly Cloudy | SCT009 | 73.4 | 72.9 | | | 98% | | | 30.08 | | 0.0 | | |
| 01 | 05:35 | Calm | 7.00 | Fair | CLR | 73.6 | 73 | | | 98% | | | 30.07 | | 0.0 | | |
| 01 | 05:15 | Calm | 10.00 | Fair | CLR | 73.8 | 73.4 | | | 99% | | | 30.07 | | 0.0 | | |

VOTE002479

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 01 | 04:55 | SE 3 | 10.00 | Fair | CLR | 73.8 | 73.4 | | | 99% | | | 30.06 | 0.0 | | | |
| 01 | 04:35 | Calm | 10.00 | Fair | CLR | 74.1 | 73.4 | | | 98% | | | 30.05 | 0.0 | | | |
| 01 | 04:15 | Calm | 7.00 | Fair | CLR | 74.1 | 73.4 | | | 98% | | | 30.06 | 0.0 | | | |
| 01 | 03:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73.4 | | | 97% | | | 30.06 | 0.0 | | | |
| 01 | 03:35 | Calm | 10.00 | Partly Cloudy | SCT007 | 74.5 | 73.6 | | | 97% | | | 30.06 | 0.0 | | | |
| 01 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT007 | 74.5 | 73.6 | | | 97% | | | 30.06 | 0.0 | | | |
| 01 | 02:55 | NE 3 | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 30.06 | 0.0 | | | |
| 01 | 02:35 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | | | 97% | | | 30.05 | 0.0 | | | |
| 01 | 02:15 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | | | 97% | | | 30.05 | 0.0 | | | |
| 01 | 01:55 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.05 | 0.0 | | | |
| 01 | 01:35 | E 3 | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.05 | 0.0 | | | |
| 01 | 01:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.04 | 0.0 | | | |
| 01 | 00:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.8 | 82.9 | 75.2 | 95% | | 74 | 30.05 | 0.0 | | | 0.01 |
| 01 | 00:35 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.05 | 0.0 | | | |
| 01 | 00:15 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 30.04 | 0.0 | | | |
| 31 | 23:55 | Calm | 10.00 | Fair | CLR | 76.1 | 73.8 | | | 93% | | 76 | 30.04 | 0.0 | | | |
| 31 | 23:35 | Calm | 10.00 | Fair | CLR | 76.1 | 72.9 | | | 90% | | 76 | 30.05 | 0.0 | | | |
| 31 | 23:15 | NW 3 | 10.00 | Fair | CLR | 76.5 | 72.5 | | | 88% | | 77 | 30.06 | 0.0 | | | |
| 31 | 22:55 | Calm | 10.00 | Light Rain | SCT050 SCT070 | 76.5 | 73.6 | | | 91% | | 77 | 30.07 | 0.0 | 0.01 | | |
| 31 | 22:35 | Calm | 10.00 | Thunderstorm in Vicinity | SCT050 | 76.6 | 73.4 | | | 90% | | 77 | 30.05 | 0.0 | | | |
| 31 | 22:15 | Calm | 10.00 | Partly Cloudy | SCT050 SCT110 | 76.6 | 73.6 | | | 90% | | 77 | 30.05 | 0.0 | | | |
| 31 | 21:55 | NE 5 | 10.00 | Thunderstorm in Vicinity | SCT030 SCT041 SCT050 | 77.5 | 72.5 | | | 85% | | 79 | 30.05 | 0.0 | | | |
| 31 | 21:35 | N 6 | 10.00 | Overcast | BKN024 BKN033 OVC050 | 79.2 | 74.7 | | | 86% | | 83 | 30.04 | 0.0 | | | |
| 31 | 21:15 | N 9 | 10.00 | Overcast | SCT024 BKN042 OVC060 | 79.2 | 76.5 | | | 91% | | 84 | 30.04 | 0.0 | | | |

