# Exhibit B

## DAILY LINE COUNT / LOG SHEET

DATE: 7/28/25

LINE #  24 + 25

PUSHER: Msgt. Garnes / Msgt. Arrington

GUN GUARD: Msgt. E Brown

GUN GUARD: Sgt. J Crouse

AM COUNT: 40 x

PM COUNT: 40 x

| DORM | COUNT |
|------|-------|
| F1 | 0 |
| F2 | 1 |
| F3 | 20 |
| F4 | 19 |
| | |
| | |
| | |
| | |
| | |

COMENTS:

6:40am: arrived @ Falcon Gate

7:0am: Checking at Line

7:40am: 40 x offenders in Route to A-land Potato Field

7:50am: arrived @ Potato Field (1) Sherde Trailer (1) port-a-pody (1) Hand wash station (4) Water coolers

8:0am: Unloaded Offenders

8:32 am: Angela announced "Heat alert" all work stopped mandatory "Cool down" 15 min Break.

8:40am: Capt Linder hands and Brought Gloves.

8:47am: Mandatory 15 mn Break over

9:26am: Count  F1-0, F2-1, F3-20, F4-19

9:34am: Called in Count to Camp D Sally port.

9:35am: Break Offered.

9:50am: Break over.

10:50am: Break Offered

11:05am: "Head Count" 40 x in Route to Camp

11:15am: IX picked up in Route to Camp

11:22 am: arrived @ Falcon Gate 41 x Back to Camp.

## DAILY LINE COUNT / LOG SHEET

DATE: 7/29/25

LINE # 24 + 25

PUSHER: MSgt T. Gaines

GUN GUARD: MSgt E. Brown

GUN GUARD: Sgt J. Crause

AM COUNT: 36x

PM COUNT:

| DORM | COUNT | |
|------|-------|--|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 18 | |
| F4 | 18 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:30am: Arrived @ Falcon Gate
7:05am: Checking out lines - Sun Screen Offered
7:32am: 36x Checked out in Route to Potato Field
7:48am: Arrived @ Potato Field (1) Shade Trailer (1) Porati Poti
8:30am (1) hand wash Rack (4) water coolers offenders Drink @ will
8:30am: Break offered
8:45am: Break over.
9:00am: Angela annanced "Heat alert" mandatory Break
9:15am: Break over
9:20am: Med 3. Called for offender Robin Bell #447146 and E.
Jackson #497799
9:30am: Count Turned in to Camp D Sallyport F1-0 F2-0 F3-18 F4-18
9:40am: Med 3 arrived to see offenders Bell and Jackson.
10:00am: Capt London Rounds @ Potato Field.
10:15am: Break offered
10:30am: Break over.
10:40am: Capt London Brought watermelon for offenders
11:00am: "Held Land" 36x in Route to Camp
11:15am: Arrived @ Falcon Gate
11:30pm: 36x Back to Camp.

VOTE002488
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

~ AM

LINE # __15__

PUSHER: Msgt Arrington

GUN GUARD: Msgt Browder

GUN GUARD: _____

AM COUNT: 8

PM COUNT: _____

DATE: 7-29-25

| DORM Bear | COUNT | |
|-----------|-------|---|
| 1 | 0 | |
| 2 | 8 | |
| 3 | 0 | |
| 4 | 0 | |
| Total | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:35 Arrived at Camp C Bear Gate
6:44 Opened outside and inside gate
7:01 Checked out 8x enroute to BellPepper field
7:31 Arrived at BellPepper field offenders
offered sunscreen - Shade trailer, Porta potty,
and (4) water coolers offend allowed to
drink water at will
8:14 Break
8:30 Breake ended
9:00 Heat Alert - all work stopped at this
time. Ø Heat precaution offenders on line
9:15 Breake ended - Called in count to Camp C
10:00 Break
10:15 Break ended
11:00 Work Stopped
11:05 Headland 8x enroute to camp C
11:25 Checked in 8x at camp C sally port

VOTE002489

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # 24 + 25

PUSHER: MSgt. Graines

GUN GUARD: MSgt. E. Brown

GUN GUARD: MSgt. S. Washington

AM COUNT: 40x

PM COUNT:

DATE: 7-30-25

| DORM | COUNT | |
|------|-------|---|
| F1 | | |
| F2 | 1 | |
| F3 | 17 | |
| F4 | 22 | |
| | | |
| | | |
| | | |
| | | |

