UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

## ORDER

Having determined that a site visit is required to adjudicate the pending claims in the above-captioned case,

**IT IS ORDERED** the Court shall visit Louisiana State Penitentiary ("LSP") on August 22, 2025 at 1:00 P.M.

**IT IS FURTHER ORDERED** that Defendants shall identify a point of contact at LSP to ensure coordination with the United States Marshal's Service by August 13, 2025, at 12:00 P.M. One expert for Defendants and one expert for Plaintiffs may attend the visit.

Baton Rouge, Louisiana, this 11th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

USM - Certified