PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jeremy Benjamin**
**Direct Dial:** +1 212 373 3502
**Email:** jbenjamin@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

August 12, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

  Re: *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

  We write on behalf of plaintiffs in the above-captioned action in connection with the Court's August 11, 2025 Order (ECF 288), setting a site inspection of Louisiana State Penitentiary on August 22, 2025 at 1:00 p.m., and to request, schedule permitting, that the Court's inspection occur between 7 a.m. and 12:00 p.m. on that same date. Plaintiffs make this request to facilitate the Court's inspection of the Farm Line's vegetable operation, which typically operates on weekday mornings. If the inspection were to begin at 1:00 p.m. as currently scheduled, it is unlikely that the Court would have the opportunity to observe the Farm Line in operation, as the Daily Line Counts indicate that the Farm Line has generally been departing the fields between 11:00 a.m. and 12:00 p.m. on most days.

  Counsel for plaintiffs stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Jeremy Benjamin*

            Jeremy Benjamin

cc: All Counsel of Record (via ECF)