# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #: 24+25

PUSHER: MSgt J. Davis

GUN GUARD: MSgt J. Arrington

GUN GUARD:

AM COUNT: 24

PM COUNT:

DATE: 8/4/25

| DORM | COUNT | |
|---|---|---|
| | | |
| F1 | 0 | |
| F2 | 0 | |
| F3 | 13 | |
| F4 | 11 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:45am: arrived @ Falcon Gate
7:00am: Checking out lines - Sun Screen offered.
7:15am: 24x In Route to Pepper Field.
7:24am: arrived @ Pepper Field (1) Shade trailer (1) porta-potti (4) water coolers.
8:25am: Break offered
8:40am: Break over.
9:25am: Counted offenders. Count turned into Camp D Sally-port
9:30am: Break offered
9:45am: Break over.
10:45am: Break offered
11:10am: "Head Count" 24x in Route to Camp D
11:25am: arrived @ Falcon Gate 24x Returned to Camp.

## DAILY LINE COUNT / LOG SHEET

LINE #: 24 &25

PUSHER: MSgt J. Raines

GUN GUARD: MSgt E. Brown

GUN GUARD: MSgt J. Armyden

AM COUNT: 37X

PM COUNT:

DATE: 8/5/25

| DORM | COUNT | |
|---|---|---|
|  |  |  |
| F1 | 0 |  |
| F2 | 1 |  |
| F3 | 17 |  |
| F4 | 19 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

6:42am: arrived @ Falcon Gate
7:WAm: Checking out lines - Sunscreen offered
7:30am: 37x in Route to Potato Field
7:40 AM: arrived @ Potato Field (1) Shade trailer (1) Porta-Potti (1) Hand wash (4) Water Coolers.
8:00am: Major Pierson & Capt London Rounds on potato Field Gloves issued to 37 offenders.
9:WAm: Break offered
9:11am: Capt London Rounds on Potato Field
9:15am: Break over.
9:23am: Counted offenders. Count called into Camp D-Sallyport.
10:WAm: Angela announced "Heat Alert" mandatory 15 min Cool Down break.
10:15am: Break over
11:01am: "Head Count" 37x in Route to Camp D
11:20am: 37X Returned to Camp D

## DAILY LINE COUNT / LOG SHEET

LINE # 24 + 25

PUSHER: MSgt. I. Gaines

GUN GUARD: MSgt. E. Brown

GUN GUARD: MSgt. J. Arrington

AM COUNT: 34x

PM COUNT:

DATE: 8-6-25

| DORM | COUNT | |
|---|---|---|
| | | |
| F1 - | 0 | |
| F2 - | 1 | |
| F3 - | 19 | |
| F4 - | 19 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:38am: Arrived @ Falcon Gate.
7:10am: Checking out Lines - Sun Screen offered.
7:25am: 34x Checked in Route to Potato Field
7:33am: Arrived @ Potato Field. (4) Water Coolers (1) Shade Trailer (1) port-a-potti (1) hand wash. Offenders allowed to Drink @ will.
8:03am: Capt. London Rounds on Field Lines
8:45am: Break offered
9:00am: Break over.
9:20am: Count time. Called in to Camp-D Sally-port
9:30am: Angola announces "Heat Alert" Mandatory 15 min Break
9:45am: Break over.
10:45am: Break offered
11:03am: "Head Count" 34x in Route to Camp-D
11:21am: 34x Returned to Camp-D Falcon

# DAILY LINE COUNT / LOG SHEET

LINE #: 24/25

PUSHER: msgt Griffin

GUN GUARD: msgt Brown

GUN GUARD: msgt Washington

AM COUNT: 30

PM COUNT: 28

DATE: 8-7-23

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| 2 | 0 | |
| 3 | 15 | |
| 4 | 14 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:45 arrived at Camp D Falcon gate
- 6:50 opened outside/inside gate
- 7:00 checked out 30x
- 7:30 arrived at Potatoe Field (1) porta potty sunscreen (4) water coolers (1) shade trailer (1) hand wash station provided offenders allowed to drink at will
- 8:00 cpt London made rounds
- 8:15 break given
- 8:30 break over
- 9:15 break given offender derick mcleaver #133359 taken in for zoom by cpt London
- 9:30 count called in to camp D sallyport break over
- 9:45 offender Elijah Jackson #497294 taken in for zoom by cpt London
- 10:00 heat alert announced mandatory break given
- 10:15 break over
- 11:00 headland 28x in route to camp D
- 11:15 28x returned to camp D

# DAILY LINE COUNT / LOG SHEET

LINE # 24 + 25

PUSHER: MSgt. C. Annes

GUN GUARD: MSgt. E. Brown

GUN GUARD: MSgt. K. Browders

AM COUNT: 3|0

PM COUNT:

DATE: 8-8-25

| DORM | COUNT | |
|---|---|---|
| F1 | 0 | |
| F2 | 0 | |
| F3 | 15 | |
| F4 | 16 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40 am: arrived @ Falcon Gate
7:10 am: Checking out Lines - Sun Screen offered
7:20 am: 31o Checked in Route to Potato Field
7:30 am: arrived @ Potato Field (1) Shade trailer (1) port-a-pedi (1) hand wash Rack (4) Water Coolers Offenders allowed to Drink @ will.
8:00 am: Capt London Rounds on Potato Field
8:45 am: Break offered
9:00 am: Break over.
9:25 am: Counted offenders F1-0 F2-0 F3-15 F4-16
10:00 am: Angela announced "Heat alert" mandatory 15 min Break
10:15 am: Break over
10:30 am: LT Smith + LT. Boitnott Rounds on potato Field
11:15 am: "Head Land" 31o in Route to Camp D
11:30 am: 31o Returned to Camp.

VOTE002548
revised 05/27/2025