UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

## ORDER

On August 11, 2025, the Court issued an Order scheduling a site visit to Louisiana State Penitentiary ("LSP") on August 22, 2025, at 1:00 P.M. (Doc. 288). On August 12, 2025, Plaintiffs submitted a letter to the Court requesting that the Court visit LSP between 7:00 A.M. and 12:00 P.M. to observe the Farm Line in operation. (Doc. 289). Having determined a time change is appropriate,

**IT IS ORDERED** the Court shall visit LSP on August 22, 2025, at 10:00 A.M. All other aspects of the Court's August 11, 2025 Order remain unchanged. (Doc. 288).

Baton Rouge, Louisiana, this 15th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**