UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO. 23-01304-BAJ-EWD** |

### ORDER

On August 5, 2025, the United States Court of Appeals for the Fifth Circuit issued its Judgment and Mandate vacating this Court's July 2, 2024 Order. (Case No. 24-30420, Doc. 123-1; Doc. 124). In relevant part, the Circuit held:

> By vacating the preliminary injunction, we "clear[] the path for future relitigation," *Munsingwear*, 340 U.S. at 40, between the parties on issues such as class certification, other preliminary relief, and ultimately a full bench trial on the merits and permanent relief.

(Case No. 24-30420, Doc. 123-1 at 8). Accordingly,

**IT IS ORDERED** that the parties shall file briefs within 14 days of the issuance of this Order, not to exceed 7 pages, regarding the effect of the Circuit's Judgment on the current procedural posture of this case.

Baton Rouge, Louisiana, this 15th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**