# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 16 | 08:35 | Calm | 10.00 | Fair | CLR | 75.6 | 75.2 | | | 99% | | 74 | 30.13 | | 0.0 | | |
| 16 | 08:15 | Calm | 10.00 | Fair | CLR | 75 | 74.8 | | | 99% | | 72 | 30.13 | | 0.0 | | |
| 16 | 07:55 | Calm | 10.00 | Fair | CLR | 74.7 | 74.5 | | | 99% | | | 30.12 | | 0.0 | 0.01 | |
| 16 | 07:35 | Calm | 10.00 | Fair | CLR | 73.9 | 73.8 | | | 99% | | | 30.12 | | 0.0 | 0.01 | |
| 16 | 07:15 | Calm | 5.00 | Fog/Mist | SCT002 | 73.4 | 73.2 | | | 99% | | | 30.12 | | 0.0 | 0.01 | |
| 16 | 06:55 | Calm | 0.75 | Fog/Mist | OVC002 | 72.7 | 72.5 | 73.8 | 72.3 | 99% | | | 30.11 | | 0.0 | | |
| 16 | 06:35 | Calm | 0.25 | Fog | OVC002 | 72.7 | 72.5 | | | 99% | | | 30.11 | | 0.0 | | |
| 16 | 06:15 | Calm | 0.25 | Fog | OVC002 | 72.5 | 72.5 | | | 100% | | | 30.11 | | 0.0 | | |
| 16 | 05:55 | Calm | 0.25 | Fog | OVC002 | 72.7 | 72.5 | | | 99% | | | 30.11 | | 0.0 | | |
| 16 | 05:35 | Calm | 0.50 | Fog | OVC002 | 72.7 | 72.5 | | | 99% | | | 30.1 | | 0.0 | | |
| 16 | 05:15 | Calm | 0.75 | Fog/Mist | OVC002 | 72.7 | 72.5 | | | 99% | | | 30.1 | | 0.0 | | |
| 16 | 04:55 | Calm | 0.50 | Fog | OVC002 | 72.7 | 72.5 | | | 99% | | | 30.1 | | 0.0 | | |
| 16 | 04:35 | Calm | 0.25 | Fog | OVC002 | 73 | 72.5 | | | 98% | | | 30.1 | | 0.0 | | |
| 16 | 04:15 | Calm | 0.25 | Fog | OVC002 | 73.6 | 73.4 | | | 99% | | | 30.11 | | 0.0 | | |
| 16 | 03:55 | Calm | 0.25 | Fog | OVC002 | 73.6 | 73.4 | | | 99% | | | 30.1 | | 0.0 | | |
| 16 | 03:35 | Calm | 2.50 | Fog/Mist | OVC002 | 73 | 72.7 | | | 99% | | | 30.1 | | 0.0 | | |
| 16 | 03:15 | Calm | 7.00 | Mostly Cloudy | BKN002 | 72.5 | 72 | | | 98% | | | 30.1 | | 0.0 | | |
| 16 | 02:55 | Calm | 7.00 | Fair | CLR | 72.7 | 72.5 | | | 99% | | | 30.11 | | 0.0 | | |
| 16 | 02:35 | Calm | 7.00 | Fair | CLR | 72.9 | 72.5 | | | 99% | | | 30.11 | | 0.0 | | |
| 16 | 02:15 | Calm | 7.00 | Fair | CLR | 72.7 | 72.1 | | | 98% | | | 30.11 | | 0.0 | | |
| 16 | 01:55 | Calm | 10.00 | Fair | CLR | 73.4 | 72.7 | | | 98% | | | 30.11 | | 0.0 | | |
| 16 | 01:35 | Calm | 7.00 | Partly Cloudy | SCT005 | 73.4 | 72.7 | | | 98% | | | 30.11 | | 0.0 | | |
| 16 | 01:15 | SE 5 | 7.00 | Fair | CLR | 73.4 | 72.7 | | | 98% | | | 30.11 | | 0.0 | | |
| 16 | 00:55 | Calm | 7.00 | Fair | CLR | 73.8 | 73.2 | 76.3 | 73.4 | 98% | | | 30.11 | | 0.0 | | |
| 16 | 00:35 | Calm | 7.00 | Partly Cloudy | SCT004 | 73.8 | 73 | | | 98% | | | 30.11 | | 0.0 | | |
| 16 | 00:15 | Calm | 10.00 | Mostly Cloudy | BKN004 | 74.3 | 73.4 | | | 97% | | | 30.12 | | 0.0 | | |
| 15 | 23:55 | Calm | 10.00 | Partly Cloudy | SCT004 | 74.5 | 73.8 | | | 98% | | | 30.12 | | 0.0 | | |
| 15 | 23:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73.6 | | | 97% | | | 30.11 | | 0.0 | | |
| 15 | 23:15 | S 3 | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 30.12 | | 0.0 | | |
| 15 | 22:55 | Calm | 10.00 | Fair | CLR | 74.5 | 73.6 | | | 97% | | | 30.12 | | 0.0 | | |
| 15 | 22:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 30.12 | | 0.0 | | |
| 15 | 22:15 | Calm | 10.00 | Fair | CLR | 74.8 | 73.8 | | | 96% | | | 30.13 | | 0.0 | | |
| 15 | 21:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.13 | | 0.0 | | |
| 15 | 21:35 | W 5 | 10.00 | Fair | CLR | 75 | 73.8 | | | 96% | | 73 | 30.12 | | 0.0 | | |
| 15 | 21:15 | W 5 | 10.00 | Fair | CLR | 75.2 | 73.9 | | | 96% | | 73 | 30.09 | | 0.0 | | |
| 15 | 20:55 | Calm | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.08 | | 0.0 | | |
| 15 | 20:35 | SW 5 | 10.00 | Fair | CLR | 75.6 | 74.3 | | | 96% | | 74 | 30.06 | | 0.0 | | |
| 15 | 20:15 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 30.05 | | 0.0 | | |
| 15 | 19:55 | N 3 | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 30.06 | | 0.0 | | |
| 15 | 19:35 | N 3 | 10.00 | Fair | CLR | 76.1 | 74.5 | | | 95% | | 76 | 30.06 | | 0.0 | | |
| 15 | 19:15 | Calm | 10.00 | Fair | CLR | 76.3 | 74.7 | | | 95% | | 76 | 30.08 | | 0.0 | | |
| 15 | 18:55 | Calm | 10.00 | Fair | CLR | 76.3 | 74.3 | | | 94% | | 76 | 30.1 | | 0.0 | | |
| 15 | 18:35 | Calm | 10.00 | Fair | CLR | 76.3 | 74.3 | | | 94% | | 76 | 30.1 | | 0.0 | | |
| 15 | 18:15 | NE 3 | 10.00 | Fair | CLR | 76.3 | 74.3 | | | 94% | | 76 | 30.12 | | 0.0 | | |
