# Exhibit B

# DAILY LINE COUNT / LOG SHEET

LINE # 24+25

PUSHER: Msgt. ____

GUN GUARD: msgt. E. Brown

GUN GUARD: Msgt. J. Arrington

AM COUNT: 40x

PM COUNT:

DATE: 8-11-25

| DORM | COUNT | |
|------|-------|---|
| | | |
| F1 | | |
| F2 | | |
| F3 | | |
| F4 | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40am: arrived @ Falcon Gate
7:25am: Checking out Lines - Sun Screen offered
7:45am: 40x in Route to Potato Field
7:54am: arrived @ Potato Field (1) Shade Trailer (1) portapoti
(1) hand wash (4) water coolers offenders allowed to Drink
@ Will
8:30am: Capt London Rounds on Field
8:45am: Break offered
9:00am: Break over
9:25am: Counted Offenders F1-0 F2+ F3-21 F4-18
9:40am: "angola announces "Heat Alert" mandatory 15min
Break
955am: Break over
10:05am: Break offered
10:20am: Break over
11:15am: "Head Land" 40x in Rout to Camp D
11:28am: 40x Returned to camp.

## DAILY LINE COUNT / LOG SHEET

LINE # 24 + 25

PUSHER: Msgt. A Haines

GUN GUARD: Msgt. E. Brown

GUN GUARD : msgt J. Arrington

AM COUNT: 33x

PM COUNT:

DATE : 8-12-25

| DORM | COUNT | |
|------|-------|---|
|  |  |  |
|  |  |  |
| F1 | 0 |  |
| F2 | 1 |  |
| F3 | 15 |  |
| F4 | 17 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

6:50am: arrived @ Falcon Gate
7:15am: Checking out lines - Sunscreen offered & Taken
7:36am: 33x Checked out Falcon Gate in Route to
Potato Field
7:56am: arrived @ Potato Field (1)Shade Trailer (1)portapoti
(1)hand wash (4) water Coolers. offenders Drink @ will
8:40am: Capt London Rounds.
8:50am: Break offered
9:00am: angola announced "Heat Alert" mandutory 15 min Break
9:15am: Break over.
9:26am: Counted offenders F1-0 F2-1 F3-15 F4-17
10:15am: Break offered
10:30am: Break over
11:05am: "Head Count" 33x in Route to Camp D
11:25am: 33x checked Back to Camp D

VOTE002588
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # _15_

PUSHER: J. Arrington / E Brown

GUN GUARD: S. Lanus

GUN GUARD: S. Washington

AM COUNT: _4/x_

PM COUNT: _4/x_

DATE: _8-13-25_

| DORM Bear | COUNT | |
|---|---|---|
| 1 | Ø | |
| 2 | 4 | |
| 3 | Ø | |
| 4 | Ø | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## COMENTS:

7:16 Arrived at Bear Gate
7:20 opened outside and inside gates
7:38 Checked out 4x enroute to camp J
7:45 Arrived at Camp J to plant grass. Offenders
offered sunscreen (1) shade trailer (1) porta potty
(4) water coolers offenders allow to drink water at will
8:30 Break
8:40 Heat Alert Mandatory 15 minutes Break
9:00 Break ended
9:45 Break
10:00 Break ended
10:45 Break time and chow. Offenders was givena
30 minute break to eat and cool off
11:15 Break ended
12:00 Break
12:15 Break ended
1:00 Break
1:45 work stopped - Headland 4x enroute to Camp C
2:02 Checked in 4x at Bear gate

# DAILY LINE COUNT / LOG SHEET

LINE # _24 & 25_

PUSHER: _J. Arrington_

GUN GUARD: _E. Brown_

GUN GUARD: _____

AM COUNT: (_25X_)

PM COUNT: _____

DATE : _8-14-25_

| DORM | COUNT | |
|---|---|---|
| Falcon | | |
| 1 | 0 | |
| 2 | 1 | |
| 3 | 16 | |
| 4 | 8 | |
| total | 25 | |
| | | |
| | | |
| | | |

COMENTS:

6:30 Arrival time at Falcon Gate

7:05 Open outer and inner Falcon Gate

7:22 Checked out (25X) in route to potato field.

7:30 Arrived at potato field offenders offered Sunscreen (1) shade
trailer (1) portable toilet (1) handwash station (4) water coolers
offenders allowed to drink at will.

