**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>**VERSUS**<br><br>**JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | **CIVIL ACTION**<br><br>**NO.: 3:23-cv-1304**<br><br>**JUDGE BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing Motion to Stay August 22 Ruling and Order filed on behalf of Defendants herein, JAMES LEBLANC**,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER**,** in his official capacity as Warden of Louisiana State Penitentiary, and the LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS;

IT IS ORDERED that the August 22, 2025 Ruling and Order (R.Doc. 297) be and it is hereby STAYED pending appeal to the Fifth Circuit Court of Appeals.

1

SIGNED at Baton Rouge, Louisiana, this ____ day of _____, 2025.


_____
HONORABLE BRIAN A. JACKSON
JUDGE, UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA