UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering the discussions held at the August 21, 2025 Status Conference regarding the Court's site visit to Louisiana State Penitentiary ("LSP"),

**IT IS ORDERED** that the Court's visit to LSP is **RESET** to September 10, 2025, at 9:30 A.M.

Baton Rouge, Louisiana, this 25th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

USM-Certified