# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 23 | 00:55 | Calm | 10.00 | Fair | CLR | 74.8 | 74.3 | 76.6 | 74.3 | 98% | | | 29.96 | | 0.0 | | |
| 23 | 00:35 | Calm | 10.00 | Fair | CLR | 75 | 74.1 | | | 97% | | 73 | 29.97 | | 0.0 | | |
| 23 | 00:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 29.97 | | 0.0 | | |
| 22 | 23:55 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 29.96 | | 0.0 | | |
| 22 | 23:35 | Calm | 10.00 | Fair | CLR | 75.2 | 74.3 | | | 97% | | 73 | 29.96 | | 0.0 | | |
| 22 | 23:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 29.96 | | 0.0 | | |
| 22 | 22:55 | N 3 | 0.00 | NULL | NULL | 74.5 | 73.6 | | | 97% | | | 29.96 | | 0.0 | | |
| 22 | 22:35 | Calm | 0.00 | NULL | NULL | 74.5 | 73.2 | | | 96% | | | 29.95 | | 0.0 | | |
| 22 | 22:15 | Calm | 0.00 | NULL | NULL | 74.7 | 73.4 | | | 96% | | | 29.95 | | 0.0 | | |
| 22 | 21:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.4 | | | 95% | | | 29.95 | | 0.0 | | |
| 22 | 21:35 | Calm | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.95 | | 0.0 | | |
| 22 | 21:15 | Calm | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 29.94 | | 0.0 | | |
| 22 | 20:55 | SW 3 | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.93 | | 0.0 | | |
| 22 | 20:35 | SW 3 | 10.00 | Fair | CLR | 75 | 73.4 | | | 95% | | 73 | 29.93 | | 0.0 | | |
| 22 | 20:15 | Calm | 0.00 | NULL | NULL | 75.2 | 73.4 | | | 94% | | 74 | 29.92 | | 0.0 | | |
| 22 | 19:55 | E 3 | 0.00 | NULL | NULL | 75.7 | 73.4 | | | 92% | | 75 | 29.92 | | 0.0 | | |
| 22 | 19:35 | Calm | 0.00 | NULL | NULL | 75.9 | 73.4 | | | 92% | | 76 | 29.92 | | 0.0 | | |
| 22 | 19:15 | Calm | 0.00 | Fair | CLR | 76.5 | 72.3 | | | 87% | | 77 | 29.91 | | 0.0 | | |
| 22 | 18:55 | Calm | 0.00 | NULL | NULL | 75.9 | 72.7 | | | 90% | | 76 | 29.91 | | 0.0 | | |
| 22 | 18:35 | Calm | 0.00 | NULL | NULL | 75.4 | 72.7 | | | 91% | | 75 | 29.91 | | 0.0 | | |
| 22 | 18:15 | NW 8 | 0.00 | NULL | NULL | 75.2 | 73 | | | 93% | | 74 | 29.92 | | 0.0 | | |
| 22 | 17:55 | N 8 | 0.00 | Light Rain | NULL | 74.7 | 72.7 | | | 94% | | | 29.92 | | 0.0 | 0.09 | |
| 22 | 17:35 | N 8 | 0.00 | Thunderstorm in Vicinity | NULL | 74.8 | 72.9 | | | 94% | | | 29.93 | | 0.0 | 0.09 | |
| 22 | 17:15 | NW 3 | 0.00 | NULL | NULL | 75.2 | 72.7 | | | 92% | | 74 | 29.94 | | 0.0 | 0.05 | |
| 22 | 16:55 | Calm | 10.00 | Thunderstorm Light Rain in Vicinity | SCT049 SCT075 OVC100 | 75.4 | 73.4 | | | 94% | | 74 | 29.94 | | 0.0 | 0.04 | |
| 22 | 16:35 | N 8 | 0.00 | Thunderstorm Light Rain in Vicinity | NULL | 75.2 | 73.4 | | | 94% | | 74 | 29.94 | | 0.0 | 0.01 | |
| 22 | 16:15 | N 9 | 0.00 | Thunderstorm in Vicinity | NULL | 74.5 | 72 | | | 92% | | | 29.93 | | 0.0 | | |
| 22 | 15:55 | E 8 G 16 | 10.00 | Thunderstorm | BKN065 BKN080 BKN110 | 74.3 | 71.6 | | | 91% | | | 29.93 | | 0.0 | 0.03 | |
| 22 | 15:35 | E 8 | 0.00 | Thunderstorm | NULL | 74.7 | 72.3 | | | 92% | | | 29.94 | | 0.0 | 0.03 | |
| 22 | 15:15 | N 6 | 10.00 | Thunderstorm Light Rain | SCT012 SCT036 BKN075 | 74.3 | 71.1 | | | 90% | | | 29.93 | | 0.0 | 0.02 | |
| 22 | 14:55 | W 3 G 21 | 0.00 | Thunderstorm Light Rain | NULL | 75.4 | 72 | | | 89% | | 75 | 29.93 | | 0.0 | | |
| 22 | 14:35 | N 20 | 0.00 | Thunderstorm in Vicinity | NULL | 0 | 0 | | | 0% | | | 29.92 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 12:35 | Calm | 0.00 | Fair | CLR | 88.2 | 73.8 | | | 62% | | 97 | 29.92 | | 0.0 | | |
| 22 | 12:15 | N 3 | 0.00 | Fair | CLR | 89.6 | 73.8 | | | 60% | | 99 | 29.94 | | 0.0 | | |
| 22 | 11:55 | Calm | 0.00 | Fair | CLR | 88.7 | 74.5 | | | 63% | | 98 | 29.95 | | 0.0 | | |
| 22 | 11:35 | Calm | 0.00 | Fair | CLR | 88 | 74.8 | | | 65% | | 98 | 29.96 | | 0.0 | | |
| 22 | 11:15 | Calm | 0.00 | Fair | CLR | 86.9 | 75 | | | 68% | | 96 | 29.96 | | 0.0 | | |
| 22 | 10:55 | Calm | 0.00 | Fair | CLR | 86.5 | 74.5 | | | 67% | | 95 | 29.96 | | 0.0 | | |
| 22 | 10:35 | SW 3 | 0.00 | Fair | CLR | 85.8 | 75 | | | 70% | | 95 | 29.96 | | 0.0 | | |
| 22 | 10:15 | SW 3 | 0.00 | Partly Cloudy | SCT110 | 85.1 | 75.4 | | | 73% | | 94 | 29.96 | | 0.0 | | |
