# Exhibit B

# DAILY LINE COUNT / LOG SHEET

LINE # ___15___

PUSHER: Col. Rosso

GUN GUARD: _____

GUN GUARD : _____

AM COUNT: _____

PM COUNT: _____

DATE: 8-18-25

| DORM Bear | COUNT | |
|-----------|-------|--|
| 1 | 0 | |
| 2 | 4 | |
| 3 | 0 | |
| 4 | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

7³⁵  arrived at camp C. following

23⁴⁵  Checked out 4 offenders enroute
      to Comp. J.

7⁴⁵  arrived at Camp J. offenders offered
      sunscreen, shade trailer, porta potty
      cold water. offenders allowed to
      drink water and use porta potty at will.

8³⁰  Break
845  Break ended
9⁰⁰  Heat Alert 15 minute break.
9¹⁵  Break ended
10⁰⁰  Break
10⁴⁵  Break ended
11⁰⁰  Break - Chow served to offender
11³⁰  Break ended
12¹⁵  Break
1⁰⁰  returned offenders to camp C. Heat ended

# DAILY LINE COUNT / LOG SHEET

LINE #: _24 & 25_

PUSHER: _MSgt J Arrington_

GUN GUARD: _MSgt E. Brown_

GUN GUARD: _____

AM COUNT: _25_

PM COUNT: _____

DATE: _8-18-25_

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | | |
| 2 | 1 | |
| 3 | 17 | |
| 4 | 7 | |
| total | 25 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40 Arrived at Camp D Falcon Gate
6:58 Opened outside and inside gates
7:25 Checked out 25X enroute to potato field
7:33 Arrived at Potato field Offender offered sunscreen
(1) Shade trailer (1) porta potty (4) water coolers
Offenders allowed to drink at will - (1) hand wash station
8:15 Break
8:30 Break ended
9:03 Heat Alert - All work stopped at this time for
15 min break
9:18 Head land 25X enroute to Bell Pepper field
9:26 Arrived at Bell Pepper field
9:38 Called in count to Camp D sally Port Falcon 0, 1,
17, and 7 total 25
10:11 Break
10:26 Break ended
11:00 All work stopped at this time
11:05 Head land enroute to Camp D with 25X
11:22 Arrived at Falcon Gate Checked in 25x

VOTE002638
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # __24 & 25__

PUSHER: __Msgt J. Arrington__

GUN GUARD: __Msgt E. Brown__

GUN GUARD : __Msgt I. Gains__

AM COUNT: __40__

PM COUNT:

DATE : __8-19-25__

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 2 | |
| 3 | 20 | |
| 4 | 18 | |
| total | 40 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:38 Arrived at Camp D Falcon Gate
7:06 Opened outside and inside gates
7:30 Checked out 40x enroute to watermelon field
7:41 Arrived at watermelon with 40x offenders
offered sunscreen (1) shade trail (1) porta potty
(1) handwash station (4) water coolers  offenders allowed
to drink water at will
8:15 Break
8:30 Break ended
9:15 Break
9:30 Break ended - Called in count to Camp D sally port
10:03 Heat Alert - all work stopped at this time
10:18 Break ended
11:00 Head land  40x enroute to camp D
11:10 Arrived at Camp D Falcon gate
11:17 Checked in 40x

## DAILY LINE COUNT / LOG SHEET

LINE #  24 & 25

PUSHER: MSgt J Arrington

GUN GUARD: MSgt I Gains

GUN GUARD:

AM COUNT:  25

PM COUNT:

DATE: 8-20-23

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 1 | |
| 3 | 16 | |
| 4 | 8 | |
| Total | 25 | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

4:43 Arrived at Camp D Falcon Gates
6:58 Opened outside and inside Gate
7:21 Checked out 25x enroute to Bell Pepper Field
7:29 Arrived at Bell Pepper Field offenders offered sunscreen
   (1) Shade trailer (1) porta potty with hand wash station (4)
   water cooler offenders allowed to drink water at
   will
7:30 Offenders start to pick Bell Pepper
8:15 Break
8:30 Break ended
9:00 Heat Alert  All work stopped at this time for 15
min Break
9:15 Break ended
9:30 Called in count to camp D sally port 0,1,16 and 8
10:00 Break
10:15 Break ended
11:00 Headland  25x enroute to camp D
11:22 Arrived at camp D Falcon Gates
11:32 Check in 25x

VOTE002642
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE # _24 & 25_

PUSHER: _Msgt J. Arrington_

GUN GUARD: _Msgt C. Brown_

GUN GUARD: _Msgt I. Gains_

AM COUNT: _56_

PM COUNT:

DATE: _8-22-25_

| DORM _Falcon_ | COUNT | |
|---|---|---|
| 1 | Ø | |
| 2 | 3 | |
| 3 | 18 | |
| 4 | 15 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:47 Arrived at Camp D Falcon Gate

7:05 Opened outside and inside gate

7:20 Checked out 36x enroute to pecan

7:24 Arrived at pecan archer with 36x offenders offered sunscreen (1) shade trail (5) porta potty (1) handwash station (4) watercoolers offenders allowed to drink water at will

7:30 Passed out cups to all offenders

8:15 Break

8:30 Break ended

9:00 Heat Alert all work stopped at this time for 15 min break (Ø) Heat Precautions on line

9:15 Break ended

10:00 Break

10:15 Break ended

11:00 Headland 36x enroute to Camp D

11:05 Arrived at Camp D Falcon gate

11:20 Checked in 36x