# Exhibit A

## National Weather Service - New Roads False River Regional Airport, August 29, 2025

| Date | Time | Heat Index (°F) |
|---|---|---|
| 8/29/2025 | 23:55 | |
| 8/29/2025 | 23:35 | |
| 8/29/2025 | 23:15 | |
| 8/29/2025 | 22:55 | |
| 8/29/2025 | 22:35 | |
| 8/29/2025 | 22:15 | |
| 8/29/2025 | 21:55 | |
| 8/29/2025 | 21:35 | |
| 8/29/2025 | 21:15 | |
| 8/29/2025 | 20:55 | |
| 8/29/2025 | 20:35 | |
| 8/29/2025 | 20:15 | |
| 8/29/2025 | 19:55 | |
| 8/29/2025 | 19:35 | |
| 8/29/2025 | 19:15 | |
| 8/29/2025 | 18:55 | |
| 8/29/2025 | 18:35 | |
| 8/29/2025 | 18:15 | |
| 8/29/2025 | 17:55 | |
| 8/29/2025 | 17:35 | |
| 8/29/2025 | 17:15 | |
| 8/29/2025 | 16:55 | |
| 8/29/2025 | 16:35 | |
| 8/29/2025 | 16:15 | |
| 8/29/2025 | 15:55 | |
| 8/29/2025 | 15:35 | |
| 8/29/2025 | 15:15 | |
| 8/29/2025 | 14:55 | |
| 8/29/2025 | 14:35 | |
| 8/29/2025 | 14:15 | |
| 8/29/2025 | 13:55 | |
| 8/29/2025 | 13:35 | |
| 8/29/2025 | 13:15 | |
| 8/29/2025 | 12:55 | |
| 8/29/2025 | 12:35 | |
| 8/29/2025 | 12:15 | |
| 8/29/2025 | 11:55 | |
| 8/29/2025 | 11:35 | |
| 8/29/2025 | 11:15 | |
| 8/29/2025 | 10:55 | |
| 8/29/2025 | 10:35 | |
| 8/29/2025 | 10:15 | |
| 8/29/2025 | 9:55 | |
| 8/29/2025 | 9:35 | |
| 8/29/2025 | 9:15 | |
| 8/29/2025 | 8:55 | |
| 8/29/2025 | 8:35 | |
| 8/29/2025 | 8:15 | |
| 8/29/2025 | 7:55 | |
| 8/29/2025 | 7:35 | |
| 8/29/2025 | 7:15 | |
| 8/29/2025 | 6:55 | |
| 8/29/2025 | 6:35 | |
| 8/29/2025 | 6:15 | |
| 8/29/2025 | 5:55 | |
| 8/29/2025 | 5:35 | |
| 8/29/2025 | 5:15 | |
| 8/29/2025 | 4:55 | |
| 8/29/2025 | 4:35 | |
| 8/29/2025 | 4:15 | |
| 8/29/2025 | 3:55 | |
| 8/29/2025 | 3:35 | |



# National Weather Service
National Oceanic and Atmospheric Administration

**Weather observations for the past three days for**
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 13:55 | SW 5 | 0.00 | Thunderstorm in Vicinity | NULL | 76.5 | 74.8 | | | 95% | | 77 | 30.03 | | 0.0 | | |
| 29 | 13:35 | SW 3 | 0.00 | Thunderstorm in Vicinity | BKN005 BKN014 BKN023 | 75.7 | 74.3 | | | 95% | | 75 | 30.03 | | 0.0 | | |
| 29 | 13:15 | W 5 | 0.00 | Thunderstorm in Vicinity | NULL | 75.9 | 74.7 | | | 96% | | 75 | 30.02 | | 0.0 | | |
| 29 | 12:55 | W 6 | 0.00 | NULL | NULL | 75.7 | 74.5 | 77.2 | 75.4 | 96% | | 75 | 30.03 | | 0.0 | 0.08 | 1.73 |
| 29 | 12:35 | W 7 | 0.00 | Thunderstorm | NULL | 76.3 | 75 | | | 96% | | 76 | 30.04 | | 0.0 | 0.08 | |
| 29 | 12:15 | S 3 | 0.00 | Thunderstorm in Vicinity | NULL | 75.9 | 74.7 | | | 96% | | 75 | 30.05 | | 0.0 | 0.07 | |
| 29 | 11:55 | NE 3 | 0.00 | Thunderstorm in Vicinity | NULL | 76.1 | 74.7 | | | 95% | | 76 | 30.05 | | 0.0 | 0.84 | |
| 29 | 11:35 | E 7 | 0.00 | Thunderstorm in Vicinity | NULL | 75.7 | 74.7 | | | 96% | | 75 | 30.04 | | 0.0 | 0.64 | |
| 29 | 11:15 | N 6 | 0.00 | Thunderstorm | NULL | 76.1 | 75 | | | 96% | | 76 | 30.03 | | 0.0 | 0.27 | |
| 29 | 10:55 | Calm | 0.00 | NULL | NULL | 77 | 75.6 | | | 95% | | 78 | 30.03 | | 0.0 | 0.17 | |
| 29 | 10:35 | Calm | 0.00 | Thunderstorm in Vicinity | NULL | 76.3 | 75.2 | | | 96% | | 76 | 30.02 | | 0.0 | 0.16 | |
| 29 | 10:15 | Calm | 0.00 | Thunderstorm | NULL | 75.6 | 74.3 | | | 96% | | 74 | 30.03 | | 0.0 | 0.13 | |
| 29 | 09:55 | Calm | 0.00 | Thunderstorm | NULL | 76.1 | 74.7 | | | 95% | | 76 | 30.02 | | 0.0 | 0.52 | 0.63 |
| 29 | 09:35 | E 3 | 0.00 | Thunderstorm | NULL | 76.8 | 75.2 | | | 95% | | 77 | 30.03 | | 0.0 | 0.08 | |
| 29 | 09:15 | S 3 | 0.00 | Thunderstorm | NULL | 76.3 | 74.8 | | | 95% | | 76 | 30.01 | | 0.0 | 0.03 | |
| 29 | 08:55 | S 3 | 0.00 | Thunderstorm in Vicinity | NULL | 76.1 | 74.7 | | | 95% | | 76 | 30.01 | | 0.0 | 0.1 | |
| 29 | 08:35 | Calm | 0.00 | Thunderstorm in Vicinity | NULL | 76.3 | 74.8 | | | 95% | | 76 | 30.01 | | 0.0 | 0.06 | |
| 29 | 08:15 | Calm | 0.00 | NULL | NULL | 76.3 | 74.7 | | | 95% | | 76 | 30.01 | | 0.0 | 0.03 | |
| 29 | 07:55 | Calm | 0.00 | Thunderstorm in Vicinity | NULL | 76.3 | 74.5 | | | 94% | | 76 | 30 | | 0.0 | 0.01 | |
| 29 | 07:35 | Calm | 0.00 | NULL | NULL | 76.8 | 74.5 | | | 93% | | 78 | 30 | | 0.0 | | |
| 29 | 07:15 | SE 3 | 0.00 | NULL | NULL | 76.5 | 74.3 | | | 93% | | 77 | 30 | | 0.0 | | |
| 29 | 06:55 | SE 6 | 0.00 | Thunderstorm | NULL | 75.7 | 74.3 | 75.7 | 74.3 | 95% | | 75 | 29.99 | | 0.0 | | 0.01 |
| 29 | 06:35 | S 3 | 0.00 | Thunderstorm in Vicinity | BKN028 BKN065 BKN085 | 75.4 | 73.9 | | | 95% | | 74 | 29.99 | | 0.0 | | |
| 29 | 06:15 | S 3 | 0.00 | Thunderstorm in Vicinity | NULL | 74.8 | 73.4 | | | 95% | | | 29.98 | | 0.0 | | |
| 29 | 05:55 | E 5 | 0.00 | NULL | NULL | 75.2 | 73.6 | | | 95% | | 74 | 29.97 | | 0.0 | | |
| 29 | 05:35 | S 3 | 0.00 | NULL | NULL | 75.2 | 73.6 | | | 95% | | 74 | 29.97 | | 0.0 | | |
| 29 | 05:15 | Calm | 0.00 | NULL | NULL | 74.3 | 73 | | | 96% | | | 29.97 | | 0.0 | | |
