# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #: 24 & 25

PUSHER: Mgt Arrington

GUN GUARD: Mgt Brown

GUN GUARD: Mgt Cains

AM COUNT: 31

PM COUNT:

DATE: 8-25-25

| DORM Falcon | COUNT |
|---|---|
| 1 | 0 |
| 2 | 1 |
| 3 | 18 |
| 4 | 12 |
| total | 31 |

COMENTS:

6:30 Arrived at Camp D Falcon Gate
7:05 Opened outside and inside Gates
7:25 Checked out 31x
7:32 Arrived at Purple Hull Field offenders offered sunscreen (1) shade trailer (1) porta potty (1) handwash station (4) water cooler offenders allowed to drink water at will
8:15 Break
8:30 Break ended
9:15 Break
9:30 Break ended - Called in count to Camp D sallyport
10:15 Break
10:30 Heat Alert all work stopped at this time for 15 min break
10:45 Break ended
11:00 Headland 31x enroute to Camp D
11:11 Arrived at Camp D Falcon gate
11:20 Checked 31x

## DAILY LINE COUNT / LOG SHEET

LINE # 24 & 25

PUSHER: Msgt J. Arrington

GUN GUARD: Msgt G Brown

GUN GUARD: Msgt Lanus

AM COUNT: 33

PM COUNT:

DATE: 8-26-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 1 | |
| 3 | 16 | |
| 4 | 16 | |
| Total | 33 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

630 Arrived at camp D Falcon gate
706 Opened outside and inside gate
7:20 Checked out 33x
7:27 Arrived at Purple Hull Pea Field offenders offered Sunscreen (1) shade trailer (1) porta potty and handwash station (4) water cooler on site offenders allowed to drink water at will
812 Break
830 Break ended
915 Break
930 Break ended - Called in count to Camp D sally port Falcon 0, 1, 16 and 16 total 33
1015 Break
1030 Break ended
1100 Headland 33x enroute to camp D
11:42 Arrived at camp D Falcon gate
11:27 Checked in 33x

VOTE002687
revised 05/27/2025

# DAILY LINE COUNT / LOG SHEET

LINE #: 24 & 25

PUSHER: Msgt J Arrington

GUN GUARD: Msgt E Brown

GUN GUARD: Msgt Lanus

AM COUNT: 38

PM COUNT:

DATE: 8-27-25

| DORM Falcon | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 2 | |
| 3 | 18 | |
| 4 | 18 | |
| total | 38 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 7:30 Arrived at Camp D Falcon Gate
- 7:44 Opened outside and inside gates
- 7:10 Checked out 38x enroute to Pea Field
- 7:17 Arrived at Pea Field offenders offered sunscreen (1) Shade trailer (1) porta potty with handwash station (4) water cooler on site offenders allowed to drink water at will
- 8:00 Break
- 8:15 Break ended
- 9:00 Break
- 9:15 Break ended - called in count to Camp D sally port
- 10:00 Break
- 10:15 Break ended
- 11:00 Head Land 38x enroute to Camp D
- 11:07 Arrived at Camp D Falcon Gate
- 11:20 Checked in 38x
- 11:25 Closed inside and outside gate
- 1:00 Angola Announced Heat Alert after lines 24 & 25 checked in

VOTE002688
revised 05/27/2025