# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jeremy Benjamin**
**Direct Dial:** +1 212 373 3502
**Email:** jbenjamin@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

September 9, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

Re:     *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period September 1–September 5, 2025,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

The heat index data listed below was recorded by the National Weather Service ("NWS") at the New Roads False River Regional Airport. As noted below, the NWS did not publish any weather data from the New Roads False River Regional Airport for certain time periods between September 1–September 5. The NWS data underlying this summary is attached as Exhibit A to this report. Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, September 1: The heat index at LSP met or exceeded 88 degrees[2] Fahrenheit at 10:35 a.m., from 11:15 a.m. to 12:15 p.m., and from 3:35 p.m. to 7:35 p.m.[3] According to Defendants, the Farm Line did not operate on September 1.[4]

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2] Because a heat alert is issued once the heat index reaches 91 degrees pursuant to HCP8, Defendants object to using 88 degree heat index threshold in the weekly reporting.

[3] On September 1, NWS did not publish any weather data from 12:15 a.m. to 1:55 a.m. and from 12:15 p.m. to 3:20 p.m.

[4] Defendants report that the Farm Line did not operate on September 1 in observance of the federal holiday.

- Tuesday, September 2: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 10:35 a.m. to 12:35 p.m. and from 6:55 p.m. to 7:15 p.m.[5] According to Defendants, the Farm Line did not operate on September 2.

- Wednesday, September 3: The heat index at LSP met or exceed 88 degrees Fahrenheit from 10:55 a.m. to 12:35 p.m. and at 6:15 p.m.[6] According to Defendants, the Farm Line did not operate on September 3.

- Thursday, September 4: The heat index at LSP met or exceeded 88 degrees Fahrenheit from 9:55 a.m. to 11:35 a.m., at 7:35 p.m., and at 9:15 p.m.[7] According to Defendants, the Farm Line was operating during some of this time period.

- Friday, September 5: The heat index at LSP met or exceed 88 degrees Fahrenheit from 9:15 a.m. to 1:55 p.m. and from 7:55 p.m. to 8:35 p.m.[8] According to Defendants, the Farm Line did not operate on September 5.

The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeremy Benjamin*

Jeremy Benjamin

cc:    All Counsel of Record (via ECF)

---

[5] On September 2, NWS did not publish any weather data from 11:55 a.m. to 12:35 p.m. and from 12:35 p.m. to 6:40 p.m.

[6] On September 3, NWS did not record any weather data from 12:35 p.m. to 4:55 p.m.

[7] On September 4, NWS did not record any weather data from 4:15 a.m. to 4:55 a.m., from 11:35 a.m. to 7:35 p.m. or from 7:35 p.m. to 9:15 p.m.

[8] On September 5, NWS did not record any weather data from 1:55 p.m. to 7:55 p.m.