# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 06 | 08:55 | Calm | 0.00 | Partly Cloudy | SCT026 | 80.2 | 75.2 | | | 85% | | 85 | 30.03 | 0.0 | | | |
| 06 | 08:35 | Calm | 0.00 | Fair | CLR | 78.6 | 74.3 | | | 87% | | 82 | 30.03 | 0.0 | | | |
| 06 | 08:15 | Calm | 0.00 | NULL | NULL | 77 | 75.2 | | | 94% | | 78 | 30.03 | 0.0 | | | |
| 06 | 07:55 | Calm | 0.00 | NULL | NULL | 75.9 | 75 | | | 97% | | 75 | 30.03 | 0.0 | | | |
| 06 | 07:35 | N 3 | 0.00 | NULL | NULL | 74.7 | 73.9 | | | 98% | | | 30.02 | 0.0 | | | |
| 06 | 07:15 | Calm | 0.00 | NULL | NULL | 73.9 | 73.2 | | | 98% | | | 30.01 | 0.0 | | | |
| 06 | 06:55 | Calm | 0.00 | NULL | NULL | 73.8 | 73 | 77.9 | 73.8 | 98% | | | 30.01 | 0.0 | | | |
| 06 | 06:35 | Calm | 0.00 | NULL | NULL | 74.3 | 73.4 | | | 97% | | | 30 | 0.0 | | | |
| 06 | 06:15 | Calm | 0.00 | NULL | NULL | 74.7 | 73.8 | | | 97% | | | 30 | 0.0 | | | |
| 06 | 05:55 | Calm | 0.00 | NULL | NULL | 74.5 | 73.6 | | | 97% | | | 29.99 | 0.0 | | | |
| 06 | 05:35 | Calm | 0.00 | NULL | NULL | 74.7 | 73.6 | | | 96% | | | 29.98 | 0.0 | | | |
| 06 | 05:15 | Calm | 0.00 | NULL | NULL | 75.2 | 73.8 | | | 95% | | 74 | 29.97 | 0.0 | | | |
| 06 | 04:55 | Calm | 0.00 | NULL | NULL | 75.4 | 73.9 | | | 95% | | 74 | 29.97 | 0.0 | | | |
| 06 | 04:35 | Calm | 0.00 | NULL | NULL | 75.9 | 74.3 | | | 95% | | 75 | 29.97 | 0.0 | | | |
| 06 | 04:15 | Calm | 0.00 | NULL | NULL | 76.6 | 74.3 | | | 93% | | 77 | 29.97 | 0.0 | | | |
| 06 | 03:55 | Calm | 0.00 | NULL | NULL | 76.1 | 74.3 | | | 94% | | 76 | 29.97 | 0.0 | | | |
| 06 | 03:35 | SW 3 | 0.00 | NULL | NULL | 75.7 | 74.3 | | | 95% | | 75 | 29.97 | 0.0 | | | |
| 06 | 03:15 | Calm | 0.00 | NULL | NULL | 75.7 | 73.9 | | | 94% | | 75 | 29.98 | 0.0 | | | |
| 06 | 02:55 | Calm | 0.00 | NULL | NULL | 75.7 | 74.3 | | | 95% | | 75 | 29.99 | 0.0 | | | |
| 06 | 02:35 | Calm | 0.00 | NULL | NULL | 76.3 | 74.5 | | | 94% | | 76 | 29.98 | 0.0 | | | |
| 06 | 02:15 | Calm | 0.00 | NULL | NULL | 77 | 74.5 | | | 92% | | 78 | 29.98 | 0.0 | | | |
| 06 | 01:55 | Calm | 0.00 | NULL | NULL | 77.4 | 74.3 | | | 90% | | 79 | 29.98 | 0.0 | | | |
| 06 | 01:35 | Calm | 0.00 | NULL | NULL | 77.2 | 74.3 | | | 91% | | 79 | 29.97 | 0.0 | | | |
| 06 | 01:15 | Calm | 0.00 | NULL | NULL | 77.4 | 74.3 | | | 90% | | 79 | 29.97 | 0.0 | | | |
| 06 | 00:55 | Calm | 0.00 | NULL | NULL | 77.9 | 73.9 | 84.6 | 77.9 | 88% | | 80 | 29.97 | 0.0 | | | |
| 06 | 00:35 | Calm | 0.00 | NULL | NULL | 77.9 | 73.8 | | | 87% | | 80 | 29.98 | 0.0 | | | |
| 06 | 00:15 | S 3 | 0.00 | NULL | NULL | 78.3 | 73.8 | | | 86% | | 81 | 29.99 | 0.0 | | | |
| 05 | 23:55 | S 3 | 0.00 | Fair | CLR | 78.4 | 73.6 | | | 85% | | 81 | 29.99 | 0.0 | | | |
| 05 | 23:35 | SW 3 | 0.00 | Fair | CLR | 78.8 | 73.4 | | | 84% | | 82 | 30 | 0.0 | | | |
| 05 | 23:15 | SW 3 | 0.00 | Fair | CLR | 79 | 73.4 | | | 83% | | 82 | 30 | 0.0 | | | |
| 05 | 22:55 | S 3 | 0.00 | Fair | CLR | 79.2 | 72.3 | | | 80% | | 82 | 30 | 0.0 | | | |
| 05 | 22:35 | S 5 | 0.00 | Fair | CLR | 79.3 | 72.1 | | | 79% | | 83 | 29.99 | 0.0 | | | |
| 05 | 22:15 | S 5 | 0.00 | Fair | CLR | 80.6 | 72.3 | | | 76% | | 85 | 29.98 | 0.0 | | | |
| 05 | 21:55 | S 5 | 0.00 | Fair | CLR | 80.6 | 73 | | | 78% | | 85 | 29.97 | 0.0 | | | |
| 05 | 21:35 | S 7 | 0.00 | Fair | CLR | 81 | 73.4 | | | 78% | | 86 | 29.96 | 0.0 | | | |
| 05 | 21:15 | S 7 | 0.00 | Fair | CLR | 82 | 73 | | | 74% | | 87 | 29.95 | 0.0 | | | |
| 05 | 20:55 | Calm | 0.00 | Fair | CLR | 81.5 | 74.1 | | | 78% | | 87 | 29.94 | 0.0 | | | |
| 05 | 20:35 | Calm | 0.00 | Fair | CLR | 81.7 | 75 | | | 80% | | 88 | 29.94 | 0.0 | | | |
| 05 | 20:15 | Calm | 0.00 | Fair | CLR | 81.3 | 75.2 | | | 82% | | 88 | 29.93 | 0.0 | | | |
| 05 | 19:55 | Calm | 0.00 | NULL | NULL | 84.4 | 73.2 | | | 69% | | 91 | 29.93 | 0.0 | | | |
| 05 | 13:55 | SW 6 | 0.00 | Partly Cloudy | SCT044 SCT050 | 90.5 | 72.3 | | | 55% | | 98 | 29.95 | 0.0 | | | |
| 05 | 13:35 | SW 6 | 0.00 | Partly Cloudy | SCT042 SCT055 | 91 | 72.9 | | | 55% | | 99 | 29.95 | 0.0 | | | |
| 05 | 13:15 | SE 3 | 0.00 | Partly Cloudy | SCT040 SCT049 | 89.8 | 73 | | | 58% | | 98 | 29.96 | 0.0 | | | |
| 05 | 12:55 | Calm | 0.00 | Partly Cloudy | SCT036 | 89.2 | 72.7 | 89.6 | 72.7 | 58% | | 97 | 29.97 | 0.0 | | | |
