# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #: 24 +25

PUSHER: Msgt. T. Gaines

GUN GUARD: Msgt. E. Brown

GUN GUARD: Msgt. S. Canes

AM COUNT: 25

PM COUNT:

DATE: 9-4-25

| DORM | COUNT | |
|------|-------|---|
|      |       |   |
| F1   | 0     |   |
| F2   | 1     |   |
| F3   | 14    |   |
| F4   | 10    |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |

COMENTS:

6:35am- arrived @ Falcon Gate

7:00am- Checking out lines - Sunscreen offered.

7:24am- Chained at 25x

7:38am- arrived @ Pea Field (1) Shade Trailer (1) portapotti (1) hand wash station 4 water coolers offenders can drink @ will.

8:30am- Break offered

8:45am- Break over.

9:25am- Chained offenders Called in to Camp-D Sally-port.

9:35am- Break offered

9:50am- Break over.

10:00am- Capt. London Rounds on Field

10:01 Am- Angola announced "Heat Alert" 15min Cool Down Break.

10:16 Am- Break over.

11:04am- "Head Land" 25x in Route to Camp-D Sally-port

11:20am- arrived @ Camp D, 25x Turned Back into the Camp.

VOTE002724
revised 05/27/2025