United States District Court
District Court
Exhibits Log: 23cv01304-BAJ-EWD
Voice of the Experienced et al v. LeBlanc et al, 4/22/2025

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-1 | Defendants Responses to Plaintiffs Third Interrogatory Requests |
| Pla-2 | November 2024 HCP8 Attachment A - Heat Pathology Medications List dated 1172024 |
| Pla-4 | Heat Indices and Steps to be Taken to Mitigate Risk from OSHA webpage re Protective Measures |
| Pla-5 | OSHA Guidance (replacement) |
| Pla-6 | NWS Guidance |
| Pla-21 | Directive 13067 |
| Pla-22 | October Site Visit Video Excerpt showing two men on Line 15b cutting grass (replacement) |
| Pla-23 | October Site Visit Video Excerpt showing crocodile next to men on Line 15b cutting grass (replacement) |
| Pla-24 | October Site Visit Video Excerpt showing man sweeping cut grass (replacement) |
| Pla-29 | Access to Sick Call SDE Policy |
| Pla-30 | HCP50-a Individual Treatment Order |
| Pla-32 | CashioEmails0002583 |
| Pla-32 | February 14 2024 SDE Meeting Notes (replacement) |
| Pla-33 | February 2024 Email chain with Jacob Johnson et al regarding Dr Toces SDE Meeting (replacement) |
| Pla-35 | Image from Site Inspection of Line 2425 on July 22 2024 |
| Pla-36 | Vassallo Fourth Decl |
| Pla-40 | Davis 2003 - Changing Heat Related Mortality in the United States |
| Pla-41 | Petitti 2016 - Multiple Trigger Points |
| Pla-42 | Skarha 2023 |
| Pla-43 | Basu 2002 - Relation between Elevated Ambient Temp |
| Pla-49 | LDH - Louisiana Heat Related Deaths |
| Pla-51 | US Army |
| Def-3 | DX3 - Doc 223-12 - Exhibit G - Dr Keldie Affidavit |
| Def-5 | DX 5 - Excerpts from Oct Inspection |
| Def-6 | DX 6- Excerpts from Oct Inspection 2 |
| Def-7 | Vassallo - full |
| Joint-1 | DOC Demographic Dashboard |
| Joint-2 | Sbicca Deposition |
| Joint-3 | LSP Tour Outline |
| Joint-4 | Armstrong Slavery Revisited |
| Joint-5 | History of LSP Museum |
| Joint-6 | Ryan and Rerrault Angola |
| Joint-7 | LSP Job Rosters - Aug 12-16 2024 |
| Joint-8 | Gulino Deposition |
| Joint-9 | DOC Disciplinary Handbook |
| Joint-10 | Scott Deposition |
| Joint-11 | Hebert Deposition |
| Joint-12 | Davis Deposition |
| Joint-13 | Sylvester Deposition |

| EXHIBIT | DESCRIPTION |
|---|---|
| Joint-14 | Photo of Gun Guard - FarmLine |
| Joint-15 | Vittorio Deposition |
| Joint-17 | Vittorio Email 8-21-2023 |
| Joint-18 | Pidgeon Deposition |
| Joint-19 | Field Operations Log August 2024 |
| Joint-20 | Hooper Deposition |
| Joint-21 | LSP Offender Orientation Information Manual May 2020 |
| Joint-22 | Savoy Email 7-22-2021 |
| Joint-24 | LSP Directive 19001 |
| Joint-25 | 2024 DOC Inventory Price List |
| Joint-26 | B0095 - SEALED |
| Joint-27 | SDEs Dated 5-30-24 - SEALED |
| Joint-29 | FarmLine |
| Joint-30 | Lavespere Deposition |
| Joint-37 | DOC HCP8 |
| Joint-38 | LSP Directive No 13067 |
| Joint-39 | Memorandum to LSP Staff 8-22-2024 |
| Joint-40 | Travis Email 12-10-2023 |
| Joint-41 | PJI Letter 9-16-2023 |
| Joint-42 | DOC HCP 37 |
| Joint-43 | LSP Directive No 13063 |
| Joint-44 | Ducote Deposition |
| Joint-45 | Oliveaux Deposition |
| Joint-46 | ARP |
| Joint-46 | ARP - Nate Walker (replacement) |
| Joint-47 | ARP - Damaris Jackson (replacement) |
| Joint-47 | ARP |
| Joint-48 | LSP Job Rosters |
| Joint-49 | Leppert and Schaeffer 8 facts about Americans with disabilities |
| Joint-50 | DOJ Disabilities Report March 2021 |
| Joint-51 | Spears Deposition |
| Joint-52 | LSP Line Rosters |
| Joint-53 | Defendants Responses to Plaintiffs Second Interrogator |
| Joint-54 | Sanders Email 6-8-21 |
| Joint-55 | Sbicca Report |
| Joint-56 | Green Supp Decl |
| Joint-57 | Hammonds Report |
| Joint-58 | Vassallo Second Supp Decl |
| Joint-59 | Reynolds-Barnes Report |
| Joint-60 | Summer 2024 Line and Job Rosters |
| Joint-61 | July 10 2024 Ltr From L Wright to L Cayce |
| Joint-62 | July 11 2024 Ltr from J Aguinaga to L Cayce |
| Joint-63 | Declaration of Ray Faria |
| Joint-64 | Supplemental Declaration of Joseph Guillory |

| EXHIBIT | DESCRIPTION |
|---|---|
| Joint-65 | Supplemental Declaration of Damaris Jackson |
| Joint-66 | Declaration of Patrick Jones |
| Joint-67 | Declaration of Chadarius Morehead |
| Joint-68 | Supplemental Declaration of Darrius Williams |
| Joint-69 | Declaration of Joshua Hill |
| Joint-70 | Declaration of Oren Nimni |
| Joint-71 | Declaration of Lydia Wright |
| Joint-72 | Timothy Hooper Dep Transcript |
| Joint-73 | Roland Sylvester Dep Transcript |
| Joint-74 | Thomas Gulino Dep Transcript |
| Joint-75 | Joseph Guillory Dep Transcript |
| Joint-76 | Expert Report |
| Joint-78 | HCP8 |
| Joint-79 | Justin Coley |
| Joint-80 | Sidney Jackson Davis IV - Deposition Excerpts |
| Joint-81 | Dr Susi Vassallo - Deposition Excerpts |
| Joint-82 | Exhibit A-3 - Directive 19003 |
| Joint-83 | Daily Line Ct and Rosters 11-4-24 to 11-8-24 |
| Joint-84 | Hammonds Appendix A - CV |
| Joint-85 | Sbicca Appendix A - CV |
| Joint-86 | Exhibit A-Vassallo Curriculum Vitae |
| Joint-86 | CV Susi Vassallo MD (replacement) |
| Joint-87 | Barnes Exhibit 1 - CV |
| Joint-88 | Dr Keldie CV |