UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

After reviewing the hearing transcript on the issue and considering the parties' briefing (Doc. 267; Doc. 273; Doc. 274; Doc. 245 at 56:15–57:3, 172:22–173:20).

**IT IS ORDERED** that the Court will admit Plaintiff's Exhibits 40, 41, 42, and 49 offered at the April 22 – 24, 2025 hearing. (Doc. 233; Doc. 234; Doc. 235).

Baton Rouge, Louisiana, this 16th day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA