UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

Considering Plaintiff's Letter requesting a status conference with the Court to select a trial date (Doc. 311),

**IT IS ORDERED** that a 7-day bench trial is set for January 26, 2026, beginning each day at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that a pretrial conference is set for December 18, 2025, at 2:00 P.M. in Chambers.

Baton Rouge, Louisiana, this 15th day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA