# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 13 | 09:15 | Calm | 10.00 | Fair | CLR | 79.2 | 70.9 | | | 76% | | 82 | 30.06 | | 0.0 | | |
| 13 | 08:55 | Calm | 10.00 | Fair | CLR | 78.1 | 70.9 | | | 79% | | 80 | 30.06 | | 0.0 | | |
| 13 | 08:35 | Calm | 10.00 | Fair | CLR | 76.6 | 70.3 | | | 81% | | 78 | 30.06 | | 0.0 | | |
| 13 | 08:15 | Calm | 10.00 | Fair | CLR | 75.2 | 70.5 | | | 85% | | 75 | 30.06 | | 0.0 | | |
| 13 | 07:55 | Calm | 10.00 | Fair | CLR | 73.4 | 70.5 | | | 91% | | | 30.06 | | 0.0 | | |
| 13 | 07:35 | Calm | 10.00 | Fair | CLR | 71.1 | 68.9 | | | 93% | | | 30.06 | | 0.0 | | |
| 13 | 07:15 | Calm | 10.00 | Fair | CLR | 70.3 | 67.6 | | | 91% | | | 30.06 | | 0.0 | | |
| 13 | 06:55 | Calm | 10.00 | Fair | CLR | 70 | 68 | 74.7 | 69.8 | 93% | | | 30.05 | | 0.0 | | |
| 13 | 06:35 | Calm | 10.00 | Fair | CLR | 70.2 | 68 | | | 93% | | | 30.05 | | 0.0 | | |
| 13 | 06:15 | Calm | 10.00 | Fair | CLR | 70.3 | 68.2 | | | 93% | | | 30.05 | | 0.0 | | |
| 13 | 05:55 | Calm | 10.00 | Fair | CLR | 69.8 | 68 | | | 94% | | | 30.04 | | 0.0 | | |
| 13 | 05:35 | Calm | 10.00 | Fair | CLR | 70.3 | 68.2 | | | 93% | | | 30.05 | | 0.0 | | |
| 13 | 05:15 | Calm | 10.00 | Fair | CLR | 71.1 | 68.9 | | | 93% | | | 30.04 | | 0.0 | | |
| 13 | 04:55 | Calm | 10.00 | Fair | CLR | 70.7 | 68.2 | | | 92% | | | 30.04 | | 0.0 | | |
| 13 | 04:35 | Calm | 10.00 | Fair | CLR | 70.9 | 68.4 | | | 92% | | | 30.03 | | 0.0 | | |
| 13 | 04:15 | Calm | 10.00 | Fair | CLR | 70.9 | 68.4 | | | 92% | | | 30.03 | | 0.0 | | |
| 13 | 03:55 | Calm | 10.00 | Fair | CLR | 71.2 | 68.4 | | | 91% | | | 30.03 | | 0.0 | | |
| 13 | 03:35 | Calm | 10.00 | Fair | CLR | 71.8 | 68.9 | | | 91% | | | 30.03 | | 0.0 | | |
| 13 | 03:15 | Calm | 10.00 | Fair | CLR | 71.6 | 68.9 | | | 91% | | | 30.03 | | 0.0 | | |
| 13 | 02:55 | Calm | 10.00 | Partly Cloudy | SCT070 | 72 | 69.1 | | | 91% | | | 30.04 | | 0.0 | | |
| 13 | 02:35 | Calm | 10.00 | Mostly Cloudy | BKN070 BKN085 | 73.4 | 69.8 | | | 89% | | | 30.04 | | 0.0 | | |
| 13 | 02:15 | Calm | 10.00 | Mostly Cloudy | SCT070 BKN085 | 73.9 | 69.8 | | | 87% | | | 30.04 | | 0.0 | | |
| 13 | 01:55 | Calm | 10.00 | Partly Cloudy | SCT070 | 73.4 | 69.1 | | | 86% | | | 30.05 | | 0.0 | | |
| 13 | 01:35 | Calm | 10.00 | Partly Cloudy | SCT070 SCT090 SCT120 | 74.1 | 69.3 | | | 85% | | | 30.05 | | 0.0 | | |
| 13 | 01:15 | Calm | 10.00 | Partly Cloudy | SCT070 SCT100 | 73.8 | 69.3 | | | 86% | | | 30.05 | | 0.0 | | |
| 13 | 00:55 | Calm | 10.00 | Mostly Cloudy | SCT070 BKN090 | 74.1 | 69.3 | 85.1 | 73.4 | 85% | | | 30.05 | | 0.0 | | |
| 13 | 00:35 | Calm | 10.00 | Mostly Cloudy | BKN080 | 75.2 | 68.9 | | | 81% | | 76 | 30.05 | | 0.0 | | |
| 13 | 00:15 | E 3 | 10.00 | Partly Cloudy | SCT080 | 74.3 | 69.8 | | | 86% | | | 30.05 | | 0.0 | | |
| 12 | 23:55 | E 3 | 10.00 | Partly Cloudy | SCT080 | 73.9 | 70.3 | | | 89% | | | 30.05 | | 0.0 | | |
| 12 | 23:35 | Calm | 10.00 | Fair | CLR | 73.6 | 70.7 | | | 91% | | | 30.06 | | 0.0 | | |
| 12 | 23:15 | Calm | 10.00 | Fair | CLR | 74.3 | 71.1 | | | 90% | | | 30.05 | | 0.0 | | |
| 12 | 22:55 | Calm | 10.00 | Fair | CLR | 74.5 | 71.1 | | | 89% | | | 30.05 | | 0.0 | | |
| 12 | 22:35 | Calm | 10.00 | Fair | CLR | 75.6 | 71.4 | | | 87% | | 76 | 30.05 | | 0.0 | | |
| 12 | 22:15 | Calm | 10.00 | Fair | CLR | 75.6 | 71.1 | | | 86% | | 76 | 30.05 | | 0.0 | | |
| 12 | 21:55 | Calm | 10.00 | Fair | CLR | 76.1 | 71.6 | | | 86% | | 77 | 30.05 | | 0.0 | | |
| 12 | 21:35 | Calm | 10.00 | Fair | CLR | 77 | 71.8 | | | 84% | | 78 | 30.05 | | 0.0 | | |
| 12 | 21:15 | Calm | 10.00 | Partly Cloudy | SCT120 | 78.6 | 72.9 | | | 83% | | 82 | 30.05 | | 0.0 | | |
| 12 | 20:55 | Calm | 10.00 | Fair | CLR | 79.7 | 72.3 | | | 78% | | 83 | 30.04 | | 0.0 | | |
| 12 | 20:35 | Calm | 10.00 | Fair | CLR | 80.2 | 71.8 | | | 75% | | 84 | 30.04 | | 0.0 | | |
| 12 | 20:15 | Calm | 10.00 | Fair | CLR | 79.3 | 72.1 | | | 79% | | 83 | 30.03 | | 0.0 | | |
| 12 | 19:55 | Calm | 10.00 | Fair | CLR | 80.1 | 72.1 | | | 77% | | 84 | 30.03 | | 0.0 | | |
| 12 | 19:35 | Calm | 10.00 | Fair | CLR | 83.3 | 71.4 | | | 68% | | 88 | 30.03 | | 0.0 | | |
| 12 | 19:15 | N 3 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.03 | | 0.0 | | |
| 12 | 11:15 | N 6 | 10.00 | Fair | CLR | 88 | 68.7 | | | 53% | | 92 | 30.14 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. 6 hour | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 11:15 | N 6 | 10.00 | Fair | CLR | 88 | 68.7 | | | 53% | | 92 | 30.14 | | 0.0 | | |
| 12 | 10:55 | Calm | 10.00 | Fair | CLR | 86.2 | 68.2 | | | 55% | | 90 | 30.14 | | 0.0 | | |
| 12 | 10:35 | Calm | 10.00 | Fair | CLR | 85.1 | 69.6 | | | 60% | | 89 | 30.14 | | 0.0 | | |
| 12 | 10:15 | Calm | 10.00 | Fair | CLR | 83.3 | 70.9 | | | 66% | | 88 | 30.14 | | 0.0 | | |
