# Exhibit B

## Daily Line Counts

Line #: _24 & 25_          Date: _9-9-25_          Falcon
                                                   1 - Ø
Pusher: _Sgt. Arrington_                           2 - 3
Gun Guard: _Sgt. E Brown_                          3 - 16
Gun Guard: _Sgt I Bains_                           4 - 13

AM Count: _32x_

PM Count: _____

## Comments:

6:44  Arrived at Camp D Falcon gate
7:02  Opened outside and inside gate
7:25  Checked out 32x enroute to Pea Field
7:35  Arrived at Pea Field with 32x offenders offered sunscreen
(1) shade trailer (1) porta potty with hand wash station (4) water coolers
offenders allowed to drink at will
8:15  Break
9:30  Break ended - Called in count to Camp D sally port
10:15  Break
10:30  Break ended
11:00  Head land 32x enroute to Camp D
11:07  Arrived at Camp D Falcon Gate
11:18  Checked in 32x
1:03  Angola announced Heat Alert

VOTE002769

**Daily Line Counts**

Line #: __24 & 25__          Date: __9-10-25__

Pusher: __MSgt Arrington__

Gun Guard: __MSgt E Brown__

Gun Guard: __MSgt T Gains__

Falcon
1 – Ø
2 – 2
3 – 16
4 – 16

AM Count: __34x__

PM Count: _____

**Comments:**

6:30 Arrived at Camp D Falcon gate

7:05 Opened outside and inside gate

7:30 Checked out 34x enroute to Pea Field

7:40 Arrived at Pea Field with 34x  Offenders offered sunscreen (1) Shade trailer
(1) porta potty with hand wash station (4) water coolers  Offenders allowed to
drink at will

8:25 Break

8:40 Break ended

9:15 Break

9:30 Break ended - Called in count to Camp D sally port

10:01 Angola announced Heat Alert   15 min Break

10:16 Break ended

11:00 Head land 34x enroute to Camp D

11:08 Arrived at Camp D Falcon gate

11:20 Checked in 34x

VOTE002771

**Daily Line Counts**

Line #: _24 + 25_          Date: _9 - 11 - 25_

Pusher: _Sgt Arrington_

Gun Guard: _Lt E.Brown_

Gun Guard: _Lt I Gains_

Falcon
1 - 0
2 - 4
3 - 16
4 - 14

AM Count: _34x_

PM Count: _____

**Comments:**

6:36 Arrived at Camp D Falcon gate

7:01 Opened outside and inside gates

7:35 Checked out 34x enroute to Pea Field

7:45 Arrived at Pea Field with 34x Offenders Offered Sunscreen

(1) Shade trailer (1) porta potty with handwash station (4) water coolers

offenders allowed to drink at will

8:30 Break

8:45 Break ended

9:15 Break - Called in count to Camp D Sally Port

9:30 Break ended

10:15 Break

10:30 Break ended

10:59 Angola announced Heat Alert

11:05 Head/land 34x enroute to Camp D

11:12 Arrived at Camp D Falcon gate

11:23 Checked in 34x

VOTE002773

**Daily Line Counts**

Line #: 24+25                     Date: 9/12/25

Pusher: MSgt. R. Quincs

Gun Guard: MSgt. F. Brown

Gun Guard: MSgt. J. Arrington

AM Count: 28x

PM Count: _____


**Comments:**

6:44am: Arrived @ Falcon Gate

7:15am: Checking out Lines - Sun Screen offered  0 Taken

7:30am: 28 checked out m-Route to Pepper Field

8:05am: Arrived @ Pepper Field (1) Shade Trailer (1) porti podi (1) hand-wash (4) water Coolers offenders allowed to Drink @ Will.

8:10am: Capt Linden Rounds on Pepper Field

8:50am: Break offered

9:05am: Break over

9:25 Am: Called in Count to Camp-D Seurity-pert

9:35am: Break offered

9:50am: Break over

10:25am: Capt Linden Rounds on Field

10:30am: Break offered

10:45am: Break over

11:03am: Angela announced "Heat Alert"

11:05am: "Head Land" 28x on Route to Camp-D

11:26am: 28x Returned to Camp-D.

VOTE002775