# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON |
| **VERSUS** | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND TO SET STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, come **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** ("Defendants"), who file this unopposed motion to continue the bench trial of the captioned matter currently scheduled to begin on January 26, 2026 (R.Doc. 317), due to a conflict with a

1

jury trial in the United States District Court for the Middle District of Louisiana previously scheduled for the same date(s), as more particularly set forth in the accompanying Memorandum in Support of Unopposed Motion to Continue Trial Date.

Counsel for Plaintiffs has no objection to this continuance but maintain that trial should be set as soon as possible and conclude before March 15, 2026. Defendants request a status conference to select the trial date.

**WHEREFORE**, Defendants pray that this Court grant the Unopposed Motion to Continue Trial be granted, and that the seven-day bench trial currently scheduled to begin on January 26, 2026, be continued, as set forth in the accompanying Memorandum.

    Respectfully submitted,

    **LIZ MURRILL**
    **Attorney General**

    By:    s/Andrew Blanchfield
           Andrew Blanchfield, T.A. (#16812)
           Email: ablanchfield@keoghcox.com
           Christopher K. Jones (#28101)
           Email: cjones@keoghcox.com
           C. Reynolds LeBlanc (#33937)
           Email: rleblanc@keoghcox.com
           Chelsea A. Payne (#35952)
           Email: cpayne@keoghcox.com
           Special Assistant Attorneys General
           Post Office Box 1151
           Baton Rouge, Louisiana 70821
           Telephone: (225) 383-3796
           Facsimile: (225) 343-9612
           *(Counsel for Defendants)*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 17th day of September, 2025.

_s/Andrew Blanchfield_
Andrew Blanchfield