UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>**VERSUS**<br><br>**JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | CIVIL ACTION<br><br>NO.: 3:23-cv-1304<br><br>JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE ERIN WILDER-DOOMES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE TRIAL
AND TO SET STATUS CONFERENCE**

**NOW INTO COURT** through undersigned counsel come **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** ("Defendants"); who, file this unopposed motion to continue the seven-day bench trial of this matter currently scheduled for January 26, 2026 (R.Doc. 317), due to a conflict with defense counsel's jury trial in the United States District Court for the Middle District of Louisiana, before the Honorable Shelly Dick, previously scheduled for the same date(s).

1

On September 12, 2025, Plaintiffs requested a status conference for the purpose of setting trial. R.Doc. 311. On September 16, 2025, this Court issued an order setting a seven-day bench trial for January 26, 2026. R.Doc. 317.

On November 12, 2024, the Honorable Richard L. Bourgeois, Jr., issued a scheduling order in the matter entitled "*Joshua Folks v. Jeff Landry, et al,*" bearing Civil Action No. 3:23-cv-01289-SDD-RLB, setting a four-day jury trial to commence on January 26, 2026, before the Honorable Shelly D. Dick.[1]

The seven-day bench trial of the captioned matter has also been set to begin on January 26, 2026, per R.Doc. 317. Accordingly, undersigned counsel respectfully requests that the bench trial of the above captioned matter be continued.

Counsel for Plaintiffs has been contacted and has no objection to this continuance. However, Plaintiffs maintain that trial needs "to commence as soon as possible and to conclude no later than March 15, even if that requires splitting up trial."

Defendants request a status conference to set dates for trial.

**WHEREFORE**, Defendants pray that this Court grant the Unopposed Motion to Continue Trial, and that the seven-day bench trial scheduled to begin on January 26, 2026, be continued. Defendants further request a status conference to set trial date.

*(Signatures on Following Page)*

---

[1] See *Joshua Folks v. Jeff Landry, et al,* Civil Action No. 3:23-cv-01289, at R.Doc. 27.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By:    s/Andrew Blanchfield
       Andrew Blanchfield, T.A. (#16812)
       Email: ablanchfield@keoghcox.com
       Christopher K. Jones (#28101)
       Email: cjones@keoghcox.com
       C. Reynolds LeBlanc (#33937)
       Email: rleblanc@keoghcox.com
       Chelsea A. Payne (#35952)
       Email: cpayne@keoghcox.com
       Special Assistant Attorneys General
       Post Office Box 1151
       Baton Rouge, Louisiana 70821
       Telephone: (225) 383-3796
       Facsimile: (225) 343-9612
       *(Counsel for Defendants)*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 17th day of September, 2025.

       s/Andrew Blanchfield
       Andrew Blanchfield