# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-30478    Voice of the Experienced v. LeBlanc
                     USDC No. 3:23-CV-1304

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Roeshawn Johnson, Deputy Clerk
                      504-310-7998

Mr. Jorge Benjamin Aguinaga
Mr. Jeremy Benjamin
Mr. Andrew Blanchfield
Ms. Kimberly Grambo
Mr. Joshua Hill Jr.
Mr. Michael L. McConnell
Ms. Samantha Bosalavage Pourciau
Ms. Anna Manchester Stapleton
Ms. Leah Weiser
Ms. Lydia Wright

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2025
Lyle W. Cayce
Clerk

No. 25-30478

_____

VOICE OF THE EXPERIENCED, *a membership organization on behalf of itself and its members*; MYRON SMITH, *Individually and on behalf of all others similarly situated*; DAMARIS JACKSON, *Individually and on behalf of all others similarly situated*; NATE WALKER, *Individually and on behalf of all others similarly situated*; DARRIUS WILLIAMS, *Individually and on behalf of all others similarly situated*; KEVIAS HICKS; JOSEPH GUILLORY; ALVIN WILLIAMS,

*Plaintiffs—Appellees*,

*versus*

JAMES M. LEBLANC, *Secretary, Department of Public Safety and Corrections*; TIM HOOPER, *Warden, Louisiana State Penitentiary*; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-1304

_____

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

Case 2:25-cv-00473-BAJ-EWD   Document 59-1   09/17/25   Page 2 of 3
Case: 25-30478   Document: 59-1   Page: 2   Date Filed: 09/17/2025

No. 25-30478

IT IS ORDERED that Appellants' renewed opposed motion to stay the August 22, 2025, injunction order pending appeal is GRANTED.[1]

IT IS FURTHER ORDERED that Appellants' unopposed motion to expedite the appeal is GRANTED.

---

[1] Judge Haynes would only grant a temporary stay on the August 22 injunction and would send it to the merits panel getting the expedited appeal to decide the issue.