# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 03:15 | Calm | 10.00 | Fair | CLR | 68.9 | 67.1 | | | 94% | | | 30.02 | | 0.0 | | |
| 20 | 02:55 | Calm | 10.00 | Fair | CLR | 69.1 | 67.3 | | | 94% | | | 30.03 | | 0.0 | | |
| 20 | 02:35 | Calm | 10.00 | Fair | CLR | 69.3 | 67.5 | | | 94% | | | 30.02 | | 0.0 | | |
| 20 | 02:15 | Calm | 10.00 | Fair | CLR | 69.6 | 67.8 | | | 94% | | | 30.03 | | 0.0 | | |
| 20 | 01:55 | Calm | 10.00 | Fair | CLR | 69.8 | 67.5 | | | 92% | | | 30.03 | | 0.0 | | |
| 20 | 01:35 | Calm | 10.00 | Fair | CLR | 70.7 | 68 | | | 91% | | | 30.03 | | 0.0 | | |
| 20 | 01:15 | Calm | 10.00 | Fair | CLR | 70.7 | 67.6 | | | 90% | | | 30.02 | | 0.0 | | |
| 20 | 00:55 | Calm | 10.00 | Fair | CLR | 70.7 | 67.6 | 82.6 | 70.7 | 90% | | | 30.02 | | 0.0 | | |
| 20 | 00:35 | Calm | 0.00 | NULL | NULL | 71.6 | 68.4 | | | 90% | | | 30.02 | | 0.0 | | |
| 20 | 00:15 | Calm | 10.00 | Fair | CLR | 72.5 | 68.5 | | | 87% | | | 30.02 | | 0.0 | | |
| 19 | 23:55 | Calm | 10.00 | Fair | CLR | 72.3 | 68.7 | | | 89% | | | 30.03 | | 0.0 | | |
| 19 | 23:35 | Calm | 10.00 | Fair | CLR | 72.7 | 68.5 | | | 87% | | | 30.03 | | 0.0 | | |
| 19 | 23:15 | Calm | 10.00 | Fair | CLR | 73.4 | 69.8 | | | 89% | | | 30.03 | | 0.0 | | |
| 19 | 22:55 | Calm | 10.00 | Fair | CLR | 72.5 | 68.7 | | | 88% | | | 30.03 | | 0.0 | | |
| 19 | 22:35 | NW 3 | 10.00 | Fair | CLR | 72.9 | 67.6 | | | 84% | | | 30.03 | | 0.0 | | |
| 19 | 22:15 | Calm | 10.00 | Fair | CLR | 73.2 | 67.1 | | | 81% | | | 30.03 | | 0.0 | | |
| 19 | 21:55 | Calm | 10.00 | Fair | CLR | 74.3 | 66.9 | | | 78% | | | 30.03 | | 0.0 | | |
| 19 | 21:35 | Calm | 10.00 | Fair | CLR | 75.6 | 68.2 | | | 78% | | 77 | 30.03 | | 0.0 | | |
| 19 | 21:15 | Calm | 10.00 | Fair | CLR | 76.1 | 68.2 | | | 77% | | 77 | 30.02 | | 0.0 | | |
| 19 | 20:55 | Calm | 10.00 | Fair | CLR | 76.3 | 67.5 | | | 74% | | 78 | 30.02 | | 0.0 | | |
| 19 | 20:35 | Calm | 10.00 | Fair | CLR | 77.2 | 68.2 | | | 74% | | 79 | 30.01 | | 0.0 | | |
| 19 | 20:15 | Calm | 10.00 | Fair | CLR | 79 | 68.4 | | | 70% | | 81 | 30 | | 0.0 | | |
| 19 | 19:55 | Calm | 10.00 | Fair | CLR | 79.5 | 68.2 | | | 68% | | 82 | 30 | | 0.0 | | |
| 19 | 19:35 | SE 3 | 10.00 | Fair | CLR | 81.7 | 67.1 | | | 61% | | 84 | 29.99 | | 0.0 | | |
| 19 | 19:15 | SE 5 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.99 | | 0.0 | | |
| 19 | 12:15 | SW 3 | 10.00 | Fair | CLR | 87.1 | 67.8 | | | 53% | | 90 | 30.06 | | 0.0 | | |
| 19 | 11:55 | Calm | 10.00 | Fair | CLR | 85.6 | 68.9 | | | 57% | | 90 | 30.07 | | 0.0 | | |
| 19 | 11:35 | Calm | 10.00 | Fair | CLR | 84.6 | 70.3 | | | 62% | | 89 | 30.07 | | 0.0 | | |
| 19 | 11:15 | NW 3 | 10.00 | Fair | CLR | 83.3 | 70.7 | | | 66% | | 88 | 30.07 | | 0.0 | | |
| 19 | 10:55 | N 3 | 10.00 | Fair | CLR | 82.8 | 71.1 | | | 68% | | 87 | 30.07 | | 0.0 | | |
| 19 | 10:35 | Calm | 10.00 | Fair | CLR | 81.9 | 71.1 | | | 70% | | 86 | 30.07 | | 0.0 | | |
| 19 | 10:15 | N 3 | 10.00 | Fair | CLR | 81.7 | 69.8 | | | 67% | | 85 | 30.06 | | 0.0 | | |
| 19 | 09:55 | Calm | 10.00 | Fair | CLR | 80.4 | 70 | | | 71% | | 84 | 30.06 | | 0.0 | | |
| 19 | 09:35 | Calm | 10.00 | Fair | CLR | 79.2 | 70.5 | | | 75% | | 82 | 30.06 | | 0.0 | | |
| 19 | 09:15 | Calm | 10.00 | Fair | CLR | 77.5 | 70.9 | | | 80% | | 79 | 30.06 | | 0.0 | | |
| 19 | 08:55 | Calm | 10.00 | Fair | CLR | 75.7 | 71.1 | | | 85% | | 76 | 30.06 | | 0.0 | | |
| 19 | 08:35 | Calm | 10.00 | Fair | CLR | 73.8 | 70.2 | | | 89% | | | 30.05 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



**NATIONAL WEATHER SERVICE**
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 12:15 | SW 3 | 10.00 | Fair | CLR | 87.1 | 67.8 | | | 53% | | 90 | 30.06 | | 0.0 | | |
| 19 | 11:55 | Calm | 10.00 | Fair | CLR | 85.6 | 68.9 | | | 57% | | 90 | 30.07 | | 0.0 | | |
| 19 | 11:35 | Calm | 10.00 | Fair | CLR | 84.6 | 70.3 | | | 62% | | 89 | 30.07 | | 0.0 | | |
| 19 | 11:15 | NW 3 | 10.00 | Fair | CLR | 83.3 | 70.7 | | | 66% | | 88 | 30.07 | | 0.0 | | |
