# Exhibit B

# Daily Line Counts

Line #: 24 + 25             Date: 9/15/25

Pusher: MSgt. J. Gaines
Gun Guard: MSgt. E. Brown
Gun Guard: MSgt. J. Arrington

AM Count: 35x

PM Count: _____

**Comments:**

6:50am / Arrived @ Falcon Gate
7:10am / Checking out lines - Sun Screen offered & Taken
7:30am / 35x Checked out in Route to Pea Field.
7:45am / arrived @ Pea Field (1) Shade trailer (1) hand wash Rack
(1) Port-a-potti (4) water coolers offenders Drink @ will
8:15am / Capt Linden Rounds on Field
8:30am / Break offered
8:45am / Break over.
9:20am / Counted offenders, Turned into D-Savoy-purt - Break offered
9:35am / Break over
10:20am / Break offered
10:35am / Break over
11:00am / "Head Land" 35x in Route to Camp.D
11:16 am | 35x Returned to Camp.

VOTE002818

## Daily Line Counts

Line #: 24 + 85                    Date: 9/16/25

Pusher: MSgt. L. Skines
Gun Guard: MSgt. G. Brun
Gun Guard: MSgt. J. Ammyten

AM Count: 37x

PM Count: _____

**Comments:**

6:40am / arrived @ Falcon gate
7:15am / Checked out lines – Sunscreen offered Ø Taken
7:35am / 37x Checked out in Route to Pen Field
8:15am / arrived @ Pen Field (1) Shade trailer (1) portapoti (1) Hand wash Rack (4) water coolers offenders Drink @ will.
8:20am / Med. 3 Called for offender J. Garrett #535343 complains lower Back pains. + Offender R. Coleman #558728
8:24am / Capt. Linden Rounds on Field
9:00a / Break offered.
9:05am / Med. 3 arrived on Pen Field to evaluate offenders in need.
9:15am / Break over.
9:20am / Called in Count to Camp-D Sally-port
9:45am / Break offered
10:05am / Break over
10:50am / Break offered
11:00am / "Head Count" 37x in Route to Camp D
11:20am / 37x Returned to Camp-D.

VOTE002819

## Daily Line Counts

Line #: 24 + 25                  Date: 9/17/25

Pusher: MSgt. C. Hines
Gun Guard: MSgt. E. Brown
Gun Guard: MSgt. A. Arrington

AM Count: 33x

PM Count: _____

**Comments:**

6:40am: Arrived @ Falcon Gate
7:15am: Check my out lines - Sunscreen offered & Taken.
7:46am: 33x Checked out in Route to Potato Field.
8:00am: Arrived @ Potato Field (1) Shade trailer (1) portapsdi (1) Hand wash Rack (1) Water Coolers offenders drink @ will.
8:30am: Capt London & Lt Smith Rounds on Field
8:50am: Break offered
9:05am: Break over
9:20am: Called in Count to Camp D Sally-port
9:30am: Break offered
9:45am: Break over.
10:30am: Break offered
10:45am: Break over.
11:00am: "Head Land" 33x in Route to Camp D
11:01am: Angola announced Heat alert.
11:15am: 33x Returned to Camp.

VOTE002821

# Daily Line Counts

Line #: 24 + 25                    Date: 9/18/25

Pusher: MSgt. C. James
Gun Guard: MSgt. E. Brown
Gun Guard: MSgt. J. MayBerry

AM Count: 37x

PM Count: _____

**Comments:**

6:50am: arrived @ Falcon Gate
7:20am: Checking out Lines - SunScreen offered & Taken
7:41am: 37x Checked out in Route to Potato Field
7:50am: Arrived @ Potato Field (1) Shade Trailer (1) Portapodi (1) Hand wash Station (4) water coolers offenders Drink @ will
8:30am: Capt London Rounds on Field
8:40am: Break offered
8:55am: Break over
9:15am: Called in Count to Camp D sally-port
9:20am: Break offered
9:35am: Break over.
10:00am: Capt London + Lt Karisney Rounds on Field
10:15am: Break Offered
10:30am: Break over
10:55am: "Head Land" 37x in Route to Camp D
11:15am: 37x Returned to camp

VOTE002823