UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### RULING AND ORDER

Considering Defendants' **Unopposed Motion To Continue Trial And To Set Status Conference (Doc. 320),** in which Defendants request a continuance of the current trial scheduled to begin on January 26, 2026 due to Defense Counsel's previously scheduled jury trial for the same date,

**IT IS ORDERED** that Defendants' **Motion (Doc. 320)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that a that a telephone status conference to discuss re-scheduling the trial date be and is hereby **SET** for October 6, 2025, at 2:00 P.M. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 24th day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA