# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 05:35 | Calm | 10.00 | Fair | CLR | 62.8 | 61.9 | | | 97% | | | 29.92 | | 0.0 | | |
| 27 | 05:15 | Calm | 10.00 | Fair | CLR | 63.1 | 62.2 | | | 97% | | | 29.92 | | 0.0 | | |
| 27 | 04:55 | Calm | 10.00 | Fair | CLR | 63.1 | 62.2 | | | 97% | | | 29.91 | | 0.0 | | |
| 27 | 04:35 | Calm | 10.00 | Fair | CLR | 63.5 | 62.6 | | | 97% | | | 29.91 | | 0.0 | | |
| 27 | 04:15 | Calm | 10.00 | Fair | CLR | 63.9 | 63 | | | 97% | | | 29.91 | | 0.0 | | |
| 27 | 03:55 | Calm | 10.00 | Fair | CLR | 63.7 | 62.6 | | | 96% | | | 29.91 | | 0.0 | | |
| 27 | 03:35 | Calm | 10.00 | Fair | CLR | 64 | 63 | | | 96% | | | 29.91 | | 0.0 | | |
| 27 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT080 | 64 | 63 | | | 96% | | | 29.9 | | 0.0 | | |
| 27 | 02:55 | Calm | 10.00 | Fair | CLR | 64.4 | 63.1 | | | 96% | | | 29.9 | | 0.0 | | |
| 27 | 02:35 | Calm | 10.00 | Fair | CLR | 65.3 | 63.5 | | | 94% | | | 29.9 | | 0.0 | | |
| 27 | 02:15 | Calm | 10.00 | Fair | CLR | 66.2 | 64 | | | 93% | | | 29.9 | | 0.0 | | |
| 27 | 01:55 | Calm | 10.00 | Fair | CLR | 66.7 | 64.4 | | | 92% | | | 29.89 | | 0.0 | | |
| 27 | 01:35 | Calm | 10.00 | Fair | CLR | 66.9 | 64.4 | | | 92% | | | 29.89 | | 0.0 | | |
| 27 | 01:15 | Calm | 10.00 | Fair | CLR | 66.7 | 64.6 | | | 93% | | | 29.88 | | 0.0 | | |
| 27 | 00:55 | Calm | 10.00 | Fair | CLR | 66.7 | 64.4 | 77.4 | 66.7 | 92% | | | 29.88 | | 0.0 | | |
| 27 | 00:35 | N 3 | 10.00 | Fair | CLR | 67.3 | 64.4 | | | 91% | | | 29.88 | | 0.0 | | |
| 27 | 00:15 | Calm | 10.00 | Fair | CLR | 67.1 | 64.6 | | | 92% | | | 29.88 | | 0.0 | | |
| 26 | 23:55 | N 3 | 10.00 | Fair | CLR | 68.9 | 64.4 | | | 86% | | | 29.88 | | 0.0 | | |
| 26 | 23:35 | N 3 | 10.00 | Fair | CLR | 69.1 | 65.1 | | | 87% | | | 29.88 | | 0.0 | | |
| 26 | 23:15 | N 5 | 10.00 | Fair | CLR | 68.9 | 65.3 | | | 88% | | | 29.89 | | 0.0 | | |
| 26 | 22:55 | N 5 | 10.00 | Fair | CLR | 69.8 | 65.5 | | | 86% | | | 29.89 | | 0.0 | | |
| 26 | 22:35 | N 5 | 10.00 | Fair | CLR | 69.1 | 65.3 | | | 88% | | | 29.89 | | 0.0 | | |
| 26 | 22:15 | N 3 | 10.00 | Partly Cloudy | SCT080 | 69.4 | 65.5 | | | 87% | | | 29.89 | | 0.0 | | |
| 26 | 21:55 | Calm | 10.00 | Fair | CLR | 71.1 | 65.8 | | | 84% | | | 29.9 | | 0.0 | | |
| 26 | 21:35 | N 3 | 10.00 | Fair | CLR | 71.1 | 64.9 | | | 81% | | | 29.9 | | 0.0 | | |
| 26 | 21:15 | N 5 | 10.00 | Fair | CLR | 70.7 | 64.6 | | | 81% | | | 29.89 | | 0.0 | | |
| 26 | 20:55 | N 5 | 10.00 | Fair | CLR | 71.6 | 64.6 | | | 79% | | | 29.88 | | 0.0 | | |
| 26 | 20:35 | N 5 | 10.00 | Fair | CLR | 73 | 65.1 | | | 76% | | | 29.88 | | 0.0 | | |
| 26 | 20:15 | N 6 | 10.00 | Fair | CLR | 74.5 | 64.9 | | | 72% | | | 29.87 | | 0.0 | | |
| 26 | 19:55 | N 6 | 10.00 | Fair | CLR | 75.2 | 64.4 | | | 69% | | 77 | 29.87 | | 0.0 | | |
| 26 | 19:35 | N 5 | 10.00 | Fair | CLR | 75.2 | 65.3 | | | 71% | | 77 | 29.86 | | 0.0 | | |
| 26 | 19:15 | N 5 | 10.00 | Fair | CLR | 76.3 | 64.9 | | | 68% | | 78 | 29.86 | | 0.0 | | |
| 26 | 18:55 | N 6 | 10.00 | Fair | CLR | 77.4 | 65.3 | 83.5 | 77.4 | 66% | | 79 | 29.87 | | 0.0 | | |
| 26 | 18:35 | N 6 | 10.00 | Fair | CLR | 79.2 | 65.3 | | | 63% | | 81 | 29.87 | | 0.0 | | |
| 26 | 18:15 | N 6 | 10.00 | Fair | CLR | 80.6 | 64.9 | | | 59% | | 82 | 29.87 | | 0.0 | | |
| 26 | 17:55 | N 6 | 10.00 | Fair | CLR | 81.5 | 65.5 | | | 58% | | 83 | 29.87 | | 0.0 | | |
| 26 | 17:35 | N 7 | 10.00 | Fair | CLR | 82.4 | 64.9 | | | 56% | | 84 | 29.87 | | 0.0 | | |
| 26 | 17:15 | N 7 | 10.00 | Fair | CLR | 82.4 | 63.9 | | | 54% | | 84 | 29.87 | | 0.0 | | |
| 26 | 16:55 | N 10 | 10.00 | Fair | CLR | 82.9 | 63.9 | | | 53% | | 84 | 29.86 | | 0.0 | | |
| 26 | 16:35 | NE 8 | 10.00 | Fair | CLR | 83.3 | 65.1 | | | 54% | | 85 | 29.86 | | 0.0 | | |
| 26 | 16:15 | NE 12 | 10.00 | Fair | CLR | 82.8 | 65.3 | | | 56% | | 85 | 29.86 | | 0.0 | | |
| 26 | 15:55 | NE 7 | 10.00 | Partly Cloudy | SCT039 SCT046 | 82.6 | 65.5 | | | 56% | | 85 | 29.87 | | 0.0 | | |
| 26 | 15:35 | NE 8 | 10.00 | Mostly Cloudy | BKN039 BKN044 BKN070 | 82 | 66.2 | | | 59% | | 84 | 29.87 | | 0.0 | | |
| 26 | 15:15 | NE 7 | 10.00 | Partly Cloudy | SCT035 SCT043 SCT070 | 82.4 | 67.8 | | | 61% | | 85 | 29.88 | | 0.0 | | |
| 26 | 14:55 | N 10 | 10.00 | Mostly Cloudy | SCT035 SCT043 BKN080 | 81.7 | 67.8 | | | 63% | | 84 | 29.88 | | 0.0 | | |
| 26 | 14:35 | N 5 | 10.00 | Partly Cloudy | SCT041 SCT075 | 81 | 66.4 | | | 61% | | 83 | 29.88 | | 0.0 | | |
| 26 | 14:15 | N 7 | 10.00 | Partly Cloudy | SCT037 | 82.2 | 66.6 | | | 59% | | 85 | 29.89 | | 0.0 | | |



**NATIONAL WEATHER SERVICE**
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 13:55 | N 6 | 10.00 | Partly Cloudy | SCT037 | 82.9 | 67.1 | | | 59% | | 86 | 29.89 | | 0.0 | | |
| 26 | 13:35 | N 6 | 10.00 | Fair | CLR | 82.4 | 66.4 | | | 58% | | 85 | 29.9 | | 0.0 | | |
