# Exhibit B

**Daily Line Counts**

**Line #:** 24+25 **Date:** 9-22-25

**Pusher:** Arrington
**Gun Guard:** Msgt K. Brown
**Gun Guard:** Msgt S. Jackson

**AM Count:** 35X

**PM Count:** ____________

**Comments:**

6:37 Arrived at Camp D Falcon gate
7:13 opened outside and inside gate
7:44 Checked 35X enroute to A Land potato Field
7:50 Arrived at A-land sweet potato Field - offendereds offered sunscreen (1) Shade trailer (1) porta potty and handwash station (4) water cooler offenders allowed to drink at will
8:20 Break
8:35 Break ended
9:00 Break
9:15 Break ended Called in count to Camp D sally port
10:00 Break
10:15 Break ended
11:00 Head land enroute to Camp D. Heat Alert annouced
11:11 Arrived at Camp D Falcon gate
11:25 Checked in 35X

# Daily Line Counts

**Line #:** 24+25 **Date:** 9/23/25

**Pusher:** MSgt. O. Adams
**Gun Guard:** MSgt. E. Brown
**Gun Guard:** MSgt. J Arrington

**AM Count:** 32x

**PM Count:**

**Comments:**

7:10am: arrived @ Falcon Gate
7:25am: Checking out lines - Sunscreen offered
7:42am: 32x Checked out in Route To potato Field
7:55am: arrived @ Potato Field (1) Shade trailer (1) Hand wash (1) Portapoti
(4) water coolers offenders Drink @ will
8:25am: Capt London Rounds on Field
8:45am: Break offered
9:00am: Break over
9:20am: Called in Count to Camp D Sally port F 3,3,16,10
9:30am: Break offered
9:45am: Break over
10:00am: angela announced "Heat alert" mandatory 15 min Break
10:15am: Break over
10:30am: Capt London Rounds on Field
11:00am: "Head Count" 32x in Route to Camp D
11:25am: 32x Returned to camp.

# Daily Line Counts

**Line #:** 24+25 **Date:** 9/24/25

**Pusher:** MSgt. [illegible]
**Gun Guard:** MSgt. E. Brown
**Gun Guard:** MSgt J. Arrington

**AM Count:** 36x

**PM Count:** 35x

**Comments:**

6:50am | arrived @ Falcon Gate
7:20am | Checking out lines - Sunscreen offered & Taken
7:35am | 36x Checked out in Route to potato Field
7:48am | arrived @ potato Field (1) Shade Trailer (1) portapoti (1) hand wash (4) water coolers offenders allowed to Drink @ will
8:15am | Capt Landen & LT Smith Rounds on Field
8:30am | Break offered.
8:45am | Break over.
9:20am | counted offenders Falcon - 2, 4, 18, 12 - Break offered
9:30am | Called Med. 3 for offender D. Withers #767000 Complaining of Shortness of breath + light headed.
9:35am | Break over.
9:50am | Med 3 arrived for offender Withers
10:00am | angola announced "Heat Alert" mandatory Break
10:05am | Offender Withers #767000 in Route to Camp D. Heat alert offender
10:15am | Break over
11:00am | "Head Land" 35x in Route to Camp D
11:15am | 35x Returned to Camp.

**Daily Line Counts**

**Line #:** 24+25 **Date:** 9/25/25

**Pusher:** msgt L. Ames
**Gun Guard:** msgt. E Brown
**Gun Guard:** msgt J. Arrington

**AM Count:** 40x

**PM Count:** ______

**Comments:**

| | |
|---|---|
| 6:48am | arrived @ Falcon Gate |
| 7:15am | Checked at Lines - sunscreen offered & Taken |
| 7:40am | 40x checked out in Route to Potato Field |
| 7:48am | arrived @ Potato Field (1) Shade trailer (1) Portapoti (1) Hand wash Rack (9) water Coolers offenders Drink @ will. |
| 7:50am | Med 3. Seen Offender Demerceo Carton #557816 for Slip and Fall off of the Bus. |
| 7:58a | Capt Landon + LT Smith Rounds on Field |
| 8:45am | Break offered. |
| 9:10am | Break over. |
| 9:30am | Called in Cant to D Sallyport F-4,6,18,12 - Break offered. |
| 9:50am | Break over. |
| 10:40am | Break + Clean up on the Field |
| 11:10am | "Head land" 40x in Route to Camp D. |
| 11:20am | 40x Returned to camp. |