IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, on behalf of themselves and the putative classes, respectfully submit this Notice of Supplemental Authority to bring to the Court's attention a recent decision relevant to Plaintiffs' pending motion for class certification, ECF No. 120, in this matter.

On September 26, 2025, the Southern District of Florida granted a motion for class certification in a lawsuit brought by incarcerated individuals challenging extreme heat conditions at Dade Correctional Institution. *Wilson* v. *Dixon*, Case No. 24-24253-CV-WILLIAMS (S.D. Fla. Sept. 26, 2025). The court certified a general class, consisting of all individuals who are or may

in the future be incarcerated at Dade Correctional Institution, as well two subclasses: a Heat Subclass for those at increased risk of heat-related complications due to age, medical conditions, or prescribed medications, and a Disability Subclass for those with ADA-qualifying disabilities that heighten their risk of heat-related harm.

The court found the proposed class and subclasses to be adequately defined and ascertainable, and held that the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(2) were satisfied, including the elements of numerosity, commonality, typicality, and adequacy. The court's order rejects almost identical arguments as those raised by Defendants in opposition to Plaintiffs' motion for class certification in the instant case. In particular, with respect to commonality, the court rejected the defendants' argument that factual variations among class members defeated commonality, noting that commonality does not require all class members to have identical claims or to suffer the same harms. *Id.* at 12–13. Instead, the court emphasized, commonality is satisfied when all class members are subject to the same unlawful conditions and policies (i.e., exposure to extreme heat and inadequate mitigation measures), which create a common risk of harm. *Id*. at 12.

Similarly, the court found that typicality was satisfied even though the named plaintiffs had different medical conditions than some other class members, explaining that factual differences do not preclude typicality as long as there is a "strong similarity of legal theories." *Id*. at 16.

Finally, the court rejected defendants' argument that Rule 23(b)(2) was not satisfied because individualized injunctive relief would be required for different class members, holding that Rule 23(b)(2) does not require identical relief for every class member so long as a single

injunction addressing the challenged policies would provide appropriate relief to the class as a whole. *Id.* at 19–20.

A copy of the court's decision in *Wilson* v. *Dixon* is attached as Exhibit A.

Dated: October 1, 2025

        Respectfully Submitted,

        **THE PROMISE OF JUSTICE INITIATIVE**

        */s/ Samantha Pourciau*
        Samantha Pourciau, La. Bar No. 39808
        Kara Crutcher (PHV) IL Bar No. 6337639
        Michael Allen, La. Bar No. 41142
        1024 Elysian Fields Avenue
        New Orleans, LA 70117
        Tel: (504) 529-5955
        sbosalavage@defendla.org
        kcrutcher@defendla.org
        mallen@defendla.org

        **RIGHTS BEHIND BARS**

        */s/ Lydia Wright*
        Lydia Wright, La. Bar No. 37926
        Amaris Montes (PHV) MD Bar No. 2112150205
        1800 M St. NW Fnt. 1 #33821
        Washington, D.C. 20033
        Tel: (202) 455-4399
        lydia@rightsbehindbars.org
        amaris@rightsbehindbars.org

        **PAUL, WEISS, RIFKIND, WHARTON**
         **& GARRISON LLP**

        */s/ Jeremy A. Benjamin*
        Joshua Hill Jr. (PHV) NY Bar No. 4297826
        Jeremy A. Benjamin (PHV) NY Bar No. 4770277
        Arielle B. McTootle (PHV) NY Bar No. 5993217
        Ricardo Sabater (PHV) NY Bar No. 5993217
        Leah R. Weiser (PHV) NY Bar No. 6027601
        Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Tel: (212) 373-3000

jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*