# Exhibit B

## Daily Line Counts

**Line #:** 24+25     **Date:** 9/29/25

**Pusher:** Lt Kenan / MSgt. Baires
**Gun Guard:** MSgt. Brian
**Gun Guard:** MSgt. Arrington

**AM Count:** 42

**PM Count:** _____

**Comments:**

6:48am Arrived at Falcon Gate
7:15am Checked out 42x enroute to Rodeo Grounds
8:12am Arrived at rodeo grounds parking lot. 1 shade trailer, 1 portable toilet, 1 handwash station, and 4 water coolers available to all inmates at all times. Sunscreen offered to all inmates
8:35am Capt. London & Lt. Smith on site
8:40am Capt London dropped off 2 leaf blowers
8:50am Break offered
9:00am Break over
9:30am Turned in Count to Camp D sallyport Falcon: 2, 5, 20, 15
9:40am Called Medical 3 for inmate Kevin Williams (732001) cut on his foot
       Break offered
9:45am Medical 3 arrived on site
9:55am Break over
10:35am Break offered
10:45am Break over

VOTE002921

## Daily Line Counts

**Line #:** 24-25                    **Date:** 9/29/25

**Pusher:** Lt Kenby MSgt Gaines
**Gun Guard:** MSgt Brown
**Gun Guard:** MSgt Arrington

**AM Count:** 42

**PM Count:** _____

**Comments:**

11:15 am Called head line
11:30 am Arrival at Camp D Fabongate Checked in 42x

VOTE002922

# Daily Line Counts

Line #: 24 + 25                Date: 9/30/25

Pusher: MSgt. J. Chavin
Gun Guard: Sgt. E. Brown
Gun Guard: MSgt. S. Jackson

AM Count: 31x

PM Count: _____

**Comments:**

6:48am: Arrived @ Falcon Gate
7:05am: Outer Gate Opened
7:15am: Inner gate Opened
7:20am: Checking out Lines - Sun Screen offered
7:35am: 31x Checked out in Route to Rodeo Grounds
7:47am: Arrived @ Rodeo Grounds (1) portapotti (1) Shade trailer (1) Handwash
(4) water (offers offenders Drink @ will (26) Shovel (3) Blowers
8:25am: Cpt Landon Rounds on Field
8:40am: Break offered
8:55am: Break over.
9:25am: Count Tot- 3, 3, 14, 11
9:30am: Break offered
9:45am: Break over
10:00am: LT Rounds on Field
10:30am: Break offered
10:45am: Break over.
11:20am: "Held Land" 31x in Route to Camp D.
11:35am: 31x Returned to Camp D.

VOTE002924

## DAILY LINE COUNT / LOG SHEET

LINE #: 15

PUSHER: msgt Griffin

GUN GUARD: msgt Lanes

GUN GUARD: msgt Accrington

AM COUNT: 41

PM COUNT:

DATE: 9-30-25

| DORM | COUNT | |
|------|-------|---|
| B 1  |       |   |
| 2    | 15    |   |
| 3    | 14    |   |
| 4    | 12    |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |

COMENTS:
- 6:40 arrived at Bear gate
- 8:00 checked out 41x
- 8:10 arrived at Rodeo parking lot 4 coolers shade trailers porta potty hand wash station provided sunscreen offered
- 8:30 began to clean parking lot
- 9:15 break given
- 9:20 medical called for inmate Teddy Chester #359559
- 9:25 medical Elkins arrived
- 10:00 count called in break
- 10:25 #766130 D Stewart taken in for zoom
- 11:00 Break
- 11:21 loaded on bus
- 11:38 arrived at Bear gat checked in
- 12:00 armory

# Daily Line Counts

Line #: L 24+25                     Date: 10/1/25

Pusher: Sgt C. Haines
Gun Guard: Sgt E. Brown
Gun Guard: Sgt S. Jackson

AM Count: 33x

PM Count: _____

**Comments:**

7:00am: Arrived @ Falcon Gate
7:20am: Checking out lines · Sunscreen offered & Taken
7:40am: 33x Checked in Route to Potato Field
7:50am: Arrived @ Potato Field (1)Shade Trailer (1)portapodi
(1) Handwash (1) water coolers offenders Drink @ Will
8:00am: LT. Bonith Rounds on Field
8:40am: Break offered
8:55am: Break over
9:30am: Counted offenders F 3, 4, 14, 12
9:35am: Break offered
9:50am: Break over
10:15am: Capt London Rounds
10:20am: Break offered
10:35am: Break over
11:20am: Head Count "33x in Route to Camp D.
11:35am: 33x Returned to Camp.

VOTE002926

# Daily Line Counts

Line #: 24/25                    Date: 10/2/25

Pusher: E. Brown
Gun Guard: J. Mayberry
Gun Guard: L. Ellis

AM Count: 34x

PM Count: _____

**Comments:**

:45A Arrived at Falcon Gate
:00A Opened outer Falcon Gate
:47A Checked out (34x)
:50A Arrived in A-Land Sweet Potato Field. (1) Portable toilet (1) handwash station (4) water coolers (1) Shade trailer. All offenders allowed to drink water as needed.
:00 Break offered to all offenders
:30A Called in line count to camp D sallyport E1-3 E2-2 E3-19 E4-10 (34x) totn.
:00A Capt Lander arrived and picked up offender Shalik Allen #722423 for callout at camp D
1:15 Break offered to all offenders.
:00A Head land all work stopped.
:30A Arrived at Falcon Gate checked in (34x)

VOTE002927

## DAILY LINE COUNT / LOG SHEET

LINE #  15

PUSHER: Slanus + J. Arrington

GUN GUARD: L. Ellis

GUN GUARD: J. Mayberry

AM COUNT: 32x

PM COUNT:

DATE: 10-01-25

| DORM Bear | COUNT | |
|---|---|---|
| 1 | 0 | |
| 2 | 10 | |
| 3 | 13 | |
| 4 | 9 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40 Arrived at Bear Gate
6:55 Opened the outside gate
7:12 Opended the inside gate checked out 32x enroute to pepper field
7:20 Arrived at Pepper Field offender offered sunscreen (1) shade trailer (1) porta potty with handwash station (4) water coolers
8:05 Break
8:20 Break ended
9:05 Break
9:20 Break ended
9:30 Called in count to Camp C sally port Bear 0, 10, 13 & 9
10:05 Break
10:20 Break
10:05 Headland
11:23 Arrived at Camp C Bear Gate checked in 32x

VOTE002928
revised 05/27/2025

# Daily Line Counts

Line #: 15

Date: 10/2/25

Pusher: MSgt. C. Haines
Gun Guard: MSgt. S. Lanes
Gun Guard: MSgt. S. Jackson

AM Count: 34x

PM Count: _____

## Comments:

8:10am: Arrived @ Bear Gate
8:14am: 34x in Route to Rodeo Grounds
8:15am: Arrived @ Rodeo Grounds (1) Shade Trailer (1) Pertipedi (1) handwash (4) water coolers offenders Drink @ Will.
8:30am: CT. Smith Rands on Field
9:00am: Break offered
9:15am: Break over
9:30am: Called in Count
9:45am: Break offered
10:00am: Break over.
10:05am: Capt Londen Rands on Field
10:44am: Break offered
11:00am: Break over.
11:35am: "Head Count" 34x in Route to Camp-C
11:50am: 34x Returned to Camp-C.

VOTE002929