UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## AMENDED SCHEDULING ORDER

Considering the matters discussed at the October 6, 2025, Telephone Status Conference,

**IT IS ORDERED** that the following dates and deadlines be and are hereby **SET**:

- Additional limited discovery, relating only to Plaintiffs' request for information regarding the recent status of the construction of shade structures at Louisiana State Penitentiary, must be completed by November 14, 2025.

- Supplements to expert reports based on this limited fact discovery must be completed by November 21, 2025.

- The deadline to file a revised pretrial order is December 1, 2025.

- The Pretrial Conference is **reset** for December 15, 2025, at 10:00 A.M. in Chambers.

- A 5-day Bench Trial is <u>reset</u> for February 3, 2026, beginning each day at 8:30 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 7th day of October, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**