# Exhibit B

## Daily Line Counts

Line #: _____15_____          Date: _10-6-25_

Pusher: _____ J. Arrington
Gun Guard: _____ J. Crouse
Gun Guard: _____ S. Jackson

AM Count: _____ 32X _____

PM Count: _____

**Comments:**

6:30  Arrived at Bear Gate
7:00  Opened outside and inside gate
7:21  Checked out 32X enroute to Squash Field
7:30  Arrived at A-Land Squash Field with 32X  (1)Shade
trailer (1) porta potty (4) Water Coolers offenders allowed
to drink water at will. offenders offered Sunscreen (1)handwash st
8:15  Break
8:30  Break ended
9:15  Break
9:30  Break ended  Called in count to Camp C sally port
10:15  Break
10:30  Break ended
11:00  Headland 32X enroute to Camp C
11:20  Arrived at Camp C Bear gate checked in 32X

VOTE002982

# Daily Line Counts

Line #: 24+25

Date: 10/6/25

Pusher: MSgt. Gaynes
Gun Guard: MSgt. E. Brown
Gun Guard: MSgt J. Mayberry

AM Count: 34x

PM Count: _____

## Comments:

6:50am: arrived @ Falcon Gate
7:15am: Checking out Lines - Sunscreen offered & Taken
7:35am: 34 x Checked out in Route to Pea Field
8:00am: arrived @ Pea Field (1) Shade Trailer (1) portapotti
(1) hand wash (4) water coolers offenders allowed to Drink @ will
8:40am: LT Smith & Capt London Rounds on Field
8:45am: Break offered
9:00am: Break over
9:15am: Capt London Rounds on Field
9:20am: Counted Offenders F, 1, 2, 16, 15
9:30am: Break offered
9:45am: Break over
10:30am: Break offered
10:35am: Capt London Rounds on Field
10:45am: Break over.
11:00am: "Head Cund" 34x in Route to Camp - 1>
4:20am: 34x Returned to Camp.

VOTE002984

**Daily Line Counts**

Line #: _15_     Date: _10-7-25_

Pusher: _MSgt J. Arrington_
Gun Guard: _SSgt M. K_
Gun Guard: _Sgt J. Crause_

Bear 1   0
2   10
3   12
4   8

AM Count: _30y_

PM Count: _____

**Comments:**

6:30 Arrived at Camp C Bear Gate
8:40 Opened outside and inside gate=line late because of fog
9:00 Checked out 30x enroute to squash field
9:05 Arrived at A-land squash field with 30x offenders offered
Sunscreen (1) shade trailer (1) porta potty with handwash static
(4) water coolers offenders allowed to drink at will
9:50 Break - Called in count to camp C sally port
10:05 Break ended
10:50 Break
11:05 Break ended
11:45 Head land 30x enroute to Camp C
11:52 Arrived at camp c Bear Gate
11:53 Checked in 30x

# Daily Line Counts

Line #: __24 + 25__          Date: __10/7/25__

Pusher: __Mast. C. Daines__
Gun Guard: __mSgt E. Brown__
Gun Guard: __mSgt J. Mayberry__

AM Count: __30x__

PM Count: __29x__

## Comments:

7:Wam: arrived @ Falcon Gate
7:Wam - 8:45am  Fog Count.
8:45am: Opened outter Gate
9:Wam: Checking out Lines - Sunscreen offered & Taken
9:15am: 30x Checked out in Route to Pea Field
9:25am: arrived @ Pea Field (1) portipesi (1) Shade Trailer (1) hand wash
(5) water Cooters offenders Drink @ will
9:30am: Canted offenders.
10:05am: Med 3 Called for Offender Qvintayln Richard #595515
10:25am: Break offered.
10:40am: Break over.
10:41am: EMT S. Saizan arrived for offender Q Richard #595515
10:58am: Capt London Rands and Bring Offender Q Richard Back to
Camp per med.
11:05am: Break offered.
11:20am: Break over.
11:45am: "Head Count" 29x in Route to Camp-D
12:15am: 29x Returned to Camp.

