# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 03:55 | Calm | 2.50 | Fog/Mist | SCT003 | 63.3 | 62.8 | | | 98% | | | 29.92 | 0.0 | | | |
| 18 | 03:35 | Calm | 0.25 | Fog | OVC003 | 64 | 63.5 | | | 98% | | | 29.91 | 0.0 | | | |
| 18 | 03:15 | Calm | 0.25 | Fog | OVC003 | 64.2 | 63.5 | | | 98% | | | 29.92 | 0.0 | | | |
| 18 | 02:55 | Calm | 0.50 | Fog | OVC003 | 63.5 | 62.8 | | | 98% | | | 29.92 | 0.0 | | | |
| 18 | 02:35 | Calm | 1.00 | Fog/Mist | BKN003 | 64.9 | 64.2 | | | 98% | | | 29.93 | 0.0 | | | |
| 18 | 02:15 | Calm | 7.00 | Fair | CLR | 64.8 | 63.9 | | | 97% | | | 29.92 | 0.0 | | | |
| 18 | 01:55 | Calm | 10.00 | Fair | CLR | 65.3 | 64 | | | 96% | | | 29.92 | 0.0 | | | |
| 18 | 01:35 | Calm | 7.00 | Fair | CLR | 66.4 | 65.1 | | | 96% | | | 29.92 | 0.0 | | | |
| 18 | 01:15 | Calm | 10.00 | Fair | CLR | 68.5 | 66.6 | | | 93% | | | 29.92 | 0.0 | | | |
| 18 | 00:55 | Calm | 10.00 | Fair | CLR | 69.3 | 67.5 | 78.3 | 69.1 | 94% | | | 29.92 | 0.0 | | | |
| 18 | 00:35 | SW 3 | 10.00 | Fair | CLR | 69.3 | 67.3 | | | 93% | | | 29.93 | 0.0 | | | |
| 18 | 00:15 | SW 3 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 29.93 | 0.0 | | | |
| 17 | 23:55 | Calm | 10.00 | Fair | CLR | 70.7 | 68 | | | 91% | | | 29.93 | 0.0 | | | |
| 17 | 23:35 | SW 3 | 10.00 | Fair | CLR | 71.1 | 68 | | | 90% | | | 29.93 | 0.0 | | | |
| 17 | 23:15 | SW 3 | 10.00 | Fair | CLR | 71.2 | 68 | | | 90% | | | 29.93 | 0.0 | | | |
| 17 | 22:55 | SW 3 | 10.00 | Fair | CLR | 71.8 | 68 | | | 88% | | | 29.94 | 0.0 | | | |
| 17 | 22:35 | SW 5 | 10.00 | Fair | CLR | 72 | 67.8 | | | 87% | | | 29.94 | 0.0 | | | |
| 17 | 22:15 | SW 3 | 10.00 | Fair | CLR | 72.5 | 68 | | | 86% | | | 29.94 | 0.0 | | | |
| 17 | 21:55 | SW 5 | 10.00 | Fair | CLR | 73.4 | 67.8 | | | 83% | | | 29.93 | 0.0 | | | |
| 17 | 21:35 | SW 6 | 10.00 | Fair | CLR | 73.9 | 67.6 | | | 81% | | | 29.94 | 0.0 | | | |
| 17 | 21:15 | SW 6 | 10.00 | Fair | CLR | 74.5 | 67.5 | | | 79% | | | 29.93 | 0.0 | | | |
| 17 | 20:55 | SW 6 | 10.00 | Fair | CLR | 74.8 | 66.9 | | | 76% | | | 29.93 | 0.0 | | | |
| 17 | 20:35 | SW 3 | 10.00 | Fair | CLR | 74.7 | 66 | | | 75% | | | 29.92 | 0.0 | | | |
| 17 | 20:15 | SW 5 | 10.00 | Fair | CLR | 74.3 | 65.3 | | | 74% | | | 29.92 | 0.0 | | | |
| 17 | 19:55 | W 5 | 10.00 | Fair | CLR | 72 | 65.3 | | | 80% | | | 29.91 | 0.0 | | | |
| 17 | 19:35 | Calm | 10.00 | Fair | CLR | 74.5 | 65.5 | | | 74% | | | 29.91 | 0.0 | | | |
| 17 | 19:15 | Calm | 10.00 | Fair | CLR | 76.8 | 65.5 | | | 68% | | 79 | 29.9 | 0.0 | | | |
| 17 | 18:55 | S 3 | 10.00 | Fair | CLR | 78.1 | 65.3 | | | 65% | | 80 | 29.9 | 0.0 | | | |
| 17 | 18:35 | S 3 | 10.00 | Fair | CLR | 79.3 | 64.8 | | | 61% | | 81 | 29.89 | 0.0 | | | |
| 17 | 18:15 | S 5 | 10.00 | Fair | CLR | 81.1 | 64.6 | | | 57% | | 83 | 29.89 | 0.0 | | | |
| 17 | 17:55 | S 5 | 10.00 | Fair | CLR | 82 | 64.4 | | | 55% | | 84 | 29.89 | 0.0 | | | |
| 17 | 17:35 | S 3 | 10.00 | Fair | CLR | 83.3 | 64.2 | | | 53% | | 85 | 29.89 | 0.0 | | | |
| 17 | 17:15 | SW 7 | 10.00 | Fair | CLR | 84 | 63.9 | | | 51% | | 85 | 29.89 | 0.0 | | | |
| 17 | 16:55 | S 3 | 10.00 | Fair | CLR | 83.5 | 63.3 | | | 51% | | 85 | 29.89 | 0.0 | | | |
| 17 | 16:35 | S 6 | 10.00 | NULL | NULL | 83.1 | 62.6 | | | 50% | | 84 | 29.9 | 0.0 | | | |
| 17 | 15:55 | SW 10 | 10.00 | Fair | CLR | 86 | 62.4 | | | 45% | | 87 | 29.9 | 0.0 | | | |
| 17 | 15:35 | S 7 | 10.00 | Fair | CLR | 86 | 62.4 | | | 45% | | 87 | 29.9 | 0.0 | | | |
| 17 | 15:15 | S 3 | 10.00 | Fair | CLR | 85.8 | 63.1 | | | 47% | | 87 | 29.91 | 0.0 | | | |
| 17 | 14:55 | SW 7 | 0.00 | NULL | NULL | 85.8 | 62.8 | | | 46% | | 87 | 29.91 | 0.0 | | | |
| 17 | 14:35 | S 8 | 0.00 | NULL | NULL | 85.5 | 61.9 | | | 45% | | 86 | 29.92 | 0.0 | | | |
| 17 | 14:15 | W 7 | 10.00 | Partly Cloudy | SCT046 | 85.6 | 63.1 | | | 47% | | 87 | 29.92 | 0.0 | | | |
| 17 | 13:55 | SW 6 | 10.00 | Partly Cloudy | SCT046 | 85.1 | 64.9 | | | 51% | | 87 | 29.94 | 0.0 | | | |
| 17 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT044 | 84.7 | 65.8 | | | 53% | | 87 | 29.94 | 0.0 | | | |
| 17 | 13:15 | S 7 | 10.00 | Partly Cloudy | SCT044 | 84.9 | 64 | | | 50% | | 86 | 29.95 | 0.0 | | | |
| 17 | 12:55 | S 5 | 10.00 | Partly Cloudy | SCT044 | 84.4 | 65.7 | 84.6 | 62.8 | 53% | | 86 | 29.96 | 0.0 | | | |
| 17 | 12:35 | SW 6 | 10.00 | Fair | CLR | 83.1 | 65.3 | | | 55% | | 85 | 29.97 | 0.0 | | | |
| 17 | 12:15 | SW 3 | 10.00 | Fair | CLR | 82.6 | 66.2 | | | 58% | | 85 | 29.98 | 0.0 | | | |
| 17 | 11:55 | W 6 | 10.00 | Fair | CLR | 81.5 | 67.5 | | | 63% | | 84 | 29.99 | 0.0 | | | |
| 17 | 11:35 | S 5 | 10.00 | Fair | CLR | 80.6 | 68.2 | | | 66% | | 83 | 30 | 0.0 | | | |
| 17 | 11:15 | SW 3 | 10.00 | Fair | CLR | 79.7 | 68 | | | 68% | | 82 | 30 | 0.0 | | | |
| 17 | 10:55 | SW 3 | 10.00 | Fair | CLR | 79.2 | 68.4 | | | 70% | | 82 | 30 | 0.0 | | | |
| 17 | 10:35 | S 3 | 10.00 | Fair | CLR | 77.9 | 68 | | | 72% | | 80 | 30 | 0.0 | | | |
| 17 | 10:15 | Calm | 10.00 | Fair | CLR | 76.5 | 68.2 | | | 76% | | 78 | 30 | 0.0 | | | |
