# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #: 24/25

PUSHER: msgt Griffin

GUN GUARD: msgt Ellis

GUN GUARD: msgt Crousse

AM COUNT: 29

PM COUNT: 29

DATE: 10-13-25

| DORM | COUNT | |
|---|---|---|
| F 1 | | |
| 2 | 5 | |
| 3 | 13 | |
| 4 | 11 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:
- 6:30 arrived at camp O Falcon gate
- 7:10 opened outside/inside gate
- 7:45 checked out 29x
- 8:20 arrived at squash field 4 coolers porta potty shade trailor provided sunscreen offered
- 8:25 began to pick squash
- 9:05 break given 9:20 break over
- 9:25 count called in
- 10:10 break given 10:25 break over
- 11:10 break given 11:25 break over
- 11:30 headland
- 12:05 arrived at Falcon gate opened both gates
- 12:20 checked in 29x

VOTE003038
revised 05/27/2025

## Daily Line Counts

Line #: __24/25__          Date: __10/15/25__

Pusher: __Coleman Cadet__
Gun Guard: __Crouse__
Gun Guard: __Mayberry__

Falcon 3
5
14
9

AM Count: __31__

PM Count: _____

**Comments:**

6:30 arrived Camp D
7:00 Open Gate
7:45 Checked out 31 enroute to Squash
7:55 Arrived at Squash field offered offenders Sunscreen
1 Shade trailer 1 Porta Potty / Handwash station 4 water coolers
offenders allowed to drink at will
8:15 Set Line in picking Squash
9:00 Break
9:15 Break ended - Called in count to Camp D sally port
9:45 Recount of 31x     286 Crates
10:00 Break #2           214 Crates
10:15 Break Over         (165) 500
11:00 Break #3
11:15 Break Over
11:20 Count
11:25 Headknd
11:30 Arrived at Camp D returned 31 offenders

## Daily Line Counts

Line #: _15_                          Date: _10/13/25_

Pusher: _Sgt J. Arrington_
Gun Guard: _Sgt_
Gun Guard: _____

Bear 0
12
8
10

AM Count: _30_

PM Count: _____

**Comments:**

6:30 Arrived at Camp C Bear Gate
7:00 Opened outside and inside gate
7:35 Checked out 30x enroute to squash field
7:50 Arrived at squash field offenders offered sunscreen (1) shade trailer (1) porta potty with handwash station (4) water coolers offenders allowed to drink at will
8:35 Break
8:50 Break ended
9:30 Break - called in count to camp C sally port
9:45 Break ended
10:30 Break
10:45 Break ended
11:00 Headland 30x enroute to Camp C
11:37 Checked in 30x at Camp C Bear Gate

VOTE003044

## Daily Line Counts

Line #: 15

Date: 10-17-25

Pusher: Coleman
Gun Guard: Brown
Gun Guard: Crouse

AM Count: 28

PM Count: _____

**Comments:**

6:30 Arrived at Camp C
7:00 Opened outside gate
7:40 Checked out 28x headed to Cucumber
7:50 Arrived at Cucumber field  Offered sunscreen, 1 sunshade, 1 porta potty
8:00 Started Picking    4 water coolers drink at will, 1 handwash station
8:45 Break
9:00 Break Over   9:20 Count called in 28x
9:45 Break #2  10:00 Break Over
10:45 Break #3  11:00 Break Over
11:30 Headland

Bcor - 0
        13
        3
        12

        200
        155
        158
        513

VOTE003045