PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jeremy Benjamin**
**Direct Dial:** +1 212 373 3502
**Email:** jbenjamin@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

October 29, 2025

Hon. Brian A. Jackson
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

> Re:    *Voice of the Experienced, et al.*, v. *LeBlanc, et al.*, No. 3:23-cv-1304-BAJ-EWD

Dear Judge Jackson,

We write on behalf of all parties in the above-captioned action to update the Court concerning the heat index at Louisiana State Penitentiary ("LSP") during the period October 20–October 24, 2025,[1] consistent with the protocol the parties jointly proposed in their June 21, 2024 letter.

The heat index data listed below was recorded by the National Weather Service ("NWS") at the Baton Rouge Ryan Field Station at the Baton Rouge Metropolitan Airport. The NWS did not publish any weather data from the New Roads False River Regional Airport during the period October 21–October 24. The NWS data underlying this summary is attached as Exhibit A to this report. Defendants attach as Exhibit B Daily Line Counts, which document activities for the day.

- Monday, October 20: The heat index at Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees[2] Fahrenheit. According to Defendants, the Farm Line was operating on October 20.

- Tuesday, October 21: The heat index at the Baton Rouge Metropolitan Airport met or exceeded 88 degrees Fahrenheit at 2:53 p.m. According to Defendants, the Farm Line was not operating on October 21.

- Wednesday, October 22: The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was operating on October 22.

---

[1] Because Defendants report that the Farm Line operates on weekdays only, this summary does not include weekend heat data.

[2] Because a heat alert is issued once the heat index reaches 91 degrees pursuant to HCP8, Defendants object to using 88 degree heat index threshold in the weekly reporting.

- Thursday, October 23: The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was operating on October 23.

- Friday, October 24: The heat index at the Baton Rouge Metropolitan Airport did not meet or exceed 88 degrees Fahrenheit. According to Defendants, the Farm Line was operating on October 24.

The parties stand ready to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jeremy Benjamin*

Jeremy Benjamin

cc: All Counsel of Record (via ECF)