# Exhibit A

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 25 | 10:51 | SW 5 | 2.00 | Thunderstorm in Vicinity Heavy Rain Fog/Mist | FEW034 OVC050 | 66 | 64 | | | 93% | | | 30.11 | 1019.3 | 0.05 | | |
| 25 | 09:53 | E 5 | 10.00 | Mostly Cloudy | SCT050 BKN065 | 68 | 63 | | | 84% | | | 30.07 | 1018.3 | | | |
| 25 | 08:53 | E 8 | 10.00 | A Few Clouds | FEW050 | 66.9 | 63 | | | 87% | | | 30.04 | 1017.3 | | | |
| 25 | 07:53 | E 8 | 10.00 | Overcast | SCT049 OVC065 | 66.9 | 63 | | | 87% | | | 30.05 | 1017.4 | | | |
| 25 | 06:53 | E 7 | 10.00 | A Few Clouds | FEW050 | 66 | 62.1 | 66 | 64 | 87% | | | 30.03 | 1016.7 | | | |
| 25 | 05:53 | E 8 | 10.00 | Fair | CLR | 64 | 61 | | | 90% | | | 30.01 | 1016.0 | | | |
| 25 | 04:53 | E 7 | 10.00 | Fair | CLR | 64 | 60.1 | | | 87% | | | 30.01 | 1016.2 | | | |
| 25 | 03:53 | E 7 | 10.00 | Mostly Cloudy | FEW050 SCT065 BKN110 | 64 | 60.1 | | | 87% | | | 30.04 | 1017.0 | | | |
| 25 | 02:53 | E 7 | 10.00 | Mostly Cloudy | FEW060 BKN100 | 64 | 59 | | | 84% | | | 30.05 | 1017.5 | | | |
| 25 | 01:53 | NE 7 | 10.00 | Mostly Cloudy | BKN100 | 64.9 | 59 | | | 81% | | | 30.06 | 1018.0 | | | |
| 25 | 00:53 | E 7 | 10.00 | A Few Clouds | FEW048 | 64 | 59 | 72 | 64 | 84% | | | 30.05 | 1017.5 | | | |
| 24 | 23:53 | E 7 | 10.00 | Fair | CLR | 64 | 59 | | | 84% | | | 30.05 | 1017.6 | | | |
| 24 | 22:53 | E 7 | 10.00 | Fair | CLR | 64.9 | 57.9 | | | 78% | | | 30.07 | 1018.0 | | | |
| 24 | 21:53 | E 7 | 10.00 | Fair | CLR | 66.9 | 59 | | | 76% | | | 30.08 | 1018.7 | | | |
| 24 | 20:53 | E 6 | 10.00 | Fair | CLR | 68 | 59 | | | 73% | | | 30.09 | 1018.8 | | | |
| 24 | 19:53 | E 5 | 10.00 | Fair | CLR | 69.1 | 60.1 | | | 73% | | | 30.08 | 1018.5 | | | |
| 24 | 18:53 | E 9 | 10.00 | Fair | CLR | 72 | 60.1 | 82.9 | 72 | 66% | | | 30.07 | 1018.1 | | | |
| 24 | 17:53 | E 8 | 10.00 | Fair | CLR | 75.9 | 60.1 | | | 58% | | 78 | 30.07 | 1018.1 | | | |
| 24 | 16:53 | E 10 | 10.00 | Fair | CLR | 78.1 | 59 | | | 52% | | 79 | 30.07 | 1018.1 | | | |
| 24 | 15:53 | E 13 | 10.00 | A Few Clouds | FEW050 | 79 | 59 | | | 50% | | 80 | 30.07 | 1018.2 | | | |
| 24 | 14:53 | E 10 G 22 | 10.00 | Fair | CLR | 81 | 57.9 | | | 45% | | 81 | 30.07 | 1018.3 | | | |
| 24 | 13:53 | E 18 G 23 | 10.00 | A Few Clouds | FEW050 | 82 | 55.9 | | | 41% | | 82 | 30.11 | 1019.4 | | | |
| 24 | 12:53 | E 16 G 22 | 10.00 | Fair | CLR | 80.1 | 57.9 | 80.1 | 53.1 | 47% | | 81 | 30.14 | 1020.5 | | | |
| 24 | 11:53 | SE 8 G 18 | 10.00 | Fair | CLR | 78.1 | 57 | | | 48% | | 79 | 30.16 | 1021.1 | | | |
| 24 | 10:53 | E 9 | 10.00 | Fair | CLR | 75 | 55.9 | | | 52% | | 78 | 30.17 | 1021.4 | | | |
