# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE # 15

PUSHER: Lt. Korisny

GUN GUARD: MSgt. Brown

GUN GUARD: Sgt. Grouse

AM COUNT: 27

PM COUNT: 0

DATE: 10/20/25

| DORM Bear | COUNT 27 | |
|---|---|---|
| 1 | 0 | |
| 2 | 14 | |
| 3 | 8 | |
| 4 | 5 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

6:40 am  Arrival at Bar gate
7:13 am  Opened gate
7:31 am  Checked at 27x
7:45 am  Arrived at squash field. Shade trailer, portable toilet, hand wash station and 3 water coolers on site. Sunscreen offered to all inmates. All water coolers are available to all inmates
8:30 am  Break offered
8:45 am  Break over
10:03 am Called in count to Camp C sally port Bear: 0,14,8,5 Total: 27x
10:30 am Break offered
10:45 am Break over
11:40 am Called headline Loaded bus 27x
12:00 pm Checked in 27x

VOTE003081
revised 05/27/2025

## Daily Line Counts

**Line #:** 15     **Date:** 10-22-25

**Pusher:** Coleman
**Gun Guard:** Crouse
**Gun Guard:** Mayberry

**AM Count:** 24

**PM Count:** 23

**Comments:**

6:35 Arrived at Camp C
7:05 Outer gate open
8:00 Checked out 24x en-route to Squash field
8:10 Arrived at squash offered sunscreen 1x shade trailer
1x porta potty/handwash 4x water cooler offenders drink at will.
8:15 Set in for work  9:00 Break #1   9:15 Break Over
10:00 Break #2  10:15 Break Over   9:20 Called in count 23x
11:00 Break #3  11:15 Break Over
11:40 Lined everyone up loaded the bus
11:50 Arrived at Camp C
12:00 Dropped off 23x to Camp C



3ear-0
9
7
8    84
(112)

VOTE003082

## Daily Line Counts

Line #: 15

Date: 10-23-25

Pusher: Coleman
Gun Guard: Brown
Gun Guard: Crouse

AM Count: 18

PM Count: _____

**Comments:**

6:30 Arrived at Camp C
7:05 Opened outer gate
7:45 Checked out 18x en-route to Cucumbers
8:00 Arrived at Cucumbers offered sunscreen 1 shade trailer 1 porta potty / handwashing station, 4 water coolers offenders drink at will.
8:15 Set in for work 9:00 Break #1 9:15 Break Over
9:25 Count Called in 18x 10:00 Break #2 10:15 Break Over
11:00 Break #3 11:15 Break Over 11:30 Lined up Counted 18x going back to Camp C
12:00 Returned 18x back to Camp C

VOTE003083

# Daily Line Counts

Line #: 15              Date: 10-24-25

Pusher: MSgt Brown
Gun Guard: Sgt G. Crouse
Gun Guard: Cadet Hodges

AM Count: 23x

PM Count: Ø

**Comments:**

6:34 Arrived at Bear gate
7:00 Opened Bear checkout gate
7:38 Checked out 23x
7:50 Arrived in pecan archer 23x (1) shade trailer, (1) portable toilet, (1) handwash station, (3) water coolers all accessible at any time
8:45 Break offered 9:00am Break over
9:28 called in count to C sallyport
9:30 Break offered 9:45am Break over
10:30 Break offered 10:45am Break over
11:00 Headland
11:20 Checked in @ Bear gate 23x
11:40 Closed Bear gate

VOTE003084

## Daily Line Counts

Line #: 24-2Y          Date: 10/22/24

Pusher: Kerry
Gun Guard: Brown
Gun Guard: _____

AM Count: 25

PM Count: 0

Fall  3
  2   6
  3   14
  1
      2
     ___
      25

**Comments:**

6:52 am  At Fahongate
8:27 am  Opened gate
8:## am  Checked out 25x
9:00 am  Hot cucumber field, Shade trailer, 3 water coolers portable toilet pediatric station on site
9:35 am  Called in count — 25x
9:45 am  Break
10:20 am Break over
10:45 am Break
11:00 am Break over
11:40 am Head end
12:00 pm Checked in 25x

VOTE003094