# Exhibit A

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 01 | 20:53 | N 7 | 10.00 | Partly Cloudy | SCT090 | 60.1 | 51.1 | | | 72% | | | 30.1 | 1019.1 | | | |
| 01 | 19:53 | N 7 | 10.00 | Light Rain | OVC090 | 62.1 | 51.1 | | | 67% | | | 30.12 | 1019.8 | | | |
| 01 | 18:53 | N 5 | 10.00 | Mostly Cloudy | BKN110 | 63 | 51.1 | 71.1 | 62.1 | 65% | | | 30.08 | 1018.6 | | | |
| 01 | 17:53 | N 3 | 10.00 | Fair | CLR | 64 | 50 | | | 60% | | | 30.07 | 1018.0 | | | |
| 01 | 16:53 | N 5 | 10.00 | Fair | CLR | 69.1 | 46.9 | | | 45% | | | 30.07 | 1018.1 | | | |
| 01 | 15:53 | N 5 | 10.00 | Fair | CLR | 70 | 46.9 | | | 44% | | | 30.07 | 1018.0 | | | |
| 01 | 14:53 | Calm | 10.00 | Fair | CLR | 71.1 | 46 | | | 41% | | | 30.06 | 1018.0 | | | |
| 01 | 13:53 | Calm | 10.00 | Fair | CLR | 69.1 | 46 | | | 44% | | | 30.08 | 1018.5 | | | |
| 01 | 12:53 | SE 8 | 10.00 | Fair | CLR | 69.1 | 46.9 | 69.1 | 45 | 45% | | | 30.1 | 1019.0 | | | |
| 01 | 11:53 | S 7 | 10.00 | Fair | CLR | 66.9 | 48 | | | 51% | | | 30.13 | 1020.3 | | | |
| 01 | 10:53 | E 7 | 10.00 | Fair | CLR | 64.9 | 51.1 | | | 61% | | | 30.15 | 1020.9 | | | |
| 01 | 09:53 | E 3 | 10.00 | Fair | CLR | 57.9 | 51.1 | | | 78% | | | 30.16 | 1021.3 | | | |
| 01 | 08:53 | NE 5 | 10.00 | Fair | CLR | 52 | 48 | | | 86% | | | 30.15 | 1020.8 | | | |
| 01 | 07:53 | NE 3 | 10.00 | Fair | CLR | 46 | 45 | | | 96% | | | 30.12 | 1019.8 | | | |
| 01 | 06:53 | NE 3 | 10.00 | Fair | CLR | 45 | 44.1 | 48.9 | 45 | 97% | | | 30.1 | 1019.2 | | | |
| 01 | 05:53 | NE 3 | 10.00 | Fair | CLR | 45 | 44.1 | | | 97% | | | 30.09 | 1018.8 | | | |
| 01 | 04:53 | NE 3 | 10.00 | Fair | CLR | 45 | 44.1 | | | 97% | | | 30.07 | 1018.2 | | | |
| 01 | 03:53 | Calm | 10.00 | Fair | CLR | 46.9 | 45 | | | 93% | | | 30.08 | 1018.4 | | | |
| 01 | 02:53 | Calm | 10.00 | Fair | CLR | 48 | 46 | | | 93% | | | 30.08 | 1018.4 | | | |
| 01 | 01:53 | Calm | 10.00 | Fair | CLR | 48 | 46 | | | 93% | | | 30.08 | 1018.5 | | | |
| 01 | 00:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | 57 | 48 | 96% | | | 30.09 | 1018.8 | | | |
| 31 | 23:53 | Calm | 10.00 | Fair | CLR | 50 | 48 | | | 93% | | | 30.09 | 1018.9 | | | |
| 31 | 22:53 | Calm | 10.00 | Fair | CLR | 51.1 | 48 | | | 89% | | | 30.1 | 1019.2 | | | |
| 31 | 21:53 | N 3 | 10.00 | Fair | CLR | 51.1 | 48 | | | 89% | | | 30.1 | 1019.3 | | | |
| 31 | 20:53 | Calm | 10.00 | Fair | CLR | 53.1 | 50 | | | 89% | | | 30.1 | 1019.1 | | | |
| 31 | 19:53 | Calm | 10.00 | Fair | CLR | 55 | 50 | | | 83% | | | 30.09 | 1018.8 | | | |
| 31 | 18:53 | Calm | 10.00 | Fair | CLR | 57 | 48.9 | 69.1 | 57 | 74% | | | 30.08 | 1018.5 | | | |
| 31 | 17:53 | Calm | 10.00 | Fair | CLR | 64.9 | 46 | | | 51% | | | 30.06 | 1017.8 | | | |
| 31 | 16:53 | Calm | 10.00 | Fair | CLR | 66.9 | 44.1 | | | 44% | | | 30.06 | 1017.9 | | | |
| 31 | 15:53 | Vrbl 3 | 10.00 | Fair | CLR | 68 | 44.1 | | | 42% | | | 30.06 | 1017.9 | | | |
| 31 | 14:53 | Vrbl 5 | 10.00 | Fair | CLR | 68 | 43 | | | 40% | | | 30.07 | 1018.3 | | | |
| 31 | 13:53 | Vrbl 3 | 10.00 | Fair | CLR | 66.9 | 43 | | | 42% | | | 30.09 | 1018.8 | | | |
| 31 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 64.9 | 43 | 66 | 43 | 45% | | | 30.11 | 1019.6 | | | |
| 31 | 11:53 | Vrbl 5 | 10.00 | Fair | CLR | 64 | 44.1 | | | 48% | | | 30.14 | 1020.4 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

