# Exhibit B

# Daily Line Counts

Line #: 13

Date: 10-28-25

Pusher: Coleman
Gun Guard: Crouse
Gun Guard: Mayberry

AM Count: 17

PM Count: 15

**Comments:**

6:35 Arrived at Camp C   7:12 Opened outer gate
7:35 Picked up 17x en-route to Squash field
7:50 Arrived at Squash field offered offenders sunscreen
1 Shade trailer 1 Porta potty/Handwashing station
4 Water coolers offenders drink at will.
8:00 Set in for work 8:45 Break 9:00 Break Over
9:45 Break #2  10:00 Break Over
10:45 Break #3  11:00 Break Over
11:35 Headland 17x to the bus.
12:00 Returned 17x back to Camp C

VOTE003120

## DAILY LINE COUNT / LOG SHEET

LINE # 24/25

PUSHER: mSgt Griffin

GUN GUARD: mSgt Crousse

GUN GUARD: mSgt Lurus

AM COUNT: 27

PM COUNT:

DATE: 10-29-25

| DORM | COUNT | |
|---|---|---|
| F1 | 2 | |
| 2 | 5 | |
| 3 | 13 | |
| 4 | 7 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:35 arrived at camp D Falcon gate
- 7:15 opened outside gate
- 7:25 opened inside gate
- 7:35 checked out 27x
- 7:45 arrived at squash field provided 4x coolers porta potty shade trailor hand wash station sunscreen offered drink at will
- 8:30 break  8:45 break over
- 9:30 called in count break  9:45 break over
- 10:30 break  10:45 break over
- 11:30 headland

VOTE003121
revised 05/27/2025

## Daily Line Counts

**Line #:** 15

**Date:** 10-29-25

**Pusher:** Coleman
**Gun Guard:** Hodge
**Gun Guard:** Brown

**AM Count:** _____

**PM Count:** _____

**Comments:**

6:50 Arrived at Camp C
7:35 Picked up 23x en-route to cabbage field
7:50 Arrived and offered Sunscreen 1 shade trailer
1 porta potty/Handwash station 4 Water cooler drink at will
8:00 Set in for work  8:45 Break  9:00 Break Over
9:45 Break #2  10:00 Break Over
10:45 Break #3  11:00 Break Over
11:30 Headland Counted 23x headed back to Camp C
11:40 Dropped off 23x back to Camp C

VOTE003122

# Daily Line Counts

Line #: 15

Date: 10-30-25

Pusher: Coleman
Gun Guard: Hodge
Gun Guard: Brown

AM Count: 19

PM Count: 19

**Comments:**

6:35 Arrived at Camp C
7:55 Checked out 19x en-route to cabbage field
8:05 Arrived at cabbage & shade trailer
1 porta potty/handwash station 4 water coolers drink at will
Offered offenders sunscreen
8:15 Set in for work 9:00 Break 9:15 Break Over
10:00 Break #2 10:15 Break Over
11:00 Break #3 11:15 Break Over
11:30 Headland 19x to the bus 11:50 Arrived at Camp C to shortlin
12:15 Back on bus 19x headed to field 12:45 Arrived at field
1:00 Set in for work 1:45 Break #4 2:00 Break Over
2:45 Break #5 3:00 Break Over
3:40 Headland to the bus 4:00 Dropped off 19x back to Camp C

# Daily Line Counts

**Line #:** 15

**Date:** 10/31/25

**Pusher:** R. Brown
**Gun Guard:** M. Karisny
**Gun Guard:** C. Hodge

**AM Count:** 24X

**PM Count:** _____

**Comments:**

- 3⁹ᴬ Arrived at Bear checkout gate
- 5ᴬ Opened Bear checkout gate
- 13ᴬ Checked out (24X)
- 13ᴬ Arrived in cabbage field (1) portable toilet (1) handwash station (1) shade trailer (4) water coolers. All accessible at any time.
- 35ᴬ Called in count to Camp C sallyport (Break time) 10:35AM - 10:50AM
- 40ᴬ Headland

VOTE003125