UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members; and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS, on behalf of themselves and all others similarly situated, *Plaintiffs*, v. JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary; MISTY STAGG, in her official capacity as Director or Prison Enterprises, Inc.; the LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; and PRISON ENTERPRISES, INC. *Defendants*. | 3:23-CV-1304-BAJ-EWD<br><br>**MOTION TO ENROLL CHRISTOPHER A. BILICIC** *PRO HAC VICE* |

NOW INTO COURT, Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, who respectfully move this Honorable Court pursuant to the Local Rules for an order permitting CHRISTOPHER A. BILICIC to appear *pro hac vice* as counsel for Plaintiffs in this case.

In support of this motion, Plaintiffs, through undersigned counsel state as follows:

1. CHRISTOPHER A. BILICIC is an Associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP;

2. CHRISTOPHER A. BILICIC is a member of good standing with the Bar of the State of New York. His New York State Bar Registration Number is 6233472. There

have been no disciplinary proceedings or criminal charges instituted against him. In support of this motion, attached are a Declaration and Certificate of Good Standing for CHRISTOPHER A. BILICIC.

    3.      The mailing address for CHRISTOPHER A. BILICIC is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.

    4.      The telephone number for CHRISTOPHER A. BILICIC is 646-478-1308.

    5.      The facsimile number for CHRISTOPHER A. BILICIC is 646-224-9562.

    6.      The e-mail address for CHRISTOPHER A. BILICIC is cbilicic@paulweiss.com.

    7.      The name and office address of the Louisiana attorney with whom CHRISTOPHER A. BILICIC is associated for the purpose of this case is Samantha Pourciau, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70119. Mr. Bilicic seeks admission *pro hac vice* in this case to represent Plaintiffs, Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, in association with Ms. Pourciau, a resident attorney admitted to practice in this Court.

    8.      CHRISTOPHER A. BILICIC is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Respectfully submitted,

By: */s/ Samantha Pourciau*

Samantha Pourciau, La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504)529-5955
sbosalavage@defendla.org

*Counsel for Plaintiffs*