UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**;<br><br>　　*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER

Considering the foregoing Ex Parte Motion for Admission *Pro Hac Vice*,

**IT IS ORDERED** that attorney **Christopher A. Bilicic** be enrolled as counsel of record for the Plaintiffs in the above captioned matter.

Signed in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA