IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:23-cv-1304-BAJ-EWD |

### PLAINTIFFS' MOTION TO EXCLUDE FROM TRIAL THE TESTIMONY OF DR. CARL KELDIE

Dr. Carl Keldie's opinions present a textbook example of expert testimony "so fundamentally unsupported that it cannot possibly help the factfinder." *Botos v. Hartford Ins. Co. of the Midwest*, 2021 WL 806945, at *3 (M.D. La. Mar. 3, 2021) (Jackson, J.). In fact, this Court has already considered and rejected the opinions set out in Dr. Keldie's declarations, deposition testimony, and live testimony on April 24, 2025. This Court has also determined that Dr. Keldie lacks the expertise to opine on thermoregulation or heat pathology. And as for the rest of his proposed testimony, this Court has already held that "Dr. Carl Keldie was wholly uncredible." ECF 253 at 25; *see also id.* at 31 ("The Court credits Dr. Vassallo's opinion and discredits Dr. Keldie's opinion."). The deficiencies in Dr. Keldie's qualifications and methodology are so sweeping and fundamental as to render his opinions completely unreliable and therefore inadmissible at trial under Federal Rule of Evidence 702.

1

Accordingly, and for the reasons set forth in the accompanying memorandum of law, Dr. Keldie should be precluded from testifying at trial.

Dated: November 10, 2025

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
Kara Crutcher (PHV) IL Bar No. 6337639
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org
kcrutcher@defendla.org
mallen@defendla.org

**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**

*/s/ Jeremy Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000

jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*