# Exhibit A

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 03:53 | W 5 | 9.00 | Thunderstorm in Vicinity | BKN016 OVC022 | 69.1 | 69.1 | | | 100% | | | 29.94 | 1013.7 | 0.03 | | |
| 09 | 02:53 | W 5 | 10.00 | Overcast | BKN003 OVC020 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.5 | | | |
| 09 | 01:53 | SW 5 | 5.00 | Fog/Mist | OVC002 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.5 | | | |
| 09 | 00:53 | W 7 | 10.00 | A Few Clouds | FEW055 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.3 | | | |
| 08 | 23:53 | W 6 | 10.00 | Fair | CLR | 69.1 | 68 | 75 | 69.1 | 96% | | | 29.92 | 1013.2 | | | |
| 08 | 22:53 | SW 8 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 29.92 | 1013.0 | | | |
| 08 | 21:53 | SW 12 | 10.00 | Fair | CLR | 72 | 68 | | | 87% | | | 29.9 | 1012.5 | | | |
| 08 | 20:53 | SW 7 | 10.00 | Fair | CLR | 72 | 68 | | | 87% | | | 29.89 | 1011.9 | | | |
| 08 | 19:53 | SW 8 | 10.00 | Partly Cloudy | FEW036 SCT046 | 75 | 66.9 | | | 76% | | 76 | 29.86 | 1011.2 | | | |
| 08 | 18:53 | S 6 | 10.00 | Fair | CLR | 73.9 | 66.9 | | | 79% | | | 29.85 | 1010.8 | | | |
| 08 | 17:53 | S 7 | 10.00 | Fair | CLR | 75 | 66.9 | 82.9 | 73.9 | 76% | | 76 | 29.83 | 1010.0 | | | |
| 08 | 16:53 | SW 7 | 10.00 | A Few Clouds | FEW065 | 78.1 | 66 | | | 67% | | 80 | 29.82 | 1009.7 | | | |
| 08 | 15:53 | W 6 | 10.00 | Partly Cloudy | SCT045 | 80.1 | 66 | | | 62% | | 82 | 29.81 | 1009.5 | | | |
| 08 | 14:53 | W 8 | 10.00 | A Few Clouds | FEW037 FEW065 | 82 | 66 | | | 58% | | 84 | 29.81 | 1009.4 | | | |
| 08 | 13:53 | W 8 | 10.00 | Mostly Cloudy | BKN040 | 81 | 66 | | | 61% | | 83 | 29.82 | 1009.8 | | | |
| 08 | 12:53 | W 9 | 10.00 | Mostly Cloudy | BKN060 | 82 | 66.9 | | | 60% | | 85 | 29.83 | 1010.2 | | | |
| 08 | 11:53 | W 6 | 10.00 | Mostly Cloudy | SCT024 BKN050 | 81 | 68 | 81 | 62.1 | 65% | | 84 | 29.86 | 1011.0 | | | |
| 08 | 10:53 | W 6 | 10.00 | Mostly Cloudy | BKN019 BKN027 | 79 | 69.1 | | | 72% | | 82 | 29.88 | 1011.8 | | | |
| 08 | 09:53 | Calm | 10.00 | Overcast | BKN023 OVC048 | 73.9 | 68 | | | 82% | | | 29.9 | 1012.4 | | | |
| 08 | 08:53 | W 5 | 10.00 | Mostly Cloudy | BKN023 BKN044 | 71.1 | 68 | | | 90% | | | 29.89 | 1012.1 | | | |
| 08 | 07:53 | Calm | 10.00 | Partly Cloudy | SCT025 | 66.9 | 66 | | | 97% | | | 29.88 | 1011.7 | | | |
| 08 | 06:53 | Calm | 10.00 | Fair | CLR | 63 | 63 | | | 100% | | | 29.86 | 1011.1 | | | |
| 08 | 05:53 | Calm | 9.00 | Fair | CLR | 64 | 64 | 69.1 | 64 | 100% | | | 29.85 | 1010.6 | | | |
| 08 | 04:53 | SW 6 | 10.00 | Fair | CLR | 66.9 | 64.9 | | | 93% | | | 29.84 | 1010.2 | | | |
