# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE # __24/25__

PUSHER: __msgt Griffin__

GUN GUARD: __sgt Hodges__

GUN GUARD: __Lt kacisny__

AM COUNT: __23__

PM COUNT: __21__

DATE: __11-3-25__

| DORM | COUNT | |
|------|-------|---|
| F1 | 2 | |
| 2 | 4 | |
| 3 | 8 | |
| 4 | 8 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:20 arrived at camp D Falcon gate
- 6:30 opened outside gate
- 7:00 opened inside gate checked out 23x closed gates at Falcon
- 7:10 arrived at cucumber field 4x cooler provided shade + trailor porta potty hand washing station
- 7:15 called medical for bryan Luper #437441 back pains
- 7:30 offender keygon Walker taken in by cpt London for callout
- 7:55 break      8:10 break over
- 8:15 medical arrived for offender Elkins McMullen
- 8:30 medical departed
- 8:55 break      9:10 break over
- 9:30 called in count
- 10:25 departed cucumber field for camp D sally port lunch
- 10:30 arrived at camp D offender Brian Massey #510417 MP callout
- 11:05 entered kitchen shortline
- 11:30 departed camp D heading to cucumber field
- 11:40 arrived at camp D cucumber 4x cooler provided shade + trailor porta potty hand washing station
- 11:45 called medical for offender KenMiccael Ray #790574 complained of back pains

VOTE003151
revised 05/27/2025

## DAILY LINE COUNT / LOG SHEET

LINE #  24/25

PUSHER: msgt Griffin

GUN GUARD: msgt Hodges

GUN GUARD: msgt Kacisny

AM COUNT: 21

PM COUNT: 20

DATE: 11-3-25

| DORM | COUNT | |
|------|-------|---|
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |

COMENTS:
- 1:00 medical arrived Elkins McMullen
- 1:10 medical departed
- 1:25 break 1:40 break over
- 1:45 headline to camp D Falcon gate
- 2:00 opened both gates checked in 26x

# Daily Line Counts

**Line #:** ___15___          **Date:** _11-3-25_

**Pusher:** _Coleman_
**Gun Guard:** _Lunus_
**Gun Guard:** _Bonaventure_

**AM Count:** _26x_

**PM Count:** _____

**Comments:**

6:25 Arrived at Camp C  6:55 Picked up 26x en-route to Squash
7:10 Arrived offered sunscreen | shade trailer | porta potty/handwash
4 water coolers offenders drink at will.
7:15 Set in for work   8:00 Break  8:15 Break Over
9:00 Break #2  9:15 Break Over  10:00 Shortlined 26x for lunch
10:10 Arrived at Camp C to shortline  10:40 26x headed back to Squash
10:50 Arrived offered sunscreen | Shade traile | porta potty/handwash
4 water cooler offenders drink at will
11:00 Set in for work  11:45 Break #3  12:00 Break Over
12:45 Break #4  1:00 Break Over
1:45 Headlined 26x back to Camp C
2:00 Returned 26x to Camp C

VOTE003153

## DAILY LINE COUNT / LOG SHEET

LINE # 24/25

PUSHER: msgt Griffin

GUN GUARD: msgt Ellis

GUN GUARD: Sgt Crouse

AM COUNT: 27

PM COUNT: 23

DATE: 11-4-25

| DORM | COUNT | |
|------|-------|---|
| F1 | 1 | |
| | ~~7~~ 3 | |
| | 11 | |
| | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

- 6:30 arrived at camp D Falcon gate
- 6:35 opened outside gate
- 6:45 opened inside gate
- 7:00 checked out 27x
- 7:25 arrived at cucumber field provided 4x coolers porta potty shade trailer hand wash station
- 8:10 break     8:25 break over
- 8:30 called medical for Offender lloyd cooks #769523
- 9:00 medical samatha arrived
- 9:10 medical departed break     break over 9:25
- 9:30 called in count
- 10:10 break     10:25 break over
- 10:30 headland to camp D sallyport for shootline
- 10:50 finished shootline heading to banana pepper field
- 11:00 arrived at banana pepper field provided 4x cooler porta potty shade trailor handwash station
- 11:40 relieved by Lt Karisny

# DAILY LINE COUNT / LOG SHEET

LINE # _24 + 25_

PUSHER: _Karrson_

GUN GUARD: _Ellis_

GUN GUARD : _Crouse_

AM COUNT: _27_

PM COUNT: _25 24 23_

DATE : _11-4-25_

| DORM _Falcon_ | COUNT | |
|---|---|---|
| 1 | 1 | |
| 2 | 8  4 | |
| 3 | 9 | |
| 4 | 10  9 | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMENTS:

