# Exhibit A

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 15 | 15:53 | SW 9 | 10.00 | Mostly Cloudy | BKN048 | 79 | 59 | | | 50% | | 80 | 29.94 | 1013.9 | | | |
| 15 | 14:53 | SW 9 | 10.00 | Partly Cloudy | SCT049 | 80.1 | 57.9 | | | 47% | | 81 | 29.95 | 1014.2 | | | |
| 15 | 13:53 | S 10 | 10.00 | Mostly Cloudy | BKN045 | 81 | 59 | | | 47% | | 81 | 29.97 | 1014.7 | | | |
| 15 | 12:53 | Vrbl 7 | 10.00 | Fair | CLR | 78.1 | 59 | | | 52% | | 79 | 29.99 | 1015.5 | | | |
| 15 | 11:53 | S 8 | 10.00 | A Few Clouds | FEW035 | 75.9 | 60.1 | 75.9 | 50 | 58% | | 78 | 30.03 | 1016.7 | | | |
| 15 | 10:53 | S 8 | 10.00 | Mostly Cloudy | BKN035 | 75 | 60.1 | | | 60% | | 77 | 30.07 | 1018.2 | | | |
| 15 | 09:53 | S 7 | 10.00 | Fair | CLR | 73 | 60.1 | | | 64% | | | 30.1 | 1019.2 | | | |
| 15 | 08:53 | SE 3 | 10.00 | A Few Clouds | FEW036 | 66.9 | 60.1 | | | 79% | | | 30.11 | 1019.4 | | | |
| 15 | 07:53 | Calm | 3.00 | Fog/Mist | CLR | 57 | 55.9 | | | 96% | | | 30.1 | 1019.3 | | | |
| 15 | 06:53 | E 5 | 4.00 | Fog/Mist | CLR | 51.1 | 51.1 | | | 100% | | | 30.09 | 1018.9 | | | |
| 15 | 05:53 | Calm | 8.00 | Fair | CLR | 51.1 | 50 | 57.9 | 51.1 | 96% | | | 30.09 | 1018.7 | | | |
| 15 | 04:53 | Calm | 7.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.08 | 1018.6 | | | |
| 15 | 03:53 | Calm | 7.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.08 | 1018.4 | | | |
| 15 | 02:53 | Calm | 9.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.08 | 1018.7 | | | |
| 15 | 01:53 | Calm | 7.00 | Fair | CLR | 55 | 54 | | | 96% | | | 30.09 | 1018.8 | | | |
| 15 | 00:53 | Calm | 10.00 | Fair | CLR | 55 | 54 | | | 96% | | | 30.1 | 1019.1 | | | |
| 14 | 23:53 | Calm | 10.00 | Fair | CLR | 57 | 55 | 70 | 57 | 93% | | | 30.11 | 1019.4 | | | |
| 14 | 22:53 | S 5 | 10.00 | Fair | CLR | 62.1 | 55.9 | | | 80% | | | 30.12 | 1019.7 | | | |
| 14 | 21:53 | S 3 | 10.00 | Fair | CLR | 61 | 55.9 | | | 84% | | | 30.12 | 1019.9 | | | |
| 14 | 20:53 | S 6 | 10.00 | Fair | CLR | 63 | 55.9 | | | 78% | | | 30.12 | 1020.0 | | | |
| 14 | 19:53 | S 7 | 10.00 | Fair | CLR | 66 | 55.9 | | | 70% | | | 30.12 | 1019.9 | | | |
| 14 | 18:53 | SE 5 | 10.00 | Fair | CLR | 66.9 | 57 | | | 71% | | | 30.12 | 1019.9 | | | |
| 14 | 17:53 | SE 7 | 10.00 | Partly Cloudy | SCT065 | 70 | 55.9 | 79 | 69.1 | 61% | | | 30.11 | 1019.6 | | | |
| 14 | 16:53 | S 7 | 10.00 | Mostly Cloudy | BKN070 | 73.9 | 55 | | | 52% | | | 30.11 | 1019.6 | | | |
| 14 | 15:53 | E 6 | 10.00 | Mostly Cloudy | BKN060 | 77 | 55 | | | 47% | | 78 | 30.12 | 1019.7 | | | |
| 14 | 14:53 | SE 3 | 10.00 | Mostly Cloudy | BKN060 | 75.9 | 55 | | | 48% | | 78 | 30.13 | 1020.2 | | | |
