# Exhibit B

Daily Line Counts

Line #: _24 + 25_                    Date: _11/10/25_

Pusher: _E. Brown_
Gun Guard: _H. Freeman_
Gun Guard: _____

AM Count: _22X_

PM Count: _____

Comments:

8ᵃ Arrived at camp D/Falcon checkout gate

1ᵃ Opened Falcon outer checkout gate.

9ᵃ Checked out 20X

3ᵃ Arrived in Pecan orcher with (1) shade trailer (1) portable toilet (1) handwash station (3) water coolers

8ᵃ Notified medical 4 for offender Dewayne Dobbins #525748

15 Med-4 Transered Dewayne Dobbins to Treatment Center

10ᵃ Break offered

1ᵖ Called in count to camp D sallyport (22X)

8ᵃ Headland for shortline with (21X)

1ᵃ Exit camp D sallyport with (21X) from shortline

15ᵃ Arrived in Pepper fied with (1) shade trailer (1) portable toilet (1) handwash station (3) water coolers all accessible at any time

10ᵖ Break offered

1ᵖ Headland

1ᵖ Arrived at Falcon gate checked in (21X)

**Daily Line Counts**

Line #: _24 & 25_                    Date: _11/12/25_

Pusher: _E. Brown / G. Freeman_
Gun Guard: _R. Landor_
Gun Guard: _____

AM Count: _8X_

PM Count: _____

**Comments:**

3ᴬ Arrived at camp D / Falcon Crate
½ᴬ opened outer gate
3ᴬ opened inner gate
ᴬ checked out (8X)
ᴬ Arrived at Grading shed with (3) water coolers, accessible restrooms and
shade coverage all accessible at any time.
ᴬ Break offered
ᴬ Break ended
ᴬ Called in count to camp D sallyport (8X)
ᴬ Break offered
ᴬ Break ended
ᴬ Chow Time
ᴬ Break offered
5ᴬ Break Ended
¹ᴾ Break offered
5ᴾ Break Ended
ᴾ Head-Count

# Daily Line Counts

Line #: _24/25_                    Date: _11/13/25_

Pusher: _E. Brown_

Gun Guard: _____

Gun Guard: _____


AM Count: _21X_

PM Count: _____


Comments:

23ª _Arrived at camp D/Falcon checkout gate_

9ª _Opened outer gate_

1ª _Closed gates and checked out (21X)_

8ª _Arrived at Loading Shed with (2) water coolers, accessible shade coverage and_
_restrooms. All accessible at any time._

1ª _Break Offered_

5ª _Break Ended_

7ª _Called in count to camp D Sallyport (21X)_

5ª _Break offered_

ª _Break Ended_

2ª _In route to campD for Shortline_

1ª _Arrived Back at Loading Shed from shortline_

5P _Break Time_

9 _Break over_

0 _Headland_

_Checked in 19X_

VOTE003191

# Daily Line Counts

Line #: _24-25_                    Date: _11-14-2025_

Pusher: _B. Freeman_
Gun Guard: _Cammeron_
Gun Guard: _____

AM Count: _20_

PM Count: _19_

```
     1
    2 9
    1 2
    4 8
```

Comments:

Arrived at Camp D Falcon gate at 6:32 Am
Open outer gate at 7:25
Open Inter gate at 7:26
Check out First Offender at 7:34
Close Camp D Falcon Gate 8:00
Arrive at Processing Plant at 8:09
8:14. Offer Sun screen.
10:00 Call Count in D. Sally port
10:08 - break Taken
11:00 - Left Processing Plant for Lunch.
11:08 arrived at Camp D Sally port for Lunch
11:12 Enter Camp D. Kitchen
11:30 Left Camp D Kitchen - kentrell Howard 793534 - Call out stayed.
11:38 Arrived at Processing Plant with 19 offenders
12:36 Unloade trailer of Collard greens + break at 12:37
2:00 Leaving Processing Plant with 48 offenders.

2:09 Arrive at Camp D Falcon gate.

2:20 Close Falcon gate.

