## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC**.<br><br>Defendants. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that CECELIA TRENTICOSTA KAPPEL be enrolled pursuant to Local Rule 83(b)(14)(A) as additional counsel of record for Plaintiffs in the above-captioned matters.

**BATON ROUGE, LOUISIANA**, this _____ day of November, 2025.

_____
JUDGE BRIAN A. JACKSON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA