**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON, and ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants.* | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE FROM REQUIREMENT THAT ALL COUNSEL APPEAR IN-PERSON
AT PRETRIAL CONFERENCE AND FOR EXPEDITED CONSIDERATION THEREOF**

Having considered Plaintiffs' Unopposed Motion For Leave From Requirement That All Counsel Appear In-Person at Pretrial Conference and accompanying Motion for Expedited Consideration thereof ("Plaintiffs' Motions"), **IT IS HEREBY ORDERED THAT** Plaintiffs' Motions are **GRANTED.** Certain of Plaintiffs' out-of-state counsel who intend to appear at trial shall be excused from the requirement that they also attend the pretrial conference in-person.

2

Baton Rouge, Louisiana, this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

2