# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**

      *Defendants*.

Civil Action No.: 3:23-cv-1304-BAJ-EWD

---

### PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FROM REQUIREMENT THAT ALL COUNSEL APPEAR IN-PERSON AT PRETRIAL CONFERENCE

NOW COME PLAINTIFFS in the above-captioned matter, through undersigned counsel, who move this Honorable Court to consider on an expedited basis in light of the upcoming pretrial conference on December 15, 2025, Plaintiffs' Unopposed Motion For Leave From Requirement That All Counsel Appear In-Person at Pretrial Conference (the "Motion"). For reasons detailed in the Motion, certain of Plaintiffs' out-of-state counsel who intend to appear *pro hac vice* at trial seek to be excused from the requirement that they appear in-person at the pretrial conference.

Swift resolution of the Motion in advance of that date will ensure that appropriate travel plans may be made for those who are required to attend the pretrial conference in-person. The Motion is unopposed.

Respectfully submitted this 21st day of November, 2025,

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Cecelia Trenticosta Kappel, La. Bar No. 32736*
Samantha Pourciau, La. Bar No. 39808
Kara Crutcher (PHV) IL Bar No. 6337639
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
kcrutcher@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M Street NW Fnt. 1, No. 33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON**
**  & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Chris Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064

Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

\*_Pro hac vice_ motion pending

_Attorneys for Plaintiffs and the Proposed Classes_

4

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of

Court using CM/ECF on this 21st day of November, 2025.  Notice of this filing as generated by

the electronic filing system constitutes service of the filed document on counsel of record for

Defendants.

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin
