# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

Considering **Plaintiffs' Unopposed Motion For Leave From Requirement That All Counsel Appear In-Person at Pretrial Conference (Doc. 343),** in which Plaintiffs' Counsel who reside outside of Louisiana request a waiver of appearance at the in-person pretrial conference,

**IT IS ORDERED** that the **Motion (Doc. 343)** be and is hereby **GRANTED**. Based on Counsel's representation that seven attorneys will attend the pretrial conference on behalf of Plaintiffs, the remaining Counsel who reside out-of-state are excused from attending the conference.

IT IS FURTHER ORDERED that **Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Unopposed Motion For Leave From Requirement That All Counsel Appear In-Person at Pretrial Conference (Doc. 344)** be and is hereby **GRANTED.** The Court has considered Plaintiff's underlying Motion (Doc. 343) expeditiously.

Baton Rouge, Louisiana, this 25th day of November, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA