# Exhibit A

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (ºF) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 22 | 14:53 | Vrbl 7 | 10.00 | Partly Cloudy | FEW028 SCT036 | 81 | 69.1 | | | 67% | | 84 | 30.04 | 1017.0 | | | |
| 22 | 13:53 | W 8 | 10.00 | Mostly Cloudy | FEW025 BKN033 BKN041 | 81 | 70 | | | 69% | | 84 | 30.05 | 1017.3 | | | |
| 22 | 12:53 | SW 9 | 10.00 | Mostly Cloudy | BKN024 | 82.9 | 71.1 | | | 67% | | 88 | 30.05 | 1017.7 | | | |
| 22 | 11:53 | W 9 | 10.00 | Mostly Cloudy | BKN011 BKN029 BKN037 | 82 | 71.1 | 82 | 72 | 69% | | 86 | 30.07 | 1018.3 | | | |
| 22 | 10:53 | W 7 | 10.00 | Mostly Cloudy | BKN011 BKN018 | 78.1 | 71.1 | | | 79% | | 80 | 30.1 | 1019.2 | | | |
| 22 | 09:53 | SW 8 | 10.00 | Overcast | BKN011 OVC018 | 75.9 | 71.1 | | | 85% | | 76 | 30.11 | 1019.4 | | | |
| 22 | 08:53 | SW 6 | 10.00 | Overcast | OVC009 | 75 | 71.1 | | | 88% | | 75 | 30.1 | 1019.3 | | | |
| 22 | 07:53 | W 5 | 10.00 | Overcast | OVC009 | 73 | 71.1 | | | 94% | | | 30.09 | 1018.8 | | | |
| 22 | 06:53 | Calm | 10.00 | Overcast | OVC009 | 72 | 71.1 | | | 97% | | | 30.07 | 1018.3 | | | |
| 22 | 05:53 | SW 7 | 10.00 | Overcast | BKN010 OVC120 | 72 | 70 | 73 | 71.1 | 94% | | | 30.06 | 1017.7 | | | |
| 22 | 04:53 | SW 7 | 7.00 | Partly Cloudy | FEW004 SCT011 | 72 | 71.1 | | | 97% | | | 30.05 | 1017.5 | | | |
| 22 | 03:53 | SW 6 | 8.00 | Overcast | OVC013 | 72 | 71.1 | | | 97% | | | 30.04 | 1017.1 | | | |
| 22 | 02:53 | SW 6 | 8.00 | Overcast | OVC004 | 72 | 71.1 | | | 97% | | | 30.04 | 1017.2 | | | |
| 22 | 01:50 | SW 7 | 3.00 | Fog/Mist | OVC002 | 71.1 | 71.1 | | | 100% | | | 30.03 | 1016.9 | | | |
| 22 | 00:53 | W 7 | 1.25 | Fog/Mist | OVC002 | 71.1 | 71.1 | | | 100% | | | 30.03 | 1016.7 | | | |
| 21 | 23:53 | SW 7 | 10.00 | Fair | CLR | 72 | 71.1 | 77 | 71.1 | 97% | | | 30.03 | 1016.7 | | | |
| 21 | 22:53 | SW 7 | 10.00 | Fair | CLR | 72 | 71.1 | | | 97% | | | 30.02 | 1016.6 | | | |
| 21 | 21:53 | SW 7 | 10.00 | Fair | CLR | 71.1 | 70 | | | 96% | | | 30.03 | 1016.7 | | | |
| 21 | 20:53 | SW 9 | 10.00 | Fair | CLR | 73 | 69.1 | | | 87% | | | 30.02 | 1016.5 | | | |
| 21 | 19:53 | SW 12 | 10.00 | Fair | CLR | 75 | 69.1 | | | 82% | | 75 | 30 | 1015.8 | | | |
| 21 | 18:53 | S 12 | 10.00 | Fair | CLR | 75.9 | 68 | | | 77% | | 77 | 29.98 | 1015.1 | | | |
| 21 | 17:53 | S 7 | 10.00 | Mostly Cloudy | SCT040 BKN055 | 75.9 | 69.1 | 84 | 75.9 | 79% | | 77 | 29.97 | 1014.7 | | | |
| 21 | 16:53 | SW 5 | 10.00 | Mostly Cloudy | BKN041 | 78.1 | 66 | | | 67% | | 80 | 29.95 | 1014.2 | | | |
