# Exhibit B

## DAILY LINE COUNT / LOG SHEET

LINE #   15

PUSHER:   Coleman

GUN GUARD:   Hodge

GUN GUARD:   Krouse

AM COUNT:   44x

PM COUNT:   42x

DATE: 11-17-25

| DORM | COUNT | |
|------|-------|--|
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |
|      |       |  |

COMENTS:

6:40 Arrived at CampC 10:15 Picked up 44x Shortline
for lunch. 11:15 42x en-route to Pecans
11:20 Arrived offered sunscreen 1 Shade trailer 1 porta potty/handwash
4 water coolers drink at will
11:30 Set in for work 12:15 Break 12:30 Break Over
1:10 P.M. Headland 42x back to CampC.
1:30 Returned 42x to Camp C

VOTE003226

revised 05/27/2025

Daily Line Counts

Line #: _24/25_                    Date: _11/17/25_

Pusher: _E. Brown/C. Freeman_
Gun Guard: _L. Ellis/J. mayberry_
Gun Guard: _K. Cameron_

AM Count: _20x_

PM Count: _19 X_

Comments:

30  _Arrived at camp D/Falcon checkout gate./ All Lines at camp D on standby due to fog._

10A  _opened outer gate_

10A  _opened inner gate/ Falcon checkout gate_

3?A  _Locked inner/ Falcon gate_

?A  _Locked Falcon/ outer gate_

15A  _Arrived at Grading shed with ⟨20x⟩ (2) water coolers shade and restroom provided from building. Bathroom and Water accessible at any time._

15A  _Break -Time_

?0A  _Break over_

?0 A  _Lined up for short-line/chow_

3?A  _Arrived at camp D for shortline_

24A  _Arrived back at Grading shed with ⟨19x⟩_

?45?  _Break occured_

?P  _Break over_

?0P  _Headland_

VOTE003227

## Daily Line Counts

Line #: __24-25__          Date: __11-18-25__

Pusher: __D. Freeman__
Gun Guard: __J. Crouse__
Gun Guard: _____

AM Count: __21__

PM Count: __21__

Comments:

Arrive at Camp D Fakon gate 6:31
8:30 open outside gate
8:45 open inner gate
8:46 Start calling Line.
9:10 Close inner & outer gate
9:20 Arrived at processing plant & Grading shed
10:00 Count
10:15 - break   10:30 break over
10:30 Short Line For Chow
10:51 Arrived at Camp D for chow
11:00 Standing at gate. Camp D. Recount waiting to go in for chow
11:10 Camp D Count cleared
11:12 Enter Chow Hall.
11:24 Leaving Chow Hall
11:43 Arrive at processing plant & Grading shed
12:40 Finished Washing all Mustard Greens.
1:32 Head Land
2:03 Leaving Processing plant & Grading Shed
2:14 arrive at Camp D Gate.
2:18 Open Camp D Gate.
2:23 Close Camp D Gate.
End of Day

VOTE003229

# DAILY LINE COUNT / LOG SHEET

LINE # _____15_____

PUSHER: _Coleman_

GUN GUARD: _Hodge_

GUN GUARD: _Bonaventure_

AM COUNT: _42x_

PM COUNT: _40x_

DATE: 11-18-25

| DORM | COUNT | |
|------|-------|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COMENTS:

6:35 Arrived to Camp C Line on stand by.

8:55 Picked up 42x en-route to tomatoes.

9:10 Arrived offered sunscreen / Shade Pavillion /portapotty/handwash
4 water coolers drink at will.

9:20 Set in for work

10:00 Shortline 42x to Camp C for lunch.

10:45 40x headed back to Tomatoes

10:55 Arrived offered sunscreen / Shade Pavillion /portapotty/
hadwash 4 water coolers drink at will.

11:05 Set in for work

11:50 Headland 40x headed back to Camp C

12:05 Dropped off 40x to Camp C

Daily Line Counts

Line #: __24-25__          Date: __11·19·25__

Pusher: __M. Freeman__          Grading Shed.
Gun Guard: _____
Gun Guard: _____

AM Count: __20__

PM Count: __19__

Comments:

7.07 am arrived at camp D falcon gate
7:13 am    writing to check out offenders a camp D salley port
7:28 am    enter both sally port gates for check out.
7:38 am    call first offender.
8:03 am    Leaving  Camp D sally  port.
8:15 am    arrived  at  Processing plant + Grading Shed
8:05 8:45  break  9:00  break ends
9:40    Count
10:00    Load  100  mustard green  on truck  Camp C.
10:25    Load  100  mustard greens  on truck  Camp? D
10:30    head band  for short Line  for Chow.
10:40    Leaving  processing plant + Grading Shed  for Chow.
10:47    arrived  at  camp D sally port  for Chow
10:51    Enter  both gates  at camp D sally port.
10:58.   Enter  Chow  Hall
11:18.   Leaving  Chow  Hall

