**EXHIBIT 2**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, | * * * * * * * * **CIVIL ACTION** |
| | * **NO.: 3:23-cv-1304-BAJ-EWD** |
| **VERSUS** | * |
| | * **JUDGE BRIAN A. JACKSON** |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | * * **MAGISTRATE JUDGE** * **ERIN WILDER-DOOMES** * * * * * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# AFFIDAVIT

**STATE OF PENNSYLVANIA**

**BUCKS COUNTY**

    **BEFORE ME**, the undersigned notary, duly authorized in the State and County aforesaid, personally came and appeared:

### Dr. Carl Keldie

Who, based upon his personal knowledge, did depose and say the following:

1. I am familiar with the facts and circumstances related to the above-captioned litigation.

2. I have over four decades of clinical and administrative experience.

3. I am a Fellow of the American College of Correctional Physicians.

4. I have decades of experience in correctional medical care, heat pathology and pharmacotherapy.

5. The National Commission on Correctional Health Care ("NCCHC") has recognized me as an expert on heat related issues, including thermoregulation.

6. On November, 3, 2025, Dr. Deleca Barnes and I gave a presentation in Baltimore, Maryland for the NCCHC.

7. The presentation was entitled "Building a Medication List for Heat-Induced Health Risks."

8. A true and correct copy of this presentation is attached to this Affidavit as Exhibit A.

**Carl James Keldie, MD**

SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC, this _1st_ day of _December_, 2025.

NOTARY PUBLIC
Alexander F. Rumback
4/5/28

Page **2** of 2

# Building a Medication List for Heat-Induced Health Risks

Deleca Reynolds-Barnes, PharmD
Chief Pharmacy Officer
Wellpath, LLC

Carl Keldie, MD FACCP



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

EXHIBIT 2-A

# Disclosure and Disclaimer

- We do not have any relevant financial relationships with any commercial interests.

- This educational presentation was developed by independent experts. The information provided in this presentation is not the official position or recommendation of NCCHC but rather expert opinion. This information is not intended to be appropriate for every clinical situation, nor does it replace clinical judgment.

- NCCHC does not endorse or recommend any products or services mentioned.



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Educational Objectives

**Learning Objective 1:** Review thermoregulation and the body's natural compensatory mechanisms

**Learning Objective 2:** List chronic conditions that potentially inhibit the body's compensatory mechanisms

**Learning Objective 3:** Discuss the utility of an acetylcholine burden scale for developing a Medication-Induced Heat Pathology Medication List



# Learning Objective 1:

Review thermoregulation and the body's natural compensatory mechanisms



NCCHC

NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Thermoregulation

- Hyperthermia is defined as elevation of core body temperature above the normal diurnal range of 36 to 37.5°C due to failure of thermoregulation.

- Hyperthermia is not the equivalent of a fever

- The Hypothalamus is the body's thermostat (Febrile response verses hyperthermia)

- When Heat load exceeds the body's ability to dissipate heat

- The hypothalamus stimulates the autonomic nervous system



# Thermoregulation

- **Evaporation** occurs when water vaporizes from the skin and respiratory tract. This is the body's most effective mechanism for dissipating excess heat and is the primary means for athletes exercising in hot environments.

- **Radiation** is the emission of electromagnetic heat waves. This energy transfer does not require direct contact or air motion.

- **Convection** is the transfer of heat to a gas or liquid moving over the body. Heat transfer occurs when the gas or liquid is colder than the body.

- **Conduction** is direct heat transfer to an adjacent, cooler object.

.



# Heat Stroke

- Heat stroke is defined as an elevated core body temperature, usually in excess of 40.5°C (105°F), with associated central nervous system (CNS) dysfunction in the setting of a large environmental heat load that cannot be dissipated.

- Two types of heat stroke:
  - Nonexertional (Classic) heat stroke: Mortality rate often > 50%
  - Exertional heat stroke: Mortality rate less than 5% and continues to improve



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Nonexertional Heat Stroke (Classic)

- Nonexertional heat stroke
- Individuals with a physiologic or anatomic predisposition or underlying chronic medical conditions and or medications that impair thermoregulation,
- Those with barriers to removal from a hot environment,
- Limited access to hydration or attempts at cooling.
- Mortality correlates with the degree of temperature elevation, time to initiation of cooling measures, and the number of organ systems affected



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Nonexertional Heat Stroke (Classic)

- **Cerebral edema and neurologic injury** – In addition to seizures, cerebral edema is common following heat stroke.

