# Exhibit A

**NWS BATON ROUGE HISTORICAL OBSERVATIONS (11/26/2025 to 11/28/2025)**

| Date | Time | air_temp | heat_index |
|---|---|---|---|
| | | Fahrenheit | Fahrenheit |
| 11/28/2025 | 23:53 | 46.94 | |
| 11/28/2025 | 22:53 | 46.94 | |
| 11/28/2025 | 21:53 | 48.92 | |
| 11/28/2025 | 20:53 | 48.02 | |
| 11/28/2025 | 19:53 | 48.02 | |
| 11/28/2025 | 18:53 | 46.94 | |
| 11/28/2025 | 17:53 | 48.02 | |
| 11/28/2025 | 16:53 | 53.06 | |
| 11/28/2025 | 15:53 | 57.92 | |
| 11/28/2025 | 14:53 | 60.08 | |
| 11/28/2025 | 13:53 | 60.08 | |
| 11/28/2025 | 12:53 | 59 | |
| 11/28/2025 | 11:53 | 59 | |
| 11/28/2025 | 10:53 | 57.02 | |
| 11/28/2025 | 9:53 | 51.98 | |
| 11/28/2025 | 8:53 | 46.94 | |
| 11/28/2025 | 7:53 | 41 | |
| 11/28/2025 | 6:53 | 35.06 | |
| 11/28/2025 | 5:53 | 35.96 | |
| 11/28/2025 | 4:53 | 35.96 | |
| 11/28/2025 | 3:53 | 37.04 | |
| 11/28/2025 | 2:53 | 37.04 | |
| 11/28/2025 | 1:53 | 37.04 | |
| 11/28/2025 | 0:53 | 39.02 | |
| 11/27/2025 | 23:53 | 42.08 | |
| 11/27/2025 | 22:53 | 42.98 | |
| 11/27/2025 | 21:53 | 42.98 | |
| 11/27/2025 | 20:53 | 42.98 | |
| 11/27/2025 | 19:53 | 44.96 | |
| 11/27/2025 | 18:53 | 50 | |
| 11/27/2025 | 17:53 | 53.06 | |
| 11/27/2025 | 16:53 | 57.92 | |
| 11/27/2025 | 15:53 | 62.06 | |
| 11/27/2025 | 14:53 | 62.96 | |
| 11/27/2025 | 13:53 | 62.96 | |
| 11/27/2025 | 12:53 | 62.06 | |
| 11/27/2025 | 11:53 | 60.08 | |
| 11/27/2025 | 10:53 | 57.02 | |
| 11/27/2025 | 9:53 | 53.96 | |
| 11/27/2025 | 8:53 | 48.92 | |
| 11/27/2025 | 7:53 | 42.98 | |
| 11/27/2025 | 6:53 | 37.94 | |

| | | | |
|---|---|---|---|
| 11/27/2025 | 5:53 | 37.94 | |
| 11/27/2025 | 4:53 | 39.02 | |
| 11/27/2025 | 3:53 | 41 | |
| 11/27/2025 | 2:53 | 42.08 | |
| 11/27/2025 | 1:53 | 42.98 | |
| 11/27/2025 | 0:53 | 44.96 | |
| 11/26/2025 | 23:53 | 48.02 | |
| 11/26/2025 | 22:53 | 50 | |
| 11/26/2025 | 21:53 | 48.92 | |
| 11/26/2025 | 20:53 | 51.08 | |
| 11/26/2025 | 19:53 | 53.06 | |
| 11/26/2025 | 18:53 | 55.94 | |
| 11/26/2025 | 17:53 | 59 | |
| 11/26/2025 | 16:53 | 62.96 | |
| 11/26/2025 | 15:53 | 66.02 | |
| 11/26/2025 | 14:53 | 69.08 | |
| 11/26/2025 | 13:53 | 68 | |
| 11/26/2025 | 12:53 | 68 | |
| 11/26/2025 | 11:53 | 66.92 | |
| 11/26/2025 | 10:53 | 66.02 | |
| 11/26/2025 | 9:53 | 62.06 | |
| 11/26/2025 | 8:53 | 60.08 | |
| 11/26/2025 | 7:53 | 57.02 | |
| 11/26/2025 | 6:53 | 55.04 | |
| 11/26/2025 | 5:53 | 55.94 | |
| 11/26/2025 | 4:53 | 57.02 | |
| 11/26/2025 | 3:53 | 57.02 | |
| 11/26/2025 | 2:53 | 57.92 | |
| 11/26/2025 | 1:53 | 57.92 | |
| 11/26/2025 | 0:53 | 57.92 | |

