# Exhibit B

## Daily Line Counts

Line #: 15                    Date: 11-25-25

Pusher: Coleman
Gun Guard: Hodge
Gun Guard: Bonaventure

AM Count: 25

PM Count: 25

Comments:

7:25 Arrived at Camp C on stand-by due to rain.
11:50 Picked up 25x en-route to Mustard Greens
12:00 Arrived offered sunscreen / Shade Pavillion / Portapotty/ handwash 4 water coolers drink at will.
12:15 Set in for Work  1:00 Break  1:15 Break Over
1:30 Headland 25x back to Camp C
2:00 25x Returned to Camp C

VOTE003257

## Daily Line Counts

Line #: 24-25                    Date: 11-25-25

Pusher: M. Freeman
Gun Guard: K. Cammeron
Gun Guard: J. Crouse

AM Count: 15

PM Count: 15

Comments:

7:00am Arrived at Camp D Falcon gate
7:07am Open outer gate
7:12am Open inner gate
7:40am Close both gates
7:44am Arrived at processing plant & Grading Shed restroom water shelter available
8:00 made Rounds
8:30 made Rounds
9:00 made Rounds - and continue to Shells pecans
9:30 Call in Count
10:00 Made Rounds and Continue to Shell pecans
11:00 Chow arrived.
11:40 made rounds
12:15 Continue shelling pecans
12:40 made rounds
1:15 headland
1:30 unload trailer 134 mustard greens

1:40 Left processing plant & Grading Shed.
1:50 Arrived at Camp D Falcon gate.
1:53 Open both gates
1:57 Close both gates

VOTE003258

## Daily Line Counts

Line #: 24/25                          Date: 11/26/05

Pusher: E. Brown / C. Freeman
Gun Guard: L. Ellis
Gun Guard: K. Cameron

AM Count: 15X

PM Count: _____

Comments:

30A  Arrived at camp D / Falcon Gate
10A  Opened outer gate
5A   Opened inner gate
28A  Closed outer gate
30A  Left camp D with (15X)
13A  Arrived at processing plant / offenders working inside. Water and bathrooms ready and available.
10A  Break offered
5A   Break ended
4A   Called in count to camp D sallyport (15X)
00A  Break offered
5A   Break ended
10A  Headland
50A  Arrived at camp D with (15X)
15A  Left camp D

VOTE003260

Daily Line Counts

Line #: 15   Date: 11-26-25

Pusher: Coleman
Gun Guard: Hodge
Gun Guard: Bonaventure

AM Count: 45 X

PM Count: _____

Comments:

6:30 Arrived at Camp C
7:15 Picked up 45x en-route to Mustard Greens
7:30 Arrived offered sunscreen 1 Shade Pavillion
1 Porta Potty/handwash 4 water coolers drink at will.
7:45 Set in for work 8:30 Break 8:45 Break Over
9:15 Headland 45x back to Camp C
9:40 Dropped off 45x back to Camp C

VOTE003261