UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A　　　　　　　　　　　　CIVIL ACTION
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

VERSUS

JAMES LEBLANC, ET AL.　　　　　　　　　　　　　　NO. 23-01304-BAJ-EWD

ORDER

Considering the **Defendants' Motion to Stay August 22 Ruling and Order (Doc. 299)** ("the Motion"),

**IT IS ORDERED** that the Motion is **DENIED AS MOOT**. (*See* Doc. 321 (United States Court of Appeals for the Fifth Circuit's Order staying the Court's August 22, 2025 Injunction Order pending appeal)).

Baton Rouge, Louisiana, this 4th day of December, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA