IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ADMIT
CLASS CERTIFICATION EVIDENTIARY HEARING TESTIMONY**

Having considered Plaintiffs' Motion to Admit Class Certification Evidentiary Hearing Testimony, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED**:

The April 2025 class certification evidentiary hearing testimony from the following witnesses shall be admitted for purposes of trial without any limitation on any party's right to recall any such witness or to supplement the prior testimony:

Justin Cooley

Dr. Evelynn Hammonds

Damaris Jackson

Patrick Jones

Dr. Carl Keldie

Dr. Randy Lavespere

Ashli Oliveaux

Dr. Deleca Reynolds-Barnes

Dr. Joshua Sbicca

Orlando Scott

Roland Sylvester

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE