# Exhibit A

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 03:53 | NE 6 | 8.00 | Overcast | OVC003 | 53.1 | 52 | | | 96% | | | 29.93 | 1013.4 | | | |
| 07 | 02:53 | NE 6 | 7.00 | Overcast | OVC003 | 53.1 | 52 | | | 96% | | | 29.94 | 1013.9 | | | |
| 07 | 01:53 | SE 5 | 7.00 | Overcast | OVC004 | 53.1 | 52 | | | 96% | | | 29.95 | 1014.2 | | | |
| 07 | 00:53 | E 5 | 10.00 | Overcast | OVC004 | 53.1 | 52 | | | 96% | | | 29.96 | 1014.3 | | | |
| 06 | 23:53 | SE 7 | 10.00 | Overcast | OVC004 | 53.1 | 52 | 53.1 | 52 | 96% | | | 29.96 | 1014.6 | | | |
| 06 | 22:53 | E 6 | 9.00 | Overcast | OVC005 | 53.1 | 51.1 | | | 93% | | | 29.97 | 1014.9 | | | |
| 06 | 21:53 | E 8 | 10.00 | Overcast | OVC006 | 53.1 | 51.1 | | | 93% | | | 29.97 | 1014.9 | | | |
| 06 | 20:53 | SE 6 | 10.00 | Overcast | OVC005 | 53.1 | 51.1 | | | 93% | | | 29.98 | 1015.1 | | | |
| 06 | 19:53 | E 6 | 10.00 | Overcast | OVC006 | 52 | 50 | | | 93% | | | 29.98 | 1015.1 | | | |
| 06 | 18:53 | E 5 | 10.00 | Overcast | OVC008 | 52 | 50 | | | 93% | | | 29.98 | 1015.0 | | | |
| 06 | 17:53 | SE 6 | 10.00 | Overcast | OVC011 | 53.1 | 48.9 | 57.9 | 53.1 | 86% | | | 29.97 | 1014.8 | | | |
| 06 | 16:53 | E 9 | 10.00 | Overcast | OVC010 | 53.1 | 48.9 | | | 86% | | | 29.96 | 1014.4 | | | |
| 06 | 15:53 | E 7 | 10.00 | Overcast | OVC012 | 54 | 50 | | | 87% | | | 29.96 | 1014.3 | | | |
| 06 | 14:53 | SE 9 | 10.00 | Mostly Cloudy | BKN014 | 57 | 50 | | | 78% | | | 29.96 | 1014.3 | | | |
| 06 | 13:53 | SE 6 | 10.00 | Mostly Cloudy | BKN012 | 55.9 | 50 | | | 81% | | | 29.97 | 1014.7 | | | |
| 06 | 12:53 | E 7 | 10.00 | Overcast | OVC011 | 55 | 48.9 | | | 80% | | | 29.99 | 1015.6 | | | |
| 06 | 11:53 | NE 5 | 10.00 | Overcast | OVC009 | 53.1 | 48.9 | 53.1 | 46 | 86% | | | 30.01 | 1016.2 | | | 0.08 |
| 06 | 10:53 | E 5 | 10.00 | Mostly Cloudy | BKN005 | 51.1 | 48 | | | 89% | | | 30.03 | 1016.8 | | | |
| 06 | 09:53 | SE 7 | 5.00 | Fog/Mist | BKN005 OVC080 | 48 | 46.9 | | | 96% | 45 | | 30.04 | 1017.1 | 0.02 | | |
| 06 | 08:53 | Vrbl 3 | 5.00 | Rain Fog/Mist | BKN005 OVC080 | 46.9 | 46 | | | 97% | | | 30.06 | 1017.9 | 0.04 | 0.06 | |
| 06 | 07:53 | E 5 | 4.00 | Light Rain Fog/Mist | OVC003 | 46 | 45 | | | 96% | 44 | | 30.05 | 1017.5 | 0.02 | | |
| 06 | 06:53 | NE 6 | 10.00 | Light Rain | OVC003 | 46 | 45 | | | 96% | 44 | | 30.04 | 1017.1 | | | |
| 06 | 05:53 | NE 3 | 10.00 | Light Rain | BKN005 OVC012 | 46 | 45 | 46 | 46 | 96% | | | 30.03 | 1016.8 | | | |
| 06 | 04:53 | N 3 | 10.00 | Overcast | BKN005 OVC012 | 46 | 45 | | | 96% | | | 30.03 | 1016.8 | | | |
