# Exhibit B

## Daily Line Counts

Line #: 24-25

Date: 12-3-25

Pusher: S. Freeman
Gun Guard: Cammeron
Gun Guard: Crouse

AM Count: 17

PM Count: 27

Comments:

6:25 - arrived at Camp D Falcon gate
7:28 open both gates
7:58 close both gate
8:05 arrived at turn up Field / Shade trailer and portal potty was available. 3 water bucket was provided and 1 wash station was provided
8:15 Pass out Knives for working
8:20 begin working
9:00 - took 15 minute break - 9:20 break ended bathroom and water and shade was provided
10:00 - picked up all cutting tool - knives
10:15 - head land to Camp D gate
10:21 - arrived at gate
11:00 Enter Camp D for chow
11:35 Check out 10 more offenders.
11:40 walked out Camp D Falcon gate
12:00 started walking to Turnup field
12:18 made it to Field
12:20 start working
1:15 picked up knives
1:20 head land
1:25 arrived at Falcon gate
1:30 open both gates
1:50 Close both gates.

VOTE003286

## Daily Line Counts

Line #: __15__                    Date: __12-3-25__

Pusher: __Coleman__
Gun Guard: __Hodge__
Gun Guard: __Bonaventure__

AM Count: __10x__

PM Count: __33x__

Comments:

6:30 Arrived at Camp C for line 15.
7:25 Picked up 10x en-route to Collard Greens
7:35 Arrived offered sunscreen / Shade Pavillion 4 water coolers drink at will / Porta potty / handwash.
8:00 Set in for work  8:45 Break  9:00 Break over
9:45 Break #2  10:00 Shortline 20x to Camp C for lunch.
11:45 33x leaving Camp C back to Collard Greens
11:55 Arrived offered sunscreen / Shade Pavillion / Porta Potty / handwash 4 water coolers drink at will
12:00 Set in for work  12:45 Break #3  1:00 Break over
1:30 Headland 33x back to Camp C
2:00 33x returned to Camp C

VOTE003287

## Daily Line Counts

Line #: 15                    Date: 12-2-25

Pusher: Coleman
Gun Guard: Hodge
Gun Guard: Bonaventure

AM Count: 20x

PM Count: 20x

Comments:

6:25 Arrived at Camp C for line 15
7:25 Picked up 20x en-route to Collard Greens
7:40 Arrived offered sunscreen / Shade Pavillion / porta potty / handwash 4 water coolers drink at will.
8:00 Set in for work 8:45 Break 9:00 Break Over
9:45 Break #2 10:00 Shortline 20x to Camp C for lunch
10:40 20x leaving Camp C en-route to Collard Greens
10:50 Arrived offered sunscreen / Shade Pavillion / Porta Potty / handwash 4 water coolers drink at will.
11:00 Set in for work 11:45 Break #3 12:00 Break Over
12:45 Break #4 1:00 Break Over
1:45 Break #5 2:00 Headland 20x back to Camp C
2:15 20x returned to Camp C

VOTE003288

## Daily Line Counts

Line #: 15                                    Date: 12-1-25

Pusher: Coleman
Gun Guard: Hodge
Gun Guard: Bonaventure

AM Count: 36x

PM Count: 34x

Comments:

6:30 - Arrived at Camp C for Line 15
7:10 - Picked up 36x en-route to Mustard Greens
7:40 Arrived offered sunscreen / Shade Pavillion / porta potty / handwash 4 water coolers drink at will.
8:00 Set in for work 8:45 Break 9:00 Break Over
9:45 Break #2  10:00 Shortline 36x to Camp C for lunch 11:10 a.m. left Camp C with Shortline 36x returning to Mustard greens 11:20 a.m. Line 15 34x returning to Mustard greens offered sunscreen / shade pavillion / porta potty / handwash station, 4 water coolers drink at will 11:20 a.m. Line 15 on standby due to rain. Headed back to Camp C 11:30 am due to rain, 34x in route back to Camp C. Dropped off 34x 11:45 back to Camp C

VOTE003289

## Daily Line Counts

Line #: __24-25__   Date: __12-2-25__

Pusher: __M. Freeman__
Gun Guard: __J. Mayberry__
Gun Guard: __Cammeron / L. Ellis__

AM Count: __16__

PM Count: __15__

Comments:

6:89 arrived at Camp D Falcon gate
7:16 open both gates.
7:37 Close both gates
7:46 arrived at processing plant
8:00 Start shelling pecans
8:28 Locked up Dewayne Dobbins #525748
9:30 Called in Count
10:00 167 sacks of Collard greens from Field
10:40. ★ Wash all sacks stacked in Cooler
10:50 Made Rounds still Shelling pecans
11:50 made Rounds Continue shelling pecans.
12:20 Made Rounds
1:28. unload 242 Collard greens sacks
2:00 unload 37 Sacks Collard greens
2:09. Head Land.
2:14 Leaving processing plant

2:20 arrived and opend Camp D Falcon gate.

2:30 close both gates.

VOTE003290

# Daily Line Counts

Line #: 24-25                    Date: 12·1·25

Pusher: M. Freeman/J. Crouse
Gun Guard: Cammeron
Gun Guard: L. Ellis / J. Mayberry

AM Count: 24

PM Count: 24

Comments:

6:23 Arrived at camp D Falcon Gate
7:00 opened both gates
7:04 Call first offender
7:38 Close both gate
7:52 Arrived at processing plant
9:31 Call Count in
9:41 Unloaded 206
9:50 Camp D pick up 50 sacks of Mustard greens
10:14 - Trailer came unload at +13 113 sacks of Mustard greens.
10:45 Chow arrived all offenders were fed
11:20 Camp F and camp L came for vegetables
12:20 Continue shelling pecans.
1:15 headcount & conducts body pat search before leaving plant
1:00 Left processing plant
1:28 open both gates
1:35 close both gates

VOTE003291