# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated,

**VERSUS**

**JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.**

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

**CIVIL ACTION**

**NO.:  3:23-cv-1304-BAJ-EWD**

**JUDGE BRIAN A. JACKSON**

**MAGISTRATE JUDGE
    ERIN WILDER-DOOMES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# AFFIDAVIT

**STATE OF PENNSYLVANIA**

**BUCKS COUNTY**

**BEFORE ME**, the undersigned notary, duly authorized in the State and County aforesaid, personally came and appeared:

## Dr. Carl Keldie

Who, based upon his personal knowledge, did depose and say the following:

1. I submit this declaration in accordance with this Court's Scheduling Order to address current conditions since my last report dated April 10, 2025.

**Site Visit**

2. On October 29, 2025, I conducted an additional site visit to LSP. I arrived at LSP at 7:00 am.

3. Despite the fact that LSP has in place sufficient preventative mitigatory interventions, LSP continues to make improvements. The main purpose of the tour was to visualize the structures that had been or were currently being built to serve as rest areas during the currently mandated 15-minute breaks after each 45 minutes of work.

4. At the time of my visit, I observed three completed structures. I understand additional structures were under construction at that time. We stopped at one and walked the perimeter of the unit, observed the seating provided and turned on the water and electricity that was supplied. Additionally, we turned on the fans.

5. LSP employees talked us through the current plans to add another 20 or so units to assure access to these rest and cooling stations. It is planned to have three such structures per field. This is in addition to the mobile unit that has been in use for over a year. I was also informed that retractable shade canopies had been ordered for the structures.

6. Since my site visit, I have been provided photographs of retractable shades canopies that were installed on the pavilions, which ensures additional shade to the offenders that can be adjusted as the sun moves. See attached.

7. During my site visit, I did observe offenders accessing the fields and begin work.

**Weather Station**

8. In addition to the shade pavilions, LSP is also implementing a weather monitoring system from Perry Weather. I understand this system will provide real time access to heat index and WBGT and the weather system will be placed at LSP. I understand the system is currently being built and will be delivered and installed within the next month.

**The Risk Mitigation Measure Continue to Abate Any Risk of Harm**

9.  As I have outlined in previous reports, LSP employs adequate risk mitigation measures for offenders working in the fields. These include shade, iced water and Gatorade and rest periods of 15 minutes every 45 minutes.

10. LSP continues to improve on these risk mitigation measures, to include construction of shade pavilions, and the purchasing of a weather system to ensure accurate weather data.

**Review of Self-Declared Emergencies from October 2024 and May to October 2025**

11. As stated in prior reports, there are additional safety measures in place as clinical personnel and a fully equipped medical facility is nearby, a State Certified EMS staff and Vehicle (ambulance) and the field workers have the ability to call a self-declared emergency (SDE). I have reviewed the self-declared emergencies made by offenders in any of the out-camps from October 2024 and May through October 2025.[1]

12. A total of 84 SDEs were submitted in 2025.

13. Each SDE was accompanied by triage documentation including a history, physical examination including vital signs, unless refused, and a disposition. The documentation was more than adequate and provided a sound basis for a clinical review. There was no evidence of bias, priming or flippant behavior on the part of clinical staff. There was appropriate use of telephonic consultation and or referral to practitioners at the ATU. The documentation reflected a caring and protective approach.

14. My review of the SDEs show that there appeared to be appropriate responses by security staff and by nursing triage staff with appropriate disposition. No event consistent with significant exertional heat illness (heat exhaustion, heat injury or heat stroke) was observed. There was not a single example of an elevated temperature in the 84 SDEs.

15. As with my prior review of SDEs from 2024, many offenders declare emergencies for a wide variety of complaints, many of which are not emergent. Even so, medical personnel adequately responded to and triaged the complaints.

16. I also observed the offender's ability to have nursing staff check their duty statuses through this process.

---

[1] The triage logs can include offenders who are not working in the field, or offenders who are not working Lines 15, 24 or 25.

_____
**Dr. Carl Keldie**

**SWORN TO AND SUBSCRIBED** before me, NOTARY PUBLIC, this 21st
day of November, 2025

_____
**NOTARY PUBLIC**

> Commonwealth of Pennsylvania - Notary Seal
> Umaima Javed, Notary Public
> Bucks County
> My commission expires October 19, 2029
> Commission number 1409302

4