IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL APRIL 2025 SELF-DECLARED EMERGENCY RECORDS**

Having considered Plaintiffs Motion to Compel April 2025 Self-Declared Emergency Records, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendants are required to produce all April 2025 SDEs called by any incarcerated person assigned to the Farm Line while such person was in the fields.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE