IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**DECLARATION OF SAMANTHA POURCIAU
<u>IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL APRIL 2025 SELF-
DECLARED EMERGENCY RECORDS</u>**

I, Samantha Pourciau, declare as follows:

1. I am an attorney with the Promise of Justice Initiative, which alongside the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP and Rights Behind Bars, are counsel to Voice of the Experienced ("VOTE"), Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams (collectively, "Plaintiffs") in the

above-captioned action. I respectfully submit this supplemental declaration in support of Plaintiffs' Motion to Compel April 2025 Self-Declared Emergency Records.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Fifth Set of Request for Production in this matter dated October 8, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' Response to Plaintiffs' Fifth Set of Request for Production in this matter dated November 7, 2025.

4. Attached hereto as Exhibit C is a true and correct copy of an email chain between Chelsea Payne and Andrew Blanchfield, counsel for Defendants, and myself, bearing the subject line "Vote v. Leblanc – Production deficiencies to RFP #1" dated beginning on November 11, 2025.

5. Attached hereto as Exhibit D is a true and correct copy of National Weather Service data from New Road False River Regional Airport from April 1, 2025, through April 4, 2025, produced by Defendants in this action bearing bates numbers VOTE001742 through VOTE01749.

6. Attached hereto as Exhibit E is a true and correct copy of Louisiana State Penitentiary's Daily Line Counts, dating from April 2, 2025, produced by Defendants in this action and bearing bates number VOTE001755, with redactions applied.

7. Attached hereto as Exhibit F is a true and correct copy of Louisiana State Penitentiary's Daily Line Counts, dating from April 3, 2025, produced by Defendants in this action and bearing bates number VOTE001759, with redactions applied.

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed: December 12, 2025

_____
Samantha Pourciau