# Exhibit C

| | |
|---|---|
| **From:** | Samantha Pourciau |
| **To:** | Andrew Blanchfield; Chelsea Payne |
| **Cc:** | Benjamin, Jeremy; Lydia Wright |
| **Subject:** | Re: Vote v. LeBlanc - Production deficiencies to RFP #1 |
| **Date:** | Thursday, December 4, 2025 1:00:22 PM |

Counsel,

Plaintiffs would like to meet and confer on this issue. When would be a good time for you?

Given that the appropriateness of the May-October heat season is at issue in the litigation, the April 2025 SDEs are relevant and fall well within the discovery requests we made on October 8, 2025, requesting: "All Documents concerning SDEs called by any Incarcerated Person assigned to the Farm Line while such person was in the fields." RFP 1.

Defendants did not object to the RFP in question in your response on November 7th. Defendants pointed to the produced SDEs at bates 31355-31707. Plaintiffs then inquired about the April 2025 SDEs in the correspondence below on November 11, 2025, and Defendants are now objecting for the first time to produce these responsive documents.

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**From:** Andrew Blanchfield <ablanchfield@keoghcox.com>
**Sent:** Thursday, December 4, 2025 9:51 AM
**To:** Samantha Pourciau <SBosalavage@defendla.org>; Chelsea Payne <cpayne@keoghcox.com>
**Cc:** jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>; lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** RE: Vote v. LeBlanc - Production deficiencies to RFP #1

Samantha,

April is not in the heat season and SDEs for April have never been produced (2023, 2024).

### Andrew Blanchfield
**Managing Partner**

Keogh, Cox & Wilson, Ltd.

701 Main Street, Baton Rouge, LA 70802

P.O. Box 1151, Baton Rouge, LA 70821

P  (225) 383-3796

F  (225) 343-9612

C  (225)281-8058

ablanchfield@keoghcox.com



WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

**From:** Samantha Pourciau <SBosalavage@defendla.org>
**Sent:** Thursday, December 4, 2025 8:00 AM
**To:** Chelsea Payne <cpayne@keoghcox.com>
**Cc:** Andrew Blanchfield <ablanchfield@keoghcox.com>; jbenjamin@paulweiss.com; lydia@rightsbehindbars.org
**Subject:** Re: Vote v. LeBlanc - Production deficiencies to RFP #1

Counsel,

We received the email from Azure Risbrook with additional SDE records. However, we still not received the SDEs from April 2025. When can we expect to receive those records?

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue

New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Friday, November 14, 2025 4:06 PM
**To:** Samantha Pourciau <SBosalavage@defendla.org>
**Cc:** Andrew Blanchfield <ablanchfield@keoghcox.com>; jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>; lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** Re: Vote v. LeBlanc - Production deficiencies to RFP #1

We provided the information to LSP and we will provide additional documents upon receipt.

Chelsea Payne



**Chelsea Payne**
**Partner**
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P  (225) 383-3796
F  (225) 343-9612
C  (225)241-5879
cpayne@keoghcox.com



WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

> On Nov 14, 2025, at 4:00 PM, Samantha Pourciau <SBosalavage@defendla.org> wrote:
>
> Counsel,

I'm writing to follow up on my email from Tuesday, October 11, 2025. Please confirm receipt. When can we expect to receive a response to our requests for supplementation of RFP #1 based on the deficiencies identified?

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Samantha Pourciau
**Sent:** Tuesday, November 11, 2025 2:29 PM
**To:** Andrew Blanchfield <ablanchfield@keoghcox.com>; Chelsea Payne <cpayne@keoghcox.com>
**Cc:** jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>; lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** Vote v. LeBlanc - Production deficiencies to RFP #1

Counsel,

With respect to Defendants' recent productions in response to RFP #1 produced on October 24, 2025, we request the missing documents identified below. We are also renewing our request for the April 2025 SDEs.

There are a number of individuals that are notated on the Daily Line Counts as having made an SDE and having been seen by medical in the field, but for whom there was no underlying SDE record produced in response to RFP #1. Please produce the missing SDE records for the following individuals on the specified dates:

| Date of DLC | Name | DLC Bates |
|---|---|---|
| Oct. 3, 2024 | Don Smiley DOC #353624 | VOTE000665 |
| May 16, 2025 | Bobby Brown DOC #533981 | VOTE002022 |
| June 17, 2025 | Boris Stogner DOC #543132 | VOTE002229 |
| June 27, 2025 | Steve Brown DOC # 366031 | VOTE002283 |
| July 30, 2025 | Teddy Chester DOC #359559 | VOTE002492 |
| Sept. 24, 2025 | Derrick Withers DOC #767000 | VOTE002879 |
| Sept. 29, 2025 | Kevin Williams DOC #732001 | VOTE002921 |
| Sept. 30, 2025 | Teddy Chester DOC #359559 | VOTE002925 |

There are a number of individuals who were sent to the ATU from the field but for whom we do not have the follow up records from their treatment at the ATU. Please produce the missing follow up records for the following individuals on the specified dates:

| Date of SDE | Name and DOC# | SDE Bates |
|---|---|---|
| August 6, 2025 | Jimmie Conerly DOC #437106 | 031366-68 |
| July 22, 2025 | Christopher Hutsell DOC # 707737 | 031441 |
| June 11, 2025 | Hardy Allen DOC # 617447 | 031501-04 |
| June 24, 2025 | Steven Major DOC #789680 | 031600-602 |

It appears that the record for Fernando R. Cortez DOC #791247 at 031707 is incomplete. It looks like there should be another page following 031707 with the electronic signature. Please produce.

Lastly, the electronic health record for James Spikes DOC #278515 at 031357 is missing. The handwritten version that says "See EHR" but it is not attached. Please produce.

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.