# Exhibit D



**NATIONAL WEATHER SERVICE**
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Weather observations for the past three days for

## New Roads False River Regional Airport

Imperial (Metric)

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Air | Dwpt | 6 hour Max | 6 hour Min | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 13:55 | S 20 G 26 | 10.00 | Mostly Cloudy | SCT036 SCT045 BKN050 | 84.2 | 71.2 | | | 65% | | 89 | 30 | | 0.0 | | |
| 04 | 13:35 | S 20 G 28 | 10.00 | Mostly Cloudy | SCT041 BKN050 | 85.3 | 71.2 | | | 63% | | 91 | 30 | | 0.0 | | |
| 04 | 13:15 | S 18 G 24 | 10.00 | Overcast | SCT035 BKN044 OVC050 | 84.7 | 71.6 | | | 65% | | 90 | 30.01 | | 0.0 | | |
| 04 | 12:55 | S 12 G 24 | 10.00 | Overcast | SCT035 BKN044 OVC050 | 84.9 | 72.1 | 85.8 | 76.6 | 66% | | 91 | 30.01 | | 0.0 | | |
| 04 | 12:35 | S 18 G 29 | 10.00 | Overcast | SCT036 BKN044 OVC050 | 84.6 | 71.2 | | | 64% | | 90 | 30.01 | | 0.0 | | |
| 04 | 12:15 | S 20 G 26 | 10.00 | Mostly Cloudy | SCT034 BKN041 BKN050 | 84.4 | 72 | | | 66% | | 90 | 30.02 | | 0.0 | | |
| 04 | 11:55 | S 14 G 24 | 10.00 | Overcast | SCT033 BKN041 OVC048 | 83.7 | 72.1 | | | 68% | | 89 | 30.02 | | 0.0 | | |
| 04 | 11:35 | S 15 G 24 | 10.00 | Overcast | SCT032 BKN040 OVC047 | 83.5 | 72.7 | | | 70% | | 89 | 30.02 | | 0.0 | | |
| 04 | 11:15 | S 17 G 23 | 10.00 | Overcast | SCT028 BKN034 OVC046 | 82.8 | 72 | | | 70% | | 88 | 30.03 | | 0.0 | | |
| 04 | 10:55 | S 20 | 10.00 | Overcast | BKN028 OVC034 | 82.2 | 71.6 | | | 70% | | 87 | 30.03 | | 0.0 | | |
| 04 | 10:35 | S 18 G 23 | 10.00 | Overcast | BKN028 OVC035 | 82 | 71.8 | | | 71% | | 87 | 30.03 | | 0.0 | | |
| 04 | 10:15 | S 16 G 23 | 10.00 | Overcast | BKN025 OVC034 | 80.6 | 71.6 | | | 74% | | 85 | 30.02 | | 0.0 | | |
| 04 | 09:55 | S 17 G 24 | 10.00 | Overcast | OVC023 | 79.9 | 71.8 | | | 76% | | 84 | 30.02 | | 0.0 | | |
| 04 | 09:35 | S 14 G 20 | 10.00 | Overcast | BKN021 OVC027 | 79.7 | 72.1 | | | 78% | | 83 | 30.02 | | 0.0 | | |
| 04 | 09:15 | SW 14 G 18 | 10.00 | Overcast | BKN021 OVC027 | 78.8 | 72.1 | | | 80% | | 82 | 30.01 | | 0.0 | | |
| 04 | 08:55 | SW 13 | 10.00 | Overcast | OVC023 | 78.6 | 72.1 | | | 81% | | 81 | 30.01 | | 0.0 | | |
| 04 | 08:35 | SW 10 G 18 | 10.00 | Overcast | OVC023 | 78.3 | 72.1 | | | 82% | | 81 | 30 | | 0.0 | | |
| 04 | 08:15 | SW 9 | 10.00 | Overcast | OVC022 | 77.4 | 72 | | | 84% | | 79 | 30 | | 0.0 | | |
| 04 | 07:55 | SW 12 | 10.00 | Overcast | BKN020 OVC026 | 77 | 71.8 | | | 84% | | 78 | 30 | | 0.0 | | |
| 04 | 07:35 | SW 8 | 10.00 | Overcast | BKN020 OVC026 | 76.8 | 71.6 | | | 84% | | 78 | 29.98 | | 0.0 | | |
| 04 | 07:15 | SW 9 | 10.00 | Overcast | BKN020 OVC027 | 76.6 | 71.6 | | | 84% | | 78 | 29.98 | | 0.0 | | |
| 04 | 06:55 | SW 12 | 10.00 | Overcast | OVC024 | 76.6 | 71.8 | 76.6 | 75.9 | 85% | | 78 | 29.96 | | 0.0 | | |
| 04 | 06:35 | SW 13 | 10.00 | Overcast | OVC026 | 76.5 | 71.8 | | | 86% | | 77 | 29.95 | | 0.0 | | |

