# Exhibit E

# Daily Line Counts

970

223
480
903
927
52 2

socks
1 - 223
2 - 247
3 - 162
---
632

Line #: 15

Pusher: Andrew Adams Sgt.
Gun Guard: MSgt. A. Bordelon
Gun Guard: MSgt. Bowders

AM Count: 52 x's

PM Count: _____

Date: 4-2-25

| AM | PM |
|---|---|
| B1 - 0 | B1 - 0 |
| B2 - 21 | B2 - 15 |
| B3 - 13 | B3 - 9 |
| B4 - 18 | B4 - 7 |
| 52 | 31 |

Comments:

7:17 - Arrived At Camp C - Bar Gate
7:20 - Opened outter Gate - All secure At this time
7:22 - Opened inner Gate
7:33 - Checking out Line 15
8:15 - Arrived At collard green field All secure At this time
8:20 - Passing out knives
8:37 - Starting to pick greens All secure At this time
9:05 - Announced Break - All secure At this time
9:45 - Turned in count to C-sallyport B - 0, 21, 13, 18
10:30 - Announced Back All secure
11:15 - Break All secure At this time
11:20 - Picking up knives All secure
11:30 - Counted 52 x's (Headcount)
12:58 - Arrived At Camp C-Bar gate to checkout Line (15)
1:02 - Opened outter Gate All secure
1:30 - Left Camp C with 31 x's All secure
1:40 - Arrived At collard green field
1:42 - Passing out knives - All secure
2:05 - Lt Smith brought fresh water into field

VOTE001755

# Daily Line Counts

Line #: __15__                    Date: __4-2-25__

Pusher: __Andrew Adams (Sgt)__
Gun Guard: __MSgt Bouders__
Gun Guard: __MSgt Bordelon__

AM Count: __0 31__

PM Count: _____

Comments:

2:40 - Called Med 3 for offender ▓▓▓▓ feeling dizzy
2:43 - Turned in Count to Camp-C sally port B-0, K-9, Z
2:45 - Bpark Answered - All secure at this time
3:05 - Head Land
3:15 - Notified Major Irbin about offender ▓▓▓▓ - that Med #3 didn't make it to field to see him

VOTE001756