# Exhibit F

## Daily Line Counts

Line #: 15

Date: 4-3-25

Pusher: Andrew Adams sgt.
Gun Guard: MSgt. Bordelon
Gun Guard: MSgt. Borders

AM Count: 52

PM Count: 25

| AM | PM |
|---|---|
| B1-0 | B1-0 |
| B2-20 | B2-11 |
| B3-14 | B3-6 |
| B4-18 | B4-8 |
| 52 | 25 |

**Comments:**

7:15 - Arrived at Camp C Bear Gate to check out L-15
7:17 - Open outer Gate All Secure
7:32 - Open inner Gate All Secure
7:35 - Check at L-15
8:00 Closed inner to outer Gate All Secure
8:23 Arrived At turnip field 52 x's water coolers And shade trailer Available
8:30 - Started picking turnips
9:07 - called Med #3 for offender ████████ for light headed And dizzy
9:30 Announced Break All Secure
9:35 Turned in count to C-Sallyport B- 0, 20, 14, 18
9:43 - Med #3 Arrived for offender ████████, stated that for offender to drink more water and take a 15 min break
10:15 Announced Break All Secure
10:45 - Announced Break All Secure
11:55 - Head Land
1:00
1:30 Arrived At Camp C Bear gate to check out L-15
1:88 left Camp C-gate All Secure 25 x's
2:30 Arrived At turnip field, water coolers And shade trailer Available
2:50 Announced Break All Secure
3:00 Turned in count B-0, 11, 6, 8
3:00 Head Land 25 x's

VOTE001759