UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A  
MEMBERSHIP ORGANIZATION ON  
BEHALF OF ITSELF AND ITS  
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering the matters discussed at the December 15 Pretrial Conference,

**IT IS ORDERED** that the parties may cease providing the Court with weekly updates on the conditions at the Louisiana State Penitentiary.

Baton Rouge, Louisiana, this 17th day of December, 2025

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA