# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, *et al.*, on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, *et al.*,<br><br> *Defendants*. | 3:23-cv-1304-BAJ-EWD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Plaintiffs, who respectfully move to withdraw Kara Crutcher (Il. Bar No. 6337639) as counsel of record in the above-captioned matters. Ms. Crutcher's employment with the Promise of Justice Initiative concluded on December 31, 2025. All other counsel of record for Plaintiffs consent to this motion and shall remain counsel for Plaintiffs. There is no indication that this withdrawal will cause any disruption in representation or ongoing litigation as a result.

Wherefore, undersigned counsel respectfully requests to withdraw Kara Crutcher as counsel of record in these matters.

Respectfully submitted this 7th day of January, 2026.

                */s/ Kara Crutcher*
                Kara Crutcher, IL Bar 6337639
                **THE PROMISE OF JUSTICE INITIATIVE**
                1024 Elysian Fields Avenue
                New Orleans, LA 70117
                Tel: (504) 529-5955
                kcrutcher@defendla.org

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:23-cv-1304-BAJ-EWD |

### PROPOSED ORDER

Considering the *Motion to Withdraw as Counsel of Record* filed by Kara Crutcher,

**IT IS HEARBY ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Kara Crutcher (Il. Bar No. 6337639) is hereby WITHDRAWN as counsel of record for Plaintiffs.

Baton Rouge, Louisiana, on this _____ day of _____, 2026.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA