**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, | **CIVIL ACTION** <br><br> **NO.: 3:23-cv-1304** <br><br> **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | |
| **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | **MAGISTRATE JUDGE** <br> **ERIN WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, TIMOTHY HOOPER, in his official capacity as Warden of Louisiana State Penitentiary, and the LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ("Defendants"), who respectfully submit this memorandum in opposition to Plaintiffs' Motion to Compel.

Following the October 6, 2025, status conference, this Court issued an order setting a discovery deadline for limited discovery "regarding the recent status of the construction of shade structures" at LSP for November 14, 2025. R.Doc. 329. On October 8, 2025, Plaintiffs propounded extensive discovery, which included over 23 requests for productions, interrogatories and a

deposition notice with seven topics. Most, if not all, of the discovery far exceeded this Court's limited discovery order, as well as discovery previously conducted.

In an effort to work with Plaintiffs and to avoid court intervention, Defendants agreed to produce documents and information consistent with prior productions done to date regarding current conditions.

Throughout this litigation, Defendants have produced self-declared emergency made from field/out camps from 2023 and 2024. All of the SDEs requested and produced from 2023 and 2024 were limited to the heat season, May through October. Consistent with these prior productions, Defendants agreed to produce the updated SDEs from the heat season.

On October 21, 2025, more than two weeks before discovery responses were due, in an effort to work with Plaintiffs given the tight discovery deadline, Defendants produced the SDEs from October 2024 (because prior discovery cut off was September 2024) and May through September 2025. This production was consistent with prior SDE productions from 2023 and 2024. Only after Defendants provided written responses to discovery did Plaintiffs request SDEs from April 2025. This request exceeds this Court's limited discovery order, as well as discovery conducted to date. After the Joint Pre-trial Order deadline, and well after the discovery deadline,[1] Plaintiffs filed this motion to compel.

Despite this Court's limited order on additional discovery, Defendants produced nearly 2,000 pages of discovery documents, and produced four Rule 30(b)(6) deponents who sat for over seven hours of depositions total. Defendants also accommodated another site inspection for one of Plaintiffs' experts that did not attend the inspection with this Court. Defendants have gone above and beyond to accommodate Plaintiffs and to provide current conditions discovery in preparation

---

[1] See Local Rule(D)(1).

2

for trial, which is less than one month away. Plaintiffs' motion to compel, which seeks information that far exceeds this Court's order, as well as discovery produced throughout this entire litigation, should be denied.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**


By:    s/Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone:  (225) 383-3796
Facsimile:  (225) 343-9612


**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 8th day of January, 2026.


s/Andrew Blanchfield
Andrew Blanchfield