IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

NOW COMES Plaintiffs Voice of the Experienced, et.al., through undersigned counsel, who respectfully moves this Court pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and 28 U.S.C. § 2243, to order the Warden of the Louisiana State Penitentiary at Angola, Louisiana, Darrel Vannoy, to produce KEVIAS HICKS #579490 to 777 Florida St., Baton Rouge, LA 70801 for a trial before Judge Jackson at 8:00 AM on February 5, 2026.

1

KEVIAS HICKS #579490, is in the custody of the Louisiana Department of Corrections, and is held at the Louisiana State Penitentiary in Angola, Louisiana. This trial is of great import to Mr. Hicks as it pertains the vindication of his and his class members' constitutional rights. His presence is therefore required at the trial. 28 U.S.C. § 2243.


Dated: New Orleans, Louisiana
       January 20, 2026

                                        By:

                                        **THE PROMISE OF JUSTICE INITIATIVE**

                                        */s/ Michael Allen*
                                        Cecelia Trenticosta Kappel, La. Bar No. 32736
                                        Samantha Pourciau, La. Bar No. 39808
                                        Michael Allen, La. Bar No. 41142
                                        1024 Elysian Fields Avenue
                                        New Orleans, LA 70117
                                        Tel: (504) 529-5955
                                        ctkappel@defendla.org
                                        sbosalavage@defendla.org
                                        mallen@defendla.org

                                        **RIGHTS BEHIND BARS**

                                        */s/ Lydia Wright*
                                        Lydia Wright, La. Bar No. 37926
                                        Amaris Montes (PHV) MD Bar No. 2112150205
                                        1800 M St. NW Fnt. 1 #33821
                                        Washington, D.C. 20033
                                        Tel: (202) 455-4399
                                        lydia@rightsbehindbars.org
                                        amaris@rightsbehindbars.org

                                        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                        */s/ Jeremy Benjamin*
                                        Joshua Hill Jr. (PHV) NY Bar No. 4297826
                                        Jeremy A. Benjamin (PHV) NY Bar No. 4770277
                                        Arielle B. McTootle (PHV) NY Bar No. 5993217
                                        Ricardo Sabater (PHV) NY Bar No. 5993217

Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica M. Paul (PHV) NY Bar No. 6157077
Christopher A. Bilicic (PHV) NY Bar No. 6233472
Janet G. Lee (PHV) NY Bar No. 6182265
1285 Avenue of the Americas,
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
cbilicic@paulweiss.com
jglee@paulweiss.com

*Attorneys for Plaintiffs and the Certified Classes*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 20th day of January, 2026. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

/s/ *Michael Allen*
Michael Allen