IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

NOW COMES Plaintiffs Voice of the Experienced, et.al., through undersigned counsel, who respectfully moves this Court pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and 28 U.S.C. § 2243, to order the Warden of the Louisiana State Penitentiary at Angola, Louisiana, Darrel Vannoy, to produce DARRIUS WILLIAMS #584590 to 777 Florida St., Baton Rouge, LA 70801 for a trial before Judge Jackson at 8:00 AM on February 5, 2026.

1

DARRIUS WILLIAMS #584590, is in the custody of the Louisiana Department of Corrections, and is held at the Louisiana State Penitentiary in Angola, Louisiana. This trial is of great import to Mr. Williams as it pertains the vindication of his and his class members' constitutional rights. His presence is therefore required at the trial. 28 U.S.C. § 2243.

Dated: New Orleans, Louisiana
January 20, 2026

By:

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Michael Allen*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217

    Leah R. Weiser (PHV) NY Bar No. 6027601
    Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
    Erica M. Paul (PHV) NY Bar No. 6157077
    Christopher A. Bilicic (PHV) NY Bar No. 6233472
    Janet G. Lee (PHV) NY Bar No. 6182265
    1285 Avenue of the Americas,
    New York, NY 10019-6064
    Tel: (212) 373-3000
    jhill@paulweiss.com
    jbenjamin@paulweiss.com
    amctootle@paulweiss.com
    rsabater@paulweiss.com
    lweiser@paulweiss.com
    cwilkerson@paulweiss.com
    epaul@paulweiss.com
    cbilicic@paulweiss.com
    jglee@paulweiss.com

    *Attorneys for Plaintiffs and the Certified Classes*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 20th day of January, 2026.  Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

                                                  /s/ *Michael Allen*
                                                  Michael Allen