IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

## [PROPOSED] ORDER

Considering the foregoing Motion for Writ Of Habeas Corpus Ad Testificandum, it is hereby ordered that the Warden of the Louisiana State Penitentiary at Angola, Louisiana, Darrel Vannoy, transport and produce Plaintiff, DAMARIS JACKSON #454295, for 8:00 a.m. February 9, 2026, for Plaintiff to attend trial before Judge Jackson for the above-mentioned case.

1

IT IS SO ORDERED.

    Baton Rouge, Louisiana, this _____ day of _____, 2026

                                                  **Honorable Judge Brian A. Jackson**
                                                  **Middle District of Louisiana**