UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

ORDER

Considering Plaintiffs' **Motion to Withdraw as Counsel of Record** (Doc. 365),

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Kara Crutcher be and is hereby **WITHDRAWN** as counsel of record in this matter.

Baton Rouge, Louisiana, this 20th day of January, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA