IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO COURTHOUSE FOR TRIAL AND TO USE ELECTRONIC DEVICES DURING TRIAL**

Plaintiffs Voice of the Experienced, et. al., through undersigned counsel, respectfully submit this motion seeking permission to bring electronic devices and other equipment into the courthouse for trial and to use electronic devices in the courtroom during trial. The grounds for this motion are set forth below:

1. Under Local Civil Rule 83(c)(9)(A), no cellular telephone, tablet, laptop computer or other type of electrical or electronic device shall be brought into the premises of the Middle District of Louisiana courthouse unless authorized by the Court.

2. Local Civil Rule 83(c)(9)(B) provides that attorneys appearing before the Court and serving as counsel of record are allowed to enter the courthouse with electronic devices.

3. Local Civil Rule 83(c)(9)(B) further provides that the use of electronic devices by attorneys seated in the courtroom is prohibited for purposes other than accessing the calendar feature on cell phones, "unless otherwise permitted by the presiding Judge."

4. Trial for this matter is scheduled for February 3-5 and 9-10, 2026.

5. Plaintiffs' trial team includes several attorneys who have appeared *pro hac vice* but who do not have Middle District of Louisiana attorney bar cards. Additionally, Plaintiffs' trial team includes several non-attorney staff members and trial technologists. It is Plaintiffs' understanding, from a call placed to the Middle District of Louisiana Clerk's Office, that both of these groups of individuals may not be permitted to bring electronic devices into the courthouse unless authorized to do so.

6. Plaintiffs' attorneys and non-attorney personnel also anticipate using electronic devices, including laptops and/or tablets, in the courtroom to assist in the efficient presentation of trial, including to display exhibits and demonstratives and to take notes.

7. Accordingly, Plaintiffs request permission for the following individuals to bring electronic devices into the courthouse for trial.

<u>From Paul, Weiss, Rifkind, Wharton & Garrison LLP</u>
Joshua Hill
Jeremy Benjamin
Arielle McTootle
Ricardo Sabater
Leah Weiser
Chizoba Wilkerson
Erica Paul
Kirk McLeod
Janet Lee
Christopher Bilicic
Elana Thomas-Egri

    Tobin Kassa
    Iyanu Awomuse
    Cassandra Garba
    Joshua Wodin

    <u>From Rights Behind Bars</u>
    Amaris Montes

    <u>From Promise of Justice Initiative</u>
    Deidre Thomas
    Darlene Dickinson

    <u>From Impact Trial (Plaintiffs' trial technologists)</u>
    Jesse Stevenson
    Scott Perloff

8. Plaintiffs additionally request permission to use laptops and/or tablets in the courtroom during trial, for the limited purposes of conducting the trial presentation and taking notes.

Dated: January 28, 2026

    Respectfully submitted by,

    **THE PROMISE OF JUSTICE INITIATIVE**

    <u>/s/ Samantha Pourciau</u>
    Cecelia Trenticosta Kappel, La. Bar No. 32736
    Samantha Pourciau, La. Bar No. 39808
    Michael Allen, La. Bar No. 41142
    1024 Elysian Fields Avenue
    New Orleans, LA 70117
    Tel: (504) 529-5955
    ctkappel@defendla.org
    sbosalavage@defendla.org
    mallen@defendla.org

    **RIGHTS BEHIND BARS**

    <u>/s/ Lydia Wright</u>
    Lydia Wright, La. Bar No. 37926
    Amaris Montes (PHV) MD Bar No. 2112150205
    1800 M Street NW Fnt. 1, No. 33821
    Washington, D.C. 20033
    Tel: (202) 455-4399

lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**

<u>/s/ Jeremy A. Benjamin</u>
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica Paul (PHV) NY Bar No. 615707
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Chris Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*