IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO COURTHOUSE FOR TRIAL AND TO USE ELECTRONIC DEVICES DURING TRIAL**

Upon consideration of Plaintiffs Motion for Permission to Bring Electronic Devices into Courthouse for Trial and to Use Electronic Devices During Trial, IT IS HEREBY ORDERED that the following individuals may bring electronic devices into the courthouse for trial in the above-captioned case, scheduled to occur February 3-5 and 9-10, 2026:

<u>From Paul, Weiss, Rifkind, Wharton & Garrison LLP</u>
Joshua Hill
Jeremy Benjamin
Arielle McTootle

    Ricardo Sabater
    Leah Weiser
    Chizoba Wilkerson
    Erica Paul
    Kirk McLeod
    Janet Lee
    Christopher Bilicic
    Elana Thomas-Egri
    Tobin Kassa
    Iyanu Awomuse
    Cassandra Garba
    Joshua Wodin

    <u>From Rights Behind Bars</u>
    Amaris Montes

    <u>From Promise of Justice Initiative</u>
    Deidre Thomas
    Darlene Dickinson

    <u>From Impact Trial</u>
    Jesse Stevenson
    Scott Perloff

It is further ORDERED that Plaintiffs may use laptops and/or tablets in the courtroom during trial, for the limited purposes of conducting the trial presentation and taking notes.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this _____ day of _____, 2026

                                                        _____
                                                        Honorable Judge Brian A. Jackson
                                                        Middle District of Louisiana