# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTIONS**

NOW COME PLAINTIFFS in the above-captioned matter, through undersigned counsel, who move this Honorable Court to consider on an expedited basis the Plaintiffs' Motions for Writ of Habeas Corpus ad testificandum, ECF Nos. 367–376; Plaintiffs' Unopposed Motion for Additional Table for use at trial, ECF No. 378; and Plaintiffs' Motion for Permission to Bring Electronic Devices into Courthouse for Trial and to Use Electronic Devices During Trial.

Trial in this matter will begin in six days, on February 3, 2026, and is scheduled for February 3–5 and 9–10, 2026. Swift resolution of the Motions for Writ of Habeas Corpus ad

testificandum is necessary to ensure that the named plaintiffs and class members can be transferred to appear in court, provide testimony, and vindicate their constitutional rights. *See* 28 U.S.C. § 2243 (providing that writs must be returned within three days, and that after a writ is returned, the hearing day shall be set for not more than five days after).

Swift resolution of the Motion for Additional Table and the Motion for Permission to Bring Electronic Devices into Courthouse for Trial and to Use Electronic Devices During Trial is necessary to ensure that Plaintiffs' counsel may adequately prepare for the upcoming start of trial.

Dated: January 28, 2026

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M Street NW Fnt. 1, No. 33821
Washington, D.C. 20033
Tel: (202) 455-4399

lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica Paul (PHV) NY Bar No. 615707
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Chris Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

*Attorneys for Plaintiffs and the Certified Classes*