UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated, <br><br> **VERSUS** <br><br> **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | CIVIL ACTION <br><br> NO.: 3:23-cv-1304 <br><br> JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE ERIN WILDER-DOOMES |

*************************************************

### *EX PARTE* MOTION TO ENROLL CAITLIN A. HUETTEMANN AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants, **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, and **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary ("Defendants"), who, pursuant to Local Rule 7(c), move that Caitlin A. Huettemann, Assistant Solicitor General, be enrolled as additional counsel for these Defendants in the above captioned matter, with Andrew Blanchfield, Special Assistant Attorney General, to remain enrolled as lead

[1]

counsel for these Defendants, and Christopher K. Jones, C. Reynolds LeBlanc and Chelsea A. Payne to remain as counsel of record. In support of this motion, Defendants state as follows:

1. Caitlin A. Huettemann is a member in good standing of the Louisiana State Bar and is admitted to appear before this Honorable Court.

2. Caitlin A. Huettemann's contact information is as follows:

> Caitlin A. Huettemann. (La. Bar Roll No. 40402)
> Assistant Solicitor General
> Office of Elizabeth B. Murrill
> Attorney General of Louisiana
> 1885 N. 3rd Street
> Baton Rouge, LA 70802
> Telephone: (225) ) 888-7903
> Email: huettemannc@ag.louisiana.gov

WHEREFORE, Defendants, **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, and **TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary, respectfully request that this Honorable Court grant the *Ex Parte* Motion to Enroll Caitlin A. Huettemann, Assistant Solicitor General, as Additional Counsel of Record for Defendants, with Andrew Blanchfield, Special Assistant Attorney General, to remain enrolled as lead counsel and Christopher K. Jones, C. Reynolds LeBlanc and Chelsea A. Payne, Special Assistant Attorney General, to remain as counsel for these Defendants.

*(Signatures on Following Page)*

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General**


By:    s/Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612


**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 29th day of January, 2026.


   s/Andrew Blanchfield
Andrew Blanchfield

[3]