UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER

Considering Defendants' *Ex Parte* Motion To Enroll Caitlin A. Huettemann as Additional Counsel Of Record (Doc. 384),

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Caitlin A. Huettemann shall be **ENROLLED** as co-counsel of record for Defendants.

Baton Rouge, Louisiana, this 29th day of January, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA