UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

### ORDER

Considering Plaintiffs' **Motion for Permission to Bring Electronic Devices into Courthouse for Trial and to Use Electronic Devices During Trial (Doc. 382)**,

**IT IS ORDERED** that that Motion is **GRANTED**. The persons listed in Plaintiffs' Motion (Doc. 382) are authorized to bring their electronic devices into Courtroom 2 for the trial beginning on February 3, 2026.

Baton Rouge, Louisiana, this 29th day of January, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA