UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

### ORDER

Considering Plaintiffs' **Unopposed Motion for Additional Table (Doc. 378)**, in which Plaintiffs' Counsel request to supply their own table to set up in Courtroom 2 for the bench trial scheduled to begin on February 3, 2026,

**IT IS ORDERED** that that Motion (Doc. 378) is **DENIED**. The Court will provide and set up an additional table for Plaintiffs and Plaintiffs' Counsel for the duration of the bench trial.

Baton Rouge, Louisiana, this 29th day of January, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1