UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**IT IS ORDERED THAT** a writ of habeas corpus be issued to the Warden of the Louisiana State Penitentiary located in Angola, Louisiana, or one of his authorized deputies, ordering and directing said Warden of said institution, or one of his authorized deputies, to produce Inmate **Damaris Jackson (#454295)** in person for his appearance in the United States District Court for the Middle District of Louisiana, located at 777 Florida Street, Baton Rouge, Louisiana 70801, for a trial on **February 9, 2026, at 8:00 A.M.**, before the Honorable Brian A. Jackson, in Courtroom 2.

1

2

**IT IS FURTHER ORDERED** that Defense Counsel shall immediately serve a copy of this Order For Writ Of Habeas Corpus Ad Testificandum on the Warden of Louisiana State Penitentiary by any means necessary so as to ensure that the aforementioned inmate is produced on the above date and time.

This Order shall constitute the Writ of Habeas Corpus Ad Testificandum.

Baton Rouge, Louisiana, this 29th day of January, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**