IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**UNOPPOSED MOTION FOR PERMISSION FOR PLAINTIFFS TO BRING A PRINTER TO THE COURTHOUSE FOR USE THROUGHOUT TRIAL**

NOW COME Plaintiffs Voice of the Experienced, et.al., through undersigned counsel, who move this Honorable Court to grant Plaintiffs' Unopposed Motion for permission for Plaintiffs' to bring a printer to the courthouse for use by Plaintiffs in the courthouse attorney room. Therefore, Plaintiffs seek permission to bring one small printer for use throughout the trial in the above

1

captioned matter beginning on Tuesday, February 3, 2026 and concluding on Tuesday, February 10, 2026.

Defendants do not oppose this request.

Dated: New Orleans, Louisiana
February 2, 2026

By:

THE PROMISE OF JUSTICE INITIATIVE

*/s/ Samantha Pourciau*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org
RIGHTS BEHIND BARS

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica M. Paul (PHV) NY Bar No. 6157077

2

        Christopher A. Bilicic (PHV) NY Bar No. 6233472
        Janet G. Lee (PHV) NY Bar No. 6182265
        1285 Avenue of the Americas,
        New York, NY 10019-6064
        Tel: (212) 373-3000
        jhill@paulweiss.com
        jbenjamin@paulweiss.com
        amctootle@paulweiss.com
        rsabater@paulweiss.com
        lweiser@paulweiss.com
        cwilkerson@paulweiss.com
        epaul@paulweiss.com
        cbilicic@paulweiss.com
        jglee@paulweiss.com

        *Attorneys for Plaintiffs and the Certified Classes*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 2nd day of February, 2026. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

                                              /s/ *Jeremy A. Benjamin*
                                                Jeremy A. Benjamin