# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

This matter came before the Court for a Bench Trial held before Judge Brian A. Jackson on 2/3/2026.

**PRESENT:** Samantha Pourciau, Esq.
Jeremy Benjamin, Esq.
Joshua Hill, Jr., Esq.
Lydia Wright, Esq.
Cecelia Kappel, Esq.
Leah Weiser, Esq.
Chizoba Wilkerson, Esq.
Erica Paul, Esq.
Ricardo Sabater, Esq.
Amaris Montes, Esq.
Michael Allen, Esq.
Janet Lee, Esq.
Arielle McTootle, Esq.
**Counsel for Plaintiffs**

Andrew Blanchfield, Esq.
Chelsea Payne, Esq.
Caitlin Huettemann, Esq.
**Counsel for Defendants**

Case is called; Counsel made appearances.

The Court DENIED the Motion for Permission for Plaintiffs to Bring a Printer to the Courthouse for Use Throughout Trial (Rec. Doc. 402) and the oral request to bring a real time Court Reporter.

The Plaintiff moved to admit the Joint Exhibits for trial. The Court GRANTED the request, and the Joint Exhibits are admitted.

The Plaintiffs moved to sequester witnesses. The Court ORDERED Witnesses sequestered.

The Parties made opening statements.

The following persons are sworn and testify:

>    Joseph Guillory
>    Steven Major
>    Dr. Paul Toce
>    Dr. Evelynn Hammonds
>    Darrell Vannoy, Warden
>    Dr. Randy Lavespere

In connection with testimony of Paul Toce, the following exhibit was offered and admitted into evidence: Joint Exhibit 42;

In connection with testimony of Lt. Huey Pidgeon, the following exhibit was identified: Joint Exhibit 83;

In connection with testimony of Warden Darrell Vannoy, the following exhibits were offered and admitted into evidence: Joint Exhibits 37, 14, 18, 38, 41, 42, 245, 233, 232, and 20; Plaintiff's Exhibit 241, 240, 234, 23, and 10; Defendants' Exhibits 59, and 48;

In connection with testimony of Dr. Randy Lavespere, the following exhibits were offered and admitted into evidence: Joint Exhibits 13, 42, 41, and 18;

Court recessed until Wednesday, February 4, 2026, at 8:30 a.m.

\* \* \* \* \*

CV4 ; T-  7h 3m
Court Reporter: Natalie Breaux