| AO 435<br>(Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | **FOR COURT USE ONLY**<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Jeremy Benjamin | | 2. PHONE NUMBER<br>(212) 373-3502 | 3. DATE<br>~~2/6/2026~~ 2/9/2026 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>jbenjamin@paulweiss.com | | 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10019 |
| 8. CASE NUMBER<br>3:23-cv-1304-BAJ-EWD | 9. JUDGE<br>Jackson | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/3/2026 | 11. TO 2/10/2026 | |
| 12. CASE NAME<br>VOTE et al. v. LeBlanc et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Baton Rouge | 14. STATE Louisiana | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | Feb. 3, 2026 | All witnesses | Feb. 3, 4, 5, 9, and 10, 2026 |
| [X] OPENING STATEMENT (Defendant) | Feb. 3, 2026 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | Likely Feb. 10, 2026 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | Likely Feb. 10, 2026 | | |
| [X] OPINION OF COURT | if any, likely Feb. 10 2026 | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | As soon as practicable [X] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|
| 18. SIGNATURE *[signed]* | PROCESSED BY |
| 19. DATE  2/9/2026 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY