UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

This matter came before the Court for a Bench Trial held before Judge Brian A. Jackson on 2/4/2026.

    **PRESENT:** Samantha Pourciau, Esq.
                Joshua Hill, Jr., Esq.
                Cecelia Kappel, Esq.
                Arielle McTootle, Esq.
                Lydia Wright, Esq.
                Leah Weiser, Esq.
                Michael McGregor, Esq.
                Amaris Montes, Esq.
                Michael Allen, Esq.
                Janet Lee, Esq.
                **Counsel for Plaintiffs**

                Andrew Blanchfield, Esq.
                Chelsea Payne, Esq.
                Caitlin Huettemann
                **Counsel for Defendants**

Case is called; Counsel made appearances.

The following persons are sworn and testify:

    Myron Smith
    Lt. Huey Pidgeon
    Gregory Samuels

    Amber Vittorio
    Margarite Green
    Justin Coley
    Lt. Michael Karisny

In connection with testimony of Myron Smith, the following exhibit was offered and admitted into evidence: Joint Exhibit 243;

In connection with testimony of Lt. Huey Pidgeon, the following exhibit was offered and admitted into evidence: Joint Exhibit 83;

In connection with testimony of Gregory Samuels, the following exhibits were offered and admitted into evidence: Joint Exhibit 232; Defendants' Exhibit 60;

In connection with testimony of Amber Vittorio the following exhibits were offered and admitted into evidence: Plaintiffs' Exhibit 27, 28, 23; Joint Exhibits 44 and 47; Defendants' Exhibit 19;

In connection with testimony of Margarite Green the following exhibits were offered and admitted into evidence: Plaintiffs' Exhibit 198, 225, 204, 174, 195, 199, 209, 212, 196, 214, 224, 63; Joint Exhibits 243, 232, and 196; Defendants' Exhibit 51 and 52;

In connection with testimony of Justin Coley the following exhibits were offered and admitted into evidence: Plaintiffs' Exhibits 143, 244; Joint Exhibits 233, 20, and 19;

In connection with testimony of Michael Karisny the following exhibits were offered and admitted into evidence: Joint Exhibits 1, 240, 241, 233, 137, 242, 232; Defendants' Exhibit 48;

    Court recessed until Thursday, February 5, 2026, at 8:00 a.m.

* * * * *

    CV6 ; T- 6h 38m