UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

This matter came before the Court for a Bench Trial held before Judge Brian A. Jackson on 2/5/2026.

**PRESENT:** Samantha Pourciau, Esq.
Jeremy Benjamin, Esq.
Joshua Hill, Jr., Esq.
Lydia Wright, Esq.
Cecelia Kappel, Esq.
Leah Weiser, Esq.
Chizoba Wilkerson, Esq.
Erica Paul, Esq.
Ricardo Sabater, Esq.
Amaris Montes, Esq.
Michael Allen, Esq.
Janet Lee, Esq.
Arielle McTootle, Esq.
Michael McGregor, Esq.
**Counsel for Plaintiffs**

Andrew Blanchfield, Esq.
Chelsea Payne, Esq.
Caitlin Huettemann, Esq.
**Counsel for Defendants**

Case is called; Counsel made appearances.

The following person continued testimony:

    Michael Karisny

The following persons were sworn and testify:

    Ashli Oliveaux
    Chadarius Morehead
    Joshua Sbicca Ph. D.
    Norris Henderson
    Dr. Randy Lavespere
    Tommy Gulino

In connection with testimony of Michael Karisny, the following exhibit was offered and admitted into evidence: Defendants' Exhibit 48,

In connection with testimony of Ashli Oliveaux, the following exhibits were offered and admitted into evidence: Joint Exhibits 21, 42, 215, and 216; Plaintiffs' Exhibit 167;

In connection with testimony of Dr. Joshua Sbicca, the following exhibits were offered and conditionally admitted into evidence: Plaintiffs' Exhibits 70, 71, 72, 73, and 74 subject to meet and confer of the parties; Plaintiffs' Exhibit 141 admitted per Order ECF 399.

In connection with testimony of Norris Henderson, the following exhibit was offered and admitted into evidence: Defendants' Exhibit 48,

In connection with testimony of Randy Lavespere, the following exhibits were offered and conditionally admitted into evidence: Joint Exhibits 10, 16, 11, and 18;

    Court recessed until Monday, February 9, 2026, at 8:00 a.m.

* * * * *

    CV6 ; T- 5h 41m