## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO. 23-01304-BAJ-EWD** |

This matter came before the Court for a Bench Trial held before Judge Brian A. Jackson on 2/9/2026.

**PRESENT:** Samantha Pourciau, Esq.
Jeremy Benjamin, Esq.
Joshua Hill, Jr., Esq.
Lydia Wright, Esq.
Cecelia Kappel, Esq.
Leah Weiser, Esq.
Chizoba Wilkerson, Esq.
Erica Paul, Esq.
Ricardo Sabater, Esq.
Amaris Montes, Esq.
Michael Allen, Esq.
Janet Lee, Esq.
Arielle McTootle, Esq.
Michael McGregor, Esq.
**Counsel for Plaintiffs**

Andrew Blanchfield, Esq.
Chelsea Payne, Esq.
Caitlin Huettemann, Esq.
**Counsel for Defendants**

Case is called; Counsel made appearances.

The following persons were sworn and testify:

    Dr. Susie Vasallo

Plaintiffs rest.

The following persons were sworn and testify:

    Dr. Delica Reynolds Barnes
    Roland Sylvester
    Sidney Jackson Davis, IV
    Justin Coley
    Warden Darrell Vannoy

In connection with testimony of Dr. Susie Vasallo, the following exhibits were offered and admitted into evidence: Joint Exhibits 200, 215, 141, 245, 233, 138, 214, and 234; Plaintiff's Exhibit 200, 245 and 79; Defendants' Exhibits 44, 49, and 40;

In connection with testimony of Dr. Deleca Reynolds Barnes, the following exhibits were offered and admitted into evidence: Joint Exhibits 11, and 18; Defendants' Exhibits 36, 37, and 61 (to be uploaded to JERS); Plaintiffs' Exhibits 59 and 123;

In connection with testimony of Roland Sylvester, the following exhibits were offered and admitted into evidence: Joint Exhibit 74; Defendants' Exhibits 31 and 30;

In connection with testimony of Sidney Jackson Davis, IV, the following exhibits were offered and admitted into evidence: Defendants' Exhibit 2 as to page 0350513;

In connection with testimony of Justin Coley, the following exhibits were offered and admitted into evidence: Joint Exhibits 170 and 35;

In connection with testimony of Warden Darrell Vannoy, the following exhibits were offered and admitted into evidence: Joint Exhibit 42; Plaintiffs' Exhibit 23; Defendants' Exhibits 17, 28, 45, 43, 29, and 52;

Court recessed until Tuesday, February 10, 2026, at 8:30 a.m.

\* \* \* \* \*

CV6 ; T-  7h 07m