UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

This matter came before the Court for a Bench Trial held before Judge Brian A. Jackson on 2/10/2026.

**PRESENT:** Samantha Pourciau, Esq.
Jeremy Benjamin, Esq.
Joshua Hill, Jr., Esq.
Lydia Wright, Esq.
Cecelia Kappel, Esq.
Leah Weiser, Esq.
Chizoba Wilkerson, Esq.
Erica Paul, Esq.
Ricardo Sabater, Esq.
Amaris Montes, Esq.
Michael Allen, Esq.
Janet Lee, Esq.
Arielle McTootle, Esq.
Michael McGregor, Esq.
**Counsel for Plaintiffs**

Andrew Blanchfield, Esq.
Chelsea Payne, Esq.
Caitlin Huettemann, Esq.
**Counsel for Defendants**

Case is called; Counsel made appearances.

The following person continued testimony:

    Warden Darrell Vannoy

The following persons were sworn and testify:

    Dr. Carl Keldie

Defense rested.

Plaintiffs presented closing arguments.

Defendants presented closing arguments.

The Parties are ORDERED to file Proposed Finding of Facts and Conclusions of Law within 21 days of the filing of the Transcript. Plaintiffs shall also file proposed remedies as a separate docket entry.

In connection with testimony of Warden Darrell Vannoy, the following exhibits were offered and admitted into evidence: Joint Exhibits 14, 245, and 214; Plaintiffs' Exhibit 245;

In connection with testimony of Dr. Carl Keldie, the following exhibits were offered and admitted into evidence: Joint Exhibits 10, 16, 143, 151, 147, 149, 148, 215; Defendants' Exhibits 33, 34, 35; Plaintiff's exhibits 116, 59, 123

    Court adjourned at 4:17 p.m.

* * * * *

    CV 5; T- 7h 12m