IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ADMIT UNDER SEAL TRIAL EXHIBITS JOINT EXHIBIT 215 AND PLAINTIFFS' EXHIBIT 167**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Voice of the Experienced, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams (together, "Plaintiffs"), who move this Honorable Court to consider on an expedited basis the Plaintiffs' Unopposed Motion for Leave to Admit Under Seal Trial Exhibits Joint Exhibit 215 ("JX-215") and Plaintiffs' Exhibit 167 ("PX-167").

Trial in this matter concluded on February 10, 2026. Each of the aforementioned exhibits was admitted during trial. JX-215 was admitted by stipulation of the parties and referenced during the testimony of Deputy Warden Ashli Oliveaux and Dr. Susi Vassallo. PX-167 was admitted during the testimony of Deputy Warden Oliveaux. These exhibits contain sensitive medical information, and none of the confidential medical information was made publicly available at trial. There is good cause to maintain these trial exhibits under seal, and Defendants do not oppose Plaintiffs' motion to admit these exhibits under seal. Swift resolution of this motion is necessary to facilitate the parties' presentation of their evidence in the submissions of Findings of Fact and Conclusions of Law.

Dated: March 2, 2026

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M Street NW Fnt. 1, No. 33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica Paul (PHV) NY Bar No. 615707
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Christopher Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

*Attorneys for Plaintiffs and the Certified Classes*