UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED,** a membership organization on behalf of itself and its members; **and MYRON SMITH, DAMARIS JACKSON, NATE WALKER and DARRIUS WILLIAMS,** on behalf of themselves and all others similarly situated, <br><br> **VERSUS** <br><br> **JAMES LEBLANC,** in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections**; TIMOTHY HOOPER,** in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG,** in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS;** and **PRISON ENTERPRISES, INC.** | CIVIL ACTION <br><br> NO.: 3:23-cv-1304-BAJ-EWD <br><br> JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ~~WEST FELICIANA~~ East Baton Rouge

BEFORE ME, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:

**Darrel Vannoy**

Who, based upon her personal knowledge, did depose and say the following:

1. I am the Warden at Louisiana State Penitentiary.

2. At the bench trial in this matter, I testified that because we have onsite automatic temperature monitoring at LSP through the Perry Weather System, LSP would and could monitor temperature year-round.

3. Following the trial, I began working on changing Directive 13.067 to remove the "heat season" and to monitor temperature and call heat alerts year-round.

4. These changes were complete and the new version of 13.067 was signed on March 9, 2026. The current version of 13.067 is attached as Exhibit 1.

5. I also prepared a memo to all staff outline these changes, which is attached as Exhibit 2.

6. I prepared a memo to control center outlining the changes, attached as Exhibit 3.

7. I prepared a specific memo to field staff outlining these changes, attached as Exhibit 4.

8. LSP will also implement an additional class offered to Farm Line workers in the afternoons where inmates will learn about the crops that LSP grows and how they are grown. We will offer a certification following completion of the class.

9. LSP is in the process of issuing all new Heat Precaution Duty Statuses to reflect that the duty status is valid year-round.

_____
DARREL VANNOY

SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC, this 10th day of ~~April, 2025~~ March, 2026.

_____
NOTARY PUBLIC
Adrienne Aucoin
LSBA Bar Roll No. 31606
My Commission expires at death

033474

| Directive No. 13.067 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| **LOUISIANA STATE PENITENTIARY**<br><br>March 9, 2026 | SUBJECT:<br>HEAT PATHOLOGY |
| | REFERENCE:<br>Department Regulation No. HCP8<br>Penitentiary Directive No. 13.063 |
| | ACA STANDARD: |

**PURPOSE**: To establish provisions for the reduction of heat pathology and to reduce the exposure to inmates identified as more vulnerable to heat.

**APPLICABILITY**: To the Louisiana State Penitentiary Security Staff and Medical Staff.

**POLICY**: It is the Warden's policy that Louisiana State Penitentiary shall have a mechanism to identify inmates more vulnerable to heat and to enforce provisions to reduce heat pathology among all inmates. Inmates with a specific chronic illness or on certain types of medications may have increased sensitivity to heat and sunlight and are at a higher risk for developing heat pathology.

**DEFINITIONS**:

**Altered Mental Status**: an abnormal state of awareness or alertness that can include drowsiness, confusion, disorientation, difficult to wake, or any strange behavior.

**Apparent Temperature (Heat Index)**: The perceived temperature in degrees Fahrenheit derived from a combination of the temperature and humidity for the indicated hour.

**Cool Water/Showers**: Tap water supplied through an independent tap water supply line.

**Health Care Practitioner/Provider**: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

NOTE: This shall be in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification, and regulatory requirements.

**Heat Alert**: A designation when the apparent temperature (heat index) outdoors reaches 88 degrees Fahrenheit, requiring special provisions.

**Heat Exhaustion**: A condition whose symptoms may include heavy sweating and a rapid pulse, a result of your body overheating. It is one of three heat-related syndromes, with heat cramps being the mildest and heat stroke being the most severe.

033475

Penitentiary Directive No. 13.067
March 9, 2026
Page 2 of 6

**Heat Pathology**: Heat induced syndromes, such as heat stroke, muscle cramps and heat exhaustion, due to a failure of the heat regulating mechanisms of the body.

**Heat Stroke**: Core body temperature greater than 104 degrees Fahrenheit, with complications involving the central nervous system that occur after exposure to high temperatures. Other common symptoms include nausea, seizures, confusion, disorientation, loss of consciousness or coma.

**Photosensitivity**: An increase in the sensitivity to ultraviolet (UV) rays from the sun and other light sources. Some medications contribute to sensitivity to the sun.

**PROCEDURE:**

1. Inmates diagnosed by a health care practitioner/provider with a chronic illness that may be affected by heat as listed in Attachment B "Medical Exclusion List" or those prescribed medication that may increase heat sensitivity as listed in Attachment A "Heat Pathology Medication List" shall be evaluated and educated regarding potential adverse reactions concerning heat or photosensitivity related pathology. Implementation of appropriate measures shall be taken, if clinically indicated, to reduce the risk of adverse outcomes.

