UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 23-01304-BAJ-EWD |

ORDER

Considering Plaintiffs' **Motion For Expedited Consideration of Plaintiffs' Unopposed Motion for Leave to Admit Under Seal Trial Exhibits Joint Exhibit 215 and Plaintiffs' Exhibit 167 (Doc. 415)**,

**IT IS ORDERED** that the **Motion** is **DENIED AS MOOT.**

Baton Rouge, Louisiana, this 6th day of March, 2026

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**