UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering Defendants' **Unopposed Motion to Supplement the Record and Admit Evidence of Current Conditions (Doc. 425),**

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will admit Defendants' proposed exhibit DX-62 (Doc. 425-2) into the record for the bench trial held on February 3 – 10, 2026.

**IT IS FURTHER ORDERED** that Defendants must upload their exhibit into JERS within seven days of the issuance of this order.

Baton Rouge, Louisiana, this 12th day of March, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA