IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

Plaintiffs Voice of the Experienced, et. al., through undersigned counsel, respectfully submit this motion seeking to supplement the record to admit the March 13, 2026, deposition transcript of Defendants' 30(b)(6) designee, Warden Darrel Vannoy, into evidence as PX-248. Defendants do not oppose the requested relief.

**RELEVANT BACKGROUND**

On March 11, 2026, Defendants filed a *Motion to Supplement the Record and Admit Evidence of Current Conditions* seeking to admit an affidavit from Warden Darrel Vannoy and the

attachments, including a revised LSP Directive 13.067 and three memos from Warden Darrel Vannoy to LSP employees. ECF 425. The Court granted Defendants' motion. ECF 428.

Plaintiffs did not oppose Defendants' motion on the condition that Defendants would make a 30(b)(6) witness available for deposition on the proposed supplemental evidence and that Defendants would not oppose that the transcript from the deposition would also be entered into evidence. ECF 425-1 at 2. Plaintiffs deposed 30(b)(6) witness Warden Darrel Vannoy on March 13, 2026. Plaintiffs seek to supplement the record with the attached deposition transcript. Ex. 1.

## LAW AND ARGUMENT

The authority and discretion to limit the frequency or extent of discovery allowed by the Federal Rules of Civil Procedure belongs to the Court. *Hall v. Louisiana*, 2014 WL 2560715, at *1 (M.D. La. June 6, 2014) (citing Fed. R. Civ. P. 26). A district court possesses inherent power to manage litigation "so as to achieve the orderly and expeditious disposition of cases." *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (citations omitted).

Additionally, the evidence Plaintiffs now seek to admit is necessary to provide context for Warden Vannoy's March 10, 2026 affidavit, LSP's newly revised Directive 13.067, and the March 9, 2026, memoranda that Warden Vannoy sent to LSP staff, all of which were created and admitted into evidence after trial in this case. It would be prejudicial to Plaintiffs if this necessary context were excluded from the record.

Here, where the parties have mutually agreed to proposed supplementation of discrete evidence post-trial, ECF 425-1 at 2, and Defendants' motion has been granted, ECF 428, the Court should use its discretion to grant the instant motion.

Dated: March 16, 2026

Respectfully submitted by,

2

**THE PROMISE OF JUSTICE INITIATIVE**

/s/ *Samantha Pourciau*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

/s/ *Lydia Wright*
Lydia Wright, La. Bar No. 37926
Amaris Montes (PHV) MD Bar No. 2112150205
1800 M Street NW Fnt. 1, No. 33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org
amaris@rightsbehindbars.org

**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**

/s/ *Jeremy A. Benjamin*
Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica Paul (PHV) NY Bar No. 615707
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Chris Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

*Attorneys for Plaintiffs and the Proposed Classes*

3