# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## ORDER

Considering Plaintiffs' **Unopposed Motion to Supplement the Record (Doc. 429),**

**IT IS ORDERED** that the Motion (Doc. 429) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will admit Plaintiffs' proposed exhibit PX-248 (Doc. 429-2) into the record for the bench trial held on February 3 – 10, 2026.

**IT IS FURTHER ORDERED** that Plaintiffs must upload their exhibit into JERS within seven days of the issuance of this order.

Baton Rouge, Louisiana, this 18th day of March, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA