**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Voice of the Experienced, *et al.*, | |
| *Plaintiffs*, | Case No. 3:23-cv-1304 |
| v. | Judge Brian A. Jackson |
| James LeBlanc, *et al.*, | |
| *Defendants*. | |

### EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Lydia Wright, a member of the bar of this Court, hereby moves for the admission of Samuel Weiss to appear *pro hac vice* in the above captioned matter, as co-counsel for Petitioners in *VOTE v. LeBlanc*, Case No. 3:23-cv-1304. In consideration of this motion, the following facts support the application:

Samuel Weiss is a licensed attorney and member in good standing of the bar of the District of Columbia. He is an attorney with the non-profit corporation Rights Behind Bars.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Weiss is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the District of Columbia is attached to Mr. Weiss's declaration. Mr. Weiss's contact information is as follows: 1800 M St. NW Front 1, #33821, Washington, DC 20033, Tel: (202) 455-4399, Fax: (202) 217-3879, sam@rightsbehindbars.org.

The undersigned local counsel understands that local counsel will be responsible to the

Court at all stages of the proceedings and that must co-sign all documents filed in this matter.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Lydia Wright*
Lydia Wright, La. Bar No. 37926
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
Tel: (202) 455-4399
lydia@rightsbehindbars.org

*Counsel for Plaintiffs*