**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Voice of the Experienced, *et al.*,

     *Plaintiffs*,

v.

James LeBlanc, *et al.*,

     *Defendants*.

Case No. 3:23-cv-1304

Judge Brian A. Jackson

**DECLARATION IN SUPPORT OF MOTION**
**TO ADMIT SAMUEL WEISS *PRO HAC VICE***

I, Samuel Weiss, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.  No criminal charges are pending against me nor have any ever been instituted.

3.  No disciplinary proceedings are pending against me or have been instituted against me.

4.  I am a member in good standing of the bar of the District of Columbia (#1510844).

5.  A Certificate of Good Standing from the District of Columbia, is attached hereto.

6.  Furthermore, I do affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law and abide by any and all Local Rules.

7.  I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2026

Respectfully submitted,

/s/ Samuel Weiss

Samuel Weiss
Rights Behind Bars

1800 M St. NW Front 1, #33821
Washington, DC 20033
Tel: (202) 455-4399
Fax: (202) 217-3879
sam@rightsbehindbars.org