**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Voice of the Experienced, *et al.*, | |
| *Plaintiffs*, | Case No. 3:23-cv-1304 |
| v. | Judge Brian A. Jackson |
| James LeBlanc, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

    **IT IS ORDERED** that Samuel Weiss be enrolled as counsel of record for Plaintiffs

in the above captioned matter.

    **SO ORDERED** in Baton Rouge, Louisiana, this _____day of_____, 2026.


.  _____
     UNITED STATES DISTRICT JUDGE