## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**

   *Defendants*.

Civil Action No.: 3:23-cv-1304-BAJ-EWD

---

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the *Motion to Withdraw as Counsel of Record* filed by Amaris Montes, **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Amaris Montes, Maryland Bar No. 2112150205, is hereby **WITHDRAWN** as counsel of record for Plaintiffs.

DATED: _____     _____

            UNITED STATES DISTRICT JUDGE