**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Voice of the Experienced, *et al.*, | |
| *Plaintiffs*, | Case No. 3:23-cv-1304 |
| | Judge Brian A. Jackson |
| v. | |
| James LeBlanc, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Considering Plaintiffs' Motion to Withdraw, it is **ORDERED** that the Motion is **GRANTED**. Lydia Wright of Rights Behind Bars is permitted to withdraw from this case.

Baton Rouge, Louisiana, this _____ day of May, 2026.

_____
United States District Judge