# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, A
MEMBERSHIP ORGANIZATION ON
BEHALF OF ITSELF AND ITS
MEMBERS, ET AL.

CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.

NO. 23-01304-BAJ-EWD

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned

action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 26th day of May, 2026

_____

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**