United States District Court
District Court
Exhibits Log: 23cv01304-BAJ-EWD
Bench Trial Voice of the Experienced et al v. LeBlanc et al, 2/3/2026

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-10 | 2025 DOC Inventory Price List |
| Pla-23 | LSP Directive 19001 06-03-2024 |
| Pla-27 | Vittorio Email 8-21-2023 |
| Pla-28 | 2015 Tour Outline |
| Pla-43 | Oliveaux Affidavit |
| Pla-59 | Keldie Affidavit w Slides |
| Pla-63 | Green Supp Decl Ex A |
| Pla-75 | Vassallo Decl |
| Pla-78 | Vassallo Supp Decl - REDACTED |
| Pla-78-a | Vassallo Supp Decl - SEALED |
| Pla-79 | Vassallo Second Supp Decl App A |
| Pla-83 | Vassallo Second Supp Decl |
| Pla-84 | Vassallo Decl ISO Second TRO |
| Pla-85 | Vassallo Fourth Supp Decl |
| Pla-116 | LDH - Louisiana Heat Related Illness |
| Pla-141 | Scott Class Cert Testimony |
| Pla-167 | Medical Condition HCP-8 - REDACTED |
| Pla-193 | Site Inspection Video Clip FarmLine |
| Pla-193-a | Site Inspection Video Clip FarmLine |
| Pla-195 | Site Inspection Video Clip FarmLine |
| Pla-195-a | Site Inspection Video Clip FarmLine |
| Pla-196 | Site Inspection Video Clip FarmLine |
| Pla-196-a | Site Inspection Video Clip FarmLine-00002599 - SEALED |
| Pla-198 | Site Inspection Video Clip FarmLine |
| Pla-198-a | Site Inspection Video Clip FarmLine-00002614 - SEALED |
| Pla-199 | Site Inspection Video Clip FarmLine |
| Pla-204 | Site Inspection Video Clip FarmLine |
| Pla-204-a | Site Inspection Video Clip FarmLine-00002768 - SEALED |
| Pla-209 | Site Inspection Video Clip FarmLine |
| Pla-209-a | Site Inspection Video Clip FarmLine-00002824 - SEALED |
| Pla-212 | Site Inspection Video Clip FarmLine |
| Pla-212-a | Site Inspection Video Clip FarmLine-00002829 - SEALED |
| Pla-214 | Site Inspection Video Clip FarmLine |
| Pla-214-a | Site Inspection Video Clip FarmLine-00002835 - SEALED |
| Pla-224 | Site Inspection Video Clip FarmLine |
| Pla-225 | Site Inspection Video Clip FarmLine |
| Pla-234 | VOTE Email 11-04-2025 |
| Pla-240 | L Moore Email VOTE Supp - 00000006 |
| Pla-241 | J Vining Email VOTE Supp - 00000176 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-243 | PJI Photo |
| Pla-244 | April 2025 SDEs and Ambulance Run Report |
| Pla-245 | FRE 1006 Summary - DLCs Rosters NWS HPDS Lists |
| Pla-246 | Lexapro Warning Label |
| Pla-248 | Deposition Transcript of Darrel Scott Vannoy 031326 |
| Def-17 | DX-017 LSP menus |
| Def-19 | DX-019 7-5-23 Emails re Heat Precaution |
| Def-28 | DX-028 DPSC Perry Weather RFP Invoice Payment |
| Def-29 | DX-029 DPSC Cooling Station RFPs - FY25 FY26 YTD |
| Def-30 | DX-030 LSP Vegetable Unable to Be Harvested -Discarded After Graded |
| Def-31 | DX-031 LSP Vegetable Yields - September 2024 to September 2025 |
| Def-33 | DX-033 Keldie Report and exhibits |
| Def-34 | DX-034 Dr Keldie Second Report - Supplemental Affidavit |
| Def-35 | DX-035 Dr Keldie Second Supplemental Affidavit 11-21-25 |
| Def-36 | DX-036 Barnes reports and exhibits |
| Def-37 | DX-037 Barnes second report and exhibits |
| Def-40 | DX-040 OSHA Proposed Rule |
| Def-43 | DX-043 Photo of Perry Weather System |
| Def-44 | DX-044 Photo of Shade Pavillion |
| Def-45 | DX-045 Perry Weather Overview |
