UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its members,
et al.,

CIVIL ACTION NO. 3:23-cv-1304

VERSUS

JUDGE BRIAN A. JACKSON

JAMES LEBLANC, et al.

MAGISTRATE JUDGE ERIN
WILDER-DOOMES

**<u>DEFENDANTS' MOTION FOR ATTORNEYS' FEES</u>**

Pursuant to Federal Rule of Civil Procedure 54(d)(2) and 42 U.S.C. § 1988(b), Defendants,

James LeBlanc**,** in his official capacity as Secretary of the Louisiana Department of Public Safety

and Corrections, Timothy Hooper, in his official capacity as Warden of Louisiana State

Penitentiary, and the Louisiana Department of Public Safety and Corrections ("Defendants"),

respectfully move for an award of attorneys' fees, and other further relief that the Court deems

proper, incurred in defending claims brought by Plaintiffs. As explained more fully in the

accompanying memorandum, Defendants' theory for the recovery of fees is foreclosed under

existing precedent. Therefore, Defendants bring this motion for purposes of preserving the issue

for appellate review.

1

Dated: June 9, 2026

Respectfully submitted,

*/s/ Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
*Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

*/s/ Andrew Blanchfield*
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

 */s/ Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
huettemannc@ag.louisiana.gov

*Counsel for Defendants*