UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its members,
et al.,

CIVIL ACTION NO. 3:23-cv-1304

VERSUS

JUDGE BRIAN A. JACKSON

JAMES LEBLANC, et al.

MAGISTRATE JUDGE ERIN
WILDER-DOOMES

## PROPOSED ORDER

Considering Defendants' Motion for Attorneys' Fees, it is ordered that the motion is

GRANTED. Plaintiff Voice of the Experienced is hereby ordered to pay Defendants' attorneys'

fees in the amount of $385,837.


Done and signed this __ day of ____, 2026.

_____
U.S. District Court Judge

1