# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, a membership
organization on behalf of itself and its members,
et al.,

CIVIL ACTION NO. 3:23-cv-1304

VERSUS

JUDGE BRIAN A. JACKSON

JAMES LEBLANC, et al.

MAGISTRATE JUDGE ERIN
WILDER-DOOMES

## **AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**BEFORE ME**, the undersigned notary, duly authorized in the State and Parish aforesaid, personally came and appeared:

### **Andrew Blanchfield**

Who, based upon his personal knowledge, did depose and say the following:

1. I am an attorney representing the Louisiana Department of Corrections and the Louisiana State Penitentiary in the above captioned matter. I give this affidavit based on my personal knowledge.

2. This affidavit is given in accordance with the Court's Judgment dismissing Plaintiffs' claims with prejudice. ECF No. 441. Pursuant to Rule 54(d)(1) and (2) and 42 U.S.C. § 1988, Defendants should be awarded reasonable attorney fees incurred in obtaining a Judgment in Defendants' favor.

1

3. I and my partner Chelsea Payne performed a number of tasks that led to the successful defense of Plaintiffs' claims, which include, but are not limited to: massive discovery efforts, expert preparation, trial preparation, to include preparation for over 20 witnesses at trial, attendance at trial, and required filings and briefings to the Court.

4. I am an attorney at Keogh Cox. I am a trial attorney with over 30 years of courtroom experience. I am familiar with hourly billing rates charges and collected for civil litigation.

5. My hourly billing rate in this action is $350 an hour.

6. Based on my experience and knowledge, this hourly rate is reasonable and consistent with the hourly rates charged by attorneys of comparable skills, experience, background and reputation for civil rights litigation.

7. From December 2025 through March 2026, Defendants have incurred a total of $385,837 in attorney fees from my firm based on 1,268.1 hours of billed work in obtaining full dismissal of claims brought by Plaintiffs.

8. Attorney fees invoiced to and paid by Defendants to my firm are detailed in the itemized billing.



_____
**ANDREW BLANCHFIELD**

**SWORN TO AND SUBSCRIBED before me, NOTARY PUBLIC**, this ___9th___ day of June, 2026

_____
NOTARY PUBLIC



2