# EXHIBIT A-1

KEOGH COX & WILSON, LTD
701 MAIN ST. (P. O. BOX 1151)
BATON ROUGE, LOUISIANA 70802
225-383-3796  FAX: 225-343-9612
KEOGHCOX.COM
FEDERAL ID NO. 72-0793931

|  |  |
|---|---|
| | Page: 1 |
| Louisiana Office of Risk Management | 12/04/2025 |
| REPORT TO: | ACCOUNT NO:    73-24325360M |
| Sedgwick | INVOICE NO:         212547 |
| P.O. Box 14775 | |
| Lexington  KY  40512 | |

ATTN: Heather Hepburn

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

**MONTHLY STATEMENT
DAB**

DPSC



| | | | | | HOURS |
|---|---|---|---|---|---|
| 10/11/2025 | DAB | L260 | A104 | Finish outline of testimony of plaintiffs' expert, Dr. Susi Vassallo, ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ | 1.20 |
| | DAB | L260 | A104 | Outline testimony of PharmD expert, Delecda Barnes from April 2025 class certification hearing, ▮▮▮ ▮▮▮▮ ▮▮▮ | 1.70 |
| 11/03/2025 | DAB | L120 | A101 | Prepare for meeting with Warden and others re ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮ | 0.80 |
| | DAB | L120 | A109 | Attend meeting ▮▮▮▮ ▮▮ No Travel Time | 0.70 |
| | DAB | L330 | A109 | Attend meeting to ▮▮▮▮ ▮▮▮▮ ▮▮ - No Travel Time | 0.80 |
| | DAB | L120 | A104 | Receipt & review information ▮▮▮ ▮▮▮ | 0.30 |
| | DAB | L120 | A108 | Conference call with representative of WetBulb re ▮▮▮▮ | |

Louisiana Office of Risk Management

12/04/2025

ACCOUNT NO:   73-24325360M
INVOICE NO:     212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | ██████████████ | |
| | | | ████████████████ | 0.30 |
| DAB | L120 | A106 | Receipt & review email from DOC re ████████████████ | 0.10 |
| DAB | L120 | A108 | Prepare email to ████████████ ████████ | 0.20 |
| DAB | L120 | A104 | Receipt & review completed document packet on WetBulb Globe temperature with vendor | 0.30 |
| ADR | L250 | A103 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 10/31/25 for compliance with court order to submit weekly heat data report | 0.10 |
| ADR | L250 | A104 | Assess file to identify outstanding tasks pertaining to: Revised Joint Pretrial Order to ensure compliance with submission to court and all parties | 0.10 |
| ADR | L250 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 10/24/25 to ensure compliance with requirements for court reporting (16 pages) | 0.30 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 10/31/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (37 pages) | 0.50 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/3/25 | 0.10 |
| ADR | L510 | A104 | Review/analyze Fifth Circuit Court notice re: Appellant Reply Brief to ensure compliance with local rules for briefing deadline | 0.10 |
| ADR | L250 | A104 | Review/analyze Notice of Joint Letter to Judge re: heat data for week ending 10/24/25 to confirm as to accuracy per court order for Protective Order/TRO | 0.10 |
| CAP | L110 | A106 | Emails with LSP regarding ████████████ | 0.40 |
| CAP | L110 | A107 | Emails with Perry Weather regarding ████████ | 0.30 |

Louisiana Office of Risk Management

Page: 3
12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | CAP | L120 | A104 | Analysis of combined HCP duty status documents provided by LSP to assess ███████████ | 1.20 |
|  | CAP | L110 | A106 | Emails with LSP regarding ██████ ████████ | 0.20 |
|  | CAP | L110 | A101 | Preparation for meeting with LSP regarding ████████████ | 0.60 |
|  | CAP | L110 | A109 | Attend meeting with LSP regarding ███ ██████████ | 0.70 |
|  | CAP | L110 | A109 | Meeting to discuss ███████ ██████████ - No Travel Time | 0.80 |
| 11/04/2025 | DAB | L320 | A104 | Review all weather data, daily line counts and rosters, for end of October prior to production | 0.40 |
|  | DAB | L120 | A107 | Supplemental phone call with plaintiffs' counsel to further work out discovery conflict to avoid court intervention re current conditions on farm line | 0.30 |
|  | DAB | L350 | A106 | Conference call with Jonathan Vining to discuss ███████████ | 0.30 |
|  | DAB | L320 | A104 | Receipt & review additional documentation from DOC re ████████ ████████████ | 1.40 |
|  | DAB | L110 | A107 | Email to plaintiffs' counsel outlining agreement as to video without any audio | 0.20 |
|  | DAB | L110 | A107 | Receipt & review response from plaintiffs' counsel re no audio | 0.10 |
|  | DAB | L110 | A107 | Reply to plaintiffs' counsel re agreement as to video, no audio | 0.10 |
|  | DAB | L110 | A107 | Receipt & review email from plaintiffs' counsel re proceeding with Zoom interviews | 0.10 |
|  | DAB | L110 | A106 | Receipt & review input from Jonathan Vining re ████████ | 0.10 |

Louisiana Office of Risk Management

Page: 4
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | DAB | L110 | A106 | Receipt & review email from Crystal re ████████████ | 0.10 |
| | DAB | L110 | A106 | Prepare email outlining ██████████ ████████████ | 0.20 |
| | ADR | L250 | A103 | Transmit heat data and LSP farm line reports for week ending 10/31/25  to all counsel of record pursuant to court order | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 11/4/25 | 0.10 |
| | ADR | L250 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 10/31/25 in preparation for submission to court (14 pages) | 0.20 |
| | ADR | L310 | A104 | Begin analysis of 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order | 0.90 |
| | CAP | L120 | A104 | Review and anlaysis of weekly reporting. | 0.70 |
| | CAP | L120 | A104 | Review and anlaysis of joint letter and exhibits. | 0.70 |
| 11/05/2025 | DAB | L420 | A101 | Begin review of testimony and outline of class certification hearing to consider ████████████ ████████████ ████████████ ████████████ ██████████ | 0.70 |
| | DAB | L420 | A101 | Continue review of testimony and outline of class certification hearing to consider ████████████ ████████████ ████████████ ████████████ ██████████ | 0.60 |
| | DAB | L410 | A101 | Continue review of testimony and outline of class certification hearing to consider | |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

