# EXHIBIT A-2

**KEOGH COX & WILSON, LTD.**
701 MAIN ST. (P. O. BOX 1151)
BATON ROUGE, LOUISIANA 70802
225-383-3796  FAX: 225-343-9612
KEOGHCOX.COM
FEDERAL ID NO. 72-0793931

Page: 1

Louisiana Office of Risk Management
REPORT TO:
Sedgwick
P.O. Box 14775
Lexington  KY  40512

ATTN: Heather Hepburn

01/12/2026

| | |
|---|---|
| ACCOUNT NO: | 73-24325360M |
| INVOICE NO: | 213372 |

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

**MONTHLY STATEMENT**
**DAB**

DPSC

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
| 12/01/2025 | CAP | L110 | A101 | Continued preparation of inserts to JPTO, undisputed facts and exhibit list prior to sending to counsel. | 1.20 |
|  | CAP | L110 | A107 | Emails with counsel regarding JPTO, exhibit list and undisputed facts. | 0.60 |
|  | CAP | L110 | A104 | Review and analysis of revised version of JPTO provided by Plaintiffs for final comments or changes. | 1.10 |
|  | CAP | L110 | A104 | Review and analysis of revised version of undisputed facts provided by Plaintiffs for final comments or changes. | 1.10 |
|  | CAP | L110 | A104 | Review and analysis of revised version of exhibit list provided by plaintiffs for final comments or changes. | 1.50 |
|  | CAP | L110 | A108 | Telephone conference with Samantha Porcieu regarding meet and confer on joint filings. | 0.30 |
|  | CAP | L110 | A104 | Review and analysis of weekly reporting, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.70 |
|  | ADR | L330 | A103 | Revisions to Notice of Deposition re: inmates Gregory Samuels, Roderick Coleman and Steven Major per agreement with plaintiffs' counsel | 0.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:    213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| ADR | L330 | A104 | Assessment of invoice from US Legal Support re: 30b6 depositions held 11/14/25 to confirm allowable expenses and prepare for submission | 0.10 |
| ADR | L330 | A104 | Assessment of invoice from US Legal Support re: RolandSylvester 30b6 deposition held 11/13/25 to confirm allowable expenses and prepare for submission | 0.10 |
| ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 11/28/25 to ensure compliance with requirements for court reporting (15 pages) | 0.30 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 11/28/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (41 pages) | 0.40 |
| ADR | L250 | A104 | Review/analyze Motion for Appear Pro Hac Vice for Erica Paul to ensure compliance with local rules | 0.10 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 12/1/25 | 0.10 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of discovery concerning US DOJ ADA investigation to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (1 file) | 0.20 |
| ADR | L350 | A103 | Preparation and electronic filing of Memorandum in Opposition to Motion in Limine to Exclude Dr. Carl Keldie and exhibits | 0.60 |
| DAB | L430 | A103 | Work on finalizing our portion of joint pretrial order prior to filing pursuant to order of court | 2.20 |
| DAB | L430 | A103 | Work on final agreement as to statement of undisputed facts for filing with court | 0.70 |
| DAB | L430 | A103 | Finalize joint exhibit list, plaintiffs' individual exhibit list, and defendants' individual exhibit list, including review additional documents sent by plaintiffs' counsel | 2.20 |

