# EXHIBIT A-4

KEOGH COX & WILSON LTD
701 MAIN ST. (P. O. BOX 1151)
BATON ROUGE, LOUISIANA 70802
225-383-3796  FAX: 225-343-9612
KEOGHCOX.COM
FEDERAL ID NO. 72-0793931

|  |  |
|---|---|
| | Page: 1 |
| Louisiana Office of Risk Management | 03/05/2026 |
| REPORT TO: | ACCOUNT NO:   73-24325360M |
| Sedgwick | INVOICE NO:        215219 |
| P.O. Box 14775 | |
| Lexington  KY  40512 | |

ATTN: Heather Hepburn

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

**MONTHLY STATEMENT**
**DAB**

DPSC (awaiting updated budget approval 2/2026)

|  |  |  |  | | HOURS |
|---|---|---|---|---|---|
| 02/01/2026 | CAP | L320 | A101 | Continued preparation of inserts to open statement demonstratives. | 0.80 |
| | CAP | L320 | A104 | Continued analysis of plaintiff request re: objections to newly added and newly disclosed exhibits. | 0.40 |
| | CAP | L320 | A101 | Continued preparation for trial, to include ████████████ | 1.10 |
| | CAP | L320 | A101 | Continued preparation for trial, to include ████████████ | 1.00 |
| | CAP | L320 | A101 | Continued preparation for trial, to include ████████████ | 0.90 |
| | CAP | L320 | A101 | Continued preparation for trial, to include ████████████ | 0.70 |
| | CAP | L320 | A101 | Continued preparation for trial, to include ████████████ | 0.90 |
| | CAP | L320 | A101 | Continued prepration for trial to include ████████████ | |

Louisiana Office of Risk Management

03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | Initials | Task | Activity | Description | HOURS |
|------|----------|------|----------|-------------|-------|
| | | | | ███████████████ | |
| | | | | ████████████ | 1.40 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ████████████████ ██████ | 1.30 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ██████████████████ █████████████ █████████████ ███████ | 1.80 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of █████████████ ██████ | 0.80 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ██████████████████ ██████████████████ ███████████████ ███████ | 1.70 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ██████████████ ██████ | 0.80 |
| | DAB | L440 | A101 | Continue trial preparation, consisting of review of plaintiffs' exhibits, noting objections (Exhibits 1 through 238) | 3.20 |
| | DAB | L440 | A101 | Continue trial preparation, consisting of review of defense exhibits (Exhibits 1 through 55) | 2.30 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ████████████████████ ████████████████████ ██████████ | 2.40 |
| 02/02/2026 | CAP | L440 | A101 | Continue trial preparation, consisting of review PowerPoint opening statement from plaintiffs' counsel, including lodge objections to same. | 1.20 |
| | CAP | L440 | A107 | Email to plaintiff counsel re: objections to demonstratives. | 0.20 |
| | CAP | L440 | A109 | Meet and conference with plaintiff counsel re: demonstratives - No Travel Time | 0.60 |
| | CAP | L440 | A109 | Attend trial preparation Zoom meeting with | |

