**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH**, **DAMARIS JACKSON**, **NATE WALKER**, **DARRIUS WILLIAMS**, **KEVIAS HICKS**, **JOSEPH GUILLORY**, **KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | Civil Action No.: 3:23-cv-1304-BAJ-EWD |
| v. | |
| **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** | |
| *Defendants*. | |

**DECLARATION OF JEREMY A. BENJAMIN IN SUPPORT OF PLAINTIFFS'
MOTION FOR RECONSIDERATION AND ADDITIONAL FINDINGS**

I, Jeremy A. Benjamin declare as follows:

1.      I am an attorney with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, which, alongside The Promise of Justice Initiative and Rights Behind Bars, are counsel to Voice of the Experienced ("VOTE"), Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, and the certified classes (collectively, "Plaintiffs") in the above-captioned action.  I respectfully submit this declaration in support of Plaintiffs' Motion for Reconsideration of the Final Judgment and Additional Findings.

2

2.    Attached hereto as Exhibit 1 is a true and correct copy of an email correspondence between Chelsea Payne and Andrew Blanchfield, counsel for Defendants, and Samantha Pourciau and myself, counsel for Plaintiffs, and Lydia Wright, former counsel for Plaintiffs, bearing the subject line "Vannoy Deposition" dated from March 13, 2026, to April 16, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 23, 2026.

Respectfully submitted,

By:  */s/ Jeremy A. Benjamin*
        Jeremy A. Benjamin