# Exhibit 1

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Thursday, April 16, 2026 4:11 PM
**To:** SBosalavage@defendla.org
**Cc:** Benjamin, Jeremy; Andrew Blanchfield; lydia@rightsbehindbars.org
**Subject:** RE: Vannoy Deposition

Samantha-

Apologies for the delayed response.

Now that trial is complete, and the parties have submitted their post-trial briefs, Defendants do not believe they are obligated to provide continuous and open-ended discovery to Plaintiffs. Pursuant to R.Doc. 363, the Court no longer required the parties to submit weekly reports as of December 2025.

Thank you,



**Chelsea Payne**
**Partner**
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P  (225) 383-3796
F  (225) 343-9612
C  (225)241-5879
cpayne@keoghcox.com

WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

**From:** Samantha Pourciau <SBosalavage@defendla.org>
**Sent:** Tuesday, April 14, 2026 8:00 AM
**To:** Chelsea Payne <cpayne@keoghcox.com>
**Cc:** jbenjamin@paulweiss.com; Andrew Blanchfield <ablanchfield@keoghcox.com>; lydia@rightsbehindbars.org
**Subject:** Re: Vannoy Deposition

Thank you, Chelsea. Following up on this. What is Defendants' position regarding disclosing the Perry Weather reports along with the DLCS and Rosters on a weekly basis, as well as the three incarcerated tutors' information?

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*

Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Chelsea Payne <cpayne@keoghcox.com>
**Sent:** Monday, April 6, 2026 9:55 AM
**To:** Samantha Pourciau <SBosalavage@defendla.org>
**Cc:** jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** Re: Vannoy Deposition

Drew and I are both out of the office. We will get back to you once we are back. Thanks.

Chelsea Payne



**Chelsea Payne**
**Partner**
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P  (225) 383-3796
F  (225) 343-9612
C  (225)241-5879
cpayne@keoghcox.com

WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

On Apr 6, 2026, at 9:37 AM, Samantha Pourciau <SBosalavage@defendla.org> wrote:

Drew and Chelsea,

Plaintiffs are following up about this request. What is Defendants' position regarding disclosing the Perry Weather reports along with the DLCS and Rosters on a weekly basis, along with the three incarcerated tutors' information.

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Samantha Pourciau <SBosalavage@defendla.org>
**Sent:** Wednesday, April 1, 2026 10:08 AM
**To:** jbenjamin@paulweiss.com <jbenjamin@paulweiss.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; Chelsea Payne <cpayne@keoghcox.com>
**Cc:** lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** Re: Vannoy Deposition

Drew and Chelsea,

We are following up about our request during Warden Vannoy's 30(b)(6) deposition on March 13, 2026 for Defendants to disclose the Perry Weather reports along with the DLCS and Rosters on a weekly basis. Will Defendants begin producing those records this week?

We are also still awaiting the three tutors' names.

Thank you,
Samantha

Samantha Pourciau (she/her/hers)
*Senior Staff Attorney*
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**From:** Benjamin, Jeremy <jbenjamin@paulweiss.com>
**Sent:** Friday, March 13, 2026 3:00 PM
**To:** Andrew Blanchfield <ablanchfield@keoghcox.com>; Chelsea Payne <cpayne@keoghcox.com>
**Cc:** Samantha Pourciau <SBosalavage@defendla.org>; lydia@rightsbehindbars.org <lydia@rightsbehindbars.org>
**Subject:** Vannoy Deposition

Drew and Chelsea, we will be sending you a draft motion to supplement the record with the transcript of Warden Vannoy's deposition. As a follow up to that deposition, please provide the names of the tutors and the Perry Weather reports that Warden Vannoy testified about.

Thanks, and have a good weekend.

Jeremy
**Jeremy A. Benjamin** | Senior Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3502 (Direct Phone) | +1 212 492 0502 (Direct Fax)
jbenjamin@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.