**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES LEBLANC, et al., <br><br> Defendants. | CIVIL ACTION NO: 23-cv-01304-BAJ-EWD |

**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

**NOW INTO COURT,** through undersigned counsel, comes National Disability Rights Network ("NDRN"), who respectfully seeks leave from this Honorable Court to allow the filing of the attached amicus brief in this matter. NDRN submits this amicus brief to aid the Court in its consideration of Plaintiffs' Motion for Reconsideration and applicable standards relevant to Plaintiffs' claims under Title II of the Americans with Disabilities Act and section 504 of the Rehabilitation Act.

Counsel for proposed amicus NDRN conferred with both parties about this motion. Plaintiffs consent to the Motion for Leave to File, and Defendants take no position on the motion.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Melanie A. Bray*
Melanie A. Bray, La. Bar No. 37049
Disability Rights Louisiana
8325 Oak Street, New Orleans, LA 70118
504-208-4151; 504-272-2531 (fax)
mbray@disabilityrightsla.org

*/s/ Sara Zampierin*
Sara Zampierin*
Civil Rights Clinic, Texas A&M School of Law**

1515 Commerce St.
Fort Worth, TX 76102
T: (817) 212-4123
E: sara.zampierin@law.tamu.edu

*Counsel for Proposed Amicus Curiae
National Disability Rights Network*

\*Motion to Appear *Pro Hac Vice* filed
concurrently

\*\*Proposed Amicus Curiae in this case are
represented by a clinic operated by Texas
A&M University School of Law, but this
document does not purport to present the
school's institutional views, if any.