**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

VOICE OF THE EXPERIENCED, a
membership organization on behalf of itself
and its members, et al.,

      Plaintiffs,

    v.

JAMES LEBLANC, et al.,

      Defendants.

CIVIL ACTION NO: 23-cv-01304-BAJ-
EWD

**ORDER**

Considering the foregoing Motion for Leave to File Amicus Brief submitted by the National

Disability Rights Network (NDRN):

    IT IS HEREBY ORDERED that the motion is GRANTED. NDRN's proposed Amicus

Brief shall be filed on this Court's docket.

    SIGNED this _____ day of _____, 2026.


_____
**U.S. DISTRICT COURT JUDGE**