**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| VOICE OF THE EXPERIENCED, a membership organization on behalf of itself and its members, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES LEBLANC, et al.,<br><br>    Defendants. | CIVIL ACTION NO: 23-cv-01304-BAJ-EWD |

## DECLARATION IN SUPPORT OF MOTION TO ADMIT SARA ZAMPIERIN *PRO HAC VICE*

I, Sara Zampierin, declare pursuant to pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No criminal charges are pending against me nor have any ever been instituted.

3. No disciplinary proceedings are pending against me or have been instituted against me.

4. I am a member in good standing of the Texas State Bar (#24132896).

5. A Certificate of Good Standing from the Supreme Court of Texas is attached hereto.

6. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2026                    Respectfully submitted,

                                        */s/ Sara Zampierin*
                                        Sara Zampierin
                                        Civil Rights Clinic, Texas A&M School of Law
                                        1515 Commerce St.
                                        Fort Worth, TX 76102
                                        T: (817) 212-4123
                                        E: sara.zampierin@law.tamu.edu