# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, et al.

Plaintiff

v.

James LeBlanc, et al.

Defendant

23-cv-01304-BAJ-EWD

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
National Disability Rights Network

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

National Disability Rights Network

Melanie A. Bray, 37049

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.