## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**,<br><br>*Defendants*. | Civil Action No. 3:23-cv-1304-BAJ-EWD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Voice of the Experienced, a membership organization on behalf of itself and its members, Myron Smith, Damaris Jackson, Nate Walker, Darrius Williams, Kevias Hicks, Joseph Guillory, and Alvin Williams, on behalf of themselves and the certified classes (collectively, "Plaintiffs"), who respectfully submit this motion to withdraw Janet Lee as counsel of record for Plaintiffs.

Janet Lee is currently an associate with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs in this matter.  Ms. Lee is withdrawing as

counsel because she is leaving the employ of Paul, Weiss.  Paul, Weiss will continue to represent Plaintiffs in this matter.

WHEREFORE, Plaintiffs pray that their motion be granted and that Janet Lee be withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

Dated:  July 24, 2026

Respectfully Submitted,

*/s/ Janet Lee*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Joshua Hill Jr. (PHV) NY Bar No. 4297826
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No.  5903943
Erica Paul (PHV) NY Bar No. 615707
Janet Lee (PHV) NY Bar No. NY Bar No. 6182265
Christopher Bilicic (PHV) NY Bar No. 6233472
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
jhill@paulweiss.com
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
jglee@paulweiss.com
cbilicic@paulweiss.com

2

**THE PROMISE OF JUSTICE INITIATIVE**

Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org

**RIGHTS BEHIND BARS**

Samuel Weiss
1800 M Street NW Fnt. 1, No. 33821
Washington, D.C. 20033
Tel: (202) 455-4399
sam@rightsbehindbars.org

*Attorneys for Plaintiffs and the Certified Classes*

3