**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON**, and **ALVIN WILLIAMS**, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.** <br><br> *Defendants*. | Civil Action No.: 3:23-cv-1304-BAJ-EWD |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF FINAL JUDGMENT AND ADDITIONAL FINDINGS**

Having considered Plaintiffs' Motion for Leave to File Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Reconsideration of Final Judgment and Additional Findings, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. Plaintiffs' Reply Memorandum may be filed into the record of these proceedings.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE