**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO. 23-01304-BAJ-EWD** |

**ORDER**

Considering Plaintiffs' **Motion for Leave to File Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Reconsideration of Final Judgment and Additional Findings (Doc. 455),** which is unopposed,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' proposed reply memorandum (Doc. 455-2) shall be entered into the record as a separate docket entry.

Baton Rouge, Louisiana, this 19th day of August, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**