**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**VOICE OF THE EXPERIENCED, A MEMBERSHIP ORGANIZATION ON BEHALF OF ITSELF AND ITS MEMBERS, ET AL.**

**CIVIL ACTION**

**VERSUS**

**JAMES LEBLANC, ET AL.**

**NO. 23-01304-BAJ-EWD**

## ORDER

Considering the **Motion for Leave to File Amicus Brief (Doc. 447)** by National Disability Rights Network, to which Plaintiffs consent and Defendants do not oppose,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the proposed amicus brief (Docs. 447-1 – 447-2) shall be entered into the record as a separate docket entry.

Baton Rouge, Louisiana, this 26th day of August, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**