# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

U.S. COURT OF APPEALS
RECEIVED
NOV 0[illegible] 2026
FIFTH CIRCUIT

November 9, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Gary Westcott, Secretary, Louisiana Department of Public Safety and Corrections, et al.
v. Voice of the Experienced, et al.
No. 26-18
(Your No. 25-30322; 25-30478)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2026

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

No. 25-30322 Voice of the Experienced v. Westcott
USDC No. 3:23-CV-1304

Dear Mr. McConnell,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638