IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED**, a membership organization on behalf of itself and its members; and **MYRON SMITH, DAMARIS JACKSON, NATE WALKER, DARRIUS WILLIAMS, KEVIAS HICKS, JOSEPH GUILLORY, KENDRICK STEVENSON,** and **ALVIN WILLIAMS,** on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; **TIMOTHY HOOPER**, in his official capacity as Warden of Louisiana State Penitentiary; **MISTY STAGG**, in her official capacity as Director of Prison Enterprises, Inc.; the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**; and **PRISON ENTERPRISES, INC.**

*Defendants*.

Civil Action No.: 3:23-cv-1304-BAJ-EWD

**NOTICE OF CHANGE OF ADDRESS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs who hereby inform this Honorable Court that the address of Paul, Weiss, Rifkind, Wharton & Garrison LLP, their counsel of record, has changed as follows, effective November 16, 2026:

| FROM: | TO: |
| --- | --- |
| 1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel: (212) 373-3000 | 1345 Avenue of the Americas<br>New York, NY 10105-0302<br>Tel: (212)-373-3000 |

Dated: November 17, 2026

Respectfully Submitted,

**THE PROMISE OF JUSTICE INITIATIVE**
*/s/ Samantha Pourciau*______
Samantha Pourciau, La. Bar No. 39808
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy Benjamin*________
Jeremy A. Benjamin (PHV) NY Bar No. 4770277
Arielle B. McTootle (PHV) NY Bar No. 5993217
Ricardo Sabater (PHV) NY Bar No. 5993217
Leah R. Weiser (PHV) NY Bar No. 6027601
Chizoba D. Wilkerson (PHV) NY Bar No. 5903943
Erica Paul (PHV) NY Bar No. 615707
Christopher Bilicic (PHV) NY Bar No. 6233472
1345 Avenue of the Americas
New York, NY 10105-0302
Tel: (212) 373-3000
jbenjamin@paulweiss.com
amctootle@paulweiss.com
rsabater@paulweiss.com
lweiser@paulweiss.com
cwilkerson@paulweiss.com
epaul@paulweiss.com
cbilicic@paulweiss.com

*Attorneys for Plaintiffs and the Certified Classes*