VOTE002480

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 31 | 20:55 | Calm | 7.00 | Mostly Cloudy | SCT055 BKN065 BKN075 | 79.7 | 77.5 | | | 93% | | 85 | 30.03 | 0.0 | | | |
| 31 | 20:35 | Calm | 10.00 | Fair | CLR | 79.7 | 77.5 | | | 93% | | 85 | 30.03 | 0.0 | | | |
| 31 | 20:15 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 80.2 | 77.2 | | | 90% | | 86 | 30.02 | 0.0 | | | |
| 31 | 19:55 | Calm | 10.00 | Fair | CLR | 81 | 77.9 | | | 90% | | 88 | 30.01 | 0.0 | | | |
| 31 | 19:35 | N 3 | 10.00 | Fair | CLR | 82 | 77.9 | | | 87% | | 91 | 30.01 | 0.0 | | | |
| 31 | 19:15 | Calm | 10.00 | Fair | CLR | 82.6 | 78.3 | | | 87% | | 92 | 30.01 | 0.0 | | | |
| 31 | 18:35 | Calm | 10.00 | Partly Cloudy | SCT120 | 82.4 | 78.6 | | | 88% | | 92 | 30 | 0.0 | | | |
| 31 | 18:15 | Calm | 10.00 | Mostly Cloudy | BKN120 | 82.4 | 78.8 | | | 89% | | 92 | 30 | 0.0 | | | |
| 31 | 17:55 | E 7 | 10.00 | Partly Cloudy | SCT110 | 81.1 | 77.2 | | | 88% | | 88 | 30 | 0.0 | | | |
| 31 | 13:55 | NE 7 | 10.00 | Partly Cloudy | SCT029 | 88.2 | 75.6 | | | 66% | | 99 | 30.04 | 0.0 | | | |
| 31 | 13:35 | N 6 | 10.00 | Partly Cloudy | SCT030 | 88.2 | 75.2 | | | 66% | | 98 | 30.05 | 0.0 | | | |
| 31 | 13:15 | NE 3 | 10.00 | Partly Cloudy | SCT030 | 87.6 | 75.4 | | | 67% | | 98 | 30.05 | 0.0 | | | |
| 31 | 12:55 | Calm | 10.00 | Partly Cloudy | SCT023 | 87.3 | 74.3 | 87.8 | 72.9 | 65% | | 96 | 30.06 | 0.0 | | | 0.01 |
| 31 | 12:35 | NE 3 | 10.00 | Partly Cloudy | SCT023 | 87.3 | 76.3 | | | 70% | | 98 | 30.07 | 0.0 | | | |
| 31 | 12:15 | NE 5 | 10.00 | Fair | CLR | 85.3 | 76.1 | | | 74% | | 95 | 30.07 | 0.0 | | | |
| 31 | 11:55 | E 3 | 10.00 | Partly Cloudy | SCT110 | 84.2 | 75.6 | | | 75% | | 93 | 30.07 | 0.0 | 0.01 | | |
| 31 | 11:35 | Calm | 10.00 | Fair | CLR | 83.1 | 75.7 | | | 79% | | 91 | 30.07 | 0.0 | 0.01 | | |
| 31 | 11:15 | Calm | 10.00 | Fair | CLR | 81.5 | 75.2 | | | 81% | | 88 | 30.07 | 0.0 | | | |
| 31 | 10:55 | Calm | 10.00 | Fair | CLR | 80.6 | 75.4 | | | 84% | | 86 | 30.07 | 0.0 | | | |
| 31 | 10:35 | Calm | 10.00 | Fair | CLR | 79 | 74.3 | | | 86% | | 83 | 30.07 | 0.0 | | | |
| 31 | 10:15 | Calm | 10.00 | Fair | CLR | 77.9 | 73.8 | | | 87% | | 80 | 30.07 | 0.0 | | | |
| 31 | 09:55 | Calm | 10.00 | Fair | CLR | 77.2 | 73.8 | | | 89% | | 79 | 30.06 | 0.0 | | | |
| 31 | 09:35 | Calm | 10.00 | Fair | CLR | 76.6 | 73.6 | | | 90% | | 77 | 30.07 | 0.0 | | | |
| 31 | 09:15 | Calm | 10.00 | Fair | CLR | 76.1 | 73.9 | | | 93% | | 76 | 30.07 | 0.0 | | | |
| 31 | 08:55 | Calm | 10.00 | Partly Cloudy | SCT004 | 75.2 | 73.9 | | | 96% | | 73 | 30.06 | 0.0 | | | |
| 31 | 08:35 | Calm | 10.00 | Mostly Cloudy | BKN004 | 74.3 | 73.4 | | | 97% | | | 30.06 | 0.0 | | | |
| 31 | 08:15 | Calm | 10.00 | Mostly Cloudy | BKN004 | 74.5 | 73.8 | | | 98% | | | 30.06 | 0.0 | | | |