## COMENTS:

6:35am: Arrived @ Falcon Gate
7:00am: Checking out Lines - Sun Screen Offered to Offenders
7:30am: 40x Checked out in Route to Potato Field
7:48am: Arrived @ Potato Field (1)Shade Trailer (1)portapoll (1)
hand wash (4) water coolers offenders allowed to Drink @ will
8:00am: Med 3 Called for Offender Darren McKeever #131359
8:26am: Med 3 arrived for Offender McKeever #131359
8:30am: Anjela announced "Heat alert". Mandatary 15 min Break
8:45am: Break over
8:50am: Med 4. Called for offender Teddy Chester #359559.
8:56am: Med 4. Capt. Cowan & MSgt Tucker from arrived and transfered
Offender Chester to the ATU. ~ Major Pregon Rands
9:25am: Counted offenders Count turned in to Camp D Sally-port
9:45am: Break offered
10:00am: Break over
11:00am: "Head Land" 39 x
11:15am: Bus loaded in Route to Falcon Gate
11:30am: arrived @ Falcon Gate 39x Back to Camp

VOTE002492    revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

DATE: 7-30-25

LINE #: 15

PUSHER: Mgt Arrington

GUN GUARD:

GUN GUARD:

AM COUNT: 7

PM COUNT:

| DORM Bear | COUNT | |
|-----------|-------|---|
| 1 | 0 | |
| 2 | 6 | |
| 3 | 0 | |
| 4 | 1 | |
| total | 7 | |
| | | |
| | | |
| | | |

COMENTS:

6:30 Arrived at Camp C Bear Gate
6:41 opened outside and inside gate
7:22 Checked out 1x enroute to Bell Pepper Field
7:31 Arrived at Bell Pepper Feild - offenders offered
Sunscreen shade trailer, porta potty, and (4)
water coolers on site. offenders allowed to
drink water at will
8:15 Break
8:30 Heat Alert - mandatory 15 min break
8:45 Break ended
9:30 Break
9:39 Called in count to Camp C Sally port
9:45 Break ended
10:30 Break
10:45 Break ended
11:00 All work stopped
11:05 Headland 1x enroute to Camp C
11:20 Checked in 1x to Camp C Sally port

revised 05/27/2025

VOTE002493

# DAILY LINE COUNT / LOG SHEET

LINE # 24+25

PUSHER: MSgt. Gaines

GUN GUARD: MSgt. E Brown

GUN GUARD: MSgt. J. Arrington

AM COUNT: 41 x

PM COUNT:

DATE: 7-31-25

| DORM | COUNT | |
|------|-------|--|
| E1 | 0 | |
| E2 | 1 | |
| E3 | 19 | |
| E4 | 21 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:45am: arrived @ Falcon Gate

7:15am: Checking out Lines - Sun Screen offered

7:30am: 41x Checkes out in Route to Potato Field

7:43am: arrived @ Potato Field (1) Shade trailer (1) perti padi

(4) water Coolers offenders allowed to drink @ will

8:15am: MSgt. Brussard came an exchanged the port-apedi with

a Fresh one

8:40am: Break offered

8:55am: Break over

9:25am: Count F1-0 F2-1 F3-19 F4-21 Called into D serv-port

9:30am: Major Diegm Rands + Brought gloves for offenders.

9:35am: issued Gloves to Offenders

9:40am: Break offered

9:55am: Break over.

10:50am: Break offered

11:05am: "Head-Land" 41x in Route to Camp D

11:20am: arrived @ Falcon Gate 41x Returned to Camp D

VOTE002495

## DAILY LINE COUNT / LOG SHEET

LINE # __24 + 25__

PUSHER: _Msgt J. Arrington_

GUN GUARD: _Msgt G. Brown_

GUN GUARD: _Msgt I. Gains_

AM COUNT: __26__

PM COUNT:

DATE: _8-1-25_

| DORM _Falcon_ | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 1 | |
| 3 | 14 | |
| 4 | 11 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:33am Arrived at Camp D Falcon Gate

7:01am Opened outside and inside gates

7:30am Checked out 26x enroute to potato field

7:35am Arrived at Potato field - offenders offered Sunscreen
Shade trailer, porta potty, and (4) water coolers on site
offenders allowed to drink water at will

8:15 Break

8:30 Break ended

9:15 Break

9:30 Break ended - Called in count to Camp D
Sally port

10:00 Break - Heat Alert - all work stopped at this time

10:15 Break ended

11:00 all work stopped - Head land 26x enroute
to Camp D

11:17 Arrived at Camp D Falcon Gate checked
in 26x