| 15 | 17:55 | N 6 | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 30.13 | | 0.0 | 0.01 | |
| 15 | 17:35 | E 3 | 10.00 | Light Rain | SCT050 SCT090 SCT110 | 75.6 | 73.6 | | | 94% | | 75 | 30.12 | | 0.0 | 0.01 | |
| 15 | 17:15 | Calm | 10.00 | Light Drizzle | SCT065 BKN090 | 75.7 | 73.6 | | | 93% | | 75 | 30.12 | | 0.0 | 0.01 | |
| 15 | 16:55 | SE 6 | 10.00 | Thunderstorm Light Rain | SCT065 OVC090 | 75.9 | 74.1 | | | 94% | | 75 | 30.13 | | 0.0 | 0.05 | |
| 15 | 16:35 | SE 5 | 10.00 | Light Rain | SCT050 SCT065 OVC100 | 76.5 | 75.2 | | | 96% | | 76 | 30.14 | | 0.0 | 0.02 | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 15 | 16:15 | SE 3 | 10.00 | Thunderstorm Rain in Vicinity | SCT047 SCT060 BKN080 | 76.5 | 74.8 | | | 95% | | 77 | 30.13 | | 0.0 | 0.01 | |
| 15 | 15:55 | SE 3 | 10.00 | Thunderstorm Light Drizzle in Vicinity | SCT045 SCT060 SCT075 | 76.5 | 75.2 | | | 96% | | 76 | 30.15 | | 0.0 | 0.04 | |
| 15 | 15:35 | S 6 | 10.00 | Thunderstorm Light Rain in Vicinity | SCT049 SCT055 BKN100 | 76.6 | 75.2 | | | 95% | | 77 | 30.13 | | 0.0 | 0.04 | |
| 15 | 15:15 | Calm | 7.00 | Thunderstorm Light Rain | SCT047 BKN065 BKN070 | 76.6 | 75.2 | | | 95% | | 77 | 30.12 | | 0.0 | 0.04 | |
| 15 | 14:55 | SE 7 | 2.00 | Thunderstorm Heavy Rain | SCT013 BKN031 OVC045 | 76.5 | 74.7 | | | 94% | | 77 | 30.13 | | 0.0 | 0.24 | |
| 15 | 14:35 | SE 14 | 0.00 | Thunderstorm | NULL | 77 | 74.5 | | | 92% | | 78 | 30.16 | | 0.0 | 0.04 | |
| 15 | 10:15 | NE 3 | 10.00 | Partly Cloudy | SCT021 | 86.9 | 77.5 | | | 74% | | 99 | 30.13 | | 0.0 | | |
| 15 | 09:55 | Calm | 10.00 | Partly Cloudy | SCT021 | 86.7 | 77.4 | | | 74% | | 99 | 30.14 | | 0.0 | | |
| 15 | 09:35 | Calm | 10.00 | Fair | CLR | 86.4 | 77.5 | | | 75% | | 98 | 30.13 | | 0.0 | | |
| 15 | 09:15 | Calm | 10.00 | Fair | CLR | 85.3 | 77.4 | | | 77% | | 96 | 30.13 | | 0.0 | | |
| 15 | 08:55 | Calm | 10.00 | Fair | CLR | 83.8 | 78.1 | | | 83% | | 95 | 30.13 | | 0.0 | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation 1 hr (in) | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 10:15 | NE 3 | 10.00 | Partly Cloudy | SCT021 | 86.9 | 77.5 | | | 74% | | 99 | 30.13 | | 0.0 | | |
| 15 | 09:55 | Calm | 10.00 | Partly Cloudy | SCT021 | 86.7 | 77.4 | | | 74% | | 99 | 30.14 | | 0.0 | | |
| 15 | 09:35 | Calm | 10.00 | Fair | CLR | 86.4 | 77.5 | | | 75% | | 98 | 30.13 | | 0.0 | | |
| 15 | 09:15 | Calm | 10.00 | Fair | CLR | 85.3 | 77.4 | | | 77% | | 96 | 30.13 | | 0.0 | | |
| 15 | 08:55 | Calm | 10.00 | Fair | CLR | 83.8 | 78.1 | | | 83% | | 95 | 30.13 | | 0.0 | | |
| 15 | 08:35 | Calm | 0.00 | NULL | NULL | 82.2 | 78.1 | | | 87% | | 91 | 30.12 | | 0.0 | | |
| 15 | 08:15 | SW 3 | 10.00 | Fair | CLR | 80.4 | 78.3 | | | 93% | | 87 | 30.11 | | 0.0 | | |
| 15 | 07:55 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 78.8 | 77.5 | | | 96% | | 83 | 30.11 | | 0.0 | | |
| 15 | 07:35 | Calm | 10.00 | Fair | CLR | 77.5 | 76.8 | | | 98% | | 79 | 30.1 | | 0.0 | | |
| 15 | 07:15 | Calm | 10.00 | Fair | CLR | 76.1 | 75.4 | | | 98% | | 75 | 30.09 | | 0.0 | | |
| 15 | 06:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | 78.1 | 74.8 | 97% | | | 30.08 | | 0.0 | | |
| 15 | 06:35 | Calm | 10.00 | Fair | CLR | 75.6 | 74.8 | | | 98% | | 74 | 30.07 | | 0.0 | | |
| 15 | 06:15 | Calm | 10.00 | Fair | CLR | 75.4 | 74.5 | | | 97% | | 74 | 30.06 | | 0.0 | | |
| 15 | 05:55 | Calm | 10.00 | Fair | CLR | 75.4 | 74.5 | | | 97% | | 74 | 30.05 | | 0.0 | | |
| 15 | 05:35 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.05 | | 0.0 | | |
| 15 | 05:15 | Calm | 10.00 | Fair | CLR | 75.9 | 75.2 | | | 98% | | 75 | 30.04 | | 0.0 | | |
| 15 | 04:55 | Calm | 10.00 | Fair | CLR | 75.7 | 74.8 | | | 97% | | 75 | 30.04 | | 0.0 | | |
| 15 | 04:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.8 | | | 97% | | 75 | 30.03 | | 0.0 | | |
| 15 | 04:15 | Calm | 10.00 | Fair | CLR | 76.1 | 75.2 | | | 97% | | 75 | 30.03 | | 0.0 | | |
| 15 | 03:55 | Calm | 10.00 | Fair | CLR | 75.7 | 74.7 | | | 96% | | 75 | 30.03 | | 0.0 | | |
| 15 | 03:35 | Calm | 10.00 | Fair | CLR | 76.3 | 75.2 | | | 96% | | 76 | 30.02 | | 0.0 | | |
| 15 | 03:15 | Calm | 10.00 | Fair | CLR | 76.5 | 75.2 | | | 96% | | 76 | 30.01 | | 0.0 | | |