8:15 Break-time

8:30 Work resumed

9:00 Heat-Alert all work stopped immediately, called in count (25X)

9:15 Break-ended

10:00 Break-time

10:15 Worked resumed

11:00 Work Ended

11:15 Head Land 25x enroute to Camp D

11:23 Checked in 25x at Falcon gates

## DAILY LINE COUNT / LOG SHEET

LINE # 24+25

PUSHER: Msgt. A Raines

GUN GUARD: Msgt. E. Brown

GUN GUARD : Msgt. J. Arrington

AM COUNT: 38x

PM COUNT:

DATE: 8-15-25

| DORM | COUNT | |
|------|-------|---|
| | | |
| F1 | | |
| F2 | 1 | |
| F3 | 20 | |
| F4 | 17 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40am: arrived @ Falcon Gate.

7:20am: Checking out Lines - Sun Screen offered & Reviewed

7:30am: 38x Checked in Route to Potato Field

7:43am: arrived @ Potato Field (1) Shade Trailer (1) port-a-potti
(1) hand wash (4) water Coolers offenders allowed to Drink @ will.

8:30am: Capt London Rounds on Field

8:43am: "Head Land" 38x in Route to Pepper Field

8:55am: arrived @ pepper Field (1) Shade Trailer (1) port-a-potti (1) Hand
wash (4) water Coolers. offenders Drink @ will

9:00am "Heat Alert" mandatory 15min Break.

9:20am: Break over and Count Culled into Ramp D
Selly - port

10:15am: Break offered

10:30am: Break over + LT smith Rounds on Field

11:11am: "Head Land" 38x in Route to Camp-D

11:28am: 38x Returned to Camp-D.

# DAILY LINE COUNT / LOG SHEET

LINE #     15

PUSHER:  Col. Rosso

GUN GUARD:  Lt. Boitnott

GUN GUARD :

AM COUNT:  4 +

PM COUNT:  4 x

DATE: 8-14-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 4 | |
| 3 | 0 | |
| 4 | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

7:25 AM  arrived at Camp C - halliport
7:35 AM  checked out 4x offenders in route
       to Camp J.
7:49 A.M. arrived at Camp J to start Grass
       Offenders offered sunscreen, shade
       trailer, P. porta potty & water
       coolers. Offenders allowed to
       drink water and use restroom
       at will.
8:30/A  Break
9:00/A  Heat alert called - 15 minute break
9:15/A  Break ended
10:00/A  Break
10:15/A  Break ended
11:00/A  Break time and chow. Offenders given
       30 minute break to eat and cool off
11:30/AM  Break ended
12:15/pa  Break
12:30/Pa  Break ended

revised 05/21/2025

P. II

# DAILY LINE COUNT / LOG SHEET

LINE # **15**

PUSHER: Col. Rosso

GUN GUARD: Lt. Boitnott

GUN GUARD: _____

AM COUNT: 4x

PM COUNT: 4x

DATE: 8-14-25

| DORM Dear | COUNT | |
|---|---|---|
| 1 | 3 | |
| 2 | 4 | |
| 3 | 0 | |
| 4 | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

1⁴⁵pm   Break
1³⁰pm   Break ended
2⁰⁰pm   Worked down for the day
        4x enroute to Camp C.
2¹⁵pm   Checked in 4x Camp C.

VOTE002601

revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE #  15

PUSHER: Col. Rosso

GUN GUARD: Lt. Boitnott

GUN GUARD:

AM COUNT: 4x

PM COUNT: 4x

DATE: 8-15-25

| DORM Bear | COUNT | |
|-----------|-------|---|
| 1 | 0 | |
| 2 | 4 | |
| 3 | 0 | |
| 4 | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

7 14/2  arrived at Camp C

2-3½  checked out 4+ offenders enroute to
    Camp J to plant grass.

73¾  arrived at Camp J to plant grass.
    4+ offenders offered sunscreen,
    shade/trailer, porta potty, cold water.
    offenders allowed to drink water and
    use restroom at will.

815/2  Break

830/2  Break ended

900/2  Heat Alert    Break given

915/2  Break ended

100/2  Break

1015/2  Break ended

1100/am  Break and chow given to offenders

1130/a  Break and chow ended.

1215/p  end of work for the day. Offenders
    headcount 4+ enroute to Camp C

1230/p  offenders checked in at Camp C 4+

VOTE002602
revised 03/21/2025