| 22 | 09:55 | Calm | 0.00 | Mostly Cloudy | BKN110 | 84.2 | 75.6 | | | 75% | | 93 | 29.95 | | 0.0 | | |
| 22 | 09:35 | W 3 | 0.00 | Overcast | OVC110 | 82.6 | 75.2 | | | 78% | | 90 | 29.94 | | 0.0 | | |
| 22 | 09:15 | NW 3 | 0.00 | Overcast | OVC110 | 82.4 | 76.1 | | | 81% | | 90 | 29.94 | | 0.0 | | |
| 22 | 08:55 | Calm | 0.00 | Overcast | OVC100 | 81.5 | 75.9 | | | 83% | | 88 | 29.94 | | 0.0 | | |
| 22 | 08:35 | Calm | 0.00 | Mostly Cloudy | BKN100 | 79.7 | 75.6 | | | 87% | | 84 | 29.94 | | 0.0 | | |
| 22 | 08:15 | W 3 | 0.00 | NULL | NULL | 78.1 | 75.2 | | | 91% | | 81 | 29.94 | | 0.0 | | |
| 22 | 07:55 | NW 5 | 0.00 | NULL | NULL | 77 | 75.2 | | | 94% | | 78 | 29.93 | | 0.0 | | |
| 22 | 07:35 | Calm | 0.00 | NULL | NULL | 75.6 | 74.5 | | | 96% | | 74 | 29.93 | | 0.0 | | |
| 22 | 07:15 | Calm | 7.00 | Fair | CLR | 74.5 | 73.4 | | | 96% | | | 29.92 | | 0.0 | | |
| 22 | 06:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73 | 77 | 74.1 | 96% | | | 29.92 | | 0.0 | | |
| 22 | 06:35 | Calm | 10.00 | Fair | CLR | 74.3 | 73.2 | | | 96% | | | 29.92 | | 0.0 | | |
| 22 | 06:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.4 | | | 96% | | | 29.91 | | 0.0 | | |
| 22 | 05:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.9 | | 0.0 | | |
| 22 | 05:35 | Calm | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.9 | | 0.0 | | |
| 22 | 05:15 | Calm | 10.00 | Fair | CLR | 75.2 | 73.8 | | | 95% | | 74 | 29.9 | | 0.0 | | |
| 22 | 04:55 | NW 3 | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.9 | | 0.0 | | |
| 22 | 04:35 | N 3 | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.89 | | 0.0 | | |
| 22 | 04:15 | N 3 | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.89 | | 0.0 | | |
| 22 | 03:55 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 29.89 | | 0.0 | | |
| 22 | 03:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.3 | | | 95% | | 75 | 29.89 | | 0.0 | | |
| 22 | 03:15 | N 3 | 10.00 | Fair | CLR | 76.1 | 74.8 | | | 96% | | 76 | 29.89 | | 0.0 | | |
| 22 | 02:55 | Calm | 10.00 | Fair | CLR | 76.3 | 75 | | | 96% | | 76 | 29.89 | | 0.0 | | |
| 22 | 02:35 | N 3 | 10.00 | Fair | CLR | 76.5 | 75.2 | | | 96% | | 76 | 29.89 | | 0.0 | | |
| 22 | 02:15 | Calm | 10.00 | Fair | CLR | 75.7 | 73.9 | | | 94% | | 75 | 29.89 | | 0.0 | | |
| 22 | 01:55 | Calm | 10.00 | Fair | CLR | 76.8 | 75 | | | 94% | | 78 | 29.9 | | 0.0 | | |
| 22 | 01:35 | Calm | 10.00 | Fair | CLR | 77 | 75.2 | | | 94% | | 78 | 29.9 | | 0.0 | | |
| 22 | 01:15 | Calm | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.9 | | 0.0 | | |
| 22 | 00:55 | Calm | 10.00 | Fair | CLR | 75.7 | 73.8 | | | 94% | | 75 | 29.9 | | 0.0 | | |
| 22 | 00:35 | Calm | 10.00 | Fair | CLR | 76.3 | 73.9 | | | 93% | | 76 | 29.91 | | 0.0 | | |
| 22 | 00:15 | Calm | 10.00 | Fair | CLR | 76.1 | 73.4 | | | 91% | | 76 | 29.91 | | 0.0 | | |
| 21 | 23:55 | Calm | 10.00 | Fair | CLR | 76.8 | 73.9 | | | 91% | | 78 | 29.91 | | 0.0 | | |
| 21 | 23:35 | Calm | 10.00 | Fair | CLR | 76.3 | 73.4 | | | 91% | | 77 | 29.91 | | 0.0 | | |
| 21 | 23:15 | Calm | 10.00 | NULL | NULL | 76.6 | 73 | | | 89% | | 77 | 29.91 | | 0.0 | | |
| 21 | 22:35 | Calm | 10.00 | Fair | CLR | 77.7 | 73.9 | | | 88% | | 80 | 29.91 | | 0.0 | | |
| 21 | 22:15 | Calm | 10.00 | Fair | CLR | 78.1 | 73.6 | | | 86% | | 81 | 29.9 | | 0.0 | | |
| 21 | 21:55 | S 3 | 10.00 | Fair | CLR | 78.3 | 73.2 | | | 85% | | 81 | 29.9 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002632

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 21:35 | Calm | 10.00 | Fair | CLR | 79.2 | 73 | | | 82% | | 83 | 29.89 | | 0.0 | | |
| 21 | 21:15 | Calm | 10.00 | Partly Cloudy | SCT034 | 79.5 | 73.4 | | | 82% | | 83 | 29.89 | | 0.0 | | |
| 21 | 20:55 | Calm | 10.00 | Partly Cloudy | SCT036 | 80.2 | 73.4 | | | 80% | | 85 | 29.88 | | 0.0 | | |
| 21 | 20:35 | E 3 | 10.00 | Fair | CLR | 81.3 | 75 | | | 81% | | 87 | 29.88 | | 0.0 | | |
| 21 | 20:15 | S 3 | 10.00 | Fair | CLR | 81.5 | 74.3 | | | 79% | | 87 | 29.87 | | 0.0 | | |