| 29 | 04:55 | Calm | 0.00 | NULL | NULL | 74.7 | 73.4 | | | 96% | | | 29.98 | | 0.0 | | |
| 29 | 04:35 | Calm | 0.00 | NULL | NULL | 74.3 | 73 | | | 96% | | | 29.97 | | 0.0 | | |
| 29 | 04:15 | Calm | 0.00 | NULL | NULL | 74.3 | 72.9 | | | 95% | | | 29.99 | | 0.0 | | |
| 29 | 03:55 | Calm | 0.00 | NULL | NULL | 74.3 | 73 | | | 96% | | | 30 | | 0.0 | 0.01 | |
| 29 | 03:35 | Calm | 0.00 | NULL | NULL | 74.3 | 72.9 | | | 95% | | | 30 | | 0.0 | | |
| 29 | 03:15 | Calm | 0.00 | NULL | NULL | 74.5 | 72.7 | | | 94% | | | 30 | | 0.0 | | |
| 29 | 02:55 | Calm | 0.00 | NULL | NULL | 75.2 | 72.7 | | | 92% | | 74 | 30 | | 0.0 | 0.01 | |
| 29 | 02:35 | Calm | 0.00 | NULL | NULL | 74.8 | 72 | | | 91% | | | 30 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002681

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 02:15 | Calm | 0.00 | NULL | NULL | 75.2 | 72 | | | 90% | | 75 | 30.01 | | 0.0 | | |
| 29 | 01:55 | Calm | 0.00 | NULL | NULL | 75.2 | 72 | | | 90% | | 75 | 30 | | 0.0 | | |
| 29 | 01:35 | SW 7 | 0.00 | NULL | NULL | 75.2 | 71.6 | | | 89% | | 75 | 29.99 | | 0.0 | | |
| 29 | 01:15 | W 6 | 0.00 | Overcast | BKN026 OVC031 | 74.8 | 71.6 | | | 90% | | | 30.02 | | 0.0 | | |
| 29 | 00:55 | W 6 | 0.00 | Overcast | BKN028 OVC042 | 74.5 | 71.6 | 85.3 | 74.5 | 91% | | | 30.02 | | 0.0 | | |
| 29 | 00:35 | W 10 | 0.00 | Overcast | BKN025 OVC030 | 74.7 | 70.7 | | | 88% | | | 30.02 | | 0.0 | | |
| 29 | 00:15 | W 8 | 0.00 | Thunderstorm in Vicinity | OVC023 | 75.2 | 70.7 | | | 86% | | 75 | 30.04 | | 0.0 | | |
| 28 | 23:55 | NW 10 G 17 | 0.00 | Overcast | BKN021 OVC036 | 78.4 | 71.8 | | | 80% | | 81 | 30.04 | | 0.0 | | |
| 28 | 23:35 | N 8 | 0.00 | Overcast | SCT037 OVC060 | 80.2 | 75 | | | 84% | | 85 | 30.05 | | 0.0 | | |
| 28 | 23:15 | Calm | 0.00 | Mostly Cloudy | SCT060 BKN085 | 80.1 | 74.5 | | | 83% | | 85 | 30.03 | | 0.0 | | |
| 28 | 22:55 | Calm | 0.00 | Partly Cloudy | SCT070 SCT085 | 80.4 | 74.3 | | | 82% | | 85 | 30.03 | | 0.0 | | |
| 28 | 22:35 | S 3 | 0.00 | Partly Cloudy | SCT070 SCT085 | 80.8 | 74.5 | | | 81% | | 86 | 30.03 | | 0.0 | | |
| 28 | 22:15 | S 3 | 0.00 | Fair | CLR | 81.1 | 74.5 | | | 80% | | 87 | 30.03 | | 0.0 | | |
| 28 | 21:55 | S 5 | 0.00 | Fair | CLR | 81.5 | 74.5 | | | 79% | | 87 | 30.02 | | 0.0 | | |
| 28 | 21:35 | S 3 | 0.00 | Fair | CLR | 81.1 | 74.7 | | | 81% | | 87 | 30.02 | | 0.0 | | |
| 28 | 21:15 | S 6 | 0.00 | Fair | CLR | 81.7 | 74.7 | | | 79% | | 88 | 30.01 | | 0.0 | | |
| 28 | 20:55 | SW 6 | 0.00 | Fair | CLR | 82 | 74.7 | | | 78% | | 88 | 30 | | 0.0 | | |
| 28 | 20:35 | S 6 | 0.00 | Fair | CLR | 81.9 | 74.5 | | | 78% | | 88 | 29.98 | | 0.0 | | |
| 28 | 20:15 | S 3 | 0.00 | Fair | CLR | 82.4 | 73.9 | | | 76% | | 89 | 29.99 | | 0.0 | | |
| 28 | 19:55 | S 3 | 0.00 | Fair | CLR | 82.6 | 73.8 | | | 75% | | 89 | 29.98 | | 0.0 | | |
| 28 | 19:35 | Calm | 0.00 | Fair | CLR | 83.5 | 73.4 | | | 72% | | 90 | 29.98 | | 0.0 | | |
| 28 | 19:15 | S 3 | 0.00 | Fair | CLR | 84 | 73.4 | | | 71% | | 91 | 29.97 | | 0.0 | | |
| 28 | 18:55 | S 5 | 0.00 | Partly Cloudy | SCT042 | 85.3 | 72.9 | | | 66% | | 92 | 29.97 | | 0.0 | | |
| 28 | 18:35 | S 6 | 0.00 | Partly Cloudy | SCT042 | 86.2 | 74.3 | | | 68% | | 95 | 29.98 | | 0.0 | | |
| 28 | 18:15 | Calm | 0.00 | Fair | CLR | 85.5 | 73.8 | | | 68% | | 93 | 29.99 | | 0.0 | | |
| 28 | 17:55 | SE 6 | 0.00 | NULL | NULL | 86 | 73.9 | | | 67% | | 94 | 29.98 | | 0.0 | | |
| 28 | 16:55 | S 8 | 0.00 | Fair | CLR | 88.7 | 74.1 | | | 62% | | 98 | 29.99 | | 0.0 | | |
| 28 | 16:35 | SE 6 | 0.00 | Fair | CLR | 88 | 74.7 | | | 65% | | 97 | 30 | | 0.0 | | |
| 28 | 16:15 | S 6 | 0.00 | NULL | NULL | 86.7 | 75 | | | 68% | | 96 | 30 | | 0.0 | | |
| 28 | 12:15 | SE 8 | 0.00 | Partly Cloudy | SCT038 SCT050 SCT070 | 89.6 | 72.5 | | | 57% | | 97 | 30.07 | | 0.0 | | |
| 28 | 11:55 | S 7 | 0.00 | Mostly Cloudy | SCT050 SCT070 BKN085 | 88.9 | 72.7 | | | 59% | | 97 | 30.08 | | 0.0 | | |
| 28 | 11:35 | SE 7 | 0.00 | Mostly Cloudy | SCT034 SCT050 BKN085 | 86.4 | 73.2 | | | 65% | | 94 | 30.08 | | 0.0 | | |
| 28 | 11:15 | S 7 | 0.00 | Mostly Cloudy | SCT030 SCT037 BKN048 | 87.4 | 72.9 | | | 62% | | 95 | 30.09 | | 0.0 | | |
| 28 | 10:55 | S 10 | 0.00 | Mostly Cloudy | SCT026 SCT045 BKN050 | 87.1 | 74.1 | | | 65% | | 96 | 30.09 | | 0.0 | | |
| 28 | 10:35 | SE 10 | 0.00 | Partly Cloudy | SCT024 | 86.4 | 74.7 | | | 68% | | 95 | 30.09 | | 0.0 | | |
| 28 | 10:15 | S 8 | 0.00 | Partly Cloudy | SCT024 | 85.8 | 74.8 | | | 70% | | 95 | 30.09 | | 0.0 | | |
| 28 | 09:55 | S 6 | 0.00 | Partly Cloudy | SCT065 | 84.6 | 74.8 | | | 73% | | 93 | 30.1 | | 0.0 | | |
| 28 | 09:35 | S 8 | 0.00 | Fair | CLR | 84 | 74.7 | | | 74% | | 92 | 30.1 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE002682