| 05 | 12:35 | S 7 | 0.00 | Partly Cloudy | SCT036 | 88.9 | 73.2 | | | 60% | | 97 | 29.97 | 0.0 | | | |
| 05 | 12:15 | S 7 | 0.00 | Fair | CLR | 88.2 | 73.8 | | | 62% | | 97 | 29.98 | 0.0 | | | |
| 05 | 11:55 | SE 6 | 0.00 | Partly Cloudy | SCT033 | 87.4 | 74.1 | | | 65% | | 96 | 29.99 | 0.0 | | | |
| 05 | 11:35 | SE 6 | 0.00 | Fair | CLR | 86.4 | 73.8 | | | 66% | | 94 | 29.99 | 0.0 | | | |
| 05 | 11:15 | Calm | 0.00 | Partly Cloudy | SCT025 SCT031 | 86.9 | 74.7 | | | 67% | | 96 | 29.99 | 0.0 | | | |
| 05 | 10:55 | S 8 | 0.00 | Partly Cloudy | SCT023 SCT031 | 86.5 | 75 | | | 69% | | 96 | 29.98 | 0.0 | | | |

![National Weather Service] 

**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 13:55 | SW 6 | 0.00 | Partly Cloudy | SCT044 SCT050 | 90.5 | 72.3 | | | 55% | | 98 | 29.95 | | 0.0 | | |
| 05 | 13:35 | SW 6 | 0.00 | Partly Cloudy | SCT042 SCT055 | 91 | 72.9 | | | 55% | | 99 | 29.95 | | 0.0 | | |
| 05 | 13:15 | SE 3 | 0.00 | Partly Cloudy | SCT040 SCT049 | 89.8 | 73 | | | 58% | | 98 | 29.96 | | 0.0 | | |
| 05 | 12:55 | Calm | 0.00 | Partly Cloudy | SCT036 | 89.2 | 72.7 | 89.6 | 72.7 | 58% | | 97 | 29.97 | | 0.0 | | |
| 05 | 12:35 | S 7 | 0.00 | Partly Cloudy | SCT036 | 88.9 | 73.2 | | | 60% | | 97 | 29.97 | | 0.0 | | |
| 05 | 12:15 | S 7 | 0.00 | Fair | CLR | 88.2 | 73.8 | | | 62% | | 97 | 29.98 | | 0.0 | | |
| 05 | 11:55 | SE 6 | 0.00 | Partly Cloudy | SCT033 | 87.4 | 74.1 | | | 65% | | 96 | 29.99 | | 0.0 | | |
| 05 | 11:35 | SE 6 | 0.00 | Fair | CLR | 86.4 | 73.8 | | | 66% | | 94 | 29.99 | | 0.0 | | |
| 05 | 11:15 | Calm | 0.00 | Partly Cloudy | SCT025 SCT031 | 86.9 | 74.7 | | | 67% | | 96 | 29.99 | | 0.0 | | |
| 05 | 10:55 | S 8 | 0.00 | Partly Cloudy | SCT023 SCT031 | 86.5 | 75 | | | 69% | | 96 | 29.98 | | 0.0 | | |
| 05 | 10:35 | SE 6 | 0.00 | Mostly Cloudy | BKN021 | 85.1 | 75.4 | | | 73% | | 94 | 29.98 | | 0.0 | | |
| 05 | 10:15 | SE 6 | 0.00 | Partly Cloudy | SCT019 | 84.2 | 75.4 | | | 75% | | 93 | 29.98 | | 0.0 | | |
| 05 | 09:55 | SE 5 | 0.00 | Fair | CLR | 84 | 75.6 | | | 76% | | 92 | 29.98 | | 0.0 | | |
| 05 | 09:35 | S 5 | 0.00 | Fair | CLR | 83.3 | 75.2 | | | 77% | | 91 | 29.97 | | 0.0 | | |
| 05 | 09:15 | SE 5 | 0.00 | Fair | CLR | 82.4 | 75.4 | | | 79% | | 90 | 29.97 | | 0.0 | | |
| 05 | 08:55 | Calm | 0.00 | Fair | CLR | 81 | 75.4 | | | 83% | | 87 | 29.96 | | 0.0 | | |
| 05 | 08:35 | Calm | 0.00 | NULL | NULL | 79 | 74.8 | | | 87% | | 83 | 29.96 | | 0.0 | | |
| 05 | 08:15 | SW 3 | 0.00 | NULL | NULL | 77.7 | 74.5 | | | 90% | | 80 | 29.95 | | 0.0 | | |
| 05 | 07:55 | Calm | 0.00 | NULL | NULL | 75.7 | 74.3 | | | 95% | | 75 | 29.95 | | 0.0 | | |
| 05 | 07:35 | SW 3 | 0.00 | NULL | NULL | 74.1 | 73.2 | | | 97% | | | 29.95 | | 0.0 | | |
| 05 | 07:15 | Calm | 0.00 | NULL | NULL | 73.2 | 72.5 | | | 98% | | | 29.94 | | 0.0 | | |
| 05 | 06:55 | Calm | 0.00 | NULL | NULL | 72.9 | 72 | 77.9 | 72.7 | 97% | | | 29.94 | | 0.0 | | |
| 05 | 06:35 | Calm | 0.00 | NULL | NULL | 73.2 | 72.3 | | | 97% | | | 29.93 | | 0.0 | | |
| 05 | 06:15 | Calm | 0.00 | NULL | NULL | 73 | 72.1 | | | 97% | | | 29.93 | | 0.0 | | |
| 05 | 05:55 | Calm | 0.00 | NULL | NULL | 72.9 | 72 | | | 97% | | | 29.92 | | 0.0 | | |
| 05 | 05:35 | Calm | 0.00 | NULL | NULL | 73.4 | 72.5 | | | 97% | | | 29.92 | | 0.0 | | |
| 05 | 05:15 | Calm | 0.00 | NULL | NULL | 73.4 | 72.5 | | | 97% | | | 29.91 | | 0.0 | | |
| 05 | 04:55 | Calm | 0.00 | NULL | NULL | 73.6 | 72.5 | | | 96% | | | 29.91 | | 0.0 | | |
| 05 | 04:35 | Calm | 0.00 | NULL | NULL | 74.3 | 72.9 | | | 95% | | | 29.91 | | 0.0 | | |
| 05 | 04:15 | Calm | 0.00 | NULL | NULL | 74.3 | 73 | | | 96% | | | 29.91 | | 0.0 | | |
| 05 | 03:55 | Calm | 0.00 | NULL | NULL | 74.5 | 73.2 | | | 96% | | | 29.9 | | 0.0 | | |
| 05 | 03:35 | Calm | 0.00 | NULL | NULL | 74.7 | 73.2 | | | 95% | | | 29.91 | | 0.0 | | |
| 05 | 03:15 | Calm | 0.00 | NULL | NULL | 74.7 | 72.9 | | | 94% | | | 29.9 | | 0.0 | | |
| 05 | 02:55 | Calm | 0.00 | NULL | NULL | 75.7 | 73.4 | | | 92% | | 75 | 29.9 | | 0.0 | | |
| 05 | 02:35 | Calm | 0.00 | NULL | NULL | 76.5 | 73.4 | | | 90% | | 77 | 29.9 | | 0.0 | | |
| 05 | 02:15 | S 3 | 0.00 | NULL | NULL | 76.6 | 73.4 | | | 90% | | 77 | 29.89 | | 0.0 | | |