| 12 | 09:55 | Calm | 10.00 | Fair | CLR | 81.3 | 71.2 | | | 72% | | 85 | 30.14 | | 0.0 | | |
| 12 | 09:35 | Calm | 10.00 | Fair | CLR | 79.3 | 72.7 | | | 80% | | 83 | 30.13 | | 0.0 | | |
| 12 | 09:15 | Calm | 10.00 | Fair | CLR | 78.4 | 72.3 | | | 82% | | 81 | 30.13 | | 0.0 | | |
| 12 | 08:55 | Calm | 10.00 | Fair | CLR | 76.6 | 71.2 | | | 83% | | 78 | 30.13 | | 0.0 | | |
| 12 | 08:35 | Calm | 10.00 | Fair | CLR | 74.7 | 71.2 | | | 89% | | | 30.13 | | 0.0 | | |
| 12 | 08:15 | Calm | 10.00 | Fair | CLR | 72.9 | 70.7 | | | 93% | | | 30.13 | | 0.0 | | |
| 12 | 07:55 | Calm | 10.00 | Fair | CLR | 70.7 | 69.4 | | | 96% | | | 30.12 | | 0.0 | | |
| 12 | 07:35 | Calm | 7.00 | Fair | CLR | 68.9 | 68 | | | 97% | | | 30.12 | | 0.0 | | |
| 12 | 07:15 | Calm | 7.00 | Fair | CLR | 68 | 67.3 | | | 98% | | | 30.12 | | 0.0 | | |
| 12 | 06:55 | Calm | 7.00 | Fair | CLR | 68.2 | 67.3 | 72 | 68.2 | 97% | | | 30.11 | | 0.0 | | |
| 12 | 06:35 | Calm | 10.00 | Fair | CLR | 68.9 | 68.2 | | | 98% | | | 30.11 | | 0.0 | | |
| 12 | 06:15 | Calm | 7.00 | Fair | CLR | 68.4 | 67.5 | | | 97% | | | 30.11 | | 0.0 | | |
| 12 | 05:55 | Calm | 7.00 | Fair | CLR | 69.1 | 68.2 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 05:35 | Calm | 7.00 | Fair | CLR | 68.9 | 68 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 05:15 | Calm | 10.00 | Fair | CLR | 68.9 | 68 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 04:55 | Calm | 10.00 | Fair | CLR | 69.3 | 68.4 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 04:35 | Calm | 10.00 | Fair | CLR | 69.3 | 68.4 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 04:15 | Calm | 7.00 | Fair | CLR | 70.2 | 69.1 | | | 96% | | | 30.1 | | 0.0 | | |
| 12 | 03:55 | Calm | 7.00 | Fair | CLR | 70.3 | 69.4 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 03:35 | Calm | 10.00 | Fair | CLR | 70.2 | 69.3 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 03:15 | Calm | 10.00 | Fair | CLR | 70.7 | 69.4 | | | 96% | | | 30.1 | | 0.0 | | |
| 12 | 02:55 | Calm | 7.00 | Fair | CLR | 71.1 | 70.2 | | | 97% | | | 30.1 | | 0.0 | | |
| 12 | 02:35 | Calm | 10.00 | Fair | CLR | 71.1 | 69.8 | | | 96% | | | 30.1 | | 0.0 | | |
| 12 | 02:15 | Calm | 10.00 | Fair | CLR | 71.1 | 69.8 | | | 96% | | | 30.1 | | 0.0 | | |
| 12 | 01:55 | Calm | 7.00 | Fair | CLR | 71.8 | 70.2 | | | 95% | | | 30.1 | | 0.0 | | |
| 12 | 01:35 | Calm | 10.00 | Fair | CLR | 71.8 | 70 | | | 94% | | | 30.1 | | 0.0 | | |
| 12 | 01:15 | Calm | 10.00 | Fair | CLR | 71.4 | 69.4 | | | 94% | | | 30.1 | | 0.0 | | |
| 12 | 00:55 | Calm | 10.00 | Fair | CLR | 71.8 | 70.2 | 80.8 | 71.8 | 95% | | | 30.1 | | 0.0 | | |
| 12 | 00:35 | Calm | 10.00 | Fair | CLR | 71.8 | 70 | | | 94% | | | 30.1 | | 0.0 | | |
| 12 | 00:15 | Calm | 10.00 | Fair | CLR | 72.5 | 70.7 | | | 94% | | | 30.09 | | 0.0 | | |
| 11 | 23:55 | Calm | 10.00 | Fair | CLR | 72.7 | 70.7 | | | 94% | | | 30.1 | | 0.0 | | |
| 11 | 23:35 | Calm | 10.00 | Fair | CLR | 73.9 | 71.2 | | | 91% | | | 30.1 | | 0.0 | | |
| 11 | 23:15 | Calm | 10.00 | Fair | CLR | 74.3 | 71.2 | | | 90% | | | 30.1 | | 0.0 | | |
| 11 | 22:55 | Calm | 10.00 | Fair | CLR | 75 | 71.4 | | | 89% | | 74 | 30.1 | | 0.0 | | |
| 11 | 22:35 | SW 3 | 10.00 | Fair | CLR | 73.9 | 71.2 | | | 91% | | | 30.1 | | 0.0 | | |
| 11 | 22:15 | Calm | 10.00 | Fair | CLR | 75.2 | 72 | | | 90% | | 75 | 30.09 | | 0.0 | | |
| 11 | 21:55 | Calm | 10.00 | Fair | CLR | 76.8 | 72.1 | | | 86% | | 78 | 30.09 | | 0.0 | | |
| 11 | 21:35 | Calm | 10.00 | Fair | CLR | 76.3 | 71.8 | | | 86% | | 77 | 30.08 | | 0.0 | | |
| 11 | 21:15 | Calm | 10.00 | Fair | CLR | 77.4 | 71.8 | | | 83% | | 79 | 30.07 | | 0.0 | | |
| 11 | 20:55 | Calm | 10.00 | Fair | CLR | 78.1 | 71.2 | | | 80% | | 80 | 30.07 | | 0.0 | | |
| 11 | 20:35 | Calm | 10.00 | Fair | CLR | 77.9 | 72.3 | | | 83% | | 80 | 30.07 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F)    Pressure    Precipitation (in)

VOTE002764

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 11 | 20:15 | Calm | 10.00 | Fair | CLR | 80.6 | 71.8 | | | 75% | | 85 | 30.06 | | 0.0 | | |
| 11 | 18:35 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.06 | | 0.0 | | |
| 11 | 12:35 | Calm | 10.00 | Partly Cloudy | SCT040 | 87.8 | 71.1 | | | 58% | | 94 | 30.15 | | 0.0 | | |
| 11 | 12:15 | Calm | 10.00 | Partly Cloudy | SCT038 | 86.5 | 70.7 | | | 59% | | 92 | 30.15 | | 0.0 | | |
| 11 | 11:55 | NW 6 | 10.00 | Partly Cloudy | SCT038 SCT046 | 85.3 | 71.6 | | | 64% | | 91 | 30.16 | | 0.0 | | |
| 11 | 11:35 | Calm | 10.00 | Fair | CLR | 85.5 | 71.4 | | | 63% | | 91 | 30.16 | | 0.0 | | |
| 11 | 11:15 | Calm | 10.00 | Fair | CLR | 85.1 | 70.3 | | | 61% | | 90 | 30.17 | | 0.0 | | |
| 11 | 10:55 | Calm | 10.00 | Fair | CLR | 84.6 | 72.3 | | | 67% | | 91 | 30.17 | | 0.0 | | |