| 19 | 10:55 | N 3 | 10.00 | Fair | CLR | 82.8 | 71.1 | | | 68% | | 87 | 30.07 | | 0.0 | | |
| 19 | 10:35 | Calm | 10.00 | Fair | CLR | 81.9 | 71.1 | | | 70% | | 86 | 30.07 | | 0.0 | | |
| 19 | 10:15 | N 3 | 10.00 | Fair | CLR | 81.7 | 69.8 | | | 67% | | 85 | 30.06 | | 0.0 | | |
| 19 | 09:55 | Calm | 10.00 | Fair | CLR | 80.4 | 70 | | | 71% | | 84 | 30.06 | | 0.0 | | |
| 19 | 09:35 | Calm | 10.00 | Fair | CLR | 79.2 | 70.5 | | | 75% | | 82 | 30.06 | | 0.0 | | |
| 19 | 09:15 | Calm | 10.00 | Fair | CLR | 77.5 | 70.9 | | | 80% | | 79 | 30.06 | | 0.0 | | |
| 19 | 08:55 | Calm | 10.00 | Fair | CLR | 75.7 | 71.1 | | | 85% | | 76 | 30.06 | | 0.0 | | |
| 19 | 08:35 | Calm | 10.00 | Fair | CLR | 73.8 | 70.2 | | | 89% | | | 30.05 | | 0.0 | | |
| 19 | 08:15 | Calm | 10.00 | Fair | CLR | 71.8 | 69.6 | | | 93% | | | 30.05 | | 0.0 | | |
| 19 | 07:55 | Calm | 10.00 | Fair | CLR | 69.6 | 68.4 | | | 96% | | | 30.05 | | 0.0 | | |
| 19 | 07:35 | Calm | 10.00 | Fair | CLR | 67.1 | 66 | | | 96% | | | 30.05 | | 0.0 | | |
| 19 | 07:15 | Calm | 10.00 | Fair | CLR | 66.2 | 65.1 | | | 96% | | | 30.05 | | 0.0 | | |
| 19 | 06:55 | Calm | 10.00 | Fair | CLR | 66.2 | 65.3 | 69.1 | 66.2 | 97% | | | 30.05 | | 0.0 | | |
| 19 | 06:35 | Calm | 10.00 | Fair | CLR | 67.1 | 65.8 | | | 96% | | | 30.05 | | 0.0 | | |
| 19 | 06:15 | Calm | 10.00 | Fair | CLR | 66.4 | 64.9 | | | 95% | | | 30.04 | | 0.0 | | |
| 19 | 05:55 | Calm | 10.00 | Fair | CLR | 66.6 | 65.3 | | | 96% | | | 30.04 | | 0.0 | | |
| 19 | 05:35 | Calm | 10.00 | Fair | CLR | 66.7 | 65.3 | | | 95% | | | 30.03 | | 0.0 | | |
| 19 | 05:15 | Calm | 10.00 | Fair | CLR | 67.6 | 66.6 | | | 96% | | | 30.03 | | 0.0 | | |
| 19 | 04:55 | Calm | 10.00 | Fair | CLR | 67.5 | 66.2 | | | 96% | | | 30.02 | | 0.0 | | |
| 19 | 04:35 | Calm | 10.00 | Fair | CLR | 68 | 66.4 | | | 95% | | | 30.02 | | 0.0 | | |
| 19 | 04:15 | Calm | 10.00 | Fair | CLR | 68.4 | 66.4 | | | 93% | | | 30.02 | | 0.0 | | |
| 19 | 03:55 | Calm | 10.00 | Fair | CLR | 68 | 66.2 | | | 94% | | | 30.02 | | 0.0 | | |
| 19 | 03:35 | Calm | 10.00 | Fair | CLR | 68.2 | 65.5 | | | 91% | | | 30.02 | | 0.0 | | |
| 19 | 03:15 | Calm | 10.00 | Fair | CLR | 68.9 | 66.4 | | | 92% | | | 30.01 | | 0.0 | | |
| 19 | 02:55 | Calm | 10.00 | Fair | CLR | 68.5 | 65.8 | | | 91% | | | 30.01 | | 0.0 | | |
| 19 | 02:35 | Calm | 10.00 | Fair | CLR | 68.4 | 66.2 | | | 93% | | | 30.01 | | 0.0 | | |
| 19 | 02:15 | Calm | 10.00 | Fair | CLR | 68.4 | 65.8 | | | 92% | | | 30.01 | | 0.0 | | |
| 19 | 01:55 | W 3 | 10.00 | Fair | CLR | 68.4 | 65.8 | | | 92% | | | 30.01 | | 0.0 | | |
| 19 | 01:35 | Calm | 10.00 | Fair | CLR | 68.9 | 66.4 | | | 92% | | | 30.01 | | 0.0 | | |
| 19 | 01:15 | Calm | 10.00 | Fair | CLR | 68.9 | 65.8 | | | 90% | | | 30.01 | | 0.0 | | |
| 19 | 00:55 | Calm | 10.00 | Fair | CLR | 69.1 | 65.7 | 85.1 | 68.9 | 89% | | | 30.02 | | 0.0 | | |
| 19 | 00:35 | Calm | 10.00 | Fair | CLR | 68.9 | 65.3 | | | 88% | | | 30.02 | | 0.0 | | |
| 19 | 00:15 | Calm | 10.00 | Fair | CLR | 69.8 | 66 | | | 88% | | | 30.02 | | 0.0 | | |
| 18 | 23:55 | Calm | 10.00 | Fair | CLR | 70 | 66.2 | | | 88% | | | 30.02 | | 0.0 | | |
| 18 | 23:35 | Calm | 10.00 | Fair | CLR | 70.2 | 65.8 | | | 86% | | | 30.02 | | 0.0 | | |
| 18 | 23:15 | Calm | 10.00 | Fair | CLR | 70 | 65.5 | | | 86% | | | 30.02 | | 0.0 | | |
| 18 | 22:55 | Calm | 10.00 | Fair | CLR | 72 | 66.2 | | | 82% | | | 30.02 | | 0.0 | | |
| 18 | 22:35 | Calm | 10.00 | Fair | CLR | 72.5 | 66.6 | | | 82% | | | 30.02 | | 0.0 | | |
| 18 | 22:15 | Calm | 10.00 | Fair | CLR | 72.5 | 65.7 | | | 79% | | | 30.02 | | 0.0 | | |
| 18 | 21:55 | Calm | 10.00 | Fair | CLR | 73.6 | 65.5 | | | 76% | | | 30.01 | | 0.0 | | |
| 18 | 21:35 | Calm | 10.00 | Fair | CLR | 72.9 | 65.3 | | | 77% | | | 30.01 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (°F) — Pressure — Precipitation (in)

VOTE002814