| 26 | 13:15 | N 6 | 10.00 | Partly Cloudy | SCT034 | 81.9 | 66.6 | | | 60% | | 84 | 29.91 | | 0.0 | | |
| 26 | 12:55 | NE 9 | 10.00 | Partly Cloudy | SCT032 | 81.7 | 68.4 | 81.7 | 64.8 | 64% | | 85 | 29.92 | | 0.0 | | |
| 26 | 12:35 | NW 6 | 10.00 | Partly Cloudy | SCT030 | 80.6 | 66.9 | | | 63% | | 83 | 29.92 | | 0.0 | | |
| 26 | 12:15 | N 7 | 10.00 | Partly Cloudy | SCT026 | 80.4 | 66.6 | | | 63% | | 83 | 29.93 | | 0.0 | | |
| 26 | 11:55 | NE 5 | 10.00 | Mostly Cloudy | BKN024 | 77.7 | 66.7 | | | 69% | | 80 | 29.93 | | 0.0 | | |
| 26 | 11:35 | NE 3 | 10.00 | Mostly Cloudy | BKN024 | 79.3 | 68.7 | | | 70% | | 82 | 29.94 | | 0.0 | | |
| 26 | 11:15 | NE 6 | 10.00 | Partly Cloudy | SCT022 | 77.4 | 68 | | | 73% | | 79 | 29.94 | | 0.0 | | |
| 26 | 10:55 | N 7 | 10.00 | Partly Cloudy | SCT019 | 76.8 | 67.5 | | | 73% | | 78 | 29.94 | | 0.0 | | |
| 26 | 10:35 | N 3 | 10.00 | Fair | CLR | 76.3 | 67.8 | | | 75% | | 78 | 29.95 | | 0.0 | | |
| 26 | 10:15 | Calm | 10.00 | Fair | CLR | 75.6 | 68.4 | | | 78% | | 77 | 29.95 | | 0.0 | | |
| 26 | 09:55 | Calm | 10.00 | Fair | CLR | 74.5 | 68.7 | | | 82% | | | 29.95 | | 0.0 | | |
| 26 | 09:35 | N 3 | 10.00 | Fair | CLR | 73.2 | 68.2 | | | 84% | | | 29.95 | | 0.0 | | |
| 26 | 09:15 | N 3 | 10.00 | Fair | CLR | 72 | 67.5 | | | 86% | | | 29.94 | | 0.0 | | |
| 26 | 08:55 | N 5 | 10.00 | Fair | CLR | 71.6 | 68 | | | 88% | | | 29.94 | | 0.0 | | |
| 26 | 08:35 | N 5 | 10.00 | Fair | CLR | 70.3 | 68.2 | | | 93% | | | 29.94 | | 0.0 | | |
| 26 | 08:15 | N 3 | 10.00 | Fair | CLR | 69.1 | 68.4 | | | 98% | | | 29.93 | | 0.0 | | |
| 26 | 07:55 | Calm | 10.00 | Fair | CLR | 68 | 67.3 | | | 98% | | | 29.92 | | 0.0 | | |
| 26 | 07:35 | Calm | 10.00 | Fair | CLR | 66.2 | 65.7 | | | 98% | | | 29.92 | | 0.0 | | |
| 26 | 07:15 | Calm | 10.00 | Fair | CLR | 65.3 | 64.6 | | | 98% | | | 29.92 | | 0.0 | | |
| 26 | 06:55 | Calm | 10.00 | Fair | CLR | 65.1 | 64.6 | 68 | 64.6 | 98% | | | 29.91 | | 0.0 | | |
| 26 | 06:35 | Calm | 7.00 | Fair | CLR | 65.1 | 64.6 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 06:15 | Calm | 10.00 | Fair | CLR | 65.3 | 64.6 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 05:55 | Calm | 10.00 | Fair | CLR | 65.3 | 64.6 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 05:35 | Calm | 10.00 | Fair | CLR | 65.3 | 64.6 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 05:15 | Calm | 10.00 | Fair | CLR | 65.5 | 64.8 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 04:55 | Calm | 10.00 | Fair | CLR | 66.2 | 65.5 | | | 98% | | | 29.91 | | 0.0 | | |
| 26 | 04:35 | Calm | 10.00 | Fair | CLR | 66.2 | 65.3 | | | 97% | | | 29.91 | | 0.0 | | |
| 26 | 04:15 | Calm | 10.00 | Fair | CLR | 66.6 | 65.7 | | | 97% | | | 29.91 | | 0.0 | | |
| 26 | 03:55 | Calm | 10.00 | Fair | CLR | 66.4 | 65.5 | | | 97% | | | 29.91 | | 0.0 | | |
| 26 | 03:35 | Calm | 10.00 | Fair | CLR | 67.1 | 65.8 | | | 96% | | | 29.91 | | 0.0 | | |
| 26 | 03:15 | N 3 | 10.00 | Fair | CLR | 67.1 | 66.2 | | | 97% | | | 29.91 | | 0.0 | | |
| 26 | 02:55 | Calm | 10.00 | Fair | CLR | 66.6 | 66.2 | | | 99% | | | 29.92 | | 0.0 | | |
| 26 | 02:35 | Calm | 10.00 | Fair | CLR | 67.3 | 66.6 | | | 98% | | | 29.92 | | 0.0 | | |
| 26 | 02:15 | Calm | 10.00 | Fair | CLR | 67.3 | 66.7 | | | 98% | | | 29.93 | | 0.0 | | |
| 26 | 01:55 | Calm | 10.00 | Fair | CLR | 67.3 | 66.7 | | | 98% | | | 29.93 | | 0.0 | | |
| 26 | 01:35 | Calm | 10.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 29.94 | | 0.0 | | |
| 26 | 01:15 | Calm | 10.00 | Fair | CLR | 68 | 67.1 | | | 97% | | | 29.94 | | 0.0 | | |
| 26 | 00:55 | Calm | 10.00 | Fair | CLR | 68 | 67.1 | 79.7 | 68 | 97% | | | 29.94 | | 0.0 | | |
| 26 | 00:35 | Calm | 10.00 | Fair | CLR | 68.2 | 67.5 | | | 98% | | | 29.94 | | 0.0 | | |
| 26 | 00:15 | Calm | 10.00 | Fair | CLR | 68.4 | 67.6 | | | 98% | | | 29.94 | | 0.0 | | |
| 25 | 23:55 | Calm | 10.00 | Fair | CLR | 69.1 | 68.2 | | | 97% | | | 29.94 | | 0.0 | | |
| 25 | 23:35 | Calm | 10.00 | Fair | CLR | 69.4 | 68.5 | | | 97% | | | 29.94 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation 1 hr | 3 hr | 6 hr |

VOTE002868

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 23:15 | Calm | 10.00 | Fair | CLR | 69.8 | 68.9 | | | 97% | | | 29.94 | | 0.0 | | |
| 25 | 22:55 | Calm | 10.00 | Fair | CLR | 69.8 | 68.7 | | | 96% | | | 29.95 | | 0.0 | | |
| 25 | 22:35 | Calm | 10.00 | Fair | CLR | 70.5 | 69.1 | | | 95% | | | 29.94 | | 0.0 | | |
| 25 | 22:15 | Calm | 10.00 | Fair | CLR | 70.9 | 69.3 | | | 95% | | | 29.94 | | 0.0 | | |
| 25 | 21:55 | Calm | 10.00 | Fair | CLR | 71.4 | 68.9 | | | 92% | | | 29.94 | | 0.0 | | |
| 25 | 21:35 | Calm | 10.00 | Fair | CLR | 72.1 | 68.9 | | | 90% | | | 29.94 | | 0.0 | | |
| 25 | 21:15 | N 3 | 10.00 | Fair | CLR | 73 | 69.4 | | | 89% | | | 29.93 | | 0.0 | | |