VOTE002987

**Daily Line Counts**

Line #: _L-15_                              Date: _10/8/25_

Pusher: _msgt. C. Haines_
Gun Guard: _msgt. E. Brown_
Gun Guard: _msgt. J. Crouse_

AM Count: _28x_

PM Count: _____

**Comments:**

7:wam: arrives @ Feder Gate
8:10am: Fog count cleared opened outer gate
8:16am: Checking out Lines - sunscreen offered or taken
8:28am: 28x Checked out in Route to Yellow Squash Field
8:40am: arrived @ Squash Field (1) porti pedi (1) Shade Trailer (1) hand wash
(4) water Coolers offenders Drink @ will
9:20am: Called in Count to C-Sally-port
9:30am: Break offered
9:45am: Break over
10:25am: lock up offender T. Snaver
10:30am: Break offered
10:45am: Break over
11:10am: 27x "Head Count" in Route to Camp
11:30am: 27x Returned to Camp.

VOTE002988

# Daily Line Counts

**Line #:** 24 & 25

**Date:** 10-18-25

**Pusher:** Msgt Gains
**Gun Guard:** Mgt Crouse.
**Gun Guard:** Msgt Brown

**AM Count:** 21

**PM Count:** 21

**Comments:**

12:00 Arrived at Falcon Gate
12:10 Checked out Lines - Sun screen offered
12:20 2/x enroute to squash field
12:30 Arrived at squash field (1) shade trailer (1) porta potty
with hand wash station (4) water cooler offenders allowed to
drink at will
12:40 Offender Quintylan Richard #595515 Back to Camp due
to heat Precaustion
1:15 Break
1:30 Break end
1:55 Headland 20x enroute to Camp D
2:01 Arrived at Falcon Gate checked in 20x

VOTE002990

## DAILY LINE COUNT / LOG SHEET

LINE #: _____ 24/25

PUSHER: msgt Gaffin

GUN GUARD: msgt Ellis

GUN GUARD: msgt Crouse

AM COUNT: 25

PM COUNT: 25

DATE: 10-9-25

| DORM | COUNT | |
|------|-------|--|
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |

COMENTS:

- 12:05 arrived at Falcon check out gate
- 12:20 opened inside/outside gates
- 12:45 checked out 25x
- 1:00 arrived at cucumber field
- 1:05 2x water 2x gatorade coolers porta potty shade trailor handwash station provided sunscreen offered allowed to drink water at will
- 1:50 break provided over at 2:05p
- 2:50 break provided
- 3:00 headland
- 3:10 arrived at Falcon gate to check offenders in
- 3:25 opened outside/inside gate
- 3:30 checked in 25 offenders

# Daily Line Counts

Line #: __15__                   Date: __10|9|25__

Pusher: Msgt. I Gaines
Gun Guard: Sgt J. Cruse
Gun Guard: Msgt. L Ellis

AM Count: __276__

PM Count: _____

**Comments:**

6:40am: arrived @ Bear Gate
7:15am: Opened inner + outer Gate
7:30am: Checking at Lines - Sunscreen offered & Taken
7:45am: 27x in Route to Squash Field
8:00am: Arrived @ Squash Field (1) portipetti (1) Shade Trailer (1) Hand wash (4) water Colers. Offenders Drink @ will
9:00am: Break offered
9:15am: Break over
10:00am: Break offered
10:15am: Break over
10:30am: Warden Rands on Field
10:45am: Break offered
11:00am: Break over.
11:25am: "Head Land" 27x in Route Back to Camp
11:44am: 27x Returned to Camp.

**Daily Line Counts**

Line #: 24 + 25                    Date: 10/10/25

Pusher: Lt. Karisin
Gun Guard: MSgt. Magberry
Gun Guard: MSgt. Crouse

AM Count: 27

PM Count: 0

**Comments:**

6:45 am  Arrived at Falcon gate
7:40 am  Checked out 26 x
7:?? am  Arrived at squash field. Shade trailer, portable toilet, hand wash station and four water coolers on site. Sunscreen offered to all inmates. Water coolers are available to all inmates at all times.
8:30 am  Break offered
8:45 am  Break over
9:30 am  Break offered
9:55 am  Called in count to Camp D Sallyport  Falcon: 2, 5, 12, 8  Total 27 x
9:45 am  Break over
10:30 am  Break offered  10:45 am Break over
11:?? am  Called head line and loaded bus with 27 x
11:?? am  Arrived at Falcon gate Checked in 27 x

VOTE002993