| 17 | 09:55 | Calm | 10.00 | Fair | CLR | 75 | 68.9 | | | 81% | | 75 | 29.99 | 0.0 | | | |
| 17 | 09:35 | Calm | 10.00 | Fair | CLR | 71.8 | 68.9 | | | 91% | | | 29.99 | 0.0 | | | |
| 17 | 09:15 | Calm | 10.00 | Fair | CLR | 69.1 | 67.1 | | | 93% | | | 29.99 | | | | |

This site will remain updated during the shutdown. Read More




# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**
**New Roads False River Regional Airport**

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 13:55 | SW 6 | 10.00 | Partly Cloudy | SCT046 | 85.1 | 64.9 | | | 51% | | 87 | 29.94 | | 0.0 | | |
| 17 | 13:35 | Calm | 10.00 | Partly Cloudy | SCT044 | 84.7 | 65.8 | | | 53% | | 87 | 29.94 | | 0.0 | | |
| 17 | 13:15 | S 7 | 10.00 | Partly Cloudy | SCT044 | 84.9 | 64 | | | 50% | | 86 | 29.95 | | 0.0 | | |
| 17 | 12:55 | S 5 | 10.00 | Partly Cloudy | SCT044 | 84.4 | 65.7 | 84.6 | 62.8 | 53% | | 86 | 29.96 | | 0.0 | | |
| 17 | 12:35 | SW 6 | 10.00 | Fair | CLR | 83.1 | 65.3 | | | 55% | | 85 | 29.97 | | 0.0 | | |
| 17 | 12:15 | SW 3 | 10.00 | Fair | CLR | 82.6 | 66.2 | | | 58% | | 85 | 29.98 | | 0.0 | | |
| 17 | 11:55 | W 6 | 10.00 | Fair | CLR | 81.5 | 67.5 | | | 63% | | 84 | 29.99 | | 0.0 | | |
| 17 | 11:35 | S 5 | 10.00 | Fair | CLR | 80.6 | 68.2 | | | 66% | | 83 | 30 | | 0.0 | | |
| 17 | 11:15 | SW 3 | 10.00 | Fair | CLR | 79.7 | 68 | | | 68% | | 82 | 30 | | 0.0 | | |
| 17 | 10:55 | SW 3 | 10.00 | Fair | CLR | 79.2 | 68.4 | | | 70% | | 82 | 30 | | 0.0 | | |
| 17 | 10:35 | S 3 | 10.00 | Fair | CLR | 77.9 | 68 | | | 72% | | 80 | 30 | | 0.0 | | |
| 17 | 10:15 | Calm | 10.00 | Fair | CLR | 76.5 | 68.2 | | | 76% | | 78 | 30 | | 0.0 | | |
| 17 | 09:55 | Calm | 10.00 | Fair | CLR | 75 | 68.9 | | | 81% | | 75 | 29.99 | | 0.0 | | |
| 17 | 09:35 | Calm | 10.00 | Fair | CLR | 71.8 | 68.9 | | | 91% | | | 29.99 | | 0.0 | | |
| 17 | 09:15 | Calm | 10.00 | Fair | CLR | 69.1 | 67.1 | | | 93% | | | 29.99 | | 0.0 | | |
| 17 | 08:55 | Calm | 10.00 | Fair | CLR | 68.2 | 66.9 | | | 96% | | | 29.98 | | 0.0 | | |
| 17 | 08:35 | Calm | 10.00 | Fair | CLR | 67.1 | 66.2 | | | 97% | | | 29.97 | | 0.0 | | |
| 17 | 08:15 | W 3 | 10.00 | Fair | CLR | 66.2 | 65.3 | | | 97% | | | 29.97 | | 0.0 | | |
| 17 | 07:55 | Calm | 10.00 | Partly Cloudy | SCT002 | 65.3 | 64.4 | | | 97% | | | 29.97 | | 0.0 | | |
| 17 | 07:35 | Calm | 7.00 | Partly Cloudy | SCT002 | 63.5 | 62.8 | | | 98% | | | 29.96 | | 0.0 | | |
| 17 | 07:15 | Calm | 10.00 | Fair | CLR | 63.1 | 62.2 | | | 97% | | | 29.96 | | 0.0 | | |
| 17 | 06:55 | Calm | 10.00 | Fair | CLR | 63 | 62.1 | 63 | 61 | 97% | | | 29.95 | | 0.0 | | |
| 17 | 06:35 | Calm | 10.00 | Fair | CLR | 62.6 | 61.7 | | | 97% | | | 29.95 | | 0.0 | | |
| 17 | 06:15 | Calm | 10.00 | Fair | CLR | 62.6 | 61.7 | | | 97% | | | 29.94 | | 0.0 | | |
| 17 | 05:55 | Calm | 10.00 | Fair | CLR | 61.9 | 61.2 | | | 98% | | | 29.94 | | 0.0 | | |
| 17 | 05:35 | Calm | 10.00 | Fair | CLR | 61.5 | 60.6 | | | 97% | | | 29.94 | | 0.0 | | |
| 17 | 05:15 | Calm | 10.00 | Fair | CLR | 61.2 | 60.1 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 04:55 | Calm | 10.00 | Fair | CLR | 62.2 | 61.2 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 04:35 | Calm | 10.00 | Partly Cloudy | SCT003 | 62.4 | 61.3 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 04:15 | Calm | 10.00 | Fair | CLR | 62.2 | 61.2 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 03:55 | Calm | 10.00 | Partly Cloudy | SCT001 | 62.2 | 61.2 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 03:35 | Calm | 10.00 | Mostly Cloudy | BKN001 | 62.2 | 61.2 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 03:15 | Calm | 10.00 | Partly Cloudy | SCT001 | 61.7 | 60.8 | | | 97% | | | 29.93 | | 0.0 | | |
| 17 | 02:55 | Calm | 10.00 | Fair | CLR | 61.3 | 59.9 | | | 95% | | | 29.94 | | 0.0 | | |
| 17 | 02:35 | Calm | 10.00 | Fair | CLR | 61.7 | 60.3 | | | 95% | | | 29.94 | | 0.0 | | |
| 17 | 02:15 | Calm | 10.00 | Fair | CLR | 61.9 | 60.6 | | | 96% | | | 29.93 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003028

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 01:55 | Calm | 10.00 | Fair | CLR | 62.2 | 61 | | | 96% | | | 29.93 | | 0.0 | | |
| 17 | 01:35 | Calm | 10.00 | Fair | CLR | 62.2 | 60.8 | | | 95% | | | 29.93 | | 0.0 | | |
| 17 | 01:15 | Calm | 10.00 | Fair | CLR | 62.8 | 61.2 | | | 94% | | | 29.93 | | 0.0 | | |
| 17 | 00:55 | Calm | 10.00 | Fair | CLR | 62.6 | 61.2 | 75.9 | 62.2 | 95% | | | 29.93 | | 0.0 | | |
| 17 | 00:35 | Calm | 10.00 | Fair | CLR | 63 | 61.5 | | | 95% | | | 29.93 | | 0.0 | | |
| 17 | 00:15 | Calm | 10.00 | Fair | CLR | 63.1 | 61.7 | | | 95% | | | 29.93 | | 0.0 | | |
| 16 | 23:55 | Calm | 10.00 | Fair | CLR | 62.8 | 61 | | | 94% | | | 29.93 | | 0.0 | | |
| 16 | 23:35 | Calm | 10.00 | Fair | CLR | 63.5 | 61.5 | | | 93% | | | 29.94 | | 0.0 | | |
| 16 | 23:15 | Calm | 10.00 | Fair | CLR | 65.1 | 62.4 | | | 91% | | | 29.93 | | 0.0 | | |