| 24 | 09:53 | E 7 | 10.00 | Fair | CLR | 68 | 57.9 | | | 70% | | | 30.16 | 1021.3 | | | |
| 24 | 08:53 | E 3 | 10.00 | Fair | CLR | 61 | 55.9 | | | 84% | | | 30.17 | 1021.5 | | | |
| 24 | 07:53 | NE 3 | 10.00 | Fair | CLR | 55 | 53.1 | | | 93% | | | 30.15 | 1020.8 | | | |
| 24 | 06:53 | E 5 | 10.00 | Fair | CLR | 53.1 | 53.1 | 57 | 52 | 100% | | | 30.14 | 1020.5 | | | |
| 24 | 05:53 | E 5 | 10.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.13 | 1020.1 | | | |
| 24 | 04:53 | NE 5 | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.12 | 1019.7 | | | |
| 24 | 03:53 | Calm | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.1 | | | |
| 24 | 02:53 | N 3 | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.2 | | | |
| 24 | 01:53 | Calm | 10.00 | Fair | CLR | 55 | 54 | | | 96% | | | 30.13 | 1020.1 | | | |
| 24 | 00:53 | NE 3 | 10.00 | Fair | CLR | 55.9 | 55.9 | 66 | 55.9 | 100% | | | 30.13 | 1020.2 | | | |
| 23 | 23:53 | NE 3 | 10.00 | Fair | CLR | 57 | 55.9 | | | 96% | | | 30.14 | 1020.6 | | | |
| 23 | 22:53 | Calm | 10.00 | Fair | CLR | 60.1 | 57 | | | 90% | | | 30.14 | 1020.5 | | | |
| 23 | 21:53 | E 5 | 10.00 | Fair | CLR | 62.1 | 57 | | | 84% | | | 30.13 | 1020.3 | | | |
| 23 | 20:53 | E 3 | 10.00 | Fair | CLR | 63 | 55.9 | | | 78% | | | 30.13 | 1020.3 | | | |
| 23 | 19:53 | E 3 | 10.00 | Fair | CLR | 64 | 55 | | | 73% | | | 30.12 | 1019.8 | | | |
| 23 | 18:53 | E 3 | 10.00 | Fair | CLR | 66 | 55 | 80.1 | 66 | 68% | | | 30.11 | 1019.5 | | | |
| 23 | 17:53 | NE 5 | 10.00 | Fair | CLR | 72 | 52 | | | 50% | | | 30.11 | 1019.5 | | | |
| 23 | 16:53 | E 8 | 10.00 | Fair | CLR | 78.1 | 48.9 | | | 36% | | 79 | 30.11 | 1019.4 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |

 

## Weather observations for the past three days for
## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 12:53 | E 16 G 22 | 10.00 | Fair | CLR | 80.1 | 57.9 | 80.1 | 53.1 | 47% | | 81 | 30.14 | 1020.5 | | | |
| 24 | 11:53 | SE 8 G 18 | 10.00 | Fair | CLR | 78.1 | 57 | | | 48% | | 79 | 30.16 | 1021.1 | | | |
| 24 | 10:53 | E 9 | 10.00 | Fair | CLR | 75 | 55.9 | | | 52% | | 78 | 30.17 | 1021.4 | | | |
| 24 | 09:53 | E 7 | 10.00 | Fair | CLR | 68 | 57.9 | | | 70% | | | 30.16 | 1021.3 | | | |
| 24 | 08:53 | E 3 | 10.00 | Fair | CLR | 61 | 55.9 | | | 84% | | | 30.17 | 1021.5 | | | |
| 24 | 07:53 | NE 3 | 10.00 | Fair | CLR | 55 | 53.1 | | | 93% | | | 30.15 | 1020.8 | | | |
| 24 | 06:53 | E 5 | 10.00 | Fair | CLR | 53.1 | 53.1 | 57 | 52 | 100% | | | 30.14 | 1020.5 | | | |
| 24 | 05:53 | E 5 | 10.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.13 | 1020.1 | | | |