This site will remain updated during the shutdown. Read More

 

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 13:53 | Vrbl 3 | 10.00 | Fair | CLR | 66.9 | 43 | | | 42% | | | 30.09 | 1018.8 | | | |
| 31 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 64.9 | 43 | 66 | 43 | 45% | | | 30.11 | 1019.6 | | | |
| 31 | 11:53 | Vrbl 5 | 10.00 | Fair | CLR | 64 | 44.1 | | | 48% | | | 30.14 | 1020.4 | | | |
| 31 | 10:53 | Vrbl 3 | 10.00 | Fair | CLR | 62.1 | 45 | | | 54% | | | 30.15 | 1020.9 | | | |
| 31 | 09:53 | Calm | 10.00 | Fair | CLR | 57.9 | 45 | | | 62% | | | 30.16 | 1021.2 | | | |
| 31 | 08:53 | Calm | 10.00 | Fair | CLR | 51.1 | 46 | | | 83% | | | 30.15 | 1020.8 | | | |
| 31 | 07:53 | Calm | 10.00 | Fair | CLR | 44.1 | 42.1 | | | 93% | | | 30.13 | 1020.1 | | | |
| 31 | 06:53 | Calm | 10.00 | Fair | CLR | 43 | 42.1 | 48 | 43 | 97% | | | 30.12 | 1019.8 | | | |
| 31 | 05:53 | Calm | 10.00 | Fair | CLR | 43 | 42.1 | | | 97% | | | 30.11 | 1019.4 | | | |
| 31 | 04:53 | Calm | 10.00 | Fair | CLR | 44.1 | 43 | | | 96% | | | 30.09 | 1019.0 | | | |
| 31 | 03:53 | Calm | 10.00 | Fair | CLR | 45 | 44.1 | | | 97% | | | 30.09 | 1018.7 | | | |
| 31 | 02:53 | Calm | 10.00 | Fair | CLR | 45 | 44.1 | | | 97% | | | 30.08 | 1018.5 | | | |
| 31 | 01:53 | Calm | 10.00 | Fair | CLR | 46 | 45 | | | 96% | | | 30.08 | 1018.3 | | | |
| 31 | 00:53 | Calm | 10.00 | Fair | CLR | 48 | 45 | 57.9 | 46 | 89% | | | 30.07 | 1018.2 | | | |
| 30 | 23:53 | Calm | 10.00 | Fair | CLR | 46.9 | 46 | | | 97% | | | 30.07 | 1018.1 | | | |
| 30 | 22:53 | Calm | 10.00 | Fair | CLR | 48.9 | 46 | | | 90% | | | 30.08 | 1018.4 | | | |
| 30 | 21:53 | Calm | 10.00 | Fair | CLR | 50 | 46.9 | | | 89% | | | 30.06 | 1017.9 | | | |
| 30 | 20:53 | N 3 | 10.00 | Fair | CLR | 51.1 | 46.9 | | | 86% | | | 30.06 | 1017.8 | | | |
| 30 | 19:53 | Calm | 10.00 | Fair | CLR | 53.1 | 48 | | | 83% | | | 30.05 | 1017.6 | | | |