| 08 | 03:53 | SW 7 | 10.00 | Mostly Cloudy | BKN033 | 68 | 66 | | | 93% | | | 29.83 | 1010.0 | | | |
| 08 | 02:53 | SW 8 | 10.00 | Overcast | OVC030 | 69.1 | 66 | | | 90% | | | 29.83 | 1009.9 | | | |
| 08 | 01:53 | SW 6 | 10.00 | Overcast | OVC027 | 68 | 66 | | | 93% | | | 29.83 | 1010.0 | | | |
| 08 | 00:53 | W 7 | 10.00 | Mostly Cloudy | BKN023 | 66 | 64.9 | | | 96% | | | 29.83 | 1010.1 | | | |
| 07 | 23:53 | SW 8 | 10.00 | Partly Cloudy | SCT025 | 66.9 | 64.9 | 75 | 66 | 93% | | | 29.84 | 1010.3 | | | |
| 07 | 22:53 | SW 9 | 10.00 | Fair | CLR | 68 | 64.9 | | | 90% | | | 29.84 | 1010.4 | | | |
| 07 | 21:53 | SW 8 | 10.00 | Fair | CLR | 68 | 64.9 | | | 90% | | | 29.84 | 1010.3 | | | |
| 07 | 20:53 | SW 9 | 10.00 | Fair | CLR | 71.1 | 64.9 | | | 81% | | | 29.83 | 1010.0 | | | |
| 07 | 19:53 | SW 10 | 10.00 | Fair | CLR | 72 | 64.9 | | | 79% | | | 29.81 | 1009.4 | | | |
| 07 | 18:53 | S 10 | 10.00 | Fair | CLR | 73.9 | 64 | | | 71% | | | 29.8 | 1009.1 | | | |
| 07 | 17:53 | S 8 | 10.00 | Fair | CLR | 75 | 64.9 | 84.9 | 75 | 71% | | 77 | 29.8 | 1008.9 | | | |
| 07 | 16:53 | Calm | 10.00 | Fair | CLR | 78.1 | 66 | | | 67% | | 80 | 29.78 | 1008.4 | | | |
| 07 | 15:53 | SW 9 | 10.00 | A Few Clouds | FEW048 | 82.9 | 64.9 | | | 55% | | 85 | 29.78 | 1008.3 | | | |
| 07 | 14:53 | SW 9 | 10.00 | A Few Clouds | FEW045 | 82 | 64 | | | 55% | | 84 | 29.78 | 1008.4 | | | |
| 07 | 13:53 | S 15 G 22 | 10.00 | Partly Cloudy | SCT044 | 84 | 64 | | | 51% | | 85 | 29.8 | 1008.9 | | | |
| 07 | 12:53 | SW 10 | 10.00 | Mostly Cloudy | FEW037 BKN046 | 81 | 66.9 | | | 62% | | 83 | 29.82 | 1009.8 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This site will remain updated during the shutdown. Read More

 

# NATIONAL WEATHER SERVICE

**Weather observations for the past three days for**
**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 12:53 | SW 10 | 10.00 | Mostly Cloudy | FEW037 BKN046 | 81 | 66.9 | | | 62% | | 83 | 29.82 | 1009.8 | | | |
| 07 | 11:53 | W 10 G 18 | 10.00 | Partly Cloudy | SCT030 SCT038 SCT049 | 82 | 69.1 | 82 | 66 | 65% | | 85 | 29.87 | 1011.2 | | | |
| 07 | 10:53 | SW 12 | 10.00 | Mostly Cloudy | BKN014 BKN028 | 79 | 69.1 | | | 72% | | 82 | 29.9 | 1012.3 | | | |
| 07 | 09:53 | SW 8 | 10.00 | Mostly Cloudy | BKN010 | 77 | 71.1 | | | 82% | | 79 | 29.91 | 1012.7 | | | |
| 07 | 08:53 | SE 5 | 9.00 | Overcast | BKN005 OVC015 | 72 | 68 | | | 87% | | | 29.91 | 1012.8 | | | |
| 07 | 07:53 | SE 3 | 6.00 | Fog/Mist | BKN005 BKN025 | 69.1 | 66 | | | 90% | | | 29.91 | 1012.7 | | | |
| 07 | 06:53 | SE 3 | 10.00 | Overcast | OVC006 | 66.9 | 64.9 | | | 93% | | | 29.91 | 1012.7 | | | |