11:40 am  Arrived back at banana pepper field. Shade trailer, portable toilet, hand wash station, and water coolers on site. Water coolers available to all inmates at all times. Sunscreen offered to all inmates

12:06 pm  Capt London picked up 1x for a zoom at Camp D

12:30 pm  Break time

12:45 pm  Break over

1:20 pm  Lt Col Noples escorted inmate to Camp D for callout

1:40 pm  Headbull loaded bus 23x

1:49 pm  Arrived at Falcon gate

1:53 pm  Checked in 23x

revised 05/27/2025

**Daily Line Counts**

Line #: ___15___                    Date: _11-4-25_

Pusher: ___Coleman___
Gun Guard: ___Lanus___
Gun Guard: ___Hodge___

AM Count: ___22___

PM Count: ___21___

<u>Comments:</u>

6:25 Arrived at Camp C 6:45 Picked up 22x en-route to Pecans
6:55 Arrived offered sunscreen 1 shade trailer 1 porta potty / handwash
4 water coolers offenders drink at will.
7:15 Set in for work  Break 8:00  Break Over 8:15
Break #2 9:00 Break over 9:15
10:00 Shortlined 22x to Camp C for lunch
10:55 Left Camp C 21 x headed back to Pecans
11:00 Arrived offered sunscreen 1 shade trailer 1 porta potty/handwash
4 water coolers offenders drink at will.
11:15 Set in for work 12:00 Break #3  12:15 Break Over
1:00 Break #4  1:15 Break Over
1:40 Headland 21x to Camp C
1:55 Dropped off 21x at Camp C

VOTE003156

**Daily Line Counts**

Line #: ___15___          Date: __11-5-25__

Pusher: ___Coleman-___
Gun Guard: ___Hodge___
Gun Guard: ___Bonaventure___

AM Count: ___41x___

PM Count: ___40x___

**Comments:**

6:25 Arrived at Camp C
8:20 Picked up 42x en-route to Pecans
8:30 Arrived offered sunscreen + shade trailer | porta potty/
handwash 4 water coolers offenders drink at will
8:45 Set in for work 9:30 Break 9:45 Break Over
10:00 Shortlined x to Camp C for lunch
10:10 Arrived to feed lunch 10:45 Headed back to pecans
10:55 Arrived with 40x offered sunscreen | shade trailer
| porta potty/handwash 4 water coolers offenders drink at will
11:00 Set in for work 11:45 Break #2 12:00 Break Over
12:45 Break #3 1:00 Break Over
1:35 Headland 40x back to Camp C
2:00 Dropped off 40x at Camp C

VOTE003157

**Daily Line Counts**

Line #: _15_                    Date: _11-5-25_

Pusher: _Coleman_
Gun Guard: _Krouse_
Gun Guard: _Bonaventure_

AM Count: _39_

PM Count: _38_

**Comments:**

6:20 Arrived at Camp C 8:05 Picked up 39x en-route to Pecans
8:10 Arrived offered sunscreen 1 shade trailer 1 porta potty / handwash
4 water coolers offenders drink at will.
8:15 Set in for work 9:00 Break 9:15 Break Over
10:00 Shortlined 39x to Camp C for lunch
10:50 ~~~~ headed back to pecans 38x
11:00 Arrived offered sunscreen 1 porta potty/handwash 1 shade trailer
4 water coolers offenders drink at will.
11:15 Set in for work 12:00 Break #2 12:15 Break Over
1:00 Break #3 1:15 Break Over
1:30 Headland 38x to Camp C
2:00 Returned 38x back to Camp C

**Daily Line Counts**

Line #: _15_          Date: _11-7-25_

Pusher: _Coleman_
Gun Guard: _Krouse_
Gun Guard: _Bonaventure_

AM Count: _39x_

PM Count: _38 x_

**Comments:**

6:20 Arrived at Camp C 7:30 Picked up 40x en-route to Pecans
7:40 Arrived offered sunscreen 1 shade trailer 1 porta potty / handwash
4 water coolers offenders drink at will.
8:00 Set in for work  8:45 Break  9:00 Break Over
9:45 Break #2  10:00 Shortlined 39x to Camp C for lunch
11:00 38x back to Pecans 11:10 Arrived offered sunscreen
1 shade trailer 1 porta potty / handwash 4 water coolers drink at will
11:15 Set in for work  12:00 Break #3  12:15 Break Over
1:00 Break #4  1:15 Break Over
1:35 Headland 38x back to Camp C
2:00 38x dropped off at Camp C

VOTE003161