| 14 | 13:53 | Calm | 10.00 | Partly Cloudy | SCT060 | 75.9 | 54 | | | 47% | | 78 | 30.14 | 1020.6 | | | |
| 14 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 79 | 54 | | | 42% | | 79 | 30.16 | 1021.2 | | | |
| 14 | 11:53 | SW 7 | 10.00 | Fair | CLR | 78.1 | 55 | 78.1 | 51.1 | 45% | | 79 | 30.19 | 1022.3 | | | |
| 14 | 10:53 | S 7 | 10.00 | Fair | CLR | 75.9 | 55.9 | | | 50% | | 78 | 30.22 | 1023.4 | | | |
| 14 | 09:53 | E 3 | 10.00 | Fair | CLR | 71.1 | 59 | | | 66% | | | 30.24 | 1023.8 | | | |
| 14 | 08:53 | E 3 | 10.00 | Fair | CLR | 64.9 | 59 | | | 81% | | | 30.23 | 1023.7 | | | |
| 14 | 07:53 | E 3 | 5.00 | Fog/Mist | FEW002 | 57 | 55.9 | | | 96% | | | 30.23 | 1023.4 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (**Metric**)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precip 1 hr | Precip 3 hr | Precip 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 13:53 | Calm | 10.00 | Partly Cloudy | SCT060 | 75.9 | 54 | | | 47% | | 78 | 30.14 | 1020.6 | | | |
| 14 | 12:53 | Vrbl 3 | 10.00 | Fair | CLR | 79 | 54 | | | 42% | | 79 | 30.16 | 1021.2 | | | |
| 14 | 11:53 | SW 7 | 10.00 | Fair | CLR | 78.1 | 55 | 78.1 | 51.1 | 45% | | 79 | 30.19 | 1022.3 | | | |
| 14 | 10:53 | S 7 | 10.00 | Fair | CLR | 75.9 | 55.9 | | | 50% | | 78 | 30.22 | 1023.4 | | | |
| 14 | 09:53 | E 3 | 10.00 | Fair | CLR | 71.1 | 59 | | | 66% | | | 30.24 | 1023.8 | | | |
| 14 | 08:53 | E 3 | 10.00 | Fair | CLR | 64.9 | 59 | | | 81% | | | 30.23 | 1023.7 | | | |
| 14 | 07:53 | E 3 | 5.00 | Fog/Mist | FEW002 | 57 | 55.9 | | | 96% | | | 30.23 | 1023.4 | | | |
| 14 | 06:53 | Calm | 3.00 | Fog/Mist | FEW002 | 52 | 51.1 | | | 97% | | | 30.21 | 1022.9 | | | |
| 14 | 05:53 | NE 3 | 10.00 | Partly Cloudy | SCT002 | 51.1 | 50 | 57.9 | 51.1 | 96% | | | 30.2 | 1022.5 | | | |
| 14 | 04:53 | Calm | 10.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.19 | 1022.1 | | | |
| 14 | 03:53 | Calm | 10.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.18 | 1021.8 | | | |
| 14 | 02:53 | NE 3 | 10.00 | Fair | CLR | 54 | 53.1 | | | 97% | | | 30.18 | 1021.7 | | | |
| 14 | 01:53 | Calm | 10.00 | Fair | CLR | 55 | 55 | | | 100% | | | 30.18 | 1021.9 | | | |
| 14 | 00:53 | NE 3 | 10.00 | Fair | CLR | 55.9 | 55 | | | 97% | | | 30.19 | 1022.1 | | | |
| 13 | 23:53 | Calm | 10.00 | Fair | CLR | 57.9 | 57 | 69.1 | 57 | 97% | | | 30.19 | 1022.3 | | | |
| 13 | 22:53 | Calm | 10.00 | Fair | CLR | 60.1 | 57 | | | 90% | | | 30.2 | 1022.7 | | | |
| 13 | 21:53 | S 3 | 10.00 | Fair | CLR | 63 | 57.9 | | | 84% | | | 30.21 | 1022.7 | | | |