**Daily Line Counts**

Line #: _15_          Date: _11-10-25_

Pusher: _Coleman_
Gun Guard: _Bonaventure_
Gun Guard: ~~JWC~~ ~~Brown~~ _Mayberry_

AM Count: _35_

PM Count: _____

**Comments:**

6:30  Arrived at Camp C 7:45 Picked up 35x en-route to ~~present~~ squash JWC

8:00 Arrived offered sunscreen 1 shade trailer 1 porta potty/handwash

4 water coolers drink at will.

8:15 Set in for work  9:00 Break  9:15 Break Over

10:00 Shortlined 34x to Camp C for lunch

11:00  33x headed back to Squash field

11:10  Arrived offered sunscreen 1 shadetrailer 1 porta potty/handwash

4 water coolers drink at will.

11:15 Set in for work.  12:00 Break#2 12:15 Break Over

1:00 Break#3 1:15 Break Over

1:35 Headland 33x back to Camp C

2:05 Dropped off 33x at Camp C

VOTE003198

**Daily Line Counts**

**Line #:** 15                    **Date:** 11-12-25

**Pusher:** Coleman
**Gun Guard:** Bonaventure
**Gun Guard:** Hodge

**AM Count:** 36x

**PM Count:** 20x

**Comments:**

6:25   Arrived at Camp C
7:10   Picked up 36x en-route to mustard greens
7:20   Arrived offered sunscreen / shade trailer / portapotty / handwash
4 water coolers drink at will.
7:30 Set in for work   8:15 Break   8:30 Break Over
9:15 Break #2   9:30 Break Over
10:05   Shortlined 36x to Camp C for lunch.
11:00   20x returning to Mustard Greens
11:10  Arrived offered sunscreen / shade trailer / porta potty / handwash
4 water coolers drink at will.
11:15  Set in for work   12:00 Break #3   12:15 Break Over
1:00 Break #4  1:15 Break Over
1:30  Headland 20x back to Camp C
2:00  Returned 20x to Camp C

VOTE003199

# DAILY LINE COUNT / LOG SHEET

LINE #   _15_

PUSHER:   Coleman

GUN GUARD: Bonaventure

GUN GUARD :  Freeman

AM COUNT:   38x

PM COUNT:   31x

DATE : 11-13-25

| DORM | COUNT | |
|------|-------|---|
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |
|      |       |   |

COMENTS:

6:30 Arrived at Camp C 7:05 Picked up 38x en-route to Greens
7:10 Arrived offered sunscreen /Shade trailer /porta potty/handwash
4 water coolers drink at will. 7:15 Set in for work
8:00 Break 8:15 Break Over  9:00 Break # 2/ While on break
Medical was called for offender James Holts, Jamal Brown, and
Damien Dyson for breathing unresponsive they appeared to be Intoxicated
9:15 Break Over  10:00 Shortlined 38x to Camp C for lunch
10:50 33x en-route to Greens 10:55 Arrived offered sunscreen
/Shade trailer /porta potty /handwash 4 water coolers drink at will.
11:00 Set in for work  11:45 Break # 3  12:00 Break Over /
When break was over Medical was called for offender Herman Bella
for breathing but unresponsive he appeared to be intoxicated.
12:45 Break #4  1:00 Headland 31x back to Camp C
1130 Dropped off 31x to Camp C

VOTE003200
revised 09/27/2025

# Daily Line Counts

Line #: _15_                     Date: _11/14/25_

Pusher: _E. Brown_
Gun Guard: _D. Bonaventure_
Gun Guard: _J. Crouse_

AM Count: _43 X_

PM Count: _41 X_

## Comments:

6ᴬ _Arrived at camp c/Bear checkout State._

ᴬ _Opened outer gate_

ᵗ _Closed Bear checkout State /checked out (43X)_

ᴬ _Arrived in ~~cabbage field~~ collard bud EB with (3) water coolers (1)shade trailer (1)portable toilet (1)Handwash Station. All water coolers are accessible at anytime._

1ᴬ _Break offered_

5ᴬ _Break Ended_

1ᴬ _Called in count to camp c Sallyport_

:ᴬ _Headland for shortline/chow_

5ᴬ _Arrived at Sallyport for shortline._

0ᴬ _Checked Out (41X)_

1ᴬ _Arrived back in ~~cabbage~~ collard EB field_

5ᴾ _Break offered_

10ᴾ _Break Ended_

ᴾ _Headland/taking lines in for today._

6ᴾ _Arrived at camp c/checked in (41X)._

VOTE003201