| 21 | 15:53 | W 9 | 10.00 | Fair | CLR | 81 | 66 | | | 61% | | 83 | 29.95 | 1014.0 | | | |
| 21 | 14:53 | W 7 | 10.00 | Mostly Cloudy | BKN080 | 82 | 68 | | | 63% | | 85 | 29.95 | 1013.9 | | | |
| 21 | 13:53 | W 10 | 10.00 | Partly Cloudy | SCT025 | 81 | 69.1 | | | 67% | | 84 | 29.96 | 1014.3 | | | |
| 21 | 12:53 | W 13 | 10.00 | Partly Cloudy | SCT025 | 82 | 70 | | | 67% | | 86 | 29.96 | 1014.4 | | | |
| 21 | 11:53 | SW 9 | 10.00 | Light Rain | BKN017 | 79 | 71.1 | 81 | 71.1 | 77% | | 82 | 29.98 | 1015.2 | | | |
| 21 | 10:53 | SW 12 | 10.00 | Mostly Cloudy | BKN017 BKN024 | 80.1 | 71.1 | | | 74% | | 84 | 30.01 | 1016.1 | | | |
| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (ºF) | | | | | | | Pressure | | Precipitation (in) | | |

NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

# Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 21 | 13:53 | W 10 | 10.00 | Partly Cloudy | SCT025 | 81 | 69.1 | | | 67% | | 84 | 29.96 | 1014.3 | | | |
| 21 | 12:53 | W 13 | 10.00 | Partly Cloudy | SCT025 | 82 | 70 | | | 67% | | 86 | 29.96 | 1014.4 | | | |
| 21 | 11:53 | SW 9 | 10.00 | Light Rain | BKN017 | 79 | 71.1 | 81 | 71.1 | 77% | | 82 | 29.98 | 1015.2 | | | |
| 21 | 10:53 | SW 12 | 10.00 | Mostly Cloudy | BKN017 BKN024 | 80.1 | 71.1 | | | 74% | | 84 | 30.01 | 1016.1 | | | |
| 21 | 08:53 | S 12 | 10.00 | Overcast | BKN009 OVC023 | 75.9 | 72 | | | 88% | | 76 | 30 | 1015.9 | | | |
| 21 | 07:53 | S 6 | 9.00 | Overcast | BKN009 BKN017 OVC026 | 73 | 72 | | | 96% | | | 29.99 | 1015.5 | | | |
| 21 | 06:53 | Calm | 10.00 | Overcast | OVC007 | 72 | 70 | | | 94% | | | 29.98 | 1015.2 | | | |
| 21 | 05:53 | SE 6 | 10.00 | Light Rain | OVC008 | 71.1 | 70 | 71.1 | 68 | 96% | | | 29.97 | 1014.8 | | | 0.09 |
| 21 | 04:53 | SE 7 | 10.00 | Overcast | OVC006 | 71.1 | 69.1 | | | 94% | | | 29.97 | 1014.6 | 0.02 | | |
| 21 | 03:53 | E 5 | 8.00 | Light Rain | OVC007 | 70 | 69.1 | | | 97% | | | 29.97 | 1014.7 | 0.05 | | |
| 21 | 02:53 | E 5 | 5.00 | Light Rain Fog/Mist | SCT008 BKN014 OVC070 | 69.1 | 68 | | | 96% | | | 29.98 | 1015.1 | 0.02 | 0.02 | |
| 21 | 01:53 | E 5 | 8.00 | Light Rain | FEW007 SCT070 OVC090 | 69.1 | 68 | | | 96% | | | 29.99 | 1015.6 | | | |
| 21 | 00:53 | E 3 | 10.00 | Overcast | SCT039 BKN045 OVC080 | 68 | 66.9 | | | 96% | | | 30.01 | 1016.3 | | | |
| 20 | 23:53 | E 3 | 10.00 | Overcast | SCT065 OVC090 | 68 | 66 | 73.9 | 68 | 93% | | | 30.03 | 1016.7 | | | |