11:25    Exit  both  gates  Camp D sally port.
11:30    Arrived  at  processing + Grading shed
12:30    unLoad 223 Mustard Greens  from Field Line
1:15    Clean  up Grading  shed.
1:25    Load 150 Mustard greens sacks Main Prison
1:30    73  sacks  to CampF

VOTE003234

## Daily Line Counts

Line #: _____          Date: _____

Pusher: _____
Gun Guard: _____
Gun Guard: _____

AM Count: _____

PM Count: _____

Comments:

1:58 arrived at Camp D Falcon gate
2:05 ~~Open Falcon gate~~ Closed Falcon gate.
~~2:12~~

VOTE003235

**Daily Line Counts**

Line #: _____15_____          Date: _11/19/25_

Pusher: _E. Brown_
Gun Guard: _D. Bonaventure_
Gun Guard: _C. Hodge_

AM Count: _____47 X_____

PM Count: _____45 X_____

Comments:

:00A Arrived at camp C / Bear gate.

:00A Opened Bear Crate / on standby due to fog.

:11A Closed Bear crate checked out (47x)

:40A Arrived in Mustard green field with (1) shade pavilion (3) water coolers (1) Portable toilet (1) Handwash Station. Water and restroom accessible at any time.

:30A Called in count to camp c sallyport (47x)

:15A Break offered

:50A Break over

:00A Headland — shortline chow-time

:03A Leaving camp c from shortline / chow

:19A Arrived back in Mustard green field from shortline.

:00P Break-Time

:15P Break over

:00P Headland

:00P Arrived at camp c and checked in 45x

VOTE003236

Daily Line Counts

Line #: 24-25

Date: 11·20·25

Pusher: B. Freeman

Grading Shed.

Gun Guard: _____

Gun Guard: _____

AM Count: 22

PM Count: 21

Comments:

6:56  Arrive at Camp D Falcon gate.
8:15  Enter both sally port gate to check out offenders
8:55  Checked out 22 offenders and Load bus at sallyport
9:00  Left Camp D sally port for Work.
9:07  arrived at Processing plant + Grading Shed for duty.
9:30  belt on First Machine split supervisor Lt Smith was Notified.
10:30  52 Turn up Green Came in Grading Shed
11:00  Short Line Left Processing plant + Grading Shed
11:10  arrive at Camp D sally port for chow.
11:20  Enter Chow Hall for chow.
11:46  arrived at Processing plant + grading Shed.
12:00  Continue washing collard greens.
1:15  Start Cleanin grading Shed Area.
1:30  head Land
1:59  Leaving Process plant and grading Shed.
2:06  arrive at Camp D falcon gate.

2:08  open both gat.

2:15  Close both gate.

VOTE003238

Daily Line Counts

Line #: _15_                  Date: _11-20-25_

Pusher: _SGT. Crouse_
Gun Guard: _CDT. Hodge_
Gun Guard: _MSGT. Bonaveture_

AM Count: _43_

PM Count: _41_

Comments:

6:43 Am - Arrived Camp C Bear Gate Stand by For Fog.
7:00 Am - Opened outer Gate
9:30 an - Arrived aT Turnip Field with shade Trailer, 4 water
Coolers and offered sunscreen Porta Poty handwash station onsite
10:00 Am - short lined For Chow
11:08 Am - Departed Camp C 41 ✗
11:23 Am - Arrived AT Turnip Field with shade Trailer
4x water Coolers an offered sunscreen
12:05 pm - Break Time
12:20 pm - Break over
1:05 pm - Head land

VOTE003239

## Daily Line Counts

Line #: _____15_____          Date: 11-21-25

Pusher: CDT. Coleman - SGT. Crouse
Gun Guard: CDT. Hodge
Gun Guard: MSGT. Bonaventure

AM Count: _____21x_____

PM Count: _____

Comments:

6:35 Arrived at Camp C put on stand by due to rain.
8:35 Picked up 21x en-route to Colored Greens
8:45 Arrived offered sunscreen / Shade Pavillion / porta potty /
handwash 4 water coolers drink at vill.
9:10 Headland 21x back to Camp C due to rain.
9:20 Dropped off 21x back to Camp C

VOTE003240

Daily Line Counts

Line #: _24 / 25_          Date: _11-21-25_

Pusher: _B. Freeman / E. brown_
Gun Guard: _lee, Ellis, Mayberry_
Gun Guard: _Cammern_

AM Count: _11_

PM Count: _9_

Comments:

6:40  Arrived a camp D Falcon gate
6:56  enter Sally port both Gates
8:25  arrived at Grading Shed
9:04  hand out 166 Turn up Green to Main prison
9:40  Tu. hand out 40 Sacks collard Greens
9:40  Camp D. hand out 58 Sacks Collard Greens.
10:09  Call Camp D Sally port for Count
10:33  Camp F hand out 72 Sacks
11:07  Offender Robert Jenkins #453753 gone in for call out
11:07  offender Lloyd Cooks #769573 gone in for Call out
12:09  hand out 70 Sacks Collards greens to camp C
148  Head Land
2:05  open outer gate.
2:15  open Inner gate
2:24  Close Falcon gat.
End of Day

VOTE003241