- **Acute kidney injury** – Heat stroke can cause acute kidney injury.

- **Rhabdomyolysis** – The combination of muscle injury, volume depletion, and acute kidney injury can lead to rhabdomyolysis in patients with heat stroke.

- **Disseminated intravascular coagulation (DIC)** – DIC can develop during the first three days of illness, and coagulation studies should be monitored during this period. Replacement of clotting factors with fresh frozen plasma and platelets may be necessary.



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Exertional Heat Illness

- **"Heat cramps"** — "Heat cramps" are a misnomer. Exercise-associated muscle cramps (EAMC) do not appear to be caused by increased ambient temperatures but are muscle cramps that occur during exercise.

- Do not conflate Classic Heat Illness with Exertional Heat Illness

- **Heat exhaustion** — Heat exhaustion is characterized by the inability to maintain adequate cardiac output due to strenuous physical exercise and environmental heat stress.

.



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Exertional Heat Illness

**Heat injury** — Exertional heat injury is defined as a progressive multisystem disorder with hyperthermia following vigorous activity that is associated with end-organ damage (e.g., kidney, liver, muscle) in the absence of significant neurologic injury. This requires a careful history and clinical assessment of neurologic function, which is often completed after interventions to reduce the patient's core temperature have been initiated.


NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Exertional Heat Stroke

- Exertional heat stroke generally occurs in young, otherwise healthy individuals who engage in heavy exercise during periods of high ambient temperature and humidity.

- Typical patients "were" athletes and military recruits in basic training.



# Learning Objective 2:

List chronic conditions that potentially inhibit the body's compensatory mechanisms



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Patients at risk for Classic Heat Illness

- To determine the inmate-patients at risk is an exercise in risk stratification.

- It is important to have an actionable list or cohort of patient.

- A good starting point are those patients who are aged and infirmed

- We will walk through the organ systems to create a starting point

- Dr. Barnes will discuss the highest risk medications to consider next

.



# Aging and Frailty (as a compounding factor)

- While not a disease, aging often coexists with chronic conditions and medications

- Reduces sweat gland activity and vasodilatory capacity

- Blunts hypothalamic sensitivity

- Decreases muscle mass (less shivering potential)

- Diminishes thirst sensation → dehydration risk

- Increased sensitivity to anticholinergic medications (Beers List)



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Central Nervous System

- **Parkinson's disease**
  - Parkinson's disease can reduce sweating (anhidrosis)
  - Impairs vasodilation, leading to heat intolerance

- **Stroke**
  - After a stroke, localized or generalized thermoregulation may fail on the affected side of the body

- **Multiple sclerosis and Autonomic neuropathy**
  - Disruption of the autonomic nervous system, which controls involuntary responses like sweating, vasodilation, and shivering





# Pulmonary



**Chronic obstructive pulmonary disease (COPD) and Asthma**

- Asthma of Moderate or greater severity

- COPD Gold Class 2 or greater



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Cardiovascular



- **Heart failure**
  - Class 2 or greater
- **Coronary artery disease**
  - Prior Myocardial Infarction
  - Known symptomatic CAD
- **Peripheral vascular disease**
  - Severe lower extremity claudication ABI ≤ 0.7



NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE

# Gastrointestinal, Renal and Infectious DZ

- Crohn's Disease
- Ulcerative colitis

- CKD with eGFR <60
- AKI until resolved

- HIV patient on opportunistic infection prophylaxis
- HCV on active treatment





NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Endocrine and Metabolic Disorders

- **Diabetes mellitus**
  - Labile Type 1 DM
  - Type 2 will HgA1c > **X**

- **Hyperthyroidism**
  - Increases metabolism → excess heat generation, makin heat stress dangerous

- **Obesity**
  - Acts as an insulating layer, trapping heat and making it harder to dissipate via sweating; also impairs circulation in adipose tissue





**NATIONAL COMMISSION**
ON CORRECTIONAL HEALTH CARE

# Dermatologic, Rheumatologic and HemOnc



- Plaques Psoriasis with body surface are of >15%

- Third degree burn > 15%

- Rheumatoid Arthritis uncontrolled

- Systemic Lupus Erythematosus uncontrolled

- Sickle Cell Anemia

- Oncology patient on active treatment with radiation or oncology drug



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Learning Objective 3:

Discuss the utility of an acetylcholine burden scale for developing a Heat Pathology Medication List



## Word of Caution AGAIN:

- Patients are not monolithic

- How patients, their clinical course, their response to treatments and their development of side effects is multi-factorial and is best evaluated and determined by the patient and their health care team.