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (<u>Metric</u>)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 13:53 | N 10 G 17 | 10.00 | Fair | CLR | 68 | 45 | | | 44% | | | 30.21 | 1022.9 | | | |
| 26 | 12:53 | NE 12 G 22 | 10.00 | Fair | CLR | 68 | 46 | | | 45% | | | 30.21 | 1022.9 | | | |
| 26 | 11:53 | N 9 G 20 | 10.00 | Fair | CLR | 66.9 | 50 | 66.9 | 55 | 55% | | | 30.23 | 1023.7 | | | |
| 26 | 10:53 | N 13 G 21 | 10.00 | Fair | CLR | 66 | 51.1 | | | 59% | | | 30.26 | 1024.4 | | | |
| 26 | 09:53 | N 10 | 10.00 | A Few Clouds | FEW019 | 62.1 | 53.1 | | | 73% | | | 30.27 | 1024.8 | | | |
| 26 | 08:53 | N 10 G 22 | 10.00 | Fair | CLR | 60.1 | 54 | | | 80% | | | 30.24 | 1023.9 | | | |
| 26 | 07:53 | N 9 | 10.00 | Fair | CLR | 57 | 53.1 | | | 87% | | | 30.23 | 1023.5 | | | |
| 26 | 06:53 | Calm | 10.00 | Fair | CLR | 55 | 53.1 | | | 93% | | | 30.21 | 1022.9 | | | |
| 26 | 05:53 | N 5 | 10.00 | Fair | CLR | 55.9 | 53.1 | 61 | 55.9 | 90% | | | 30.18 | 1021.9 | | | |
| 26 | 04:53 | N 5 | 10.00 | Fair | CLR | 57 | 53.1 | | | 87% | | | 30.16 | 1021.2 | | | |
| 26 | 03:53 | N 5 | 10.00 | Fair | CLR | 57 | 54 | | | 90% | | | 30.15 | 1020.8 | | | |
| 26 | 02:53 | N 3 | 10.00 | Fair | CLR | 57.9 | 55 | | | 90% | | | 30.14 | 1020.6 | | | |
| 26 | 01:53 | N 3 | 10.00 | Fair | CLR | 57.9 | 55.9 | | | 93% | | | 30.12 | 1020.0 | | | |
| 26 | 00:53 | Calm | 10.00 | Fair | CLR | 57.9 | 57 | | | 97% | | | 30.11 | 1019.4 | | | |
| 25 | 23:53 | N 3 | 10.00 | Fair | CLR | 61 | 57 | 72 | 60.1 | 87% | | | 30.09 | 1019.0 | | | |
| 25 | 22:53 | N 3 | 10.00 | Fair | CLR | 63 | 57 | | | 81% | | | 30.08 | 1018.6 | | | |
| 25 | 21:53 | N 5 | 10.00 | Fair | CLR | 64 | 57.9 | | | 81% | | | 30.07 | 1018.3 | | | |
| 25 | 20:53 | Calm | 10.00 | A Few Clouds | FEW085 | 66 | 59 | | | 78% | | | 30.06 | 1017.9 | | | |
| 25 | 19:53 | N 3 | 10.00 | Mostly Cloudy | BKN090 | 69.1 | 57.9 | | | 68% | | | 30.04 | 1017.1 | | | |
| 25 | 18:53 | NW 3 | 10.00 | Fair | CLR | 72 | 55.9 | | | 57% | | | 30.02 | 1016.4 | | | |
| 25 | 17:53 | Calm | 10.00 | Mostly Cloudy | BKN080 | 69.1 | 60.1 | 81 | 68 | 73% | | | 29.99 | 1015.4 | | | |
| 25 | 16:53 | NW 3 | 10.00 | Fair | CLR | 75 | 57.9 | | | 55% | | 78 | 29.97 | 1014.7 | | | |
| 25 | 15:53 | N 6 | 10.00 | Fair | CLR | 80.1 | 57.9 | | | 47% | | 81 | 29.95 | 1014.1 | | | |
| 25 | 14:53 | S 8 | 10.00 | A Few Clouds | FEW090 | 80.1 | 69.1 | | | 69% | | 83 | 29.94 | 1013.8 | | | |
| 25 | 13:53 | S 7 | 10.00 | Mostly Cloudy | BKN095 | 81 | 68 | | | 65% | | 84 | 29.94 | 1013.8 | | | |
| 25 | 12:53 | Calm | 10.00 | Partly Cloudy | SCT090 | 77 | 66.9 | | | 71% | | 79 | 29.95 | 1014.0 | | | |