| 06 | 03:53 | Calm | 10.00 | Mostly Cloudy | BKN005 | 46 | 45 | | | 96% | | | 30.01 | 1016.2 | | | |
| 06 | 02:53 | N 5 | 10.00 | Light Rain | BKN006 OVC070 | 46 | 45 | | | 96% | 44 | | 30.03 | 1016.9 | | | |
| 06 | 01:53 | SE 3 | 10.00 | Overcast | BKN005 OVC085 | 46 | 45 | | | 96% | | | 30.02 | 1016.5 | | | |
| 06 | 00:53 | NE 5 | 10.00 | Overcast | BKN005 OVC085 | 46 | 44.1 | | | 93% | 44 | | 30.01 | 1016.4 | | | |
| 05 | 23:53 | N 3 | 10.00 | Overcast | OVC004 | 46 | 44.1 | 46 | 45 | 93% | | | 30.03 | 1016.8 | | | 0.01 |
| 05 | 22:53 | NE 5 | 10.00 | Overcast | OVC006 | 45 | 45 | | | 100% | 43 | | 30.02 | 1016.4 | | | |
| 05 | 21:53 | Calm | 10.00 | Mostly Cloudy | BKN005 | 45 | 44.1 | | | 97% | | | 30.04 | 1017.3 | | | |
| 05 | 20:53 | E 5 | 10.00 | Overcast | OVC007 | 45 | 44.1 | | | 97% | 43 | | 30.02 | 1016.7 | 0.01 | 0.01 | |
| 05 | 19:53 | E 3 | 10.00 | Overcast | BKN007 BKN095 OVC120 | 45 | 44.1 | | | 97% | | | 30.04 | 1017.3 | | | |
| 05 | 18:53 | NE 5 | 10.00 | Light Rain | BKN007 OVC110 | 45 | 44.1 | | | 97% | 43 | | 30.06 | 1017.8 | | | |
| 05 | 17:53 | NE 3 | 10.00 | Overcast | OVC008 | 45 | 43 | 46.9 | 45 | 93% | | | 30.05 | 1017.5 | | | |
| 05 | 16:53 | N 5 | 10.00 | Light Rain | OVC008 | 46 | 43 | | | 89% | 44 | | 30.03 | 1016.8 | | | |
| 05 | 15:53 | NW 5 | 10.00 | Overcast | OVC008 | 46 | 43 | | | 89% | 44 | | 30.04 | 1017.4 | | | |
| 05 | 14:53 | NW 3 | 10.00 | Light Rain | OVC009 | 46 | 43 | | | 89% | | | 30.04 | 1017.2 | | | |
| 05 | 13:53 | NE 6 | 10.00 | Overcast | OVC009 | 46.9 | 43 | | | 86% | 45 | | 30.04 | 1017.2 | | | |
| 05 | 12:53 | N 6 | 10.00 | Overcast | OVC008 | 46 | 43 | | | 89% | 44 | | 30.06 | 1018.0 | | | |
| 05 | 11:53 | NW 3 | 10.00 | Overcast | OVC008 | 45 | 42.1 | 45 | 43 | 90% | | | 30.1 | 1019.4 | | | |
| 05 | 10:53 | N 6 | 10.00 | Overcast | OVC007 | 45 | 42.1 | | | 90% | 42 | | 30.1 | 1019.3 | | | |



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 13:53 | NE 6 | 10.00 | Overcast | OVC009 | 46.9 | 43 | | | 86% | 45 | | 30.04 | 1017.2 | | | |
| 05 | 12:53 | N 6 | 10.00 | Overcast | OVC008 | 46 | 43 | | | 89% | 44 | | 30.06 | 1018.0 | | | |
| 05 | 11:53 | NW 3 | 10.00 | Overcast | OVC008 | 45 | 42.1 | 45 | 43 | 90% | | | 30.1 | 1019.4 | | | |
| 05 | 10:53 | N 6 | 10.00 | Overcast | OVC007 | 45 | 42.1 | | | 90% | 42 | | 30.1 | 1019.3 | | | |
| 05 | 09:53 | N 6 | 10.00 | Light Rain | OVC008 | 44.1 | 42.1 | | | 93% | 41 | | 30.11 | 1019.6 | | | |
| 05 | 08:53 | N 3 | 10.00 | Overcast | OVC007 | 44.1 | 42.1 | | | 93% | | | 30.11 | 1019.4 | | | |
| 05 | 07:53 | N 7 | 6.00 | Fog/Mist | OVC006 | 43 | 41 | | | 93% | 39 | | 30.09 | 1018.9 | | | |