VOTE001742

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 04 | 06:15 | SW 12 | 10.00 | Overcast | OVC028 | 76.3 | 71.8 | | | 86% | | 77 | 29.94 | | 0.0 | | |
| 04 | 05:55 | SW 13 G 17 | 10.00 | Overcast | OVC028 | 76.1 | 72 | | | 87% | | 77 | 29.94 | | 0.0 | | |
| 04 | 05:35 | SW 10 | 10.00 | Overcast | OVC026 | 76.1 | 72 | | | 87% | | 77 | 29.94 | | 0.0 | | |
| 04 | 05:15 | SW 9 | 10.00 | Mostly Cloudy | BKN028 | 76.1 | 71.8 | | | 87% | | 77 | 29.94 | | 0.0 | | |
| 04 | 04:55 | SW 8 | 10.00 | Overcast | SCT024 OVC031 | 76.1 | 71.8 | | | 87% | | 77 | 29.94 | | 0.0 | | |
| 04 | 04:35 | SW 8 | 10.00 | Overcast | SCT022 OVC031 | 76.3 | 72 | | | 87% | | 77 | 29.94 | | 0.0 | | |
| 04 | 04:15 | SW 8 | 10.00 | Overcast | BKN022 OVC031 | 76.3 | 71.8 | | | 86% | | 77 | 29.94 | | 0.0 | | |
| 04 | 03:35 | SW 8 | 10.00 | Overcast | BKN024 OVC032 | 76.6 | 71.8 | | | 85% | | 78 | 29.95 | | 0.0 | | |
| 04 | 03:15 | SW 9 | 10.00 | Overcast | BKN024 OVC033 | 76.6 | 71.8 | | | 85% | | 78 | 29.95 | | 0.0 | | |
| 04 | 02:35 | SW 10 | 10.00 | Overcast | BKN024 OVC041 | 76.6 | 71.8 | | | 85% | | 78 | 29.95 | | 0.0 | | |
| 04 | 02:15 | SW 9 | 10.00 | Overcast | BKN024 BKN029 OVC043 | 76.5 | 71.8 | | | 86% | | 77 | 29.95 | | 0.0 | | |
| 04 | 01:55 | SW 8 | 10.00 | Overcast | SCT023 SCT031 OVC043 | 76.1 | 71.8 | | | 87% | | 77 | 29.95 | | 0.0 | | |
| 04 | 01:35 | SW 12 | 10.00 | Overcast | OVC043 | 76.3 | 72 | | | 87% | | 77 | 29.96 | | 0.0 | | |
| 04 | 01:15 | SW 8 | 10.00 | Mostly Cloudy | SCT023 BKN045 | 76.3 | 72.1 | | | 87% | | 77 | 29.96 | | 0.0 | | |
| 04 | 00:55 | SW 8 | 10.00 | Overcast | SCT023 OVC045 | 76.5 | 72.1 | 81.1 | 76.5 | 87% | | 77 | 29.96 | | 0.0 | | |
| 04 | 00:35 | SW 10 | 10.00 | Overcast | BKN023 BKN030 OVC043 | 76.6 | 72.1 | | | 86% | | 78 | 29.96 | | 0.0 | | |
| 04 | 00:15 | SW 8 | 10.00 | Overcast | OVC023 | 76.8 | 72.1 | | | 86% | | 78 | 29.96 | | 0.0 | | |
| 03 | 23:55 | SW 9 | 10.00 | Overcast | BKN024 BKN032 OVC043 | 76.5 | 72 | | | 86% | | 77 | 29.96 | | 0.0 | | |
| 03 | 23:35 | SW 7 | 10.00 | Overcast | BKN024 BKN032 OVC045 | 77 | 71.8 | | | 84% | | 78 | 29.96 | | 0.0 | | |
| 03 | 23:15 | SW 9 | 10.00 | Overcast | BKN024 BKN040 OVC046 | 77.5 | 71.6 | | | 82% | | 79 | 29.96 | | 0.0 | | |
| 03 | 22:55 | SW 8 | 10.00 | Overcast | BKN024 OVC044 | 77.4 | 71.6 | | | 83% | | 79 | 29.96 | | 0.0 | | |
| 03 | 22:35 | SW 9 | 10.00 | Overcast | SCT024 SCT030 OVC044 | 77.4 | 71.4 | | | 82% | | 79 | 29.96 | | 0.0 | | |
| 03 | 22:15 | SW 8 | 10.00 | Overcast | SCT026 SCT036 OVC042 | 77.9 | 71.6 | | | 81% | | 80 | 29.95 | | 0.0 | | |
| 03 | 21:55 | S 12 G 16 | 10.00 | Overcast | SCT030 SCT036 OVC042 | 77.9 | 71.6 | | | 81% | | 80 | 29.95 | | 0.0 | | |
| 03 | 21:35 | S 12 | 10.00 | Overcast | SCT030 OVC042 | 78.1 | 71.6 | | | 81% | | 80 | 29.95 | | 0.0 | | |
| 03 | 21:15 | SW 7 | 10.00 | Mostly Cloudy | SCT030 SCT035 BKN042 | 77.7 | 71.2 | | | 81% | | 80 | 29.94 | | 0.0 | | |
| 03 | 20:55 | S 12 G 17 | 10.00 | Mostly Cloudy | BKN042 | 77.9 | 71.1 | | | 80% | | 80 | 29.93 | | 0.0 | | |
| 03 | 20:35 | S 9 | 10.00 | Partly Cloudy | SCT029 SCT044 | 77.9 | 70.9 | | | 79% | | 80 | 29.93 | | 0.0 | | |
| 03 | 20:15 | S 8 | 10.00 | Mostly Cloudy | SCT029 BKN046 | 78.4 | 71.1 | | | 78% | | 81 | 29.92 | | 0.0 | | |