2. During clinical encounters with inmates outlined in section 1. above, the Medical Director or designee shall ensure the following:

    A. The health care practitioner/provider informs the inmate of the risk of developing heat pathology and/or photosensitivity;

    B. The health care practitioner/provider shall evaluate each inmate with a medical condition list in Attachment B "Medical Exclusion List" or prescribed a medication list in Attachment A "Heat Pathology Medications" to determine if a heat precaution duty status is indicated, provided the inmate does not have a more restrictive permanent duty status. Nothing in this directive shall prevent a health care practitioner/provider from issuing a more restrictive duty status associated with any medical condition.

    C. An inmate prescribed a medication from Attachment A "Heat Pathology Medication List" or diagnosed with a medical condition list in Attachment B "Medical Exclusion List," may opt out of a heat precaution duty status, subject to the approval of the Medical Director, if the inmate is educated on the risks by the health care practitioner/provider. Any such waiver shall be documented on [Form HCP10-a](#) "Refusal to Accept Medical or Mental Health Care." If necessary, the Medical Director shall issue other appropriate duty statuses or outdoor work requirements to mitigate risks should the inmate choose to work outdoors.

033476

Penitentiary Directive No. 13.067
March 9, 2026
Page 3 of 6

    D.    In exceptional cases, should the health care practitioner/provider determine that a heat precaution duty status is not necessary, the clinical rationale for this determination shall be documented in the inmate's electronic health record. Further, additional inmate education regarding heat pathology risks shall be provided and documented in the inmate's medical record.

NOTE: If medication is the sole basis for ordering a heat precaution duty status, medication compliance shall be considered by the health care practitioner/provider when ordering a heat precaution duty status.

3.    Heat Precautions

    A.    Heat Precaution Duty Status

        1.    The Warden or designee shall ensure that the heat precaution duty status includes, but is not limited to the following:

            a.    The inmate must be brought indoors once the apparent temperature reaches 88 degrees;

            b.    The inmate shall not participate in sports or exercise outdoors once the apparent temperature reaches 88 degrees Fahrenheit; and

            c.    The inmate shall not be re-assigned to jobs in environments that are typically hotter than normal indoor temperatures, such as kitchen or warehouse environments that are not climate controlled.

        2.    The Warden or designee shall ensure a list of all inmates with a heat precaution duty status as outlined above in section 1. of this directive is provided weekly to the designated supervisor responsible for their care and custody.

    B.    Indoor Procedures

        1.    The Warden or designee shall ensure the following indoor procedures are implemented for all inmates in all housing and work areas between the hours of 8:00 am and 8:00 pm, 7 days a week at a minimum.

            a.    Cold water and/or ice is available;

            b.    Additional cool showers and/or cool wet towels are available (cool showers is defined as tap water supplied through an independent tap water supply line); and

033477

   c. Where possible, and if effective, increase ventilation by opening windows / doors (where security of the unit allows) and / or use of fans in housing areas to reduce housing area temperatures. (i.e. work hours may be adjusted to accommodate extreme temperatures.)

   EXCEPTION: These procedures need not to be implemented in areas that are climate controlled.

 C. Outdoor Procedures

  1. The Warden or designee shall ensure the following outdoor procedures are implemented for all inmates in all outdoor areas between 8:00 AM and 7:00 PM.

   a. The following shall be available to all inmates in outdoor areas:
    i. Water and ice;
    ii. Shaded area for breaks; and
    iii. Sunscreen

  2. Outside temperatures are monitored and recorded in real time using the Perry Weather Monitoring and Alert System which includes an immediate alert to the Warden or designee when the heat index reaches 88 degrees Fahrenheit.

  3. When the apparent temperature (heat index) outdoors reaches 88 degrees Fahrenheit, a heat alert shall be announced; Field staff shall document the heat alert announcement on daily line count sheets, and ensure all breaks are clearly documented on the daily line count sheet.

  4. Upon the announcement of a heat alert, the following measures shall be provided while working outdoors:

   a. Water and ice is available at least every 30 minutes;
   b. A rest break at least 15 minutes is offered every 45 minutes; and
   c. Work hours may be adjusted to accommodate extreme temperatures.

  5. The Warden or designee shall ensure the heat precautions implemented as outlined in section 3. above are documented and maintained at the facility. If the heat index reaches 113 degrees Fahrenheit; outdoor work shall cease.