| Def-48 | DX-048 Post Orders - Field Operations Captain Colonel Lieutenant Colonel Lieutenant Major and Se |
| Def-49 | DX-049 OSHA proposed Rule Exhibit 2 to Dr Vassallo Deposition on Januaray 17 2026 |
| Def-51-a1 | DX-051-a1 Videos of completed shade pavillions Part 11 - 033444 |
| Def-51-a2 | DX-051-a2 Videos of completed shade pavillions Part 12 - 033444 |
| Def-51-a3 | DX-051-a3 Videos of completed shade pavillions Part 21 - 033444 |
| Def-51-a4 | DX-051-a4 Videos of completed shade pavillions Part 22 - 033444 |
| Def-52-a1 | DX-052-a1 Video of completed shade pavillion Part 11 - 033443 |
| Def-52-a2 | DX-052-a2 Video of completed shade pavillion Part 12 - 033443 |
| Def-52-a3 | DX-052-a3 Video of completed shade pavillion Part 21 033443 |
| Def-52-a4 | DX-052-a4 Video of completed shade pavillion Part 22 033443 |
| Def-52-a5 | DX-052-a5 Video of completed shade pavillion Part 31 033443 |
| Def-52-a6 | DX-052a-6 Video of completed shade pavillion Part 32 033443 |
| Def-059 | DX-059 - VOTE Supp - 00000148 |
| Def-60 | DX-060 - April 2025 NWS |
| Def-061 | DX-061 Effect of Prescription and OTC Meds on Core Temperature |
| Def-62 | dx-062 Vannoy Affidavit 3-10-26 |
| Joint-1 | DOC Disciplinary Handbook - Copy |
| Joint-2 | LA Adminstrative Code Disciplinary Rules and Procedures |
| Joint-3 | Heat Stress Safety Training 2024 |
| Joint-4 | HCP 50-a 1-30-2024 |
| Joint-5 | HCP 50-b 1-30-2024 |
| Joint-6 | HCP 07 7-28-2024 |
| Joint-7 | HCP 07 Attachment A 7-28-2024 |
| Joint-8 | HCP 07 Attachment B 7-28-2024 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Joint-9 | HCP 08 8-21-2018 |
| Joint-10 | HCP 08 8-21-2018 |
| Joint-11 | HCP 08 Attachment A 8-21-2018 |
| Joint-12 | HCP 08 Attachment B 10-1-2019 |
| Joint-13 | HCP 08 10-20-2024 |
| Joint-14 | HCP 08 10-20-2024 Executed |
| Joint-15 | HCP 08 Attachment A 10-20-2024 |
| Joint-16 | HCP 08 Attachment B 10-20-2024 |
| Joint-17 | HCP 08 Attachment C 10-20-2024 |
| Joint-18 | HCP 08 Attachment A 11-7--2024 |
| Joint-19 | HCP 14 8-20-2023 |
| Joint-20 | HCP 14 11-17-2024 |
| Joint-21 | HCP 37 3-23-2018 |
| Joint-22 | B-05-005 ARP Procedure |
| Joint-23 | IS-B-2 - Initial Classification Plan |
| Joint-24 | OP-C-1 - Disciplinary Rules Procedures |
| Joint-25 | Prison Operations Training Plan |
| Joint-26 | Heat Safety Training 1 |
| Joint-27 | Heat Safety Training 2 |
| Joint-28 | DPSC Org Chart |
| Joint-29 | ADA Coordinator Masters List |
| Joint-30 | LA State of Emergency - Heat |
| Joint-31 | Memorandum to LSP Staff 8-22-2024 |
| Joint-32 | LSP Orientation Manual |
| Joint-33 | Medical Exclusions Plus Attachment A |
| Joint-34 | Dir 13032 6-12-2024 |
| Joint-35 | Dir 13061 2-25-2025 |
| Joint-36 | Dir 13063 7-8-2019 |
| Joint-37 | Dir 13063 5-1-2024 |
| Joint-38 | Dir 13067 3-21-2019 |
| Joint-39 | Dir 13067 Attachment A 8-21-2018 |
| Joint-40 | Dir 13067 Attachment B 10-1-2019 |
| Joint-41 | Dir 13067 4-8-2025 |
| Joint-42 | Dir 13067 1-9-2026 |
| Joint-43 | Dir 18002 7-18-2022 |
| Joint-44 | Dir 18002 2-6-2025 |
| Joint-45 | Dir 18003 7-6-2021 - REDACTED (replacement) |
| Joint-46 | Dir 18008 6-21-2021 |
| Joint-47 | Dir 19003 4-28-2023 |
| Joint-48 | Dir 19004 6-7-2023 |