HOURS



|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  |  |  | 0.40 |
| DAB | L410 | A101 | Continue review of testimony and outline of class certification hearing to consider | |
|  |  |  |  | 0.40 |
| DAB | L410 | A101 | Continue review of testimony and outline of class certification hearing to consider | |
|  |  |  |  | 0.50 |
| DAB | L420 | A101 | Continue review of testimony and outline of class certification hearing to consider | |
|  |  |  |  | 1.80 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/5/25 | 0.10 |
| ADR | L310 | A103 | Continue preparation of draft responses to plaintiffs' fourth set of interrogatories | 0.30 |
| ADR | L310 | A103 | Revisions to draft responses to plaintiffs' fifth requests for production of documents | 0.20 |
| ADR | L310 | A104 | Continue analysis of 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order | 0.50 |
| CAP | L120 | A104 | Listen to fifth circuit oral argument in preparation for trial. | 0.90 |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:   73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Initials | | | Description | HOURS |
|---|---|---|---|---|---|
| | CAP | L120 | A104 | Analysis of emails concerning ███ ████████████ ███ | 0.20 |
| 11/06/2025 | DAB | L530 | A109 | Listen to Fifth Circuit oral argument in pending matter | 1.10 |
| | DAB | L210 | A104 | Review court filings to confirm inaccuracies asserted by plaintiffs' counsel in oral argument | 0.50 |
| | DAB | L120 | A105 | Internal meeting to discuss ████ ████ ████ ████ ███ | 1.30 |
| | DAB | L530 | A107 | Prepare email to Solicitor General re ███ ████ | 0.20 |
| | DAB | L530 | A106 | Prepare message to DOC re ████ ████ | 0.20 |
| | DAB | L440 | A107 | Receipt & review email from plaintiffs' counsel outlining their position on testimony from class certification hearing to be admitted at upcoming trial | 0.20 |
| | DAB | L320 | A104 | Begin assembling production of documents pursuant to plaintiffs' fifth set, consisting of ████ | 2.20 |
| | DAB | L320 | A104 | Continue assembling production of documents pursuant to plaintiffs' fifth set, consisting of ████ ████ | 0.80 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 11/6/25 | 0.10 |
| | ADR | L310 | A104 | Continue analysis of June 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order | 0.60 |
| | CAP | L110 | A109 | Team meeting to discuss ████ ████ ████ | 0.60 |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:            212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | CAP | L320 | A101 | Preparation of inserts to RFP responses | 1.20 |
| | CAP | L390 | A106 | Emails with LSP regarding ███████ ████████████ | 0.60 |
| | CAP | L390 | A101 | Preparation of inserts to interrogatory responses. | 0.80 |
| | CAP | L390 | A104 | Continued review of email search terms for 13.067 for responsiveness and privilege. | 1.20 |
| | CAP | L110 | A104 | Emails with Brian Gremillion regarding ████████████ | 0.20 |
| | CAP | L390 | A104 | Review and analysis of RFP from Perry Weather for discovery. | 0.30 |
| | CAP | L120 | A104 | Analysis of prior tetsimony, affidavits and disocvery responses regarding HCP8, directive 13.076, to ensure completeness and consistency. | 1.20 |
| | CAP | L390 | A104 | Analysis of duplicative discovery requests for citations in responses. | 0.50 |
| 11/07/2025 | DAB | L320 | A104 | Continue assembling production of documents pursuant to plaintiffs' fifth set, consisting of review of additional documents, vegetable yields | 1.20 |
| | DAB | L310 | A103 | Finalize answers to interrogatories, responses to request for production, including transmission of same to plaintiffs' counsel | 1.30 |
| | DAB | L120 | A107 | Conference with Solicitor General's office re ████████████████████ ██████████ | 0.40 |
| | DAB | L320 | A104 | Continue assembling production of documents pursuant to plaintiffs' fifth set, consisting of analysis of opt-out documents in four parts | 1.30 |
| | ADR | L330 | A104 | Plan and prepare for production of file materials of in response to fifth request for production of documents to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production including inmate heat education records, duty status, inmate banking, RFPs | |

Louisiana Office of Risk Management

Page: 8
12/04/2025

ACCOUNT NO:   73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  | | HOURS |
|---|---|---|---|---:|
|  |  |  | and ESI per limited discovery order (119 files) | 1.40 |
| ADR | L250 | A104 | Review/analyze Motion to Appear Pro Hac Vice for Christopher Bilcic to ensure compliance with local rules | 0.10 |
| ADR | L210 | A104 | Review/analyze Motion to Appear Pro Hac Vice for Janet Lee to ensure compliance with local rules | 0.10 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/7/25 | 0.10 |
| ADR | L320 | A104 | Assessment of client file materials re: 2024 vegetable yields and shade pavilion to confirm compliance for limited discovery responses prior to trial | 0.30 |
| ADR | L250 | A103 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 11/7/25 for compliance with court order to submit weekly heat data report | 0.10 |
| ADR | L310 | A103 | Review and revise responses to plaintiffs' fifth set of requests for production of documents | 0.20 |
| ADR | L310 | A103 | Review and revise responses to plaintiffs' fourth set of interrogatories | 0.10 |
| ADR | L310 | A103 | Transmit responses to fourth set of interrogatories, fifth request for production and document production to all counsel of record in compliance with limited discovery order | 0.20 |
| CAP | L390 | A106 | Emails with LSP regarding ███████ | 0.30 |
| CAP | L120 | A104 | Review and anlaysis of vegetable yield document provided by LSP for production. | 0.80 |
| CAP | L120 | A102 | Continued selection of documents for production. | 1.10 |
| CAP | L110 | A106 | Emails with LSP regarding ██████████ | 0.20 |
| CAP | L110 | A109 | Internal meeting to ████████ ███████████ | 0.80 |
| CAP | L110 | A107 | Emails with ██████████████ ███████ | ██████ |

Louisiana Office of Risk Management

ACCOUNT NO: 73-24325360M
INVOICE NO: 212547
12/04/2025

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Tkpr | Task | Act | Description | HOURS |
|---|---|---|---|---|---|
| | CAP | L110 | A104 | Analysis of recent line counts to locate inmates who plaintiffs will call on current conditions. | 0.80 |
| | CAP | L110 | A104 | Review of new images provided by LSP ████████████ | 0.30 |
| 11/10/2025 | DAB | L110 | A104 | Check weather data re plaintiffs' expert visit to Louisiana State Penitentiary given cold front and potential for farm line not to be out | 0.20 |
| | DAB | L110 | A107 | Prepare email to plaintiffs' counsel re expectation weather will warm by November 12 visit to permit site inspection | 0.20 |
| | DAB | L250 | A104 | Receipt & review multiple pro hac vice motions with referral to Magistrate | 0.20 |
| | DAB | L440 | A107 | Receipt & review email from plaintiffs' counsel re planning to move to introduce all testimony from class certification hearing into the merits trial | 0.20 |
| | DAB | L440 | A107 | Prepare email to plaintiffs' counsel re opposing introducing all testimony from class certification hearing into merits trial | 0.20 |
| | DAB | L440 | A104 | Review Fifth Circuit jurisprudence re ████████████ | 1.30 |
| | DAB | L120 | A101 | Prepare for upcoming Zoom conference ████████████ | 0.80 |
| | DAB | L120 | A106 | Attend Zoom conference ████████████ | 0.70 |
| | DAB | L120 | A106 | Conference call with Warden Vannoy to discuss ████████████ | 0.40 |
| | DAB | L440 | A105 | Internal meeting re ████████████ | |

Louisiana Office of Risk Management

Page: 10
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

HOURS

| | | | | |
|---|---|---|---|---|
| | | | ████████████████ ████████████ ████████████████ ██ | 0.60 |
| DAB | L110 | A101 | Begin preparing for meetings at LSP on November 12, consisting of ███ █████████████ ██████████████ ██ | 1.20 |
| DAB | L330 | A101 | Review relevant documents, █████ ███████████████ 30(b)(6) | 0.70 |
| CKJ | L120 | A104 | Review/analysis of applicable caselaw re: ██████████████ ██████████████ █████████████ ████████████████ | 0.90 |
| CKJ | L120 | A107 | Conference with co-counsel, █████ ███████████ ███████████████ ████████████████ ██████████████ ████████████ ███████ | 0.40 |
| ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 10/24/25 to ensure compliance with requirements for court reporting (21 pages) | 0.40 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/10/25 | 0.10 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 11/7/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (36 pages) | 0.50 |
| CAP | L110 | A104 | Review and analysis of weekly reporting and compare to NWS data. | 0.80 |
| CAP | L110 | A109 | Attend kick off meeting ██████████ ██████████ | 0.70 |