Louisiana Office of Risk Management

Page: 3
01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
| DAB | L430 | A103 | Finalize our memorandum in opposition to plaintiffs' motion to exclude testimony of our expert, Dr. Carl Keldie, with attachments and affidavit | 1.40 |
| DAB | L250 | A104 | Receipt & review motion for pro hac vice admission | 0.10 |
| RL | L120 | A103 | Development of litigation strategy regarding ██████████ | 0.20 |
| RL | L120 | A103 | Preparation of insert to final draft of affidavit for Dr. Keldie to support qualifications and authenticate documents. | 0.20 |
| RL | L120 | A108 | Preparation of email correspondence to Dr. Keldie regarding ██████████ | 0.10 |
| RL | L250 | A104 | Analysis of file materials to ██████████ | 0.50 |
| RL | L120 | A104 | Analysis of file materials received from Dr. Keldie ██████████ | 0.40 |
| RL | L340 | A104 | Analysis of file materials received from Dr. Keldie ██████████ | 0.40 |
| RL | L120 | A102 | Analysis of federal jurisprudence to identify ██████████ | 0.30 |
| RL | L250 | A103 | Preparation of inserts to opposition to Daubert Motion to address miscellaneous arguments of plaintiff and to finalize draft for filing with the court. | 0.80 |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Atty | Task | Act | Description | HOURS |
|---|---|---|---|---|---|
| | RL | L250 | A104 | Analysis of file materials to identify ███████ ████████████████████ ██████████ | 0.30 |
| | RL | L120 | A104 | Review and analysis of final draft of opposition to ensure proper form and exhibits are used for filing with the court. | 0.30 |
| | RL | L120 | A109 | Extended telephone conference with Dr. Keldie regarding ██████████████ ███████████████████ ████████ | 0.20 |
| | RL | L120 | A103 | Preparation of email correspondence to Dr. Keldie ████████████████████ ████████████████ | 0.10 |
| | RL | L120 | A104 | Receipt/review of email correspondence from Dr. Keldie regarding execution of affidavit. | 0.10 |
| | RL | L120 | A104 | Review and analysis of Dr. Keldie's affidavit to confirm proper execution for filing. | 0.10 |
| | RL | L120 | A109 | Telephone conference with Dr. Keldie to ████████████████████ | 0.10 |
| 12/02/2025 | ADR | L440 | A104 | Continue assessment of file materials re: 2024-2025 SDE records in preparation for trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status and heat conditions (6 files) | 0.70 |
| | CAP | L240 | A104 | Review and analysis of plaintiff's motion to admit class cert tetsimony in preparation of opposition. | 0.60 |
| | CAP | L120 | A104 | Analysis of pertinent portions of class certification transcript in preparation of opposition to motion to admit class certification testimony. | 1.60 |
| | CAP | L120 | A102 | Research re: cases to support arguments that defendnats have the right to present their case at trial. | 0.80 |
| | CAP | L120 | A102 | Research re: cases to support arguments that class certification is procedural in nature and does not involve merits. | 0.90 |
| | CAP | L240 | A101 | Preparation of opposition to motion to admit | |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | class certification testimony as trial testimony. | 2.50 |
| CAP | L120 | A104 | Review and analysis of joint letter to court regarding weekly reporting. | 0.60 |
| CAP | L110 | A106 | Emails with LSP re: ██████████ ██████████ | 0.30 |
| DAB | L320 | A104 | Receipt & review weather data for last week of November, daily line counts, analysis of same | 0.40 |
| ADR | L330 | A107 | Transmit heat data and LSP farm line reports for week ending 11/2825 to all counsel of record pursuant to court order | 0.20 |
| ADR | L250 | A104 | Assessment of Proposed Pretrial Order / Amended Joint Pre-Trial Order to confirm as to content and accuracy in compliance with current discovery order | 0.20 |
| ADR | L330 | A107 | Pursuant to La. Civ. Code Art. 1313, transmit Notice of Deposition for service regarding Gregory Samuels, Roderick Coleman and Steven Major to all counsel of record | 0.20 |
| ADR | L330 | A108 | Preparation of request to Veritext for court reporter coverage for the depositions of Gregory Samuels, Roderick Coleman and Steven Major on 12/10/25 at Louisiana State Penitentiary | 0.20 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 12/2/25 | 0.10 |
| ADR | L250 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 11/28/25 in preparation for submission to court (13 pages) | 0.30 |
| DAB | L330 | A107 | Work on depositions of new witness from farm line and inmate witnesses newly listed by plaintiffs' counsel | 0.30 |
| DAB | L330 | A104 | Review and execute deposition notice packet for upcoming discovery depositions | 0.20 |
| DAB | L250 | A104 | Receipt & review additional pro hac vice | |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:    213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | motions for new plaintiffs' counsel | 0.10 |
| | DAB | L210 | A104 | Receipt & review Magistrate's notice of referral of motions | 0.10 |
| | DAB | L330 | A104 | Receipt & review notice of deposition of Michael Karisny | 0.10 |
| | DAB | L340 | A104 | Receipt & review Dr. Keldie's supplemental report | 0.20 |
| | DAB | L320 | A104 | Review portions of institutional file of new witness, Steven Major | 0.30 |
| | DAB | L320 | A104 | Review portions of institutional file of new witness, Roderick Coleman | 0.60 |
| | DAB | L320 | A104 | Review portions of institutional file of new witness, Gregory Samuels | 0.30 |
| | ADR | L330 | A104 | Analysis of file materials including offender location sheets and disciplinary reports to prepare deposition notebook for attorney re: inmate depositions scheduled 12/10/25 (14 files) | 0.50 |
| | CAP | L120 | A104 | Analysis of tetsimony of Dr. Lavespere at class certification hearing for preparation of trial and outlines. | 0.90 |
| | CAP | L120 | A104 | Analysis of tetsimony of Oliveaux at class certification hearing for preparation of trial and outlines. | 0.70 |
| 12/03/2025 | CAP | L240 | A104 | Finalize opposition to motion to admit class cert testimony. | 0.80 |
| | DAB | L430 | A103 | Work on opposition to plaintiffs' motion to admit all testimony from April 2025 class certification hearing at upcoming trial | 0.50 |
| | ADR | L330 | A104 | Continue analysis of file materials including offender location sheets and disciplinary reports to prepare deposition notebook for attorney re: inmate depositions scheduled 12/10/25 (8 files) | 0.30 |
| | ADR | L250 | A104 | Review/analyze Notice of Joint Letter to Judge re: heat data for week ending 11/28/25 to confirm as to accuracy per court order for Protective Order/TRO | 0.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L250 | A104 | Review/analyze Order granting Motion for Erica Paul to Appear Pro Hac Vice to ensure compliance with local rules for service of submissions to all parties | 0.10 |
| | ADR | L260 | A103 | Preparation and electronic filing of Memorandum in Opposition to Motion to Admit Class Certification Evidentiary Hearing Testimony | 0.40 |
| | ADR | L250 | A104 | Review/analyze Order granting Motion for Cecelia Trenticosta to Appear Pro Hac Vice to ensure compliance with local rules for service of submissions to all parties | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/3/25 | 0.10 |
| | ADR | L440 | A104 | Continue assessment of file materials re: 2025 SDE records in preparation for trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status and heat conditions in preparation for trial (12 files) | 1.10 |
| | CAP | L120 | A104 | Analysis of Sylvester, Cooley and Scott testimony at class certification in preparation for trial and outlines. | 1.30 |
| | CAP | L110 | A102 | Research regarding use of deposition at trial to assess whether these cases can assist with arguments re: class cert tetsimony. | 0.70 |
| 12/04/2025 | DAB | L120 | A106 | Receipt & review email from Warden Vannoy ███████████████████ ████████ | 0.20 |
| | DAB | L120 | A106 | Receipt & review input from Jonathan Vining re ███████████████ | 0.10 |
| | DAB | L120 | A106 | Prepare email re ████████████████ ███████████████████ | 0.20 |
| | DAB | L310 | A104 | Receipt & review additional discovery requests from plaintiffs' counsel, including review production of SDEs | 0.30 |
| | DAB | L320 | A107 | Prepare email to counsel advising request is outside of heat season and should not be produced | 0.20 |