Louisiana Office of Risk Management

03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:            215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | expert, Dr. Keldie. | 2.00 |
| CAP | L440 | A104 | Analysis of revised demonstrative from plaintiff counsel for objections. | 0.90 |
| DAB | L440 | A101 | Continue trial preparation, consisting of review all joint exhibits to cross-reference to 26 will-call witnesses (244 exhibits) | 3.80 |
| DAB | L410 | A101 | Continue trial preparation, consisting of ███████████████████████████ | 1.20 |
| DAB | L440 | A101 | Continue trial preparation, consisting of ████████████████████████ ████████████████ | 1.50 |
| DAB | L440 | A101 | Continue trial preparation, consisting of ███████████████████████████ ███████████████████████ ███████████e | 1.20 |
| DAB | L420 | A101 | Prepare for trial preparation meeting with expert, Dr. Keldie, consisting of ███████ ████████ | 1.50 |
| DAB | L420 | A101 | Attend trial preparation Zoom meeting with expert, Dr. Keldie | 1.00 |
| DAB | L440 | A101 | Continue trial preparation, consisting of ████████████████████ | 1.60 |
| DAB | L440 | A101 | Continue trial preparation, consisting of ███████████████████████████ ███████████████████████████ ███████████ | 1.40 |
| ADR | L440 | A104 | Analyze and compile corrected and additional joint and plaintiffs trial exhibits to confirm as to content and accuracy and continue preparation of attorney notebook for use at trial (19 files) | 1.20 |
| ADR | L440 | A104 | Assess and compile April 2025 NWS heat index data re: April 2025 SDEs for attorney use at trial (129 pages) | 0.50 |
| ADR | L440 | A103 | Revise and update index re: trial witnesses for attorney use at trial | 0.20 |
| ADR | L440 | A107 | Review/analyze request from attorney Sabater re: additional plaintiff trial exhibits to continue preparation of notebook for | |

Louisiana Office of Risk Management

Page: 4
03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | HOURS |
|---|---|---|---|---|
| | | | attorney use at trial | 0.10 |
| ADR | L440 | A103 | Preparation of additional defense trial exhibits re: April 2025 SDE heat index data and DOC email chain concerning same (1 folder) | 0.70 |
| ADR | L440 | A107 | Review/analyze request from attorney Benjamin re: April 2025 NWS heat index data to ensure compliance with pretrial order | 0.10 |
| ADR | L440 | A108 | Review final invoice from Prisma re: preparation of joint trial exhibit notebooks to confirm allowable expenses and prepare for submission | 0.10 |
| ADR | L110 | A104 | Research NWS 3 day heat index data for 2/2/26 | 0.10 |
| ADR | L440 | A103 | Prepare submission to JERS re: April 2025 SDEs and ambulance run report pursuant to pretrial order | 0.30 |
| ADR | L440 | A104 | Review/analyze Ruling and Order denying Motions in Limine re: Evidence Relating to Incentive Pay and Testimony of Dr. Carl Keldie to continue preparation of trial notebook for attorney use in continued defense of claim | 0.10 |
| ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 1/30/26 for compliance with court order to submit weekly heat data report | 0.10 |
| ADR | L320 | A104 | Plan and prepare for production of file materials re: additional defense trial exhibits re: April 2025 NWS heat index data and DOC email chain concerning same pursuant to court order to plaintiffs' counsel re: review file for specific material, assimilation of documents, and index for production (2 files) | 0.20 |
| ADR | L320 | A107 | Transmit additional defense trial exhibits to plaintiffs' counsel in compliance with local rules | 0.10 |
| ADR | L250 | A104 | Review/analyze plaintiffs' Motion to Bring Printer for Use at Trial and Motion to Expedite same | 0.10 |

Louisiana Office of Risk Management

03/05/2026

ACCOUNT NO:   73-24325360M

INVOICE NO:     215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L250 | A104 | Continue preparation of defense and joint exhibit notebooks re: corrected and additional joint and defense exhibits pursuant to pretrial order and local rules (19 files) | 2.10 |
| | CAP | L440 | A101 | Continue to prepare for trial, to include ████████████████ . | 1.10 |
| | CAP | L440 | A107 | Emails with plaintiff counsel re: exhibits. | 0.40 |
| | CAP | L440 | A107 | Emails with plaintiff counsel re: motion to bring printer. | 0.30 |
| | CAP | L440 | A108 | Emails with witnesses re: ████████ ████████ | 0.40 |
| | CAP | L440 | A101 | Continue to prepare for trial, to include ████ ████████ | 0.90 |
| | CAP | L440 | A101 | Continue to prepare for trial, to include ████████████ | 1.20 |
| 02/03/2026 | CAP | L450 | A109 | Attend trial, to include meeting with witnesses and reviewing outlines during short lunch break - No Travel Time | 9.00 |
| | CAP | L440 | A101 | Preparation for day two of trial to include ████████████████ ████████████████ ████ | 1.30 |
| | DAB | L450 | A109 | Attendance at trial, including pretrial meeting to discuss day's events - No Travel Time | 11.50 |
| | ADR | L320 | A107 | Transmit April 2025 SDEs and Ambulance Run Report to plaintiffs' counsel in compliance with court order | 0.10 |
| | ADR | L440 | A110 | Transport and deliver defense and joint exhibit notebooks to courtroom pursuant to Judge Jackson's instructions for attorney use at trial | 0.90 |
| | ADR | L440 | A107 | Review request from attorney Sabater re: additional plaintiff trial exhibit concerning farm line photo to update attorney notebook for use at trial | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for |