VOTE002481

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 31 | 07:55 | Calm | 10.00 | Mostly Cloudy | BKN004 | 73.8 | 73 | | | 98% | | | 30.06 | 0.0 | | | |
| 31 | 07:35 | S 3 | 10.00 | Mostly Cloudy | BKN004 BKN120 | 73.6 | 73 | | | 98% | | | 30.05 | 0.0 | | | |
| 31 | 07:15 | S 3 | 10.00 | Mostly Cloudy | BKN004 | 73.4 | 72.7 | | | 98% | | | 30.05 | 0.0 | | | |
| 31 | 06:55 | Calm | 10.00 | Partly Cloudy | SCT004 | 72.9 | 72.5 | 73.6 | 72.5 | 99% | | | 30.04 | 0.0 | | | |
| 31 | 06:35 | Calm | 10.00 | Mostly Cloudy | BKN004 | 72.7 | 72.1 | | | 98% | | | 30.03 | 0.0 | | | |
| 31 | 06:15 | Calm | 7.00 | Fair | CLR | 72.7 | 72.1 | | | 98% | | | 30.02 | 0.0 | | | |
| 31 | 05:55 | Calm | 10.00 | Fair | CLR | 72.5 | 72.1 | | | 99% | | | 30.02 | 0.0 | | | |
| 31 | 05:35 | Calm | 10.00 | Fair | CLR | 72.7 | 72.1 | | | 98% | | | 30.01 | 0.0 | | | |
| 31 | 05:15 | Calm | 10.00 | Partly Cloudy | SCT075 SCT095 | 72.7 | 72.1 | | | 98% | | | 30.01 | 0.0 | | | |
| 31 | 04:55 | Calm | 10.00 | Mostly Cloudy | SCT003 BKN065 BKN080 | 72.9 | 72.3 | | | 98% | | | 30.01 | 0.0 | | | |
| 31 | 04:35 | Calm | 5.00 | Fog/Mist | SCT003 SCT065 SCT080 | 72.9 | 72.5 | | | 99% | | | 30.01 | 0.0 | | | |
| 31 | 04:15 | Calm | 5.00 | Fog/Mist | SCT065 SCT080 | 73 | 72.5 | | | 98% | | | 30 | 0.0 | | | |
| 31 | 03:55 | Calm | 7.00 | Fair | CLR | 73 | 72.5 | | | 98% | | | 30 | 0.0 | | | |
| 31 | 03:35 | Calm | 7.00 | Partly Cloudy | SCT004 | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 03:15 | Calm | 10.00 | Mostly Cloudy | BKN004 | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 02:55 | Calm | 10.00 | Overcast | OVC004 | 73.4 | 72.7 | | | 98% | | | 30.01 | 0.0 | | | |
| 31 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT004 | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 02:15 | Calm | 10.00 | Fair | CLR | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 01:55 | Calm | 10.00 | Fair | CLR | 73.2 | 72.5 | | | 98% | | | 30 | 0.0 | | | |
| 31 | 01:35 | Calm | 10.00 | Mostly Cloudy | BKN004 | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 01:15 | Calm | 10.00 | Mostly Cloudy | BKN004 | 73.4 | 72.5 | | | 97% | | | 30 | 0.0 | | | |
| 31 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT004 | 73.4 | 72.5 | 75 | 73.2 | 97% | | | 30 | 0.0 | | | |

VOTE002482

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 00:35 | Calm | 10.00 | Partly Cloudy | SCT004 | 73.6 | 72.7 | | | 97% | | | 30.01 | 0.0 | | | |
| 31 | 00:15 | SE 5 | 10.00 | Partly Cloudy | SCT004 | 73.9 | 73 | | | 97% | | | 30.01 | 0.0 | | | |
| 30 | 23:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73.4 | | | 97% | | | 30.02 | 0.0 | | | |
| 30 | 23:35 | Calm | 10.00 | Light Rain | CLR | 74.3 | 73.2 | | | 96% | | | 30.01 | 0.0 | | | |
| 30 | 23:15 | Calm | 10.00 | Light Rain | SCT070 | 74.3 | 72.9 | | | 95% | | | 30.02 | 0.0 | | | |
| 30 | 22:55 | S 5 | 10.00 | Fair | CLR | 74.5 | 72.9 | | | 95% | | | 30.01 | 0.0 | | | |
| 30 | 22:35 | Calm | 10.00 | Fair | CLR | 74.3 | 72.7 | | | 95% | | | 30.01 | 0.0 | | | |
| 30 | 22:15 | Calm | 10.00 | Fair | CLR | 74.3 | 72.7 | | | 95% | | | 30.02 | 0.0 | | | |
| 30 | 21:55 | Calm | 10.00 | Fair | CLR | 74.3 | 72.7 | | | 95% | | | 30.01 | 0.0 | | 0.04 | |
| 30 | 21:35 | NW 5 | 10.00 | Fair | CLR | 74.5 | 72.7 | | | 94% | | | 30.01 | 0.0 | | | |
| 30 | 21:15 | NW 6 | 10.00 | Fair | CLR | 75 | 72.9 | | | 93% | | 74 | 30 | 0.0 | | | |
| 30 | 20:55 | Calm | 10.00 | Fair | CLR | 73.9 | 72.5 | | | 95% | | | 29.97 | 0.0 | | | |
| 30 | 20:35 | Calm | 10.00 | Fair | CLR | 73.8 | 72 | | | 94% | | | 29.97 | 0.0 | | | |
| 30 | 20:15 | E 5 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT090 | 73.6 | 72 | | | 95% | | | 29.97 | 0.0 | | | |
| 30 | 19:55 | E 6 | 10.00 | Light Rain | SCT100 SCT120 | 73.4 | 71.8 | | | 95% | | | 29.99 | 0.0 | 0.04 | | |
| 30 | 19:35 | E 6 | 10.00 | Light Rain | SCT110 | 73.4 | 71.8 | | | 95% | | | 30.01 | 0.0 | 0.04 | | |
| 30 | 19:15 | SE 7 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT065 BKN090 OVC110 | 73.4 | 71.8 | | | 95% | | | 30.02 | 0.0 | 0.03 | | |
| 30 | 18:55 | E 6 | 7.00 | Thunderstorm Light Rain in Vicinity | SCT055 BKN075 OVC100 | 73.8 | 72.3 | | | 95% | | | 30.03 | 0.0 | 0.19 | | |
| 30 | 18:35 | E 5 | 10.00 | Thunderstorm Light Rain | SCT011 BKN049 OVC090 | 73.8 | 71.8 | | | 94% | | | 30.04 | 0.0 | 0.14 | | |
| 30 | 18:15 | E 3 | 10.00 | Thunderstorm Rain in Vicinity | SCT011 SCT050 BKN070 | 74.3 | 71.8 | | | 92% | | | 30.03 | 0.0 | 0.03 | | |
| 30 | 17:55 | S 15 G 18 | 10.00 | Thunderstorm Light Rain | SCT110 | 75.4 | 72.1 | | | 90% | | 75 | 30 | 0.0 | | | |
| 30 | 17:35 | S 9 | 10.00 | Thunderstorm | CLR | 75.2 | 70.5 | | | 85% | | 75 | 29.97 | 0.0 | | | |