| 15 | 02:55 | Calm | 10.00 | Fair | CLR | 77 | 75.2 | | | 94% | | 78 | 30.02 | | 0.0 | | |
| 15 | 02:35 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.02 | | 0.0 | | |
| 15 | 02:15 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.02 | | 0.0 | | |
| 15 | 01:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.1 | | | 94% | | 80 | 30.03 | | 0.0 | | |
| 15 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT025 SCT032 | 77.9 | 76.1 | | | 94% | | 80 | 30.03 | | 0.0 | | |
| 15 | 01:15 | Calm | 10.00 | Mostly Cloudy | SCT027 BKN032 | 77.9 | 76.1 | | | 94% | | 80 | 30.03 | | 0.0 | | |
| 15 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT027 | 77.7 | 75.6 | | | 93% | | 80 | 30.04 | | 0.0 | | |
| 15 | 00:35 | Calm | 10.00 | Fair | CLR | 78.1 | 75.6 | | | 92% | | 81 | 30.05 | | 0.0 | | |
| 15 | 00:15 | N 3 | 10.00 | Fair | CLR | 78.3 | 75.4 | | | 91% | | 81 | 30.06 | | 0.0 | | |
| 14 | 23:55 | N 3 | 10.00 | Fair | CLR | 79.9 | 76.1 | | | 88% | | 85 | 30.06 | | 0.0 | | |
| 14 | 23:35 | NE 3 | 10.00 | Fair | CLR | 80.2 | 76.1 | | | 87% | | 86 | 30.06 | | 0.0 | | |
| 14 | 23:15 | Calm | 10.00 | Fair | CLR | 80.2 | 76.1 | | | 87% | | 86 | 30.05 | | 0.0 | | |
| 14 | 22:55 | Calm | 10.00 | Fair | CLR | 81 | 76.1 | | | 85% | | 87 | 30.04 | | 0.0 | | |
| 14 | 22:35 | Calm | 10.00 | Fair | CLR | 80.6 | 75.6 | | | 85% | | 86 | 30.02 | | 0.0 | | |
| 14 | 22:15 | S 3 | 10.00 | Fair | CLR | 80.6 | 75.2 | | | 84% | | 86 | 30.02 | | 0.0 | | |
| 14 | 21:55 | S 6 | 10.00 | Fair | CLR | 80.1 | 74.7 | | | 84% | | 85 | 30.01 | | 0.0 | | |
| 14 | 21:35 | SW 7 | 10.00 | Fair | CLR | 79.7 | 74.3 | | | 84% | | 84 | 30.02 | | 0.0 | | |
| 14 | 21:15 | Calm | 10.00 | Fair | CLR | 80.1 | 73.9 | | | 82% | | 85 | 30.02 | | 0.0 | | |
| 14 | 20:55 | N 5 | 10.00 | Mostly Cloudy | SCT037 BKN048 | 80.8 | 73.8 | | | 79% | | 86 | 30.02 | | 0.0 | | |
| 14 | 20:35 | N 12 | 0.00 | Thunderstorm in Vicinity | NULL | 82.4 | 74.7 | | | 78% | | 89 | 30.04 | | 0.0 | | |

VOTE002581

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 14 | 19:35 | Calm | 10.00 | Thunderstorm in Vicinity | NULL | 86 | 76.1 | | | 72% | | 96 | 30.01 | | 0.0 | | |
| 14 | 09:55 | E 3 | 10.00 | Partly Cloudy | SCT022 | 86.9 | 77.7 | | | 74% | | 99 | 30.04 | | 0.0 | | |
| 14 | 09:35 | E 5 | 10.00 | Fair | CLR | 86 | 77.9 | | | 77% | | 98 | 30.04 | | 0.0 | | |
| 14 | 09:15 | Calm | 10.00 | Fair | CLR | 84.4 | 77.4 | | | 80% | | 95 | 30.04 | | 0.0 | | |
| 14 | 08:55 | Calm | 10.00 | Fair | CLR | 82.4 | 77.2 | | | 84% | | 91 | 30.04 | | 0.0 | | |
| 14 | 08:35 | Calm | 10.00 | Fair | CLR | 80.8 | 76.6 | | | 87% | | 87 | 30.03 | | 0.0 | | |
| 14 | 08:15 | Calm | 10.00 | Partly Cloudy | SCT028 | 79.3 | 76.1 | | | 90% | | 84 | 30.03 | | 0.0 | | |
| 14 | 07:55 | Calm | 10.00 | Partly Cloudy | SCT026 | 77.9 | 76.1 | | | 94% | | 80 | 30.03 | | 0.0 | | |
| 14 | 07:35 | Calm | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 30.02 | | 0.0 | | |
| 14 | 07:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.8 | | | 96% | | 76 | 30.01 | | 0.0 | | |
| 14 | 06:55 | Calm | 10.00 | Fair | CLR | 76.1 | 74.8 | | | 96% | | 76 | 30 | | 0.0 | | |
| 14 | 06:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.8 | | | 96% | | 76 | 29.99 | | 0.0 | | |
| 14 | 06:15 | Calm | 10.00 | Fair | CLR | 76.5 | 75.2 | | | 96% | | 76 | 29.98 | | 0.0 | | |
| 14 | 05:55 | Calm | 10.00 | Mostly Cloudy | BKN027 | 77 | 75.4 | | | 95% | | 78 | 29.97 | | 0.0 | | |
| 14 | 05:35 | Calm | 10.00 | Overcast | OVC027 | 77 | 75.2 | | | 94% | | 78 | 29.98 | | 0.0 | | |
| 14 | 05:15 | Calm | 10.00 | Mostly Cloudy | BKN027 BKN034 | 77.4 | 75.4 | | | 94% | | 79 | 29.97 | | 0.0 | | |
| 14 | 04:55 | Calm | 10.00 | Partly Cloudy | SCT027 | 77.9 | 75.4 | | | 92% | | 80 | 29.97 | | 0.0 | | |
| 14 | 04:35 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 77.9 | 75.4 | | | 92% | | 80 | 29.97 | | 0.0 | | |
| 14 | 04:15 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 77.5 | 75.2 | | | 93% | | 79 | 29.96 | | 0.0 | | |
| 14 | 03:55 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 77.4 | 75.2 | | | 93% | | 79 | 29.96 | | 0.0 | | |