| 21 | 19:55 | S 5 | 0.00 | NULL | NULL | 82 | 73.4 | | | 75% | | 88 | 29.86 | | 0.0 | | |
| 21 | 13:15 | Calm | 0.00 | Fair | CLR | 90.3 | 76.3 | | | 63% | | 103 | 29.91 | | 0.0 | | |
| 21 | 12:55 | NE 7 | 0.00 | Fair | CLR | 88.5 | 74.1 | 88.9 | 73.8 | 63% | | 98 | 29.91 | | 0.0 | | |
| 21 | 12:35 | N 6 | 0.00 | Fair | CLR | 88.3 | 73.4 | | | 61% | | 97 | 29.91 | | 0.0 | | |
| 21 | 12:15 | NE 6 | 0.00 | Partly Cloudy | SCT027 | 87.6 | 75.6 | | | 68% | | 98 | 29.92 | | 0.0 | | |
| 21 | 11:55 | NW 6 | 0.00 | Fair | CLR | 87.1 | 74.8 | | | 67% | | 96 | 29.92 | | 0.0 | | |
| 21 | 11:35 | Calm | 0.00 | Fair | CLR | 86.7 | 75.7 | | | 70% | | 97 | 29.92 | | 0.0 | | |
| 21 | 11:15 | NW 3 | 0.00 | Fair | CLR | 85.3 | 73 | | | 67% | | 92 | 29.92 | | 0.0 | | |
| 21 | 10:55 | NW 5 | 0.00 | Fair | CLR | 84.7 | 71.1 | | | 64% | | 90 | 29.92 | | 0.0 | | |
| 21 | 10:35 | NW 6 | 0.00 | Fair | CLR | 84.7 | 71.8 | | | 65% | | 90 | 29.92 | | 0.0 | | |
| 21 | 10:15 | Calm | 0.00 | Fair | CLR | 83.3 | 75 | | | 76% | | 91 | 29.92 | | 0.0 | | |
| 21 | 09:55 | NW 3 | 10.00 | Fair | CLR | 80.6 | 74.8 | | | 83% | | 86 | 29.91 | | 0.0 | | |
| 21 | 09:35 | Calm | 0.00 | Fair | CLR | 79.7 | 74.3 | | | 84% | | 84 | 29.91 | | 0.0 | | |
| 21 | 09:15 | Calm | 0.00 | Fair | CLR | 79.2 | 73.8 | | | 84% | | 83 | 29.91 | | 0.0 | | |
| 21 | 08:55 | Calm | 0.00 | Fair | CLR | 78.4 | 73.4 | | | 85% | | 81 | 29.9 | | 0.0 | | |
| 21 | 08:35 | Calm | 10.00 | Fair | CLR | 77.5 | 72.5 | | | 85% | | 79 | 29.9 | | 0.0 | | |
| 21 | 08:15 | Calm | 0.00 | NULL | NULL | 76.6 | 72.5 | | | 87% | | 78 | 29.9 | | 0.0 | | |
| 21 | 07:55 | Calm | 0.00 | NULL | NULL | 75.7 | 72.5 | | | 90% | | 76 | 29.9 | | 0.0 | | |
| 21 | 07:35 | Calm | 0.00 | NULL | NULL | 75 | 72.5 | | | 92% | | 74 | 29.9 | | 0.0 | | |
| 21 | 07:15 | Calm | 10.00 | Fair | CLR | 74.3 | 72.7 | | | 95% | | | 29.9 | | 0.0 | | |
| 21 | 06:55 | Calm | 0.00 | NULL | NULL | 73.8 | 72.3 | 75.4 | 73 | 95% | | | 29.9 | | 0.0 | | |
| 21 | 06:35 | Calm | 10.00 | Fair | CLR | 74.3 | 72.1 | | | 93% | | | 29.89 | | 0.0 | | |
| 21 | 06:15 | Calm | 10.00 | Fair | CLR | 73.6 | 72 | | | 95% | | | 29.89 | | 0.0 | | |
| 21 | 05:55 | Calm | 10.00 | Fair | CLR | 73.8 | 72 | | | 94% | | | 29.89 | | 0.0 | | |
| 21 | 05:35 | Calm | 10.00 | Fair | CLR | 73.6 | 72.1 | | | 95% | | | 29.89 | | 0.0 | | |
| 21 | 05:15 | N 3 | 10.00 | Fair | CLR | 73.4 | 72 | | | 95% | | | 29.88 | | 0.0 | | |
| 21 | 04:55 | NE 3 | 10.00 | Fair | CLR | 73.4 | 72.1 | | | 96% | | | 29.88 | | 0.0 | | |
| 21 | 04:35 | Calm | 10.00 | Fair | CLR | 73 | 71.8 | | | 96% | | | 29.88 | | 0.0 | | |
| 21 | 04:15 | Calm | 10.00 | Fair | CLR | 73 | 71.8 | | | 96% | | | 29.87 | | 0.0 | | |
| 21 | 03:55 | E 3 | 10.00 | Fair | CLR | 73.4 | 71.8 | | | 95% | | | 29.87 | | 0.0 | | |
| 21 | 03:35 | Calm | 10.00 | Fair | CLR | 74.1 | 72.5 | | | 95% | | | 29.87 | | 0.0 | | |
| 21 | 03:15 | Calm | 10.00 | Fair | CLR | 73.8 | 72.5 | | | 96% | | | 29.86 | | 0.0 | | |
| 21 | 02:55 | Calm | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 29.87 | | 0.0 | | |
| 21 | 02:35 | Calm | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 29.86 | | 0.0 | | |
| 21 | 02:15 | Calm | 10.00 | Fair | CLR | 74.5 | 72.5 | | | 94% | | | 29.86 | | 0.0 | | |
| 21 | 01:55 | Calm | 10.00 | Fair | CLR | 74.7 | 72.5 | | | 93% | | | 29.87 | | 0.0 | | |
| 21 | 01:35 | Calm | 10.00 | Fair | CLR | 74.7 | 72.3 | | | 92% | | | 29.87 | | 0.0 | | |
| 21 | 01:15 | W 3 | 0.00 | NULL | NULL | 75.2 | 72.5 | | | 91% | | 74 | 29.88 | | 0.0 | | |
| 21 | 00:55 | NW 5 | 0.00 | NULL | NULL | 75.6 | 72.5 | 80.1 | 75.6 | 90% | | 75 | 29.89 | | 0.0 | | |
| 21 | 00:35 | N 5 | 10.00 | Fair | CLR | 75.6 | 72.5 | | | 90% | | 75 | 29.89 | | 0.0 | | |
| 21 | 00:15 | NW 5 | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 29.9 | | 0.0 | | |
| 20 | 23:55 | N 3 | 10.00 | Fair | CLR | 76.6 | 73.8 | | | 91% | | 77 | 29.91 | | 0.0 | | |
| 20 | 23:35 | Calm | 10.00 | Fair | CLR | 76.3 | 72.9 | | | 89% | | 77 | 29.91 | | 0.0 | | |