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 28 | 09:15 | S 7 | 0.00 | Fair | CLR | 82.8 | 74.7 | | | 77% | | 90 | 30.1 | | 0.0 | | |
| 28 | 08:55 | S 6 | 0.00 | Fair | CLR | 81.5 | 74.8 | | | 80% | | 88 | 30.1 | | 0.0 | | |
| 28 | 08:35 | S 5 | 0.00 | Fair | CLR | 79.7 | 74.7 | | | 85% | | 84 | 30.1 | | 0.0 | | |
| 28 | 08:15 | S 5 | 0.00 | NULL | NULL | 78.1 | 73.9 | | | 87% | | 81 | 30.1 | | 0.0 | | |
| 28 | 07:55 | S 3 | 0.00 | NULL | NULL | 76.5 | 73.6 | | | 91% | | 77 | 30.1 | | 0.0 | | |
| 28 | 07:35 | SW 3 | 0.00 | Mostly Cloudy | BKN075 | 74.3 | 72.9 | | | 95% | | | 30.1 | | 0.0 | | |
| 28 | 07:15 | Calm | 0.00 | NULL | NULL | 72.7 | 71.6 | | | 96% | | | 30.1 | | 0.0 | | |
| 28 | 06:55 | Calm | 0.00 | NULL | NULL | 71.8 | 70.7 | 75 | 71.8 | 96% | | | 30.09 | | 0.0 | | |
| 28 | 06:35 | Calm | 0.00 | NULL | NULL | 72.3 | 70.9 | | | 95% | | | 30.09 | | 0.0 | | |
| 28 | 06:15 | Calm | 0.00 | NULL | NULL | 72.5 | 71.1 | | | 95% | | | 30.09 | | 0.0 | | |
| 28 | 05:55 | Calm | 0.00 | NULL | NULL | 72.5 | 70.9 | | | 95% | | | 30.09 | | 0.0 | | |
| 28 | 05:35 | Calm | 0.00 | NULL | NULL | 73.4 | 71.6 | | | 94% | | | 30.09 | | 0.0 | | |
| 28 | 05:15 | Calm | 0.00 | NULL | NULL | 73.2 | 71.6 | | | 95% | | | 30.08 | | 0.0 | | |
| 28 | 04:55 | Calm | 0.00 | NULL | NULL | 73.2 | 71.8 | | | 95% | | | 30.09 | | 0.0 | | |
| 28 | 04:35 | Calm | 0.00 | NULL | NULL | 72 | 70.5 | | | 95% | | | 30.09 | | 0.0 | | |
| 28 | 04:15 | Calm | 10.00 | Fair | CLR | 72.5 | 70.7 | | | 94% | | | 30.09 | | 0.0 | | |
| 28 | 03:55 | Calm | 0.00 | NULL | NULL | 72.5 | 70.7 | | | 94% | | | 30.09 | | 0.0 | | |
| 28 | 03:35 | Calm | 0.00 | NULL | NULL | 72.9 | 70.9 | | | 94% | | | 30.09 | | 0.0 | | |
| 28 | 03:15 | Calm | 0.00 | NULL | NULL | 73.2 | 71.2 | | | 94% | | | 30.09 | | 0.0 | | |
| 28 | 02:55 | Calm | 0.00 | NULL | NULL | 73.4 | 71.6 | | | 94% | | | 30.1 | | 0.0 | | |
| 28 | 02:35 | Calm | 0.00 | NULL | NULL | 73.6 | 71.6 | | | 94% | | | 30.1 | | 0.0 | | |
| 28 | 02:15 | Calm | 0.00 | NULL | NULL | 73.8 | 71.6 | | | 93% | | | 30.1 | | 0.0 | | |
| 28 | 01:55 | Calm | 0.00 | NULL | NULL | 73.8 | 71.6 | | | 93% | | | 30.11 | | 0.0 | | |
| 28 | 01:35 | Calm | 0.00 | NULL | NULL | 73.9 | 71.6 | | | 92% | | | 30.11 | | 0.0 | | |
| 28 | 01:15 | Calm | 0.00 | NULL | NULL | 74.3 | 71.6 | | | 91% | | | 30.11 | | 0.0 | | |
| 28 | 00:55 | Calm | 0.00 | NULL | NULL | 75 | 71.8 | 84.2 | 74.8 | 90% | | 74 | 30.12 | | 0.0 | | |
| 28 | 00:35 | Calm | 0.00 | NULL | NULL | 74.8 | 71.8 | | | 90% | | | 30.12 | | 0.0 | | |
| 28 | 00:15 | Calm | 0.00 | NULL | NULL | 75.6 | 72 | | | 89% | | 75 | 30.13 | | 0.0 | | |
| 27 | 23:55 | Calm | 0.00 | NULL | NULL | 76.1 | 72.3 | | | 88% | | 76 | 30.13 | | 0.0 | | |
| 27 | 23:35 | Calm | 0.00 | NULL | NULL | 76.1 | 72.1 | | | 88% | | 76 | 30.12 | | 0.0 | | |
| 27 | 23:15 | Calm | 0.00 | NULL | NULL | 76.1 | 72.1 | | | 88% | | 76 | 30.12 | | 0.0 | | |
| 27 | 22:55 | Calm | 0.00 | Fair | CLR | 76.6 | 72.3 | | | 87% | | 78 | 30.13 | | 0.0 | | |
| 27 | 22:35 | Calm | 0.00 | Partly Cloudy | SCT047 | 77.2 | 72 | | | 84% | | 79 | 30.12 | | 0.0 | | |
| 27 | 22:15 | Calm | 0.00 | Fair | CLR | 77.2 | 72.5 | | | 86% | | 79 | 30.13 | | 0.0 | | |
| 27 | 21:55 | Calm | 0.00 | NULL | NULL | 77 | 72.9 | | | 87% | | 78 | 30.12 | | 0.0 | | |
| 27 | 21:35 | Calm | 0.00 | Fair | CLR | 78.3 | 72.7 | | | 83% | | 81 | 30.12 | | 0.0 | | |
| 27 | 21:15 | Calm | 0.00 | Fair | CLR | 79 | 72.3 | | | 80% | | 82 | 30.12 | | 0.0 | | |
| 27 | 20:55 | Calm | 0.00 | Fair | CLR | 79.2 | 71.2 | | | 77% | | 82 | 30.11 | | 0.0 | | |
| 27 | 20:35 | Calm | 0.00 | Fair | CLR | 80.8 | 71.4 | | | 73% | | 85 | 30.1 | | 0.0 | | |
| 27 | 20:15 | Calm | 0.00 | Fair | CLR | 79.9 | 71.6 | | | 76% | | 83 | 30.1 | | 0.0 | | |
| 27 | 19:55 | Calm | 0.00 | Fair | CLR | 83.8 | 69.8 | | | 63% | | 88 | 30.1 | | 0.0 | | |
| 27 | 14:55 | S 8 | 0.00 | Fair | CLR | 88.2 | 70.3 | | | 56% | | 94 | 30.13 | | 0.0 | | |
| 27 | 14:35 | S 6 | 0.00 | Fair | CLR | 87.8 | 70 | | | 56% | | 93 | 30.14 | | 0.0 | | |
| 27 | 14:15 | S 5 | 0.00 | Fair | CLR | 87.3 | 69.4 | | | 56% | | 92 | 30.14 | | 0.0 | | |
| 27 | 13:55 | S 3 | 0.00 | Fair | CLR | 87.1 | 69.3 | | | 56% | | 91 | 30.15 | | 0.0 | | |
| 27 | 13:35 | W 3 | 0.00 | Fair | CLR | 86.2 | 69.1 | | | 57% | | 90 | 30.15 | | 0.0 | | |
| 27 | 13:15 | SW 5 | 0.00 | Fair | CLR | 85.8 | 69.6 | | | 59% | | 90 | 30.16 | | 0.0 | | |
| 27 | 12:55 | W 5 | 0.00 | Fair | CLR | 84.2 | 68.7 | 84.2 | 73.6 | 60% | | 88 | 30.16 | | 0.0 | | |
| 27 | 12:35 | W 5 | 0.00 | Fair | CLR | 83.3 | 68 | | | 60% | | 86 | 30.17 | | 0.0 | | |
| 27 | 12:15 | W 7 | 0.00 | Fair | CLR | 82.6 | 68 | | | 61% | | 86 | 30.17 | | 0.0 | | |
| 27 | 11:55 | W 6 | 0.00 | Fair | CLR | 82 | 67.6 | | | 62% | | 85 | 30.19 | | 0.0 | | |