| 05 | 01:55 | S 3 | 0.00 | NULL | NULL | 77 | 73.6 | | | 89% | | 78 | 29.89 | | 0.0 | | |
| 05 | 01:35 | S 5 | 0.00 | NULL | NULL | 77.2 | 73.8 | | | 89% | | 79 | 29.9 | | 0.0 | | |

VOTE002720

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|------|------|------|------|---------|--------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 05 | 01:15 | S 5 | 0.00 | NULL | NULL | 77.4 | 73.8 | | | 89% | | 79 | 29.89 | | 0.0 | | |
| 05 | 00:55 | S 5 | 0.00 | NULL | NULL | 77.9 | 73.8 | | | 87% | | 80 | 29.89 | | 0.0 | | |
| 05 | 00:35 | S 5 | 0.00 | NULL | NULL | 78.1 | 74.3 | | | 88% | | 81 | 29.89 | | 0.0 | | |
| 05 | 00:15 | S 5 | 0.00 | Fair | CLR | 78.4 | 74.3 | | | 87% | | 81 | 29.89 | | 0.0 | | |
| 04 | 23:55 | S 6 | 0.00 | Fair | CLR | 78.8 | 74.3 | | | 86% | | 82 | 29.89 | | 0.0 | | |
| 04 | 23:35 | S 5 | 0.00 | Fair | CLR | 79 | 74.3 | | | 86% | | 83 | 29.89 | | 0.0 | | |
| 04 | 23:15 | S 6 | 0.00 | Fair | CLR | 79.5 | 74.3 | | | 84% | | 84 | 29.89 | | 0.0 | | |
| 04 | 22:55 | S 6 | 0.00 | Fair | CLR | 79.7 | 74.3 | | | 84% | | 84 | 29.89 | | 0.0 | | |
| 04 | 22:35 | S 6 | 0.00 | Fair | CLR | 80.2 | 74.3 | | | 82% | | 85 | 29.88 | | 0.0 | | |
| 04 | 22:15 | S 7 | 0.00 | Fair | CLR | 80.6 | 74.3 | | | 81% | | 86 | 29.88 | | 0.0 | | |
| 04 | 21:55 | S 6 | 0.00 | Fair | CLR | 81 | 74.3 | | | 80% | | 86 | 29.88 | | 0.0 | | |
| 04 | 21:35 | S 7 | 0.00 | Fair | CLR | 81.1 | 74.3 | | | 80% | | 87 | 29.87 | | 0.0 | | |
| 04 | 21:15 | S 7 | 0.00 | NULL | NULL | 81.9 | 74.3 | | | 78% | | 88 | 29.87 | | 0.0 | | |
| 04 | 19:35 | S 6 | 0.00 | NULL | NULL | 85.1 | 73 | | | 67% | | 92 | 29.83 | | 0.0 | | |
| 04 | 11:35 | E 9 | 0.00 | Mostly Cloudy | SCT029 SCT043 BKN055 | 86.9 | 75 | | | 68% | | 96 | 29.92 | | 0.0 | | |
| 04 | 11:15 | E 5 | 0.00 | Partly Cloudy | SCT027 | 85.8 | 73.8 | | | 67% | | 94 | 29.92 | | 0.0 | | |
| 04 | 10:55 | E 7 | 0.00 | Partly Cloudy | SCT027 | 85.5 | 73.9 | | | 69% | | 93 | 29.92 | | 0.0 | | |
| 04 | 10:35 | SE 3 | 0.00 | Fair | CLR | 84.4 | 73.2 | | | 69% | | 91 | 29.93 | | 0.0 | | |
| 04 | 10:15 | SE 7 | 0.00 | Fair | CLR | 84.2 | 72.9 | | | 69% | | 91 | 29.92 | | 0.0 | | |
| 04 | 09:55 | SE 3 | 0.00 | Fair | CLR | 82.6 | 72.3 | | | 71% | | 88 | 29.92 | | 0.0 | | |
| 04 | 09:35 | Calm | 0.00 | Fair | CLR | 81 | 72.7 | | | 76% | | 86 | 29.92 | | 0.0 | | |
| 04 | 09:15 | Calm | 0.00 | Fair | CLR | 79.9 | 72.7 | | | 79% | | 84 | 29.92 | | 0.0 | | |
| 04 | 08:55 | Calm | 0.00 | Partly Cloudy | SCT031 | 78.1 | 72.5 | | | 83% | | 81 | 29.92 | | 0.0 | | |
| 04 | 08:35 | Calm | 0.00 | NULL | NULL | 75.6 | 73.9 | | | 95% | | 74 | 29.92 | | 0.0 | | |
| 04 | 08:15 | Calm | 0.00 | Mostly Cloudy | BKN030 BKN049 | 73.6 | 72.9 | | | 98% | | | 29.92 | | 0.0 | | |
| 04 | 07:55 | Calm | 0.00 | Overcast | OVC032 | 72.5 | 72 | | | 98% | | | 29.92 | | 0.0 | | |
| 04 | 07:35 | Calm | 0.00 | Overcast | BKN035 OVC045 | 71.8 | 71.2 | | | 98% | | | 29.92 | | 0.0 | | |
| 04 | 07:15 | Calm | 0.00 | NULL | NULL | 70.7 | 70.2 | | | 98% | | | 29.92 | | 0.0 | | |
| 04 | 06:55 | Calm | 0.00 | NULL | NULL | 70.9 | 70.3 | 73.8 | 70.7 | 98% | | | 29.91 | | 0.0 | | |
| 04 | 06:35 | Calm | 0.00 | NULL | NULL | 71.2 | 70.7 | | | 98% | | | 29.91 | | 0.0 | | |
| 04 | 06:15 | Calm | 0.00 | NULL | NULL | 71.2 | 70.7 | | | 98% | | | 29.9 | | 0.0 | | |
| 04 | 05:55 | Calm | 0.00 | NULL | NULL | 71.2 | 70.5 | | | 98% | | | 29.91 | | 0.0 | | |
| 04 | 05:35 | Calm | 0.00 | NULL | NULL | 72 | 71.1 | | | 97% | | | 29.9 | | 0.0 | | |
| 04 | 05:15 | Calm | 0.00 | NULL | NULL | 72 | 71.1 | | | 97% | | | 29.9 | | 0.0 | | |
| 04 | 04:55 | Calm | 0.00 | NULL | NULL | 72 | 70.9 | | | 96% | | | 29.9 | | 0.0 | | |
| 04 | 04:15 | Calm | 0.00 | NULL | NULL | 72.7 | 71.6 | | | 96% | | | 29.9 | | 0.0 | | |
| 04 | 03:55 | Calm | 0.00 | Overcast | OVC100 | 73.4 | 72 | | | 95% | | | 29.9 | | 0.0 | | |
| 04 | 03:35 | Calm | 0.00 | NULL | NULL | 73.4 | 71.8 | | | 95% | | | 29.9 | | 0.0 | | |
| 04 | 03:15 | Calm | 0.00 | Overcast | OVC100 | 73.8 | 72 | | | 94% | | | 29.9 | | 0.0 | | |
| 04 | 02:55 | Calm | 0.00 | Overcast | OVC100 | 73.6 | 71.8 | | | 94% | | | 29.9 | | 0.0 | | |
| 04 | 02:35 | Calm | 0.00 | Overcast | OVC100 | 73.6 | 72 | | | 95% | | | 29.91 | | 0.0 | | |