| 11 | 10:35 | Calm | 10.00 | Fair | CLR | 83.7 | 71.6 | | | 67% | | 89 | 30.17 | | 0.0 | | |
| 11 | 10:15 | Calm | 10.00 | Fair | CLR | 83.7 | 71.2 | | | 66% | | 89 | 30.17 | | 0.0 | | |
| 11 | 09:55 | Calm | 10.00 | Fair | CLR | 82.4 | 72.5 | | | 72% | | 88 | 30.17 | | 0.0 | | |
| 11 | 09:35 | NW 3 | 10.00 | Fair | CLR | 80.6 | 74.1 | | | 81% | | 86 | 30.16 | | 0.0 | | |
| 11 | 09:15 | Calm | 10.00 | Fair | CLR | 79 | 74.7 | | | 87% | | 83 | 30.15 | | 0.0 | | |
| 11 | 08:55 | Calm | 10.00 | Fair | CLR | 77 | 74.5 | | | 92% | | 78 | 30.15 | | 0.0 | | |
| 11 | 08:35 | Calm | 10.00 | Fair | CLR | 74.8 | 73.8 | | | 96% | | | 30.15 | | 0.0 | | |
| 11 | 08:15 | Calm | 10.00 | Fair | CLR | 73 | 72.3 | | | 98% | | | 30.15 | | 0.0 | | |
| 11 | 07:55 | Calm | 7.00 | Fair | CLR | 72.3 | 71.8 | | | 98% | | | 30.15 | | 0.0 | | |
| 11 | 07:35 | Calm | 5.00 | Fog/Mist | CLR | 70.9 | 70.5 | | | 99% | | | 30.14 | | 0.0 | | |
| 11 | 07:15 | Calm | 4.00 | Fog/Mist | CLR | 70.2 | 69.8 | | | 99% | | | 30.13 | | 0.0 | | |
| 11 | 06:55 | Calm | 4.00 | Fog/Mist | SCT002 | 70.5 | 70 | 72.5 | 69.8 | 98% | | | 30.13 | | 0.0 | | |
| 11 | 06:35 | Calm | 1.00 | Fog/Mist | OVC002 | 70 | 69.6 | | | 99% | | | 30.12 | | 0.0 | | |
| 11 | 06:15 | Calm | 2.50 | Fog/Mist | BKN002 | 70.7 | 70 | | | 98% | | | 30.12 | | 0.0 | | |
| 11 | 05:55 | Calm | 4.00 | Fog/Mist | SCT004 | 70.2 | 69.8 | | | 99% | | | 30.12 | | 0.0 | | |
| 11 | 05:35 | Calm | 5.00 | Fog/Mist | SCT003 | 69.8 | 69.1 | | | 98% | | | 30.11 | | 0.0 | | |
| 11 | 05:15 | Calm | 0.50 | Fog | OVC001 | 70.3 | 69.8 | | | 98% | | | 30.1 | | 0.0 | | |
| 11 | 04:55 | Calm | 0.25 | Fog | OVC001 | 70.5 | 69.8 | | | 98% | | | 30.1 | | 0.0 | | |
| 11 | 04:35 | Calm | 10.00 | Partly Cloudy | SCT001 | 71.1 | 70.2 | | | 97% | | | 30.1 | | 0.0 | | |
| 11 | 04:15 | Calm | 7.00 | Partly Cloudy | SCT003 | 71.6 | 70.7 | | | 97% | | | 30.1 | | 0.0 | | |
| 11 | 03:55 | Calm | 7.00 | Partly Cloudy | SCT003 | 71.4 | 70.3 | | | 96% | | | 30.1 | | 0.0 | | |
| 11 | 03:35 | Calm | 10.00 | Fair | CLR | 71.1 | 69.8 | | | 96% | | | 30.1 | | 0.0 | | |
| 11 | 03:15 | Calm | 10.00 | Fair | CLR | 71.2 | 69.8 | | | 95% | | | 30.1 | | 0.0 | | |
| 11 | 02:55 | Calm | 10.00 | Fair | CLR | 72 | 70.3 | | | 95% | | | 30.1 | | 0.0 | | |
| 11 | 02:35 | Calm | 10.00 | Fair | CLR | 71.6 | 69.8 | | | 94% | | | 30.1 | | 0.0 | | |
| 11 | 02:15 | Calm | 10.00 | Fair | CLR | 72.1 | 70.3 | | | 94% | | | 30.1 | | 0.0 | | |
| 11 | 01:55 | Calm | 10.00 | Fair | CLR | 71.8 | 69.8 | | | 94% | | | 30.09 | | 0.0 | | |
| 11 | 01:35 | Calm | 10.00 | Fair | CLR | 71.8 | 69.4 | | | 92% | | | 30.09 | | 0.0 | | |
| 11 | 01:15 | Calm | 10.00 | Fair | CLR | 72.5 | 70 | | | 92% | | | 30.09 | | 0.0 | | |
| 11 | 00:55 | Calm | 10.00 | Fair | CLR | 72.5 | 70 | 85.5 | 72.5 | 92% | | | 30.09 | | 0.0 | | |
| 11 | 00:35 | Calm | 10.00 | Fair | CLR | 72.7 | 70.5 | | | 93% | | | 30.09 | | 0.0 | | |
| 11 | 00:15 | Calm | 10.00 | Fair | CLR | 73.4 | 70.7 | | | 91% | | | 30.09 | | 0.0 | | |
| 10 | 23:55 | Calm | 10.00 | Fair | CLR | 73.9 | 70.9 | | | 90% | | | 30.09 | | 0.0 | | |
| 10 | 23:35 | Calm | 10.00 | Fair | CLR | 74.3 | 71.2 | | | 90% | | | 30.09 | | 0.0 | | |
| 10 | 23:15 | Calm | 10.00 | Fair | CLR | 75.7 | 71.6 | | | 87% | | 76 | 30.1 | | 0.0 | | |
| 10 | 22:55 | Calm | 10.00 | Fair | CLR | 75.9 | 71.2 | | | 85% | | 76 | 30.09 | | 0.0 | | |
| 10 | 22:35 | Calm | 10.00 | Fair | CLR | 76.1 | 71.1 | | | 84% | | 77 | 30.09 | | 0.0 | | |
| 10 | 22:15 | Calm | 10.00 | Fair | CLR | 77.2 | 70.7 | | | 81% | | 79 | 30.09 | | 0.0 | | |
| 10 | 21:55 | Calm | 10.00 | Fair | CLR | 77.4 | 69.6 | | | 77% | | 79 | 30.08 | | 0.0 | | |
| 10 | 21:35 | Calm | 10.00 | Partly Cloudy | SCT065 | 78.1 | 69.3 | | | 74% | | 80 | 30.08 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F)   Pressure   Precipitation (in)

VOTE002765

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 10 | 21:15 | Calm | 10.00 | Fair | CLR | 79.2 | 69.1 | | | 71% | | 82 | 30.07 | | 0.0 | | |
| 10 | 20:55 | SW 6 | 10.00 | Fair | CLR | 77.5 | 70.9 | | | 80% | | 79 | 30.07 | | 0.0 | | |
| 10 | 20:35 | Calm | 10.00 | Fair | CLR | 77.9 | 71.1 | | | 80% | | 80 | 30.06 | | 0.0 | | |
| 10 | 20:15 | Calm | 10.00 | Fair | CLR | 79.5 | 71.6 | | | 77% | | 83 | 30.05 | | 0.0 | | |
| 10 | 19:55 | Calm | 10.00 | Fair | CLR | 81.1 | 70.9 | | | 71% | | 85 | 30.05 | | 0.0 | | |
| 10 | 19:35 | Calm | 10.00 | Fair | CLR | 82.8 | 69.8 | | | 65% | | 87 | 30.05 | | 0.0 | | |
| 10 | 19:15 | Calm | 10.00 | NULL | NULL | 84.6 | 69.3 | | | 60% | | 89 | 30.05 | | 0.0 | | |
| 10 | 14:35 | NW 3 | 10.00 | Partly Cloudy | SCT070 SCT095 | 87.1 | 70.2 | | | 57% | | 92 | 30.08 | | 0.0 | | |
| 10 | 14:15 | NW 5 | 10.00 | Mostly Cloudy | SCT043 SCT055 BKN095 | 86.4 | 70.5 | | | 59% | | 92 | 30.09 | | 0.0 | | |