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 21:15 | Calm | 10.00 | Fair | CLR | 74.7 | 64 | | | 70% | | | 30.01 | | 0.0 | | |
| 18 | 20:55 | S 3 | 10.00 | Fair | CLR | 76.5 | 63.9 | | | 65% | | 78 | 30 | | 0.0 | | |
| 18 | 20:35 | Calm | 10.00 | Fair | CLR | 77.4 | 62.4 | | | 60% | | 79 | 29.99 | | 0.0 | | |
| 18 | 20:15 | S 3 | 10.00 | Fair | CLR | 77 | 63.5 | | | 63% | | 79 | 29.99 | | 0.0 | | |
| 18 | 19:55 | Calm | 10.00 | Fair | CLR | 79.2 | 61.3 | | | 55% | | 80 | 29.98 | | 0.0 | | |
| 18 | 19:35 | SW 3 | 10.00 | Fair | CLR | 81 | 61.2 | | | 51% | | 82 | 29.97 | | 0.0 | | |
| 18 | 19:15 | SW 3 | 10.00 | Fair | CLR | 83.1 | 60.1 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 18 | 18:55 | SW 3 | 0.00 | NULL | NULL | 85.3 | 59 | | | 41% | | 85 | 29.97 | | 0.0 | | |
| 18 | 11:55 | W 3 | 10.00 | Fair | CLR | 86.5 | 65.8 | | | 50% | | 89 | 30.05 | | 0.0 | | |
| 18 | 11:35 | NW 5 | 10.00 | Fair | CLR | 85.8 | 67.6 | | | 55% | | 89 | 30.05 | | 0.0 | | |
| 18 | 11:15 | W 3 | 10.00 | Fair | CLR | 84.7 | 64.2 | | | 50% | | 86 | 30.06 | | 0.0 | | |
| 18 | 10:55 | Calm | 10.00 | Fair | CLR | 83.7 | 70.3 | | | 64% | | 88 | 30.06 | | 0.0 | | |
| 18 | 10:35 | Calm | 10.00 | Fair | CLR | 82.2 | 70.3 | | | 67% | | 86 | 30.06 | | 0.0 | | |
| 18 | 10:15 | Calm | 10.00 | Fair | CLR | 81.3 | 70 | | | 69% | | 85 | 30.06 | | 0.0 | | |
| 18 | 09:55 | Calm | 10.00 | Fair | CLR | 79.7 | 70 | | | 72% | | 83 | 30.06 | | 0.0 | | |
| 18 | 09:35 | Calm | 10.00 | Fair | CLR | 78.6 | 69.6 | | | 74% | | 81 | 30.05 | | 0.0 | | |
| 18 | 09:15 | Calm | 10.00 | Fair | CLR | 77 | 69.4 | | | 78% | | 79 | 30.05 | | 0.0 | | |
| 18 | 08:55 | Calm | 7.00 | Fair | CLR | 75.2 | 70.3 | | | 85% | | 75 | 30.05 | | 0.0 | | |
| 18 | 08:35 | Calm | 7.00 | Fair | CLR | 72.1 | 70.3 | | | 94% | | | 30.04 | | 0.0 | | |
| 18 | 08:15 | Calm | 7.00 | Fair | CLR | 70.2 | 69.4 | | | 98% | | | 30.04 | | 0.0 | | |
| 18 | 07:55 | Calm | 2.00 | Fog/Mist | BKN001 | 68.2 | 67.6 | | | 98% | | | 30.04 | | 0.0 | | |
| 18 | 07:35 | Calm | 0.15 | Fog | OVC001 | 65.7 | 65.1 | | | 98% | | | 30.03 | | 0.0 | | |
| 18 | 07:15 | Calm | 0.15 | Fog | OVC003 | 65.5 | 64.8 | | | 98% | | | 30.03 | | 0.0 | | |
| 18 | 06:55 | Calm | 5.00 | Fog/Mist | BKN003 | 66 | 65.3 | 69.8 | 65.7 | 98% | | | 30.03 | | 0.0 | | |
| 18 | 06:35 | Calm | 4.00 | Fog/Mist | SCT003 | 66.2 | 65.3 | | | 97% | | | 30.02 | | 0.0 | | |
| 18 | 06:15 | Calm | 5.00 | Fog/Mist | CLR | 66.2 | 65.3 | | | 97% | | | 30.01 | | 0.0 | | |
| 18 | 05:55 | Calm | 7.00 | Fair | CLR | 66.6 | 65.5 | | | 96% | | | 30.01 | | 0.0 | | |
| 18 | 05:35 | Calm | 10.00 | Fair | CLR | 66.9 | 65.8 | | | 96% | | | 30.01 | | 0.0 | | |
| 18 | 05:15 | Calm | 10.00 | Fair | CLR | 67.1 | 66 | | | 96% | | | 30 | | 0.0 | | |
| 18 | 04:55 | Calm | 10.00 | Fair | CLR | 67.5 | 66.2 | | | 96% | | | 30 | | 0.0 | | |
| 18 | 04:35 | Calm | 10.00 | Fair | CLR | 67.6 | 66.2 | | | 95% | | | 30 | | 0.0 | | |
| 18 | 04:15 | Calm | 10.00 | Fair | CLR | 68 | 66.6 | | | 95% | | | 30 | | 0.0 | | |
| 18 | 03:55 | Calm | 10.00 | Fair | CLR | 68 | 66.6 | | | 95% | | | 30 | | 0.0 | | |
| 18 | 03:35 | Calm | 10.00 | Fair | CLR | 68.2 | 66.2 | | | 93% | | | 30 | | 0.0 | | |
| 18 | 03:15 | Calm | 10.00 | Fair | CLR | 68.4 | 66.6 | | | 94% | | | 30 | | 0.0 | | |
| 18 | 02:55 | Calm | 10.00 | Fair | CLR | 68.4 | 66.6 | | | 94% | | | 30 | | 0.0 | | |
| 18 | 02:35 | Calm | 10.00 | Fair | CLR | 68.7 | 66.9 | | | 94% | | | 30 | | 0.0 | | |
| 18 | 02:15 | Calm | 10.00 | Fair | CLR | 69.1 | 67.1 | | | 93% | | | 30 | | 0.0 | | |
| 18 | 01:55 | Calm | 10.00 | Fair | CLR | 69.1 | 67.1 | | | 93% | | | 30 | | 0.0 | | |
| 18 | 01:35 | Calm | 10.00 | Fair | CLR | 69.6 | 67.1 | | | 92% | | | 30.01 | | 0.0 | | |
| 18 | 01:15 | Calm | 10.00 | Fair | CLR | 69.4 | 67.1 | | | 92% | | | 30 | | 0.0 | | |
| 18 | 00:55 | Calm | 10.00 | Fair | CLR | 69.6 | 67.1 | 76.6 | 69.6 | 92% | | | 30.01 | | 0.0 | | |
| 18 | 00:35 | Calm | 10.00 | Fair | CLR | 69.8 | 67.1 | | | 91% | | | 30.01 | | 0.0 | | |