| 25 | 20:55 | Calm | 10.00 | Fair | CLR | 73.6 | 70 | | | 89% | | | 29.92 | | 0.0 | | |
| 25 | 20:35 | Calm | 10.00 | Fair | CLR | 74.3 | 69.8 | | | 86% | | | 29.92 | | 0.0 | | |
| 25 | 20:15 | Calm | 10.00 | Fair | CLR | 75 | 69.8 | | | 84% | | 75 | 29.92 | | 0.0 | | |
| 25 | 19:55 | N 3 | 10.00 | Fair | CLR | 77 | 68.9 | | | 76% | | 79 | 29.92 | | 0.0 | | |
| 25 | 19:35 | N 3 | 10.00 | Fair | CLR | 77 | 69.8 | | | 79% | | 79 | 29.91 | | 0.0 | | |
| 25 | 19:15 | N 5 | 10.00 | Fair | CLR | 78.1 | 69.8 | | | 76% | | 80 | 29.9 | | 0.0 | | |
| 25 | 18:55 | N 6 | 10.00 | Fair | CLR | 79.9 | 68.9 | | | 69% | | 83 | 29.9 | | 0.0 | | |
| 25 | 18:35 | N 3 | 10.00 | Partly Cloudy | SCT050 | 80.6 | 70.5 | | | 71% | | 84 | 29.89 | | 0.0 | | |
| 25 | 18:15 | N 3 | 10.00 | Partly Cloudy | SCT050 | 81.9 | 69.4 | | | 66% | | 85 | 29.89 | | 0.0 | | |
| 25 | 17:55 | NE 6 | 10.00 | Mostly Cloudy | SCT043 BKN050 | 83.3 | 68.4 | | | 61% | | 87 | 29.89 | | 0.0 | | |
| 25 | 17:35 | N 3 | 10.00 | Partly Cloudy | SCT050 | 85.1 | 69.8 | | | 60% | | 90 | 29.9 | | 0.0 | | |
| 25 | 17:15 | E 3 | 10.00 | Partly Cloudy | SCT050 SCT065 | 84.7 | 70.2 | | | 62% | | 89 | 29.9 | | 0.0 | | |
| 25 | 16:55 | Calm | 10.00 | Partly Cloudy | SCT038 SCT046 SCT065 | 83.1 | 70.5 | | | 66% | | 88 | 29.9 | | 0.0 | | |
| 25 | 16:35 | NE 5 | 10.00 | Partly Cloudy | SCT038 SCT044 | 84.6 | 69.8 | | | 61% | | 89 | 29.9 | | 0.0 | | |
| 25 | 16:15 | SE 3 | 10.00 | Partly Cloudy | SCT039 SCT044 | 83.7 | 70 | | | 64% | | 88 | 29.91 | | 0.0 | | |
| 25 | 15:55 | SE 5 | 10.00 | Partly Cloudy | SCT037 SCT046 | 84 | 70.5 | | | 64% | | 89 | 29.91 | | 0.0 | | |
| 25 | 15:35 | SE 3 | 10.00 | NULL | NULL | 83.8 | 70.7 | | | 65% | | 89 | 29.92 | | 0.0 | | |
| 25 | 15:20 | E 5 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.93 | | 0.0 | | |
| 25 | 14:15 | E 3 | 10.00 | Overcast | BKN030 OVC037 | 83.5 | 70.7 | | | 65% | | 88 | 29.95 | | 0.0 | | |
| 25 | 13:55 | E 6 | 10.00 | Mostly Cloudy | SCT029 BKN036 BKN049 | 82.9 | 71.6 | | | 69% | | 88 | 29.96 | | 0.0 | | |
| 25 | 13:35 | E 8 | 10.00 | Overcast | BKN027 BKN034 OVC040 | 82.9 | 72.7 | | | 71% | | 89 | 29.97 | | 0.0 | | |
| 25 | 13:15 | SE 3 | 0.00 | NULL | NULL | 79.9 | 71.8 | | | 76% | | 84 | 29.98 | | 0.0 | | |
| 25 | 12:55 | S 5 | 10.00 | Partly Cloudy | SCT020 SCT028 SCT037 | 80.2 | 72 | 81.3 | 71.6 | 76% | | 84 | 29.98 | | 0.0 | | |
| 25 | 12:35 | SE 3 | 10.00 | Partly Cloudy | SCT020 | 80.8 | 72 | | | 75% | | 85 | 29.99 | | 0.0 | | |
| 25 | 12:15 | E 6 | 10.00 | Fair | CLR | 79.9 | 71.4 | | | 75% | | 83 | 30 | | 0.0 | | |
| 25 | 11:55 | E 5 | 10.00 | Fair | CLR | 79 | 71.4 | | | 78% | | 82 | 30 | | 0.0 | | |
| 25 | 11:35 | E 3 | 10.00 | Partly Cloudy | SCT015 SCT055 | 78.1 | 71.1 | | | 79% | | 80 | 30 | | 0.0 | | |
| 25 | 11:15 | E 5 | 10.00 | Partly Cloudy | SCT015 SCT055 | 78.4 | 71.6 | | | 80% | | 81 | 30.01 | | 0.0 | | |
| 25 | 10:55 | Calm | 10.00 | Partly Cloudy | SCT013 | 77.9 | 71.6 | | | 81% | | 80 | 30.01 | | 0.0 | | |
| 25 | 10:35 | NE 5 | 10.00 | Mostly Cloudy | BKN013 | 78.1 | 72 | | | 82% | | 80 | 30 | | 0.0 | | |
| 25 | 10:15 | NE 5 | 10.00 | Mostly Cloudy | BKN013 | 77.2 | 72.3 | | | 85% | | 79 | 30 | | 0.0 | | |
| 25 | 09:55 | Calm | 10.00 | Mostly Cloudy | BKN009 | 76.1 | 72.3 | | | 88% | | 76 | 30 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) Pressure | sea level (mb) | 1 hr Precipitation (in) | 3 hr | 6 hr |

VOTE002869

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 25 | 09:35 | SE 3 | 10.00 | Overcast | OVC009 | 74.3 | 71.8 | | | 92% | | | 30 | | 0.0 | | |
| 25 | 09:15 | Calm | 10.00 | Overcast | OVC005 | 73.6 | 72.1 | | | 95% | | | 30.01 | | 0.0 | | |
| 25 | 08:55 | Calm | 10.00 | Overcast | OVC003 | 72.9 | 72 | | | 97% | | | 30.01 | | 0.0 | | |
| 25 | 08:35 | Calm | 5.00 | Fog/Mist | OVC003 | 72.5 | 71.6 | | | 97% | | | 30 | | 0.0 | | |
| 25 | 08:15 | SE 5 | 4.00 | Fog/Mist | OVC003 | 72 | 71.4 | | | 98% | | | 30.01 | | 0.0 | | |
| 25 | 07:55 | S 5 | 7.00 | Overcast | BKN003 OVC060 | 71.8 | 71.2 | | | 98% | | | 30 | | 0.0 | | |
| 25 | 07:35 | Calm | 7.00 | Overcast | SCT003 OVC060 | 71.8 | 71.2 | | | 98% | | | 30 | | 0.0 | | |
| 25 | 07:15 | Calm | 10.00 | Overcast | OVC060 | 71.6 | 71.1 | | | 98% | | | 30 | | 0.0 | | |
| 25 | 06:55 | Calm | 10.00 | Overcast | SCT004 OVC060 | 71.6 | 71.1 | 72.5 | 71.6 | 98% | | | 30 | | 0.0 | | |
| 25 | 06:35 | SE 3 | 10.00 | Overcast | BKN002 OVC060 | 71.6 | 71.1 | | | 98% | | | 30 | | 0.0 | | |
| 25 | 06:15 | Calm | 7.00 | Overcast | SCT002 OVC060 | 71.6 | 70.9 | | | 98% | | | 29.99 | | 0.0 | | |
| 25 | 05:55 | E 3 | 10.00 | Overcast | OVC060 | 71.8 | 71.1 | | | 98% | | | 29.99 | | 0.0 | | |
| 25 | 05:35 | SE 3 | 10.00 | Overcast | OVC050 | 71.8 | 71.1 | | | 98% | | | 29.98 | | 0.0 | | |