| 16 | 22:55 | Calm | 10.00 | Fair | CLR | 64.6 | 62.2 | | | 92% | | | 29.92 | | 0.0 | | |
| 16 | 22:35 | W 3 | 10.00 | Fair | CLR | 64.6 | 62.1 | | | 92% | | | 29.93 | | 0.0 | | |
| 16 | 22:15 | Calm | 10.00 | Fair | CLR | 65.3 | 63 | | | 92% | | | 29.93 | | 0.0 | | |
| 16 | 21:55 | Calm | 10.00 | Fair | CLR | 66 | 63 | | | 90% | | | 29.93 | | 0.0 | | |
| 16 | 21:35 | Calm | 10.00 | Fair | CLR | 66.6 | 62.8 | | | 88% | | | 29.93 | | 0.0 | | |
| 16 | 21:15 | Calm | 10.00 | Fair | CLR | 67.1 | 63.7 | | | 89% | | | 29.93 | | 0.0 | | |
| 16 | 20:55 | Calm | 10.00 | Fair | CLR | 68.5 | 63.1 | | | 83% | | | 29.93 | | 0.0 | | |
| 16 | 20:35 | Calm | 10.00 | Fair | CLR | 68.9 | 63.5 | | | 83% | | | 29.92 | | 0.0 | | |
| 16 | 20:15 | Calm | 10.00 | Fair | CLR | 68.9 | 63.9 | | | 84% | | | 29.92 | | 0.0 | | |
| 16 | 19:55 | Calm | 10.00 | Fair | CLR | 70.2 | 64.4 | | | 82% | | | 29.92 | | 0.0 | | |
| 16 | 19:35 | Calm | 10.00 | Fair | CLR | 72.1 | 63.9 | | | 75% | | | 29.91 | | 0.0 | | |
| 16 | 19:15 | Calm | 10.00 | Fair | CLR | 73.2 | 63.5 | | | 72% | | | 29.91 | | 0.0 | | |
| 16 | 18:55 | SE 3 | 10.00 | Fair | CLR | 76.5 | 62.1 | | | 61% | | 78 | 29.91 | | 0.0 | | |
| 16 | 18:35 | SW 3 | 0.00 | NULL | NULL | 80.4 | 60.3 | | | 50% | | 81 | 29.9 | | 0.0 | | |
| 16 | 18:15 | SW 3 | 0.00 | NULL | NULL | 82.8 | 59.9 | | | 46% | | 83 | 29.9 | | 0.0 | | |
| 16 | 17:35 | S 5 | 10.00 | NULL | NULL | 84.6 | 59.9 | | | 43% | | 84 | 29.91 | | 0.0 | | |
| 16 | 17:20 | S 6 | 0.00 | NULL | NULL | 0 | 0 | | | 0% | | | 29.91 | | 0.0 | | |
| 16 | 16:35 | W 6 | 10.00 | Fair | CLR | 86.2 | 59.2 | | | 40% | | 86 | 29.92 | | 0.0 | | |
| 16 | 16:15 | S 8 | 10.00 | Fair | CLR | 86.9 | 59.9 | | | 40% | | 87 | 29.92 | | 0.0 | | |
| 16 | 15:55 | Calm | 10.00 | Fair | CLR | 86.5 | 57.4 | | | 37% | | 85 | 29.92 | | 0.0 | | |
| 16 | 15:35 | Calm | 10.00 | Fair | CLR | 87.1 | 58.1 | | | 38% | | 86 | 29.92 | | 0.0 | | |
| 16 | 15:15 | Calm | 10.00 | Fair | CLR | 86.4 | 59.9 | | | 41% | | 86 | 29.93 | | 0.0 | | |
| 16 | 14:55 | SW 3 | 10.00 | Fair | CLR | 86.5 | 60.4 | | | 42% | | 86 | 29.93 | | 0.0 | | |
| 16 | 14:35 | W 5 | 10.00 | Fair | CLR | 86.5 | 61.3 | | | 43% | | 87 | 29.93 | | 0.0 | | |
| 16 | 14:15 | NW 5 | 10.00 | Fair | CLR | 86.5 | 61.7 | | | 43% | | 87 | 29.94 | | 0.0 | | |
| 16 | 13:55 | SW 5 | 10.00 | Fair | CLR | 85.5 | 61.5 | | | 45% | | 86 | 29.95 | | 0.0 | | |
| 16 | 13:35 | S 5 | 10.00 | Fair | CLR | 85.1 | 61 | | | 44% | | 85 | 29.96 | | 0.0 | | |
| 16 | 13:15 | W 3 | 10.00 | Fair | CLR | 85.1 | 61.2 | | | 45% | | 85 | 29.97 | | 0.0 | | |
| 16 | 12:55 | SW 8 | 10.00 | Fair | CLR | 85.3 | 61.7 | 85.3 | 57.7 | 45% | | 86 | 29.97 | | 0.0 | | |
| 16 | 12:35 | S 6 | 10.00 | Fair | CLR | 84 | 61.5 | | | 47% | | 85 | 29.98 | | 0.0 | | |
| 16 | 12:15 | SW 5 | 10.00 | Fair | CLR | 83.7 | 61.2 | | | 47% | | 84 | 29.99 | | 0.0 | | |
| 16 | 11:55 | Calm | 10.00 | Fair | CLR | 82.9 | 60.1 | | | 46% | | 83 | 29.99 | | 0.0 | | |
| 16 | 11:35 | SW 8 | 10.00 | Fair | CLR | 82.4 | 61 | | | 48% | | 83 | 30 | | 0.0 | | |
| 16 | 11:15 | Calm | 10.00 | Fair | CLR | 81.3 | 63.5 | | | 55% | | 83 | 30 | | 0.0 | | |
| 16 | 10:55 | SW 5 | 10.00 | Fair | CLR | 80.2 | 63.5 | | | 57% | | 82 | 30 | | 0.0 | | |
| 16 | 10:35 | W 3 | 10.00 | Fair | CLR | 79.2 | 65.3 | | | 63% | | 81 | 30 | | 0.0 | | |
| 16 | 10:15 | Calm | 10.00 | Fair | CLR | 77.4 | 64.9 | | | 66% | | 79 | 30 | | 0.0 | | |
| 16 | 09:55 | W 3 | 10.00 | Fair | CLR | 75.9 | 64.8 | | | 68% | | 78 | 30 | | 0.0 | | |
| 16 | 09:35 | Calm | 7.00 | Fair | CLR | 73 | 64.9 | | | 76% | | | 30 | | 0.0 | | |
| 16 | 09:15 | Calm | 10.00 | Fair | CLR | 70 | 64.8 | | | 84% | | | 30 | | 0.0 | | |
| 16 | 08:55 | Calm | 10.00 | Fair | CLR | 67.8 | 63.9 | | | 87% | | | 30 | | 0.0 | | |
| 16 | 08:35 | Calm | 7.00 | Fair | CLR | 65.3 | 63.1 | | | 93% | | | 30 | | 0.0 | | |
| 16 | 08:15 | Calm | 10.00 | Fair | CLR | 63 | 61.9 | | | 96% | | | 29.99 | | 0.0 | | |
| 16 | 07:55 | Calm | 10.00 | Fair | CLR | 59.7 | 59 | | | 97% | | | 29.99 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003029

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 07:35 | Calm | 10.00 | Fair | CLR | 58.3 | 57.6 | | | 97% | | | 29.98 | | 0.0 | | |
| 16 | 07:15 | Calm | 10.00 | Fair | CLR | 58.1 | 57.4 | | | 97% | | | 29.98 | | 0.0 | | |
| 16 | 06:55 | Calm | 10.00 | Fair | CLR | 58.1 | 57.2 | 62.4 | 57.9 | 97% | | | 29.98 | | 0.0 | | |
| 16 | 06:35 | Calm | 10.00 | Fair | CLR | 58.1 | 57.2 | | | 97% | | | 29.98 | | 0.0 | | |
| 16 | 06:15 | Calm | 10.00 | Fair | CLR | 58.1 | 57.4 | | | 97% | | | 29.98 | | 0.0 | | |
| 16 | 05:55 | Calm | 10.00 | Fair | CLR | 57.9 | 57.2 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 05:35 | Calm | 10.00 | Fair | CLR | 58.5 | 57.7 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 05:15 | Calm | 10.00 | Fair | CLR | 58.6 | 58.1 | | | 98% | | | 29.97 | | 0.0 | | |