| 24 | 04:53 | NE 5 | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.12 | 1019.7 | | | |
| 24 | 03:53 | Calm | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.1 | | | |
| 24 | 02:53 | N 3 | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.2 | | | |
| 24 | 01:53 | Calm | 10.00 | Fair | CLR | 55 | 54 | | | 96% | | | 30.13 | 1020.1 | | | |
| 24 | 00:53 | NE 3 | 10.00 | Fair | CLR | 55.9 | 55.9 | 66 | 55.9 | 100% | | | 30.13 | 1020.2 | | | |
| 23 | 23:53 | NE 3 | 10.00 | Fair | CLR | 57 | 55.9 | | | 96% | | | 30.14 | 1020.6 | | | |
| 23 | 22:53 | Calm | 10.00 | Fair | CLR | 60.1 | 57 | | | 90% | | | 30.14 | 1020.5 | | | |
| 23 | 21:53 | E 5 | 10.00 | Fair | CLR | 62.1 | 57 | | | 84% | | | 30.13 | 1020.3 | | | |
| 23 | 20:53 | E 3 | 10.00 | Fair | CLR | 63 | 55.9 | | | 78% | | | 30.13 | 1020.3 | | | |
| 23 | 19:53 | E 3 | 10.00 | Fair | CLR | 64 | 55 | | | 73% | | | 30.12 | 1019.8 | | | |
| 23 | 18:53 | E 3 | 10.00 | Fair | CLR | 66 | 55 | 80.1 | 66 | 68% | | | 30.11 | 1019.5 | | | |
| 23 | 17:53 | NE 5 | 10.00 | Fair | CLR | 72 | 52 | | | 50% | | | 30.11 | 1019.5 | | | |
| 23 | 16:53 | E 8 | 10.00 | Fair | CLR | 78.1 | 48.9 | | | 36% | | 79 | 30.11 | 1019.4 | | | |
| 23 | 15:53 | SE 7 | 10.00 | Fair | CLR | 79 | 46 | | | 31% | | 79 | 30.11 | 1019.4 | | | |
| 23 | 14:53 | E 8 | 10.00 | Fair | CLR | 80.1 | 44.1 | | | 28% | | 79 | 30.11 | 1019.5 | | | |
| 23 | 13:53 | Vrbl 7 | 10.00 | Fair | CLR | 79 | 44.1 | | | 29% | | 79 | 30.13 | 1020.1 | | | |
| 23 | 12:53 | SE 7 | 10.00 | Fair | CLR | 77 | 42.1 | 78.1 | 48.9 | 29% | | 78 | 30.16 | 1021.3 | | | |
| 23 | 11:53 | E 10 | 10.00 | Fair | CLR | 75.9 | 43 | | | 31% | | 77 | 30.19 | 1022.1 | | | |
| 23 | 10:53 | E 7 | 10.00 | Fair | CLR | 72 | 45 | | | 38% | | | 30.2 | 1022.7 | | | |
| 23 | 09:53 | E 8 | 10.00 | Fair | CLR | 66.9 | 46 | | | 47% | | | 30.2 | 1022.6 | | | |
| 23 | 08:53 | E 5 | 10.00 | Fair | CLR | 57.9 | 46.9 | | | 67% | | | 30.19 | 1022.2 | | | |
| 23 | 07:53 | NE 5 | 10.00 | Fair | CLR | 51.1 | 46 | | | 83% | | | 30.17 | 1021.5 | | | |
| 23 | 06:53 | NE 3 | 10.00 | Fair | CLR | 50 | 45 | 53.1 | 50 | 83% | | | 30.15 | 1020.8 | | | |
| 23 | 05:53 | NE 5 | 10.00 | Fair | CLR | 51.1 | 45 | | | 80% | | | 30.13 | 1020.3 | | | |
| 23 | 04:53 | Calm | 10.00 | Fair | CLR | 51.1 | 46 | | | 83% | | | 30.12 | 1019.9 | | | |
| 23 | 03:53 | Calm | 10.00 | Fair | CLR | 51.1 | 48 | | | 89% | | | 30.11 | 1019.6 | | | |
| 23 | 02:53 | Calm | 10.00 | Fair | CLR | 52 | 48 | | | 86% | | | 30.12 | 1019.7 | | | |