| 30 | 18:53 | N 3 | 10.00 | Fair | CLR | 57.9 | 45 | 66.9 | 57.9 | 62% | | | 30.03 | 1016.7 | | | |
| 30 | 17:53 | NW 5 | 10.00 | Fair | CLR | 62.1 | 44.1 | | | 52% | | | 30.01 | 1016.0 | | | |
| 30 | 16:53 | Vrbl 5 | 10.00 | Fair | CLR | 64.9 | 44.1 | | | 47% | | | 30 | 1015.7 | | | |
| 30 | 15:53 | N 5 | 10.00 | Fair | CLR | 66 | 44.1 | | | 45% | | | 30 | 1015.7 | | | |
| 30 | 14:53 | N 7 | 10.00 | Fair | CLR | 66 | 42.1 | | | 42% | | | 30 | 1015.9 | | | |
| 30 | 13:53 | N 7 | 10.00 | Fair | CLR | 64.9 | 43 | | | 45% | | | 30.02 | 1016.3 | | | |
| 30 | 12:53 | N 10 | 10.00 | Fair | CLR | 64 | 45 | 64 | 52 | 50% | | | 30.04 | 1017.2 | | | |
| 30 | 11:53 | NW 8 | 10.00 | Fair | CLR | 62.1 | 45 | | | 54% | | | 30.07 | 1018.0 | | | |
| 30 | 10:53 | N 12 | 10.00 | A Few Clouds | FEW025 | 59 | 46 | | | 62% | | | 30.09 | 1018.7 | | | |
| 30 | 09:53 | NW 9 | 10.00 | A Few Clouds | FEW020 | 55.9 | 46 | | | 70% | | | 30.09 | 1018.9 | | | |
| 30 | 08:53 | NW 9 G 21 | 10.00 | Fair | CLR | 54 | 46 | | | 75% | | | 30.09 | 1018.7 | | | |
| 30 | 07:53 | NW 5 | 10.00 | Partly Cloudy | SCT032 | 52 | 46 | | | 80% | | | 30.06 | 1017.8 | | | |
| 30 | 06:53 | NW 7 | 10.00 | Overcast | OVC030 | 53.1 | 46 | 55.9 | 53.1 | 77% | | | 30.04 | 1017.2 | | | |
| 30 | 05:53 | NW 9 | 10.00 | Overcast | BKN030 OVC041 | 54 | 46 | | | 75% | | | 30.03 | 1016.8 | | | |
| 30 | 04:53 | NW 7 | 10.00 | Overcast | OVC039 | 55 | 46 | | | 72% | | | 30.01 | 1016.2 | | | |
| 30 | 03:53 | NW 5 | 10.00 | Overcast | OVC040 | 55 | 46 | | | 72% | | | 30 | 1015.8 | | | |
| 30 | 02:53 | NW 5 | 10.00 | Overcast | OVC041 | 55 | 45 | | | 69% | | | 30.01 | 1016.0 | | | |
| 30 | 01:53 | NW 10 G 17 | 10.00 | Overcast | OVC044 | 55 | 44.1 | | | 67% | | | 30.01 | 1016.1 | | | |
| 30 | 00:53 | NW 9 | 10.00 | Overcast | OVC044 | 55 | 44.1 | 57.9 | 55 | 67% | | | 30.01 | 1016.1 | | | |
| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. Min. 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003115