| 07 | 05:53 | E 5 | 10.00 | Overcast | FEW007 BKN018 OVC037 | 66 | 64 | 66 | 64 | 93% | | | 29.9 | 1012.4 | | | |
| 07 | 03:53 | E 5 | 10.00 | Overcast | SCT022 OVC029 | 66 | 63 | | | 90% | | | 29.9 | 1012.5 | | | |
| 07 | 02:53 | E 5 | 10.00 | Mostly Cloudy | FEW013 BKN030 | 64.9 | 62.1 | | | 90% | | | 29.91 | 1012.9 | | | |
| 07 | 01:53 | Calm | 10.00 | Mostly Cloudy | BKN032 BKN042 | 64.9 | 62.1 | | | 90% | | | 29.93 | 1013.4 | | | |
| 07 | 00:53 | E 3 | 10.00 | Overcast | OVC035 | 64.9 | 62.1 | | | 90% | | | 29.94 | 1013.7 | | | |
| 06 | 23:53 | E 3 | 10.00 | Overcast | BKN035 OVC060 | 64.9 | 61 | 73 | 63 | 87% | | | 29.95 | 1014.2 | | | |
| 06 | 22:53 | E 3 | 10.00 | Mostly Cloudy | BKN060 | 64 | 60.1 | | | 87% | | | 29.97 | 1014.9 | | | |
| 06 | 21:53 | E 3 | 10.00 | Partly Cloudy | SCT085 | 66.9 | 61 | | | 81% | | | 29.98 | 1015.2 | | | |
| 06 | 20:53 | SE 6 | 10.00 | Overcast | BKN080 OVC090 | 68 | 60.1 | | | 76% | | | 29.99 | 1015.6 | | | |
| 06 | 19:53 | SE 7 | 10.00 | Mostly Cloudy | BKN080 | 69.1 | 60.1 | | | 73% | | | 30 | 1015.8 | | | |
| 06 | 18:53 | E 6 | 10.00 | Overcast | BKN042 OVC050 | 71.1 | 62.1 | | | 73% | | | 30 | 1015.9 | | | |
| 06 | 17:53 | SE 3 | 10.00 | Overcast | OVC042 | 73 | 62.1 | 79 | 72 | 69% | | | 30.01 | 1016.1 | | | |
| 06 | 16:53 | E 7 | 10.00 | Overcast | OVC043 | 73.9 | 63 | | | 69% | | | 30.01 | 1016.1 | | | |
| 06 | 15:53 | E 7 | 10.00 | Mostly Cloudy | FEW034 BKN043 | 75.9 | 63 | | | 64% | | 78 | 30.01 | 1016.2 | | | |
| 06 | 14:53 | Calm | 10.00 | Overcast | OVC038 | 78.1 | 63 | | | 60% | | 80 | 30.02 | 1016.5 | | | |
| 06 | 13:53 | Calm | 10.00 | Mostly Cloudy | BKN032 | 77 | 61 | | | 58% | | 79 | 30.03 | 1017.0 | | | |
| 06 | 12:53 | Calm | 10.00 | Fair | CLR | 78.1 | 61 | | | 56% | | 80 | 30.05 | 1017.5 | | | |
| 06 | 11:53 | NE 3 | 10.00 | Fair | CLR | 77 | 61 | 78.1 | 53.1 | 58% | | 79 | 30.08 | 1018.5 | | | |
| 06 | 10:53 | E 7 | 10.00 | Fair | CLR | 75.9 | 61 | | | 60% | | 78 | 30.12 | 1019.8 | | | |
| 06 | 09:53 | E 6 | 10.00 | Fair | CLR | 72 | 63 | | | 73% | | | 30.14 | 1020.7 | | | |
| 06 | 08:53 | E 3 | 10.00 | Fair | CLR | 66 | 61 | | | 84% | | | 30.15 | 1020.9 | | | |
| 06 | 07:53 | E 3 | 8.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 30.15 | 1020.8 | | | |

VOTE003148

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 06:53 | NE 3 | 5.00 | Fog/Mist | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.3 | | | |
| 06 | 05:53 | NE 3 | 8.00 | Fair | CLR | 53.1 | 53.1 | 55.9 | 52 | 100% | | | 30.14 | 1020.4 | | | |
| 06 | 04:53 | NE 3 | 4.00 | Fog/Mist | CLR | 53.1 | 53.1 | | | 100% | | | 30.14 | 1020.4 | | | |