| 13 | 20:53 | S 6 | 10.00 | Fair | CLR | 63 | 57.9 | | | 84% | | | 30.2 | 1022.7 | | | |
| 13 | 19:53 | S 3 | 10.00 | Fair | CLR | 64 | 57.9 | | | 81% | | | 30.2 | 1022.4 | | | |
| 13 | 18:53 | S 5 | 10.00 | A Few Clouds | FEW048 | 66.9 | 57.9 | | | 73% | | | 30.19 | 1022.2 | | | |
| 13 | 17:53 | Calm | 10.00 | Overcast | OVC080 | 66 | 60.1 | 79 | 66 | 81% | | | 30.18 | 1021.8 | | | |
| 13 | 16:53 | Calm | 10.00 | Overcast | OVC075 | 70 | 59 | | | 68% | | | 30.18 | 1021.7 | | | |
| 13 | 15:53 | SE 3 | 10.00 | Mostly Cloudy | BKN075 | 75 | 57.9 | | | 55% | | 78 | 30.17 | 1021.7 | | | |
| 13 | 14:53 | S 6 | 10.00 | A Few Clouds | FEW075 | 77 | 55.9 | | | 48% | | 79 | 30.17 | 1021.7 | | | |
| 13 | 13:53 | Vrbl 3 | 10.00 | Partly Cloudy | SCT070 | 77 | 57 | | | 50% | | 79 | 30.18 | 1022.1 | | | |
| 13 | 12:53 | W 3 | 10.00 | Mostly Cloudy | FEW042 BKN065 | 75.9 | 57 | | | 52% | | 78 | 30.2 | 1022.6 | | | |
| 13 | 11:53 | Vrbl 3 | 10.00 | Mostly Cloudy | BKN035 | 75.9 | 59 | 75.9 | 52 | 56% | | 78 | 30.23 | 1023.7 | | | |
| 13 | 10:53 | W 3 | 10.00 | Partly Cloudy | SCT060 | 73.9 | 59 | | | 60% | | | 30.26 | 1024.7 | | | |
| 13 | 09:53 | Calm | 10.00 | Fair | CLR | 73 | 61 | | | 66% | | | 30.27 | 1024.9 | | | |
| 13 | 08:53 | S 6 | 10.00 | Fair | CLR | 68 | 60.1 | | | 76% | | | 30.26 | 1024.7 | | | |
| 13 | 07:53 | Calm | 8.00 | Fair | CLR | 59 | 57 | | | 93% | | | 30.26 | 1024.5 | | | |
| 13 | 06:53 | Calm | 10.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.25 | 1024.4 | | | |
| 13 | 05:53 | Calm | 10.00 | Overcast | OVC055 | 53.1 | 52 | 57 | 51.1 | 96% | | | 30.24 | 1024.1 | | | |
| 13 | 04:53 | Calm | 10.00 | Fair | CLR | 51.1 | 50 | | | 96% | | | 30.24 | 1023.8 | | | |
| 13 | 03:53 | Calm | 10.00 | Fair | CLR | 51.1 | 50 | | | 96% | | | 30.23 | 1023.5 | | | |
| 13 | 02:53 | NE 3 | 10.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.23 | 1023.5 | | | |
| 13 | 01:53 | Calm | 10.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.23 | 1023.5 | | | |
| 13 | 00:53 | Calm | 10.00 | Fair | CLR | 55 | 53.1 | | | 93% | | | 30.23 | 1023.7 | | | |
| 12 | 23:53 | SE 3 | 10.00 | Fair | CLR | 55 | 53.1 | 68 | 54 | 93% | | | 30.24 | 1023.8 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003186

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | 6 hour | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 12 | 22:53 | Calm | 10.00 | Fair | CLR | 55.9 | 54 | | | 93% | | | 30.24 | 1024.0 | | | |
| 12 | 21:53 | Calm | 10.00 | Fair | CLR | 57.9 | 55 | | | 90% | | | 30.24 | 1023.9 | | | |
| 12 | 20:53 | S 3 | 10.00 | Fair | CLR | 63 | 55 | | | 76% | | | 30.22 | 1023.4 | | | |