| 20 | 22:53 | E 3 | 10.00 | Partly Cloudy | SCT070 | 68 | 64.9 | | | 90% | | | 30.03 | 1016.9 | | | |
| 20 | 21:53 | E 5 | 10.00 | A Few Clouds | FEW120 | 69.1 | 64.9 | | | 87% | | | 30.03 | 1016.7 | | | |
| 20 | 20:53 | SE 7 | 10.00 | A Few Clouds | FEW120 | 70 | 64.9 | | | 84% | | | 30.03 | 1016.8 | | | |
| 20 | 19:53 | E 8 | 10.00 | Fair | CLR | 70 | 64 | | | 82% | | | 30.02 | 1016.3 | | | |
| 20 | 18:53 | SE 9 | 10.00 | Fair | CLR | 72 | 63 | | | 73% | | | 30.01 | 1016.2 | | | |
| 20 | 17:53 | E 8 | 10.00 | Fair | CLR | 73.9 | 64 | 82 | 73.9 | 71% | | | 30.01 | 1016.0 | | | |
| 20 | 16:53 | E 5 | 10.00 | Fair | CLR | 75 | 64.9 | | | 71% | | 77 | 30.01 | 1016.0 | | | |
| 20 | 15:53 | E 3 | 9.00 | Mostly Cloudy | BKN028 | 78.1 | 64 | | | 62% | | 80 | 30.01 | 1016.2 | | | |
| 20 | 14:53 | E 7 | 9.00 | Mostly Cloudy | BKN028 | 80.1 | 64 | | | 58% | | 82 | 30.02 | 1016.4 | | | |
| 20 | 13:53 | E 3 | 10.00 | Mostly Cloudy | BKN028 | 82 | 64.9 | | | 56% | | 84 | 30.03 | 1016.8 | | | |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 13:53 | E 3 | 10.00 | Mostly Cloudy | BKN028 | 82 | 64.9 | | | 56% | | 84 | 30.03 | 1016.8 | | | |
| 20 | 12:53 | Vrbl 3 | 10.00 | Mostly Cloudy | BKN031 | 80.1 | 64.9 | | | 60% | | 82 | 30.05 | 1017.6 | | | |
| 20 | 11:53 | SE 7 | 10.00 | Mostly Cloudy | BKN026 | 79 | 66 | 80.1 | 64.9 | 65% | | 81 | 30.08 | 1018.6 | | | |
| 20 | 10:53 | Calm | 10.00 | Partly Cloudy | SCT017 | 75.9 | 66.9 | | | 74% | | 77 | 30.12 | 1019.8 | | | |
| 20 | 09:53 | Vrbl 5 | 5.00 | Mostly Cloudy with Haze | BKN005 | 73.9 | 69.1 | | | 85% | | | 30.13 | 1020.2 | | | |
| 20 | 08:53 | E 3 | 1.50 | Fog/Mist | OVC003 | 69.1 | 69.1 | | | 100% | | | 30.14 | 1020.4 | | | |
| 20 | 07:53 | S 6 | 0.25 | Fog | VV002 | 66.9 | 66.9 | | | 100% | | | 30.13 | 1020.1 | | | |
| 20 | 06:53 | SE 3 | 0.15 | Fog | VV002 | 66 | 66 | | | 100% | | | 30.11 | 1019.6 | | | |
| 20 | 05:53 | SE 3 | 0.25 | Fog | VV002 | 66 | 64.9 | 66 | 60.1 | 96% | | | 30.11 | 1019.4 | | | |
| 20 | 04:53 | SE 6 | 0.25 | Fog | VV002 | 66 | 66 | | | 100% | | | 30.1 | 1019.3 | | | |
| 20 | 03:53 | SE 5 | 0.25 | Fog | VV002 | 64.9 | 64 | | | 97% | | | 30.11 | 1019.5 | | | |
| 20 | 02:53 | SE 6 | 5.00 | Fog/Mist | CLR | 64 | 64 | | | 100% | | | 30.12 | 1020.0 | | | |
| 20 | 01:53 | Calm | 10.00 | Fair | CLR | 60.1 | 59 | | | 96% | | | 30.14 | 1020.4 | | | |
| 20 | 00:53 | NE 3 | 10.00 | Fair | CLR | 61 | 60.1 | | | 97% | | | 30.14 | 1020.6 | | | |
| 19 | 23:53 | NE 3 | 10.00 | Fair | CLR | 62.1 | 61 | 73 | 62.1 | 96% | | | 30.15 | 1020.7 | | | |