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Medications that increase the risk for heat-induced illness



- Medications that impact mechanisms of thermoregulation

- Must understand the patients' clinical conditions

- Must understand if it is chronic therapy or treatment of a short acute illness (i.e., new therapy being added to regimen versus long-standing treatment medications being added for other chronic conditions and their potential adverse effects.



# Medication classes to be considered

- **Anticholinergic Effects**
  - Anticholinergics
  - Antispasmodics
  - Antimuscarinics
  - Tricyclic antidepressants
  - Skeletal muscle relaxants
  - Antiseizure medications
- **Peripheral Vasodilation**
  - Nitrates
- **Increased body temperature**
  - Stimulants
- **Dehydration d/t Narrow Therapeutic In**
  - Lithium





NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Acetylcholinesterase (AChE)

- A critical enzyme in the nervous system responsible for breaking down the neurotransmitter acetylcholine (ACh) after it has transmitted a nerve signal

- Without acetylcholinesterase:
  - Acetylcholine would accumulate in the synapse
  - This leads to continuous stimulation of receptors
  - Result: muscle paralysis, respiratory failure, and autonomic instability due to overstimulation

- AChE acts on the preganglionic neurons of the sympathetic nervous system, which then release norepinephrine and epinephrine to trigger the *fight or flight response*



NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Anticholinergic Medications

Certain medications may block this enzyme, increasing acetylcholine levels

Impairs the body's ability to regulate temperature by

- Reducing sweating
  - The body's primary cooling mechanism
- Affecting Mental Status- affecting a patient's ability to self-protect.
  - Cognitive Impairment
  - Drowsiness and sedation
  - Delirium and Confusion
  - Hallucinations and Psychosis
  - Mood Changes



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# List Development Process

- Review of current literature
- Review of Acetylcholine risk profile for medication classes and subclasses
- Apply literature findings to building an "operational" medication list



# Anticholinergic Risk Scale (ARS)

- A quantitative measure derived from validated scales (scale)
- Estimates a patient's cumulative exposure to medications with anticholinergic properties
- Helps to assess the risk of adverse anticholinergic effects
- The utility is to predict the risk of single anticholinergic medications but also the risk in utilizing multiple medications with anticholinergic side effect profiles





# Beer's Criteria

- The American Geriatrics Society (AGS) Beers Criteria® for Potentially Inappropriate Medication Use in Older Adults

- A list of medication guidelines that help healthcare providers safely prescribe medications for adults over age 65.

- "potentially inappropriate medications are just that—_potentially inappropriate._ They merit special scrutiny but should not be misconstrued as universally unacceptable in all cases or for all people

- *Primarily focuses on the anticholinergic risk of medications in older patients*



NCCHC
**NATIONAL COMMISSION**
ON CORRECTIONAL HEALTH CARE

# Anticholinergic Load Scale

Table 4. CRIDECO Anticholinergic Load Scale.

| Low Potency (Score 1) | | | Medium Potency (Score 2) | High Potency (Score 3) |
|---|---|---|---|---|
| Aclidinium inh | Cyclosporine | Iloperidone | Amantadine | Acepromazine | Hyoscyamine |
| Alimemazine * | Desloratadine | Ipratropium inh | Baclofen | Amitriptyline | Imipramine |
| Alprazolam | Desvenlafaxine | Piperacillin | Carbamazepine | Amoxapine | Levomepromazine * |
| Alverine | Dexamethasone | Isosorbide mononitrate | Cloperastine | Atropine | Meclozine * |
| Amisulpride | Dextromethorphan | Isosorbide dinitrate | Clomipramine | Belladonna | Mequitazine |
| Ampicillin | Diazepam | Ketorolac | Cimetidine | Benzatropine* | Nortriptyline |
| Aripiprazole | Digoxin | Ketotifen | Prednisolone | Pridinol | Opipramol |
| Asenapine | Digoxin | Levocetirizine | Prednisone | Biperiden | Orphenadrine |
| Atenolol | Levodopa-carbidopa | Quinidine | Cyclobenzaprin | Desloratfin | Othonium bromide |
| Azathioprine | Diltiazem | Risperidone | Fluphenazine | Brompheniramine | Oxybutynin |
| Benazepril | Lithium | Rotigotine patch | Loxapine | Carbinoxamine | Phenitramine |
| Betaxolol | Loperamide | Selegiline | Maprotiline | Carisoprodol | Procyclidine |
| Bisacodyl | Loratadine | Sertraline | Meperidine * | Chlorphenamine * | Promethazine |
| Bromocriptine | Domperidone | Sumatriptan | Methadone | Chlorpromazine | Propantheline |
| | Entacapone | Lormetazepam | Methadone | Chlorprothixene | |
| | Escitalopram | Mebeverine | Nefopam | Cimetropium bromide | |
| | | Tapentadol | | | |