| 25 | 11:53 | S 6 | 10.00 | Light Rain | FEW050 SCT085 | 75 | 68 | 78.1 | 72 | 79% | | 76 | 29.97 | 1014.8 | 0.01 | | |
| 25 | 10:53 | W 8 | 10.00 | Light Rain | FEW040 BKN065 OVC080 | 72 | 66.9 | | | 84% | | | 29.98 | 1015.2 | 0.01 | | |
| 25 | 09:53 | SW 12 G 24 | 10.00 | Light Rain | BKN015 BKN028 BKN039 | 77 | 70 | | | 79% | | 79 | 29.98 | 1015.0 | | | |
| 25 | 08:53 | SW 16 | 10.00 | Mostly Cloudy | FEW020 BKN037 BKN090 | 75.9 | 70 | | | 82% | | 77 | 29.97 | 1014.9 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003254

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 25 | 07:53 | S 8 | 10.00 | Mostly Cloudy | FEW014 SCT029 BKN065 | 73.9 | 70 | | | 88% | | | 29.96 | 1014.3 | | | |
| 25 | 06:53 | S 8 | 10.00 | Overcast | FEW017 SCT049 OVC095 | 72 | 70 | | | 94% | | | 29.94 | 1013.8 | | | |
| 25 | 05:53 | S 7 | 10.00 | Overcast | FEW014 BKN027 OVC090 | 72 | 69.1 | 73.9 | 71.1 | 91% | | | 29.92 | 1013.1 | | | |
| 25 | 04:53 | S 7 | 10.00 | Light Rain | SCT016 BKN070 BKN085 | 72 | 69.1 | | | 91% | | | 29.93 | 1013.2 | | | |
| 25 | 03:53 | S 9 | 10.00 | Partly Cloudy | FEW028 SCT034 SCT075 | 72 | 69.1 | | | 91% | | | 29.94 | 1013.7 | | | |
| 25 | 02:53 | S 10 | 10.00 | Partly Cloudy | SCT080 | 73 | 69.1 | | | 87% | | | 29.93 | 1013.5 | | | |
| 25 | 01:53 | S 10 | 10.00 | Mostly Cloudy | BKN080 | 73 | 70 | | | 90% | | | 29.94 | 1013.6 | | | |
| 25 | 00:53 | S 12 | 10.00 | A Few Clouds | FEW012 | 73 | 70 | | | 90% | | | 29.92 | 1013.1 | | | |
| 24 | 23:53 | S 12 | 10.00 | Overcast | FEW012 BKN018 OVC026 | 73 | 71.1 | 73 | 70 | 94% | | | 29.93 | 1013.5 | | | |
| 24 | 22:53 | SE 12 | 10.00 | Mostly Cloudy | BKN013 | 72 | 70 | | | 94% | | | 29.93 | 1013.5 | | | |
| 24 | 21:53 | SE 8 | 10.00 | Mostly Cloudy | BKN013 BKN014 | 73 | 70 | | | 90% | | | 29.94 | 1013.8 | | | |
| 24 | 20:53 | SE 8 | 10.00 | Mostly Cloudy | BKN013 BKN014 | 72 | 69.1 | | | 91% | | | 29.93 | 1013.5 | | | |
| 24 | 19:53 | SE 6 | 10.00 | Mostly Cloudy | SCT055 BKN070 | 71.1 | 68 | | | 90% | | | 29.93 | 1013.6 | | | |
| 24 | 18:53 | SE 7 | 10.00 | Fair | CLR | 71.1 | 66.9 | | | 87% | | | 29.94 | 1013.8 | | | |
| 24 | 17:53 | SE 10 | 10.00 | Mostly Cloudy | BKN032 | 72 | 66.9 | 81 | 72 | 84% | | | 29.93 | 1013.6 | | | |
| 24 | 16:53 | SE 9 | 10.00 | Mostly Cloudy | BKN034 | 75 | 66 | | | 74% | | 76 | 29.96 | 1014.3 | | | |
| 24 | 15:53 | SE 7 | 10.00 | Mostly Cloudy | SCT035 BKN055 BKN070 | 77 | 66 | | | 69% | | 79 | 29.96 | 1014.3 | | | |
| 24 | 14:53 | E 10 | 10.00 | Overcast | FEW034 BKN055 OVC085 | 79 | 66 | | | 65% | | 81 | 29.96 | 1014.5 | | | |
| 24 | 13:53 | SE 7 | 10.00 | Mostly Cloudy | BKN029 BKN060 | 80.1 | 64.9 | | | 60% | | 82 | 29.97 | 1014.6 | | | |
| 24 | 12:53 | S 7 | 10.00 | Mostly Cloudy | BKN029 BKN060 | 80.1 | 64.9 | | | 60% | | 82 | 29.98 | 1015.2 | | | |
| 24 | 11:53 | SE 7 | 10.00 | Fair | CLR | 78.1 | 64 | 78.1 | 52 | 62% | | 80 | 30.02 | 1016.5 | | | |
| 24 | 10:53 | SE 7 | 6.00 | Fair with Haze | CLR | 75 | 63 | | | 66% | | 77 | 30.06 | 1017.8 | | | |
| 24 | 09:53 | E 7 | 6.00 | Fair with Haze | CLR | 68 | 61 | | | 78% | | | 30.08 | 1018.4 | | | |
| 24 | 08:53 | E 5 | 9.00 | Mostly Cloudy | BKN008 | 61 | 59 | | | 93% | | | 30.08 | 1018.6 | | | |
| 24 | 07:53 | E 5 | 7.00 | A Few Clouds | FEW004 | 57 | 55 | | | 93% | | | 30.07 | 1018.2 | | | |
| 24 | 06:53 | NE 5 | 6.00 | Fog/Mist | CLR | 53.1 | 52 | | | 96% | | | 30.07 | 1018.0 | | | |
| 24 | 05:53 | NE 5 | 7.00 | Fair | CLR | 52 | 52 | 54 | 52 | 100% | | | 30.06 | 1017.9 | | | |
| 24 | 04:53 | E 5 | 8.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.06 | 1017.9 | | | |
| 24 | 03:53 | E 6 | 8.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.07 | 1018.1 | | | |
| 24 | 02:53 | E 5 | 8.00 | Fair | CLR | 52 | 51.1 | | | 97% | | | 30.08 | 1018.4 | | | |
| 24 | 01:53 | E 3 | 9.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.08 | 1018.5 | | | |
| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003255

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 24 | 00:53 | NE 5 | 10.00 | Fair | CLR | 53.1 | 52 | | | 96% | | | 30.08 | 1018.3 | | | |
| 23 | 23:53 | NE 3 | 8.00 | Fair | CLR | 53.1 | 52 | 64 | 53.1 | 96% | | | 30.08 | 1018.4 | | | |
| 23 | 22:53 | Calm | 10.00 | Fair | CLR | 55 | 53.1 | | | 93% | | | 30.09 | 1018.9 | | | |
| 23 | 21:53 | Calm | 10.00 | Fair | CLR | 55.9 | 53.1 | | | 90% | | | 30.1 | 1019.3 | | | |
| 23 | 20:53 | NE 7 | 10.00 | Fair | CLR | 57 | 54 | | | 90% | | | 30.1 | 1019.3 | | | |
| 23 | 19:53 | NE 8 | 10.00 | Fair | CLR | 57.9 | 54 | | | 87% | | | 30.1 | 1019.2 | | | |
| 23 | 18:53 | NE 9 | 10.00 | Fair | CLR | 61 | 55 | | | 81% | | | 30.1 | 1019.2 | | | |
| 23 | 17:53 | NE 12 | 10.00 | Fair | CLR | 64 | 55.9 | 75.9 | 64 | 75% | | | 30.08 | 1018.6 | | | |
| 23 | 16:53 | N 7 | 10.00 | Fair | CLR | 68 | 55 | | | 63% | | | 30.1 | 1019.0 | | | |
| 23 | 15:53 | N 3 | 10.00 | Fair | CLR | 72 | 53.1 | | | 52% | | | 30.07 | 1018.3 | | | |
| 23 | 14:53 | Calm | 10.00 | Fair | CLR | 75.9 | 53.1 | | | 45% | | 78 | 30.07 | 1018.3 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. 6 hour | Min. 6 hour | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE003256