| 05 | 06:53 | N 5 | 10.00 | Overcast | OVC003 | 43 | 41 | | | 93% | 41 | | 30.1 | 1019.0 | | | |
| 05 | 05:53 | N 6 | 10.00 | Overcast | OVC003 | 43 | 42.1 | 46 | 42.1 | 97% | 40 | | 30.07 | 1018.2 | | | |
| 05 | 04:53 | N 6 | 10.00 | Overcast | OVC003 | 42.1 | 41 | | | 96% | 39 | | 30.08 | 1018.6 | | | |
| 05 | 03:53 | Vrbl 6 G 17 | 5.00 | Fog/Mist | OVC004 | 43 | 43 | | | 100% | 40 | | 30.09 | 1018.7 | | | |
| 05 | 02:53 | N 10 | 7.00 | Overcast | OVC005 | 46 | 45 | | | 96% | 42 | | 30.07 | 1018.2 | | | |
| 05 | 01:53 | N 6 | 5.00 | Fog/Mist | OVC006 | 46 | 45 | | | 96% | 44 | | 30.06 | 1017.7 | | | |
| 05 | 00:53 | N 5 | 10.00 | Overcast | SCT006 OVC020 | 46 | 45 | | | 96% | 44 | | 30.05 | 1017.6 | | | |
| 04 | 23:53 | N 7 | 8.00 | Overcast | OVC006 | 46 | 45 | 52 | 46 | 96% | 43 | | 30.08 | 1018.5 | | | |
| 04 | 22:53 | N 7 | 8.00 | Light Rain | OVC010 | 48.9 | 46.9 | | | 93% | 46 | | 30.09 | 1018.7 | | | |
| 04 | 21:53 | N 7 | 10.00 | Overcast | OVC004 | 50 | 48.9 | | | 96% | 48 | | 30.08 | 1018.4 | | | |
| 04 | 20:53 | N 8 | 3.00 | Light Rain Fog/Mist | OVC004 | 50 | 48.9 | | | 96% | 47 | | 30.09 | 1018.7 | | | |
| 04 | 19:53 | N 6 | 3.00 | Fog/Mist | OVC007 | 52 | 51.1 | | | 97% | | | 30.07 | 1018.1 | | | |
| 04 | 18:53 | NE 5 | 5.00 | Light Rain | BKN004 OVC009 | 52 | 51.1 | | | 97% | | | 30.06 | 1017.7 | | | |
| 04 | 17:53 | N 8 | 4.00 | Light Rain Fog/Mist | BKN004 OVC009 | 52 | 51.1 | 53.1 | 50 | 97% | | | 30.03 | 1016.8 | 0.03 | | 0.85 |
| 04 | 16:53 | NW 6 | 4.00 | Light Rain Fog/Mist | BKN004 OVC009 | 51.1 | 50 | | | 96% | | | 30.04 | 1017.2 | 0.22 | | |
| 04 | 15:53 | N 3 | 0.75 | Heavy Rain Fog/Mist | BKN004 OVC009 | 50 | 50 | | | 100% | | | 30.01 | 1016.0 | 0.19 | | |
| 04 | 14:53 | NE 7 | 5.00 | Rain Fog/Mist | OVC004 | 51.1 | 50 | | | 96% | | | 29.99 | 1015.5 | 0.07 | 0.41 | |
| 04 | 13:53 | NE 8 | 5.00 | Rain Fog/Mist | OVC004 | 51.1 | 50 | | | 96% | | | 30 | 1015.9 | 0.32 | | |
| 04 | 12:53 | NE 8 | 4.00 | Heavy Rain Fog/Mist | OVC003 | 52 | 51.1 | | | 97% | | | 30.02 | 1016.6 | 0.02 | | |
| 04 | 11:53 | NE 13 | 10.00 | Overcast | OVC005 | 53.1 | 52 | 55 | 51.1 | 96% | | | 30.04 | 1017.2 | | | 2.01 |
| 04 | 10:53 | NE 9 | 10.00 | Overcast | OVC005 | 54 | 52 | | | 93% | | | 30.08 | 1018.5 | 0.03 | | |
| 04 | 09:53 | NE 9 | 6.00 | Heavy Rain Fog/Mist | BKN007 BKN050 OVC080 | 53.1 | 52 | | | 96% | | | 30.08 | 1018.6 | 0.1 | | |
| 04 | 08:53 | NE 14 | 10.00 | Light Rain | BKN004 BKN044 OVC080 | 53.1 | 52 | | | 96% | | | 30.06 | 1017.7 | 0.41 | 1.88 | |
| 04 | 07:53 | Vrbl 7 | 2.50 | Heavy Rain Fog/Mist | BKN008 BKN030 OVC036 | 55 | 54 | | | 96% | | | 30.07 | 1018.0 | 0.99 | | |
| 04 | 06:53 | NE 10 | 2.50 | Heavy Rain Fog/Mist | FEW006 BKN028 OVC036 | 53.1 | 52 | | | 96% | | | 30.05 | 1017.4 | 0.48 | | |
| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003283

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 04 | 05:53 | E 8 | 3.00 | Heavy Rain Fog/Mist | SCT005 BKN015 OVC021 | 51.1 | 50 | 51.1 | 48.9 | 96% | | | 30.02 | 1016.4 | 0.34 | | 1.84 |
| 04 | 04:53 | NE 12 | 8.00 | Thunderstorm in Vicinity Rain | SCT004 SCT017 OVC025 | 50 | 48.9 | | | 96% | 46 | | 30.03 | 1016.7 | 0.24 | | |
| 04 | 03:53 | NE 10 | 8.00 | Thunderstorm Light Rain | BKN005 BKN043 OVC055 | 48.9 | 48 | | | 97% | 45 | | 30.04 | 1017.0 | 0.67 | | |
| 04 | 02:53 | E 9 | 3.00 | Heavy Rain Fog/Mist | BKN009 BKN019 OVC039 | 48.9 | 48 | | | 97% | 45 | | 30.06 | 1017.7 | 0.3 | 0.59 | |
| 04 | 01:53 | NE 12 | 4.00 | Heavy Rain Fog/Mist | OVC042 | 48.9 | 46.9 | | | 93% | 45 | | 30.06 | 1017.7 | 0.17 | | |
| 04 | 00:53 | SE 5 | 9.00 | Rain | FEW041 SCT055 BKN100 | 48.9 | 46.9 | | | 93% | 48 | | 30.09 | 1018.9 | 0.12 | | |
| 03 | 23:53 | E 5 | 9.00 | Rain | FEW039 BKN050 OVC080 | 48.9 | 46.9 | 50 | 46.9 | 93% | 48 | | 30.12 | 1019.8 | 0.1 | | 0.1 |
| 03 | 22:53 | E 7 | 10.00 | Light Rain | OVC060 | 50 | 43 | | | 77% | 48 | | 30.13 | 1020.2 | | | |
| 03 | 21:53 | E 7 | 10.00 | Mostly Cloudy | BKN065 BKN090 | 48.9 | 41 | | | 74% | 46 | | 30.11 | 1019.8 | | | |
| 03 | 20:53 | SE 6 | 10.00 | Overcast | BKN055 OVC070 | 48.9 | 39.9 | | | 71% | 47 | | 30.14 | 1020.5 | | | |
| 03 | 19:53 | E 6 | 10.00 | Overcast | OVC050 | 48.9 | 41 | | | 74% | 47 | | 30.15 | 1020.8 | | | |
| 03 | 18:53 | E 6 | 10.00 | Overcast | OVC048 | 48.9 | 41 | | | 74% | 47 | | 30.15 | 1021.0 | | | |
| 03 | 17:53 | NE 3 | 10.00 | Partly Cloudy | SCT060 | 46.9 | 39.9 | 53.1 | 46 | 77% | | | 30.13 | 1020.2 | | | |
| 03 | 16:53 | E 5 | 10.00 | Fair | CLR | 50 | 39 | | | 66% | 49 | | 30.12 | 1020.0 | | | |
| 03 | 15:53 | NE 5 | 10.00 | Partly Cloudy | SCT055 | 52 | 39 | | | 61% | | | 30.11 | 1019.7 | | | |
| 03 | 14:53 | E 6 | 10.00 | Mostly Cloudy | BKN070 | 52 | 37.9 | | | 59% | | | 30.11 | 1019.7 | | | |
| 03 | 13:53 | Calm | 10.00 | Mostly Cloudy | BKN060 | 50 | 37.9 | | | 63% | | | 30.11 | 1019.7 | | | |
| 03 | 12:53 | E 5 | 10.00 | Overcast | OVC070 | 48 | 37 | | | 66% | 47 | | 30.12 | 1020.0 | | | |
| 03 | 11:53 | SE 8 | 10.00 | Overcast | OVC075 | 46 | 36 | 46 | 32 | 68% | 42 | | 30.16 | 1021.2 | | | |
| 03 | 10:53 | E 3 | 10.00 | Partly Cloudy | FEW013 SCT075 | 43 | 35.1 | | | 74% | | | 30.18 | 1022.1 | | | |
| 03 | 09:53 | SE 6 | 10.00 | Overcast | OVC010 | 41 | 35.1 | | | 79% | 38 | | 30.21 | 1022.9 | | | |
| 03 | 08:53 | E 7 | 10.00 | Overcast | OVC008 | 37 | 34 | | | 89% | 32 | | 30.21 | 1023.1 | | | |
| 03 | 07:53 | SE 6 | 10.00 | Overcast | OVC007 | 36 | 34 | | | 93% | 32 | | 30.19 | 1022.4 | | | |
| 03 | 06:53 | E 6 | 10.00 | Overcast | OVC009 | 35.1 | 33.1 | | | 93% | 31 | | 30.17 | 1021.7 | | | |
| 03 | 05:53 | NE 5 | 10.00 | Partly Cloudy | SCT014 | 32 | 30.9 | 35.1 | 32 | 96% | 28 | | 30.14 | 1020.7 | | | |
| 03 | 04:53 | Calm | 10.00 | Fair | CLR | 33.1 | 30.9 | | | 92% | | | 30.12 | 1020.0 | | | |
| 03 | 03:53 | Calm | 10.00 | Fair | CLR | 32 | 30.9 | | | 96% | | | 30.11 | 1019.7 | | | |
| 03 | 02:53 | Calm | 10.00 | Fair | CLR | 33.1 | 32 | | | 96% | | | 30.12 | 1019.9 | | | |
| 03 | 01:53 | Calm | 10.00 | Fair | CLR | 33.1 | 32 | | | 96% | | | 30.12 | 1019.9 | | | |
| 03 | 00:53 | Calm | 10.00 | Fair | CLR | 34 | 32 | | | 92% | | | 30.12 | 1019.9 | | | |
| 02 | 23:53 | NE 5 | 10.00 | Fair | CLR | 35.1 | 32 | 41 | 35.1 | 89% | 32 | | 30.11 | 1019.5 | | | |
| 02 | 22:53 | NE 8 | 10.00 | Overcast | OVC015 | 37.9 | 33.1 | | | 83% | 33 | | 30.13 | 1020.3 | | | |
| 02 | 21:53 | N 8 | 10.00 | Overcast | OVC017 | 37.9 | 32 | | | 79% | 33 | | 30.14 | 1020.5 | | | |
| 02 | 20:53 | E 8 | 10.00 | Overcast | OVC017 | 39 | 33.1 | | | 79% | 34 | | 30.14 | 1020.5 | | | |
| 02 | 19:53 | N 7 | 10.00 | Overcast | OVC018 | 39 | 32 | | | 76% | 35 | | 30.12 | 1020.0 | | | |
| 02 | 18:53 | N 10 | 10.00 | Overcast | OVC020 | 39.9 | 32 | | | 73% | 34 | | 30.11 | 1019.6 | | | |
| 02 | 17:53 | N 10 | 10.00 | Overcast | OVC021 | 41 | 33.1 | 48 | 41 | 73% | 35 | | 30.11 | 1019.6 | | | |
| 02 | 16:53 | N 7 | 10.00 | Overcast | OVC023 | 42.1 | 34 | | | 73% | 38 | | 30.1 | 1019.3 | | | |
| 02 | 15:53 | N 9 | 10.00 | Overcast | OVC025 | 45 | 34 | | | 66% | 41 | | 30.09 | 1019.1 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Temperature (°F) | | | | | | | Pressure | | Precipitation (in) | | |

VOTE003284

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Weather observations for the past three days for**

## Baton Rouge, Baton Rouge Metropolitan, Ryan Field

Imperial (Metric)

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Temperature (°F) Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | Pressure sea level (mb) | Precipitation (in) 1 hr | Precipitation (in) 3 hr | Precipitation (in) 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 13:53 | Calm | 10.00 | Mostly Cloudy | BKN060 | 50 | 37.9 | | | 63% | | | 30.11 | 1019.7 | | | |
| 03 | 12:53 | E 5 | 10.00 | Overcast | OVC070 | 48 | 37 | | | 66% | 47 | | 30.12 | 1020.0 | | | |
| 03 | 11:53 | SE 8 | 10.00 | Overcast | OVC075 | 46 | 36 | 46 | 32 | 68% | 42 | | 30.16 | 1021.2 | | | |
| 03 | 10:53 | E 3 | 10.00 | Partly Cloudy | FEW013 SCT075 | 43 | 35.1 | | | 74% | | | 30.18 | 1022.1 | | | |
| 03 | 09:53 | SE 6 | 10.00 | Overcast | OVC010 | 41 | 35.1 | | | 79% | 38 | | 30.21 | 1022.9 | | | |
| 03 | 08:53 | E 7 | 10.00 | Overcast | OVC008 | 37 | 34 | | | 89% | 32 | | 30.21 | 1023.1 | | | |
| 03 | 07:53 | SE 6 | 10.00 | Overcast | OVC007 | 36 | 34 | | | 93% | 32 | | 30.19 | 1022.4 | | | |
| 03 | 06:53 | E 6 | 10.00 | Overcast | OVC009 | 35.1 | 33.1 | | | 93% | 31 | | 30.17 | 1021.7 | | | |
| 03 | 05:53 | NE 5 | 10.00 | Partly Cloudy | SCT014 | 32 | 30.9 | 35.1 | 32 | 96% | 28 | | 30.14 | 1020.7 | | | |
| 03 | 04:53 | Calm | 10.00 | Fair | CLR | 33.1 | 30.9 | | | 92% | | | 30.12 | 1020.0 | | | |
| 03 | 03:53 | Calm | 10.00 | Fair | CLR | 32 | 30.9 | | | 96% | | | 30.11 | 1019.7 | | | |
| 03 | 02:53 | Calm | 10.00 | Fair | CLR | 33.1 | 32 | | | 96% | | | 30.12 | 1019.9 | | | |
| 03 | 01:53 | Calm | 10.00 | Fair | CLR | 33.1 | 32 | | | 96% | | | 30.12 | 1019.9 | | | |
| 03 | 00:53 | Calm | 10.00 | Fair | CLR | 34 | 32 | | | 92% | | | 30.12 | 1019.9 | | | |
| 02 | 23:53 | NE 5 | 10.00 | Fair | CLR | 35.1 | 32 | 41 | 35.1 | 89% | 32 | | 30.11 | 1019.5 | | | |
| 02 | 22:53 | NE 8 | 10.00 | Overcast | OVC015 | 37.9 | 33.1 | | | 83% | 33 | | 30.13 | 1020.3 | | | |
| 02 | 21:53 | N 8 | 10.00 | Overcast | OVC017 | 37.9 | 32 | | | 79% | 33 | | 30.14 | 1020.5 | | | |
| 02 | 20:53 | E 8 | 10.00 | Overcast | OVC017 | 39 | 33.1 | | | 79% | 34 | | 30.14 | 1020.5 | | | |
| 02 | 19:53 | N 7 | 10.00 | Overcast | OVC018 | 39 | 32 | | | 76% | 35 | | 30.12 | 1020.0 | | | |
| 02 | 18:53 | N 10 | 10.00 | Overcast | OVC020 | 39.9 | 32 | | | 73% | 34 | | 30.11 | 1019.6 | | | |
| 02 | 17:53 | N 10 | 10.00 | Overcast | OVC021 | 41 | 33.1 | 48 | 41 | 73% | 35 | | 30.11 | 1019.6 | | | |
| 02 | 16:53 | N 7 | 10.00 | Overcast | OVC023 | 42.1 | 34 | | | 73% | 38 | | 30.1 | 1019.3 | | | |
| 02 | 15:53 | N 9 | 10.00 | Overcast | OVC025 | 45 | 34 | | | 66% | 41 | | 30.09 | 1019.1 | | | |
| 02 | 14:53 | N 12 | 10.00 | Mostly Cloudy | BKN025 | 46 | 34 | | | 63% | 41 | | 30.08 | 1018.6 | | | |
| 02 | 13:53 | N 9 G 17 | 10.00 | Overcast | OVC023 | 46 | 35.1 | | | 66% | 42 | | 30.08 | 1018.4 | | | |
| 02 | 12:53 | N 7 G 16 | 10.00 | Overcast | OVC019 | 45 | 35.1 | | | 68% | 42 | | 30.08 | 1018.6 | | | |
| 02 | 11:53 | N 10 G 21 | 10.00 | Overcast | OVC018 | 43 | 36 | 43 | 39 | 76% | 38 | | 30.1 | 1019.3 | | | |
| 02 | 10:53 | N 13 G 22 | 10.00 | Overcast | OVC016 | 41 | 34 | | | 76% | 34 | | 30.12 | 1019.8 | | | |
| 02 | 09:53 | N 14 G 23 | 10.00 | Overcast | OVC014 | 39.9 | 34 | | | 79% | 33 | | 30.13 | 1020.2 | | | |
| 02 | 08:53 | N 10 G 20 | 10.00 | Overcast | OVC012 | 39 | 35.1 | | | 86% | 33 | | 30.12 | 1019.7 | | | |
| 02 | 07:53 | N 12 G 20 | 10.00 | Overcast | OVC008 | 39 | 36 | | | 89% | 32 | | 30.1 | 1019.1 | | | |
| 02 | 06:53 | NW 10 G 17 | 10.00 | Overcast | OVC008 | 39 | 37 | | | 93% | 33 | | 30.08 | 1018.6 | | | |
| 02 | 05:53 | N 9 G 20 | 10.00 | Overcast | BKN009 OVC013 | 41 | 37.9 | 46 | 41 | 89% | 36 | | 30.05 | 1017.4 | | | 0.01 |
| 02 | 04:53 | NW 9 G 17 | 10.00 | Light Rain | OVC009 | 41 | 39 | | | 93% | 36 | | 30.02 | 1016.4 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | Max. 6 hour | Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

Temperature (°F) — Pressure — Precipitation (in)

VOTE003278

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 03:53 | N 9 G 23 | 10.00 | Overcast | BKN007 OVC012 | 42.1 | 39.9 | | | 92% | 37 | | 30.01 | 1016.1 | 0.01 | | |
| 02 | 02:53 | Vrbl 7 G 18 | 10.00 | Overcast | OVC008 | 44.1 | 41 | | | 89% | 41 | | 30 | 1015.7 | | | |
| 02 | 01:53 | N 7 G 18 | 10.00 | Overcast | OVC010 | 45 | 43 | | | 93% | 42 | | 29.99 | 1015.5 | | | |
| 02 | 00:53 | N 8 | 10.00 | Overcast | OVC006 | 46 | 44.1 | | | 93% | 42 | | 29.99 | 1015.5 | | | |
| 01 | 23:53 | NW 6 | 10.00 | Overcast | OVC004 | 46 | 46 | 55.9 | 46 | 100% | 44 | | 30.01 | 1016.0 | | 0.01 | |
| 01 | 22:53 | NW 9 | 5.00 | Fog/Mist | OVC002 | 53.1 | 52 | | | 96% | | | 29.98 | 1015.1 | | | |
| 01 | 21:53 | NW 6 | 5.00 | Fog/Mist | OVC004 | 55 | 55 | | | 100% | | | 29.96 | 1014.5 | | | |
| 01 | 20:53 | NW 9 | 8.00 | Overcast | BKN004 OVC110 | 55 | 54 | | | 96% | | | 29.93 | 1013.3 | | 0.01 | |
| 01 | 19:53 | SE 5 | 10.00 | Overcast | OVC004 | 55 | 54 | | | 96% | | | 29.93 | 1013.5 | | | |
| 01 | 18:53 | SE 5 | 10.00 | Light Rain | SCT004 SCT055 BKN100 | 55 | 54 | | | 96% | | | 29.94 | 1013.8 | 0.01 | | |
| 01 | 17:53 | E 7 | 10.00 | Light Rain | OVC060 | 55 | 54 | 57.9 | 55 | 96% | | | 29.97 | 1014.6 | 0.02 | | 0.09 |
| 01 | 16:53 | E 7 | 5.00 | Light Rain Fog/Mist | FEW034 BKN050 OVC070 | 55 | 54 | | | 96% | | | 30.01 | 1016.0 | 0.07 | | |
| 01 | 15:53 | NW 3 | 10.00 | Light Rain | OVC013 | 55.9 | 51.1 | | | 84% | | | 30.02 | 1016.5 | | | |
| 01 | 14:53 | N 5 | 10.00 | Overcast | OVC013 | 57.9 | 52 | | | 81% | | | 30.01 | 1016.0 | | | |
| 01 | 13:53 | N 3 | 10.00 | Overcast | OVC013 | 57 | 51.1 | | | 81% | | | 30.02 | 1016.6 | | | |
| 01 | 12:53 | E 5 | 10.00 | Overcast | OVC013 | 57 | 50 | | | 78% | | | 30.05 | 1017.5 | | | |
| 01 | 11:53 | E 7 | 10.00 | Overcast | OVC013 | 55.9 | 50 | 55.9 | 46 | 81% | | | 30.07 | 1018.3 | | | |
| 01 | 10:53 | E 10 | 10.00 | Overcast | OVC013 | 54 | 48 | | | 80% | | | 30.11 | 1019.5 | | | |
| 01 | 09:53 | E 8 | 10.00 | Mostly Cloudy | BKN075 | 52 | 46.9 | | | 83% | | | 30.13 | 1020.3 | | | |
| 01 | 08:53 | E 10 | 10.00 | Mostly Cloudy | BKN080 | 50 | 45 | | | 83% | 46 | | 30.15 | 1020.8 | | | |
| 01 | 07:53 | E 9 | 10.00 | Mostly Cloudy | BKN080 | 48 | 44.1 | | | 86% | 44 | | 30.15 | 1020.9 | | | |
| 01 | 06:53 | E 8 | 10.00 | Mostly Cloudy | BKN080 | 46 | 43 | | | 89% | 42 | | 30.15 | 1020.9 | | | |
| 01 | 05:53 | NE 7 | 10.00 | A Few Clouds | FEW010 | 46.9 | 44.1 | 46.9 | 45 | 90% | 44 | | 30.16 | 1021.3 | | | |
| 01 | 04:53 | NE 6 | 10.00 | Overcast | OVC008 | 46.9 | 44.1 | | | 90% | 45 | | 30.17 | 1021.4 | | | |
| 01 | 03:53 | NE 6 | 10.00 | Overcast | OVC008 | 46 | 44.1 | | | 93% | 44 | | 30.18 | 1021.9 | | | |
| 01 | 02:53 | NE 8 | 10.00 | Overcast | OVC008 | 46 | 43 | | | 89% | 42 | | 30.18 | 1022.0 | | | |
| 01 | 01:53 | NE 7 | 10.00 | Overcast | OVC009 | 46 | 43 | | | 89% | 43 | | 30.22 | 1023.1 | | | |
| 01 | 00:53 | NE 7 | 10.00 | Overcast | OVC009 | 45 | 43 | | | 93% | 42 | | 30.23 | 1023.7 | | | |
| 30 | 23:53 | NE 12 | 10.00 | Overcast | OVC008 | 45 | 43 | 50 | 45 | 93% | 40 | | 30.23 | 1023.7 | | | |
| 30 | 22:53 | NE 12 | 10.00 | Overcast | OVC009 | 45 | 42.1 | | | 90% | 40 | | 30.25 | 1024.3 | | | |
| 30 | 21:53 | NE 10 | 10.00 | Overcast | OVC009 | 46 | 43 | | | 89% | 42 | | 30.23 | 1023.5 | | | |
| 30 | 20:53 | N 12 | 10.00 | Overcast | OVC008 | 46 | 44.1 | | | 93% | 41 | | 30.24 | 1023.9 | | | |
| 30 | 19:53 | NE 12 | 10.00 | Overcast | OVC008 | 46.9 | 45 | | | 93% | 42 | | 30.23 | 1023.7 | | | |
| 30 | 18:53 | N 8 | 10.00 | Overcast | OVC006 | 48 | 46 | | | 93% | 45 | | 30.22 | 1023.3 | | | |
| 30 | 17:53 | N 13 | 2.00 | Fog/Mist | OVC003 | 50 | 48 | 61 | 50 | 93% | 46 | | 30.2 | 1022.4 | | | |
| 30 | 16:53 | N 13 G 18 | 10.00 | Overcast | OVC004 | 53.1 | 52 | | | 96% | | | 30.16 | 1021.3 | | | |
| 30 | 15:53 | N 10 | 10.00 | Overcast | OVC004 | 55 | 54 | | | 96% | | | 30.15 | 1020.8 | | | |

| Date | Time (cst) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | Max. 6 hour | Min. 6 hour | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VOTE003279