VOTE001743

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 19:55 | S 9 | 10.00 | Partly Cloudy | SCT031 SCT046 | 79.2 | 70.7 | | | 75% | | 82 | 29.92 | | 0.0 | | |
| 03 | 19:35 | S 12 | 10.00 | Fair | CLR | 79.7 | 70.2 | | | 73% | | 83 | 29.92 | | 0.0 | | |
| 03 | 19:15 | S 13 G 24 | 10.00 | Partly Cloudy | SCT050 | 80.6 | 69.8 | | | 70% | | 84 | 29.91 | | 0.0 | | |
| 03 | 18:55 | S 14 G 23 | 10.00 | Partly Cloudy | SCT048 | 81.3 | 69.8 | 87.4 | 81.3 | 68% | | 85 | 29.91 | | 0.0 | | |
| 03 | 18:35 | S 17 G 26 | 10.00 | Partly Cloudy | SCT048 | 81.9 | 69.1 | | | 65% | | 85 | 29.91 | | 0.0 | | |
| 03 | 18:15 | S 15 G 24 | 10.00 | Partly Cloudy | SCT046 SCT050 | 83.3 | 68.9 | | | 62% | | 87 | 29.9 | | 0.0 | | |
| 03 | 17:55 | S 13 G 24 | 10.00 | Partly Cloudy | SCT042 SCT050 | 84.2 | 69.1 | | | 61% | | 88 | 29.9 | | 0.0 | | |
| 03 | 17:35 | S 17 G 25 | 10.00 | Partly Cloudy | SCT044 | 85.5 | 69.1 | | | 58% | | 89 | 29.89 | | 0.0 | | |
| 03 | 17:15 | S 16 G 25 | 10.00 | Partly Cloudy | SCT046 | 86 | 68.7 | | | 56% | | 90 | 29.89 | | 0.0 | | |
| 03 | 16:55 | S 15 G 25 | 10.00 | Partly Cloudy | SCT045 | 86.2 | 68.7 | | | 56% | | 90 | 29.89 | | 0.0 | | |
| 03 | 16:35 | S 15 G 21 | 10.00 | Partly Cloudy | SCT045 | 86.5 | 68.9 | | | 56% | | 91 | 29.89 | | 0.0 | | |
| 03 | 16:15 | S 15 G 26 | 10.00 | Partly Cloudy | SCT045 | 86.9 | 68.7 | | | 55% | | 91 | 29.9 | | 0.0 | | |
| 03 | 15:55 | S 16 G 20 | 10.00 | Partly Cloudy | SCT045 | 87.3 | 69.8 | | | 56% | | 92 | 29.9 | | 0.0 | | |
| 03 | 15:35 | S 22 G 29 | 10.00 | Partly Cloudy and Breezy | SCT043 SCT049 | 87.1 | 68.9 | | | 55% | | 91 | 29.91 | | 0.0 | | |
| 03 | 15:15 | S 15 G 25 | 10.00 | Fair | CLR | 86.9 | 69.4 | | | 56% | | 91 | 29.91 | | 0.0 | | |
| 03 | 14:55 | S 18 G 30 | 10.00 | Fair | CLR | 87.1 | 68.9 | | | 55% | | 91 | 29.91 | | 0.0 | | |
| 03 | 14:35 | S 21 G 31 | 10.00 | Partly Cloudy and Breezy | SCT043 | 86.9 | 69.1 | | | 55% | | 91 | 29.92 | | 0.0 | | |
| 03 | 14:15 | S 13 G 29 | 10.00 | Partly Cloudy | SCT043 | 87.1 | 69.8 | | | 57% | | 92 | 29.92 | | 0.0 | | |
| 03 | 13:55 | S 20 G 31 | 10.00 | Partly Cloudy | SCT043 SCT048 | 86.5 | 69.1 | | | 56% | | 91 | 29.92 | | 0.0 | | |
| 03 | 13:40 | S 21 G 25 | 10.00 | Partly Cloudy and Breezy | SCT043 SCT048 | 86.5 | 69.3 | | | 56% | | 91 | 29.92 | | 0.0 | | |
| 03 | 13:15 | S 15 G 24 | 10.00 | Partly Cloudy | SCT041 | 86.7 | 70.2 | | | 58% | | 92 | 29.93 | | 0.0 | | |
| 03 | 12:55 | S 16 G 25 | 10.00 | Partly Cloudy | SCT042 | 86.2 | 70.2 | 86.2 | 73.8 | 59% | | 91 | 29.93 | | 0.0 | | |
| 03 | 12:35 | S 16 G 26 | 10.00 | Partly Cloudy | SCT039 | 85.3 | 70.2 | | | 61% | | 90 | 29.93 | | 0.0 | | |
| 03 | 12:15 | S 15 G 30 | 10.00 | Partly Cloudy | SCT039 | 84.9 | 70.2 | | | 61% | | 90 | 29.93 | | 0.0 | | |
| 03 | 11:55 | S 21 G 31 | 10.00 | Partly Cloudy and Breezy | SCT035 SCT043 | 84.4 | 70.2 | | | 62% | | 89 | 29.93 | | 0.0 | | |
| 03 | 11:35 | S 15 G 29 | 10.00 | Partly Cloudy | SCT033 SCT041 | 84.6 | 71.1 | | | 64% | | 90 | 29.93 | | 0.0 | | |
| 03 | 11:15 | S 20 G 30 | 10.00 | Mostly Cloudy | SCT031 BKN035 | 82.9 | 70.7 | | | 67% | | 87 | 29.93 | | 0.0 | | |
| 03 | 10:55 | S 20 G 29 | 10.00 | Mostly Cloudy | SCT029 BKN035 | 82.4 | 70.9 | | | 68% | | 87 | 29.93 | | 0.0 | | |
| 03 | 10:35 | S 15 G 29 | 10.00 | Mostly Cloudy | BKN027 | 82.2 | 71.1 | | | 69% | | 87 | 29.93 | | 0.0 | | |
| 03 | 10:15 | S 13 G 21 | 10.00 | Overcast | OVC025 | 81.7 | 71.6 | | | 72% | | 86 | 29.93 | | 0.0 | | |

VOTE001744

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) Air | Dwpt | 6 hour Max. | 6 hour Min. | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure altimeter (in) | sea level (mb) | Precipitation (in) 1 hr | 3 hr | 6 hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 09:55 | S 15 G 23 | 10.00 | Overcast | OVC025 | 80.2 | 71.6 | | | 75% | | 84 | 29.93 | | 0.0 | | |
| 03 | 09:35 | S 16 G 22 | 10.00 | Overcast | OVC023 | 79.3 | 71.6 | | | 77% | | 83 | 29.92 | | 0.0 | | |
| 03 | 09:15 | SW 14 G 23 | 10.00 | Overcast | OVC023 | 78.4 | 71.8 | | | 80% | | 81 | 29.92 | | 0.0 | | |
| 03 | 08:55 | S 10 | 10.00 | Overcast | OVC023 | 77 | 71.8 | | | 84% | | 78 | 29.91 | | 0.0 | | |
| 03 | 08:35 | SW 10 | 10.00 | Overcast | OVC023 | 76.1 | 71.6 | | | 86% | | 77 | 29.92 | | 0.0 | | |
| 03 | 08:15 | SW 8 | 10.00 | Overcast | OVC023 | 75.4 | 71.4 | | | 88% | | 75 | 29.91 | | 0.0 | | |
| 03 | 07:55 | SW 8 | 10.00 | Overcast | OVC023 | 74.7 | 71.1 | | | 89% | | | 29.91 | | 0.0 | | |
| 03 | 07:35 | SW 7 | 10.00 | Overcast | OVC023 | 74.3 | 70.9 | | | 89% | | | 29.9 | | 0.0 | | |
| 03 | 07:15 | SW 7 | 10.00 | Overcast | OVC023 | 73.8 | 70.7 | | | 90% | | | 29.89 | | 0.0 | | |
| 03 | 06:55 | SW 8 | 10.00 | Overcast | OVC023 | 73.8 | 70.9 | 77.4 | 73.8 | 91% | | | 29.88 | | 0.0 | | |
| 03 | 06:35 | SW 7 | 10.00 | Overcast | OVC021 | 74.3 | 70.9 | | | 89% | | | 29.87 | | 0.0 | | |
| 03 | 06:15 | SW 7 | 10.00 | Overcast | OVC021 | 74.5 | 71.1 | | | 89% | | | 29.87 | | 0.0 | | |
| 03 | 05:55 | SW 6 | 10.00 | Overcast | OVC023 | 74.5 | 71.1 | | | 89% | | | 29.87 | | 0.0 | | |
| 03 | 05:35 | SW 6 | 10.00 | Overcast | OVC023 | 74.7 | 71.2 | | | 89% | | | 29.87 | | 0.0 | | |
| 03 | 05:15 | SW 7 | 10.00 | Overcast | OVC021 | 74.5 | 71.1 | | | 89% | | | 29.86 | | 0.0 | | |
| 03 | 04:35 | SW 5 | 10.00 | Overcast | OVC021 | 74.5 | 71.1 | | | 89% | | | 29.86 | | 0.0 | | |
| 03 | 04:15 | SW 6 | 10.00 | Overcast | OVC021 | 74.7 | 71.1 | | | 89% | | | 29.86 | | 0.0 | | |
| 03 | 03:55 | SW 5 | 10.00 | Overcast | OVC019 | 75 | 71.1 | | | 88% | | 75 | 29.86 | | 0.0 | | |
| 03 | 03:35 | SW 5 | 10.00 | Overcast | OVC019 | 75.4 | 71.1 | | | 87% | | 75 | 29.87 | | 0.0 | | |
| 03 | 03:15 | SW 3 | 10.00 | Overcast | OVC019 | 75.9 | 71.1 | | | 85% | | 76 | 29.87 | | 0.0 | | |
| 03 | 02:55 | S 9 | 10.00 | Overcast | OVC019 | 76.1 | 70.9 | | | 84% | | 77 | 29.87 | | 0.0 | | |
| 03 | 02:35 | S 6 | 10.00 | Overcast | OVC021 | 76.1 | 70.9 | | | 84% | | 77 | 29.86 | | 0.0 | | |
| 03 | 02:15 | S 10 | 10.00 | Overcast | OVC023 | 76.5 | 70.9 | | | 83% | | 78 | 29.85 | | 0.0 | | |
| 03 | 01:55 | S 10 G 17 | 10.00 | Overcast | OVC023 | 76.5 | 70.9 | | | 83% | | 78 | 29.84 | | 0.0 | | |
| 03 | 01:35 | S 15 G 20 | 10.00 | Overcast | OVC025 | 77 | 70.9 | | | 81% | | 79 | 29.85 | | 0.0 | | |
| 03 | 01:15 | S 9 G 16 | 10.00 | Overcast | OVC023 | 77 | 71.6 | | | 83% | | 78 | 29.86 | | 0.0 | | |
| 03 | 00:55 | S 10 G 18 | 10.00 | Overcast | BKN023 OVC027 | 77.2 | 71.4 | 80.6 | 77.2 | 82% | | 79 | 29.86 | | 0.0 | | |
| 03 | 00:35 | S 9 | 10.00 | Overcast | OVC025 | 77.2 | 71.2 | | | 82% | | 79 | 29.86 | | 0.0 | | |
| 03 | 00:15 | S 9 | 10.00 | Overcast | OVC025 | 77.2 | 71.1 | | | 81% | | 79 | 29.86 | | 0.0 | | |
| 02 | 23:55 | S 9 | 10.00 | Overcast | BKN025 OVC032 | 77.4 | 70.9 | | | 81% | | 79 | 29.87 | | 0.0 | | |
| 02 | 23:35 | S 12 G 20 | 10.00 | Overcast | BKN026 OVC033 | 77.5 | 70.7 | | | 80% | | 79 | 29.86 | | 0.0 | | |
| 02 | 23:15 | S 14 G 21 | 10.00 | Overcast | BKN026 OVC033 | 77.5 | 70.7 | | | 80% | | 79 | 29.85 | | 0.0 | | |
| 02 | 22:55 | S 10 G 23 | 10.00 | Overcast | BKN026 OVC033 | 77.5 | 70.7 | | | 80% | | 79 | 29.85 | | 0.0 | | |
| 02 | 22:35 | S 9 G 18 | 10.00 | Overcast | OVC026 | 77.5 | 70.7 | | | 80% | | 79 | 29.85 | | 0.0 | | |
| 02 | 22:15 | S 12 G 17 | 10.00 | Overcast | OVC026 | 77.4 | 70.7 | | | 80% | | 79 | 29.85 | | 0.0 | | |
| 02 | 21:55 | S 12 G 17 | 10.00 | Overcast | OVC026 | 77.5 | 70.7 | | | 80% | | 79 | 29.85 | | 0.0 | | |
| 02 | 21:35 | S 13 | 10.00 | Overcast | OVC026 | 77.9 | 70.9 | | | 79% | | 80 | 29.85 | | 0.0 | | |
| 02 | 21:15 | S 13 G 23 | 10.00 | Overcast | OVC028 | 77.9 | 70.7 | | | 79% | | 80 | 29.84 | | 0.0 | | |
| 02 | 20:55 | S 14 G 18 | 10.00 | Overcast | OVC028 | 77.9 | 70.7 | | | 79% | | 80 | 29.84 | | 0.0 | | |
| 02 | 20:35 | S 12 G 24 | 10.00 | Overcast | BKN028 OVC033 | 78.1 | 70.7 | | | 78% | | 80 | 29.83 | | 0.0 | | |
| 02 | 20:15 | S 12 G 23 | 10.00 | Mostly Cloudy | BKN028 BKN035 | 78.3 | 70.9 | | | 78% | | 81 | 29.83 | | 0.0 | | |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
| | | | | | | Air | Dwpt | 6 hour | | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| | | | | | | | | Max. | Min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 19:55 | S 12 G 22 | 10.00 | Overcast | BKN030 OVC037 | 79 | 70.9 | | | 76% | | 82 | 29.82 | | 0.0 | | |
| 02 | 19:35 | S 14 G 24 | 10.00 | Overcast | BKN030 OVC037 | 79.7 | 70.7 | | | 74% | | 83 | 29.83 | | 0.0 | | |
| 02 | 19:15 | S 14 G 25 | 10.00 | Overcast | BKN032 OVC038 | 80.2 | 70.2 | | | 71% | | 84 | 29.83 | | 0.0 | | |
| 02 | 18:55 | S 13 G 20 | 10.00 | Overcast | BKN032 OVC040 | 80.6 | 70.7 | 85.6 | 80.6 | 72% | | 84 | 29.83 | | 0.0 | | |
| 02 | 18:35 | S 17 G 26 | 10.00 | Overcast | BKN034 OVC046 | 81.1 | 70.7 | | | 71% | | 85 | 29.83 | | 0.0 | | |
| 02 | 18:15 | S 14 G 31 | 10.00 | Overcast | SCT034 BKN041 OVC047 | 81.1 | 70.5 | | | 70% | | 85 | 29.83 | | 0.0 | | |
| 02 | 17:55 | S 21 G 29 | 10.00 | Overcast and Breezy | SCT035 BKN043 OVC049 | 82.2 | 70.3 | | | 67% | | 86 | 29.83 | | 0.0 | | |
| 02 | 17:35 | S 18 G 25 | 10.00 | Overcast | SCT035 OVC045 | 82.6 | 71.1 | | | 68% | | 87 | 29.83 | | 0.0 | | |
| 02 | 17:15 | S 18 G 31 | 10.00 | Overcast | BKN036 OVC045 | 82.6 | 70.5 | | | 67% | | 87 | 29.82 | | 0.0 | | |
| 02 | 16:55 | S 21 G 29 | 10.00 | Mostly Cloudy and Breezy | BKN036 BKN046 | 83.3 | 70.9 | | | 66% | | 88 | 29.82 | | 0.0 | | |
| 02 | 16:35 | S 18 G 36 | 10.00 | Mostly Cloudy | SCT036 BKN046 BKN050 | 82.8 | 70.2 | | | 66% | | 87 | 29.82 | | 0.0 | | |
| 02 | 16:15 | S 17 G 29 | 10.00 | Mostly Cloudy | SCT036 BKN045 BKN055 | 83.5 | 70.7 | | | 65% | | 88 | 29.82 | | 0.0 | | |
| 02 | 15:55 | S 18 G 30 | 10.00 | Mostly Cloudy | SCT038 BKN046 | 83.3 | 70.5 | | | 65% | | 88 | 29.82 | | 0.0 | | |
| 02 | 15:35 | S 24 G 32 | 10.00 | Mostly Cloudy and Breezy | BKN037 BKN044 BKN050 | 84.2 | 70.7 | | | 64% | | 89 | 29.82 | | 0.0 | | |
| 02 | 15:15 | S 24 G 36 | 10.00 | Overcast and Breezy | BKN037 OVC044 | 84.7 | 70.7 | | | 63% | | 90 | 29.81 | | 0.0 | | |
| 02 | 14:35 | S 18 G 31 | 10.00 | Mostly Cloudy | BKN039 BKN045 | 85.5 | 71.2 | | | 63% | | 91 | 29.81 | | 0.0 | | |
| 02 | 14:15 | S 18 G 32 | 10.00 | Mostly Cloudy | BKN040 BKN046 | 84.7 | 70.7 | | | 63% | | 90 | 29.81 | | 0.0 | | |
| 02 | 13:55 | S 22 G 36 | 10.00 | Mostly Cloudy and Breezy | BKN037 BKN044 | 85.3 | 70.9 | | | 62% | | 90 | 29.81 | | 0.0 | | |
| 02 | 13:35 | S 15 G 31 | 10.00 | Mostly Cloudy | BKN037 BKN044 | 84.4 | 71.1 | | | 64% | | 89 | 29.82 | | 0.0 | | |
| 02 | 13:15 | S 21 G 33 | 10.00 | Mostly Cloudy and Breezy | BKN036 BKN043 | 85.3 | 71.4 | | | 63% | | 91 | 29.82 | | 0.0 | | |
| 02 | 12:55 | S 22 G 29 | 10.00 | Overcast and Breezy | BKN036 OVC044 | 84.6 | 71.2 | 84.9 | 72.5 | 64% | | 90 | 29.82 | | 0.0 | | |
| 02 | 12:35 | S 20 G 28 | 10.00 | Overcast | BKN034 OVC040 | 84.4 | 72 | | | 66% | | 90 | 29.82 | | 0.0 | | |
| 02 | 12:15 | S 21 G 30 | 10.00 | Overcast and Breezy | BKN033 OVC042 | 84.4 | 72 | | | 66% | | 90 | 29.82 | | 0.0 | | |
| 02 | 11:35 | S 22 G 32 | 10.00 | Mostly Cloudy and Breezy | BKN030 BKN040 | 83.3 | 71.8 | | | 68% | | 89 | 29.82 | | 0.0 | | |
| 02 | 11:15 | S 23 G 32 | 10.00 | Mostly Cloudy and Breezy | BKN028 BKN036 | 82.6 | 72 | | | 70% | | 88 | 29.82 | | 0.0 | | |

VOTE001746

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 10:55 | S 16 G 29 | 10.00 | Overcast | OVC028 | 81.7 | 72.1 | | | 73% | | 86 | 29.82 | | 0.0 | | |
| 02 | 10:35 | S 25 G 36 | 10.00 | Overcast and Breezy | OVC026 | 81.3 | 72.5 | | | 75% | | 86 | 29.82 | | 0.0 | | |
| 02 | 10:15 | S 21 G 28 | 10.00 | Overcast and Breezy | OVC024 | 80.1 | 72.1 | | | 77% | | 84 | 29.82 | | 0.0 | | |
| 02 | 09:55 | S 17 G 23 | 10.00 | Overcast | OVC024 | 79.2 | 72.3 | | | 80% | | 82 | 29.82 | | 0.0 | | |
| 02 | 09:35 | S 16 G 20 | 10.00 | Overcast | OVC022 | 78.3 | 72.1 | | | 82% | | 81 | 29.82 | | 0.0 | | |
| 02 | 09:15 | S 10 | 10.00 | Overcast | OVC022 | 77.2 | 72.1 | | | 85% | | 79 | 29.82 | | 0.0 | | |
| 02 | 08:55 | S 10 | 10.00 | Overcast | OVC022 | 76.3 | 71.6 | | | 86% | | 77 | 29.82 | | 0.0 | | |
| 02 | 08:35 | S 10 | 10.00 | Overcast | OVC022 | 76.1 | 71.6 | | | 86% | | 77 | 29.82 | | 0.0 | | |
| 02 | 08:15 | SW 12 | 10.00 | Overcast | BKN021 OVC029 | 75.2 | 71.4 | | | 88% | | 75 | 29.81 | | 0.0 | | |
| 02 | 07:55 | SW 8 | 10.00 | Overcast | OVC022 | 74.8 | 70.9 | | | 88% | | | 29.8 | | 0.0 | | |
| 02 | 07:35 | SW 8 | 10.00 | Overcast | BKN024 OVC028 | 74.1 | 70.7 | | | 89% | | | 29.81 | | 0.0 | | |
| 02 | 07:15 | SW 8 | 10.00 | Overcast | BKN024 BKN031 OVC040 | 73 | 70.3 | | | 91% | | | 29.81 | | 0.0 | | |
| 02 | 06:55 | SW 7 | 10.00 | Mostly Cloudy | SCT026 BKN041 BKN048 | 72.5 | 70 | 73.4 | 72 | 92% | | | 29.81 | | 0.0 | | |
| 02 | 06:35 | SW 7 | 10.00 | Overcast | SCT021 SCT026 OVC044 | 72.3 | 70 | | | 92% | | | 29.8 | | 0.0 | | |
| 02 | 06:15 | SW 7 | 10.00 | Overcast | BKN023 BKN030 OVC043 | 72.3 | 69.8 | | | 92% | | | 29.8 | | 0.0 | | |
| 02 | 05:55 | SW 6 | 10.00 | Overcast | OVC023 | 72.5 | 69.8 | | | 91% | | | 29.8 | | 0.0 | | |
| 02 | 05:35 | SW 6 | 10.00 | Overcast | BKN023 OVC027 | 72.1 | 69.8 | | | 92% | | | 29.81 | | 0.0 | | |
| 02 | 05:15 | SW 6 | 10.00 | Overcast | BKN024 OVC039 | 72.5 | 69.8 | | | 91% | | | 29.8 | | 0.0 | | |
| 02 | 04:55 | SW 8 | 10.00 | Mostly Cloudy | BKN026 BKN036 | 72 | 69.3 | | | 91% | | | 29.79 | | 0.0 | | |
| 02 | 04:35 | SW 7 | 10.00 | Overcast | BKN025 OVC033 | 72.5 | 69.4 | | | 90% | | | 29.79 | | 0.0 | | |
| 02 | 04:15 | SW 8 | 10.00 | Overcast | BKN024 BKN031 OVC037 | 72.5 | 69.4 | | | 90% | | | 29.79 | | 0.0 | | |
| 02 | 03:55 | SW 8 | 10.00 | Overcast | BKN025 BKN031 OVC037 | 72.7 | 69.3 | | | 89% | | | 29.79 | | 0.0 | | |
| 02 | 03:35 | SW 8 | 10.00 | Overcast | BKN027 OVC033 | 72.9 | 69.3 | | | 89% | | | 29.8 | | 0.0 | | |
| 02 | 03:15 | SW 6 | 10.00 | Mostly Cloudy | SCT022 BKN028 BKN033 | 72.7 | 69.3 | | | 89% | | | 29.8 | | 0.0 | | |
| 02 | 02:55 | SW 9 | 10.00 | Mostly Cloudy | BKN026 | 72.9 | 69.3 | | | 89% | | | 29.8 | | 0.0 | | |
| 02 | 02:35 | SW 10 | 10.00 | Mostly Cloudy | BKN024 | 73.4 | 69.4 | | | 87% | | | 29.8 | | 0.0 | | |
| 02 | 02:15 | S 9 | 10.00 | Mostly Cloudy | BKN024 | 73 | 69.3 | | | 88% | | | 29.8 | | 0.0 | | |
| 02 | 01:55 | S 10 | 10.00 | Partly Cloudy | SCT024 | 73.2 | 69.4 | | | 88% | | | 29.81 | | 0.0 | | |
| 02 | 01:35 | SW 8 | 10.00 | Partly Cloudy | SCT026 | 73.4 | 69.8 | | | 89% | | | 29.81 | | 0.0 | | |
| 02 | 01:15 | SW 9 | 10.00 | Mostly Cloudy | BKN024 BKN029 | 73.4 | 69.8 | | | 89% | | | 29.82 | | 0.0 | | |
| 02 | 00:55 | S 8 | 10.00 | Mostly Cloudy | BKN026 | 73.4 | 69.8 | 75.7 | 73.4 | 89% | | | 29.82 | | 0.0 | | |

VOTE001747

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 02 | 00:35 | S 7 | 10.00 | Mostly Cloudy | SCT021 BKN028 | 73.6 | 70 | | | 89% | | | 29.82 | | 0.0 | | |
| 02 | 00:15 | S 8 | 10.00 | Mostly Cloudy | SCT022 BKN028 | 73.6 | 70.2 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 23:55 | S 12 | 10.00 | Mostly Cloudy | SCT022 BKN028 | 73.9 | 70.3 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 23:35 | S 10 | 10.00 | Overcast | BKN022 OVC030 | 74.3 | 70.7 | | | 89% | | | 29.81 | | 0.0 | | |
| 01 | 23:15 | S 9 | 10.00 | Overcast | SCT020 OVC032 | 74.3 | 70.7 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 22:55 | S 9 G 16 | 10.00 | Overcast | OVC030 | 74.3 | 70.7 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 22:35 | SW 10 | 10.00 | Overcast | OVC030 | 74.5 | 70.7 | | | 88% | | | 29.82 | | 0.0 | | |
| 01 | 22:15 | S 10 G 16 | 10.00 | Overcast | OVC030 | 74.5 | 70.7 | | | 88% | | | 29.83 | | 0.0 | | |
| 01 | 21:55 | S 10 | 10.00 | Overcast | SCT018 OVC028 | 74.7 | 70.7 | | | 88% | | | 29.83 | | 0.0 | | |
| 01 | 21:35 | S 7 | 10.00 | Overcast | SCT018 OVC026 | 74.3 | 70.5 | | | 88% | | | 29.83 | | 0.0 | | |
| 01 | 21:15 | SW 10 | 10.00 | Overcast | OVC028 | 74.3 | 70.7 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 20:55 | SW 8 | 10.00 | Overcast | SCT019 OVC028 | 74.3 | 70.9 | | | 89% | | | 29.82 | | 0.0 | | |
| 01 | 20:35 | SW 7 | 10.00 | Mostly Cloudy | BKN026 | 74.3 | 71.1 | | | 90% | | | 29.82 | | 0.0 | | |
| 01 | 20:15 | SW 6 | 10.00 | Partly Cloudy | SCT028 | 74.3 | 71.1 | | | 90% | | | 29.81 | | 0.0 | | |
| 01 | 19:55 | SW 9 | 10.00 | Fair | CLR | 74.8 | 71.1 | | | 88% | | | 29.81 | | 0.0 | | |
| 01 | 19:35 | SW 10 | 10.00 | Partly Cloudy | SCT027 SCT034 | 75.2 | 71.1 | | | 87% | | 75 | 29.8 | | 0.0 | | |
| 01 | 19:15 | SW 9 | 10.00 | Partly Cloudy | SCT028 SCT034 | 75.4 | 71.1 | | | 87% | | 75 | 29.81 | | 0.0 | | |
| 01 | 18:55 | SW 8 | 10.00 | Fair | CLR | 75.7 | 70.9 | 77 | 72.5 | 85% | | 76 | 29.81 | | 0.0 | | |
| 01 | 18:35 | SW 10 | 10.00 | Partly Cloudy | SCT019 SCT030 | 76.3 | 70.9 | | | 83% | | 77 | 29.81 | | 0.0 | | |
| 01 | 18:15 | SW 12 | 10.00 | Mostly Cloudy | BKN017 BKN026 | 77 | 71.1 | | | 82% | | 79 | 29.81 | | 0.0 | | |
| 01 | 17:55 | SW 16 | 10.00 | Mostly Cloudy | BKN015 BKN024 BKN029 | 76.8 | 71.1 | | | 82% | | 78 | 29.81 | | 0.0 | | |
| 01 | 17:35 | SW 14 | 10.00 | Overcast | BKN017 BKN021 OVC026 | 75.9 | 71.1 | | | 85% | | 76 | 29.81 | | 0.0 | | |
| 01 | 17:15 | SW 7 | 10.00 | Overcast | OVC015 | 74.8 | 70.3 | | | 86% | | | 29.81 | | 0.0 | | |
| 01 | 16:55 | SW 8 | 10.00 | Overcast | OVC015 | 74.5 | 70 | | | 86% | | | 29.83 | | 0.0 | | |
| 01 | 16:35 | SW 10 | 10.00 | Overcast | OVC015 | 74.5 | 69.8 | | | 85% | | | 29.83 | | 0.0 | | |
| 01 | 16:15 | SW 10 | 10.00 | Overcast | OVC015 | 74.8 | 69.8 | | | 84% | | | 29.84 | | 0.0 | | |
| 01 | 15:55 | SW 12 | 10.00 | Overcast | OVC017 | 75.7 | 70 | | | 82% | | 76 | 29.84 | | 0.0 | | |
| 01 | 15:35 | S 15 | 10.00 | Overcast | OVC017 | 76.1 | 70 | | | 81% | | 77 | 29.85 | | 0.0 | | |
| 01 | 15:15 | SW 18 G 23 | 10.00 | Overcast | OVC017 | 76.6 | 70 | | | 80% | | 78 | 29.85 | | 0.0 | | |
| 01 | 14:55 | SW 16 | 10.00 | Overcast | OVC017 | 76.1 | 69.8 | | | 81% | | 77 | 29.86 | | 0.0 | | |
| 01 | 14:35 | SW 17 G 22 | 10.00 | Overcast | OVC017 | 76.3 | 69.8 | | | 80% | | 77 | 29.87 | | 0.0 | | |
| 01 | 14:15 | S 15 G 22 | 10.00 | Overcast | OVC015 | 75.2 | 69.3 | | | 82% | | 76 | 29.88 | | 0.0 | | |

VOTE001748

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | Min. | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

| Date | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Relative Humidity | Wind Chill (°F) | Heat Index (°F) | Pressure | | Precipitation (in) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | Max. | Min. 6 hour | | | | altimeter (in) | sea level (mb) | 1 hr | 3 hr | 6 hr |

VOTE001749