  6. When the heat index reaches 113 degrees Fahrenheit, an announcement shall be made the all outdoor work is to cease. The control center supervisor shall input an unusual occurrence report after the announcement is made documenting the heat index and the time of the announcement.

033478

        NOTE: Regardless of time of year or temperature, the above provisions in no way negate the standard requirements regarding the provision of adequate water and or ice for outdoor work crews and housing areas.

4. Response to Heat Pathology Signs and Symptoms

    A. The Warden or designee shall ensure inmates exhibiting signs and symptoms of heat pathology are immediately referred to the medical department for evaluation and/or treatment.

    B. The Medical Director shall ensure that, if an inmate is diagnosed with heat stroke, a written medical report on the diagnosis and surrounding incident is emailed to the Chief Medical Officer as soon as possible after the diagnosis, but no later than 24 hours (excluding weekends and holidays).

5. Inmate Education

    A. The Warden or designee shall ensure inmates outlined in Section 1. above receive heat pathology education that includes, but is not limited to, the following:

        1. Increased consumption of liquids;
        2. Avoidance of undue exposure to the sun;
        3. Signs and symptoms of dehydration;
        4. Signs and symptoms of dermatological conditions secondary to photosensitivity including sunburn and rashes;
        5. Signs and symptoms of medication toxicity (any altered mental status); and
        6. Avoidance of excessive exhausting activities in high temperatures.

    B. The Warden or designee shall ensure documentation of inmates receiving heat pathology education through utilization of Form HCP8-a "Heat Pathology Inmate Education." This document shall be scanned into the Electronic Health Record.

6. Staff Training

The Warden or designee shall ensure annual roll call training is provided to correctional officers during April of each year in the signs and symptoms and prevention of heat pathology as outlined in Heat Pathology Staff Training (Attachment C) and the provisions of this directive. Documentation of this training shall be maintained at the unit.

7. Heat Pathology Medications

The DPS&C Pharmacy and Therapeutics (P&T) Committee shall be responsible for annually reviewing and updating Attachment A "Heat Pathology Medications List" as needed.

033479

Penitentiary Directive No. 13.067
March 9, 2026
Page 6 of 6



| | | |
|---|---|---|
| s/Darrel Vannoy | | s/Paul Toce, MD |
| Warden | | Medical Director |

Attachments:    A    Heat Pathology Medications List
                        B    Medical Exclusion List
                        C    Heat Pathology Staff Training

Form:    HCP8-a    Heat Pathology Offender Education

This policy supersedes Penitentiary Directive No. 13.067 dated January 9, 2026.

033480

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## STATE OF LOUISIANA
### LOUISIANA STATE PENITENTIARY



JEFF M. LANDRY
GOVERNOR

GARY E. WESTCOTT
SECRETARY

March 09, 2026

TO:     LSP Employees

FROM:   Darrel Vannoy
        Warden

RE:     Heat Precautions

Penitentiary Directive No. 13.067 "Heat Precautions" has been updated effective March 09, 2026. Some key changes in this policy are:

1. Heat Precaution Procedures shall be followed year round;
2. Indoor Procedures
    - Indoor procedures shall be implemented for all inmates in all housing and work areas between the hours of 8:00am and 8:00pm, 7 days a week
        o Cold water and/or ice is available;
        o Additional cool showers and/or cool wet towels are available (cool showers is defined as tap water supplied through an independent tap water supply line); and
        o Where possible, and if effective, increase ventilation by opening windows / doors (where security of the unit allows) and / or use of fans in housing areas to reduce housing area temperatures. (i.e. work hours may be adjusted to accommodate extreme temperatures.)
        o EXCEPTION: These procedures need not to be implemented in areas that are climate controlled;
3. Outdoor Procedures
    - Outdoor Procedures shall be implemented for all inmates in all outdoor areas between 8:00am and 7:00pm
        o The following shall be available to all inmates in outdoor areas:
            ▪ Water and ice;
            ▪ Shaded area for breaks; and
            ▪ Sunscreen
    - When the apparent temperature (heat index) outdoors reaches 88 degrees Fahrenheit, a heat alert shall be announced. All inmates with a heat precaution duty status shall be brought indoors at this time.
    - Upon announcement of a heat alert, the following measures shall be provided while working outdoors:
        o Water and ice is available at least every 30 minutes;

Page 2

- o   A rest break at least 15 minutes is offered every 45 minutes; and
- o   Work hours may be adjusted to accommodate extreme temperatures
- When the heat index reaches 113 degrees Fahrenheit, an announcement shall be made for all outdoor work to cease.

Your cooperation is expected and appreciated.

Thank You,

Darrel Vannoy
Warden

DV/bt

Cc: File

033482

EXHIBIT 3

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## STATE OF LOUISIANA
### LOUISIANA STATE PENITENTIARY

JEFF M. LANDRY
GOVERNOR



GARY E. WESTCOTT
SECRETARY

March 09, 2026

TO:     LSP Control Center Staff

FROM:   Darrel Vannoy
        Warden

RE:     Heat Precautions

Effective March 10, 2026, Control Center is responsible for conducting the following procedures year round from 8:00 am to 7:00 pm every 30 minutes:
1. Access the Perry Weather Station every 30 minutes and record the current temperature and heat index. In the event the Perry Weather Station is down, notify Warden Vannoy, DW Gremillion, DW Oliveaux, DW Ambeau, and the Assistant Warden and Colonel over Control Center immediately via email and phone;
2. Once the heat index reaches 88 degrees Fahrenheit, a heat alert shall be announced over the radio.
3. Once the heat index reaches 110 degrees Fahrenheit, notify Warden Vannoy, DW Gremillion, DW Oliveaux, and DW Ambeau. Warden Vannoy will then cease all outdoor work. Control Center will continue to log both the temperature and heat index every 30 minutes as per usual.

As a reminder Perry Weather Station will send an alert to Control Center once the heat index reaches 88 degrees Fahrenheit. Once this alert is sent it is the responsibility of Control Center to notify LSP via radio that "LSP is now under a heat alert".

Note: Once the heat index reaches 110 degrees Fahrenheit Control Center will come over the radio and say "Angola To all units, please be advised that the heat index has reached _____ degrees. Angola 1 has ordered that all outdoor inmate workers shall stop and return to their housing units immediately."

Your cooperation is expected and appreciated.

Thank You,

*[signature]*

Darrel Vannoy
Warden

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LOUISIANA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

033483

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## STATE OF LOUISIANA
### LOUISIANA STATE PENITENTIARY



JEFF M. LANDRY
GOVERNOR

GARY E. WESTCOTT
SECRETARY

March 09, 2026

TO:     LSP Field Operations Staff

FROM:   Darrel Vannoy
        Warden

RE:     Heat Precautions

Penitentiary Directive No. 13.067 "Heat Precautions" has been updated effective March 09, 2026. Some key reminders for Field Operation's staff are:

Outdoor Procedures
- Heat Pathology Procedures shall be followed year round effective March 10, 2026
- Outdoor Procedures shall be implemented for all inmates in all outdoor areas between 8:00am and 7:00pm
    - The following shall be available to all inmates in outdoor areas:
        - Water and ice
            - Sufficient drinking coolers placed on a raised surface that include ice and water, each to be refilled as needed during work hours. During the 45 minute work period, inmates shall have access to water at any time. ;
        - Shaded area for breaks
            - Shade areas for rest breaks that include a seating area for inmates.
            - This is an organized 15-minute rest break required after 45 minutes of work, the time to walk to and from the shaded rest area is not counted in the rest break time period.
            - The Field Officers may utilize the constructed shade pavilions or shade trailers, or a combination of both for the shaded rest areas.
            - Portalet and hand washing station; and
        - Sunscreen
- Field Operations shall be responsible for ensuring the following has been provided to inmates assigned to the Field Operations
    - Work gloves;
    - Drinking cups; and
    - Hats
- When the apparent temperature (heat index) outdoors reaches 88 degrees Fahrenheit, a heat alert shall be announced; Field Operation's staff shall document the heat alert announcement

GENERAL DELIVERY ✤ ANGOLA, LOUISIANA 70712 ✤ (225) 655-4411 ✤ FAX (225) 655-2319 ✤ WWW.DOC.LOUISIANA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

033484

Page 2

  on a the daily line count sheets, and ensure all breaks are clearly documented on the daily line count sheet.
- Once the heat alert has been announced, all inmates with a heat precaution duty status shall be brought indoors within 30 minutes of the announcement. Ensure that the time that the announcement was made and the time the inmates are brought indoors is clearly documented on the daily line count sheets.
- Upon announcement of a heat alert, the following measures shall be provided while working outdoors:
    o Water and ice is available at least every 30 minutes;
    o A rest break at least 15 minutes is offered every 45 minutes; and
    o Work hours may be adjusted to accommodate extreme temperatures
- When the heat index reaches 113 degrees Fahrenheit, an announcement shall be made for all outdoor work to cease and all inmate shall return to their housing location.

NOTE: Regardless of time of year or temperature, the above provisions in no way negate the standard requirements regarding the provision of adequate water and or ice for outdoor work crews and housing areas.

Your cooperation is expected and appreciated.

Thank You,

Darrel Vannoy
Warden

DV/bt

Cc: File

033485