| Joint-49 | Dir 25011 8-31-2020 |
| Joint-50 | Security Support Services Org Chart |
| Joint-51 | LADPSC Formulatory Committee Meeting 8-23-2023 |
| Joint-52 | LADPSC Formulatory Committee Meeting 12-14-2023 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Joint-53 | LADPSC Formulatory Committee Meeting 7-9-2024 |
| Joint-54 | LADPSC Formulatory Committee Meeting 12-7-2021 |
| Joint-55 | LADPSC Formulatory Committee Meeting 3-29-2022 |
| Joint-56 | LADPSC Formulatory Committee Meeting 12-7-2021 |
| Joint-57 | LADPSC Formulatory Committee Meeting 10-23-2024 |
| Joint-58 | LSP Control Center Station log 8-2024 |
| Joint-59 | LSP Control Center Station log 7-2024 |
| Joint-60 | LSP Control Center Station log 6-2024 |
| Joint-61 | LSP Control Center Station log 5-2024 |
| Joint-62 | LSP Control Center Station log 9-2024 |
| Joint-63 | LSP Field Operation Line log 8-2024 |
| Joint-64 | Field Operation Line log 7-2024 |
| Joint-65 | LSP Field Operation Line log 6-2024 |
| Joint-66 | LSP Field Operation Line log 5-2024 |
| Joint-67 | LSP Field Operation Line log 7-7-2023 to 9-11-2023 |
| Joint-68 | LSP Field Operation Line log 6 to 10-2023 |
| Joint-69 | LSP Station Log 9-2022 to 9-2023 |
| Joint-70 | LSP Station Log 5 to 8-2023 |
| Joint-71 | LSP Station Log 8-2023 to 5-2024 |
| Joint-72 | LSP Temperature Log 5 to 10-2023 |
| Joint-73 | LSP Temperature Log 5-1-2024 to 5-22-2024 |
| Joint-74 | LSP Vegetable Yields 9-2022 to 9-2023 |
| Joint-75 | A Williams Conduct Report |
| Joint-76 | Guillory Conduct Report |
| Joint-77 | Hicks Conduct Report |
| Joint-78 | Smith Conduct Report |
| Joint-79 | Stevenson Conduct Report |
| Joint-80 | Walker Conduct Report |
| Joint-81 | D Williams Disciplinary Report |
| Joint-82 | Jackson Disciplinary Report |
| Joint-83 | Guillory ARP 8-2-2023 |
| Joint-84 | Guillory ARP 8-17-2023 |
| Joint-85 | Hicks ARP 8-9-2023 |
| Joint-86 | Hicks ARP 8-14-2023 |
| Joint-87 | D Jackson ARP 9-22-2023 |
| Joint-88 | Nelson ARP 7-11-2024 |
| Joint-89 | Ramirez ARP 6-5-2023 |
| Joint-90 | Smith ARP 5-23-2024 |
| Joint-91 | Stevenson ARP |
| Joint-92 | Stevenson ARP 6-1-2023 |
| Joint-93 | Stevenson ARP 6-1-2023 2 |
| Joint-94 | Vassar ARP 7-19-2023 |
| Joint-95 | Walker ARP 6-1-2023 |
| Joint-96 | A Williams ARP 7-6-2023 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Joint-97 | D Williams ARP 6-8-2023 |
| Joint-98 | Field Triage Log 5-1-2024 - REDACTED |
| Joint-99 | Field Triage Log 5-2-2024 - REDACTED |
| Joint-100 | Field Triage Log 5-15-2024 - REDACTED |
| Joint-101 | Field Triage Log 5-15-2024 Excerpt - REDACTED (replacement) |
| Joint-102 | Field Triage Log 5-20-2024 - REDACTED |
| Joint-103 | Field Triage Log 5-20-2024 - REDACTED |
| Joint-104 | Field Triage Log 05-23-2024 - REDACTED |
| Joint-105 | Field Triage Log 05-29-2024 - REDACTED |
| Joint-106 | Field Triage Log 5-30-2024 - REDACTED |
| Joint-107 | Field Triage Log 5-30-2024 Excerpt - REDACTED (replacement) |
| Joint-108 | Field Triage Log 06-05-2024 - REDACTED |
| Joint-109 | Field Triage Log 6-7-2024 - REDACTED |
| Joint-110 | Field Triage Log 6-7-2024 Excerpt - REDACTED (replacement) |
| Joint-111 | Field Triage Log 6-10-2024 - REDACTED |
| Joint-112 | Field Triage Log 6-10-2024 Excerpt - REDACTED (replacement) |
| Joint-113 | Field Triage Log 6-11-2024 - REDACTED |
| Joint-114 | Field Triage Log 06-12-2024 - REDACTED |
| Joint-115 | Field Triage Log 6-13-2024 - REDACTED |
| Joint-116 | Field Triage Log 6-12-2024 Excerpt - REDACTED (replacement) |
| Joint-117 | Field Triage Log 06-14-2024 - REDACTED |
| Joint-118 | Field Triage Log 06-20-2024 - REDACTED |
| Joint-119 | Field Triage Log 6-21-2024 - REDACTED |
| Joint-120 | Field Triage Log 6-21-2024 Excerpt - REDACTED (replacement) |
| Joint-121 | Field Triage Log 06-24-2024 - REDACTED |
| Joint-122 | Field Triage Log 06-25-2024 - REDACTED |
| Joint-123 | Field Triage Log 6-26-2024 - REDACTED |
| Joint-124 | Field Triage Log 06-28-2024 - REDACTED |
| Joint-125 | Field Triage Log 7-2-2024 - REDACTED |
| Joint-126 | Field Triage Log 07-10-2024 - REDACTED |
| Joint-127 | Field Triage Log 07-11-2024 - REDACTED |
| Joint-128 | Field Triage Log 07-12-2024 - REDACTED |
| Joint-129 | Field Triage Log 07-15-2024 - REDACTED |
| Joint-130 | Field Triage Log 7-15-2024 Excerpt - REDACTED (replacement) |
| Joint-131 | Field Triage Log 07-16-2024 - REDACTED |
| Joint-132 | Field Triage Log 07-15-2024 part 2 - REDACTED |
| Joint-133 | Field Triage log 8-1 2024 to 8-28-2024 - REDACTED |
| Joint-134 | Field Triage Log 8-27-2024 - REDACTED |
| Joint-135 | Field Triage Log 7-17-2024 to 7-31-2024 - REDACTED |
| Joint-136 | Field Triage Log 8-4-2025 to 8-26-2025 - REDACTED |
| Joint-137 | Field Triage Log 7-2-2025 to 7-30-2025 - REDACTED |
| Joint-138 | Field Triage Log 6-2-2025 to 6-26-2025 - REDACTED |
| Joint-139 | Field Triage Log 5-5-2025 to 5-30-2025 - REDACTED |
| Joint-140 | Field Triage Log 10-4-2024 to 10-22-2024 - REDACTED |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Joint-141 | Field Triage Log 10-7-2025 to 10-8-2025 - REDACTED |
| Joint-142 | Field Triage Log 9-16-2025 to 9-22-2025 - REDACTED |
| Joint-143 | Field Triage Log 10-2024 Redacted |
| Joint-144 | Sick Call Record 4-19-2024 to 5-15-2024 - REDACTED |
| Joint-145 | Medical Records Guillory - REDACTED |
| Joint-146 | Medical Records Hicks - REDACTED |
| Joint-147 | Medical Records Jackson - REDACTED |
| Joint-148 | Medical Records Smith - REDACTED |
| Joint-149 | Medical Records Stevenson - REDACTED |
| Joint-150 | Medical Records Walker - REDACTED |
| Joint-151 | Medical Records A Williams - REDACTED |
| Joint-152 | Medical Records D Williams - REDACTED |
| Joint-153 | Medical Directors SDE Meeting |
| Joint-155 | SDE Guillory - REDACTED |
| Joint-156 | SDE Hicks - REDACTED |
| Joint-157 | SDE Jackson - REDACTED |
| Joint-158 | SDE Smith - REDACTED |
| Joint-159 | SDE Stevenson - REDACTED |
| Joint-159-a | SDE Stevenson - SEALED |
| Joint-160 | SDE Walker - REDACTED |
| Joint-161 | SDE A Williams - REDACTED |
| Joint-162 | SDE D Williams - REDACTED |
| Joint-163 | SDE Vesser Dexter 7-11-2023 - REDACTED |
| Joint-164 | SDE Brown Phillip 7-26-2024 - REDACTED |
| Joint-165 | Brown Phillip - REDACTED |
| Joint-166 | Smiley Don - REDACTED |
| Joint-167 | Brown Bobby - REDACTED |
| Joint-168 | Allen Hardy - REDACTED |
| Joint-169 | Major Steven - REDACTED |
| Joint-170 | Brown Steve - REDACTED |
| Joint-171 | Hutsell Christopher - REDACTED |
| Joint-172 | Chester Teddy - REDACTED |
| Joint-173 | Spikes James - REDACTED |
| Joint-174 | Conerly Jimmie - REDACTED |
| Joint-175 | Cortez Fernando - REDACTED |
| Joint-176 | Withers Derrick - REDACTED |
| Joint-177 | SDE Triage Locations |
| Joint-178 | SDE Monthly Encounters 2023 to 7-2024 |
| Joint-179 | Oliveaux Certification |
| Joint-180 | Oliveaux Transcript Certification |
| Joint-181 | Toce Emails 8-2-2023 |
| Joint-182 | Vittorio Emails 8-21-2023 |
| Joint-183 | Toce Emails 9-19-2023 |
| Joint-184 | Toce Emails 11-28-2023 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Joint-185 | Cashio Emails 2-19-2024 |
| Joint-186 | Hawkins Emails 3-15-2024 |
| Joint-187 | Oliveaux Emails 3-15-2024 |
| Joint-188 | Lavespere Emails 5-21-2024 |
| Joint-189 | VOTE Emails 6-7-2024 |
| Joint-190 | HCP8Emails 10-18-2024 |
| Joint-191 | HCP8Emails 10-22-2024 |
| Joint-192 | Shipley Letter to LSP Staff |
| Joint-193 | Guilinio Affidavit Photos |
| Joint-194 | Amended Complaint |
| Joint-195 | Answer to Complaint |
| Joint-196 | Clothing-Boot-Cup-Hat Photos |
| Joint-197 | Keldie Report References |
| Joint-198 | Hammonds CV |
| Joint-199 | Sbicca CV |
| Joint-199-a | Site Inspection Video Clip FarmLine |
| Joint-200 | Dir 12003 4-20-2022 |
| Joint-201 | HCP 18 2-11-2024 |
| Joint-202 | Dir 13061 1-4-2024 |
| Joint-203 | Heat Precaution List 5-16-2024 - SEALED |
| Joint-204 | Heat Status Stevenson - REDACTED |
| Joint-205 | Memo re LSP - AM-H-2 Compliance Visit - REDACTED |
| Joint-206 | CoPay Deposits 2023-2024 |
| Joint-207 | VOTE Emails-00000571 |
| Joint-208 | Dr Keldie CV |
| Joint-209 | Barnes CV |
| Joint-210 | Vassallo CV |
| Joint-211 | Green CV |
| Joint-212 | Medical Directors Meeting |
| Joint-213 | Heat Precaution Staff Meeting |
| Joint-214 | Heat logs 10-2024 |
| Joint-215 | HCP8 Duty Status Chart - REDACTED |
| Joint-220 | Shade Pavillion 1 |
| Joint-221 | Shade Pavillion 2 |
| Joint-222 | Heat Duty Status Pharmacy List - REDACTED (replacement) |
| Joint-223 | OSHA Heat Indices Protective Measures |
| Joint-224 | NIOSH Guidiance |
| Joint-225 | 10-3-2024 Site Video - SEALED |
| Joint-225-1 | part 1 - 10-3-2024 Site Video - SEALED |
| Joint-226 | 2023 DLCs - Line 15 |
| Joint-227 | 2023 DLCs - Line 24 (replacement-EWD) |
| Joint-228 | 2023 DLCs - Line 25 (replacement) |
| Joint-229 | 2024 DLCs - Line 15 |
| Joint-230 | 2024 DLCs - Line 24 (replacement) |

| EXHIBIT | DESCRIPTION |
|---|---|
| Joint-231 | 2024 DLCs - Line 25 (replacement) |
| Joint-232 | 2025 DLCs - Line 15 |
| Joint-233 | 2025 DLCs - Line 24 |
| Joint-234 | 2025 DLCs - Line 25 |
| Joint-235 | 2023 Rosters - Line 24 |
| Joint-236 | 2023 Rosters - Line 25 |
| Joint-237 | 2024 Rosters - Line 15 |
| Joint-238 | 2024 Rosters - Line 24 |
| Joint-239 | 2024 Rosters - Line 25 |
| Joint-240 | 2025 Rosters - Line 15 |
| Joint-241 | 2025 Rosters - Line 24 |
| Joint-242 | 2025 Rosters - Line 25 |
| Joint-243 | Site Inspection Video Clip FarmLine |
| Joint-244 | Site Inspection Video Clip FarmLine |
| Joint-244-a | Site Inspection Video Clip FarmLine |
| Joint-245 | Joint Heat Letters and Exhibits |