Louisiana Office of Risk Management

Page: 11
12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | ADR | L250 | A104 | Assessment of Motion in Limine to Exclude Keldie Testimony and exhibits to ensure compliance local rules and submission of opposition to court and all counsel | 0.30 |
|  | CAP | L110 | A104 | Analysis of plaintiff email regarding 30B6 reps to not discrepancies. | 0.30 |
|  | CAP | L110 | A101 | Preparation of objections and responses to third 30b6 topics. | 0.90 |
|  | ADR | L250 | A103 | Transmit heat data and LSP farm line reports for week ending 11/7/25 to all counsel of record pursuant to court order | 0.10 |
|  | CAP | L110 | A109 | Internal meeting regarding ███████ ████████████████████████ ██████████████████████ ████████████████████████ █████ | 0.60 |
|  | CAP | L110 | A106 | Emails with L.S.P. regarding ████████ ███████████████ | 0.20 |
|  | CAP | L110 | A104 | Continued analysis of 2025 SDEs █████ █████████████████ | 1.30 |
| 11/11/2025 | DAB | L330 | A107 | Receipt & review email from plaintiffs' counsel re site inspection and 30(b)(6) deposition | 0.10 |
|  | DAB | L330 | A107 | Reply to plaintiffs' counsel re intent to respond to 30(b)(6) deposition and moving forward with site inspection | 0.20 |
|  | DAB | L320 | A104 | Review weather documentation, daily line counts and spreadsheet for week of November 3-7, 2025 | 0.40 |
|  | DAB | L210 | A104 | Receipt & review multiple orders granting pro hac vice motions | 0.20 |
|  | DAB | L330 | A103 | Work on response to pending draft 30(b)(6) deposition notice with representatives | 0.30 |
|  | DAB | L330 | A107 | Prepare email re approval as to 30(b)(6) deposition notice with representatives | 0.10 |
|  | DAB | L330 | A107 | Receipt & review email re proceeding with November 14th 30(b)(6) deposition | 0.10 |

Louisiana Office of Risk Management

Page: 12
12/04/2025

ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| DAB | L430 | A104 | Receipt & analysis plaintiffs' latest motion to exclude all testimony of our expert, Dr. Keldie, including review attachments and cited authorities | 1.20 |
| DAB | L430 | A108 | Prepare email to Dr. Keldie re motion filing and need for conference to discuss strategy and reply | 0.20 |
| DAB | L530 | A104 | Listen to portions of U.S. Supreme Court argument by Solicitor General, Ben Aguinaga | 0.70 |
| DAB | L330 | A101 | Review prior deposition testimony and trial testimony of Justin Coley, R.N., in preparation for upcoming 30(b)(6) deposition | 1.20 |
| DAB | L330 | A101 | Review deposition summaries of Ashli Oliveaux and Roland Sylvester, ███████ ████████████████████████████ ███████████████ deposition of November 14 | 2.20 |
| CAP | L110 | A101 | Preparation of outline ████████████ ███████████████████ for 30b6 deposition of Warden Vannoy. | 1.60 |
| CAP | L110 | A101 | Preparation of outline ████████████ ███████████████████ for 30b6 deposition of Oliveaux. | 1.20 |
| CAP | L110 | A101 | Preparation of outline ████████████ ████████████████████30b6 deposition of Warden Sylvester. | 0.90 |
| CAP | L110 | A101 | Preparation of outline ████████████ ████████████████████r 30b6 deposition of Justin Coley. | 0.90 |
| CAP | L120 | A104 | Analysis of prior topics and prior testimony from 30b6 reps to ensure no duplicative testimony on key issues. | 1.60 |
| CAP | L120 | A106 | Emails with LSP regarding ██████████ ███████████ | 0.10 |
| CAP | L120 | A106 | Emails with Plaintiffs regarding 30b6 deposition. | 0.30 |
| CAP | L120 | A104 | Review and analysis of joint letter and exhibits. | 0.60 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | CAP | L120 | A104 | Analysis of plaintiff request for missing SDEs. | 0.30 |
| | CAP | L120 | A106 | Emails with LSP regarding ███████████ ███████████ | 0.10 |
| 11/12/2025 | DAB | L330 | A101 | Finish preparing for all 30(b)(6) deposition representatives of DOC and site inspection with plaintiffs' farming expert | 1.40 |
| | DAB | L330 | A111 | Travel to/from Louisiana State Penitentiary to attend all meetings (Travel billed @ 1/2 rate) | 2.60 |
| | DAB | L330 | A109 | Attend meeting with all deponents to ███████████ | 5.80 |
| | DAB | L120 | A107 | Receipt & review email from Solicitor General re ███████ | 0.10 |
| | DAB | L440 | A104 | Receipt & review documentation from our expert, Dr. Keldie, ███████████ ███████████ ███████████ ███████████ ███████████ ███████ | 1.20 |
| | DAB | L340 | A108 | Prepare email to expert, Dr. Keldie, ███████████ ███████ | 0.20 |
| | ADR | L330 | A104 | Review/analyze request from attorney Benjamin re: schedule for 30b6 depositions to ensure compliance with court order for limited discovery | 0.10 |
| | ADR | L330 | A104 | Assessment of Notice of 30b6 Deposition and Schedule A to ensure compliance with court order for limited discovery | 0.20 |
| | ADR | L250 | A104 | Review/analyze request from attorney Benjamin re: scheduled LSP farm line site inspection to ensure compliance with court order | 0.10 |
| | ADR | L250 | A104 | Review/analyze Notice of Joint Letter to Judge re: heat data for week ending 11/7/25 to confirm as to accuracy per court order for Protective Order/TRO | 0.10 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L250 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 11/7/25 in preparation for submission to court (18 pages) | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 11/12/25 | 0.10 |
| | ADR | L250 | A104 | Review/analyze Order granting Motion To Enroll Christopher Bilicic Pro Hac Vice to ensure compliance with submissions to all parties | 0.10 |
| | ADR | L250 | A104 | Review/analyze Order granting Motion To Enroll Janet Lee Pro Hac Vice to ensure compliance with local rules | 0.10 |
| | ADR | L260 | A104 | Review/analyze Motion to Admit Class Certification Evidentiary Hearing Testimony to ensure compliance with local rules for submission | 0.10 |
| | ADR | L320 | A104 | Continue analysis of October 2024 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order (11 files) | 0.70 |
| | CAP | L330 | A109 | Attend inspection at LSP, ███████ ███████████████████████ ████████████████████████ ████████████████ | 5.80 |
| | CAP | L110 | A107 | Email to Coley regarding ███████ | 0.10 |
| | CAP | L120 | A104 | Review and analysis of location sheets for offenders that plaintiffs will call as witnesses (3 offenders). | 0.90 |
| | CAP | L330 | A111 | Travel to/from Angola to attend meetings re: ██████████████████ s (Travel billed @ 1/2 rate) | 2.60 |
| 11/13/2025 | DAB | L430 | A104 | Receipt & review plaintiffs' motion re stipulation to class certification testimony | 0.30 |
| | DAB | L120 | A106 | Receipt & review email from Sedgwick re ███████████████ | 0.10 |
| | DAB | L120 | A106 | Reply to Sedgwick re ████████████ | |

Louisiana Office of Risk Management

Page: 15
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  |  | ██████ | 0.10 |
| DAB | L330 | A101 | Prepare for upcoming deposition of Roland Sylvester, consisting of ████████ ██████████████ ████████████ ██████████ ██████████ | 1.20 |
| DAB | L330 | A109 | Attend deposition of Roland Sylvester - No Travel Time | 1.40 |
| ADR | L320 | A104 | Continue analysis of May 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order (8 files) | 0.70 |
| ADR | L330 | A104 | Review/analyze notice from US Legal re: confirmation and zoom link for 30b6 depositions scheduled 11/14/25 to ensure compliance with local rules | 0.10 |
| ADR | L320 | A103 | Plan and prepare for production of file materials of in response to fifth request for production of documents to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production including DOC personnel correspondence concerning heat index procedures per limited discovery order (1 file) | 0.20 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/13/24 | 0.10 |
| DAB | L330 | A104 | Review draft transcript of Roland Sylvester's 30(b)(6) deposition due to objections and instructions not to answer on 30(b)(6) deposition based what was covered in prior depositions | 0.70 |
| DAB | L330 | A104 | Review Roland Sylvester's individual deposition 2024 re same areas covered | 0.80 |
| DAB | L330 | A101 | Review Roland Sylvester's 30(b)(6) deposition taken in 2025 re same issues covered ██████████ ██████████ ██████ | 1.20 |
| CAP | L120 | A104 | Analysis of documents received from L.S.P. | |

Louisiana Office of Risk Management

Page: 16
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | | HOURS |
|------|-----|-----|------|---------|-------|
| | | | | ████████████████ ██████ | 0.70 |
| | CAP | L240 | A106 | Emails with L.S.P. regarding ██████ | 0.30 |
| | CAP | L110 | A107 | Email to plaintiff counsel regarding supplement production. | 0.10 |
| 11/14/2025 | ADR | L330 | A104 | Assessment of draft 30b6 deposition transcript of Roland Sylvester to assist attorney in preparation of deposition summary (39 pages) | 0.40 |
| | ADR | L110 | A104 | Review NWS 3 day heat index data for 11/14/25 | 0.10 |
| | ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 11/14/25 for compliance with court order to submit weekly heat data report | 0.10 |
| | ADR | L320 | A104 | Begin analysis of June 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order (16 files) | 1.70 |
| | DAB | L330 | A109 | Travel to/from Louisiana State Penitentiary to attend 30(b)(6) depositions (Travel billed @ 1/2 rate) | 2.80 |
| | DAB | L330 | A101 | Attend meeting with Warden Vannoy to ████████████████ | 0.70 |
| | DAB | L330 | A109 | Attend 30(b)(6) depositions of Warden Vannoy, Ashli Oliveaux, Justin Coley | 7.00 |
| | CAP | L110 | A107 | Emails with plaintiff counsel regarding SDEs. | 0.20 |
| | CAP | L110 | A104 | Review and analysis of plaintiffs' motion regarding stipulation to class certification testimony. | 0.50 |
| 11/17/2025 | DAB | L440 | A101 | Prepare for conference with expert, Dr. Keldie, ████████████████ ████████████████ ████████████ | 0.60 |
| | DAB | L440 | A108 | Attend conference call with Dr. Carl Keldie re ████████ | 0.70 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| DAB | L340 | A101 | Begin outlining 30(b)(6) depositions in preparation for meeting with our expert, Dr. Keldie, ██████████ | 2.80 |
| DAB | L340 | A101 | Begin review of draft transcript of deposition of Warden Vannoy to ███████████████████████ | 1.80 |
| RL | L250 | A104 | Analysis of file materials to incude plaintiff's Daubert Motion seeking to limit or exclude Dr. Keldie's testimony. | 0.80 |
| RL | L250 | A104 | Analysis of file materials to include court's scheduling order to identify procedural defenses to plaintiff's motion in limine. | 0.20 |
| RL | L250 | A104 | Analysis of file materials to include expert disclosures circulated among the parties to develop strategy for opposing plaintiffs' limine motion. | 0.40 |
| RL | L250 | A104 | Analysis of file materials to include Dr. Keldie's expert report produced in connection with this case to ████████████████████████████████████████ | 1.60 |
| RL | L250 | A104 | Analysis of file materials to include court's ruling on our motions in limine to exclude expert to identify language therein that may support denial of plaintiff's motion in limine. | 0.50 |
| RL | L250 | A104 | Analysis of file materials to include joint motion for time to qualify experts at the class certification hearing and the court's order issued in response to ████████████████████████ | 0.30 |
| RL | L250 | A104 | Analysis of file materials to include Dr. Keldie's CV to ████████████████████ | 0.20 |
| RL | L330 | A104 | Analysis of file materials to include Dr. Keldie's deposition transcript to identify ████████████████████ | |

Louisiana Office of Risk Management

Page: 18
12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:            212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | ██████ | 1.50 |
| | RL | L250 | A104 | Analysis of file materials to include exhibits attached to Dr. Keldie's deposition to assess ████████████ ████████████ | 0.40 |
| | ADR | L330 | A104 | Assessment of draft 30b6 deposition transcripts of Roland Sylvester to assist attorney in preparation of deposition summaries re: Justin Coley, Ashli Oliveaux and Darrel Vanoy (247 pages) | 1.20 |
| | ADR | L330 | A104 | Assess file to identify outstanding tasks pertaining to: Opposition to Motion in Limine to Exclude or Limit Testimony of Defendants' Expert Dr. Carl Keldie to ensure compliance with submission to court and all parties | 0.10 |
| | ADR | L250 | A103 | Preparation of follow up request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 11/14/25 to ensure compliance with court order to submit weekly heat data report | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 11/17/25 | 0.10 |
| | ADR | L310 | A104 | Continue analysis of June 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order (18 files) | 1.60 |
| 11/18/2025 | DAB | L330 | A104 | Review line-item deposition transcript of 30(b)(6) deposition of Ashli Oliveaux, including cross-reference to policies discussed | 1.40 |
| | DAB | L120 | A106 | Receipt & review email re ██████████ ██████ | 0.10 |
| | DAB | L120 | A106 | Receipt & review input ████████████ ████████████████ | 0.20 |
| | DAB | L120 | A106 | Prepare email to Heather Hepburn re ████████████████ | 0.10 |
| | DAB | L320 | A104 | Receipt & review daily line counts for second week of November, including analysis of same for multiple intoxications, | |

Louisiana Office of Risk Management

12/04/2025

ACCOUNT NO:     73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  |  | identify same for review | 0.50 |
| DAB | L430 | A104 | Receipt & review amended joint pretrial order submitted by plaintiffs' counsel, including begin working on extensive changes in light of new trial date | 1.80 |
| DAB | L340 | A101 | Prepare for Zoom conference with our expert, Dr. Carl Keldie, and Dr. Edelman, ██████████████████ ████████████ | 1.80 |
| DAB | L440 | A109 | Attend Zoom conference with Dr. Keldie and Dr. Edelman ██████████ ██████████ | 1.10 |
| DAB | L430 | A104 | Review pending motion to disqualify for input received from expert, Dr. Keldie | 0.50 |
| RL | L250 | A104 | Review and analysis of Dr. Keldie's preliminary response ██████████ ████████ ████████ | 0.60 |
| RL | L250 | A109 | Attend Zoome conference with Dr. Keldie regarding ██████████ ██████████ ██████████ | 1.10 |
| ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 11/14/25 to ensure compliance with requirements for court reporting (22 pages) | 0.40 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 11/14/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (39 pages) | 0.50 |
| ADR | L320 | A103 | Transmit heat data and LSP farm line reports for week ending 11/14/25 to all counsel of record pursuant to court order | 0.20 |
| ADR | L330 | A104 | Assessment of file materials re: discovery responses concerning field triage logs to identify additional documents needed for production including triage notes and electronic signatures to ensure compliance with court order for limited discovery prior to trial | 0.20 |

Louisiana Office of Risk Management

Page: 20
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/18/25 | 0.10 |
| ADR | L330 | A104 | Assessment of additional SDE field records in preparation for supplemental document production to plaintiffs' counsel in compliance with court order for limited discovery (42 pages) | 0.40 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of additional field triage logs and supporting documents to plaintiffs' counsel re: review file for specific material, assimilation of documents, and index for production (42 pages) | 0.50 |
| ADR | L320 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 11/14/25 in preparation for submission to court (17 pages) | 0.30 |
| ADR | L340 | A104 | Review/analyze email from expert Carl Keldie re: review of SDEs to ensure compliance with submission of supplemental expert reports per court order for limited discovery | 0.10 |
| ADR | L310 | A104 | Continue analysis of June to October 2025 SDEs re: preparation of SDE log concerning LSP field triage logs to compile attorney review materials in preparation for discovery responses per court order (59 files) | 2.10 |
| CAP | L110 | A106 | Conference call with Dr. Keldie and Edleman regarding ███████ | 0.90 |
| CAP | L110 | A104 | Review and anlaysis of joint weekly letter to court. | 0.50 |
| CAP | L120 | A104 | Analysis of weekly reporting, compare with NWS, flag issues with intoxication. | 0.90 |
| CAP | L110 | A106 | Emails with L.S.P. regarding ████████ ██████ | 0.20 |
| CAP | L120 | A104 | Analysis of ███████████████ ████████████████████████████ ███████████████████ by L.S.P. | 1.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:       212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | | Description | HOURS |
|---|---|---|---|---|---|---|
| | CAP | L110 | A107 | | Emails with Keldie regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ | 0.20 |
| 11/19/2025 | DAB | L210 | A104 | | Receipt & review letter filed by plaintiff's counsel re heat data for November | 0.10 |
| | DAB | L110 | A107 | | Receipt & review letter from plaintiffs' counsel requesting multiple visits, Promise of Justice, for November | 0.10 |
| | DAB | L110 | A104 | | Receipt & review link to Perry Weather system, including review slide show re same | 0.30 |
| | DAB | L340 | A104 | | Receipt & review ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ from Adam Edelman, M.D. | 0.50 |
| | DAB | L120 | A106 | | Telephone conference with Warden Vannoy to ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 0.40 |
| | ADR | L250 | A104 | | Review/analyze Notice of Joint Letter to Judge re: heat data for week ending 11/14/25 to confirm as to accuracy per court order for Protective Order/TRO | 0.10 |
| | ADR | L260 | A104 | | Assess file to identify outstanding tasks pertaining to: Opposition to Motion to Admit Class Certification Testimony to ensure compliance with submission to court and all parties | 0.10 |
| | ADR | L110 | A104 | | Research NWS 3 day heat index for 11/19/25 | 0.10 |
| | ADR | L520 | A104 | | Begin assessment of file materials re: 2024 SDE records in preparation for trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status and heat conditions (7 files) | 1.20 |
| | CAP | L120 | A104 | | Analysis of Perry Weather overview and documents produced in discovery to ▓▓▓ ▓▓▓▓▓▓▓ | 0.80 |
| | CAP | L110 | A106 | | Emails with LSP regarding ▓▓▓▓▓ ▓▓ | 0.20 |
| | CAP | L110 | A104 | | Analysis of ▓▓▓▓▓▓▓▓▓▓ provided by L.S.P. | 1.40 |

Louisiana Office of Risk Management

12/04/2025

ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | CAP | L110 | A102 | Flag issues with ███████ ████████ ███████ | 0.90 |
| 11/20/2025 | DAB | L340 | A108 | Conference with Dr. Carl Keldie to discuss ████ ███████ ████████ ███████ | 0.80 |
| | DAB | L340 | A108 | Return phone call from Dr. Keldie to █████ ██████████ | 0.50 |
| | DAB | L340 | A104 | Review supplemental discovery response prior to sending speadsheets on SDEs and explanation, inconsistencies | 0.40 |
| | DAB | L340 | A104 | Receipt & analysis initial draft expert report from Dr. Carl Keldie with citations, █████ ██████████ | 0.70 |
| | DAB | L340 | A105 | Team meeting to discuss █████ ██████████ ████ | 0.40 |
| | DAB | L340 | A104 | Review ████████████ from Dr. Carl Keldie | 0.70 |
| | DAB | L340 | A103 | Finalize affidavit form for Dr. Keldie to sign | 0.30 |
| | DAB | L440 | A105 | Team meeting to discuss ██████ ████████████ ████████████ ██████████ ██████ ██████████ | 0.50 |
| | ADR | L320 | A107 | Transmit supplemental document production to plaintiffs' counsel re: additional field triage records in compliance with limited discovery order | 0.20 |
| | ADR | L340 | A103 | Preparation of request to defense expert Dr. Carl Keldie re: additional SDE records for review re: supplemental expert report in compliance with limited discovery order | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 11/20/25 | 0.10 |
| | ADR | L440 | A104 | Continue assessment of file materials re: 2024-2025 SDE records in preparation for | |

Louisiana Office of Risk Management

Page: 23
12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:          212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  |  |  |  | trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status and heat conditions (14 files)Review/analyze | 2.10 |
|  | CAP | L120 | A104 | Continued analysis of additional SDEs, notes from LSP, in preparation of production. | 0.50 |
|  | CAP | L120 | A104 | Review and anlaysis of Keldie ███ ████████████████████ ██████ | 1.40 |
|  | CAP | L120 | A104 | Review and anlaysis of Keldie draft report. | 0.80 |
|  | CAP | L120 | A101 | Preparation ████████████ ███████████████ ████ | 1.60 |
|  | CAP | L120 | A104 | Review and analysis of ████████ ██████████████ ████████████████ ███████████████ | 1.80 |
|  | CAP | L320 | A101 | Preparation of summary of SDEs, ██████ ██████████████ ████████████ | 0.90 |
| 11/21/2025 | DAB | L340 | A104 | Receipt & review revised affidavit from Dr. Keldie | 0.20 |
|  | DAB | L340 | A103 | Modify █████████████ ██████████ | 0.20 |
|  | DAB | L250 | A104 | Receipt & review motion and order to enroll additional attorney for plaintiffs | 0.10 |
|  | DAB | L340 | A104 | Receipt & review proposed final form expert report from Dr. Keldie | 0.30 |
|  | DAB | L430 | A104 | Begin review and dissecting exhibit list proposed by plaintiffs' counsel (863 exhibits) | 2.30 |
|  | DAB | L510 | A104 | Receipt & review ruling by Fifth Circuit on latest appeal, number 3 | 0.10 |
|  | CAP | L320 | A101 | Preparation of inserts to ███████████ ████████████ | 0.80 |
|  | CAP | L320 | A101 | Finalize expert report of Keldie. | 0.50 |

Louisiana Office of Risk Management

Page: 24
12/04/2025

ACCOUNT NO:   73-24325360M
INVOICE NO:      212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| CAP | L320 | A107 | Emails with Keldie regarding █████ | 0.30 |
| CAP | L120 | A104 | Review and anlaysis of JPTO for changes. | 0.70 |
| CAP | L110 | A101 | Preparation of inserts to Joint Pre-Trial Order regarding statement of claim. | 1.10 |
| CAP | L110 | A101 | Preparation of inserts to Joint Pre Trial Order regarding witnesses. | 0.90 |
| CAP | L110 | A101 | Preparation of inserts to Joint Pre-Trial Order regarding disputed facts and law. | 0.70 |
| RL | L120 | A104 | Analysis of file materials to include ████████████ | 0.60 |
| RL | L250 | A104 | Analysis of supporting materials received from Dr. Keldie ████████████ opposition to Plaintiffs' Daubert motion. | 0.30 |
| RL | L120 | A104 | Analysis of file materials to include ████████████ | 0.50 |
| RL | L120 | A102 | Analysis of federal rules of evidence and interpreting jurisprudence regarding ████████████ in preparation of insert to opposition memorandum. | 0.70 |
| RL | L120 | A102 | Analysis of file materials to include ████████████ | 0.50 |
| RL | L250 | A104 | Analysis of file materials to include ████████████ | |

Louisiana Office of Risk Management

Page: 25
12/04/2025

ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Init | | | Description | HOURS |
|------|------|------|------|-------------|-------|
| | | | | ████ for use in opposing plaintiff's Daubert motion. | 1.10 |
| | RL | L120 | A102 | Analysis of federal jurisprudence to ████ ████████████ ██████████████ ██████████████ ████████ | 0.40 |
| | RL | L250 | A104 | Analysis of file materials to include ████████████ ██████████████ ██████████████ ████████ for opposing plaintiffs' Daubert motion. | 0.30 |
| | RL | L120 | A102 | Analysis of federal jurisprudence cited in plaintiffs' Daubert motion regarding an expert's qualifications to ████████ ██████████████ ████████████ ████████ | 0.70 |
| 11/23/2025 | DAB | L510 | A104 | Review U.S. Fifth Circuit ruling re latest appeal | 0.30 |
| | DAB | L430 | A103 | Work on draft court ordered updated pretrial order | 2.20 |
| 11/24/2025 | CAP | L110 | A104 | Review and analysis of weekly reporting for any issues and compare with NWS data. | 0.90 |
| | CAP | L120 | A104 | Review and analysis of 360 joint exhibits from initial PTO to detemrine whether any exhibits previously agreed as joint should be objected to. | 2.10 |
| | CAP | L120 | A104 | Review and analysis of 268 additional exhibits added by plaintiffs for objections. | 2.70 |
| | CAP | L120 | A101 | Preparation of inserts to JPTO exhibit list of objections to exhibits. | 1.60 |
| | DAB | L440 | A104 | Review additional reported decisions of Judge Brian Jackson evaluating qualifications of experts in light of plaintiffs' challenge to our expert, including review Judge Jackson's distinction between jury and bench trials and consideration for expert challenges | 0.80 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  | | HOURS |
|---|---|---|---|---|
| DAB | L340 | A104 | Receipt & analysis Dr. Vassallo's latest expert report with new citations and references, ███████████████ ████████████████ | 2.40 |
| DAB | L340 | A104 | Receipt & review latest expert report of plaintiffs' sociology expert, Sbicca, including ███████████████ ███████████████ | 2.30 |
| DAB | L340 | A104 | Receipt & analysis supplemental report of plaintiffs' farming expert, Greene, with cited attachments | 1.80 |
| DAB | L440 | A104 | Review testimony from class certification-merits hearing of our expert, Deleca Barnes, including extract relevant pages | 0.80 |
| DAB | L440 | A108 | Prepare email to expert, Deleca Barnes, re ███████████ ██████████████ ███████ | 0.50 |
| CAP | L120 | A104 | Analysis of newly produced documents to assess any additional exhibits needed for JPTO exhibit list. | 0.90 |
| CAP | L120 | A104 | Analysis of additional to stipulated facts by plaintiffs to assess ███████████ | 1.60 |
| ADR | L250 | A103 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 11/21/25 for compliance with court order to submit weekly heat data report | 0.10 |
| ADR | L230 | A104 | Review/analyze for Leave from Requirement that All Counsel Appear In-Person at Pretrial Conference to ensure compliance with local rules | 0.10 |
| ADR | L230 | A104 | Review/analyze Motion to Expedite Consideration re: Motion for Leave from Requirement that Counsel Appear at Pretrial Conference to ensure compliance with local rules | 0.10 |
| ADR | L330 | A104 | Review/analyze Notice of Deposition re: Michael Karisny to ensure compliance with local rules | 0.10 |
| ADR | L320 | A104 | Assessment of LSP farm line rosters and | |

Louisiana Office of Risk Management

Page: 27
12/04/2025

ACCOUNT NO:     73-24325360M
INVOICE NO:             212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307



| | | | | HOURS |
|---|---|---|---|---|
| | | | daily line counts for week ending 11/21/25 to ensure compliance with requirements for court reporting (26 pages) | 0.30 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 11/21/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (41 pages) | 0.50 |
| RL | L120 | A102 | Analysis of federal jurisprudence to ██████ | 0.60 |
| RL | L250 | A104 | Analysis of file materials to include plaintiff's motion in limine, memorandum, and full transcript of Dr. Keldie's deposition to ██████ | 0.70 |
| RL | L250 | A104 | Analysis of file materials to include plaintiff's motion in limine, memorandum, and full transcript from class certification hearing to p██████ | 0.80 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 11/24/25 | 0.10 |
| RL | L120 | A104 | Analysis of file materials to include appeal filed in response to the court's ruling at the class certification hearing to identify ██████ | 0.40 |
| RL | L120 | A104 | Analysis of file materials to include the Fifth Circuit's ruling to vacate the class certification ruling to ██████ | 0.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307



|  |  |  | | HOURS |
|---|---|---|---|---|
| RL | L120 | A102 | Analysis of federal jurisprudence to assess | 0.40 |
| RL | L120 | A102 | Analysis of federal jurisprudence to | 0.40 |
| RL | L120 | A102 | Analysis of federal jurisprudence to | 0.30 |
| RL | L120 | A104 | Analysis of file materials to include court record to show deadline for identification of experts, production of reports, and challenge of opinion to show plaintiffs' motion is untimely. | 0.40 |
| RL | L120 | A102 | Analysis of federal jurisprudence to ...er. | 0.30 |
| ADR | L250 | A104 | Review/analyze Motion to Enroll Cecelia Kappel to ensure compliance with local rules | 0.10 |
| RL | L120 | A102 | Analysis of federal jurisprudence to | 0.40 |
| RL | L250 | A104 | Analysis of file materials to include ... opposition to Daubert motion. | 0.30 |
| ADR | L330 | A104 | Compile final deposition transcript and exhibits re: 11/13/25 30b6 deposition of Roland Sylvester to prepare for attorney review and update folder for all plaintiff | |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:            212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  |  |  |  | deposition exhibits (17 files) | 0.30 |
|  | ADR | L340 | A104 | Review/analyze plaintiffs' supplemental expert reports and declarations to ensure compliance with limited discovery order for expert discovery | 0.30 |
| 11/25/2025 | DAB | L320 | A104 | Analysis of heat data, daily line counts, week of November 17 | 0.40 |
|  | DAB | L430 | A104 | Begin review of plaintiff's proposed draft amended exhibit list for trial and inclusion in pretrial order due December 1, 2025, including review of proposed joint exhibits (397 exhibits) with limited review of some medical records to save for later review and trial preparation | 3.70 |
|  | DAB | L430 | A104 | Review plaintiffs' proposed exhibits (168 exhibits), including attempt to outline objections prior to Zoom conference set to discuss amended exhibit list pursuant to court order | 3.20 |
|  | DAB | L110 | A109 | Attend Zoom conference to discuss all 705 exhibits, how to handle inclusion in joint pretrial order, and admissibility at February trial | 1.20 |
|  | DAB | L430 | A103 | Modifications to exhibit list for inclusion in pretrial order after conference with all counsel | 1.40 |
|  | DAB | L320 | A106 | Conference call with Ashli Oliveaux to discuss ███████████████████ ██████████████████████ ████████████████ | 0.30 |
|  | CAP | L120 | A109 | Attend zoom conference with plaintiff counsel regarding joint PTO, exhibit list and trial (dual attorney approved) | 1.20 |
|  | CAP | L120 | A104 | Continued analysis of joint exhibits (370) to assess objections, pull previous joint exhibits to plaintiff exhibits. | 2.40 |
|  | CAP | L120 | A104 | Continued analysis of proposed statement of undisputed facts to edit or strike out stipulated facts for JPTO (115 facts). | 1.70 |
|  | CAP | L120 | A101 | Continued preparation of inserts to JPTO. | 0.90 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|-----|------|------|------------------------------------------------|-------|
| CAP | L120 | A104 | Continued analysis of plaintiff proposed exhibits for objections (268). | 1.10 |
| CAP | L120 | A104 | Analysis of potential stipulations for expert areas, to include analysis of class certification transcript for expert acceptance by court (four experts). | 0.90 |
| RL | L120 | A104 | Analysis of file materials to include draft pretrial order to identify scope of testimony to be offered by Dr. Keldie at trial to ensure consistency of arguments across pleadings. | 0.20 |
| RL | L120 | A102 | Analysis of federal jurisprudence to ███ ██████████████████████ | 0.30 |
| RL | L250 | A104 | Analysis of file materials to include plaintiff's Daubert motion to identify ████████ ██████████████ ██████████████ ████████ | 0.50 |
| RL | L120 | A102 | Analysis of federal jurisprudence to show ██████████████ ██████████████ ██████████████ ███ | 0.40 |
| RL | L250 | A103 | Preparation of insert to opposition to plaintiffs' motion in limine to include overview of position and legal grounds for Daubert analysis and plaintiff's failure to attack Dr. Keldie's opinions for reasons considered under under Daubert analysis and to show plaintiffs' motion should be dismissed as untimely. | 1.80 |
| RL | L120 | A104 | Analysis of file materials to include Dr. Keldie's CV to identify ████████ ██████████████ ██████████ | 0.20 |
| RL | L250 | A104 | Analysis of file materials to identify ████ ██████████ ██████████████ ██████ | 0.90 |

Louisiana Office of Risk Management

Page: 31
12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:             212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

HOURS



RL     L340     A104     Analysis of file materials to include Dr. Keldie's second affidavit responding to plaintiff's expert opinions to identify

0.40

RL     L340     A104     Analysis of secondary sources to support

0.40

RL     L340     A104     Analysis of file materials to identify record citations of best testimony Dr. Keldie offered at the class certification hearing to identify

0.60

RL     L340     A104     Analysis of file materials to identify record citations from Dr. Keldie's deposition transcript to identify

0.80

RL     L340     A104     Analysis of file materials to include sections of Dr. Keldie's report and deposition addressing his analysis of SDEs produced in this case to show

0.50

RL     L120     A102     Analysis of federal jurisprudence to show

0.40

RL     L250     A103     Preparation of insert to memorandum opposing Daubert motion to show that Dr. Keldie has requisite qualifications to support the opinions offered in his report and at trial.

2.10

Louisiana Office of Risk Management

Page: 32
12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L320 | A104 | Transmit heat data and LSP farm line reports for week ending 11/21/25 to all counsel of record pursuant to court order | 0.20 |
| | ADR | L330 | A104 | Compile Offender Location Sheets, Disciplinary Records and Conduct Reports to identify potential inmate witnesses to be called at trial and in preparation for attorney use at upcoming depositions | 0.30 |
| | ADR | L330 | A103 | Draft Notice of Deposition re: inmates Gregory Samuels, Roderick Coleman and Steven Major | 0.30 |
| 11/26/2025 | CAP | L120 | A104 | Continued analysis of updated proposed exhibit list, to include proposed joint exhibits to ensure no objections are present, and to review each document listed (over 300). | 1.90 |
| | CAP | L120 | A104 | Continued analysis of updated proposed exhibit list, to include plaintiff exhibits to indicate objections, and to review each document listed (over 200). | 1.20 |
| | CAP | L120 | A104 | Continued analysis of documents to add to defense exhibit list, to include review of all studies referenced by all experts. | 1.20 |
| | CAP | L120 | A104 | Analysis of plaintiff's second round of proposed stipulated facts and preparation of changes. | 0.90 |
| | CAP | L120 | A104 | Analysis of plaintiff's second round of joint PTO and prepare edits as necessary. | 1.10 |
| | CAP | L110 | A104 | Review and analysis of OSHA proposed rule on heat safety (376 pages) to assess ███████████████ to use at trial. | 1.70 |
| | CAP | L110 | A104 | Continued analysis of disputed legal issues and disputed facts to be included in JTPO to ensure defenses can be raised at trial. | 0.90 |
| | RL | L340 | A104 | Analysis of file materials to include exhibits attached to Dr. Keldie's report to show ███████████████ | 0.30 |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| RL | L340 | A104 | Analysis of file materials to include articles and reports from OSHA cited in Dr. Keldie's reports to identify ███████████ ████████████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to include charts and additional references obtained from the National Weather cited in Dr. Keldie's reports to identify ████████████ ████████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to include articles and reports from the National Institute for Occupational Safety and Health cited in Dr. Keldie's reports to identify █████ █████████████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to include charts and additional references obtained from the United States Army cited in Dr. Keldie's reports to identify ████████████ ████████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to include resources received from Dr. Keldie in preparation of recent conference supporting the source material cited in his report to ████████████████████████ ██████ | 0.30 |
| RL | L340 | A104 | Analysis of file materials to include exhibits attached to Dr. Keldie's report to show ███ ████████████████ ████████████ ███████████████████ ██████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to identify record citations from Dr. Keldie's deposition transcript to identify █████████████ █████████████████ ████████████ █████████████████ ████ | 0.60 |
| RL | L120 | A102 | Analysis of federal jurisprudence to show ███████████████████ ██████████████████ ████████████████████ █████████ | 0.40 |
| RL | L340 | A104 | Analysis of file materials to include plaintiff's | |

Louisiana Office of Risk Management

Page: 34
12/04/2025

ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

HOURS



motion and references to evidence allegedly
showing that Dr. Keldie based his opinions
solely upon what Defendants told him to
show

0.60

RL    L340    A103    Development of litigation strategy regarding

0.20

RL    L120    A102    Analysis of federal jurisprudence to show

0.40

RL    L120    A102    Analysis of federal jurisprudence to show

0.50

RL    L250    A104    Analysis of file materials to include plaintiffs'
motion in limine to identify

0.50

RL    L120    A102    Analysis of federal jurisprudence to show

0.30

RL    L120    A102    Analysis of federal jurisprudence to show

0.60

RL    L340    A104    Analysis of file materials to identify

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | ████████████████ | |
| | | | | ████████████████████ | |
| | | | | ██████████████ | 0.50 |
| RL | L250 | A103 | Preparation of insert to memorandum opposing Daubert motion to show that Dr. Keldie's opinions are sufficiently reliable to support admission under Daubert. | | 1.80 |
| RL | L120 | A102 | Analysis of federal jurisprudence to identify | | |
| | | | | ████████████████ | |
| | | | | ██████████████████ | |
| | | | | ████████████████████ | |
| | | | | ██████████████ | |
| | | | | ██████████ | 0.60 |
| ADR | L250 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 11/21/25 in preparation for submission to court (20 pages) | | 0.40 |
| ADR | L250 | A104 | Review/analyze Order granting Motion for Leave From Appearing at Pretrial Conference to ensure compliance with local rules | | 0.10 |
| ADR | L330 | A103 | Revisions to Notice of Deposition re: inmates Gregory Samuels, Roderick Coleman and Steven Major | | 0.10 |
| ADR | L110 | A104 | Research NWS 3 days heat index data for 11/26/25 | | 0.10 |
| ADR | L250 | A104 | Begin analysis and compilation of file materials re: proposed exhibits for Pretrial Order including parties' joint exhibits and plantiffs' exhibits pending defense objections | | 0.70 |
| 11/28/2025 | RL | L120 | A103 | Development of litigation strategy for | |
| | | | | ████████████████ | |
| | | | | ██████████████████ | |
| | | | | ████████████████. | 0.20 |
| | RL | L120 | A104 | Analysis of file materials to include plaintiff's pleadings filed into the record arguing the complexity of issues presented in this case requires certification of their own expert to | |
| | | | | ████████████████████ | |
| | | | | ██████████ | 0.50 |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:     73-24325360M
INVOICE NO:     212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | RL | L250 | A103 | Preparation of insert to memorandum opposing Daubert motion to show that Dr. Keldie's opinions will assist the trier of fact at trial in understanding issues presented in the case such that his opinions are admissible under Daubert. | 0.70 |
| | RL | L120 | A104 | Review and analysis of draft opposition to identify ███████████████████ ███████████████████████ ██████████████ | 0.80 |
| | RL | L250 | A103 | Preparation of insert to opposition memorandum to provide summary and conclusion of argument presented throughout pleading and to show plaintiffs' untimely motion does not refute showing that Dr. Keldie's opinions are properly considered under Daubert. | 0.60 |
| 11/29/2025 | CAP | L110 | A104 | Analysis of Plaintiff's latest version of exhibit list, along with 25 exhibits sent to verify objections. | 1.40 |
| | CAP | L110 | A101 | Preparation of inserts to exhibit list, objections, exhibits willing to enter jointly. | 1.10 |
| 11/30/2025 | RL | L340 | A104 | Analysis of file materials to include correspondence from Dr. Keldie regarding ██████████████████ ████████████████████ █████████████████████ ████████████ | 0.30 |
| | RL | L340 | A104 | Analysis of file materials to include slides from Dr. Keldie from the US Army related to fluid replacement to identify ████████ █████████████████████ █████████████████ | 0.20 |
| | RL | L340 | A104 | Analysis of file materials to include slides from Dr. Keldie ████████████ █████████████████ █████████████████ █████████████████ ████████████ | 0.20 |
| | RL | L340 | A104 | Analysis of file materials to include slides from Dr. Keldie ████████████ █████████████████ █████████████████ | |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:    212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  | | HOURS |
|---|---|---|---|---|
|  |  |  | ██████████████████ |  |
|  |  |  | ████████████ | 0.20 |
| RL | L340 | A104 | Analysis of file materials to include powerpoint presentation from Dr. Keldie regarding ███████████ |  |
|  |  |  | ██████████████████ |  |
|  |  |  | ████████████ | 0.50 |
| RL | L250 | A103 | Development of litigation strategy regarding |  |
|  |  |  | ███████████ |  |
|  |  |  | ██████████████ |  |
|  |  |  | ████████████ |  |
|  |  |  | █████████████████n. | 0.20 |
| RL | L250 | A103 | Preparation of insert to opposition to Daubert motion to supplement showing of Dr. Keldie's expertise with reference to his presentation and study preformed in creation of the same. | 0.80 |
| RL | L340 | A103 | Preparation of draft affidavit for Dr. Keldie to |  |
|  |  |  | ██████████████ |  |
|  |  |  | ████████████████ | 0.50 |
| RL | L340 | A103 | Preparation of alternative draft affidavit for Dr. Keldie to ████████████ |  |
|  |  |  | ████████████████ |  |
|  |  |  | ████████████ | 0.30 |

| | TOTAL FEES DUE | 272.80 | 86,034.00 |
|---|---|---|---|

## RECAPITULATION

| TIMEKEEPER | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Andrew Blanchfield | Partner | 5.40 | $175.00 | $945.00 |
| Andrew Blanchfield | Partner | 104.20 | 350.00 | 36,470.00 |
| Chris K Jones | Partner | 1.30 | 350.00 | 455.00 |
| Reynolds LeBlanc | Partner | 42.00 | 350.00 | 14,700.00 |
| Chelsea A. Payne | Partner | 2.60 | 175.00 | 455.00 |
| Chelsea A. Payne | Partner | 87.50 | 350.00 | 30,625.00 |
| Azure Risbrook | Paralegal | 29.80 | 80.00 | 2,384.00 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 11/12/2025 | L000 | E110 | Out-of-Town Travel - Mileage to/from Angola, La to attend pre-deposition meetings (107 miles @ .70) | 74.90 |
| 11/14/2025 | L000 | E110 | Out-of-Town Travel - Mileage to/from Angola, La to attend 30(b)(6) Depositions (107 miles @ .70) | 74.90 |
| | | | TOTAL EXPENSES DUE | 149.80 |

Louisiana Office of Risk Management

12/04/2025
ACCOUNT NO:    73-24325360M
INVOICE NO:         212547

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

**CURRENT INVOICE AMOUNT DUE**                86,183.80

**BALANCE - INCLUDING ANY OUTSTANDING**        $86,183.80

Task Code Summary

|      |                                       | FEES | EXPENSES |
|------|---------------------------------------|-----------|----------|
| L000 | Expense Total                         | 0.00      | 149.80   |
| L000 | Expense Total                         | 0.00      | 149.80   |
|      |                                       |           |          |
| L110 | Fact Investigation/Developement       | 11880.00  | 0.00     |
| L120 | Analysis/Strategy                     | 23135.00  | 0.00     |
| L100 | DO NOT USE                             | 35,015.00 | 0.00     |
|      |                                       |           |          |
| L210 | Pleadings                             | 288.00    | 0.00     |
| L230 | Court Mandated Conferences            | 16.00     | 0.00     |
| L240 | Dispositive Motions                   | 105.00    | 0.00     |
| L250 | Other Written Motions and Submissions | 7226.00   | 0.00     |
| L260 | Class Action Certification and Notice | 1031.00   | 0.00     |
| L200 | DO NOT USE                             | 8,666.00  | 0.00     |
|      |                                       |           |          |
| L310 | Written Discovery                     | 991.00    | 0.00     |
| L320 | Document Production                    | 5066.00   | 0.00     |
| L330 | Depositions                           | 13926.00  | 0.00     |
| L340 | Expert Discovery                      | 9323.00   | 0.00     |
| L350 | Discovery Motions                     | 105.00    | 0.00     |
| L390 | Other Discovery                       | 1295.00   | 0.00     |
| L300 | DO NOT USE                             | 30,706.00 | 0.00     |
|      |                                       |           |          |
| L410 | Fact Witnesses                        | 455.00    | 0.00     |
| L420 | Expert Witnesses                      | 1085.00   | 0.00     |
| L430 | Written Motions and Submissions       | 5880.00   | 0.00     |
| L440 | Other Trial Preparation and Support   | 3213.00   | 0.00     |
| L400 | DO NOT USE                             | 10,633.00 | 0.00     |
|      |                                       |           |          |
| L510 | Appellate Motions and Submissions     | 148.00    | 0.00     |
| L520 | Appelate Briefs                       | 96.00     | 0.00     |
| L530 | Oral Argument                         | 770.00    | 0.00     |
| L500 | DO NOT USE                             | 1,014.00  | 0.00     |

**PLEASE DISREGARD PREVIOUS BALANCE IF PAYMENT HAS BEEN MADE**

**AS A SERVICE TO OUR CLIENTS, THIS FIRM PROVIDES LONG DISTANCE CALLING, FAX AND WESTLAW AT NO CHARGE.**