Louisiana Office of Risk Management

Page: 8
01/12/2026

ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | ADR | L330 | A104 | Review/analyze request from attorney Pourciau re: order of depositions scheduled 12/10/25 to ensure compliance with discovery order | 0.10 |
|  | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/4/25 | 0.10 |
|  | ADR | L440 | A104 | Continue assessment of file materials re: 2025 SDE records in preparation for trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status and heat conditions in preparation for trial (14 files) | 1.30 |
|  | CAP | L330 | A107 | Emails with Ashli Olieavux regarding ███████████████ | 0.30 |
| 12/05/2025 | DAB | L310 | A107 | Receipt & review email from plaintiffs' counsel re contested discovery responses | 0.10 |
|  | DAB | L310 | A107 | Voicemail from plaintiffs' counsel re modification to discovery schedule suggested | 0.10 |
|  | DAB | L310 | A107 | Receipt & review email requesting meet and confer re discovery | 0.10 |
|  | DAB | L310 | A107 | Reply to counsel re agreement as to meet and confer | 0.10 |
|  | DAB | L210 | A104 | Receipt & review court's order denying stay as moot | 0.10 |
|  | DAB | L210 | A104 | Receipt & review court order on motion for preliminary injunction | 0.20 |
|  | DAB | L510 | A104 | Receipt & review final product of en banc petition with cited authorities filed in U.S. Fifth Circuit Court of Appeals | 0.70 |
|  | ADR | L510 | A104 | Review/analyze Order denying Motion to Stay August 22 Ruling as Moot to determine litigation status and recommendations for further handling | 0.10 |
|  | ADR | L220 | A104 | Review/analyze Order denying Motion for Preliminary Injunction as to request for relief to assist attorney in preparation for pretrial submissions | 0.10 |
|  | ADR | L510 | A104 | Review/analyze Petition for Rehearing En |  |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | Banc to determine litigation status and provide update to Appeals Section Chief | 0.20 |
| | ADR | L330 | A103 | Preparation of Amened Notice of Deposition regarding Gregory Samuels, Roderick Coleman and Steven Major for 12/10/25 | 0.40 |
| | ADR | L330 | A107 | Pursuant to La. Civ. Code Art. 1313, transmit Amended Notice of Deposition for service regarding depositions of Gregory Samuels, Roderick Coleman and Steven Major to all counsel of record | 0.20 |
| | ADR | L330 | A108 | Preparation of request to Veritext for court reporter coverage re: Amended Notice of Deposition for the depositions of Gregory Samuels, Roderick Coleman and Steven Major at Louisiana State Penitentiary on 12/10/25 at 11 am | 0.30 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/5/25 | 0.10 |
| | ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 12/5/25 for compliance with court order to submit weekly heat data report | 0.20 |
| | CAP | L110 | A108 | Telephone conference with Samantha Porceua re: inmate depositions. | 0.20 |
| | CAP | L110 | A106 | Emails with LSP regarding ███ ███████ | 0.20 |
| 12/07/2025 | DAB | L330 | A101 | Begin preparing for meeting with pusher, Karisny, to ████████████ ████████████ ███ | 1.30 |
| | DAB | L330 | A101 | Continue preparing for meeting with pusher, Karisny, to ████████████ ████████████ ████████ | 0.70 |
| | DAB | L330 | A101 | Finish outline to prepare for meeting with Karisny to ██████████ | 0.80 |
| 12/08/2025 | DAB | L510 | A104 | Receipt & review Fifth Circuit issuance of withholding mandate on appeal | 0.10 |

Louisiana Office of Risk Management

Page: 10
01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
| DAB | L510 | A104 | Receipt & review District Court following suit with mandate withholding | 0.10 |
| DAB | L330 | A104 | Receipt & review amended notice of deposition of farm line pusher | 0.10 |
| DAB | L330 | A101 | Begin preparing for upcoming depositions of three new inmates on plaintiffs' new will-call witness list, consisting of ███ █████████████████████ ██████████████████████ ██████ | 1.30 |
| DAB | L330 | A101 | Continue preparing for upcoming depositions of three new inmates on plaintiffs' new will-call witness list, consisting of █████████████████████ ████ | 0.70 |
| ADR | L330 | A108 | Preparation of request to Veritext re: updated schedule for inmate depositions set for 12/10/25 to ensure compliance with local rules | 0.20 |
| ADR | L330 | A108 | Review/analyze confirmations from Veritext re: court reporter assignment for 12/10/25 inmate depositions at LSP to ensure compliance with DOC regulations and local rules | 0.20 |
| ADR | L510 | A104 | Assessment of USCA Notice as Notice of Appeal re: Court withhold issuance of mandate in Case No. 25-30478 to determine litigation status and recommendations for further handling | 0.10 |
| ADR | L110 | A104 | Research 3 day heat index data for 12/8/25 | 0.10 |
| ADR | L330 | A106 | Preparation of follow up request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 12/5/25 to ensure compliance with court order | 0.20 |
| ADR | L330 | A107 | Review/analyze request from attorney Pourciau to conduct interviews with inmates scheduled for deposition on 12/10/25 to ensure compliance with DOC guidelines and local rules | 0.10 |
| CAP | L120 | A104 | Analysis of each daily line count from May to October to pull line counts ██████████ |  |

Louisiana Office of Risk Management

ACCOUNT NO:      73-24325360M
INVOICE NO:             213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307



HOURS

██████████████████████████
██████████████████████████
████████████                                        2.50

12/09/2025     DAB     L330     A101     Finish preparing for upcoming Zoom
meeting with Mike Karisny to ████████████
████████████████████████████
██████████                                          0.70

DAB     L330     A101     Attend Zoom conference with Mike Karisny
████████████████████                                0.70

DAB     L120     A104     Receipt & review information re ██████
████████████████████████
████████████                                        0.20

DAB     L120     A104     Internet search re ███████████████████
sent by Louisiana State Penitentiary to
████████████████████████                            0.50

DAB     L120     A106     Conference call re ████████████
████████████████████████████
████████████████████████████
██████                                              0.60

DAB     L440     A104     Begin review of OSHA suggested rule
making re heat illness (367 pages) as one
of the controlling documents for upcoming
trial                                               2.80

DAB     L330     A101     Continue preparing for tomorrow's
depositions with respect to inmate Steven
Major, consisting of ████████████████
████████████████████████████
████████████████████████████
██████████                                          2.20

DAB     L330     A101     Continue preparing for tomorrow's
depositions with respect to inmate Roderick
Coleman, consisting of ██████████████
████████████████████████████
████████████████████████████
██████████████                                      1.80

DAB     L330     A101     Continue preparing for tomorrow's
depositions with respect to inmate Gregory
Samuels, consisting of ██████████████
████████████████████████████
████████████████████████████

Louisiana Office of Risk Management

Page: 12
01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | ██████████████████ ████████████ | 0.60 |
| CAP | L330 | A101 | Continued preparation for deposition preparation meeting with Karisney, █ ████████████████ | 0.70 |
| CAP | L330 | A109 | Attend zoom deposition prep meeting with Karisney ██████████████ ████████████ | 0.70 |
| CAP | L330 | A101 | Internal meeting to discuss ████████ ████████████ | 0.50 |
| CAP | L120 | A104 | Review and analysis of weekly reporting and compare with NWS data. | 0.60 |
| CAP | L120 | A106 | Emails with LSP regarding ████████ ████████ | 0.20 |
| CAP | L120 | A104 | Review and analysis of line twenty-four(24) rosters from summer 2025 to ████████ ████████████████████ ████████████████████ ████████████ in preparation of deposition of Major. | 1.50 |
| CAP | L120 | A104 | Review and analysis of line 24 rosters from summer 2025 to ████████████ ██████████████████████ ████████████ in preparation of deposition of Coleman. | 1.30 |
| CAP | L120 | A104 | Review and analysis of line 24 rosters from summer 2025 to ████████████ ████████████████████████ in preparation of deposition of Samuels. | 0.50 |
| CAP | L120 | A104 | Analysis of ██████████████ ████████████████ ████████████ | 0.40 |
| ADR | L330 | A108 | Review requests from Veritext re: confirmation of 12/10/25 inmate depositions to ensure compliance with DOC regulations | 0.10 |
| ADR | L330 | A107 | Review request from plaintiffs' counsel re:attendees for inmate depositions scheduled 12/10/25 to ensure compliance with DOC regulations and local rules | 0.10 |

Louisiana Office of Risk Management

Page: 13
01/12/2026
ACCOUNT NO:   73-24325360M
INVOICE NO:          213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | ADR | L110 | A104 | Research 3 day heat index data for 12/9/25 | 0.10 |
|  | ADR | L320 | A104 | Assessment of LSP farm line inmate rosters and daily line counts for week ending 12/5/25 to ensure compliance with requirements for court reporting re: heat status (19 pages) | 0.70 |
|  | ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 12/5/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (33 pages) | 0.60 |
|  | ADR | L320 | A107 | Transmit heat data and LSP farm line reports for week ending 12/5/25 to all counsel of record pursuant to court order | 0.20 |
| 12/10/2025 | DAB | L120 | A101 | Prepare for team meeting ███████████ ██████████ | 0.50 |
|  | DAB | L120 | A109 | Attend team meeting to ██████████ ████████████ | 0.40 |
|  | DAB | L330 | A109 | Travel to/from Louisiana State Penitentiary to attend depositions (Travel billed @ 1/2 rate) | 2.60 |
|  | DAB | L330 | A101 | Meet with DOC personnel to ██████████ ███████████ | 1.00 |
|  | DAB | L330 | A109 | Attend deposition of three inmates, Samuels, Coleman and Major | 3.50 |
|  | DAB | L330 | A101 | Meet with Lt. Karisny to discuss ██████ ███████ | 1.00 |
|  | DAB | L330 | A109 | Attend deposition of Lt. Karisny | 1.40 |
|  | ADR | L320 | A104 | Review/analyze draft Joint Heat Data report to court to confirm as to content and accuracy re: LSP daily line counts, job rosters and NWS heat index data for week ending 12/5/25 in preparation for submission to court (15 pages) | 0.40 |
|  | ADR | L260 | A104 | Review/analyze Reply in Support of Motion to Admit Class Certification to confirm compliance with local rules | 0.10 |
|  | ADR | L110 | A104 | Research NWS 3 day heat index for |  |

Louisiana Office of Risk Management

ACCOUNT NO:     73-24325360M
INVOICE NO:              213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  |  |  |  | 12/10/25 | 0.10 |
|  | ADR | L250 | A104 | Review/analyze Notice of Proposed Order granting Motion to Admit Class Certification Hearing Testimony to confirm compliance with local rules | 0.10 |
|  | ADR | L250 | A104 | Review/analyze Notice of Joint Letter to Judge re: heat data for week ending 12/5/25 to confirm as to accuracy per court order for Protective Order/TRO | 0.10 |
|  | ADR | L440 | A104 | Continue assessment of file materials re: 2025 SDE records in preparation for trial re: summaries of inmate field triage records including specific complaint, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (10 files) | 1.40 |
|  | ADR | L330 | A108 | Telephone conference with Veritext re: court reporter and equipment confirmation for inmate depositions to ensure compliance with DOC regulations and local rules | 0.40 |
|  | CAP | L110 | A101 | Preparation for discovery meet and confer re: ███████████████████ ████████████████████ ███████████████ | 1.10 |
|  | CAP | L110 | A107 | Emails with plaintiff counsel re: meeting . | 0.20 |
|  | CAP | L110 | A104 | Review and analysis of weekly letter to court and compare with daily line counts prior to sending to court. | 0.70 |
| 12/11/2025 | DAB | L310 | A107 | Receipt & review email from plaintiffs' counsel re all areas of contested discovery responses, including review allegations for upcoming meet and confer set by plaintiffs' counsel for this date | 0.80 |
|  | DAB | L310 | A107 | Attend zoom conference with plaintiffs' counsel (meet and confer) re: discovery | 0.50 |
|  | DAB | L320 | A104 | Final review of heat data for December 1 through 5, 2025, including daily line counts, prior to filing with court | 0.30 |
|  | DAB | L430 | A104 | Receipt & review order filed by plaintiffs' counsel re admission of class certification |  |

Louisiana Office of Risk Management

Page: 15
01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | testimony | 0.10 |
| DAB | L310 | A104 | Receipt & review multiple visit requests, including analysis of same for identity of inmates | 0.20 |
| DAB | L120 | A106 | Receipt & review team meeting recap from Heather Hepburn | 0.10 |
| DAB | L430 | A104 | Receipt & review reply brief re admission of class certification testimony | 0.30 |
| DAB | L310 | A106 | Prepare email to Ashli Oliveaux ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.40 |
| DAB | L440 | A101 | Prepare for upcoming conference with our expert, Dr. Keldie, to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 2.80 |
| DAB | L440 | A109 | Attend conference call with Dr. Keldie to ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 1.50 |
| CAP | L120 | A104 | Analysis of new vassallo affidavit re: remedial measures, and researching ▮▮▮ ▮▮▮▮▮▮▮ | 1.30 |
| CAP | L330 | A104 | Compare Vassallo statements ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ in preparation of Vassallo deposition. | 1.60 |
| CAP | L110 | A104 | Review and analysis of Vassllo statements regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮ | 0.90 |
| CAP | L110 | A104 | Review and analysis of Vassllo statements regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.70 |
| CAP | L110 | A104 | Review and analysis of Vassllo statements regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:       213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  |  |  |  | ██████████████ ████████ | 0.80 |
| CAP | L110 | A104 | Review and analysis of Vassllo statements regarding ██████████████ ████████████████ █████████████. |  | 0.80 |
| CAP | L110 | A104 | Review and analysis of Vassllo statements regarding ████████████████ █████████████ ████████████████ |  | 0.70 |
| CAP | L110 | A109 | Zoom - Meet and confer with plaintiff counsel regarding disocvery |  | 0.50 |
| CAP | L330 | A104 | Analysis of meet and confer issues identified by plaintiff counsel, ██████████ ████████████████ ████████████ ████ |  | 0.80 |
| CAP | L330 | A104 | Analysis of production spreadsheet and number of documents produced in latest round of discovery, number of hours LSP sat for 30b6 deposition to show court defendants go above and beyond on limited additional discovery. |  | 1.10 |
| ADR | L340 | A103 | Plan and prepare for production of file materials of SDEs and temperature logs through October 2025 to defense expert Carl Keldie re: review file for specific material, assimilation of documents, and index for production (17 files) |  | 0.50 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 12/11/25 |  | 0.10 |
| ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (22 files) |  | 3.50 |
| 12/12/2025 | CAP | L120 | A104 | Review and analysis of pretrial order, exhibit list and undisputed facts in preparation of pretrial conference. | 1.50 |
|  | CAP | L120 | A104 | Review and analysis of outstanding motion |  |

Louisiana Office of Risk Management

01/12/2026

ACCOUNT NO:    73-24325360M

INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | in limine, opposition and reply in preparation of pretrial conference. | 1.00 |
| | CAP | L120 | A104 | Review and analysis of outstanding motion to convert class cert tetsimony, opposition and reply in preparation of pretrial conference. | 0.90 |
| | CAP | L120 | A104 | Review and analysis of outstanding Daubert, opposition and reply in preparation of pretrial conference. | 0.90 |
| | CAP | L120 | A104 | Analysis of discovery requests, timeline, responses and emails concerning new discovery and plaintiff's threat to go to court for additional discovery in preparation of pretrial conference. | 1.20 |
| | ADR | L350 | A104 | Review/analyze Reply in Support of Motion to Exclude Keldie Testimony to ensure compliance with local rules | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/12/25 | 0.10 |
| | ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 12/12/25 for compliance with court order to submit weekly heat data report | 0.10 |
| | ADR | L350 | A104 | Assessment of Motion to Compel April 2025 SDE Records and exhibits to ensure compliance with submission of opposition to court and plaintiffs' counsel | 0.20 |
| | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (37 files) | 4.20 |
| | CAP | L110 | A102 | Identification of key issues to discuss at pre-trial conference, to include discovery disputes, class certification issues. | 0.70 |
| 12/14/2025 | DAB | L230 | A101 | Prepare for upcoming pretrial conference with Judge Jackson and all counsel, consisting of review pretrial order, all pending issues | 1.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | DAB | L230 | A101 | Continue preparing for upcoming pretrial conference, consisting of review pleadings to advise court of multiple motions currently under advisement (five), in order to be prepared to discuss position on all issues at pretrial conference | 2.20 |
|  | DAB | L230 | A101 | Continue preparing for upcoming pretrial conference, consisting of prepare limited prior testimony to rebut position taken by plaintiffs' counsel in pretrial order and motions re request for yet additional discovery in light of impending February trial date | 0.80 |
| 12/15/2025 | DAB | L230 | A101 | Finish preparing for pretrial conference with court and all counsel, consisting of prepare relevant documentation, pending discovery, outline of responses for discussion at conference, including add to list of issues to be discussed and worked out during conference | 1.30 |
|  | DAB | L230 | A109 | Attend pretrial conference with court and counsel - No Travel Time | 1.50 |
|  | DAB | L440 | A101 | Prepare for upcoming Zoom conference with our experts to ███████████ ██████████████████████ ████████████████ | 1.80 |
|  | DAB | L440 | A109 | Attend Zoom conference with our experts re ██████████████████████ ███████ | 1.40 |
|  | DAB | L340 | A104 | Review additional research articles pertinent to plaintiffs' latest declaration from our experts | 0.80 |
|  | DAB | L120 | A106 | Conference call with Jonathan Vining re ████ ███████████ ████████ | 0.30 |
|  | DAB | L120 | A106 | Prepare email to DOC re ██████████ █████████ | 0.20 |
|  | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 12/15/25 to ensure compliance with requirements for court reporting (24 pages) | 0.30 |
|  | ADR | L320 | A104 | Plan and prepare for production of file |  |

Louisiana Office of Risk Management

01/12/2026

ACCOUNT NO:   73-24325360M

INVOICE NO:     213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | materials of LSP farm line reports and NWS heat index data for week ending 12/12/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (36 pages) | 0.40 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/15/25 | 0.10 |
| | ADR | L230 | A104 | Assessment of pending court-ordered deadlines re: Minute Entry for Pre-trial Conference held 12/15/25 to ensure compliance with to pre-trial submissions to court and all parties | 0.40 |
| | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (32 files) | 3.40 |
| | CAP | L110 | A101 | Continued preparation for pretrial conference, to include review of pending motions, issues with exhibits and issues identified in JPTO. | 1.10 |
| | CAP | L110 | A109 | Attend pretrial conference with court - No Travel Time | 1.50 |
| | CAP | L110 | A109 | Attend Zoom conference with experts to discuss Vassallo declaration, SDEs. | 1.40 |
| | CAP | L120 | A104 | Analysis of study on J-curve analysis relied upon by Vassallo. | 0.80 |
| 12/16/2025 | DAB | L440 | A101 | Begin preparing for Zoom conference with experts to ███████████ ██████████████████ ████████████████ ███████ | 2.80 |
| | DAB | L320 | A104 | Receipt & review additional information from DOC re ██████████ | 0.20 |
| | DAB | L310 | A107 | Prepare email to plaintiffs' counsel re further discovery responses | 0.20 |
| | DAB | L340 | A104 | Review and execute deposition packet re plaintiffs' expert, Vassallo | 0.20 |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | ADR | L330 | A103 | Preparation of Notice of Deposition regarding plaintiffs' expert Dr. Vassallo | 0.20 |
|  | ADR | L110 | A104 | Research 3 day heat index data for 12/16/25 | 0.10 |
|  | ADR | L330 | A107 | Pursuant to La. Civ. Code Art. 1313, transmit Notice of Deposition for service regarding plaintiffs' expert Dr. Vassallo to all counsel of record | 0.20 |
|  | ADR | L330 | A108 | Preparation of request to Veritext for court reporter coverage for the deposition of plaintiffs' expert Dr. Vassallo on 1/16/26 | 0.20 |
|  | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (11 files) | 1.80 |
|  | CAP | L110 | A104 | Review of weekly reporting and NWS data. | 0.70 |
| 12/17/2025 | ADR | L330 | A108 | Review/analyze request from Veritext re: 1/16/26 deposition of Dr. Vassallo to ensure receipt of finalized deposition transcript prior to trial | 0.10 |
|  | ADR | L330 | A108 | Review/analyze request from Veritext re: confirmation for 1/16/26 deposition of Dr. Vassallo to ensure compliance with local rules | 0.10 |
|  | ADR | L320 | A107 | Transmit heat data and LSP farm line reports for week ending 12/12/25 to all counsel of record pursuant to court order | 0.20 |
|  | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/17/25 | 0.10 |
|  | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (22 files) | 2.80 |
|  | CAP | L120 | A104 | Review and analysis of documents provided by Keldie and Edlemen ███████████ |  |

Louisiana Office of Risk Management

ACCOUNT NO:     73-24325360M
INVOICE NO:           213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  |  | ██████████████ | 0.70 |
| CAP | L110 | A109 | Attend Zoom conference with Keldie and Edleman regarding █████████████ ██ | 2.20 |
| CAP | L330 | A104 | Anaysis of CDC, Kilborne and Sefton study regarding use of fans cited by Vassallo, ███████████████████████ ███████████████████ ███████ | 1.60 |
| CAP | L330 | A101 | Preparation of inserts to outline for Vassallo deposition and trial re █████████████ ██████████ | 1.40 |
| CAP | L330 | A101 | Preparation of inserts to outline for Vassallo deposition and trial regarding ██████████ ████████████ | 1.20 |
| CAP | L110 | A104 | Review and analysis of SDEs, line roster, line counts, NWS reports and HPDS list to █████████████████████ ██████████████████ | 2.10 |
| CAP | L110 | A104 | Review and analysis of weekly reporting prior to sending to plaintiff. | 0.60 |
| DAB | L120 | A103 | Work on finalize status update report re ████████████████████ | 0.60 |
| DAB | L440 | A101 | Prepare for upcoming Zoom conference with our expert to ████████████ █████████████████████ █████████████████████ ████████████████████ | 2.80 |
| DAB | L440 | A109 | Attend Zoom conference with our experts to discuss █████████████ █████████████████████ ████████ | 2.50 |
| DAB | L120 | A106 | Conference call with DOC re ███████████ ███████████████████████ ███████████████ | 0.30 |
| DAB | L120 | A108 | Conference call with DOC re █████████████ █████████████████████ █████████████████ | 0.10 |

Louisiana Office of Risk Management

Page: 22
01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
| 12/18/2025 | DAB | L210 | A104 | Receipt & review court's minute entry after pretrial conference | 0.10 |
|  | DAB | L430 | A104 | Receipt & analysis reply brief with citations from plaintiffs' counsel re disqualification of expert, Keldie | 0.70 |
|  | DAB | L430 | A108 | Prepare brief report to Dr. Keldie re ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮ | 0.20 |
|  | DAB | L210 | A104 | Receipt & review court's minute entry re weather data | 0.10 |
|  | DAB | L120 | A101 | Prepare for Zoom conference with Perry Weather meteorologist ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮ | 1.30 |
|  | DAB | L120 | A109 | Attend Zoom conference with all to discuss ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 0.50 |
|  | DAB | L120 | A106 | Conference with DOC to ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 0.50 |
|  | DAB | L120 | A107 | Review history of communications with Solicitor General re ▮▮▮▮ ▮▮▮▮ | 0.30 |
|  | DAB | L120 | A107 | Prepare email to Solicitor General re ▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮ | 0.40 |
|  | DAB | L330 | A104 | Review deposition of Warden Darrel Vannoy re ▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮ | 0.80 |
|  | ADR | L350 | A104 | Assess file to identify outstanding tasks pertaining to: Opposition to Motion to Compel to ensure compliance with submission to court and all parties | 0.20 |
|  | ADR | L110 | A104 | Research NWS 3 day heat index data for |  |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:         213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | Description | HOURS |
|---|---|---|---|---|---|
| 12/18/25 | | | | | 0.10 |
| | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (51 files) | 4.70 |
| | CAP | L110 | A109 | Zoom meeting with Perry Weather to ███████████ | 0.50 |
| | CAP | L110 | A109 | Conference with DOC (Vining) regarding ███████████ ████ | 0.50 |
| | CAP | L110 | A109 | Internal meeting to discuss ██████ ██████ | 0.30 |
| | CAP | L110 | A107 | Email to AG office regarding █████ ████ | 0.10 |
| | CAP | L110 | A101 | Preparation of inserts to outline for Vassallo deposition and trial regarding ███████ ██████ | 0.90 |
| | CAP | L110 | A104 | Review and analysis of SDEs, line roster, line counts, NWS reports and HPDS list to analyze Vassallo opinions re: o███████ ██████ | 1.70 |
| | CAP | L120 | A104 | Analysis of ███████████ ███████████ ██████████ ████ | 0.80 |
| | CAP | L110 | A102 | Research regarding ███████████ ██████████ ███████████ in preparation of meeting with Perry Weather. | 1.20 |
| 12/19/2025 | DAB | L440 | A101 | Prepare for Zoom conference with Drs. Keldie and Edelman, consisting of ████ ██████████ | 1.40 |
| | DAB | L440 | A101 | Continue to prepare for Zoom conference with Drs. Keldie and Edelman, consisting of ███████████ ████ | 2.20 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:          213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |
|---|---|---|---|---|---|
|  | DAB | L440 | A101 | Continue to prepare for Zoom conference with Drs. Keldie and Edelman, consisting of ▮▮▮▮▮ ▮▮▮▮▮ | 1.20 |
|  | DAB | L440 | A109 | Attend Zoom conference with experts, Drs. Keldie and Edelman | 1.50 |
|  | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/19/25 | 0.10 |
|  | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (64 files) | 5.20 |
|  | CAP | L120 | A104 | Analysis of SDEs ▮▮▮▮▮ ▮▮▮▮▮ | 0.80 |
| 12/22/2025 | DAB | L340 | A101 | Begin preparing for upcoming Zoom conference with defense experts, consisting of ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮n | 0.40 |
|  | DAB | L340 | A101 | Continue preparing for upcoming Zoom conference with defense experts, consisting of ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮ | 1.80 |
|  | DAB | L340 | A101 | Continue preparing for upcoming Zoom conference with defense experts, consisting of ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮ | 1.20 |
|  | DAB | L340 | A101 | Attend Zoom meeting with experts to discuss ▮▮▮▮▮ ▮▮▮▮▮ | 1.80 |
|  | DAB | L120 | A103 | Work on draft ▮▮▮▮▮ |  |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  |  | ██████████████ ████████ | 0.50 |
| CAP | L120 | A104 | Analysis of AG request to ██████ ███████████ █ | 0.70 |
| CAP | L130 | A109 | Attend zoom meeting with experts, Keldie and Edelman regarding ████████ ██████ | 1.80 |
| CAP | L110 | A104 | Analysis of duty status directive to locate provision requiring offender to keep duty status on person. | 0.40 |
| CAP | L110 | A106 | Email to Keldie regarding █████ ████ | 0.10 |
| CAP | L110 | A106 | Email to LSP ████████████ ██████████████ | 0.20 |
| CAP | L110 | A109 | Internal meeting to discuss ██████ ██████████████ ████████ | 0.40 |
| CAP | L120 | A104 | Review and analysis of weekly reporting. | 0.50 |
| ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 12/19/25 for compliance with court order to submit weekly heat data report | 0.10 |
| ADR | L340 | A104 | Review file re: incarceration rates for named plaintiff's to defense expert Dr. Keldie for preparation of supplemental expert report | 0.60 |
| ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 12/19/25 to ensure compliance with requirements for court reporting (24 pages) | 0.40 |
| ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 12/19/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (34 pages) | 0.50 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 12/22/25 | 0.10 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L330 | A107 | Transmit heat data and LSP farm line reports for week ending 12/19/25 to all counsel of record pursuant to court order | 0.20 |
| | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, charges and medical history in preparation for use at trial (45 files) | 3.20 |
| 12/23/2025 | CKJ | L210 | A104 | Review/analysis of Court's Ruling granting plaintiffs' Motion for Class Certification, for purposes ██████████████████████ ██████████████████████████ ████████████ | 1.30 |
| | CAP | L120 | A104 | Review and anlaysis of ruling on class certification issued. | 1.20 |
| | CAP | L120 | A107 | Emails with Ben Aguaga ████████████ ████████████ | 0.30 |
| | DAB | L120 | A106 | Conference call with DOC re ██████████ ██████████████████ | 0.50 |
| | DAB | L340 | A104 | Receipt & review ████████████████ ████████████ from Dr. Keldie, including analysis of same | 0.80 |
| | ADR | L330 | A104 | Assessment of invoice from Veritext re: inmate witness depositions held 12/10/25 to confirm allowable expenses and prepare for submission | 0.10 |
| | ADR | L330 | A104 | Research file re: deposition transcripts in preparation of case update to client | 0.20 |
| | ADR | L330 | A104 | Assessment of invoice from US Legal re: deposition of Michael Karisny held 12/10/25 to confirm allowable expenses and prepare for submission | 0.10 |
| | ADR | L110 | A104 | Research 3 day heat index data for 12/23/25 | 0.10 |
| | ADR | L440 | A104 | Continue assessment and preparation of summaries of file materials re: 2025 SDE records including summaries of inmate field triage records including specific complaints, vital signs, heat precaution duty status, | |

Louisiana Office of Risk Management

ACCOUNT NO:     73-24325360M
INVOICE NO:          213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | charges and medical history in preparation for use at trial (23 files) | 1.60 |
| 12/29/2025 | DAB | L320 | A104 | Receipt & review ██████████ ████████████ preparation for upcoming Zoom conference with our expert and Dr. Paul Toce | 2.30 |
| | DAB | L320 | A104 | Receipt & review modified draft of Directive 13.067, including check for changes | 0.30 |
| | DAB | L120 | A104 | Online search re Perry Weather system and how to features available, which features to include in new draft of Directive 13.067 | 0.50 |
| | DAB | L120 | A106 | Conference call with Jonathan Vining to discuss ████████████ ██████ | 0.40 |
| | CAP | L120 | A104 | Continued analysis of SDES ██████ ██████████ ███████████ ██████ | 0.80 |
| 12/30/2025 | DAB | L120 | A101 | Prepare for Zoom conference with experts Drs. Keldie, Edelman, and Dr. Paul Toce from LSP, consisting of ██████ ████████████ ███████████ ████████ | 1.80 |
| | DAB | L120 | A109 | Attend conference call with Drs. Keldie, Edelman and Toce ██████████ ██████ | 0.60 |
| | DAB | L120 | A101 | Prepare for Zoom conference with Ashli Oliveaux, Jonathan Vining re ██████ ████████████ ████████████ ████████████ ██████ | 0.70 |
| | DAB | L120 | A101 | Continue preparing for Zoom conference with Ashli Oliveaux, Jonathan Vining re ████████████ ████████████ ███████████ ████ | 0.60 |
| | DAB | L120 | A109 | Attend Zoom conference with Ashli Oliveaux and Jonathan Vining to discuss | |

Louisiana Office of Risk Management

01/12/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Init | Task | Activity | Description | HOURS |
|---|---|---|---|---|---|
| | | | | ██████████████ ████ | 0.50 |
| | CAP | L120 | A104 | Analysis of ████████ ███████████ ███████████ ██ | 0.70 |
| | CAP | L110 | A109 | Attend conference with Dr. Toce, Keldie and Vining regarding ██████████ | 0.60 |
| | CAP | L110 | A104 | Analysis of ████████ ███████████ ████████ | 0.90 |
| 12/31/2025 | DAB | L440 | A101 | Consider current conditions claim ███████ ██████████ ███████████ ██████████ ███████████ ███████████ ████████ | 1.70 |
| | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 12/26/25 to ensure compliance with requirements for court reporting (3 pages) | 0.10 |
| | ADR | L320 | A104 | Plan and prepare for production of file materials of LSP farm line reports and NWS heat index data for week ending 12/26/25 to plaintiff's counsel re: review file for specific material, assimilation of documents and index for production (9 pages) | 0.30 |
| | ADR | L330 | A104 | Assessment of medical records for inmate SDEs re: summer 2025 to assist attorney in preparation for deposition of Dr. Keldie (37 pages) | 0.60 |
| | ADR | L330 | A104 | Assessment of LSP Ambulance certifications and EMS licenses for 2022-2025 to assist attorney in preparation for deposition of expert Dr. Keldie (72 pages) | 1.20 |
| | ADR | L250 | A107 | Transmit heat data and LSP farm line reports for week ending 12/26/25 to all counsel of record pursuant to court order | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 12/31/25 | 0.10 |

Louisiana Office of Risk Management

Page: 29
01/12/2026

ACCOUNT NO:    73-24325360M
INVOICE NO:    213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS | |
|---|---|---|---|---|---|
| ADR | L210 | A104 | Assessment of signed Order re: weekly heat updates to Judge Jackson to ensure compliance with court order | 0.10 | |
| CAP | L120 | A104 | Continued analysis of last Vassallo affidavit ███████████ | 2.10 | |
| CAP | L240 | A101 | Preparation of inserts to deposition outline of Vassallo re: ██████ | 1.10 | |
| CAP | L120 | A104 | Analysis of trial themes ██████ | 0.90 | |
| CAP | L120 | A102 | Research regarding ██████ | 1.30 | |
| | | | **TOTAL FEES DUE** | **234.70** | **66,975.00** |

### RECAPITULATION

| TIMEKEEPER | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Andrew Blanchfield | Partner | 2.60 | $175.00 | $455.00 |
| Andrew Blanchfield | Partner | 90.90 | 350.00 | 31,815.00 |
| Chris K Jones | Partner | 1.30 | 350.00 | 455.00 |
| Reynolds LeBlanc | Partner | 4.10 | 350.00 | 1,435.00 |
| Chelsea A. Payne | Partner | 81.30 | 350.00 | 28,455.00 |
| Azure Risbrook | Paralegal | 54.50 | 80.00 | 4,360.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/10/2025 | L000 | E110 | Out-of-Town Travel - Mileage to/from Angola, La to attend depositions (107 miles @ .70) | 74.90 | |
| | | | **TOTAL EXPENSES DUE** | **74.90** | |

**CURRENT INVOICE AMOUNT DUE**    67,049.90

**BALANCE - INCLUDING ANY OUTSTANDING**    $67,049.90

### Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| L000 | Expense Total | 0.00 | 74.90 |
| L000 | Expense Total | 0.00 | 74.90 |
| L110 | Fact Investigation/Developement | 11484.00 | 0.00 |
| L120 | Analysis/Strategy | 16695.00 | 0.00 |
| L130 | Experts/Consultants | 630.00 | 0.00 |
| L100 | DO NOT USE | 28,809.00 | 0.00 |

Louisiana Office of Risk Management

Page: 30
01/12/2026
ACCOUNT NO:  73-24325360M
INVOICE NO:      213372

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | FEES | EXPENSES |
|---|---|---:|---:|
| L210 | Pleadings | 673.00 | 0.00 |
| L220 | Preliminary Injunctions/Provisional Remedies | 8.00 | 0.00 |
| L230 | Court Mandated Conferences | 2482.00 | 0.00 |
| L240 | Dispositive Motions | 1750.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 742.00 | 0.00 |
| L260 | Class Action Certification and Notice | 40.00 | 0.00 |
| L200 | DO NOT USE | 5,695.00 | 0.00 |
| | | | |
| L310 | Written Discovery | 980.00 | 0.00 |
| L320 | Document Production | 2147.00 | 0.00 |
| L330 | Depositions | 11224.00 | 0.00 |
| L340 | Expert Discovery | 2748.00 | 0.00 |
| L350 | Discovery Motions | 88.00 | 0.00 |
| L300 | DO NOT USE | 17,187.00 | 0.00 |
| | | | |
| L430 | Written Motions and Submissions | 2905.00 | 0.00 |
| L440 | Other Trial Preparation and Support | 12032.00 | 0.00 |
| L400 | DO NOT USE | 14,937.00 | 0.00 |
| | | | |
| L510 | Appellate Motions and Submissions | 347.00 | 0.00 |
| L500 | DO NOT USE | 347.00 | 0.00 |

**PLEASE DISREGARD PREVIOUS BALANCE IF PAYMENT HAS BEEN MADE**


**AS A SERVICE TO OUR CLIENTS, THIS FIRM PROVIDES LONG DISTANCE CALLING, FAX AND WESTLAW AT NO CHARGE.**