Louisiana Office of Risk Management

03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | 2/3/26 | 0.10 |
| | ADR | L310 | A104 | Review and revise request for DCI re: assistance with additional information needed to respond to plaintiff's discovery responses | 0.10 |
| | ADR | L310 | A106 | Transmit request re: assistance with responses to plaintiff's discovery requests to DCI staff to ensure compliance with local rules | 0.10 |
| | ADR | L230 | A104 | Assess file to identify outstanding tasks pertaining to: Pre-trial Conference and hearing on Dispositive Motions, including review/analysis of court order on discovery deadlines, to ensure compliance with submissions to court and all parties | 0.40 |
| | ADR | L440 | A104 | Assessment of amended trial exhibit list from plaintiffs' counsel re: farm line photo to confirm as to content and accuracy and prepare for attorney use at trial | 0.20 |
| | CAP | L440 | A101 | Pre and post trial meetings to discuss ▇▇▇▇▇▇▇ | 1.00 |
| 02/04/2026 | CAP | L450 | A109 | Attend trial, to include meeting with witnesses and reviewing outlines during short lunch break - No Travel Time | 9.50 |
| | CAP | L410 | A101 | Preparation for day two of trial to include ▇▇▇▇▇▇▇ | 1.90 |
| | DAB | L450 | A101 | Team trial meeting to discuss ▇▇▇ ▇▇▇▇ | 1.00 |
| | DAB | L450 | A109 | Attendance at trial - No Travel Time | 9.50 |
| | DAB | L450 | A101 | Prepare for next day's witnesses, including ▇▇▇▇▇▇▇ | 3.20 |
| | ADR | L440 | A107 | Review/analyze request from attorney Sabater re: additional plaintiff trial exhibit to update attorney notebook for use at trial | 0.10 |
| | ADR | L440 | A107 | Assessment of additional plaintiffs' trial exhibit re: April 2025 SDEs and amended exhibit list to confirm as to content and accuracy and prepare for attorney use at | |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:        215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | Description | HOURS |
|---|---|---|---|---|---|
| | | | | trial | 0.40 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/4/26 | 0.10 |
| | CAP | L440 | A101 | Pretrial meeting to discuss ██████████ ████ | 1.00 |
| 02/05/2026 | CAP | L450 | A101 | Attend day 3 of trial, to include meeting with witnesses during short lunch break - No Travel Time | 7.50 |
| | DAB | L450 | A101 | Team trial meeting to discuss ████ ██████ | 1.00 |
| | DAB | L450 | A109 | Attendance at trial - No Travel Time | 7.50 |
| | DAB | L420 | A101 | Post trial day team meeting to discuss ██████████████████ ███████████████████ ████████████████ █████████████████ ███████ | 2.70 |
| | ADR | L440 | A104 | Review/analyze Minute Entry for Bench Trial held 2/3/26 to confirm admitted exhibits as to content and accuracy (23 files) | 0.40 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/5/26 | 0.10 |
| | CAP | L440 | A109 | Team trial meeting re: █████████████ █ | 1.00 |
| | CAP | L440 | A101 | Continued preparation for trial. To include ██████████████████ █████████████ | 1.60 |
| 02/06/2026 | DAB | L420 | A101 | Continue trial preparation, consisting of ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ | 1.80 |
| | DAB | L420 | A101 | Attend Zoom conference with Drs. Keldie and Edelman to █████████████ ██████████ | 4.50 |
| | DAB | L420 | A101 | Preparation of outline post Zoom | |

Page: 8
03/05/2026

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:    215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

HOURS



| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | conference re ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 1.20 |
| | DAB | L410 | A101 | Prepare of outline of direct examination of Warden Roland Sylvester, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | 2.80 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮ | 2.20 |
| | ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 2/6/26 to ensure compliance with court order to submit weekly heat data report to plaintiffs' counsel | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/6/26 | 0.10 |
| | CAP | L410 | A109 | Zoom meeting with Keldie and Edleman re: ▮▮▮▮▮▮▮▮▮▮ | 4.00 |
| | CAP | L320 | A101 | Preparation of inserts to demonstrative exhibit for Keldie testimony. | 2.30 |
| | CAP | L410 | A104 | Analysis of ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 1.40 |
| | CAP | L410 | A104 | Analysis of key issues to address ▮▮▮▮▮ ▮▮▮ | 0.90 |
| | CAP | L410 | A104 | Analysis of key issues to address ▮ ▮▮▮▮▮▮▮▮ | 0.90 |
| 02/07/2026 | DAB | L420 | A101 | Continue trial preparation, consisting of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | 5.80 |
| | DAB | L410 | A101 | Conference call with Warden Davis to discuss ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | |

Louisiana Office of Risk Management

Page: 9
03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:           215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  | HOURS |
|------|------|------|------|------|
|  |  |  | ██████████████████████ ██████████████y | 2.20 |
| DAB | L410 | A101 | Continue preparation for upcoming week's testimony at trial, consisting of ██████ ██████████████████ ██████████████ | 2.20 |
| DAB | L420 | A101 | Continue trial preparation, consisting of ██████████████████ ████████████ █████████ | 2.80 |
| CAP | L410 | A104 | Review and analysis of LDH study ██ ████████████ ██████████ | 0.90 |
| CAP | L320 | A101 | Preparation of demonstrative exhibits for Keldie testimony, to include qualifications, experience, assignment, materials reviewed, opinions, risk mitigation methods, OSHA, US Army medical exclusion list, 2025 slides, Dr. Vassallo opinions. | 2.60 |
| CAP | L340 | A101 | Compare three expert reports to ensure all ██████████████████ ██████████ | 0.80 |
| CAP | L110 | A101 | Pull joint, DX and PC exhibits to introduce with Keldie to include in demonstartives. | 0.80 |
| CAP | L110 | A104 | Analysis of ████████████████ ████████████ | 0.80 |
| CAP | L110 | A104 | Analysis of updated qualifications, experience and education outline provided by Keldie to incorporate into demonstrative. | 0.70 |
| CAP | L110 | A104 | Analysis of plaintiff demonstartives re: number of days no accomodations were made, to include review of DLC, rosters and HPDS sheets cited. | 1.10 |
| CAP | L110 | A104 | Analysis of plaintiff demonstartives re: number of days hpds men were left in field more than 30 minutes, to include review of DLC, rosters and HPDS sheets cited. | 0.80 |
| CAP | L110 | A104 | Analysis of plaintiff demonstartives re: number of days no accomodations were made, when no heat alert was issued,  to |  |

Louisiana Office of Risk Management

Page: 10
03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:        215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | Description | HOURS |
|---|---|---|---|---|---|
| | | | | include review of DLC, rosters and HPDS sheets and temp logs cited. | 0.70 |
| 02/08/2026 | DAB | L410 | A101 | Continue trial preparation, consisting of ██████████████ ██████████████ | 2.20 |
| | DAB | L410 | A101 | Continue trial preparation, consisting of ████████████ █████ | 2.70 |
| | CAP | L110 | A109 | Trial team meeting to ██████████ ████████████ █████ | 1.50 |
| | CAP | L410 | A102 | Analysis of SDEs to assess ███████ █████████████ █████████████ ████ | 1.10 |
| | CAP | L410 | A108 | Telephone conference with Coley re: █████ | 0.50 |
| | CAP | L410 | A101 | Preparation of inserts to witness outline for Coley to ████████████ ███ | 0.70 |
| | CAP | L440 | A101 | Preparation of outline ████████ █████████████ | 1.50 |
| | CAP | L410 | A101 | Analysis of witness outline for Roland to assess ██████████████ ███ | 0.70 |
| | CAP | L410 | A101 | Continued preparation of inserts to Keldie demonstartives re ████████ | 0.90 |
| | CAP | L410 | A101 | Continued preparation of inserts to Keldie demonstartives re: ██████ | 0.90 |
| | CAP | L410 | A101 | Pull pertinent exhibits for Vassallo testimony, ensure they have been admitted or need to be admitted. | 0.80 |
| | CAP | L440 | A101 | Preparation of inserts to closing argument slides. | 0.90 |
| 02/09/2026 | CAP | L310 | A101 | Review and analysis of new proposed exhibit provided by plaintiffs at 10:00 pm; compare to demonstratives provided on Saturday, and analysis of documents | |

Louisiana Office of Risk Management

Page: 11
03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:              215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | attached. | 0.70 |
| | CAP | L310 | A101 | Preparation of outline of ██████████ ███ | 0.20 |
| | DAB | L440 | A101 | Preparation for day's trial testimony | 2.00 |
| | DAB | L450 | A109 | Attendance at trial - No Travel Time | 9.00 |
| | DAB | L420 | A101 | Meet with Dr. Keldie to ██████████ ██████y - No Travel Time | 2.50 |
| | ADR | L440 | A104 | Assess and compile file materials to prepare witness notebooks re: Carl Keldie, including demonstrative exhibit, expert reports and CV, for attorney use at trial (543 pages) | 3.60 |
| | ADR | L440 | A107 | Review/analyze request from attorney Sabater re: plaintiffs' summary trial exhibit to update trial exhibit list | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/9/26 | 0.10 |
| | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 2/6/26 to ensure compliance with requirements for court reporting (16 pages) | 0.40 |
| | CAP | L410 | A109 | Attend day 4 of trial, witness prep during short lunch break. - No Travel Time | 9.00 |
| | CAP | L420 | A109 | Meeting with expert Dr. Keldie re: ███████ █████████████ - No Travel Time | 2.50 |
| | ADR | L440 | A104 | Assessment of plaintiffs' trial exhibit re: amended exhibit list and summary of excerpts from joint and plaintiffs' exhibits admitted into evidence to confirm as to content and accuracy and prepare for attorney use at trial (97 pages) | 0.70 |
| 02/10/2026 | DAB | L440 | A101 | Finish preparation for day's trial testimony | 1.00 |
| | DAB | L450 | A109 | Attendance at trial - No Travel Time | 9.00 |
| | ADR | L440 | A104 | Preparation of additional defense trial exhibit re: heat article from The Lancet for formatting pursuant to local rules prior to filing with the Court | 0.40 |

Louisiana Office of Risk Management

03/05/2026

ACCOUNT NO:    73-24325360M

INVOICE NO:    215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ADR | L440 | A108 | Submission to JERS re: additional defense trial exhibit in compliance with trial order | 0.20 |
| | ADR | L440 | A107 | Transmit additional defense trial exhibit DX-061 to all counsel of record re: Lancet heat article to ensure compliance with local rules | 0.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/10/26 | 0.10 |
| | CAP | L110 | A104 | Analysis of plaintiff objection to Dr. Keldie slides, research ███████████ ██████████████████████ ██████████████ | 1.30 |
| | CAP | L450 | A109 | Attend day 4 of trial with preparation of closing - No Travel Time | 9.00 |
| | CAP | L440 | A104 | Analysis of plaintiff's proposed motion to narrow class definition. | 0.60 |
| 02/11/2026 | ADR | L110 | A104 | Research NWS 3 day heat index date for 2/11/26 | 0.10 |
| | DAB | L120 | A106 | Conference call with Department of Corrections re ███████████ ████████████ ███████████████████ ██████████████ | 0.50 |
| 02/12/2026 | ADR | L110 | A104 | Research NWS 3 day heat index date for 2/12/26 | 0.10 |
| | ADR | L260 | A104 | Review/analyze Order granting Motion for Clarification of ADA Subclass to determine litigation status and assist attorney with preparing update to client | 0.10 |
| | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 1/30/26 to ensure compliance with requirements for submission to plaintiffs' counsel (14 pages) | 0.30 |
| | DAB | L460 | A104 | Post trial attempt at organizing massive documentary evidence into what will be needed for post trial briefs to retain and discard electronically maintained documents | 1.80 |
| | CAP | L110 | A104 | Analysis of final exhibit list, compare with notes, and assess documents that were not | |

Louisiana Office of Risk Management

03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:         215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | Description | HOURS |
|---|---|---|---|---|---|
| | | | | included. | 1.40 |
| 02/13/2026 | ADR | L440 | A104 | Assessment of Minute Entries for trial on 2/4/26, 2/5/26 and 2/9/26 to confirm as to content and accuracy re: witness list and trial exhibits admitted into the record | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index date for 2/13/26 | 0.10 |
| | ADR | L250 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 2/13/26 for compliance with court order to submit weekly heat data report | 0.10 |
| 02/16/2026 | DAB | L150 | A106 | Receipt & review email from Heather Hepburn re ██████████████ | 0.10 |
| | DAB | L150 | A104 | Review status of expert billing ████████ ██████████████████ | 0.20 |
| | DAB | L150 | A106 | Prepare brief status report ████████ ██████████████████████ ████████████ | 0.20 |
| | DAB | L150 | A106 | Receipt & review email from Heather Hepburn re █████████████████████ ████████████ | 0.10 |
| | DAB | L150 | A104 | Review file materials re amount of work since last bill | 0.20 |
| | DAB | L150 | A106 | Prepare email to Heather Hepburn █████ ██████████████ | 0.20 |
| 02/18/2026 | DAB | L130 | A103 | Modify expert request forms for Dr. Deleca Barnes | 0.20 |
| | DAB | L130 | A103 | Modify expert request forms for Dr. Carl Keldie | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/18/26 | 0.10 |
| | CAP | L110 | A107 | Emails with Jeremy Benjamin regarding evidence. | 0.20 |
| 02/19/2026 | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/19/26 | 0.10 |
| | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 2/13/26 to | |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:    215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | Description | HOURS |
|------|---|---|---|-------------|-------|
| | | | | ensure compliance with requirements for reporting to plaintiffs' counsel (18 pages) | 0.40 |
| 02/20/2026 | DAB | L320 | A104 | Extract January 9, 2026 form Directive 13.067, including ███████ ████████████████████████ ███████████████████████ | 0.50 |
| | DAB | L120 | A106 | Conference call with DOC general counsel to discuss ██████████████ █████████████████████ █████████████████████ | 0.40 |
| | DAB | L120 | A104 | Review case law and Federal Rules of Civil Procedure re ██████████████ ██████████████████████████ ████████████████ | 0.60 |
| | DAB | L460 | A103 | Begin drafting post-trial motion re ██████ ███████ | 0.80 |
| | DAB | L460 | A104 | Review both Lewis and Tellis cases to analyze █████████████ ████████████████████ ███████████ | 0.80 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/20/26 | 0.10 |
| | CAP | L110 | A104 | Analysis of issues raised in closing arguments by plaintiff in preparation of post trial briefing. | 0.90 |
| | CAP | L110 | A104 | Analysis of Trop case and its progeny re: contemporary standards of decency in preparation of post trial briefing. | 1.20 |
| | CAP | L110 | A104 | Analysis of standards of decency arguments in work conditions cases in prison context in preparation of post trial briefing. | 1.10 |
| | CAP | L110 | A102 | Research re: application of penological purpose to eighth amendment claims. | 1.30 |
| | CAP | L110 | A102 | Research re: recent fifth circuit rulings on eighth amendment claims, in preparation of post trial briefing. | 1.40 |
| | CAP | L110 | A102 | Research re: recent rulings in Colorado re: prison work, 13th amendment, slavery and state constitution. | 1.30 |

Louisiana Office of Risk Management

ACCOUNT NO:    73-24325360M
INVOICE NO:    215219

03/05/2026

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| Date | | | | | HOURS |
|---|---|---|---|---|---|
| | CAP | L110 | A101 | Preparation of inserts to conclusions of law re: 8th amendment. | 1.10 |
| | CAP | L110 | A101 | Preparation of inserts to conclusions of law regarding ADA. | 0.90 |
| | CAP | L120 | A104 | Anlaysis of prison labs website regarding the number of prisons running agricultural programs. | 0.80 |
| 02/22/2026 | DAB | L460 | A104 | Receipt & review multiple filings from Connell Archey in Lewis case re motion to supplement the record post-trial, memorandum in support, oppositions and court's ruling | 0.80 |
| 02/23/2026 | DAB | L130 | A104 | Receipt & review statement and attachments from expert, Deleca Barnes | 0.10 |
| | DAB | L130 | A106 | Prepare email to Heather Hepburn re ▮▮▮▮▮▮▮▮ | 0.10 |
| | DAB | L120 | A106 | Receipt & review email from Heather Hepburn ▮▮▮▮▮ | 0.10 |
| | CAP | L120 | A107 | Emails with court and counsel regarding exhibit list. | 0.60 |
| | CAP | L120 | A104 | Continued anlaysis of final exhibit list provided by court to ensure exhibits are included. | 1.10 |
| | CAP | L120 | A104 | Preliminary review of pleadings in prior injunction cases re: introduction of evidence post trial. | 0.90 |
| | ADR | L320 | A104 | Assessment of LSP farm line rosters and daily line counts for week ending 2/20/26 to ensure compliance with requirements for court reporting (12 pages) | 0.30 |
| | ADR | L440 | A104 | Assessment of invoice and supporting documentation from expert Deleca Barnes re: trial expenses to date to confirm allowable expenses and prepare for submission | 0.20 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/23/26 | 0.10 |
| 02/24/2026 | DAB | L460 | A108 | Receipt & review email from court re status | |

Louisiana Office of Risk Management

Page: 16
03/05/2026

ACCOUNT NO:   73-24325360M
INVOICE NO:      215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

| | | | | | HOURS |
|---|---|---|---|---|---|
| | | | | of admitted exhibits | 0.10 |
| | DAB | L460 | A104 | Review notes re checking for consistency in docket clerk's recollection of admission of documents | 0.30 |
| | DAB | L460 | A107 | Receipt & review input from plaintiffs' counsel re admitted documents | 0.10 |
| | DAB | L120 | A103 | Work on ██████████████████7 | 0.50 |
| | CAP | L120 | A104 | Analysis of potential changes to 13.067 re: ███████████ | 0.60 |
| | CAP | L110 | A101 | Preparation of ██████████ | 0.60 |
| | CAP | L110 | A104 | Analysis of ██████████████ ████████████ ████████████ ████████████ | 0.80 |
| | CAP | L110 | A102 | Research regarding cases to support admission of evidence post trial. | 1.60 |
| | CAP | L110 | A107 | Emails with counsel and court regarding exhibit admission. | 0.40 |
| 02/25/2026 | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/25/26 | 0.10 |
| | ADR | L440 | A108 | Assessment of request from Downtown Duplicating re: follow up for status of invoice for expert trial binder to confirm allowable expenses and prepare request to claims examiner | 0.10 |
| 02/26/2026 | DAB | L120 | A104 | Review comments from DOC re ████████████████ ████████████ ████████████ | 0.70 |
| | CAP | L110 | A107 | Emails with ██████████ | 0.20 |
| | CAP | L110 | A102 | Continued research in support of motion to admit additional evidence post trial. | 0.90 |
| | CAP | L110 | A101 | Preparation of inserts to motion to admit evidence. | 1.10 |
| | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/26/26 | 0.10 |

Louisiana Office of Risk Management

Page: 17
03/05/2026

ACCOUNT NO:    73-24325360M
INVOICE NO:    215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|  |  |  |  |  | HOURS |  |
|---|---|---|---|---|---|---|
| 02/27/2026 | ADR | L110 | A104 | Research NWS 3 day heat index data for 2/27/26 | 0.10 |  |
|  | ADR | L440 | A104 | Assessment of pending court-ordered deadlines re: Minute Entry for proceedings held in trial on 2/10/26 to ensure compliance with submissions to court and all parties concerning Proposed Finding of Facts and proposed remedies | 0.20 |  |
|  | ADR | L320 | A106 | Preparation of request to Tristan Jeansonne re: weekly LSP farm line reports for week ending 2/27/26 for compliance with court order to submit weekly heat data report | 0.10 |  |
|  |  |  |  | **TOTAL FEES DUE** | 267.50 | 88,765.00 |

RECAPITULATION

| TIMEKEEPER | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Andrew Blanchfield | Partner | 127.40 | $350.00 | $44,590.00 |
| Chelsea A. Payne | Partner | 122.10 | 350.00 | 42,735.00 |
| Azure Risbrook | Paralegal | 18.00 | 80.00 | 1,440.00 |

**CURRENT INVOICE AMOUNT DUE**          88,765.00

**OUTSTANDING BALANCE**          $144,382.00

**BALANCE - INCLUDING ANY OUTSTANDING**          $233,147.00

OUTSTANDING INVOICES

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 02/06/2026 | 214276 | 144,382.00 | 144,382.00 |
|  |  |  | 144,382.00 |

Task Code Summary

|  |  | FEES | EXPENSES |
|---|---|---|---|
| L110 | Fact Investigation/Developement | 8571.00 | 0.00 |
| L120 | Analysis/Strategy | 2380.00 | 0.00 |
| L130 | Experts/Consultants | 210.00 | 0.00 |
| L150 | Budgeting | 350.00 | 0.00 |
| L100 | DO NOT USE | 11,511.00 | 0.00 |
| L230 | Court Mandated Conferences | 32.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 184.00 | 0.00 |
| L260 | Class Action Certification and Notice | 8.00 | 0.00 |
| L200 | DO NOT USE | 224.00 | 0.00 |
| L310 | Written Discovery | 331.00 | 0.00 |
| L320 | Document Production | 4578.00 | 0.00 |

Louisiana Office of Risk Management

03/05/2026
ACCOUNT NO:    73-24325360M
INVOICE NO:    215219

Claimant: Voice of the Experienced, et al (DPSC)
Agency: LA Dept Public Safety & Corrections
C499203064000101
Our File: 73.2432536 / ORM: 21G0101VO0307

|      |                                      | FEES      | EXPENSES |
|------|--------------------------------------|-----------|----------|
| L340 | Expert Discovery                     | 280.00    | 0.00     |
| L300 | DO NOT USE                           | 5,189.00  | 0.00     |
|      |                                      |           |          |
| L410 | Fact Witnesses                       | 17115.00  | 0.00     |
| L420 | Expert Witnesses                     | 9205.00   | 0.00     |
| L440 | Other Trial Preparation and Support  | 13531.00  | 0.00     |
| L450 | Trial and Hearing Attendance         | 30345.00  | 0.00     |
| L460 | Post-Trial Motions and Submissions   | 1645.00   | 0.00     |
| L400 | DO NOT USE                           | 71,841.00 | 0.00     |

**PLEASE DISREGARD PREVIOUS BALANCE IF PAYMENT
HAS BEEN MADE**

**AS A SERVICE TO OUR CLIENTS, THIS FIRM PROVIDES
LONG DISTANCE CALLING, FAX AND WESTLAW AT NO
CHARGE.**