VOTE002483

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 30 | 17:15 | W 6 | 0.00 | Thunderstorm in Vicinity | NULL | 0 | 0 | | | 0% | | | 29.97 | 0.0 | | | |
| 30 | 09:55 | E 3 | 10.00 | Fair | CLR | 86.2 | 79 | | | 79% | | 100 | 30.02 | 0.0 | | | |
| 30 | 09:35 | Calm | 10.00 | Fair | CLR | 85.1 | 78.8 | | | 81% | | 98 | 30.02 | 0.0 | | | |
| 30 | 09:15 | Calm | 10.00 | Fair | CLR | 84.2 | 79.2 | | | 85% | | 97 | 30.02 | 0.0 | | | |
| 30 | 08:55 | Calm | 10.00 | Fair | CLR | 83.5 | 79.9 | | | 89% | | 96 | 30.02 | 0.0 | | | |
| 30 | 08:35 | Calm | 10.00 | Fair | CLR | 82.9 | 79.7 | | | 90% | | 94 | 30.02 | 0.0 | | | |
| 30 | 08:15 | Calm | 10.00 | Fair | CLR | 82.2 | 79.2 | | | 91% | | 92 | 30.02 | 0.0 | | | |
| 30 | 07:55 | Calm | 10.00 | Fair | CLR | 81 | 78.8 | | | 93% | | 89 | 30.02 | 0.0 | | | |
| 30 | 07:35 | Calm | 10.00 | Fair | CLR | 79.9 | 78.1 | | | 94% | | 86 | 30.01 | 0.0 | | | |
| 30 | 07:15 | Calm | 10.00 | Fair | CLR | 78.8 | 77.4 | | | 95% | | 83 | 30.01 | 0.0 | | | |
| 30 | 06:55 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | 80.8 | 78.1 | 95% | | 81 | 30 | 0.0 | | | |
| 30 | 06:35 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | | | 95% | | 81 | 30 | 0.0 | | | |
| 30 | 06:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | | | 95% | | 81 | 30 | 0.0 | | | |
| 30 | 05:55 | Calm | 10.00 | Fair | CLR | 78.3 | 76.6 | | | 95% | | 81 | 30 | 0.0 | | | |
| 30 | 05:35 | Calm | 10.00 | Fair | CLR | 78.3 | 76.8 | | | 95% | | 81 | 29.98 | 0.0 | | | |
| 30 | 05:15 | Calm | 10.00 | Fair | CLR | 78.4 | 77 | | | 95% | | 82 | 29.99 | 0.0 | | | |
| 30 | 04:55 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 29.99 | 0.0 | | | |
| 30 | 04:35 | E 3 | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 29.99 | 0.0 | | | |
| 30 | 04:15 | SE 3 | 10.00 | Fair | CLR | 79.7 | 77.2 | | | 92% | | 85 | 29.99 | 0.0 | | | |
| 30 | 03:55 | SE 6 | 10.00 | Partly Cloudy | SCT075 | 79.7 | 77.5 | | | 93% | | 85 | 29.98 | 0.0 | | | |
| 30 | 03:35 | S 5 | 10.00 | Mostly Cloudy | BKN075 | 80.2 | 77.5 | | | 92% | | 87 | 30 | 0.0 | | | |
| 30 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT120 | 79.7 | 77.9 | | | 94% | | 85 | 30 | 0.0 | | | |
| 30 | 02:55 | Calm | 10.00 | Mostly Cloudy | BKN120 | 79.2 | 77.9 | | | 96% | | 84 | 30 | 0.0 | | | |
| 30 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT110 | 79.7 | 77.9 | | | 94% | | 85 | 30 | 0.0 | | | |
| 30 | 02:15 | Calm | 10.00 | Fair | CLR | 80.1 | 78.3 | | | 94% | | 86 | 29.99 | 0.0 | | | |
| 30 | 01:55 | Calm | 10.00 | Fair | CLR | 79.9 | 77.9 | | | 94% | | 86 | 30 | 0.0 | | | |
| 30 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT095 | 80.1 | 78.1 | | | 94% | | 86 | 29.99 | 0.0 | | | |
| 30 | 01:15 | Calm | 10.00 | Fair | CLR | 80.6 | 78.3 | | | 93% | | 88 | 29.99 | 0.0 | | | |
| 30 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT090 | 80.6 | 78.3 | | | 93% | | 88 | 30 | 0.0 | | | |

VOTE002484



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 09:55 | E 3 | 10.00 | Fair | CLR | 86.2 | 79 | | | 79% | | 100 | 30.02 | | 0.0 | | |
| 30 | 09:35 | Calm | 10.00 | Fair | CLR | 85.1 | 78.8 | | | 81% | | 98 | 30.02 | | 0.0 | | |
| 30 | 09:15 | Calm | 10.00 | Fair | CLR | 84.2 | 79.2 | | | 85% | | 97 | 30.02 | | 0.0 | | |
| 30 | 08:55 | Calm | 10.00 | Fair | CLR | 83.5 | 79.9 | | | 89% | | 96 | 30.02 | | 0.0 | | |
| 30 | 08:35 | Calm | 10.00 | Fair | CLR | 82.9 | 79.7 | | | 90% | | 94 | 30.02 | | 0.0 | | |
| 30 | 08:15 | Calm | 10.00 | Fair | CLR | 82.2 | 79.2 | | | 91% | | 92 | 30.02 | | 0.0 | | |
| 30 | 07:55 | Calm | 10.00 | Fair | CLR | 81 | 78.8 | | | 93% | | 89 | 30.02 | | 0.0 | | |
| 30 | 07:35 | Calm | 10.00 | Fair | CLR | 79.9 | 78.1 | | | 94% | | 86 | 30.01 | | 0.0 | | |
| 30 | 07:15 | Calm | 10.00 | Fair | CLR | 78.8 | 77.4 | | | 95% | | 83 | 30.01 | | 0.0 | | |
| 30 | 06:55 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | 80.8 | 78.1 | 95% | | 81 | 30 | | 0.0 | | |
| 30 | 06:35 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | | | 95% | | 81 | 30 | | 0.0 | | |
| 30 | 06:15 | Calm | 10.00 | Fair | CLR | 78.1 | 76.6 | | | 95% | | 81 | 30 | | 0.0 | | |
| 30 | 05:55 | Calm | 10.00 | Fair | CLR | 78.3 | 76.6 | | | 95% | | 81 | 30 | | 0.0 | | |
| 30 | 05:35 | Calm | 10.00 | Fair | CLR | 78.3 | 76.8 | | | 95% | | 81 | 29.98 | | 0.0 | | |
| 30 | 05:15 | Calm | 10.00 | Fair | CLR | 78.4 | 77 | | | 95% | | 82 | 29.99 | | 0.0 | | |
| 30 | 04:55 | Calm | 10.00 | Fair | CLR | 78.8 | 77 | | | 94% | | 83 | 29.99 | | 0.0 | | |
| 30 | 04:35 | E 3 | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 29.99 | | 0.0 | | |
| 30 | 04:15 | SE 3 | 10.00 | Fair | CLR | 79.7 | 77.2 | | | 92% | | 85 | 29.99 | | 0.0 | | |
| 30 | 03:55 | SE 6 | 10.00 | Partly Cloudy | SCT075 | 79.7 | 77.5 | | | 93% | | 85 | 29.98 | | 0.0 | | |
| 30 | 03:35 | S 5 | 10.00 | Mostly Cloudy | BKN075 | 80.2 | 77.5 | | | 92% | | 87 | 30 | | 0.0 | | |
| 30 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT120 | 79.7 | 77.9 | | | 94% | | 85 | 30 | | 0.0 | | |
| 30 | 02:55 | Calm | 10.00 | Mostly Cloudy | BKN120 | 79.2 | 77.9 | | | 96% | | 84 | 30 | | 0.0 | | |
| 30 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT110 | 79.7 | 77.9 | | | 94% | | 85 | 30 | | 0.0 | | |
| 30 | 02:15 | Calm | 10.00 | Fair | CLR | 80.1 | 78.3 | | | 94% | | 86 | 29.99 | | 0.0 | | |
| 30 | 01:55 | Calm | 10.00 | Fair | CLR | 79.9 | 77.9 | | | 94% | | 86 | 30 | | 0.0 | | |
| 30 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT095 | 80.1 | 78.1 | | | 94% | | 86 | 29.99 | | 0.0 | | |
| 30 | 01:15 | Calm | 10.00 | Fair | CLR | 80.6 | 78.3 | | | 93% | | 88 | 29.99 | | 0.0 | | |
| 30 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT090 | 80.6 | 78.3 | | | 93% | | 88 | 30 | | 0.0 | | |
| 30 | 00:35 | Calm | 10.00 | Partly Cloudy | SCT090 | 80.6 | 78.4 | | | 93% | | 88 | 30.01 | | 0.0 | | |
| 30 | 00:15 | W 3 | 10.00 | Fair | CLR | 80.8 | 78.6 | | | 93% | | 88 | 30.02 | | 0.0 | | |
| 29 | 23:55 | Calm | 10.00 | Fair | CLR | 81.3 | 79 | | | 93% | | 90 | 30.03 | | 0.0 | | |
| 29 | 23:35 | Calm | 10.00 | Fair | CLR | 81.5 | 78.8 | | | 92% | | 90 | 30.03 | | 0.0 | | |
| 29 | 23:10 | Calm | 10.00 | Fair | CLR | 84 | 78.8 | | | 84% | | 96 | 30.03 | | 0.0 | | |
| 29 | 22:55 | S 3 | 10.00 | Fair | CLR | 82.4 | 78.4 | | | 88% | | 92 | 30.03 | | 0.0 | | |
| 29 | 22:35 | Calm | 10.00 | Fair | CLR | 83.5 | 78.4 | | | 85% | | 94 | 30.02 | | 0.0 | | |
| 29 | 22:15 | Calm | 10.00 | NULL | NULL | 84 | 79 | | | 85% | | 96 | 30.03 | | 0.0 | | |
| 29 | 10:15 | NE 8 | 10.00 | Fair | CLR | 88.5 | 76.8 | | | 68% | | 101 | 30.14 | | 0.0 | | |
| 29 | 09:55 | NE 7 | 10.00 | Fair | CLR | 87.8 | 76.1 | | | 68% | | 99 | 30.14 | | 0.0 | | |
| 29 | 09:35 | NE 3 | 10.00 | Fair | CLR | 86.7 | 76.3 | | | 71% | | 97 | 30.14 | | 0.0 | | |
| 29 | 09:15 | NE 6 | 10.00 | Fair | CLR | 85.6 | 75.9 | | | 73% | | 95 | 30.14 | | 0.0 | | |
| 29 | 08:55 | NE 5 | 10.00 | Fair | CLR | 84.4 | 76.3 | | | 77% | | 94 | 30.14 | | 0.0 | | |
| 29 | 08:35 | NE 5 | 10.00 | Fair | CLR | 82.9 | 75.9 | | | 79% | | 91 | 30.15 | | 0.0 | | |
| 29 | 08:15 | NE 3 | 10.00 | Fair | CLR | 81.7 | 77 | | | 86% | | 89 | 30.15 | | 0.0 | | |
| 29 | 07:55 | E 3 | 10.00 | Fair | CLR | 80.2 | 76.1 | | | 87% | | 86 | 30.14 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pressure — Precipitation (in)

VOTE002461

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 29 | 07:35 | E 3 | 10.00 | Fair | CLR | 79 | 76.1 | | | 91% | | 83 | 30.14 | | 0.0 | | |
| 29 | 07:15 | E 3 | 10.00 | Partly Cloudy | SCT110 | 77.7 | 75.7 | | | 94% | | 80 | 30.13 | | 0.0 | | |
| 29 | 06:55 | Calm | 10.00 | Partly Cloudy | SCT110 | 76.1 | 74.8 | 77.4 | 75.2 | 96% | | 76 | 30.14 | | 0.0 | | |
| 29 | 06:35 | Calm | 10.00 | Fair | CLR | 75.4 | 74.3 | | | 96% | | 74 | 30.14 | | 0.0 | | |
| 29 | 06:15 | Calm | 10.00 | Fair | CLR | 75.4 | 74.3 | | | 96% | | 74 | 30.13 | | 0.0 | | |
| 29 | 05:55 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.13 | | 0.0 | | |
| 29 | 05:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 30.12 | | 0.0 | | |
| 29 | 05:15 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 30.12 | | 0.0 | | |
| 29 | 04:55 | E 3 | 10.00 | Fair | CLR | 75.9 | 74.3 | | | 95% | | 75 | 30.11 | | 0.0 | | |
| 29 | 04:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.11 | | 0.0 | | |
| 29 | 04:15 | Calm | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 30.11 | | 0.0 | | |
| 29 | 03:55 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.11 | | 0.0 | | |
| 29 | 03:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.7 | | | 95% | | 76 | 30.11 | | 0.0 | | |
| 29 | 03:15 | Calm | 10.00 | Fair | CLR | 75.9 | 74.5 | | | 95% | | 75 | 30.11 | | 0.0 | | |
| 29 | 02:55 | Calm | 10.00 | Fair | CLR | 76.3 | 74.7 | | | 95% | | 76 | 30.11 | | 0.0 | | |
| 29 | 02:35 | Calm | 10.00 | Fair | CLR | 76.6 | 75.2 | | | 95% | | 77 | 30.11 | | 0.0 | | |
| 29 | 02:15 | Calm | 10.00 | Fair | CLR | 76.8 | 75.2 | | | 95% | | 77 | 30.12 | | 0.0 | | |
| 29 | 01:55 | Calm | 10.00 | Fair | CLR | 77 | 75 | | | 94% | | 78 | 30.12 | | 0.0 | | |
| 29 | 01:35 | Calm | 10.00 | Fair | CLR | 76.5 | 74.8 | | | 95% | | 77 | 30.12 | | 0.0 | | |
| 29 | 01:15 | Calm | 10.00 | Fair | CLR | 77 | 75.2 | | | 94% | | 78 | 30.12 | | 0.0 | | |
| 29 | 00:55 | Calm | 10.00 | Fair | CLR | 77.4 | 75.6 | | | 94% | | 79 | 30.12 | | 0.0 | | |
| 29 | 00:35 | Calm | 10.00 | Fair | CLR | 77.4 | 75.2 | | | 93% | | 79 | 30.12 | | 0.0 | | |
| 29 | 00:15 | Calm | 10.00 | Fair | CLR | 77.5 | 75.4 | | | 93% | | 79 | 30.12 | | 0.0 | | |
| 28 | 23:55 | Calm | 10.00 | Fair | CLR | 78.1 | 75.2 | | | 91% | | 81 | 30.12 | | 0.0 | | |
| 28 | 23:35 | Calm | 10.00 | Fair | CLR | 78.1 | 75.9 | | | 93% | | 81 | 30.12 | | 0.0 | | |
| 28 | 23:15 | Calm | 10.00 | Fair | CLR | 78.3 | 76.5 | | | 94% | | 81 | 30.12 | | 0.0 | | |
| 28 | 22:55 | Calm | 10.00 | Fair | CLR | 79.2 | 76.6 | | | 92% | | 84 | 30.11 | | 0.0 | | |
| 28 | 22:35 | Calm | 10.00 | Fair | CLR | 80.2 | 77.9 | | | 93% | | 87 | 30.11 | | 0.0 | | |
| 28 | 22:15 | Calm | 10.00 | Fair | CLR | 80.6 | 77.9 | | | 92% | | 88 | 30.12 | | 0.0 | | |
| 28 | 21:55 | Calm | 10.00 | Fair | CLR | 80.8 | 77.9 | | | 91% | | 88 | 30.12 | | 0.0 | | |
| 28 | 21:35 | Calm | 10.00 | Fair | CLR | 80.8 | 77.9 | | | 91% | | 88 | 30.12 | | 0.0 | | |
| 28 | 21:15 | Calm | 0.00 | NULL | NULL | 81.7 | 77.9 | | | 88% | | 90 | 30.12 | | 0.0 | | |
| 28 | 11:15 | NE 6 | 10.00 | Fair | CLR | 88 | 74.8 | | | 65% | | 98 | 30.24 | | 0.0 | | |
| 28 | 10:55 | NE 6 | 10.00 | Fair | CLR | 88 | 75.7 | | | 67% | | 99 | 30.24 | | 0.0 | | |
| 28 | 10:35 | NE 6 | 10.00 | Fair | CLR | 87.1 | 74.5 | | | 66% | | 96 | 30.24 | | 0.0 | | |
| 28 | 10:15 | NE 5 | 10.00 | Fair | CLR | 86.9 | 74.3 | | | 66% | | 96 | 30.23 | | 0.0 | | |
| 28 | 09:55 | NE 8 | 10.00 | Fair | CLR | 86.2 | 76.3 | | | 72% | | 97 | 30.23 | | 0.0 | | |
| 28 | 09:35 | NE 5 | 10.00 | Fair | CLR | 85.1 | 77 | | | 77% | | 96 | 30.23 | | 0.0 | | |
| 28 | 09:15 | NE 7 | 10.00 | Fair | CLR | 84.4 | 76.8 | | | 78% | | 94 | 30.22 | | 0.0 | | |
| 28 | 08:55 | NE 6 | 10.00 | Fair | CLR | 83.7 | 77.2 | | | 81% | | 93 | 30.22 | | 0.0 | | |
| 28 | 08:35 | NE 5 | 10.00 | Fair | CLR | 82.2 | 77.2 | | | 85% | | 91 | 30.23 | | 0.0 | | |
| 28 | 08:15 | Calm | 10.00 | Fair | CLR | 80.8 | 77.5 | | | 90% | | 88 | 30.21 | | 0.0 | | |
| 28 | 07:55 | Calm | 10.00 | Fair | CLR | 79 | 77 | | | 94% | | 83 | 30.21 | | 0.0 | | |
| 28 | 07:35 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30.21 | | 0.0 | | |
| 28 | 07:15 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.2 | | 0.0 | | |
| 28 | 06:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | 77.9 | 74.3 | 97% | | | 30.2 | | 0.0 | | |
| 28 | 06:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73.6 | | | 97% | | | 30.2 | | 0.0 | | |
| 28 | 06:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 30.2 | | 0.0 | | |
| 28 | 05:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | | | 97% | | | 30.19 | | 0.0 | | |
| 28 | 05:35 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.18 | | 0.0 | | |
| 28 | 05:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 30.18 | | 0.0 | | |
| 28 | 04:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.18 | | 0.0 | | |
| 28 | 04:35 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.17 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002462