| 14 | 03:35 | Calm | 10.00 | NULL | NULL | 77.4 | 75.4 | | | 94% | | 79 | 29.96 | | 0.0 | | |
| 14 | 02:55 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 77.7 | 75.6 | | | 93% | | 80 | 29.96 | | 0.0 | | |
| 14 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT037 SCT047 SCT055 | 77.5 | 75.7 | | | 94% | | 79 | 29.96 | | 0.0 | | |
| 14 | 02:15 | Calm | 10.00 | Overcast | BKN037 OVC046 | 77.2 | 75.2 | | | 94% | | 78 | 29.97 | | 0.0 | | |
| 14 | 01:55 | Calm | 10.00 | Partly Cloudy | SCT035 SCT044 | 77.2 | 75.2 | | | 94% | | 78 | 29.97 | | 0.0 | | |
| 14 | 01:35 | Calm | 10.00 | Fair | CLR | 77.4 | 75.2 | | | 93% | | 79 | 29.97 | | 0.0 | | |
| 14 | 01:15 | SW 3 | 10.00 | Fair | CLR | 77.2 | 75.2 | | | 94% | | 78 | 29.97 | | 0.0 | | |
| 14 | 00:55 | Calm | 10.00 | Fair | CLR | 77.5 | 75.4 | 85.1 | 77.5 | 93% | | 79 | 29.97 | | 0.0 | | |
| 14 | 00:35 | NE 3 | 10.00 | Partly Cloudy | SCT032 | 78.6 | 75.2 | | | 89% | | 82 | 29.97 | | 0.0 | | |
| 14 | 00:15 | Calm | 10.00 | Mostly Cloudy | BKN032 | 79.3 | 75.4 | | | 88% | | 84 | 29.97 | | 0.0 | | |
| 13 | 23:55 | Calm | 10.00 | Partly Cloudy | SCT032 | 78.6 | 75.2 | | | 89% | | 82 | 29.98 | | 0.0 | | |
| 13 | 23:35 | S 3 | 10.00 | Fair | CLR | 79.2 | 75.2 | | | 88% | | 83 | 29.97 | | 0.0 | | |
| 13 | 23:15 | S 3 | 10.00 | Fair | CLR | 78.4 | 75.2 | | | 90% | | 82 | 29.97 | | 0.0 | | |
| 13 | 22:55 | Calm | 10.00 | Fair | CLR | 78.8 | 75.6 | | | 90% | | 82 | 29.97 | | 0.0 | | |
| 13 | 22:35 | Calm | 10.00 | Fair | CLR | 78.6 | 75.4 | | | 90% | | 82 | 29.97 | | 0.0 | | |
| 13 | 22:15 | Calm | 10.00 | Fair | CLR | 79.7 | 75.4 | | | 87% | | 84 | 29.96 | | 0.0 | | |
| 13 | 21:55 | E 3 | 10.00 | Fair | CLR | 80.1 | 75.6 | | | 86% | | 85 | 29.95 | | 0.0 | | |
| 13 | 21:35 | Calm | 10.00 | Fair | CLR | 79.3 | 75.2 | | | 87% | | 84 | 29.94 | | 0.0 | | |
| 13 | 21:15 | Calm | 10.00 | Fair | CLR | 80.4 | 75.4 | | | 85% | | 86 | 29.93 | | 0.0 | | |
| 13 | 20:55 | Calm | 10.00 | Fair | CLR | 81.5 | 75.2 | | | 81% | | 88 | 29.92 | | 0.0 | | |
| 13 | 20:35 | Calm | 10.00 | Fair | CLR | 81.7 | 75.2 | | | 81% | | 88 | 29.92 | | 0.0 | | |
| 13 | 20:15 | Calm | 10.00 | Fair | CLR | 82.4 | 75.4 | | | 79% | | 90 | 29.92 | | 0.0 | | |
| 13 | 19:55 | E 3 | 10.00 | Fair | CLR | 83.1 | 75.4 | | | 78% | | 91 | 29.92 | | 0.0 | | |
| 13 | 19:35 | SE 3 | 10.00 | Fair | CLR | 84.4 | 75.4 | | | 74% | | 93 | 29.91 | | 0.0 | | |
| 13 | 19:15 | S 3 | 0.00 | NULL | NULL | 85.1 | 76.1 | | | 75% | | 95 | 29.9 | | 0.0 | | |
| 13 | 09:35 | E 7 | 10.00 | Fair | CLR | 85.8 | 77.5 | | | 76% | | 97 | 29.99 | | 0.0 | | |
| 13 | 09:15 | E 5 | 10.00 | Fair | CLR | 84.6 | 77.5 | | | 80% | | 95 | 29.98 | | 0.0 | | |
| 13 | 08:55 | E 3 | 10.00 | Fair | CLR | 83.3 | 77.4 | | | 82% | | 93 | 29.98 | | 0.0 | | |

VOTE002582

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 13 | 08:35 | Calm | 10.00 | Fair | CLR | 81.7 | 77 | | | 86% | | 89 | 29.99 | | 0.0 | | |
| 13 | 08:15 | Calm | 10.00 | Fair | CLR | 80.6 | 77 | | | 89% | | 87 | 29.98 | | 0.0 | | |
| 13 | 07:55 | Calm | 10.00 | Fair | CLR | 79.2 | 77.2 | | | 94% | | 84 | 29.98 | | 0.0 | | |
| 13 | 07:35 | Calm | 10.00 | Fair | CLR | 77.9 | 77 | | | 97% | | 80 | 29.97 | | 0.0 | | |
| 13 | 07:15 | Calm | 10.00 | Fair | CLR | 77.2 | 76.5 | | | 98% | | 78 | 29.98 | | 0.0 | | |
| 13 | 06:55 | Calm | 10.00 | Fair | CLR | 76.1 | 75.4 | 78.8 | 75.6 | 98% | | 75 | 29.97 | | 0.0 | | |
| 13 | 06:35 | Calm | 10.00 | Fair | CLR | 75.9 | 75.2 | | | 98% | | 75 | 29.97 | | 0.0 | | |
| 13 | 06:15 | Calm | 10.00 | Fair | CLR | 76.1 | 75.4 | | | 98% | | 75 | 29.96 | | 0.0 | | |
| 13 | 05:55 | Calm | 5.00 | Fog/Mist | CLR | 76.5 | 75.7 | | | 98% | | 76 | 29.96 | | 0.0 | | |
| 13 | 05:35 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 29.96 | | 0.0 | | |
| 13 | 05:15 | Calm | 10.00 | Fair | CLR | 76.3 | 75.6 | | | 98% | | 76 | 29.95 | | 0.0 | | |
| 13 | 04:55 | Calm | 10.00 | Fair | CLR | 76.3 | 75.4 | | | 97% | | 76 | 29.95 | | 0.0 | | |
| 13 | 04:35 | Calm | 10.00 | Fair | CLR | 77 | 76.1 | | | 97% | | 78 | 29.95 | | 0.0 | | |
| 13 | 04:15 | Calm | 10.00 | Fair | CLR | 76.6 | 75.4 | | | 96% | | 77 | 29.95 | | 0.0 | | |