| 20 | 23:15 | NW 3 | 10.00 | Fair | CLR | 76.3 | 73.8 | | | 92% | | 76 | 29.92 | | 0.0 | | |
| 20 | 22:55 | Calm | 10.00 | Fair | CLR | 76.3 | 73.6 | | | 91% | | 76 | 29.92 | | 0.0 | | |
| 20 | 22:35 | W 5 | 10.00 | Partly Cloudy | SCT070 SCT090 | 76.5 | 73.6 | | | 91% | | 77 | 29.92 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002633

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 22:15 | Calm | 10.00 | Mostly Cloudy | SCT070 BKN095 BKN120 | 77.2 | 73.4 | | | 88% | | 79 | 29.93 | | 0.0 | | |
| 20 | 21:55 | W 3 | 10.00 | Mostly Cloudy | BKN070 BKN090 BKN110 | 77.9 | 73.4 | | | 86% | | 80 | 29.92 | | 0.0 | | |
| 20 | 21:35 | Calm | 10.00 | Partly Cloudy | SCT110 | 77 | 73.9 | | | 90% | | 78 | 29.91 | | 0.0 | | |
| 20 | 21:15 | Calm | 10.00 | Fair | CLR | 76.6 | 73.8 | | | 91% | | 77 | 29.9 | | 0.0 | | |
| 20 | 20:55 | N 3 | 10.00 | Fair | CLR | 78.1 | 73.4 | | | 86% | | 81 | 29.89 | | 0.0 | | |
| 20 | 20:35 | Calm | 10.00 | Fair | CLR | 77.9 | 73.9 | | | 88% | | 80 | 29.87 | | 0.0 | | |
| 20 | 20:15 | Calm | 10.00 | Fair | CLR | 77 | 73.6 | | | 89% | | 78 | 29.86 | | 0.0 | | |
| 20 | 19:55 | NW 9 | 10.00 | Fair | CLR | 77.9 | 73.4 | | | 86% | | 80 | 29.85 | | 0.0 | | |
| 20 | 19:35 | NW 3 | 0.00 | Fair | CLR | 78.6 | 73.9 | | | 86% | | 82 | 29.85 | | 0.0 | | |
| 20 | 19:15 | Calm | 0.00 | Fair | CLR | 80.1 | 73 | | | 79% | | 84 | 29.85 | | 0.0 | | |
| 20 | 18:55 | Calm | 0.00 | Fair | CLR | 80.2 | 73.6 | | | 80% | | 85 | 29.85 | | 0.0 | | |
| 20 | 18:35 | SW 5 | 0.00 | Thunderstorm in Vicinity | SCT120 | 79.7 | 74.3 | | | 84% | | 84 | 29.87 | | 0.0 | | |
| 20 | 18:15 | Calm | 0.00 | Thunderstorm in Vicinity | SCT100 BKN120 | 78.6 | 73.8 | | | 85% | | 82 | 29.86 | | 0.0 | | |
| 20 | 17:55 | Calm | 10.00 | Mostly Cloudy | BKN100 | 78.3 | 74.1 | | | 87% | | 81 | 29.85 | | 0.0 | 0.05 | |
| 20 | 17:35 | W 5 | 0.00 | Thunderstorm in Vicinity | NULL | 77.2 | 73.2 | | | 88% | | 79 | 29.85 | | 0.0 | 0.05 | |
| 20 | 17:15 | W 13 G 22 | 2.50 | Thunderstorm Light Rain in Vicinity | NULL | 76.8 | 71.8 | | | 85% | | 78 | 29.87 | | 0.0 | 0.04 | |
| 20 | 10:55 | NE 5 | 0.00 | Fair | CLR | 87.6 | 73.6 | | | 63% | | 96 | 29.94 | | 0.0 | | |
| 20 | 10:35 | Calm | 0.00 | Fair | CLR | 86.4 | 74.1 | | | 67% | | 95 | 29.94 | | 0.0 | | |
| 20 | 10:15 | N 3 | 0.00 | Fair | CLR | 86 | 75.2 | | | 70% | | 95 | 29.94 | | 0.0 | | |
| 20 | 09:55 | Calm | 0.00 | Fair | CLR | 85.3 | 75 | | | 71% | | 94 | 29.94 | | 0.0 | | |
| 20 | 09:35 | Calm | 0.00 | Fair | CLR | 84 | 74.1 | | | 72% | | 91 | 29.94 | | 0.0 | | |
| 20 | 09:15 | Calm | 0.00 | Fair | CLR | 82.6 | 74.3 | | | 76% | | 89 | 29.94 | | 0.0 | | |
| 20 | 08:55 | Calm | 0.00 | Fair | CLR | 81.7 | 74.7 | | | 79% | | 88 | 29.94 | | 0.0 | | |
| 20 | 08:35 | Calm | 10.00 | Fair | CLR | 79.5 | 74.3 | | | 84% | | 84 | 29.93 | | 0.0 | | |
| 20 | 08:15 | Calm | 0.00 | NULL | NULL | 78.1 | 74.3 | | | 88% | | 81 | 29.94 | | 0.0 | | |
| 20 | 07:55 | Calm | 10.00 | Fair | CLR | 76.3 | 74.3 | | | 94% | | 76 | 29.94 | | 0.0 | | |
| 20 | 07:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.4 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 07:15 | Calm | 10.00 | Fair | CLR | 73.8 | 72.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:55 | Calm | 10.00 | Fair | CLR | 73 | 71.8 | 76.1 | 72.9 | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:35 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:15 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 05:55 | Calm | 10.00 | Fair | CLR | 73.4 | 71.8 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 05:35 | Calm | 10.00 | Fair | CLR | 73.4 | 71.8 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 05:15 | E 5 | 10.00 | Fair | CLR | 73.6 | 72.1 | | | 95% | | | 29.94 | | 0.0 | | |
| 20 | 04:55 | Calm | 10.00 | Fair | CLR | 73.9 | 72.5 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 04:35 | Calm | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 29.93 | | 0.0 | | |
| 20 | 04:15 | Calm | 10.00 | Fair | CLR | 74.7 | 72.1 | | | 92% | | | 29.92 | | 0.0 | | |