| 27 | 11:35 | W 7 | 0.00 | Partly Cloudy | SCT120 | 80.6 | 67.3 | | | 64% | | 83 | 30.19 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002683

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 27 | 11:15 | W 5 | 0.00 | Mostly Cloudy | BKN110 | 79 | 66.9 | | | 67% | | 81 | 30.2 | | 0.0 | | |
| 27 | 10:55 | W 7 | 0.00 | Mostly Cloudy | BKN110 | 78.8 | 66.9 | | | 67% | | 81 | 30.2 | | 0.0 | | |
| 27 | 10:35 | W 8 | 0.00 | Fair | CLR | 77.7 | 66.4 | | | 68% | | 80 | 30.19 | | 0.0 | | |
| 27 | 10:15 | W 7 | 0.00 | Fair | CLR | 77 | 66 | | | 69% | | 79 | 30.19 | | 0.0 | | |
| 27 | 09:55 | W 8 | 0.00 | Fair | CLR | 76.6 | 66.2 | | | 70% | | 78 | 30.2 | | 0.0 | | |
| 27 | 09:35 | W 5 | 0.00 | Fair | CLR | 76.1 | 66.4 | | | 72% | | 78 | 30.2 | | 0.0 | | |
| 27 | 09:15 | W 6 | 0.00 | Fair | CLR | 75.6 | 66 | | | 72% | | 77 | 30.19 | | 0.0 | | |
| 27 | 08:55 | W 7 | 0.00 | Fair | CLR | 75.4 | 66 | | | 73% | | 77 | 30.18 | | 0.0 | | |
| 27 | 08:35 | W 7 | 0.00 | Partly Cloudy | SCT110 | 74.8 | 65.8 | | | 74% | | | 30.18 | | 0.0 | | |
| 27 | 08:15 | W 5 | 0.00 | Overcast | OVC110 | 74.5 | 66 | | | 75% | | | 30.18 | | 0.0 | | |
| 27 | 07:55 | W 3 | 0.00 | Overcast | OVC100 | 74.5 | 65.5 | | | 74% | | | 30.18 | | 0.0 | | |
| 27 | 07:35 | W 3 | 0.00 | Overcast | OVC100 | 74.3 | 66.4 | | | 76% | | | 30.18 | | 0.0 | | |
| 27 | 07:15 | W 3 | 0.00 | Mostly Cloudy | BKN100 | 74.3 | 66.4 | | | 76% | | | 30.17 | | 0.0 | | |
| 27 | 06:55 | Calm | 0.00 | Overcast | OVC100 | 73.8 | 66.6 | 76.3 | 73.8 | 78% | | | 30.16 | | 0.0 | | |
| 27 | 06:35 | Calm | 0.00 | Overcast | OVC100 | 73.9 | 66.4 | | | 77% | | | 30.16 | | 0.0 | | |
| 27 | 06:15 | Calm | 0.00 | Mostly Cloudy | BKN100 | 73.9 | 67.1 | | | 79% | | | 30.15 | | 0.0 | | |
| 27 | 05:55 | NW 3 | 0.00 | Partly Cloudy | SCT100 | 73.9 | 67.6 | | | 81% | | | 30.15 | | 0.0 | | |
| 27 | 05:15 | Calm | 0.00 | Mostly Cloudy | BKN100 | 74.3 | 68.5 | | | 82% | | | 30.15 | | 0.0 | | |
| 27 | 04:55 | Calm | 0.00 | Partly Cloudy | SCT100 | 74.3 | 69.1 | | | 84% | | | 30.15 | | 0.0 | | |
| 27 | 04:35 | W 3 | 10.00 | Fair | CLR | 74.5 | 69.4 | | | 84% | | | 30.14 | | 0.0 | | |
| 27 | 04:15 | W 5 | 0.00 | Fair | CLR | 74.8 | 69.8 | | | 84% | | | 30.14 | | 0.0 | | |
| 27 | 03:55 | W 6 | 0.00 | NULL | NULL | 74.8 | 70.7 | | | 87% | | | 30.14 | | 0.0 | | |
| 27 | 03:35 | Calm | 0.00 | NULL | NULL | 75.2 | 72.5 | | | 91% | | 74 | 30.14 | | | | |
| 27 | 03:15 | Calm | 0.00 | NULL | NULL | 75.4 | 72.5 | | | 91% | | 75 | 30.14 | | 0.0 | | |
| 27 | 02:55 | Calm | 0.00 | NULL | NULL | 75.7 | 72.5 | | | 90% | | 76 | 30.13 | | 0.0 | | |
| 27 | 02:35 | Calm | 0.00 | NULL | NULL | 75.4 | 72.5 | | | 91% | | 75 | 30.13 | | 0.0 | | |
| 27 | 02:15 | Calm | 10.00 | Fair | CLR | 75.6 | 72.5 | | | 90% | | 75 | 30.13 | | 0.0 | | |
| 27 | 01:55 | Calm | 10.00 | Fair | CLR | 75.6 | 72 | | | 89% | | 75 | 30.13 | | 0.0 | | |
| 27 | 01:35 | Calm | 0.00 | NULL | NULL | 75.4 | 72 | | | 89% | | 75 | 30.13 | | 0.0 | | |
| 27 | 01:15 | Calm | 0.00 | NULL | NULL | 75.6 | 72.5 | | | 90% | | 75 | 30.13 | | 0.0 | | |
| 27 | 00:55 | Calm | 0.00 | NULL | NULL | 76.5 | 72.1 | 85.5 | 76.5 | 87% | | 77 | 30.13 | | 0.0 | | |
| 27 | 00:35 | Calm | 0.00 | Partly Cloudy | SCT055 | 77.2 | 72 | | | 84% | | 79 | 30.14 | | 0.0 | | |
| 27 | 00:15 | Calm | 0.00 | Partly Cloudy | SCT050 | 77.9 | 72.1 | | | 83% | | 80 | 30.13 | | 0.0 | | |
| 26 | 23:55 | Calm | 0.00 | Fair | CLR | 77.9 | 72.3 | | | 83% | | 80 | 30.13 | | 0.0 | | |
| 26 | 23:35 | Calm | 0.00 | Partly Cloudy | SCT050 | 78.8 | 72.1 | | | 80% | | 82 | 30.13 | | 0.0 | | |
| 26 | 23:15 | Calm | 0.00 | Partly Cloudy | SCT050 SCT070 | 77.9 | 72.5 | | | 84% | | 80 | 30.13 | | 0.0 | | |
| 26 | 22:55 | Calm | 0.00 | Partly Cloudy | SCT070 | 79 | 72.7 | | | 81% | | 82 | 30.13 | | 0.0 | | |
| 26 | 22:35 | Calm | 0.00 | Partly Cloudy | SCT070 | 79.2 | 72.9 | | | 81% | | 83 | 30.13 | | 0.0 | | |
| 26 | 22:15 | Calm | 0.00 | Fair | CLR | 79.2 | 72.9 | | | 81% | | 83 | 30.13 | | 0.0 | | |
| 26 | 21:55 | Calm | 0.00 | Partly Cloudy | SCT065 | 79.7 | 72.9 | | | 80% | | 84 | 30.13 | | 0.0 | | |
| 26 | 21:35 | SE 6 | 0.00 | Mostly Cloudy | SCT065 BKN075 | 81 | 72.7 | | | 76% | | 86 | 30.13 | | 0.0 | | |
| 26 | 21:15 | S 7 | 0.00 | Mostly Cloudy | BKN065 BKN075 | 82 | 72.7 | | | 73% | | 87 | 30.12 | | 0.0 | | |
| 26 | 20:55 | S 7 | 0.00 | Partly Cloudy | SCT065 | 81.1 | 73.2 | | | 77% | | 86 | 30.11 | | 0.0 | | |
| 26 | 20:35 | Calm | 0.00 | Partly Cloudy | SCT065 | 82.4 | 73.2 | | | 74% | | 88 | 30.1 | | 0.0 | | |
| 26 | 20:15 | Calm | 0.00 | Fair | CLR | 82 | 72.7 | | | 73% | | 87 | 30.1 | | 0.0 | | |
| 26 | 19:55 | Calm | 0.00 | Fair | CLR | 84.2 | 72.5 | | | 68% | | 90 | 30.1 | | 0.0 | | |
| 26 | 19:35 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.09 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002684