| 04 | 02:15 | Calm | 0.00 | Overcast | OVC100 | 73.6 | 72.1 | | | 95% | | | 29.91 | | 0.0 | | |
| 04 | 01:55 | Calm | 0.00 | Overcast | OVC100 | 73.4 | 72 | | | 95% | | | 29.92 | | 0.0 | | |
| 04 | 01:35 | Calm | 0.00 | Overcast | OVC110 | 73 | 71.8 | | | 96% | | | 29.92 | | 0.0 | | |
| 04 | 01:15 | SW 3 | 0.00 | Mostly Cloudy | BKN100 | 72.9 | 71.8 | | | 96% | | | 29.92 | | 0.0 | | |
| 04 | 00:55 | Calm | 0.00 | Mostly Cloudy | BKN100 | 73.2 | 72.1 | 79.7 | 72.7 | 96% | | | 29.92 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002721

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 00:35 | Calm | 0.00 | Overcast | OVC110 | 72.7 | 71.6 | | | 96% | | | 29.92 | | 0.0 | | |
| 04 | 00:15 | Calm | 0.00 | Mostly Cloudy | BKN110 | 72.9 | 71.8 | | | 96% | | | 29.91 | | 0.0 | | |
| 03 | 23:55 | Calm | 0.00 | NULL | NULL | 72.7 | 71.6 | | | 96% | | | 29.91 | | 0.0 | | |
| 03 | 23:35 | Calm | 0.00 | NULL | NULL | 73.4 | 71.6 | | | 94% | | | 29.91 | | 0.0 | | |
| 03 | 23:15 | Calm | 0.00 | NULL | NULL | 73.8 | 72 | | | 94% | | | 29.91 | | 0.0 | | |
| 03 | 22:55 | Calm | 0.00 | NULL | NULL | 74.3 | 71.8 | | | 92% | | | 29.91 | | 0.0 | | |
| 03 | 22:35 | Calm | 0.00 | NULL | NULL | 73.6 | 71.6 | | | 94% | | | 29.91 | | 0.0 | | |
| 03 | 22:15 | Calm | 0.00 | NULL | NULL | 74.5 | 71.8 | | | 91% | | | 29.91 | | 0.0 | | |
| 03 | 21:55 | Calm | 0.00 | NULL | NULL | 75.2 | 71.6 | | | 89% | | 75 | 29.9 | | 0.0 | | |
| 03 | 21:35 | S 3 | 0.00 | NULL | NULL | 75.2 | 71.2 | | | 88% | | 75 | 29.89 | | 0.0 | | |
| 03 | 21:15 | Calm | 0.00 | NULL | NULL | 74.8 | 72.5 | | | 92% | | | 29.88 | | 0.0 | | |
| 03 | 20:55 | Calm | 0.00 | NULL | NULL | 75.7 | 73.4 | | | 92% | | 75 | 29.88 | | 0.0 | | |
| 03 | 20:35 | Calm | 0.00 | NULL | NULL | 76.1 | 73.4 | | | 91% | | 76 | 29.87 | | 0.0 | | |
| 03 | 20:15 | Calm | 0.00 | NULL | NULL | 76.5 | 74.3 | | | 93% | | 77 | 29.87 | | 0.0 | | |
| 03 | 19:55 | E 3 | 0.00 | NULL | NULL | 77.4 | 74.7 | | | 91% | | 79 | 29.86 | | 0.0 | | |
| 03 | 19:35 | Calm | 0.00 | NULL | NULL | 78.1 | 74.7 | | | 89% | | 81 | 29.87 | | 0.0 | | |
| 03 | 19:15 | Calm | 0.00 | Fair | CLR | 79.2 | 74.5 | | | 86% | | 83 | 29.87 | | 0.0 | | |
| 03 | 18:55 | Calm | 0.00 | Fair | CLR | 79.7 | 74.7 | | | 85% | | 84 | 29.88 | | 0.0 | | |
| 03 | 18:35 | Calm | 0.00 | Fair | CLR | 80.2 | 75.2 | | | 85% | | 85 | 29.88 | | 0.0 | | |
| 03 | 18:15 | E 6 | 0.00 | Fair | CLR | 81.5 | 75 | | | 81% | | 88 | 29.88 | | 0.0 | | |
| 03 | 17:55 | SE 3 | 0.00 | Partly Cloudy | SCT100 | 80.8 | 73.2 | | | 78% | | 86 | 29.87 | | 0.0 | 0.15 | |
| 03 | 17:35 | Calm | 0.00 | Mostly Cloudy | SCT017 SCT024 BKN100 | 82 | 71.6 | | | 71% | | 87 | 29.86 | | 0.0 | 0.15 | |
| 03 | 17:15 | Calm | 0.00 | Mostly Cloudy | SCT017 SCT025 BKN034 | 79.2 | 72.7 | | | 81% | | 83 | 29.87 | | 0.0 | 0.15 | |
| 03 | 16:55 | E 13 | 0.00 | NULL | NULL | 74.5 | 70.3 | | | 87% | | | 29.88 | | 0.0 | 0.06 | |
| 03 | 12:35 | Calm | 0.00 | Mostly Cloudy | SCT037 BKN044 | 86.7 | 71.6 | | | 61% | | 93 | 29.94 | | 0.0 | | |
| 03 | 12:15 | SE 3 | 0.00 | Partly Cloudy | SCT034 | 84.9 | 71.4 | | | 64% | | 90 | 29.95 | | 0.0 | | |
| 03 | 11:55 | E 5 | 0.00 | Partly Cloudy | SCT034 | 86 | 71.4 | | | 62% | | 92 | 29.95 | | 0.0 | | |
| 03 | 11:35 | SE 3 | 0.00 | Partly Cloudy | SCT034 | 85.5 | 70.3 | | | 61% | | 90 | 29.96 | | 0.0 | | |
| 03 | 11:15 | S 5 | 0.00 | Fair | CLR | 84.9 | 70.5 | | | 62% | | 90 | 29.97 | | 0.0 | | |
| 03 | 10:55 | Calm | 0.00 | Fair | CLR | 84.2 | 69.3 | | | 61% | | 88 | 29.97 | | 0.0 | | |
| 03 | 10:35 | SE 3 | 0.00 | Partly Cloudy | SCT022 | 84.2 | 67.8 | | | 58% | | 87 | 29.97 | | 0.0 | | |
| 03 | 10:15 | E 5 | 0.00 | Fair | CLR | 83.8 | 65.7 | | | 54% | | 86 | 29.97 | | 0.0 | | |
| 03 | 09:55 | E 3 | 0.00 | Fair | CLR | 82.6 | 66.2 | | | 58% | | 85 | 29.97 | | 0.0 | | |
| 03 | 09:35 | SE 3 | 0.00 | Fair | CLR | 81.3 | 66.2 | | | 60% | | 84 | 29.97 | | 0.0 | | |
| 03 | 09:15 | Calm | 0.00 | Fair | CLR | 80.1 | 69.1 | | | 69% | | 83 | 29.97 | | 0.0 | | |
| 03 | 08:55 | Calm | 0.00 | Fair | CLR | 77.5 | 72.1 | | | 84% | | 79 | 29.97 | | 0.0 | | |
| 03 | 08:35 | Calm | 0.00 | NULL | NULL | 73.9 | 71.1 | | | 91% | | | 29.96 | | 0.0 | | |