| 10 | 13:55 | NW 8 | 10.00 | Partly Cloudy | SCT040 SCT049 | 87.4 | 70.9 | | | 58% | | 93 | 30.09 | | 0.0 | | |
| 10 | 13:35 | N 6 | 10.00 | Partly Cloudy | SCT035 SCT060 | 86.4 | 70.9 | | | 60% | | 92 | 30.09 | | 0.0 | | |
| 10 | 13:15 | NW 3 | 10.00 | Partly Cloudy | SCT035 SCT040 | 85.8 | 71.4 | | | 62% | | 92 | 30.09 | | 0.0 | | |
| 10 | 12:55 | NW 8 | 10.00 | Partly Cloudy | SCT035 SCT042 SCT048 | 86 | 72.3 | 87.3 | 70 | 64% | | 93 | 30.1 | | 0.0 | | |
| 10 | 12:35 | W 3 | 10.00 | Partly Cloudy | SCT034 SCT041 SCT070 | 86.4 | 72.3 | | | 63% | | 93 | 30.1 | | 0.0 | | |
| 10 | 12:15 | W 6 | 10.00 | Partly Cloudy | SCT034 SCT041 | 85.3 | 71.4 | | | 63% | | 91 | 30.1 | | 0.0 | | |
| 10 | 11:55 | W 7 | 10.00 | Partly Cloudy | SCT028 SCT035 SCT043 | 85.3 | 73.2 | | | 67% | | 92 | 30.11 | | 0.0 | | |
| 10 | 11:35 | W 5 | 10.00 | Mostly Cloudy | SCT026 SCT035 BKN043 | 83.8 | 72.7 | | | 69% | | 90 | 30.12 | | 0.0 | | |
| 10 | 11:15 | W 8 | 10.00 | Partly Cloudy | SCT024 | 85.1 | 73.6 | | | 69% | | 92 | 30.12 | | 0.0 | | |
| 10 | 10:55 | Calm | 10.00 | Fair | CLR | 83.5 | 72.7 | | | 70% | | 89 | 30.12 | | 0.0 | | |
| 10 | 10:35 | W 3 | 10.00 | Fair | CLR | 83.5 | 72.9 | | | 70% | | 90 | 30.12 | | 0.0 | | |
| 10 | 10:15 | NW 7 | 10.00 | Fair | CLR | 82.8 | 72.5 | | | 71% | | 88 | 30.11 | | 0.0 | | |
| 10 | 09:55 | NW 7 | 0.00 | Fair | CLR | 81.5 | 72.7 | | | 75% | | 86 | 30.1 | | 0.0 | | |
| 10 | 09:35 | NW 7 | 0.00 | Fair | CLR | 80.4 | 73.2 | | | 79% | | 85 | 30.1 | | 0.0 | | |
| 10 | 09:15 | NW 6 | 0.00 | Fair | CLR | 78.8 | 73.4 | | | 84% | | 82 | 30.1 | | 0.0 | | |
| 10 | 08:55 | NW 5 | 0.00 | NULL | NULL | 77 | 73.2 | | | 88% | | 78 | 30.09 | | 0.0 | | |
| 10 | 08:35 | NW 6 | 0.00 | NULL | NULL | 74.8 | 72.5 | | | 92% | | | 30.08 | | 0.0 | | |
| 10 | 08:15 | Calm | 0.00 | NULL | NULL | 73.2 | 72 | | | 96% | | | 30.08 | | 0.0 | | |
| 10 | 07:55 | Calm | 0.00 | NULL | NULL | 72 | 71.4 | | | 98% | | | 30.08 | | 0.0 | | |
| 10 | 07:35 | Calm | 0.00 | NULL | NULL | 70.5 | 70 | | | 98% | | | 30.07 | | 0.0 | | |
| 10 | 07:15 | Calm | 0.00 | NULL | NULL | 70.2 | 69.6 | | | 98% | | | 30.07 | | 0.0 | | |
| 10 | 06:55 | Calm | 0.00 | NULL | NULL | 70.2 | 69.6 | 72.5 | 69.8 | 98% | | | 30.06 | | 0.0 | | |
| 10 | 06:35 | Calm | 0.00 | NULL | NULL | 70.3 | 69.8 | | | 98% | | | 30.05 | | 0.0 | | |
| 10 | 06:15 | Calm | 0.00 | NULL | NULL | 70.7 | 70 | | | 98% | | | 30.05 | | 0.0 | | |
| 10 | 05:55 | Calm | 0.00 | NULL | NULL | 69.8 | 69.1 | | | 98% | | | 30.05 | | 0.0 | | |
| 10 | 05:35 | Calm | 0.00 | NULL | NULL | 71.1 | 70.2 | | | 97% | | | 30.05 | | 0.0 | | |
| 10 | 05:15 | Calm | 0.00 | NULL | NULL | 70.7 | 69.8 | | | 97% | | | 30.04 | | 0.0 | | |
| 10 | 04:55 | W 5 | 0.00 | NULL | NULL | 71.4 | 70.5 | | | 97% | | | 30.04 | | 0.0 | | |
| 10 | 04:35 | Calm | 0.00 | NULL | NULL | 70.2 | 69.3 | | | 97% | | | 30.04 | | 0.0 | | |
| 10 | 04:15 | Calm | 0.00 | NULL | NULL | 70.9 | 69.8 | | | 96% | | | 30.03 | | 0.0 | | |
| 10 | 03:55 | Calm | 0.00 | NULL | NULL | 70.7 | 69.8 | | | 97% | | | 30.03 | | 0.0 | | |
| 10 | 03:35 | Calm | 0.00 | NULL | NULL | 70.7 | 69.8 | | | 97% | | | 30.03 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002766

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 03:15 | Calm | 0.00 | NULL | NULL | 70.3 | 69.3 | | | 96% | | | 30.03 | | 0.0 | | |
| 10 | 02:55 | Calm | 0.00 | NULL | NULL | 70.9 | 69.8 | | | 96% | | | 30.03 | | 0.0 | | |
| 10 | 02:35 | Calm | 0.00 | NULL | NULL | 71.4 | 70.2 | | | 96% | | | 30.03 | | 0.0 | | |
| 10 | 02:15 | Calm | 0.00 | NULL | NULL | 70.5 | 69.1 | | | 95% | | | 30.03 | | 0.0 | | |
| 10 | 01:55 | Calm | 0.00 | NULL | NULL | 72.3 | 70.7 | | | 95% | | | 30.02 | | 0.0 | | |
| 10 | 01:35 | Calm | 0.00 | NULL | NULL | 72.1 | 70.5 | | | 95% | | | 30.03 | | 0.0 | | |
| 10 | 01:15 | Calm | 0.00 | NULL | NULL | 71.8 | 70 | | | 94% | | | 30.02 | | 0.0 | | |
| 10 | 00:55 | Calm | 0.00 | NULL | NULL | 71.8 | 69.6 | 81.3 | 71.8 | 93% | | | 30.03 | | 0.0 | | |
| 10 | 00:35 | Calm | 0.00 | NULL | NULL | 72.5 | 70 | | | 92% | | | 30.04 | | 0.0 | | |
| 10 | 00:15 | Calm | 0.00 | NULL | NULL | 72.7 | 70 | | | 91% | | | 30.04 | | 0.0 | | |
| 09 | 23:55 | Calm | 0.00 | NULL | NULL | 73.4 | 70 | | | 89% | | | 30.04 | | 0.0 | | |
| 09 | 23:35 | Calm | 0.00 | NULL | NULL | 73.4 | 70 | | | 89% | | | 30.04 | | 0.0 | | |
| 09 | 23:15 | Calm | 0.00 | NULL | NULL | 73 | 69.8 | | | 90% | | | 30.03 | | 0.0 | | |
| 09 | 22:55 | W 3 | 0.00 | Fair | CLR | 75 | 70 | | | 84% | | 75 | 30.03 | | 0.0 | | |
| 09 | 22:35 | W 3 | 0.00 | Fair | CLR | 74.5 | 70.2 | | | 86% | | | 30.03 | | 0.0 | | |
| 09 | 22:15 | Calm | 0.00 | Fair | CLR | 75.9 | 69.8 | | | 81% | | 77 | 30.02 | | 0.0 | | |