| 18 | 00:15 | Calm | 10.00 | Fair | CLR | 70.5 | 67.6 | | | 91% | | | 30.02 | | 0.0 | | |
| 17 | 23:55 | Calm | 10.00 | Fair | CLR | 71.1 | 68 | | | 90% | | | 30.02 | | 0.0 | | |
| 17 | 23:35 | Calm | 10.00 | Fair | CLR | 71.6 | 67.6 | | | 87% | | | 30.02 | | 0.0 | | |
| 17 | 23:15 | Calm | 10.00 | Partly Cloudy | SCT060 SCT080 SCT110 | 72 | 67.8 | | | 87% | | | 30.03 | | 0.0 | | |
| 17 | 22:55 | Calm | 10.00 | Mostly Cloudy | BKN060 BKN080 BKN110 | 72 | 68.2 | | | 88% | | | 30.03 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (ºF) | | 6 hour | | | | | Pressure | | Precipitation (in) | | |

VOTE002815

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 22:35 | Calm | 10.00 | Mostly Cloudy | BKN060 BKN080 BKN100 | 72.1 | 68 | | | 87% | | | 30.03 | | 0.0 | | |
| 17 | 22:15 | Calm | 10.00 | Mostly Cloudy | BKN065 BKN070 | 72.3 | 68 | | | 86% | | | 30.03 | | 0.0 | | |
| 17 | 21:55 | Calm | 10.00 | Partly Cloudy | SCT050 SCT070 | 72.5 | 68 | | | 86% | | | 30.02 | | 0.0 | | |
| 17 | 21:35 | W 3 | 10.00 | Partly Cloudy | SCT050 | 72.5 | 67.5 | | | 84% | | | 30.02 | | 0.0 | | |
| 17 | 21:15 | Calm | 10.00 | Fair | CLR | 73.2 | 67.1 | | | 81% | | | 30.01 | | 0.0 | | |
| 17 | 20:55 | Calm | 10.00 | Fair | CLR | 73.6 | 67.1 | | | 80% | | | 30 | | 0.0 | | |
| 17 | 20:35 | W 5 | 10.00 | Fair | CLR | 73.6 | 66.7 | | | 79% | | | 29.99 | | 0.0 | | |
| 17 | 20:15 | Calm | 10.00 | Fair | CLR | 73.4 | 67.1 | | | 81% | | | 29.99 | | 0.0 | | |
| 17 | 19:55 | Calm | 10.00 | Fair | CLR | 74.5 | 67.1 | | | 78% | | | 29.99 | | 0.0 | | |
| 17 | 19:35 | SE 5 | 10.00 | Mostly Cloudy | BKN050 BKN065 | 75.7 | 66.4 | | | 73% | | 77 | 30 | | 0.0 | | |
| 17 | 19:15 | Calm | 10.00 | Overcast | OVC050 | 76.5 | 66.2 | | | 71% | | 78 | 30 | | 0.0 | | |
| 17 | 18:55 | Calm | 10.00 | Mostly Cloudy | BKN050 | 76.5 | 65.8 | | | 70% | | 78 | 30 | | 0.0 | | |
| 17 | 18:35 | S 3 | 10.00 | Fair | CLR | 76.8 | 66.2 | | | 70% | | 79 | 29.99 | | 0.0 | | |
| 17 | 18:15 | S 7 | 10.00 | Fair | CLR | 77.9 | 66.2 | | | 67% | | 80 | 29.99 | | 0.0 | | |
| 17 | 17:55 | S 9 | 10.00 | Fair | CLR | 79.7 | 63.9 | | | 59% | | 81 | 29.99 | | 0.0 | | |
| 17 | 17:35 | S 10 | 10.00 | NULL | NULL | 80.6 | 64.2 | | | 58% | | 82 | 29.98 | | 0.0 | | |
| 17 | 17:20 | SW 13 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.97 | | 0.0 | | |
| 17 | 14:35 | Calm | 10.00 | Fair | CLR | 89.6 | 70.7 | | | 54% | | 96 | 29.99 | | 0.0 | | |
| 17 | 14:15 | SW 3 | 10.00 | Fair | CLR | 89.1 | 71.1 | | | 55% | | 95 | 30 | | 0.0 | | |
| 17 | 13:55 | Calm | 10.00 | Mostly Cloudy | SCT046 SCT050 BKN060 | 86.9 | 70.7 | | | 59% | | 92 | 30.02 | | 0.0 | | |
| 17 | 13:35 | Calm | 10.00 | Overcast | OVC044 | 88.3 | 70 | | | 55% | | 93 | 30.02 | | 0.0 | | |
| 17 | 13:15 | S 3 | 10.00 | Mostly Cloudy | BKN042 BKN060 | 89.8 | 71.2 | | | 54% | | 96 | 30.03 | | 0.0 | | |
| 17 | 12:55 | E 6 | 10.00 | Partly Cloudy | SCT038 SCT060 | 88.9 | 70.3 | 88.9 | 69.4 | 54% | | 94 | 30.04 | | 0.0 | | |
| 17 | 12:35 | SE 3 | 10.00 | Partly Cloudy | SCT036 | 88.2 | 72 | | | 59% | | 95 | 30.05 | | 0.0 | | |
| 17 | 12:15 | Calm | 10.00 | Partly Cloudy | SCT036 | 86.2 | 71.1 | | | 61% | | 92 | 30.05 | | 0.0 | | |
| 17 | 11:55 | S 3 | 10.00 | Fair | CLR | 86.2 | 71.4 | | | 62% | | 92 | 30.06 | | 0.0 | | |
| 17 | 11:35 | E 3 | 10.00 | Fair | CLR | 86 | 71.4 | | | 62% | | 92 | 30.07 | | 0.0 | | |
| 17 | 11:15 | Calm | 10.00 | Fair | CLR | 84.2 | 71.4 | | | 66% | | 89 | 30.07 | | 0.0 | | |
| 17 | 10:55 | Calm | 10.00 | Fair | CLR | 83.8 | 71.8 | | | 67% | | 89 | 30.07 | | 0.0 | | |
| 17 | 10:35 | Calm | 10.00 | Fair | CLR | 82.4 | 70.7 | | | 68% | | 87 | 30.07 | | 0.0 | | |
| 17 | 10:15 | Calm | 10.00 | Fair | CLR | 81.7 | 71.8 | | | 72% | | 86 | 30.08 | | 0.0 | | |
| 17 | 09:55 | Calm | 10.00 | Fair | CLR | 79.5 | 71.1 | | | 75% | | 83 | 30.08 | | 0.0 | | |
| 17 | 09:35 | Calm | 10.00 | Partly Cloudy | SCT065 | 78.6 | 71.8 | | | 80% | | 81 | 30.08 | | 0.0 | | |