| 25 | 05:15 | Calm | 10.00 | Overcast | SCT002 OVC050 | 72 | 71.1 | | | 97% | | | 29.98 | | 0.0 | | |
| 25 | 04:55 | SE 3 | 10.00 | Overcast | SCT002 OVC050 | 72.3 | 71.4 | | | 97% | | | 29.98 | | 0.0 | | |
| 25 | 04:35 | Calm | 10.00 | Overcast | SCT007 OVC050 | 72.3 | 71.2 | | | 96% | | | 29.97 | | 0.0 | | |
| 25 | 04:15 | Calm | 10.00 | Overcast | SCT007 OVC050 | 72.5 | 71.2 | | | 96% | | | 29.96 | | 0.0 | | |
| 25 | 03:55 | NE 3 | 10.00 | Overcast | BKN009 OVC050 | 72.5 | 71.2 | | | 96% | | | 29.97 | | 0.0 | | |
| 25 | 03:35 | NE 6 | 10.00 | Overcast | OVC009 | 72.5 | 71.2 | | | 96% | | | 29.96 | | 0.0 | | |
| 25 | 03:15 | Calm | 10.00 | Overcast | OVC007 | 72.5 | 71.2 | | | 96% | | | 29.97 | | 0.0 | | |
| 25 | 02:55 | Calm | 10.00 | Overcast | OVC007 | 72.1 | 71.2 | | | 97% | | | 29.97 | | 0.0 | | |
| 25 | 02:35 | NE 3 | 10.00 | Overcast | SCT007 SCT031 OVC055 | 72.3 | 71.2 | | | 96% | | | 29.97 | | 0.0 | | |
| 25 | 02:15 | E 3 | 10.00 | Overcast | SCT035 OVC055 | 72.5 | 71.2 | | | 96% | | | 29.98 | | 0.0 | | |
| 25 | 01:55 | Calm | 10.00 | Overcast | SCT028 OVC035 | 72.5 | 71.2 | | | 96% | | | 29.99 | | 0.0 | | |
| 25 | 01:35 | Calm | 10.00 | Overcast | SCT019 OVC031 | 72.3 | 71.1 | | | 96% | | | 29.99 | | 0.0 | | |
| 25 | 01:15 | Calm | 10.00 | Overcast | SCT019 BKN027 OVC033 | 72.1 | 71.1 | | | 96% | | | 29.99 | | 0.0 | | |
| 25 | 00:55 | Calm | 10.00 | Partly Cloudy | SCT027 | 72 | 70.9 | 75.7 | 71.8 | 96% | | | 29.99 | | 0.0 | | 0.03 |
| 25 | 00:35 | Calm | 10.00 | Mostly Cloudy | BKN025 | 72.3 | 71.1 | | | 96% | | | 29.99 | | 0.0 | | |
| 25 | 00:15 | Calm | 10.00 | Overcast | OVC023 | 72.3 | 71.2 | | | 96% | | | 29.99 | | 0.0 | | |
| 24 | 23:55 | Calm | 10.00 | Mostly Cloudy | BKN024 | 72 | 71.1 | | | 97% | | | 29.99 | | 0.0 | | |
| 24 | 23:35 | NE 3 | 10.00 | Partly Cloudy | SCT026 | 71.8 | 70.7 | | | 96% | | | 30 | | 0.0 | | |
| 24 | 23:15 | Calm | 10.00 | Fair | CLR | 72 | 70.9 | | | 96% | | | 30 | | 0.0 | | |
| 24 | 22:55 | Calm | 10.00 | Fair | CLR | 72.5 | 70.9 | | | 95% | | | 30 | | 0.0 | | |
| 24 | 22:35 | Calm | 10.00 | Fair | CLR | 72.7 | 70.9 | | | 94% | | | 30 | | 0.0 | | |
| 24 | 22:15 | S 3 | 10.00 | Fair | CLR | 72.7 | 70.9 | | | 94% | | | 30 | | 0.0 | | |
| 24 | 21:55 | Calm | 10.00 | Fair | CLR | 72.5 | 70.7 | | | 94% | | | 30 | | 0.0 | 0.03 | |
| 24 | 21:35 | Calm | 10.00 | Fair | CLR | 73 | 70.9 | | | 93% | | | 30 | | 0.0 | | |
| 24 | 21:15 | Calm | 10.00 | Fair | CLR | 73.4 | 71.1 | | | 92% | | | 29.99 | | 0.0 | | |
| 24 | 20:55 | Calm | 10.00 | Fair | CLR | 73.4 | 71.2 | | | 93% | | | 29.98 | | 0.0 | 0.01 | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002870

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | | | 1 hr | 3 hr | 6 hr |
| 24 | 20:35 | Calm | 10.00 | Fair | CLR | 73.4 | 71.2 | | | 93% | | | 29.97 | | 0.0 | 0.01 | |
| 24 | 20:15 | Calm | 10.00 | Light Rain | SCT060 SCT075 SCT110 | 73.4 | 71.6 | | | 94% | | | 29.98 | | 0.0 | 0.01 | |
| 24 | 19:55 | Calm | 10.00 | Light Rain | BKN110 | 73.4 | 71.2 | | | 93% | | | 29.98 | | 0.0 | 0.02 | |
| 24 | 19:35 | SE 3 | 10.00 | Thunderstorm Light Rain | SCT055 BKN110 | 74.5 | 71.1 | | | 89% | | | 29.99 | | 0.0 | 0.02 | |
| 24 | 19:15 | SE 5 | 10.00 | Light Rain | SCT095 SCT120 | 75.6 | 73.6 | | | 94% | | 75 | 30 | | 0.0 | | |
| 24 | 18:55 | SE 6 | 10.00 | Thunderstorm in Vicinity | SCT065 SCT090 | 75.6 | 72.3 | 80.6 | 75.6 | 90% | | 75 | 29.98 | | 0.0 | | 0.02 |
| 24 | 18:35 | E 5 | 10.00 | Light Rain | SCT010 BKN065 OVC095 | 76.5 | 74.1 | | | 93% | | 77 | 29.98 | | 0.0 | | |
| 24 | 18:15 | E 3 | 10.00 | Partly Cloudy | SCT040 SCT046 SCT060 | 77.2 | 74.7 | | | 92% | | 79 | 30 | | 0.0 | | |
| 24 | 17:55 | Calm | 10.00 | Partly Cloudy | SCT100 | 77.2 | 74.5 | | | 91% | | 79 | 29.99 | | 0.0 | | |
| 24 | 17:35 | Calm | 10.00 | Partly Cloudy | SCT100 | 77 | 74.7 | | | 93% | | 78 | 30 | | 0.0 | | |
| 24 | 17:15 | Calm | 10.00 | Fair | CLR | 76.5 | 74.5 | | | 94% | | 77 | 29.99 | | 0.0 | | |
| 24 | 16:55 | S 5 | 10.00 | Light Rain | SCT060 SCT070 SCT085 | 76.5 | 74.3 | | | 93% | | 77 | 30 | | 0.0 | 0.01 | |
| 24 | 16:35 | SE 5 | 7.00 | Thunderstorm Rain in Vicinity | SCT055 BKN070 BKN085 | 76.8 | 73.9 | | | 91% | | 78 | 30 | | 0.0 | 0.01 | |
| 24 | 16:15 | E 5 | 10.00 | Fair | CLR | 77 | 74.1 | | | 91% | | 78 | 30.01 | | 0.0 | | |
| 24 | 15:55 | SE 7 | 10.00 | Fair | CLR | 77 | 73.9 | | | 90% | | 78 | 29.99 | | 0.0 | 0.01 | 0.01 |
| 24 | 15:35 | S 5 | 10.00 | Thunderstorm Light Rain | SCT043 SCT050 BKN070 | 78.4 | 74.5 | | | 88% | | 81 | 29.97 | | 0.0 | 0.01 | |
| 24 | 15:15 | SE 5 | 10.00 | Mostly Cloudy | BKN070 BKN080 BKN110 | 79.3 | 74.7 | | | 86% | | 83 | 30 | | 0.0 | | |
| 24 | 14:55 | SE 5 | 10.00 | Thunderstorm in Vicinity | SCT065 SCT080 BKN110 | 79.7 | 75.2 | | | 86% | | 84 | 29.99 | | 0.0 | | |