| 16 | 04:55 | Calm | 10.00 | Fair | CLR | 59 | 58.1 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 04:35 | Calm | 10.00 | Fair | CLR | 59.2 | 58.5 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 04:15 | Calm | 10.00 | Fair | CLR | 59 | 58.1 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 03:55 | Calm | 10.00 | Fair | CLR | 59 | 58.3 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 03:35 | Calm | 10.00 | Fair | CLR | 59.9 | 59 | | | 97% | | | 29.97 | | 0.0 | | |
| 16 | 03:15 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 29.97 | | 0.0 | | |
| 16 | 02:55 | Calm | 10.00 | Fair | CLR | 59.4 | 57.7 | | | 94% | | | 29.97 | | 0.0 | | |
| 16 | 02:35 | Calm | 10.00 | Fair | CLR | 59.7 | 58.3 | | | 95% | | | 29.97 | | 0.0 | | |
| 16 | 02:15 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 29.98 | | 0.0 | | |
| 16 | 01:55 | Calm | 10.00 | Fair | CLR | 60.4 | 59.2 | | | 96% | | | 29.98 | | 0.0 | | |
| 16 | 01:35 | Calm | 10.00 | Fair | CLR | 61 | 59.4 | | | 94% | | | 29.99 | | 0.0 | | |
| 16 | 01:15 | Calm | 10.00 | Fair | CLR | 61.9 | 60.3 | | | 94% | | | 29.99 | | 0.0 | | |
| 16 | 00:55 | Calm | 10.00 | Fair | CLR | 62.6 | 60.8 | 74.8 | 61.9 | 94% | | | 29.99 | | 0.0 | | |
| 16 | 00:35 | Calm | 10.00 | Fair | CLR | 61.9 | 59.9 | | | 93% | | | 29.99 | | 0.0 | | |
| 16 | 00:15 | Calm | 10.00 | Fair | CLR | 63.3 | 61.2 | | | 93% | | | 29.99 | | 0.0 | | |
| 15 | 23:55 | Calm | 10.00 | Fair | CLR | 63.7 | 61.5 | | | 93% | | | 29.99 | | 0.0 | | |
| 15 | 23:35 | Calm | 10.00 | Fair | CLR | 63.5 | 61.7 | | | 94% | | | 30 | | 0.0 | | |
| 15 | 23:15 | Calm | 10.00 | Fair | CLR | 64.4 | 62.1 | | | 92% | | | 30 | | 0.0 | | |
| 15 | 22:55 | Calm | 10.00 | Fair | CLR | 64.6 | 62.6 | | | 93% | | | 30 | | 0.0 | | |
| 15 | 22:35 | Calm | 10.00 | Fair | CLR | 64.4 | 61.7 | | | 91% | | | 30 | | 0.0 | | |
| 15 | 22:15 | Calm | 10.00 | Fair | CLR | 65.5 | 62.1 | | | 89% | | | 30 | | 0.0 | | |
| 15 | 21:55 | Calm | 10.00 | Fair | CLR | 65.5 | 61.9 | | | 88% | | | 30 | | 0.0 | | |
| 15 | 21:35 | Calm | 10.00 | Fair | CLR | 65.7 | 62.4 | | | 89% | | | 30 | | 0.0 | | |
| 15 | 21:15 | Calm | 10.00 | Fair | CLR | 66.2 | 62.6 | | | 88% | | | 30 | | 0.0 | | |
| 15 | 20:55 | Calm | 10.00 | Fair | CLR | 67.5 | 63 | | | 86% | | | 29.99 | | 0.0 | | |
| 15 | 20:35 | Calm | 10.00 | Fair | CLR | 68.2 | 62.8 | | | 83% | | | 29.99 | | 0.0 | | |
| 15 | 20:15 | Calm | 10.00 | Fair | CLR | 69.3 | 63 | | | 80% | | | 29.98 | | 0.0 | | |
| 15 | 19:55 | Calm | 10.00 | Fair | CLR | 71.2 | 62.8 | | | 75% | | | 29.98 | | 0.0 | | |
| 15 | 19:35 | Calm | 10.00 | Fair | CLR | 71.1 | 61.7 | | | 72% | | | 29.97 | | 0.0 | | |
| 15 | 19:15 | N 3 | 10.00 | Fair | CLR | 71.4 | 62.6 | | | 74% | | | 29.97 | | 0.0 | | |
| 15 | 18:55 | Calm | 10.00 | Fair | CLR | 75.4 | 61.2 | | | 61% | | 78 | 29.97 | | 0.0 | | |
| 15 | 18:35 | SW 3 | 10.00 | Fair | CLR | 80.1 | 58.8 | | | 48% | | 81 | 29.97 | | 0.0 | | |
| 15 | 18:15 | SW 5 | 10.00 | Fair | CLR | 81.9 | 58.1 | | | 44% | | 82 | 29.97 | | 0.0 | | |
| 15 | 17:55 | SW 5 | 10.00 | Fair | CLR | 83.3 | 57.9 | | | 42% | | 83 | 29.96 | | 0.0 | | |
| 15 | 17:35 | SW 5 | 10.00 | Fair | CLR | 84 | 58.3 | | | 42% | | 84 | 29.96 | | 0.0 | | |
| 15 | 17:15 | SW 5 | 10.00 | Fair | CLR | 84.6 | 57.9 | | | 40% | | 84 | 29.96 | | 0.0 | | |
| 15 | 16:55 | SW 3 | 10.00 | Fair | CLR | 85.1 | 57.9 | | | 40% | | 84 | 29.96 | | 0.0 | | |
| 15 | 16:35 | W 7 | 10.00 | Fair | CLR | 85.3 | 57.6 | | | 39% | | 84 | 29.96 | | 0.0 | | |
| 15 | 16:15 | W 7 | 10.00 | Fair | CLR | 85.8 | 58.3 | | | 39% | | 85 | 29.96 | | 0.0 | | |
| 15 | 15:55 | SW 5 | 10.00 | Fair | CLR | 85.5 | 58.5 | | | 40% | | 85 | 29.96 | | 0.0 | | |
| 15 | 15:35 | SW 3 | 10.00 | Fair | CLR | 85.3 | 57.9 | | | 39% | | 85 | 29.97 | | 0.0 | | |
| 15 | 15:15 | SW 5 | 10.00 | Fair | CLR | 85.6 | 58.5 | | | 40% | | 85 | 29.97 | | 0.0 | | |
| 15 | 14:55 | SW 7 | 10.00 | Fair | CLR | 85.3 | 58.1 | | | 40% | | 85 | 29.97 | | 0.0 | | |
| 15 | 14:35 | SW 8 | 10.00 | Fair | CLR | 85.1 | 58.1 | | | 40% | | 84 | 29.98 | | 0.0 | | |
| 15 | 14:15 | SW 8 | 10.00 | NULL | NULL | 85.1 | 58.5 | | | 41% | | 85 | 29.98 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003030

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 15 | 13:15 | W 3 | 10.00 | Fair | CLR | 84.2 | 58.5 | | | 42% | | 84 | 30.01 | | 0.0 | | |
| 15 | 12:55 | W 3 | 10.00 | Fair | CLR | 83.1 | 59.2 | 83.1 | 57.7 | 44% | | 83 | 30.02 | | 0.0 | | |
| 15 | 12:35 | NW 7 | 10.00 | Fair | CLR | 82.8 | 58.6 | | | 44% | | 83 | 30.03 | | 0.0 | | |
| 15 | 12:15 | NW 6 | 10.00 | Fair | CLR | 82.4 | 60.6 | | | 48% | | 83 | 30.03 | | 0.0 | | |
| 15 | 11:55 | W 5 | 10.00 | Fair | CLR | 81.7 | 59.7 | | | 47% | | 82 | 30.04 | | 0.0 | | |
| 15 | 11:35 | Calm | 10.00 | Fair | CLR | 79.5 | 58.8 | | | 49% | | 80 | 30.05 | | 0.0 | | |
| 15 | 11:15 | Calm | 10.00 | Fair | CLR | 79.2 | 59.2 | | | 50% | | 80 | 30.05 | | 0.0 | | |
| 15 | 10:55 | W 5 | 10.00 | Fair | CLR | 77.5 | 58.8 | | | 53% | | 79 | 30.05 | | 0.0 | | |