| 23 | 01:53 | Calm | 10.00 | Fair | CLR | 53.1 | 48.9 | | | 86% | | | 30.12 | 1019.8 | | | |
| 23 | 00:53 | Calm | 10.00 | Fair | CLR | 52 | 50 | 64 | 51.1 | 93% | | | 30.12 | 1019.7 | | | |
| 22 | 23:53 | Calm | 10.00 | Fair | CLR | 53.1 | 51.1 | | | 93% | | | 30.12 | 1019.8 | | | |
| 22 | 22:53 | Calm | 10.00 | Fair | CLR | 53.1 | 50 | | | 89% | | | 30.12 | 1019.9 | | | |
| 22 | 21:53 | Calm | 10.00 | Fair | CLR | 55.9 | 51.1 | | | 84% | | | 30.12 | 1019.7 | | | |
| 22 | 20:53 | Calm | 10.00 | Fair | CLR | 57.9 | 51.1 | | | 78% | | | 30.11 | 1019.4 | | | |
| 22 | 19:53 | N 3 | 10.00 | Fair | CLR | 60.1 | 51.1 | | | 72% | | | 30.11 | 1019.4 | | | |

VOTE003078

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 22 | 18:53 | N 3 | 10.00 | Fair | CLR | 64 | 52 | 79 | 64 | 65% | | | 30.1 | 1019.1 | | | |
| 22 | 17:53 | NE 5 | 10.00 | Fair | CLR | 73.9 | 44.1 | | | 34% | | | 30.09 | 1018.9 | | | |
| 22 | 16:53 | N 7 | 10.00 | Fair | CLR | 78.1 | 41 | | | 27% | | 78 | 30.09 | 1018.8 | | | |
| 22 | 15:53 | N 7 | 10.00 | Fair | CLR | 79 | 37.9 | | | 23% | | 78 | 30.1 | 1019.1 | | | |
| 22 | 14:53 | E 9 | 10.00 | Fair | CLR | 79 | 41 | | | 26% | | 78 | 30.12 | 1019.7 | | | |
| 22 | 13:53 | N 7 | 10.00 | Fair | CLR | 78.1 | 39.9 | | | 26% | | 78 | 30.14 | 1020.4 | | | |
| 22 | 12:53 | NE 12 G 23 | 10.00 | Fair | CLR | 75.9 | 39.9 | 77 | 60.1 | 27% | | 77 | 30.17 | 1021.4 | | | |
| 22 | 11:53 | NE 12 | 10.00 | Fair | CLR | 75 | 41 | | | 29% | | 77 | 30.19 | 1022.1 | | | |
| 22 | 10:53 | NE 9 | 10.00 | Fair | CLR | 73 | 42.1 | | | 33% | | | 30.2 | 1022.5 | | | |
| 22 | 09:53 | NE 12 | 10.00 | Fair | CLR | 69.1 | 45 | | | 42% | | | 30.2 | 1022.5 | | | |
| 22 | 08:53 | NE 8 | 10.00 | Fair | CLR | 64.9 | 48.9 | | | 56% | | | 30.18 | 1021.8 | | | |
| 22 | 07:53 | N 5 | 10.00 | Fair | CLR | 60.1 | 53.1 | | | 78% | | | 30.16 | 1021.2 | | | |
| 22 | 06:53 | N 3 | 10.00 | A Few Clouds | FEW050 | 61 | 53.1 | 66.9 | 61 | 75% | | | 30.14 | 1020.6 | | | |
| 22 | 05:53 | NE 6 | 10.00 | Overcast | OVC049 | 64.9 | 54 | | | 68% | | | 30.12 | 1019.9 | | | |
| 22 | 04:53 | NE 3 | 10.00 | Overcast | OVC049 | 66 | 55.9 | | | 70% | | | 30.11 | 1019.4 | | | |
| 22 | 03:53 | NE 5 | 10.00 | Overcast | OVC046 | 66 | 57.9 | | | 75% | | | 30.1 | 1019.3 | | | |
| 22 | 02:53 | NE 7 | 10.00 | Overcast | OVC041 | 66.9 | 60.1 | | | 79% | | | 30.1 | 1019.1 | | | |
| 22 | 01:53 | NE 7 | 10.00 | Overcast | OVC041 | 66.9 | 60.1 | | | 79% | | | 30.1 | 1019.0 | | | |
| 22 | 00:53 | N 7 | 10.00 | Overcast | OVC039 | 66.9 | 60.1 | 75 | 66.9 | 79% | | | 30.09 | 1018.8 | | | |
| 21 | 23:53 | N 5 | 10.00 | Overcast | OVC045 | 69.1 | 61 | | | 76% | | | 30.09 | 1018.9 | | | |