This site will remain updated during the shutdown. Read More





## Weather observations for the past three days for
## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 13:53 | N 7 | 10.00 | Fair | CLR | 64.9 | 43 | | | 45% | | | 30.02 | 1016.3 | | | |
| 30 | 12:53 | N 10 | 10.00 | Fair | CLR | 64 | 45 | 64 | 52 | 50% | | | 30.04 | 1017.2 | | | |
| 30 | 11:53 | NW 8 | 10.00 | Fair | CLR | 62.1 | 45 | | | 54% | | | 30.07 | 1018.0 | | | |
| 30 | 10:53 | N 12 | 10.00 | A Few Clouds | FEW025 | 59 | 46 | | | 62% | | | 30.09 | 1018.7 | | | |
| 30 | 09:53 | NW 9 | 10.00 | A Few Clouds | FEW020 | 55.9 | 46 | | | 70% | | | 30.09 | 1018.9 | | | |
| 30 | 08:53 | NW 9 G 21 | 10.00 | Fair | CLR | 54 | 46 | | | 75% | | | 30.09 | 1018.7 | | | |
| 30 | 07:53 | NW 5 | 10.00 | Partly Cloudy | SCT032 | 52 | 46 | | | 80% | | | 30.06 | 1017.8 | | | |
| 30 | 06:53 | NW 7 | 10.00 | Overcast | OVC030 | 53.1 | 46 | 55.9 | 53.1 | 77% | | | 30.04 | 1017.2 | | | |
| 30 | 05:53 | NW 9 | 10.00 | Overcast | BKN030 OVC041 | 54 | 46 | | | 75% | | | 30.03 | 1016.8 | | | |
| 30 | 04:53 | NW 7 | 10.00 | Overcast | OVC039 | 55 | 46 | | | 72% | | | 30.01 | 1016.2 | | | |
| 30 | 03:53 | NW 5 | 10.00 | Overcast | OVC040 | 55 | 46 | | | 72% | | | 30 | 1015.8 | | | |
| 30 | 02:53 | NW 5 | 10.00 | Overcast | OVC041 | 55 | 45 | | | 69% | | | 30.01 | 1016.0 | | | |
| 30 | 01:53 | NW 10 G 17 | 10.00 | Overcast | OVC044 | 55 | 44.1 | | | 67% | | | 30.01 | 1016.1 | | | |
| 30 | 00:53 | NW 9 | 10.00 | Overcast | OVC044 | 55 | 44.1 | 57.9 | 55 | 67% | | | 30.01 | 1016.1 | | | |
| 29 | 23:53 | NW 13 G 18 | 10.00 | Overcast | OVC042 | 55.9 | 43 | | | 62% | | | 30.02 | 1016.4 | | | |
| 29 | 22:53 | NW 10 G 20 | 10.00 | Overcast | BKN038 OVC050 | 57 | 42.1 | | | 58% | | | 30.03 | 1016.8 | | | |
| 29 | 21:53 | NW 14 G 25 | 10.00 | Overcast | BKN042 OVC049 | 57 | 41 | | | 55% | | | 30.02 | 1016.5 | | | |
| 29 | 20:53 | NW 15 G 25 | 10.00 | Overcast | OVC047 | 57.9 | 41 | | | 53% | | | 30.01 | 1016.1 | | | |
| 29 | 19:53 | NW 7 | 10.00 | Overcast | OVC055 | 57.9 | 39.9 | | | 51% | | | 29.99 | 1015.4 | | | |
| 29 | 18:53 | NW 8 | 10.00 | Overcast | OVC060 | 57.9 | 39.9 | 66 | 57.9 | 51% | | | 29.97 | 1014.8 | | | |
| 29 | 17:53 | NW 12 G 28 | 10.00 | A Few Clouds | FEW065 | 60.1 | 39 | | | 46% | | | 29.96 | 1014.3 | | | |
| 29 | 16:53 | NW 15 G 25 | 10.00 | Mostly Cloudy | BKN065 | 61 | 39 | | | 44% | | | 29.93 | 1013.6 | | | |
| 29 | 15:53 | NW 16 G 35 | 10.00 | Mostly Cloudy | BKN065 | 63 | 39 | | | 41% | | | 29.92 | 1012.9 | | | |
| 29 | 14:53 | NW 12 G 29 | 10.00 | Mostly Cloudy | BKN060 | 63 | 39 | | | 41% | | | 29.92 | 1012.9 | | | |
| 29 | 13:53 | NW 16 G 31 | 10.00 | Mostly Cloudy | BKN060 | 62.1 | 37.9 | | | 41% | | | 29.92 | 1013.0 | | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) — Pressure — Precipitation (in)