| 06 | 03:53 | N 3 | 9.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.12 | 1020.0 | | | |
| 06 | 02:53 | Calm | 9.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.13 | 1020.0 | | | |
| 06 | 01:53 | Calm | 6.00 | Fog/Mist | CLR | 55 | 54 | | | 96% | | | 30.13 | 1020.1 | | | |
| 06 | 00:53 | Calm | 7.00 | Fair | CLR | 55 | 55 | | | 100% | | | 30.14 | 1020.5 | | | |
| 05 | 23:53 | Calm | 8.00 | Fair | CLR | 55.9 | 55.9 | 66 | 55.9 | 100% | | | 30.15 | 1021.0 | | | |
| 05 | 22:53 | Calm | 9.00 | Fair | CLR | 57 | 57 | | | 100% | | | 30.16 | 1021.3 | | | |
| 05 | 21:53 | Calm | 8.00 | Fair | CLR | 59 | 57.9 | | | 96% | | | 30.16 | 1021.4 | | | |
| 05 | 20:53 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 30.16 | 1021.3 | | | |
| 05 | 19:53 | Calm | 10.00 | Fair | CLR | 62.1 | 59 | | | 90% | | | 30.16 | 1021.0 | | | |
| 05 | 18:53 | E 3 | 10.00 | Fair | CLR | 62.1 | 60.1 | | | 93% | | | 30.15 | 1020.8 | | | |
| 05 | 17:53 | Calm | 10.00 | Fair | CLR | 66 | 61 | 78.1 | 64.9 | 84% | | | 30.14 | 1020.6 | | | |
| 05 | 16:53 | Calm | 10.00 | Fair | CLR | 73 | 60.1 | | | 64% | | | 30.13 | 1020.3 | | | |
| 05 | 15:53 | Calm | 10.00 | Fair | CLR | 77 | 59 | | | 54% | | 79 | 30.14 | 1020.4 | | | |
| 05 | 14:53 | Calm | 10.00 | Fair | CLR | 77 | 59 | | | 54% | | 79 | 30.15 | 1020.8 | | | |
| 05 | 13:53 | Calm | 10.00 | A Few Clouds | FEW041 | 75 | 59 | | | 58% | | 77 | 30.16 | 1021.3 | | | |
| 05 | 12:53 | Calm | 10.00 | A Few Clouds | FEW039 | 75.9 | 60.1 | | | 58% | | 78 | 30.18 | 1022.0 | | | |
| 05 | 11:53 | Calm | 10.00 | Mostly Cloudy | BKN030 | 73.9 | 61 | 73.9 | 46.9 | 64% | | | 30.22 | 1023.2 | | | |
| 05 | 10:53 | Vrbl 5 | 10.00 | Fair | CLR | 73.9 | 60.1 | | | 62% | | | 30.24 | 1024.0 | | | |
| 05 | 09:53 | E 5 | 10.00 | Fair | CLR | 71.1 | 61 | | | 71% | | | 30.25 | 1024.4 | | | |
| 05 | 08:53 | NE 3 | 10.00 | Fair | CLR | 64 | 57.9 | | | 81% | | | 30.26 | 1024.6 | | | |
| 05 | 07:53 | NE 3 | 10.00 | Fair | CLR | 55.9 | 54 | | | 93% | | | 30.25 | 1024.1 | | | |
| 05 | 06:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.23 | 1023.7 | | | |
| 05 | 05:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | 50 | 46 | 96% | | | 30.23 | 1023.4 | | | |
| 05 | 04:53 | NE 3 | 10.00 | Fair | CLR | 46.9 | 46.9 | | | 100% | | | 30.21 | 1022.8 | | | |
| 05 | 03:53 | NE 3 | 6.00 | Fog/Mist | CLR | 48.9 | 48.9 | | | 100% | | | 30.2 | 1022.7 | | | |
| 05 | 02:53 | NE 3 | 7.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.21 | 1022.9 | | | |
| 05 | 01:53 | Calm | 10.00 | Fair | CLR | 48 | 46 | | | 93% | | | 30.21 | 1023.0 | | | |