| 12 | 19:53 | SW 5 | 10.00 | Fair | CLR | 64.9 | 55.9 | | | 73% | | | 30.21 | 1022.8 | | | |
| 12 | 18:53 | SW 6 | 10.00 | Fair | CLR | 64.9 | 55.9 | | | 73% | | | 30.21 | 1022.8 | | | |
| 12 | 17:53 | W 7 | 10.00 | A Few Clouds | FEW050 | 68 | 55 | 77 | 68 | 63% | | | 30.19 | 1022.3 | | | |
| 12 | 16:53 | SW 5 | 10.00 | Mostly Cloudy | FEW050 BKN060 | 73 | 54 | | | 51% | | | 30.18 | 1022.0 | | | |
| 12 | 15:53 | W 8 | 10.00 | Partly Cloudy | SCT055 | 75.9 | 54 | | | 47% | | 78 | 30.18 | 1022.0 | | | |
| 12 | 14:53 | Calm | 10.00 | A Few Clouds | FEW050 | 75.9 | 54 | | | 47% | | 78 | 30.19 | 1022.2 | | | |
| 12 | 13:53 | W 6 | 10.00 | A Few Clouds | FEW050 | 75.9 | 54 | | | 47% | | 78 | 30.2 | 1022.6 | | | |
| 12 | 12:53 | W 6 | 10.00 | Partly Cloudy | SCT042 | 75.9 | 55 | | | 48% | | 78 | 30.22 | 1023.3 | | | |
| 12 | 11:53 | SW 9 | 10.00 | Fair | CLR | 75 | 55 | 75 | 43 | 50% | | 78 | 30.25 | 1024.2 | | | |
| 12 | 10:53 | S 7 | 10.00 | Fair | CLR | 72 | 54 | | | 53% | | | 30.28 | 1025.3 | | | |
| 12 | 09:53 | S 7 | 10.00 | Fair | CLR | 68 | 52 | | | 57% | | | 30.3 | 1025.8 | | | |
| 12 | 08:53 | SE 5 | 10.00 | Fair | CLR | 60.1 | 48.9 | | | 67% | | | 30.3 | 1026.1 | | | |
| 12 | 07:53 | Calm | 10.00 | Fair | CLR | 52 | 46 | | | 80% | | | 30.3 | 1025.8 | | | |
| 12 | 06:53 | E 3 | 10.00 | Fair | CLR | 44.1 | 41 | | | 89% | | | 30.29 | 1025.5 | | | |
| 12 | 05:53 | Calm | 10.00 | Fair | CLR | 44.1 | 39.9 | 44.1 | 41 | 85% | | | 30.28 | 1025.2 | | | |
| 12 | 04:53 | Calm | 10.00 | Fair | CLR | 42.1 | 39 | | | 89% | | | 30.27 | 1024.9 | | | |
| 12 | 03:53 | Calm | 10.00 | Fair | CLR | 41 | 39 | | | 93% | | | 30.27 | 1024.9 | | | |
| 12 | 02:53 | NE 3 | 10.00 | Fair | CLR | 41 | 37.9 | | | 89% | | | 30.27 | 1024.9 | | | |
| 12 | 01:53 | NE 3 | 10.00 | Fair | CLR | 41 | 37.9 | | | 89% | | | 30.27 | 1024.9 | | | |
| 12 | 00:53 | NE 5 | 10.00 | Fair | CLR | 41 | 37 | | | 86% | 38 | | 30.27 | 1024.9 | | | |
| 11 | 23:53 | NE 3 | 10.00 | Fair | CLR | 42.1 | 37 | 53.1 | 41 | 82% | | | 30.27 | 1025.0 | | | |
| 11 | 22:53 | NE 3 | 10.00 | Fair | CLR | 42.1 | 37 | | | 82% | | | 30.29 | 1025.5 | | | |
| 11 | 21:53 | SE 5 | 10.00 | Fair | CLR | 46 | 36 | | | 68% | 44 | | 30.3 | 1025.8 | | | |
| 11 | 20:53 | S 5 | 10.00 | Fair | CLR | 48 | 35.1 | | | 61% | 47 | | 30.31 | 1026.3 | | | |
| 11 | 19:53 | SW 9 | 10.00 | Fair | CLR | 50 | 33.1 | | | 52% | 47 | | 30.31 | 1026.4 | | | |
| 11 | 18:53 | SW 10 | 10.00 | Fair | CLR | 50 | 32 | | | 50% | 46 | | 30.31 | 1026.5 | | | |
| 11 | 17:53 | S 7 | 10.00 | Fair | CLR | 52 | 30.9 | 61 | 52 | 45% | | | 30.3 | 1026.0 | | | |