| 19 | 22:53 | Calm | 10.00 | Fair | CLR | 64.9 | 63 | | | 93% | | | 30.16 | 1021.1 | | | |
| 19 | 21:53 | Calm | 10.00 | Fair | CLR | 64 | 62.1 | | | 93% | | | 30.16 | 1021.1 | | | |
| 19 | 20:53 | SE 3 | 10.00 | Fair | CLR | 69.1 | 63 | | | 81% | | | 30.15 | 1021.0 | | | |
| 19 | 19:53 | E 6 | 10.00 | Fair | CLR | 69.1 | 64 | | | 84% | | | 30.14 | 1020.4 | | | |
| 19 | 18:53 | E 3 | 10.00 | Fair | CLR | 70 | 64.9 | | | 84% | | | 30.13 | 1020.3 | | | |
| 19 | 17:53 | SE 6 | 10.00 | Fair | CLR | 73.9 | 64.9 | 84 | 72 | 74% | | | 30.13 | 1020.1 | | | |
| 19 | 16:53 | E 5 | 10.00 | Fair | CLR | 75.9 | 64.9 | | | 69% | | 78 | 30.12 | 1019.7 | | | |
| 19 | 15:53 | E 6 | 10.00 | Fair | CLR | 81 | 64.9 | | | 58% | | 83 | 30.12 | 1019.9 | | | |
| 19 | 14:53 | Calm | 10.00 | Fair | CLR | 81 | 64.9 | | | 58% | | 83 | 30.13 | 1020.2 | | | |
| 19 | 13:53 | S 3 | 10.00 | Partly Cloudy | SCT025 | 82 | 64.9 | | | 56% | | 84 | 30.14 | 1020.4 | | | |
| 19 | 12:53 | Vrbl 3 | 10.00 | Mostly Cloudy | BKN022 | 81 | 66 | | | 61% | | 83 | 30.14 | 1020.6 | | | |
| 19 | 11:53 | W 3 | 10.00 | Mostly Cloudy | BKN022 | 79 | 66.9 | 79 | 61 | 67% | | 81 | 30.17 | 1021.5 | | | |
| 19 | 10:53 | SE 3 | 10.00 | Fair | CLR | 78.1 | 68 | | | 71% | | 80 | 30.19 | 1022.1 | | | |
| 19 | 09:53 | Calm | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 30.2 | 1022.4 | | | |
| 19 | 08:53 | E 3 | 6.00 | Fog/Mist | SCT002 | 66.9 | 66.9 | | | 100% | | | 30.19 | 1022.4 | | | |
| 19 | 07:53 | E 3 | 0.25 | Fog | VV002 | 63 | 63 | | | 100% | | | 30.18 | 1022.0 | | | |
| 19 | 06:53 | E 3 | 0.25 | Fog | VV002 | 61 | 61 | | | 100% | | | 30.17 | 1021.5 | | | |
| 19 | 05:53 | NE 5 | 0.25 | Fog | VV002 | 61 | 61 | 68 | 60.1 | 100% | | | 30.15 | 1021.0 | | | |
| 19 | 04:53 | E 3 | 0.25 | Fog | VV002 | 60.1 | 60.1 | | | 100% | | | 30.13 | 1020.3 | | | |
| 19 | 03:53 | Calm | 5.00 | Fog/Mist | OVC003 | 61 | 61 | | | 100% | | | 30.13 | 1020.1 | | | |
| 19 | 02:53 | Calm | 0.75 | Fog/Mist | VV004 | 63 | 63 | | | 100% | | | 30.12 | 1019.8 | | | |
| 19 | 01:53 | Calm | 5.00 | Fog/Mist | CLR | 64 | 64 | | | 100% | | | 30.11 | 1019.6 | | | |
| 19 | 00:53 | S 3 | 10.00 | Fair | CLR | 66.9 | 66 | | | 97% | | | 30.11 | 1019.5 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) — Pressure — Precipitation (in)

VOTE003220

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 13:53 | S 3 | 10.00 | Partly Cloudy | SCT025 | 82 | 64.9 | | | 56% | | 84 | 30.14 | 1020.4 | | | |