Ramos H, Moreno L, Pérez-Tur J, et al. CRIDECO Anticholinergic Load Scale: An Updated Anticholinergic Burden
Scale. Comparison With the ACB Scale in Spanish Individuals With Subjective Memory Complaints. Journal of
Personalized Medicine. 2022;12(2):207. doi:10.3390/jpm12020207.



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Some medication classes should be considered for inclusion based on their ARS

- Anticholinergics
- Antispasmodics
- Antimuscarinics
- Tricyclic antidepressants
- Skeletal muscle relaxants
- Antiseizure medications
- Nitrates
- Stimulants
- Lithium





NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Phenothiazines, Butyrophenones and Antihistamines Considerations

- Primary mechanism is to disrupt the ability to produce sweat

- Medications with higher ARS should be added

- Caution on overreach- as some of the non-sedating antihistamines (loratadine (Claritin) and cetirizine (Zyrtec) have lower ARS and should be excluded



NCCHC

**NATIONAL COMMISSION**
ON CORRECTIONAL HEALTH CARE

# Calcium Channel Blockers



- **2 types of calcium blockers that lower blood pressure**

- **Dihydropyridine Calcium Channel Blockers (amlodipine, nifedipine)** are more selective for vascular smooth muscle, causing potent vasodilation **with minimal direct cardiac effects**

- **Non-Dihydropyridine Calcium Channel Blocker (diltiazem and verapamil)**, primarily affect the heart by decreasing heart rate, slowing atrioventricular (AV) nodal conduction. and reducing myocardial contractility . They cause vasodilation, *but their primary effect is on the heart rather than just on the blood vessels*. The primary effect of dihydropyridines is on the blood vessels.

- The non-dihydropyridines should be added to your list due to their negative chronotropic and ionotropic properties



**NATIONAL COMMISSION**
**ON CORRECTIONAL HEALTH CARE**

# Diuretics: Risk Stratification



- Multiple classes of diuretics, including thiazide, loop, potassium-sparing, carbonic anhydrase inhibitors

- The mechanism of action is to decrease the body's retention of excess fluid

- Risk of dehydration significantly differs based on the type of diuretic

- Loop Diuretics have a high risk of dehydration and inhibit the reabsorption of sodium, potassium and chloride, making electrolyte replenishment difficult

- Consideration should be given to adding loop diuretics to the list



NCCHC
NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Selective Serotonin Reuptake Inhibitors



- Serotonin Syndrome

- SSRI have an extremely low anticholinergic risk profile.

- Exclude SSRIs from your heat pathology medication list

NCCHC
NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE

# Implications for Public Health Messaging a Clinically Supported List

- The World Health Organization (WHO) warns that certain medications impair thermoregulation
- There is limited clinical evidence supporting the current published list
- The development of a clinically unsupported list creates operational inefficiencies and makes implementation difficult
- It is imperative that the list applies a scientific approach



# References

- UpToDate

- Ramos H, Moreno L, Pérez-Tur J, et al. CRIDECO Anticholinergic Load Scale: An Updated Anticholinergic Burden Scale. Comparison With the ACB Scale in Spanish Individuals With Subjective Memory Complaints. Journal of Personalized Medicine. 2022;12(2):207. doi:10.3390/jpm12020207

- January CT, Wann LS, Alpert JS, et al. 2014 AHA/ACC/HRS Guideline for the Management of Patients With Atrial Fibrillation: A Report of the American College of Cardiology/-American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Circulation. 2014;130(23):e199-267. doi:10.1161/CIR.0000000000000041.

- Hospers, Lily et al. The effect of prescription and over-the-counter medications on core temperature in adults during heat stress: a systematic review and meta-analysis. EclinicalMedicine. 2024 Oct 24;77:102886. doi: 10.1016/j.eclinm.2024.102886. eCollection 2024 Nov



NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE