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 28 | 04:15 | Calm | 10.00 | Fair | CLR | 75.9 | 74.5 | | | 95% | | 75 | 30.17 | | 0.0 | | |
| 28 | 03:55 | Calm | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.17 | | 0.0 | | |
| 28 | 03:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.17 | | 0.0 | | |
| 28 | 03:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 30.17 | | 0.0 | | |
| 28 | 02:55 | SE 3 | 10.00 | Fair | CLR | 76.5 | 74.8 | | | 95% | | 77 | 30.16 | | 0.0 | | |
| 28 | 02:35 | Calm | 10.00 | Fair | CLR | 76.5 | 75.2 | | | 96% | | 76 | 30.17 | | 0.0 | | |
| 28 | 02:15 | Calm | 10.00 | Fair | CLR | 77 | 75.4 | | | 95% | | 78 | 30.18 | | 0.0 | | |
| 28 | 01:55 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30.18 | | 0.0 | | |
| 28 | 01:35 | Calm | 10.00 | Fair | CLR | 77.4 | 76.1 | | | 96% | | 79 | 30.18 | | 0.0 | | |
| 28 | 01:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.18 | | 0.0 | | |
| 28 | 00:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.18 | | 0.0 | | |
| 28 | 00:35 | Calm | 10.00 | Fair | CLR | 77.5 | 76.1 | | | 95% | | 79 | 30.19 | | 0.0 | | |
| 28 | 00:15 | Calm | 10.00 | Fair | CLR | 79 | 76.6 | | | 93% | | 83 | 30.18 | | 0.0 | | |
| 27 | 23:55 | Calm | 10.00 | Fair | CLR | 79 | 76.6 | | | 93% | | 83 | 30.18 | | 0.0 | | |
| 27 | 23:35 | Calm | 10.00 | Fair | CLR | 79.7 | 76.6 | | | 90% | | 85 | 30.18 | | 0.0 | | |
| 27 | 23:15 | Calm | 0.00 | NULL | NULL | 80.2 | 76.1 | | | 87% | | 86 | 30.18 | | 0.0 | | |
| 27 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT050 | 80.8 | 76.1 | | | 86% | | 87 | 30.18 | | 0.0 | | |
| 27 | 22:35 | Calm | 10.00 | Fair | CLR | 81.5 | 76.5 | | | 85% | | 89 | 30.18 | | 0.0 | | |
| 27 | 22:15 | Calm | 10.00 | Fair | CLR | 81.9 | 76.5 | | | 84% | | 89 | 30.17 | | 0.0 | | |
| 27 | 21:55 | S 5 | 10.00 | Fair | CLR | 81.7 | 76.3 | | | 84% | | 89 | 30.16 | | 0.0 | | |
| 27 | 21:35 | W 3 | 10.00 | Fair | CLR | 79.7 | 76.5 | | | 90% | | 85 | 30.16 | | 0.0 | | |
| 27 | 21:15 | Calm | 10.00 | Fair | CLR | 81.1 | 75.9 | | | 84% | | 88 | 30.15 | | 0.0 | | |
| 27 | 20:55 | Calm | 10.00 | Thunderstorm | SCT049 | 81 | 76.1 | | | 85% | | 87 | 30.15 | | 0.0 | | |
| 27 | 20:35 | Calm | 10.00 | Thunderstorm in Vicinity | SCT049 SCT055 SCT090 | 81.1 | 75.2 | | | 82% | | 87 | 30.14 | | 0.0 | | |
| 27 | 20:10 | NE 8 | 0.00 | NULL | NULL | 81.9 | 73.9 | | | 77% | | 88 | 30.14 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002463