| 13 | 03:55 | Calm | 10.00 | Fair | CLR | 77.9 | 76.5 | | | 95% | | 80 | 29.95 | | 0.0 | | |
| 13 | 03:35 | Calm | 10.00 | Fair | CLR | 78.4 | 76.8 | | | 95% | | 82 | 29.94 | | 0.0 | | |
| 13 | 03:15 | S 3 | 10.00 | Fair | CLR | 78.6 | 76.8 | | | 94% | | 82 | 29.94 | | 0.0 | | |
| 13 | 02:55 | S 5 | 10.00 | Fair | CLR | 78.6 | 77 | | | 95% | | 82 | 29.94 | | 0.0 | | |
| 13 | 02:35 | S 6 | 10.00 | Fair | CLR | 77.7 | 76.5 | | | 96% | | 80 | 29.94 | | 0.0 | | |
| 13 | 02:15 | Calm | 10.00 | Fair | CLR | 77.5 | 76.3 | | | 96% | | 79 | 29.94 | | 0.0 | | |
| 13 | 01:55 | SW 3 | 10.00 | Fair | CLR | 77.5 | 76.1 | | | 95% | | 79 | 29.94 | | 0.0 | | |
| 13 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT034 | 78.3 | 76.6 | | | 95% | | 81 | 29.95 | | 0.0 | | |
| 13 | 01:15 | Calm | 10.00 | Partly Cloudy | SCT032 | 78.4 | 76.6 | | | 94% | | 82 | 29.96 | | 0.0 | | |
| 13 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT028 | 78.1 | 76.1 | 85.6 | 78.1 | 94% | | 81 | 29.97 | | 0.0 | | |
| 13 | 00:35 | Calm | 10.00 | Partly Cloudy | SCT024 BKN032 SCT050 | 78.8 | 76.6 | | | 93% | | 83 | 29.97 | | 0.0 | | |
| 13 | 00:15 | Calm | 10.00 | Mostly Cloudy | BKN024 BKN029 BKN040 | 79.2 | 77 | | | 93% | | 84 | 29.97 | | 0.0 | | |
| 12 | 23:55 | Calm | 10.00 | Overcast | BKN019 OVC027 | 79.3 | 76.6 | | | 91% | | 84 | 29.97 | | 0.0 | | |
| 12 | 23:35 | Calm | 10.00 | Thunderstorm in Vicinity | BKN022 | 78.4 | 76.3 | | | 93% | | 82 | 29.97 | | 0.0 | | |
| 12 | 23:15 | Calm | 10.00 | Partly Cloudy | SCT022 | 79.2 | 76.1 | | | 90% | | 83 | 29.96 | | 0.0 | | |
| 12 | 22:55 | Calm | 10.00 | Fair | CLR | 79.5 | 76.1 | | | 89% | | 84 | 29.97 | | 0.0 | | |
| 12 | 22:35 | Calm | 10.00 | Fair | CLR | 79.9 | 76.3 | | | 89% | | 85 | 29.98 | | 0.0 | | |
| 12 | 22:15 | Calm | 10.00 | Fair | CLR | 79.5 | 76.1 | | | 89% | | 84 | 29.97 | | 0.0 | | |
| 12 | 21:55 | Calm | 10.00 | Fair | CLR | 79.7 | 75.7 | | | 88% | | 85 | 29.96 | | 0.0 | | |
| 12 | 21:35 | Calm | 10.00 | Fair | CLR | 79.7 | 75.4 | | | 87% | | 84 | 29.96 | | 0.0 | | |
| 12 | 21:15 | W 3 | 10.00 | Thunderstorm in Vicinity | CLR | 79.9 | 75.7 | | | 87% | | 85 | 29.94 | | 0.0 | | |
| 12 | 20:55 | Calm | 10.00 | Partly Cloudy | SCT070 SCT085 | 81.1 | 75.6 | | | 83% | | 87 | 29.94 | | 0.0 | | |
| 12 | 20:35 | Calm | 10.00 | Fair | CLR | 81.5 | 75 | | | 81% | | 88 | 29.94 | | 0.0 | | |
| 12 | 20:15 | W 3 | 10.00 | Fair | CLR | 81.3 | 75 | | | 81% | | 87 | 29.92 | | 0.0 | | |
| 12 | 19:55 | Calm | 10.00 | Fair | CLR | 82.4 | 74.7 | | | 78% | | 89 | 29.92 | | 0.0 | | |
| 12 | 19:35 | Calm | 10.00 | Fair | CLR | 83.3 | 74.1 | | | 74% | | 90 | 29.9 | | 0.0 | | |
| 12 | 19:15 | Calm | 10.00 | Fair | CLR | 84.6 | 73.6 | | | 70% | | 92 | 29.89 | | 0.0 | | |
| 12 | 18:55 | NW 6 | 10.00 | Fair | CLR | 85.8 | 73 | | | 66% | | 93 | 29.89 | | 0.0 | | |
| 12 | 18:35 | Calm | 10.00 | Fair | CLR | 86 | 71.8 | | | 63% | | 92 | 29.89 | | 0.0 | | |
| 12 | 18:15 | W 6 | 10.00 | NULL | NULL | 86 | 74.5 | | | 69% | | 94 | 29.89 | | 0.0 | | |
| 12 | 11:55 | Calm | 10.00 | Partly Cloudy | SCT028 | 87.6 | 74.8 | | | 66% | | 97 | 29.98 | | 0.0 | | |
| 12 | 11:35 | Calm | 10.00 | Mostly Cloudy | BKN028 | 87.4 | 75.7 | | | 68% | | 98 | 29.99 | | 0.0 | | |
| 12 | 11:15 | Calm | 10.00 | Partly Cloudy | SCT028 | 87.3 | 73.9 | | | 65% | | 96 | 29.99 | | 0.0 | | |

VOTE002583

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | | 1 hr | 3 hr | 6 hr |

VOTE002584



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation 1 hr (in) | Precipitation 3 hr (in) | Precipitation 6 hr (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 11:55 | Calm | 10.00 | Partly Cloudy | SCT028 | 87.6 | 74.8 | | | 66% | | 97 | 29.98 | | 0.0 | | |
| 12 | 11:35 | Calm | 10.00 | Mostly Cloudy | BKN028 | 87.4 | 75.7 | | | 68% | | 98 | 29.99 | | 0.0 | | |
| 12 | 11:15 | Calm | 10.00 | Partly Cloudy | SCT028 | 87.3 | 73.9 | | | 65% | | 96 | 29.99 | | 0.0 | | |
| 12 | 10:55 | W 3 | 10.00 | Fair | CLR | 86.4 | 75.4 | | | 70% | | 96 | 30 | | 0.0 | | |
| 12 | 10:35 | Calm | 10.00 | Partly Cloudy | SCT022 | 84.7 | 75.2 | | | 73% | | 93 | 30 | | 0.0 | | |
| 12 | 10:15 | NE 3 | 10.00 | Partly Cloudy | SCT022 | 86.2 | 76.5 | | | 73% | | 97 | 29.99 | | 0.0 | | |