| 20 | 03:55 | Calm | 10.00 | Fair | CLR | 74.7 | 72.3 | | | 92% | | | 29.92 | | 0.0 | | |
| 20 | 03:35 | Calm | 10.00 | Partly Cloudy | SCT095 | 75 | 72.1 | | | 91% | | 74 | 29.93 | | 0.0 | | |
| 20 | 03:15 | N 6 | 10.00 | Partly Cloudy | SCT095 | 74.5 | 72.5 | | | 94% | | | 29.94 | | 0.0 | | |
| 20 | 02:55 | Calm | 10.00 | Fair | CLR | 74.5 | 73 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 02:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 02:15 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 29.94 | | 0.0 | | |
| 20 | 01:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 29.94 | | 0.0 | | |
| 20 | 01:35 | Calm | 10.00 | Fair | CLR | 75.6 | 73.4 | | | 93% | | 75 | 29.94 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F)    Pressure    Precipitation (in)

VOTE002634



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 10:55 | NE 5 | 0.00 | Fair | CLR | 87.6 | 73.6 | | | 63% | | 96 | 29.94 | | 0.0 | | |
| 20 | 10:35 | Calm | 0.00 | Fair | CLR | 86.4 | 74.1 | | | 67% | | 95 | 29.94 | | 0.0 | | |
| 20 | 10:15 | N 3 | 0.00 | Fair | CLR | 86 | 75.2 | | | 70% | | 95 | 29.94 | | 0.0 | | |
| 20 | 09:55 | Calm | 0.00 | Fair | CLR | 85.3 | 75 | | | 71% | | 94 | 29.94 | | 0.0 | | |
| 20 | 09:35 | Calm | 0.00 | Fair | CLR | 84 | 74.1 | | | 72% | | 91 | 29.94 | | 0.0 | | |
| 20 | 09:15 | Calm | 0.00 | Fair | CLR | 82.6 | 74.3 | | | 76% | | 89 | 29.94 | | 0.0 | | |
| 20 | 08:55 | Calm | 0.00 | Fair | CLR | 81.7 | 74.7 | | | 79% | | 88 | 29.94 | | 0.0 | | |
| 20 | 08:35 | Calm | 10.00 | Fair | CLR | 79.5 | 74.3 | | | 84% | | 84 | 29.93 | | 0.0 | | |
| 20 | 08:15 | Calm | 0.00 | NULL | NULL | 78.1 | 74.3 | | | 88% | | 81 | 29.94 | | 0.0 | | |
| 20 | 07:55 | Calm | 10.00 | Fair | CLR | 76.3 | 74.3 | | | 94% | | 76 | 29.94 | | 0.0 | | |
| 20 | 07:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.4 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 07:15 | Calm | 10.00 | Fair | CLR | 73.8 | 72.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:55 | Calm | 10.00 | Fair | CLR | 73 | 71.8 | 76.1 | 72.9 | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:35 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 06:15 | Calm | 10.00 | Fair | CLR | 73 | 72 | | | 96% | | | 29.94 | | 0.0 | | |
| 20 | 05:55 | Calm | 10.00 | Fair | CLR | 73.4 | 71.8 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 05:35 | Calm | 10.00 | Fair | CLR | 73.4 | 71.8 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 05:15 | E 5 | 10.00 | Fair | CLR | 73.6 | 72.1 | | | 95% | | | 29.94 | | 0.0 | | |
| 20 | 04:55 | Calm | 10.00 | Fair | CLR | 73.9 | 72.5 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 04:35 | Calm | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 29.93 | | 0.0 | | |
| 20 | 04:15 | Calm | 10.00 | Fair | CLR | 74.7 | 72.1 | | | 92% | | | 29.92 | | 0.0 | | |
| 20 | 03:55 | Calm | 10.00 | Fair | CLR | 74.7 | 72.3 | | | 92% | | | 29.92 | | 0.0 | | |
| 20 | 03:35 | Calm | 10.00 | Partly Cloudy | SCT095 | 75 | 72.1 | | | 91% | | 74 | 29.93 | | 0.0 | | |
| 20 | 03:15 | N 6 | 10.00 | Partly Cloudy | SCT095 | 74.5 | 72.5 | | | 94% | | | 29.94 | | 0.0 | | |
| 20 | 02:55 | Calm | 10.00 | Fair | CLR | 74.5 | 73 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 02:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73 | | | 95% | | | 29.93 | | 0.0 | | |
| 20 | 02:15 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 29.94 | | 0.0 | | |
| 20 | 01:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.4 | | | 94% | | 74 | 29.94 | | 0.0 | | |
| 20 | 01:35 | Calm | 10.00 | Fair | CLR | 75.6 | 73.4 | | | 93% | | 75 | 29.94 | | 0.0 | | |
| 20 | 01:15 | Calm | 10.00 | Thunderstorm in Vicinity | CLR | 75.2 | 72.5 | | | 91% | | 74 | 29.94 | | 0.0 | | |
| 20 | 00:55 | Calm | 10.00 | Fair | CLR | 76.1 | 72.5 | 82.6 | 75.4 | 89% | | 76 | 29.95 | | 0.0 | | |
| 20 | 00:35 | Calm | 10.00 | Fair | CLR | 75.7 | 72.5 | | | 90% | | 76 | 29.95 | | 0.0 | | |
| 20 | 00:15 | Calm | 10.00 | Fair | CLR | 75.9 | 72.7 | | | 90% | | 76 | 29.97 | | 0.0 | | |