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 00:35 | Calm | 0.00 | Partly Cloudy | SCT055 | 77.2 | 72 | | | 84% | | 79 | 30.14 | | 0.0 | | |
| 27 | 00:15 | Calm | 0.00 | Partly Cloudy | SCT050 | 77.9 | 72.1 | | | 83% | | 80 | 30.13 | | 0.0 | | |
| 26 | 23:55 | Calm | 0.00 | Fair | CLR | 77.9 | 72.3 | | | 83% | | 80 | 30.13 | | 0.0 | | |
| 26 | 23:35 | Calm | 0.00 | Partly Cloudy | SCT050 | 78.8 | 72.1 | | | 80% | | 82 | 30.13 | | 0.0 | | |
| 26 | 23:15 | Calm | 0.00 | Partly Cloudy | SCT050 SCT070 | 77.9 | 72.5 | | | 84% | | 80 | 30.13 | | 0.0 | | |
| 26 | 22:55 | Calm | 0.00 | Partly Cloudy | SCT070 | 79 | 72.7 | | | 81% | | 82 | 30.13 | | 0.0 | | |
| 26 | 22:35 | Calm | 0.00 | Partly Cloudy | SCT070 | 79.2 | 72.9 | | | 81% | | 83 | 30.13 | | 0.0 | | |
| 26 | 22:15 | Calm | 0.00 | Fair | CLR | 79.2 | 72.9 | | | 81% | | 83 | 30.13 | | 0.0 | | |
| 26 | 21:55 | Calm | 0.00 | Partly Cloudy | SCT065 | 79.7 | 72.9 | | | 80% | | 84 | 30.13 | | 0.0 | | |
| 26 | 21:35 | SE 6 | 0.00 | Mostly Cloudy | SCT065 BKN075 | 81 | 72.7 | | | 76% | | 86 | 30.13 | | 0.0 | | |
| 26 | 21:15 | S 7 | 0.00 | Mostly Cloudy | BKN065 BKN075 | 82 | 72.7 | | | 73% | | 87 | 30.12 | | 0.0 | | |
| 26 | 20:55 | S 7 | 0.00 | Partly Cloudy | SCT065 | 81.1 | 73.2 | | | 77% | | 86 | 30.11 | | 0.0 | | |
| 26 | 20:35 | Calm | 0.00 | Partly Cloudy | SCT065 | 82.4 | 73.2 | | | 74% | | 88 | 30.1 | | 0.0 | | |
| 26 | 20:15 | Calm | 0.00 | Fair | CLR | 82 | 72.7 | | | 73% | | 87 | 30.1 | | 0.0 | | |
| 26 | 19:55 | Calm | 0.00 | Fair | CLR | 84.2 | 72.5 | | | 68% | | 90 | 30.1 | | 0.0 | | |
| 26 | 19:35 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.09 | | 0.0 | | |
| 26 | 11:35 | Calm | 0.00 | NULL | NULL | 86.4 | 68.9 | | | 56% | | 90 | 0 | | 0.0 | | |
| 26 | 11:15 | W 5 | 0.00 | Fair | CLR | 85.8 | 68.4 | | | 56% | | 89 | 30.15 | | 0.0 | | |
| 26 | 10:55 | W 3 | 0.00 | Fair | CLR | 84.4 | 68 | | | 58% | | 88 | 30.15 | | 0.0 | | |
| 26 | 10:35 | SW 5 | 0.00 | Fair | CLR | 83.5 | 67.6 | | | 59% | | 86 | 30.15 | | 0.0 | | |
| 26 | 10:15 | W 6 | 0.00 | Fair | CLR | 82.4 | 66.4 | | | 58% | | 85 | 30.15 | | 0.0 | | |
| 26 | 09:55 | W 7 | 0.00 | Fair | CLR | 81.7 | 66 | | | 59% | | 84 | 30.14 | | 0.0 | | |
| 26 | 09:35 | W 6 | 0.00 | Fair | CLR | 80.4 | 65.7 | | | 61% | | 82 | 30.14 | | 0.0 | | |
| 26 | 09:15 | W 6 | 0.00 | Fair | CLR | 79.3 | 65.3 | | | 62% | | 81 | 30.14 | | 0.0 | | |
| 26 | 08:55 | W 7 | 0.00 | Fair | CLR | 78.4 | 65.3 | | | 64% | | 80 | 30.13 | | 0.0 | | |
| 26 | 08:35 | W 7 | 0.00 | Fair | CLR | 77 | 64.6 | | | 66% | | 79 | 30.13 | | 0.0 | | |
| 26 | 08:15 | W 5 | 0.00 | Fair | CLR | 76.1 | 64.6 | | | 68% | | 78 | 30.13 | | 0.0 | | |
| 26 | 07:55 | W 5 | 0.00 | Fair | CLR | 74.5 | 65.3 | | | 73% | | | 30.13 | | 0.0 | | |
| 26 | 07:35 | W 3 | 0.00 | Fair | CLR | 73.2 | 64.9 | | | 75% | | | 30.12 | | 0.0 | | |
| 26 | 07:15 | W 3 | 0.00 | Fair | CLR | 71.8 | 64.9 | | | 79% | | | 30.11 | | 0.0 | | |
| 26 | 06:55 | W 3 | 0.00 | Fair | CLR | 71.6 | 64.8 | 74.7 | 71.6 | 79% | | | 30.1 | | 0.0 | | |
| 26 | 06:35 | W 3 | 0.00 | Fair | CLR | 71.8 | 64.6 | | | 78% | | | 30.1 | | 0.0 | | |
| 26 | 06:15 | Calm | 0.00 | Fair | CLR | 72.3 | 64.6 | | | 77% | | | 30.1 | | 0.0 | | |
| 26 | 05:55 | W 3 | 0.00 | Fair | CLR | 72.7 | 64.4 | | | 75% | | | 30.09 | | 0.0 | | |
| 26 | 05:35 | W 3 | 0.00 | Fair | CLR | 72.7 | 64.8 | | | 76% | | | 30.08 | | 0.0 | | |
| 26 | 05:15 | Calm | 10.00 | Fair | CLR | 72.5 | 65.1 | | | 78% | | | 30.08 | | 0.0 | | |
| 26 | 04:55 | W 3 | 10.00 | Fair | CLR | 73.4 | 64.9 | | | 75% | | | 30.07 | | 0.0 | | |
| 26 | 04:35 | W 3 | 10.00 | Fair | CLR | 73.6 | 64.8 | | | 74% | | | 30.06 | | 0.0 | | |
| 26 | 04:15 | W 5 | 10.00 | Fair | CLR | 73.6 | 65.7 | | | 76% | | | 30.06 | | 0.0 | | |
| 26 | 03:55 | Calm | 10.00 | Fair | CLR | 73.8 | 66.2 | | | 77% | | | 30.06 | | 0.0 | | |
| 26 | 03:35 | W 3 | 0.00 | Fair | CLR | 73.8 | 66.6 | | | 78% | | | 30.06 | | 0.0 | | |
| 26 | 03:15 | W 3 | 0.00 | Fair | CLR | 74.3 | 67.1 | | | 78% | | | 30.07 | | 0.0 | | |
| 26 | 02:55 | W 5 | 0.00 | Fair | CLR | 74.5 | 67.3 | | | 78% | | | 30.07 | | 0.0 | | |
| 26 | 02:35 | Calm | 0.00 | Fair | CLR | 74.3 | 68.4 | | | 82% | | | 30.07 | | 0.0 | | |
| 26 | 02:15 | Calm | 0.00 | Fair | CLR | 74.5 | 69.1 | | | 83% | | | 30.07 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002670



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 11:35 | Calm | 0.00 | NULL | NULL | 86.4 | 68.9 | | | 56% | | 90 | 0 | 0.0 | | | |
| 26 | 11:15 | W 5 | 0.00 | Fair | CLR | 85.8 | 68.4 | | | 56% | | 89 | 30.15 | 0.0 | | | |
| 26 | 10:55 | W 3 | 0.00 | Fair | CLR | 84.4 | 68 | | | 58% | | 88 | 30.15 | 0.0 | | | |
| 26 | 10:35 | SW 5 | 0.00 | Fair | CLR | 83.5 | 67.6 | | | 59% | | 86 | 30.15 | 0.0 | | | |