| 03 | 08:15 | Calm | 0.00 | NULL | NULL | 72 | 70.2 | | | 94% | | | 29.97 | | 0.0 | | |
| 03 | 07:55 | Calm | 0.00 | NULL | NULL | 71.2 | 69.8 | | | 95% | | | 29.97 | | 0.0 | | |
| 03 | 07:35 | Calm | 0.00 | NULL | NULL | 70.5 | 69.3 | | | 96% | | | 29.96 | | 0.0 | | |
| 03 | 07:15 | Calm | 0.00 | NULL | NULL | 69.3 | 68.2 | | | 96% | | | 29.95 | | 0.0 | | |
| 03 | 06:55 | Calm | 0.00 | NULL | NULL | 68.9 | 68 | 75.6 | 68.9 | 97% | | | 29.95 | | 0.0 | | |
| 03 | 06:35 | Calm | 0.00 | NULL | NULL | 68.9 | 67.8 | | | 96% | | | 29.95 | | 0.0 | | |
| 03 | 06:15 | Calm | 0.00 | NULL | NULL | 69.3 | 68.2 | | | 96% | | | 29.95 | | 0.0 | | |
| 03 | 05:55 | Calm | 0.00 | NULL | NULL | 69.8 | 68.5 | | | 96% | | | 29.95 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002722

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 03 | 05:35 | Calm | 0.00 | NULL | NULL | 70.2 | 68.9 | | | 96% | | | 29.94 | | 0.0 | | |
| 03 | 05:15 | Calm | 0.00 | NULL | NULL | 69.8 | 68.4 | | | 95% | | | 29.94 | | 0.0 | | |
| 03 | 04:55 | Calm | 0.00 | NULL | NULL | 70 | 68.5 | | | 95% | | | 29.94 | | 0.0 | | |
| 03 | 04:35 | Calm | 0.00 | NULL | NULL | 70.2 | 68.4 | | | 94% | | | 29.94 | | 0.0 | | |
| 03 | 04:15 | Calm | 0.00 | NULL | NULL | 70.7 | 68.5 | | | 93% | | | 29.94 | | 0.0 | | |
| 03 | 03:55 | Calm | 0.00 | NULL | NULL | 71.6 | 68.7 | | | 91% | | | 29.94 | | 0.0 | | |
| 03 | 03:35 | Calm | 0.00 | NULL | NULL | 71.6 | 68.9 | | | 91% | | | 29.95 | | 0.0 | | |
| 03 | 03:15 | Calm | 0.00 | NULL | NULL | 71.8 | 69.3 | | | 92% | | | 29.95 | | 0.0 | | |
| 03 | 02:55 | Calm | 0.00 | NULL | NULL | 73 | 69.8 | | | 90% | | | 29.95 | | 0.0 | | |
| 03 | 02:35 | Calm | 0.00 | Fair | CLR | 74.3 | 69.3 | | | 84% | | | 29.95 | | 0.0 | | |
| 03 | 02:15 | S 5 | 0.00 | Fair | CLR | 74.7 | 69.1 | | | 83% | | | 29.95 | | 0.0 | | |
| 03 | 01:55 | S 3 | 0.00 | Fair | CLR | 74.8 | 69.3 | | | 83% | | | 29.95 | | 0.0 | | |
| 03 | 01:35 | S 5 | 0.00 | Fair | CLR | 75.2 | 69.8 | | | 83% | | 75 | 29.96 | | 0.0 | | |
| 03 | 01:15 | S 3 | 0.00 | Fair | CLR | 75.2 | 69.8 | | | 83% | | 75 | 29.96 | | 0.0 | | |
| 03 | 00:55 | S 3 | 0.00 | Fair | CLR | 75.6 | 70 | 84.7 | 74.8 | 83% | | 76 | 29.97 | | 0.0 | | |
| 03 | 00:35 | Calm | 0.00 | Fair | CLR | 76.1 | 70 | | | 81% | | 77 | 29.97 | | 0.0 | | |
| 03 | 00:15 | S 5 | 0.00 | Fair | CLR | 76.3 | 70 | | | 81% | | 77 | 29.97 | | 0.0 | | |
| 02 | 23:55 | S 3 | 0.00 | Fair | CLR | 76.3 | 70 | | | 81% | | 77 | 29.97 | | 0.0 | | |
| 02 | 23:35 | Calm | 0.00 | Partly Cloudy | SCT085 | 76.3 | 70 | | | 81% | | 77 | 29.97 | | 0.0 | | |
| 02 | 23:15 | S 3 | 0.00 | Mostly Cloudy | SCT060 BKN085 | 77 | 69.8 | | | 79% | | 79 | 29.97 | | 0.0 | | |
| 02 | 22:55 | Calm | 0.00 | Partly Cloudy | SCT060 | 75.6 | 71.4 | | | 87% | | 76 | 29.97 | | 0.0 | | |
| 02 | 22:35 | Calm | 0.00 | NULL | NULL | 75 | 71.8 | | | 90% | | 74 | 29.97 | | 0.0 | | |
| 02 | 22:15 | Calm | 0.00 | Fair | CLR | 76.1 | 71.2 | | | 85% | | 77 | 29.96 | | 0.0 | | |
| 02 | 21:55 | SW 3 | 0.00 | NULL | NULL | 75.4 | 72.5 | | | 91% | | 75 | 29.96 | | 0.0 | | |
| 02 | 21:35 | N 3 | 0.00 | NULL | NULL | 76.5 | 73 | | | 89% | | 77 | 29.96 | | 0.0 | | |
| 02 | 21:15 | Calm | 0.00 | NULL | NULL | 76.6 | 72.9 | | | 88% | | 78 | 29.95 | | 0.0 | | |
| 02 | 20:55 | Calm | 0.00 | Fair | CLR | 78.1 | 72.5 | | | 83% | | 81 | 29.94 | | 0.0 | | |
| 02 | 20:35 | Calm | 0.00 | Fair | CLR | 78.6 | 72.3 | | | 81% | | 82 | 29.94 | | 0.0 | | |
| 02 | 20:15 | N 3 | 0.00 | Fair | CLR | 79.2 | 71.6 | | | 78% | | 82 | 29.94 | | 0.0 | | |
| 02 | 19:55 | Calm | 0.00 | Fair | CLR | 79.7 | 72.9 | | | 80% | | 84 | 29.93 | | 0.0 | | |
| 02 | 19:35 | N 3 | 0.00 | Fair | CLR | 82 | 72 | | | 72% | | 87 | 29.93 | | 0.0 | | |
| 02 | 19:15 | Calm | 0.00 | Fair | CLR | 83.8 | 69.4 | | | 62% | | 88 | 29.92 | | 0.0 | | |
| 02 | 18:55 | N 3 | 0.00 | NULL | NULL | 84.6 | 68.5 | | | 59% | | 88 | 29.92 | | 0.0 | | |
| 02 | 18:40 | NW 3 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.93 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Temperature (ºF)    Pressure    Precipitation (in)

VOTE002723