| 09 | 21:55 | W 3 | 0.00 | Fair | CLR | 75.4 | 69.8 | | | 83% | | 76 | 30.02 | | 0.0 | | |
| 09 | 21:35 | Calm | 0.00 | Fair | CLR | 77.2 | 69.8 | | | 78% | | 79 | 30.02 | | 0.0 | | |
| 09 | 21:15 | Calm | 0.00 | Partly Cloudy | SCT070 SCT080 | 78.1 | 69.6 | | | 75% | | 80 | 30.01 | | 0.0 | | |
| 09 | 20:55 | SW 3 | 0.00 | Overcast | SCT050 BKN060 OVC080 | 78.8 | 69.8 | | | 74% | | 81 | 30.01 | | 0.0 | | |
| 09 | 20:35 | Calm | 0.00 | Mostly Cloudy | BKN050 | 78.8 | 70 | | | 74% | | 81 | 30 | | 0.0 | | |
| 09 | 20:15 | Calm | 0.00 | Partly Cloudy | SCT050 | 78.3 | 69.8 | | | 75% | | 81 | 29.99 | | 0.0 | | |
| 09 | 19:55 | Calm | 0.00 | Partly Cloudy | SCT050 SCT070 SCT080 | 79.3 | 69.8 | | | 73% | | 82 | 29.98 | | 0.0 | | |
| 09 | 19:35 | Calm | 0.00 | Overcast | SCT050 SCT060 OVC080 | 79.9 | 69.8 | | | 71% | | 83 | 29.98 | | 0.0 | | |
| 09 | 19:15 | SW 3 | 0.00 | Overcast | SCT040 BKN060 OVC065 | 80.2 | 69.3 | | | 69% | | 83 | 29.97 | | 0.0 | | |
| 09 | 18:55 | SW 7 | 0.00 | Overcast | SCT040 BKN048 OVC095 | 81.5 | 69.8 | | | 68% | | 85 | 29.97 | | 0.0 | | |
| 09 | 18:35 | SW 12 G 18 | 0.00 | NULL | NULL | 84.9 | 70.2 | | | 61% | | 90 | 29.97 | | 0.0 | | |
| 09 | 18:20 | Calm | 0.00 | NULL | NULL | 87.1 | 68.4 | | | 54% | | 91 | 0 | | 0.0 | | |
| 09 | 17:55 | NE 5 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.96 | | 0.0 | | |
| 09 | 17:15 | NE 5 | 0.00 | NULL | NULL | 88 | 68.4 | | | 52% | | 92 | 29.96 | | 0.0 | | |
| 09 | 16:35 | N 6 | 0.00 | Fair | CLR | 88.3 | 67.5 | | | 50% | | 92 | 29.96 | | 0.0 | | |
| 09 | 16:15 | NE 3 | 0.00 | Partly Cloudy | SCT049 | 88.5 | 67.6 | | | 50% | | 92 | 29.96 | | 0.0 | | |
| 09 | 15:55 | NE 7 | 0.00 | Mostly Cloudy | BKN049 | 88.7 | 67.3 | | | 49% | | 92 | 29.97 | | 0.0 | | |
| 09 | 15:35 | Calm | 0.00 | Partly Cloudy | SCT049 | 88.3 | 67.3 | | | 50% | | 92 | 29.97 | | 0.0 | | |
| 09 | 15:15 | Calm | 0.00 | Partly Cloudy | SCT049 | 88 | 68.2 | | | 52% | | 92 | 29.96 | | 0.0 | | |
| 09 | 14:55 | Calm | 0.00 | Partly Cloudy | SCT049 | 87.8 | 67.3 | | | 51% | | 91 | 29.97 | | 0.0 | | |
| 09 | 14:35 | Calm | 0.00 | Fair | CLR | 86.7 | 66.6 | | | 51% | | 89 | 29.98 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002767

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 10 | 01:55 | Calm | 0.00 | NULL | NULL | 72.3 | 70.7 | | | 95% | | | 30.02 | | 0.0 | | |
| 10 | 01:35 | Calm | 0.00 | NULL | NULL | 72.1 | 70.5 | | | 95% | | | 30.03 | | 0.0 | | |
| 10 | 01:15 | Calm | 0.00 | NULL | NULL | 71.8 | 70 | | | 94% | | | 30.02 | | 0.0 | | |
| 10 | 00:55 | Calm | 0.00 | NULL | NULL | 71.8 | 69.6 | 81.3 | 71.8 | 93% | | | 30.03 | | 0.0 | | |
| 10 | 00:35 | Calm | 0.00 | NULL | NULL | 72.5 | 70 | | | 92% | | | 30.04 | | 0.0 | | |
| 10 | 00:15 | Calm | 0.00 | NULL | NULL | 72.7 | 70 | | | 91% | | | 30.04 | | 0.0 | | |
| 09 | 23:55 | Calm | 0.00 | NULL | NULL | 73.4 | 70 | | | 89% | | | 30.04 | | 0.0 | | |
| 09 | 23:35 | Calm | 0.00 | NULL | NULL | 73.4 | 70 | | | 89% | | | 30.04 | | 0.0 | | |
| 09 | 23:15 | Calm | 0.00 | NULL | NULL | 73 | 69.8 | | | 90% | | | 30.03 | | 0.0 | | |
| 09 | 22:55 | W 3 | 0.00 | Fair | CLR | 75 | 70 | | | 84% | | 75 | 30.03 | | 0.0 | | |
| 09 | 22:35 | W 3 | 0.00 | Fair | CLR | 74.5 | 70.2 | | | 86% | | | 30.03 | | 0.0 | | |
| 09 | 22:15 | Calm | 0.00 | Fair | CLR | 75.9 | 69.8 | | | 81% | | 77 | 30.02 | | 0.0 | | |
| 09 | 21:55 | W 3 | 0.00 | Fair | CLR | 75.4 | 69.8 | | | 83% | | 76 | 30.02 | | 0.0 | | |
| 09 | 21:35 | Calm | 0.00 | Fair | CLR | 77.2 | 69.8 | | | 78% | | 79 | 30.02 | | 0.0 | | |
| 09 | 21:15 | Calm | 0.00 | Partly Cloudy | SCT070 SCT080 | 78.1 | 69.6 | | | 75% | | 80 | 30.01 | | 0.0 | | |
| 09 | 20:55 | SW 3 | 0.00 | Overcast | SCT050 BKN060 OVC080 | 78.8 | 69.8 | | | 74% | | 81 | 30.01 | | 0.0 | | |
| 09 | 20:35 | Calm | 0.00 | Mostly Cloudy | BKN050 | 78.8 | 70 | | | 74% | | 81 | 30 | | 0.0 | | |
| 09 | 20:15 | Calm | 0.00 | Partly Cloudy | SCT050 | 78.3 | 69.8 | | | 75% | | 81 | 29.99 | | 0.0 | | |
| 09 | 19:55 | Calm | 0.00 | Partly Cloudy | SCT050 SCT070 SCT080 | 79.3 | 69.8 | | | 73% | | 82 | 29.98 | | 0.0 | | |
| 09 | 19:35 | Calm | 0.00 | Overcast | SCT050 SCT060 OVC080 | 79.9 | 69.8 | | | 71% | | 83 | 29.98 | | 0.0 | | |
| 09 | 19:15 | SW 3 | 0.00 | Overcast | SCT040 BKN060 OVC065 | 80.2 | 69.3 | | | 69% | | 83 | 29.97 | | 0.0 | | |
| 09 | 18:55 | SW 7 | 0.00 | Overcast | SCT040 BKN048 OVC095 | 81.5 | 69.8 | | | 68% | | 85 | 29.97 | | 0.0 | | |
| 09 | 18:35 | SW 12 G 18 | 0.00 | NULL | NULL | 84.9 | 70.2 | | | 61% | | 90 | 29.97 | | 0.0 | | |
| 09 | 18:20 | Calm | 0.00 | NULL | NULL | 87.1 | 68.4 | | | 54% | | 91 | 0 | | 0.0 | | |
| 09 | 17:55 | NE 5 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.96 | | 0.0 | | |
| 09 | 17:15 | NE 5 | 0.00 | NULL | NULL | 88 | 68.4 | | | 52% | | 92 | 29.96 | | 0.0 | | |