| 17 | 09:15 | Calm | 10.00 | Partly Cloudy | SCT065 | 77.5 | 70.5 | | | 79% | | 79 | 30.08 | | 0.0 | | |
| 17 | 08:55 | Calm | 10.00 | Fair | CLR | 75.6 | 71.6 | | | 88% | | 75 | 30.08 | | 0.0 | | |
| 17 | 08:35 | Calm | 7.00 | Partly Cloudy | SCT070 | 72.7 | 70 | | | 91% | | | 30.08 | | 0.0 | | |
| 17 | 08:15 | Calm | 7.00 | Thunderstorm in Vicinity | SCT070 | 72 | 70 | | | 94% | | | 30.08 | | 0.0 | | |
| 17 | 07:55 | Calm | 10.00 | Partly Cloudy | SCT070 | 71.6 | 69.4 | | | 93% | | | 30.08 | | 0.0 | | |
| 17 | 07:35 | Calm | 10.00 | Partly Cloudy | SCT070 | 70.2 | 68.5 | | | 95% | | | 30.08 | | 0.0 | | |
| 17 | 07:15 | Calm | 10.00 | Fair | CLR | 70 | 68.4 | | | 95% | | | 30.07 | | 0.0 | | |
| 17 | 06:55 | Calm | 10.00 | Fair | CLR | 69.6 | 68 | 74.3 | 69.4 | 95% | | | 30.07 | | 0.0 | | |
| 17 | 06:35 | Calm | 10.00 | Fair | CLR | 69.8 | 68 | | | 94% | | | 30.07 | | 0.0 | | |
| 17 | 06:15 | Calm | 10.00 | Fair | CLR | 70.2 | 68.4 | | | 94% | | | 30.07 | | 0.0 | | |
| 17 | 05:55 | Calm | 10.00 | Partly Cloudy | SCT090 | 70.2 | 68.4 | | | 94% | | | 30.06 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE002816

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 13:35 | Calm | 10.00 | Overcast | OVC044 | 88.3 | 70 | | | 55% | | 93 | 30.02 | | 0.0 | | |
| 17 | 13:15 | S 3 | 10.00 | Mostly Cloudy | BKN042 BKN060 | 89.8 | 71.2 | | | 54% | | 96 | 30.03 | | 0.0 | | |
| 17 | 12:55 | E 6 | 10.00 | Partly Cloudy | SCT038 SCT060 | 88.9 | 70.3 | 88.9 | 69.4 | 54% | | 94 | 30.04 | | 0.0 | | |
| 17 | 12:35 | SE 3 | 10.00 | Partly Cloudy | SCT036 | 88.2 | 72 | | | 59% | | 95 | 30.05 | | 0.0 | | |
| 17 | 12:15 | Calm | 10.00 | Partly Cloudy | SCT036 | 86.2 | 71.1 | | | 61% | | 92 | 30.05 | | 0.0 | | |
| 17 | 11:55 | S 3 | 10.00 | Fair | CLR | 86.2 | 71.4 | | | 62% | | 92 | 30.06 | | 0.0 | | |
| 17 | 11:35 | E 3 | 10.00 | Fair | CLR | 86 | 71.4 | | | 62% | | 92 | 30.07 | | 0.0 | | |
| 17 | 11:15 | Calm | 10.00 | Fair | CLR | 84.2 | 71.4 | | | 66% | | 89 | 30.07 | | 0.0 | | |
| 17 | 10:55 | Calm | 10.00 | Fair | CLR | 83.8 | 71.8 | | | 67% | | 89 | 30.07 | | 0.0 | | |
| 17 | 10:35 | Calm | 10.00 | Fair | CLR | 82.4 | 70.7 | | | 68% | | 87 | 30.07 | | 0.0 | | |
| 17 | 10:15 | Calm | 10.00 | Fair | CLR | 81.7 | 71.8 | | | 72% | | 86 | 30.08 | | 0.0 | | |
| 17 | 09:55 | Calm | 10.00 | Fair | CLR | 79.5 | 71.1 | | | 75% | | 83 | 30.08 | | 0.0 | | |
| 17 | 09:35 | Calm | 10.00 | Partly Cloudy | SCT065 | 78.6 | 71.8 | | | 80% | | 81 | 30.08 | | 0.0 | | |
| 17 | 09:15 | Calm | 10.00 | Partly Cloudy | SCT065 | 77.5 | 70.5 | | | 79% | | 79 | 30.08 | | 0.0 | | |
| 17 | 08:55 | Calm | 10.00 | Fair | CLR | 75.6 | 71.6 | | | 88% | | 75 | 30.08 | | 0.0 | | |
| 17 | 08:35 | Calm | 7.00 | Partly Cloudy | SCT070 | 72.7 | 70 | | | 91% | | | 30.08 | | 0.0 | | |
| 17 | 08:15 | Calm | 7.00 | Thunderstorm in Vicinity | SCT070 | 72 | 70 | | | 94% | | | 30.08 | | 0.0 | | |
| 17 | 07:55 | Calm | 10.00 | Partly Cloudy | SCT070 | 71.6 | 69.4 | | | 93% | | | 30.08 | | 0.0 | | |
| 17 | 07:35 | Calm | 10.00 | Partly Cloudy | SCT070 | 70.2 | 68.5 | | | 95% | | | 30.08 | | 0.0 | | |
| 17 | 07:15 | Calm | 10.00 | Fair | CLR | 70 | 68.4 | | | 95% | | | 30.07 | | 0.0 | | |
| 17 | 06:55 | Calm | 10.00 | Fair | CLR | 69.6 | 68 | 74.3 | 69.4 | 95% | | | 30.07 | | 0.0 | | |
| 17 | 06:35 | Calm | 10.00 | Fair | CLR | 69.8 | 68 | | | 94% | | | 30.07 | | 0.0 | | |
| 17 | 06:15 | Calm | 10.00 | Fair | CLR | 70.2 | 68.4 | | | 94% | | | 30.07 | | 0.0 | | |
| 17 | 05:55 | Calm | 10.00 | Partly Cloudy | SCT090 | 70.2 | 68.4 | | | 94% | | | 30.06 | | 0.0 | | |
| 17 | 05:35 | Calm | 10.00 | Mostly Cloudy | BKN090 | 70.2 | 68.4 | | | 94% | | | 30.06 | | 0.0 | | |
| 17 | 05:15 | Calm | 10.00 | Thunderstorm in Vicinity | SCT090 | 70.2 | 68.4 | | | 94% | | | 30.06 | | 0.0 | | |
| 17 | 04:55 | Calm | 10.00 | Fair | CLR | 70.3 | 68.4 | | | 93% | | | 30.05 | | 0.0 | | |
| 17 | 04:35 | Calm | 10.00 | Partly Cloudy | SCT090 | 70.2 | 68.4 | | | 94% | | | 30.05 | | 0.0 | | |