| 24 | 14:35 | SE 6 | 10.00 | Partly Cloudy | SCT065 SCT075 | 80.1 | 74.8 | | | 84% | | 85 | 29.98 | | 0.0 | | |
| 24 | 14:15 | SE 6 | 10.00 | Fair | CLR | 79.7 | 75 | | | 86% | | 84 | 29.98 | | 0.0 | | |
| 24 | 13:55 | SE 9 | 10.00 | Thunderstorm in Vicinity | SCT048 SCT065 | 79.2 | 75.2 | | | 88% | | 83 | 30 | | 0.0 | | |
| 24 | 13:35 | SE 8 | 10.00 | Partly Cloudy | SCT048 SCT065 SCT080 | 79.7 | 74.7 | | | 85% | | 84 | 30 | | 0.0 | | |
| 24 | 13:15 | S 10 | 10.00 | Thunderstorm in Vicinity | SCT080 | 80.4 | 74.8 | | | 83% | | 86 | 30 | | 0.0 | | |
| 24 | 12:55 | S 5 | 10.00 | Thunderstorm | SCT065 SCT075 SCT085 | 77 | 73.8 | 87.6 | 75.2 | 90% | | 78 | 30.01 | | 0.0 | 0.14 | 0.33 |
| 24 | 12:15 | SE 18 G 26 | 7.00 | Thunderstorm Rain in Vicinity | SCT013 SCT024 BKN038 | 78.8 | 73.6 | | | 84% | | 82 | 30.03 | | 0.0 | 0.01 | |
| 24 | 11:55 | S 9 G 21 | 2.00 | Thunderstorm Heavy Rain in Vicinity | SCT014 BKN024 BKN033 | 79.2 | 73.6 | | | 83% | | 83 | 30.01 | | 0.0 | 0.18 | |
| 24 | 11:35 | SE 10 | 10.00 | Mostly Cloudy | SCT027 SCT036 BKN060 | 87.1 | 76.3 | | | 70% | | 98 | 30.01 | | 0.0 | | |
| 24 | 11:15 | S 7 | 10.00 | Mostly Cloudy | SCT022 SCT028 BKN038 | 86.9 | 77.4 | | | 73% | | 99 | 30.02 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE002871



## Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 11:15 | S 7 | 10.00 | Mostly Cloudy | SCT022 SCT028 BKN038 | 86.9 | 77.4 | | | 73% | | 99 | 30.02 | | 0.0 | | |
| 24 | 10:55 | SE 9 | 10.00 | Mostly Cloudy | BKN018 BKN026 BKN032 | 85.8 | 77.5 | | | 76% | | 97 | 30.03 | | 0.0 | | |
| 24 | 10:35 | SE 8 | 10.00 | Mostly Cloudy | BKN016 BKN022 BKN120 | 85.5 | 78.3 | | | 79% | | 98 | 30.03 | | 0.0 | | |
| 24 | 10:15 | S 8 | 10.00 | Partly Cloudy | SCT014 SCT120 | 84.7 | 78.4 | | | 81% | | 97 | 30.05 | | 0.0 | | |
| 24 | 09:55 | S 7 | 10.00 | Partly Cloudy | SCT120 | 82.9 | 78.1 | | | 85% | | 93 | 30.05 | | 0.0 | | |
| 24 | 09:35 | S 6 | 10.00 | Fair | CLR | 82.2 | 78.1 | | | 87% | | 91 | 30.04 | | 0.0 | | |
| 24 | 09:15 | S 5 | 10.00 | Fair | CLR | 80.4 | 77.5 | | | 91% | | 87 | 30.04 | | 0.0 | | |
| 24 | 08:55 | S 5 | 10.00 | Partly Cloudy | SCT011 SCT120 | 80.2 | 77.4 | | | 91% | | 86 | 30.04 | | 0.0 | | |
| 24 | 08:35 | Calm | 10.00 | Fair | CLR | 79.7 | 77.2 | | | 92% | | 85 | 30.04 | | 0.0 | | |
| 24 | 08:15 | Calm | 10.00 | Partly Cloudy | SCT015 | 78.6 | 77.2 | | | 95% | | 82 | 30.03 | | 0.0 | | |
| 24 | 07:55 | Calm | 10.00 | Partly Cloudy | SCT015 | 77.4 | 76.5 | | | 97% | | 79 | 30.02 | | 0.0 | | |
| 24 | 07:35 | Calm | 10.00 | Partly Cloudy | SCT015 | 76.6 | 76.1 | | | 98% | | 77 | 30.02 | | 0.0 | | |
| 24 | 07:15 | Calm | 10.00 | Fair | CLR | 76.3 | 75.6 | | | 98% | | 76 | 30 | | 0.0 | | |
| 24 | 06:55 | S 3 | 10.00 | Partly Cloudy | SCT020 | 76.1 | 75.6 | 77.2 | 74.1 | 98% | | 75 | 30 | | 0.0 | | |
| 24 | 06:35 | S 5 | 10.00 | Fair | CLR | 76.1 | 75.6 | | | 98% | | 75 | 29.99 | | 0.0 | | |
| 24 | 06:15 | S 5 | 10.00 | Fair | CLR | 76.1 | 75.4 | | | 98% | | 75 | 29.98 | | 0.0 | | |
| 24 | 05:55 | S 6 | 10.00 | Fair | CLR | 76.1 | 75.6 | | | 98% | | 75 | 29.98 | | 0.0 | | |
| 24 | 05:35 | S 5 | 10.00 | Fair | CLR | 75.7 | 75.4 | | | 99% | | 74 | 29.97 | | 0.0 | | |
| 24 | 05:15 | Calm | 5.00 | Fog/Mist | CLR | 75.2 | 74.7 | | | 98% | | 73 | 29.98 | | 0.0 | | |
| 24 | 04:55 | Calm | 5.00 | Fog/Mist | CLR | 74.8 | 74.3 | | | 98% | | | 29.98 | | 0.0 | | |
| 24 | 04:35 | Calm | 5.00 | Fog/Mist | CLR | 75.4 | 75 | | | 99% | | 73 | 29.98 | | 0.0 | | |
| 24 | 04:15 | Calm | 1.75 | Fog/Mist | VV007 | 75.4 | 75 | | | 99% | | 73 | 29.98 | | 0.0 | | |
| 24 | 03:55 | Calm | 5.00 | Fog/Mist | CLR | 75.4 | 74.7 | | | 98% | | 74 | 29.98 | | 0.0 | | |
| 24 | 03:35 | Calm | 5.00 | Fog/Mist | CLR | 75.7 | 74.8 | | | 97% | | 75 | 29.98 | | 0.0 | | |
| 24 | 03:15 | Calm | 10.00 | Fair | CLR | 76.5 | 75.4 | | | 96% | | 76 | 29.99 | | 0.0 | | |
| 24 | 02:55 | Calm | 10.00 | Fair | CLR | 76.6 | 75.6 | | | 96% | | 77 | 29.99 | | 0.0 | | |
| 24 | 02:35 | SW 3 | 10.00 | Partly Cloudy | SCT120 | 77 | 75.6 | | | 95% | | 78 | 29.99 | | 0.0 | | |
| 24 | 02:15 | Calm | 10.00 | Mostly Cloudy | BKN120 | 77.2 | 76.1 | | | 96% | | 78 | 30 | | 0.0 | | |
| 24 | 01:40 | Calm | 10.00 | Fair | CLR | 77 | 75.7 | | | 96% | | 78 | 30 | | 0.0 | | |
| 24 | 01:15 | S 5 | 10.00 | Partly Cloudy | SCT018 | 77 | 75.7 | | | 96% | | 78 | 30 | | 0.0 | | |
| 24 | 00:55 | S 5 | 10.00 | Partly Cloudy | SCT018 | 77 | 75.7 | 77 | 73.6 | 96% | | 78 | 30 | | 0.0 | | |
| 24 | 00:35 | S 6 | 10.00 | Partly Cloudy | SCT018 | 77 | 75.6 | | | 95% | | 78 | 30 | | 0.0 | | |
| 24 | 00:15 | SW 5 | 10.00 | Fair | CLR | 77 | 75.9 | | | 96% | | 78 | 30 | | 0.0 | | |
| 23 | 22:55 | Calm | 10.00 | Fair | CLR | 75.9 | 75 | | | 97% | | 75 | 30.01 | | 0.0 | | |