| 15 | 10:35 | Calm | 10.00 | Fair | CLR | 76.3 | 58.1 | | | 53% | | 78 | 30.05 | | 0.0 | | |
| 15 | 10:15 | W 5 | 10.00 | Fair | CLR | 75 | 56.7 | | | 53% | | 78 | 30.06 | | 0.0 | | |
| 15 | 09:35 | W 6 | 10.00 | Fair | CLR | 72.5 | 56.7 | | | 58% | | | 30.05 | | 0.0 | | |
| 15 | 09:15 | W 3 | 10.00 | Fair | CLR | 70.3 | 56.8 | | | 62% | | | 30.05 | | 0.0 | | |
| 15 | 08:55 | W 5 | 10.00 | Fair | CLR | 68.2 | 56.1 | | | 66% | | | 30.06 | | 0.0 | | |
| 15 | 08:35 | W 3 | 10.00 | Fair | CLR | 67.1 | 57.6 | | | 72% | | | 30.05 | | 0.0 | | |
| 15 | 08:15 | Calm | 10.00 | Fair | CLR | 63 | 56.7 | | | 80% | | | 30.05 | | 0.0 | | |
| 15 | 07:55 | Calm | 10.00 | Fair | CLR | 60.1 | 55.8 | | | 86% | | | 30.05 | | 0.0 | | |
| 15 | 07:35 | Calm | 10.00 | Fair | CLR | 58.5 | 54.7 | | | 87% | | | 30.04 | | 0.0 | | |
| 15 | 07:15 | Calm | 10.00 | Fair | CLR | 57.7 | 54.5 | | | 89% | | | 30.04 | | 0.0 | | |
| 15 | 06:55 | Calm | 10.00 | Fair | CLR | 58.1 | 54.5 | 66.9 | 57.2 | 88% | | | 30.04 | | 0.0 | | |
| 15 | 06:35 | Calm | 10.00 | Fair | CLR | 57.7 | 54.1 | | | 88% | | | 30.03 | | 0.0 | | |
| 15 | 06:15 | NW 5 | 10.00 | Fair | CLR | 57.6 | 54 | | | 88% | | | 30.03 | | 0.0 | | |
| 15 | 05:55 | Calm | 10.00 | Fair | CLR | 57.7 | 54.7 | | | 90% | | | 30.03 | | 0.0 | | |
| 15 | 05:35 | Calm | 10.00 | Fair | CLR | 58.1 | 54.7 | | | 88% | | | 30.03 | | 0.0 | | |
| 15 | 05:15 | N 3 | 10.00 | Fair | CLR | 58.5 | 55.4 | | | 90% | | | 30.03 | | 0.0 | | |
| 15 | 04:55 | Calm | 10.00 | Fair | CLR | 58.3 | 55.4 | | | 90% | | | 30.03 | | 0.0 | | |
| 15 | 04:35 | Calm | 10.00 | Fair | CLR | 59 | 55.8 | | | 89% | | | 30.03 | | 0.0 | | |
| 15 | 04:15 | Calm | 10.00 | Fair | CLR | 58.8 | 55.8 | | | 90% | | | 30.03 | | 0.0 | | |
| 15 | 03:55 | Calm | 10.00 | Fair | CLR | 59.2 | 56.3 | | | 90% | | | 30.03 | | 0.0 | | |
| 15 | 03:35 | Calm | 10.00 | Fair | CLR | 59.9 | 56.5 | | | 89% | | | 30.03 | | 0.0 | | |
| 15 | 03:15 | Calm | 10.00 | Fair | CLR | 60.1 | 56.3 | | | 87% | | | 30.04 | | 0.0 | | |
| 15 | 02:55 | NW 3 | 10.00 | Fair | CLR | 62.2 | 56.7 | | | 82% | | | 30.04 | | 0.0 | | |
| 15 | 02:35 | NW 3 | 10.00 | Fair | CLR | 62.8 | 56.7 | | | 81% | | | 30.05 | | 0.0 | | |
| 15 | 02:15 | NW 6 | 10.00 | Fair | CLR | 62.6 | 56.5 | | | 81% | | | 30.05 | | 0.0 | | |
| 15 | 01:55 | NW 6 | 10.00 | Fair | CLR | 63.5 | 56.7 | | | 79% | | | 30.05 | | 0.0 | | |
| 15 | 01:35 | Calm | 10.00 | Fair | CLR | 63.3 | 56.8 | | | 80% | | | 30.05 | | 0.0 | | |
| 15 | 01:15 | Calm | 10.00 | Fair | CLR | 63.5 | 57 | | | 80% | | | 30.06 | | 0.0 | | |
| 15 | 00:55 | N 3 | 10.00 | Fair | CLR | 67.1 | 56.5 | 73 | 65.7 | 69% | | | 30.06 | | 0.0 | | |
| 15 | 00:35 | N 3 | 10.00 | Fair | CLR | 66 | 57.2 | | | 73% | | | 30.06 | | 0.0 | | |
| 15 | 00:15 | Calm | 10.00 | Fair | CLR | 66.4 | 57.2 | | | 72% | | | 30.07 | | 0.0 | | |
| 14 | 23:55 | Calm | 10.00 | Fair | CLR | 66.7 | 57.2 | | | 72% | | | 30.07 | | 0.0 | | |
| 14 | 23:35 | Calm | 10.00 | Fair | CLR | 66.2 | 57.2 | | | 73% | | | 30.07 | | 0.0 | | |
| 14 | 23:15 | Calm | 10.00 | Fair | CLR | 66.2 | 57.2 | | | 73% | | | 30.08 | | 0.0 | | |
| 14 | 22:55 | Calm | 10.00 | Fair | CLR | 66.7 | 57.2 | | | 72% | | | 30.08 | | 0.0 | | |
| 14 | 22:35 | Calm | 10.00 | Fair | CLR | 67.1 | 57.4 | | | 71% | | | 30.08 | | 0.0 | | |
| 14 | 22:15 | Calm | 10.00 | Fair | CLR | 67.3 | 57.2 | | | 70% | | | 30.08 | | 0.0 | | |
| 14 | 21:55 | NW 5 | 10.00 | Fair | CLR | 67.5 | 57.2 | | | 70% | | | 30.08 | | 0.0 | | |
| 14 | 21:35 | NW 5 | 10.00 | Fair | CLR | 67.8 | 57.2 | | | 69% | | | 30.08 | | 0.0 | | |
| 14 | 21:15 | NW 6 | 10.00 | Fair | CLR | 68.9 | 57 | | | 66% | | | 30.07 | | 0.0 | | |
| 14 | 20:55 | NW 3 | 10.00 | Fair | CLR | 69.1 | 56.8 | | | 65% | | | 30.07 | | 0.0 | | |
| 14 | 20:35 | NW 5 | 10.00 | Fair | CLR | 70 | 56.5 | | | 62% | | | 30.06 | | 0.0 | | |
| 14 | 20:15 | N 6 | 10.00 | Fair | CLR | 70.2 | 56.5 | | | 62% | | | 30.05 | | 0.0 | | |
| 14 | 19:55 | N 7 | 10.00 | Fair | CLR | 70.9 | 56.5 | | | 61% | | | 30.05 | | 0.0 | | |
| 14 | 19:35 | N 8 | 10.00 | Fair | CLR | 72.5 | 56.7 | | | 58% | | | 30.04 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003031

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 14 | 19:15 | N 6 | 10.00 | Fair | CLR | 72.9 | 57.4 | | | 58% | | | 30.04 | | 0.0 | | |
| 14 | 18:55 | N 6 | 10.00 | Fair | CLR | 73.2 | 58.8 | 84 | 73.2 | 61% | | | 30.04 | | 0.0 | | |
| 14 | 18:35 | N 6 | 10.00 | Fair | CLR | 75.4 | 58.6 | | | 56% | | 78 | 30.03 | | 0.0 | | |
| 14 | 18:15 | N 7 | 10.00 | Fair | CLR | 78.1 | 58.6 | | | 51% | | 79 | 30.03 | | 0.0 | | |
| 14 | 17:55 | N 6 | 10.00 | Fair | CLR | 79.7 | 59.9 | | | 51% | | 81 | 30.02 | | 0.0 | | |
| 14 | 17:35 | N 8 | 10.00 | Fair | CLR | 81.3 | 58.6 | | | 46% | | 82 | 30.02 | | 0.0 | | |
| 14 | 17:15 | NE 8 | 10.00 | Fair | CLR | 81.5 | 59.2 | | | 47% | | 82 | 30.02 | | 0.0 | | |
| 14 | 16:55 | NE 10 | 10.00 | Fair | CLR | 82.4 | 59 | | | 45% | | 82 | 30.02 | | 0.0 | | |