| 21 | 22:53 | N 5 | 10.00 | Mostly Cloudy | BKN050 | 69.1 | 63 | | | 81% | | | 30.09 | 1018.8 | | | |
| 21 | 21:53 | N 7 | 10.00 | Overcast | FEW010 BKN047 OVC060 | 71.1 | 66 | | | 84% | | | 30.08 | 1018.4 | | | |
| 21 | 20:53 | N 13 | 10.00 | Mostly Cloudy | BKN010 | 72 | 69.1 | | | 91% | | | 30.05 | 1017.4 | | | |
| 21 | 19:53 | N 6 | 10.00 | Fair | CLR | 73 | 70 | | | 90% | | | 30.03 | 1016.9 | | | |
| 21 | 18:53 | N 7 | 10.00 | Overcast | FEW080 BKN100 OVC120 | 75 | 70 | 86 | 75 | 84% | | 75 | 30.02 | 1016.5 | | | |
| 21 | 17:53 | N 12 G 17 | 10.00 | Partly Cloudy | SCT034 | 81 | 70 | | | 69% | | 84 | 29.99 | 1015.6 | | | |
| 21 | 16:53 | Calm | 10.00 | Fair | CLR | 82.9 | 70 | | | 65% | | 87 | 29.97 | 1014.6 | | | |
| 21 | 15:53 | W 6 | 10.00 | Fair | CLR | 82.9 | 66.9 | | | 59% | | 86 | 29.99 | 1015.4 | | | |
| 21 | 14:53 | Vrbl 7 | 10.00 | Partly Cloudy | SCT036 | 86 | 68 | | | 55% | | 89 | 29.99 | 1015.3 | | | |
| 21 | 13:53 | NW 5 | 10.00 | Mostly Cloudy | BKN036 | 82 | 68 | | | 63% | | 85 | 30.02 | 1016.4 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

This site will remain updated during the shutdown. Read More

 

# NATIONAL WEATHER SERVICE

**Weather observations for the past three days for**
**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 13:53 | NW 5 | 10.00 | Mostly Cloudy | BKN036 | 82 | 68 | | | 63% | | 85 | 30.02 | 1016.4 | | | |
| 21 | 12:53 | W 7 | 10.00 | Mostly Cloudy | BKN029 BKN035 | 82 | 68 | 82.9 | 62.1 | 63% | | 85 | 30.05 | 1017.6 | | | |
| 21 | 11:53 | Vrbl 7 | 10.00 | Mostly Cloudy | BKN029 BKN035 | 82 | 68 | | | 63% | | 85 | 30.08 | 1018.6 | | | |
| 21 | 10:53 | SW 9 | 10.00 | Fair | CLR | 81 | 68 | | | 65% | | 84 | 30.09 | 1018.7 | | | |
| 21 | 09:53 | Calm | 10.00 | Fair | CLR | 75.9 | 66.9 | | | 74% | | 77 | 30.08 | 1018.5 | | | |
| 21 | 08:53 | Vrbl 3 | 10.00 | Fair | CLR | 71.1 | 66 | | | 84% | | | 30.06 | 1017.9 | | | |
| 21 | 07:53 | SE 3 | 10.00 | Fair | CLR | 63 | 62.1 | | | 97% | | | 30.05 | 1017.5 | | | |
| 21 | 06:53 | Calm | 10.00 | Fair | CLR | 62.1 | 61 | 63 | 61 | 96% | | | 30.04 | 1017.3 | | | |
| 21 | 05:53 | Calm | 10.00 | Fair | CLR | 62.1 | 61 | | | 96% | | | 30.05 | 1017.4 | | | |
| 21 | 04:53 | E 3 | 10.00 | Mostly Cloudy | BKN030 | 62.1 | 61 | | | 96% | | | 30.05 | 1017.6 | | | |
| 21 | 03:53 | Calm | 10.00 | Mostly Cloudy | BKN029 | 61 | 60.1 | | | 97% | | | 30.05 | 1017.5 | | | |
| 21 | 02:53 | NE 5 | 10.00 | Fair | CLR | 61 | 60.1 | | | 97% | | | 30.04 | 1017.2 | | | |
| 21 | 01:53 | N 5 | 10.00 | A Few Clouds | FEW029 | 62.1 | 60.1 | | | 93% | | | 30.05 | 1017.5 | | | |