VOTE003110

This site will remain updated during the shutdown. Read More

 

## Weather observations for the past three days for
## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6hr | Min. 6hr | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 12:53 | NW 20 G 30 | 10.00 | Partly Cloudy | SCT055 | 64 | 39 | 64.9 | 53.1 | 40% | | | 29.94 | 1013.6 | | | |
| 29 | 11:53 | W 23 G 31 | 10.00 | A Few Clouds and Breezy | FEW055 | 63 | 39 | | | 41% | | | 29.96 | 1014.3 | | | |
| 29 | 10:53 | NW 13 G 28 | 10.00 | Fair | CLR | 61 | 39 | | | 44% | | | 29.98 | 1015.0 | | | |
| 29 | 09:53 | W 16 G 26 | 10.00 | Fair | CLR | 59 | 41 | | | 51% | | | 29.99 | 1015.4 | | | |
| 29 | 08:53 | W 12 | 10.00 | Fair | CLR | 55.9 | 43 | | | 62% | | | 29.99 | 1015.4 | | | |
| 29 | 07:53 | W 9 G 18 | 10.00 | Fair | CLR | 54 | 42.1 | | | 64% | | | 29.99 | 1015.3 | | | |
| 29 | 06:53 | W 9 | 10.00 | Fair | CLR | 55 | 45 | 66.9 | 55 | 69% | | | 29.98 | 1015.2 | | | |
| 29 | 05:53 | NW 9 | 10.00 | Partly Cloudy | SCT027 | 57 | 48.9 | | | 74% | | | 29.96 | 1014.5 | | | |
| 29 | 04:53 | NW 9 G 20 | 10.00 | Fair | CLR | 57.9 | 48.9 | | | 72% | | | 29.94 | 1013.9 | | | |
| 29 | 03:53 | NW 14 G 33 | 10.00 | Partly Cloudy | FEW026 SCT036 | 61 | 51.1 | | | 70% | | | 29.95 | 1014.0 | | | |
| 29 | 02:53 | NW 12 G 20 | 10.00 | Overcast | FEW025 OVC039 | 64 | 55.9 | | | 75% | | | 29.93 | 1013.5 | | | |
| 29 | 01:53 | NW 8 G 24 | 10.00 | Overcast | OVC020 | 64.9 | 57.9 | | | 78% | | | 29.93 | 1013.3 | | | |
| 29 | 00:53 | NW 15 G 31 | 10.00 | Overcast | OVC016 | 66.9 | 62.1 | 73.9 | 66.9 | 84% | | | 29.89 | 1012.2 | | | 0.01 |
| 28 | 23:53 | W 6 | 10.00 | Overcast | FEW009 BKN035 OVC042 | 70 | 69.1 | | | 97% | | | 29.88 | 1011.7 | | | |
| 28 | 22:53 | SW 9 | 10.00 | Light Rain | BKN014 OVC018 | 71.1 | 69.1 | | | 94% | | | 29.87 | 1011.5 | 0.01 | | |
| 28 | 21:53 | S 9 | 10.00 | Partly Cloudy | SCT019 | 73 | 66.9 | | | 81% | | | 29.88 | 1011.7 | | | |
| 28 | 20:53 | S 10 | 10.00 | A Few Clouds | FEW023 | 73 | 66.9 | | | 81% | | | 29.88 | 1011.6 | | | |
| 28 | 19:53 | S 10 | 10.00 | Partly Cloudy | SCT029 | 73.9 | 66 | | | 76% | | | 29.88 | 1011.7 | | | |
| 28 | 18:53 | S 9 | 10.00 | Partly Cloudy | SCT035 | 73.9 | 64.9 | 79 | 69.1 | 74% | | | 29.87 | 1011.3 | | | |
| 28 | 17:53 | S 10 | 10.00 | Mostly Cloudy | BKN036 | 75.9 | 64.9 | | | 69% | | 78 | 29.86 | 1011.2 | | | |
| 28 | 16:53 | S 6 | 10.00 | Fair | CLR | 78.1 | 64.9 | | | 64% | | 80 | 29.88 | 1011.7 | | | |
| 28 | 15:53 | Vrbl 5 | 10.00 | Fair | CLR | 78.1 | 64 | | | 62% | | 80 | 29.89 | 1012.0 | | | |
| 28 | 14:53 | Vrbl 5 | 10.00 | Fair | CLR | 75.9 | 63 | | | 64% | | 78 | 29.9 | 1012.5 | | | |
| 28 | 13:53 | E 5 | 10.00 | Fair | CLR | 73 | 62.1 | | | 69% | | | 29.93 | 1013.3 | | | |