| 05 | 00:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.23 | 1023.7 | | | |
| 04 | 23:53 | Calm | 10.00 | Fair | CLR | 50 | 48 | 60.1 | 48.9 | 93% | | | 30.25 | 1024.2 | | | |
| 04 | 22:53 | Calm | 10.00 | Fair | CLR | 51.1 | 48.9 | | | 92% | | | 30.26 | 1024.5 | | | |
| 04 | 21:53 | Calm | 10.00 | Fair | CLR | 53.1 | 48.9 | | | 86% | | | 30.27 | 1024.9 | | | |
| 04 | 20:53 | SE 8 | 10.00 | Fair | CLR | 55.9 | 48.9 | | | 77% | | | 30.26 | 1024.7 | | | |
| 04 | 19:53 | E 3 | 10.00 | Fair | CLR | 55.9 | 46.9 | | | 72% | | | 30.27 | 1024.8 | | | |
| 04 | 18:53 | E 3 | 10.00 | Fair | CLR | 54 | 48.9 | | | 83% | | | 30.26 | 1024.6 | | | |
| 04 | 17:53 | NE 3 | 10.00 | Fair | CLR | 59 | 48.9 | 73.9 | 59 | 69% | | | 30.25 | 1024.4 | | | |
| 04 | 16:53 | E 6 | 10.00 | Fair | CLR | 68 | 44.1 | | | 42% | | | 30.25 | 1024.1 | | | |
| 04 | 15:53 | E 7 | 10.00 | Fair | CLR | 72 | 43 | | | 35% | | | 30.25 | 1024.1 | | | |
| 04 | 14:53 | E 6 | 10.00 | Fair | CLR | 73.9 | 45 | | | 36% | | | 30.25 | 1024.1 | | | |
| 04 | 13:53 | SE 7 | 10.00 | Fair | CLR | 73 | 44.1 | | | 35% | | | 30.25 | 1024.4 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003149




# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**
**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 12:53 | Calm | 10.00 | A Few Clouds | FEW039 | 75.9 | 60.1 | | | 58% | | 78 | 30.18 | 1022.0 | | | |
| 05 | 11:53 | Calm | 10.00 | Mostly Cloudy | BKN030 | 73.9 | 61 | 73.9 | 46.9 | 64% | | | 30.22 | 1023.2 | | | |
| 05 | 10:53 | Vrbl 5 | 10.00 | Fair | CLR | 73.9 | 60.1 | | | 62% | | | 30.24 | 1024.0 | | | |
| 05 | 09:53 | E 5 | 10.00 | Fair | CLR | 71.1 | 61 | | | 71% | | | 30.25 | 1024.4 | | | |
| 05 | 08:53 | NE 3 | 10.00 | Fair | CLR | 64 | 57.9 | | | 81% | | | 30.26 | 1024.6 | | | |
| 05 | 07:53 | NE 3 | 10.00 | Fair | CLR | 55.9 | 54 | | | 93% | | | 30.25 | 1024.1 | | | |
| 05 | 06:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.23 | 1023.7 | | | |
| 05 | 05:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | 50 | 46 | 96% | | | 30.23 | 1023.4 | | | |
| 05 | 04:53 | NE 3 | 10.00 | Fair | CLR | 46.9 | 46.9 | | | 100% | | | 30.21 | 1022.8 | | | |
| 05 | 03:53 | NE 3 | 6.00 | Fog/Mist | CLR | 48.9 | 48.9 | | | 100% | | | 30.2 | 1022.7 | | | |
| 05 | 02:53 | NE 3 | 7.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.21 | 1022.9 | | | |
| 05 | 01:53 | Calm | 10.00 | Fair | CLR | 48 | 46 | | | 93% | | | 30.21 | 1023.0 | | | |
| 05 | 00:53 | Calm | 10.00 | Fair | CLR | 48 | 46.9 | | | 96% | | | 30.23 | 1023.7 | | | |
| 04 | 23:53 | Calm | 10.00 | Fair | CLR | 50 | 48 | 60.1 | 48.9 | 93% | | | 30.25 | 1024.2 | | | |