| 11 | 16:53 | S 7 | 10.00 | Fair | CLR | 55.9 | 30 | | | 37% | | | 30.3 | 1026.0 | | | |
| 11 | 15:53 | S 8 | 10.00 | Fair | CLR | 60.1 | 28 | | | 30% | | | 30.31 | 1026.5 | | | |
| 11 | 14:53 | S 7 | 10.00 | Fair | CLR | 61 | 28 | | | 29% | | | 30.32 | 1026.9 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature (ºF)   Pressure   Precipitation (in)

VOTE003187

This site will remain updated during the shutdown. Read More




# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

**Baton Rouge, Baton Rouge Metropolitan, Ryan Field**

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 13:53 | S 9 | 10.00 | Fair | CLR | 60.1 | 27 | | | 28% | | | 30.34 | 1027.5 | | | |
| 11 | 12:53 | S 8 | 10.00 | Fair | CLR | 59 | 28 | | | 31% | | | 30.37 | 1028.5 | | | |
| 11 | 11:53 | E 7 | 10.00 | Fair | CLR | 55.9 | 26.1 | 55.9 | 30 | 32% | | | 30.42 | 1029.9 | | | |
| 11 | 10:53 | S 7 | 10.00 | Fair | CLR | 52 | 27 | | | 38% | | | 30.45 | 1031.0 | | | |
| 11 | 09:53 | SE 6 | 10.00 | Fair | CLR | 48.9 | 24.1 | | | 38% | 47 | | 30.47 | 1031.8 | | | |
| 11 | 08:53 | E 7 | 10.00 | Fair | CLR | 43 | 24.1 | | | 47% | 39 | | 30.48 | 1032.0 | | | |
| 11 | 07:53 | E 8 | 10.00 | Fair | CLR | 36 | 26.1 | | | 67% | 30 | | 30.49 | 1032.5 | | | |
| 11 | 06:53 | NE 5 | 10.00 | Fair | CLR | 30 | 26.1 | | | 85% | 26 | | 30.47 | 1031.9 | | | |
| 11 | 04:53 | E 3 | 10.00 | Fair | CLR | 30.9 | 27 | | | 85% | | | 30.47 | 1031.8 | | | |
| 11 | 03:53 | E 5 | 10.00 | Fair | CLR | 30.9 | 27 | | | 85% | 27 | | 30.47 | 1031.9 | | | |
| 11 | 02:53 | E 3 | 10.00 | Fair | CLR | 30.9 | 28 | | | 89% | | | 30.47 | 1031.8 | | | |
| 11 | 01:53 | Calm | 10.00 | Fair | CLR | 32 | 28.9 | | | 88% | | | 30.46 | 1031.5 | | | |
| 11 | 00:53 | Calm | 10.00 | Fair | CLR | 33.1 | 28.9 | | | 85% | | | 30.47 | 1031.6 | | | |
| 10 | 23:53 | Calm | 10.00 | Fair | CLR | 34 | 30 | 45 | 34 | 85% | | | 30.47 | 1031.8 | | | |
| 10 | 22:53 | Calm | 10.00 | Fair | CLR | 35.1 | 30 | | | 82% | | | 30.47 | 1031.9 | | | |
| 10 | 21:53 | Calm | 10.00 | Fair | CLR | 35.1 | 30.9 | | | 85% | | | 30.48 | 1032.2 | | | |
| 10 | 20:53 | NE 3 | 10.00 | Fair | CLR | 37 | 30 | | | 76% | | | 30.49 | 1032.5 | | | |
| 10 | 19:53 | N 3 | 10.00 | Fair | CLR | 37.9 | 28.9 | | | 70% | | | 30.48 | 1032.1 | | | |
| 10 | 18:53 | N 6 | 10.00 | Fair | CLR | 42.1 | 27 | | | 55% | 39 | | 30.46 | 1031.6 | | | |
| 10 | 17:53 | N 3 | 10.00 | Fair | CLR | 45 | 25 | 53.1 | 45 | 46% | | | 30.45 | 1031.1 | | | |
| 10 | 16:53 | NW 8 | 10.00 | Fair | CLR | 48.9 | 21.9 | | | 35% | 46 | | 30.42 | 1030.2 | | | |