| 19 | 12:53 | Vrbl 3 | 10.00 | Mostly Cloudy | BKN022 | 81 | 66 | | | 61% | | 83 | 30.14 | 1020.6 | | | |
| 19 | 11:53 | W 3 | 10.00 | Mostly Cloudy | BKN022 | 79 | 66.9 | 79 | 61 | 67% | | 81 | 30.17 | 1021.5 | | | |
| 19 | 10:53 | SE 3 | 10.00 | Fair | CLR | 78.1 | 68 | | | 71% | | 80 | 30.19 | 1022.1 | | | |
| 19 | 09:53 | Calm | 10.00 | Fair | CLR | 70 | 68 | | | 93% | | | 30.2 | 1022.4 | | | |
| 19 | 08:53 | E 3 | 6.00 | Fog/Mist | SCT002 | 66.9 | 66.9 | | | 100% | | | 30.19 | 1022.4 | | | |
| 19 | 07:53 | E 3 | 0.25 | Fog | VV002 | 63 | 63 | | | 100% | | | 30.18 | 1022.0 | | | |
| 19 | 06:53 | E 3 | 0.25 | Fog | VV002 | 61 | 61 | | | 100% | | | 30.17 | 1021.5 | | | |
| 19 | 05:53 | NE 5 | 0.25 | Fog | VV002 | 61 | 61 | 68 | 60.1 | 100% | | | 30.15 | 1021.0 | | | |
| 19 | 04:53 | E 3 | 0.25 | Fog | VV002 | 60.1 | 60.1 | | | 100% | | | 30.13 | 1020.3 | | | |
| 19 | 03:53 | Calm | 5.00 | Fog/Mist | OVC003 | 61 | 61 | | | 100% | | | 30.13 | 1020.1 | | | |
| 19 | 02:53 | Calm | 0.75 | Fog/Mist | VV004 | 63 | 63 | | | 100% | | | 30.12 | 1019.8 | | | |
| 19 | 01:53 | Calm | 5.00 | Fog/Mist | CLR | 64 | 64 | | | 100% | | | 30.11 | 1019.6 | | | |
| 19 | 00:53 | S 3 | 10.00 | Fair | CLR | 66.9 | 66 | | | 97% | | | 30.11 | 1019.5 | | | |
| 18 | 23:53 | S 7 | 10.00 | Fair | CLR | 68 | 66 | 75.9 | 68 | 93% | | | 30.11 | 1019.5 | | | |
| 18 | 22:53 | S 8 | 10.00 | Fair | CLR | 69.1 | 66 | | | 90% | | | 30.12 | 1019.9 | | | |
| 18 | 21:53 | S 7 | 10.00 | Fair | CLR | 69.1 | 66 | | | 90% | | | 30.12 | 1019.9 | | | |
| 18 | 20:53 | S 5 | 10.00 | Fair | CLR | 70 | 64.9 | | | 84% | | | 30.11 | 1019.6 | | | |
| 18 | 19:53 | S 9 | 10.00 | Fair | CLR | 73 | 64.9 | | | 76% | | | 30.09 | 1018.9 | | | |
| 18 | 18:53 | S 10 | 10.00 | Fair | CLR | 73.9 | 64.9 | | | 74% | | | 30.06 | 1018.0 | | | |
| 18 | 17:53 | S 9 | 10.00 | A Few Clouds | FEW037 | 75.9 | 64.9 | 84.9 | 75.9 | 69% | | 78 | 30.05 | 1017.5 | | | |
| 18 | 16:53 | S 13 | 10.00 | Partly Cloudy | FEW038 SCT050 SCT060 | 78.1 | 66 | | | 67% | | 80 | 30.03 | 1017.0 | | | |
| 18 | 15:53 | S 10 | 10.00 | Mostly Cloudy | SCT041 SCT047 BKN055 | 82 | 66 | | | 58% | | 84 | 30.04 | 1017.0 | | | |
| 18 | 14:53 | S 10 | 10.00 | Mostly Cloudy | BKN040 BKN050 BKN070 | 81 | 66 | | | 61% | | 83 | 30.03 | 1016.9 | | | |
| 18 | 13:53 | S 13 | 10.00 | Overcast | BKN040 OVC065 | 82 | 66 | | | 58% | | 84 | 30.04 | 1017.2 | | | |
| 18 | 12:53 | S 12 | 10.00 | Mostly Cloudy | SCT039 BKN055 BKN065 | 84 | 66.9 | | | 57% | | 87 | 30.05 | 1017.6 | | | |