| 12 | 09:55 | Calm | 10.00 | Fair | CLR | 85.5 | 75.7 | | | 73% | | 95 | 29.99 | | 0.0 | | |
| 12 | 09:35 | Calm | 10.00 | Fair | CLR | 84.7 | 74.7 | | | 72% | | 93 | 29.99 | | 0.0 | | |
| 12 | 09:15 | NE 5 | 10.00 | Fair | CLR | 84 | 75.9 | | | 77% | | 93 | 29.99 | | 0.0 | | |
| 12 | 08:55 | Calm | 10.00 | Fair | CLR | 82.9 | 76.6 | | | 81% | | 92 | 29.98 | | 0.0 | | |
| 12 | 08:35 | Calm | 10.00 | Fair | CLR | 82.2 | 77.2 | | | 85% | | 91 | 29.98 | | 0.0 | | |
| 12 | 08:15 | Calm | 10.00 | Fair | CLR | 79.9 | 76.8 | | | 90% | | 85 | 29.97 | | 0.0 | | |
| 12 | 07:55 | NW 3 | 10.00 | Fair | CLR | 78.1 | 77 | | | 97% | | 81 | 29.97 | | 0.0 | | |
| 12 | 07:35 | Calm | 10.00 | Fair | CLR | 77 | 76.5 | | | 98% | | 78 | 29.98 | | 0.0 | | |
| 12 | 07:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.7 | | | 98% | | 73 | 29.97 | | 0.0 | | |
| 12 | 06:55 | Calm | 7.00 | Fair | CLR | 74.8 | 74.3 | 79 | 74.1 | 98% | | | 29.96 | | 0.0 | | |
| 12 | 06:35 | Calm | 3.00 | Fog/Mist | SCT002 | 74.5 | 73.8 | | | 98% | | | 29.95 | | 0.0 | | |
| 12 | 06:15 | Calm | 1.25 | Fog/Mist | BKN002 | 74.5 | 73.8 | | | 98% | | | 29.95 | | 0.0 | | |
| 12 | 05:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73.6 | | | 98% | | | 29.95 | | 0.0 | | |
| 12 | 05:35 | Calm | 10.00 | Fair | CLR | 74.8 | 74.1 | | | 98% | | | 29.95 | | 0.0 | | |
| 12 | 05:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 29.96 | | 0.0 | | |
| 12 | 04:55 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 29.96 | | 0.0 | | |
| 12 | 04:35 | Calm | 10.00 | Fair | CLR | 75 | 73.9 | | | 96% | | 73 | 29.96 | | 0.0 | | |
| 12 | 04:15 | Calm | 10.00 | Fair | CLR | 75.4 | 74.3 | | | 96% | | 74 | 29.96 | | 0.0 | | |
| 12 | 03:55 | Calm | 10.00 | Fair | CLR | 75.7 | 74.7 | | | 96% | | 75 | 29.96 | | 0.0 | | |
| 12 | 03:35 | NE 3 | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 29.97 | | 0.0 | | |
| 12 | 03:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.7 | | | 95% | | 76 | 29.97 | | 0.0 | | |
| 12 | 02:55 | Calm | 10.00 | Fair | CLR | 76.3 | 74.8 | | | 95% | | 76 | 29.96 | | 0.0 | | |
| 12 | 02:35 | Calm | 10.00 | Fair | CLR | 76.6 | 75.4 | | | 96% | | 77 | 29.96 | | 0.0 | | |
| 12 | 02:15 | Calm | 10.00 | Partly Cloudy | SCT040 SCT048 | 76.6 | 75.2 | | | 95% | | 77 | 29.96 | | 0.0 | | |
| 12 | 01:55 | Calm | 10.00 | Mostly Cloudy | BKN040 BKN048 | 77 | 75.2 | | | 94% | | 78 | 29.97 | | 0.0 | | |
| 12 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT038 | 77.9 | 75.4 | | | 92% | | 80 | 29.97 | | 0.0 | | |
| 12 | 01:15 | Calm | 10.00 | Fair | CLR | 78.8 | 75.6 | | | 90% | | 82 | 29.97 | | 0.0 | | |
| 12 | 00:55 | Calm | 10.00 | Fair | CLR | 79.2 | 75.6 | 85.1 | 79 | 89% | | 83 | 29.96 | | 0.0 | | |
| 12 | 00:35 | S 5 | 10.00 | Fair | CLR | 79.7 | 75.4 | | | 87% | | 84 | 29.97 | | 0.0 | | |
| 12 | 00:15 | S 5 | 10.00 | Fair | CLR | 79.7 | 75.4 | | | 87% | | 84 | 29.97 | | 0.0 | | |
| 11 | 23:55 | S 3 | 10.00 | Fair | CLR | 79.7 | 75.2 | | | 86% | | 84 | 29.97 | | 0.0 | | |
| 11 | 23:35 | Calm | 10.00 | Partly Cloudy | SCT060 | 79 | 76.1 | | | 91% | | 83 | 29.97 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) Pressure | sea level (mb) Pressure | 1 hr Precipitation (in) | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE002563

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 11 | 23:15 | Calm | 10.00 | Mostly Cloudy | BKN045 | 79.2 | 76.3 | | | 91% | | 83 | 29.97 | | 0.0 | | |
| 11 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT048 | 80.8 | 75.6 | | | 84% | | 87 | 29.97 | | 0.0 | | |
| 11 | 22:35 | Calm | 10.00 | Partly Cloudy | SCT037 SCT045 SCT050 | 79.5 | 76.3 | | | 90% | | 84 | 29.96 | | 0.0 | | |
| 11 | 22:15 | Calm | 10.00 | Fair | CLR | 79.3 | 76.8 | | | 92% | | 84 | 29.96 | | 0.0 | | |
| 11 | 21:55 | Calm | 10.00 | Fair | CLR | 79.7 | 77 | | | 92% | | 85 | 29.96 | | 0.0 | | |
| 11 | 21:35 | Calm | 10.00 | Fair | CLR | 81.5 | 76.3 | | | 84% | | 89 | 29.95 | | 0.0 | | |
| 11 | 21:15 | Calm | 10.00 | Fair | CLR | 81.5 | 76.5 | | | 85% | | 89 | 29.94 | | 0.0 | | |
| 11 | 20:55 | Calm | 10.00 | Fair | CLR | 82.8 | 75.7 | | | 79% | | 91 | 29.94 | | 0.0 | | |