| 19 | 23:55 | Calm | 10.00 | Fair | CLR | 75.9 | 73.2 | | | 91% | | 76 | 29.97 | | 0.0 | | |
| 19 | 23:35 | Calm | 0.00 | NULL | NULL | 76.3 | 73 | | | 90% | | 77 | 29.96 | | 0.0 | | |
| 19 | 23:15 | SE 3 | 0.00 | NULL | NULL | 77.4 | 73 | | | 87% | | 79 | 29.96 | | 0.0 | | |
| 19 | 22:55 | Calm | 10.00 | Fair | CLR | 77.2 | 73.4 | | | 88% | | 79 | 29.96 | | 0.0 | | |
| 19 | 22:35 | Calm | 10.00 | Fair | CLR | 77.4 | 73.4 | | | 88% | | 79 | 29.96 | | 0.0 | | |
| 19 | 22:15 | Calm | 10.00 | Fair | CLR | 78.3 | 73.8 | | | 86% | | 81 | 29.96 | | 0.0 | | |
| 19 | 21:55 | Calm | 10.00 | Partly Cloudy | SCT120 | 79.2 | 73 | | | 82% | | 83 | 29.95 | | 0.0 | | |
| 19 | 21:35 | Calm | 10.00 | Mostly Cloudy | BKN120 | 79 | 73.4 | | | 83% | | 82 | 29.95 | | 0.0 | | |
| 19 | 21:15 | N 3 | 10.00 | Partly Cloudy | SCT120 | 79.9 | 71.6 | | | 76% | | 83 | 29.95 | | 0.0 | | |
| 19 | 20:55 | Calm | 10.00 | Partly Cloudy | SCT120 | 80.1 | 70.9 | | | 74% | | 84 | 29.95 | | 0.0 | | |
| 19 | 20:35 | S 3 | 10.00 | Partly Cloudy | SCT095 | 80.6 | 71.1 | | | 73% | | 84 | 29.94 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F)    Pressure    Precipitation (in)

VOTE002620

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 19 | 20:15 | Calm | 10.00 | Mostly Cloudy | BKN095 BKN120 | 81.1 | 71.8 | | | 73% | | 85 | 29.95 | | 0.0 | | |
| 19 | 19:55 | SW 3 | 0.00 | NULL | NULL | 82.6 | 72.9 | | | 73% | | 88 | 29.95 | | 0.0 | | |
| 19 | 11:15 | Calm | 0.00 | Fair | CLR | 85.6 | 73.9 | | | 68% | | 93 | 30.02 | | 0.0 | | |
| 19 | 10:55 | NW 5 | 0.00 | Fair | CLR | 84.9 | 73.8 | | | 69% | | 92 | 30.02 | | 0.0 | | |
| 19 | 10:35 | NW 3 | 0.00 | NULL | NULL | 83.8 | 75 | | | 75% | | 92 | 30.02 | | 0.0 | | |
| 19 | 09:35 | N 6 | 10.00 | Fair | CLR | 81 | 73.6 | | | 78% | | 86 | 30.02 | | 0.0 | | |
| 19 | 09:15 | N 7 | 0.00 | Fair | CLR | 79.9 | 73.4 | | | 81% | | 84 | 30.03 | | 0.0 | | |
| 19 | 08:55 | NW 6 | 0.00 | Fair | CLR | 78.4 | 73.4 | | | 85% | | 81 | 30.02 | | 0.0 | | |
| 19 | 08:35 | NW 5 | 0.00 | NULL | NULL | 77.4 | 73.4 | | | 88% | | 79 | 30.02 | | 0.0 | | |
| 19 | 08:15 | N 8 | 10.00 | Fair | CLR | 76.3 | 73.6 | | | 91% | | 76 | 30.02 | | 0.0 | | |
| 19 | 07:55 | NW 3 | 10.00 | Fair | CLR | 75 | 73.2 | | | 94% | | 73 | 30.01 | | 0.0 | | |
| 19 | 07:35 | Calm | 0.00 | NULL | NULL | 73.8 | 72.7 | | | 96% | | | 30.01 | | 0.0 | | |
| 19 | 07:15 | Calm | 10.00 | Fair | CLR | 72.9 | 72 | | | 97% | | | 30 | | 0.0 | | |
| 19 | 06:55 | Calm | 10.00 | Fair | CLR | 72 | 71.1 | 74.3 | 71.8 | 97% | | | 30 | | 0.0 | | |
| 19 | 06:35 | Calm | 10.00 | Fair | CLR | 72.5 | 71.2 | | | 96% | | | 30 | | 0.0 | | |
| 19 | 06:15 | Calm | 10.00 | Fair | CLR | 72.1 | 71.1 | | | 96% | | | 30 | | 0.0 | | |
| 19 | 05:55 | N 3 | 10.00 | Fair | CLR | 72.3 | 71.1 | | | 96% | | | 29.99 | | 0.0 | | |
| 19 | 05:35 | N 3 | 10.00 | Fair | CLR | 72.1 | 71.1 | | | 96% | | | 29.98 | | 0.0 | | |
| 19 | 05:15 | Calm | 10.00 | Fair | CLR | 72.5 | 71.2 | | | 96% | | | 29.98 | | 0.0 | | |
| 19 | 04:55 | Calm | 10.00 | Fair | CLR | 72.1 | 71.1 | | | 96% | | | 29.98 | | 0.0 | | |
| 19 | 04:35 | Calm | 10.00 | Fair | CLR | 72.9 | 72 | | | 97% | | | 29.97 | | 0.0 | | |
| 19 | 04:15 | Calm | 10.00 | Fair | CLR | 72.9 | 71.8 | | | 96% | | | 29.97 | | 0.0 | | |
| 19 | 03:55 | Calm | 10.00 | Fair | CLR | 72.9 | 72 | | | 97% | | | 29.97 | | 0.0 | | |
| 19 | 03:35 | Calm | 10.00 | Fair | CLR | 72.7 | 72 | | | 98% | | | 29.97 | | 0.0 | | |
| 19 | 03:15 | NW 3 | 10.00 | Fair | CLR | 72.5 | 71.8 | | | 98% | | | 29.97 | | 0.0 | | |
| 19 | 02:55 | Calm | 10.00 | Fair | CLR | 72.9 | 72.1 | | | 98% | | | 29.97 | | 0.0 | | |
| 19 | 02:35 | Calm | 10.00 | Fair | CLR | 73.4 | 72.5 | | | 97% | | | 29.97 | | 0.0 | | |
| 19 | 02:15 | Calm | 10.00 | Fair | CLR | 73.4 | 72.5 | | | 97% | | | 29.96 | | 0.0 | | |
| 19 | 01:55 | Calm | 10.00 | Fair | CLR | 73.4 | 72.5 | | | 97% | | | 29.96 | | 0.0 | | |
| 19 | 01:35 | Calm | 10.00 | Fair | CLR | 73.6 | 72.7 | | | 97% | | | 29.97 | | 0.0 | | |
| 19 | 01:15 | Calm | 10.00 | Fair | CLR | 74.3 | 73.4 | | | 97% | | | 29.97 | | 0.0 | | |