| 26 | 10:15 | W 6 | 0.00 | Fair | CLR | 82.4 | 66.4 | | | 58% | | 85 | 30.15 | 0.0 | | | |
| 26 | 09:55 | W 7 | 0.00 | Fair | CLR | 81.7 | 66 | | | 59% | | 84 | 30.14 | 0.0 | | | |
| 26 | 09:35 | W 6 | 0.00 | Fair | CLR | 80.4 | 65.7 | | | 61% | | 82 | 30.14 | 0.0 | | | |
| 26 | 09:15 | W 6 | 0.00 | Fair | CLR | 79.3 | 65.3 | | | 62% | | 81 | 30.14 | 0.0 | | | |
| 26 | 08:55 | W 7 | 0.00 | Fair | CLR | 78.4 | 65.3 | | | 64% | | 80 | 30.13 | 0.0 | | | |
| 26 | 08:35 | W 7 | 0.00 | Fair | CLR | 77 | 64.6 | | | 66% | | 79 | 30.13 | 0.0 | | | |
| 26 | 08:15 | W 5 | 0.00 | Fair | CLR | 76.1 | 64.6 | | | 68% | | 78 | 30.13 | 0.0 | | | |
| 26 | 07:55 | W 5 | 0.00 | Fair | CLR | 74.5 | 65.3 | | | 73% | | | 30.13 | 0.0 | | | |
| 26 | 07:35 | W 3 | 0.00 | Fair | CLR | 73.2 | 64.9 | | | 75% | | | 30.12 | 0.0 | | | |
| 26 | 07:15 | W 3 | 0.00 | Fair | CLR | 71.8 | 64.9 | | | 79% | | | 30.11 | 0.0 | | | |
| 26 | 06:55 | W 3 | 0.00 | Fair | CLR | 71.6 | 64.8 | 74.7 | 71.6 | 79% | | | 30.1 | 0.0 | | | |
| 26 | 06:35 | W 3 | 0.00 | Fair | CLR | 71.8 | 64.6 | | | 78% | | | 30.1 | 0.0 | | | |
| 26 | 06:15 | Calm | 0.00 | Fair | CLR | 72.3 | 64.6 | | | 77% | | | 30.1 | 0.0 | | | |
| 26 | 05:55 | W 3 | 0.00 | Fair | CLR | 72.7 | 64.4 | | | 75% | | | 30.09 | 0.0 | | | |
| 26 | 05:35 | W 3 | 0.00 | Fair | CLR | 72.7 | 64.8 | | | 76% | | | 30.08 | 0.0 | | | |
| 26 | 05:15 | Calm | 10.00 | Fair | CLR | 72.5 | 65.1 | | | 78% | | | 30.08 | 0.0 | | | |
| 26 | 04:55 | W 3 | 10.00 | Fair | CLR | 73.4 | 64.9 | | | 75% | | | 30.07 | 0.0 | | | |
| 26 | 04:35 | W 3 | 10.00 | Fair | CLR | 73.6 | 64.8 | | | 74% | | | 30.06 | 0.0 | | | |
| 26 | 04:15 | W 5 | 10.00 | Fair | CLR | 73.6 | 65.7 | | | 76% | | | 30.06 | 0.0 | | | |
| 26 | 03:55 | Calm | 10.00 | Fair | CLR | 73.8 | 66.2 | | | 77% | | | 30.06 | 0.0 | | | |
| 26 | 03:35 | W 3 | 0.00 | Fair | CLR | 73.8 | 66.6 | | | 78% | | | 30.06 | 0.0 | | | |
| 26 | 03:15 | W 3 | 0.00 | Fair | CLR | 74.3 | 67.1 | | | 78% | | | 30.07 | 0.0 | | | |
| 26 | 02:55 | W 5 | 0.00 | Fair | CLR | 74.5 | 67.3 | | | 78% | | | 30.07 | 0.0 | | | |
| 26 | 02:35 | Calm | 0.00 | Fair | CLR | 74.3 | 68.4 | | | 82% | | | 30.07 | 0.0 | | | |
| 26 | 02:15 | Calm | 0.00 | Fair | CLR | 74.5 | 69.1 | | | 83% | | | 30.07 | 0.0 | | | |
| 26 | 01:55 | Calm | 0.00 | Fair | CLR | 74.7 | 69.3 | | | 83% | | | 30.07 | 0.0 | | | |
| 26 | 01:35 | Calm | 0.00 | Fair | CLR | 74.7 | 68.9 | | | 82% | | | 30.07 | 0.0 | | | |
| 26 | 01:15 | Calm | 0.00 | NULL | NULL | 74.7 | 68.9 | | | 82% | | | 30.07 | 0.0 | | | |
| 26 | 00:15 | Calm | 0.00 | Fair | CLR | 75.7 | 68.2 | | | 77% | | 77 | 30.07 | 0.0 | | | |
| 25 | 23:55 | Calm | 10.00 | Fair | CLR | 78.1 | 67.3 | | | 70% | | 80 | 30.07 | 0.0 | | | |
| 25 | 23:35 | Calm | 10.00 | Fair | CLR | 79.7 | 66.6 | | | 64% | | 82 | 30.07 | 0.0 | | | |
| 25 | 23:15 | Calm | 0.00 | Fair | CLR | 80.4 | 67.3 | | | 64% | | 83 | 30.07 | 0.0 | | | |
| 25 | 22:55 | Calm | 10.00 | Partly Cloudy | SCT080 | 79.7 | 68.7 | | | 69% | | 82 | 30.07 | 0.0 | | | |
| 25 | 22:35 | S 3 | 0.00 | Partly Cloudy | SCT080 | 79.2 | 69.8 | | | 73% | | 82 | 30.07 | 0.0 | | | |
| 25 | 22:15 | Calm | 0.00 | Mostly Cloudy | BKN080 | 79.5 | 70 | | | 73% | | 82 | 30.06 | 0.0 | | | |
| 25 | 21:55 | W 5 | 0.00 | Mostly Cloudy | BKN080 | 79.7 | 70.7 | | | 74% | | 83 | 30.06 | 0.0 | | | |
| 25 | 21:35 | NW 3 | 0.00 | Partly Cloudy | SCT080 | 78.8 | 71.2 | | | 78% | | 82 | 30.05 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) — Pressure — Precipitation (in)

VOTE002663

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 21:15 | NW 5 | 0.00 | Partly Cloudy | SCT080 | 79.5 | 70.7 | | | 75% | | 83 | 30.04 | | 0.0 | | |
| 25 | 20:55 | Calm | 0.00 | Fair | CLR | 80.6 | 70.9 | | | 72% | | 84 | 30.04 | | 0.0 | | |
| 25 | 20:35 | Calm | 0.00 | Fair | CLR | 80.4 | 71.6 | | | 75% | | 84 | 30.03 | | 0.0 | | |
| 25 | 20:15 | Calm | 0.00 | Fair | CLR | 79.9 | 71.4 | | | 75% | | 83 | 30.02 | | 0.0 | | |
| 25 | 19:55 | N 3 | 0.00 | NULL | NULL | 81.3 | 70.7 | | | 70% | | 85 | 30.01 | | 0.0 | | |
| 25 | 13:35 | NW 7 | 0.00 | Fair | CLR | 91 | 69.4 | | | 49% | | 96 | 30.03 | | 0.0 | | |
| 25 | 13:15 | NW 7 | 0.00 | Fair | CLR | 90.7 | 70.2 | | | 51% | | 96 | 30.03 | | 0.0 | | |
| 25 | 12:55 | NW 8 | 0.00 | Fair | CLR | 90.7 | 70.2 | 90.7 | 73.4 | 51% | | 96 | 30.04 | | 0.0 | | |
| 25 | 12:35 | NW 3 | 0.00 | Fair | CLR | 90.3 | 70 | | | 51% | | 96 | 30.04 | | 0.0 | | |
| 25 | 12:15 | W 5 | 0.00 | Fair | CLR | 89.4 | 69.3 | | | 52% | | 94 | 30.04 | | 0.0 | | |
| 25 | 11:55 | W 7 | 0.00 | Fair | CLR | 89.6 | 69.4 | | | 52% | | 95 | 30.05 | | 0.0 | | |
| 25 | 11:35 | W 3 | 0.00 | Fair | CLR | 89.1 | 69.1 | | | 52% | | 94 | 30.05 | | 0.0 | | |