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 23:15 | S 3 | 0.00 | Mostly Cloudy | SCT060 BKN085 | 77 | 69.8 | | | 79% | | 79 | 29.97 | | 0.0 | | |
| 02 | 22:55 | Calm | 0.00 | Partly Cloudy | SCT060 | 75.6 | 71.4 | | | 87% | | 76 | 29.97 | | 0.0 | | |
| 02 | 22:35 | Calm | 0.00 | NULL | NULL | 75 | 71.8 | | | 90% | | 74 | 29.97 | | 0.0 | | |
| 02 | 22:15 | Calm | 0.00 | Fair | CLR | 76.1 | 71.2 | | | 85% | | 77 | 29.96 | | 0.0 | | |
| 02 | 21:55 | SW 3 | 0.00 | NULL | NULL | 75.4 | 72.5 | | | 91% | | 75 | 29.96 | | 0.0 | | |
| 02 | 21:35 | N 3 | 0.00 | NULL | NULL | 76.5 | 73 | | | 89% | | 77 | 29.96 | | 0.0 | | |
| 02 | 21:15 | Calm | 0.00 | NULL | NULL | 76.6 | 72.9 | | | 88% | | 78 | 29.95 | | 0.0 | | |
| 02 | 20:55 | Calm | 0.00 | Fair | CLR | 78.1 | 72.5 | | | 83% | | 81 | 29.94 | | 0.0 | | |
| 02 | 20:35 | Calm | 0.00 | Fair | CLR | 78.6 | 72.3 | | | 81% | | 82 | 29.94 | | 0.0 | | |
| 02 | 20:15 | N 3 | 0.00 | Fair | CLR | 79.2 | 71.6 | | | 78% | | 82 | 29.94 | | 0.0 | | |
| 02 | 19:55 | Calm | 0.00 | Fair | CLR | 79.7 | 72.9 | | | 80% | | 84 | 29.93 | | 0.0 | | |
| 02 | 19:35 | N 3 | 0.00 | Fair | CLR | 82 | 72 | | | 72% | | 87 | 29.93 | | 0.0 | | |
| 02 | 19:15 | Calm | 0.00 | Fair | CLR | 83.8 | 69.4 | | | 62% | | 88 | 29.92 | | 0.0 | | |
| 02 | 18:55 | N 3 | 0.00 | NULL | NULL | 84.6 | 68.5 | | | 59% | | 88 | 29.92 | | 0.0 | | |
| 02 | 18:40 | NW 3 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.93 | | 0.0 | | |
| 02 | 12:35 | SW 3 | 0.00 | NULL | NULL | 85.8 | 69.4 | | | 58% | | 90 | 30.01 | | 0.0 | | |
| 02 | 11:55 | W 5 | 0.00 | Fair | CLR | 84.9 | 70 | | | 61% | | 89 | 30.02 | | 0.0 | | |
| 02 | 11:35 | NW 7 | 0.00 | Fair | CLR | 84.6 | 71.1 | | | 64% | | 90 | 30.02 | | 0.0 | | |
| 02 | 11:15 | W 8 | 0.00 | Fair | CLR | 84 | 72 | | | 67% | | 90 | 30.03 | | 0.0 | | |
| 02 | 10:55 | W 7 | 0.00 | Fair | CLR | 83.3 | 71.6 | | | 68% | | 88 | 30.03 | | 0.0 | | |
| 02 | 10:35 | W 9 | 0.00 | Fair | CLR | 82.8 | 72.1 | | | 70% | | 88 | 30.03 | | 0.0 | | |
| 02 | 10:15 | W 7 | 0.00 | Fair | CLR | 82.2 | 72.5 | | | 73% | | 87 | 30.03 | | 0.0 | | |
| 02 | 09:55 | W 7 | 0.00 | Fair | CLR | 81.5 | 72.7 | | | 75% | | 86 | 30.02 | | 0.0 | | |
| 02 | 09:35 | NW 3 | 0.00 | Fair | CLR | 78.8 | 72.7 | | | 82% | | 82 | 30.02 | | 0.0 | | |
| 02 | 09:15 | W 5 | 0.00 | Fair | CLR | 78.6 | 73 | | | 83% | | 82 | 30.02 | | 0.0 | | |
| 02 | 08:55 | W 6 | 0.00 | Fair | CLR | 77.9 | 73 | | | 85% | | 80 | 30.02 | | 0.0 | | |
| 02 | 08:35 | W 3 | 0.00 | NULL | NULL | 76.1 | 73.4 | | | 91% | | 76 | 30.02 | | 0.0 | | |
| 02 | 08:15 | W 5 | 0.00 | NULL | NULL | 74.1 | 73.4 | | | 98% | | | 30.02 | | 0.0 | | |
| 02 | 07:55 | Calm | 0.00 | NULL | NULL | 73.2 | 72.7 | | | 98% | | | 30.01 | | 0.0 | | |
| 02 | 07:35 | Calm | 0.00 | NULL | NULL | 72 | 71.6 | | | 99% | | | 30 | | 0.0 | | |
| 02 | 07:15 | Calm | 0.00 | NULL | NULL | 71.6 | 70.9 | | | 98% | | | 30 | | 0.0 | | |
| 02 | 06:55 | Calm | 0.00 | NULL | NULL | 71.8 | 71.2 | 74.5 | 71.8 | 98% | | | 30 | | 0.0 | | |
| 02 | 06:35 | Calm | 0.00 | NULL | NULL | 71.8 | 71.2 | | | 98% | | | 29.99 | | 0.0 | | |
| 02 | 06:15 | Calm | 0.00 | NULL | NULL | 72 | 71.2 | | | 98% | | | 29.99 | | 0.0 | | |
| 02 | 05:55 | Calm | 0.00 | NULL | NULL | 72.5 | 71.6 | | | 97% | | | 29.99 | | 0.0 | | |
| 02 | 05:35 | Calm | 0.00 | NULL | NULL | 72.1 | 71.2 | | | 97% | | | 29.99 | | 0.0 | | |
| 02 | 05:15 | Calm | 0.00 | NULL | NULL | 72.7 | 71.6 | | | 96% | | | 29.98 | | 0.0 | | |
| 02 | 04:55 | Calm | 0.00 | NULL | NULL | 72.5 | 71.4 | | | 96% | | | 29.99 | | 0.0 | | |
| 02 | 04:35 | Calm | 0.00 | NULL | NULL | 72.5 | 71.2 | | | 96% | | | 29.99 | | 0.0 | | |
| 02 | 04:15 | Calm | 0.00 | NULL | NULL | 73 | 71.6 | | | 95% | | | 29.99 | | 0.0 | | |
| 02 | 03:55 | Calm | 0.00 | NULL | NULL | 73.4 | 71.6 | | | 94% | | | 29.99 | | 0.0 | | |
| 02 | 03:35 | Calm | 0.00 | NULL | NULL | 73.4 | 71.8 | | | 95% | | | 29.99 | | 0.0 | | |
| 02 | 03:15 | Calm | 0.00 | NULL | NULL | 73.4 | 71.8 | | | 95% | | | 29.99 | | 0.0 | | |
| 02 | 02:55 | Calm | 0.00 | NULL | NULL | 73.4 | 71.8 | | | 95% | | | 29.99 | | 0.0 | | |
| 02 | 02:35 | Calm | 0.00 | NULL | NULL | 73 | 71.8 | | | 96% | | | 30 | | 0.0 | | |
| 02 | 02:15 | Calm | 0.00 | NULL | NULL | 73.8 | 72.1 | | | 95% | | | 30 | | 0.0 | | |