| 09 | 16:35 | N 6 | 0.00 | Fair | CLR | 88.3 | 67.5 | | | 50% | | 92 | 29.96 | | 0.0 | | |
| 09 | 16:15 | NE 3 | 0.00 | Partly Cloudy | SCT049 | 88.5 | 67.6 | | | 50% | | 92 | 29.96 | | 0.0 | | |
| 09 | 15:55 | NE 7 | 0.00 | Mostly Cloudy | BKN049 | 88.7 | 67.3 | | | 49% | | 92 | 29.97 | | 0.0 | | |
| 09 | 15:35 | Calm | 0.00 | Partly Cloudy | SCT049 | 88.3 | 67.3 | | | 50% | | 92 | 29.97 | | 0.0 | | |
| 09 | 15:15 | Calm | 0.00 | Partly Cloudy | SCT049 | 88 | 68.2 | | | 52% | | 92 | 29.96 | | 0.0 | | |
| 09 | 14:55 | Calm | 0.00 | Partly Cloudy | SCT049 | 87.8 | 67.3 | | | 51% | | 91 | 29.97 | | 0.0 | | |
| 09 | 14:35 | Calm | 0.00 | Fair | CLR | 86.7 | 66.6 | | | 51% | | 89 | 29.98 | | 0.0 | | |
| 09 | 13:55 | NW 5 | 0.00 | Partly Cloudy | SCT048 | 86.7 | 67.6 | | | 53% | | 90 | 30 | | 0.0 | | |
| 09 | 13:35 | SW 6 | 0.00 | Partly Cloudy | SCT048 | 86.2 | 67.3 | | | 53% | | 89 | 30 | | 0.0 | | |
| 09 | 13:15 | S 3 | 0.00 | Partly Cloudy | SCT048 | 86.4 | 66.6 | | | 52% | | 89 | 30.01 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002751

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 09 | 12:55 | S 7 | 0.00 | Fair | CLR | 85.6 | 65.7 | 86 | 61.9 | 51% | | 88 | 30.02 | | 0.0 | | |
| 09 | 12:35 | SE 6 | 0.00 | Fair | CLR | 85.3 | 66 | | | 53% | | 88 | 30.02 | | 0.0 | | |
| 09 | 12:15 | Calm | 0.00 | Fair | CLR | 83.5 | 66.9 | | | 58% | | 86 | 30.03 | | 0.0 | | |
| 09 | 11:55 | Calm | 0.00 | Fair | CLR | 83.1 | 65.8 | | | 56% | | 85 | 30.03 | | 0.0 | | |
| 09 | 11:35 | N 3 | 0.00 | Fair | CLR | 82.6 | 66.7 | | | 59% | | 85 | 30.04 | | 0.0 | | |
| 09 | 11:15 | Calm | 0.00 | Fair | CLR | 80.6 | 67.1 | | | 64% | | 83 | 30.04 | | 0.0 | | |
| 09 | 10:55 | Calm | 0.00 | Fair | CLR | 79.5 | 67.8 | | | 68% | | 82 | 30.04 | | 0.0 | | |
| 09 | 10:35 | Calm | 0.00 | Fair | CLR | 78.3 | 67.1 | | | 69% | | 80 | 30.04 | | 0.0 | | |
| 09 | 10:15 | Calm | 0.00 | Fair | CLR | 77 | 67.3 | | | 72% | | 79 | 30.04 | | 0.0 | | |
| 09 | 09:55 | Calm | 0.00 | Fair | CLR | 75.7 | 66.7 | | | 74% | | 77 | 30.04 | | 0.0 | | |
| 09 | 09:35 | W 3 | 0.00 | Fair | CLR | 74.5 | 66.2 | | | 76% | | | 30.04 | | 0.0 | | |
| 09 | 09:15 | Calm | 0.00 | Fair | CLR | 72.1 | 64.6 | | | 77% | | | 30.03 | | 0.0 | | |
| 09 | 08:55 | Calm | 0.00 | Fair | CLR | 70 | 63.1 | | | 79% | | | 30.03 | | 0.0 | | |
| 09 | 08:35 | Calm | 0.00 | Fair | CLR | 68.2 | 61.5 | | | 79% | | | 30.03 | | 0.0 | | |
| 09 | 08:15 | NW 3 | 0.00 | Fair | CLR | 66.7 | 60.8 | | | 81% | | | 30.02 | | 0.0 | | |
| 09 | 07:55 | Calm | 0.00 | Fair | CLR | 65.3 | 60.1 | | | 83% | | | 30.03 | | 0.0 | | |
| 09 | 07:35 | Calm | 0.00 | Fair | CLR | 63.5 | 59 | | | 85% | | | 30.03 | | 0.0 | | |
| 09 | 07:15 | N 3 | 0.00 | Fair | CLR | 62.6 | 58.1 | | | 85% | | | 30.02 | | 0.0 | | |
| 09 | 06:55 | N 3 | 0.00 | NULL | NULL | 62.2 | 57.4 | 66.2 | 61.2 | 84% | | | 30.02 | | 0.0 | | |
| 09 | 06:35 | Calm | 0.00 | NULL | NULL | 62.2 | 57.7 | | | 85% | | | 30.02 | | 0.0 | | |
| 09 | 06:15 | Calm | 0.00 | NULL | NULL | 61.9 | 57.6 | | | 86% | | | 30.01 | | 0.0 | | |
| 09 | 05:55 | Calm | 0.00 | Fair | CLR | 62.6 | 58.1 | | | 85% | | | 30.01 | | 0.0 | | |
| 09 | 05:35 | N 3 | 0.00 | Fair | CLR | 62.6 | 57.4 | | | 83% | | | 30 | | 0.0 | | |
| 09 | 05:15 | Calm | 0.00 | Fair | CLR | 62.4 | 57.4 | | | 84% | | | 30.01 | | 0.0 | | |
| 09 | 04:55 | Calm | 0.00 | Fair | CLR | 62.6 | 57.4 | | | 83% | | | 30 | | 0.0 | | |
| 09 | 04:35 | N 3 | 0.00 | Fair | CLR | 63 | 57.2 | | | 82% | | | 30 | | 0.0 | | |
| 09 | 04:15 | NW 3 | 0.00 | Fair | CLR | 62.6 | 57.4 | | | 83% | | | 30 | | 0.0 | | |
| 09 | 03:55 | Calm | 0.00 | Fair | CLR | 63.7 | 57.9 | | | 82% | | | 30 | | 0.0 | | |
| 09 | 03:35 | Calm | 0.00 | Fair | CLR | 64.4 | 58.3 | | | 81% | | | 30 | | 0.0 | | |
| 09 | 03:15 | Calm | 0.00 | Fair | CLR | 62.6 | 57.7 | | | 84% | | | 30 | | 0.0 | | |
| 09 | 02:55 | N 5 | 0.00 | Fair | CLR | 63.7 | 58.1 | | | 82% | | | 30 | | 0.0 | | |
| 09 | 02:35 | NW 3 | 0.00 | Fair | CLR | 64.4 | 58.3 | | | 81% | | | 30.01 | | 0.0 | | |
| 09 | 02:15 | N 5 | 0.00 | Fair | CLR | 64.9 | 58.1 | | | 79% | | | 30.01 | | 0.0 | | |
| 09 | 01:55 | NW 3 | 0.00 | Fair | CLR | 65.1 | 57.6 | | | 77% | | | 30.01 | | 0.0 | | |
| 09 | 01:35 | NW 3 | 0.00 | Fair | CLR | 65.5 | 58.1 | | | 77% | | | 30.02 | | 0.0 | | |
| 09 | 01:15 | NW 3 | 0.00 | Fair | CLR | 65.3 | 58.3 | | | 78% | | | 30.02 | | 0.0 | | |
| 09 | 00:55 | NW 3 | 0.00 | Fair | CLR | 66 | 58.1 | 78.1 | 66 | 76% | | | 30.02 | | 0.0 | | |
| 09 | 00:35 | NW 3 | 0.00 | Fair | CLR | 66.7 | 58.6 | | | 75% | | | 30.03 | | 0.0 | | |
| 09 | 00:15 | NW 3 | 0.00 | Fair | CLR | 66.6 | 59 | | | 77% | | | 30.03 | | 0.0 | | |
| 08 | 23:55 | NW 6 | 0.00 | Fair | CLR | 66.6 | 59 | | | 77% | | | 30.04 | | 0.0 | | |