| 17 | 04:15 | Calm | 10.00 | Fair | CLR | 70.3 | 68.4 | | | 93% | | | 30.05 | | 0.0 | | |
| 17 | 03:55 | Calm | 10.00 | Fair | CLR | 70.3 | 68.5 | | | 94% | | | 30.05 | | 0.0 | | |
| 17 | 03:35 | Calm | 10.00 | Fair | CLR | 70.2 | 68.2 | | | 93% | | | 30.05 | | 0.0 | | |
| 17 | 03:15 | Calm | 10.00 | Fair | CLR | 70.9 | 68.5 | | | 92% | | | 30.05 | | 0.0 | | |
| 17 | 02:55 | Calm | 10.00 | Fair | CLR | 71.8 | 68.5 | | | 90% | | | 30.05 | | 0.0 | | |
| 17 | 02:35 | Calm | 10.00 | Fair | CLR | 72.1 | 68.7 | | | 89% | | | 30.05 | | 0.0 | | |
| 17 | 02:15 | Calm | 10.00 | Fair | CLR | 72.5 | 68.9 | | | 89% | | | 30.06 | | 0.0 | | |
| 17 | 01:55 | Calm | 10.00 | Fair | CLR | 72.5 | 68.4 | | | 87% | | | 30.06 | | 0.0 | | |
| 17 | 01:35 | Calm | 10.00 | Fair | CLR | 72.9 | 67.8 | | | 84% | | | 30.06 | | 0.0 | | |
| 17 | 01:15 | Calm | 10.00 | Fair | CLR | 73.6 | 67.6 | | | 82% | | | 30.06 | | 0.0 | | |
| 17 | 00:55 | S 3 | 10.00 | Fair | CLR | 73.8 | 67.8 | 81.7 | 73.3 | 82% | | | 30.06 | | 0.0 | | |
| 17 | 00:35 | Calm | 10.00 | Fair | CLR | 73.4 | 68.2 | | | 84% | | | 30.06 | | 0.0 | | |
| 17 | 00:15 | Calm | 10.00 | Fair | CLR | 74.8 | 68.4 | | | 80% | | | 30.06 | | 0.0 | | |
| 16 | 23:55 | S 3 | 10.00 | Fair | CLR | 74.3 | 68.2 | | | 81% | | | 30.06 | | 0.0 | | |

VOTE002802

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 23:35 | Calm | 10.00 | Fair | CLR | 74.5 | 69.1 | | | 83% | | | 30.06 | | 0.0 | | |
| 16 | 23:15 | SE 5 | 10.00 | Fair | CLR | 75.9 | 69.1 | | | 79% | | 77 | 30.07 | | 0.0 | | |
| 16 | 22:55 | Calm | 10.00 | Fair | CLR | 76.1 | 69.1 | | | 79% | | 77 | 30.08 | | 0.0 | | |
| 16 | 22:35 | S 3 | 10.00 | Fair | CLR | 76.1 | 69.3 | | | 79% | | 77 | 30.08 | | 0.0 | | |
| 16 | 22:15 | Calm | 10.00 | Fair | CLR | 75.4 | 69.8 | | | 83% | | 76 | 30.07 | | 0.0 | | |
| 16 | 21:55 | Calm | 10.00 | Fair | CLR | 76.3 | 70.7 | | | 83% | | 77 | 30.07 | | 0.0 | | |
| 16 | 21:35 | SE 3 | 10.00 | Fair | CLR | 77.9 | 70 | | | 77% | | 80 | 30.07 | | 0.0 | | |
| 16 | 21:15 | Calm | 10.00 | Fair | CLR | 77.9 | 71.2 | | | 80% | | 80 | 30.07 | | 0.0 | | |
| 16 | 20:55 | Calm | 10.00 | Fair | CLR | 78.1 | 71.6 | | | 81% | | 80 | 30.07 | | 0.0 | | |
| 16 | 20:35 | S 5 | 10.00 | Fair | CLR | 78.8 | 72 | | | 80% | | 82 | 30.06 | | 0.0 | | |
| 16 | 20:15 | NE 3 | 10.00 | Fair | CLR | 79.5 | 72.1 | | | 78% | | 83 | 30.06 | | 0.0 | | |
| 16 | 19:55 | N 5 | 10.00 | NULL | NULL | 80.2 | 71.8 | | | 75% | | 84 | 30.05 | | 0.0 | | |
| 16 | 17:15 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.02 | | | | |
| 16 | 16:35 | SW 8 | 10.00 | NULL | NULL | 82.6 | 64.6 | | | 55% | | 84 | 30.04 | | 0.0 | | |
| 16 | 12:15 | N 3 | 10.00 | Fair | CLR | 86.7 | 69.3 | | | 56% | | 91 | 30.11 | | 0.0 | | |
| 16 | 11:55 | NW 3 | 10.00 | Fair | CLR | 85.8 | 71.6 | | | 63% | | 92 | 30.12 | | 0.0 | | |
| 16 | 11:35 | E 3 | 10.00 | Fair | CLR | 85.6 | 70.5 | | | 61% | | 91 | 30.13 | | 0.0 | | |
| 16 | 11:15 | N 3 | 10.00 | Fair | CLR | 84.2 | 70.5 | | | 64% | | 89 | 30.13 | | 0.0 | | |
| 16 | 10:55 | N 5 | 10.00 | Fair | CLR | 83.8 | 70.3 | | | 64% | | 88 | 30.14 | | 0.0 | | |
| 16 | 10:35 | Calm | 10.00 | Fair | CLR | 82.8 | 69.4 | | | 64% | | 86 | 30.14 | | 0.0 | | |
| 16 | 10:15 | E 3 | 10.00 | Fair | CLR | 81.3 | 70.3 | | | 69% | | 85 | 30.14 | | 0.0 | | |
| 16 | 09:55 | Calm | 10.00 | Fair | CLR | 80.2 | 71.2 | | | 74% | | 84 | 30.14 | | 0.0 | | |
| 16 | 09:35 | Calm | 10.00 | Partly Cloudy | SCT090 | 78.8 | 70.3 | | | 75% | | 81 | 30.14 | | 0.0 | | |
| 16 | 09:15 | Calm | 10.00 | Partly Cloudy | SCT090 | 77.7 | 70.7 | | | 79% | | 80 | 30.14 | | 0.0 | | |
| 16 | 08:55 | Calm | 10.00 | Fair | CLR | 75.9 | 70.9 | | | 84% | | 76 | 30.13 | | 0.0 | | |
| 16 | 08:35 | Calm | 10.00 | Partly Cloudy | SCT085 | 74.1 | 70 | | | 87% | | | 30.13 | | 0.0 | | |
| 16 | 08:15 | Calm | 10.00 | Fair | CLR | 73.6 | 70 | | | 89% | | | 30.13 | | 0.0 | | |