| 23 | 21:35 | Calm | 10.00 | Fair | CLR | 75.6 | 74.5 | | | 96% | | 74 | 29.98 | | 0.0 | | |
| 23 | 21:15 | SW 3 | 10.00 | Fair | CLR | 75.6 | 74.5 | | | 96% | | 74 | 29.98 | | 0.0 | | |
| 23 | 20:55 | SW 3 | 10.00 | Fair | CLR | 75.2 | 74.1 | | | 96% | | 73 | 29.97 | | 0.0 | | |
| 23 | 20:35 | Calm | 10.00 | Partly Cloudy | SCT044 SCT050 SCT100 | 75 | 73.4 | | | 95% | | 73 | 29.97 | | 0.0 | | |

VOTE002851

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 23 | 20:15 | SW 3 | 10.00 | Mostly Cloudy | SCT045 BKN100 | 74.5 | 72.9 | | | 95% | | | 29.97 | | 0.0 | | |
| 23 | 19:55 | Calm | 10.00 | Mostly Cloudy | SCT033 SCT042 BKN100 | 74.3 | 72.7 | | | 95% | | | 29.97 | | 0.0 | | |
| 23 | 19:35 | Calm | 10.00 | Overcast | SCT033 OVC100 | 74.7 | 72.5 | | | 93% | | | 29.96 | | 0.0 | | |
| 23 | 19:15 | Calm | 10.00 | Thunderstorm in Vicinity | SCT018 SCT035 BKN100 | 74.8 | 72 | | | 91% | | | 29.97 | | 0.0 | | |
| 23 | 18:55 | S 3 | 1.00 | Thunderstorm Heavy Rain | BKN014 OVC023 | 74.3 | 71.6 | | | 91% | | | 29.97 | | 0.0 | 0.88 | |
| 23 | 18:35 | Calm | 2.50 | Thunderstorm Heavy Rain in Vicinity | SCT012 BKN024 OVC060 | 76.5 | 72.9 | | | 89% | | 77 | 29.96 | | 0.0 | 0.42 | |
| 23 | 18:15 | SE 13 | 10.00 | Light Rain | SCT020 BKN040 OVC095 | 79.3 | 76.5 | | | 91% | | 84 | 29.98 | | 0.0 | 0.01 | |
| 23 | 17:55 | E 6 | 10.00 | Light Rain | SCT036 SCT041 BKN060 | 81.3 | 76.1 | | | 84% | | 88 | 29.97 | | 0.0 | | |
| 23 | 17:35 | NW 3 | 10.00 | Fair | CLR | 81.5 | 75.4 | | | 82% | | 88 | 29.95 | | 0.0 | | |
| 23 | 17:15 | N 5 | 10.00 | Fair | CLR | 81.7 | 75.4 | | | 81% | | 88 | 29.95 | | 0.0 | | |
| 23 | 16:55 | NE 6 | 10.00 | Partly Cloudy | SCT049 | 83.1 | 74.8 | | | 76% | | 90 | 29.94 | | 0.0 | | |
| 23 | 16:35 | Calm | 10.00 | Fair | CLR | 83.7 | 73.6 | | | 72% | | 90 | 29.94 | | 0.0 | | |
| 23 | 16:15 | Calm | 10.00 | NULL | NULL | 83.5 | 73.6 | | | 72% | | 90 | 29.94 | | 0.0 | | |
| 23 | 14:15 | S 8 | 10.00 | Fair | CLR | 90 | 74.1 | | | 60% | | 99 | 29.95 | | 0.0 | | |
| 23 | 13:55 | S 8 | 10.00 | Partly Cloudy | SCT048 SCT060 SCT070 | 89.1 | 73 | | | 59% | | 97 | 29.97 | | 0.0 | | |
| 23 | 13:35 | S 12 | 10.00 | Mostly Cloudy | SCT042 SCT050 BKN065 | 88.3 | 74.7 | | | 64% | | 98 | 29.97 | | 0.0 | | |
| 23 | 13:15 | S 9 | 10.00 | Mostly Cloudy | SCT042 SCT050 BKN065 | 90 | 73.6 | | | 59% | | 99 | 29.97 | | 0.0 | | |
| 23 | 12:55 | S 9 | 10.00 | Partly Cloudy | SCT042 SCT049 | 90.1 | 72.3 | 90.5 | 71.6 | 56% | | 98 | 29.99 | | 0.0 | | |
| 23 | 12:35 | S 8 | 10.00 | Partly Cloudy | SCT040 SCT048 SCT050 | 89.6 | 73 | | | 58% | | 98 | 29.99 | | 0.0 | | |
| 23 | 12:15 | S 8 | 10.00 | Partly Cloudy | SCT037 SCT045 SCT055 | 89.2 | 73.6 | | | 60% | | 98 | 30 | | 0.0 | | |
| 23 | 11:55 | S 9 G 16 | 10.00 | Mostly Cloudy | SCT035 BKN043 | 88.9 | 74.5 | | | 63% | | 98 | 30.01 | | 0.0 | | |
| 23 | 11:35 | SE 8 | 10.00 | Partly Cloudy | SCT033 | 87.4 | 73.4 | | | 63% | | 95 | 30.01 | | 0.0 | | |
| 23 | 11:15 | S 10 | 10.00 | Fair | CLR | 86.7 | 73.9 | | | 66% | | 95 | 30.01 | | 0.0 | | |
| 23 | 10:55 | S 7 | 10.00 | Partly Cloudy | SCT024 | 85.8 | 73.8 | | | 67% | | 94 | 30.01 | | 0.0 | | |
| 23 | 10:35 | S 9 | 10.00 | Partly Cloudy | SCT022 | 86 | 75.2 | | | 70% | | 95 | 30.02 | | 0.0 | | |
| 23 | 10:15 | S 7 | 10.00 | Partly Cloudy | SCT018 | 84.2 | 75.4 | | | 75% | | 93 | 30.01 | | 0.0 | | |
| 23 | 09:55 | S 7 | 10.00 | Partly Cloudy | SCT016 | 83.3 | 75.9 | | | 79% | | 92 | 30.01 | | 0.0 | | |
| 23 | 09:35 | S 7 | 10.00 | Fair | CLR | 82.4 | 75.9 | | | 81% | | 90 | 30 | | 0.0 | | |
| 23 | 09:15 | S 7 | 10.00 | Fair | CLR | 81.1 | 75.7 | | | 84% | | 88 | 30 | | 0.0 | | |
| 23 | 08:55 | S 6 | 10.00 | Fair | CLR | 79.2 | 75.4 | | | 88% | | 83 | 30 | | 0.0 | | |
| 23 | 08:35 | SW 6 | 10.00 | Fair | CLR | 77.5 | 74.7 | | | 91% | | 79 | 30 | | 0.0 | | |
| 23 | 08:15 | SW 5 | 10.00 | Fair | CLR | 75.6 | 74.7 | | | 97% | | 74 | 30 | | 0.0 | | |
| 23 | 07:55 | Calm | 7.00 | Fair | CLR | 74.3 | 73.9 | | | 99% | | | 30 | | 0.0 | | |
| 23 | 07:35 | Calm | 4.00 | Fog/Mist | CLR | 72.5 | 72 | | | 98% | | | 30 | | 0.0 | | |
| 23 | 07:15 | Calm | 3.00 | Fog/Mist | CLR | 71.8 | 71.6 | | | 99% | | | 29.99 | | 0.0 | | |
| 23 | 06:55 | Calm | 4.00 | Fog/Mist | CLR | 71.6 | 71.2 | 74.7 | 70.9 | 99% | | | 29.99 | | 0.0 | | |
| 23 | 06:35 | Calm | 4.00 | Fog/Mist | CLR | 71.2 | 70.9 | | | 99% | | | 29.98 | | 0.0 | | |
| 23 | 06:15 | Calm | 3.00 | Fog/Mist | CLR | 71.1 | 70.5 | | | 98% | | | 29.98 | | 0.0 | | |
| 23 | 05:55 | Calm | 1.50 | Fog/Mist | VV007 | 71.2 | 70.7 | | | 98% | | | 29.97 | | | | |

VOTE002852

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 05:35 | Calm | 4.00 | Fog/Mist | CLR | 71.4 | 70.7 | | | 98% | | | 29.97 | | 0.0 | | |
| 23 | 05:15 | Calm | 4.00 | Fog/Mist | CLR | 71.6 | 70.9 | | | 98% | | | 29.96 | | 0.0 | | |