| 14 | 16:35 | NE 7 | 10.00 | Fair | CLR | 82.8 | 58.6 | | | 44% | | 83 | 30.01 | | 0.0 | | |
| 14 | 16:15 | NE 9 | 10.00 | Fair | CLR | 83.3 | 57.7 | | | 42% | | 83 | 30.02 | | 0.0 | | |
| 14 | 15:55 | NE 8 | 10.00 | Fair | CLR | 83.5 | 57 | | | 41% | | 83 | 30.02 | | 0.0 | | |
| 14 | 15:35 | NE 9 | 10.00 | Fair | CLR | 83.3 | 56.5 | | | 40% | | 83 | 30.02 | | 0.0 | | |
| 14 | 15:15 | NE 9 | 10.00 | Fair | CLR | 83.5 | 57.4 | | | 41% | | 83 | 30.02 | | 0.0 | | |
| 14 | 14:55 | NE 9 | 10.00 | Fair | CLR | 83.5 | 58.5 | | | 43% | | 83 | 30.03 | | 0.0 | | |
| 14 | 14:35 | NE 9 | 10.00 | Fair | CLR | 83.1 | 58.5 | | | 43% | | 83 | 30.03 | | 0.0 | | |
| 14 | 14:15 | NE 10 | 10.00 | Fair | CLR | 83.5 | 59.9 | | | 45% | | 84 | 30.04 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003032

This site will remain updated during the shutdown. Read More

 

# NATIONAL WEATHER SERVICE

## Weather observations for the past three days for
## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 13:55 | N 9 | 10.00 | Fair | CLR | 83.5 | 59.9 | | | 45% | | 84 | 30.04 | | 0.0 | | |
| 14 | 13:35 | N 8 | 10.00 | Fair | CLR | 84 | 59 | | | 43% | | 84 | 30.05 | | 0.0 | | |
| 14 | 13:15 | N 8 | 10.00 | Fair | CLR | 83.3 | 57.9 | | | 42% | | 83 | 30.06 | | 0.0 | | |
| 14 | 12:55 | N 7 | 10.00 | Fair | CLR | 83.3 | 57.7 | 83.3 | 57.4 | 42% | | 83 | 30.07 | | 0.0 | | |
| 14 | 12:35 | E 7 | 10.00 | Fair | CLR | 82.4 | 61.2 | | | 49% | | 83 | 30.08 | | 0.0 | | |
| 14 | 12:15 | N 5 | 10.00 | Fair | CLR | 81.5 | 59.2 | | | 47% | | 82 | 30.09 | | 0.0 | | |
| 14 | 11:55 | Calm | 10.00 | Fair | CLR | 80.6 | 59 | | | 48% | | 81 | 30.1 | | 0.0 | | |
| 14 | 11:35 | Calm | 10.00 | Fair | CLR | 78.8 | 61 | | | 54% | | 80 | 30.1 | | 0.0 | | |
| 14 | 11:15 | NW 7 | 10.00 | Fair | CLR | 79.7 | 57.6 | | | 47% | | 80 | 30.11 | | 0.0 | | |
| 14 | 10:55 | N 5 | 10.00 | Fair | CLR | 78.6 | 59 | | | 51% | | 80 | 30.11 | | 0.0 | | |
| 14 | 10:35 | Calm | 10.00 | Fair | CLR | 77 | 58.8 | | | 54% | | 79 | 30.11 | | 0.0 | | |
| 14 | 10:15 | Calm | 10.00 | Fair | CLR | 75 | 58.3 | | | 56% | | 78 | 30.12 | | 0.0 | | |
| 14 | 09:55 | Calm | 10.00 | Fair | CLR | 73.6 | 57.9 | | | 58% | | | 30.12 | | 0.0 | | |
| 14 | 09:35 | Calm | 10.00 | NULL | NULL | 72 | 59 | | | 64% | | | 30.12 | | 0.0 | | |
| 14 | 09:15 | Calm | 10.00 | NULL | NULL | 68.2 | 61 | | | 78% | | | 30.12 | | 0.0 | | |
| 14 | 08:55 | Calm | 10.00 | NULL | NULL | 65.7 | 59.7 | | | 81% | | | 30.12 | | 0.0 | | |
| 14 | 08:35 | Calm | 10.00 | Fair | CLR | 63.5 | 59 | | | 85% | | | 30.11 | | 0.0 | | |
| 14 | 08:15 | Calm | 10.00 | Fair | CLR | 61.5 | 57.7 | | | 87% | | | 30.1 | | 0.0 | | |
| 14 | 07:55 | Calm | 10.00 | Fair | CLR | 59.5 | 57.4 | | | 93% | | | 30.1 | | 0.0 | | |
| 14 | 07:35 | Calm | 10.00 | Fair | CLR | 58.1 | 55.8 | | | 92% | | | 30.09 | | 0.0 | | |
| 14 | 07:15 | Calm | 10.00 | Fair | CLR | 57.4 | 55.6 | | | 94% | | | 30.09 | | 0.0 | | |
| 14 | 06:55 | Calm | 10.00 | Fair | CLR | 57.7 | 55.9 | 60.8 | 56.7 | 94% | | | 30.08 | | 0.0 | | |
| 14 | 06:35 | Calm | 10.00 | Fair | CLR | 57.2 | 55.6 | | | 94% | | | 30.07 | | 0.0 | | |
| 14 | 06:15 | Calm | 10.00 | Fair | CLR | 57.9 | 56.1 | | | 94% | | | 30.07 | | 0.0 | | |
| 14 | 05:55 | Calm | 10.00 | Fair | CLR | 58.1 | 56.1 | | | 93% | | | 30.07 | | 0.0 | | |
| 14 | 05:35 | N 5 | 10.00 | Fair | CLR | 57 | 55.8 | | | 96% | | | 30.06 | | 0.0 | | |
| 14 | 05:15 | NE 3 | 10.00 | Fair | CLR | 57.4 | 56.3 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 04:55 | Calm | 10.00 | Fair | CLR | 58.1 | 56.8 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 04:35 | Calm | 10.00 | Fair | CLR | 57.6 | 56.3 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 04:15 | Calm | 10.00 | Fair | CLR | 58.3 | 57 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 03:55 | Calm | 10.00 | Fair | CLR | 58.5 | 57.2 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 03:35 | Calm | 10.00 | Fair | CLR | 58.8 | 57.4 | | | 95% | | | 30.05 | | 0.0 | | |
| 14 | 03:15 | Calm | 10.00 | Fair | CLR | 58.8 | 57.6 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 02:55 | Calm | 10.00 | Fair | CLR | 59 | 57.6 | | | 95% | | | 30.04 | | 0.0 | | |
| 14 | 02:35 | Calm | 10.00 | Fair | CLR | 59.7 | 58.5 | | | 96% | | | 30.04 | | 0.0 | | |
| 14 | 02:15 | Calm | 10.00 | Fair | CLR | 59.5 | 58.5 | | | 96% | | | 30.05 | | 0.0 | | |
| 14 | 01:55 | Calm | 10.00 | Fair | CLR | 59.7 | 58.5 | | | 96% | | | 30.04 | | 0.0 | | |
| 14 | 01:35 | Calm | 10.00 | Fair | CLR | 59.2 | 58.1 | | | 96% | | | 30.04 | | 0.0 | | |
| 14 | 01:15 | Calm | 10.00 | Fair | CLR | 60.8 | 59 | | | 94% | | | 30.04 | | 0.0 | | |
| 14 | 00:55 | Calm | 10.00 | Fair | CLR | 60.8 | 59.2 | 75.2 | 60.4 | 94% | | | 30.04 | | 0.0 | | |
| 14 | 00:35 | Calm | 10.00 | Fair | CLR | 61 | 59.4 | | | 94% | | | 30.04 | | 0.0 | | |
| 14 | 00:15 | Calm | 10.00 | Fair | CLR | 61.9 | 60.3 | | | 94% | | | 30.04 | | 0.0 | | |