| 21 | 00:53 | N 3 | 10.00 | Fair | CLR | 62.1 | 61 | 72 | 61 | 96% | | | 30.04 | 1017.1 | | | |
| 20 | 23:53 | Calm | 10.00 | Fair | CLR | 64.9 | 62.1 | | | 90% | | | 30.04 | 1017.1 | | | |
| 20 | 22:53 | SE 5 | 10.00 | Fair | CLR | 64.9 | 61 | | | 87% | | | 30.04 | 1017.3 | | | |
| 20 | 21:53 | Calm | 10.00 | Fair | CLR | 64 | 62.1 | | | 93% | | | 30.04 | 1017.3 | | | |
| 20 | 20:53 | E 5 | 10.00 | Fair | CLR | 69.1 | 63 | | | 81% | | | 30.03 | 1017.0 | | | |
| 20 | 19:53 | SE 9 | 10.00 | Fair | CLR | 70 | 62.1 | | | 76% | | | 30.02 | 1016.6 | | | |
| 20 | 18:53 | E 7 | 10.00 | Fair | CLR | 71.1 | 61 | 82 | 71.1 | 71% | | | 30.02 | 1016.4 | | | |
| 20 | 17:53 | S 6 | 10.00 | Fair | CLR | 78.1 | 57.9 | | | 50% | | 79 | 30.02 | 1016.3 | | | |
| 20 | 16:53 | S 8 | 10.00 | Fair | CLR | 81 | 57 | | | 44% | | 81 | 30.02 | 1016.3 | | | |
| 20 | 15:53 | SE 7 | 10.00 | Fair | CLR | 82 | 55 | | | 40% | | 81 | 30.04 | 1017.2 | | | |
| 20 | 14:53 | SE 6 | 10.00 | Fair | CLR | 80.1 | 55.9 | | | 44% | | 80 | 30.06 | 1018.0 | | | |
| 20 | 13:53 | S 7 | 10.00 | Fair | CLR | 79 | 55.9 | | | 45% | | 80 | 30.09 | 1019.0 | | | |
| 20 | 12:53 | SE 8 | 10.00 | Fair | CLR | 77 | 55 | 77 | 48.9 | 47% | | 78 | 30.13 | 1020.0 | | | |
| 20 | 11:53 | Calm | 10.00 | Fair | CLR | 73.9 | 53.1 | | | 48% | | | 30.16 | 1021.1 | | | |
| 20 | 10:53 | E 8 | 10.00 | Fair | CLR | 71.1 | 48 | | | 44% | | | 30.17 | 1021.7 | | | |
| 20 | 09:53 | E 7 | 10.00 | Fair | CLR | 66 | 46.9 | | | 50% | | | 30.18 | 1021.8 | | | |
| 20 | 08:53 | E 7 | 10.00 | Fair | CLR | 59 | 48 | | | 67% | | | 30.17 | 1021.6 | | | |
| 20 | 07:53 | E 5 | 10.00 | Fair | CLR | 52 | 48 | | | 86% | | | 30.15 | 1020.9 | | | |
| 20 | 06:53 | E 5 | 10.00 | Fair | CLR | 50 | 46.9 | 55.9 | 50 | 89% | 49 | | 30.14 | 1020.7 | | | |
| 20 | 05:53 | Calm | 10.00 | Fair | CLR | 50 | 48 | | | 93% | | | 30.14 | 1020.4 | | | |
| 20 | 04:53 | Calm | 10.00 | Fair | CLR | 52 | 48 | | | 86% | | | 30.13 | 1020.1 | | | |
| 20 | 03:53 | Calm | 10.00 | Fair | CLR | 53.1 | 48.9 | | | 86% | | | 30.12 | 1020.0 | | | |
| 20 | 02:53 | E 3 | 10.00 | Fair | CLR | 54 | 48 | | | 80% | | | 30.12 | 1020.0 | | | |
| 20 | 01:53 | N 6 | 10.00 | Fair | CLR | 54 | 48.9 | | | 83% | | | 30.12 | 1020.0 | | | |
| 20 | 00:53 | Calm | 10.00 | Fair | CLR | 55.9 | 50 | 71.1 | 55.9 | 81% | | | 30.13 | 1020.2 | | | |
| 19 | 23:53 | N 6 | 10.00 | Fair | CLR | 57.9 | 48 | | | 70% | | | 30.14 | 1020.4 | | | |
| 19 | 22:53 | NE 9 | 10.00 | Fair | CLR | 60.1 | 48 | | | 65% | | | 30.14 | 1020.4 | | | |

VOTE003057