VOTE003106

 

# NATIONAL WEATHER SERVICE

## Weather observations for the past three days for
## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 12:53 | Calm | 10.00 | Mostly Cloudy | BKN011 | 69.1 | 62.1 | 69.1 | 60.1 | 78% | | | 29.96 | 1014.3 | | | |
| 28 | 11:53 | E 3 | 6.00 | Fog/Mist | OVC006 | 63 | 61 | | | 93% | | | 29.99 | 1015.4 | | | |
| 28 | 10:53 | E 6 | 0.75 | Fog/Mist | VV002 | 63 | 62.1 | | | 97% | | | 29.99 | 1015.5 | | | |
| 28 | 09:53 | SE 5 | 0.75 | Fog/Mist | VV002 | 62.1 | 61 | | | 96% | | | 29.99 | 1015.4 | | | |
| 28 | 08:53 | E 8 | 0.75 | Fog/Mist | VV002 | 60.1 | 60.1 | | | 100% | | | 29.98 | 1015.1 | | | |
| 28 | 07:53 | E 6 | 1.00 | Fog/Mist | VV002 | 60.1 | 60.1 | | | 100% | | | 29.96 | 1014.6 | | | |
| 28 | 06:53 | E 7 | 1.00 | Fog/Mist | VV002 | 60.1 | 60.1 | 61 | 57.9 | 100% | | | 29.95 | 1014.2 | | | |
| 28 | 05:53 | E 6 | 1.00 | Fog/Mist | VV002 | 59 | 59 | | | 100% | | | 29.95 | 1014.2 | | | |
| 28 | 04:53 | NE 3 | 10.00 | Fair | CLR | 59 | 57.9 | | | 96% | | | 29.94 | 1013.8 | | | |
| 28 | 03:53 | NE 5 | 10.00 | Fair | CLR | 57.9 | 57.9 | | | 100% | | | 29.91 | 1012.9 | | | |
| 28 | 02:53 | NE 3 | 10.00 | Fair | CLR | 60.1 | 57.9 | | | 93% | | | 29.91 | 1012.8 | | | |
| 28 | 01:53 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 29.91 | 1012.8 | | | |
| 28 | 00:53 | NE 6 | 10.00 | Fair | CLR | 61 | 60.1 | 69.1 | 61 | 97% | | | 29.92 | 1013.0 | | | |
| 27 | 23:53 | NE 6 | 10.00 | Fair | CLR | 62.1 | 60.1 | | | 93% | | | 29.92 | 1012.9 | | | |
| 27 | 22:53 | N 5 | 10.00 | Fair | CLR | 63 | 61 | | | 93% | | | 29.92 | 1013.2 | | | |
| 27 | 21:53 | N 3 | 9.00 | Fair | CLR | 62.1 | 61 | | | 96% | | | 29.92 | 1013.2 | | | |
| 27 | 20:53 | Calm | 10.00 | Fair | CLR | 64 | 62.1 | | | 93% | | | 29.91 | 1012.6 | | | |
| 27 | 19:53 | Calm | 10.00 | Fair | CLR | 64.9 | 62.1 | | | 90% | | | 29.9 | 1012.4 | | | |
| 27 | 18:53 | N 3 | 10.00 | Fair | CLR | 69.1 | 62.1 | 80.1 | 69.1 | 78% | | | 29.89 | 1012.0 | | | |
| 27 | 17:53 | N 6 | 10.00 | Fair | CLR | 73 | 61 | | | 66% | | | 29.88 | 1011.8 | | | |