| 04 | 22:53 | Calm | 10.00 | Fair | CLR | 51.1 | 48.9 | | | 92% | | | 30.26 | 1024.5 | | | |
| 04 | 21:53 | Calm | 10.00 | Fair | CLR | 53.1 | 48.9 | | | 86% | | | 30.27 | 1024.9 | | | |
| 04 | 20:53 | SE 8 | 10.00 | Fair | CLR | 55.9 | 48.9 | | | 77% | | | 30.26 | 1024.7 | | | |
| 04 | 19:53 | E 3 | 10.00 | Fair | CLR | 55.9 | 46.9 | | | 72% | | | 30.27 | 1024.8 | | | |
| 04 | 18:53 | E 3 | 10.00 | Fair | CLR | 54 | 48.9 | | | 83% | | | 30.26 | 1024.6 | | | |
| 04 | 17:53 | NE 3 | 10.00 | Fair | CLR | 59 | 48.9 | 73.9 | 59 | 69% | | | 30.25 | 1024.4 | | | |
| 04 | 16:53 | E 6 | 10.00 | Fair | CLR | 68 | 44.1 | | | 42% | | | 30.25 | 1024.1 | | | |
| 04 | 15:53 | E 7 | 10.00 | Fair | CLR | 72 | 43 | | | 35% | | | 30.25 | 1024.1 | | | |
| 04 | 14:53 | E 6 | 10.00 | Fair | CLR | 73.9 | 45 | | | 36% | | | 30.25 | 1024.1 | | | |
| 04 | 13:53 | SE 7 | 10.00 | Fair | CLR | 73 | 44.1 | | | 35% | | | 30.25 | 1024.4 | | | |
| 04 | 12:53 | E 7 | 10.00 | Fair | CLR | 72 | 44.1 | | | 37% | | | 30.27 | 1025.1 | | | |
| 04 | 11:53 | SE 6 | 10.00 | Fair | CLR | 70 | 43 | 70 | 43 | 38% | | | 30.31 | 1026.3 | | | |
| 04 | 10:53 | SE 7 | 10.00 | Fair | CLR | 69.1 | 43 | | | 39% | | | 30.34 | 1027.2 | | | |
| 04 | 09:53 | E 9 | 10.00 | Fair | CLR | 64 | 44.1 | | | 48% | | | 30.36 | 1028.0 | | | |
| 04 | 08:53 | E 8 | 10.00 | Fair | CLR | 57.9 | 45 | | | 62% | | | 30.36 | 1028.1 | | | |
| 04 | 07:53 | NE 5 | 10.00 | Fair | CLR | 51.1 | 43 | | | 74% | | | 30.36 | 1028.1 | | | |
| 04 | 06:53 | NE 3 | 10.00 | Fair | CLR | 44.1 | 41 | | | 89% | | | 30.36 | 1028.0 | | | |
| 04 | 05:53 | Calm | 10.00 | Fair | CLR | 44.1 | 39.9 | 46 | 42.1 | 85% | | | 30.34 | 1027.4 | | | |
| 04 | 04:53 | NE 3 | 10.00 | Fair | CLR | 44.1 | 41 | | | 89% | | | 30.33 | 1026.8 | | | |
| 04 | 02:53 | Calm | 10.00 | Fair | CLR | 44.1 | 42.1 | | | 93% | | | 30.32 | 1026.7 | | | |
| 04 | 01:53 | Calm | 10.00 | Fair | CLR | 46 | 42.1 | | | 86% | | | 30.32 | 1026.8 | | | |
| 04 | 00:53 | Calm | 10.00 | Fair | CLR | 45 | 43 | | | 93% | | | 30.32 | 1026.7 | | | |
| 03 | 23:53 | Calm | 10.00 | Fair | CLR | 45 | 44.1 | 55.9 | 45 | 97% | | | 30.32 | 1026.6 | | | |
| 03 | 22:53 | Calm | 10.00 | Fair | CLR | 46.9 | 44.1 | | | 90% | | | 30.32 | 1026.7 | | | |
| 03 | 21:53 | Calm | 10.00 | Fair | CLR | 46.9 | 45 | | | 93% | | | 30.33 | 1026.8 | | | |
| 03 | 20:53 | Calm | 10.00 | Fair | CLR | 48.9 | 46 | | | 90% | | | 30.32 | 1026.7 | | | |
| 03 | 19:53 | Calm | 10.00 | Fair | CLR | 51.1 | 46 | | | 83% | | | 30.32 | 1026.5 | | | |
| 03 | 18:53 | Calm | 10.00 | Fair | CLR | 52 | 46 | | | 80% | | | 30.3 | 1026.0 | | | |

VOTE003142