| 10 | 15:53 | N 8 | 10.00 | Fair | CLR | 52 | 21 | | | 30% | | | 30.42 | 1030.0 | | | |
| 10 | 14:53 | NW 10 | 10.00 | Fair | CLR | 52 | 21 | | | 30% | | | 30.42 | 1030.0 | | | |
| 10 | 13:53 | NW 13 G 20 | 10.00 | Fair | CLR | 53.1 | 21.9 | | | 30% | | | 30.42 | 1030.2 | | | |
| 10 | 12:53 | N 10 G 21 | 10.00 | Fair | CLR | 52 | 21.9 | | | 31% | | | 30.43 | 1030.3 | | | |
| 10 | 11:53 | N 10 G 21 | 10.00 | Fair | CLR | 51.1 | 23 | 51.1 | 37.9 | 33% | | | 30.45 | 1031.0 | | | |
| 10 | 10:53 | NW 10 G 17 | 10.00 | Fair | CLR | 48.9 | 23 | | | 36% | 45 | | 30.48 | 1031.9 | | | |
| 10 | 09:53 | NW 9 G 20 | 10.00 | Fair | CLR | 46 | 23 | | | 40% | 42 | | 30.49 | 1032.5 | | | |
| 10 | 08:53 | NW 10 G 20 | 10.00 | Fair | CLR | 43 | 25 | | | 49% | 38 | | 30.49 | 1032.3 | | | |
| 10 | 07:53 | NW 8 | 10.00 | Fair | CLR | 41 | 27 | | | 57% | 36 | | 30.48 | 1031.9 | | | |
| 10 | 06:53 | NW 7 | 10.00 | Fair | CLR | 37.9 | 28.9 | | | 70% | 33 | | 30.45 | 1031.0 | | | |
| 10 | 05:53 | NW 6 | 10.00 | Fair | CLR | 39 | 30 | 48 | 39 | 70% | 35 | | 30.43 | 1030.3 | | | |
| 10 | 04:53 | N 7 | 10.00 | Fair | CLR | 41 | 28.9 | | | 62% | 37 | | 30.4 | 1029.5 | | | |
| 10 | 03:53 | Vrbl 6 | 10.00 | Fair | CLR | 42.1 | 28.9 | | | 60% | 39 | | 30.4 | 1029.2 | | | |
| 10 | 02:53 | N 7 | 10.00 | Fair | CLR | 43 | 33.1 | | | 68% | 39 | | 30.39 | 1029.0 | | | |
| 10 | 01:53 | N 9 | 10.00 | Fair | CLR | 45 | 35.1 | | | 68% | 41 | | 30.38 | 1028.5 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 00:53 | N 7 | 10.00 | Fair | CLR | 46 | 37.9 | | | 73% | 43 | | 30.36 | 1028.1 | | | |
| 09 | 23:53 | N 9 G 18 | 10.00 | Fair | CLR | 48 | 37.9 | 60.1 | 48 | 68% | 44 | | 30.35 | 1027.5 | | | |
| 09 | 22:53 | N 8 | 10.00 | Fair | CLR | 48.9 | 39 | | | 69% | 46 | | 30.34 | 1027.2 | | | |
| 09 | 21:53 | N 6 | 10.00 | Fair | CLR | 50 | 39 | | | 66% | 48 | | 30.31 | 1026.4 | | | |
| 09 | 20:53 | N 3 | 10.00 | Fair | CLR | 52 | 39.9 | | | 64% | | | 30.3 | 1025.8 | | | |
| 09 | 19:53 | N 9 G 20 | 10.00 | Fair | CLR | 55 | 39 | | | 55% | | | 30.27 | 1025.0 | | | |
| 09 | 18:53 | N 12 G 24 | 10.00 | Fair | CLR | 57.9 | 37.9 | | | 48% | | | 30.24 | 1024.0 | | | |
| 09 | 17:53 | N 12 G 18 | 10.00 | Fair | CLR | 60.1 | 37 | 71.1 | 60.1 | 42% | | | 30.19 | 1022.3 | | | |
| 09 | 16:53 | N 9 | 10.00 | Fair | CLR | 63 | 37.9 | | | 40% | | | 30.16 | 1021.2 | | | |
| 09 | 15:53 | N 9 G 25 | 10.00 | Fair | CLR | 66 | 37 | | | 34% | | | 30.14 | 1020.4 | | | |
| 09 | 14:53 | NW 15 G 26 | 10.00 | Fair | CLR | 68 | 37 | | | 32% | | | 30.11 | 1019.6 | | | |