| 18 | 11:53 | S 12 | 10.00 | Overcast | BKN032 BKN041 OVC048 | 82 | 66.9 | 82.9 | 68 | 60% | | 85 | 30.08 | 1018.5 | | | |
| 18 | 10:53 | S 13 | 10.00 | Mostly Cloudy | FEW024 BKN049 | 82 | 68 | | | 63% | | 85 | 30.1 | 1019.2 | | | |
| 18 | 09:53 | S 10 | 7.00 | Partly Cloudy | FEW005 SCT016 | 73 | 69.1 | | | 87% | | | 30.11 | 1019.5 | | | |
| 18 | 08:53 | S 8 | 3.00 | Fog/Mist | OVC004 | 70 | 70 | | | 100% | | | 30.1 | 1019.3 | | | |
| 18 | 07:53 | SE 5 | 0.50 | Fog | VV002 | 68 | 68 | | | 100% | | | 30.1 | 1019.1 | | | |
| 18 | 06:53 | E 3 | 0.50 | Fog | VV002 | 68 | 68 | | | 100% | | | 30.08 | 1018.5 | | | |
| 18 | 05:53 | SE 5 | 0.50 | Fog | VV002 | 68 | 68 | 68 | 61 | 100% | | | 30.05 | 1017.6 | | | |
| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air Temperature (°F) | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) Pressure | sea level (mb) | 1 hr Precipitation (in) | 3 hr | 6 hr |

VOTE003217

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 18 | 04:53 | Calm | 0.25 | Fog | VV002 | 68 | 66.9 | | | 96% | | | 30.04 | 1017.2 | | | |
| 18 | 02:53 | Calm | 4.00 | Fog/Mist | OVC004 | 64.9 | 64.9 | | | 100% | | | 30.03 | 1016.7 | | | |
| 18 | 01:53 | Calm | 10.00 | Overcast | OVC007 | 64.9 | 63 | | | 93% | | | 30.03 | 1016.9 | | | |
| 18 | 00:53 | Calm | 10.00 | Overcast | OVC005 | 63 | 62.1 | | | 97% | | | 30.03 | 1016.7 | | | |
| 17 | 23:53 | Calm | 10.00 | Fair | CLR | 61 | 60.1 | 70 | 61 | 97% | | | 30.03 | 1016.9 | | | |
| 17 | 22:53 | SE 3 | 10.00 | Fair | CLR | 64 | 61 | | | 90% | | | 30.03 | 1016.8 | | | |
| 17 | 21:53 | SE 5 | 10.00 | Partly Cloudy | SCT028 | 64 | 61 | | | 90% | | | 30.04 | 1017.0 | | | |
| 17 | 20:53 | E 5 | 10.00 | Fair | CLR | 64.9 | 61 | | | 87% | | | 30.03 | 1016.7 | | | |
| 17 | 19:53 | E 7 | 10.00 | Partly Cloudy | SCT043 | 66.9 | 62.1 | | | 84% | | | 30 | 1015.7 | | | |
| 17 | 18:53 | SE 7 | 10.00 | Fair | CLR | 68 | 63 | | | 84% | | | 29.99 | 1015.4 | | | |
| 17 | 17:53 | E 3 | 10.00 | Fair | CLR | 70 | 63 | 78.1 | 69.1 | 79% | | | 29.97 | 1014.9 | | | |
| 17 | 16:53 | SE 6 | 10.00 | Fair | CLR | 72 | 63 | | | 73% | | | 29.96 | 1014.4 | | | |
| 17 | 15:53 | SE 7 | 10.00 | Fair | CLR | 75.9 | 63 | | | 64% | | 78 | 29.95 | 1014.2 | | | |
| 17 | 14:53 | S 3 | 10.00 | Partly Cloudy | SCT034 | 77 | 61 | | | 58% | | 79 | 29.96 | 1014.3 | | | |
| 17 | 13:53 | Vrbl 3 | 10.00 | Mostly Cloudy | BKN028 | 77 | 63 | | | 62% | | 79 | 29.95 | 1014.3 | | | |