| 11 | 20:35 | SW 3 | 10.00 | Fair | CLR | 83.1 | 75.7 | | | 79% | | 91 | 29.94 | | 0.0 | | |
| 11 | 20:15 | SW 5 | 10.00 | Fair | CLR | 83.8 | 75.4 | | | 76% | | 92 | 29.94 | | 0.0 | | |
| 11 | 19:55 | SW 3 | 10.00 | Fair | CLR | 84.2 | 75.4 | | | 75% | | 93 | 29.93 | | 0.0 | | |
| 11 | 19:35 | SW 3 | 10.00 | NULL | NULL | 84.2 | 75.9 | | | 76% | | 93 | 29.93 | | 0.0 | | |
| 11 | 14:35 | W 9 | 10.00 | Fair | CLR | 90.3 | 75 | | | 61% | | 101 | 29.96 | | 0.0 | | |
| 11 | 14:15 | NW 9 | 10.00 | Fair | CLR | 89.6 | 75 | | | 62% | | 100 | 29.96 | | 0.0 | | |
| 11 | 13:55 | NW 7 | 10.00 | NULL | NULL | 87.8 | 74.3 | | | 64% | | 97 | 29.97 | | 0.0 | | |
| 11 | 11:35 | N 6 | 10.00 | Mostly Cloudy | BKN024 BKN032 | 86.7 | 76.3 | | | 71% | | 97 | 30.02 | | 0.0 | | |
| 11 | 11:15 | Calm | 0.00 | NULL | NULL | 85.1 | 76.3 | | | 75% | | 95 | 0 | | 0.0 | | |
| 11 | 10:55 | N 5 | 10.00 | Fair | CLR | 84.7 | 75.6 | | | 74% | | 94 | 30.02 | | 0.0 | | |
| 11 | 10:35 | Calm | 10.00 | Fair | CLR | 84.7 | 76.3 | | | 76% | | 94 | 30.02 | | 0.0 | | |
| 11 | 10:15 | N 3 | 10.00 | Fair | CLR | 83.7 | 75.7 | | | 77% | | 92 | 30.02 | | 0.0 | | |
| 11 | 09:55 | NW 3 | 10.00 | Fair | CLR | 83.3 | 75.7 | | | 78% | | 91 | 30.03 | | 0.0 | | |
| 11 | 09:35 | NW 5 | 10.00 | Fair | CLR | 83.8 | 75.9 | | | 77% | | 93 | 30.01 | | 0.0 | | |
| 11 | 09:15 | NW 3 | 10.00 | Fair | CLR | 82.9 | 75 | | | 77% | | 90 | 30.01 | | 0.0 | | |
| 11 | 08:55 | Calm | 10.00 | Fair | CLR | 80.6 | 75.7 | | | 85% | | 86 | 30.01 | | 0.0 | | |
| 11 | 08:35 | Calm | 10.00 | Fair | CLR | 79.9 | 75.6 | | | 87% | | 85 | 30.01 | | 0.0 | | |
| 11 | 08:15 | W 5 | 10.00 | Fair | CLR | 78.4 | 76.5 | | | 94% | | 82 | 30.02 | | 0.0 | | |
| 11 | 07:55 | NW 3 | 10.00 | Fair | CLR | 77.7 | 76.3 | | | 95% | | 80 | 30.02 | | 0.0 | | |
| 11 | 07:35 | NW 3 | 10.00 | Fair | CLR | 77 | 76.1 | | | 97% | | 78 | 30.01 | | 0.0 | | |
| 11 | 07:15 | NW 3 | 10.00 | Fair | CLR | 76.3 | 75.6 | | | 98% | | 76 | 30 | | 0.0 | | |
| 11 | 06:55 | Calm | 10.00 | Fair | CLR | 75.2 | 74.5 | 79 | 75.2 | 98% | | 73 | 30 | | 0.0 | | |
| 11 | 06:35 | Calm | 10.00 | Fair | CLR | 75.4 | 74.5 | | | 97% | | 74 | 30 | | 0.0 | | |
| 11 | 06:15 | Calm | 10.00 | Partly Cloudy | SCT019 SCT024 SCT039 | 75.6 | 74.7 | | | 97% | | 74 | 29.99 | | 0.0 | | |
| 11 | 05:55 | Calm | 10.00 | Mostly Cloudy | SCT019 BKN038 | 75.7 | 74.8 | | | 97% | | 75 | 29.99 | | 0.0 | | |
| 11 | 05:35 | Calm | 10.00 | Overcast | OVC036 | 76.1 | 75.2 | | | 97% | | 75 | 29.99 | | 0.0 | | |
| 11 | 05:15 | Calm | 10.00 | Mostly Cloudy | BKN034 | 76.1 | 74.8 | | | 96% | | 76 | 29.98 | | 0.0 | | |
| 11 | 04:55 | N 5 | 10.00 | Partly Cloudy | SCT037 | 76.3 | 75.2 | | | 96% | | 76 | 29.99 | | 0.0 | | |
| 11 | 04:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 29.99 | | 0.0 | | |
| 11 | 04:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.8 | | | 96% | | 76 | 29.99 | | 0.0 | | |
| 11 | 03:55 | Calm | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 29.98 | | 0.0 | | |
| 11 | 03:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 29.98 | | 0.0 | | |
| 11 | 03:15 | NW 3 | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 29.98 | | 0.0 | | |
| 11 | 02:55 | W 3 | 10.00 | Partly Cloudy | SCT045 | 76.5 | 74.8 | | | 95% | | 77 | 29.97 | | 0.0 | | |
| 11 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT045 | 76.6 | 74.7 | | | 94% | | 77 | 29.99 | | 0.0 | | |
| 11 | 02:15 | Calm | 10.00 | Fair | CLR | 77.4 | 75.2 | | | 93% | | 79 | 29.99 | | 0.0 | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002564

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 01:55 | Calm | 10.00 | Partly Cloudy | SCT050 | 77.9 | 75.2 | | | 91% | | 80 | 29.98 | | 0.0 | | |
| 11 | 01:35 | Calm | 10.00 | Fair | CLR | 78.3 | 75.2 | | | 90% | | 81 | 29.98 | | 0.0 | | |
| 11 | 01:15 | SW 3 | 10.00 | Partly Cloudy | SCT035 | 78.8 | 75.2 | | | 89% | | 82 | 29.98 | | 0.0 | | |
| 11 | 00:55 | SW 3 | 10.00 | Fair | CLR | 79 | 75.2 | | | 88% | | 83 | 29.98 | | 0.0 | | |
| 11 | 00:35 | SW 5 | 10.00 | Fair | CLR | 78.8 | 74.8 | | | 88% | | 82 | 29.97 | | 0.0 | | |
| 11 | 00:15 | SW 3 | 10.00 | Fair | CLR | 79.2 | 75 | | | 87% | | 83 | 29.99 | | 0.0 | | |