| 19 | 00:55 | Calm | 10.00 | Fair | CLR | 74.3 | 73.4 | 80.2 | 74.3 | 97% | | | 29.97 | | 0.0 | | |
| 19 | 00:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.4 | | | 96% | | | 29.98 | | 0.0 | | |
| 19 | 00:15 | Calm | 10.00 | Fair | CLR | 75.2 | 73.6 | | | 95% | | 74 | 29.97 | | 0.0 | | |
| 18 | 23:55 | Calm | 10.00 | Fair | CLR | 75.4 | 73.8 | | | 95% | | 74 | 29.97 | | 0.0 | | |
| 18 | 23:35 | Calm | 10.00 | Fair | CLR | 75.4 | 73.8 | | | 95% | | 74 | 29.98 | | 0.0 | | |
| 18 | 23:15 | Calm | 10.00 | Fair | CLR | 75.4 | 73.8 | | | 95% | | 74 | 29.98 | | 0.0 | | |
| 18 | 22:55 | Calm | 10.00 | Fair | CLR | 75.4 | 73.8 | | | 95% | | 74 | 29.98 | | 0.0 | | |
| 18 | 22:35 | Calm | 10.00 | Fair | CLR | 75.4 | 73.6 | | | 94% | | 74 | 29.97 | | 0.0 | | |
| 18 | 22:15 | Calm | 10.00 | Fair | CLR | 75 | 73 | | | 94% | | 73 | 29.97 | | 0.0 | | |
| 18 | 21:55 | N 3 | 10.00 | Partly Cloudy | SCT065 SCT075 | 75.4 | 73.2 | | | 93% | | 74 | 29.97 | | 0.0 | | |
| 18 | 21:35 | W 3 | 10.00 | Light Drizzle | SCT060 SCT075 | 75.6 | 72.7 | | | 91% | | 75 | 29.97 | | 0.0 | | |
| 18 | 21:15 | W 6 | 10.00 | Fair | CLR | 76.1 | 72.5 | | | 89% | | 76 | 29.98 | | 0.0 | | |
| 18 | 20:55 | W 8 | 10.00 | Partly Cloudy | SCT055 | 77.2 | 73.4 | | | 88% | | 79 | 30 | | 0.0 | | |
| 18 | 20:35 | W 7 | 10.00 | Partly Cloudy | SCT055 SCT120 | 77.9 | 74.8 | | | 90% | | 80 | 30.01 | | 0.0 | | |
| 18 | 20:15 | Calm | 10.00 | Partly Cloudy | SCT120 | 78.3 | 74.7 | | | 89% | | 81 | 30 | | 0.0 | | |
| 18 | 19:55 | Calm | 10.00 | Thunderstorm in Vicinity | SCT042 | 78.8 | 73.9 | | | 85% | | 82 | 29.99 | | 0.0 | | |
| 18 | 19:35 | S 3 | 10.00 | Thunderstorm | SCT042 SCT050 SCT085 | 79.2 | 73.4 | | | 83% | | 83 | 29.99 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. 6 hour | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002621

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 18 | 19:15 | Calm | 10.00 | Partly Cloudy | SCT070 SCT085 | 80.1 | 72.9 | | | 79% | | 84 | 30 | | 0.0 | | |
| 18 | 18:55 | NW 7 G 23 | 10.00 | Partly Cloudy | SCT070 SCT085 | 79.7 | 73.9 | | | 83% | | 84 | 29.99 | | 0.0 | | |
| 18 | 18:35 | SE 6 | 0.00 | Thunderstorm in Vicinity | CLR | 80.2 | 73 | | | 79% | | 85 | 29.96 | | 0.0 | | |
| 18 | 18:15 | S 7 | 10.00 | Fair | CLR | 80.4 | 74.3 | | | 82% | | 85 | 29.96 | | 0.0 | | |
| 18 | 17:55 | S 7 | 10.00 | Fair | CLR | 81.5 | 72.9 | | | 75% | | 87 | 29.96 | | 0.0 | | |
| 18 | 17:35 | S 5 | 10.00 | Fair | CLR | 82.2 | 73.2 | | | 74% | | 88 | 29.97 | | 0.0 | | |
| 18 | 17:15 | E 3 | 0.00 | Fair | CLR | 81.7 | 72.9 | | | 75% | | 87 | 29.94 | | 0.0 | | |
| 18 | 16:55 | E 3 | 0.00 | Fair | CLR | 81.5 | 72.7 | | | 75% | | 86 | 29.92 | | 0.0 | | |
| 18 | 16:35 | E 6 | 10.00 | Fair | CLR | 81.7 | 73.6 | | | 77% | | 87 | 29.93 | | 0.0 | | |
| 18 | 16:15 | E 6 | 10.00 | Thunderstorm in Vicinity | CLR | 81.3 | 72.5 | | | 75% | | 86 | 29.94 | | 0.0 | | |
| 18 | 15:55 | SE 6 | 10.00 | Fair | CLR | 81.3 | 71.4 | | | 72% | | 86 | 29.95 | | 0.0 | | |
| 18 | 15:35 | SE 6 | 10.00 | Partly Cloudy | SCT048 SCT050 SCT065 | 81.5 | 71.6 | | | 72% | | 86 | 29.94 | | 0.0 | | |
| 18 | 15:15 | SW 3 | 0.00 | Thunderstorm Light Rain | SCT048 SCT050 SCT065 | 82 | 70 | | | 67% | | 86 | 29.97 | | 0.0 | | |
| 18 | 14:55 | NE 10 | 0.00 | Thunderstorm | NULL | 82.9 | 73 | | | 72% | | 89 | 29.96 | | 0.0 | | |
| 18 | 09:55 | Calm | 10.00 | Fair | CLR | 86.5 | 76.8 | | | 73% | | 98 | 30 | | 0.0 | | |
| 18 | 09:35 | Calm | 10.00 | Fair | CLR | 85.5 | 76.6 | | | 75% | | 96 | 29.99 | | 0.0 | | |
| 18 | 09:15 | Calm | 0.00 | Fair | CLR | 84.2 | 76.1 | | | 77% | | 93 | 29.99 | | 0.0 | | |
| 18 | 08:55 | Calm | 10.00 | Fair | CLR | 83.3 | 75.2 | | | 77% | | 91 | 29.99 | | 0.0 | | |
| 18 | 08:35 | N 3 | 10.00 | Fair | CLR | 82 | 74.7 | | | 78% | | 88 | 29.99 | | 0.0 | | |
| 18 | 08:15 | Calm | 10.00 | Fair | CLR | 79.7 | 76.1 | | | 89% | | 85 | 29.99 | | 0.0 | | |
| 18 | 07:55 | Calm | 10.00 | Fair | CLR | 77.4 | 76.1 | | | 96% | | 79 | 29.98 | | 0.0 | | |