| 25 | 11:15 | W 7 | 0.00 | Fair | CLR | 88 | 68.7 | | | 53% | | 92 | 30.05 | | 0.0 | | |
| 25 | 10:55 | W 5 | 0.00 | Fair | CLR | 87.1 | 68.2 | | | 53% | | 91 | 30.05 | | 0.0 | | |
| 25 | 10:35 | W 6 | 0.00 | Fair | CLR | 86 | 67.8 | | | 55% | | 89 | 30.05 | | 0.0 | | |
| 25 | 10:15 | W 7 | 0.00 | Fair | CLR | 85.5 | 68.2 | | | 56% | | 89 | 30.05 | | 0.0 | | |
| 25 | 09:55 | W 6 | 0.00 | Fair | CLR | 84.4 | 67.1 | | | 56% | | 87 | 30.05 | | 0.0 | | |
| 25 | 09:35 | W 8 | 0.00 | Fair | CLR | 83.3 | 68 | | | 60% | | 86 | 30.04 | | 0.0 | | |
| 25 | 09:15 | NW 7 | 0.00 | Fair | CLR | 81.5 | 67.5 | | | 63% | | 84 | 30.04 | | 0.0 | | |
| 25 | 08:55 | W 7 | 0.00 | Fair | CLR | 80.1 | 66.9 | | | 64% | | 82 | 30.03 | | 0.0 | | |
| 25 | 08:35 | NW 6 | 0.00 | Fair | CLR | 79.3 | 67.8 | | | 68% | | 82 | 30.03 | | 0.0 | | |
| 25 | 08:15 | NW 5 | 0.00 | Fair | CLR | 77.9 | 67.3 | | | 70% | | 80 | 30.03 | | 0.0 | | |
| 25 | 07:55 | W 5 | 0.00 | Fair | CLR | 76.5 | 67.8 | | | 75% | | 78 | 30.03 | | 0.0 | | |
| 25 | 07:35 | W 3 | 0.00 | Fair | CLR | 75 | 67.6 | | | 78% | | 76 | 30.02 | | 0.0 | | |
| 25 | 07:15 | Calm | 10.00 | Fair | CLR | 73.4 | 67.6 | | | 82% | | | 30.01 | | 0.0 | | |
| 25 | 06:55 | NW 3 | 0.00 | Fair | CLR | 73.4 | 66.4 | 78.3 | 72.9 | 79% | | | 30.01 | | 0.0 | | |
| 25 | 06:35 | NW 3 | 0.00 | Fair | CLR | 73.8 | 66.6 | | | 78% | | | 30 | | 0.0 | | |
| 25 | 06:15 | NW 3 | 0.00 | Fair | CLR | 74.5 | 66.6 | | | 76% | | | 29.99 | | 0.0 | | |
| 25 | 05:55 | W 3 | 0.00 | Fair | CLR | 75 | 66.6 | | | 75% | | 76 | 29.98 | | 0.0 | | |
| 25 | 05:35 | NW 3 | 0.00 | Fair | CLR | 74.7 | 67.1 | | | 77% | | | 29.97 | | 0.0 | | |
| 25 | 05:15 | Calm | 10.00 | Fair | CLR | 74.8 | 67.1 | | | 77% | | | 29.97 | | 0.0 | | |
| 25 | 04:55 | NW 3 | 10.00 | Fair | CLR | 75.2 | 67.1 | | | 76% | | 76 | 29.97 | | 0.0 | | |
| 25 | 04:35 | NW 3 | 10.00 | Fair | CLR | 75.2 | 67.5 | | | 77% | | 76 | 29.96 | | 0.0 | | |
| 25 | 04:15 | W 3 | 0.00 | Fair | CLR | 76.1 | 67.5 | | | 75% | | 78 | 29.96 | | 0.0 | | |
| 25 | 03:55 | Calm | 10.00 | Fair | CLR | 75.4 | 67.6 | | | 77% | | 76 | 29.96 | | 0.0 | | |
| 25 | 03:35 | NW 3 | 10.00 | Fair | CLR | 74.7 | 68 | | | 80% | | | 29.96 | | 0.0 | | |
| 25 | 03:15 | N 6 | 0.00 | Fair | CLR | 75.7 | 68.2 | | | 77% | | 77 | 29.97 | | 0.0 | | |
| 25 | 02:55 | NW 3 | 0.00 | Fair | CLR | 76.1 | 68 | | | 76% | | 77 | 29.97 | | 0.0 | | |
| 25 | 02:35 | NW 5 | 0.00 | Fair | CLR | 75.4 | 68.4 | | | 79% | | 76 | 29.97 | | 0.0 | | |
| 25 | 02:15 | NW 6 | 0.00 | Fair | CLR | 76.1 | 68.9 | | | 78% | | 77 | 29.97 | | 0.0 | | |
| 25 | 01:55 | NW 5 | 0.00 | Partly Cloudy | SCT070 | 76.3 | 69.1 | | | 78% | | 78 | 29.98 | | 0.0 | | |
| 25 | 01:35 | NW 6 | 0.00 | Partly Cloudy | SCT070 | 76.1 | 69.3 | | | 79% | | 77 | 29.98 | | 0.0 | | |
| 25 | 01:15 | NW 3 | 0.00 | Partly Cloudy | SCT070 | 76.8 | 69.8 | | | 79% | | 78 | 29.98 | | 0.0 | | |
| 25 | 00:55 | NW 5 | 0.00 | Mostly Cloudy | BKN070 | 78.6 | 69.4 | | | 74% | | 81 | 29.98 | | 0.0 | | |
| 25 | 00:35 | Calm | 0.00 | Mostly Cloudy | BKN070 | 75.7 | 71.4 | | | 87% | | 76 | 29.98 | | 0.0 | | |
| 25 | 00:15 | Calm | 0.00 | NULL | NULL | 76.1 | 71.6 | | | 86% | | 77 | 29.97 | | 0.0 | | |
| 24 | 23:55 | Calm | 0.00 | Fair | CLR | 77 | 71.8 | | | 84% | | 78 | 29.97 | | 0.0 | | |
| 24 | 23:35 | Calm | 10.00 | Fair | CLR | 77.7 | 71.6 | | | 82% | | 80 | 29.97 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002664

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 24 | 23:15 | Calm | 10.00 | Fair | CLR | 77.4 | 71.2 | | | 82% | | 79 | 29.98 | | 0.0 | | |
| 24 | 22:55 | Calm | 0.00 | NULL | NULL | 77.9 | 71.6 | | | 81% | | 80 | 29.98 | | 0.0 | | |
| 24 | 22:15 | NW 5 | 10.00 | Fair | CLR | 78.1 | 71.6 | | | 81% | | 80 | 29.97 | | 0.0 | | |
| 24 | 21:55 | N 5 | 0.00 | Fair | CLR | 79.2 | 71.6 | | | 78% | | 82 | 29.97 | | 0.0 | | |
| 24 | 21:35 | N 5 | 0.00 | Fair | CLR | 80.1 | 71.4 | | | 75% | | 84 | 29.97 | | 0.0 | | |
| 24 | 21:15 | N 3 | 0.00 | Fair | CLR | 79.7 | 71.6 | | | 76% | | 83 | 29.97 | | 0.0 | | |
| 24 | 20:55 | Calm | 0.00 | NULL | NULL | 80.4 | 71.4 | | | 74% | | 84 | 29.96 | | 0.0 | | |
| 24 | 20:35 | Calm | 0.00 | Fair | CLR | 81.3 | 71.8 | | | 73% | | 86 | 29.96 | | 0.0 | | |
| 24 | 20:15 | NE 3 | 0.00 | Fair | CLR | 82.4 | 71.6 | | | 70% | | 87 | 29.95 | | 0.0 | | |
| 24 | 19:55 | Calm | 0.00 | Fair | CLR | 83.7 | 71.6 | | | 67% | | 89 | 29.95 | | 0.0 | | |
| 24 | 19:35 | NE 5 | 0.00 | NULL | NULL | 84.9 | 71.2 | | | 64% | | 90 | 29.94 | | 0.0 | | |
| 24 | 19:20 | NE 5 | 0.00 | NULL | NULL | 86 | 71.4 | | | 62% | | 92 | 29.94 | | 0.0 | | |
| 24 | 11:55 | NW 8 | 0.00 | Fair | CLR | 86.9 | 69.3 | | | 56% | | 91 | 29.99 | | 0.0 | | |
| 24 | 11:35 | N 8 | 0.00 | Fair | CLR | 86.9 | 69.6 | | | 57% | | 92 | 30 | | 0.0 | | |