| 02 | 01:55 | Calm | 0.00 | NULL | NULL | 73.9 | 72 | | | 94% | | | 30 | | 0.0 | | |
| 02 | 01:35 | Calm | 0.00 | NULL | NULL | 73.8 | 72.1 | | | 95% | | | 30 | | 0.0 | | |
| 02 | 01:15 | Calm | 0.00 | NULL | NULL | 74.3 | 72.5 | | | 94% | | | 30 | | 0.0 | | |
| 02 | 00:55 | Calm | 0.00 | Overcast | OVC120 | 74.5 | 72.5 | 84.2 | 74.5 | 94% | | | 30 | | 0.0 | | |
| 02 | 00:35 | Calm | 0.00 | Overcast | OVC120 | 75.2 | 72.9 | | | 92% | | 74 | 30 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002709

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 00:15 | Calm | 0.00 | Overcast | OVC120 | 76.5 | 72.5 | | | 88% | | 77 | 30 | | 0.0 | | |
| 01 | 23:55 | Calm | 0.00 | Overcast | OVC120 | 76.6 | 72.1 | | | 86% | | 78 | 30 | | 0.0 | | |
| 01 | 23:35 | Calm | 0.00 | Mostly Cloudy | BKN120 | 76.8 | 72 | | | 85% | | 78 | 30 | | 0.0 | | |
| 01 | 23:15 | Calm | 0.00 | Partly Cloudy | SCT120 | 77.2 | 72 | | | 84% | | 79 | 30 | | 0.0 | | |
| 01 | 22:55 | SW 5 | 0.00 | Fair | CLR | 77.5 | 72 | | | 83% | | 79 | 30.01 | | 0.0 | | |
| 01 | 22:35 | SW 3 | 0.00 | Fair | CLR | 77.9 | 71.6 | | | 81% | | 80 | 30.01 | | 0.0 | | |
| 01 | 22:15 | SW 3 | 0.00 | Fair | CLR | 78.3 | 71.6 | | | 80% | | 81 | 30.01 | | 0.0 | | |
| 01 | 21:55 | SW 3 | 0.00 | Fair | CLR | 78.8 | 71.2 | | | 78% | | 82 | 30.01 | | 0.0 | | |
| 01 | 21:35 | SW 6 | 0.00 | Partly Cloudy | SCT060 SCT075 | 78.8 | 71.1 | | | 77% | | 82 | 30 | | 0.0 | | |
| 01 | 21:15 | W 6 | 0.00 | NULL | NULL | 77 | 72.5 | | | 86% | | 78 | 30 | | 0.0 | | |
| 01 | 20:55 | Calm | 0.00 | NULL | NULL | 77.5 | 73.8 | | | 88% | | 79 | 29.98 | | 0.0 | | |
| 01 | 20:35 | Calm | 0.00 | NULL | NULL | 77.4 | 74.5 | | | 91% | | 79 | 29.97 | | 0.0 | | |
| 01 | 20:15 | Calm | 0.00 | Fair | CLR | 79.7 | 72 | | | 77% | | 83 | 29.97 | | 0.0 | | |
| 01 | 19:55 | Calm | 0.00 | Fair | CLR | 79.5 | 72.3 | | | 79% | | 83 | 29.97 | | 0.0 | | |
| 01 | 19:35 | Calm | 0.00 | Fair | CLR | 81.9 | 73.8 | | | 77% | | 88 | 29.97 | | 0.0 | | |
| 01 | 19:15 | NW 3 | 0.00 | Fair | CLR | 83.5 | 70.2 | | | 64% | | 88 | 29.96 | | 0.0 | | |
| 01 | 18:55 | NW 3 | 0.00 | Fair | CLR | 84.4 | 70.3 | | | 63% | | 89 | 29.96 | | 0.0 | | |
| 01 | 18:35 | NW 3 | 0.00 | Fair | CLR | 86.4 | 67.8 | | | 54% | | 90 | 29.96 | | 0.0 | | |
| 01 | 18:15 | NW 5 | 0.00 | Fair | CLR | 87.4 | 67.3 | | | 51% | | 91 | 29.96 | | 0.0 | | |
| 01 | 17:55 | N 5 | 0.00 | Fair | CLR | 88 | 66 | | | 48% | | 90 | 29.96 | | 0.0 | | |
| 01 | 17:35 | NW 6 | 0.00 | Fair | CLR | 88.3 | 65.8 | | | 47% | | 91 | 29.96 | | 0.0 | | |
| 01 | 17:15 | NW 5 | 0.00 | Fair | CLR | 88.9 | 65.5 | | | 46% | | 91 | 29.96 | | 0.0 | | |
| 01 | 16:55 | W 5 | 0.00 | Fair | CLR | 88.7 | 65.8 | | | 47% | | 91 | 29.97 | | 0.0 | | |
| 01 | 16:35 | NW 6 | 0.00 | Fair | CLR | 88.9 | 65.3 | | | 46% | | 91 | 29.97 | | 0.0 | | |
| 01 | 16:15 | NW 6 | 0.00 | Partly Cloudy | SCT060 | 88.7 | 66 | | | 47% | | 91 | 29.97 | | 0.0 | | |
| 01 | 15:55 | W 3 | 0.00 | Partly Cloudy | SCT060 | 87.6 | 67.1 | | | 51% | | 91 | 29.97 | | 0.0 | | |
| 01 | 15:35 | NW 3 | 0.00 | NULL | NULL | 88.3 | 66.7 | | | 49% | | 91 | 29.98 | | 0.0 | | |
| 01 | 15:20 | W 5 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.99 | | | | |
| 01 | 12:15 | S 3 | 0.00 | Fair | CLR | 86.4 | 69.6 | | | 58% | | 91 | 30.03 | | 0.0 | | |
| 01 | 11:55 | W 5 | 0.00 | Fair | CLR | 85.6 | 68.5 | | | 57% | | 89 | 30.04 | | 0.0 | | |
| 01 | 11:35 | W 6 | 0.00 | Fair | CLR | 85.1 | 69.8 | | | 60% | | 90 | 30.04 | | 0.0 | | |
| 01 | 11:15 | W 5 | 0.00 | Fair | CLR | 84.2 | 68.7 | | | 60% | | 88 | 30.04 | | 0.0 | | |
| 01 | 10:55 | W 5 | 0.00 | Fair | CLR | 83.7 | 68.7 | | | 61% | | 87 | 30.05 | | 0.0 | | |
| 01 | 10:35 | Calm | 0.00 | Fair | CLR | 84.2 | 69.4 | | | 61% | | 88 | 30.05 | | 0.0 | | |
| 01 | 10:15 | SW 5 | 0.00 | Fair | CLR | 81.5 | 69.3 | | | 67% | | 85 | 30.05 | | 0.0 | | |
| 01 | 09:55 | W 5 | 0.00 | Fair | CLR | 79 | 68.9 | | | 71% | | 81 | 30.05 | | 0.0 | | |
| 01 | 09:35 | W 5 | 0.00 | Fair | CLR | 78.8 | 68.4 | | | 70% | | 81 | 30.04 | | 0.0 | | |
| 01 | 09:15 | W 3 | 0.00 | Fair | CLR | 79.2 | 68.9 | | | 71% | | 82 | 30.04 | | 0.0 | | |
| 01 | 08:55 | W 5 | 0.00 | Fair | CLR | 76.3 | 69.1 | | | 78% | | 78 | 30.03 | | 0.0 | | |