| 08 | 23:35 | NW 3 | 0.00 | Fair | CLR | 66.7 | 59.4 | | | 77% | | | 30.04 | | 0.0 | | |
| 08 | 23:15 | NW 5 | 0.00 | Fair | CLR | 67.1 | 59.4 | | | 76% | | | 30.04 | | 0.0 | | |
| 08 | 22:55 | N 6 | 0.00 | Fair | CLR | 67.5 | 59.9 | | | 77% | | | 30.04 | | 0.0 | | |
| 08 | 22:35 | N 6 | 0.00 | Fair | CLR | 68.2 | 60.3 | | | 76% | | | 30.04 | | 0.0 | | |
| 08 | 22:15 | N 6 | 0.00 | Fair | CLR | 68.4 | 60.3 | | | 75% | | | 30.04 | | 0.0 | | |
| 08 | 21:55 | N 6 | 0.00 | Fair | CLR | 68.4 | 60.4 | | | 76% | | | 30.04 | | 0.0 | | |
| 08 | 21:35 | N 5 | 0.00 | Fair | CLR | 68.7 | 60.3 | | | 75% | | | 30.04 | | 0.0 | | |
| 08 | 21:15 | N 6 | 0.00 | Fair | CLR | 69.8 | 60.1 | | | 71% | | | 30.03 | | 0.0 | | |
| 08 | 20:55 | N 7 | 0.00 | Fair | CLR | 70.7 | 60.3 | | | 70% | | | 30.03 | | 0.0 | | |
| 08 | 20:35 | N 7 | 0.00 | Fair | CLR | 72.3 | 59.5 | | | 64% | | | 30.02 | | 0.0 | | |
| 08 | 20:15 | N 6 | 0.00 | Fair | CLR | 73.4 | 60.4 | | | 64% | | | 30.01 | | 0.0 | | |
| 08 | 19:55 | N 5 | 0.00 | Fair | CLR | 74.3 | 61.9 | | | 65% | | | 30.01 | | 0.0 | | |
| 08 | 19:35 | N 5 | 0.00 | Fair | CLR | 75.2 | 61.7 | | | 63% | | 77 | 30.01 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Temperature (°F)    Pressure    Precipitation (in)

VOTE002752

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 19:15 | NE 5 | 0.00 | Fair | CLR | 76.3 | 62.2 | | | 62% | | 78 | 30.01 | | 0.0 | | |
| 08 | 18:55 | NE 6 | 0.00 | Fair | CLR | 78.3 | 61.7 | 83.5 | 78.3 | 57% | | 80 | 30.01 | | 0.0 | | |
| 08 | 18:35 | N 6 | 0.00 | Fair | CLR | 79.7 | 61.2 | | | 53% | | 81 | 30 | | 0.0 | | |
| 08 | 18:15 | N 8 | 0.00 | Fair | CLR | 80.6 | 60.8 | | | 51% | | 81 | 30 | | 0.0 | | |
| 08 | 17:55 | NE 8 | 0.00 | Fair | CLR | 81.5 | 60.3 | | | 49% | | 82 | 30 | | 0.0 | | |
| 08 | 17:35 | N 7 | 0.00 | Fair | CLR | 82.8 | 59 | | | 45% | | 83 | 30.01 | | 0.0 | | |
| 08 | 17:15 | N 6 | 0.00 | Fair | CLR | 83.3 | 58.1 | | | 42% | | 83 | 30.01 | | 0.0 | | |
| 08 | 16:55 | N 3 | 0.00 | Fair | CLR | 82.8 | 57 | | | 42% | | 82 | 30.01 | | 0.0 | | |
| 08 | 16:35 | N 8 | 0.00 | Fair | CLR | 83.3 | 56.5 | | | 40% | | 83 | 30.01 | | 0.0 | | |
| 08 | 16:15 | N 8 | 0.00 | Fair | CLR | 82.9 | 55.8 | | | 39% | | 82 | 30.01 | | 0.0 | | |
| 08 | 15:55 | NE 5 | 0.00 | Fair | CLR | 83.1 | 56.1 | | | 40% | | 82 | 30.02 | | 0.0 | | |
| 08 | 15:35 | N 6 | 0.00 | Fair | CLR | 83.1 | 57.6 | | | 42% | | 83 | 30.02 | | 0.0 | | |
| 08 | 15:15 | N 8 G 17 | 0.00 | Fair | CLR | 83.5 | 58.3 | | | 42% | | 83 | 30.03 | | 0.0 | | |
| 08 | 14:55 | N 8 | 0.00 | Fair | CLR | 82.8 | 59.2 | | | 45% | | 83 | 30.04 | | 0.0 | | |
| 08 | 14:35 | N 7 | 0.00 | Fair | CLR | 82 | 58.1 | | | 44% | | 82 | 30.05 | | 0.0 | | |
| 08 | 14:15 | NW 9 | 0.00 | Fair | CLR | 81.7 | 58.8 | | | 46% | | 82 | 30.05 | | 0.0 | | |
| 08 | 13:55 | Calm | 0.00 | Fair | CLR | 81 | 57.9 | | | 45% | | 81 | 30.07 | | 0.0 | | |
| 08 | 13:35 | N 5 | 0.00 | Fair | CLR | 81 | 57.9 | | | 45% | | 81 | 30.07 | | 0.0 | | |
| 08 | 13:15 | NW 5 | 0.00 | Fair | CLR | 80.1 | 58.3 | | | 47% | | 81 | 30.08 | | 0.0 | | |
| 08 | 12:55 | N 7 | 0.00 | Fair | CLR | 79.9 | 58.6 | 79.9 | 64 | 48% | | 81 | 30.09 | | 0.0 | | |
| 08 | 12:35 | N 8 | 0.00 | Fair | CLR | 79.3 | 58.1 | | | 48% | | 80 | 30.1 | | 0.0 | | |
| 08 | 12:15 | NW 6 | 0.00 | Fair | CLR | 79.3 | 58.5 | | | 49% | | 80 | 30.1 | | 0.0 | | |
| 08 | 11:55 | NW 3 | 0.00 | Fair | CLR | 78.6 | 57.6 | | | 49% | | 80 | 30.1 | | 0.0 | | |
| 08 | 11:35 | NW 10 | 0.00 | Fair | CLR | 78.3 | 56.8 | | | 48% | | 79 | 30.11 | | 0.0 | | |
| 08 | 11:15 | NW 7 | 0.00 | Fair | CLR | 77 | 57.4 | | | 51% | | 79 | 30.12 | | 0.0 | | |
| 08 | 10:55 | NW 7 | 0.00 | Fair | CLR | 76.8 | 57.6 | | | 52% | | 79 | 30.12 | | 0.0 | | |
| 08 | 10:35 | NW 6 | 0.00 | Fair | CLR | 75.4 | 56.1 | | | 51% | | 78 | 30.12 | | 0.0 | | |
| 08 | 10:15 | NW 9 | 0.00 | Fair | CLR | 74.8 | 56.3 | | | 53% | | | 30.13 | | 0.0 | | |
| 08 | 09:55 | NW 8 | 0.00 | Fair | CLR | 74.5 | 56.8 | | | 54% | | | 30.12 | | 0.0 | | |
| 08 | 09:35 | NW 7 | 0.00 | Fair | CLR | 72.7 | 56.1 | | | 56% | | | 30.12 | | 0.0 | | |
| 08 | 09:15 | NW 9 | 0.00 | Fair | CLR | 71.8 | 55.6 | | | 57% | | | 30.12 | | 0.0 | | |
| 08 | 08:55 | NW 9 | 0.00 | Fair | CLR | 71.1 | 55.2 | | | 57% | | | 30.12 | | 0.0 | | |
| 08 | 08:35 | W 8 | 0.00 | Fair | CLR | 70.7 | 55 | | | 58% | | | 30.12 | | 0.0 | | |
| 08 | 08:15 | NW 6 | 0.00 | Fair | CLR | 69.1 | 54.9 | | | 61% | | | 30.12 | | 0.0 | | |
| 08 | 07:55 | NW 3 | 0.00 | Fair | CLR | 68 | 55.4 | | | 64% | | | 30.11 | | 0.0 | | |
| 08 | 07:35 | NW 3 | 0.00 | Fair | CLR | 66.4 | 55.4 | | | 68% | | | 30.11 | | 0.0 | | |
| 08 | 07:15 | NW 3 | 0.00 | Fair | CLR | 64.4 | 54.9 | | | 71% | | | 30.1 | | 0.0 | | |