| 16 | 07:55 | Calm | 10.00 | Fair | CLR | 71.8 | 70 | | | 94% | | | 30.12 | | 0.0 | | |
| 16 | 07:35 | Calm | 10.00 | Fair | CLR | 70 | 68.7 | | | 96% | | | 30.11 | | 0.0 | | |
| 16 | 07:15 | Calm | 7.00 | Fair | CLR | 68.9 | 67.6 | | | 96% | | | 30.11 | | 0.0 | | |
| 16 | 06:55 | Calm | 10.00 | Fair | CLR | 69.1 | 68 | 72.9 | 68.4 | 96% | | | 30.1 | | 0.0 | | |
| 16 | 06:35 | Calm | 10.00 | Fair | CLR | 69.1 | 67.8 | | | 96% | | | 30.1 | | 0.0 | | |
| 16 | 06:15 | Calm | 10.00 | Fair | CLR | 69.3 | 68 | | | 96% | | | 30.09 | | 0.0 | | |
| 16 | 05:55 | Calm | 7.00 | Fair | CLR | 69.4 | 68.2 | | | 96% | | | 30.09 | | 0.0 | | |
| 16 | 05:35 | Calm | 10.00 | Fair | CLR | 69.8 | 68.2 | | | 95% | | | 30.08 | | 0.0 | | |
| 16 | 05:15 | Calm | 10.00 | Fair | CLR | 70.2 | 68.4 | | | 94% | | | 30.07 | | 0.0 | | |
| 16 | 04:55 | Calm | 10.00 | Fair | CLR | 69.8 | 68.2 | | | 95% | | | 30.07 | | 0.0 | | |
| 16 | 04:35 | Calm | 10.00 | Fair | CLR | 70 | 68.2 | | | 94% | | | 30.07 | | 0.0 | | |
| 16 | 04:15 | Calm | 10.00 | Fair | CLR | 70.7 | 68.4 | | | 92% | | | 30.07 | | 0.0 | | |
| 16 | 03:55 | Calm | 10.00 | Fair | CLR | 70.9 | 68.7 | | | 93% | | | 30.07 | | 0.0 | | |
| 16 | 03:35 | Calm | 10.00 | Fair | CLR | 71.1 | 68.9 | | | 93% | | | 30.07 | | 0.0 | | |
| 16 | 03:15 | Calm | 10.00 | Fair | CLR | 70.7 | 68.7 | | | 93% | | | 30.07 | | 0.0 | | |
| 16 | 02:55 | Calm | 10.00 | Fair | CLR | 71.1 | 68.9 | | | 93% | | | 30.06 | | 0.0 | | |
| 16 | 02:35 | Calm | 10.00 | Fair | CLR | 70.7 | 68.4 | | | 92% | | | 30.07 | | 0.0 | | |
| 16 | 02:15 | Calm | 10.00 | Fair | CLR | 71.6 | 68.9 | | | 91% | | | 30.07 | | 0.0 | | |
| 16 | 01:55 | Calm | 10.00 | Fair | CLR | 71.8 | 69.1 | | | 91% | | | 30.07 | | 0.0 | | |
| 16 | 01:35 | Calm | 10.00 | Fair | CLR | 71.6 | 68.9 | | | 91% | | | 30.07 | | 0.0 | | |
| 16 | 01:15 | Calm | 10.00 | Fair | CLR | 72.1 | 69.3 | | | 91% | | | 30.07 | | 0.0 | | |
| 16 | 00:55 | Calm | 10.00 | Fair | CLR | 72.7 | 70 | 86.9 | 72.5 | 91% | | | 30.07 | | 0.0 | | |
| 16 | 00:35 | Calm | 10.00 | Fair | CLR | 72.9 | 70 | | | 91% | | | 30.06 | | 0.0 | | |
| 16 | 00:15 | Calm | 10.00 | Fair | CLR | 73.2 | 69.6 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 23:55 | Calm | 10.00 | Fair | CLR | 73.4 | 69.8 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 23:35 | Calm | 10.00 | Fair | CLR | 74.3 | 70.7 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 23:15 | Calm | 10.00 | Fair | CLR | 74.3 | 70.9 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 22:55 | Calm | 10.00 | Fair | CLR | 74.3 | 70.7 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 22:35 | Calm | 10.00 | Fair | CLR | 74.8 | 70.7 | | | 87% | | | 30.07 | | 0.0 | | |

VOTE002803

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 22:15 | Calm | 10.00 | Fair | CLR | 75.4 | 70.7 | | | 85% | | 75 | 30.06 | | 0.0 | | |
| 15 | 21:55 | Calm | 10.00 | Fair | CLR | 75.9 | 70.5 | | | 83% | | 77 | 30.06 | | 0.0 | | |
| 15 | 21:35 | Calm | 10.00 | Fair | CLR | 76.3 | 70 | | | 81% | | 77 | 30.06 | | 0.0 | | |
| 15 | 21:15 | Calm | 10.00 | Fair | CLR | 77 | 71.2 | | | 82% | | 78 | 30.05 | | 0.0 | | |
| 15 | 20:55 | Calm | 10.00 | Fair | CLR | 77.4 | 71.2 | | | 82% | | 79 | 30.05 | | 0.0 | | |
| 15 | 20:35 | Calm | 10.00 | Fair | CLR | 79.2 | 70.9 | | | 76% | | 82 | 30.04 | | 0.0 | | |
| 15 | 20:15 | Calm | 10.00 | Fair | CLR | 80.2 | 69.6 | | | 70% | | 83 | 30.04 | | 0.0 | | |
| 15 | 19:55 | Calm | 10.00 | Fair | CLR | 81.5 | 69.8 | | | 68% | | 85 | 30.03 | | 0.0 | | |
| 15 | 19:35 | Calm | 10.00 | Partly Cloudy | SCT085 | 82.4 | 69.1 | | | 64% | | 86 | 30.03 | | 0.0 | | |
| 15 | 19:15 | Calm | 10.00 | Mostly Cloudy | BKN085 | 84.2 | 69.3 | | | 61% | | 88 | 30.03 | | 0.0 | | |
| 15 | 18:55 | Calm | 10.00 | Mostly Cloudy | SCT075 BKN090 | 86.9 | 67.3 | | | 52% | | 90 | 30.03 | | 0.0 | | |
| 15 | 18:35 | Calm | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 30.03 | | 0.0 | | |