| 23 | 04:55 | Calm | 4.00 | Fog/Mist | CLR | 71.6 | 70.7 | | | 97% | | | 29.95 | | 0.0 | | |
| 23 | 04:35 | Calm | 5.00 | Fog/Mist | CLR | 71.6 | 70.9 | | | 98% | | | 29.95 | | 0.0 | | |
| 23 | 04:15 | Calm | 5.00 | Fog/Mist | CLR | 72.5 | 71.6 | | | 97% | | | 29.94 | | 0.0 | | |
| 23 | 03:55 | Calm | 7.00 | Fair | CLR | 73.2 | 72.3 | | | 97% | | | 29.94 | | 0.0 | | |
| 23 | 03:35 | SW 3 | 7.00 | Fair | CLR | 72.7 | 72 | | | 98% | | | 29.95 | | 0.0 | | |
| 23 | 03:15 | Calm | 5.00 | Fog/Mist | CLR | 72.5 | 71.6 | | | 97% | | | 29.95 | | 0.0 | | |
| 23 | 02:55 | Calm | 7.00 | Fair | CLR | 72.5 | 71.4 | | | 96% | | | 29.96 | | 0.0 | | |
| 23 | 02:35 | Calm | 7.00 | Fair | CLR | 73.2 | 72 | | | 96% | | | 29.96 | | 0.0 | | |
| 23 | 02:15 | Calm | 10.00 | Fair | CLR | 73.8 | 72.5 | | | 96% | | | 29.96 | | 0.0 | | |
| 23 | 01:55 | Calm | 10.00 | Fair | CLR | 74.7 | 72.7 | | | 94% | | | 29.96 | | 0.0 | | |
| 23 | 01:35 | SW 5 | 10.00 | Fair | CLR | 74.5 | 72.7 | | | 94% | | | 29.95 | | 0.0 | | |
| 23 | 01:15 | SW 3 | 10.00 | Fair | CLR | 74.3 | 72.5 | | | 94% | | | 29.95 | | 0.0 | | |
| 23 | 00:55 | Calm | 10.00 | Fair | CLR | 73.4 | 72.1 | 80.2 | 72.7 | 96% | | | 29.95 | | 0.0 | | |
| 23 | 00:35 | Calm | 10.00 | Fair | CLR | 73.2 | 71.8 | | | 95% | | | 29.96 | | 0.0 | | |
| 23 | 00:15 | Calm | 10.00 | Fair | CLR | 73.8 | 72 | | | 94% | | | 29.95 | | 0.0 | | |
| 22 | 23:55 | Calm | 10.00 | Fair | CLR | 74.3 | 72.3 | | | 94% | | | 29.95 | | 0.0 | | |
| 22 | 23:35 | Calm | 10.00 | Fair | CLR | 73.8 | 72 | | | 94% | | | 29.95 | | 0.0 | | |
| 22 | 23:15 | Calm | 10.00 | Fair | CLR | 74.7 | 72.5 | | | 93% | | | 29.95 | | 0.0 | | |
| 22 | 22:55 | Calm | 10.00 | Fair | CLR | 75.2 | 72.5 | | | 91% | | 74 | 29.95 | | 0.0 | | |
| 22 | 22:35 | SW 3 | 10.00 | Fair | CLR | 75.2 | 72.7 | | | 92% | | 74 | 29.95 | | 0.0 | | |
| 22 | 22:15 | SW 3 | 10.00 | Fair | CLR | 75.2 | 72.7 | | | 92% | | 74 | 29.94 | | 0.0 | | |
| 22 | 21:55 | Calm | 10.00 | Fair | CLR | 75.2 | 72.7 | | | 92% | | 74 | 29.94 | | 0.0 | | |
| 22 | 21:35 | Calm | 10.00 | Fair | CLR | 75.7 | 72.5 | | | 90% | | 76 | 29.94 | | 0.0 | | |
| 22 | 21:15 | Calm | 10.00 | Fair | CLR | 76.3 | 72.5 | | | 88% | | 77 | 29.94 | | 0.0 | | |
| 22 | 20:55 | Calm | 10.00 | Fair | CLR | 76.3 | 72.5 | | | 88% | | 77 | 29.94 | | 0.0 | | |
| 22 | 20:35 | Calm | 10.00 | Fair | CLR | 77 | 72.5 | | | 86% | | 78 | 29.93 | | 0.0 | | |
| 22 | 20:15 | Calm | 10.00 | Fair | CLR | 77.2 | 72.5 | | | 86% | | 79 | 29.93 | | 0.0 | | |
| 22 | 19:55 | Calm | 10.00 | Fair | CLR | 77.4 | 72.7 | | | 86% | | 79 | 29.93 | | 0.0 | | |
| 22 | 19:35 | Calm | 10.00 | Fair | CLR | 79 | 72.1 | | | 80% | | 82 | 29.92 | | 0.0 | | |
| 22 | 19:15 | SW 3 | 10.00 | Fair | CLR | 79.7 | 71.8 | | | 77% | | 83 | 29.91 | | 0.0 | | |
| 22 | 18:55 | SW 5 | 10.00 | Fair | CLR | 80.2 | 72 | | | 76% | | 84 | 29.9 | | 0.0 | | |
| 22 | 18:35 | SW 6 | 10.00 | Fair | CLR | 81.5 | 71.6 | | | 72% | | 86 | 29.91 | | 0.0 | | |
| 22 | 18:15 | SW 6 | 10.00 | Fair | CLR | 82 | 71.8 | | | 71% | | 87 | 29.92 | | 0.0 | | |
| 22 | 17:55 | SW 9 | 10.00 | Fair | CLR | 83.3 | 71.6 | | | 68% | | 88 | 29.92 | | 0.0 | | |
| 22 | 17:35 | SW 7 | 10.00 | Fair | CLR | 83.7 | 71.6 | | | 67% | | 89 | 29.93 | | 0.0 | | |
| 22 | 17:15 | SW 13 | 10.00 | Fair | CLR | 85.1 | 70.7 | | | 62% | | 90 | 29.92 | | 0.0 | | |
| 22 | 16:55 | SW 12 | 10.00 | Fair | CLR | 85.1 | 69.3 | | | 59% | | 89 | 29.93 | | 0.0 | | |
| 22 | 16:35 | S 8 | 10.00 | Fair | CLR | 86 | 69.8 | | | 59% | | 91 | 29.93 | | 0.0 | | |
| 22 | 16:15 | S 7 | 10.00 | NULL | NULL | 85.8 | 71.2 | | | 62% | | 91 | 29.93 | | 0.0 | | |
| 22 | 15:15 | SW 10 | 10.00 | Fair | CLR | 81.9 | 73.2 | | | 75% | | 87 | 29.94 | | 0.0 | | |
| 22 | 14:55 | S 9 | 10.00 | Fair | CLR | 82.6 | 72.7 | | | 72% | | 88 | 29.94 | | 0.0 | | |
| 22 | 14:35 | S 12 | 10.00 | Fair | CLR | 81.7 | 74.3 | | | 78% | | 88 | 29.94 | | 0.0 | | |
| 22 | 14:15 | S 10 | 10.00 | Fair | CLR | 80.1 | 73.4 | | | 80% | | 84 | 29.96 | | 0.0 | | |
| 22 | 13:55 | SW 5 | 10.00 | Partly Cloudy | SCT012 SCT020 SCT033 | 77.5 | 72.1 | | | 84% | | 79 | 29.96 | | 0.0 | 0.28 | |
| 22 | 13:35 | S 9 G 13 | 1.50 | Heavy Rain | NULL | 75.7 | 71.2 | | | 86% | | 76 | 29.98 | | 0.0 | 0.23 | |
| 22 | 13:20 | SE 10 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.97 | | 0.0 | | |
| 22 | 11:35 | SW 7 | 10.00 | Fair | CLR | 87.1 | 72.3 | | | 62% | | 94 | 29.99 | | 0.0 | | |
| 22 | 11:15 | S 7 | 10.00 | Partly Cloudy | SCT029 SCT035 SCT043 | 85.5 | 72.7 | | | 66% | | 92 | 30 | | 0.0 | | |

VOTE002853

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 10:55 | S 10 | 10.00 | Mostly Cloudy | SCT027 BKN037 BKN050 | 84.7 | 72.3 | | | 66% | | 91 | 30 | | 0.0 | | |