| 13 | 23:55 | Calm | 10.00 | Fair | CLR | 62.1 | 60.6 | | | 95% | | | 30.05 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F)   Pressure   Precipitation (in)

VOTE003014

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 23:35 | Calm | 10.00 | Fair | CLR | 62.4 | 60.4 | | | 93% | | | 30.05 | | 0.0 | | |
| 13 | 23:15 | Calm | 10.00 | Fair | CLR | 62.4 | 60.1 | | | 92% | | | 30.04 | | 0.0 | | |
| 13 | 22:55 | Calm | 10.00 | Fair | CLR | 63.5 | 61.2 | | | 92% | | | 30.05 | | 0.0 | | |
| 13 | 22:35 | Calm | 10.00 | Fair | CLR | 63.7 | 61.7 | | | 93% | | | 30.05 | | 0.0 | | |
| 13 | 22:15 | Calm | 10.00 | Fair | CLR | 64 | 61.5 | | | 92% | | | 30.04 | | 0.0 | | |
| 13 | 21:55 | Calm | 10.00 | Fair | CLR | 65.3 | 62.6 | | | 91% | | | 30.04 | | 0.0 | | |
| 13 | 21:35 | Calm | 10.00 | Fair | CLR | 65.5 | 62.6 | | | 90% | | | 30.03 | | 0.0 | | |
| 13 | 21:15 | Calm | 10.00 | Fair | CLR | 66.2 | 63 | | | 89% | | | 30.03 | | 0.0 | | |
| 13 | 20:55 | Calm | 10.00 | Fair | CLR | 66.7 | 63 | | | 88% | | | 30.02 | | 0.0 | | |
| 13 | 20:35 | Calm | 10.00 | Fair | CLR | 67.6 | 63 | | | 85% | | | 30.02 | | 0.0 | | |
| 13 | 20:15 | Calm | 10.00 | Fair | CLR | 69.1 | 63 | | | 81% | | | 30.02 | | 0.0 | | |
| 13 | 19:55 | Calm | 10.00 | Fair | CLR | 68.4 | 63.7 | | | 85% | | | 30.01 | | 0.0 | | |
| 13 | 19:35 | Calm | 10.00 | Fair | CLR | 69.6 | 64.4 | | | 84% | | | 30.01 | | 0.0 | | |
| 13 | 19:15 | Calm | 10.00 | Fair | CLR | 71.8 | 63 | | | 74% | | | 30 | | 0.0 | | |
| 13 | 18:55 | Calm | 10.00 | Fair | CLR | 75.6 | 61.2 | 83.3 | 75.6 | 61% | | 78 | 29.99 | | 0.0 | | |
| 13 | 18:15 | Calm | 10.00 | Fair | CLR | 78.8 | 63.1 | | | 59% | | 80 | 29.98 | | 0.0 | | |
| 13 | 17:55 | Calm | 10.00 | Fair | CLR | 80.2 | 61.3 | | | 53% | | 81 | 29.98 | | 0.0 | | |
| 13 | 17:35 | NE 5 | 10.00 | Fair | CLR | 81.5 | 60.3 | | | 49% | | 82 | 29.97 | | 0.0 | | |
| 13 | 17:15 | NE 3 | 10.00 | Fair | CLR | 82.4 | 59.7 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 16:55 | Calm | 10.00 | Fair | CLR | 82.6 | 59.9 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 16:35 | NE 6 | 10.00 | Fair | CLR | 82.8 | 59.7 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 16:15 | NE 5 | 10.00 | Fair | CLR | 83.3 | 60.3 | | | 46% | | 84 | 29.96 | | 0.0 | | |
| 13 | 15:55 | E 5 | 10.00 | Fair | CLR | 83.1 | 60.1 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 15:35 | Calm | 10.00 | Fair | CLR | 82.9 | 59.7 | | | 45% | | 83 | 29.97 | | 0.0 | | |
| 13 | 15:15 | NE 7 | 10.00 | Fair | CLR | 82.8 | 59.7 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 14:55 | NE 6 | 10.00 | Fair | CLR | 83.1 | 60.6 | | | 47% | | 83 | 29.96 | | 0.0 | | |
| 13 | 14:35 | NE 6 | 10.00 | Fair | CLR | 82.6 | 59.7 | | | 46% | | 83 | 29.97 | | 0.0 | | |
| 13 | 14:15 | Calm | 10.00 | Fair | CLR | 82.8 | 58.3 | | | 43% | | 83 | 29.97 | | 0.0 | | |
| 13 | 13:55 | NE 3 | 10.00 | Fair | CLR | 82.4 | 59.7 | | | 46% | | 83 | 29.98 | | 0.0 | | |
| 13 | 13:35 | Calm | 10.00 | Fair | CLR | 81.7 | 59.2 | | | 46% | | 82 | 29.99 | | 0.0 | | |
| 13 | 13:15 | N 6 | 10.00 | Fair | CLR | 81.9 | 59.2 | | | 46% | | 82 | 30 | | 0.0 | | |
| 13 | 12:55 | Calm | 10.00 | Fair | CLR | 80.8 | 58.6 | | | 47% | | 81 | 30.01 | | 0.0 | | |
| 13 | 12:35 | Calm | 10.00 | NULL | NULL | 80.8 | 59.4 | | | 48% | | 81 | 30.02 | | 0.0 | | |
| 13 | 11:55 | Calm | 10.00 | Fair | CLR | 80.1 | 56.8 | | | 45% | | 80 | 30.03 | | 0.0 | | |
| 13 | 11:35 | N 3 | 10.00 | Fair | CLR | 78.8 | 61.3 | | | 55% | | 80 | 30.04 | | 0.0 | | |
| 13 | 11:15 | NE 3 | 10.00 | Fair | CLR | 77.9 | 63.1 | | | 61% | | 80 | 30.04 | | 0.0 | | |
| 13 | 10:55 | Calm | 10.00 | Fair | CLR | 76.8 | 63 | | | 62% | | 79 | 30.04 | | 0.0 | | |
| 13 | 10:35 | N 5 | 10.00 | Fair | CLR | 75.7 | 63.1 | | | 65% | | 78 | 30.04 | | 0.0 | | |
| 13 | 10:15 | N 3 | 10.00 | Fair | CLR | 74.3 | 63.5 | | | 69% | | | 30.04 | | 0.0 | | |
| 13 | 09:55 | N 6 | 10.00 | Fair | CLR | 72.7 | 63.3 | | | 73% | | | 30.04 | | 0.0 | | |
| 13 | 09:35 | Calm | 10.00 | Fair | CLR | 68.7 | 63.9 | | | 85% | | | 30.04 | | 0.0 | | |
| 13 | 09:15 | Calm | 10.00 | Fair | CLR | 65.7 | 64.8 | | | 97% | | | 30.03 | | 0.0 | | |
| 13 | 08:55 | Calm | 10.00 | Fair | CLR | 64.2 | 63.7 | | | 98% | | | 30.02 | | 0.0 | | |
| 13 | 08:35 | Calm | 10.00 | Fair | CLR | 62.8 | 62.6 | | | 99% | | | 30.02 | | 0.0 | | |
| 13 | 08:15 | Calm | 7.00 | Partly Cloudy | SCT002 | 61 | 60.6 | | | 99% | | | 30.01 | | 0.0 | | |
| 13 | 07:55 | Calm | 7.00 | Mostly Cloudy | BKN002 | 58.6 | 58.3 | | | 99% | | | 30 | | 0.0 | | |
| 13 | 07:35 | Calm | 0.50 | Fog | OVC002 | 57.2 | 56.7 | | | 98% | | | 29.99 | | 0.0 | | |
| 13 | 07:15 | Calm | 1.50 | Fog/Mist | OVC002 | 57.2 | 56.8 | | | 99% | | | 29.98 | | 0.0 | | |
| 13 | 06:55 | Calm | 1.25 | Fog/Mist | OVC002 | 56.8 | 56.5 | 60.3 | 56.5 | 99% | | | 29.97 | | 0.0 | | |
| 13 | 06:35 | Calm | 0.25 | Fog | OVC002 | 56.8 | 56.5 | | | 99% | | | 29.97 | | 0.0 | | |
| 13 | 06:15 | Calm | 10.00 | Mostly Cloudy | BKN002 | 57.2 | 56.7 | | | 98% | | | 29.96 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003015