| 27 | 16:53 | N 7 | 10.00 | Fair | CLR | 77 | 61 | | | 58% | | 79 | 29.88 | 1011.6 | | | |
| 27 | 15:53 | N 7 | 10.00 | Fair | CLR | 77 | 61 | | | 58% | | 79 | 29.88 | 1011.8 | | | |
| 27 | 14:53 | N 9 | 10.00 | Fair | CLR | 78.1 | 62.1 | | | 58% | | 80 | 29.9 | 1012.2 | | | |
| 27 | 13:53 | N 8 | 10.00 | Fair | CLR | 79 | 61 | | | 54% | | 80 | 29.9 | 1012.6 | | | |
| 27 | 12:53 | Vrbl 7 | 10.00 | Fair | CLR | 79 | 61 | 79 | 60.1 | 54% | | 80 | 29.93 | 1013.4 | | | |
| 27 | 11:53 | Vrbl 6 | 10.00 | Fair | CLR | 77 | 61 | | | 58% | | 79 | 29.95 | 1014.0 | | | |
| 27 | 10:53 | NW 6 | 10.00 | Fair | CLR | 73.9 | 62.1 | | | 67% | | | 29.96 | 1014.3 | | | |
| 27 | 09:53 | N 6 | 10.00 | Fair | CLR | 70 | 63 | | | 79% | | | 29.96 | 1014.4 | | | |
| 27 | 08:53 | Calm | 10.00 | Fair | CLR | 64 | 63 | | | 96% | | | 29.95 | 1014.0 | | | |
| 27 | 07:53 | Calm | 8.00 | Fair | CLR | 60.1 | 60.1 | | | 100% | | | 29.94 | 1013.8 | | | |
| 27 | 06:53 | Calm | 8.00 | Fair | CLR | 59 | 59 | 66 | 59 | 100% | | | 29.94 | 1013.7 | | | |
| 27 | 05:53 | NW 3 | 8.00 | Partly Cloudy | SCT002 | 60.1 | 60.1 | | | 100% | | | 29.93 | 1013.5 | | | |
| 27 | 04:53 | Calm | 3.00 | Fog/Mist | SCT002 | 61 | 61 | | | 100% | | | 29.92 | 1012.9 | | | |
| 27 | 03:53 | Calm | 0.75 | Fog/Mist | CLR | 62.1 | 62.1 | | | 100% | | | 29.91 | 1012.8 | | | |
| 27 | 02:53 | Calm | 7.00 | Fair | CLR | 64 | 63 | | | 96% | | | 29.92 | 1012.9 | | | |
| 27 | 01:53 | Calm | 10.00 | Fair | CLR | 64 | 64 | | | 100% | | | 29.92 | 1013.1 | | | |
| 27 | 00:53 | Calm | 10.00 | Fair | CLR | 66 | 64.9 | 73.9 | 64.9 | 96% | | | 29.93 | 1013.4 | | | |
| 26 | 23:53 | Calm | 10.00 | Fair | CLR | 66.9 | 66 | | | 97% | | | 29.93 | 1013.4 | | | |
| 26 | 22:53 | Calm | 10.00 | Fair | CLR | 68 | 66.9 | | | 96% | | | 29.93 | 1013.5 | | | |
| 26 | 21:53 | NE 3 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 29.93 | 1013.3 | | | |
| 26 | 20:53 | Calm | 10.00 | Mostly Cloudy | BKN042 BKN055 | 71.1 | 68 | | | 90% | | | 29.92 | 1013.1 | | | |
| 26 | 19:53 | Calm | 10.00 | A Few Clouds | FEW041 | 71.1 | 69.1 | | | 94% | | | 29.91 | 1012.6 | | | |

VOTE003103