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
| 03 | 17:53 | Calm | 10.00 | Fair | CLR | 55.9 | 46 | 71.1 | 55 | 70% | | | 30.29 | 1025.5 | | | |
| 03 | 15:53 | N 6 | 10.00 | Fair | CLR | 69.1 | 37 | | | 31% | | | 30.27 | 1024.9 | | | |
| 03 | 14:53 | Vrbl 7 | 10.00 | Fair | CLR | 70 | 36 | | | 29% | | | 30.27 | 1025.1 | | | |
| 03 | 13:53 | Vrbl 7 | 10.00 | Fair | CLR | 70 | 37 | | | 30% | | | 30.29 | 1025.5 | | | |
| 03 | 12:53 | NE 7 | 10.00 | Fair | CLR | 68 | 36 | | | 31% | | | 30.3 | 1026.0 | | | |
| 03 | 11:53 | NE 7 | 10.00 | Fair | CLR | 66 | 37.9 | 66 | 41 | 36% | | | 30.33 | 1027.1 | | | |
| 03 | 10:53 | E 9 | 10.00 | Fair | CLR | 63 | 39 | | | 41% | | | 30.36 | 1027.8 | | | |
| 03 | 09:53 | N 8 | 10.00 | Fair | CLR | 60.1 | 37.9 | | | 44% | | | 30.37 | 1028.4 | | | |
| 03 | 08:53 | NE 8 | 10.00 | Fair | CLR | 55.9 | 41 | | | 57% | | | 30.36 | 1028.1 | | | |
| 03 | 06:53 | NE 5 | 10.00 | Fair | CLR | 43 | 39 | | | 86% | 41 | | 30.33 | 1026.9 | | | |
| 03 | 05:53 | NE 3 | 10.00 | Fair | CLR | 42.1 | 39 | 46 | 42.1 | 89% | | | 30.31 | 1026.2 | | | |
| 03 | 04:53 | NE 6 | 10.00 | Fair | CLR | 42.1 | 39 | | | 89% | 39 | | 30.31 | 1026.2 | | | |
| 03 | 03:53 | NE 3 | 10.00 | Fair | CLR | 43 | 39 | | | 86% | | | 30.3 | 1025.9 | | | |
| 03 | 02:53 | NE 3 | 10.00 | Fair | CLR | 43 | 39.9 | | | 89% | | | 30.29 | 1025.6 | | | |
| 03 | 01:53 | NE 3 | 10.00 | Fair | CLR | 44.1 | 41 | | | 89% | | | 30.26 | 1024.7 | | | |
| 03 | 00:53 | NE 6 | 10.00 | Fair | CLR | 44.1 | 41 | | | 89% | 41 | | 30.27 | 1025.1 | | | |
| 02 | 23:53 | NE 5 | 10.00 | Fair | CLR | 46 | 41 | 59 | 46 | 83% | 44 | | 30.26 | 1024.7 | | | |
| 02 | 22:53 | N 5 | 10.00 | Fair | CLR | 46.9 | 42.1 | | | 83% | 45 | | 30.27 | 1025.0 | | | |
| 02 | 21:53 | N 5 | 10.00 | Fair | CLR | 50 | 43 | | | 77% | 49 | | 30.27 | 1024.8 | | | |
| 02 | 20:53 | NE 6 | 10.00 | Fair | CLR | 52 | 43 | | | 72% | | | 30.27 | 1024.8 | | | |
| 02 | 19:53 | N 7 | 10.00 | Fair | CLR | 54 | 44.1 | | | 69% | | | 30.25 | 1024.4 | | | |
| 02 | 18:53 | N 3 | 10.00 | Fair | CLR | 57 | 43 | | | 60% | | | 30.23 | 1023.7 | | | |
| 02 | 17:53 | NW 5 | 10.00 | Fair | CLR | 59 | 42.1 | 70 | 59 | 54% | | | 30.21 | 1023.0 | | | |
| 02 | 16:53 | NW 6 | 10.00 | Fair | CLR | 63 | 42.1 | | | 47% | | | 30.19 | 1022.3 | | | |
| 02 | 15:53 | NW 10 G 18 | 10.00 | Fair | CLR | 66.9 | 39 | | | 36% | | | 30.18 | 1021.8 | | | |
| 02 | 14:53 | NW 9 G 18 | 10.00 | Fair | CLR | 69.1 | 42.1 | | | 38% | | | 30.17 | 1021.4 | | | |
| 02 | 13:53 | NW 13 G 20 | 10.00 | Fair | CLR | 69.1 | 43 | | | 39% | | | 30.17 | 1021.5 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003143