| 09 | 13:53 | NW 8 G 25 | 10.00 | Fair | CLR | 70 | 39 | | | 32% | | | 30.11 | 1019.4 | | | |
| 09 | 12:53 | N 10 G 23 | 10.00 | Fair | CLR | 70 | 37.9 | | | 31% | | | 30.11 | 1019.4 | | | |
| 09 | 11:53 | N 16 G 23 | 10.00 | Fair | CLR | 70 | 41 | 70 | 62.1 | 35% | | | 30.12 | 1019.8 | | | |
| 09 | 10:53 | N 12 G 22 | 10.00 | Fair | CLR | 68 | 43 | | | 40% | | | 30.12 | 1019.9 | | | |
| 09 | 09:53 | N 13 G 26 | 10.00 | Partly Cloudy | SCT080 | 66 | 42.1 | | | 42% | | | 30.12 | 1019.7 | | | |
| 09 | 08:53 | N 15 G 24 | 10.00 | Overcast | SCT050 OVC075 | 63 | 45 | | | 52% | | | 30.11 | 1019.5 | | | |
| 09 | 07:53 | N 14 G 29 | 10.00 | Mostly Cloudy | SCT019 BKN065 | 64 | 55 | | | 73% | | | 30.07 | 1018.2 | | | |
| 09 | 06:53 | N 10 G 17 | 10.00 | Mostly Cloudy | BKN011 BKN019 | 68 | 64 | | | 87% | | | 30.02 | 1016.3 | | | |
| 09 | 05:53 | Vrbl 5 | 7.00 | Overcast | BKN005 OVC019 | 70 | 68 | 70 | 69.1 | 93% | | | 29.98 | 1015.1 | | | 0.03 |
| 09 | 04:53 | W 3 | 5.00 | Thunderstorm in Vicinity Fog/Mist | OVC005 | 70 | 69.1 | | | 97% | | | 29.95 | 1014.2 | | | |
| 09 | 03:53 | W 5 | 9.00 | Thunderstorm in Vicinity | BKN016 OVC022 | 69.1 | 69.1 | | | 100% | | | 29.94 | 1013.7 | 0.03 | | |
| 09 | 02:53 | W 5 | 10.00 | Overcast | BKN003 OVC020 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.5 | | | |
| 09 | 01:53 | SW 5 | 5.00 | Fog/Mist | OVC002 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.5 | | | |
| 09 | 00:53 | W 7 | 10.00 | A Few Clouds | FEW055 | 69.1 | 68 | | | 96% | | | 29.93 | 1013.3 | | | |
| 08 | 23:53 | W 6 | 10.00 | Fair | CLR | 69.1 | 68 | 75 | 69.1 | 96% | | | 29.92 | 1013.2 | | | |
| 08 | 22:53 | SW 8 | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 29.92 | 1013.0 | | | |
| 08 | 21:53 | SW 12 | 10.00 | Fair | CLR | 72 | 68 | | | 87% | | | 29.9 | 1012.5 | | | |
| 08 | 20:53 | SW 7 | 10.00 | Fair | CLR | 72 | 68 | | | 87% | | | 29.89 | 1011.9 | | | |
| 08 | 19:53 | SW 8 | 10.00 | Partly Cloudy | FEW036 SCT046 | 75 | 66.9 | | | 76% | | 76 | 29.86 | 1011.2 | | | |
| 08 | 18:53 | S 6 | 10.00 | Fair | CLR | 73.9 | 66.9 | | | 79% | | | 29.85 | 1010.8 | | | |
| 08 | 17:53 | S 7 | 10.00 | Fair | CLR | 75 | 66.9 | 82.9 | 73.9 | 76% | | 76 | 29.83 | 1010.0 | | | |
| 08 | 16:53 | SW 7 | 10.00 | A Few Clouds | FEW065 | 78.1 | 66 | | | 67% | | 80 | 29.82 | 1009.7 | | | |
| 08 | 15:53 | W 6 | 10.00 | Partly Cloudy | SCT045 | 80.1 | 66 | | | 62% | | 82 | 29.81 | 1009.5 | | | |
| 08 | 14:53 | W 8 | 10.00 | A Few Clouds | FEW037 FEW065 | 82 | 66 | | | 58% | | 84 | 29.81 | 1009.4 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F)   Pressure   Precipitation (in)

VOTE003177