| 17 | 12:53 | Calm | 10.00 | Mostly Cloudy | BKN028 | 75.9 | 64.9 | | | 69% | | 78 | 29.98 | 1015.0 | | | |
| 17 | 11:53 | Vrbl 3 | 10.00 | Overcast | BKN012 OVC024 | 73 | 66 | 73.9 | 60.1 | 79% | | | 30 | 1015.9 | | | |
| 17 | 10:53 | Vrbl 3 | 3.00 | Fog/Mist | BKN006 OVC024 | 69.1 | 68 | | | 96% | | | 30.03 | 1016.8 | | | |
| 17 | 10:00 | E 5 | 1.00 | Fog | OVC002 | 66.9 | 66 | | | 97% | | | 30.04 | 1017.1 | | | |
| 17 | 09:53 | E 5 | 0.25 | Fog | OVC002 | 66.9 | 66 | | | 97% | | | 30.04 | 1017.1 | | | |
| 17 | 08:53 | E 5 | 0.25 | Fog | VV002 | 64.9 | 64 | | | 97% | | | 30.03 | 1016.9 | | | |
| 17 | 07:53 | NE 3 | 0.25 | Fog | VV002 | 62.1 | 62.1 | | | 100% | | | 30.03 | 1016.9 | | | |
| 17 | 06:53 | NE 3 | 0.25 | Fog | VV002 | 60.1 | 60.1 | | | 100% | | | 30.01 | 1016.2 | | | |
| 17 | 05:53 | NE 3 | 0.25 | Fog | VV002 | 59 | 59 | 62.1 | 57.9 | 100% | | | 29.99 | 1015.3 | | | |
| 17 | 04:53 | Calm | 0.25 | Fog | VV002 | 60.1 | 60.1 | | | 100% | | | 29.96 | 1014.6 | | | |
| 17 | 03:53 | Calm | 0.50 | Fog | VV002 | 59 | 59 | | | 100% | | | 29.94 | 1013.9 | | | |
| 17 | 02:53 | Calm | 0.25 | Fog | VV002 | 57.9 | 57.9 | | | 100% | | | 29.93 | 1013.5 | | | |
| 17 | 01:53 | Calm | 9.00 | Overcast | OVC003 | 59 | 59 | | | 100% | | | 29.93 | 1013.3 | | | |
| 17 | 00:53 | Calm | 1.50 | Fog/Mist | SCT003 | 61 | 60.1 | | | 97% | | | 29.92 | 1013.0 | | | |
| 16 | 23:53 | Calm | 10.00 | Fair | CLR | 62.1 | 61 | 71.1 | 62.1 | 96% | | | 29.93 | 1013.5 | | | |
| 16 | 22:53 | Calm | 10.00 | Fair | CLR | 64 | 63 | | | 96% | | | 29.94 | 1013.6 | | | |
| 16 | 21:53 | SW 3 | 10.00 | Fair | CLR | 64.9 | 63 | | | 93% | | | 29.93 | 1013.4 | | | |
| 16 | 20:53 | Calm | 10.00 | Fair | CLR | 63 | 61 | | | 93% | | | 29.92 | 1013.1 | | | |
| 16 | 19:53 | Calm | 10.00 | A Few Clouds | FEW045 | 64.9 | 62.1 | | | 90% | | | 29.91 | 1012.8 | | | |
| 16 | 18:53 | Calm | 10.00 | A Few Clouds | FEW045 | 66.9 | 62.1 | | | 84% | | | 29.9 | 1012.4 | | | |
| 16 | 17:53 | S 3 | 10.00 | Fair | CLR | 71.1 | 62.1 | 82 | 70 | 73% | | | 29.88 | 1011.7 | | | |
| 16 | 16:53 | Calm | 10.00 | Fair | CLR | 78.1 | 61 | | | 56% | | 80 | 29.87 | 1011.2 | | | |
| 16 | 15:53 | Vrbl 3 | 10.00 | Fair | CLR | 81 | 61 | | | 51% | | 82 | 29.86 | 1011.1 | | | |
| 16 | 14:53 | Calm | 10.00 | Fair | CLR | 81 | 62.1 | | | 53% | | 82 | 29.86 | 1010.9 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| Temperature (°F) | | | | | | | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003218