| 10 | 23:55 | SW 5 | 10.00 | Fair | CLR | 79.7 | 75.2 | | | 86% | | 84 | 29.99 | | 0.0 | | |
| 10 | 23:35 | SW 6 | 10.00 | Fair | CLR | 79.9 | 75.2 | | | 86% | | 85 | 29.99 | | 0.0 | | |
| 10 | 23:15 | SW 5 | 10.00 | Fair | CLR | 78.8 | 74.5 | | | 87% | | 82 | 29.98 | | 0.0 | | |
| 10 | 22:55 | W 3 | 10.00 | Partly Cloudy | SCT050 | 78.8 | 75.2 | | | 89% | | 82 | 29.99 | | 0.0 | | |
| 10 | 22:35 | Calm | 10.00 | Partly Cloudy | SCT050 | 79 | 75.4 | | | 89% | | 83 | 29.99 | | 0.0 | | |
| 10 | 22:15 | SW 3 | 10.00 | Fair | CLR | 79.5 | 75.9 | | | 89% | | 84 | 29.99 | | 0.0 | | |
| 10 | 21:55 | Calm | 10.00 | Fair | CLR | 78.8 | 76.3 | | | 92% | | 83 | 29.98 | | 0.0 | | |
| 10 | 21:35 | Calm | 10.00 | Fair | CLR | 79 | 76.3 | | | 91% | | 83 | 29.98 | | 0.0 | | |
| 10 | 21:15 | Calm | 10.00 | Fair | CLR | 79.9 | 75.7 | | | 87% | | 85 | 29.98 | | 0.0 | | |
| 10 | 20:55 | Calm | 10.00 | Fair | CLR | 80.2 | 75.9 | | | 87% | | 86 | 29.97 | | 0.0 | | |
| 10 | 20:35 | Calm | 10.00 | Fair | CLR | 81.5 | 75.6 | | | 82% | | 88 | 29.97 | | 0.0 | | |
| 10 | 20:15 | Calm | 10.00 | NULL | NULL | 82.6 | 75.2 | | | 78% | | 90 | 29.97 | | 0.0 | | |
| 10 | 14:55 | NW 5 | 10.00 | Fair | CLR | 86 | 75 | | | 70% | | 95 | 30.02 | | 0.0 | | |
| 10 | 14:35 | NW 5 | 10.00 | Fair | CLR | 84.9 | 74.5 | | | 71% | | 93 | 30.02 | | 0.0 | | |
| 10 | 14:15 | W 3 | 10.00 | Fair | CLR | 84.2 | 74.3 | | | 72% | | 92 | 30.04 | | 0.0 | | |
| 10 | 13:55 | NW 3 | 10.00 | Fair | CLR | 83.7 | 74.5 | | | 74% | | 91 | 30.03 | | 0.0 | | |
| 10 | 13:35 | N 7 | 10.00 | Fair | CLR | 83.3 | 74.7 | | | 75% | | 91 | 30.03 | | 0.0 | | |
| 10 | 13:15 | NW 6 | 10.00 | Fair | CLR | 82.9 | 74.7 | | | 76% | | 90 | 30.04 | | 0.0 | | |
| 10 | 12:55 | N 6 | 10.00 | Fair | CLR | 82.6 | 74.5 | 82.9 | 72 | 77% | | 89 | 30.05 | | 0.0 | | |
| 10 | 12:35 | NW 8 | 10.00 | Fair | CLR | 82.6 | 74.5 | | | 77% | | 89 | 30.05 | | 0.0 | | |
| 10 | 12:15 | N 6 | 10.00 | Fair | CLR | 82.6 | 74.8 | | | 78% | | 90 | 30.05 | | 0.0 | | |
| 10 | 11:55 | N 7 | 10.00 | Fair | CLR | 81.9 | 74.5 | | | 78% | | 88 | 30.06 | | 0.0 | | |
| 10 | 11:35 | N 3 | 10.00 | Fair | CLR | 81 | 73.9 | | | 79% | | 86 | 30.06 | | 0.0 | | |
| 10 | 11:15 | NW 5 | 10.00 | Fair | CLR | 80.6 | 73.9 | | | 80% | | 86 | 30.06 | | 0.0 | | |
| 10 | 10:35 | NW 5 | 10.00 | Fair | CLR | 79.9 | 73.6 | | | 81% | | 84 | 30.06 | | 0.0 | | |
| 10 | 10:15 | Calm | 10.00 | Fair | CLR | 79.7 | 73.6 | | | 82% | | 84 | 30.06 | | 0.0 | | |
| 10 | 09:55 | NW 3 | 10.00 | Fair | CLR | 79.3 | 73.4 | | | 82% | | 83 | 30.05 | | 0.0 | | |
| 10 | 09:35 | NW 3 | 10.00 | Fair | CLR | 79.2 | 73.8 | | | 84% | | 83 | 30.05 | | 0.0 | | |
| 10 | 09:15 | NW 3 | 10.00 | Fair | CLR | 79.2 | 73.2 | | | 82% | | 83 | 30.04 | | 0.0 | | |
| 10 | 08:55 | Calm | 10.00 | Fair | CLR | 79.3 | 73.4 | | | 82% | | 83 | 30.05 | | 0.0 | | |
| 10 | 08:35 | Calm | 10.00 | Fair | CLR | 78.1 | 72.9 | | | 84% | | 81 | 30.05 | | 0.0 | | |
| 10 | 08:15 | W 5 | 10.00 | Fair | CLR | 77 | 73 | | | 88% | | 78 | 30.04 | | 0.0 | | |
| 10 | 07:55 | Calm | 10.00 | Fair | CLR | 75 | 72.9 | | | 93% | | 74 | 30.02 | | 0.0 | | |
| 10 | 07:35 | Calm | 10.00 | Fair | CLR | 73.6 | 72.1 | | | 95% | | | 30.02 | | 0.0 | | |
| 10 | 07:15 | Calm | 10.00 | Fair | CLR | 72.9 | 71.6 | | | 96% | | | 30.01 | | 0.0 | | |
| 10 | 06:55 | N 3 | 10.00 | Fair | CLR | 71.8 | 70.9 | 74.8 | 71.6 | 97% | | | 30.01 | | 0.0 | | |
| 10 | 06:35 | Calm | 10.00 | Fair | CLR | 71.8 | 70.9 | | | 97% | | | 30.01 | | 0.0 | | |
| 10 | 06:15 | Calm | 10.00 | Fair | CLR | 71.8 | 70.7 | | | 96% | | | 30.01 | | 0.0 | | |
| 10 | 05:55 | Calm | 10.00 | Fair | CLR | 72.1 | 71.2 | | | 97% | | | 30.01 | | 0.0 | | |
| 10 | 05:35 | Calm | 10.00 | Fair | CLR | 72.1 | 71.2 | | | 97% | | | 30 | | 0.0 | | |
| 10 | 05:15 | Calm | 10.00 | Fair | CLR | 72.7 | 71.8 | | | 97% | | | 30 | | 0.0 | | |
| 10 | 04:55 | Calm | 10.00 | Fair | CLR | 72.3 | 71.4 | | | 97% | | | 29.99 | | 0.0 | | |
| 10 | 04:35 | Calm | 10.00 | Fair | CLR | 72.5 | 71.2 | | | 96% | | | 29.99 | | 0.0 | | |
| 10 | 04:15 | Calm | 10.00 | Fair | CLR | 73.2 | 71.8 | | | 95% | | | 30 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002565