| 18 | 07:35 | Calm | 10.00 | Fair | CLR | 76.5 | 75.6 | | | 97% | | 76 | 29.98 | | 0.0 | | |
| 18 | 07:15 | Calm | 10.00 | Fair | CLR | 75.2 | 74.5 | | | 98% | | 73 | 29.97 | | 0.0 | | |
| 18 | 06:55 | Calm | 10.00 | Fair | CLR | 74.5 | 73.8 | | | 98% | | | 29.97 | | 0.0 | | |
| 18 | 06:35 | Calm | 10.00 | Fair | CLR | 74.5 | 73.8 | | | 98% | | | 29.97 | | 0.0 | | |
| 18 | 06:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 29.96 | | 0.0 | | |
| 18 | 05:50 | Calm | 10.00 | Fair | CLR | 74.7 | 73.9 | | | 98% | | | 29.95 | | 0.0 | | |
| 18 | 05:35 | Calm | 10.00 | NULL | NULL | 74.7 | 73.9 | | | 98% | | | 29.95 | | 0.0 | | |
| 18 | 04:55 | Calm | 10.00 | Fair | CLR | 74.5 | 73.8 | | | 98% | | | 29.95 | | 0.0 | | |
| 18 | 04:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 29.94 | | 0.0 | | |
| 18 | 04:15 | Calm | 10.00 | Fair | CLR | 74.7 | 73.8 | | | 97% | | | 29.94 | | 0.0 | | |
| 18 | 03:55 | Calm | 10.00 | Fair | CLR | 74.8 | 73.9 | | | 97% | | | 29.94 | | 0.0 | | |
| 18 | 03:35 | Calm | 10.00 | Fair | CLR | 74.7 | 73.6 | | | 96% | | | 29.94 | | 0.0 | | |
| 18 | 03:15 | Calm | 10.00 | Fair | CLR | 75 | 73.6 | | | 95% | | 73 | 29.95 | | 0.0 | | |
| 18 | 02:55 | Calm | 10.00 | Fair | CLR | 75.2 | 73.8 | | | 95% | | 74 | 29.94 | | 0.0 | | |
| 18 | 02:35 | Calm | 10.00 | Fair | CLR | 75.7 | 74.5 | | | 96% | | 75 | 29.94 | | 0.0 | | |
| 18 | 02:15 | Calm | 10.00 | Fair | CLR | 75.4 | 73.9 | | | 95% | | 74 | 29.94 | | 0.0 | | |
| 18 | 01:55 | Calm | 10.00 | Fair | CLR | 75.6 | 73.9 | | | 95% | | 74 | 29.94 | | 0.0 | | |
| 18 | 01:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.95 | | 0.0 | | |
| 18 | 01:15 | Calm | 10.00 | Fair | CLR | 75.7 | 73.8 | | | 94% | | 75 | 29.95 | | 0.0 | | |
| 18 | 00:55 | Calm | 10.00 | Fair | CLR | 76.1 | 74.1 | 79.3 | 76.1 | 94% | | 76 | 29.96 | | 0.0 | | |
| 18 | 00:35 | Calm | 10.00 | Fair | CLR | 76.1 | 74.3 | | | 94% | | 76 | 29.97 | | 0.0 | | |
| 18 | 00:15 | Calm | 10.00 | Fair | CLR | 76.3 | 74.1 | | | 93% | | 76 | 29.97 | | 0.0 | | |
| 17 | 23:55 | Calm | 10.00 | Fair | CLR | 76.8 | 74.7 | | | 93% | | 78 | 29.97 | | 0.0 | | |
| 17 | 23:35 | Calm | 10.00 | Fair | CLR | 77.2 | 75.2 | | | 94% | | 78 | 29.96 | | 0.0 | | |
| 17 | 23:15 | Calm | 10.00 | Fair | CLR | 77.2 | 74.5 | | | 91% | | 79 | 29.96 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002622

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 17 | 22:55 | Calm | 10.00 | Fair | CLR | 77.2 | 74.7 | | | 92% | | 79 | 29.95 | | 0.0 | | |
| 17 | 22:35 | Calm | 10.00 | Fair | CLR | 77.9 | 74.7 | | | 90% | | 80 | 29.96 | | 0.0 | | |
| 17 | 22:15 | Calm | 10.00 | Fair | CLR | 77.7 | 74.7 | | | 90% | | 80 | 29.96 | | 0.0 | | |
| 17 | 21:55 | Calm | 10.00 | Fair | CLR | 77.7 | 75.2 | | | 92% | | 80 | 29.97 | | 0.0 | | |
| 17 | 21:35 | Calm | 10.00 | Fair | CLR | 78.4 | 74.5 | | | 88% | | 81 | 29.97 | | 0.0 | | |
| 17 | 21:15 | Calm | 10.00 | Fair | CLR | 78.1 | 74.1 | | | 88% | | 81 | 29.96 | | 0.0 | | |
| 17 | 20:55 | Calm | 10.00 | Fair | CLR | 78.1 | 72.7 | | | 84% | | 81 | 29.96 | | 0.0 | | |
| 17 | 20:35 | Calm | 10.00 | Fair | CLR | 78.3 | 72.5 | | | 83% | | 81 | 29.94 | | 0.0 | | |
| 17 | 20:15 | Calm | 10.00 | Fair | CLR | 77.9 | 73.4 | | | 86% | | 80 | 29.95 | | 0.0 | | |
| 17 | 19:55 | Calm | 10.00 | Fair | CLR | 78.3 | 73.2 | | | 85% | | 81 | 29.94 | | 0.0 | | |
| 17 | 19:35 | Calm | 10.00 | Partly Cloudy | SCT065 SCT075 SCT090 | 77.9 | 73.6 | | | 87% | | 80 | 29.93 | | 0.0 | | |
| 17 | 19:15 | Calm | 10.00 | Partly Cloudy | SCT065 SCT090 SCT110 | 78.8 | 74.3 | | | 86% | | 82 | 29.93 | | 0.0 | | |
| 17 | 18:55 | Calm | 0.00 | Thunderstorm | NULL | 77.9 | 73.4 | | | 86% | | 80 | 29.94 | | 0.0 | | |
| 17 | 11:55 | N 8 | 0.00 | Fair | CLR | 90.7 | 77.4 | | | 65% | | 105 | 30.04 | | 0.0 | | |
| 17 | 11:35 | N 5 | 10.00 | NULL | NULL | 89.6 | 76.8 | | | 66% | | 102 | 30.04 | | 0.0 | | |
| 17 | 11:20 | N 8 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.05 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002623