| 24 | 11:15 | N 9 | 0.00 | Fair | CLR | 86.2 | 69.4 | | | 57% | | 91 | 29.99 | | 0.0 | | |
| 24 | 10:55 | N 5 | 0.00 | Fair | CLR | 85.6 | 70.5 | | | 61% | | 91 | 29.99 | | 0.0 | | |
| 24 | 10:35 | N 5 | 0.00 | Fair | CLR | 84 | 69.6 | | | 62% | | 88 | 29.99 | | 0.0 | | |
| 24 | 10:15 | Calm | 0.00 | Fair | CLR | 83.1 | 71.2 | | | 67% | | 88 | 29.99 | | 0.0 | | |
| 24 | 09:55 | N 3 | 0.00 | Fair | CLR | 81.5 | 70.7 | | | 70% | | 85 | 29.99 | | 0.0 | | |
| 24 | 09:35 | N 3 | 0.00 | Fair | CLR | 79.9 | 70.2 | | | 72% | | 83 | 29.99 | | 0.0 | | |
| 24 | 09:15 | N 7 | 0.00 | Fair | CLR | 78.8 | 69.8 | | | 74% | | 81 | 29.99 | | 0.0 | | |
| 24 | 08:55 | N 6 | 0.00 | Fair | CLR | 77.9 | 69.4 | | | 75% | | 80 | 29.99 | | 0.0 | | |
| 24 | 08:35 | N 5 | 0.00 | Fair | CLR | 77.4 | 69.1 | | | 76% | | 79 | 29.98 | | 0.0 | | |
| 24 | 08:15 | Calm | 0.00 | Fair | CLR | 76.3 | 69.6 | | | 80% | | 77 | 29.98 | | 0.0 | | |
| 24 | 07:55 | Calm | 0.00 | NULL | NULL | 74.8 | 70.7 | | | 87% | | | 29.97 | | 0.0 | | |
| 24 | 07:35 | Calm | 0.00 | NULL | NULL | 72.5 | 70 | | | 92% | | | 29.97 | | 0.0 | | |
| 24 | 07:15 | Calm | 0.00 | NULL | NULL | 71.6 | 69.4 | | | 93% | | | 29.96 | | 0.0 | | |
| 24 | 06:55 | Calm | 0.00 | NULL | NULL | 70.7 | 68.9 | 72.5 | 70.7 | 94% | | | 29.96 | | 0.0 | | |
| 24 | 06:35 | Calm | 10.00 | Fair | CLR | 71.2 | 69.4 | | | 94% | | | 29.96 | | 0.0 | | |
| 24 | 06:15 | Calm | 0.00 | NULL | NULL | 70.9 | 69.6 | | | 96% | | | 29.95 | | 0.0 | | |
| 24 | 05:55 | Calm | 0.00 | NULL | NULL | 71.1 | 69.8 | | | 96% | | | 29.95 | | 0.0 | | |
| 24 | 05:35 | Calm | 0.00 | NULL | NULL | 71.1 | 70 | | | 96% | | | 29.94 | | 0.0 | | |
| 24 | 05:15 | Calm | 10.00 | Partly Cloudy | SCT060 | 71.6 | 70.2 | | | 95% | | | 29.94 | | 0.0 | | |
| 24 | 04:55 | Calm | 10.00 | Mostly Cloudy | BKN060 BKN075 | 71.8 | 70.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 24 | 04:35 | Calm | 10.00 | Mostly Cloudy | SCT065 BKN075 | 71.8 | 70.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 24 | 04:15 | Calm | 0.00 | NULL | NULL | 72 | 70.3 | | | 95% | | | 29.94 | | 0.0 | | |
| 24 | 03:55 | Calm | 10.00 | Partly Cloudy | SCT065 | 72.5 | 70.7 | | | 94% | | | 29.94 | | 0.0 | | |
| 24 | 03:15 | Calm | 0.00 | Mostly Cloudy | BKN060 | 72 | 70.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 24 | 02:55 | Calm | 10.00 | Partly Cloudy | SCT060 | 72 | 70.7 | | | 96% | | | 29.94 | | 0.0 | | |
| 24 | 02:35 | Calm | 10.00 | Partly Cloudy | SCT060 | 72.5 | 70.9 | | | 95% | | | 29.94 | | 0.0 | | |
| 24 | 02:15 | Calm | 10.00 | Partly Cloudy | SCT060 | 72.3 | 70.9 | | | 95% | | | 29.94 | | 0.0 | | |
| 24 | 01:55 | Calm | 10.00 | Fair | CLR | 72.1 | 70.7 | | | 95% | | | 29.94 | | 0.0 | | |
| 24 | 01:35 | Calm | 10.00 | Fair | CLR | 72.1 | 70.7 | | | 95% | | | 29.95 | | 0.0 | | |
| 24 | 01:15 | Calm | 0.00 | NULL | NULL | 72.5 | 70.9 | | | 95% | | | 29.95 | | 0.0 | | |
| 24 | 00:55 | Calm | 0.00 | NULL | NULL | 72.5 | 70.9 | 85.6 | 72.5 | 95% | | | 29.95 | | 0.0 | | |
| 24 | 00:35 | Calm | 10.00 | Fair | CLR | 72.5 | 70.7 | | | 94% | | | 29.95 | | 0.0 | | |
| 24 | 00:15 | Calm | 10.00 | Fair | CLR | 73.2 | 71.4 | | | 94% | | | 29.94 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | Pressure | | Precipitation (in) | | |

VOTE002665

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 23 | 23:55 | Calm | 10.00 | Fair | CLR | 73.4 | 71.6 | | | 94% | | | 29.95 | | 0.0 | | |
| 23 | 23:35 | Calm | 0.00 | NULL | NULL | 73.4 | 71.6 | | | 94% | | | 29.94 | | 0.0 | | |
| 23 | 23:15 | Calm | 0.00 | NULL | NULL | 73.9 | 71.8 | | | 93% | | | 29.94 | | 0.0 | | |
| 23 | 22:55 | Calm | 0.00 | NULL | NULL | 74.7 | 72.5 | | | 93% | | | 29.94 | | 0.0 | | |
| 23 | 22:35 | Calm | 10.00 | Fair | CLR | 75.2 | 72.1 | | | 90% | | 74 | 29.94 | | 0.0 | | |
| 23 | 22:15 | Calm | 10.00 | Fair | CLR | 75.2 | 72.5 | | | 91% | | 74 | 29.94 | | 0.0 | | |
| 23 | 21:55 | Calm | 10.00 | Fair | CLR | 75.9 | 73 | | | 91% | | 76 | 29.94 | | 0.0 | | |
| 23 | 21:35 | Calm | 0.00 | NULL | NULL | 77.4 | 73 | | | 87% | | 79 | 29.93 | | 0.0 | | |
| 23 | 21:15 | Calm | 0.00 | Fair | CLR | 78.1 | 72.7 | | | 84% | | 81 | 29.93 | | 0.0 | | |
| 23 | 20:55 | Calm | 0.00 | Fair | CLR | 78.6 | 73.4 | | | 84% | | 82 | 29.92 | | 0.0 | | |
| 23 | 20:35 | Calm | 0.00 | Fair | CLR | 79.9 | 72.3 | | | 78% | | 84 | 29.92 | | 0.0 | | |
| 23 | 20:15 | Calm | 0.00 | Fair | CLR | 80.2 | 72.3 | | | 77% | | 84 | 29.91 | | 0.0 | | |
| 23 | 19:55 | Calm | 0.00 | Fair | CLR | 82.2 | 71.4 | | | 70% | | 87 | 29.9 | | 0.0 | | |
| 23 | 19:35 | NW 3 | 0.00 | Fair | CLR | 84.2 | 70.9 | | | 64% | | 89 | 29.9 | | 0.0 | | |
| 23 | 19:15 | N 3 | 0.00 | NULL | NULL | 85.3 | 68.9 | | | 58% | | 89 | 29.9 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002666