| 01 | 08:35 | Calm | 0.00 | Fair | CLR | 74.5 | 69.3 | | | 84% | | | 30.03 | | 0.0 | | |
| 01 | 08:15 | W 3 | 0.00 | Fair | CLR | 74.3 | 68.9 | | | 83% | | | 30.03 | | 0.0 | | |
| 01 | 07:55 | Calm | 0.00 | NULL | NULL | 72.9 | 68.9 | | | 87% | | | 30.04 | | 0.0 | | |
| 01 | 07:35 | Calm | 0.00 | NULL | NULL | 72.5 | 68.9 | | | 89% | | | 30.03 | | 0.0 | | |
| 01 | 07:15 | Calm | 0.00 | NULL | NULL | 72.5 | 68.9 | | | 89% | | | 30.03 | | 0.0 | | |
| 01 | 06:55 | W 3 | 0.00 | NULL | NULL | 72.5 | 69.1 | 74.3 | 71.2 | 89% | | | 30.03 | | 0.0 | | |
| 01 | 06:35 | Calm | 0.00 | NULL | NULL | 72.1 | 68.9 | | | 90% | | | 30.03 | | 0.0 | | |
| 01 | 06:15 | W 3 | 0.00 | NULL | NULL | 72.1 | 68.9 | | | 90% | | | 30.02 | | 0.0 | | |
| 01 | 05:55 | Calm | 0.00 | NULL | NULL | 72.5 | 70 | | | 92% | | | 30.01 | | 0.0 | | |
| 01 | 05:35 | Calm | 0.00 | NULL | NULL | 72.7 | 70.7 | | | 94% | | | 30.01 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002710

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05:15 | Calm | 0.00 | NULL | NULL | 72.9 | 70.7 | | | 93% | | | 30.01 | 0.0 | | | |
| 01 | 04:55 | Calm | 0.00 | NULL | NULL | 72.7 | 70.7 | | | 94% | | | 30.01 | 0.0 | | | |
| 01 | 04:35 | Calm | 0.00 | NULL | NULL | 72.7 | 70.7 | | | 94% | | | 30.01 | 0.0 | | | |
| 01 | 04:15 | Calm | 0.00 | NULL | NULL | 72.9 | 70.9 | | | 94% | | | 30.01 | 0.0 | | | |
| 01 | 03:55 | Calm | 0.00 | NULL | NULL | 72.7 | 70.2 | | | 92% | | | 30 | 0.0 | | | |
| 01 | 03:35 | Calm | 0.00 | NULL | NULL | 72 | 69.8 | | | 93% | | | 30 | 0.0 | | | |
| 01 | 03:15 | Calm | 0.00 | NULL | NULL | 71.4 | 69.8 | | | 95% | | | 30 | 0.0 | | | |
| 01 | 02:55 | Calm | 0.00 | NULL | NULL | 72.1 | 70.5 | | | 95% | | | 30 | 0.0 | | | |
| 01 | 02:35 | Calm | 0.00 | NULL | NULL | 72.3 | 70.7 | | | 95% | | | 30.01 | 0.0 | | | |
| 01 | 02:15 | Calm | 0.00 | NULL | NULL | 72.5 | 70.7 | | | 94% | | | 30 | 0.0 | | | |
| 01 | 01:55 | Calm | 0.00 | NULL | NULL | 73.6 | 70.7 | | | 91% | | | 30 | 0.0 | | | |
| 01 | 00:15 | Calm | 0.00 | NULL | NULL | 75.2 | 71.2 | | | 88% | | 75 | 30.01 | 0.0 | | | |
| 31 | 23:55 | Calm | 0.00 | NULL | NULL | 74.3 | 70.7 | | | 89% | | | 30.01 | 0.0 | | | |
| 31 | 23:35 | Calm | 0.00 | NULL | NULL | 74.7 | 70.9 | | | 88% | | | 30.01 | 0.0 | | | |
| 31 | 23:15 | Calm | 0.00 | NULL | NULL | 74.3 | 71.2 | | | 90% | | | 30.01 | 0.0 | | | |
| 31 | 22:55 | Calm | 0.00 | Fair | CLR | 76.1 | 70.2 | | | 82% | | 77 | 30.01 | 0.0 | | | |
| 31 | 22:35 | Calm | 0.00 | Fair | CLR | 76.1 | 70.2 | | | 82% | | 77 | 30.01 | 0.0 | | | |
| 31 | 22:15 | Calm | 0.00 | Fair | CLR | 75.9 | 70.7 | | | 84% | | 77 | 30 | 0.0 | | | |
| 31 | 21:55 | W 3 | 0.00 | NULL | NULL | 76.1 | 71.6 | | | 86% | | 77 | 30 | 0.0 | | | |
| 31 | 21:35 | Calm | 0.00 | Fair | CLR | 76.5 | 71.8 | | | 86% | | 77 | 30 | 0.0 | | | |
| 31 | 21:15 | Calm | 0.00 | Fair | CLR | 76.6 | 72 | | | 86% | | 78 | 30 | 0.0 | | | |
| 31 | 20:55 | Calm | 0.00 | Fair | CLR | 77.4 | 71.6 | | | 83% | | 79 | 30 | 0.0 | | | |
| 31 | 20:35 | Calm | 0.00 | Fair | CLR | 78.4 | 70.9 | | | 78% | | 81 | 29.99 | 0.0 | | | |
| 31 | 20:15 | Calm | 0.00 | Fair | CLR | 78.8 | 71.4 | | | 78% | | 82 | 29.99 | 0.0 | | | |
| 31 | 19:55 | Calm | 0.00 | Fair | CLR | 79.7 | 71.1 | | | 75% | | 83 | 29.98 | 0.0 | | | |
| 31 | 19:35 | NW 3 | 0.00 | Fair | CLR | 79.7 | 71.6 | | | 76% | | 83 | 29.98 | 0.0 | | | |
| 31 | 19:15 | Calm | 0.00 | Fair | CLR | 80.6 | 72 | | | 75% | | 85 | 29.97 | 0.0 | | | |
| 31 | 18:55 | NW 3 | 0.00 | Fair | CLR | 81.7 | 71.8 | | | 72% | | 86 | 29.98 | 0.0 | | | |
| 31 | 18:35 | NW 3 | 0.00 | Fair | CLR | 82.8 | 71.1 | | | 68% | | 87 | 29.97 | 0.0 | | | |
| 31 | 18:15 | Calm | 0.00 | Fair | CLR | 83.5 | 70.9 | | | 66% | | 88 | 29.97 | 0.0 | | | |
| 31 | 17:55 | NW 3 | 0.00 | Fair | CLR | 84.2 | 69.3 | | | 61% | | 88 | 29.97 | 0.0 | | | |
| 31 | 17:35 | NW 3 | 0.00 | Fair | CLR | 85.1 | 69.4 | | | 60% | | 89 | 29.97 | 0.0 | | | |
| 31 | 17:15 | NW 5 | 0.00 | Fair | CLR | 85.3 | 69.1 | | | 58% | | 89 | 29.97 | 0.0 | | | |
| 31 | 16:55 | NW 7 | 0.00 | NULL | NULL | 86.4 | 69.3 | | | 57% | | 91 | 29.97 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002711