| 08 | 06:55 | NW 6 | 0.00 | Fair | CLR | 63.9 | 54.7 | 69.8 | 63.9 | 72% | | | 30.1 | | 0.0 | | |
| 08 | 06:35 | NW 7 | 0.00 | Fair | CLR | 64.4 | 54.5 | | | 70% | | | 30.1 | | 0.0 | | |
| 08 | 06:15 | NW 6 | 0.00 | Fair | CLR | 64.9 | 54.5 | | | 69% | | | 30.09 | | 0.0 | | |
| 08 | 05:55 | NW 6 | 0.00 | Fair | CLR | 66.2 | 54.5 | | | 66% | | | 30.09 | | 0.0 | | |
| 08 | 05:35 | NW 6 | 0.00 | Fair | CLR | 67.1 | 54.7 | | | 65% | | | 30.08 | | 0.0 | | |
| 08 | 05:15 | NW 9 | 0.00 | Fair | CLR | 66.4 | 55 | | | 67% | | | 30.08 | | 0.0 | | |
| 08 | 04:55 | NW 3 | 0.00 | Fair | CLR | 66.7 | 55.2 | | | 67% | | | 30.08 | | 0.0 | | |
| 08 | 04:35 | NW 3 | 0.00 | Fair | CLR | 67.3 | 55 | | | 65% | | | 30.08 | | 0.0 | | |
| 08 | 04:15 | NW 5 | 0.00 | Fair | CLR | 65.8 | 55.4 | | | 69% | | | 30.08 | | 0.0 | | |
| 08 | 03:55 | NW 6 | 0.00 | Fair | CLR | 65.8 | 55.4 | | | 69% | | | 30.08 | | 0.0 | | |
| 08 | 03:35 | NW 6 | 0.00 | Fair | CLR | 66.4 | 55.4 | | | 68% | | | 30.08 | | 0.0 | | |
| 08 | 03:15 | NW 6 | 0.00 | Fair | CLR | 66.7 | 55.6 | | | 68% | | | 30.08 | | 0.0 | | |
| 08 | 02:55 | NW 5 | 0.00 | Fair | CLR | 67.3 | 55.6 | | | 66% | | | 30.08 | | 0.0 | | |
| 08 | 02:35 | NW 7 | 0.00 | Fair | CLR | 67.3 | 55.9 | | | 67% | | | 30.09 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002753

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 08 | 02:15 | NW 7 | 0.00 | Fair | CLR | 67.5 | 56.3 | | | 68% | | | 30.09 | | 0.0 | | |
| 08 | 01:55 | NW 6 | 0.00 | Fair | CLR | 68 | 56.8 | | | 68% | | | 30.09 | | 0.0 | | |
| 08 | 01:35 | NW 6 | 0.00 | Fair | CLR | 68.9 | 56.5 | | | 65% | | | 30.09 | | 0.0 | | |
| 08 | 01:15 | NW 5 | 0.00 | Fair | CLR | 69.4 | 56.8 | | | 64% | | | 30.1 | | 0.0 | | |
| 08 | 00:55 | NW 6 | 0.00 | Fair | CLR | 69.8 | 57.2 | 79.2 | 69.3 | 64% | | | 30.1 | | 0.0 | | |
| 08 | 00:35 | NW 6 | 0.00 | Fair | CLR | 69.6 | 58.1 | | | 67% | | | 30.1 | | 0.0 | | |
| 08 | 00:15 | NW 5 | 0.00 | Fair | CLR | 69.8 | 58.3 | | | 67% | | | 30.1 | | 0.0 | | |
| 07 | 23:55 | NW 6 | 0.00 | Fair | CLR | 70 | 59.4 | | | 69% | | | 30.1 | | 0.0 | | |
| 07 | 23:35 | N 5 | 0.00 | Fair | CLR | 70.7 | 59.4 | | | 67% | | | 30.1 | | 0.0 | | |
| 07 | 23:15 | NW 5 | 0.00 | Fair | CLR | 70.5 | 60.3 | | | 70% | | | 30.1 | | 0.0 | | |
| 07 | 22:55 | NW 6 | 0.00 | Fair | CLR | 70.7 | 60.6 | | | 71% | | | 30.1 | | 0.0 | | |
| 07 | 22:35 | NW 6 | 0.00 | Fair | CLR | 71.4 | 61 | | | 70% | | | 30.1 | | 0.0 | | |
| 07 | 22:15 | NW 7 | 0.00 | Fair | CLR | 71.6 | 62.1 | | | 72% | | | 30.1 | | 0.0 | | |
| 07 | 21:55 | N 8 | 0.00 | Fair | CLR | 72.1 | 62.6 | | | 72% | | | 30.1 | | 0.0 | | |
| 07 | 21:35 | N 9 | 0.00 | Fair | CLR | 72.7 | 63.7 | | | 73% | | | 30.1 | | 0.0 | | |
| 07 | 21:15 | N 8 | 0.00 | Fair | CLR | 73.6 | 64.6 | | | 74% | | | 30.09 | | 0.0 | | |
| 07 | 20:55 | N 8 | 0.00 | Fair | CLR | 74.3 | 65.3 | | | 74% | | | 30.08 | | 0.0 | | |
| 07 | 20:35 | N 8 | 0.00 | Fair | CLR | 74.8 | 65.7 | | | 73% | | | 30.08 | | 0.0 | | |
| 07 | 20:15 | N 8 | 0.00 | Fair | CLR | 75.6 | 66 | | | 72% | | 77 | 30.07 | | 0.0 | | |
| 07 | 19:55 | N 8 | 0.00 | Fair | CLR | 76.5 | 66.4 | | | 71% | | 78 | 30.07 | | 0.0 | | |
| 07 | 19:35 | N 7 | 0.00 | Fair | CLR | 77.2 | 67.3 | | | 72% | | 79 | 30.07 | | 0.0 | | |
| 07 | 19:15 | N 9 | 0.00 | Fair | CLR | 78.1 | 68.2 | | | 72% | | 80 | 30.05 | | 0.0 | | |
| 07 | 18:55 | N 9 | 0.00 | Fair | CLR | 79.3 | 68.5 | | | 70% | | 82 | 30.05 | | 0.0 | | |
| 07 | 18:35 | N 10 | 0.00 | Fair | CLR | 80.2 | 69.1 | | | 69% | | 83 | 30.05 | | 0.0 | | |
| 07 | 18:15 | N 10 | 0.00 | Fair | CLR | 81.3 | 69.4 | | | 67% | | 85 | 30.04 | | 0.0 | | |
| 07 | 17:55 | NE 10 | 0.00 | Fair | CLR | 83.3 | 69.8 | | | 64% | | 87 | 30.04 | | 0.0 | | |
| 07 | 17:35 | N 10 | 0.00 | Partly Cloudy | SCT033 SCT040 | 84 | 70 | | | 63% | | 88 | 30.04 | | 0.0 | | |
| 07 | 17:15 | N 9 | 0.00 | Partly Cloudy | SCT033 SCT040 | 84.7 | 70.2 | | | 62% | | 89 | 30.03 | | 0.0 | | |
| 07 | 16:55 | N 10 | 0.00 | Fair | CLR | 84.7 | 70.2 | | | 62% | | 89 | 30.03 | | 0.0 | | |
| 07 | 16:35 | N 8 | 0.00 | NULL | NULL | 85.8 | 70.9 | | | 61% | | 91 | 30.04 | | 0.0 | | |
| 07 | 15:55 | NE 6 | 0.00 | Mostly Cloudy | BKN039 | 85.6 | 70.2 | | | 60% | | 90 | 30.04 | | 0.0 | | |
| 07 | 15:35 | NE 8 | 0.00 | Fair | CLR | 85.8 | 69.6 | | | 59% | | 90 | 30.04 | | 0.0 | | |
| 07 | 15:15 | N 8 | 0.00 | Fair | CLR | 85.6 | 68.5 | | | 57% | | 89 | 30.05 | | 0.0 | | |
| 07 | 14:55 | N 5 | 0.00 | Fair | CLR | 85.5 | 68.2 | | | 56% | | 89 | 30.05 | | 0.0 | | |
| 07 | 14:35 | NE 10 | 0.00 | Fair | CLR | 85.3 | 67.8 | | | 56% | | 89 | 30.06 | | 0.0 | | |
| 07 | 14:15 | N 10 | 0.00 | Fair | CLR | 85.1 | 68.4 | | | 57% | | 89 | 30.07 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (ºF)   Pressure   Precipitation (in)

VOTE002754