| 15 | 13:15 | N 5 | 10.00 | Fair | CLR | 86.5 | 67.1 | | | 52% | | 89 | 30.08 | | 0.0 | | |
| 15 | 12:55 | N 7 | 10.00 | Fair | CLR | 86.7 | 67.6 | 87.6 | 68.5 | 53% | | 90 | 30.09 | | 0.0 | | |
| 15 | 12:35 | NE 5 | 10.00 | Fair | CLR | 86.2 | 67.6 | | | 54% | | 89 | 30.09 | | 0.0 | | |
| 15 | 12:15 | NE 7 | 10.00 | Fair | CLR | 85.3 | 65.3 | | | 51% | | 87 | 30.1 | | 0.0 | | |
| 15 | 11:55 | N 6 | 10.00 | Fair | CLR | 86 | 68.5 | | | 56% | | 90 | 30.1 | | 0.0 | | |
| 15 | 11:35 | NE 6 | 10.00 | Fair | CLR | 85.1 | 68.7 | | | 58% | | 89 | 30.1 | | 0.0 | | |
| 15 | 11:15 | NE 6 | 10.00 | Fair | CLR | 83.8 | 69.1 | | | 61% | | 88 | 30.1 | | 0.0 | | |
| 15 | 10:55 | NE 5 | 10.00 | Fair | CLR | 82.4 | 70.3 | | | 67% | | 87 | 30.1 | | 0.0 | | |
| 15 | 10:35 | N 6 | 10.00 | Fair | CLR | 81.9 | 70.3 | | | 68% | | 86 | 30.1 | | 0.0 | | |
| 15 | 10:15 | N 5 | 10.00 | Fair | CLR | 81.1 | 70.5 | | | 70% | | 85 | 30.1 | | 0.0 | | |
| 15 | 09:55 | NE 5 | 10.00 | Fair | CLR | 82 | 71.1 | | | 69% | | 86 | 30.09 | | 0.0 | | |
| 15 | 09:35 | Calm | 10.00 | Fair | CLR | 79.7 | 70.7 | | | 74% | | 83 | 30.09 | | 0.0 | | |
| 15 | 09:15 | Calm | 10.00 | Fair | CLR | 79.2 | 70.3 | | | 74% | | 82 | 30.08 | | 0.0 | | |
| 15 | 08:55 | Calm | 10.00 | Fair | CLR | 76.8 | 72.5 | | | 87% | | 78 | 30.08 | | 0.0 | | |
| 15 | 08:35 | Calm | 10.00 | Fair | CLR | 74.3 | 71.2 | | | 90% | | | 30.08 | | 0.0 | | |
| 15 | 08:15 | Calm | 10.00 | Fair | CLR | 73.8 | 70.3 | | | 89% | | | 30.07 | | 0.0 | | |
| 15 | 07:55 | Calm | 10.00 | Fair | CLR | 72.7 | 69.8 | | | 91% | | | 30.07 | | 0.0 | | |
| 15 | 07:35 | Calm | 10.00 | Fair | CLR | 70.2 | 68.2 | | | 93% | | | 30.06 | | 0.0 | | |
| 15 | 07:15 | Calm | 10.00 | Fair | CLR | 68.5 | 66.7 | | | 94% | | | 30.06 | | 0.0 | | |
| 15 | 06:55 | Calm | 10.00 | Fair | CLR | 68.5 | 66.7 | 72.1 | 68.2 | 94% | | | 30.06 | | 0.0 | | |
| 15 | 06:35 | Calm | 10.00 | Fair | CLR | 68.9 | 67.1 | | | 94% | | | 30.05 | | 0.0 | | |
| 15 | 06:15 | Calm | 10.00 | Fair | CLR | 68.9 | 67.1 | | | 94% | | | 30.05 | | 0.0 | | |
| 15 | 05:55 | Calm | 10.00 | Fair | CLR | 68.4 | 66.7 | | | 95% | | | 30.04 | | 0.0 | | |
| 15 | 05:35 | Calm | 10.00 | Fair | CLR | 68.9 | 67.1 | | | 94% | | | 30.03 | | 0.0 | | |
| 15 | 05:15 | Calm | 10.00 | Fair | CLR | 68.9 | 67.1 | | | 94% | | | 30.03 | | 0.0 | | |
| 15 | 04:55 | Calm | 0.00 | NULL | NULL | 69.3 | 67.5 | | | 94% | | | 30.03 | | 0.0 | | |
| 15 | 04:35 | Calm | 10.00 | Partly Cloudy | SCT075 | 70 | 68 | | | 93% | | | 30.03 | | 0.0 | | |
| 15 | 04:15 | Calm | 10.00 | Partly Cloudy | SCT075 | 70.2 | 68 | | | 93% | | | 30.03 | | 0.0 | | |
| 15 | 03:55 | Calm | 10.00 | Partly Cloudy | SCT080 | 70.7 | 68.4 | | | 92% | | | 30.02 | | 0.0 | | |
| 15 | 03:35 | Calm | 10.00 | Mostly Cloudy | BKN080 | 71.6 | 68.5 | | | 90% | | | 30.02 | | 0.0 | | |
| 15 | 03:15 | Calm | 10.00 | Overcast | OVC080 | 71.6 | 68 | | | 88% | | | 30.02 | | 0.0 | | |
| 15 | 02:55 | Calm | 10.00 | Overcast | OVC080 | 70.7 | 68 | | | 91% | | | 30.02 | | 0.0 | | |
| 15 | 02:35 | Calm | 10.00 | Overcast | OVC080 | 70.3 | 67.6 | | | 91% | | | 30.02 | | 0.0 | | |
| 15 | 02:15 | Calm | 10.00 | Partly Cloudy | SCT080 | 70.7 | 67.6 | | | 90% | | | 30.02 | | 0.0 | | |
| 15 | 01:55 | Calm | 10.00 | Fair | CLR | 70.7 | 68 | | | 91% | | | 30.01 | | 0.0 | | |
| 15 | 01:35 | Calm | 10.00 | Fair | CLR | 70.9 | 67.8 | | | 90% | | | 30.01 | | 0.0 | | |
| 15 | 01:15 | Calm | 10.00 | Fair | CLR | 71.6 | 68 | | | 88% | | | 30.01 | | 0.0 | | |
| 15 | 00:55 | Calm | 10.00 | Fair | CLR | 72 | 68 | 83.7 | 72 | 87% | | | 30.01 | | 0.0 | | |
| 15 | 00:35 | Calm | 10.00 | Fair | CLR | 72.5 | 68.5 | | | 87% | | | 30.01 | | 0.0 | | |
| 15 | 00:15 | Calm | 10.00 | Fair | CLR | 72.9 | 68.9 | | | 87% | | | 30.01 | | 0.0 | | |
| 14 | 23:55 | Calm | 10.00 | Fair | CLR | 73.8 | 68.7 | | | 84% | | | 30.01 | | 0.0 | | |
| 14 | 23:35 | Calm | 10.00 | Fair | CLR | 74.3 | 68.9 | | | 83% | | | 30 | | 0.0 | | |

VOTE002804