| 22 | 10:35 | S 9 | 10.00 | Partly Cloudy | SCT023 SCT032 | 84.2 | 73.2 | | | 70% | | 91 | 30 | | 0.0 | | |
| 22 | 10:15 | S 9 | 10.00 | Partly Cloudy | SCT022 | 83.7 | 73.6 | | | 72% | | 90 | 30 | | 0.0 | | |
| 22 | 09:55 | SW 6 | 10.00 | Fair | CLR | 82.6 | 74.1 | | | 76% | | 89 | 29.99 | | 0.0 | | |
| 22 | 09:35 | SW 7 | 10.00 | Fair | CLR | 81.5 | 74.1 | | | 78% | | 87 | 29.99 | | 0.0 | | |
| 22 | 09:15 | SW 6 | 10.00 | Fair | CLR | 79.7 | 73.6 | | | 82% | | 84 | 29.99 | | 0.0 | | |
| 22 | 08:55 | SW 3 | 7.00 | Fair | CLR | 78.4 | 73.8 | | | 86% | | 81 | 29.99 | | 0.0 | | |
| 22 | 08:35 | Calm | 7.00 | Fair | CLR | 76.1 | 73.6 | | | 92% | | 76 | 29.99 | | 0.0 | | |
| 22 | 08:15 | Calm | 5.00 | Fog/Mist | CLR | 73.2 | 72 | | | 96% | | | 29.99 | | 0.0 | | |
| 22 | 07:55 | Calm | 4.00 | Fog/Mist | CLR | 71.8 | 71.1 | | | 98% | | | 29.99 | | 0.0 | | |
| 22 | 07:35 | Calm | 4.00 | Fog/Mist | CLR | 70.7 | 69.8 | | | 97% | | | 29.98 | | 0.0 | | |
| 22 | 07:15 | Calm | 4.00 | Fog/Mist | CLR | 69.8 | 68.9 | | | 97% | | | 29.98 | | 0.0 | | |
| 22 | 06:55 | Calm | 5.00 | Fog/Mist | CLR | 70.2 | 69.4 | 71.1 | 69.3 | 98% | | | 29.98 | | 0.0 | | |
| 22 | 06:35 | Calm | 5.00 | Fog/Mist | CLR | 70 | 69.3 | | | 98% | | | 29.97 | | 0.0 | | |
| 22 | 06:15 | Calm | 5.00 | Fog/Mist | CLR | 70 | 69.3 | | | 98% | | | 29.97 | | 0.0 | | |
| 22 | 05:55 | Calm | 5.00 | Fog/Mist | CLR | 70.2 | 69.4 | | | 98% | | | 29.96 | | 0.0 | | |
| 22 | 05:35 | Calm | 5.00 | Fog/Mist | CLR | 69.8 | 69.1 | | | 98% | | | 29.95 | | 0.0 | | |
| 22 | 05:15 | Calm | 5.00 | Fog/Mist | CLR | 69.8 | 68.9 | | | 97% | | | 29.94 | | 0.0 | | |
| 22 | 04:55 | Calm | 5.00 | Fog/Mist | CLR | 69.8 | 69.1 | | | 98% | | | 29.94 | | 0.0 | | |
| 22 | 04:35 | Calm | 7.00 | Fair | CLR | 71.1 | 70.3 | | | 98% | | | 29.94 | | 0.0 | | |
| 22 | 04:15 | Calm | 5.00 | Fog/Mist | CLR | 70.5 | 69.8 | | | 98% | | | 29.94 | | 0.0 | | |
| 22 | 03:55 | Calm | 7.00 | Fair | CLR | 70.2 | 69.4 | | | 98% | | | 29.94 | | 0.0 | | |
| 22 | 03:35 | W 3 | 7.00 | Fair | CLR | 69.8 | 69.1 | | | 98% | | | 29.94 | | 0.0 | | |
| 22 | 03:15 | Calm | 7.00 | Fair | CLR | 69.6 | 68.7 | | | 97% | | | 29.94 | | 0.0 | | |
| 22 | 02:55 | Calm | 7.00 | Fair | CLR | 69.6 | 68.7 | | | 97% | | | 29.94 | | 0.0 | | |
| 22 | 02:35 | Calm | 10.00 | Fair | CLR | 69.8 | 68.9 | | | 97% | | | 29.95 | | 0.0 | | |
| 22 | 02:15 | Calm | 7.00 | Fair | CLR | 70.3 | 69.4 | | | 97% | | | 29.95 | | 0.0 | | |
| 22 | 01:55 | Calm | 10.00 | Fair | CLR | 70 | 69.1 | | | 97% | | | 29.95 | | 0.0 | | |
| 22 | 01:35 | Calm | 10.00 | Fair | CLR | 70.3 | 69.3 | | | 96% | | | 29.95 | | 0.0 | | |
| 22 | 01:15 | Calm | 10.00 | Fair | CLR | 70 | 69.1 | | | 97% | | | 29.95 | | 0.0 | | |
| 22 | 00:55 | Calm | 10.00 | Fair | CLR | 70.5 | 69.4 | 75.7 | 70.5 | 96% | | | 29.96 | | 0.0 | | |
| 22 | 00:35 | Calm | 10.00 | Fair | CLR | 71.2 | 70 | | | 96% | | | 29.96 | | 0.0 | | |
| 22 | 00:15 | Calm | 10.00 | Fair | CLR | 71.6 | 70.2 | | | 95% | | | 29.97 | | 0.0 | | |
| 21 | 23:55 | SW 3 | 10.00 | Fair | CLR | 72.1 | 70.5 | | | 95% | | | 29.97 | | 0.0 | | |
| 21 | 23:35 | Calm | 10.00 | Fair | CLR | 72.7 | 70.7 | | | 94% | | | 29.97 | | 0.0 | | |
| 21 | 23:15 | Calm | 10.00 | Fair | CLR | 73.4 | 70.9 | | | 92% | | | 29.98 | | 0.0 | | |
| 21 | 22:55 | Calm | 10.00 | Fair | CLR | 73.8 | 71.1 | | | 91% | | | 29.98 | | 0.0 | | |
| 21 | 22:35 | Calm | 10.00 | Fair | CLR | 73.4 | 70.7 | | | 91% | | | 29.99 | | 0.0 | | |
| 21 | 22:15 | Calm | 10.00 | Fair | CLR | 74.8 | 70.7 | | | 87% | | | 29.99 | | 0.0 | | |
| 21 | 21:55 | SW 3 | 10.00 | Fair | CLR | 74.7 | 70.7 | | | 88% | | | 29.99 | | 0.0 | | |
| 21 | 21:35 | S 3 | 10.00 | Fair | CLR | 74.3 | 70.3 | | | 88% | | | 29.99 | | 0.0 | | |
| 21 | 21:15 | Calm | 10.00 | Fair | CLR | 74.5 | 70.7 | | | 88% | | | 29.98 | | 0.0 | | |
| 21 | 20:55 | SW 3 | 10.00 | Fair | CLR | 73.8 | 70.3 | | | 89% | | | 29.97 | | 0.0 | | |
| 21 | 20:35 | W 3 | 10.00 | Partly Cloudy | SCT045 | 73.4 | 70.9 | | | 92% | | | 29.96 | | 0.0 | | |
| 21 | 20:15 | Calm | 10.00 | Partly Cloudy | SCT045 | 73 | 70.7 | | | 92% | | | 29.97 | | 0.0 | | |
| 21 | 19:55 | Calm | 10.00 | Fair | CLR | 74.3 | 70.2 | | | 87% | | | 29.97 | | 0.0 | | |
| 21 | 19:35 | Calm | 10.00 | Fair | CLR | 74.3 | 70.7 | | | 89% | | | 29.96 | | 0.0 | | |
| 21 | 19:15 | Calm | 10.00 | Fair | CLR | 74.5 | 70.9 | | | 89% | | | 29.96 | | 0.0 | | |
| 21 | 18:55 | Calm | 10.00 | Fair | CLR | 76.1 | 70.5 | | | 83% | | 77 | 29.96 | | 0.0 | | |
| 21 | 18:35 | Calm | 10.00 | Fair | CLR | 76.5 | 69.4 | | | 79% | | 78 | 29.96 | | 0.0 | | |
| 21 | 18:15 | Calm | 10.00 | Fair | CLR | 76.1 | 70.5 | | | 83% | | 77 | 29.96 | | 0.0 | | |
| 21 | 17:55 | Calm | 10.00 | Partly Cloudy | SCT049 SCT060 SCT080 | 74.5 | 70 | | | 86% | | | 29.95 | | 0.0 | 0.01 | |

VOTE002854