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 05:55 | Calm | 7.00 | Partly Cloudy | SCT002 | 57.2 | 56.8 | | | 99% | | | 29.95 | 0.0 | | | |
| 13 | 05:35 | Calm | 0.50 | Fog | OVC002 | 57.7 | 57.4 | | | 99% | | | 29.95 | 0.0 | | | |
| 13 | 05:15 | Calm | 0.50 | Fog | OVC002 | 58.1 | 57.6 | | | 98% | | | 29.94 | 0.0 | | | |
| 13 | 04:55 | Calm | 0.25 | Fog | OVC002 | 58.3 | 57.7 | | | 98% | | | 29.94 | 0.0 | | | |
| 13 | 04:35 | Calm | 0.25 | Fog | OVC002 | 58.3 | 57.7 | | | 98% | | | 29.93 | 0.0 | | | |
| 13 | 04:15 | Calm | 0.25 | Fog | OVC002 | 57.9 | 57.4 | | | 98% | | | 29.93 | 0.0 | | | |
| 13 | 03:55 | Calm | 3.00 | Fog/Mist | OVC002 | 58.3 | 57.4 | | | 97% | | | 29.93 | 0.0 | | | |
| 13 | 03:35 | Calm | 5.00 | Fog/Mist | BKN002 | 59.2 | 58.3 | | | 97% | | | 29.93 | 0.0 | | | |
| 13 | 03:15 | Calm | 10.00 | Fair | CLR | 59 | 58.1 | | | 97% | | | 29.93 | 0.0 | | | |
| 13 | 02:55 | Calm | 10.00 | Fair | CLR | 59.2 | 58.1 | | | 96% | | | 29.93 | 0.0 | | | |
| 13 | 02:35 | Calm | 10.00 | Fair | CLR | 59 | 58.1 | | | 97% | | | 29.92 | 0.0 | | | |
| 13 | 02:15 | Calm | 10.00 | Fair | CLR | 59.2 | 58.1 | | | 96% | | | 29.92 | 0.0 | | | |
| 13 | 01:55 | Calm | 10.00 | Fair | CLR | 59.9 | 58.6 | | | 96% | | | 29.92 | 0.0 | | | |
| 13 | 01:35 | Calm | 10.00 | Fair | CLR | 59.9 | 59 | | | 97% | | | 29.92 | 0.0 | | | |
| 13 | 01:15 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 29.92 | 0.0 | | | |
| 13 | 00:55 | Calm | 10.00 | Fair | CLR | 59.9 | 58.8 | 72 | 59.9 | 96% | | | 29.92 | 0.0 | | | |
| 13 | 00:35 | Calm | 10.00 | Fair | CLR | 60.1 | 58.6 | | | 95% | | | 29.92 | 0.0 | | | |
| 13 | 00:15 | Calm | 10.00 | Fair | CLR | 60.6 | 59 | | | 94% | | | 29.92 | 0.0 | | | |
| 12 | 23:55 | Calm | 10.00 | Fair | CLR | 61.2 | 59.4 | | | 94% | | | 29.92 | 0.0 | | | |
| 12 | 23:35 | Calm | 10.00 | Fair | CLR | 60.4 | 59 | | | 95% | | | 29.92 | 0.0 | | | |
| 12 | 23:15 | E 3 | 10.00 | Fair | CLR | 61.2 | 59.4 | | | 94% | | | 29.92 | 0.0 | | | |
| 12 | 22:55 | Calm | 10.00 | Fair | CLR | 62.6 | 60.4 | | | 93% | | | 29.92 | 0.0 | | | |
| 12 | 22:35 | Calm | 10.00 | Fair | CLR | 63.3 | 60.6 | | | 91% | | | 29.91 | 0.0 | | | |
| 12 | 22:15 | Calm | 10.00 | Fair | CLR | 63.1 | 60.8 | | | 92% | | | 29.91 | 0.0 | | | |
| 12 | 21:55 | Calm | 10.00 | Fair | CLR | 64 | 61.3 | | | 91% | | | 29.9 | 0.0 | | | |
| 12 | 21:35 | Calm | 10.00 | Fair | CLR | 64.6 | 61.7 | | | 90% | | | 29.89 | 0.0 | | | |
| 12 | 21:15 | Calm | 10.00 | Fair | CLR | 65.1 | 62.6 | | | 92% | | | 29.89 | 0.0 | | | |
| 12 | 20:55 | Calm | 10.00 | Fair | CLR | 65.7 | 62.2 | | | 89% | | | 29.88 | 0.0 | | | |
| 12 | 20:35 | Calm | 10.00 | Fair | CLR | 65.7 | 62.2 | | | 89% | | | 29.87 | 0.0 | | | |
| 12 | 20:15 | Calm | 10.00 | Fair | CLR | 67.1 | 61.9 | | | 83% | | | 29.87 | 0.0 | | | |
| 12 | 19:55 | Calm | 10.00 | Fair | CLR | 68.5 | 63.1 | | | 83% | | | 29.87 | 0.0 | | | |
| 12 | 19:35 | Calm | 10.00 | Fair | CLR | 70.5 | 62.2 | | | 75% | | | 29.87 | 0.0 | | | |
| 12 | 19:15 | Calm | 10.00 | Fair | CLR | 71.6 | 61.5 | | | 71% | | | 29.86 | 0.0 | | | |
| 12 | 18:55 | Calm | 10.00 | Fair | CLR | 72.3 | 63.7 | 82.4 | 72.3 | 74% | | | 29.86 | 0.0 | | | |
| 12 | 18:35 | Calm | 10.00 | Fair | CLR | 75 | 62.8 | | | 66% | | 77 | 29.86 | 0.0 | | | |
| 12 | 18:15 | Calm | 10.00 | Fair | CLR | 78.1 | 61 | | | 56% | | 80 | 29.85 | 0.0 | | | |
| 12 | 17:55 | Calm | 10.00 | Fair | CLR | 79.2 | 59.9 | | | 52% | | 80 | 29.85 | 0.0 | | | |
| 12 | 17:35 | Calm | 10.00 | Fair | CLR | 80.2 | 57.9 | | | 47% | | 81 | 29.85 | 0.0 | | | |
| 12 | 17:15 | NE 3 | 10.00 | Fair | CLR | 81 | 57.6 | | | 45% | | 81 | 29.85 | 0.0 | | | |
| 12 | 16:55 | E 5 | 10.00 | Fair | CLR | 81.1 | 57.2 | | | 44% | | 81 | 29.85 | 0.0 | | | |
| 12 | 16:35 | NE 5 | 10.00 | Fair | CLR | 81.5 | 57 | | | 43% | | 81 | 29.85 | 0.0 | | | |
| 12 | 16:15 | NE 3 | 10.00 | Fair | CLR | 81.7 | 56.3 | | | 42% | | 81 | 29.85 | 0.0 | | | |
| 12 | 15:55 | N 3 | 10.00 | Fair | CLR | 81.7 | 56.3 | | | 42% | | 81 | 29.85 | 0.0 | | | |
| 12 | 15:35 | N 5 | 10.00 | Fair | CLR | 81.7 | 55.6 | | | 41% | | 81 | 29.85 | 0.0 | | | |
| 12 | 15:15 | N 7 | 10.00 | Fair | CLR | 82 | 55.9 | | | 41% | | 82 | 29.86 | 0.0 | | | |
| 12 | 14:55 | N 5 | 10.00 | Fair | CLR | 81.7 | 55.8 | | | 41% | | 81 | 29.87 | 0.0 | | | |
| 12 | 14:35 | NE 5 | 10.00 | Fair | CLR | 81.5 | 55.6 | | | 41% | | 81 | 29.87 | 0.0 | | | |
| 12 | 14:15 | NE 3 | 10.00 | Fair | CLR | 81 | 55.6 | | | 42% | | 81 | 29.88 | 0.0 | | | |
| 12 | 13:55 | NE 3 | 10.00 | Fair | CLR | 81.1 | 54.9 | | | 40% | | 81 | 29.88 | 0.0 | | | |
| 12 | 13:35 | Calm | 10.00 | Fair | CLR | 80.6 | 54.7 | | | 41% | | 80 | 29.89 | 0.0 | | | |
| 12 | 13:15 | N 7 | 10.00 | Fair | CLR | 80.6 | 55.2 | | | 42% | | 81 | 29.9 | 0.0 | | | |
| 12 | 12:55 | N 3 | 10.00 | Fair | CLR | 80.6 | 55 | 80.6 | 55.8 | 41% | | 80 | 29.91 | 0.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003016